# EXHIBIT 8



## Morton Plant Mease
HEALTH CARE

### MORTON PLANT HOSPITAL

DATE OF ADMISSION: 08/06/2004

ADMITTING COMPLAINT: Abdominal pain.

HISTORY OF PRESENT ILLNESS: The patient is a 42-year-old male admitted with a chief complaint of epigastric abdominal pain associated with nausea and vomiting for the past 2 weeks. It got worse lately. The patient is also complaining of diarrhea. Denies any fever, chills. No chest pain, shortness of breath. The patient had a similar complaint in the past, had extensive workup. The patient is following with gastroenterology as an outpatient. Currently the patient is resting in bed. Denies any abdominal pain, nausea, vomiting this morning.

PAST MEDICAL HISTORY: Significant for hyperglycemia, hypertension, bipolar disorder, chronic abdominal pain, and gastroparesis.

PAST SURGICAL HISTORY: Significant for cholecystectomy.

FAMILY HISTORY: Unknown.

MEDICATIONS: His home medications include Prevacid 30 mg once a day, lithium 300 mg, Depakote 500 mg, Lopressor 50 mg, Seroquel 200 mg, Norvasc, and Reglan.

ALLERGIES: He is allergic to ampicillin.

REVIEW OF SYSTEMS: As per history of present illness.

PHYSICAL EXAMINATION
VITAL SIGNS: Temperature 97.8, blood pressure 112/66, pulse 82, respiratory rate 18.
HEENT EXAM: PERLA. Extraocular movement intact.
CARDIOVASCULAR: S1, S2 heard. Regular rate and rhythm.
LUNGS: Clear to auscultation.
ABDOMEN: Soft, not tender, not distended. Bowel sounds present.
EXTREMITIES: No pedal edema.
NEUROLOGICAL EXAM: No focal deficits.

LABORATORY DATA: Labs reviewed.

IMPRESSION
1. Gastroparesis.
2. Epigastric abdominal pain.
3. New onset diabetes.

| *HISTORY AND PHYSICAL* | | HALLER, DAVID D | |
|---|---|---|---|
| BILLING #: | 00090892483 | MR #: | 000356440 |
| FACILITY: | MP1 | SS #: | |
| DOD: | | LOCATION: | BAR6068702 |
| | | PAGE - 1 | |
| | | ORIGINAL | |

CONFIDENTIAL

DHALLER/MORTONPLANTHOSPITAL-MED/00717

.TON PLANT ME    E HEALTH CAF
MORTON PLANT HOSPITAL

4. Bipolar.
5. Dehydration.

PLAN: Will admit the patient. Will start him on IV fluids, IV Reglan, and IV Protonix. I will start him on a clear-liquid diet. In view of hyperglycemia, will monitor Accu-Cheks. Hemoglobin A1c. Appreciate Dr. Sondhi's input. Further management as the case progresses.

SRIDEVI KROTHAPALLI, MD

cc:   SRIDEVI KROTHAPALLI, MD

54/1630465
D: 08/07/2004  7:54 A   T: 08/07/2004  5:43 P   003091855

*HISTORY AND PHYSICAL*
BILLING #:      00090892483

DOD:

HALLER, DAVID D
MR #:      000356440
SS #:
LOCATION:  BAR6068702
PAGE - 2
ORIGINAL

CONFIDENTIAL

DHALLER/MORTONPLANTHOSPITAL-MED/00718

| Bartmoor Laboratories, Largo, Fl 1 | So Florida Baptist Hospital Plant City, Fl 2 | Mease ...yside Hospital Safety Harbor, Fl 3 | Mease Dunedin Dunedin, Fl 4 | Morton Plant Hospital Clearwater, Fl 5 | .h Bay Hospital New Port Richey, Fl 6 | St Anthony's St Petersburg, Fl 7 | St Joseph's Hospital Tampa, Fl 8 |

# CHEMISTRY

Collected Date   08/07/04   08/06/04
Collected Time   07:10:00   07:45:00

| Procedure | | | Units | Reference Interval |
|---|---|---|---|---|
| Sodium | 139 | 138 | mmol/L | 136 - 145 |
| Potassium | 3.5 | 3.4 L | mmol/L | 3.5 - 5.3 |
| Chloride | 111 | 98 | mmol/L | 95 - 113 |
| Carbon Dioxide | 22 | 23 | mmol/L | 21 - 31 |
| Glucose | 230 H | 410 Cf | mg/dL | 70 - 99 |
| BUN | 4 L | 11 | mg/dL | 6 - 26 |
| Creatinine | 0.9 | 1.4 | mg/dL | 0.7 - 1.5 |
| BUN/Creatinine | 4 L | 8 | | 6 - 19 |
| Calcium | 8.8 | 10.3 | mg/dL | 8.5 - 10.5 |
| T Protein | 5.8 L | 8.2 | g/dL | 6.0 - 8.5 |
| Albumin | 3.3 L | 4.5 | g/dL | 3.5 - 5.5 |
| Globulin | 2.5 | 3.7 H | g/dL | 2.2 - 3.5 |
| Alb/Glob | 1.3 | 1.2 | | 1.0 - 1.8 |
| Bili Total | 0.9 | 1.3 H | mg/dL | 0.2 - 1.2 |
| Alk Phos | 166 H | 228 H | IU/L | 40 - 120 |
| ALT | 40 | 50 | IU/L | 7 - 50 |
| AST | 52 H | 35 | IU/L | 10 - 42 |
| Amylase | 73 | 109 | IU/L | 20 - 140 |
| Lipase | 28 | 29 | IU/L | 15 - 51 |

08/06/04 07:45:00 Glucose:
REPEATED.CALLED RF 8/6/2004 8:36 AM

LEGEND:
L=Low  H=High  C=Critical  f=Footnote  ^=Corrected Result  *=Abnormal  Started=Culture Setup

| Adm Date: 08/06/04 | Disch Date: | Location: MP BAR6/687/2 |
|---|---|---|
| DOB/Sex: ▓▓▓▓ /Male | Att Dr: KROTHAPALLI, SRIDEVI | Facility: Morton Plant Hospital |
| Acct#: 00000090892483 | MRN#: 00000000356440 | Name: HALLER, DAVID D |
| Run Date/Time: 8/7/2004 7:38 PM | Chart Run Type: Cumulative | Page 3 of 9 |

CONFIDENTIAL

DHALLER/MORTONPLANTHOSPITAL-MED/00750

| Bardmoor Laboratories, Largo, Fl | 1 | So Florida Baptist Hospital, Plant City, Fl | 2 | Mease ...yside Hospital, Safety Harbor, Fl | 3 | Mease Dunedin, Dunedin, Fl | 4 | Morton Plant Hospital, Clearwater, Fl | 5 | a Bay Hospital, New Port Richey, Fl | 6 | St Anthony's, St Petersburg, Fl | 7 | St Joseph's Hospital, Tampa, Fl | 8 |

## SPECIAL CHEMISTRY

Collected Date  08/06/04
Collected Time  07:50:00

| Procedure | | Units | Reference Interval |
|---|---|---|---|
| Hgb A1c | 10.3 H | % | 4.7 - 6.3 |

08/06/04 07:50:00 Hgb A1c:
Performed at Laboratory 8.

LEGEND:
L=Low  H=High  C=Critical  f=Footnote  ^=Corrected Result  *=Abnormal  Started=Culture Setup

| Adm Date: 08/06/04 | Disch Date: | Location: MP BAR6/687/2 |
| DOB/Sex: ▓▓▓▓/Male | Att Dr: KROTHAPALLI, SRIDEVI | Facility: Morton Plant Hospital |
| Acct#: 00000090892483 | MRN#: 00000000356440 | Name: HALLER, DAVID D |
| Run Date/Time: 8/7/2004 7:38 PM | Chart Run Type: Cumulative | Page 7 of 9 |

CONFIDENTIAL

DHALLER/MORTONPLANTHOSPITAL-MED/00754