EXHIBIT 9

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  Seroquel Products Liability Litigation

MDL Docket NO. 1769

This Document Relates to:

David Haller v. AstraZeneca Pharmaceuticals
LP, et al.

CASE NUMBER:  6:07-cv-15733

---

### AstraZeneca's Disclosure of Available Case Specific Discovery Information and Documentation for DEE BURKE Pursuant to Case Management Order Nos. 4 and 5 for David Haller

---

Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP ("AstraZeneca")

disclose and provide available case specific discovery information and documentation for

"Dee Burke."

AstraZeneca is providing eight categories of Seroquel-related information and/or

documents based on a query of its relevant databases and systems.  The categories are: (1)

Call Note and Detail Information; (2) Account Payable Information; (3) Dear Doctor or Dear

Healthcare Provider Letters; (4) Prescriber-Level IMS Data; (5) Professional Information

Request; (6) Sample Information; (7) AstraZeneca Sponsored Events – Attendance and

Speaker Program Reports; and (8) Clinical Investigator Information.  AstraZeneca ran search

queries to locate information and documents for this Disclosure by relying upon spelling and

contact information provided in the Plaintiff's Fact Sheet or by Plaintiff's counsel.  If

spelling and contact information is incorrect, inaccurate, or incomplete, then AstraZeneca's disclosures may also be incomplete.

It is not anticipated that the AstraZeneca counsel who will depose Dee Burke will have any information or documentation from AstraZeneca's databases and systems beyond the information and documents identified and provided in this Disclosure or contained within the database productions.

**I.      Call Note and Detail Information**

AstraZeneca searched its call note and detail databases for "Dee Burke."

AstraZeneca's search returned Seroquel-related call notes made by PSSs or Seroquel-related details recorded by RSMs with "Dee Burke," attached as **Exhibit A,** and also produced in electronic form as Excel spreadsheets.

**II.     Account Payable Information**

AstraZeneca states that because of data limitations in the Accounts Payable system for reporting payment data, payments to physicians cannot always be reliably linked to a specific product or therapeutic area.  Accordingly, to the extent that such payment information is provided in response to this portion of the Disclosure, it, in whole or in part, is not necessarily related to Seroquel.  In addition, AstraZeneca states that the report provided in response to this portion of the Disclosure is generated directly from AstraZeneca's systems maintaining payments to physicians and tracks standard bookkeeping and accounting conventions.

AstraZeneca has searched its Accounts Payable databases for "Dee Burke" and is producing Accounts Payable information attached as **Exhibit B**, and also produced in electronic form as an Excel spreadsheet.

### III. Dear Doctor or Dear Healthcare Provider Letters

AstraZeneca searched for "Dee Burke" in the distribution lists for certain "Dear Doctor" and "Dear Healthcare Provider" letters. AstraZeneca has not located the distribution list for the May 20, 2002 letter and will supplement this disclosure if found. There is no specific physician-identifying information on "Dear Doctor" or "Dear Healthcare Provider" letters. Copies of the standard letters were previously provided to Plaintiff's counsel.

If AstraZeneca has a record that a particular prescribing physician was sent one or more of the January 30, 2004, April 22, 2004, July 7, 2005, or November 6, 2006 letters, AstraZeneca will provide the relevant information in this section of the Disclosure.

AstraZeneca's search did not return the name "Dee Burke" on the Dear Doctor distribution lists.

### IV. Prescriber-Level IMS Data

AstraZeneca received consent from IMS Health, Inc. ("IMS") to produce certain prescription data. Use of IMS prescription data is subject to the terms of IMS' consent. AstraZeneca searched for the name "Dee Burke" in its databases with available IMS information.

AstraZeneca's search returned IMS data for "Dee Burke," attached as **Exhibit C**, and also produced in electronic form as an Excel spreadsheet.

## V.   Professional Information Request Information

AstraZeneca searched its Professional Information Request ("PIR") database for "Dee Burke."

AstraZeneca's search returned database information for PIRs received from "Dee Burke," and available written responses sent to "Dee Burke."  Any database information and written responses found are attached as **Exhibit D**, while the database information is also produced in electronic form as an Excel spreadsheet.

## VI.   Sample Information

AstraZeneca previously produced to Plaintiff's counsel Seroquel-related information from its Sample database.  AstraZeneca searched the database for information related to "Dee Burke."

AstraZeneca's search returned information from this database related to "Dee Burke," attached as **Exhibit E**, and is also produced in electronic form as an Excel spreadsheet.

## VII.   AstraZeneca Sponsored Events – Attendance and Speaker Program Reports

AstraZeneca previously produced to Plaintiff's counsel Seroquel-related information from ViewPoint, Compass/Prep, and Lecture Bureau Express databases.  AstraZeneca searched those databases for information related to "Dee Burke."

AstraZeneca's search returned information from these databases related to "Dee Burke," attached as **Exhibit F,** and is also produced in electronic form as Excel spreadsheets.

## VIII.   Clinical Investigator Information

AstraZeneca searched the IMPACT database and other potential sources for information regarding U.S.-based Seroquel-related clinical trials conducted or supported by

4

AstraZeneca ("Seroquel Trials") to determine if "Dee Burke" served as a clinical investigator in a Seroquel trial. AstraZeneca does not maintain a central repository for all information relating to Seroquel Trials, which have been conducted over a long period of time and by different entities. The level of detail available to AstraZeneca about particular Seroquel Trials varies, and the identity of all clinical investigators involved in each trial is not always available to the company. Certain Seroquel-related studies are conducted by third parties not associated with AstraZeneca, which limits the information available to AstraZeneca to that communicated by AstraZeneca to those third parties.

Based on a reasonable and diligent search of information available to AstraZeneca concerning the identity of clinical investigators for Seroquel Trials, AstraZeneca has not located information indicating that "Dee Burke" served as a clinical investigator in a Seroquel Trial.

Dated: <u>August 7, 2008</u>

Russell O. Stewart
Nadia G. Malik
Faegre & Benson LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado  80203
Telephone:  (303) 607-3500
Facsimile:  (303) 607-3600
E-Mail:  <u>rstewart@faegre.com</u>
            <u>nmalik@faegre.com</u>

Fred Magaziner
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA  19104-2808
Telephone:  (215) 994-4000
Facsimile:  (215) 994-2222
E-Mail:  <u>fred.magaziner@dechert.com</u>

*Counsel for AstraZeneca Pharmaceuticals*
*LP and AstraZeneca LP*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th of August, 2008, I caused to be served a true and correct copy of the foregoing on K. Camp Bailey, Esq., Plaintiffs' Counsel, and Larry Roth, Plaintiffs' Liaison Counsel, via electronic mail and first-class mail. Service on Plaintiffs' Liaison Counsel constitutes service on all unrepresented plaintiffs.

Russell O. Stewart
Nadia G. Malik
Faegre & Benson LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO  80203-4532
(303) 607-3500

*Counsel for Defendants AstraZeneca*
*Pharmaceuticals LP and AstraZeneca LP*

7

EXHIBIT A

| | A | B | C | D | E | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | ADDRESS_LINE_2 | CITY | STATE | ZIPCODE | REP_NAME | CALL_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | PRODUCT_MESSAGE |
| 2 | 636091009 | Burke, Deborah A. | Physician | 2191 9th Ave. N | Suite 230 | St.Petersburg | FL | 33713 | Coston, Robert F. | 11/2/2001 | Stand-Up Call | Long disc on Sql.  She was with Dr Hauser in Tampa and used a lot of it then.  Treats many Pksn and Alz pts.  Showed Pksn Psych paper.  disc Alz and will do PIR.  5mg Zmt, showed vis aid.  She wanted smpls.  Diff of Triptans. | Seroquel | Dosing and Titration |
| 3 | 636091009 | Burke, Deborah A. | Physician | 2191 9th Ave. N | Suite 230 | St.Petersburg | FL | 33713 | Coston, Robert F. | 11/2/2001 | Stand-Up Call | Long disc on Sql.  She was with Dr Hauser in Tampa and used a lot of it then.  Treats many Pksn and Alz pts.  Showed Pksn Psych paper.  disc Alz and will do PIR.  5mg Zmt, showed vis aid.  She wanted smpls.  Diff of Triptans. | Seroquel | EPS Differentiation |
| 4 | 636091009 | Burke, Deborah A. | Physician | 2191 9th Ave. N | Suite 230 | St.Petersburg | FL | 33713 | Coston, Robert F. | 11/2/2001 | Stand-Up Call | Long disc on Sql.  She was with Dr Hauser in Tampa and used a lot of it then.  Treats many Pksn and Alz pts.  Showed Pksn Psych paper.  disc Alz and will do PIR.  5mg Zmt, showed vis aid.  She wanted smpls.  Diff of Triptans. | Seroquel | Elderly |
| 5 | 636091009 | Burke, Deborah A. | Physician | 2191 9th Ave. N | Suite 230 | St.Petersburg | FL | 33713 | Coston, Robert F. | 11/2/2001 | Stand-Up Call | Long disc on Sql.  She was with Dr Hauser in Tampa and used a lot of it then.  Treats many Pksn and Alz pts.  Showed Pksn Psych paper.  disc Alz and will do PIR.  5mg Zmt, showed vis aid.  She wanted smpls.  Diff of Triptans. | Seroquel | Safety and Tolerability |
| 6 | 636091009 | Burke, Deborah A. | Physician | 2191 9th Ave. N | Suite 230 | St.Petersburg | FL | 33713 | Coston, Robert F. | 2/7/2002 | Stand-Up Call | SQL IS ONLY ANTIPSYCH SHE USES, SAID SHE LIKES ZO, BUT DOESN'T TREAT AS MANY HEADACHE PTS AS DR STEVENSON. | Seroquel | Dosing and Titration |
| 7 | 636091009 | Burke, Deborah A. | Physician | 2191 9th Ave. N | Suite 230 | St.Petersburg | FL | 33713 | Coston, Robert F. | 2/7/2002 | Stand-Up Call | SQL IS ONLY ANTIPSYCH SHE USES, SAID SHE LIKES ZO, BUT DOESN'T TREAT AS MANY HEADACHE PTS AS DR STEVENSON. | Seroquel | EPS Differentiation |
| 8 | 636091009 | Burke, Deborah A. | Physician | 2191 9th Ave. N | Suite 230 | St.Petersburg | FL | 33713 | Coston, Robert F. | 2/7/2002 | Stand-Up Call | SQL IS ONLY ANTIPSYCH SHE USES, SAID SHE LIKES ZO, BUT DOESN'T TREAT AS MANY HEADACHE PTS AS DR STEVENSON. | Seroquel | Elderly |
| 9 | 636091009 | Burke, Deborah A. | Physician | 2191 9th Ave. N | Suite 230 | St.Petersburg | FL | 33713 | Crivello, Linda Marie | 12/9/2003 | Stand-Up Call | did not realize I had met doc at Tampa General when she was doing her fellowship w/Dr. Hauser. Excited about the nasal spray, reviewed ZNS info. and Sero, said she uses Sero alot b/c of her movement disorder pts. Used to treat schizophrenics, so familiar with Sero. Caught Dr. Pappas briefly on her way in. Needed 2.5mg samples but out of stock. | Seroquel | Welll - Seroquel Efficacy |
| 10 | REDACTED | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | |
| 19 | 837311015 | Burke, Dorothy D | Nurse Practitioner | 2126 North Thompson Ln | | Murfreesboro | TN | 37129 | Crivello, Linda Marie | 10/23/2003 | Stand-Up Call | discussed dosing and Dee asked about any comparative info regarding weight gain, Sent PIR. Discussed success story with Sero and bipolar pt. said pt was so sedated initially but Dee convinced her to hold out and now on 800mg of Sero and thrilled with the med. | Seroquel | Accepted! - Favorable Weight Profile |
| 20 | 837311015 | Burke, Dorothy D | Nurse Practitioner | 2126 North Thompson Ln | | Murfreesboro | TN | 37129 | Crivello, Linda Marie | 10/23/2003 | Stand-Up Call | discussed dosing and Dee asked about any comparative info regarding weight gain, Sent PIR. Discussed success story with Sero and bipolar pt. said pt was so sedated initially but Dee convinced her to hold out and now on 800mg of Sero and thrilled with the med. | Seroquel | Accepted! - Safety and Tolerability |

MDL_HalleriD_0715733
0000030_CONFIDENTIAL

| | A | B | C | D | E | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | ADDRESS_LINE_2 | CITY | STATE | ZIPCODE | REP_NAME | CALL_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | PRODUCT_MESSAGE |
| 21 | 837311015 | Burke, Dorothy D | Nurse Practitioner | 2126 North Thompson Ln | | Murfreesboro | TN | 37129 | Crivello, Linda Marie | 10/23/2003 | Stand-Up Call | discussed dosing and Dee asked about any comparative info regarding weight gain, Sent PIR, Discussed success story with Sero and bipolar pt. said pt was so sedated initially but Dee convinced her to hold out and now on 800mg of Sero and thrilled with the med. | Seroquel | Welll - Seroquel Efficacy |
| 22 | 837311015 | Burke, Dorothy D | Nurse Practitioner | 2126 North Thompson Ln | | Murfreesboro | TN | 37129 | Crivello, Linda Marie | 10/23/2003 | Stand-Up Call | discussed dosing and Dee asked about any comparative info regarding weight gain, Sent PIR, Discussed success story with Sero and bipolar pt. said pt was so sedated initially but Dee convinced her to hold out and now on 800mg of Sero and thrilled with the med. | Seroquel | Welll Accepted - Dosing and Titration |
| 23 | 837311015 | Burke, Dorothy D | Nurse Practitioner | 2126 North Thompson Ln | | Murfreesboro | TN | 37129 | Crivello, Linda Marie | 11/4/2003 | Stand-Up Call | Invited Dr. Zenel to Trosch program, he said he remembered him and once was enough. Had to reschedule lunch b/c they will all be at Psych congress in Orlando. | Seroquel | Welll Accepted - Dosing and Titration |
| 24 | 837311015 | Burke, Dorothy D | Nurse Practitioner | 2126 North Thompson Ln | | Murfreesboro | TN | 37129 | Crivello, Linda Marie | 12/3/2003 | Stand-Up Call | met with ARNP, Carol Correll and others, said they are using a lot of Sero. Dee requested 200mg and 300mg, told them we were out, so sent extra 100mg. Switches to Sero b/c of weight gain. | Seroquel | Welll Accepted - Dosing and Titration |
| 25 | 837311015 | Burke, Dorothy D | Nurse Practitioner | 2126 North Thompson Ln | | Murfreesboro | TN | 37129 | LeBlanc, Heather | 12/11/2003 | Sit down Call | discussed lunch program on Jan 14 for case managers. Call Laura and confirm the number of attendees to order stuff through quicklist. Having pts. doing very well on high doses of seroquel. many pts. are success stories because they were unable to function before being on sql. Using a lot of sql with ability. Seeing a lot of akathesia at high doses of abilify, so only using smaller doses and in some cases with sql high doses. | Seroquel | Accepted - Safety and Tolerabiliy |
| 26 | 837311015 | Burke, Dorothy D | Nurse Practitioner | 2126 North Thompson Ln | | Murfreesboro | TN | 37129 | LeBlanc, Heather | 12/11/2003 | Sit down Call | discussed lunch program on Jan 14 for case managers. Call Laura and confirm the number of attendees to order stuff through quicklist. Having pts. doing very well on high doses of seroquel. many pts. are success stories because they were unable to function before being on sql. Using a lot of sql with ability. Seeing a lot of akathesia at high doses of abilify, so only using smaller doses and in some cases with sql high doses. | Seroquel | Welll - Seroquel Efficacy |
| 27 | 837311015 | Burke, Dorothy D | Nurse Practitioner | 2126 North Thompson Ln | | Murfreesboro | TN | 37129 | LeBlanc, Heather | 12/11/2003 | Sit down Call | discussed lunch program on Jan 14 for case managers. Call Laura and confirm the number of attendees to order stuff through quicklist. Having pts. doing very well on high doses of seroquel. many pts. are success stories because they were unable to function before being on sql. Using a lot of sql with ability. Seeing a lot of akathesia at high doses of abilify, so only using smaller doses and in some cases with sql high doses. | Seroquel | Welll Accepted - Dosing and Titration |
| 28 | 837311015 | Burke, Dorothy D | Nurse Practitioner | 2126 North Thompson Ln | | Murfreesboro | TN | 37129 | Crivello, Linda Marie | 12/18/2003 | Stand-Up Call | both said using a lot of Sero and titrating to 800mg or more if needed. | Seroquel | Welll - Seroquel Efficacy |
| 29 | 837311015 | Burke, Dorothy D | Nurse Practitioner | 2126 North Thompson Ln | | Murfreesboro | TN | 37129 | Crivello, Linda Marie | 12/18/2003 | Stand-Up Call | both said using a lot of Sero and titrating to 800mg or more if needed. | Seroquel | Welll Accepted - Dosing and Titration |

REDACTED

MDL_HallerID_0715733
0000031_CONFIDENTIAL



MDL_HallerD_0715733
0000032_CONFIDENTIAL



MDL_HallerD_07157733
0000033_CONFIDENTIAL



MDL_HallerD_0715733
0000034_CONFIDENTIAL



MDL_HalleriD_0715733
0000035_CONFIDENTIAL



MDL_HallerD_0715733
0000036_CONFIDENTIAL



MDL_HallerD_0715733
0000037_CONFIDENTIAL



MDL_HallerID_0715733
0000038_CONFIDENTIAL



MDL_HallerID_0715733
0000039_CONFIDENTIAL





MDL_HallerD_0715733
0000041_CONFIDENTIAL



MDL_HallerD_07157333
0000042_CONFIDENTIAL

CONFIDENTIAL

| | A | B | C | D | E | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | ADDRESS_LINE_2 | CITY | STATE | ZIPCODE | REP_NAME | CALL_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | PRODUCT_MESSAGE |

REDACTED

MDL_HallerD_0715733
0000043_CONFIDENTIAL

CONFIDENTIAL



MDL_HallerD_0715733
0000044_CONFIDENTIAL



MDL_HallerID_07157733
0000045_CONFIDENTIAL

| | A | B | C | D | E | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | ADDRESS_LINE_2 | CITY | STATE | ZIPCODE | REP_NAME | CALL_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | PRODUCT_MESSAGE |
| 451 | REDACTED | | | | | | | | | | | | | |

MDL_HallerD_07157033
0000046_CONFIDENTIAL

**<u>EXHIBIT F</u>**

CONFIDENTIAL

| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Activity Title | ActivityID | Activity Type Code | Venue | Venue Type | City | State | Program Start Date | Program End Date |
| 1 | | | | | | | | | | | | |
| 2 | DEBORAH A. | | BURKE | Primary Care Series: New Insights in the Treatment of Bipolar Depression: VOL 1 | 817766 | SP | Salt Rock Grill | REST | Indian Shores | FL | 5/23/2007 18:30 | 5/23/2007 21:30 |

MDL_HallerD_0715733
0000089_CONFIDENTIAL

## Professional Detail Report

### Person Details

**Deborah A. Burke**

**SFA ID:** 636091009

**Person Type:** Professional

**Languages:**

### Identifiers

| Identifier Type | Value | Qualifier |
|---|---|---|
| Primary SFA Customer ID | 636091009 | |
| AZ Customer ID | 10734457 | |
| DEA | BB7330537 | |
| HMSID | PIUQ9PT4W1 | |
| IMS DR | 1908095 | |
| ME NUMBER AS PROVIDED BY AMA. 11 DIGITS | 02405961493 | |
| Medical Education Number | 0240596149 | |
| MEDICARE UNIQUE PHYSICIAN IDENTIFIER NUMBER | H40259 | |
| State License Number | 0000078541 | Florida |

### Brand Snapshot

| Brand | KOL Level | Speaker | Media Trained | Presentation Trained | Do Not Use |
|---|---|---|---|---|---|
| No data available | | | | | |

### Address

| Address 1 | Address 2 | City | State | Zip | Country | Type |
|---|---|---|---|---|---|---|
| 2191 9th Ave. N | Suite 230 | St.Petersburg | FL | 33713 | US | LBX |

### Contact Numbers

*Powered by* ViewPoint   CONFIDENTIAL - © Copyright 2008 AstraZeneca Pharmaceuticals LP. All rights reserved.

MDL_HallerD_0715733
0000090_CONFIDENTIAL

## Professional Detail Report                                    ViewPoint

| Number | Type | Contact |
|--------|------|---------|
| No data available | | |

## Email Addresses

| Email Address |
|---------------|
| No data available |

## Activity History

| Brand | Activity Name | Activity Date | Program Name | Role | Invited | Attended |
|-------|---------------|---------------|--------------|------|---------|----------|
| Seroquel | Primary Care Series: New Insights in the Treatment of Bipolar Depression: VOL. 1 | 5/23/2007 6:30:00 PM | | Attendee | Yes | Yes |

## Brand Team Interactions

| Type | Rating | Date | Comment | Contact |
|------|--------|------|---------|---------|
| No data available | | | | |

## Indications and Interests

| Topic | Role |
|-------|------|
| No data available | |

## Specialties

| Specialty Name | Specialty Type |
|----------------|----------------|
| No data available | |

## Related Organizations

| Name | Start Year | End Year | Role | Key Contact | AZ Relationship |
|------|-----------|----------|------|-------------|-----------------|
| No data available | | | | | |

## Related Centers

| Name | Start Year | End Year | Role | Key Contact |
|------|-----------|----------|------|-------------|
| No data available | | | | |

## Trials & Investigations

Powered by ViewPoint   CONFIDENTIAL - © Copyright 2008 AstraZeneca Pharmaceuticals LP. All rights reserved.

MDL_HallerD_0715733
0000091_CONFIDENTIAL

## Professional Detail Report

ViewPoint

| Study Code | Short Description | Type | Compound | Status |
|---|---|---|---|---|
| No data available | | | | |

## Secondary Publications

| Title | Target Audience | Start Date | Submiss-ion Date | Publicat-ion Date | Status | Target Journal | Type | Primary Author |
|---|---|---|---|---|---|---|---|---|
| No data available | | | | | | | | |

*Powered by* ViewPoint    CONFIDENTIAL - © Copyright 2008 AstraZeneca Pharmaceuticals LP. All rights reserved.

MDL_HallerD_0715733
0000092_CONFIDENTIAL

## Professional Detail Report                    ViewPoint

## Person Details

**Dorothy D Burke**

**SFA ID:** 837311015

**Person Type:** Professional

**Languages:**

## Identifiers

| Identifier Type | Value | Qualifier |
|---|---|---|
| Primary SFA Customer ID | 837311015 | |
| AZ Customer ID | 711956 | |
| BMI | I012154660 | |
| BMI | MB1472478 | |
| DEA | MB1472478 | |
| IMS DR | 2154660 | |
| State License Number | 0000012062 | Tennessee |

## Brand Snapshot

| Brand | KOL Level | Speaker | Media Trained | Presentation Trained | Do Not Use |
|---|---|---|---|---|---|
| No data available | | | | | |

## Address

| Address 1 | Address 2 | City | State | Zip | Country | Type |
|---|---|---|---|---|---|---|
| 416 S. Main | | Estill Springs | TN | 37330 | US | LBX |

## Contact Numbers

| Number | Type | Contact |
|---|---|---|
| No data available | | |

*Powered by* ViewPoint   CONFIDENTIAL - © Copyright 2008 AstraZeneca Pharmaceuticals LP. All rights reserved.

MDL_HallerD_0715733
0000093_CONFIDENTIAL

## Professional Detail Report

ViewPoint

### Email Addresses

**Email Address**

No data available

### Activity History

| Brand | Activity Name | Activity Date | Program Name | Role | Invited | Attended |
|---|---|---|---|---|---|---|
| Seroquel | Atypicality: from Theory to Practice | 5/29/2008 12:00:00 PM | | Attendee | Yes | Yes |

### Brand Team Interactions

| Type | Rating | Date | Comment | Contact |
|---|---|---|---|---|
| No data available | | | | |

### Indications and Interests

| Topic | Role |
|---|---|
| No data available | |

### Specialties

| Specialty Name | Specialty Type |
|---|---|
| No data available | |

### Related Organizations

| Name | Start Year | End Year | Role | Key Contact | AZ Relationship |
|---|---|---|---|---|---|
| No data available | | | | | |

### Related Centers

| Name | Start Year | End Year | Role | Key Contact |
|---|---|---|---|---|
| No data available | | | | |

### Trials & Investigations

| Study Code | Short Description | Type | Compound | Status |
|---|---|---|---|---|
| No data available | | | | |

### Secondary Publications

Powered by ViewPoint   CONFIDENTIAL - © Copyright 2008 AstraZeneca Pharmaceuticals LP. All rights reserved.

MDL_HallerD_0715733
0000094_CONFIDENTIAL

## Professional Detail Report

ViewPoint

| Title | Target Audience | Start Date | Submiss- ion Date | Publicat- ion Date | Status | Target Journal | Type | Primary Author |
|-------|-----------------|------------|-------------------|--------------------|--------|----------------|------|----------------|

No data available

Powered by ViewPoint   CONFIDENTIAL - © Copyright 2008 AstraZeneca Pharmaceuticals LP. All rights reserved.

MDL_HallerD_0715733
0000095_CONFIDENTIAL