# EXHIBIT 10

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: Seroquel Products Liability Litigation**

**MDL Docket NO. 1769**

**This Document Relates to:**

**David Haller v. AstraZeneca Pharmaceuticals LP, et al.**

**CASE NUMBER: 6:07-cv-15733**

---

**AstraZeneca's Second Supplemental Disclosure of Available Case Specific Discovery Information and Documentation for NICOLE KEENE Pursuant to Case Management Order Nos. 4 and 5 for Plaintiff DAVID HALLER**

---

Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP ("AstraZeneca") disclose and provide this second supplement to its disclosures dated February 8, 2008 and June 5, 2008 for "Nicole Keene."

## I. Call Note and Detail Information

AstraZeneca searched its call note and detail databases for the above-referenced healthcare provider.

AstraZeneca's searches returned Seroquel-related call notes made by PSSs or Seroquel-related details recorded by RSMs with the healthcare provider, attached as **Exhibit A,** and also produced in electronic form as an Excel spreadsheet.

## II. Prescriber-Level IMS Data

AstraZeneca received consent from IMS Health, Inc. ("IMS") to produce certain prescription data. Use of IMS prescription data is subject to the terms of IMS' consent.

AstraZeneca searched for the above-referenced healthcare provider in its databases with available IMS information.

AstraZeneca's searches returned IMS data for the healthcare provider, attached as **Exhibit B**, and also produced in electronic form as an Excel spreadsheet.

## III. AstraZeneca Sponsored Events – Attendance and Speaker Program Reports

AstraZeneca previously produced to Plaintiff's counsel Seroquel-related information from ViewPoint, Compass/Prep, and Lecture Bureau Express databases. AstraZeneca searched those databases for information related to the above-referenced healthcare provider.

AstraZeneca's search returned information from these databases related to the healthcare provider, attached as **Exhibit C,** and is also produced in electronic form as an Excel spreadsheet.

## IV. Clinical Investigator Information

AstraZeneca states that it does not maintain a central repository for all information relating to Seroquel Trials, which have been conducted over a long period of time and by different entities. The level of detail available to AstraZeneca about particular Seroquel Trials varies, and the identity of all clinical investigators involved in each trial is not always available to the company. Certain Seroquel-related studies are conducted by third parties not associated with AstraZeneca, which limits the information available to AstraZeneca to that communicated by AstraZeneca to those third parties. AstraZeneca searched the IMPACT database and other potential sources for information regarding U.S.-based Seroquel-related clinical trials conducted or supported by AstraZeneca ("Seroquel Trials") to determine if the above-referenced healthcare provider served as a clinical investigator in a Seroquel trial.

Based on a reasonable and diligent search of information available to AstraZeneca concerning the identity of clinical investigators for Seroquel Trials, AstraZeneca has not located information indicating that the healthcare provider served as a clinical investigator in a Seroquel Trial.

Dated: August 21, 2008

/s/ Russell Stewart

Russell O. Stewart
Nadia G. Malik
Faegre & Benson LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203
Telephone: (303) 607-3500
Facsimile: (303) 607-3600
E-Mail: rstewart@faegre.com
nmalik@faegre.com

Fred Magaziner
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
Telephone: (215) 994-4000
Facsimile: (215) 994-2222
E-Mail: fred.magaziner@dechert.com

*Counsel for AstraZeneca Pharmaceuticals LP and AstraZeneca LP*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21th day of August, 2008, I caused to be served a true and correct copy of the foregoing on K. Camp Bailey, Esq., Plaintiffs' Counsel, and Larry Roth, Plaintiffs' Liaison Counsel, via electronic mail and first-class mail. Service on Plaintiffs' Liaison Counsel constitutes service on all unrepresented plaintiffs.

Russell Stewart/[illegible]

Russell O. Stewart
Nadia G. Malik
Faegre & Benson LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203-4532
(303) 607-3500

*Counsel for Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP*

**EXHIBIT A**

CONFIDENTIAL

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | ADDRESS_LINE_2 | ADDRESS_LINE_3 | CITY | STATE | ZIPCODE | REP_NAME | CALL_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | PRODUCT_MESSAGE |
| 2 | REDACTED [redacted] | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | | | | |
| 26 | | | | | | | | | | | | | | | |

MDL_HallerD_0715733
0000124_CONFIDENTIAL

CONFIDENTIAL

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | ADDRESS_LINE_2 | ADDRESS_LINE_3 | CITY | STATE | ZIPCODE | REP_NAME | CALL_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | PRODUCT_MESSAGE |
| 27 | REDACTED | | | | | | | | | | | | | | |
| 28 | | | | | | | | | | | | | | | |
| 29 | | | | | | | | | | | | | | | |
| 30 | | | | | | | | | | | | | | | |
| 31 | | | | | | | | | | | | | | | |
| 32 | | | | | | | | | | | | | | | |
| 33 | | | | | | | | | | | | | | | |
| 34 | | | | | | | | | | | | | | | |
| 35 | | | | | | | | | | | | | | | |
| 36 | | | | | | | | | | | | | | | |
| 37 | | | | | | | | | | | | | | | |
| 38 | | | | | | | | | | | | | | | |
| 39 | | | | | | | | | | | | | | | |
| 40 | | | | | | | | | | | | | | | |
| 41 | | | | | | | | | | | | | | | |
| 42 | | | | | | | | | | | | | | | |
| 43 | | | | | | | | | | | | | | | |
| 44 | | | | | | | | | | | | | | | |
| 45 | | | | | | | | | | | | | | | |
| 46 | | | | | | | | | | | | | | | |
| 47 | | | | | | | | | | | | | | | |
| 48 | | | | | | | | | | | | | | | |
| 49 | | | | | | | | | | | | | | | |
| 50 | | | | | | | | | | | | | | | |
| 51 | | | | | | | | | | | | | | | |
| 52 | | | | | | | | | | | | | | | |

MDL_HallerD_0715733
0000125_CONFIDENTIAL

CONFIDENTIAL

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | ADDRESS_LINE_2 | ADDRESS_LINE_3 | CITY | STATE | ZIPCODE | REP_NAME | CALL_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | PRODUCT_MESSAGE |
| | REDACTED [redacted] | | | | | | | | | | | | | | |
| 53 | | | | | | | | | | | | | | | |
| 54 | | | | | | | | | | | | | | | |
| 55 | | | | | | | | | | | | | | | |
| 56 | | | | | | | | | | | | | | | |
| 57 | | | | | | | | | | | | | | | |
| 58 | | | | | | | | | | | | | | | |
| 59 | | | | | | | | | | | | | | | |
| 60 | | | | | | | | | | | | | | | |
| 61 | | | | | | | | | | | | | | | |
| 62 | | | | | | | | | | | | | | | |
| 63 | | | | | | | | | | | | | | | |
| 64 | | | | | | | | | | | | | | | |
| 65 | | | | | | | | | | | | | | | |
| 66 | | | | | | | | | | | | | | | |
| 67 | | | | | | | | | | | | | | | |
| 68 | | | | | | | | | | | | | | | |
| 69 | | | | | | | | | | | | | | | |
| 70 | | | | | | | | | | | | | | | |
| 71 | | | | | | | | | | | | | | | |
| 72 | | | | | | | | | | | | | | | |
| 73 | | | | | | | | | | | | | | | |
| 74 | | | | | | | | | | | | | | | |
| 75 | | | | | | | | | | | | | | | |

MDL_HallerD_0715733
0000126_CONFIDENTIAL

CONFIDENTIAL

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | ADDRESS_LINE_2 | ADDRESS_LINE_3 | CITY | STATE | ZIPCODE | REP_NAME | CALL_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | PRODUCT_MESSAGE |
| 76 | REDACTED | | | | | | | | | | | | | | |
| 77 | | | | | | | | | | | | | | | |
| 78 | | | | | | | | | | | | | | | |
| 79 | | | | | | | | | | | | | | | |
| 80 | | | | | | | | | | | | | | | |
| 81 | | | | | | | | | | | | | | | |
| 82 | | | | | | | | | | | | | | | |
| 83 | | | | | | | | | | | | | | | |
| 84 | | | | | | | | | | | | | | | |
| 85 | | | | | | | | | | | | | | | |
| 86 | | | | | | | | | | | | | | | |
| 87 | | | | | | | | | | | | | | | |
| 88 | | | | | | | | | | | | | | | |
| 89 | | | | | | | | | | | | | | | |
| 90 | | | | | | | | | | | | | | | |
| 91 | | | | | | | | | | | | | | | |
| 92 | | | | | | | | | | | | | | | |
| 93 | | | | | | | | | | | | | | | |
| 94 | | | | | | | | | | | | | | | |
| 95 | | | | | | | | | | | | | | | |
| 96 | | | | | | | | | | | | | | | |
| 97 | | | | | | | | | | | | | | | |
| 98 | | | | | | | | | | | | | | | |
| 99 | | | | | | | | | | | | | | | |

MDL_HallerD_0715733
0000127_CONFIDENTIAL

CONFIDENTIAL

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | ADDRESS_LINE_2 | ADDRESS_LINE_3 | CITY | STATE | ZIPCODE | REP_NAME | CALL_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | PRODUCT_MESSAGE |
| 100 | REDACTED [redacted] | | | | | | | | | | | | | | |
| 101 | [redacted] | | | | | | | | | | | | | | |
| 102 | [redacted] | | | | | | | | | | | | | | |
| 103 | [redacted] | | | | | | | | | | | | | | |
| 104 | [redacted] | | | | | | | | | | | | | | |
| 105 | [redacted] | | | | | | | | | | | | | | |
| 106 | [redacted] | | | | | | | | | | | | | | |
| 107 | [redacted] | | | | | | | | | | | | | | |
| 108 | [redacted] | | | | | | | | | | | | | | |
| 109 | [redacted] | | | | | | | | | | | | | | |
| 110 | [redacted] | | | | | | | | | | | | | | |
| 111 | [redacted] | | | | | | | | | | | | | | |
| 112 | [redacted] | | | | | | | | | | | | | | |
| 113 | [redacted] | | | | | | | | | | | | | | |
| 114 | [redacted] | | | | | | | | | | | | | | |
| 115 | [redacted] | | | | | | | | | | | | | | |
| 116 | [redacted] | | | | | | | | | | | | | | |
| 117 | [redacted] | | | | | | | | | | | | | | |
| 118 | [redacted] | | | | | | | | | | | | | | |
| 119 | [redacted] | | | | | | | | | | | | | | |
| 120 | [redacted] | | | | | | | | | | | | | | |
| 121 | [redacted] | | | | | | | | | | | | | | |
| 122 | [redacted] | | | | | | | | | | | | | | |
| 123 | [redacted] | | | | | | | | | | | | | | |
| 124 | [redacted] | | | | | | | | | | | | | | |
| 125 | [redacted] | | | | | | | | | | | | | | |
| 126 | [redacted] | | | | | | | | | | | | | | |

MDL_HallerD_0715733
0000128_CONFIDENTIAL

CONFIDENTIAL

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | ADDRESS_LINE_2 | ADDRESS_LINE_3 | CITY | STATE | ZIPCODE | REP_NAME | CALL_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | PRODUCT_MESSAGE |
| 127 | REDACTED | | | | | | | | | | | | | | |
| 128 | | | | | | | | | | | | | | | |
| 129 | | | | | | | | | | | | | | | |
| 130 | | | | | | | | | | | | | | | |
| 131 | | | | | | | | | | | | | | | |
| 132 | | | | | | | | | | | | | | | |
| 133 | | | | | | | | | | | | | | | |
| 134 | | | | | | | | | | | | | | | |
| 135 | | | | | | | | | | | | | | | |
| 136 | | | | | | | | | | | | | | | |
| 137 | | | | | | | | | | | | | | | |
| 138 | | | | | | | | | | | | | | | |
| 139 | | | | | | | | | | | | | | | |
| 140 | | | | | | | | | | | | | | | |
| 141 | | | | | | | | | | | | | | | |
| 142 | | | | | | | | | | | | | | | |
| 143 | | | | | | | | | | | | | | | |
| 144 | | | | | | | | | | | | | | | |
| 145 | | | | | | | | | | | | | | | |
| 146 | | | | | | | | | | | | | | | |
| 147 | | | | | | | | | | | | | | | |
| 148 | | | | | | | | | | | | | | | |
| 149 | | | | | | | | | | | | | | | |
| 150 | | | | | | | | | | | | | | | |
| 151 | | | | | | | | | | | | | | | |
| 152 | | | | | | | | | | | | | | | |
| 153 | | | | | | | | | | | | | | | |
| 154 | | | | | | | | | | | | | | | |

MDL_HallerD_0715733
0000129_CONFIDENTIAL



CONFIDENTIAL

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | ADDRESS_LINE_2 | ADDRESS_LINE_3 | CITY | STATE | ZIPCODE | REP_NAME | CALL_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | PRODUCT_MESSAGE |
| | REDACTED | | | | | | | | | | | | | | |
| 155 | | | | | | | | | | | | | | | |
| 156 | | | | | | | | | | | | | | | |
| 157 | | | | | | | | | | | | | | | |
| 158 | | | | | | | | | | | | | | | |
| 159 | | | | | | | | | | | | | | | |
| 160 | | | | | | | | | | | | | | | |
| 161 | | | | | | | | | | | | | | | |
| 162 | | | | | | | | | | | | | | | |
| 163 | | | | | | | | | | | | | | | |
| 164 | | | | | | | | | | | | | | | |
| 165 | | | | | | | | | | | | | | | |
| 166 | | | | | | | | | | | | | | | |
| 167 | | | | | | | | | | | | | | | |
| 168 | | | | | | | | | | | | | | | |
| 169 | | | | | | | | | | | | | | | |
| 170 | | | | | | | | | | | | | | | |

MDL_HallerD_07157330000130_CONFIDENTIAL

**EXHIBIT C**

CONFIDENTIAL

| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | First Name | Middle Name | Last Name | Activity Title | Activity ID | Activity Type Code | Venue | Venue Type | City | State | Program Start Date | Program End Date |
| 2 | Nicole Keene, ARNP | | | Balancing The Goals - Efficacy and Tolerability Considerations When Treating Patients with Acute Bipolar Mania | 714230 | RSP | Doctor's Office | OFFICE | largo | FL | 11/4/2005 7:30 | 11/4/2005 8:30 |
| 3 | Nicole | | Keene | Case Study 1: The Use of Quetiapine Fumarate in the Treatment of Acute Manic Episodes Associated with Bipolar I Disorder in Adults | 717129 | CS | Bellarte Restaurant | REST | Saint Petersburg | FL | 12/2/2005 18:30 | 12/2/2005 21:00 |

# Professional Detail Report

ViewPoint

## Person Details

**Nicole Keene**

Directions for Mental Health
1437 S. Belcher Rd.
Clearwater, FL 33764

**SFA ID:** 1880211015

**Person Type:** Professional

**Languages:**

## Identifiers

| Identifier Type | Value | Qualifier |
|---|---|---|
| Primary SFA Customer ID | 1880211015 | |
| AZ Customer ID | 763985 | |
| BMI | I003189084 | |
| BMI | MK1726871 | |
| BMI | N023189084 | |
| DEA | MK1726871 | |
| IMS DR | 3189084 | |
| State License Number | 0009199343 | Florida |

## Brand Snapshot

| Brand | KOL Level | Speaker | Media Trained | Presentation Trained | Do Not Use |
|---|---|---|---|---|---|
| Seroquel | | | ☐ | ☐ | |
| Global Seroquel | | | ☐ | ☐ | |

## Address

| Address 1 | Address 2 | City | State | Zip | Country | Type |
|---|---|---|---|---|---|---|
| Directions for Mental Health | 1437 S. Belcher Rd. | Clearwater | FL | 33764 | US | Speaker |
| Directions for Mental Health | 1437 S. Belcher Rd. | Clearwater | FL | 33764 | US | LBX |

Powered by ViewPoint CONFIDENTIAL - © Copyright 2008 AstraZeneca Pharmaceuticals LP. All rights reserved.

MDL_HallerD_0715733
0000143_CONFIDENTIAL

# Professional Detail Report                                      ViewPoint

## Contact Numbers

| Number | Type | Contact |
|---|---|---|
| No data available | | |

## Email Addresses

| Email Address |
|---|
| No data available |

## Activity History

| Brand | Activity Name | Activity Date | Program Name | Role | Invited | Attended |
|---|---|---|---|---|---|---|
| Seroquel | Case Study 1: The Use of Quetiapine Fumarate in the Treatment of Acute Manic Episodes Associated with Bipolar I Disorder in Adults | 12/2/2005 6:30:00 PM | | Attendee | Yes | Yes |

## Brand Team Interactions

| Type | Rating | Date | Comment | Contact |
|---|---|---|---|---|
| No data available | | | | |

## Indications and Interests

| Topic | Role |
|---|---|
| No data available | |

## Specialties

| Specialty Name | Specialty Type |
|---|---|
| Nurse Practitioner | Primary |

## Related Organizations

| Name | Start Year | End Year | Role | Key Contact | AZ Relationship |
|---|---|---|---|---|---|
| No data available | | | | | |

## Related Centers

| Name | Start Year | End Year | Role | Key Contact |
|---|---|---|---|---|
| No data available | | | | |

Powered by ViewPoint   CONFIDENTIAL - © Copyright 2008 AstraZeneca Pharmaceuticals LP. All rights reserved.

MDL_HallerD_0715733
0000144_CONFIDENTIAL

# Professional Detail Report

ViewPoint

## Trials & Investigations

| Study Code | Short Description | Type | Compound | Status |
|---|---|---|---|---|

No data available

## Secondary Publications

| Title | Target Audience | Start Date | Submiss-ion Date | Publicat-ion Date | Status | Target Journal | Type | Primary Author |
|---|---|---|---|---|---|---|---|---|

No data available

Powered by ViewPoint CONFIDENTIAL - © Copyright 2008 AstraZeneca Pharmaceuticals LP. All rights reserved.