# EXHIBIT 3

```
12/04/07                                    RITE AID LEGAL DEPARTMENT                                    PAGE:  2
11:06:28                                    30 HUNTER LANE
                                            CAMP HILL, PA 17011
                                            (717) 761-2633

                                            CUSTOMER HISTORY REPORT

MCALEXANDER, EILEEN

RX    RF  DATE      NDC           DESCRIPTION                    QTY    DAYS    RETAIL    CUST
CF                  PH INIT                                      DISP   SUPPLY  PRICE     PAID    DOCTOR                    INSTRUCTION                  STORE
                                  CLAIM REF NBRS

258493    12/17/01  0045640400I   CELEXA 40 MG TABLET            30.00  30      $77.99    $20.00  LAVIAN, MANOUCHEHR        TAKE 1 TABLET EVER           00597
                    JPT           1351640693599

258492    12/17/01  0031002751O   SEROQUEL 25 MG TABLET          30.00  30      $58.99    $20.00  LAVIAN, MANOUCHEHR        TAKE 1 TABLET AT B           00597
                    JPT           1351540457599

258490    12/17/01  50111039401   BENZTROPINE MES 1 MG TA        30.00  30      $9.98     $5.00   LAVIAN, MANOUCHEHR        TAKE 1 TABLET AT B           00597
                    JPT           1351640150899

258488  1 01/16/02  0030030461J   PREVACID 30 MG CAPSULE         30.00  15      $148.99   $20.00  SCHNEIDER, EDWARD         TAKE 1 CAPSULE TWI           00597
                    JPT           2016657324699

267067    02/22/02  0004949106G   ZOLOFT 100 MG TABLET           45.00  30      $131.99   $20.00  SCHEFFLEIN, PAUL D        TAKE 1+1/2 TABLET            00597
                    MNE           2053421860899

258488  2 02/22/02  0030030461J   PREVACID 30 MG CAPSULE         30.00  15      $148.99   $20.00  SCHNEIDER, EDWARD         TAKE 1 CAPSULE TWI           00597
                    HOS           2053581168899

267068    02/22/02  0031002711O   SEROQUEL 100 MG TABLET         90.00  30      $300.99   $20.00  SCHEFFLEIN, PAUL D        TAKE 3 TABLETS AT            00597
                    MNE           2053422300499

270957    03/23/02  0031002711O   SEROQUEL 100 MG TABLET         90.00  30      $300.99   $20.00  SCHEFFLEIN, PAUL D        TAKE 3 TABLETS AT            00597
                    MNE           2082570110699

270958    03/23/02  0004949106G   ZOLOFT 100 MG TABLET           45.00  30      $131.99   $20.00  SCHEFFLEIN, PAUL D        TAKE 1+1/2 TABLET            00597
                    MNE           2082570351799

271714    03/29/02  0045152550    LEVAQUIN 500 MG TABLET         30.00  30      $315.99   $20.00  SAGER, LISA T.            TAKE 1 TABLET EVER           00597
                    JPT           2088632421399

272782    04/08/02  50111033401   METRONIDAZOLE 500 MG TA        30.00  10      $27.99    $5.00   BURROWS, PAUL D.          TAKE 1 TABLET 3 TI           00597
                    DCR           2098012365999

270958  1 04/21/02  0004949106G   ZOLOFT 100 MG TABLET           45.00  30      $131.99   $20.00  SCHEFFLEIN, PAUL D        TAKE 1+1/2 TABLET            00597
                    MNE           2111491845099

270957  1 04/21/02  0031002711O   SEROQUEL 100 MG TABLET         90.00  30      $300.99   $20.00  SCHEFFLEIN, PAUL D        TAKE 3 TABLETS AT            00597
                    MNE           2111492431999

278962    05/29/02  0004949106G   ZOLOFT 100 MG TABLET           60.00  30      $167.99   $20.00  SCHEFFLEIN, PAUL D        TAKE 2 TABLETS EVE           00597
                    RRO           2149439814699

278963    05/29/02  0031002743J   SEROQUEL 300 MG TABLET         30.00  30      $241.99   $20.00  SCHEFFLEIN, PAUL D        TAKE 1 TABLET AT B           00597
                    RRO           2149440195599

258488  3 05/30/02  0030030461J   PREVACID 30 MG CAPSULE         30.00  15      $152.99   $20.00  SCHNEIDER, EDWARD         TAKE 1 CAPSULE TWI           00597
                    BL8           2150616491799

258488  4 06/30/02  0030030461J   PREVACID 30 MG CAPSULE         30.00  15      $152.99   $20.00  SCHNEIDER, EDWARD         TAKE 1 CAPSULE TWI           00597
                    MNE           2181327615099

278962  1 06/30/02  0004949106G   ZOLOFT 100 MG TABLET           60.00  30      $167.99   $20.00  SCHEFFLEIN, PAUL D        TAKE 2 TABLETS EVE           00597
                    MNE           2181327322099

278963  1 06/30/02  0031002743J   SEROQUEL 300 MG TABLET         30.00  30      $241.99   $20.00  SCHEFFLEIN, PAUL D        TAKE 1 TABLET AT B           00597
                    MNE           2181327415899

286704    08/02/02  0004949106G   ZOLOFT 100 MG TABLET           60.00  30      $167.99   $20.00  SCHEFFLEIN, PAUL D        TAKE 2 TABLETS EVE           00597
                    BL8           2214360426299

286725    08/02/02  0031002746O   SEROQUEL 300 MG TABLET         30.00  30      $243.99   $20.00  SCHEFFLEIN, PAUL D        TAKE 1 TABLET ONCE           00597
                    JPT           2214489307999

289669    08/28/02  0004949106G   ZOLOFT 100 MG TABLET           30.00  30      $87.99    $20.00  SCHEFFLEIN, PAUL D        TAKE 1 TABLET EVER           00597
                    JPT           2240845695999

* * * * * * * * THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION. * * * * * * * *
* * * * * * * * THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH RITE AID PRIVACY POLICIES.              * * * * * * * *
```

CONFIDENTIAL

EMCALEXANDER/RITEAIDCORPORATION/00007

```
12/04/07                                   RITE AID LEGAL DEPARTMENT                                          PAGE: 3
11:06:28                                   30 HUNTER LANE
                                           CAMP HILL, PA 17011
                                           (717) 761-2633

                                           CUSTOMER HISTORY REPORT

MCALEXANDER, EILEEN

  RX    RF  DATE       NDC          DESCRIPTION              QTY   DAYS    RETAIL    CUST    DOCTOR                    INSTRUCTION                STORE
  CF                   PH INIT      CLAIM REF NBRS           DISP  SUPPLY  PRICE     PAID

289675      08/28/02  0031002743 9  SEROQUEL 300 MG TABLET   30.00   30   $241.99   $20.00  SCHEFFLEIN, PAUL D  TAKE 1 TABLET EVER  00597
                      JPT           2240505221999 9
291636      09/16/02  0004949106 6  ZOLOFT 100 MG TABLET     60.00   30   $167.99   $20.00  SCHEFFLEIN, PAUL D  TAKE 2 TABLETS DAI  00597
                      JPT           2259368724699 9
289675   1  10/02/02  0031002743 9  SEROQUEL 300 MG TABLET   30.00   30   $241.99   $20.00  SCHEFFLEIN, PAUL D  TAKE 1 TABLET EVER  00597
                      MNE           2275329100599 9
291636   1  10/19/02  0004949106 6  ZOLOFT 100 MG TABLET     60.00   30   $167.99   $20.00  SCHEFFLEIN, PAUL D  TAKE 2 TABLETS DAI  00597
                      JPT           2292281436999
258488   5  10/29/02  0030030461 3  PREVACID 30 MG CAPSULE   30.00   15   $152.99   $20.00  SCHNEIDER, EDWARD   TAKE 1 CAPSULE TWI  00597
                      BL8           2302647223999 9
297167      10/30/02  0031002711 0  SEROQUEL 100 MG TABLET   90.00   30   $313.99   $20.00  SCHEFFLEIN, PAUL D  TAKE 3 TABLET EVER  00597
                      JPT           2303370195499 9
297167   1  11/28/02  0031002711 0  SEROQUEL 100 MG TABLET   90.00   30   $313.99   $20.00  SCHEFFLEIN, PAUL D  TAKE 3 TABLET EVER  00597
                      JPT           2332326020299 9
301277      12/02/02  0004949106 6  ZOLOFT 100 MG TABLET     60.00   30   $167.99   $20.00  SCHEFFLEIN, PAUL D  TAKE 2 TABLETS EVE  00597
                      JPT           2336441195499 9
304138      12/23/02  5254049805 5  DOXYCYCLINE 100 MG CAPS  20.00   10    $18.99    $5.00  SCHNEIDER, EDWARD   TAKE 1 CAPSULE TWI  00597
                      MNE           2357579587799 9
304717      12/30/02  0031002711 0  SEROQUEL 100 MG TABLET   90.00   30   $313.99   $20.00  SCHEFFLEIN, PAUL D  TAKE 3 TABLETS EVE  00597
                      JPT           2364367112899 9
305571      01/06/03  0078110780 1  ATENOLOL 25 MG TABLET    15.00   15     $8.99    $5.00  SCHNEIDER, EDWARD   TAKE 1 TABLET EVER  00597
                      DCR           3005418748999
306722      01/14/03  0078115061 0  ATENOLOL 50 MG TABLET    30.00   30    $10.99    $5.00  SCHNEIDER, EDWARD   TAKE 1 TABLET EVER  00597
                      JPT           3014400535199 9
301277   1  01/17/03  0004949106 6  ZOLOFT 100 MG TABLET     60.00   30   $175.99   $20.00  SCHEFFLEIN, PAUL D  TAKE 2 TABLETS EVE  00597
                      JPT           3017514577099 6
304717   1  01/27/03  0031002711 0  SEROQUEL 100 MG TABLET   90.00   30   $313.99   $20.00  SCHEFFLEIN, PAUL D  TAKE 3 TABLETS ONC  00597
                      JPT           3027365253999 9
306722   1  02/14/03  0078115061 0  ATENOLOL 50 MG TABLET    30.00   30    $10.99    $5.00  SCHNEIDER, EDWARD   TAKE 1 TABLET EVER  00597
                      BL8           3043289737999
312182      02/25/03  0004949106 6  ZOLOFT 100 MG TABLET     60.00   30   $175.99   $20.00  SCHEFFLEIN, PAUL D  TAKE 2 TABLETS EVE  00597
                      MNE           3056373463899 9
310477      02/25/03  0031002711 0  SEROQUEL 100 MG TABLET   90.00   30   $313.99   $20.00  SCHEFFLEIN, PAUL D  TAKE 3 TABLETS ONC  00597
                      JPT           3056474129599 9
315547      03/23/03  0078115061 0  ATENOLOL 50 MG TABLET    30.00   30    $10.99    $5.00  SCHNEIDER, EDWARD   TAKE 1 TABLET EVER  00597
                      MNE           3082497785199 9
312182   1  03/23/03  0004949106 6  ZOLOFT 100 MG TABLET     60.00   30   $175.99   $20.00  SCHEFFLEIN, PAUL D  TAKE 2 TABLETS EVE  00597
                      MNE           3082331326399 9
315548      03/23/03  0031002746 0  SEROQUEL 300 MG TABLET   60.00   30   $485.99   $20.00  SCHEFFLEIN, PAUL D  TAKE 2 TABLET AT B  00597
                      MNE           3082499160499 7
319241      04/21/03  6330406931 6  CLINDAMYCIN HCL 300 MG   40.00   10   $177.99    $5.00  SCHNEIDER, EDWARD   TAKE 1 CAPSULE 4 T  00597
                      MNE           3111447384699 9
319242      04/21/03  5976233280 1  CLINDAMYCIN HCL 150 MG   40.00   10    $58.99    $5.00  SCHNEIDER, EDWARD   TAKE 1 CAPSULE 4 T  00597
                      MNE           3111448274499 9
```

* * * * * * * * THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION. * * * * * * * *
* * * * * * * * THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH RITE AID PRIVACY POLICIES. * * * * * * * *

CONFIDENTIAL

EMCALEXANDER/RITEAIDCORPORATION/00008

```
12/04/07                                                                                                    PAGE:  4
11:06:28
                                    RITE AID LEGAL DEPARTMENT
                                    30 HUNTER LANE
                                    CAMP HILL, PA 17011
                                    (717) 761-2633

                                       CUSTOMER HISTORY REPORT

MCALEXANDER, EILEEN

  RX   RF  DATE     NDC          DESCRIPTION              QTY    DAYS    RETAIL    CUST    DOCTOR               INSTRUCTION                STORE
  CF       PH INIT                                       DISP   SUPPLY   PRICE     PAID
                                 CLAIM REF NBRS

320919    05/02/03 00406035705 HYDROCODONE-APAP 5-500    50.00    8      $28.98    $5.00   SCHNEIDER, EDWARD    TAKE 1 TABLET EVER          00597
                   JPT          3122541737399
320920    05/02/03 0009308960 1 FAMOTIDINE 20 MG TABLET  30.00   15      $50.99    $5.00   SCHNEIDER, EDWARD    TAKE 1 TABLET TWIC          00597
                   JPT          3122541939299
320921    05/02/03 000544728310 PREDNISONE 5 MG TABLET   50.00   10      $12.99    $5.00   SCHNEIDER, EDWARD    TAKE AS DIRECTED            00597
                   JPT          3122542227699
321023    05/03/03 00049491066 ZOLOFT 100 MG TABLET      60.00   30     $175.99   $20.00   SCHEFFLEIN, PAUL D   TAKE 2 TABLETS EVE          00597
                   MNE          3123435126499
321024    05/03/03 00310027460 SEROQUEL 300 MG TABLET    60.00   30     $485.99   $20.00   SCHEFFLEIN, PAUL D   TAKE 2 TABLET AT B          00597
                   MNE          3123435835699
321025    05/03/03 00093314701 CEPHALEXIN 500 MG CAPSU   40.00   10      $44.99    $5.00   SCHNEIDER, EDWARD    TAKE 1 CAPSULE 4 T          00597
                   MNE          3123436140499
315547  1 05/08/03 00781150610 ATENOLOL 50 MG TABLET     30.00   30      $10.99    $5.00   SCHNEIDER, EDWARD    TAKE 1 TABLET EVER          00597
                   JPT          3128492815899
322609    05/15/03 00300304613 PREVACID 30 MG CAPSULE    15.00   15      $87.99   $40.00   SCHNEIDER, EDWARD    TAKE 1 CAPSULE EVE          00597
                   JPT          3135391880899
323235    05/20/03 17314940001 MYCELEX 10 MG TROCHE      30.00    7      $83.99   $20.00   SCHNEIDER, EDWARD    DISSOLVE 1 TABLET           00597
                   MNE          3140398151699
321024  1 06/02/03 00310027460 SEROQUEL 300 MG TABLET    60.00   30     $485.99   $20.00   SCHEFFLEIN, PAUL D   TAKE 2 TABLET AT B          00597
                   MNE          3153442741399
315547  2 06/07/03 00781150610 ATENOLOL 50 MG TABLET     30.00   30      $10.99    $5.00   SCHNEIDER, EDWARD    TAKE 1 TABLET EVER          00597
                   JPT          3158347236599
326808    06/18/03 00781207401 TRIAMTERENE/HCTZ 37.5/2   30.00   30      $15.99    $5.00   SCHNEIDER, EDWARD    TAKE 1 CAPSULE EVE          00597
                   MNE          3169426134599
320919  1 06/23/03 00406035705 HYDROCODONE-APAP 5-500    50.00    8      $28.98    $5.00   SCHNEIDER, EDWARD    TAKE 1 TABLET EVER          00597
                   BL8          3174617144299

                                                                 $11,063.19  $1,225.00
```

I certify that these medications were dispensed to the above by order of their personal physician

Pharmacists Signature: _____

Date: _____

* * * * * * * * * *   * PAID ONLINE BY CREDIT CARD AT DRUGSTORE.COM   * * * * * * * * * *

* * * * * * * * * * * THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION. * * * * * * * * *

CONFIDENTIAL

EMCALEXANDER/RITEAIDCORPORATION/00009