# EXHIBIT 9

**ASHA VELISETTY, M.D.**
**PROGRESS NOTE**

PATIENT NAME: E. McAlexander DOB: [redacted]

8/18/06 P: Med. mgmt
Stopped taking Seroquel - 2wks ago -
Doing OK doing a temporary job - 3days a wk -
it is starting a new store - Trying to cope - Feels
tired. Son is doing OK c̄ School so far.
Health OK - f/up c̄ Dr. Heflin - PCP - BP was low
two days ago - checks when not feeling good.
Meds helpful - No problems - Saw Dr. Henderson last wk.
Rec: D/S: meds / Cont. counseling c̄ Dr. Henderson, PhD
(Follows up as needed)
(1) Pres: Zoloft 100mg ii PO Q AM x 1 Mo - 2 Refills
(2) D/C Seroquel
(3) Cont. Ativan 0.5mg i PRN Bid
(4) Pres: Ambien 10mg i PRN QHS x 1 Mo - 2 Refills
90862) NA - 11/16/06 Th. 10:30AM Asha Velisetty MD
11/16/06 P: Med. mgmt
Reports doing well, having ↑ anxiety - ?
trying to work part time - Trying to cope -
Health - OK was inpt - WMH - Pneumonia - 10/06 -
Dr. Heflin - PCP - Has nodule in her lung referral to Pulm.
Meds helpful - No problems - Trying to cope -
Rec: D/S meds / cont. counseling c̄ Dr. Henderson, PhD -
(1) Pres: Zoloft 100mg ii Q AM x 1 Mo - 2 Refills
(2) Pres: Ambien 10mg i PRN QHS x 1 Mo - 2 Refills
(3) Pres: Ativan 0.5mg i PRN Bid x 1 Mo - 1 Refill
90805) NA - 2/13/07 Tues 10:30AM
Asha Velisetty MD
11/27/06 pt call. Need letter for Jury
Duty. will Pickup 11/28/06.
11/28/06 Pt 'S Son John Came in to pick up letter

**ASHA VELISETTY, M.D.**
**PROGRESS NOTE**

PATIENT NAME: E. McAlexander DOB: [redacted]

4/17/06 P: Med. mgmt
Reports doing ok - Son at home c allergies didn't go to school - Trying to cope.
Meds helpful - no problems -
Health - OK - fup c Dr. Helfin PCP - in 6/06
Rec: Dis. meds / fup c Dr. Henderson Monthly
(1) Pres: Zoloft 100mg ii q AM x 1MO - Refill
(2) Cont. Seroquel 100mg i q HS - samples #20
(3) Cont. Ativan 0.5mg i PRN Bid
not used much, has 2 refills
(4) Pres: Ambien 10g i PRN q HS x 1MO 1 Refill
90862) NA: 6/13/06 Tues 11AM Asha Velisetty MD

6/19/06 P: Med. mgmt
Reports under stress at this time. Son's (F) passed away 5/31/06 - possibly commit - suicide. Trying to cope. Son doing ok -
fup c Dr. Helfin, PCP - BP is fluctuating
Meds helpful - No problems - Saw PCP last wk -
Rec: Dis. meds / cont. counseling
(1) Cont: Zoloft 100mg ii q AM
(2) Pres: Seroquel 100mg i q HS x 1Mo samples #20 NO refills
(3) Cont. Ativan 0.5mg i PRN Bid
(4) Pres. Ambien 10mg i PRN q HS x 1MO NO refills
90862) NA - 8/15/06 Tues 9:30AM
Asha Velisetty MD

**ASHA VELISETTY, M.D.**
**PROGRESS NOTE**

PATIENT NAME: E. McAlexander DOB: [redacted]

2/1/06 P: Med. mgmt.

1/24/06 Had Surgery (L) shoulder – Bone Spurs Dr. Couch – Things are OK at home. Son doing fine. Medications helpful – No problems. Feels frustrated that she is not able to do things ∵ of her arm surgery. Prefers regular Ambien ∵ of the expense.

Rec: D/S. meds / cont-counseling – Q 2 wks

1) Pres: Zoloft 100 mg ii Q AM x 1 Mo – 3 Refills
2) Cont. Seroquel 100 mg i Q HS – samples 100 mg #(40)
3) Pres: Ativan 0.5 mg i PRN Bid x 1 Mo – 3 Refills #(30)
4) D/C Ambien CR (5) Pres: Ambien 10 i PRN Q HS x 1 Mo No refills

90862) NA – 2/27/06 Mon 10.30 AM Asha Velisetty MD

2/27/06 P: Med. mgmt.

4/6/06 – Release c̄ pt's last hospitalization & Son was at home – will be over on 4/6/06 – Meds helpful – Reports trying to come off Seroquel 2-3 nights, but gets ↑ difficult to sleep. F/up c̄ Dr. Henderson, PhD Q 2 wks.

Health – OK – Lost about 20 LBS since 10/05. Still has ongoing problem c̄ (L) Shoulder & neck. No problems c̄ meds – Trying to cope –

Rec: D/S. meds / Cont. counseling Q 2 wks

1) Cont. Zoloft 100 mg ii Q AM
2) Cont. Seroquel 100 mg i Q HS – Samples #(60)
3) Cont. Ativan 0.5 mg i PRN Bid
4) Pres: Ambien 10 mg i PRN Q HS #(30) – 1 Refill

90862) NA – 4/17/06 Mon 11.15 AM Asha Velisetty MD

**ASHA VELISETTY, M.D.**
**PROGRESS NOTE**

PATIENT NAME: E. McAlexander DOB: [redacted]

12/7/05 P. Med. mgmt
Pt reports kid's central requesting psychiatric evaluation - Advised independent eval. from another doctor - or I can give a letter stating she is under my care -
F/up c̄ Dr. Henderson, PhD - next week.
Son is doing well - Doing family counseling c̄ Mr. Johnson & individual c̄ Mr. Johnson also.
Rec: D/S. meds / Meds helpful - No problems
Trying to cope.
(1) Cont. Zoloft 100 ℨ ii QAM
(2) Cont - Seroquel 100 ℨ i Q HS - Samples #(40)
(3) Pres: Ambien CR 12.5 mg i PRN Q HS, #30 No refills
(4) Cont. Ativan 0.5 mg i PRN Bid -
90862) NA - 1/4/06 Wed 9.30 AM Asha Velisetty MD
12/14 Pt request copy of Records AV
12/19 pt came in to pickup Records. AV
1/4/06 No Shows AV
1/5/06 P: Med. mgmt -
Pt. needs to go to court next week - Judicial review - Reports some anxiety over court & legal proceedings. Has f/up c̄ Dr. Henderson next week. Would like to take Ambien than Amb. CR ∵ of expense & didn't make any difference
Coping OK - Meds helpful -
Rec: D/S. meds
(1) Cont. Zoloft 100 mg ii QAM
(2) Cont. Seroquel 100 i Q HS
(3) Cont. Ativan 0.5 i PRN Bid
(4) Cont. Amb. CR 12.5 mg i PRN Q HS
90862) NA - 2/1/06 Wed - 10.30 AM Asha Velisetty MD

**ASHA VELISETTY, M.D.**
**PROGRESS NOTE**

PATIENT NAME: E. Mc Alexander DOB: [redacted]

10/12/05 P: Med. mgmt
Son came home – 10/6/05 – pt & son doing OK – Pt – ↓ Seroquel to 100 q QHS –
Emotionally doing OK c̄ current regimen of meds – coping well.
Rec: D/S. meds / F/up c̄ Dr. Henderson 10/14/05
(1) Cont: Zoloft 100 mg ii QAM – samples 50 q #(66)
(2) Cont ↓ Seroquel 100 q i QHS – samples #(20)
(3) Pres: Ambien 10 mg i PRN QHS #(30) 1 Mo
(4) Pres: Ativan 0.5 mg i PRN Bid #(60) No refills
(Not taking Ativan every day)
90862) NA – 11/9/05 Wed 12 NOON Asha Velisetty MD

11/9/05 P: Med. mgmt
Kids Central – requesting Eval. prior after she has been in the hosp. Advised to f-up c̄ Dr. Henderson – in regards to this.
Son is c̄ her & doing well – pt – doing well at this time. Meds helpful –
No problems – current regimen of meds helpful –
Rec: D/S meds / Cont. counseling Q2wks
(1) Pres: Zoloft 100 mg ii QAM – 1 Mo – 2 refills
(2) Cont: Seroquel 100 q i QHS – samples #(40)
(3) Pres: Ambien 10 q i PRN QHS – 1 Mo – No refills
(4) Pres: Ativan 0.5 q i PRN Bid – 1 Month – 2 refills
90862) NA – 12/7/05 Wed 11 AM
Asha Velisetty MD

**ASHA VELISETTY, M.D.**
**PROGRESS NOTE**

PATIENT NAME: E. McAlexander DOB: [redacted]

10/4/05 . P: Med mgmt -
Discussed of current situation ē DCF involved ē Son's situation, pt's recent inpt stay at The Centers & not seen her after her discharge & so I have not called Mr. Acevedo back - ē Kids Central, Inc.
Pt. totally denies any SI at this time & how her current inpt. care went on & expressed concerns for son 15 y/o. He is ē pt's sister & overall pt. don't have much contacts ē sister.
Current meds: ① Zoloft 100mg ii QAM, ② Seroquel 150mg QHS, ③ Ambien 10mg QHS ④ Ativan 0.5mg ī PRN Bid -
Doing OK ē current regimen & not to ↓ Seroquel at this time.
Rec: Dis. meds / Has F/U ē Dr. Henderson, PhD tomorrow.
① Pres: Zoloft 100mg ii QAM x 1 Mo #60 No refills
② Cont. Seroquel 150mg QHS
③ Pres: Ambien 10mg ī QHS PRN x 1 Mo #30 No refills
④ Cont: Ativan 0.5mg ī PRN Bid
90862) NA - 10/12/05 Wed 12 noon
Asha Velisetty MD

Advised pt. to inform Dr. Henderson to send me a fax - regarding her progress.

10/6/05 - Sent fax to William Acevedo stating that she is stable on her meds and is able to care for her son. AV

**ASHA VELISETTY, M.D.**
**PROGRESS NOTE**

PATIENT NAME: E. McAlexander DOB: [redacted]

9/7/05 cont. (1) cont. Zoloft 100mg 1½ QAM
(2) Cont ↓ Seroquel 100 x 2wks
↓ 50 x 1wk & 25 x 4days & D/C
(3) Cont. Ambien 10 PRN QHS #60
(4) Pres: Ativan 0.5mg PRN Bid x 1MD; Norvills
Samples Seroquel Starterpack (1), Ambien 5 #(8)
Zoloft Starterpack #(3)
90862) NA – 10/4/05 Tues 10:30AM Asha Velisetty MD
9/13/05 Tel. conv. c Dr. Winger – pt. at The Centers – pt. called me (paged me) – currently at the Centers for BI. pt. upset c her care.
Spoke to Dr. Winger – explained of unit procedure & working there adjusting meds AV
9/28/05 – Tel. conv. c pt. pt reports doing fairly – Son is in Sister's custody; arranged by DCF – Seen Dr. Henderson x2 & has f-up today –
DCF might contact me, advised I will be directing to call to Dr. Henderson, PhD – pt's Therapist –
Will keep her appt – 10/4/05 AV
9/30/05 – Returned call to Mr. Acevedo – from Kids Central, Inc. left a message on his cell phone – 843-5037 – That I will not be of much help c his client's situation & that I mainly do medication mgmt & Dr. Henderson PhD Therapist would be helpful to give more info on home situation. AV

**ASHA VELISETTY, M.D.**
**PROGRESS NOTE**

PATIENT NAME: E. McAlexander DOB: [redacted]

8/2/05 cont. Tolerating changes of meds – well – would like to stay at this regimen – Seroquel 200 ↑ QHS + Ambien 10 ↑ PO QHS

Rec: D/S. meds

1) Cont. Seroquel 200 QHS – Samples # (32)
2) Cont.: Ambien 10 ↑ QHS PRN # (60)
3) Pres: Ativan 0.5 mg ↑ PRN Bid x 1 Mo; No refills
90862) NA – 9/7/05 Wed – 9:45 AM Asha Velisetty MD
4) Pres: Zoloft 100 mg 1½ QAM A 1 Mo # (45)
Samples Zoloft # (42) AV

8-30-05 Pt called went to pharm. to pick up Ambien. They told her we need to call 877-727-3784 – FEP – Called spoke with Bridget
* Ambien was Approved 8/27 – 8/27/06

9-2-05 Faxed records to the dept of health 866-598-8452

9/7/05 P: Med. mgmt –
Doing fairly at this time – Reports ongoing depression & anxiety – Reports some anx ↓ sleep – Ambien fairly helpful – but causing ↑ dreams (not any scary dreams)
Wt. 308 LBS. Lost about 5 LBS – pt trying to loose weight – Had cardiac workup & cardiac cath – Everything was fine – Things are OK at home –
Rec: D/S – meds / F-up ē Dr. Henderson – Q 2 wks
last visit was 9/6/05
cont...

**ASHA VELISETTY, M.D.**
**PROGRESS NOTE**

PATIENT NAME: E. McAlexander DOB: [redacted]

7/13/05 Rec: Dis. meds
(1) Cont - ↓ Seroquel 500 x 4 days & ↓ 400
x 4 days & ↓ 300 Q HS x 4 days
(2) start Ambien 5 ½ Q HS x 4 days
& ↑ 5 i Q HS x 4 days & ↑ 7.5 Q HS
(3) Cont - Zoloft 150 mg Q AM
90862) NA - 7/20/05 wed - 9:45 AM Asha Velisetty MD
7/20/05 P: Med - mgmt
Able to handle ↓ Seroquel & Ambien -
Not drowsy in AM - currently at
Seroquel at 300 & Ambien at 5
Doing fine emotionally
Rec: Dis. meds / Has f-up c Dr. Henderson 8/3/05
(1) ↑ Ambien 7.5 x 4 days & ↑ 10 Q HS
Rxs: Ambien 10 i Q HS PRN x1 mo - 1 Refill
(2) ↓ Seroquel 200 + Q HS x 4 days
& ↓ 200 Q HS.
90862) NA - 8/1/05 MON 12:30 PM Asha Velisetty MD
Samples Ambien 5 #(6) 10 #(2)
" Seroquel 100 #(20)
8/1/05 - No Show AV
8/8/05 P: Med: Mgmt -
Having health problems - having cellulitis -
(R) foot - Got legs swollen - F-up c Dr. Hiltner - PCP
He wants her to have - Cardiac cath for chest pain -
BP - fine - Had EKG - Sleep - is fair - Some
↓ Sleep i/f health issues
Cont.,