EXHIBIT 10

CONFIDENTIAL

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIPCODE | REP_NAME | CALL_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | PRODUCT_MESSAGE |
| 2 | 194468888 | Inaganti, Venkatesw R | Physician | 69 Temple Hill Rd | NEW WINDSOR | NY | 12584 | Meier, Paul H. | 09/23/1999 00:00:00 | Luncheon | Dinner, liked the book, He will def use. He is dosing higher than 400mg per day. | Seroquel | Psychotic Disorders |
| 3 | 194468888 | Inaganti, Venkatesw R | Physician | 69 Temple Hill Rd | NEW WINDSOR | NY | 12584 | Meier, Paul H. | 10/07/1999 00:00:00 | Appt. - Sit Down Detail | Clera perspectives/Patients satisfaction questionaire. | Seroquel | Psychotic Disorders |
| 4 | 194468888 | Inaganti, Venkatesw R | Physician | 69 Temple Hill Rd | NEW WINDSOR | NY | 12584 | Meier, Paul H. | 10/14/1999 00:00:00 | Luncheon | He is using more. He has 2 patients complaining of weight gain. He is going to keep track for me of how much. | Seroquel | Psychotic Disorders |
| 5 | 194468888 | Inaganti, Venkatesw R | Physician | 69 Temple Hill Rd | NEW WINDSOR | NY | 12584 | Meier, Paul H. | 11/11/1999 00:00:00 | Luncheon | He is using and the results still continue to be great. | Seroquel | Psychotic Disorders |
| 6 | 194468888 | Inaganti, Venkatesw R | Physician | 69 Temple Hill Rd | NEW WINDSOR | NY | 12584 | Meier, Paul H. | 01/12/2000 00:00:00 | Appt. - Sit Down Detail | reinstein and 4x4, | Seroquel | Psychotic Disorders |
| 7 | 194468888 | Inaganti, Venkatesw R | Physician | 69 Temple Hill Rd | NEW WINDSOR | NY | 12584 | Meier, Paul H. | 02/16/2000 00:00:00 | Appt. - Sit Down Detail | Gevart/Efficacy/4x4 | Seroquel | Psychotic Disorders |
| 8 | 194468888 | Inaganti, Venkatesw R | Physician | 69 Temple Hill Rd | NEW WINDSOR | NY | 12584 | Meier, Paul H. | 03/22/2000 00:00:00 | Appt. - Sit Down Detail | He said to do a round table discussion and invite grant and Vosoughian. | Seroquel | Psychotic Disorders |
| 9 | 194468888 | Inaganti, Venkatesw R | Physician | 69 Temple Hill Rd | NEW WINDSOR | NY | 12584 | Meier, Paul H. | 04/13/2000 00:00:00 | Appt. - Sit Down Detail | The right drug  pamphlet. He is getting up in dose. | Seroquel | Psychotic Disorders |
| 10 | 194468888 | Inaganti, Venkatesw R | Physician | 69 Temple Hill Rd | NEW WINDSOR | NY | 12584 | Meier, Paul H. | 05/02/2000 00:00:00 | Stand-Up Call | Nancy Hardy Det Seroquel | Seroquel | Comparison vs. Olanzapine |
| 11 | 194468888 | Inaganti, Venkatesw R | Physician | 69 Temple Hill Rd | NEW WINDSOR | NY | 12584 | PDIUSER8 | 05/02/2000 00:00:00 | Stand-Up Call | Nancy Hardy Det Seroquel | Seroquel | Comparison vs. Risperidone |
| 12 | 194468888 | Inaganti, Venkatesw R | Physician | 69 Temple Hill Rd | NEW WINDSOR | NY | 12584 | PDIUSER8 | 05/02/2000 00:00:00 | Stand-Up Call | Nancy Hardy Det Seroquel | Seroquel | Dosing and Titration |
| 13 | 194468888 | Inaganti, Venkatesw R | Physician | 69 Temple Hill Rd | NEW WINDSOR | NY | 12584 | PDIUSER8 | 05/02/2000 00:00:00 | Stand-Up Call | Nancy Hardy Det Seroquel | Seroquel | EPS Differentiation |
| 14 | 194468888 | Inaganti, Venkatesw R | Physician | 69 Temple Hill Rd | NEW WINDSOR | NY | 12584 | PDIUSER8 | 05/02/2000 00:00:00 | Stand-Up Call | Nancy Hardy Det Seroquel | Seroquel | Elderly |
| 15 | 194468888 | Inaganti, Venkatesw R | Physician | 69 Temple Hill Rd | NEW WINDSOR | NY | 12584 | PDIUSER8 | 05/02/2000 00:00:00 | Stand-Up Call | Nancy Hardy Det Seroquel | Seroquel | First Line Positioning |
| 16 | 194468888 | Inaganti, Venkatesw R | Physician | 69 Temple Hill Rd | NEW WINDSOR | NY | 12584 | PDIUSER8 | 05/02/2000 00:00:00 | Stand-Up Call | Nancy Hardy Det Seroquel | Seroquel | Safety and Tolerability |
| 17 | 194468888 | Inaganti, Venkatesw R | Physician | 69 Temple Hill Rd | NEW WINDSOR | NY | 12584 | PDIUSER8 | 05/02/2000 00:00:00 | Stand-Up Call | Nancy Hardy Det Seroquel | Seroquel | Seroquel Efficacy |
| 18 | 194468888 | Inaganti, Venkatesw R | Physician | 69 Temple Hill Rd | NEW WINDSOR | NY | 12584 | Meier, Paul H. | 05/18/2000 00:00:00 | Appt. - Sit Down Detail | Coming to th eidnner in hopewil. | Seroquel | Psychotic Disorders |
| 19 | 194468888 | Inaganti, Venkatesw R | Physician | 69 Temple Hill Rd | NEW WINDSOR | NY | 12584 | PDIUSER8 | 05/18/2000 00:00:00 | Stand-Up Call | Nancy Hardy Det Seroquel | Seroquel | Comparison vs. Olanzapine |
| 20 | 194468888 | Inaganti, Venkatesw R | Physician | 69 Temple Hill Rd | NEW WINDSOR | NY | 12584 | PDIUSER8 | 05/18/2000 00:00:00 | Appt. - Sit Down Detail | Nancy Hardy Det Seroquel | Seroquel | Dosing and Titration |
| 21 | 194468888 | Inaganti, Venkatesw R | Physician | 69 Temple Hill Rd | NEW WINDSOR | NY | 12584 | PDIUSER8 | 05/18/2000 00:00:00 | Appt. - Sit Down Detail | Nancy Hardy Det Seroquel | Seroquel | First Line Positioning |
| 22 | 194468888 | Inaganti, Venkatesw R | Physician | 69 Temple Hill Rd | NEW WINDSOR | NY | 12584 | PDIUSER8 | 05/18/2000 00:00:00 | Appt. - Sit Down Detail | Nancy Hardy Det Seroquel | Seroquel | Minimal Weight Gain |
| 23 | 194468888 | Inaganti, Venkatesw R | Physician | 69 Temple Hill Rd | NEW WINDSOR | NY | 12584 | PDIUSER8 | 05/18/2000 00:00:00 | Appt. - Sit Down Detail | Nancy Hardy Det Seroquel | Seroquel | Safety and Tolerability |
| 24 | 194468888 | Inaganti, Venkatesw R | Physician | 69 Temple Hill Rd | NEW WINDSOR | NY | 12584 | PDIUSER8 | 05/18/2000 00:00:00 | Appt. - Sit Down Detail | Nancy Hardy Det Seroquel | Seroquel | Seroquel Efficacy |
| 25 | 194468888 | Inaganti, Venkatesw R | Physician | 69 Temple Hill Rd | NEW WINDSOR | NY | 12584 | Meier, Paul H. | 06/02/2000 00:00:00 | Luncheon | | Seroquel | |
| 26 | 194468888 | Inaganti, Venkatesw R | Physician | 69 Temple Hill Rd | NEW WINDSOR | NY | 12584 | Meier, Paul H. | 06/29/2000 00:00:00 | Stand-Up Call | He is using higher dosages, reminded him that he can dose to efficay. He remembers that from the lecture. He is ok on samples. | Seroquel | Dosing and Titration |
| 27 | 194468888 | Inaganti, Venkatesw R | Physician | 69 Temple Hill Rd | NEW WINDSOR | NY | 12584 | PDIUSER25 | 07/25/2000 00:00:00 | Appt. - Sit Down Detail | Nancy Hardy Det. Seroquel | Seroquel | Comparison vs. Risperidone |
| 28 | 194468888 | Inaganti, Venkatesw R | Physician | 69 Temple Hill Rd | NEW WINDSOR | NY | 12584 | PDIUSER25 | 07/25/2000 00:00:00 | Appt. - Sit Down Detail | Nancy Hardy Det. Seroquel | Seroquel | Dosing and Titration |
| 29 | 194468888 | Inaganti, Venkatesw R | Physician | 69 Temple Hill Rd | NEW WINDSOR | NY | 12584 | PDIUSER25 | 07/25/2000 00:00:00 | Appt. - Sit Down Detail | Nancy Hardy Det. Seroquel | Seroquel | EPS Differentiation |
| 30 | 194468888 | Inaganti, Venkatesw R | Physician | 69 Temple Hill Rd | NEW WINDSOR | NY | 12584 | PDIUSER25 | 07/25/2000 00:00:00 | Appt. - Sit Down Detail | Nancy Hardy Det. Seroquel | Seroquel | Elderly |
| 31 | 194468888 | Inaganti, Venkatesw R | Physician | 69 Temple Hill Rd | NEW WINDSOR | NY | 12584 | PDIUSER25 | 07/25/2000 00:00:00 | Appt. - Sit Down Detail | Nancy Hardy Det. Seroquel | Seroquel | First Line Positioning |
| 32 | 194468888 | Inaganti, Venkatesw R | Physician | 69 Temple Hill Rd | NEW WINDSOR | NY | 12584 | PDIUSER25 | 07/25/2000 00:00:00 | Appt. - Sit Down Detail | Nancy Hardy Det. Seroquel | Seroquel | Minimal Weight Gain |
| 33 | 194468888 | Inaganti, Venkatesw R | Physician | 69 Temple Hill Rd | NEW WINDSOR | NY | 12584 | PDIUSER25 | 07/25/2000 00:00:00 | Appt. - Sit Down Detail | Nancy Hardy Det. Seroquel | Seroquel | Quest Vis Aid |
| 34 | 194468888 | Inaganti, Venkatesw R | Physician | 69 Temple Hill Rd | NEW WINDSOR | NY | 12584 | PDIUSER25 | 07/25/2000 00:00:00 | Appt. - Sit Down Detail | Nancy Hardy Det. Seroquel | Seroquel | Safety and Tolerability |
| 35 | 194468888 | Inaganti, Venkatesw R | Physician | 69 Temple Hill Rd | NEW WINDSOR | NY | 12584 | PDIUSER25 | 07/25/2000 00:00:00 | Appt. - Sit Down Detail | Nancy Hardy Det. Seroquel | Seroquel | Seroquel Efficacy |
| 36 | 194468888 | Inaganti, Venkatesw R | Physician | 69 Temple Hill Rd | NEW WINDSOR | NY | 12584 | Meier, Paul H. | 07/25/2000 11:38:03 | Stand-Up Call | He is getting up to higher dosages, He knows to go up fast. I reminded him that if he sees eps in what he is using, not to add cogentin, but to switch to seroquel. And if someone is on an antipsychotic and cogentin and doing well, add the seroquel and then back the cogentin off and then you may be able to lower the offending antipsychotic. | Seroquel | EPS Differentiation |

CONFIDENTIAL

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIPCODE | REP_NAME | CALL_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | PRODUCT_MESSAGE |
| 65 | 194468888 | Inaganti, Venkatesw R | Physician | 69  Temple Hill Rd | NEW WINDSOR | NY | 12584 | Meier, Paul  H. | 01/29/2001 08:12:34 | Stand-Up Call | He liked the Kaplan book. I told him I left one with Prahbu for the office and one for him at the hospital. He is still using for anxiety. I reminded him that here is the place to get up in dose. He agreed. Reminded him 4x4. | Seroquel | Dosing and Titration |
| 66 | 194468888 | Inaganti, Venkatesw R | Physician | 69  Temple Hill Rd | NEW WINDSOR | NY | 12584 | Meier, Paul  H. | 01/29/2001 08:12:34 | Stand-Up Call | He liked the Kaplan book. I told him I left one with Prahbu for the office and one for him at the hospital. He is still using for anxiety. I reminded him that here is the place to get up in dose. He agreed. Reminded him 4x4. | Seroquel | Safety and Tolerability |
| 67 | 194468888 | Inaganti, Venkatesw R | Physician | 69  Temple Hill Rd | NEW WINDSOR | NY | 12584 | Meier, Paul  H. | 02/15/2001 00:00:00 | Stand-Up Call | Quest data. Dr Liked the fact the efficacy was there vwithout the eps. Liked the fact that the dose was higher than 300mg, but I reminded the top of the dose range is 600mg. Dr gareed to go highre. | Seroquel | Safety and Tolerability |
| 68 | 194468888 | Inaganti, Venkatesw R | Physician | 69  Temple Hill Rd | NEW WINDSOR | NY | 12584 | Meier, Paul  H. | 03/14/2001 23:05:44 | Stand-Up Call | PRIZE DATA. He knows to go up. | Seroquel | Dosing and Titration |
| 69 | 194468888 | Inaganti, Venkatesw R | Physician | 69  Temple Hill Rd | NEW WINDSOR | NY | 12584 | Meier, Paul  H. | 05/31/2001 13:11:11 | Stand-Up Call | saw him at the hospital. He said that he is using higher than 800mg in some pts as is using for things other than Scholzophrenia. He said that he is using often for GAD. Reminded hium we are indicated for Schizophrenia. | Seroquel | Dosing and Titration |
| 70 | 194468888 | Inaganti, Venkatesw R | Physician | 69  Temple Hill Rd | NEW WINDSOR | NY | 12584 | Meier, Paul  H. | 05/31/2001 13:11:11 | Stand-Up Call | saw him at the hospital. He said that he is using higher than 800mg in some pts as is using for things other than Scholzophrenia. He said that he is using often for GAD. Reminded hium we are indicated for Schizophrenia. | Seroquel | Seroquel Efficacy |
| 71 | 194468888 | Inaganti, Venkatesw R | Physician | 69  Temple Hill Rd | NEW WINDSOR | NY | 12584 | Meier, Paul  H. | 06/14/2001 23:13:34 | Stand-Up Call | He is interested in the palm pilot program. Ok on samples. Has several peopl on higher than 600mg and several on 800mg. Reminded safety | Seroquel | Dosing and Titration |
| 72 | 194468888 | Inaganti, Venkatesw R | Physician | 69  Temple Hill Rd | NEW WINDSOR | NY | 12584 | Meier, Paul  H. | 06/14/2001 23:13:34 | Stand-Up Call | He is interested in the palm pilot program. Ok on samples. Has several peopl on higher than 600mg and several on 800mg. Reminded safety | Seroquel | Safety and Tolerability |
| 73 | 194468888 | Inaganti, Venkatesw R | Physician | 69  Temple Hill Rd | NEW WINDSOR | NY | 12584 | Meier, Paul  H. | 06/14/2001 23:13:34 | Stand-Up Call | He is interested in the palm pilot program. Ok on samples. Has several peopl on higher than 600mg and several on 800mg. Reminded safety | Seroquel | Seroquel Efficacy |
| 74 | 194468888 | Inaganti, Venkatesw R | Physician | 69  Temple Hill Rd | NEW WINDSOR | NY | 12584 | Meier, Paul  H. | 07/11/2001 00:00:00 | Stand-Up Call | Reminded 4x4 and that correct dosing is the key to great efficacy. Showed the CME educator to stress higher dosing and the Caspoer reprint to show the lack of etfetclt on WT. | Seroquel | Dosing and Titration |
| 75 | 194468888 | Inaganti, Venkatesw R | Physician | 69  Temple Hill Rd | NEW WINDSOR | NY | 12584 | Meier, Paul  H. | 07/11/2001 00:00:00 | Stand-Up Call | Reminded 4x4 and that correct dosing is the key to great efficacy. Showed the CME educator to stress higher dosing and the Caspoer reprint to show the lack of etfetclt on WT. | Seroquel | Safety and Tolerability |
| 76 | 194468888 | Inaganti, Venkatesw R | Physician | 69  Temple Hill Rd | NEW WINDSOR | NY | 12584 | Meier, Paul  H. | 07/11/2001 00:00:00 | Stand-Up Call | Reminded 4x4 and that correct dosing is the key to great efficacy. Showed the CME educator to stress higher dosing and the Caspoer reprint to show the lack of etfetclt on WT. | Seroquel | Seroquel Efficacy |
| 77 | 194468888 | Inaganti, Venkatesw R | Physician | 69  Temple Hill Rd | NEW WINDSOR | NY | 12584 | Meier, Paul  H. | 08/20/2001 00:00:00 | Stand-Up Call | discussed dosing. He has gone over 100mg, but says that he has had good results in some pts at 75mg. He said it depends on what he is using it for. I told him that I was glad tro see  that he had good results at all different doses, because it tells me that he will go up in dsoe if he needs to to get desired results. Showed him the new info on wt in the OLE trials. He liked that. | Seroquel | Dosing and Titration |
| 78 | 194468888 | Inaganti, Venkatesw R | Physician | 69  Temple Hill Rd | NEW WINDSOR | NY | 12584 | Meier, Paul  H. | 08/20/2001 00:00:00 | Stand-Up Call | discussed dosing. He has gone over 100mg, but says that he has had good results in some pts at 75mg. He said it depends on what he is using it for. I told him that I was glad tro see  that he had good results at all different doses, because it tells me that he will go up in dsoe if he needs to to get desired results. Showed him the new info on wt in the OLE trials. He liked that. | Seroquel | Seroquel Efficacy |
| 79 | 194468888 | Inaganti, Venkatesw R | Physician | 69  Temple Hill Rd | NEW WINDSOR | NY | 12584 | Meier, Paul  H. | 08/20/2001 17:56:17 | Stand-Up Call | he has used up to 1000 mg , but knows he can use lower dosages in some other pts. He likes the low wt gain and no eps. He was out of samples. Signed for more. I spoke with his son about the palm pilot program. He said that he would call to finish the process this week. | Seroquel | Dosing and Titration |
| 80 | 194468888 | Inaganti, Venkatesw R | Physician | 69  Temple Hill Rd | NEW WINDSOR | NY | 12584 | Meier, Paul  H. | 08/20/2001 17:56:17 | Stand-Up Call |  he has used up to 1000 mg , but knows he can use lower dosages in some other pts. He likes the low wt gain and no eps. He was out of samples. Signed for more. I spoke with his son about the palm pilot program. He said that he would call to finish the process this week. | Seroquel | Seroquel Efficacy |
| 81 | 194468888 | Inaganti, Venkatesw R | Physician | 69  Temple Hill Rd | NEW WINDSOR | NY | 12584 | Sinclair, Deneise | 09/04/2001 10:53:15 | Stand-Up Call | briefly intro myself doc did not have a lot of time went over go to 4 & explore on back of cva asked for more time next visit | Seroquel | Seroquel Efficacy |
| 82 | 194468888 | Inaganti, Venkatesw R | Physician | 69  Temple Hill Rd | NEW WINDSOR | NY | 12584 | Meier, Paul  H. | 09/26/2001 19:10:21 | Stand-Up Call | He was at the hospital. He said that he has several pts higher than 800mg. He is using for schizophrenia and other things as well. He is going to be working at SDing Sing Prison. | Seroquel | Dosing and Titration |
| 83 | 194468888 | Inaganti, Venkatesw R | Physician | 69  Temple Hill Rd | NEW WINDSOR | NY | 12584 | Meier, Paul  H. | 09/26/2001 19:10:21 | Stand-Up Call | He was at the hospital. He said that he has several pts higher than 800mg. He is using for schizophrenia and other things as well. He is going to be working at SDing Sing Prison. | Seroquel | Seroquel Efficacy |
| 84 | 194468888 | Inaganti, Venkatesw R | Physician | 69  Temple Hill Rd | NEW WINDSOR | NY | 12584 | Sinclair, Deneise | 10/03/2001 15:09:49 | Appt. - Sit Down Detail | spoke briefly re dosing & titration to 400 mg w/in 1wk asked doc to read prize which just reinforces highdoses quuickly | Seroquel | Dosing and Titration |
| 85 | 194468888 | Inaganti, Venkatesw R | Physician | 69  Temple Hill Rd | NEW WINDSOR | NY | 12584 | Sinclair, Deneise | 10/03/2001 15:09:49 | Appt. - Sit Down Detail | spoke briefly re dosing & titration to 400 mg w/in 1wk asked doc to read prize which just reinforces highdoses quuickly | Seroquel | Seroquel Efficacy |
| 86 | 194468888 | Inaganti, Venkatesw R | Physician | 69  Temple Hill Rd | NEW WINDSOR | NY | 12584 | Meier, Paul  H. | 11/21/2001 00:00:00 | Appt. - Sit Down Detail | Discussed PRIZE to reinforce dosing. Told Dr that titration should be 4x4. Reminded that the side effects do not increase as the dose goes up. Dr will continue to push the dose. | Seroquel | Dosing and Titration |