EXHIBIT 11

CONFIDENTIAL

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE 1 | ADDRESS_LINE 2 | CITY | STATE | ZIPCODE | REP_NAME | CALL_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | PRODUCT_MESSAGE |
| 2 | REDACTED | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | |

CONFIDENTIAL

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE 1 | ADDRESS_LINE 2 | CITY | STATE | ZIPCODE | REP_NAME | CALL_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | PRODUCT_MESSAGE |
| 210 | REDACTED | | | | | | | | | | | | | |
| 211 | | | | | | | | | | | | | | |
| 212 | | | | | | | | | | | | | | |
| 213 | | | | | | | | | | | | | | |
| 214 | | | | | | | | | | | | | | |
| 215 | | | | | | | | | | | | | | |
| 216 | | | | | | | | | | | | | | |
| 217 | | | | | | | | | | | | | | |
| 218 | | | | | | | | | | | | | | |
| 219 | | | | | | | | | | | | | | |
| 220 | | | | | | | | | | | | | | |
| 221 | | | | | | | | | | | | | | |
| 222 | | | | | | | | | | | | | | |
| 223 | | | | | | | | | | | | | | |
| 224 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Bowen, Thomas | 06/03/2003 16:06:46 | Lunch and Learn | DLN on EPS at Mid Hudson. Differentiating Seroq. from the pack based on SE profile. set up Pharm insvc | Seroquel | Accepted! - EPS Differentiation |
| 225 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Bowen, Thomas | 06/03/2003 16:06:46 | Lunch and Learn | DLN on EPS at Mid Hudson. Differentiating Seroq. from the pack based on SE profile. set up Pharm insvc | Seroquel | Well! - Seroquel Efficacy |
| 226 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Bowen, Thomas | 05/06/2003 18:51:57 | Lunch and Learn | dinner inservice on EPS and pts improvingwith Serq | Seroquel | Accepted! - EPS Differentiation |
| 227 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Bowen, Thomas | 05/06/2003 18:51:57 | Lunch and Learn | dinner inservice on EPS and pts improvingwith Serq | Seroquel | Well! - Seroquel Efficacy |
| 228 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Bowen, Thomas | 05/06/2003 18:51:57 | Lunch and Learn | dinner inservice on EPS and pts improvingwith Serq | Seroquel | Well! Accepted! - Dosing and Titration |
| 229 | REDACTED | | | | | | | | | | | | | |
| 230 | | | | | | | | | | | | | | |
| 231 | | | | | | | | | | | | | | |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE 1 | ADDRESS_LINE 2 | CITY | STATE | ZIPCODE | REP_NAME | CALL_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | PRODUCT_MESSAGE |
| 331 | REDACTED | | | | | | | | | | | | | |
| 332 | | | | | | | | | | | | | | |
| 333 | | | | | | | | | | | | | | |
| 334 | | | | | | | | | | | | | | |
| 335 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Gallardo, Omar | 05/07/2001 00:00:00 | Food for Thought - SAM | Gain Access to Physicians, Video on EPS- A guide to prevention and treatment in the era of atypical antipsychotics | Seroquel | Dosing and Titration |
| 336 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Gallardo, Omar | 05/07/2001 00:00:00 | Food for Thought - SAM | Gain Access to Physicians, Video on EPS- A guide to prevention and treatment in the era of atypical antipsychotics | Seroquel | EPS Differentiation |
| 337 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Gallardo, Omar | 05/07/2001 00:00:00 | Food for Thought - SAM | Gain Access to Physicians, Video on EPS- A guide to prevention and treatment in the era of atypical antipsychotics | Seroquel | Seroquel Efficacy |
| 338 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Gallardo, Omar | 10/04/2001 00:00:00 | Stand-Up Call | John Renna Presentation to Medical Staff. Theory of receptor binding and Q&A about weight gain. | Seroquel | Minimal Weight Gain |
| 339 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Gallardo, Omar | 10/04/2001 00:00:00 | Stand-Up Call | John Renna Presentation to Medical Staff. Theory of receptor binding and Q&A about weight gain. | Seroquel | Safety and Tolerability |
| 340 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Gallardo, Omar | 10/04/2001 00:00:00 | Stand-Up Call | John Renna Presentation to Medical Staff. Theory of receptor binding and Q&A about weight gain. | Seroquel | Seroquel Efficacy |
| 341 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Gallardo, Omar | 09/19/2001 00:00:00 | Stand-Up Call | Spoke about weight gain and use of seroquel at higher doses | Seroquel | Minimal Weight Gain |
| 342 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Gallardo, Omar | 09/19/2001 00:00:00 | Stand-Up Call | Spoke about weight gain and use of seroquel at higher doses | Seroquel | Safety and Tolerability |
| 343 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Gallardo, Omar | 09/19/2001 00:00:00 | Stand-Up Call | Spoke about weight gain and use of seroquel at higher doses | Seroquel | Seroquel Efficacy |
| 344 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Gallardo, Omar | 08/31/2001 00:00:00 | Stand-Up Call | Using 300mg tablets, need to do a psych link program | Seroquel | EPS Differentiation |
| 345 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Gallardo, Omar | 08/31/2001 00:00:00 | Stand-Up Call | Using 300mg tablets, need to do a psych link program | Seroquel | Minimal Weight Gain |
| 346 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Gallardo, Omar | 08/31/2001 00:00:00 | Stand-Up Call | Using 300mg tablets, need to do a psych link program | Seroquel | Seroquel Efficacy |
| 347 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Gallardo, Omar | 06/06/2001 00:00:00 | Stand-Up Call | Weight gain issues addressed. Considering monitoring patient weight on all Atypicals. | Seroquel | Minimal Weight Gain |
| 348 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Gallardo, Omar | 06/06/2001 00:00:00 | Stand-Up Call | Weight gain issues addressed. Considering monitoring patient weight on all Atypicals. | Seroquel | Seroquel Efficacy |
| 349 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Gallardo, Omar | 12/03/2001 12:13:37 | Stand-Up Call | reminder of efficacy on higher doses | Seroquel | Minimal Weight Gain |
| 350 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Gallardo, Omar | 12/03/2001 12:13:37 | Stand-Up Call | reminder of efficacy on higher doses | Seroquel | Safety and Tolerability |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | ADDRESS_LINE_2 | CITY | STATE | ZIPCODE | REP_NAME | CALL_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | PRODUCT_MESSAGE |
| 351 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Gallardo, Omar | 12/03/2001 12:13:37 | Stand-Up Call | reminder of efficacy on higher doses | Seroquel | Seroquel Efficacy |
| 352 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Gallardo, Omar | 07/25/2001 00:00:00 | Stand-Up Call | using more 300mg dosing. weight neutral. Psych link program schedule discussed. NExt: follow up with lucille palermo for case study and John Renna's visit | Seroquel | Dosing and Titration |
| 353 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Gallardo, Omar | 07/25/2001 00:00:00 | Stand-Up Call | using more 300mg dosing. weight neutral. Psych link program schedule discussed. NExt: follow up with lucille palermo for case study and John Renna's visit | Seroquel | Minimal Weight Gain |
| 354 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Gallardo, Omar | 07/25/2001 00:00:00 | Stand-Up Call | using more 300mg dosing. weight neutral. Psych link program schedule discussed. NExt: follow up with lucille palermo for case study and John Renna's visit | Seroquel | Seroquel Efficacy |
| 355 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | McGrath, Joan Marie | 03/18/2002 16:56:47 | Lunch and Learn | DISCUSSED AD OF SER IN PRISON POPULION FOCUSED ON PROLACTIN AND LACKOF AKATHESIA | Seroquel | Safety and Tolerability |
| 356 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | McGrath, Joan Marie | 03/18/2002 16:56:47 | Lunch and Learn | DISCUSSED AD OF SER IN PRISON POPULION FOCUSED ON PROLACTIN AND LACKOF AKATHESIA | Seroquel | Seroquel Efficacy |
| 357 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | McGrath, Joan Marie | 02/08/2002 15:22:02 | Lunch and Learn | HAD LUNCH WITH DR. TING, DR. AAKALU, AND HER ASSIST KATHY,DR LAVIAN, DISCUSSED DOSING AND ADVANTAGES REGARDINGWEIGHT | Seroquel | Dosing and Titration |
| 358 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | McGrath, Joan Marie | 02/08/2002 15:22:02 | Lunch and Learn | HAD LUNCH WITH DR. TING, DR. AAKALU, AND HER ASSIST KATHY,DR LAVIAN, DISCUSSED DOSING AND ADVANTAGES REGARDINGWEIGHT | Seroquel | Seroquel Efficacy |
| 359 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | McGrath, Joan Marie | 02/08/2002 15:18:39 | Lunch and Learn | MD CAME TO LUNCH, AT CHRISTINES, SOUNDS HE LIKES ZYPREXA, HAS USED SEROQUEL UP TO 800, WOULDNT GIVE TTOM MUCH AWAY, REMINDED HIM OF MAJORITY NEED HIGH 400-800, NO PROLACTIN OR EPS AND HE AGREED THEY WERE ALL EQUAL EFFECTIVE , INDIV PT RESPONSE MAY VARY,GAVE HIM CODING BOOK, WILL SEE HIM NEXT WEEK | Seroquel | Dosing and Titration |
| 360 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | McGrath, Joan Marie | 02/08/2002 15:18:39 | Lunch and Learn | MD CAME TO LUNCH, AT CHRISTINES, SOUNDS HE LIKES ZYPREXA, HAS USED SEROQUEL UP TO 800, WOULDNT GIVE TTOM MUCH AWAY, REMINDED HIM OF MAJORITY NEED HIGH 400-800, NO PROLACTIN OR EPS AND HE AGREED THEY WERE ALL EQUAL EFFECTIVE , INDIV PT RESPONSE MAY VARY,GAVE HIM CODING BOOK, WILL SEE HIM NEXT WEEK | Seroquel | Seroquel Efficacy |
| 361 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | McGrath, Joan Marie | 07/12/2002 13:42:19 | Lunch and Learn | REVIEWED NASSRALAH BOOK CHART AND RECOM FOR SER FIRST CHOICE DISCUSSED DOSING COGNITION AND AVOIDING SEDAATION, MD LAVIAN USING IT MORE | Seroquel | Accepted! - Favorable Weight Profile |
| 362 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | McGrath, Joan Marie | 07/12/2002 13:42:19 | Lunch and Learn | REVEWED NASSRALAH BOOK CHART AND RECOM FOR SER FIRST CHOICE DISCUSSED DOSING COGNITION AND AVOIDING SEDAATION, MD LAVIAN USING IT MORE | Seroquel | Well! - Seroquel Efficacy |
| 363 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | McGrath, Joan Marie | 07/12/2002 13:42:19 | Lunch and Learn | REVEWED NASSRALAH BOOK CHART AND RECOM FOR SER FIRST CHOICE DISCUSSED DOSING COGNITION AND AVOIDING SEDAATION, MD LAVIAN USING IT MORE | Seroquel | Well! Accepted! - Dosing and Titration |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE 1 | ADDRESS_LINE 2 | CITY | STATE | ZIPCODE | REP_NAME | CALL_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | PRODUCT_MESSAGE |
| 364 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | McGrath, Joan Marie | 05/13/2002 08:28:31 | Lunch and Learn | insvce in pharm with ellen, showed eps video disucsed 300 mg use revewed who isusin t and angel should be reg weighr gain, diabetes, pham connies said we use tons of glucaphasage, dont see eps with with zyprexa, use cogentin, oh yes, use theses two angles | Seroquel | Dosing and Titration |
| 365 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | McGrath, Joan Marie | 05/13/2002 08:28:31 | Lunch and Learn | insvce in pharm with ellen, showed eps video disucsed 300 mg use revewed who isusin t and angel should be reg weighr gain, diabetes, pham connies said we use tons of glucaphasage, dont see eps with with zyprexa, use cogentin, oh yes, use theses two angles | Seroquel | EPS Differentiation |
| 366 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | McGrath, Joan Marie | 05/13/2002 08:28:31 | Lunch and Learn | insvce in pharm with ellen, showed eps video disucsed 300 mg use revewed who isusin t and angel should be reg weighr gain, diabetes, pham connies said we use tons of glucaphasage, dont see eps with with zyprexa, use cogentin, oh yes, use theses two angles | Seroquel | Seroquel Efficacy |
| 367 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | McGrath, Joan Marie | 03/18/2002 00:00:00 | Lunch and Learn | lunch insvce review of dosing immed rsponse and long term eff, md was quiet today, not much feed back would like to speak with him one on onegave him small calendar | Seroquel | Dosing and Titration |
| 368 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | McGrath, Joan Marie | 03/18/2002 00:00:00 | Lunch and Learn | lunch insvce review of dosing immed rsponse and long term eff, md was quiet today, not much feed back would like to speak with him one on onegave him small calendar | Seroquel | Minimal Weight Gain |
| 369 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | McGrath, Joan Marie | 03/18/2002 00:00:00 | Lunch and Learn | lunch insvce review of dosing immed rsponse and long term eff, md was quiet today, not much feed back would like to speak with him one on onegave him small calendar | Seroquel | Seroquel Efficacy |
| 370 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | McGrath, Joan Marie | 01/18/2002 00:00:00 | Lunch and Learn | md attended insvce paul meier and I reviewed Prize data and kapur data, disucssed needed fo doses betweed 600 and 800 mg as he see in rockland county where they are having great rsults with seroquel.md commented that omar had agreed to come over and bring him samples las t week and never showed up. We ordered for him . he said he ahd alrady seen the eps video. must make up for some irritation caused by omar. | Seroquel | Dosing and Titration |
| 371 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | McGrath, Joan Marie | 01/18/2002 00:00:00 | Lunch and Learn | md attended insvce paul meier and I reviewed Prize data and kapur data, disucssed needed fo doses betweed 600 and 800 mg as he see in rockland county where they are having great rsults with seroquel.md commented that omar had agreed to come over and bring him samples las t week and never showed up. We ordered for him . he said he ahd alrady seen the eps video. must make up for some irritation caused by omar. | Seroquel | EPS Differentiation |
| 372 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | McGrath, Joan Marie | 01/18/2002 00:00:00 | Lunch and Learn | md attended insvce paul meier and I reviewed Prize data and kapur data, disucssed needed fo doses betweed 600 and 800 mg as he see in rockland county where they are having great rsults with seroquel.md commented that omar had agreed to come over and bring him samples las t week and never showed up. We ordered for him . he said he ahd alrady seen the eps video. must make up for some irritation caused by omar. | Seroquel | Seroquel Efficacy |
| 373 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | McGrath, Joan Marie | 02/15/2002 00:00:00 | Lunch and Learn | md came to insvce late , ser dosing up to 800 | Seroquel | Dosing and Titration |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE 1 | ADDRESS_LINE 2 | CITY | STATE | ZIPCODE | REP_NAME | CALL_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | PRODUCT_MESSAGE |
| 374 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | McGrath, Joan Marie | 02/15/2002 00:00:00 | Lunch and Learn | md came to insvce late , ser dosing up to 800 | Seroquel | Seroquel Efficacy |
| 375 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | McGrath, Joan Marie | 02/15/2002 00:00:00 | Lunch and Learn | | Seroquel | EPS Differentiation |
| 376 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | McGrath, Joan Marie | 02/15/2002 00:00:00 | Lunch and Learn | | Seroquel | Minimal Weight Gain |
| 377 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | McGrath, Joan Marie | 02/15/2002 00:00:00 | Lunch and Learn | | Seroquel | Seroquel Efficacy |
| 378 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | McGrath, Joan Marie | 08/27/2002 17:27:40 | Stand-Up Call | SAW MD IN ADMIN BULDING 300 MG REMINDER, EFFIC AT HIHGER DOSE, SAID HE WAS COMING TO DLN BUT DNS, | Seroquel | Well! - Seroquel Efficacy |
| 379 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | McGrath, Joan Marie | 08/27/2002 17:27:40 | Stand-Up Call | SAW MD IN ADMIN BULDING 300 MG REMINDER, EFFIC AT HIHGER DOSE, SAID HE WAS COMING TO DLN BUT DNS, | Seroquel | Well! Accepted! - Dosing and Titration |
| 380 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | McGrath, Joan Marie | 12/02/2002 16:39:10 | Stand-Up Call | calendar for dr. hogan and stamp for dr. loalvian, seroqu dosing and effaic | Seroquel | Well! - Seroquel Efficacy |
| 381 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | McGrath, Joan Marie | 12/02/2002 16:39:10 | Stand-Up Call | calendar for dr. hogan and stamp for dr. loalvian, seroqu dosing and effaic | Seroquel | Well! Accepted! - Dosing and Titration |
| 382 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | McGrath, Joan Marie | 05/13/2002 16:31:03 | Stand-Up Call | md lavian disucssed pt with good success and no se , has pt on 1000 mg, we disucssed other facilities having similar succss with such doses | Seroquel | Dosing and Titration |
| 383 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | McGrath, Joan Marie | 05/13/2002 16:31:03 | Stand-Up Call | md lavian disucssed pt with good success and no se , has pt on 1000 mg, we disucssed other facilities having similar succss with such doses | Seroquel | Seroquel Efficacy |
| 384 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | McGrath, Joan Marie | 01/08/2002 00:00:00 | Stand-Up Call | met dr with omar in administration bld, md needed samples and omar said he would be over today with samples. He ran into Dr. shivashankar and had her sign for samples for that office and asked her to share with dr. Lavian | Seroquel | Dosing and Titration |
| 385 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | McGrath, Joan Marie | 01/08/2002 00:00:00 | Stand-Up Call | met dr with omar in administration bld, md needed samples and omar said he would be over today with samples. He ran into Dr. shivashankar and had her sign for samples for that office and asked her to share with dr. Lavian | Seroquel | Seroquel Efficacy |
| 386 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Meier, Paul H. | 10/26/1999 00:00:00 | Appt. - Sit Down Detail | Dosing is going well. He is getting up in dose. He said that he will take the info on the TC and try and participate at home. | Seroquel | Psychotic Disorders |
| 387 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Meier, Paul H. | 03/23/2000 00:00:00 | Appt. - Sit Down Detail | Gevart for efficacy. | Seroquel | Psychotic Disorders |
| 388 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Meier, Paul H. | 04/26/2000 00:00:00 | Appt. - Sit Down Detail | He is getting up in .He said that 800mg is working . Reminded 4x4 | Seroquel | Psychotic Disorders |
| 389 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Meier, Paul H. | 12/10/1999 00:00:00 | Appt. - Sit Down Detail | He is having good results. He said that wt gain is a problem with zyprexa. He said that he has been uisng more seroquel because of that. | Seroquel | Psychotic Disorders |
| 390 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Meier, Paul H. | 03/14/2000 00:00:00 | Appt. - Sit Down Detail | He now has someone on 1100mg at midhusdon. | Seroquel | Psychotic Disorders |
| 391 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Meier, Paul H. | 02/08/2000 00:00:00 | Appt. - Sit Down Detail | Reminded equal efficay with out the side effcts. Showed him the tandon study. | Seroquel | Psychotic Disorders |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE 1 | ADDRESS_LINE 2 | CITY | STATE | ZIPCODE | REP_NAME | CALL_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | PRODUCT_MESSAGE |
| 392 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Meier, Paul H. | 10/08/1999 00:00:00 | Appt. - Sit Down Detail | SAw him by Mid husdon he said that he is ok on samples and that most of his patinets are on 400-500mg. I told him to keep doing what he was doing. | Seroquel | Psychotic Disorders |
| 393 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Meier, Paul H. | 02/25/2000 00:00:00 | Appt. - Sit Down Detail | Saw at midhudson while I was doing the lunch with phcy. | Seroquel | Psychotic Disorders |
| 394 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Meier, Paul H. | 12/14/1999 00:00:00 | Appt. - Sit Down Detail | Saw him at occupations. Discussed the reinstein is aid. He agreed that the wt issue is important . He said that he would try to use seroquel more first line. | Seroquel | Psychotic Disorders |
| 395 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Meier, Paul H. | 11/08/2000 20:28:55 | Appt. - Sit Down Detail | Saw him at the lunch . He is getting up in dose. Reminded them all to keep rxing , eventhough I am leaving | Seroquel | First Line Positioning |
| 396 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Meier, Paul H. | 11/08/2000 20:28:55 | Appt. - Sit Down Detail | Saw him at the lunch . He is getting up in dose. Reminded them all to keep rxing , eventhough I am leaving | Seroquel | Safety and Tolerability |
| 397 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Meier, Paul H. | 11/08/2000 20:28:55 | Appt. - Sit Down Detail | Saw him at the lunch . He is getting up in dose. Reminded them all to keep rxing , eventhough I am leaving | Seroquel | Seroquel Efficacy |
| 398 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Meier, Paul H. | 09/21/1999 00:00:00 | Appt. - Sit Down Detail | Showed him the small book by Dr sanders that supports the dosing of 4x4. Reminded quest and the wt gain of only 5 lbs. | Seroquel | Psychotic Disorders |
| 399 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Meier, Paul H. | 05/02/2000 00:00:00 | Appt. - Sit Down Detail | The right dos epamphlet. Dose to efficacy. | Seroquel | Psychotic Disorders |
| 400 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Meier, Paul H. | 09/14/1999 00:00:00 | Appt. - Sit Down Detail | They are using. He has some patients on seroquel at both mid hudson and at occupations. He knows to go up in dose. Left him tandon slim Jim | Seroquel | Psychotic Disorders |
| 401 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Meier, Paul H. | 06/06/2000 00:00:00 | Appt. - Sit Down Detail | dinner fu | Seroquel | Psychotic Disorders |
| 402 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Meier, Paul H. | 06/16/2000 00:00:00 | Appt. - Sit Down Detail | lunch | Seroquel | Psychotic Disorders |
| 403 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Meier, Paul H. | 03/07/2000 00:00:00 | Luncheon | He is using at both locations. | Seroquel | Psychotic Disorders |
| 404 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Meier, Paul H. | 12/22/1999 00:00:00 | Luncheon | He started someone on seroquel today. | Seroquel | Psychotic Disorders |
| 405 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Meier, Paul H. | 11/30/1999 00:00:00 | Luncheon | He was at the lunch. He is still having good results. I asked him to really be n the look out for patients that are having some trouble with what they are on and to switch them to seroquel . He said ok. | Seroquel | Psychotic Disorders |
| 406 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Meier, Paul H. | 09/05/2000 00:00:00 | Luncheon | He was at the program that DSR Shivishankar put on where she spoke about receptor occupancy.He is using. | Seroquel | Dosing and Titration |
| 407 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Meier, Paul H. | 03/28/2000 00:00:00 | Luncheon | Lunch. He knows to go up in dose. He said that DR Smith actually supported him. | Seroquel | Psychotic Disorders |
| 408 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Meier, Paul H. | 01/24/2000 00:00:00 | Luncheon | Reinstein 4x4. | Seroquel | Psychotic Disorders |
| 409 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Meier, Paul H. | 01/26/2000 00:00:00 | Luncheon | | Seroquel | Psychotic Disorders |
| 410 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Meier, Paul H. | 07/25/2000 11:34:43 | Stand-Up Call | He has been using higher dosages. He has patinets on seroquel at hi sprivate practice and at the hospital and at mid hudson. He just put someone on 800mg. he pointed her out as she was leaving the clinic. He also has a patient with HIV who is no clear enough in thought to stand trial and is on work duty | Seroquel | Dosing and Titration |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE 1 | ADDRESS_LINE 2 | CITY | STATE | ZIPCODE | REP_NAME | CALL_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | PRODUCT_MESSAGE |
| 411 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Meier, Paul H. | 07/25/2000 11:34:43 | Stand-Up Call | He has been using higher dosages. He has patinets on seroquel at hi sprivate practice and at the hospital and at mid hudson. He just put someone on 800mg. he pointed her out as she was leaving the clinic. He also has a patient with HIV who is no clear enough in thought to stand trial and is on work duty | Seroquel | Safety and Tolerability |
| 412 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Meier, Paul H. | 07/25/2000 17:41:22 | Stand-Up Call | He has several patients on seroquel at both private practice and in the clinic and hospital. He said that he has several o n 800mg per day. | Seroquel | EPS Differentiation |
| 413 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Meier, Paul H. | 06/27/2000 00:00:00 | Stand-Up Call | He is using and said that he is using, at the clinic, private practice and the hospital and all places he is getting up to 800mg per day. | Seroquel | Core Vis Aid |
| 414 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | Meier, Paul H. | 08/02/2000 15:18:39 | Stand-Up Call | He was at the lunch. He is getting up in dose. He has a few patients on 800mg per day. He stayed for most of the Right Drug Video. | Seroquel | First Line Positioning |
| 415 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | PDIUSER17 | 08/02/2000 00:00:00 | Lunch / Dinner - SAM | Nancy Hardy det. Seroquel. | Seroquel | Dosing and Titration |
| 416 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | PDIUSER17 | 08/02/2000 00:00:00 | Lunch / Dinner - SAM | Nancy Hardy det. Seroquel. | Seroquel | EPS Differentiation |
| 417 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | PDIUSER17 | 08/02/2000 00:00:00 | Lunch / Dinner - SAM | Nancy Hardy det. Seroquel. | Seroquel | First Line Positioning |
| 418 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | PDIUSER17 | 08/02/2000 00:00:00 | Lunch / Dinner - SAM | Nancy Hardy det. Seroquel. | Seroquel | Minimal Weight Gain |
| 419 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | PDIUSER17 | 08/02/2000 00:00:00 | Lunch / Dinner - SAM | Nancy Hardy det. Seroquel. | Seroquel | Safety and Tolerability |
| 420 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | PDIUSER17 | 08/02/2000 00:00:00 | Lunch / Dinner - SAM | Nancy Hardy det. Seroquel. | Seroquel | Seroquel Efficacy |
| 421 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | PDIUSER18 | 06/06/2000 00:00:00 | Appt. - Sit Down Detail | Nancy Hardy DET Seroquel, | Seroquel | EPS Differentiation |
| 422 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | PDIUSER18 | 06/06/2000 00:00:00 | Appt. - Sit Down Detail | Nancy Hardy DET Seroquel, | Seroquel | Elderly |
| 423 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | PDIUSER18 | 06/06/2000 00:00:00 | Appt. - Sit Down Detail | Nancy Hardy DET Seroquel, | Seroquel | First Line Positioning |
| 424 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | PDIUSER18 | 06/06/2000 00:00:00 | Appt. - Sit Down Detail | Nancy Hardy DET Seroquel, | Seroquel | Minimal Weight Gain |
| 425 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | PDIUSER18 | 06/06/2000 00:00:00 | Appt. - Sit Down Detail | Nancy Hardy DET Seroquel, | Seroquel | Safety and Tolerability |
| 426 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | PDIUSER18 | 06/06/2000 00:00:00 | Appt. - Sit Down Detail | Nancy Hardy DET Seroquel, | Seroquel | Seroquel Efficacy |
| 427 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | PDIUSER25 | 07/25/2000 00:00:00 | Appt. - Sit Down Detail | Nancy Hardy Det. Seroquel | Seroquel | Dosing and Titration |
| 428 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | PDIUSER25 | 07/25/2000 00:00:00 | Appt. - Sit Down Detail | Nancy Hardy Det. Seroquel | Seroquel | EPS Differentiation |
| 429 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | PDIUSER25 | 07/25/2000 00:00:00 | Appt. - Sit Down Detail | Nancy Hardy Det. Seroquel | Seroquel | Elderly |
| 430 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | PDIUSER25 | 07/25/2000 00:00:00 | Appt. - Sit Down Detail | Nancy Hardy Det. Seroquel | Seroquel | First Line Positioning |
| 431 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | PDIUSER25 | 07/25/2000 00:00:00 | Appt. - Sit Down Detail | Nancy Hardy Det. Seroquel | Seroquel | Safety and Tolerability |

CONFIDENTIAL

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | ADDRESS_LINE_2 | CITY | STATE | ZIPCODE | REP_NAME | CALL_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | PRODUCT_MESSAGE |
| 432 | 705081004 | Lavian, Manoucheh | Physician | Occupations Inc. | 2001 State Route 17 M | Goshen | NY | 10924 | PDIUSER25 | 07/25/2000 00:00:00 | Appt. - Sit Down Detail | Nancy Hardy Det. Seroquel | Seroquel | Seroquel Efficacy |
| 433–448 | REDACTED | | | | | | | | | | | | | |