**EXHIBIT 12**

CONFIDENTIAL

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE 1 | ADDRESS_LINE_2 | CITY | STATE | ZIPCODE | REP_NAME | CALL_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | PRODUCT_MESSAGE |
| 2 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 09/15/1999 00:00:00 | Luncheon | He is using. Hd one patient he had to switch, but she was someone who was geting all samples. He said I should be happy. I reminded him in the future to go all the way up in dose. | Seroquel | Psychotic Disorders |
| 3 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 09/22/1999 00:00:00 | Appt. - Sit Down Detail | Samples. | Seroquel | Psychotic Disorders |
| 4 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 10/07/1999 00:00:00 | Appt. - Sit Down Detail | Got copy of the sign in sheet. He was ok on samples. Gave copy of the sanders book. | Seroquel | Psychotic Disorders |
| 5 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 10/18/1999 00:00:00 | Appt. - Sit Down Detail | HE wants me to set up a lunch with Jane . He def wants to participate in the TC> | Seroquel | Psychotic Disorders |
| 6 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 11/19/1999 00:00:00 | Appt. - Sit Down Detail | He was in Beacon today. He is ok on samples. | Seroquel | Psychotic Disorders |
| 7 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 11/24/1999 00:00:00 | Appt. - Sit Down Detail | Having good results . Reminded him to go up in dose. He said that he is already. | Seroquel | Psychotic Disorders |
| 8 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 12/13/1999 00:00:00 | Appt. - Sit Down Detail | He is still using at lower dosages, because he doesnt really see schizophrenics. He sees more GAD or some psyhotic features. Reminded that 200mg is low. That 4x4 is where most MDS are at. | Seroquel | Psychotic Disorders |
| 9 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 01/20/2000 00:00:00 | Appt. - Sit Down Detail | Up the usage. Reminded 4x4. reminded the best sideeffect profile of all. | Seroquel | Psychotic Disorders |
| 10 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 02/15/2000 00:00:00 | Luncheon | He is using, but lower doses. He is using mood stabilizers. I told him I would talk to him about this ext trip. | Seroquel | Psychotic Disorders |
| 11 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 03/10/2000 00:00:00 | Appt. - Sit Down Detail | He showed me his usage. He had 5 risp/2 zyp/2 seroquel. | Seroquel | Psychotic Disorders |
| 12 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 04/05/2000 00:00:00 | Appt. - Sit Down Detail | Told him to up his usgae, that there are too many patienst he is seeing that could benefit from seroquel. Also reminded him that 4x4 is key | Seroquel | Psychotic Disorders |
| 13 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 04/10/2000 00:00:00 | Appt. - Sit Down Detail | Told him to increase usage on his sheet. Reminded him if he is using cogentin to switch them to seroquel. | Seroquel | Psychotic Disorders |
| 14 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 05/16/2000 00:00:00 | Luncheon | He is using , but cant come to the dinner. | Seroquel | Psychotic Disorders |
| 15 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 06/28/2000 00:00:00 | Stand-Up Call | Discussed quest. Reminded equal efficay , but with fewer ceps sideffects than RDisp. Reminded him that if he needs cogentin, he is probably not using the best agent for that patient. | Seroquel | Comparison vs. Risperidone |
| 16 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 07/21/2000 12:09:03 | Stand-Up Call | He is still using iyt ,more in Bipolar and some pts with mild psychosis. He is getting good results. I reminded him that when he dosemnt see the reulkst he is looking for he needs to go up in dose. | Seroquel | Comparison vs. Risperidone |
| 17 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 07/21/2000 12:09:03 | Stand-Up Call | He is still using iyt ,more in Bipolar and some pts with mild psychosis. He is getting good results. I reminded him that when he dosemnt see the reulkst he is looking for he needs to go up in dose. | Seroquel | Seroquel Efficacy |
| 18 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 08/15/2000 17:04:23 | Stand-Up Call | He has been using. reminded no eps compared to that of risperdol. Reminded him if he needs cogentin at all, he needs to switch to seroquel. Showed tandon reprint and EPS ramifications. | Seroquel | First Line Positioning |
| 19 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 08/15/2000 17:04:23 | Stand-Up Call | He has been using. reminded no eps compared to that of risperdol. Reminded him if he needs cogentin at all, he needs to switch to seroquel. Showed tandon reprint and EPS ramifications. | Seroquel | Seroquel Efficacy |
| 20 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 09/13/2000 16:10:08 | Appt. - Sit Down Detail | He is using. I asked him to use more, He said that he would . I showed him the new vis aid to emphasize low side effects/high efficacy. | Seroquel | Seroquel Efficacy |
| 21 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 11/14/2000 18:11:16 | Appt. - Sit Down Detail | They are using. He is using more. He likes the no eps or prolactin. | Seroquel | Comparison vs. Risperidone |
| 22 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 11/14/2000 18:11:16 | Appt. - Sit Down Detail | They are using. He is using more. He likes the no eps or prolactin. | Seroquel | Safety and Tolerability |
| 23 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 12/13/2000 09:34:56 | Stand-Up Call | He is using seroquel. He said that he is ahving good results, but reminded me that he uses more antidepressants. He said that if he rx 5 Antipsychotics per week, atleast 1 is for seroquel. I asked him for 2. | Seroquel | EPS Differentiation |
| 24 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 12/13/2000 09:34:56 | Stand-Up Call | He is using seroquel. He said that he is ahving good results, but reminded me that he uses more antidepressants. He said that if he rx 5 Antipsychotics per week, atleast 1 is for seroquel. I asked him for 2. | Seroquel | First Line Positioning |
| 25 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 12/13/2000 09:34:56 | Stand-Up Call | He is using seroquel. He said that he is ahving good results, but reminded me that he uses more antidepressants. He said that if he rx 5 Antipsychotics per week, atleast 1 is for seroquel. I asked him for 2. | Seroquel | Safety and Tolerability |

CONFIDENTIAL

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE 1 | ADDRESS LINE 2 | CITY | STATE | ZIPCODE | REP_NAME | CALL_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | PRODUCT_MESSAGE |
| 26 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 12/19/2000 22:40:59 | Stand-Up Call | Lunch and video. He said that he will give me a few more patients. Reminded him no eps/wt gain or prolactin rehgardless of the dose. He will use more. | Seroquel | Dosing and Titration |
| 27 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 12/19/2000 22:40:59 | Stand-Up Call | Lunch and video. He said that he will give me a few more patients. Reminded him no eps/wt gain or prolactin rehgardless of the dose. He will use more. | Seroquel | EPS Differentiation |
| 28 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 01/18/2001 22:24:11 | Stand-Up Call | He came to lunch. Discussed mood and cog function. reminded him that even though he sees limited psychosis, he does see where mood is important. he will use more | Seroquel | Psychotic Disorders |
| 29 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 01/31/2001 14:14:52 | Stand-Up Call | He is using more. Liked thye Right Drug monograph and thye ranges.Reminded 4x4. He agreed that faster is better in titration. Thanked him for his support nand asked for more | Seroquel | Dosing and Titration |
| 30 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 01/31/2001 14:14:52 | Stand-Up Call | He is using more. Liked thye Right Drug monograph and thye ranges.Reminded 4x4. He agreed that faster is better in titration. Thanked him for his support nand asked for more | Seroquel | Seroquel Efficacy |
| 31 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 02/02/2001 00:00:00 | Stand-Up Call | Discussed prize data to confirm effiaccy and eps profile . Dr liked the info. This is helpful infpo. Stressed doing up to 800mg if needed. | Seroquel | EPS Differentiation |
| 32 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 02/02/2001 00:00:00 | Stand-Up Call | Discussed prize data to confirm effiaccy and eps profile . Dr liked the info. This is helpful infpo. Stressed doing up to 800mg if needed. | Seroquel | Seroquel Efficacy |
| 33 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 04/05/2001 10:58:55 | Stand-Up Call | he needed samples. he said that he doesnt see much antipsychotic pts. he is using them in lower dosages fo r other things.. he is working with Anne Paedon at spectrum. | Seroquel | Dosing and Titration |
| 34 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 04/05/2001 10:58:55 | Stand-Up Call | he needed samples. he said that he doesnt see much antipsychotic pts. he is using them in lower dosages fo r other things.. he is working with Anne Paedon at spectrum. | Seroquel | Seroquel Efficacy |
| 35 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 05/02/2001 21:33:31 | Stand-Up Call | Saw him with Lisa. He said that he treats the walking well, but does use some. He said that he likes Russ and he likes me because we dont talk about the competition. He will use more. Discussed PRIZE | Seroquel | Dosing and Titration |
| 36 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 05/02/2001 21:33:31 | Stand-Up Call | Saw him with Lisa. He said that he treats the walking well, but does use some. He said that he likes Russ and he likes me because we dont talk about the competition. He will use more. Discussed PRIZE | Seroquel | Safety and Tolerability |
| 37 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 05/02/2001 21:33:31 | Stand-Up Call | Saw him with Lisa. He said that he treats the walking well, but does use some. He said that he likes Russ and he likes me because we dont talk about the competition. He will use more. Discussed PRIZE | Seroquel | Seroquel Efficacy |
| 38 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 06/27/2001 15:28:55 | Stand-Up Call | saw over Lunch. He is using. He just had someone in today who had been on Risp , but he tried to lower the dose and she became psychotic. I asked what he did with her and he said that she had done well on risp in the past so he put her back on risp. I reminded him we have no eps or prolactin issues. He said to talk to Carol about her pt having difficulties with prolactin. | Seroquel | EPS Differentiation |
| 39 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 06/27/2001 15:28:55 | Stand-Up Call | saw over Lunch. He is using. He just had someone in today who had been on Risp , but he tried to lower the dose and she became psychotic. I asked what he did with her and he said that she had done well on risp in the past so he put her back on risp. I reminded him we have no eps or prolactin issues. He said to talk to Carol about her pt having difficulties with prolactin. | Seroquel | Safety and Tolerability |
| 40 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 07/02/2001 22:46:33 | Stand-Up Call | Stopped to see Anne. He was there and had a moment. Reminded dsoing is this key to this drug and that if he is going to use it b, he needs to be very aware that efficacy is directly related to mdsoe. Left him a copy of the CME educator. | Seroquel | Dosing and Titration |
| 41 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 07/02/2001 22:46:33 | Stand-Up Call | Stopped to see Anne. He was there and had a moment. Reminded dsoing is this key to this drug and that if he is going to use it b, he needs to be very aware that efficacy is directly related to mdsoe. Left him a copy of the CME educator. | Seroquel | Seroquel Efficacy |

CONFIDENTIAL

|  | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE 1 | ADDRESS_LINE 2 | CITY | STATE | ZIPCODE | REP_NAME | CALL_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | PRODUCT_MESSAGE |
| 42 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 08/23/2001 17:43:36 | Stand-Up Call | Spoke to schefflein. he said that he is using it in loweer doses for things other than Schizo. I reminded him that for schizophrenic pts he needs to mmake sure the dose is above 400mg. He said that he has been seeing alot of it being used for sleep. I reminded him that is outside of label and at low doses, which are much lower than those used to treat schizophrenia. | Seroquel | Dosing and Titration |
| 43 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 08/23/2001 17:43:36 | Stand-Up Call | Spoke to schefflein. he said that he is using it in loweer doses for things other than Schizo. I reminded him that for schizophrenic pts he needs to mmake sure the dose is above 400mg. He said that he has been seeing alot of it being used for sleep. I reminded him that is outside of label and at low doses, which are much lower than those used to treat schizophrenia. | Seroquel | Safety and Tolerability |
| 44 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 10/02/2001 10:50:02 | Inst call (CNS/Onc/Urol) | hE SAID THAT HE STILL IS REALLY NOT SEEING ANY SCHIZO, BUT USING ANTIPSYCHOTICS FOR OTHER DOSES. rEMINDED HIM THAT DOSE IS KEY AND THAT IT DOESNT MATTER HOW HIGH YOU GO, THE SIDE EFFCET PROFILE DOESNT CHANGE. HE SAID HE WILL USE MORE. | Seroquel | Dosing and Titration |
| 45 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 10/02/2001 10:50:02 | Inst call (CNS/Onc/Urol) | hE SAID THAT HE STILL IS REALLY NOT SEEING ANY SCHIZO, BUT USING ANTIPSYCHOTICS FOR OTHER DOSES. rEMINDED HIM THAT DOSE IS KEY AND THAT IT DOESNT MATTER HOW HIGH YOU GO, THE SIDE EFFCET PROFILE DOESNT CHANGE. HE SAID HE WILL USE MORE. | Seroquel | Safety and Tolerability |
| 46 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 10/02/2001 10:50:02 | Inst call (CNS/Onc/Urol) | hE SAID THAT HE STILL IS REALLY NOT SEEING ANY SCHIZO, BUT USING ANTIPSYCHOTICS FOR OTHER DOSES. rEMINDED HIM THAT DOSE IS KEY AND THAT IT DOESNT MATTER HOW HIGH YOU GO, THE SIDE EFFCET PROFILE DOESNT CHANGE. HE SAID HE WILL USE MORE. | Seroquel | Seroquel Efficacy |
| 47 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Sinclair, Deneise | 10/09/2001 15:10:56 | Appt. - Sit Down Detail | briefly got to meet hyim discussed dosing getting higher than400 w/i n 1week he said that bhe is not that agressive especially that he does not see a lot of schiz pat but he will discuss it over lunch next week | Seroquel | Dosing and Titration |
| 48 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Sinclair, Deneise | 10/09/2001 15:10:56 | Appt. - Sit Down Detail | briefly got to meet hyim discussed dosing getting higher than400 w/i n 1week he said that bhe is not that agressive especially that he does not see a lot of schiz pat but he will discuss it over lunch next week | Seroquel | Seroquel Efficacy |
| 49 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Sinclair, Deneise | 10/16/2001 13:36:03 | Appt. - Sit Down Detail | TALKED FOR ABOUT 40MIN SURPRISED THAT HE GAVE ME SO MUCH TIME HE TOLD ME THAT A LOT OF PRIVATE DOCS IN THE AREA DO NOT KNOW HOW TO DOSE SEROUQEL& THAT THEY AARE USING IT FOR SLEEP HE BELIEVES THAT IT WORKS & EVEN REINFORCED GETTING UP IN HIGHER DOSES QUICKER BUT HE DOES NOT WANT TO USE ANTIPSYCHOTIC FOR SLEEP HE USES W/OCD PAT THAT HAS DELUSIONS BUT HE DOES NOT SEE SCHIZOPHRENICS | Seroquel | Dosing and Titration |
| 50 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Sinclair, Deneise | 10/16/2001 13:36:03 | Appt. - Sit Down Detail | TALKED FOR ABOUT 40MIN SURPRISED THAT HE GAVE ME SO MUCH TIME HE TOLD ME THAT A LOT OF PRIVATE DOCS IN THE AREA DO NOT KNOW HOW TO DOSE SEROUQEL& THAT THEY AARE USING IT FOR SLEEP HE BELIEVES THAT IT WORKS & EVEN REINFORCED GETTING UP IN HIGHER DOSES QUICKER BUT HE DOES NOT WANT TO USE ANTIPSYCHOTIC FOR SLEEP HE USES W/OCD PAT THAT HAS DELUSIONS BUT HE DOES NOT SEE SCHIZOPHRENICS | Seroquel | Seroquel Efficacy |
| 51 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Sinclair, Deneise | 11/13/2001 21:44:13 | Appt. - Sit Down Detail | discussed prolactin issues w/ risp | Seroquel | Dosing and Titration |
| 52 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Sinclair, Deneise | 11/13/2001 21:44:13 | Appt. - Sit Down Detail | discussed prolactin issues w/ risp | Seroquel | Seroquel Efficacy |
| 53 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Sinclair, Deneise | 12/11/2001 00:25:01 | Stand-Up Call | reinforced the dosing doc said that it was too confusing let him know that  easy to remember 4x4 dosing gave him dosing card & reminded him that he needs to get pat to higher dose w/in 1wk he state | Seroquel | Dosing and Titration |

CONFIDENTIAL

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | ADDRESS_LINE_2 | CITY | STATE | ZIPCODE | REP_NAME | CALL_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | PRODUCT_MESSAGE |
| 54 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Sinclair, Deneise | 12/11/2001 00:25:01 | Stand-Up Call | reinforced the dosing doc said that it was too confusing let him know that easy to remember 4x4 dosing gave him dosing card & reminded him that he needs to get pat to higher dose w/in 1wk he state | Seroquel | Seroquel Efficacy |
| 55 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 01/18/2002 11:59:32 | Sit down Call | He is using for things other bthan schizo. reminded him that dsoing is still mkey. Told him about the great success at RPC. He i slooking bto do some speaking, I think he is better at speaking on ssri's than antipsychotics. | Seroquel | Dosing and Titration |
| 56 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 01/18/2002 11:59:32 | Sit down Call | He is using for things other bthan schizo. reminded him that dsoing is still mkey. Told him about the great success at RPC. He i slooking bto do some speaking, I think he is better at speaking on ssri's than antipsychotics. | Seroquel | EPS Differentiation |
| 57 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 01/18/2002 11:59:32 | Sit down Call | He is using for things other bthan schizo. reminded him that dsoing is still mkey. Told him about the great success at RPC. He i slooking bto do some speaking, I think he is better at speaking on ssri's than antipsychotics. | Seroquel | Minimal Weight Gain |
| 58 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 01/18/2002 11:59:32 | Sit down Call | He is using for things other bthan schizo. reminded him that dsoing is still mkey. Told him about the great success at RPC. He i slooking bto do some speaking, I think he is better at speaking on ssri's than antipsychotics. | Seroquel | Seroquel Efficacy |
| 59 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 01/29/2002 00:00:00 | Lunch and Learn | Thanked for their support. Reminded that in most cases higher dosing will give better results, but without the side effectgs. use PRIZE to stress efficacy above 600mg. They needed samples. | Seroquel | Dosing and Titration |
| 60 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 01/29/2002 00:00:00 | Lunch and Learn | Thanked for their support. Reminded that in most cases higher dosing will give better results, but without the side effectgs. use PRIZE to stress efficacy above 600mg. They needed samples. | Seroquel | EPS Differentiation |
| 61 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 01/29/2002 00:00:00 | Lunch and Learn | Thanked for their support. Reminded that in most cases higher dosing will give better results, but without the side effectgs. use PRIZE to stress efficacy above 600mg. They needed samples. | Seroquel | Minimal Weight Gain |
| 62 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 01/29/2002 00:00:00 | Lunch and Learn | Thanked for their support. Reminded that in most cases higher dosing will give better results, but without the side effectgs. use PRIZE to stress efficacy above 600mg. They needed samples. | Seroquel | Seroquel Efficacy |
| 63 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 01/29/2002 08:15:33 | Lunch and Learn | Discussed all the paramaters around correct dosing and the great side effect profile seroquel has. Told him that key to a normal lifestyle is the lack of side effcets like, eps, increase in prolactin or wt gain. | Seroquel | Dosing and Titration |
| 64 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 01/29/2002 08:15:33 | Lunch and Learn | Discussed all the paramaters around correct dosing and the great side effect profile seroquel has. Told him that key to a normal lifestyle is the lack of side effcets like, eps, increase in prolactin or wt gain. | Seroquel | EPS Differentiation |
| 65 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 01/29/2002 08:15:33 | Lunch and Learn | Discussed all the paramaters around correct dosing and the great side effect profile seroquel has. Told him that key to a normal lifestyle is the lack of side effcets like, eps, increase in prolactin or wt gain. | Seroquel | Minimal Weight Gain |
| 66 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 01/29/2002 08:15:33 | Lunch and Learn | Discussed all the paramaters around correct dosing and the great side effect profile seroquel has. Told him that key to a normal lifestyle is the lack of side effcets like, eps, increase in prolactin or wt gain. | Seroquel | Seroquel Efficacy |
| 67 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 03/01/2002 08:29:37 | Sit down Call | discussed the new data. Hesaid that he stilldoent see mant true schizophrenice. I reminded him that when he does to keep in mind that Seroquel will show efficacy as early as one week and will keep working as demonstrated by our data at 4 years. He said that he has used it , but at lower dosages around 400-500mg. reminded that greater than 65% of patients are between 400 and 800mg , and the best results are seen at the higher dosages. He said that he will try to start more patients on seroquel. | Seroquel | Dosing and Titration |

CONFIDENTIAL

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE 1 | ADDRESS_LINE 2 | CITY | STATE | ZIPCODE | REP_NAME | CALL_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | PRODUCT_MESSAGE |
| 80 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Sinclair, Deneise | 06/12/2002 00:00:00 | Sit down Call | went over weight gain issues he told me that hesees it with zyprexa went over brecher & cva the weight profile of seroquel | Seroquel | Well - Seroquel Efficacy |
| 81 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Sinclair, Deneise | 06/12/2002 00:00:00 | Sit down Call | went over weight gain issues he told me that hesees it with zyprexa went over brecher & cva the weight profile of seroquel | Seroquel | Well Accepted! - Dosing and Titration |
| 82 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Sinclair, Deneise | 06/19/2002 00:00:00 | Sit down Call | tried to point out efficcacy & reinforced it with prize | Seroquel | Accepted! - EPS Differentiation |
| 83 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Sinclair, Deneise | 06/19/2002 00:00:00 | Sit down Call | tried to point out efficcacy & reinforced it with prize | Seroquel | Accepted! - Favorable Weight Profile |
| 84 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Sinclair, Deneise | 06/19/2002 00:00:00 | Sit down Call | tried to point out efficcacy & reinforced it with prize | Seroquel | Well! - Seroquel Efficacy |
| 85 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Sinclair, Deneise | 06/19/2002 00:00:00 | Sit down Call | tried to point out efficcacy & reinforced it with prize | Seroquel | Well! Accepted! - Dosing and Titration |
| 86 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 06/27/2002 10:34:53 | Lunch and Learn | Discussed propper dosing and that nunder the umbrella of schizophrenia, there are alot of areas that seroquel has a positive effect on. The group found that it is also helpful with anxiety under the context of schizophrenia. They are ok on samples. Ann Needed some. Reminded FDA approved titration schedule. | Seroquel | Accepted! - Safety and Tolerability |
| 87 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 06/27/2002 10:34:53 | Lunch and Learn | Discussed propper dosing and that nunder the umbrella of schizophrenia, there are alot of areas that seroquel has a positive effect on. The group found that it is also helpful with anxiety under the context of schizophrenia. They are ok on samples. Ann Needed some. Reminded FDA approved titration schedule. | Seroquel | Well! - Seroquel Efficacy |
| 88 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 06/27/2002 10:34:53 | Lunch and Learn | Discussed propper dosing and that nunder the umbrella of schizophrenia, there are alot of areas that seroquel has a positive effect on. The group found that it is also helpful with anxiety under the context of schizophrenia. They are ok on samples. Ann Needed some. Reminded FDA approved titration schedule. | Seroquel | Well! Accepted! - Elderly |
| 89 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 07/12/2002 08:25:37 | Sit down Call | Saw him in fishkill. He said that he just put someone on seroquel, bipolar. Reminded him that dose is so critiavl and that higher is better regardless of the use. He said that he has gone up to about 600mg. He said that he really dosent see sfchizophrenia. | Seroquel | Accepted! - Safety and Tolerability |
| 90 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 07/12/2002 08:25:37 | Sit down Call | Saw him in fishkill. He said that he just put someone on seroquel, bipolar. Reminded him that dose is so critiavl and that higher is better regardless of the use. He said that he has gone up to about 600mg. He said that he really dosent see sfchizophrenia. | Seroquel | Well! Accepted! - Dosing and Titration |
| 91 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Sinclair, Deneise | 07/16/2002 23:29:01 | Sit down Call | discussed the benfits of seroquel & what patients are missing when they do not utilize seroquel pushed s/e profile vs other atypicals | Seroquel | Accepted! - EPS Differentiation |
| 92 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Sinclair, Deneise | 07/16/2002 23:29:01 | Sit down Call | discussed the benfits of seroquel & what patients are missing when they do not utilize seroquel pushed s/e profile vs other atypicals | Seroquel | Well! - Seroquel Efficacy |
| 93 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Sinclair, Deneise | 07/16/2002 23:29:01 | Sit down Call | discussed the benfits of seroquel & what patients are missing when they do not utilize seroquel pushed s/e profile vs other atypicals | Seroquel | Well! Accepted! - Dosing and Titration |
| 94 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Sinclair, Deneise | 07/23/2002 23:08:10 | Sit down Call | ddiscussed s/e profile & expalained cross tapeirng so that they understand how important to push the dose of seroquel while taking pat of other antipsychotic again confidencee level growing | Seroquel | Accepted! - EPS Differentiation |
| 95 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Sinclair, Deneise | 07/23/2002 23:08:10 | Sit down Call | ddiscussed s/e profile & expalained cross tapeirng so that they understand how important to push the dose of seroquel while taking pat of other antipsychotic again confidencee level growing | Seroquel | Well! - Seroquel Efficacy |
| 96 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Sinclair, Deneise | 07/23/2002 23:08:10 | Sit down Call | ddiscussed s/e profile & expalained cross tapeirng so that they understand how important to push the dose of seroquel while taking pat of other antipsychotic again confidencee level growing | Seroquel | Well! Accepted! - Dosing and Titration |
| 97 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 07/31/2002 06:49:05 | Stand-Up Call | Discussed dosing, but equally as important is the great side effect profile. Reminded low eps/wt gain/prolactin increase. reminded Seroquel is themonly one that you can dose until you see efficacy and not have the side effect profile change. | Seroquel | Well! - Seroquel Efficacy |

CONFIDENTIAL

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE 1 | ADDRESS_LINE 2 | CITY | STATE | ZIPCODE | REP_NAME | CALL_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | PRODUCT_MESSAGE |
| 98 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 07/31/2002 06:49:05 | Stand-Up Call | Discussed dosing, but equally as important is the great side effect profile. Reminded low eps/wt gain/prolactin increase. reminded Seroquel is themonly one that you can dose until you see efficacy and not have the side effect profile change. | Seroquel | Well! Accepted! - Dosing and Titration |
| 99 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Sinclair, Deneise | 08/05/2002 00:00:00 | Sit down Call | he does not see a llot of schizophrenic i made sure that he realizews that if he needs to go up in dose he really can rx in confidence | Seroquel | Accepted! - EPS Differentiation |
| 100 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Sinclair, Deneise | 08/05/2002 00:00:00 | Sit down Call | he does not see a llot of schizophrenic i made sure that he realizews that if he needs to go up in dose he really can rx in confidence | Seroquel | Accepted! - Favorable Weight Profile |
| 101 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Sinclair, Deneise | 08/05/2002 00:00:00 | Sit down Call | he does not see a llot of schizophrenic i made sure that he realizews that if he needs to go up in dose he really can rx in confidence | Seroquel | Well! - Seroquel Efficacy |
| 102 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Sinclair, Deneise | 08/05/2002 00:00:00 | Sit down Call | he does not see a llot of schizophrenic i made sure that he realizews that if he needs to go up in dose he really can rx in confidence | Seroquel | Well! Accepted! - Dosing and Titration |
| 103 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Sinclair, Deneise | 08/13/2002 00:00:00 | Sit down Call | he says that he does use for pat w/ bipolar mania & says that pat only needs a little | Seroquel | Accepted - EPS Differentiation |
| 104 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Sinclair, Deneise | 08/13/2002 00:00:00 | Sit down Call | he says that he does use for pat w/ bipolar mania & says that pat only needs a little | Seroquel | Accepted! - Favorable Weight Profile |
| 105 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Sinclair, Deneise | 08/13/2002 00:00:00 | Sit down Call | he says that he does use for pat w/ bipolar mania & says that pat only needs a little | Seroquel | Well! - Seroquel Efficacy |
| 106 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Sinclair, Deneise | 08/13/2002 00:00:00 | Sit down Call | he says that he does use for pat w/ bipolar mania & says that pat only needs a little | Seroquel | Well! Accepted! - Dosing and Titration |
| 107 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 08/27/2002 10:08:02 | Sit down Call | Reminded that dosing is the key, and that regardless of the dose there is no eps/prolactin/wt issues/QTC Issues. thanked for theire support. Showed data that greater than 65% of patients are higher than 400mg. | Seroquel | Accepted! - EPS Differentiation |
| 108 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 08/27/2002 10:08:02 | Sit down Call | Reminded that dosing is the key, and that regardless of the dose there is no eps/prolactin/wt issues/QTC Issues. thanked for theire support. Showed data that greater than 65% of patients are higher than 400mg. | Seroquel | Accepted! - Favorable Weight Profile |
| 109 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 08/27/2002 10:08:02 | Sit down Call | Reminded that dosing is the key, and that regardless of the dose there is no eps/prolactin/wt issues/QTC Issues. thanked for theire support. Showed data that greater than 65% of patients are higher than 400mg. | Seroquel | Well! - Seroquel Efficacy |
| 110 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 08/27/2002 10:08:02 | Sit down Call | Reminded that dosing is the key, and that regardless of the dose there is no eps/prolactin/wt issues/QTC Issues. thanked for theire support. Showed data that greater than 65% of patients are higher than 400mg. | Seroquel | Well! Accepted! - Dosing and Titration |
| 111 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Sinclair, Deneise | 08/29/2002 00:00:00 | Sit down Call | saw him nriefly gave him cme educator asked him if he was coming to the chasonov program | Seroquel | Accepted! - EPS Differentiation |
| 112 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Sinclair, Deneise | 08/29/2002 00:00:00 | Sit down Call | saw him nriefly gave him cme educator asked him if he was coming to the chasonov program | Seroquel | Accepted! - Favorable Weight Profile |
| 113 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Sinclair, Deneise | 08/29/2002 00:00:00 | Sit down Call | saw him nriefly gave him cme educator asked him if he was coming to the chasonov program | Seroquel | Well! - Seroquel Efficacy |
| 114 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Sinclair, Deneise | 08/29/2002 00:00:00 | Sit down Call | saw him nriefly gave him cme educator asked him if he was coming to the chasonov program | Seroquel | Well! Accepted! - Dosing and Titration |
| 115 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 09/11/2002 00:00:00 | Sit down Call | reinforced the information presented by Dr Chasanov. Reminded that when dosed correctly the efficacies are about the same, but the side effects are drastically different with serqouel having the best side effect profilemf them all. Asked Dr to dose quicker and higher . Reminded in all studies higher dosing is better than low on all parameters. | Seroquel | Accepted - Safety and Tolerability |
| 116 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 09/11/2002 00:00:00 | Sit down Call | reinforced the information presented by Dr Chasanov. Reminded that when dosed correctly the efficacies are about the same, but the side effects are drastically different with serqouel having the best side effect profilemf them all. Asked Dr to dose quicker and higher . Reminded in all studies higher dosing is better than low on all parameters. | Seroquel | Well! - Seroquel Efficacy |
| 117 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 09/11/2002 00:00:00 | Sit down Call | reinforced the information presented by Dr Chasanov. Reminded that when dosed correctly the efficacies are about the same, but the side effects are drastically different with serqouel having the best side effect profilemf them all. Asked Dr to dose quicker and higher . Reminded in all studies higher dosing is better than low on all parameters. | Seroquel | Well! Accepted! - Dosing and Titration |

CONFIDENTIAL

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE 1 | ADDRESS_LINE 2 | CITY | STATE | ZIPCODE | REP_NAME | CALL_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | PRODUCT_MESSAGE |
| 118 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 09/19/2002 00:00:00 | Sit down Call | Discussed Dr Cahsanovs program. Agreed that Seroquel has the best side effect profile and that if you dose each drug correctly ,the efficacy is equal for all. Risp was ina sking why they are rxing so much seroquel. They said because it has no side effects. | Seroquel | Accepted! - EPS Differentiation |
| 119 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 09/19/2002 00:00:00 | Sit down Call | Discussed Dr Cahsanovs program. Agreed that Seroquel has the best side effect profile and that if you dose each drug correctly ,the efficacy is equal for all. Risp was ina sking why they are rxing so much seroquel. They said because it has no side effects. | Seroquel | Accepted! - Favorable Weight Profile |
| 120 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 09/19/2002 00:00:00 | Sit down Call | Discussed Dr Cahsanovs program. Agreed that Seroquel has the best side effect profile and that if you dose each drug correctly ,the efficacy is equal for all. Risp was ina sking why they are rxing so much seroquel. They said because it has no side effects. | Seroquel | Accepted! - Safety and Tolerability |
| 121 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 09/19/2002 00:00:00 | Sit down Call | Discussed Dr Cahsanovs program. Agreed that Seroquel has the best side effect profile and that if you dose each drug correctly ,the efficacy is equal for all. Risp was ina sking why they are rxing so much seroquel. They said because it has no side effects. | Seroquel | Well! Accepted! - Dosing and Titration |
| 122 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 10/02/2002 00:00:00 | Stand-Up Call | Was leaving samples bags for the group. He came out to take a patient in . He said that he saw Russ and was busting his chops the other day. I told him he is slacking off and that for the amount of pts he sees , seroquel should be his "reach for Drug". He laughed. I told him that he has no chance of dosing upward on any of the others without side effects increasing. He did agree that our side effect profile was good and will use more. | Seroquel | Accepted! - EPS Differentiation |
| 123 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 10/02/2002 00:00:00 | Stand-Up Call | Was leaving samples bags for the group. He came out to take a patient in . He said that he saw Russ and was busting his chops the other day. I told him he is slacking off and that for the amount of pts he sees , seroquel should be his "reach for Drug". He laughed. I told him that he has no chance of dosing upward on any of the others without side effects increasing. He did agree that our side effect profile was good and will use more. | Seroquel | Accepted! - Favorable Weight Profile |
| 124 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 10/02/2002 00:00:00 | Stand-Up Call | Was leaving samples bags for the group. He came out to take a patient in . He said that he saw Russ and was busting his chops the other day. I told him he is slacking off and that for the amount of pts he sees , seroquel should be his "reach for Drug". He laughed. I told him that he has no chance of dosing upward on any of the others without side effects increasing. He did agree that our side effect profile was good and will use more. | Seroquel | Well! Accepted! - Dosing and Titration |
| 125 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Sinclair, Deneise | 10/08/2002 00:00:00 | Sit down Call | they thought that the COPE guide was a valuable resource to the pat | Seroquel | Accepted! - EPS Differentiation |
| 126 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Sinclair, Deneise | 10/08/2002 00:00:00 | Sit down Call | they thought that the COPE guide was a valuable resource to the pat | Seroquel | Accepted! - Favorable Weight Profile |
| 127 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Sinclair, Deneise | 10/08/2002 00:00:00 | Sit down Call | they thought that the COPE guide was a valuable resource to the pat | Seroquel | Accepted! - Safety and Tolerability |
| 128 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Sinclair, Deneise | 10/08/2002 00:00:00 | Sit down Call | they thought that the COPE guide was a valuable resource to the pat | Seroquel | Well! - Seroquel Efficacy |
| 129 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Sinclair, Deneise | 10/08/2002 00:00:00 | Sit down Call | they thought that the COPE guide was a valuable resource to the pat | Seroquel | Well! Accepted! - Dosing and Titration |
| 130 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 10/10/2002 00:00:00 | Sit down Call | Reinforced the need for correct dosing and the fact that the FDA says they can go to 800mg no questions asked. Reminded that despite the dose, when you look at the data eps, prolactin and wt gain are neutral. | Seroquel | Accepted! - Safety and Tolerability |
| 131 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 10/10/2002 00:00:00 | Sit down Call | Reinforced the need for correct dosing and the fact that the FDA says they can go to 800mg no questions asked. Reminded that despite the dose, when you look at the data eps, prolactin and wt gain are neutral. | Seroquel | Well! - Seroquel Efficacy |
| 132 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 10/10/2002 00:00:00 | Sit down Call | Reinforced the need for correct dosing and the fact that the FDA says they can go to 800mg no questions asked. Reminded that despite the dose, when you look at the data eps, prolactin and wt gain are neutral. | Seroquel | Well! Accepted! - Elderly |
| 133 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Meier, Paul H. | 10/21/2002 00:00:00 | Sit down Call | Had a patient that came in while I was waiting that was on zyprexa and gained 20 lbs. She was going to take herself off, so he put her on seroquel. Not truly a schizophrenic. He was going to let me know how she did. | Seroquel | Accepted! - Favorable Weight Profile |

| | A<br>CONTACT_ID | B<br>FULL_NAME | C<br>CONTACT_TYPE | D<br>ADDRESS_LINE 1 | E<br>ADDRESS_LINE 2 | F<br>CITY | G<br>STATE | H<br>ZIPCODE | I<br>REP_NAME | J<br>CALL_DATE | K<br>CALL_TYPE | L<br>CALL_NOTES | M<br>PRODUCT | N<br>PRODUCT_MESSAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 220 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Sinclair, Deneise | 11/11/2003 21:43:25 | Sit down Call | reminded the np of the dinner pgm tomorrow disc therapeutic dosing & pushing the dose they said that when appropriate they do not have a problem going higher | Seroquel | Well! Accepted! - Dosing and Titration |
| 221 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Thomas, Melissa A | 11/20/2003 22:52:24 | Lunch and Learn | doc attended in-service dr. reinstein facilitated teleconference on the clozaril clinic - review of all the atypicals and biopolar tx - doc found information compelling. discussed the concern of weight gain & diabetes - doc states that they try to avoid zyprexa at all times - doc shared about letter that implicates all atypicals with weight gain & diabetes. | Seroquel | Accepted! - EPS Differentiation |
| 222 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Thomas, Melissa A | 11/20/2003 22:52:24 | Lunch and Learn | doc attended in-service dr. reinstein facilitated teleconference on the clozaril clinic - review of all the atypicals and biopolar tx - doc found information compelling. discussed the concern of weight gain & diabetes - doc states that they try to avoid zyprexa at all times - doc shared about letter that implicates all atypicals with weight gain & diabetes. | Seroquel | Accepted! - Favorable Weight Profile |
| 223 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Thomas, Melissa A | 11/20/2003 22:52:24 | Lunch and Learn | doc attended in-service dr. reinstein facilitated teleconference on the clozaril clinic - review of all the atypicals and biopolar tx - doc found information compelling. discussed the concern of weight gain & diabetes - doc states that they try to avoid zyprexa at all times - doc shared about letter that implicates all atypicals with weight gain & diabetes. | Seroquel | Accepted! - Safety and Tolerability |
| 224 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Thomas, Melissa A | 11/20/2003 22:52:24 | Lunch and Learn | doc attended in-service dr. reinstein facilitated teleconference on the clozaril clinic - review of all the atypicals and biopolar tx - doc found information compelling. discussed the concern of weight gain & diabetes - doc states that they try to avoid zyprexa at all times - doc shared about letter that implicates all atypicals with weight gain & diabetes. | Seroquel | Well! - Seroquel Efficacy |
| 225 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Thomas, Melissa A | 11/20/2003 22:52:24 | Lunch and Learn | doc attended in-service dr. reinstein facilitated teleconference on the clozaril clinic - review of all the atypicals and biopolar tx - doc found information compelling. discussed the concern of weight gain & diabetes - doc states that they try to avoid zyprexa at all times - doc shared about letter that implicates all atypicals with weight gain & diabetes. | Seroquel | Well! Accepted! - Dosing and Titration |
| 226 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Thomas, Melissa A | 11/20/2003 22:52:24 | Lunch and Learn | doc attended in-service dr. reinstein facilitated teleconference on the clozaril clinic - review of all the atypicals and biopolar tx - doc found information compelling. discussed the concern of weight gain & diabetes - doc states that they try to avoid zyprexa at all times - doc shared about letter that implicates all atypicals with weight gain & diabetes. | Seroquel | Well! Accepted! - Elderly |
| 227 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Thomas, Melissa A | 12/11/2003 22:11:42 | Sit down Call | doc thanked me again for the teleconference with dr. reinstein. inquired if doc was using higher doses of seroquel - yes - but only in one or two patients. asked doc to increase the dose of seroquel prior to adding on another agent. doc agreed to this. nco: follow up with commitment. | Seroquel | Accepted! - EPS Differentiation |
| 228 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Thomas, Melissa A | 12/11/2003 22:11:42 | Sit down Call | doc thanked me again for the teleconference with dr. reinstein. inquired if doc was using higher doses of seroquel - yes - but only in one or two patients. asked doc to increase the dose of seroquel prior to adding on another agent. doc agreed to this. nco: follow up with commitment. | Seroquel | Accepted! - Favorable Weight Profile |
| 229 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Thomas, Melissa A | 12/11/2003 22:11:42 | Sit down Call | doc thanked me again for the teleconference with dr. reinstein. inquired if doc was using higher doses of seroquel - yes - but only in one or two patients. asked doc to increase the dose of seroquel prior to adding on another agent. doc agreed to this. nco: follow up with commitment. | Seroquel | Well! - Seroquel Efficacy |
| 230 | 13989010 | Schefflein, Paul D | Physician | 11 Marshall Road | Suite 2L | Wappinger Falls | NY | 12590 | Thomas, Melissa A | 12/11/2003 22:11:42 | Sit down Call | doc thanked me again for the teleconference with dr. reinstein. inquired if doc was using higher doses of seroquel - yes - but only in one or two patients. asked doc to increase the dose of seroquel prior to adding on another agent. doc agreed to this. nco: follow up with commitment. | Seroquel | Well! Accepted! - Dosing and Titration |