# EXHIBIT 13

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 29 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Farrell, Cynthia B | 03/29/2001 09:44 | Stand-Up Call | VERY BUSY, GAVE HER ANTIPSY BOOK, NO PROBLEMS W/SEROQUEL. | Seroquel | Safety and Tolerability |
| 30 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Farrell, Cynthia B | 03/29/2001 09:44 | Stand-Up Call | VERY BUSY, GAVE HER ANTIPSY BOOK, NO PROBLEMS W/SEROQUEL. | Seroquel | Seroquel Efficacy |
| 31 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Farrell, Cynthia B | 04/17/2001 10:04 | Stand-Up Call | discussed pans score improvements at higher doses. just started an elderly pt, pt cannot tolerate dose higher than 25,but is doing well. | Seroquel | Dosing and Titration |
| 32 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Farrell, Cynthia B | 04/17/2001 10:04 | Stand-Up Call | discussed pans score improvements at higher doses. just started an elderly pt, pt cannot tolerate dose higher than 25,but is doing well. | Seroquel | Elderly |
| 33 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Farrell, Cynthia B | 04/17/2001 10:04 | Stand-Up Call | discussed pans score improvements at higher doses. just started an elderly pt, pt cannot tolerate dose higher than 25,but is doing well. | Seroquel | Safety and Tolerability |
| 34 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Farrell, Cynthia B | 04/17/2001 10:04 | Stand-Up Call | discussed pans score improvements at higher doses. just started an elderly pt, pt cannot tolerate dose higher than 25,but is doing well. | Seroquel | Seroquel Efficacy |
| 35 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Farrell, Cynthia B | 05/08/2001 10:11 | Stand-Up Call | discussed quest, wants pir on bipolar, disc new 300mg.has grown up kids in another city. | Seroquel | Dosing and Titration |
| 36 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Farrell, Cynthia B | 05/08/2001 10:11 | Stand-Up Call | discussed quest, wants pir on bipolar, disc new 300mg.has grown up kids in another city. | Seroquel | EPS Differentiation |
| 37 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Farrell, Cynthia B | 05/08/2001 10:11 | Stand-Up Call | discussed quest, wants pir on bipolar, disc new 300mg.has grown up kids in another city. | Seroquel | Safety and Tolerability |
| 38 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Farrell, Cynthia B | 05/08/2001 10:11 | Stand-Up Call | discussed quest, wants pir on bipolar, disc new 300mg.has grown up kids in another city. | Seroquel | Seroquel Efficacy |
| 39 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Farrell, Cynthia B | 05/29/2001 15:07 | Stand-Up Call | very rushed, left kaspar, will disc in greater depth next time. no problems with seroquel. | Seroquel | Seroquel Efficacy |
| 40 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Farrell, Cynthia B | 06/14/2001 15:00 | Stand-Up Call | call and see how long it generally takes for pt asst to be approved, signed contract for program.no internet access. | Seroquel | Seroquel Efficacy |
| 41 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Farrell, Cynthia B | 06/21/2001 21:46 | Stand-Up Call | dr attended a case study program in ocala. | Seroquel | Seroquel Efficacy |
| 42 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Farrell, Cynthia B | 07/12/2001 10:11 | Stand-Up Call | waited 40 mins, inquired about her ck, told her approx 2 wks from now we should have it, ok on samples, quick quest. | Seroquel | EPS Differentiation |
| 43 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Farrell, Cynthia B | 07/12/2001 10:11 | Stand-Up Call | waited 40 mins, inquired about her ck, told her approx 2 wks from now we should have it, ok on samples, quick quest. | Seroquel | Seroquel Efficacy |
| 44 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Farrell, Cynthia B | 07/20/2001 14:42 | Stand-Up Call | finally got thru to the pt asst program,had been using an old form.ck not here yet for case study.quick quest. | Seroquel | EPS Differentiation |
| 45 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Farrell, Cynthia B | 07/20/2001 14:42 | Stand-Up Call | finally got thru to the pt asst program,had been using an old form.ck not here yet for case study.quick quest. | Seroquel | Seroquel Efficacy |
| 46 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Farrell, Cynthia B | 07/24/2001 10:40 | Stand-Up Call | delivered honarium check for attending a case study program. quick disc of kasper. | Seroquel | Seroquel Efficacy |
| 47 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Farrell, Cynthia B | 08/08/2001 10:53 | Stand-Up Call | gave cme flyer on atypical uses of novel antipsych, disc new wt gain materials, said her pts are overweight and this was good to know. | Seroquel | Minimal Weight Gain |
| 48 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Farrell, Cynthia B | 08/08/2001 10:53 | Stand-Up Call | gave cme flyer on atypical uses of novel antipsych, disc new wt gain materials, said her pts are overweight and this was good to know. | Seroquel | Seroquel Efficacy |
| 49 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Farrell, Cynthia B | 09/28/2001 10:35 | Stand-Up Call | very quick brecher, waited 1 hr , running behind, more time avail on tues. | Seroquel | Minimal Weight Gain |
| 50 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Farrell, Cynthia B | 09/28/2001 10:35 | Stand-Up Call | very quick brecher, waited 1 hr , running behind, more time avail on tues. | Seroquel | Seroquel Efficacy |
| 51 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Farrell, Cynthia B | 10/11/2001 12:19 | Stand-Up Call | disc brecher, code book. | Seroquel | Minimal Weight Gain |
| 52 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Farrell, Cynthia B | 10/11/2001 12:19 | Stand-Up Call | disc brecher, code book. | Seroquel | Seroquel Efficacy |
| 53 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Farrell, Cynthia B | 10/30/2001 10:09 | Stand-Up Call | good call on reinstein case study. does have a pt on zyprexa that became diabetic, will consider for switch.disc elderly dosing and bipolar dosing strategies. | Seroquel | Dosing and Titration |
| 54 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Farrell, Cynthia B | 10/30/2001 10:09 | Stand-Up Call | good call on reinstein case study. does have a pt on zyprexa that became diabetic, will consider for switch.disc elderly dosing and bipolar dosing strategies. | Seroquel | Elderly |
| 55 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Farrell, Cynthia B | 10/30/2001 10:09 | Stand-Up Call | good call on reinstein case study. does have a pt on zyprexa that became diabetic, will consider for switch.disc elderly dosing and bipolar dosing strategies. | Seroquel | Minimal Weight Gain |

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 56 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Farrell, Cynthia B | 10/30/2001 10:09 | Stand-Up Call | good call on reinstein case study. does have a pt on zyprexa that became diabetic, will consider for switch.disc elderly dosing and bipolar dosing strategies. | Seroquel | Safety and Tolerability |
| 57 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Farrell, Cynthia B | 10/30/2001 10:09 | Stand-Up Call | good call on reinstein case study. does have a pt on zyprexa that became diabetic, will consider for switch.disc elderly dosing and bipolar dosing strategies. | Seroquel | Seroquel Efficacy |
| 58 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Farrell, Cynthia B | 11/09/2001 10:17 | Stand-Up Call | qusing for more pt diagnosises, getting great results. | Seroquel | Seroquel Efficacy |
| 59 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Farrell, Cynthia B | 12/04/2001 10:14 | Stand-Up Call | ok on samples. disc sero and zomig efficacy.waited 1 hour. | Seroquel | Seroquel Efficacy |
| 60 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Farrell, Cynthia B | 12/04/2001 10:14 | Stand-Up Call | ok on samples. disc sero and zomig efficacy.waited 1 hour. | Zomig | Acute Migraine |
| 61 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Farrell, Cynthia B | 12/14/2001 10:50 | Stand-Up Call | detailed on eps, gave dr and karen cookies. | Seroquel | EPS Differentiation |
| 62 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Farrell, Cynthia B | 01/11/2002 15:19 | Stand-Up Call | closed dr on using sero first line.nc go over aggression and hostility | Seroquel | Seroquel Efficacy |
| 63 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Farrell, Cynthia B | 01/11/2002 15:19 | Stand-Up Call | closed dr on using sero first line.nc go over aggression and hostility | Zomig | Acute Migraine |
| 64 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Farrell, Cynthia B | 01/29/2002 10:16 | Gatekeeper | dr in india til 2-13. | Seroquel | Seroquel Efficacy |
| 65 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Farrell, Cynthia B | 03/04/2002 09:28 | Sit down Call | dr back from a lovely visit in india. told her about ruby and she is looking forward to meeting her,good discussion of hostility,thought disturbance wt gain and eps.next call: cognitive function.dr did not want the poster,took the blue elderly book. | Seroquel | EPS Differentiation |
| 66 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Farrell, Cynthia B | 03/04/2002 09:28 | Sit down Call | dr back from a lovely visit in india. told her about ruby and she is looking forward to meeting her,good discussion of hostility,thought disturbance wt gain and eps.next call: cognitive function.dr did not want the poster,took the blue elderly book. | Seroquel | Minimal Weight Gain |
| 67 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Farrell, Cynthia B | 03/04/2002 09:28 | Sit down Call | dr back from a lovely visit in india. told her about ruby and she is looking forward to meeting her,good discussion of hostility,thought disturbance wt gain and eps.next call: cognitive function.dr did not want the poster,took the blue elderly book. | Seroquel | Seroquel Efficacy |
| 68 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Manocha, Yogita | 03/14/2002 14:42 | Stand-Up Call | Took along time to find the office.Intro call, disc re efficacy and eps diff of Seroquel. Doc said she uses Seroquel with bipolar mania and hostile and aggressive pat's . Said she was happy wih it and would like some samples of 25 mg. left samples.Also disc dosing w elderly. | Seroquel | EPS Differentiation |
| 69 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Manocha, Yogita | 03/14/2002 14:42 | Stand-Up Call | Took along time to find the office.Intro call, disc re efficacy and eps diff of Seroquel. Doc said she uses Seroquel with bipolar mania and hostile and aggressive pat's . Said she was happy wih it and would like some samples of 25 mg. left samples.Also disc dosing w elderly. | Seroquel | Elderly |
| 70 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Manocha, Yogita | 03/14/2002 14:42 | Stand-Up Call | Took along time to find the office.Intro call, disc re efficacy and eps diff of Seroquel. Doc said she uses Seroquel with bipolar mania and hostile and aggressive pat's . Said she was happy wih it and would like some samples of 25 mg. left samples.Also disc dosing w elderly. | Seroquel | Seroquel Efficacy |
| 71 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Farrell, Cynthia B | 03/19/2002 00:00 | Stand-Up Call | disc prolactin and sero safety. gave dr a pen. | Seroquel | Safety and Tolerability |
| 72 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Manocha, Yogita | 03/26/2002 15:23 | Stand-Up Call | dISC SERO'S WEIGHT NORMALIZING PROFILE SHOWED bRECKER, DISC EFFICCACY AGAIN. | Seroquel | Minimal Weight Gain |
| 73 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Manocha, Yogita | 03/26/2002 15:23 | Stand-Up Call | dISC SERO'S WEIGHT NORMALIZING PROFILE SHOWED bRECKER, DISC EFFICCACY AGAIN. | Seroquel | Safety and Tolerability |
| 74 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Manocha, Yogita | 03/26/2002 15:23 | Stand-Up Call | dISC SERO'S WEIGHT NORMALIZING PROFILE SHOWED bRECKER, DISC EFFICCACY AGAIN. | Seroquel | Seroquel Efficacy |
| 75 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Farrell, Cynthia B | 04/01/2002 10:17 | Stand-Up Call | waited over an hour. disc bprs scores at week 1 and 6. gave se checklist. will let me know if she likes them. nc prolactin/weight. | Seroquel | Safety and Tolerability |
| 76 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Farrell, Cynthia B | 04/01/2002 10:17 | Stand-Up Call | waited over an hour. disc bprs scores at week 1 and 6. gave se checklist. will let me know if she likes them. nc prolactin/weight. | Seroquel | Seroquel Efficacy |
| 77 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Manocha, Yogita | 04/11/2002 17:59 | Stand-Up Call | dISC SERO'S TOLERBILITY AND EPS  DIFFERENTIATION, LEFT CALENDER AND PENS. | Seroquel | EPS Differentiation |
| 78 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Manocha, Yogita | 04/11/2002 17:59 | Stand-Up Call | dISC SERO'S TOLERBILITY AND EPS  DIFFERENTIATION, LEFT CALENDER AND PENS. | Seroquel | Seroquel Efficacy |

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 131 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | McCormack, Catherine | 03/17/2003 10:32 | Stand-Up Call | Dr talked abt her bipolar and dementia pts. She does not see many schizophrenia pts in her practice. Talked abt EPS or lack of w/ Seroquel in her pts. | Seroquel | Accepted! - Safety and Tolerability |
| 132 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | McCormack, Catherine | 03/17/2003 10:32 | Stand-Up Call | Dr talked abt her bipolar and dementia pts. She does not see many schizophrenia pts in her practice. Talked abt EPS or lack of w/ Seroquel in her pts. | Seroquel | Well! - Seroquel Efficacy |
| 133 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | McCormack, Catherine | 03/17/2003 10:32 | Stand-Up Call | Dr talked abt her bipolar and dementia pts. She does not see many schizophrenia pts in her practice. Talked abt EPS or lack of w/ Seroquel in her pts. | Seroquel | Well! Accepted! - Dosing and Titration |
| 134 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | McCormack, Catherine | 03/17/2003 10:32 | Stand-Up Call | Dr talked abt her bipolar and dementia pts. She does not see many schizophrenia pts in her practice. Talked abt EPS or lack of w/ Seroquel in her pts. | Seroquel | Well! Accepted! - Elderly |
| 135 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Farrell, Cynthia B | 04/04/2003 09:26 | Stand-Up Call | invited to case study.dr velisetty and samy said yes, detailed above. need to add dr kranthi boyapati-working inpt at mcmh. | Seroquel | Accepted! - EPS Differentiation |
| 136 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Farrell, Cynthia B | 04/04/2003 09:26 | Stand-Up Call | invited to case study.dr velisetty and samy said yes, detailed above. need to add dr kranthi boyapati-working inpt at mcmh. | Seroquel | Accepted! - Favorable Weight Profile |
| 137 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Farrell, Cynthia B | 04/04/2003 09:26 | Stand-Up Call | invited to case study.dr velisetty and samy said yes, detailed above. need to add dr kranthi boyapati-working inpt at mcmh. | Seroquel | Accepted! - Safety and Tolerability |
| 138 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Farrell, Cynthia B | 04/04/2003 09:26 | Stand-Up Call | invited to case study.dr velisetty and samy said yes, detailed above. need to add dr kranthi boyapati-working inpt at mcmh. | Seroquel | Well! - Seroquel Efficacy |
| 139 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Farrell, Cynthia B | 04/04/2003 09:26 | Stand-Up Call | invited to case study.dr velisetty and samy said yes, detailed above. need to add dr kranthi boyapati-working inpt at mcmh. | Seroquel | Well! Accepted! - Dosing and Titration |
| 140 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | McCormack, Catherine | 04/18/2003 16:45 | Stand-Up Call | Computer crashed again. Folllowing up on their attendance to case study w/ Dr Vallente Tues.All will attend. | Seroquel | Well! - Seroquel Efficacy |
| 141 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | McCormack, Catherine | 04/18/2003 16:45 | Stand-Up Call | Computer crashed again. Folllowing up on their attendance to case study w/ Dr Vallente Tues.All will attend. | Seroquel | Well! Accepted! - Dosing and Titration |
| 142 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Farrell, Cynthia B | 04/22/2003 21:09 | Case Studies | dr ouano partipated as well. dr valente case study in ocala. | Seroquel | Well! - Seroquel Efficacy |
| 143 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Farrell, Cynthia B | 05/12/2003 10:26 | Sit down Call | gave dr her voucher and discussed eps and dosing. dr said she enjoyed the case study. | Seroquel | Accepted! - EPS Differentiation |
| 144 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Farrell, Cynthia B | 05/12/2003 10:26 | Sit down Call | gave dr her voucher and discussed eps and dosing. dr said she enjoyed the case study. | Seroquel | Well! - Seroquel Efficacy |
| 145 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Farrell, Cynthia B | 05/30/2003 15:43 | Sit down Call | disc dosing/eps/efficacy vs risperdal. | Seroquel | Accepted! - EPS Differentiation |
| 146 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Farrell, Cynthia B | 05/30/2003 15:43 | Sit down Call | disc dosing/eps/efficacy vs risperdal. | Seroquel | Well! - Seroquel Efficacy |
| 147 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Farrell, Cynthia B | 05/30/2003 15:43 | Sit down Call | disc dosing/eps/efficacy vs risperdal. | Seroquel | Well! Accepted! - Dosing and Titration |
| 148 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | McCormack, Catherine | 06/10/2003 07:06 | Sit down Call | Dr has had good results wSeroquel. | Seroquel | Accepted! - EPS Differentiation |
| 149 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | McCormack, Catherine | 06/10/2003 07:06 | Sit down Call | Dr has had good results wSeroquel. | Seroquel | Accepted! - Favorable Weight Profile |
| 150 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | McCormack, Catherine | 06/10/2003 07:06 | Sit down Call | Dr has had good results wSeroquel. | Seroquel | Well! - Seroquel Efficacy |
| 151 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | McCormack, Catherine | 06/10/2003 07:06 | Sit down Call | Dr has had good results wSeroquel. | Seroquel | Well! Accepted! - Dosing and Titration |
| 152 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | McCormack, Catherine | 07/02/2003 10:23 | Stand-Up Call | Discussed the Kapur study fast dissociation from D2 receptors is a GOOD thing to prevent motor side effects or 2ndary neg. symptoms. Showed Dr V the questionnaire forms I customized for Dr Szabo and she is interested in it. I will order for her. Cindy: Dr will be out of the country for a couple of weeks. | Seroquel | Accepted! - EPS Differentiation |
| 153 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | McCormack, Catherine | 07/02/2003 10:23 | Stand-Up Call | Discussed the Kapur study fast dissociation from D2 receptors is a GOOD thing to prevent motor side effects or 2ndary neg. symptoms. Showed Dr V the questionnaire forms I customized for Dr Szabo and she is interested in it. I will order for her. Cindy: Dr will be out of the country for a couple of weeks. | Seroquel | Well! - Seroquel Efficacy |
| 154 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | McCormack, Catherine | 07/02/2003 10:23 | Stand-Up Call | Discussed the Kapur study fast dissociation from D2 receptors is a GOOD thing to prevent motor side effects or 2ndary neg. symptoms. Showed Dr V the questionnaire forms I customized for Dr Szabo and she is interested in it. I will order for her. Cindy: Dr will be out of the country for a couple of weeks. | Seroquel | Well! Accepted! - Dosing and Titration |

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 155 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Farrell, Cynthia B | 07/08/2003 11:13 | Sit down Call | dr is leaving next week for 3 weeks to go to india. disc aug program-she wants to come/eps and efficacy. | Seroquel | Accepted! - EPS Differentiation |
| 156 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Farrell, Cynthia B | 07/08/2003 11:13 | Sit down Call | dr is leaving next week for 3 weeks to go to india. disc aug program-she wants to come/eps and efficacy. | Seroquel | Well Accepted! - Dosing and Titration |
| 157 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Farrell, Cynthia B | 07/29/2003 16:17 | Gatekeeper | drs not in. | Seroquel | Well! - Seroquel Efficacy |
| 158 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | McCormack, Catherine | 08/07/2003 11:44 | Sit down Call | Discussed sql treatment for mood disorders page in cva. Asked Dr to write sql for those pts. Invited Dr to the case study. She wrote it down in her book. Told her the forms I ordered should be in soon. | Seroquel | Accepted! - EPS Differentiation |
| 159 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | McCormack, Catherine | 08/07/2003 11:44 | Sit down Call | Discussed sql treatment for mood disorders page in cva. Asked Dr to write sql for those pts. Invited Dr to the case study. She wrote it down in her book. Told her the forms I ordered should be in soon. | Seroquel | Accepted! - Safety and Tolerability |
| 160 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | McCormack, Catherine | 08/07/2003 11:44 | Sit down Call | Discussed sql treatment for mood disorders page in cva. Asked Dr to write sql for those pts. Invited Dr to the case study. She wrote it down in her book. Told her the forms I ordered should be in soon. | Seroquel | Well! - Seroquel Efficacy |
| 161 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | McCormack, Catherine | 08/07/2003 11:44 | Sit down Call | Discussed sql treatment for mood disorders page in cva. Asked Dr to write sql for those pts. Invited Dr to the case study. She wrote it down in her book. Told her the forms I ordered should be in soon. | Seroquel | Well Accepted! - Dosing and Titration |
| 162 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Farrell, Cynthia B | 08/12/2003 10:36 | Sit down Call | dr is back from india vacation. disc eps/dosing.dr will come to case study. | Seroquel | Accepted! - EPS Differentiation |
| 163 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Farrell, Cynthia B | 08/12/2003 10:36 | Sit down Call | dr is back from india vacation. disc eps/dosing.dr will come to case study. | Seroquel | Well! - Seroquel Efficacy |
| 164 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Farrell, Cynthia B | 08/12/2003 10:36 | Sit down Call | dr is back from india vacation. disc eps/dosing.dr will come to case study. | Seroquel | Well Accepted! - Dosing and Titration |
| 165 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Farrell, Cynthia B | 08/26/2003 13:33 | Sit down Call | disc bprs improvements week 1 and 6. confirmed program tonight and she is still coming. | Seroquel | Well! - Seroquel Efficacy |
| 166 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Farrell, Cynthia B | 08/26/2003 13:33 | Sit down Call | disc bprs improvements week 1 and 6. confirmed program tonight and she is still coming. | Seroquel | Well Accepted! - Dosing and Titration |
| 167 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | McCormack, Catherine | 09/09/2003 12:10 | Sit down Call | Disc mood disorders and the appropriate pt type for seroquel. Dr Velisetty enjoyed the case study. Presented voucher. | Seroquel | Accepted! - Safety and Tolerability |
| 168 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | McCormack, Catherine | 09/09/2003 12:10 | Sit down Call | Disc mood disorders and the appropriate pt type for seroquel. Dr Velisetty enjoyed the case study. Presented voucher. | Seroquel | Well! - Seroquel Efficacy |
| 169 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | McCormack, Catherine | 09/09/2003 12:10 | Sit down Call | Disc mood disorders and the appropriate pt type for seroquel. Dr Velisetty enjoyed the case study. Presented voucher. | Seroquel | Well Accepted! - Dosing and Titration |
| 170 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Farrell, Cynthia B | 09/17/2003 09:19 | Stand-Up Call | computer has been down and i am late entering calls. disc safety/efficacy and dosing with all.dr samy/byrd/kawliche signed my sample form for samples. | Seroquel | Accepted! - Safety and Tolerability |
| 171 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Farrell, Cynthia B | 09/17/2003 09:19 | Stand-Up Call | computer has been down and i am late entering calls. disc safety/efficacy and dosing with all.dr samy/byrd/kawliche signed my sample form for samples. | Seroquel | Well! - Seroquel Efficacy |
| 172 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | Farrell, Cynthia B | 09/17/2003 09:19 | Stand-Up Call | computer has been down and i am late entering calls. disc safety/efficacy and dosing with all.dr samy/byrd/kawliche signed my sample form for samples. | Seroquel | Well Accepted! - Dosing and Titration |
| 173 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | McCormack, Catherine | 10/20/2003 15:02 | Sit down Call | Dr does not see many acute pts so she usually titrates in 10 days or so. Asked her to dose higher where appropriate for better efficacy. | Seroquel | Accepted! - Safety and Tolerability |
| 174 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | McCormack, Catherine | 10/20/2003 15:02 | Sit down Call | Dr does not see many acute pts so she usually titrates in 10 days or so. Asked her to dose higher where appropriate for better efficacy. | Seroquel | Well! - Seroquel Efficacy |
| 175 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | McCormack, Catherine | 10/20/2003 15:02 | Sit down Call | Dr does not see many acute pts so she usually titrates in 10 days or so. Asked her to dose higher where appropriate for better efficacy. | Seroquel | Well Accepted! - Dosing and Titration |
| 176 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | McCormack, Catherine | 10/29/2003 11:26 | Stand-Up Call | Dr was in a rush/late coming in. Better eff at higher doses where appropriate. | Seroquel | Accepted! - EPS Differentiation |
| 177 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | McCormack, Catherine | 10/29/2003 11:26 | Stand-Up Call | Dr was in a rush/late coming in. Better eff at higher doses where appropriate. | Seroquel | Accepted! -Safety and Tolerability |
| 178 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | McCormack, Catherine | 10/29/2003 11:26 | Stand-Up Call | Dr was in a rush/late coming in. Better eff at higher doses where appropriate. | Seroquel | Well! - Seroquel Efficacy |
| 179 | 19789016 | Velisetty, Asha | Physician | 3309 Sw 34th Circle Ste 100 | Ocala | FL | 34474 | McCormack, Catherine | 10/29/2003 11:26 | Stand-Up Call | Dr was in a rush/late coming in. Better eff at higher doses where appropriate. | Seroquel | Well Accepted! - Dosing and Titration |

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 234 | REDACTED | | | | | | | | | | | | |
| 235 | | | | | | | | | | | | | |
| 236 | | | | | | | | | | | | | |
| 237 | | | | | | | | | | | | | |
| 238 | | | | | | | | | | | | | |
| 239 | | | | | | | | | | | | | |
| 240 | | | | | | | | | | | | | |
| 241 | | | | | | | | | | | | | |
| 242 | | | | | | | | | | | | | |
| 243 | | | | | | | | | | | | | |
| 244 | | | | | | | | | | | | | |
| 245 | | | | | | | | | | | | | |
| 246 | | | | | | | | | | | | | |
| 247 | | | | | | | | | | | | | |
| 248 | | | | | | | | | | | | | |
| 249 | | | | | | | | | | | | | |
| 250 | | | | | | | | | | | | | |
| 251 | | | | | | | | | | | | | |
| 252 | | | | | | | | | | | | | |
| 253 | | | | | | | | | | | | | |
| 254 | | | | | | | | | | | | | |
| 255 | | | | | | | | | | | | | |
| 256 | | | | | | | | | | | | | |
| 257 | | | | | | | | | | | | | |
| 258 | | | | | | | | | | | | | |
| 259 | | | | | | | | | | | | | |