# EXHIBIT 3

Cesar C. Guerrero, M.D.

## NEUROSURGICAL CONSULTATION

**NAME** Unger, Richard        8/1, 2002  RECORD#:

**CONSTITUTIONAL**
Weight: 220#
Height: 5'11
B/P: 140/90
Pulse: 80 /m

N/P(A)  N (Negative)Patient Denies / P (Positive)(A) Findings are significant for (circle all that apply) describe below

**General Appearance** ☑   The patient is well nourished, well developed. Patient is well groomed and well dressed.
☐ Self neglect. Dirty. Unkempt. Other:

**Mental Status**
**Orientation** ☑  The patient is awake, alert and oriented x 3.
☑  The patient is cooperative and a good historian.
☐

**Mood/Affect** ☑  The patient exhibits appropriate affect, and is in no acute distress.
☐ Anxious. Restless. Emotional lability. Indifference. Lack of concern.
☐ Blunted. Overfamiliar. Underesponsive. Euphoric.

**Fund of Knowledge** ☑  The patient is aware of current events, past events, and remote history.
☐

**Attention Span & Concentration** ☑  Attention and concentration are WNL.
☐

**Memory** ☑  Memory is preserved for recent and remote events.
☐ Short Term Memory:
☐ Long Term Memory:

**Language** ☑  Patient is articulate. Speaks without aid. Voice is strong. Speech is spontaneous.
☐ Stuttering. Slurred. Aphasia. Other.

**CRANIAL NERVES:**
**2nd:** ☑  Conjunctiva clear w/o icterus.
☐
☑  The fundoscopic examination reveals the disc margins to be well outlined.
☐
☑  Visual acuity and fields are normal by confrontation.
☐
**3rd, 4th, 6th:** ☑  Pupils are 3mm, equal, and reactive to light. The external ocular movement is normal in all directions.
☐
**5th** ☑  Facial sensation is preserved. Reflexes and mastication are WNL.
☐
**7th** ☑  Facial movement is normal. No evidence of palsy noted
☐
**8th** ☑  Hearing is normal to whispered voice. Rub finger and tunning fork.
☐
**9th** ☑  Reflex palate movement is present. Gag Reflex is present.
☐
**11th** ☑  Head and shoulder shrug strength are within normal limits.
☐
**12th** ☑  Tongue moves freely, with normal strength, and fasciculation.

F.CEG.PTMR.NC.CHECK LIST.080603pa.090203pa p.3/5 CEG REVISED 091103

CONFIDENTIAL
RUNGER/DR.CESAREGUERRERO/00009

# Westside
## Regional Medical Center

**PRE-OPERATIVE ANESTHESIA ORDERS AND EVALUATION**

Date: 8/8/02  Time: _____  Age: 53
Weight: 225 lbs lb/kg  Height: 5'10"  BP: ___/___

**UNGER, RICHARD**
W00005825225  ADM IN  08/07/02
Schechter, Neil
M   53   F/C 04  MR# W000438617
Westside Regional Medical Center

Allergies: ☐ NKA
Reactions: Demerol - diaphoresis

Meds: Topical Oxycontin, Hyzaar, Soma, Neurontin, Ativan
Paxil Dilaudid PCA

| NO | YES | |
|---|---|---|
| ☒ | ☐ | **CNS** Seizures |
| ☒ | ☐ | CVA/TIA |
| | | **Cardiac** |
| ☒ | ☐ | CAD/MI |
| ☒ | ☐ | CHF |
| ☒ | ☐ | Dysrhythmia |
| ☐ | ☒ | HTN |
| | | **Respiratory** |
| ☒ | ☐ | COPD |
| ☒ | ☐ | Asthma |
| ☐ | ☒ | Smoking: 1½ ppd x 30 yrs.  Quit: 14~ ago |
| | | **Endo** |
| ☒ | ☐ | IDDM/NIDDM |
| ☒ | ☐ | Thyroid: ↑ ↓ |
| | | **GI** |
| ☐ | ☒ | Peptic Ulcer Disease - duodenal/healed |
| ☒ | ☐ | Hiatal Hernia |
| | | Liver |
| ☐ | ☒ | Hepatitis ?kind |
| ☐ | ☒ | ETOH occasional beer/mmnth |
| | | Renal |
| ☒ | ☐ | CRI/CRF: Dialysis: ___ x per wk. |
| | | **Other** |
| ☐ | ☐ | Bleeding Disorder |
| ☐ | ☒ | Back Pain - radiating (both legs) L4-5 herniation |
| ☒ | ☐ | Arthritis: Osteo/Rheumatoid |
| ☒ | ☐ | Pregnant: LMP |

Past Surgical Procedures: ☐ None
C3-5 fused 1988 & 1990, hemorrhoidectomy, T+A

History Anesthesia Problems:
☒ None  ☐ Personal  ☐ Family

Airway: ☒ Adequate  ☐ Difficult
Dentition: ☐ OK  ☐ Poor  ☐ Chipped  ☐ Caps
 ☐ Dentures/Bridges ↑ ↓  ☐ Missing/Loose

Surgery Date: 8/9/02  Time: 11:00
Procedure: hissing cath

**ORDERS**
1. NPO p 12 MN or _____ AM/PM
2. Consent for General Anesthesia and: ☐ Spinal/Epidural ☐ Nerve Block ☐ IV Regional ☐ Arterial Line ☒ MAC ☐ Triple Lumen CVP ☐ Swan-Ganz Cath
3. Labs: ☐ CBC ☒ BP-7 ☐ CXR ☐ EKG ☐ PT/PTT ☐ Bleeding Time ☐ Preg. Test ☐ ABG ☐ PFT's
4. ☐ Medical Eval. on chart ☐ Old Chart to OR  ☐ Other: _____
5. Give following meds pre-op in AM with sips of water:
   1. Topral  4.
   2.          5.
   3.          6.
6. Premeds: ☐ On Call  ☐ at _____ AM/PM
   ☐ Reglan ___ mg IV  ☐ Versed ___ mg IV
   ☐ Zantac ___ mg IV  ☐ Robinul ___ mg IV
   ☐ Bicitra ___ cc po  ☐ _____
   ☐ Accu-check on call to OR ☐ _____
   ☐ Albuterol neb. 0.5cc in 3 cc NS

Lab Results: H/H 13.3/39.5  PLT: 412  K: 3.3
PT/PTT: 13.1  BT: _____
EKG: _____
CXR: _____
Other: _____

The following abnormal labs noted. MD aware and will follow up per routine. Ok for surgery:

Other Data/Comments: 8/9/02
NPO p MN
ASA

The following plan discussed with & accepted by:
☐ Patient  ☐ Parent  ☐ Guardian
☐ General  ☐ Spinal  ☐ Epidural  ☐ Nerve Block
☒ MAC  ☐ IV Regional  ☐ Triple Lumen CVP
☐ Art Line  ☐ Swan-Ganz Cath  ☐ Rapid Sequence
☐ Post-op Vent  ☐ Other: _____
ASA Class: 1 ②  3  4  5  E  _____ M.D.

0910280 (5/00)  WHITE - CHART  CANARY - NURSING

CONFIDENTIAL

RUNGER/WESTSIDEREGIONALMEDICALCENTER-MEDS/00083