# EXHIBIT 4

Coral Gables, FL 33134

Office (305) 444-1936
Fax: (305) 444-3931

1/11/2007

**Progress Note**

**Richard J. Unger**

615

HISTORY: Richard was seen today for medication management and supportive therapy. The pt today was very tearful and upset, He is feeling hopeless and helpless. He has been crying, with poor energy and interest. Things at home are not going well according to him. He believes that because of his illness his family hates him.

He reports taking the medication and denies any side effects at this time.

He specifically denies manic symptoms. He reports no hallucinations, delusions or other symptoms of psychotic process.

MENTAL STATUS: The pt is alert and oriented x 3, the pt walks with the assistance of a walker. The pt is casually dressed , with poor eye contact his mood is sad with tearful affect, vegetative signs of depression. Thought process is void of delusion, no evidence of a/v/t hallucination, no suicidal ideation, intent or plan. insight and judgment is fair.

DIAGNOSES/Axis I:
Major Depressive Disorder, recurrent 296.30

Axis V: 50

IMPRESSION/THERAPY CONTENT/PROGRESS;
We continue to work on his coping mechanisms , helping him deal with his sadness and hopelessness. Richard was given medication instructions and education. Session length: 45-50 minutes.

Session length: 45-50 minutes.

INSTRUCTIONS / RECOMMENDATIONS / PLAN:
Side effects and interactions of medications were discussedThe pt was instructed on the risks vs benefits of treatment.
If any problems occur prior to next scheduled appointment,the pt is to call our office immediately for assistance
The pt was informed on the importance of abstinence from etoh or drugs, possible interactions and complications were discussed.

INCREASE Wellbutrin XL 150mg three tabs am
continue Lamictal 25 mg One qid
continue Klonopin 1 mg One bid;one qhs
continue lyrica 150mg One qid
continue Vallum 10 mg One tid

Return 6 wks
90807 (psychotherapy w E/M services)

P. 007 SEP/04/2007/TUE 09:40 AM

Coral Gables, FL 33134

Office (305) 444-1936
Fax: (305) 444-3931

12/5/2006

## Progress Note

**Richard J. Unger**

615

HISTORY: Richard was seen today for medication management and supportive therapy. The pt today talked about his anger. He states that he feels that nothing else could go wrong with him. He was now diagnosed with a melanoma and had surgery yesterday. He began to cry of frustration with how his life has turned out. He reports taking the medication and denies any side effects at this time.

He specifically denies manic symptoms. He reports no hallucinations, delusions or other symptoms of psychotic process.

MENTAL STATUS: The pt is alert and oriented x 3, the pt walking with the assistance of a walker. The pt is casually dressed , with poor eye contact his mood is angry with tearful affect, Thought process is void of delusion, no evidence of a/v/t hallucination, no suicidal ideation, intent or plan. insight and judgment is fair.

DIAGNOSES/Axis I:
Major Depressive Disorder, recurrent 296.30

Axis V: 50

IMPRESSION/THERAPY CONTENT/PROGRESS;
We continue to work on his coping mechanisms , helping him deal with his anger and frustration. Richard was given medication instructions and education. Session length: 45-50 minutes.

Session length: 45-50 minutes.

INSTRUCTIONS / RECOMMENDATIONS / PLAN:
Side effects and interactions of medications were discussedThe pt was instructed on the risks vs benefits of treatment.
If any problems occur prior to next scheduled appointment,the pt is to call our office immediately for assistance
The pt was informed on the importance of abstinence from etoh or drugs, possible interactions and complications were discussed.
Return 6 wks
90807 (psychotherapy w. E/M services)

Valium 10mg tid #90.

Patricia A. Ares-Romero, M.D.

P. 008

SEP/04/2007/TUE 09:41 AM

Coral Gables, FL 33134

Office (305) 444-1936
Fax: (305) 444-3931

10/2/2006

**Progress Note**

**Richard J. Unger**

615

HISTORY: Richard was seen today for medication management and supportive therapy. The pt stopped the seroquel last night. He continues to tolerate the discontinuation of the medication. He complains of being irritable and having difficulty sleeping at night. He also talked about multiple medical problems. Processing his feelings.

He specifically denies manic symptoms. He reports no hallucinations, delusions or other symptoms of psychotic process.

MENTAL STATUS: The pt is alert and oriented x 3, the pt walking with the assistance of a walker. The pt is casually dressed, with fair eye contact his mood is down with tearful affect. Thought process is void of delusion, no evidence of a/v/t hallucination, no suicidal ideation, intent or plan. insight and judgment is fair.

DIAGNOSES/Axis I:
Major Depressive Disorder, recurrent 296.30

Axis V: 50

IMPRESSION/THERAPY CONTENT/PROGRESS;
We discussed his coping mechanisms with his family and his medical issues. Therapeutic efforts also included aiding the patient in identifying the sources of anger and feelings. Richard was given medication instructions and education. Session length: 45-50 minutes.

Session length: 45-50 minutes.

INSTRUCTIONS / RECOMMENDATIONS / PLAN:
Side effects and interactions of medications were discussedThe pt was instructed on the risks vs benefits of treatment.
If any problems occur prior to next scheduled appointment,the pt is to call our office immediately for assistance
The pt was informed on the importance of abstinence from etoh or drugs, possible interactions and complications were discussed.

BEGIN Lamictal 25 mg One bid
INCREASE lyrica 150mg One tid
continue Wellbutrin XL 300mg One am
continue Klonopin 1 mg One bid;one hs

Return 6 wks
90807 (psychotherapy w. E/M services)

P. 001/021

SEP/04/2007/TUE 09:42 AM

Coral Gables, FL 33134

Office (305) 444-1936
Fax: (305) 444-3931

8/31/2006

## Progress Note

**Richard J. Unger**

615

HISTORY: Richard was seen today for medication management and supportive therapy. The pt presented today very sad and tearful. He reports that he has been crying unconsolable, asking himself; "what kind of life is this". (refering to his medical problems). The pt would like to switch to lyrica from neurontin, to target his symptoms. He has been tolerating the tapering of seroquel. He has been having multiple family problems he feels hopeless and helpless, he feels that his family does not respect him.
The pt today also complained about his personal hyglene, he states that he is unable to bathe daily only weekly because of his physical limitations.

He specifically denies manic symptoms. He reports no hallucinations, delusions or other symptoms of psychotic process.

MENTAL STATUS: The pt is alert and oriented x 3, the pt walking with the assistance of a walker. The pt is casually dressed, with fair eye contact his mood is sad with tearful affect. Thought process is void of delusion, no evidence of a/v/t hallucination, no suicidal ideation, intent or plan. Insight and judgment is fair.

DIAGNOSES/Axis I:
Major Depressive Disorder, recurrent 296.30

Axis V: 50

IMPRESSION/THERAPY CONTENT/PROGRESS;
We discussed the pt's sadness and his feelings of insecurity. We talked about coping mechanisms with his family. Therapeutic efforts also included aiding the patient in identifying the sources of anger and feelings. Richard was given medication instructions and education. Session length: 45-50 minutes.

Session length: 45-50 minutes.

INSTRUCTIONS / RECOMMENDATIONS / PLAN:
Side effects and interactions of medications were discussedThe pt was instructed on the risks vs benefits of treatment.
If any problems occur prior to next scheduled appointment,the pt is to call our office immediately for assistance
The pt was informed on the importance of abstinence from etoh or drugs, possible interactions and complications were discussed.

TAP.& STOP Seroquel 25 mg One hs
continue Wellbutrin XL 300mg One am
continue Klonopin 1 mg One bid; one hs
STOP Neurontin
BEGIN lyrica 150mg One bid

Return 6 wks
90807 (psychotherapy w. E/M services)

P. 002/021 SEP/04/2007/TUE 09:43 AM

770 Ponce De Leon Blvd.
Suite 303
Coral Gables, FL 33134

Office (305) 444-1936
Fax: (305) 444-3931

8/26/2006

**Progress Note**

**Richard J. Unger**

615

**HISTORY:** Richard was seen today for family session, he was accompanied by his wife. He continues to walk with the assistance of a cane. The pt would like to decrease and stop the seroquel due to the association with increased blood sugar and his recent diagnosis of diabetes. He continues to have multiple struggle with his illness.

**MENTAL STATUS:** The pt is alert and oriented x 3, the pt walking with the assistance of a walker. The pt's [illegible] fearful affect. Thought process is void of delusion, no evidence of a/v/t hallucination,

770 Ponce De Leon Blvd.
Suite 303
Coral Gables, FL 33134

Coral Gables, FL 33134

Office (305) 444-1936
Fax: (305) 444-3931

7/25/2006

**Progress Note**

**Richard J. Unger**

615

HISTORY: Richard was seen today for family session, he was accompanied by his wife. He continues to walk with the assistance of a cane. The pt would like to continue to decrease and stop the seroquel. He is having difficulty sleeping at night, with bizarre dreams. He continues to have multiple struggle with his illness, and retinal tear. He does admit to increase lability, with more irritability and frustration.

He specifically denies manic symptoms. He reports no hallucinations, delusions or other symptoms of psychotic process.

MENTAL STATUS: The pt is alert and oriented x 3, the pt walking with the assistance of a walker. The pt's mood is irritable with congruent affect, Thought process is void of delusion, no evidence of a/v/t hallucination, no suicidal ideation, intent or plan. insight and judgment is fair.

DIAGNOSES/Axis I:
Major Depressive Disorder, recurrent 296.30

Axis V: 50

IMPRESSION/THERAPY CONTENT/PROGRESS;
We discussed the pt's increased irritability and how to better deal with his family. Therapeutic efforts also included aiding the patient in identifying the sources of anger and feelings. Richard was given medication instructions and education. Session length: 45-50 minutes.

continue to titrate the seroquel. Tolerating the medication changes.

Session length: 45-50 minutes.

INSTRUCTIONS / RECOMMENDATIONS / PLAN:
Side effects and interactions of medications were discussedThe pt was instructed on the risks vs benefits of treatment
If any problems occur prior to next scheduled appointment,the pt is to call our office immediately for assistance
The pt was informed on the importance of abstinence from etoh or drugs, possible interactions and complications were discussed.

DECREASE Seroquel 25 mg One 12n; 3qhs ✓
continue Wellbutrin XL 300mg One am ✓
INCREASE Neurontin 600 mg One tid
continue Klonopin 1 mg One bid ✓
continue Valium 10 mg One q6hrs NI

Return 1 mo.
90807 (psychotherapy w. E/M services)

SEP/04/2007/TUE 09:43 AM P. 003/021

Coral Gables, FL 33134

Office (305) 444-1936
Fax: (305) 444-3931

1/31/2006

## Progress Note

**Richard J. Unger**

615

HISTORY: Richard was seen today for follow-up medication management and supportive therapy. The pt came accompanied by his wife, to the visit. He continues to walk with the assistance of a walker. The pt continues to tolerate the medication. He claims that his periods of crying outburst has improved. He continues to struggle with issues of insecurity and frustration.

MENTAL STATUS: The pt is alert and oriented x 3, the pt walking with the assistance of a walker, with some shortness of breath. The pt's mood is "fair" with less tearful affect, trying to hold back the tears. Thought process is void of delusion, no evidence of a/v/t hallucination, no suicidal ideation, intent or plan. Insight and judgment is fair.

DIAGNOSES/Axis I:
Major Depressive Disorder, recurrent 296.30

Axis V: 50

IMPRESSION/THERAPY CONTENT/PROGRESS;
Feelings of frustration were expressed and explored. The patient was today given emotional support.
Session length: 45-50 minutes.

Session length: 45-50 minutes.

INSTRUCTIONS / RECOMMENDATIONS / PLAN:
Side effects and interactions of medications were discussedThe pt was instructed on the risks vs benefits of treatment.
If any problems occur prior to next scheduled appointment,the pt is to call our office immediately for assistance
The pt was informed on the importance of abstinence from etoh or drugs, possible interactions and complications were discussed.

continue Seroquel 25 mg One tid ✓
DECREASE Wellbutrin XL 150mg One am ✓
INCREASE Neurontin 600 mg One bid ✓
continue Klonopin 1 mg One bid ✓
continue Seroquel 200 mg One hs ✓
continue Valium 10 mg One prn ✓
INCREASE Cymbalta 60mg One qd ✓

VENLAFAXINE HCl
EFFEXOR XR
EXTENDED RELEASE CAPSULES
↑ Wellbutrin 300 QAM.
↓ Cymbalta 30 QD.
↓ Seroquel 100 qhs.
25 QD.
2 WKS
3 WK

Return 1 mo.
90807 (psychotherapy w. E/M services)

Patricia A. Ares-Romero, M.D.

CONFIDENTIAL

RUNGER/DR.PATRICIAROMERO/00012

Coral Gables, FL 33134

Office (305) 444-1936
Fax: (305) 444-3931

12/19/2005

**Progress Note**

**Richard J. Unger**

615

HISTORY: Richard was seen today for follow-up medication management and supportive therapy. The pt came alone to his session, walking with the assistance of a walker. The pt reports tolerating medication, he does state that the cymbalta appears to be helping his depression, although he admits to period of outburst of crying. During the session he became tearful. He continues to feel upset about the issues with his wife and daughter. He continues to feel they don't respect him because of his illness, "the dog does not even listen to me".

MENTAL STATUS: The pt is alert and oriented x 3, the pt walking with the assistance of a walker, with some shortness of breath. The pt's mood is sad and with tearful affect, trying to hold back the tears. Thought process is void of delusion, no evidence of a/v/t hallucination, no suicidal ideation, intent or plan. Insight and judgment is fair.

DIAGNOSES/Axis I:
Major Depressive Disorder, recurrent 296.30

Axis V: 50

IMPRESSION/THERAPY CONTENT/PROGRESS;
Feelings of frustration and hopelessness were also expressed and explored. The patient was today given emotional support. Session length: 45-50 minutes.

Session length: 45-50 minutes.

INSTRUCTIONS / RECOMMENDATIONS / PLAN:
Side effects and interactions of medications were discussedThe pt was instructed on the risks vs benefits of treatment
If any problems occur prior to next scheduled appointment,the pt is to call our office immediately for assistance
The pt was informed on the importance of abstinence from etoh or drugs, possible interactions and complications were discussed.

continue Seroquel 25 mg One tid
continue Wellbutrin XL 300mg One am
continue Neurontin 300 mg One hs
continue Klonopin 1 mg One bid
continue Seroquel 200 mg One hs
continue Valium 10 mg One prn
BEGIN Cymbalta 30mg One qd

Return 1 mo.
90807 (psychotherapy w. E/M services)

P. 005/021

SEP/04/2007/TUE 09:44 AM

Coral Gables, FL 33134

Office (305) 444-1936
Fax: (305) 444-3931

11/7/2005

## Progress Note

**Richard J. Unger**

615

HISTORY: Richard was seen today for follow-up medication management and supportive therapy. The pt came alone to his session. The pt had been admitted to the hospital with uncontrolled blood sugar levels. The pt is feeling very sad and depressed, during the session he became very tearful and upset. He talked about his feelings of being useless infront of both his wife and daughter. He feels they don't respect him because of his condition. The pt continues to complain of difficulty sleep, he claims that he only sleeps for small intervals during the day.

MENTAL STATUS: The pt is alert and oriented x 3, the pt walking with the assistance of a walker, with some shortness of breath. The pt's mood is sad and with depressed affect. trying to hold back the tears. vegetative signs of depression are present. Thought process is void of delusion, no evidence of a/v/t hallucination, no suicidal ideation, intent or plan. insight and judgment is fair.

DIAGNOSES/Axis I:
Major Depressive Disorder, recurrent 296.30

Axis V: 50

IMPRESSION/THERAPY CONTENT/PROGRESS;
Feelings of frustration and hopelessness were also expressed and explored. The patient was today given emotional support. Session length: 45-50 minutes.

Session length: 45-50 minutes.

INSTRUCTIONS / RECOMMENDATIONS / PLAN:
Side effects and interactions of medications were discussedThe pt was instructed on the risks vs benefits of treatment.
If any problems occur prior to next scheduled appointment,the pt is to call our office immediately for assistance
The pt was informed on the importance of abstinence from etoh or drugs, possible interactions and complications were discussed.

continue Seroquel 25 mg One tid
continue Wellbutrin XL 300mg One am ✓
continue Neurontin 300 mg One hs ✓
continue Klonopin 1 mg One bid ✓
continue Seroquel 200 mg One hs ✓
continue Valium 10 mg One prn

Cymbalta 30mg po qd #30.

Return 1 mo.
90807 (psychotherapy w. E/M services)

SEP/04/2007/TUE 09:45 AM P. 006/021

CONFIDENTIAL
RUNGER/DR.PATRICIAROMERO/00014

Coral Gables, FL 33134

Office (305) 444-1936
Fax: (305) 444-3931

8/15/2005

## Progress Note

**Richard J. Unger**

615

HISTORY: Richard was seen today for follow-up medication management and supportive therapy. The pt was accompanied by his wife, who is his primary care giver. The pt complained of erratic sleep with early awakenings. He has also be forgetful (asking his wife for certain details ; He could not remember what he did the day before). He also reports feelings of anxiety. The pt continues to gaining weight and to have shortness of breath. Today he also complaied of increased pain with more limitation in the range of motion.

MENTAL STATUS: The pt is alert and oriented x 3, the pt walking with the assistance of a walker, catching his breath during the session. The pt's mood is anxious with restricted affect, thought process is void of delusion, no evidence of a/v/t hallucination, no suicidal ideation, intent or plan. insight and judgment is fair.

DIAGNOSES/Axis I:
Major Depressive Disorder, recurrent 296.30

Axis V: 50

IMPRESSION/THERAPY CONTENT/PROGRESS;
We discussed his pain and his limitations as well as his anxiety. Richard was counseled regarding the need for compliance with all medical instructions, particularly having to do with medication. Richard was given medication instructions and education. Session length: 45-50 minutes.

Session length: 45-50 minutes.

INSTRUCTIONS / RECOMMENDATIONS / PLAN:
Side effects and interactions of medications were discussedThe pt was instructed on the risks vs benefits of treatment.
If any problems occur prior to next scheduled appointment,the pt is to call our office immediately for assistance
The pt was informed on the importance of abstinence from etoh or drugs, possible interactions and complications were discussed.

INCREASE Klonopin 1 mg One tid
continue Neurontin 100 mg Two hs
continue Seroquel 200 mg One hs
continue Wellbutrin XL 150mg three tabs
continue Valium 10 mg One q 6 hr

Return 1 mo.
90807 (psychotherapy w. E/M services)

Patricia A. Ares-Romero, M.D.

P. 007/021

SEP/04/2007/TUE 09:45 AM

Coral Gables, FL 33134

Office (305) 444-1936
Fax: (305) 444-3931

3/9/2005

**Progress Note**

**Richard J. Unger**

815

HISTORY: Richard was seen today for follow-up medication management and supportive therapy. The pt was accompanied by his wife, who is his primary care giver. Pt continues to voice his frustrations and hopelessness over his condition. Not able to bathe himself, not able to walk more than a few steps without dyspnea.

MENTAL STATUS: The pt was alert and oriented x 3, the pt walks with the assistance of a walker. Shortness of breath was present. The pt's mood is sad with restricted affect, thought process is void of delusions. No evidence of a/v/t hallucination, no suicidal ideation, intent or plan. Insight and judgement is fair.

DIAGNOSES/Axis I:
Major Depressive Disorder, recurrent 296.30

Axis V: 50

IMPRESSION/THERAPY CONTENT/PROGRESS:
This session the patient's focus was on feelings of hopelessness. The main therapeutic techniques used today involved helping the patient identify the sources of feelings. Session length: 45-50 minutes.

Session length: 45-50 minutes.

INSTRUCTIONS / RECOMMENDATIONS / PLAN:
Side effects and interactions of medications were discussedThe pt was instructed on the risks vs benefits of treatment.
If any problems occur prior to next scheduled appointment,the pt is to call our office immediately for assistance
The pt was informed on the importance of abstinence from etoh or drugs, possible interactions and complications were discussed.

No change in meds

Return 6 wks
90807 (psychotherapy w. E/M services)

Patricia A. Ares-Romero, M.D.

P. 008/021 SEP/04/2007/TUE 09:46 AM

Coral Gables, FL 33134

Office (305) 444-1936
Fax: (305) 444-3931

2/9/2005

**Progress Note**

**Richard J. Unger**

615

HISTORY: Richard was seen today for follow-up medication management and supportive therapy. The pt reports tolerating the increase in wellbutrin and neurontin. The pt states that he wishes he could have his life back. Pt voiced feeling very frustrated and hopeless. Complains of significant dry mouth.

MENTAL STATUS: The pt was alert and oriented x 3, the pt was walking with the assistance of a cane, with shortness of breath. The pt's mood is sad with depressed affect, thought process is void of delusion, no evidence of a/v/t hallucination, pt denies any suicidal ideation, intent or plan. Insight and judgement is fair.

DIAGNOSES/Axis I:
Major Depressive Disorder, recurrent 296.30

Axis V: 50

IMPRESSION/THERAPY CONTENT/PROGRESS;
The patient was today encouraged to ventilate. Richard was counseled regarding the need for compliance with all medical instructions, particularly having to do with medication. Session length: 45-50 minutes.

Session length: 45-50 minutes.

INSTRUCTIONS / RECOMMENDATIONS / PLAN:
Side effects and interactions of medications were discussedThe pt was instructed on the risks vs benefits of treatment.
If any problems occur prior to next scheduled appointment,the pt is to call our office immediately for assistance
The pt was informed on the importance of abstinence from etoh or drugs, possible interactions and complications were discussed.

| | | | | | |
|---|---|---|---|---|---|
| continue | Neurontin | 100 mg | Two | hs | ✓ |
| continue | Seroquel | 200 mg | One | hs | ✓ |
| continue | Klonopin | 0.5 mg | One | qid | ✓ |
| continue | Valium | 10 mg | One | q 6 hours, prn | ✓ |
| continue | Wellbutrin XL | 150mg | three tabs | am | ✓ |

Return 1 mo.
90807 (psychotherapy w. E/M services)

Patricia A. Ares-Romero, M.D.

CONFIDENTIAL

RUNGER/DR.PATRICIAROMERO/00017

Coral Gables, FL 33134

Office (305) 444-1936
Fax: (305) 444-3931

1/5/2005

## Progress Note

**Richard J. Unger**

615

HISTORY: Richard was seen today for follow-up medication management and supportive therapy. The pt was very upset today, crying and sobing. There are feelings of worthlessness, he states that he is very frustrated with his life. He is unable to sleep at night, the pain has not improved. He describes a decrease in libido, he states that he is not able to have sex with his wife, unable to function. Excessive worrying is reported.

MENTAL STATUS: The pt was seen with some shortness of breath, walking with the assistance of a cane. The pt's mood is sad with depressed affect, crying. Feels very hopeless and helpless, anhedonia, anergia, poor sleep and appetite. thought process is void of delusion, no a/v/t hallucination, no suicidal ideation, intent or plan. Insight and judgement is fair.

DIAGNOSES/Axis I:
Major Depressive Disorder, recurrent 296.30

Axis V: 50

IMPRESSION/THERAPY CONTENT/PROGRESS;
The patient today spoke mainly about issues involving sexual dysfunction. Feelings of hopelessness were also expressed. Session length: 45-50 minutes.

Session length: 45-50 minutes.

INSTRUCTIONS / RECOMMENDATIONS / PLAN:
Side effects and interactions of medications were discussedThe pt was instructed on the risks vs benefits of treatment.
If any problems occur prior to next scheduled appointment,the pt is to call our office immediately for assistance
The pt was informed on the importance of abstinence from etoh or drugs, possible interactions and complications were discussed.

11/10/2004 ~~decreased~~ ↑ Neurontin 100 mg ~~One~~ two hs (2)
1/10/2005 continue Seroquel 200 mg One hs
1/10/2005 continue Klonopin 0.5 mg One qid
1/10/2005 continue Valium 10 mg One q 6 hours prn
1/10/2005 continue Wellbutrin XL ~~300mg~~ 450mg One am . iii poqam #90 .

Return 1 mo.
90807 (psychotherapy w. E/M services)

Patricia A. Ares-Romero, M.D.

P. 010/021 SEP/04/2007/TUE 09:47 AM

Coral Gables, FL 33134

Office (305) 444-1936
Fax: (305) 444-3931

11/10/2004

**Progress Note**

**Richard J. Unger**

615

HISTORY: The pt was seen today for follow-up medication mangement and supportive therapy. The pt was very frustrated with his life. The pt was having difficutly breathing, sob. The pt feels hopeless and helpless. He continues to report drowsiness during the day. Difficulty sleeping at night.

MENTAL STATUS: The pt was alert and oriented x 3, the pt was walking with the assistance of a walker, the pt had fair eye contact, the pt's looked edematous, the pt was sob, his mood was sad and tearful. Thought process is void of delusion, no a/v/t hallucination, no suicidal ideation, intent or plan. Insight and judgment is fair.

DIAGNOSES/Axis I:
Major Depressive Disorder, recurrent 296.30

Axis V: 50

IMPRESSION/THERAPY CONTENT/PROGRESS;
Feelings of hopelessness predominated this session. The patient was today given emotional support. Session length: 45-50 minutes.

*Session length: 45-50 minutes.*

INSTRUCTIONS / RECOMMENDATIONS / PLAN:
The pt is advised that if any thought or feeling of suicide arise to contact our office immedicately or call 911
Richard was advised of the risk vs benefits of the medication. The pt was advised if any problems occur prior to the next appointment to call our office immediately for assistance. The pt was informed of the importance of abstinence from drugs and alcohol, possible interactions and complications were discussed. Richardhas been advised that the long term use of benzodiazepines can cause cognitive deficits. And tapering has been suggested, when possible.

DECREASE Neurontin 100 mg One hs
continue Seroquel 200 mg One hs
continue Klonopin 0.5 mg One qid
continue Valium 10 mg One q 6 hours prn
*continue Wellbutrin XL 300mg One am*

Return 1 mo.
90807 (psychotherapy w. E/M services)

Patricia A. Ares-Romero, M.D.

P. 011/021

SEP/04/2007/TUE 09:47 AM

CONFIDENTIAL

RUNGER/DR.PATRICIAROMERO/00019

Coral Gables, FL 33134

Office (305) 444-1936
Fax: (305) 444-3931

9/29/2004

**Progress Note**

**Richard J. Unger**

615

HISTORY: The pt was seen today for follow-up medication management and supportive therapy. He was accompanied by his wife. The pt reports that his pain continues to escalate. He reports irratic sleeping , with increased anxiety and restlessness.

MENTAL STATUS: The pt was casually dressed walking with the assistance of a walker. Fair eye contact, easily distracted, having difficulties focusing. His mood is anxious with congruente affect, depressive symptoms persist. No evidence of a/v/t hallucination, no suicidal ideation, intent or plan. Insight and judgment is fair.

DIAGNOSES/Axis I:
Major Depressive Disorder, recurrent 296.30

Axis V: 50

IMPRESSION/THERAPY CONTENT/PROGRESS;
The patient expressed many feelings of anxiety this session. The main therapeutic techniques used today involved instruction in stress reduction techniques. Session length: 45-50 minutes.

Session length: 45-50 minutes.

INSTRUCTIONS / RECOMMENDATIONS / PLAN:
Richard was advised of the risk vs benefits of the medication. The pt was advised if any problems occur prior to the next appointment to call our office immediately for assistance. The pt was informed of the importance of abstinence from drugs and alcohol, possible interactions and complications were discussed.

continue Neurontin 100 mg Two hs ✓
continue Seroquel 200 mg One hs ✓
continue Klonopin 0.5 mg One qid ✓
continue Valium 10 mg One q 6 hours prn ✓
continue Wellbutrin XL 300mg One am

Return 3 wks
90807 (psychotherapy w. E/M services)

Patricia A. Ares-Romero, M.D.

P. 012/021 SEP/04/2007/TUE 09:48 AM

Coral Gables, FL 33134

Office (305) 444-1936
Fax: (305) 444-3931

8/19/2004

## Progress Note

**Richard J. Unger**

615

HISTORY: The pt was seen today for follow- up medication management and supportive therapy. The pt states that he has not been better, he reports increase anxiety while he continues to complain of poor energy and sedation. He does admit to tolerating the medication fairly well, mainly the change in treatment.

MENTAL STATUS: The pt is casually dress with fair eye contact, soft speech, with irritable mood and constricted affect, the pt's thought process remains circumstantion, with rumination thoughts of frustration. The pt continues to describe depressive symptoms. THe pt denies any a/v/t hallucination, no evidence of suicidal ideation, intent or plan. Insight and judgment is fair.

DIAGNOSES/Axis I:
Major Depressive Disorder, recurrent 296.30

Axis V: 50

IMPRESSION/THERAPY CONTENT/PROGRESS;
The patient expressed many feelings of hopelessness and the increased level of frustration dealing with his physical pain and limitations. The main therapeutic techniques used today involved helping the patient identify the sources of feelings. Session length: 45-50 minutes.

Session length: 45-50 minutes.

INSTRUCTIONS / RECOMMENDATIONS / PLAN:
Richard was advised of the risk vs benefits of the medication. The pt was advised if any problems occur prior to the next appointment to call our office immediately for assistance. The pt was informed of the importance of abstinence from drugs and alcohol, possible interactions and complications were discussed.

continue Neurontin 100 mg Two hs ✓
8/19/2004 continue Seroquel 200 mg One hs ✓
8/19/2004 continue Klonopin 0.5 mg One qid
8/19/2004 continue Valium 10 mg One q 6 hours prn
INCREASE Wellbutrin XL 300mg One am

Return 1 mo.
90807 (psychotherapy w. E/M services)

Patricia A. Ares-Romero, M.D.

CONFIDENTIAL

RUNGER/DR.PATRICIAROMERO/00021

Coral Gables, FL 33134

Office (305) 444-1936
Fax: (305) 444-3931

7/22/2004

## Progress Note

**Richard J. Unger**

615

**HISTORY:** The pt was seen today for follow-up medication management and supportive therapy. He was walking with a walker, accompanied by his wife. The pt continues to report increased sedation and weakness. Worsening of depressive symptoms despite antidepressant treatment.

**MENTAL STATUS:** The pt was casually dressed with fair eye contact, the pt was mildly irritable with constricted affect, the pt's thought process is circumstantial vegetative sign of depression persist. No evidence of delusional thought content, no a/v/t hallucination, no suicidal ideation, intent or plan. Insight and judgement is fair.

**DIAGNOSES/Axis I:**
Major Depressive Disorder, recurrent 296.30

Axis V: 50

**IMPRESSION/THERAPY CONTENT/PROGRESS;**
The patient today spoke mainly about issues involving coping with depression. Richard was counseled regarding the need for compliance with all medical instructions, particularly having to do with medication. Richard was given medication instructions and education. Session length: 45-50 minutes.

Session length: 45-50 minutes.

**INSTRUCTIONS / RECOMMENDATIONS / PLAN:**
Richard was advised of the risk vs benefits of the medication. The pt was advised if any problems occur prior to the next appointment to call our office immediately for assistance. The pt was informed of the importance of abstinence from drugs and alcohol, possible interactions and complications were discussed.

STOP Zoloft 100 mg 1.5 tabs am → taper schedule.
7/22/2004 continue Neurontin 100 mg Two hs ✓
7/22/2004 ~~continue~~ X Seroquel 25 mg Two hs
continue Seroquel 200 mg One hs ✓
continue Klonopin 0.5 mg One qid ✓
continue Valium 10 mg One q 6 hours prn ✓
BEGIN Wellbutrin XL 150mg One am ✓

Return 1 mo.
90807 (psychotherapy w. E/M services)

Patricia A. Ares-Romero, M.D.

P. 014/021

SEP/04/2007/TUE 09:49 AM

CONFIDENTIAL

RUNGER/DR.PATRICIAROMERO/00022

Coral Gables, FL 33134

Office (305) 444-1936
Fax: (305) 444-3931

6/4/2004

**Progress Note**

**Richard J. Unger**

615

HISTORY: The pt was seen today for follow-up medication management and supportive therapy. The pt was very glumy, remains somewhat sedated despite changes in medication, he continues to voice feelings of hopelessness and helplessness. Pain persist despite taking medication.

MENTAL STATUS: The pt was alert and oriented x 3, speech is clear, casually dressed, pt's mood is sad with constricted affect, the pt reports anxiety most of the day as well as anhedonia, and anergia. Pt denies any a/v/t hallucination, no suicidal ideation, intent or plan. Insight and judgement is fair.

DIAGNOSES/Axis I:
Major Depressive Disorder, recurrent 296.30

Axis V: 50

IMPRESSION/THERAPY CONTENT/PROGRESS;
This session Richard was able to vent his feelings of frustration with his current situation and his feelings of failure. Session length: 45-50 minutes.

Session length: 45-50 minutes.

INSTRUCTIONS / RECOMMENDATIONS / PLAN:
Richard was advised of the risk vs benefits of the medication. The pt was advised if any problems occur prior to the next appointment to call our office immediately for assistance. The pt was informed of the importance of abstinence from drugs and alcohol, possible interactions and complications were discussed.

continue Zoloft 100 mg 1.5 tabs am
continue Neurontin 100 mg Two hs ✓
continue Seroquel 25 mg Two hs ✓
4/6/2004 continue Seroquel 200 mg One hs ✓
4/6/2004 continue Klonopin 0.5 mg One qid ✓
5/4/2004 began Valium 10 mg One q 6 hours pm ✓

Return 1 mo.
90807 (psychotherapy w. E/M services)

Patricia A. Ares-Romero, M.D.

CONFIDENTIAL
RUNGER/DR.PATRICIAROMERO/00023

Coral Gables, FL 33134

Office (305) 444-1936
Fax: (305) 444-3931

5/4/2004

## Progress Note

**Richard J. Unger**

615

HISTORY: The pt was seen today for follow-up medication management and supportive therapy. The pt was very anxious and tearful today, he voice frustration, and complained of oversedation, from the medication. The pt states that he doesn't feel like he is getting any better and feeling hopeless and helpless.

MENTAL STATUS: The pt was alert and oriented x 3, pt's speech was clear, pt's mood is sad with tearful and constrict affect, continues to report increased anxiety. Pt reports poor energy, interest, anhedonia, feelings of hopelessness and helplessness. Thought process is void of delusion, no a/v/t hallucination, no suicidal ideation, intent or plan, Insight and judgement is fair.

DIAGNOSES/Axis I:
Major Depressive Disorder, recurrent 296.30

Axis V: 50

IMPRESSION/THERAPY CONTENT/PROGRESS;
Feelings of anxiety predominated this session. Richard was counseled regarding the need for compliance with all medical instructions, particularly having to do with medication. Richard was given medication instructions and education. Session length: 45-50 minutes.

Session length: 45-50 minutes.

INSTRUCTIONS / RECOMMENDATIONS / PLAN:
Richard was advised of the risk vs benefits of the medication. The pt was advised if any problems occur prior to the next appointment to call our office immediately for assistance. The pt was informed of the importance of abstinence from drugs and alcohol, possible interactions and complications were discussed.

4/6/2004 increased Zoloft 100 mg 1.5 tabs am
DECREASE Neurontin 100 mg Two hs
4/6/2004 changed to Seroquel 25 mg ~~One~~ hs #60
4/6/2004 continue Seroquel 200 mg One hs
4/6/2004 continue Klonopin 0.5 mg One qid
BEGIN Valium 10 mg One q 6 hours prn

Return 1 mo.
90807 (psychotherapy w. E/M services)

Patricia A. Ares-Romero, M.D.

P. 016/021 SEP/04/2007/TUE 09:50 AM

CONFIDENTIAL

RUNGER/DR.PATRICIAROMERO/00024

Coral Gables, FL 33134

Office (305) 444-1936
Fax: (305) 444-3931

4/8/2004

**Progress Note**

**Richard J. Unger**

615

HISTORY: The pt was seen today with his wife, the pt continues to complain of sedation despite changes in medication, the anxiety persist and inconsistent sleeping patterns. The pt reports excessive worrying, preoccupation with his physical limitations. The pt's physical pain persist.

MENTAL STATUS: The pt was alert and oriented x 3, the pt's eye contact is fair, walks with the assistance of a walker. The pt's mood is depressed with constricted affect. Increased anxiety is reported. Pt denies any a/v/t hallucination, no suicidal ideation intent or plan. Insight and judgement is fair.

DIAGNOSES/Axis I:
Major Depressive Disorder, recurrent 296.30

Axis V: 50

IMPRESSION/THERAPY CONTENT/PROGRESS;
This session the patient's focus was on the problem of coping with his frustrations and limitations. Session length: 45-50 minutes.

Session length: 45-50 minutes.

INSTRUCTIONS / RECOMMENDATIONS / PLAN:
Richard was advised of the risk vs benefits of the medication. The pt was advised if any problems occur prior to the next appointment to call our office immediately for assistance. The pt was informed of the importance of abstinence from drugs and alcohol, possible interactions and complications were discussed.

INCREASE Zoloft 100 mg 1.5 tabs am
4/6/2004 continue Neurontin 100 mg One tid
CHANGE TO Seroquel 25 mg One bid
4/6/2004 continue Seroquel 200 mg One hs
4/6/2004 continue Klonopin 0.5 mg One qid

Return 1 mo.
90807 (psychotherapy w. E/M services)

Patricia A. Ares-Romero, M.D.

P. 017/021

SEP/04/2007/TUE 09:50 AM

CONFIDENTIAL

RUNGER/DR.PATRICIAROMERO/00025

Coral Gables, FL 33134

Office (305) 444-1936
Fax: (305) 444-3931

3/11/2004

## Progress Note

**Richard J. Unger**

615

HISTORY: The pt was seen today for follow-up medication management and supportive therapy. The pt reports feeling very frustrated and hopeless. He continues to report sedation despite decrease in medication, it was explained to the patient that this could possibly be a result of all the medication he is taking. The pt reports physical limitations and consistent pain.

MENTAL STATUS: The pt was poorly groomed with fair eye contact, walking with difficulty. Pt's mood is depressed with constricted affect. Vegetative signs of depression are still reported. Pt complains of bizarre delusions and dreams. Pt denies any suicidal ideation intent or plan.

DIAGNOSES/Axis I:
Major Depressive Disorder, recurrent 296.30

Axis II : None V71.09
Axis III : See Medical History
Axis V: Axis V: 50

IMPRESSION/THERAPY CONTENT/PROGRESS;
This session the therapeutic focus was on ventilation of feelings. Richard was counseled regarding the need for compliance with all medical instructions, particularly having to do with medication. Richard was given medication instructions and education. Session length: 45-50 minutes.

Session length: 45-50 minutes.

INSTRUCTIONS / RECOMMENDATIONS / PLAN:
Richard was advised of the risk vs benefits of the medication. The pt was advised if any problems occur prior to the next appointment to call our office immediately for assistance. The pt was informed of the importance of abstinence from drugs and alcohol, possible interactions and complications were discussed.

| | | | | |
|---|---|---|---|---|
| continue | Zoloft | 100 mg | One | am |
| continue | Neurontin | 100 mg | One | tid |
| continue | Seroquel | 25 mg | One | bid |
| continue | Seroquel | 200 mg | One | hs |
| continue | Klonopin | 0.5 mg | One | qid |

Return 1 mo.
90807 (psychotherapy w. E/M services)

Patricia A. Ares-Romero, M.D.

P. 018/021

SEP/04/2007/TUE 09:51 AM

CONFIDENTIAL

RUNGER/DR.PATRICIAROMERO/00026

Coral Gables, FL 33134

Office (305) 444-1936
Fax: (305) 444-3931

2/10/2004

## Progress Note

**Richard J. Unger**

615

**HISTORY:**   The pt was seen today for follow-up medication management and therapy, the pt was seen with his wife, the pt states that he continues to report continuous pain without significant relief with the medication. No side effects are reported or in evidence, tolerating zoloft well.  Depressive symptoms persist.

**MENTAL STATUS:** The pt was poorly groomed with fair eye contact.  The pt appears sad with constricted affect.  Vegetative signs of depression persist.  Poor energy, decrease interest, poor sleep, anhedonia, poor concentration, feelings of guilt, hopeless and helpless.    There are no signs of hallucinations, delusions, bizarre behaviors, or other indicators of psychotic process.  Associations are intact, thinking is logical, and thought content is appropriate.
  Today the patient convincingly denies suicidal ideas or intentions.

**DIAGNOSES/Axis I:**
Major Depressive Disorder,  recurrent 296.30

Axis V:   50

**IMPRESSION/THERAPY CONTENT/PROGRESS;**
The patient expressed many feelings of hopelessness this session.                              Session length: 45-50 minutes.

Session length: 45-50 minutes.

**INSTRUCTIONS / RECOMMENDATIONS / PLAN:**
  Richard was advised of the risk vs benefits of the medication. The pt was advised if any problems occur prior to the next appointment to call our office immediately for assistance. The pt was informed of the importance of abstinence from drugs and alcohol, possible interactions and complications were discussed.

INCREASE  Zoloft    100 mg   One   am
continue   Neurontin  100 mg   One   tid
continue   Seroquel   25 mg   One   bid
continue   Seroquel   200 mg   One   hs
continue   Klonopin   0.5 mg   One   qid

Return 1 mo.
90807 (psychotherapy w. E/M services)

CONFIDENTIAL

RUNGER/DR.PATRICIAROMERO/00027

Patricia A. Ares-Romero, M.D.
770 Ponce de Leon Blvd
Suite 303
Coral Gables, Florida 33134

voice (305) 444-1936
Fax: (305) 444-3931

**Progress Note**

**Richard J. Unger** 1/6/2004

HISTORY: The pt was seen today for follow-up medication management. The pt was seen with his wife, the pts reports having continuous pain and difficulty with his physical limitations. The pt states that he continues to feel depressed with out significant improvement of symptoms. And he is complaining of over sedation.
He also reports feelings of hopelessness and helplessness.

MENTAL STATUS: The pt was poorly groomed with fair eye contact. The pt's Demeanor is sad. He appears listless and anergic. Thought content is depressed. Speech and thinking appear slowed by depressed mood with constrict affect. Poor energy and decreased interest, poor sleep, anhedonia, poor concentration, feelings of guilt, feelings of hopelessness and helplessness.
Suicidal ideas did not occur. There are no signs of hallucinations, delusions, bizarre behaviors, or other indicators of psychotic process. Associations are intact, thinking is logical, and thought content is appropriate. A short attention span is evident. He is easily distracted.

DIAGNOSES:
Major Depressive Disorder, recurrent 296.30

Axis II : None V71.09
Axis III : s/p back injury
Axis IV: Chronic injury, poor coping skills
Axis V: 50

INSTRUCTIONS / RECOMMENDATIONS / PLAN:
The pt was told if any problems occur prior to next visit to call our office for an earlier appointment. HeThe pt was given the risks vs benefits of the medication. The pt was instructed not to drink or use drugs

begin to taper Paxil 10 mg three tabs am
BEGIN zoloft 25mg One am
CHANGE TO Seroquel 50mg One bid
CHANGE TO Seroquel 100 mg Two hs

P. 020/021 SEP/04/2007/TUE 09:52 AM

CONFIDENTIAL
RUNGER/DR.PATRICIAROMERO/00028

**Richard J. Unger**

CHANGE TO Klonopin 0.5mg One qid

neurontin 100mg PO TID.

Return 1 mo.

Patricia A. Ares-Romero, M.D.

CONFIDENTIAL

RUNGER/DR.PATRICIAROMERO/00029