# EXHIBIT 5


**Mercy Hospital**

```
Acct# 0000864965249          09/06/2005 17:01
UNGER, RICHARD J                              M
MR# 000008649         56 YFC: 1
MAS RAFAEL J MD            002729
```

## INITIAL PATIENT ASSESSMENT RECORD (Part 2)

Date: 9/6/05   Time: 1730   ☑ ID Bracelet Verified
Admitted from:   ☑ Admitting   ☐ Emergency Room   ☐ Observation   ☐ Hospital   ☐ Other: _____
ROOM ORIENTATION: ☑ Call light ☑ Bed Controls ☑ Smoking Policy ☑ Telephone ☐ IV Control ☑ Bathroom/Emergency Light   APPROX

| VITAL SIGNS | TEMP 97 | PULSE 94 | RESP 20 | BP 103/69 | WEIGHT 325 | HEIGHT 5'9 |

### PAIN ASSESSMENT TOOL
Is the patient currently having pain?   ☑ Yes   ☐ No
If No, educate patient to notify nurse if they begin to have pain.
If Yes, complete the following assessment:   Location of Pain: __Back__
Quality of pain:   ☐ Pricking ☐ Ache ☐ Burn ☐ Throb ☐ Dull ☐ Sharp ☐ Other
Onset of pain:   ☐ Gradually ☐ Suddenly ☐ Intermittent ☐ Constant ☑ Chronic
Pain relief achieved by:   ☐ PO Meds ☐ IM Meds ☐ PCA ☐ Alternative Methods ☐ Other
(✓) Non-Verbal Pain Indicators that apply ☐ Non-verbal vocal complaints ☐ Vocal c/o pain
☐ Restlessness ☐ Facial grimaces/Winces ☐ Bracing ☐ Rubbing

What causes or increases pain? ☑ Activity ☐ Food ☐ Drug Use ☐ Climate ☐ Position ☐ Other
Effects of pain:   ☐ Appetite Alteration ☑ Physical Activity ☐ Interactions with others
☐ Sleep Alteration ☐ Emotional manifestations ☑ Inability to concentrate ☐ Other

PAIN COMMENTS: Chronic Back Pain

PAIN EDUCATION:
☑ Pain Mgt Plan
☐ Medication ☐ Position
☐ Alternative Methods
☐ Pre-procedure preparation
☐ Others

| Pain Intensity 0=None 10=Intolerable | 0 | 1 | 2 | ③ | 4 | 5 | 6 | 7 | 8 | 9 | 10 |

### PHYSICAL ASSESSMENT

| | YES | NO | COMMENTS |
|---|---|---|---|
| Awake, alert, oriented x3 | | ✓ | confused |
| Pupils equal and react to light | ✓ | | |
| Normal motor function x4 extremities | | ✓ | |
| Follows commands | | ✓ | needs assist |
| Normal speech patterns | | ✓ | slurred |
| Normal gait | | ✓ | unable to ambulate |
| Absence of sensory deficit | ✓ | ✓ | |
| Apical pulse regular | ✓ | | |
| Peripheral pulses present | | ✓ | weak |
| Absence of edema | | ✓ | General |
| Capillary refill <3 seconds | ✓ | | |
| Absence of chest discomfort / tenderness | ✓ | | |
| Lungs clear bilaterally | | ✓ | Rhonchi, ↓ bases |
| Respiratory rate regular and unlabored | | ✓ | occ SOB |
| Absence of cough | | ✓ | non productive |
| Bowel sounds present x4 quadrants | | ✓ | hypoactive |
| Abdomen soft, non-tender, no distention | | ✓ | distended |
| Absence of nausea and vomiting | ✓ | | |
| Bladder not distended | ✓ | | |
| Continent of Urine | | ✓ | occ INC |
| Appropriate behavior, appearance, affect, interactions | | ✓ | |
| Absence of confusion | | ✓ | confused |
| Coping effectively with health status | | ✓ | |
| Warm and dry | | ✓ | diaphoretic |
| Good turgor | | ✓ | fair |
| Absence of redness or breakdown | | ✓ | buttocks |
| Mucous membrane (pink, moist, intact) | | ✓ | dry |

### LEARNING ASSESSMENT
Factors that may influence patient's and significant others' learning:   ☐ None   (If any of the following are checked, please explain)
☐ Patient unable to understand and/or follow directions   ☐ Financial Limitation   ☐ Physical Limitations
☐ Culture   ☐ Cognitive Limitation   ☐ Language Barriers   ☐ Hearing, Vision, or Speech Impairment
☐ Motivation   ☐ Religious Practices   ☐ Emotional / Psychosocial Factors
Comments: _____

Form 600-920 (Rev. 6/02)

CONFIDENTIAL

RUNGER/MERCYHOSPITAL-MED/00036



# LABORATORY SUMMARY
# FINAL REPORT

MED.REC.#: **(00000)0086496**
VISIT #: **00864965249**

CLINICAL LABORATORY
3663 S. MIAMI AVE.
MIAMI, FLA. 33133
(305)285-2181
JOSE A. HERNANDEZ M.D. - DIRECTOR

PATIENT: UNGER RICHARD J
MED.REC.#:(00000)0086496
PHYSICIAN: MAS MD, RAFAEL J
AGE: 56 YRS  SEX: M
ROOM: 6137  WARD:

### CHEMISTRY

| TEST NAME: | SODIUM | POTASSIUM | CHLORIDE | CO2 | BUN | GLUCOSE |
|---|---|---|---|---|---|---|
| NORM RANGE: | 135-149 | 3.5-5.5 | 95-110 | 22-31 | 6-20 | 70-125 |
| UNITS: | MEQ/L | MEQ/L | MEQ/L | MEQ/L | MG/DL | MG/DL |
| 09/08/05 0540 | 133 L | 2.6 *f | 80 L | 39 H | 38 H | 313 H |
| 09/07/05 0750 | | 2.7 *f | | | | |
| 09/07/05 0500 | 131 L | 2.7 *f | 76 L | 40 Hf | 59 H | 544 *f |
| 09/06/05 2313 | | | | | | 944 *f |
| 09/06/05 1924 | 125 L | 2.9 *f | 64 L | 39 H | 59 H | 1007 *f |

| TEST NAME: | T. PROT | ALBUMIN | CALCIUM | PHOS | CREAT |
|---|---|---|---|---|---|
| NORM RANGE: | 6.4-8.3 | 3.4-4.8 | 8.3-10.5 | 2.7-4.5 | 0.7-1.5 |
| UNITS: | GM/DL | GM/DL | MG/DL | MG/DL | MG/DL |
| 09/13/05 0550 | | | 7.2 L | 2.3 L | 1.3 |
| 09/11/05 0640 | | | 7.1 L | 2.5 L | 1.4 |
| 09/10/05 0500 | | | 6.3 *f | 3.1 | 1.4 |

LEGEND
L = LOW, H = HIGH, * = CRITICAL, f = FOOTNOTE
POTASSIUM...... 09/08/05 0540
    CRITICAL VALUE CALLED TO THE WARD AND GIVEN TO FAITH DAWES 09/08/05 08:09.
    FOOTNOTE ADDED ON   09/08/05   AT 0803 BY LABJAA
POTASSIUM...... 09/07/05 0750
    CRITICAL VALUE CALLED TO THE WARD AND GIVEN TO IRAIDA AT 09/07/05 08:47.
    FOOTNOTE ADDED ON   09/07/05   AT 0846 BY LABMXP
POTASSIUM...... 09/07/05 0500
    CRITICAL VALUE CALLED TO THE WARD AND GIVEN TO ALVAREZ 09/07/05 07:44.
CO2............ 09/07/05 0500
    CRITICAL VALUE CALLED TO THE WARD AND GIVEN TO ALVAREZ 09/07/05 07:44.
GLUCOSE........ 09/07/05 0500
    CRITICAL VALUE CALLED TO THE WARD AND GIVEN TO ALVAREZ 09/07/05 07:43.
GLUCOSE........ 09/06/05 2313   CRITICAL VALUE CALLED TO THE WARD AND GIVEN TO ALEV09/07/05 00:19.
    FOOTNOTE ADDED ON   09/07/05   AT 0018 BY LABEPC
POTASSIUM...... 09/06/05 1924   CRITICAL VALUE CALLED TO THE WARD AND GIVEN TO JOY HUNT
09/06/05 21:52.
    FOOTNOTE ADDED ON   09/06/05   AT 2151 BY LABLPD
GLUCOSE........ 09/06/05 1924
    CRITICAL VALUE CALLED TO THE WARD AND GIVEN TO JOY HUNT 09/06/05 21:53.
    FOOTNOTE ADDED ON   09/06/05   AT 2151 BY LABLPD
CALCIUM........ 09/10/05 0500
    CRITICAL VALUE CALLED TO THE WARD AND GIVEN TO PENNEY09/10/05 08:44.
    FOOTNOTE ADDED ON   09/10/05   AT 0840 BY LABPXB

DATE/TIME REPORTED: 09/17/05  0703      PAGE:  3        CONTINUED...

CONFIDENTIAL

RUNGER/MERCYHOSPITAL-MED/00120