# EXHIBIT 8

RICHARD UNGER, 10/17/02. LPT. The patient was seen on follow up visit accompanied by wife. Has been having a very difficult time with his recently diagnosed diskitis. Has been under a lot of tension and has had a lot of mood fluctuations.
Plan:
1. Start Seroquel 25 mg t.i.d. #90. 6.) Neurontin 300 -> Tid #9
2. Continue Paxil 20 mg tablets 1 b.i.d. #60.
3. Continue Ativan 1 mg tablets, 2 tablets t.i.d. #180.
4. May consider a course of Klonopin added instead of Ativan if the patient remains unabated.
5. Return to office in 4 weeks.

Heriberto Cabada-Rovirosa, M.D.

RICHARD UNGER, 11/12/02. LPT. The patient was seen on follow up visit. Was very besieged by back pains and mood changes. No suicidal or homicidal ideas are noted. Supportive oriented psychotherapy given. - Case was discussed at length with the patient and wife.
Plan:
1. Increase Neurontin 400 mg t.i.d. #90.
2. Increase Seroquel 50 mg 1 b.i.d. and 2 h.s. #120.
3. Continue Paxil 20 mg tablets, 1 b.i.d. #60.
4. Continue Ativan 1 mg tablets, 2 t.i.d. #180.
5. Consider Klonopin if unimproved.

Heriberto Cabada-Rovirosa, M.D.

RICHARD UNGER, 12/10/02. MPT. The patient was seen on follow up visit. Has had a lot of pains and a lot of anxiety. No suicidal or homicidal ideas are noted. Feels very limited. Supportive oriented psychotherapy given.
Plan:
1. Discontinue Ativan.
2. Start Klonopin 1 mg t.i.d. #90.
3. Continue Paxil 20 mg tablets, 1 b.i.d. #60.
4. Continue Seroquel 50 mg 1 b.i.d. and 2 h.s.
5. Continue Neurontin 400 mg t.i.d.
6. Return to office in 4 weeks.

Heriberto Cabada-Rovirosa, M.D.
HC:em

CONFIDENTIAL
RUNGER/SOCIALSECURITYDISABILITY/00073

*Unger, Richard*

RICHARD UNGER, 12/23/02. LPT. The patient was seen on follow up visit. A little bit over sedated. Feels very sleepy and very frustrated with his overall pain limitations. No suicidal or homicidal ideas are noted.
Plan:
1. Decrease Klonopin 1 mg tablets, ½ tablet t.i.d. to b.i.d.
2. Continue Paxil 20 mg tablets, 1 b.i.d.
3. Continue Seroquel 50 mg tablets, 1 b.i.d. and 2 h.s.
4. Continue Neurontin 400 mg t.i.d.
5. Reevaluate around January 10th.

Heriberto Cabada-Rovirosa, M.D.
HC:em

RICHARD UNGER 01/16/03. LPT. The patient was seen on follow up visit. Feels much better. EPS has subsided to a significant degree. No suicidal or homicidal ideas are noted. Supportive oriented psychotherapy given. Medication regimen was reviewed.
Plan:
1. Continue medications for 1 month.
2. Refill X's 1, return to office in 4 to 8 weeks.

Heriberto Cabada-Rovirosa, M.D.
HC:em

RICHARD UNGER, 02/13/03. LPT. The patient was seen on follow up visit. Has been under severe pains. He feels very limited due to his condition and this has taken a big emotional toll for him. He feels incapacitated to work, mostly secondary to his pains. Pain is a very limiting situation for him. Medication regimen was reviewed. Supportive oriented psychotherapy given.
Plan:
1. Continue medications for 4 weeks.
2. Return to office in 4 weeks.
3. No work status for 30 days.

Heriberto Cabada-Rovirosa, M.D.
HC:em

RICHARD UNGER, 03/13/03. LPT. The patient was seen on follow up visit. Still is very depressed. Is bordering on thought disassociation. No suicidal or homicidal ideas are noted.
Plan:
1. Increase Seroquel 100 mg tablets, 1 t.i.d. #90.
2. Continue Paxil 20 mg tablets, 1 b.i.d. #60.
3. Continue Neurontin 400 mg t.i.d. #90.
4. Continue Klonopin 1 mg tablets, ½ tablet t.i.d. #45.
5. Refill X's 2, return to office in 8 weeks.

Heriberto Cabada-Rovirosa, M.D.
HC:em

CONFIDENTIAL

RUNGER/SOCIALSECURITYDISABILITY/00074

4

RICHARD UNGER, 04/10/03. LPT. The patient was seen on follow up visit. Is a little more improved with the current medications. No suicidal or homicidal ideas are noted. Supportive oriented psychotherapy given.
Plan:
1. Increase Seroquel 100 mg b.i.d. and 2 at h.s. #120.
2. Continue Paxil 20 mg tablets, 1 b.i.d. #60.
3. Continue Neurontin 400 mg t.i.d. #90.
4. Continue Klonopin 1 mg tablet, ½ tablet, t.i.d. #45.
5. No refills, return to office in 4 weeks.
_____
Heriberto Cabada-Rovirosa, M.D.
HC:em

RICHARD UNGER, 05/08/03. LPT. The patient was seen on follow up visit. Has been a bit negativistic about his physical limitations. Feels very helpless to effect any changes in his life. Is very limited by pains. No suicidal or homicidal ideas are noted. Supportive oriented psychotherapy given. Continue no work status from psychiatric standpoint.
Plan:
1. Continue medications for 1 month.
2. Refill X's 1, return to office in 8 weeks.
_____
Heriberto Cabada-Rovirosa, M.D.
HC:em

RICHARD UNGER, 07/03/03. LPT. The patient was seen on follow up visit. Is very besieged and disabled by the nature of his pains. No suicidal or homicidal ideas are noted. Supportive oriented psychotherapy given.
Plan:
1. Increase Klonopin 1 mg t.i.d. #90.
2. Refill X's 1, return to office in 4 to 8 weeks.
_____
Heriberto Cabada-Rovirosa, M.D.
HC:em

RICHARD UNGER, 09/04/03. LPT. The patient was seen on follow up visit. Has been doing relatively better. Affect is brighter and is less depressed in general. No suicidal or homicidal ideas are noted.
Plan:
1. Continue medications for 1 month.
2. Refill X's 1, return to office in 8 weeks.
_____
Heriberto Cabada-Rovirosa, M.D.
HC:em

CONFIDENTIAL

RUNGER/SOCIALSECURITYDISABILITY/00075

RICHARD UNGER, 11/04/03. LPT. The patient was seen on follow up visit. Has been under a fair amount of stress, however has been having some problems with fluid retention and over sedation. No suicidal or homicidal ideas are noted. Supportive oriented psychotherapy given.

Plan:
1. Continue no work status.
2. Reduce Neurontin 300 mg b.i.d.-t.i.d. #90.
3. Continue Paxil 20 mg tablets, 1 b.i.d. #60.
4. Decrease Seroquel 100 mg t.i.d. #90.
5. Continue Klonopin 1 mg tablets, ½ tablet b.i.d. and 1 h.s. #60.
6. Refill X's 1, return to office in 8 weeks.

Practice Closure Notification

I personally notified patient I would be closing my practice December 31, 2003, and that medical records would remain in this office under the custody of Dr. Patricia Ares-Romero, who has agreed to accept my patients and medical records in transfer.

Heriberto Cabada-Rovirosa, M.D.

CONFIDENTIAL
RUNGER/SOCIALSECURITYDISABILITY/00076