# EXHIBIT 10

Suite 303
Coral Gables, FL 33134

Office (305) 444-1936
Fax: (305) 444-3931

6/26/2008

## Progress Note

**Richard J. Unger**

615

HISTORY: Richard was seen today for family session, he was accompanied by his wife. He continues to walk with the assistance of a cane. The pt would like to decrease and stop the seroquel due to the association with increased blood sugar and his recent diagnosis of diabetes. He continues to have multiple struggle with his illness.

MENTAL STATUS: The pt is alert and oriented x 3, the pt walking with the assistance of a walker. The pt's mood is "ok" with less tearful affect, Thought process is void of delusion, no evidence of a/v/t hallucination, no suicidal ideation, intent or plan. insight and judgment is fair.

DIAGNOSES/Axis I:
Major Depressive Disorder, recurrent 296.30

Axis V:   50

IMPRESSION/THERAPY CONTENT/PROGRESS;
   Therapeutic efforts also included aiding the patient in identifying the sources of certain unproductive feelings. Richard was given medication instructions and education.          Session length: 45-50 minutes.

Session length: 45-50 minutes.

INSTRUCTIONS / RECOMMENDATIONS / PLAN:
Side effects and interactions of medications were discussedThe pt was instructed on the risks vs benefits of treatment.
If any problems occur prior to next scheduled appointment,the pt is to call our office immediately for assistance
The pt was informed on the importance of abstinence from etoh or drugs, possible interactions and complications were discussed.

INCREASE   Wellbutrin XL   300mg   One   am
TAP.& STOP   Cymbalta
TAP.& STOP   Seroquel
continue   Neurontin   600 mg   One   bid
continue   Klonopin   1 mg   One   bid
continue   Valium   10 mg   One   pm

Return 1 mo.
90807 (psychotherapy w. E/M services)

Patricia A. Ares-Romero, M.D.