# EXHIBIT 12

| | A | B | C | D | E | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | ADDRESS_LINE_2 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 2 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 02/17/2000 00:00 | Appt. - Sit Down Detail | reinstein made point. even though he sees very elderly with lo dose of zyprexa has seen dangerous wt gain. go back within 3 wks. bring snacks, redo reinstein and tandon.more on dosing again | Seroquel | Psychotic Disorders |
| 3 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 03/09/2000 00:00 | Appt. - Sit Down Detail | will schedule lunch next time. reinstein re. hispanic market and risks. NCO journ of pscy and hyper prolactenemia, | Seroquel | Psychotic Disorders |
| 4 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 05/09/2000 00:00 | Appt. - Sit Down Detail | try to set up lunch or dinner invitation to office. little by little. mostly needs reinforcement. nco quest and reinstein on wt gain. | Seroquel | Psychotic Disorders |
| 5 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | PDIUSER12 | 05/30/2000 00:00 | Appt. - Sit Down Detail | Michelle White det. Seroquel. | Seroquel | Dosing and Titration |
| 6 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | PDIUSER12 | 05/30/2000 00:00 | Appt. - Sit Down Detail | Michelle White det. Seroquel. | Seroquel | Quest Vis Aid |
| 7 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 06/06/2000 00:00 | Appt. - Sit Down Detail | Wants attention. can not do dinner or lunch, McMannus reprint. has started 3 pts on seroquel so fr o.k. NCO new pt follow up | Seroquel | Psychotic Disorders |
| 8 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | PDIUSER12 | 06/27/2000 00:00 | Appt. - Sit Down Detail | Michelle White det. Seroquel. | Seroquel | Elderly |
| 9 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | PDIUSER12 | 06/27/2000 00:00 | Appt. - Sit Down Detail | Michelle White det. Seroquel. | Seroquel | Minimal Weight Gain |
| 10 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | PDIUSER12 | 06/27/2000 00:00 | Appt. - Sit Down Detail | Michelle White det. Seroquel. | Seroquel | Reinstein Vis Aid |
| 11 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | PDIUSER12 | 06/27/2000 00:00 | Appt. - Sit Down Detail | Michelle White det. Seroquel. | Seroquel | Safety and Tolerability |
| 12 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | PDIUSER12 | 06/27/2000 00:00 | Appt. - Sit Down Detail | Michelle White det. Seroquel. | Seroquel | Seroquel Efficacy |
| 13 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | PDIUSER4 | 07/18/2000 00:00 | Stand-Up Call | Michelle White-Detail Seroquel | Seroquel | Safety and Tolerability |
| 14 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | PDIUSER4 | 07/18/2000 00:00 | Stand-Up Call | Michelle White-Detail Seroquel | Seroquel | Seroquel Efficacy |
| 15 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | PDIUSER8 | 07/27/2000 00:00 | Appt. - Sit Down Detail | Michelle White Det Seroquel | | |
| 16 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 07/28/2000 14:35 | Appt. - Sit Down Detail | VERY SUCCEPTIBLE TO ATTENTION. MICHELLE DOING GREATJOB ON ATTENTION AS WELL. WILL ATTENDdditional programs WITH GOOD SPEAKERS. | Seroquel | EPS Differentiation |
| 17 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 07/28/2000 14:35 | Appt. - Sit Down Detail | VERY SUCCEPTIBLE TO ATTENTION. MICHELLE DOING GREATJOB ON ATTENTION AS WELL. WILL ATTENDdditional programs WITH GOOD SPEAKERS. | Seroquel | Elderly |
| 18 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 07/28/2000 14:35 | Appt. - Sit Down Detail | VERY SUCCEPTIBLE TO ATTENTION. MICHELLE DOING GREATJOB ON ATTENTION AS WELL. WILL ATTENDdditional programs WITH GOOD SPEAKERS. | Seroquel | Minimal Weight Gain |
| 19 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 07/28/2000 14:35 | Appt. - Sit Down Detail | VERY SUCCEPTIBLE TO ATTENTION. MICHELLE DOING GREATJOB ON ATTENTION AS WELL. WILL ATTENDdditional programs WITH GOOD SPEAKERS. | Seroquel | Seroquel Efficacy |
| 20 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | PDIUSER13 | 08/01/2000 00:00 | Stand-Up Call | Michelle White Det Seroquel | Seroquel | Dosing and Titration |
| 21 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | PDIUSER13 | 08/01/2000 00:00 | Stand-Up Call | Michelle White Det Seroquel | Seroquel | EPS Differentiation |
| 22 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | PDIUSER13 | 08/01/2000 00:00 | Stand-Up Call | Michelle White Det Seroquel | Seroquel | Safety and Tolerability |
| 23 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | PDIUSER13 | 08/01/2000 00:00 | Stand-Up Call | Michelle White Det Seroquel | Seroquel | Seroquel Efficacy |
| 24 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 08/29/2000 17:33 | Appt. - Sit Down Detail | inc. of pt that was given 2x200mg tid at pharmacy by mistake instead of 25mg tid. pt only slept a lot. discussed safety of drug particularly in elderly pts. disc. tandon, upcoming program for mercy. food poisoning at don quijote. disc. usign higher doses for seating pts in hospl | Seroquel | Dosing and Titration |
| 25 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 08/29/2000 17:33 | Appt. - Sit Down Detail | inc. of pt that was given 2x200mg tid at pharmacy by mistake instead of 25mg tid. pt only slept a lot. discussed safety of drug particularly in elderly pts. disc. tandon, upcoming program for mercy. food poisoning at don quijote. disc. usign higher doses for seating pts in hospl | Seroquel | Elderly |
| 26 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 08/29/2000 17:33 | Appt. - Sit Down Detail | inc. of pt that was given 2x200mg tid at pharmacy by mistake instead of 25mg tid. pt only slept a lot. discussed safety of drug particularly in elderly pts. disc. tandon, upcoming program for mercy. food poisoning at don quijote. disc. usign higher doses for seating pts in hospl | Seroquel | First Line Positioning |
| 27 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 10/12/2000 15:59 | Stand-Up Call | HAD SAMPLES. DID NOT FEEL WELL. BROKEN RIB AND LOTS OF PAIN. LEFT TELEPHONE PADS. DOSING AND EFFICAY. | Seroquel | Dosing and Titration |
| 28 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 10/12/2000 15:59 | Stand-Up Call | HAD SAMPLES. DID NOT FEEL WELL. BROKEN RIB AND LOTS OF PAIN. LEFT TELEPHONE PADS. DOSING AND EFFICAY. | Seroquel | EPS Differentiation |

| | A | B | C | D | E | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | ADDRESS_LINE_2 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 51 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 01/25/2001 16:53 | Appt. - Sit Down Detail | INV TO CDS. NOT LIKELY, BETTER ON HIGH DOSES. NEUROCOG, IMP.MUST GO BAQCK AND REDO INV. BIG MESS AT OFFICE | Seroquel | Seroquel Efficacy |
| 52 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 02/06/2001 15:44 | Appt. - Sit Down Detail | ILL, COULD HARDLY UNDERSTAND, BRIEF PRIE, LEFT INVITATION TO 2 PROGRAMS AND BRAIN MODEL . NEXT REDO PRIZE | Seroquel | Dosing and Titration |
| 53 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 02/06/2001 15:44 | Appt. - Sit Down Detail | ILL, COULD HARDLY UNDERSTAND, BRIEF PRIE, LEFT INVITATION TO 2 PROGRAMS AND BRAIN MODEL . NEXT REDO PRIZE | Seroquel | EPS Differentiation |
| 54 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 02/06/2001 15:44 | Appt. - Sit Down Detail | ILL, COULD HARDLY UNDERSTAND, BRIEF PRIE, LEFT INVITATION TO 2 PROGRAMS AND BRAIN MODEL . NEXT REDO PRIZE | Seroquel | Safety and Tolerability |
| 55 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 02/06/2001 15:44 | Appt. - Sit Down Detail | ILL, COULD HARDLY UNDERSTAND, BRIEF PRIE, LEFT INVITATION TO 2 PROGRAMS AND BRAIN MODEL . NEXT REDO PRIZE | Seroquel | Seroquel Efficacy |
| 56 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 02/20/2001 15:56 | Appt. - Sit Down Detail | PRIZE REDO. INCREASE DOSING STRATEGY. | Seroquel | Dosing and Titration |
| 57 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 02/20/2001 15:56 | Appt. - Sit Down Detail | PRIZE REDO. INCREASE DOSING STRATEGY. | Seroquel | EPS Differentiation |
| 58 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 02/20/2001 15:56 | Appt. - Sit Down Detail | PRIZE REDO. INCREASE DOSING STRATEGY. | Seroquel | Elderly |
| 59 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 02/20/2001 15:56 | Appt. - Sit Down Detail | PRIZE REDO. INCREASE DOSING STRATEGY. | Seroquel | Safety and Tolerability |
| 60 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Jabech, Elias | 03/14/2001 00:00 | Stand-Up Call | He was a bit neutral with the efficacy message but listened to the presentation. | Seroquel | EPS Differentiation |
| 61 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Jabech, Elias | 03/14/2001 00:00 | Stand-Up Call | He was a bit neutral with the efficacy message but listened to the presentation. | Seroquel | Seroquel Efficacy |
| 62 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 04/03/2001 15:32 | Appt. - Sit Down Detail | NEW PROGRAM JESTA IN N.W, CLINIC. HAS A LOT OF AGGRESSIVE TEENAGERS. DISC. HIGHER4 DOSES OF SEROQUEL. VERY CONSERVATIVE AND CONCERNED ABOUT DIAGNOSISL.NEXT PRIZE | Seroquel | Dosing and Titration |
| 63 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 04/03/2001 15:32 | Appt. - Sit Down Detail | NEW PROGRAM JESTA IN N.W, CLINIC. HAS A LOT OF AGGRESSIVE TEENAGERS. DISC. HIGHER4 DOSES OF SEROQUEL. VERY CONSERVATIVE AND CONCERNED ABOUT DIAGNOSISL.NEXT PRIZE | Seroquel | EPS Differentiation |
| 64 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 04/03/2001 15:32 | Appt. - Sit Down Detail | NEW PROGRAM JESTA IN N.W, CLINIC. HAS A LOT OF AGGRESSIVE TEENAGERS. DISC. HIGHER4 DOSES OF SEROQUEL. VERY CONSERVATIVE AND CONCERNED ABOUT DIAGNOSISL.NEXT PRIZE | Seroquel | Minimal Weight Gain |
| 65 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 04/03/2001 15:32 | Appt. - Sit Down Detail | NEW PROGRAM JESTA IN N.W, CLINIC. HAS A LOT OF AGGRESSIVE TEENAGERS. DISC. HIGHER4 DOSES OF SEROQUEL. VERY CONSERVATIVE AND CONCERNED ABOUT DIAGNOSISL.NEXT PRIZE | Seroquel | Safety and Tolerability |
| 66 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 04/03/2001 15:32 | Appt. - Sit Down Detail | NEW PROGRAM JESTA IN N.W, CLINIC. HAS A LOT OF AGGRESSIVE TEENAGERS. DISC. HIGHER4 DOSES OF SEROQUEL. VERY CONSERVATIVE AND CONCERNED ABOUT DIAGNOSISL.NEXT PRIZE | Seroquel | Seroquel Efficacy |
| 67 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Jabech, Elias | 04/27/2001 00:00 | Stand-Up Call | | Seroquel | Seroquel Efficacy |
| 68 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 07/05/2001 14:47 | Stand-Up Call | EQUAL EFF KASPER AND HALDOL COMP. | Seroquel | Dosing and Titration |
| 69 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 07/05/2001 14:47 | Stand-Up Call | EQUAL EFF KASPER AND HALDOL COMP. | Seroquel | EPS Differentiation |
| 70 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 07/05/2001 14:47 | Stand-Up Call | EQUAL EFF KASPER AND HALDOL COMP. | Seroquel | Elderly |
| 71 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 07/05/2001 14:47 | Stand-Up Call | EQUAL EFF KASPER AND HALDOL COMP. | Seroquel | Safety and Tolerability |
| 72 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 07/05/2001 14:47 | Stand-Up Call | EQUAL EFF KASPER AND HALDOL COMP. | Seroquel | Seroquel Efficacy |
| 73 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Jabech, Elias | 07/05/2001 15:00 | Stand-Up Call | SAYS HE WRITES SEROQUEL PRIMARILY FOR HIS ELDERLY PTS. AND DOESN'T GO MUCH BEYOND 200MG. | Seroquel | EPS Differentiation |
| 74 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Jabech, Elias | 07/05/2001 15:00 | Stand-Up Call | SAYS HE WRITES SEROQUEL PRIMARILY FOR HIS ELDERLY PTS. AND DOESN'T GO MUCH BEYOND 200MG. | Seroquel | Elderly |
| 75 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Jabech, Elias | 07/05/2001 15:00 | Stand-Up Call | SAYS HE WRITES SEROQUEL PRIMARILY FOR HIS ELDERLY PTS. AND DOESN'T GO MUCH BEYOND 200MG. | Seroquel | Seroquel Efficacy |
| 76 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 07/12/2001 14:47 | Stand-Up Call | SAW AT DR. MARCOS PARTICIPATED, WAS POICXKING UP MEDS FOR PESONAL USE. ELDERLY PREFERENCE | Seroquel | Dosing and Titration |

| | A | B | C | D | E | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT TYPE | ADDRESS_LINE_1 | ADDRESS_LINE_2 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 131 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 12/11/2001 16:19 | Appt. - Sit Down Detail | WENT WITH KRIS TO HAND IN FORMS VERY PLEASED WITH RESULTS AND ADDED ADDITIONAL. DISC, USE OF SEROQUEL IN AN ADOLES HE STARTED NOWW AQT 50 BID. DISC POSSIBILITY OF SUB THERAPEUTIC. HAS USED SER. FOR SCHIZOAFFECTIVE | Seroquel | Safety and Tolerability |
| 132 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 12/11/2001 16:19 | Appt. - Sit Down Detail | WENT WITH KRIS TO HAND IN FORMS VERY PLEASED WITH RESULTS AND ADDED ADDITIONAL. DISC, USE OF SEROQUEL IN AN ADOLES HE STARTED NOWW AQT 50 BID. DISC POSSIBILITY OF SUB THERAPEUTIC. HAS USED SER. FOR SCHIZOAFFECTIVE | Seroquel | Seroquel Efficacy |
| 133 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Jabech, Elias | 12/13/2001 15:23 | Appt. - Sit Down Detail | Went over the text for the spanish forms, he is very impressed with Kris' professionalism and can't wait to get the forms. | Seroquel | Elderly |
| 134 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Jabech, Elias | 12/13/2001 15:23 | Appt. - Sit Down Detail | Went over the text for the spanish forms, he is very impressed with Kris' professionalism and can't wait to get the forms. | Seroquel | Seroquel Efficacy |
| 135 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Jabech, Elias | 12/18/2001 15:01 | Appt. - Sit Down Detail | Discussed an aggressive patient not responding to 600mg. Finalized the proof reading for the customer solutions project.(Kris) | Seroquel | Dosing and Titration |
| 136 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Jabech, Elias | 12/18/2001 15:01 | Appt. - Sit Down Detail | Discussed an aggressive patient not responding to 600mg. Finalized the proof reading for the customer solutions project.(Kris) | Seroquel | EPS Differentiation |
| 137 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Jabech, Elias | 12/18/2001 15:01 | Appt. - Sit Down Detail | Discussed an aggressive patient not responding to 600mg. Finalized the proof reading for the customer solutions project.(Kris) | Seroquel | Minimal Weight Gain |
| 138 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Jabech, Elias | 12/18/2001 15:01 | Appt. - Sit Down Detail | Discussed an aggressive patient not responding to 600mg. Finalized the proof reading for the customer solutions project.(Kris) | Seroquel | Safety and Tolerability |
| 139 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Jabech, Elias | 12/18/2001 15:01 | Appt. - Sit Down Detail | Discussed an aggressive patient not responding to 600mg. Finalized the proof reading for the customer solutions project.(Kris) | Seroquel | Seroquel Efficacy |
| 140 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Jabech, Elias | 02/07/2002 15:32 | Sit down Call | Had a Med Student in the office and was unusually receptive to the Seroquel message. | Seroquel | EPS Differentiation |
| 141 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Jabech, Elias | 02/07/2002 15:32 | Sit down Call | Had a Med Student in the office and was unusually receptive to the Seroquel message. | Seroquel | Minimal Weight Gain |
| 142 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Jabech, Elias | 02/07/2002 15:32 | Sit down Call | Had a Med Student in the office and was unusually receptive to the Seroquel message. | Seroquel | Safety and Tolerability |
| 143 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Jabech, Elias | 02/07/2002 15:32 | Sit down Call | Had a Med Student in the office and was unusually receptive to the Seroquel message. | Seroquel | Seroquel Efficacy |
| 144 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Shuford, Kristina | 02/12/2002 00:00 | Medical Solutions | Presented finals of his first three forms and proofed draft of his last form. Will make changes and print finals and burn CD. | Non-Product | Deliver Customer Solutions |
| 145 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Jabech, Elias | 02/12/2002 00:00 | Sit down Call | Visited with Kris regarding the customized patient forms. He was very impressed and said that he had already written a script for Seroquel today. Still need follow-up on patient solutions. | Seroquel | Seroquel Efficacy |
| 146 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Shuford, Kristina | 03/05/2002 00:00 | Medical Solutions | Worked with Eli and met with Dr. Cabada. We delivered his final office document and he seemed pleased with our assistance in these projects. I have requested a CD containing the 4 forms and will provide to Eli. This will give Eli another access opportunity. | Non-Product | Deliver Customer Solutions |
| 147 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Shuford, Kristina | 03/05/2002 00:00 | Medical Solutions | Worked with Eli and met with Dr. Cabada. We delivered his final office document and he seemed pleased with our assistance in these projects. I have requested a CD containing the 4 forms and will provide to Eli. This will give Eli another access opportunity. | Non-Product | Solution Completed |

| | A | B | C | D | E | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT TYPE | ADDRESS_LINE_1 | ADDRESS_LINE_2 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 148 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Jabech, Elias | 04/09/2002 15:56 | Sit down Call | Discussed the fact that he would like the forms printed on one side only, and if possible, would like to use a marbled type paper. Using Seroquel with good results in the elderly. He is the Medical Director of mercy Hospital's Dept of Psychiatry. | Seroquel | EPS Differentiation |
| 149 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Jabech, Elias | 04/09/2002 15:56 | Sit down Call | Discussed the fact that he would like the forms printed on one side only, and if possible, would like to use a marbled type paper. Using Seroquel with good results in the elderly. He is the Medical Director of mercy Hospital's Dept of Psychiatry. | Seroquel | Minimal Weight Gain |
| 150 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Jabech, Elias | 04/09/2002 15:56 | Sit down Call | Discussed the fact that he would like the forms printed on one side only, and if possible, would like to use a marbled type paper. Using Seroquel with good results in the elderly. He is the Medical Director of mercy Hospital's Dept of Psychiatry. | Seroquel | Safety and Tolerability |
| 151 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Jabech, Elias | 04/09/2002 15:56 | Sit down Call | Discussed the fact that he would like the forms printed on one side only, and if possible, would like to use a marbled type paper. Using Seroquel with good results in the elderly. He is the Medical Director of mercy Hospital's Dept of Psychiatry. | Seroquel | Seroquel Efficacy |
| 152 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Shuford, Kristina | 04/16/2002 00:00 | Medical Solutions | Worked with Eli and delivered CD-ROM of the office documents we created for him. He also asked that I create one more form. I will do so myself and present at next visit. Eli had great Seroquel discussion with Dr. Cabada. | Non-Product | Deliver Customer Solutions |
| 153 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Jabech, Elias | 04/16/2002 16:41 | Sit down Call | Discussed dosing similarities, Kris Shuford did an excellent job with this Account! | Seroquel | EPS Differentiation |
| 154 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Jabech, Elias | 04/16/2002 16:41 | Sit down Call | Discussed dosing similarities, Kris Shuford did an excellent job with this Account! | Seroquel | Safety and Tolerability |
| 155 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Jabech, Elias | 04/16/2002 16:41 | Sit down Call | Discussed dosing similarities, Kris Shuford did an excellent job with this Account! | Seroquel | Seroquel Efficacy |
| 156 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Jabech, Elias | 05/30/2002 16:14 | Sit down Call | Discussed Elderly and younger patients with regards to prolactin. | Seroquel | Elderly |
| 157 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Jabech, Elias | 05/30/2002 16:14 | Sit down Call | Discussed Elderly and younger patients with regards to prolactin. | Seroquel | Minimal Weight Gain |
| 158 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Jabech, Elias | 05/30/2002 16:14 | Sit down Call | Discussed Elderly and younger patients with regards to prolactin. | Seroquel | Safety and Tolerability |
| 159 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Jabech, Elias | 05/30/2002 16:14 | Sit down Call | Discussed Elderly and younger patients with regards to prolactin. | Seroquel | Seroquel Efficacy |
| 160 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Rodriguez, Sheyla Florence | 06/06/2002 14:53 | Sit down Call | doctor mentions prescribing Seroquel mainly for elderly patients starts on 25 to 100 max on this types. Also mentions going in higher doses to shizo or schizoaffective going into 800mg. Will do activity with Elias at Montys. | Seroquel | Dosing and Titration |
| 161 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Rodriguez, Sheyla Florence | 06/06/2002 14:53 | Sit down Call | doctor mentions prescribing Seroquel mainly for elderly patients starts on 25 to 100 max on this types. Also mentions going in higher doses to shizo or schizoaffective going into 800mg. Will do activity with Elias at Montys. | Seroquel | EPS Differentiation |
| 162 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Rodriguez, Sheyla Florence | 06/06/2002 14:53 | Sit down Call | doctor mentions prescribing Seroquel mainly for elderly patients starts on 25 to 100 max on this types. Also mentions going in higher doses to shizo or schizoaffective going into 800mg. Will do activity with Elias at Montys. | Seroquel | Elderly |
| 163 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Rodriguez, Sheyla Florence | 06/06/2002 14:53 | Sit down Call | doctor mentions prescribing Seroquel mainly for elderly patients starts on 25 to 100 max on this types. Also mentions going in higher doses to shizo or schizoaffective going into 800mg. Will do activity with Elias at Montys. | Seroquel | Merck-Medco Pull Through |
| 164 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Rodriguez, Sheyla Florence | 06/06/2002 14:53 | Sit down Call | doctor mentions prescribing Seroquel mainly for elderly patients starts on 25 to 100 max on this types. Also mentions going in higher doses to shizo or schizoaffective going into 800mg. Will do activity with Elias at Montys. | Seroquel | Minimal Weight Gain |

| | A | B | C | D | E | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT TYPE | ADDRESS_LINE_1 | ADDRESS_LINE_2 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 165 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Rodriguez, Sheyla Florence | 06/06/2002 14:53 | Sit down Call | doctor mentions prescribing Seroquel mainly for elderly patients starts on 25 to 100 max on this types. Also mentions going in higher doses to shizo or schizoaffective going into 800mg. Will do activity with Elias at Montys. | Seroquel | Safety and Tolerability |
| 166 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Rodriguez, Sheyla Florence | 06/06/2002 14:53 | Sit down Call | doctor mentions prescribing Seroquel mainly for elderly patients starts on 25 to 100 max on this types. Also mentions going in higher doses to shizo or schizoaffective going into 800mg. Will do activity with Elias at Montys. | Seroquel | Seroquel Efficacy |
| 167 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Jabech, Elias | 06/06/2002 17:39 | Sit down Call | Discussed why Seroquel should be his favorite choice to initiate/switch to. | Seroquel | EPS Differentiation |
| 168 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Jabech, Elias | 06/06/2002 17:39 | Sit down Call | Discussed why Seroquel should be his favorite choice to initiate/switch to. | Seroquel | Elderly |
| 169 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Jabech, Elias | 06/06/2002 17:39 | Sit down Call | Discussed why Seroquel should be his favorite choice to initiate/switch to. | Seroquel | Safety and Tolerability |
| 170 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Jabech, Elias | 06/13/2002 18:35 | Sit down Call | Very happy with the forms we made for his office, eager to do our preceptorship. | Seroquel | Accepted! - EPS Differentiation |
| 171 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Jabech, Elias | 06/13/2002 18:35 | Sit down Call | Very happy with the forms we made for his office, eager to do our preceptorship. | Seroquel | Well! - Seroquel Efficacy |
| 172 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Jabech, Elias | 06/13/2002 18:35 | Sit down Call | Very happy with the forms we made for his office, eager to do our preceptorship. | Seroquel | Well! Accepted! - Elderly |
| 173 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Lopezdequeralta, Abelardo L | 06/27/2002 18:14 | Sit down Call | Set up Preceptorship for July 8th at Hospital with Elderly Patients. Thank you Elias for helping with this endevour | Seroquel | Accepted! - EPS Differentiation |
| 174 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Lopezdequeralta, Abelardo L | 06/27/2002 18:14 | Sit down Call | Set up Preceptorship for July 8th at Hospital with Elderly Patients. Thank you Elias for helping with this endevour | Seroquel | Well! Accepted! - Dosing and Titration |
| 175 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Lopezdequeralta, Abelardo L | 06/27/2002 18:14 | Sit down Call | Set up Preceptorship for July 8th at Hospital with Elderly Patients. Thank you Elias for helping with this endevour | Seroquel | Well! Accepted! - Elderly |
| 176 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Jabech, Elias | 06/28/2002 00:00 | Sit down Call | Took Abe to meet with him and he agreed to do an elderly intensive preceptorship with him as well as a younger patient oriented preceptorship with me! He has really opened up to us since Kris Shuford has provided the patient care forms service for his practice! He offered that he was writing more Seroquel than ever ! Good Job Team! | Seroquel | Accepted! - Favorable Weight Profile |
| 177 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Jabech, Elias | 06/28/2002 00:00 | Sit down Call | Took Abe to meet with him and he agreed to do an elderly intensive preceptorship with him as well as a younger patient oriented preceptorship with me! He has really opened up to us since Kris Shuford has provided the patient care forms service for his practice! He offered that he was writing more Seroquel than ever ! Good Job Team! | Seroquel | Accepted! - Safety and Tolerability |
| 178 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Jabech, Elias | 06/28/2002 00:00 | Sit down Call | Took Abe to meet with him and he agreed to do an elderly intensive preceptorship with him as well as a younger patient oriented preceptorship with me! He has really opened up to us since Kris Shuford has provided the patient care forms service for his practice! He offered that he was writing more Seroquel than ever ! Good Job Team! | Seroquel | Well! - Seroquel Efficacy |
| 179 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Jabech, Elias | 06/28/2002 00:00 | Sit down Call | Took Abe to meet with him and he agreed to do an elderly intensive preceptorship with him as well as a younger patient oriented preceptorship with me! He has really opened up to us since Kris Shuford has provided the patient care forms service for his practice! He offered that he was writing more Seroquel than ever ! Good Job Team! | Seroquel | Well! Accepted! - Dosing and Titration |
| 180 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Jabech, Elias | 06/28/2002 00:00 | Sit down Call | Took Abe to meet with him and he agreed to do an elderly intensive preceptorship with him as well as a younger patient oriented preceptorship with me! He has really opened up to us since Kris Shuford has provided the patient care forms service for his practice! He offered that he was writing more Seroquel than ever ! Good Job Team! | Seroquel | Well! Accepted! - Elderly |
| 181 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Lopezdequeralta, Abelardo L | 07/02/2002 17:45 | Stand-Up Call | Dr Signed Preceptorship agreement to be conducted on July 8th | Seroquel | Accepted! - EPS Differentiation |
| 182 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Lopezdequeralta, Abelardo L | 07/02/2002 17:45 | Stand-Up Call | Dr Signed Preceptorship agreement to be conducted on July 8th | Seroquel | Accepted! - Favorable Weight Profile |

| | A | B | C | D | E | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | ADDRESS_LINE_2 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 197 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Rodriguez, Sheyla Florence | 08/01/2002 14:44 | Sit down Call | didn't want to deal with the pt assistance program at liberty city ,because of high risk. Talkk about p 202 of schizo book ,told him I was going to make the reviews on that book for him, | Seroquel | Well Accepted! - Elderly |
| 198 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Jabech, Elias | 08/22/2002 15:12 | Sit down Call | Great call, asked about Kris Shuford, very grateful to her help with the forms. Did ask about a minor modification in the space provided for one of the sections. | Seroquel | Accepted! - Safety and Tolerability |
| 199 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Jabech, Elias | 08/22/2002 15:12 | Sit down Call | Great call, asked about Kris Shuford, very grateful to her help with the forms. Did ask about a minor modification in the space provided for one of the sections. | Seroquel | Well! - Seroquel Efficacy |
| 200 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Jabech, Elias | 08/22/2002 15:12 | Sit down Call | Great call, asked about Kris Shuford, very grateful to her help with the forms. Did ask about a minor modification in the space provided for one of the sections. | Seroquel | Well! Accepted! - Elderly |
| 201 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Lopezdequeralta, Abelardo L | 08/27/2002 14:58 | Sit down Call | Provided Check from Preceptorship.Well and Accepted | Seroquel | Accepted! - EPS Differentiation |
| 202 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Lopezdequeralta, Abelardo L | 08/27/2002 14:58 | Sit down Call | Provided Check from Preceptorship.Well and Accepted | Seroquel | Well! Accepted! - Dosing and Titration |
| 203 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Lopezdequeralta, Abelardo L | 08/27/2002 14:58 | Sit down Call | Provided Check from Preceptorship.Well and Accepted | Seroquel | Well! Accepted! - Elderly |
| 204 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Jabech, Elias | 09/11/2002 00:00 | Inst call (CNS/Onc/Urol) | Discussed lack of dose related side effects and also, the implications of elevated prolactin with regard to compliance/safety. | Seroquel | Accepted! - EPS Differentiation |
| 205 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Jabech, Elias | 09/11/2002 00:00 | Inst call (CNS/Onc/Urol) | Discussed lack of dose related side effects and also, the implications of elevated prolactin with regard to compliance/safety. | Seroquel | Accepted! - Safety and Tolerability |
| 206 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Jabech, Elias | 09/11/2002 00:00 | Inst call (CNS/Onc/Urol) | Discussed lack of dose related side effects and also, the implications of elevated prolactin with regard to compliance/safety. | Seroquel | Well! - Seroquel Efficacy |
| 207 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Jabech, Elias | 09/11/2002 00:00 | Inst call (CNS/Onc/Urol) | Discussed lack of dose related side effects and also, the implications of elevated prolactin with regard to compliance/safety. | Seroquel | Well! Accepted! - Dosing and Titration |
| 208 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Rodriguez, Sheyla Florence | 10/08/2002 00:00 | Sit down Call | doctor prescribes but only 25 and 100 , he uses the product. he didn't like the self ink stamp. | Seroquel | Accepted! - EPS Differentiation |
| 209 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Rodriguez, Sheyla Florence | 10/08/2002 00:00 | Sit down Call | doctor prescribes but only 25 and 100 , he uses the product. he didn't like the self ink stamp. | Seroquel | Well! - Seroquel Efficacy |
| 210 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Rodriguez, Sheyla Florence | 10/08/2002 00:00 | Sit down Call | doctor prescribes but only 25 and 100 , he uses the product. he didn't like the self ink stamp. | Seroquel | Well! Accepted! - Dosing and Titration |
| 211 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Rodriguez, Sheyla Florence | 10/29/2002 00:00 | Stand-Up Call | well acepted reminder , he was running behind time | Seroquel | Accepted! - Safety and Tolerability |
| 212 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Rodriguez, Sheyla Florence | 10/29/2002 00:00 | Stand-Up Call | well acepted reminder , he was running behind time | Seroquel | Merck-Medco Pull Through |
| 213 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Rodriguez, Sheyla Florence | 10/29/2002 00:00 | Stand-Up Call | well acepted reminder , he was running behind time | Seroquel | Well! - Seroquel Efficacy |
| 214 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Rodriguez, Sheyla Florence | 10/29/2002 00:00 | Stand-Up Call | well acepted reminder , he was running behind time | Seroquel | Well! Accepted! - Dosing and Titration |
| 215 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Rodriguez, Sheyla Florence | 11/07/2002 16:08 | Sit down Call | will make for him appointment reminders, velligan study, will f up with Elias the forms in spanish. | Seroquel | Accepted! - EPS Differentiation |
| 216 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Rodriguez, Sheyla Florence | 11/07/2002 16:08 | Sit down Call | will make for him appointment reminders, velligan study, will f up with Elias the forms in spanish. | Seroquel | Accepted! - Safety and Tolerability |
| 217 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Rodriguez, Sheyla Florence | 11/07/2002 16:08 | Sit down Call | will make for him appointment reminders, velligan study, will f up with Elias the forms in spanish. | Seroquel | Well! Accepted! - Dosing and Titration |
| 218 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Rodriguez, Sheyla Florence | 11/07/2002 16:08 | Sit down Call | will make for him appointment reminders, velligan study, will f up with Elias the forms in spanish. | Seroquel | Well! Accepted! - Elderly |
| 219 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Rodriguez, Sheyla Florence | 11/19/2002 15:41 | Stand-Up Call | left CD that Elias gave me, it was a customer solutions project from Kris and Elias. will come next tu to talk about other forms that were not included. | Seroquel | Accepted! - Favorable Weight Profile |
| 220 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Rodriguez, Sheyla Florence | 11/19/2002 15:41 | Stand-Up Call | left CD that Elias gave me, it was a customer solutions project from Kris and Elias. will come next tu to talk about other forms that were not included. | Seroquel | Well! - Seroquel Efficacy |

| | A | B | C | D | E | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | ADDRESS_LINE_2 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 291 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Rodriguez, Sheyla Florence | 07/15/2003 19:29 | Sit down Call | INVITED TO ACTIVITY AT CACAO, HE MENTION GOING OUT WITH HIS FAMIILY ON THUR.. TALKED ABOUT INCREASING DOSAGES | Seroquel | Well! Accepted! - Dosing and Titration |
| 292 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Jabech, Elias | 09/03/2003 00:00 | Sit down Call | Excellent discussion on Brecher, also, he wanted me to help him with typesetting on a form, I took care of it and Sheyla will see him tommorrow and follow-through. It was nice to see him again, he is a good friend. He informed me that Dr. Sosa is now the acting director of the Mercy Psych Dept. | Seroquel | Accepted! - Favorable Weight Profile |
| 293 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Jabech, Elias | 09/03/2003 00:00 | Sit down Call | Excellent discussion on Brecher, also, he wanted me to help him with typesetting on a form, I took care of it and Sheyla will see him tommorrow and follow-through. It was nice to see him again, he is a good friend. He informed me that Dr. Sosa is now the acting director of the Mercy Psych Dept. | Seroquel | Accepted! - Safety and Tolerability |
| 294 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Jabech, Elias | 09/03/2003 00:00 | Sit down Call | Excellent discussion on Brecher, also, he wanted me to help him with typesetting on a form, I took care of it and Sheyla will see him tommorrow and follow-through. It was nice to see him again, he is a good friend. He informed me that Dr. Sosa is now the acting director of the Mercy Psych Dept. | Seroquel | Well! Accepted! - Dosing and Titration |
| 295 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Rodriguez, Sheyla Florence | 09/04/2003 18:30 | Sit down Call | gave him cd romm with corrections Eli gave me. He call him yesterday. Elias went by his office and fixed the cd rom. | Seroquel | Accepted! - Safety and Tolerability |
| 296 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Rodriguez, Sheyla Florence | 09/04/2003 18:30 | Sit down Call | gave him cd romm with corrections Eli gave me. He call him yesterday. Elias went by his office and fixed the cd rom. | Seroquel | Well! - Seroquel Efficacy |
| 297 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Rodriguez, Sheyla Florence | 09/04/2003 18:30 | Sit down Call | gave him cd romm with corrections Eli gave me. He call him yesterday. Elias went by his office and fixed the cd rom. | Seroquel | Well! Accepted! - Dosing and Titration |
| 298 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Rodriguez, Sheyla Florence | 09/10/2003 00:00 | Stand-Up Call | storm reminder, also he is going the 18th to spain | Seroquel | Accepted! - EPS Differentiation |
| 299 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Rodriguez, Sheyla Florence | 09/10/2003 00:00 | Stand-Up Call | storm reminder, also he is going the 18th to spain | Seroquel | Accepted! - Safety and Tolerability |
| 300 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Rodriguez, Sheyla Florence | 09/10/2003 00:00 | Stand-Up Call | storm reminder, also he is going the 18th to spain | Seroquel | Well! - Seroquel Efficacy |
| 301 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Rodriguez, Sheyla Florence | 09/10/2003 00:00 | Stand-Up Call | storm reminder, also he is going the 18th to spain | Seroquel | Well! Accepted! - Dosing and Titration |
| 302 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Rodriguez, Sheyla Florence | 10/07/2003 17:28 | Sit down Call | high doses page in va.. 65 % of the pts in high doses. will doo asm at pescado next fri | Seroquel | Accepted! - EPS Differentiation |
| 303 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Rodriguez, Sheyla Florence | 10/07/2003 17:28 | Sit down Call | high doses page in va.. 65 % of the pts in high doses. will doo asm at pescado next fri | Seroquel | Accepted! - Favorable Weight Profile |
| 304 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Rodriguez, Sheyla Florence | 10/07/2003 17:28 | Sit down Call | high doses page in va.. 65 % of the pts in high doses. will doo asm at pescado next fri | Seroquel | Accepted! - Safety and Tolerability |
| 305 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Rodriguez, Sheyla Florence | 10/07/2003 17:28 | Sit down Call | high doses page in va.. 65 % of the pts in high doses. will doo asm at pescado next fri | Seroquel | Well! - Seroquel Efficacy |
| 306 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Rodriguez, Sheyla Florence | 10/07/2003 17:28 | Sit down Call | high doses page in va.. 65 % of the pts in high doses. will doo asm at pescado next fri | Seroquel | Well! Accepted! - Dosing and Titration |
| 307 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Rodriguez, Sheyla Florence | 10/07/2003 17:28 | Sit down Call | high doses page in va.. 65 % of the pts in high doses. will doo asm at pescado next fri | Seroquel | Well! Accepted! - Elderly |
| 308 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Rodriguez, Sheyla Florence | 10/10/2003 00:00 | Access Meal | went to pescado , had a great conversation about seroquel, he agreed on start using higher doses | Seroquel | Accepted! - EPS Differentiation |
| 309 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Rodriguez, Sheyla Florence | 10/10/2003 00:00 | Access Meal | went to pescado , had a great conversation about seroquel, he agreed on start using higher doses | Seroquel | Accepted! - Favorable Weight Profile |
| 310 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Rodriguez, Sheyla Florence | 10/10/2003 00:00 | Access Meal | went to pescado , had a great conversation about seroquel, he agreed on start using higher doses | Seroquel | Accepted! - Safety and Tolerability |
| 311 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Rodriguez, Sheyla Florence | 10/10/2003 00:00 | Access Meal | went to pescado , had a great conversation about seroquel, he agreed on start using higher doses | Seroquel | Well! - Seroquel Efficacy |
| 312 | 770431004 | Cabada, Heriberto R | Physician | 770 Ponce de Leon | Suite 303 | Coral Gables | FL | 33134 | Rodriguez, Sheyla Florence | 10/10/2003 00:00 | Access Meal | went to pescado , had a great conversation about seroquel, he agreed on start using higher doses | Seroquel | Well! Accepted! - Dosing and Titration |