**EXHIBIT 14**

| | A | B | C | D | E | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | ADDRESS_LINE_2 | CITY | STATE | ZIPCODE | REP_NAME | CALL_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | PRODUCT_MESSAGE |
| 2 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Torres-Portalatin, Darwin J | 6/13/2002 | Stand-Up Call | Dr Ares has rx some seroquel. She will continue rxing seroquel. Low EPS and neutral weight gain | Seroquel | Accepted! - EPS Differentiation |
| 3 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Torres-Portalatin, Darwin J | 6/13/2002 | Stand-Up Call | Dr Ares has rx some seroquel. She will continue rxing seroquel. Low EPS and neutral weight gain | Seroquel | Accepted! - Safety and Tolerability |
| 4 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Torres-Portalatin, Darwin J | 6/13/2002 | Stand-Up Call | Dr Ares has rx some seroquel. She will continue rxing seroquel. Low EPS and neutral weight gain | Seroquel | Well! - Seroquel Efficacy |
| 5 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Torres-Portalatin, Darwin J | 6/13/2002 | Stand-Up Call | Dr Ares has rx some seroquel. She will continue rxing seroquel. Low EPS and neutral weight gain | Seroquel | Well! Accepted! - Dosing and Titration |
| 6 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Torres-Portalatin, Darwin J | 7/25/2002 | Stand-Up Call | I discuss with both Psy residents why seroquel is a better choice than risperdal and zyprexa. Both had patients on seroquel with excelent results. | Seroquel | Accepted! - EPS Differentiation |
| 7 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Torres-Portalatin, Darwin J | 7/25/2002 | Stand-Up Call | I discuss with both Psy residents why seroquel is a better choice than risperdal and zyprexa. Both had patients on seroquel with excelent results. | Seroquel | Accepted! - Favorable Weight Profile |
| 8 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Torres-Portalatin, Darwin J | 7/25/2002 | Stand-Up Call | I discuss with both Psy residents why seroquel is a better choice than risperdal and zyprexa. Both had patients on seroquel with excelent results. | Seroquel | Well! - Seroquel Efficacy |
| 9 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Torres-Portalatin, Darwin J | 7/25/2002 | Stand-Up Call | I discuss with both Psy residents why seroquel is a better choice than risperdal and zyprexa. Both had patients on seroquel with excelent results. | Seroquel | Well! Accepted! - Dosing and Titration |
| 10 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Lopezdequeralta, Abelardo L | 8/20/2002 | Stand-Up Call | Tri-Color Pen.Just back from Honeymoom in Hawai.EPS | Seroquel | Accepted! - EPS Differentiation |
| 11 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Lopezdequeralta, Abelardo L | 8/20/2002 | Stand-Up Call | Tri-Color Pen.Just back from Honeymoom in Hawai.EPS | Seroquel | Well! Accepted! - Dosing and Titration |
| 12 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Lopezdequeralta, Abelardo L | 8/20/2002 | Stand-Up Call | Tri-Color Pen.Just back from Honeymoom in Hawai.EPS | Seroquel | Well! Accepted! - Elderly |
| 13 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Torres-Portalatin, Darwin J | 8/30/2002 | Lunch and Learn | Seroquel L/L with the Psy residents, Psy attendings, and staff in Jackson Mental Health. | Seroquel | Accepted! - EPS Differentiation |
| 14 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Torres-Portalatin, Darwin J | 8/30/2002 | Lunch and Learn | Seroquel L/L with the Psy residents, Psy attendings, and staff in Jackson Mental Health. | Seroquel | Accepted! - Favorable Weight Profile |
| 15 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Torres-Portalatin, Darwin J | 8/30/2002 | Lunch and Learn | Seroquel L/L with the Psy residents, Psy attendings, and staff in Jackson Mental Health. | Seroquel | Accepted! - Safety and Tolerability |
| 16 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Torres-Portalatin, Darwin J | 8/30/2002 | Lunch and Learn | Seroquel L/L with the Psy residents, Psy attendings, and staff in Jackson Mental Health. | Seroquel | Well! - Seroquel Efficacy |
| 17 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Torres-Portalatin, Darwin J | 8/30/2002 | Lunch and Learn | Seroquel L/L with the Psy residents, Psy attendings, and staff in Jackson Mental Health. | Seroquel | Well! Accepted! - Dosing and Titration |
| 18 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Torres-Portalatin, Darwin J | 8/30/2002 | Lunch and Learn | Seroquel L/L with the Psy residents, Psy attendings, and staff in Jackson Mental Health. | Seroquel | Well! Accepted! - Elderly |
| 19 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Lopezdequeralta, Abelardo L | 9/6/2002 | Stand-Up Call | Discussed EPS | Seroquel | Accepted! - EPS Differentiation |
| 20 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Lopezdequeralta, Abelardo L | 9/6/2002 | Stand-Up Call | Discussed EPS | Seroquel | Well! - Seroquel Efficacy |
| 21 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Lopezdequeralta, Abelardo L | 9/6/2002 | Stand-Up Call | Discussed EPS | Seroquel | Well! Accepted! - Dosing and Titration |
| 22 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Lopezdequeralta, Abelardo L | 9/6/2002 | Stand-Up Call | Discussed EPS | Seroquel | Well! Accepted! - Elderly |
| 23 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Torres-Portalatin, Darwin J | 10/11/2002 | Stand-Up Call | I gave them the seroquel stamp. We also talked about Seroquel dosing. | Seroquel | Accepted! - EPS Differentiation |
| 24 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Torres-Portalatin, Darwin J | 10/11/2002 | Stand-Up Call | I gave them the seroquel stamp. We also talked about Seroquel dosing. | Seroquel | Accepted! - Favorable Weight Profile |
| 25 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Torres-Portalatin, Darwin J | 10/11/2002 | Stand-Up Call | I gave them the seroquel stamp. We also talked about Seroquel dosing. | Seroquel | Accepted! - Safety and Tolerability |
| 26 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Torres-Portalatin, Darwin J | 10/11/2002 | Stand-Up Call | I gave them the seroquel stamp. We also talked about Seroquel dosing. | Seroquel | Well! - Seroquel Efficacy |
| 27 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Torres-Portalatin, Darwin J | 10/11/2002 | Stand-Up Call | I gave them the seroquel stamp. We also talked about Seroquel dosing. | Seroquel | Well! Accepted! - Dosing and Titration |
| 28 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Torres-Portalatin, Darwin J | 10/11/2002 | Stand-Up Call | I gave them the seroquel stamp. We also talked about Seroquel dosing. | Seroquel | Well! Accepted! - Elderly |
| 29 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Torres-Portalatin, Darwin J | 10/17/2002 | Stand-Up Call | I presented the book program. They were too busy to select and fill up the order form. we will meet next week and make the order. I remind them the seroquel dosing. | Seroquel | Accepted! - EPS Differentiation |
| 30 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Torres-Portalatin, Darwin J | 10/17/2002 | Stand-Up Call | I presented the book program. They were too busy to select and fill up the order form. we will meet next week and make the order. I remind them the seroquel dosing. | Seroquel | Accepted! - Favorable Weight Profile |
| 31 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Torres-Portalatin, Darwin J | 10/17/2002 | Stand-Up Call | I presented the book program. They were too busy to select and fill up the order form. we will meet next week and make the order. I remind them the seroquel dosing. | Seroquel | Accepted! - Safety and Tolerability |

CONFIDENTIAL

| | A | B | C | D | E | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | ADDRESS_LINE_2 | CITY | STATE | ZIPCODE | REP_NAME | CALL_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | PRODUCT_MESSAGE |
| 54 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 11/5/2002 | Inst call (CNS/Onc/Urol) | velligan dosing, safety immediate and long term. talked about postponmemt of program for jan 2003 for dr. truj. | Seroquel | Accepted! - EPS Differentiation |
| 55 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 11/5/2002 | Inst call (CNS/Onc/Urol) | velligan dosing, safety immediate and long term. talked about postponmemt of program for jan 2003 for dr. truj. | Seroquel | Accepted! - Favorable Weight Profile |
| 56 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 11/5/2002 | Inst call (CNS/Onc/Urol) | velligan dosing, safety immediate and long term. talked about postponmemt of program for jan 2003 for dr. truj. | Seroquel | Accepted! - Safety and Tolerability |
| 57 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 11/5/2002 | Inst call (CNS/Onc/Urol) | velligan dosing, safety immediate and long term. talked about postponmemt of program for jan 2003 for dr. truj. | Seroquel | Well! - Seroquel Efficacy |
| 58 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 11/5/2002 | Inst call (CNS/Onc/Urol) | velligan dosing, safety immediate and long term. talked about postponmemt of program for jan 2003 for dr. truj. | Seroquel | Well! Accepted! - Dosing and Titration |
| 59 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 11/5/2002 | Inst call (CNS/Onc/Urol) | velligan dosing, safety immediate and long term. talked about postponmemt of program for jan 2003 for dr. truj. | Seroquel | Well! Accepted! - Elderly |
| 60 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Torres-Portalatin, Darwin J | 11/11/2002 | Gatekeeper | Veterans day. Drs were not available today. Only ofice personel. | | |
| 61 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 11/25/2002 | Inst call (CNS/Onc/Urol) | talked to 4th floor nursing. program for 12/13. general. seroquel update and infor with attendings and residents. stressed velligan and need and safety, conv of high doses. most will be out fri. skeleton crew untill presidentail call. | Seroquel | Accepted! - EPS Differentiation |
| 62 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 11/25/2002 | Inst call (CNS/Onc/Urol) | talked to 4th floor nursing. program for 12/13. general. seroquel update and infor with attendings and residents. stressed velligan and need and safety, conv of high doses. most will be out fri. skeleton crew untill presidentail call. | Seroquel | Accepted! - Favorable Weight Profile |
| 63 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 11/25/2002 | Inst call (CNS/Onc/Urol) | talked to 4th floor nursing. program for 12/13. general. seroquel update and infor with attendings and residents. stressed velligan and need and safety, conv of high doses. most will be out fri. skeleton crew untill presidentail call. | Seroquel | Accepted! - Safety and Tolerability |
| 64 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 11/25/2002 | Inst call (CNS/Onc/Urol) | talked to 4th floor nursing. program for 12/13. general. seroquel update and infor with attendings and residents. stressed velligan and need and safety, conv of high doses. most will be out fri. skeleton crew untill presidentail call. | Seroquel | Well! - Seroquel Efficacy |
| 65 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 11/25/2002 | Inst call (CNS/Onc/Urol) | talked to 4th floor nursing. program for 12/13. general. seroquel update and infor with attendings and residents. stressed velligan and need and safety, conv of high doses. most will be out fri. skeleton crew untill presidentail call. | Seroquel | Well! Accepted! - Dosing and Titration |
| 66 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 11/25/2002 | Inst call (CNS/Onc/Urol) | talked to 4th floor nursing. program for 12/13. general. seroquel update and infor with attendings and residents. stressed velligan and need and safety, conv of high doses. most will be out fri. skeleton crew untill presidentail call. | Seroquel | Well! Accepted! - Elderly |
| 67 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 11/26/2002 | Stand-Up Call | need for higher dosing, safety lack of eps or akathisisa | Seroquel | Accepted! - EPS Differentiation |
| 68 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 11/26/2002 | Stand-Up Call | need for higher dosing, safety lack of eps or akathisisa | Seroquel | Accepted! - Favorable Weight Profile |
| 69 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 11/26/2002 | Stand-Up Call | need for higher dosing, safety lack of eps or akathisisa | Seroquel | Accepted! - Safety and Tolerability |
| 70 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 11/26/2002 | Stand-Up Call | need for higher dosing, safety lack of eps or akathisisa | Seroquel | Well! - Seroquel Efficacy |
| 71 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 11/26/2002 | Stand-Up Call | need for higher dosing, safety lack of eps or akathisisa | Seroquel | Well! Accepted! - Dosing and Titration |
| 72 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 11/26/2002 | Stand-Up Call | need for higher dosing, safety lack of eps or akathisisa | Seroquel | Well! Accepted! - Elderly |
| 73 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 12/3/2002 | Stand-Up Call | velliganl dosing, risperdal prolactin issues. safety. lack of deifferent forms of eps | Seroquel | Accepted! - EPS Differentiation |
| 74 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 12/3/2002 | Stand-Up Call | velliganl dosing, risperdal prolactin issues. safety. lack of deifferent forms of eps | Seroquel | Accepted! - Favorable Weight Profile |
| 75 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 12/3/2002 | Stand-Up Call | velliganl dosing, risperdal prolactin issues. safety. lack of deifferent forms of eps | Seroquel | Accepted! - Safety and Tolerability |
| 76 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 12/3/2002 | Stand-Up Call | velliganl dosing, risperdal prolactin issues. safety. lack of deifferent forms of eps | Seroquel | Well! - Seroquel Efficacy |
| 77 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 12/3/2002 | Stand-Up Call | velliganl dosing, risperdal prolactin issues. safety. lack of deifferent forms of eps | Seroquel | Well! Accepted! - Dosing and Titration |
| 78 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Torres-Portalatin, Darwin J | 12/4/2002 | Stand-Up Call | I went to the AOPC and talked to this goup of senior Psy residents. First I gave them the books they ordered from the library coupon program. Later we review seroquels low EPS and recomended dose range of 600 to 800mg per day. | Seroquel | Accepted! - EPS Differentiation |
| 79 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Torres-Portalatin, Darwin J | 12/4/2002 | Stand-Up Call | I went to the AOPC and talked to this goup of senior Psy residents. First I gave them the books they ordered from the library coupon program. Later we review seroquels low EPS and recomended dose range of 600 to 800mg per day. | Seroquel | Accepted! - Favorable Weight Profile |
| 80 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Torres-Portalatin, Darwin J | 12/4/2002 | Stand-Up Call | I went to the AOPC and talked to this goup of senior Psy residents. First I gave them the books they ordered from the library coupon program. Later we review seroquels low EPS and recomended dose range of 600 to 800mg per day. | Seroquel | Accepted! - Safety and Tolerability |

| | A | B | C | D | E | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | ADDRESS_LINE_2 | CITY | STATE | ZIPCODE | REP_NAME | CALL_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | PRODUCT_MESSAGE |
| 81 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Torres-Portalatin, Darwin J | 12/4/2002 | Stand-Up Call | I went to the AOPC and talked to this goup of senior Psy residents. First I gave them the books they ordered from the library coupon program. Later we review seroquels low EPS and recomended dose range of 600 to 800mg per day. | Seroquel | Well! - Seroquel Efficacy |
| 82 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Torres-Portalatin, Darwin J | 12/4/2002 | Stand-Up Call | I went to the AOPC and talked to this goup of senior Psy residents. First I gave them the books they ordered from the library coupon program. Later we review seroquels low EPS and recomended dose range of 600 to 800mg per day. | Seroquel | Well! Accepted! - Dosing and Titration |
| 83 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Torres-Portalatin, Darwin J | 12/4/2002 | Stand-Up Call | I went to the AOPC and talked to this goup of senior Psy residents. First I gave them the books they ordered from the library coupon program. Later we review seroquels low EPS and recomended dose range of 600 to 800mg per day. | Seroquel | Well! Accepted! - Elderly |
| 84 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 12/6/2002 | Inst call (CNS/Onc/Urol) | set up and change dates for dr. currier's presentation. final arrangement for 1/16. must print c.v.and fliers must also carry to jackson andd mt sinai | Seroquel | Accepted! - EPS Differentiation |
| 85 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 12/6/2002 | Inst call (CNS/Onc/Urol) | set up and change dates for dr. currier's presentation. final arrangement for 1/16. must print c.v.and fliers must also carry to jackson andd mt sinai | Seroquel | Accepted! - Favorable Weight Profile |
| 86 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 12/6/2002 | Inst call (CNS/Onc/Urol) | set up and change dates for dr. currier's presentation. final arrangement for 1/16. must print c.v.and fliers must also carry to jackson andd mt sinai | Seroquel | Accepted! - Safety and Tolerability |
| 87 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 12/6/2002 | Inst call (CNS/Onc/Urol) | set up and change dates for dr. currier's presentation. final arrangement for 1/16. must print c.v.and fliers must also carry to jackson andd mt sinai | Seroquel | Well! - Seroquel Efficacy |
| 88 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 12/6/2002 | Inst call (CNS/Onc/Urol) | set up and change dates for dr. currier's presentation. final arrangement for 1/16. must print c.v.and fliers must also carry to jackson andd mt sinai | Seroquel | Well! Accepted! - Dosing and Titration |
| 89 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 12/6/2002 | Inst call (CNS/Onc/Urol) | set up and change dates for dr. currier's presentation. final arrangement for 1/16. must print c.v.and fliers must also carry to jackson andd mt sinai | Seroquel | Well! Accepted! - Elderly |
| 90 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 12/12/2002 | Inst call (CNS/Onc/Urol) | dosing, prolactin, s.e. wt gain. talked to marlene llosent., insists that seroquel pricing is an issue at therapeutic levels. discussed the use of depakote and seroquel instead of zyprexa. | Seroquel | Accepted! - EPS Differentiation |
| 91 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 12/12/2002 | Inst call (CNS/Onc/Urol) | dosing, prolactin, s.e. wt gain. talked to marlene llosent., insists that seroquel pricing is an issue at therapeutic levels. discussed the use of depakote and seroquel instead of zyprexa. | Seroquel | Accepted! - Favorable Weight Profile |
| 92 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 12/12/2002 | Inst call (CNS/Onc/Urol) | dosing, prolactin, s.e. wt gain. talked to marlene llosent., insists that seroquel pricing is an issue at therapeutic levels. discussed the use of depakote and seroquel instead of zyprexa. | Seroquel | Accepted! - Safety and Tolerability |
| 93 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 12/12/2002 | Inst call (CNS/Onc/Urol) | dosing, prolactin, s.e. wt gain. talked to marlene llosent., insists that seroquel pricing is an issue at therapeutic levels. discussed the use of depakote and seroquel instead of zyprexa. | Seroquel | Well! - Seroquel Efficacy |
| 94 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 12/12/2002 | Inst call (CNS/Onc/Urol) | dosing, prolactin, s.e. wt gain. talked to marlene llosent., insists that seroquel pricing is an issue at therapeutic levels. discussed the use of depakote and seroquel instead of zyprexa. | Seroquel | Well! Accepted! - Dosing and Titration |
| 95 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 12/12/2002 | Inst call (CNS/Onc/Urol) | dosing, prolactin, s.e. wt gain. talked to marlene llosent., insists that seroquel pricing is an issue at therapeutic levels. discussed the use of depakote and seroquel instead of zyprexa. | Seroquel | Well! Accepted! - Elderly |
| 96 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 1/6/2003 | Inst call (CNS/Onc/Urol) | LACK OF SIDE EFFECTS. REGARDLESS OF DOSING. PROLACTIN LEVELS BENEFITS. EPS SAFETY. | Seroquel | Accepted! - EPS Differentiation |
| 97 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 1/6/2003 | Inst call (CNS/Onc/Urol) | LACK OF SIDE EFFECTS. REGARDLESS OF DOSING. PROLACTIN LEVELS BENEFITS. EPS SAFETY. | Seroquel | Accepted! - Favorable Weight Profile |
| 98 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 1/6/2003 | Inst call (CNS/Onc/Urol) | LACK OF SIDE EFFECTS. REGARDLESS OF DOSING. PROLACTIN LEVELS BENEFITS. EPS SAFETY. | Seroquel | Accepted! - Safety and Tolerability |
| 99 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 1/6/2003 | Inst call (CNS/Onc/Urol) | LACK OF SIDE EFFECTS. REGARDLESS OF DOSING. PROLACTIN LEVELS BENEFITS. EPS SAFETY. | Seroquel | Well! - Seroquel Efficacy |
| 100 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 1/6/2003 | Inst call (CNS/Onc/Urol) | LACK OF SIDE EFFECTS. REGARDLESS OF DOSING. PROLACTIN LEVELS BENEFITS. EPS SAFETY. | Seroquel | Well! Accepted! - Dosing and Titration |
| 101 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 1/6/2003 | Inst call (CNS/Onc/Urol) | LACK OF SIDE EFFECTS. REGARDLESS OF DOSING. PROLACTIN LEVELS BENEFITS. EPS SAFETY. | Seroquel | Well! Accepted! - Elderly |

| | A | B | C | D | E | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | ADDRESS_LINE_2 | CITY | STATE | ZIPCODE | REP_NAME | CALL_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | PRODUCT_MESSAGE |
| 142 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 4/16/2003 | Lunch and Learn | TANDON. PRODROME. CLEAN SIDE EFFECT PROFILE LESS CHANCES OF AKATHISIA, NO G.I. PROBLEMS. RIGHT DOSE, COMPLIANCE, WELL ACCEPTED. | Seroquel | Accepted! - Favorable Weight Profile |
| 143 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 4/16/2003 | Lunch and Learn | TANDON. PRODROME. CLEAN SIDE EFFECT PROFILE LESS CHANCES OF AKATHISIA, NO G.I. PROBLEMS. RIGHT DOSE, COMPLIANCE, WELL ACCEPTED. | Seroquel | Accepted! - Safety and Tolerability |
| 144 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 4/16/2003 | Lunch and Learn | TANDON. PRODROME. CLEAN SIDE EFFECT PROFILE LESS CHANCES OF AKATHISIA, NO G.I. PROBLEMS. RIGHT DOSE, COMPLIANCE, WELL ACCEPTED. | Seroquel | Well! - Seroquel Efficacy |
| 145 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 4/16/2003 | Lunch and Learn | TANDON. PRODROME. CLEAN SIDE EFFECT PROFILE LESS CHANCES OF AKATHISIA, NO G.I. PROBLEMS. RIGHT DOSE, COMPLIANCE, WELL ACCEPTED. | Seroquel | Well! Accepted! - Dosing and Titration |
| 146 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 4/16/2003 | Lunch and Learn | TANDON. PRODROME. CLEAN SIDE EFFECT PROFILE LESS CHANCES OF AKATHISIA, NO G.I. PROBLEMS. RIGHT DOSE, COMPLIANCE, WELL ACCEPTED. | Seroquel | Well! Accepted! - Elderly |
| 147 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 5/8/2003 | Inservice Paramedical | INSERVICE TO ALL NURSE ON PSYC UNIT ALSO ATTENDED BY ATTENDING PHYSICIANS AND SOME CASE MANAGERS, WELL ACCEPTED MESSAGE, CLEAN SIDE EFFECT PROFILE, GEN INFO AND RIGHT DOSE EFFICACY/SUCCESS | Seroquel | Accepted! - EPS Differentiation |
| 148 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 5/8/2003 | Inservice Paramedical | INSERVICE TO ALL NURSE ON PSYC UNIT ALSO ATTENDED BY ATTENDING PHYSICIANS AND SOME CASE MANAGERS, WELL ACCEPTED MESSAGE, CLEAN SIDE EFFECT PROFILE, GEN INFO AND RIGHT DOSE EFFICACY/SUCCESS | Seroquel | Accepted! - Favorable Weight Profile |
| 149 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 5/8/2003 | Inservice Paramedical | INSERVICE TO ALL NURSE ON PSYC UNIT ALSO ATTENDED BY ATTENDING PHYSICIANS AND SOME CASE MANAGERS, WELL ACCEPTED MESSAGE, CLEAN SIDE EFFECT PROFILE, GEN INFO AND RIGHT DOSE EFFICACY/SUCCESS | Seroquel | Accepted! - Safety and Tolerability |
| 150 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 5/8/2003 | Inservice Paramedical | INSERVICE TO ALL NURSE ON PSYC UNIT ALSO ATTENDED BY ATTENDING PHYSICIANS AND SOME CASE MANAGERS, WELL ACCEPTED MESSAGE, CLEAN SIDE EFFECT PROFILE, GEN INFO AND RIGHT DOSE EFFICACY/SUCCESS | Seroquel | Well! - Seroquel Efficacy |
| 151 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 5/8/2003 | Inservice Paramedical | INSERVICE TO ALL NURSE ON PSYC UNIT ALSO ATTENDED BY ATTENDING PHYSICIANS AND SOME CASE MANAGERS, WELL ACCEPTED MESSAGE, CLEAN SIDE EFFECT PROFILE, GEN INFO AND RIGHT DOSE EFFICACY/SUCCESS | Seroquel | Well! Accepted! - Dosing and Titration |
| 152 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 5/8/2003 | Inservice Paramedical | INSERVICE TO ALL NURSE ON PSYC UNIT ALSO ATTENDED BY ATTENDING PHYSICIANS AND SOME CASE MANAGERS, WELL ACCEPTED MESSAGE, CLEAN SIDE EFFECT PROFILE, GEN INFO AND RIGHT DOSE EFFICACY/SUCCESS | Seroquel | Well! Accepted! - Elderly |
| 153 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 5/28/2003 | Inst call (CNS/Onc/Urol) | plans for next school year. dosing efficacy, receptor profile. s.e. possibilities. cva risperdal and nausea ane vomiting abilify. | Seroquel | Accepted! - EPS Differentiation |
| 154 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 5/28/2003 | Inst call (CNS/Onc/Urol) | plans for next school year. dosing efficacy, receptor profile. s.e. possibilities. cva risperdal and nausea ane vomiting abilify. | Seroquel | Accepted! - Favorable Weight Profile |
| 155 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 5/28/2003 | Inst call (CNS/Onc/Urol) | plans for next school year. dosing efficacy, receptor profile. s.e. possibilities. cva risperdal and nausea ane vomiting abilify. | Seroquel | Accepted! - Safety and Tolerability |
| 156 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 5/28/2003 | Inst call (CNS/Onc/Urol) | plans for next school year. dosing efficacy, receptor profile. s.e. possibilities. cva risperdal and nausea ane vomiting abilify. | Seroquel | Well! - Seroquel Efficacy |
| 157 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 5/28/2003 | Inst call (CNS/Onc/Urol) | plans for next school year. dosing efficacy, receptor profile. s.e. possibilities. cva risperdal and nausea ane vomiting abilify. | Seroquel | Well! Accepted! - Dosing and Titration |
| 158 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Martinez, Maria | 5/28/2003 | Inst call (CNS/Onc/Urol) | plans for next school year. dosing efficacy, receptor profile. s.e. possibilities. cva risperdal and nausea ane vomiting abilify. | Seroquel | Well! Accepted! - Elderly |
| 159 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Rodriguez, Sheyla Florence | 7/15/2003 | Stand-Up Call | INVITED TO CACAO ACTIVITY | Seroquel | Well! - Seroquel Efficacy |
| 160 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Rodriguez, Sheyla Florence | 7/15/2003 | Stand-Up Call | INVITED TO CACAO ACTIVITY | Seroquel | Well! Accepted! - Dosing and Titration |
| 161 | 253431015 | DUP-Ares, Patricia | Unknown | 770 Ponce De Leon Blvd | Suite 303 | Coral Gables | FL | 33134 | Rodriguez, Sheyla Florence | 9/8/2003 | Sit down Call | the office got samples today....storm reminder. she is starting practice .today had 2 pts | Seroquel | Accepted! - Safety and Tolerability |