# EXHIBIT 3

```
02/17/2006                 SHANDS Jacksonville
01:00                      655 West 8th Street
                          Jacksonville FL 32209              Page:1
                              (904) 244-6040
                         Shahla Masood, MD - Director
********************************************************************
Pt. Name: WHITTINGTON, LINDA W
MRN #/Acct #: 02167336/0604700545
Loc: DUX
Phys: Haddad, Charles J
********************************************************************


In: 02/16/2006  09:30
Coll time:  02/16/2006  09:05
Order phys:  Haddad, Charles J                    [H30203   ]


Test Name             Result                    Ref Range

3HR Glucose Toleran
  Glucose fasting      131
  Glucose, 1st hour    261                             mg/dL      {UF}
  Glucose, 2nd hour    181                             mg/dL      {UF}
  Glucose, 3rd hour    124                             mg/dL      {UF}
                                                       mg/dL      {UF}

{UF} = Test performed at University of Florida Jacksonville Physicians, Inc.
```

EXHIBIT 5
CB Haddad

needs appt
w/ i
2 whs discuss
to results

done 2/27/06

Work performed by:                END OF REPORT
SHANDS Jacksonville
(Unless Otherwise Specified Above)       Outpatient Summary Report
                                          02/17/2006   01:00

CONFIDENTIAL

LWHITTINGTON/DUNNAVENUEFAMILYPRACTICECENTER/00057