**EXHIBIT 5**

| ACTID | ACTDATE | ACCTID | USERTERR HISTID | USERID | ACCT TYPE | TERRITORY ID | REP FIRST NAME | REP LAST NAME | REP MIDDLE NAME | NOTEID | HCP FIRST NAME | HCP LAST NAME | HCP MIDDLE NAME | HCP NAME | HCP ADDRESS1 | HCP CITY | HCP STATE | HCP ZIP | PROD CODE | PRODUCT | PROD Message/Indication | NOTETEXT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 241700374 | 10/08/97 | 73711271 | 471706 | 25486 | PROF | 139201 | Kevin | Kinsella | S | 241699261 | MOHAMED | SALEH | O | SALEH, M - Priv. Practice | 1408 SAN MARCO BLVD | JACKSONVILLE | FL | 32207 | 271M | Seroquel Major | Psychotic Disorders | |
| 241700379 | 10/09/97 | 73711271 | 471706 | 25486 | PROF | 139201 | Kevin | Kinsella | S | 241699266 | MOHAMED | SALEH | O | SALEH, M - Priv. Practice | 1408 SAN MARCO BLVD | JACKSONVILLE | FL | 32207 | 271M | Seroquel Major | Psychotic Disorders | |
| 241700600 | 12/08/97 | 73711271 | 471706 | 25486 | PROF | 139201 | Kevin | Kinsella | S | 241699457 | MOHAMED | SALEH | O | SALEH, M - Priv. Practice | 1408 SAN MARCO BLVD | JACKSONVILLE | FL | 32207 | 271M | Seroquel Major | Psychotic Disorders | |
| 241700706 | 01/13/98 | 73711271 | 471706 | 25486 | PROF | 139201 | Kevin | Kinsella | S | 241699546 | MOHAMED | SALEH | O | SALEH, M - Priv. Practice | 1408 SAN MARCO BLVD | JACKSONVILLE | FL | 32207 | 271M | Seroquel Major | Psychotic Disorders | |
| 241700822 | 02/12/98 | 73711271 | 471706 | 25486 | PROF | 139201 | Kevin | Kinsella | S | 241699643 | MOHAMED | SALEH | O | SALEH, M - Priv. Practice | 1408 SAN MARCO BLVD | JACKSONVILLE | FL | 32207 | 271M | Seroquel Major | Psychotic Disorders | Hasn't used NCO-reinforce as 1st line use. |
| 241700972 | 03/11/98 | 73711271 | 471706 | 25486 | PROF | 139201 | Kevin | Kinsella | S | 241699763 | MOHAMED | SALEH | O | SALEH, M - Priv. Practice | 1408 SAN MARCO BLVD | JACKSONVILLE | FL | 32207 | 271M | Seroquel Major | Psychotic Disorders | IS A QUEST INVESTIGATOR SUPPORTER OF ZENECA SAID HE NEEDS HIGH DOSES OF SEROQUEL NCO-TALK ABOUT THESE HIGH DOSES AND IF HE PAUSES AT 300 FOR AT LEAST A WEEK. |
| 241701119 | 04/07/98 | 73711271 | 474223 | 25486 | PROF | 510801 | Kevin | Kinsella | S | 241699887 | MOHAMED | SALEH | O | SALEH, M - Priv. Practice | 1408 SAN MARCO BLVD | JACKSONVILLE | FL | 32207 | 271M | Seroquel Major | Psychotic Disorders | |
| 241701183 | 04/22/98 | 73711271 | 474223 | 25486 | PROF | 510801 | Kevin | Kinsella | S | 241699945 | MOHAMED | SALEH | O | SALEH, M - Priv. Practice | 1408 SAN MARCO BLVD | JACKSONVILLE | FL | 32207 | 271M | Seroquel Major | Psychotic Disorders | |
| 241701215 | 05/14/98 | 73711271 | 474223 | 25486 | PROF | 510801 | Kevin | Kinsella | S | 241699972 | MOHAMED | SALEH | O | SALEH, M - Priv. Practice | 1408 SAN MARCO BLVD | JACKSONVILLE | FL | 32207 | 271M | Seroquel Major | Psychotic Disorders | |
| 241701324 | 06/10/98 | 73711271 | 474223 | 25486 | PROF | 510801 | Kevin | Kinsella | S | 241700062 | MOHAMED | SALEH | O | SALEH, M - Priv. Practice | 1408 SAN MARCO BLVD | JACKSONVILLE | FL | 32207 | 271M | Seroquel Major | Psychotic Disorders | |
| 241701390 | 06/25/98 | 73711271 | 474223 | 25486 | PROF | 510801 | Kevin | Kinsella | S | 241700116 | MOHAMED | SALEH | O | SALEH, M - Priv. Practice | 1408 SAN MARCO BLVD | JACKSONVILLE | FL | 32207 | 271M | Seroquel Major | Psychotic Disorders | |
| 241701426 | 07/13/98 | 73711271 | 474223 | 25486 | PROF | 510801 | Kevin | Kinsella | S | 241700141 | MOHAMED | SALEH | O | SALEH, M - Priv. Practice | 1408 SAN MARCO BLVD | JACKSONVILLE | FL | 32207 | 271M | Seroquel Major | Psychotic Disorders | |
| 241701551 | 08/11/98 | 73711271 | 474223 | 25486 | PROF | 510801 | Kevin | Kinsella | S | 241700245 | MOHAMED | SALEH | O | SALEH, M - Priv. Practice | 1408 SAN MARCO BLVD | JACKSONVILLE | FL | 32207 | 271M | Seroquel Major | Psychotic Disorders | |
| 241702017 | 12/09/98 | 73711271 | 474223 | 25486 | PROF | 510801 | Kevin | Kinsella | S | 241700648 | MOHAMED | SALEH | O | SALEH, M - Priv. Practice | 1408 SAN MARCO BLVD | JACKSONVILLE | FL | 32207 | 271M | Seroquel Major | Psychotic Disorders | |
| 241702161 | 01/20/99 | 73711271 | 474223 | 25486 | PROF | 510801 | Kevin | Kinsella | S | 241700768 | MOHAMED | SALEH | O | SALEH, M - Priv. Practice | 1408 SAN MARCO BLVD | JACKSONVILLE | FL | 32207 | 271M | Seroquel Major | Psychotic Disorders | |
| 241702343 | 03/08/99 | 73711271 | 474223 | 25486 | PROF | 510801 | Kevin | Kinsella | S | 241700923 | MOHAMED | SALEH | O | SALEH, M - Priv. Practice | 1408 SAN MARCO BLVD | JACKSONVILLE | FL | 32207 | 271M | Seroquel Major | Psychotic Disorders | |
| 241702493 | 04/14/99 | 73711271 | 474223 | 25486 | PROF | 510801 | Kevin | Kinsella | S | 241701043 | MOHAMED | SALEH | O | SALEH, M - Priv. Practice | 1408 SAN MARCO BLVD | JACKSONVILLE | FL | 32207 | 271M | Seroquel Major | Psychotic Disorders | |
| 241702605 | 05/06/99 | 73711271 | 474223 | 25486 | PROF | 510801 | Kevin | Kinsella | S | 241701138 | MOHAMED | SALEH | O | SALEH, M - Priv. Practice | 1408 SAN MARCO BLVD | JACKSONVILLE | FL | 32207 | 271M | Seroquel Major | Psychotic Disorders | |
| 241702738 | 06/02/99 | 73711271 | 474223 | 25486 | PROF | 510801 | Kevin | Kinsella | S | 241701243 | MOHAMED | SALEH | O | SALEH, M - Priv. Practice | 1408 SAN MARCO BLVD | JACKSONVILLE | FL | 32207 | 271M | Seroquel Major | Psychotic Disorders | |
| 241702868 | 07/12/99 | 73711271 | 474223 | 25486 | PROF | 510801 | Kevin | Kinsella | S | 241701350 | MOHAMED | SALEH | O | SALEH, M - Priv. Practice | 1408 SAN MARCO BLVD | JACKSONVILLE | FL | 32207 | 271M | Seroquel Major | Psychotic Disorders | |
| 241703153 | 09/08/99 | 73711271 | 474223 | 25486 | PROF | 510801 | Kevin | Kinsella | S | 241701578 | MOHAMED | SALEH | O | SALEH, M - Priv. Practice | 1408 SAN MARCO BLVD | JACKSONVILLE | FL | 32207 | | | | WENT OVER QUSET DATA. DR. FEELS SEROQUEL NOT POTENT. NCO-EMPHASIZE THE NEED TO DEFINATELY BE IN THE 400-600 AND HIGHER RANGE TO GET OPTIMAL RESULTS. |
| 1187774872 | 01/04/00 | 73711271 | 1180175157 | 38878 | PROF | S40602 | Edwin | Rocker | | 1187774753 | MOHAMED | SALEH | O | SALEH, M - Priv. Practice | 1408 SAN MARCO BLVD | JACKSONVILLE | FL | 32207 | | | | he was one of the orginal investagators said he didnt see the efficacy like the others .. we talked about dosing and titrating up to effect |
| 1187774900 | 01/10/00 | 73711271 | 1180175157 | 38878 | PROF | S40602 | Edwin | Rocker | | 1187774780 | MOHAMED | SALEH | O | SALEH, M - Priv. Practice | 1408 SAN MARCO BLVD | JACKSONVILLE | FL | 32207 | | | | left complete pi info HE NEEDS TO BE CONVINCED OF EFFICACY |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | R | S | T | U | V | W | Y |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ACTID | ACTDATE | ACCTID | USERTERRHISTID | USERID | ACCTTYPE | TERRITORYID | REP_FIRSTNAME | REP_LASTNAME | REP_MIDDLENAME | NOTEID | HCP_FIRSTNAME | HCP_LASTNAME | HCP_MIDDLE_NAME | HCP_NAME | HCP_ADDRESS1 | HCP_CITY | HCP_STATE | HCP_ZIP | PROD_CODE | PRODUCT | PROD_Message/Indication | NOTETEXT |
| 25 | 1187775027 | 02/18/00 | 73711271 | 1180175157 | 38878 | PROF | S40602 | Edwin | Rocker | | 1187774904 | MOHAMED | SALEH | O | SALEH, M - Priv. Practice | 1408 SAN MARCO BLVD | JACKSONVILLE | FL | 32207 | | | | left complete pi info. I ALWAYS HAVE TO REMIND HIM OF DOSING AND TO TITRATE UPWARDS |
| 26 | 1187775062 | 02/28/00 | 73711271 | 1180175157 | 38878 | PROF | S40602 | Edwin | Rocker | | 1187774933 | MOHAMED | SALEH | O | SALEH, M - Priv. Practice | 1408 SAN MARCO BLVD | JACKSONVILLE | FL | 32207 | | | | left complete pi info. HE ASKED ME ABOUT DOSING AND OTHER AREAS TO USE SEROQUEL... HE SAID THAT SOLLOWAY AND DR. Q WERE USING ON CHILDREN... WE TALKED ABOUT BIPOLAR AND INCREASING THE DOSE OF SEROQUEL |
| 27 | 1187775103 | 03/06/00 | 73711271 | 1180175157 | 38878 | PROF | S40602 | Edwin | Rocker | | 1187774973 | MOHAMED | SALEH | O | SALEH, M - Priv. Practice | 1408 SAN MARCO BLVD | JACKSONVILLE | FL | 32207 | | | | left complete pi info. he still has a problem with dosing very high and the titration... |
| 28 | 1187775202 | 03/27/00 | 73711271 | 1180175157 | 38878 | PROF | S40602 | Edwin | Rocker | | 1187775072 | MOHAMED | SALEH | O | SALEH, M - Priv. Practice | 1408 SAN MARCO BLVD | JACKSONVILLE | FL | 32207 | | | | left complete pi info.. he finally commited to using seroquel more...told him to get to 400mg and wait |
| 29 | 1187775274 | 04/10/00 | 73711271 | 1180175157 | 38878 | PROF | S40602 | Edwin | Rocker | | 1187775144 | MOHAMED | SALEH | O | SALEH, M - Priv. Practice | 1408 SAN MARCO BLVD | JACKSONVILLE | FL | 32207 | | | | left complete pi info.. he has used but doesnt think about it as first line... |
| 30 | 1187775398 | 05/08/00 | 73711271 | 1180175157 | 38878 | PROF | S40602 | Edwin | Rocker | | 1187775265 | MOHAMED | SALEH | O | SALEH, M - Priv. Practice | 1408 SAN MARCO BLVD | JACKSONVILLE | FL | 32207 | | | | left complete pi info |
| 31 | 1187775466 | 05/22/00 | 73711271 | 1180175157 | 38878 | PROF | S40602 | Edwin | Rocker | | 1187775333 | MOHAMED | SALEH | O | SALEH, M - Priv. Practice | 1408 SAN MARCO BLVD | JACKSONVILLE | FL | 32207 | | | | left complete pi info |
| 32 | 1187775550 | 06/12/00 | 73711271 | 1180175157 | 38878 | PROF | S40602 | Edwin | Rocker | | 1187775416 | MOHAMED | SALEH | O | SALEH, M - Priv. Practice | 1408 SAN MARCO BLVD | JACKSONVILLE | FL | 32207 | | | | left complete pi info |
| 33 | | | | | | | | | | | | | | | | | | | | | | | |