EXHIBIT 6

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 20 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 06/25/2002 21:22 | Access Meal | Imp of higher doses for long term control. Onset of action; 1 week vs 6 week efficacy. Will write. | Seroquel | Well! Accepted! - Dosing and Titration |
| 21 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 07/09/2002 17:11 | Sit down Call | Usually titrates very fast and only very short crossover if any. Likes to switch as quick as possible. Good success switching from other products to Seroquel w/ no decompensations that he could remember. Said no real complaints of somnol either. Usually tolerate starting on 200mg at night and 100mg in am with no probs. Merck medco and navy base (some navy pts). Will write. | Seroquel | Accepted! - Safety and Tolerability |
| 22 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 07/09/2002 17:11 | Sit down Call | Usually titrates very fast and only very short crossover if any. Likes to switch as quick as possible. Good success switching from other products to Seroquel w/ no decompensations that he could remember. Said no real complaints of somnol either. Usually tolerate starting on 200mg at night and 100mg in am with no probs. Merck medco and navy base (some navy pts). Will write. | Seroquel | Merck-Medco Pull Through |
| 23 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 07/09/2002 17:11 | Sit down Call | Usually titrates very fast and only very short crossover if any. Likes to switch as quick as possible. Good success switching from other products to Seroquel w/ no decompensations that he could remember. Said no real complaints of somnol either. Usually tolerate starting on 200mg at night and 100mg in am with no probs. Merck medco and navy base (some navy pts). Will write. | Seroquel | Well! - Seroquel Efficacy |
| 24 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 07/09/2002 17:11 | Sit down Call | Usually titrates very fast and only very short crossover if any. Likes to switch as quick as possible. Good success switching from other products to Seroquel w/ no decompensations that he could remember. Said no real complaints of somnol either. Usually tolerate starting on 200mg at night and 100mg in am with no probs. Merck medco and navy base (some navy pts). Will write. | Seroquel | Well! Accepted! - Dosing and Titration |
| 25 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 07/29/2002 14:42 | Sit down Call | Initial meeting with CSM, Shea. Discussed ideas for his practice. He liked info for pts on compliance, sleep hygiene and also anatomical models of brain, pathophysiology, etc. Able to discuss higher doses with him. Says titrating straight to higher doses and somnol no really a prob - actually good for them to sleep. Wants to get to efficacy quickly. Will write. | Seroquel | Well! - Seroquel Efficacy |
| 26 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 07/29/2002 14:42 | Sit down Call | Initial meeting with CSM, Shea. Discussed ideas for his practice. He liked info for pts on compliance, sleep hygiene and also anatomical models of brain, pathophysiology, etc. Able to discuss higher doses with him. Says titrating straight to higher doses and somnol no really a prob - actually good for them to sleep. Wants to get to efficacy quickly. Will write. | Seroquel | Well! Accepted! - Dosing and Titration |
| 27 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 08/27/2002 18:03 | Sit down Call | Naz book -specifically chart on p.202 - Seroquel as best choice for most pts. He thought chart was good way to sort out which product to start pt on. Also, wants some books for the students that he lectures to - will get him 10. He gave me request letter for samples for his mission trip - will pass on to Jim, etc. Told him that Barbara Taylor had alot of giveaways already and also the Naz books! | Seroquel | Accepted! - EPS Differentiation |

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_ DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 44 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 10/07/2002 00:00 | Sit down Call | Dr. Rankapalli as visiting professorship. Discussion on how to titrate to higher doses and side effects to look for. Dr. Rankupalli discussed dosing at 5PM and then at 8PM to avoid hypotension. Also, discussed to use Seroquel (high dose)/Risp (low dose) combo for clozaril failures or those with probs with blood tests. Discussion focused on receptor physiology in explanation and product choice. Discussed using up to 1200mg as well - dose to 800mg for 8 weeks; if partial response, then go to 1000mg then to 1200mg. Discussed dosing equivalencies. Seroquel best for low TD, Parkinson's ptr, dementia. Also, thinks aripiprisole may have more akathesia due to receptor activity but knows physicians will give it a try. Discussed differences as Seroquel great choice as well b/c on/off D2 (unlike Risp). | Seroquel | Well! Accepted! - Elderly |
| 45 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 10/08/2002 00:00 | Stand-Up Call | Appreciated meeting yesturday with Dr. Rankupalli. Shea Doughton (CSM) gave him video and he will watch this evening and get back to Nancy/Shea ASAP for changes. Gave him invitation for program with Jann Johnson but he will be out of country. | Seroquel | Well! - Seroquel Efficacy |
| 46 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 11/25/2002 13:26 | Stand-Up Call | Gave him and ARNPs invitation to upcoming program. Set appt for Wed for more time. | Seroquel | Well! - Seroquel Efficacy |
| 47 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 11/27/2002 15:52 | Sit down Call | Velligan study. Said he has not really noticed cognitive changes in his pts. Said he is using Dr. Rankupalli's titration to 600mg quickly and also to dose some pts at 5pm and then again at 9pm - working great. Trip to Africa went very well overall. He will have picture on website after Monday. One picture will have the African healthcare workers holding the Seroquel bags filled with the Naz book and pens/etc. Appreciated our support. | Seroquel | Well! - Seroquel Efficacy |
| 48 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 11/27/2002 15:52 | Sit down Call | Velligan study. Said he has not really noticed cognitive changes in his pts. Said he is using Dr. Rankupalli's titration to 600mg quickly and also to dose some pts at 5pm and then again at 9pm - working great. Trip to Africa went very well overall. He will have picture on website after Monday. One picture will have the African healthcare workers holding the Seroquel bags filled with the Naz book and pens/etc. Appreciated our support. | Seroquel | Well! Accepted! - Dosing and Titration |
| 49 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 12/17/2002 16:26 | Sit down Call | Reviewed PRIZE article - impressed with efficacy and said that is what he already does. REviewed EPS and prolactin info too and again expected results. Has some pts with TD on older agents and wants to switch. Asked which atypical would have least TD- reviewed Jibson/Tandon article and risk for EPS/TD comparison. Said exactly what he needed. Would zerox the info and put into the chart when he makes the changes to Seroquel!!! NCO: Goes to DaySprings ALF in Nassau (?) county - bring pt educ videos, cope vides, EPS etc. | Seroquel | Accepted! - EPS Differentiation |

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 50 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 12/17/2002 16:26 | Sit down Call | Reviewed PRIZE article - impressed with efficacy and said that is what he already does. Reviewed EPS and prolactin info too and again expected results. Has some pts with TD on older agents and wants to switch. Asked which atypical would least TD- reviewed Jibson/Tandon article and risk for EPS/TD comparison. Said exactly what he needed. Would zerox the info and put into the chart when he makes the changes to Seroquel!!! NCO: Goes to DaySprings ALF in Nassau (?) county - bring pt educ videos, cope vides, EPS etc. | Seroquel | Accepted! - Safety and Tolerability |
| 51 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 12/17/2002 16:26 | Sit down Call | Reviewed PRIZE article - impressed with efficacy and said that is what he already does. REviewed EPS and prolactin info too and again expected results. Has some pts with TD on older agents and wants to switch. Asked which atypical would least TD- reviewed Jibson/Tandon article and risk for EPS/TD comparison. Said exactly what he needed. Would zerox the info and put into the chart when he makes the changes to Seroquel!!! NCO: Goes to DaySprings ALF in Nassau (?) county - bring pt educ videos, cope vides, EPS etc. | Seroquel | Well! - Seroquel Efficacy |
| 52 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 12/17/2002 16:26 | Sit down Call | Reviewed PRIZE article - impressed with efficacy and said that is what he already does. REviewed EPS and prolactin info too and again expected results. Has some pts with TD on older agents and wants to switch. Asked which atypical would least TD- reviewed Jibson/Tandon article and risk for EPS/TD comparison. Said exactly what he needed. Would zerox the info and put into the chart when he makes the changes to Seroquel!!! NCO: Goes to DaySprings ALF in Nassau (?) county - bring pt educ videos, cope vides, EPS etc. | Seroquel | Well! Accepted! - Dosing and Titration |
| 53 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 01/14/2003 17:28 | Sit down Call | Gave him Cope videos and EPS videos. Really liked them b/c will help staff at ALFs and also Case Managers. Asked about making presentation to physicians at TenBroeck - he will talk to Paul Andrews and to Mike. Seroquel as effective but few side effects - best of both worlds. Said will write. | Seroquel | Accepted! - EPS Differentiation |
| 54 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 01/14/2003 17:28 | Sit down Call | Gave him Cope videos and EPS videos. Really liked them b/c will help staff at ALFs and also Case Managers. Asked about making presentation to physicians at TenBroeck - he will talk to Paul Andrews and to Mike. Seroquel as effective but few side effects - best of both worlds. Said will write. | Seroquel | Well! - Seroquel Efficacy |
| 55 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 01/14/2003 17:28 | Sit down Call | Gave him Cope videos and EPS videos. Really liked them b/c will help staff at ALFs and also Case Managers. Asked about making presentation to physicians at TenBroeck - he will talk to Paul Andrews and to Mike. Seroquel as effective but few side effects - best of both worlds. Said will write. | Seroquel | Well! Accepted! - Dosing and Titration |
| 56 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 02/24/2003 15:23 | Sit down Call | Followed up with his question about pricing. Showed him approximated pricing with Seroquel similar to Risp but much less than Zyprexa. Said many formularies are questioning Zyprexa b/c too expensive. Asked about hospital pricing and medicaid but not in my realm. Efficacy of Seroquel at higher doses. Will be out of town for three weeks. | Seroquel | Well! - Seroquel Efficacy |

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 57 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 02/24/2003 15:23 | Sit down Call | Followed up with his question about pricing. Showed him approximated pricing with Seroquel similar to Risp but much less than Zyprexa. Said many formularies are questioning Zyprexa b/c too expensive. Asked about hospital pricing and medicaid but not in my realm. Efficacy of Seroquel at higher doses. Will be out of town for three weeks. | Seroquel | Well! Accepted! - Dosing and Titration |
| 58 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 04/07/2003 18:27 | Sit down Call | He said not using much Zyprexa due to side effects, medical probs/liability as well as cost, but then asked how choose from the others. Discussed NAZ book and chart on how to eliminate poor choices and then select from there. Seroquel never a poor choice! and 1st choice for pts. Discussed imp of titrating quickly to appropriate dose and then also imp of long-term focus - Seroquel best option. His pts are on these meds for long time and most never come off so long-term tolerability is very imp. Promised to write more. Notified of approval for grant - will use money to dub over current tape in three languages.. Will be out of country for 1 week. | Seroquel | Accepted! - EPS Differentiation |
| 59 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 04/07/2003 18:27 | Sit down Call | He said not using much Zyprexa due to side effects, medical probs/liability as well as cost, but then asked how choose from the others. Discussed NAZ book and chart on how to eliminate poor choices and then select from there. Seroquel never a poor choice! and 1st choice for pts. Discussed imp of titrating quickly to appropriate dose and then also imp of long-term focus - Seroquel best option. His pts are on these meds for long time and most never come off so long-term tolerability is very imp. Promised to write more. Notified of approval for grant - will use money to dub over current tape in three languages.. Will be out of country for 1 week. | Seroquel | Accepted! - Favorable Weight Profile |
| 60 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 04/07/2003 18:27 | Sit down Call | He said not using much Zyprexa due to side effects, medical probs/liability as well as cost, but then asked how choose from the others. Discussed NAZ book and chart on how to eliminate poor choices and then select from there. Seroquel never a poor choice! and 1st choice for pts. Discussed imp of titrating quickly to appropriate dose and then also imp of long-term focus - Seroquel best option. His pts are on these meds for long time and most never come off so long-term tolerability is very imp. Promised to write more. Notified of approval for grant - will use money to dub over current tape in three languages.. Will be out of country for 1 week. | Seroquel | Accepted! - Safety and Tolerability |
| 61 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 04/07/2003 18:27 | Sit down Call | He said not using much Zyprexa due to side effects, medical probs/liability as well as cost, but then asked how choose from the others. Discussed NAZ book and chart on how to eliminate poor choices and then select from there. Seroquel never a poor choice! and 1st choice for pts. Discussed imp of titrating quickly to appropriate dose and then also imp of long-term focus - Seroquel best option. His pts are on these meds for long time and most never come off so long-term tolerability is very imp. Promised to write more. Notified of approval for grant - will use money to dub over current tape in three languages.. Will be out of country for 1 week. | Seroquel | Well! - Seroquel Efficacy |

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 74 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 05/27/2003 17:31 | Sit down Call | Recapped Dr. Trosch program. Agreed increasing dose of product just masks TD and then worse over time. Said has been switching some pts to Seroquel in this case. Asked about the treatments that Dr. Trosch is using for various TD manisfestations - not really able to answer this b/c different based upon specific manisfestations but relayed definitely switching to Seroquel. Would like to know more about his treatments. Will have him order Psychlink video when available. | Seroquel | Well! - Seroquel Efficacy |
| 75 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 09/16/2003 19:05 | Stand-Up Call | Acknowledged AZ sponsoring event tonight. Said writing both Seroquel and Geodon as first choices and then Abilify as third choice. REDACTED REDACTED REDACTED REDACTED   Well, accepted balance of Seroquel. | Seroquel | Accepted! - EPS Differentiation |
| 76 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 09/16/2003 19:05 | Stand-Up Call | Acknowledged AZ sponsoring event tonight. Said writing both Seroquel and Geodon as first choices and then Abilify as third choice. REDACTED REDACTED REDACTED REDACTED   Well, accepted balance of Seroquel. | Seroquel | Accepted! - Safety and Tolerability |
| 77 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 09/16/2003 19:05 | Stand-Up Call | Acknowledged AZ sponsoring event tonight. Said writing both Seroquel and Geodon as first choices and then Abilify as third choice. REDACTED REDACTED REDACTED REDACTED   Well, accepted balance of Seroquel. | Seroquel | Well! - Seroquel Efficacy |
| 78 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 10/08/2003 16:37 | Sit down Call | Said using high doses of Seroquel. Goes to 600-800mg right away. Upset with abilify reps b/c signed Dan up for clinical study without Dr. Saleh's consent and then Dan entered about 5 mentally retarded pts into study w/o guardian consent and now big issue for him - goes against the rights of MR pts. Also, concerned about payments to Dan and can be inducement for scripts b/c paying so much. Will pass this along to Nancy. | Seroquel | Well! - Seroquel Efficacy |
| 79 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 10/08/2003 16:37 | Sit down Call | Said using high doses of Seroquel. Goes to 600-800mg right away. Upset with abilify reps b/c signed Dan up for clinical study without Dr. Saleh's consent and then Dan entered about 5 mentally retarded pts into study w/o guardian consent and now big issue for him - goes against the rights of MR pts. Also, concerned about payments to Dan and can be inducement for scripts b/c paying so much. Will pass this along to Nancy. | Seroquel | Well! Accepted! - Dosing and Titration |
| 80 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 10/09/2003 16:39 | Stand-Up Call | Spoke for brighter beginnings event at TenBroeck. | Seroquel | Well! - Seroquel Efficacy |
| 81 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 12/03/2003 15:14 | Lunch and Learn | EPS video inservice at TEnBroeck. Good discussion about how to recognize and role in helping physican know pt is having these side effects. | Seroquel | Accepted! - EPS Differentiation |
| 82 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Grissett, Deborah | 12/03/2003 15:14 | Lunch and Learn | EPS video inservice at TEnBroeck. Good discussion about how to recognize and role in helping physican know pt is having these side effects. | Seroquel | Accepted! - Safety and Tolerability |

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| | REDACTED | | | | | | | | | | | | |
| 83 | | | | | | | | | | | | | |
| 84 | | | | | | | | | | | | | |
| 85 | | | | | | | | | | | | | |
| 86 | | | | | | | | | | | | | |
| 87 | | | | | | | | | | | | | |
| 88 | | | | | | | | | | | | | |
| 89 | | | | | | | | | | | | | |
| 90 | | | | | | | | | | | | | |
| 91 | | | | | | | | | | | | | |

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 105 | REDACTED | | | | | | | | | | | | |
| 106 | | | | | | | | | | | | | |
| 107 | | | | | | | | | | | | | |
| 108 | | | | | | | | | | | | | |
| 109 | | | | | | | | | | | | | |

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 186 | REDACTED | | | | | | | | | | | | |
| 187 | | | | | | | | | | | | | |
| 188 | | | | | | | | | | | | | |
| 189 | | | | | | | | | | | | | |
| 190 | | | | | | | | | | | | | |
| 191 | | | | | | | | | | | | | |
| 192 | | | | | | | | | | | | | |
| 193 | | | | | | | | | | | | | |
| 194 | | | | | | | | | | | | | |
| 195 | | | | | | | | | | | | | |
| 196 | | | | | | | | | | | | | |
| 197 | | | | | | | | | | | | | |
| 198 | | | | | | | | | | | | | |
| 199 | | | | | | | | | | | | | |
| 200 | | | | | | | | | | | | | |

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 201 | REDACTED | | | | | | | | | | | | |
| 202 | | | | | | | | | | | | | |
| 203 | | | | | | | | | | | | | |
| 204 | | | | | | | | | | | | | |
| 205 | | | | | | | | | | | | | |
| 206 | | | | | | | | | | | | | |
| 207 | | | | | | | | | | | | | |
| 208 | | | | | | | | | | | | | |
| 209 | | | | | | | | | | | | | |
| 210 | | | | | | | | | | | | | |
| 211 | | | | | | | | | | | | | |
| 212 | | | | | | | | | | | | | |
| 213 | | | | | | | | | | | | | |
| 214 | | | | | | | | | | | | | |
| 215 | | | | | | | | | | | | | |

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 529 | REDACTED | | | | | | | | | | | | |
| 530 | | | | | | | | | | | | | |
| 531 | | | | | | | | | | | | | |
| 532 | | | | | | | | | | | | | |
| 533 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Rocker, Edwin | 01/04/2000 00:00 | Appt. - Sit Down Detail | he was one of the orginal investagators said he didnt see the efficacy like the others .. we talked about dosing and titrating up to effect | Seroquel | Psychotic Disorders |
| 534 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Rocker, Edwin | 01/10/2000 00:00 | Appt. - Sit Down Detail | left complete pi info HE NEEDS TO BE CONVINCED OF EFFICACY | Seroquel | Psychotic Disorders |
| 535 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Rocker, Edwin | 02/18/2000 00:00 | Appt. - Sit Down Detail | left complete pi info. I ALWAYS HAVE TO REMIND HIM OF DOSING AND TO TITRATE UPWARDS | Seroquel | Psychotic Disorders |
| 536 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Rocker, Edwin | 02/28/2000 00:00 | Appt. - Sit Down Detail | left complete pi info. HE ASKED ME ABOUT DOSING AND OTHER AREAS TO USE SEROQUEL... HE SAID THAT SOLLOWAY AND DR. Q WERE USING ON CHILDREN... WE TALKED ABOUT BIPOLAR AND INCREASING THE DOSE OF SEROQUEL | Seroquel | Psychotic Disorders |
| 537 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Rocker, Edwin | 03/06/2000 00:00 | Appt. - Sit Down Detail | left complete pi info. he still has a problem with dosing very high and the titration... | Seroquel | Psychotic Disorders |
| 538 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Rocker, Edwin | 03/27/2000 00:00 | Appt. - Sit Down Detail | left complete pi info.. he finally commited to using seroquel more...told him to get to 400mg and wait | Seroquel | Psychotic Disorders |
| 539 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Rocker, Edwin | 04/10/2000 00:00 | Appt. - Sit Down Detail | left complete pi info.. he has used but doesnt think about it as first line... | Seroquel | Psychotic Disorders |
| 540 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Rocker, Edwin | 05/08/2000 00:00 | Appt. - Sit Down Detail | left complete pi info | Seroquel | Psychotic Disorders |
| 541 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Rocker, Edwin | 05/22/2000 00:00 | Appt. - Sit Down Detail | left complete pi info | Seroquel | Psychotic Disorders |
| 542 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Rocker, Edwin | 06/12/2000 00:00 | Appt. - Sit Down Detail | left complete pi info | Seroquel | Psychotic Disorders |
| 543 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Rocker, Edwin | 08/14/2000 20:32 | Stand-Up Call | he is giving me the run around | Seroquel | Dosing and Titration |
| 544 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Rocker, Edwin | 08/14/2000 20:32 | Stand-Up Call | he is giving me the run around | Seroquel | Seroquel Efficacy |
| 545 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Rocker, Edwin | 09/06/2000 22:16 | Stand-Up Call | He isnt going up in the dosing | Seroquel | Dosing and Titration |
| 546 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Rocker, Edwin | 09/06/2000 22:16 | Stand-Up Call | He isnt going up in the dosing | Seroquel | EPS Differentiation |
| 547 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Rocker, Edwin | 01/08/2001 18:28 | Stand-Up Call | he said that he has been using more but still has a way to go... told him to use higher doses and he said that he would come to the case study program on jan 23rd | Seroquel | Dosing and Titration |
| 548 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Rocker, Edwin | 01/08/2001 18:28 | Stand-Up Call | he said that he has been using more but still has a way to go... told him to use higher doses and he said that he would come to the case study program on jan 23rd | Seroquel | First Line Positioning |
| 549 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Rocker, Edwin | 01/08/2001 18:28 | Stand-Up Call | he said that he has been using more but still has a way to go... told him to use higher doses and he said that he would come to the case study program on jan 23rd | Seroquel | Seroquel Efficacy |
| 550 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | Rocker, Edwin | 03/12/2001 17:41 | Stand-Up Call | gave him a brain model and  tried to get him to commit to more seroquel scripts | Seroquel | Seroquel Efficacy |

| | A | B | C | D | G | H | I | J | K | L | M | | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | | PRODUCT | MESSAGE |
| 585 | REDACTED | | | | | | | | | | | | | |
| 586 | | | | | | | | | | | | | | |
| 587 | | | | | | | | | | | | | | |
| 588 | | | | | | | | | | | | | | |
| 589 | | | | | | | | | | | | | | |
| 590 | | | | | | | | | | | | | | |
| 591 | | | | | | | | | | | | | | |
| 592 | | | | | | | | | | | | | | |
| 593 | | | | | | | | | | | | | | |
| 594 | | | | | | | | | | | | | | |
| 595 | | | | | | | | | | | | | | |
| 596 | | | | | | | | | | | | | | |
| 597 | | | | | | | | | | | | | | |
| 598 | | | | | | | | | | | | | | |

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 599 | | | | | | | | | | | REDACTED | | |
| 600 | | | | | | | | | | | | | |
| 601 | | | | | | | | | | | | | |
| 602 | | | | | | | | | | | | | |
| 603 | | | | | | | | | | | | | |
| 604 | | | | | | | | | | | | | |
| 605 | | | | | | | | | | | | | |
| 606 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | White, Nancy J | 12/04/2000 00:00 | Stand-Up Call | stopped by and left information on new 300 mg. tablet and CME programs for the doctor and ARNP------------did not need samples. | Seroquel | Dosing and Titration |
| 607 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | White, Nancy J | 12/20/2000 00:00 | Stand-Up Call | took in gift basket for Dr. Saleh | Seroquel | Dosing and Titration |
| 608 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | White, Nancy J | 01/12/2001 00:00 | Stand-Up Call | dropped off contract for Case study program and checked samples.  Will pick contract back up. | Seroquel | Psychotic Disorders |
| 609 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | White, Nancy J | 02/05/2001 00:00 | Stand-Up Call | met with Sue St. Clair and Dr. Saleh---individually.  Gave them both a brain model----loved it!!!!!!!!!!!  Set up case study program with Sue for March. Dr. Saleh wanted to know about weight gain...........showed him study out of CVA.  Says that he will try and use more seroquel--has been slow to catch on, but will try.  Also left titration packs for Sue. | Seroquel | Dosing and Titration |
| 610 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | White, Nancy J | 02/05/2001 00:00 | Stand-Up Call | met with Sue St. Clair and Dr. Saleh---individually.  Gave them both a brain model----loved it!!!!!!!!!!!  Set up case study program with Sue for March. Dr. Saleh wanted to know about weight gain...........showed him study out of CVA.  Says that he will try and use more seroyuel--has been slow to catch on, but will try.  Also left titration packs for Sue. | Seroquel | Minimal Weight Gain |
| 611 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | White, Nancy J | 03/07/2001 00:00 | Stand-Up Call | met with Sue, ARNP----disucssion of case study.  Reminded of benefits and dosing of seroquel.  Said that she had just put someone on it. | Seroquel | Dosing and Titration |
| 612 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | White, Nancy J | 03/07/2001 00:00 | Stand-Up Call | met with Sue, ARNP----disucssion of case study.  Reminded of benefits and dosing of seroquel.  Said that she had just put someone on it. | Seroquel | EPS Differentiation |
| 613 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | White, Nancy J | 03/26/2001 17:25 | Stand-Up Call | gave Dr. Saleh invitation to upcoming case study program......ok on seroquel samples. | Seroquel | Seroquel Efficacy |
| 614 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | White, Nancy J | 03/29/2001 00:00 | Stand-Up Call | Sue St Clair was the moderator at a case study dinner program on Seroquel-----hopefully she heard enough cases that were positive for seroquel that she will start using more!! | Seroquel | Safety and Tolerability |

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 633 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | White, Nancy J | 08/06/2001 17:03 | Stand-Up Call | met with both Dan an Rebecca;  only able to give them new Kapur study and new mousepads;  reminded of seroquel.  NT-case study from Reinstein. | Seroquel | EPS Differentiation |
| 634 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | White, Nancy J | 08/06/2001 17:03 | Stand-Up Call | met with both Dan an Rebecca;  only able to give them new Kapur study and new mousepads;  reminded of seroquel.  NT-case study from Reinstein. | Seroquel | Safety and Tolerability |
| 635 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | White, Nancy J | 08/21/2001 13:27 | Stand-Up Call | gave weight gain study and met with Dan, ARNP/ sampled on 200's and 100's.  Took in goodies for staff and set up lunch for Sept. 5th. | Seroquel | Seroquel Efficacy |
| 636 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | White, Nancy J | 09/24/2001 13:47 | Stand-Up Call | gave Brecher wt. gain study to Dan and Rebeca; also Fla medicaid info.  Dr. Saleh on vacation until next week.  Talked with Meredith, the office mgr. about our customer solutions program;  she said that she would have to defer to Dr. Saleh.  NT- present cust. solutions.  Try and se up time with Chris. | Seroquel | Minimal Weight Gain |
| 637 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | White, Nancy J | 10/02/2001 12:05 | Stand-Up Call | met with Mrs. Saleh on several issues;  left PDR's for all 6 offices;  asked for commitment to go to dinner, will take brain to Dr. Saleh tomorrow. | Seroquel | Seroquel Efficacy |
| 638 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | White, Nancy J | 10/08/2001 11:38 | Stand-Up Call | great meeting with Dan and Rebecca;  went over ASC and Kapur studies.  Did not realize that seroquel was preferred on medicaid!  Will be coming to case study dinner and hopefully a fishing trip.  Will try and use more at higher doses.  NT- follow up on all benefits of using seroquel over others. | Seroquel | EPS Differentiation |
| 639 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | White, Nancy J | 10/08/2001 11:38 | Stand-Up Call | great meeting with Dan and Rebecca;  went over ASC and Kapur studies.  Did not realize that seroquel was preferred on medicaid!  Will be coming to case study dinner and hopefully a fishing trip.  Will try and use more at higher doses.  NT- follow up on all benefits of using seroquel over others. | Seroquel | Minimal Weight Gain |
| 640 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | White, Nancy J | 10/08/2001 11:38 | Stand-Up Call | great meeting with Dan and Rebecca;  went over ASC and Kapur studies.  Did not realize that seroquel was preferred on medicaid!  Will be coming to case study dinner and hopefully a fishing trip.  Will try and use more at higher doses.  NT- follow up on all benefits of using seroquel over others. | Seroquel | Safety and Tolerability |
| 641 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | White, Nancy J | 10/08/2001 11:38 | Stand-Up Call | great meeting with Dan and Rebecca;  went over ASC and Kapur studies.  Did not realize that seroquel was preferred on medicaid!  Will be coming to case study dinner and hopefully a fishing trip.  Will try and use more at higher doses.  NT- follow up on all benefits of using seroquel over others. | Seroquel | Seroquel Efficacy |
| 642 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | White, Nancy J | 10/11/2001 13:21 | Stand-Up Call | stopped by and invited Dr. SAleh, Rebecca, ARNP and Dan, ARNP to program.  Graciella, (Dr. Saleh's wife, said that she would get back with me).  NT-  Kapur study for Dr. Saleh.. | Seroquel | Seroquel Efficacy |
| 643 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | White, Nancy J | 10/15/2001 13:40 | Stand-Up Call | stopped by and saw Rebecca and Dan about change in program.  Will let me know. | Seroquel | Seroquel Efficacy |
| 644 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | White, Nancy J | 10/29/2001 11:44 | Stand-Up Call | left pumpkin candy baskets for Dr. Saleh and Meredith!  (put seroquel labels on them )................ | Seroquel | Seroquel Efficacy |
| 645 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | White, Nancy J | 11/07/2001 16:06 | Stand-Up Call | took by copy of Kris Shurford's letter to Dr. Saleh.....attached my card and underlined key points for him.....hopefully he will respond.  REminded staff of fishing trip this Sunday. | Seroquel | Seroquel Efficacy |

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 646 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | White, Nancy J | 11/09/2001 15:02 | Stand-Up Call | Dan,amp and Rebecca,amp, both joined me on a seroquel fishing outing..........good relationship building! | Seroquel | Seroquel Efficacy |
| 647 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | White, Nancy J | 11/16/2001 00:00 | Stand-Up Call | Rebecca and Dan attended case study program on seroquel, moderated by Dr. Q.... | Seroquel | EPS Differentiation |
| 648 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | White, Nancy J | 11/16/2001 00:00 | Stand-Up Call | Rebecca and Dan attended case study program on seroquel, moderated by Dr. Q.... | Seroquel | Minimal Weight Gain |
| 649 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | White, Nancy J | 11/16/2001 00:00 | Stand-Up Call | Rebecca and Dan attended case study program on seroquel, moderated by Dr. Q.... | Seroquel | Safety and Tolerability |
| 650 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | White, Nancy J | 11/16/2001 00:00 | Stand-Up Call | Rebecca and Dan attended case study program on seroquel, moderated by Dr. Q.... | Seroquel | Seroquel Efficacy |
| 651 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | White, Nancy J | 11/28/2001 00:00 | Stand-Up Call | Took Dr. Saleh and Paul Andrews, CEO of ten Broek out to dinner. Discussion of objectives for partnering together in the new year.  Talked about practice brochures, posters, etc....................Dr. Saleh admitted his has just started using higher doses of seroquel, and in the past has considered it low in efficacy. NCO--meeting with Kris Shurford at his office on Monday evening. | Seroquel | Seroquel Efficacy |
| 652 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | White, Nancy J | 12/04/2001 00:00 | Stand-Up Call | met with Dr. Saleh with Kris Shuford to discuscus customer solutions issues with their practice;  Kris will collect rough drafts for brochures, etc------ten Broek Hospital and his practice;  GOOD MEETING.  Kris got in good detail on efficacy and dosing with Dr. Saleh  ( I was quite impressed with how she slipped that in!). | Seroquel | Dosing and Titration |
| 653 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | White, Nancy J | 12/04/2001 00:00 | Stand-Up Call | met with Dr. Saleh with Kris Shuford to discuscus customer solutions issues with their practice;  Kris will collect rough drafts for brochures, etc------ten Broek Hospital and his practice;  GOOD MEETING.  Kris got in good detail on efficacy and dosing with Dr. Saleh  ( I was quite impressed with how she slipped that in!). | Seroquel | Seroquel Efficacy |
| 654 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | White, Nancy J | 12/10/2001 13:37 | Stand-Up Call | actually got to see Dan and Dr. Saleh;  needed all strengths!!  Only able to get a signature and emphasize using seroquel.  NCO-- lunch-set up to introduce Deb. | Seroquel | Seroquel Efficacy |
| 655 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | White, Nancy J | 12/17/2001 11:04 | Stand-Up Call | took in xmas candy for Dan and Rebecca;  reminded that seroquel is on medicald.  NCO--studlies about efficacy--check their dosing. | Seroquel | Seroquel Efficacy |
| 656 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | White, Nancy J | 01/07/2002 15:25 | Stand-Up Call | introduced Deb to Dr. Saleh, Rebecca and Dan----said that we should see seroquel scripts rising in this office!!!!!!!!!  Dr. Saleh said that he will start with brochures the end of Jan.  NCO--start on brochures end of Jan.....set up lunch. | Seroquel | Seroquel Efficacy |
| 657 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | White, Nancy J | 01/09/2002 00:00 | Stand-Up Call | saw Dr. Saleh at Ten Broek;  told him about his logo being ready;  asked us to be a sponsor for an upcoming dinner (which we will do).  NCO-  Deb and Kris will go in and present logo.  Deb to set up lunch. | Seroquel | Seroquel Efficacy |
| 658 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | White, Nancy J | 03/05/2002 13:15 | Stand-Up Call | took in new DME cd rom--long meeting with Graciella (his wife), and staff plenty of seroquel samples!  Took in Peterbrook for staff.  NT-  follow up with new CVA. | Seroquel | Seroquel Efficacy |
| 659 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | White, Nancy J | 03/26/2002 00:00 | Stand-Up Call | gave Dr. Saleh box of Peterbrooke candy for Easter;  left new CVA and note. NCO--try and get to case study dinner | Seroquel | Seroquel Efficacy |
| 660 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | White, Nancy J | 05/13/2002 13:46 | Stand-Up Call | met with Dr. Saleh;  gave him CME mgd. care programs;  also peterbrooke chocolate--as well as staff!  Sample more, even though they had some-- wanted more samples.  NCO--go over Kapur, pt. population. | Seroquel | Safety and Tolerability |

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 692 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | White, Nancy J | 05/01/2003 00:00 | Lunch and Learn | great presentation by Dr. Hegarty on aggression and hostility; emphasized the use of seroquel due to low side effect profile and other features of the drug that aid in patient compliance (ie. anxialytic, mood, etc). VERY impactful on each and every participant....also stressed the negative side effects of zypreza and risperdal. | Seroquel | Well! - Seroquel Efficacy |
| 693 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | White, Nancy J | 05/01/2003 00:00 | Lunch and Learn | great presentation by Dr. Hegarty on aggression and hostility; emphasized the use of seroquel due to low side effect profile and other features of the drug that aid in patient compliance (ie. anxialytic, mood, etc). VERY impactful on each and every participant....also stressed the negative side effects of zypreza and risperdal. | Seroquel | Well! Accepted! - Dosing and Titration |
| 694 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | White, Nancy J | 05/08/2003 00:00 | Stand-Up Call | talked about Healthbanks opportunity; referred me to Marketing person ast ten broeck. Also talked with about check for Eritrean society--had it fed exed. | Seroquel | Accepted! - Safety and Tolerability |
| 695 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | White, Nancy J | 05/12/2003 15:50 | Stand-Up Call | delivered check for Eritrean Society--very appreciative. Also excited about Healthbanks; told him that I had met with Mike Davis and they would implement at ten broeck asap. | Seroquel | Accepted! - EPS Differentiation |
| 696 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | White, Nancy J | 06/09/2003 11:35 | Gatekeeper | went by and set up appts and lunches--dr saleh is out of town this week. | Seroquel | Well! - Seroquel Efficacy |
| 697 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | White, Nancy J | 06/18/2003 14:49 | Stand-Up Call | saw when having luncheon there; reminder of safety of seroquel; will see again soon at upcoming appt. and will talk about dosing. | Seroquel | Accepted! - Safety and Tolerability |
| 698 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | White, Nancy J | 06/25/2003 14:31 | Sit down Call | talked about dosing--is going up to 1200 mg and starting inpts. at 400 mg. on first day---says he is using a lot more serouqel! Took him in a Stephen Stahl book that I had ordered---he loved it! Asked for monotherapy rather than add on business; claims he is already doing that. | Seroquel | Well! - Seroquel Efficacy |
| 699 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | White, Nancy J | 06/25/2003 14:31 | Sit down Call | talked about dosing--is going up to 1200 mg and starting inpts. at 400 mg. on first day---says he is using a lot more serouqel! Took him in a Stephen Stahl book that I had ordered---he loved it! Asked for monotherapy rather than add on business; claims he is already doing that. | Seroquel | Well! Accepted! - Dosing and Titration |
| 700 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | White, Nancy J | 06/27/2003 15:40 | Stand-Up Call | discussed the possibilities of doing a Brighter Beginnings at CRC---referred me to Reginald Gaffney; will contact on monday. Also went over Healthbanks info that we got for Ten Broeck--reminded of all of our value added programs. Asked for more business monotherapy. | Seroquel | Well! - Seroquel Efficacy |
| 701 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | White, Nancy J | 06/27/2003 15:40 | Stand-Up Call | discussed the possibilities of doing a Brighter Beginnings at CRC---referred me to Reginald Gaffney; will contact on monday. Also went over Healthbanks info that we got for Ten Broeck--reminded of all of our value added programs. Asked for more business monotherapy. | Seroquel | Well! Accepted! - Dosing and Titration |
| 702 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | White, Nancy J | 07/14/2003 11:31 | Stand-Up Call | signed for samples; gave info on Healthbanks at ten broeck. going to Africa on Wed.--will be gone for 2 weeks. | Seroquel | Well! - Seroquel Efficacy |
| 703 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | White, Nancy J | 07/23/2003 11:52 | Stand-Up Call | referred me to Reginald Gaffney about the Healthbanks opportunit--is all for it!! Says he is writing a lot of seroquel and will continue to. Need to continue to push higher doses with him. | Seroquel | Well! Accepted! - Dosing and Titration |
| 704 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | White, Nancy J | 08/04/2003 15:40 | Stand-Up Call | well accepted message; appreciates all we are doing at ten broeck... | Seroquel | Well! - Seroquel Efficacy |
| 705 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | White, Nancy J | 08/06/2003 13:21 | Gatekeeper | took in gtoodies for staff----seroquel info for office. | Seroquel | Well! - Seroquel Efficacy |

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_ DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 706 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | White, Nancy J | 08/12/2003 13:57 | Stand-Up Call | safety message | Seroquel | Accepted! - Safety and Tolerability |
| 707 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | White, Nancy J | 08/12/2003 13:57 | Stand-Up Call | safety message | Seroquel | United Healthcare Pull Through |
| 708 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | White, Nancy J | 08/12/2003 13:57 | Stand-Up Call | safety message | Seroquel | Well! - Seroquel Efficacy |
| 709 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | White, Nancy J | 08/12/2003 13:57 | Stand-Up Call | safety message | Seroquel | Well! Accepted! - Dosing and Titration |
| 710 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | White, Nancy J | 08/18/2003 14:32 | Lunch and Learn | great meeting with Dr. Saleh;  really loves seroquel for the elderly!!  Asked him to please use in schizoph. population;  said that he would---dose of 800 and even higher if necessary.  Also showed him United information.  We met later with Regiinald Gaffney, from CRC about Brighter Beginnings.  Will foloow up with Reginald next week. | Seroquel | Accepted! - Safety and Tolerability |
| 711 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | White, Nancy J | 08/18/2003 14:32 | Lunch and Learn | great meeting with Dr. Saleh;  really loves seroquel for the elderly!!  Asked him to please use in schizoph. population;  said that he would---dose of 800 and even higher if necessary.  Also showed him United information.  We met later with Regiinald Gaffney, from CRC about Brighter Beginnings.  Will foloow up with Reginald next week. | Seroquel | Well! - Seroquel Efficacy |
| 712 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | White, Nancy J | 08/18/2003 14:32 | Lunch and Learn | great meeting with Dr. Saleh;  really loves seroquel for the elderly!!  Asked him to please use in schizoph. population;  said that he would---dose of 800 and even higher if necessary.  Also showed him United information.  We met later with Regiinald Gaffney, from CRC about Brighter Beginnings.  Will foloow up with Reginald next week. | Seroquel | Well! Accepted! - Dosing and Titration |
| 713 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | White, Nancy J | 08/29/2003 13:37 | Stand-Up Call | took by Healthbanks infor to ten Broeck---new cards and holder for them.  Also discussed more about BB---will get with Paul and then get with me next week. | Seroquel | Well! - Seroquel Efficacy |
| 714 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | White, Nancy J | 09/10/2003 00:00 | Stand-Up Call | gained commitment for him to speak at Brighter Beginnings at Ten Broeck;  did not say anything about money;  don't plan to pay him----will only speak for about 5 minutes.  Will get with as time gets closer. | Seroquel | Well! - Seroquel Efficacy |
| 715 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | White, Nancy J | 09/24/2003 10:49 | Stand-Up Call | saw at Baptist;  talked with with Dr Solloway for awhile;  confirmed speaking at BB program and confirmed other participants as well. Seroquel rminder-well accepted | Seroquel | Well! - Seroquel Efficacy |
| 716 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | White, Nancy J | 10/10/2003 15:56 | Stand-Up Call | spoke at the Brighter Beginnings event;  AZ sponsored. | Seroquel | Well! - Seroquel Efficacy |
| 717 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | White, Nancy J | 10/15/2003 00:00 | Sit down Call | took in pictures of Brighter Beginnings (really appreciated the program)........talked about all of the formularies we are on now and reinforced well accepted message.  Very short of time and will need to go back to get into more probing. | Seroquel | Accepted! - Safety and Tolerability |
| 718 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | White, Nancy J | 10/15/2003 00:00 | Sit down Call | took in pictures of Brighter Beginnings (really appreciated the program)........talked about all of the formularies we are on now and reinforced well accepted message.  Very short of time and will need to go back to get into more probing. | Seroquel | DOD Pull Through |
| 719 | 711381004 | Saleh, Mohamed O | Physician | 1408 San Marco Blvd | Jacksonville | FL | 32207 | White, Nancy J | 10/15/2003 00:00 | Sit down Call | took in pictures of Brighter Beginnings (really appreciated the program)........talked about all of the formularies we are on now and reinforced well accepted message.  Very short of time and will need to go back to get into more probing. | Seroquel | Merck-Medco Pull Through |

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |
| 742 | REDACTED | | | | | | | | | | | | |
| 743 | | | | | | | | | | | | | |
| 744 | | | | | | | | | | | | | |
| 745 | | | | | | | | | | | | | |
| 746 | | | | | | | | | | | | | |
| 747 | | | | | | | | | | | | | |
| 748 | | | | | | | | | | | | | |
| 749 | | | | | | | | | | | | | |
| 750 | | | | | | | | | | | | | |
| 751 | | | | | | | | | | | | | |
| 752 | | | | | | | | | | | | | |

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIP | REP_NAME | DUE_SUMMARY_DELIVER_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | MESSAGE |

REDACTED