EXHIBIT 7

CONFIDENTIAL

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIPCODE | REP_NAME | CALL_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | PRODUCT_MESSAGE |
| 18 | 85201015 | Malcolm, Richard D. | Nurse Practitioner | 1408 San Marco Blvd. | Jacksonville | FL | 32207 | White, Nancy J | 6/12/2002 | Stand-Up Call | hosted luncheon for the group - Dan is the biggest useer of seroquel in the office!  Is using higher doses and is starting patients out on 200 bid and working up   - with good results.  Will  be going on vacation for 9 days. | Seroquel | Welll - Seroquel Efficacy |
| 19 | 85201015 | Malcolm, Richard D. | Nurse Practitioner | 1408 San Marco Blvd. | Jacksonville | FL | 32207 | White, Nancy J | 6/12/2002 | Stand-Up Call | hosted luncheon for the group - Dan is the biggest useer of seroquel in the office!  Is using higher doses and is starting patients out on 200 bid and working up   - with good results.  Will  be going on vacation for 9 days. | Seroquel | Welll Acceptedl - Dosing and Titration |
| 20 | 85201015 | Malcolm, Richard D. | Nurse Practitioner | 1408 San Marco Blvd. | Jacksonville | FL | 32207 | Grissett, Deborah | 7/1/2002 | Lunch and Leam | Familiar with transient D2 theory and said that they all work. However, Zyprexa is first choice (Seroquel second and Risp third). Says that Zyprexa works best and will choose Seroquel if prob with Zyp. Does see wt gain but also w/ Seroquel (reviewed Brecher). Does not really worry about wt gain though if pt is controlled and good QOL. Will consider Seroquel first in pts w/ hx of diabetes, CV disease (syndrome X) b/c more likely to have probs with wt gain. Discussed switching - very little if any crossover period but will hit them with 400mg day one (none are drug naive) and titrate quicking. Discussed imp of time to reach maximal efficacy. Asked about pt assistance program. Will write. NCO: Ask for switches from Zyprexa and new starts w/ above concomitant med conditions. Dosing equivalencise when switching. | Seroquel | Acceptedl - EPS Differentiation |
| 21 | 85201015 | Malcolm, Richard D. | Nurse Practitioner | 1408 San Marco Blvd. | Jacksonville | FL | 32207 | Grissett, Deborah | 7/1/2002 | Lunch and Leam | Familiar with transient D2 theory and said that they all work. However, Zyprexa is first choice (Seroquel second and Risp third). Says that Zyprexa works best and will choose Seroquel if prob with Zyp. Does see wt gain but also w/ Seroquel (reviewed Brecher). Does not really worry about wt gain though if pt is controlled and good QOL. Will consider Seroquel first in pts w/ hx of diabetes, CV disease (syndrome X) b/c more likely to have probs with wt gain. Discussed switching - very little if any crossover period but will hit them with 400mg day one (none are drug naive) and titrate quicking. Discussed imp of time to reach maximal efficacy. Asked about pt assistance program. Will write. NCO: Ask for switches from Zyprexa and new starts w/ above concomitant med conditions. Dosing equivalencise when switching. | Seroquel | Acceptedl - Favorable Weight Profile |
| 22 | 85201015 | Malcolm, Richard D. | Nurse Practitioner | 1408 San Marco Blvd. | Jacksonville | FL | 32207 | Grissett, Deborah | 7/1/2002 | Lunch and Leam | Familiar with transient D2 theory and said that they all work. However, Zyprexa is first choice (Seroquel second and Risp third). Says that Zyprexa works best and will choose Seroquel if prob with Zyp. Does see wt gain but also w/ Seroquel (reviewed Brecher). Does not really worry about wt gain though if pt is controlled and good QOL. Will consider Seroquel first in pts w/ hx of diabetes, CV disease (syndrome X) b/c more likely to have probs with wt gain. Discussed switching - very little if any crossover period but will hit them with 400mg day one (none are drug naive) and titrate quicking. Discussed imp of time to reach maximal efficacy. Asked about pt assistance program. Will write. NCO: Ask for switches from Zyprexa and new starts w/ above concomitant med conditions. Dosing equivalencise when switching. | Seroquel | Acceptedl - Safety and Tolerability |
| 23 | 85201015 | Malcolm, Richard D. | Nurse Practitioner | 1408 San Marco Blvd. | Jacksonville | FL | 32207 | Grissett, Deborah | 7/1/2002 | Lunch and Leam | Familiar with transient D2 theory and said that they all work. However, Zyprexa is first choice (Seroquel second and Risp third). Says that Zyprexa works best and will choose Seroquel if prob with Zyp. Does see wt gain but also w/ Seroquel (reviewed Brecher). Does not really worry about wt gain though if pt is controlled and good QOL. Will consider Seroquel first in pts w/ hx of diabetes, CV disease (syndrome X) b/c more likely to have probs with wt gain. Discussed switching - very little if any crossover period but will hit them with 400mg day one (none are drug naive) and titrate quicking. Discussed imp of time to reach maximal efficacy. Asked about pt assistance program. Will write. NCO: Ask for switches from Zyprexa and new starts w/ above concomitant med conditions. Dosing equivalencise when switching. | Seroquel | Welll - Seroquel Efficacy |

| CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIPCODE | REP_NAME | CALL_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | PRODUCT_MESSAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 85201015 | Malcolm, Richard D. | Nurse Practitioner | 1408 San Marco Blvd. | Jacksonville | FL | 32207 | Grissett, Deborah | 7/1/2002 | Lunch and Learn | Familiar with transient D2 theory and said that they all work. However, Zyprexa is first choice (Seroquel second and Risp third). Says that Zyprexa works best and will choose Seroquel if prob with Zyp. Does see wt gain but also w/ Seroquel (reviewed Brecher). Does not really worry about wt gain though if pt is controlled and good QOL. Will consider Seroquel first in pts w/ hx of diabetes, CV disease (syndrome X) b/c more likely to have probs with wt gain. Discussed switching - very little if any crossover period but will hit them with 400mg day one (none are drug naive) and titrate quicking. Discussed imp of time to reach maximal efficacy. Asked about pt assistance program. Will write. NCO: Ask for switches from Zyprexa and new starts w/ above concomitant med conditions. Dosing equivalencise when switching. | Seroquel | Well! Accepted! - Dosing and Titration |
| 85201015 | Malcolm, Richard D. | Nurse Practitioner | 1408 San Marco Blvd. | Jacksonville | FL | 32207 | White, Nancy J | 7/9/2002 | Stand-Up Call | took in bagels for staff; left seroquel info.  ok on samples according to Meredith. | Seroquel | Well! - Seroquel Efficacy |
| 85201015 | Malcolm, Richard D. | Nurse Practitioner | 1408 San Marco Blvd. | Jacksonville | FL | 32207 | Grissett, Deborah | 7/9/2002 | Stand-Up Call | Reviewed dosing equiv with Zyprexa. Asked for switches due to tolerability, wt gain, diabetes etc. But must aim for equiv. dose. Agreed and will do. Said Rebecca received invitation to program on Seroquel by outside vendor but he was not - told him to try to RSVP anyway. | Seroquel | Accepted! - Safety and Tolerability |
| 85201015 | Malcolm, Richard D. | Nurse Practitioner | 1408 San Marco Blvd. | Jacksonville | FL | 32207 | Grissett, Deborah | 7/9/2002 | Stand-Up Call | Reviewed dosing equiv with Zyprexa. Asked for switches due to tolerability, wt gain, diabetes etc. But must aim for equiv. dose. Agreed and will do. Said Rebecca received invitation to program on Seroquel by outside vendor but he was not - told him to try to RSVP anyway. | Seroquel | Well! - Seroquel Efficacy |
| 85201015 | Malcolm, Richard D. | Nurse Practitioner | 1408 San Marco Blvd. | Jacksonville | FL | 32207 | Grissett, Deborah | 7/9/2002 | Stand-Up Call | Reviewed dosing equiv with Zyprexa. Asked for switches due to tolerability, wt gain, diabetes etc. But must aim for equiv. dose. Agreed and will do. Said Rebecca received invitation to program on Seroquel by outside vendor but he was not - told him to try to RSVP anyway. | Seroquel | Well! Accepted! - Dosing and Titration |
| 85201015 | Malcolm, Richard D. | Nurse Practitioner | 1408 San Marco Blvd. | Jacksonville | FL | 32207 | Grissett, Deborah | 7/17/2002 | Stand-Up Call | Higher doses vs lower doses again. He and Rebecca listened to a teleconf today that stated that does higher than 750 are not any better- levels off - did not have chance to discuss - will do next visit. | Seroquel | Well! - Seroquel Efficacy |
| 85201015 | Malcolm, Richard D. | Nurse Practitioner | 1408 San Marco Blvd. | Jacksonville | FL | 32207 | Grissett, Deborah | 7/17/2002 | Stand-Up Call | Higher doses vs lower doses again. He and Rebecca listened to a teleconf today that stated that does higher than 750 are not any better- levels off - did not have chance to discuss - will do next visit. | Seroquel | Well! Accepted! - Dosing and Titration |
| 85201015 | Malcolm, Richard D. | Nurse Practitioner | 1408 San Marco Blvd. | Jacksonville | FL | 32207 | Grissett, Deborah | 7/31/2002 | Stand-Up Call | Gave medscape program info. Supported his use of higher doses. Asked for more starts. | Seroquel | Well! - Seroquel Efficacy |
| 85201015 | Malcolm, Richard D. | Nurse Practitioner | 1408 San Marco Blvd. | Jacksonville | FL | 32207 | Grissett, Deborah | 7/31/2002 | Stand-Up Call | Gave medscape program info. Supported his use of higher doses. Asked for more starts. | Seroquel | Well! Accepted! - Dosing and Titration |
| 85201015 | Malcolm, Richard D. | Nurse Practitioner | 1408 San Marco Blvd. | Jacksonville | FL | 32207 | White, Nancy J | 8/20/2002 | Stand-Up Call | stopped by office and just happened to get to see Dan (good timing).  Gave him new Nass. book and new 2002 drug pocket guide.  NCO--set up lunch for Sept. | Seroquel | Well! - Seroquel Efficacy |
| 85201015 | Malcolm, Richard D. | Nurse Practitioner | 1408 San Marco Blvd. | Jacksonville | FL | 32207 | Grissett, Deborah | 8/27/2002 | Stand-Up Call | Did receive Naz book from Nancy and had already glanced through it to many valuable charts and info. Esp liked chart on p. 202 and thought very helpful in selecting an agent. Discussed body wt issue with Seroquel and that Brecher study found neutral, etc. Said pts doing great and he is using higher doses for alot of pts. Will write. | Seroquel | Accepted! - EPS Differentiation |
| 85201015 | Malcolm, Richard D. | Nurse Practitioner | 1408 San Marco Blvd. | Jacksonville | FL | 32207 | Grissett, Deborah | 8/27/2002 | Stand-Up Call | Did receive Naz book from Nancy and had already glanced through it to many valuable charts and info. Esp liked chart on p. 202 and thought very helpful in selecting an agent. Discussed body wt issue with Seroquel and that Brecher study found neutral, etc. Said pts doing great and he is using higher doses for alot of pts. Will write. | Seroquel | Accepted! - Favorable Weight Profile |
| 85201015 | Malcolm, Richard D. | Nurse Practitioner | 1408 San Marco Blvd. | Jacksonville | FL | 32207 | Grissett, Deborah | 8/27/2002 | Stand-Up Call | Did receive Naz book from Nancy and had already glanced through it to many valuable charts and info. Esp liked chart on p. 202 and thought very helpful in selecting an agent. Discussed body wt issue with Seroquel and that Brecher study found neutral, etc. Said pts doing great and he is using higher doses for alot of pts. Will write. | Seroquel | Accepted! - Safety and Tolerability |
| 85201015 | Malcolm, Richard D. | Nurse Practitioner | 1408 San Marco Blvd. | Jacksonville | FL | 32207 | Grissett, Deborah | 8/27/2002 | Stand-Up Call | Did receive Naz book from Nancy and had already glanced through it to many valuable charts and info. Esp liked chart on p. 202 and thought very helpful in selecting an agent. Discussed body wt issue with Seroquel and that Brecher study found neutral, etc. Said pts doing great and he is using higher doses for alot of pts. Will write. | Seroquel | Well! - Seroquel Efficacy |

| | A CONTACT_ID | B FULL_NAME | C CONTACT_TYPE | D ADDRESS_LINE_1 | G CITY | H STATE | I ZIPCODE | J REP_NAME | K CALL_DATE | L CALL_TYPE | M CALL_NOTES | N PRODUCT | O PRODUCT_MESSAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 86 | 85201015 | Malcolm, Richard D. | Nurse Practitioner | 1408 San Marco Blvd. | Jacksonville | FL | 32207 | Grissett, Deborah | 2/12/2003 | Lunch and Learn | Reviewed Prize and less need for anticholinergics - agreed pts have side effects from anticholinergics too. No Seroquel pts have needed anticholinergics but many on Risp and only 3 on Zyprexa. Reinstein on reduction in body wt/diabetes when add with Seroquel. He has probs with saying Cloz (or Zyp) cause diabetes - thinks body weight related. Discussion on this and planted suggestion for his clozaril pts that have gained wt and/or developed diabetes. Still skeptical and will read article in depth. Does not like combination therapy and also does not like to mess with dosing for clozaril pts b/c difficult to treat. Confirmed coming to Dr. Larson program. | Seroquel | Accepted! - Favorable Weight Profile |
| 87 | 85201015 | Malcolm, Richard D. | Nurse Practitioner | 1408 San Marco Blvd. | Jacksonville | FL | 32207 | Grissett, Deborah | 2/12/2003 | Lunch and Learn | Reviewed Prize and less need for anticholinergics - agreed pts have side effects from anticholinergics too. No Seroquel pts have needed anticholinergics but many on Risp and only 3 on Zyprexa. Reinstein on reduction in body wt/diabetes when add with Seroquel. He has probs with saying Cloz (or Zyp) cause diabetes - thinks body weight related. Discussion on this and planted suggestion for his clozaril pts that have gained wt and/or developed diabetes. Still skeptical and will read article in depth. Does not like combination therapy and also does not like to mess with dosing for clozaril pts b/c difficult to treat. Confirmed coming to Dr. Larson program. | Seroquel | Accepted! - Safety and Tolerability |
| 88 | 85201015 | Malcolm, Richard D. | Nurse Practitioner | 1408 San Marco Blvd. | Jacksonville | FL | 32207 | Grissett, Deborah | 2/12/2003 | Lunch and Learn | Reviewed Prize and less need for anticholinergics - agreed pts have side effects from anticholinergics too. No Seroquel pts have needed anticholinergics but many on Risp and only 3 on Zyprexa. Reinstein on reduction in body wt/diabetes when add with Seroquel. He has probs with saying Cloz (or Zyp) cause diabetes - thinks body weight related. Discussion on this and planted suggestion for his clozaril pts that have gained wt and/or developed diabetes. Still skeptical and will read article in depth. Does not like combination therapy and also does not like to mess with dosing for clozaril pts b/c difficult to treat. Confirmed coming to Dr. Larson program. | Seroquel | Well! - Seroquel Efficacy |
| 89 | 85201015 | Malcolm, Richard D. | Nurse Practitioner | 1408 San Marco Blvd. | Jacksonville | FL | 32207 | Grissett, Deborah | 2/12/2003 | Lunch and Learn | Reviewed Prize and less need for anticholinergics - agreed pts have side effects from anticholinergics too. No Seroquel pts have needed anticholinergics but many on Risp and only 3 on Zyprexa. Reinstein on reduction in body wt/diabetes when add with Seroquel. He has probs with saying Cloz (or Zyp) cause diabetes - thinks body weight related. Discussion on this and planted suggestion for his clozaril pts that have gained wt and/or developed diabetes. Still skeptical and will read article in depth. Does not like combination therapy and also does not like to mess with dosing for clozaril pts b/c difficult to treat. Confirmed coming to Dr. Larson program. | Seroquel | Well! Accepted! - Dosing and Titration |
| 90 | 85201015 | Malcolm, Richard D. | Nurse Practitioner | 1408 San Marco Blvd. | Jacksonville | FL | 32207 | White, Nancy J | 2/17/2003 | Stand-Up Call | saw while calling on Dr. Saleh; gave the message of NO PROLACTIN at any dose range with seroquel! Also gave coffee mug to. Sampled on 100's through Dr. Saleh. | Seroquel | Accepted! - EPS Differentiation |
| 91 | 85201015 | Malcolm, Richard D. | Nurse Practitioner | 1408 San Marco Blvd. | Jacksonville | FL | 32207 | Grissett, Deborah | 2/24/2003 | Sit down Call | Cost only issue for Dr. Saleh. Cannot attend program tomorrow night. Using mainly higher doses. | Seroquel | Accepted! - EPS Differentiation |
| 92 | 85201015 | Malcolm, Richard D. | Nurse Practitioner | 1408 San Marco Blvd. | Jacksonville | FL | 32207 | Grissett, Deborah | 2/24/2003 | Sit down Call | Cost only issue for Dr. Saleh. Cannot attend program tomorrow night. Using mainly higher doses. | Seroquel | Well! - Seroquel Efficacy |
| 93 | 85201015 | Malcolm, Richard D. | Nurse Practitioner | 1408 San Marco Blvd. | Jacksonville | FL | 32207 | Grissett, Deborah | 2/24/2003 | Sit down Call | Cost only issue for Dr. Saleh. Cannot attend program tomorrow night. Using mainly higher doses. | Seroquel | Well! Accepted! - Dosing and Titration |
| 94 | 85201015 | Malcolm, Richard D. | Nurse Practitioner | 1408 San Marco Blvd. | Jacksonville | FL | 32207 | White, Nancy J | 3/5/2003 | Stand-Up Call | safety and dosing reminder. | Seroquel | Accepted! - Safety and Tolerability |
| 95 | 85201015 | Malcolm, Richard D. | Nurse Practitioner | 1408 San Marco Blvd. | Jacksonville | FL | 32207 | White, Nancy J | 3/5/2003 | Stand-Up Call | safety and dosing reminder. | Seroquel | Well! Accepted! - Dosing and Titration |
| 96 | 85201015 | Malcolm, Richard D. | Nurse Practitioner | 1408 San Marco Blvd. | Jacksonville | FL | 32207 | White, Nancy J | 3/26/2003 | Stand-Up Call | saw Dan and gave him invitation to Hegarty program....in there seeing Dr. Saleh. | Seroquel | Well! - Seroquel Efficacy |

| | A | B | C | D | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIPCODE | REP_NAME | CALL_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | PRODUCT_MESSAGE |
| 97 | 85201015 | Malcolm, Richard D. | Nurse Practitioner | 1408 San Marco Blvd. | Jacksonville | FL | 32207 | Grissett, Deborah | 3/27/2003 | Lunch and Learn | Discussion about onset of action and titration of Seroquel with inpatients/ severe pts. Said starting with 100mg BID and then 200mg BID etc. PIR on rapid titration and also third party that Dr. Miller at Shands is now giving 300mg BID on first day. Said may go a little faster b/c knows that somnolence is not dose related but his actions represent this. Reviewed side effect sheet and imp of assessing for these with pts - rarely questions about prolactin probs and admitted could be bigger issue. Also, wt gain with Zyprexa more of a concern - switching some pts to Seroquel or other products if hx of diabetes/ apple body type, etc. Interested in upcoming programs. NCO: More emphasis on prolactin but also akathesia and how both are troublesome to pt but that provider must actually question pt. Long-term control related to both effic and tolerability. | Seroquel | Accepted! - EPS Differentiation |
| 98 | 85201015 | Malcolm, Richard D. | Nurse Practitioner | 1408 San Marco Blvd. | Jacksonville | FL | 32207 | Grissett, Deborah | 3/27/2003 | Lunch and Learn | Discussion about onset of action and titration of Seroquel with inpatients/ severe pts. Said starting with 100mg BID and then 200mg BID etc. PIR on rapid titration and also third party that Dr. Miller at Shands is now giving 300mg BID on first day. Said may go a little faster b/c knows that somnolence is not dose related but his actions represent this. Reviewed side effect sheet and imp of assessing for these with pts - rarely questions about prolactin probs and admitted could be bigger issue. Also, wt gain with Zyprexa more of a concern - switching some pts to Seroquel or other products if hx of diabetes/ apple body type, etc. Interested in upcoming programs. NCO: More emphasis on prolactin but also akathesia and how both are troublesome to pt but that provider must actually question pt. Long-term control related to both effic and tolerability. | Seroquel | Accepted! - Favorable Weight Profile |
| 99 | 85201015 | Malcolm, Richard D. | Nurse Practitioner | 1408 San Marco Blvd. | Jacksonville | FL | 32207 | Grissett, Deborah | 3/27/2003 | Lunch and Learn | Discussion about onset of action and titration of Seroquel with inpatients/ severe pts. Said starting with 100mg BID and then 200mg BID etc. PIR on rapid titration and also third party that Dr. Miller at Shands is now giving 300mg BID on first day. Said may go a little faster b/c knows that somnolence is not dose related but his actions represent this. Reviewed side effect sheet and imp of assessing for these with pts - rarely questions about prolactin probs and admitted could be bigger issue. Also, wt gain with Zyprexa more of a concern - switching some pts to Seroquel or other products if hx of diabetes/ apple body type, etc. Interested in upcoming programs. NCO: More emphasis on prolactin but also akathesia and how both are troublesome to pt but that provider must actually question pt. Long-term control related to both effic and tolerability. | Seroquel | Accepted! - Safety and Tolerability |
| 100 | 85201015 | Malcolm, Richard D. | Nurse Practitioner | 1408 San Marco Blvd. | Jacksonville | FL | 32207 | Grissett, Deborah | 3/27/2003 | Lunch and Learn | Discussion about onset of action and titration of Seroquel with inpatients/ severe pts. Said starting with 100mg BID and then 200mg BID etc. PIR on rapid titration and also third party that Dr. Miller at Shands is now giving 300mg BID on first day. Said may go a little faster b/c knows that somnolence is not dose related but his actions represent this. Reviewed side effect sheet and imp of assessing for these with pts - rarely questions about prolactin probs and admitted could be bigger issue. Also, wt gain with Zyprexa more of a concern - switching some pts to Seroquel or other products if hx of diabetes/ apple body type, etc. Interested in upcoming programs. NCO: More emphasis on prolactin but also akathesia and how both are troublesome to pt but that provider must actually question pt. Long-term control related to both effic and tolerability. | Seroquel | Well! - Seroquel Efficacy |
| 101 | 85201015 | Malcolm, Richard D. | Nurse Practitioner | 1408 San Marco Blvd. | Jacksonville | FL | 32207 | Grissett, Deborah | 3/27/2003 | Lunch and Learn | Discussion about onset of action and titration of Seroquel with inpatients/ severe pts. Said starting with 100mg BID and then 200mg BID etc. PIR on rapid titration and also third party that Dr. Miller at Shands is now giving 300mg BID on first day. Said may go a little faster b/c knows that somnolence is not dose related but his actions represent this. Reviewed side effect sheet and imp of assessing for these with pts - rarely questions about prolactin probs and admitted could be bigger issue. Also, wt gain with Zyprexa more of a concern - switching some pts to Seroquel or other products if hx of diabetes/ apple body type, etc. Interested in upcoming programs. NCO: More emphasis on prolactin but also akathesia and how both are troublesome to pt but that provider must actually question pt. Long-term control related to both effic and tolerability. | Seroquel | Well! Accepted! - Dosing and Titration |

| | A | B | C | D | E | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTACT_ID | FULL_NAME | CONTACT_TYPE | ADDRESS_LINE_1 | CITY | STATE | ZIPCODE | REP_NAME | CALL_DATE | CALL_TYPE | CALL_NOTES | PRODUCT | PRODUCT_MESSAGE |
| 102 | 85201015 | Malcolm, Richard D. | Nurse Practitioner | 1408 San Marco Blvd. | Jacksonville | FL | 32207 | Grissett, Deborah | 4/7/2003 | Stand-Up Call | RSVPed to program with Dr. Hegarty! Said switched pt from Risp today due to wt gain. Started them on 200mg Seroquel and anticipates good results - not severely psychotic. Long-term control available with seroquel due to efficacy/tolerability balance. Will write. | Seroquel | Accepted! - Favorable Weight Profile |
| 103 | 85201015 | Malcolm, Richard D. | Nurse Practitioner | 1408 San Marco Blvd. | Jacksonville | FL | 32207 | Grissett, Deborah | 4/7/2003 | Stand-Up Call | RSVPed to program with Dr. Hegarty! Said switched pt from Risp today due to wt gain. Started them on 200mg Seroquel and anticipates good results - not severely psychotic. Long-term control available with seroquel due to efficacy/tolerability balance. Will write. | Seroquel | Accepted! - Safety and Tolerability |
| 104 | 85201015 | Malcolm, Richard D. | Nurse Practitioner | 1408 San Marco Blvd. | Jacksonville | FL | 32207 | Grissett, Deborah | 4/7/2003 | Stand-Up Call | RSVPed to program with Dr. Hegarty! Said switched pt from Risp today due to wt gain. Started them on 200mg Seroquel and anticipates good results - not severely psychotic. Long-term control available with seroquel due to efficacy/tolerability balance. Will write. | Seroquel | Well! - Seroquel Efficacy |
| 105 | 85201015 | Malcolm, Richard D. | Nurse Practitioner | 1408 San Marco Blvd. | Jacksonville | FL | 32207 | Grissett, Deborah | 4/7/2003 | Stand-Up Call | RSVPed to program with Dr. Hegarty! Said switched pt from Risp today due to wt gain. Started them on 200mg Seroquel and anticipates good results - not severely psychotic. Long-term control available with seroquel due to efficacy/tolerability balance. Will write. | Seroquel | Well! Accepted! - Dosing and Titration |
| 106 | 85201015 | Malcolm, Richard D. | Nurse Practitioner | 1408 San Marco Blvd. | Jacksonville | FL | 32207 | White, Nancy J | 4/14/2003 | Lunch and Learn | many issues covered today;  likes to use abilify and seroquel together;  went over cost issue of doing that and ips sheet with long akathesia discussion.  Ponted out about their studies not including eps.  Has been using seroquel a lot with other off la bel uses-----really stressed the long term benefits due to side effects of using seroquel and stressed the importance in their african am. population. NCO--wants me to get back with regarding coverage on select formularies. | Seroquel | Accepted! - Favorable Weight Profile |
| 107 | 85201015 | Malcolm, Richard D. | Nurse Practitioner | 1408 San Marco Blvd. | Jacksonville | FL | 32207 | White, Nancy J | 4/14/2003 | Lunch and Learn | many issues covered today;  likes to use abilify and seroquel together;  went over cost issue of doing that and ips sheet with long akathesia discussion.  Ponted out about their studies not including eps.  Has been using seroquel a lot with other off la bel uses-----really stressed the long term benefits due to side effects of using seroquel and stressed the importance in their african am. population. NCO--wants me to get back with regarding coverage on select formularies. | Seroquel | Accepted! - Safety and Tolerability |
| 108 | 85201015 | Malcolm, Richard D. | Nurse Practitioner | 1408 San Marco Blvd. | Jacksonville | FL | 32207 | White; Nancy J | 4/14/2003 | Lunch and Learn | many issues covered today;  likes to use abilify and seroquel together;  went over cost issue of doing that and ips sheet with long akathesia discussion.  Ponted out about their studies not including eps.  Has been using seroquel a lot with other off la bel uses-----really stressed the long term benefits due to side effects of using seroquel and stressed the importance in their african am. population. NCO--wants me to get back with regarding coverage on select formularies. | Seroquel | Well! - Seroquel Efficacy |
| 109 | 85201015 | Malcolm, Richard D. | Nurse Practitioner | 1408 San Marco Blvd. | Jacksonville | FL | 32207 | White, Nancy J | 4/14/2003 | Lunch and Learn | many issues covered today;  likes to use abilify and seroquel together;  went over cost issue of doing that and ips sheet with long akathesia discussion.  Ponted out about their studies not including eps.  Has been using seroquel a lot with other off la bel uses-----really stressed the long term benefits due to side effects of using seroquel and stressed the importance in their african am. population. NCO--wants me to get back with regarding coverage on select formularies. | Seroquel | Well! Accepted! - Dosing and Titration |
| 110 | 85201015 | Malcolm, Richard D. | Nurse Practitioner | 1408 San Marco Blvd. | Jacksonville | FL | 32207 | Grissett, Deborah | 4/21/2003 | Lunch and Learn | Use of combo Seroquel/Ability is mainly with 800mg Seroquel and then adding 15mg Ability in morning to combat somnol. Discussed dosing options and also somnol not dose related - he agreed to this. And also success of other providers using Seroquel as one agent. Said no real rationale for combo therapy but seemed that other providers were trying this so he wanted to see what the "noise" was about. Did put doubts in his mind and good examples of monotherapy with Seroquel with his agreement and input. Will write. | Seroquel | Accepted! - Favorable Weight Profile |











