**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION<br>This document relates to:<br>*Linda Guinn*, No. 6:07-CV-10291<br>*Janice Burns*, No. 6:07-CV-15959<br>*Richard Unger*, No. 6:07-CV-15812<br>*Connie Curley*, No. 6:07-CV-15701<br>*Linda Whittington*, No. 6:07-CV-10475<br>*Eileen McAlexander*, No. 6:07-CV-10360<br>*David Haller*, No. 6:07-CV-15733 | MDL DOCKET NO:<br>6:06-MDL-1769-ACC-DAB |

**PLAINTIFFS' SUPPLEMENTAL NOTICE OF UNSEALING AND FILING NON-CONFIDENTIAL EXHIBITS TO THEIR SUPPLEMENTAL MEMORANDUM OF LAW (RELATED TO IHOR RAK) IN OPPOSITION TO ASTRAZENECA'S MOTION TO EXCLUDE THE GENERAL CAUSATION TESTIMONY OF PLAINTIFFS' GENERIC AND CASE-SPECIFIC WITNESSES**

Pursuant to the Court's instructions of February 26, 2009, the above-listed Plaintiffs submit their Supplemental Notice of Unsealing and Filing Non-Confidential Exhibits to their Supplemental Memorandum of Law (Related to Ihor Rak) in Opposition to AstraZeneca's Motion to Exclude the General Causation Testimony of Plaintiffs' Generic and Case-Specific Witnesses filed by Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP on or about November 3, 2008, attaching the Exhibits listed below.

1

**Exhibits to Ihor Rak Deposition, As Incorporated Into Supplemental Memorandum of Law (Related to Ihor Rak) in Opposition to AstraZeneca's Motion to Exclude the General Causation Testimony of Plaintiffs' Generic and Case-Specific Witnesses**

| Exhibit No. | Document Description |
|:---:|---|
| B | Selected Ihor Rak deposition excerpts filed pursuant to parties' agreement |

DATED: March 11, 2009                    Respectfully submitted,

                                     By:    /s/ Robert W. Cowan
                                            F. Kenneth Bailey Jr.
                                            K. Camp Bailey
                                            Fletcher V. Trammell
                                            Robert W. Cowan
                                            **BAILEY PERRIN BAILEY**
                                            440 Louisiana St., Suite 2100
                                            Houston, Texas 77002
                                            (713) 425-7100 Telephone
                                            (713) 425-7101 Facsimile
                                            kbailey@bpblaw.com
                                            cbailey@bpblaw.com
                                            ftrammell@bpblaw.com
                                            rcowan@bpblaw.com
                                            **Co-Lead Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 11th day of March, 2009, I electronically filed the foregoing: PLAINTIFFS' SUPPLEMENTAL NOTICE OF UNSEALING AND FILING NON-CONFIDENTIAL EXHIBITS TO THEIR SUPPLEMENTAL MEMORANDUM OF LAW (RELATED TO IHOR RAK) IN OPPOSITION TO ASTRAZENECA'S MOTION TO EXCLUDE THE GENERAL CAUSATION TESTIMONY OF PLAINTIFFS' GENERIC AND CASE-SPECIFIC WITNESSES with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

                                            /s/  Robert W. Cowan
                                            Robert W. Cowan