Confidential - Ihor W. Rak, M.D.

Page 1

1          IN THE UNITED STATES DISTRICT COURT
             MIDDLE DISTRICT OF FLORIDA
2                 ORLANDO DIVISION
                     -  -  -
3
    IN RE:  SEROQUEL    :  CASE NO.
4   PRODUCTS LIABILITY  :
    LITIGATION          :  6:06-md-01769-ACC-DAB
5   MDL Docket No. 1769 :

6   This Document Relates to:
    All Cases
7                    -  -  -

8              November 24, 2008

9                    -  -  -
          C O N F I D E N T I A L
10                   -  -  -

11        Videotape deposition of IHOR W.

12  RAK, M.D., taken pursuant to notice, was

13  held at the offices of Golkow

14  Technologies, Inc., One Liberty Place,

15  51st Floor, 1650 Market Street,

16  Philadelphia, Pennsylvania 19103,

17  commencing at 9:04 a.m., on the above

18  date, before Linda Rossi Rios, RPR, CCR

19  and Notary Public.

20                    -  -  -

21

22

23          Golkow Technologies, Inc.
          877.370.3377 ph/917.591.5672 fax
24              deps@golkow.com

Confidential - Ihor W. Rak, M.D.

REDACTED

Page 2

```
1   A P P E A R A N C E S :
2
3       BLIZZARD, McCARTHY & NABERS, L.L.P.
        BY:  EDWARD F. BLIZZARD, ESQUIRE
4            and
             HOLLY M. GIBSON, ESQUIRE
5       Lyric Center
        440 Louisiana
6       Suite 1710
        Houston, Texas  77002-1689
7       (877) 844-3760
        eblizzard@blizzardlaw.com
8       hgibson@blizzardlaw.com
        Counsel for the Plaintiffs
9
10
        LAMINACK, PIRTLE & MARTINES, LLP
11      BY:  THOMAS W. PIRTLE, ESQUIRE
        440 Louisiana, Suite 1250
12      Houston, Texas  77002
        (713) 292-2750
13      tomp@lpm-triallaw.com
        Counsel for the Plaintiffs
14
15
        RUSHTON, STAKELY, JOHNSTON & GARRETT
16      BY:  MICHAEL BROCK, ESQUIRE
        184 Commerce Street
17      Montgomery, Alabama  36104
        (334) 206-3276
18      Counsel for AstraZeneca
19
20
21
22
23
24
```

Page 3

```
1   A P P E A R A N C E S (cont'd.):
2
3       DECHERT LLP
        BY:  JUDY L. LEONE, ESQUIRE
4            and
             ADAM S. TOLIN, ESQUIRE
5       Cira Centre
        2929 Arch Street
6       Philadelphia, Pennsylvania  19104
        (215) 944-2979
7       (215) 994-2958
        judy.leone@dechert.com
8       adam.tolin@dechert.com
        Counsel for AstraZeneca
9
10
        DRINKER BIDDLE & REATH LLP
11      BY:  MOLLY E. FLYNN, ESQUIRE
        One Logan Square
12      18th and Cherry Streets
        Philadelphia, Pennsylvania 19103
13      (215) 988-2836
        molly.flynn@dbr.com
14      Counsel for Janssen Pharmaceuticals
15
16  A L S O   P R E S E N T :
17
18      CHARLES HUNGER,
        chuckh@lpm-triallaw.com
19      Laminack, Pirtle & Martines, LLP
        Paralegal
20
21
        CATHERINE SMALFUS, Videographer
22
23          -  -  -
24
```

2 (Pages 2 to 5)

Confidential - Ihor W. Rak, M.D.

REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED

REDACTED

12        Q.    What are your job
13    responsibilities as vice president of
14    clinical neuroscience, global
15    neuroscience therapy area?
16        A.    My responsibilities are
17    global in nature, and I lead the clinical
18    development organization.  I am
19    accountable for the design and delivery
20    of all clinical studies.  And I am the
21    signatory of the core data sheet.

REDACTED

Confidential - Ihor W. Rak, M.D.

REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED

Confidential - Ihor W. Rak, M.D.

REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED                                           EDACTED

```
21      Q.    What is the core data sheet?
22      A.    The core data sheet is the
23  internal company document that I sign
24  that is based on clinical data, clinical
```

Page 107

```
1   research information as well as the
2   published reports, spontaneous reports
3   and any preclinical information that
4   states what we and AstraZeneca believe
5   the data tells us about Seroquel.
```

REDACTED

Confidential - Ihor W. Rak, M.D.

REDACTED

Confidential - Ihor W. Rak, M.D.

REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

REDACTED

Confidential - Ihor W. Rak, M.D.

REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED

Confidential - Ihor W. Rak, M.D.

REDACTED                                    REDACTED

```
18          (Exhibit Rak-7, SEROQUELTM
19      and SEROQUEL XRTM (quetiapine
20      fumarate) Clinical Overview on
21      Weight Gain, was marked for
22      identification.)
23              -  -  -
24  BY MR. BLIZZARD:
```

Page 153

```
 1      Q.   Let me show you what I'm
 2  going to mark as Rak Exhibit Number 7.
 3  Do you see where this is a clinical
 4  overview of weight gain prepared in July
 5  of 2008?
 6      A.   Yes, I do.
 7      Q.   Are you familiar with this
 8  document?
 9      A.   Yes, I am.
10      Q.   If you look over on page 3,
11  do you see under the introduction?
12      A.   Yes, I do.
13      Q.   It says "PRODUCT DEVELOPMENT
14  RATIONALE," and under the introduction,
15  does it says The Core Data Sheets for
16  SEROQUEL and SEROQUEL XR are to be
17  amended following an internal safety
18  evaluation and review meeting on July 9,
19  2008?
20      A.   Yes, I do.
21      Q.   Are you familiar with the
22  data that was presented that led to this
23  amendment in the core data sheet?
24      A.   Yes, I am.
```

39 (Pages 150 to 153)

Confidential - Ihor W. Rak, M.D.

Page 154

```
 1        Q.    Do you see on page 4 that
 2   there is a proposed label change?
 3        A.    Yes, I do.
 4        Q.    Do you see where it says The
 5   event of weight gain is to be changed
 6   from common to very common in the table
 7   in Section 4.8 Undesirable effects of
 8   SEROQUEL and SEROQUEL XR Core Data
 9   Sheets.  Do you see that?
10        A.    Yes, I do.
11        Q.    Do you see now it's listed
12   very common is greater than 10 percent?
13        A.    Yes, I do.
14        Q.    Okay.  So does this help
15   refresh your memory that in July of 2008
16   there was a change to the core data sheet
17   resulting from data presented at a SERM
18   meeting that changed the undesirable
19   effects of Seroquel weight gain from
20   common to very common?
21        A.    Yes, I do.
22        Q.    And did you sign off on that
23   change?
24        A.    Yes, I did.
```

Page 155

```
 1        Q.    Did that change result in a
 2   change to the U.S. label?
 3        A.    I don't recall if it did.
 4        Q.    Okay.  Well, if you change
 5   your core data sheet, you are supposed to
 6   change your labels throughout the world
 7   to conform to the core data sheet, aren't
 8   you?
 9            MR. BROCK:  Object to the
10        form.
11            THE WITNESS:  That's not my
12        understanding.  My understanding
13        is that we are responsible for
14        ensuring the data in the core data
15        sheet accurately reflect the
16        experience of Seroquel use and is
17        then used in all the markets where
18        Seroquel is approved and it is up
19        to the national regulatory
20        authority in the U.S., in this
21        case the FDA, to determine whether
22        they will accept or reject the
23        change.
24   BY MR. BLIZZARD:
```

Page 156

```
 1        Q.    Okay.  So -- but you have to
 2   first propose the change.  Correct?
 3        A.    I'm not sure if we need to
 4   first propose it.  I think as we
 5   discussed earlier, FDA can initiate a
 6   first change or we can initiate a change.
 7        Q.    Well, did you -- did you
 8   present this data that was presented at
 9   the SERM meeting in July of 2008, have
10   you presented that data to the FDA?
11        A.    I can't speak to that.  I
12   don't know whether people in the U.S.
13   have discussed this with the FDA.
14                - - -
```

REDACTED

Confidential - Ihor W. Rak, M.D.

REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED

Page 164

1   BY MR. BLIZZARD:
2       Q.   I'm going to show you what
3   is marked as Exhibit Number 9 to your
4   deposition.
5           Have you seen this document
6   before?
7       A.   Yes, I have.
8       Q.   Now, do you see it was an
9   e-mail sent to you dated July 7 of 2008?
10      A.   Yes, I do.
11      Q.   And do you see that this is
12  a discussion document that was prepared
13  for the SERM meeting that occurred in
14  July of 2008 regarding weight gain?
15      A.   Yes, I do.
16      Q.   Are you familiar with the
17  data that was reviewed for this document?
18      A.   Yes, I am.
19      Q.   Okay.  Do you -- are you
20  familiar with the fact that the document
21  was reviewed for long-term weight gain?
22      A.   I would have to check that.
23  Let me just check.
24      Q.   Look over on page 20.

Page 165

1       A.   I'm on page 20.
2       Q.   Yes.  Do you see that?
3       A.   So I see that it says an
4   analysis of Seroquel and long-term weight
5   gain data was performed.
6       Q.   Right.  And do you see where
7   it says "Analysis of data collected from
8   patients with schizophrenia, who were
9   treated with SEROQUEL in AstraZeneca
10  clinical trials from July 1993 to
11  May 1999, was performed"?
12      A.   Yes, I do.
13      Q.   So somebody as part of this
14  process in July of 2008 went back and
15  looked at the clinical data on
16  schizophrenic patients from July of 1993
17  to May of 1999 to see whether there was
18  an association with long-term weight
19  gain.  Correct?
20          MR. BROCK:  Object to the
21  form.
22          THE WITNESS:  I see that an
23  analysis of data during that time
24  period was performed.

21          (Exhibit Rak-9, 7/7/08
22      E-mail, was marked for
23      identification.)
24              - - -

42 (Pages 162 to 165)

Page 166

BY MR. BLIZZARD:
 1  BY MR. BLIZZARD:
 2      Q.   Okay.  Are you familiar with
 3  that analysis?
 4      A.   I don't think I've seen that
 5  analysis.  But it sounds like it could be
 6  an analysis of all the data I would have
 7  seen earlier.  But I don't recall this
 8  one specifically.
 9      Q.   Well, you had examined that
10  very same data and wrote a paper that was
11  published in a medical journal.  Correct?
12      A.   Well, again, I can't say
13  that the analysis data said -- that I
14  published on in 2000 is exactly this one.
15  I'd have to look at the paper.  I'd have
16  to look at this dataset.  Because as I
17  said earlier, we collect quite a bit of
18  data and we look at data very, very
19  frequently and carefully.
20      Q.   Okay.  Well, does -- if it
21  was from the same time period that you
22  wrote your paper on, would that be
23  something that would be of interest to
24  you typically?

Page 167

 1          MR. BROCK:  Object to form.
 2          THE WITNESS:  All the
 3      clinical data that we generate on
 4      patients treated with Seroquel are
 5      of interest so we would look at
 6      all of it.  As to this being of
 7      more interest to me, I'm not sure
 8      I understand.
 9  BY MR. BLIZZARD:
10      Q.   Okay.  It wouldn't be more
11  interesting to you because you wrote a
12  paper on it?
13      A.   No.  My job is to look at
14  all the clinical data.
15      Q.   Okay.  So sitting here
16  today, you don't have a particular memory
17  of what this data shows.  Is that
18  correct?
19      A.   Sitting here at this moment,
20  I don't recall.  I'd have to look at that
21  dataset.
22          MR. BROCK:  Take a drink of
23      water.  Keep your voice up.
24          THE WITNESS:  Sorry.

Page 168

 1  BY MR. BLIZZARD:
 2      Q.   Did it cause weight gain,
 3  long-term weight gain?
 4      A.   I'm sorry, did what cause?
 5      Q.   Did the dataset from 1993 to
 6  1999 in schizophrenic patients show that
 7  Seroquel caused weight gain, long-term
 8  weight gain?
 9      A.   I can state with certainty,
10  having been involved in many, if not all,
11  of the data discussions, that Seroquel --
12  we have no data to support that Seroquel
13  causes weight gain in the long term.  We
14  have seen weight gain in the short term
15  and in the long term and we believe we
16  very accurately and specifically have
17  communicated that in our core data sheet
18  and in our label.

REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED                           REDACTED

9        Q.    Okay.  So if you give
10   Seroquel to patients and then other
11   patients receive placebo, and the people
12   who receive the Seroquel symptoms of
13   schizophrenia improve, but the people
14   that receive the placebo the symptoms
15   don't improve as much, would you say that
16   Seroquel is having the effect of reducing
17   their symptoms?
18        A.    Well, it's a complicated
19   question but we find that even if you
20   treat people with placebo their symptoms
21   will improve.  So it is not a simple
22   matter of saying this happens, this
23   doesn't happen.  We have to look at the
24   totality of the clinical data and

Page 171
1    understand what's going on before we can
2    make a statement that something caused
3    something.

REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED

Confidential - Ihor W. Rak, M.D.

REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED

Page 184

1       string, was marked for
2       identification.)
3                 -   -   -
4    BY MR. BLIZZARD:
5       Q.    Have you seen this e-mail
6    before?
7       A.    Yes, I have.
8       Q.    The date on this e-mail on
9    page 1 is December 4 of 2007.  Correct?
10      A.    That's correct.
11      Q.    And this e-mail on the first
12   page is actually from you to Dr. Jeffrey
13   Goldstein.  Correct?
14      A.    That's correct.
15      Q.    Now, it's in response to an
16   e-mail that Dr. Goldstein sent to you
17   that's on page 2.  Correct?
18      A.    That's correct.
19      Q.    Do you remember this
20   communication with Dr. Goldstein?
21      A.    I do remember it.  If I
22   could have a few minutes to just read the
23   e-mail because it's been a while.
24      Q.    Sure.

Page 185

1            MR. BROCK:  I think I may
2       have your premarked one.  I'll
3       hang onto it.
4            MR. BLIZZARD:  I think I
5       premarked two of them.
6            THE WITNESS:  Yes, thank
7       you.
8    BY MR. BLIZZARD:
9       Q.    Okay.  Does reading this
10   e-mail refresh your memory about the
11   issues that Dr. Goldstein was reaching
12   out to you about?
13      A.    Yes, it does.
14      Q.    He was actually seeking a
15   promotion to senior director.  Is that
16   correct?
17      A.    That's correct.
18      Q.    And that would allow him to
19   raise his salary because he had been
20   capped out in the band six that he was
21   located in.  Correct?
22      A.    Well, in the e-mail he's
23   asking is he being considered for
24   promotion and will my salary increase

20      Q.    Okay.  Let me show you what
21   I'm going to mark as Exhibit Number 10 to
22   your deposition.
23                -   -   -
24           (Exhibit Rak-10, E-mail

Confidential - Ihor W. Rak, M.D.

Page 186

1  appropriately.
2      Q.   Right.
3      A.   I'm not sure that he or I
4  felt it would at this point.
5      Q.   Okay.  All right.  So did
6  you tell him that he was not being
7  considered?
8      A.   Yes, I did.
9      Q.   And as a result did he leave
10  the company?
11     A.   I don't think that he left
12  the company as a result of that.  He
13  never made that clear to me.
14     Q.   Okay.  He left shortly after
15  December 3 of 2007.  Correct?
16     A.   Yes.  He left before the end
17  of the year.
18     Q.   Now, he includes a sentence
19  in the e-mail that says "And, there is a
20  lot going on with Seroquel under the
21  pretense of science that needs serious
22  review."  Do you see that?
23     A.   Yes, I do.
24     Q.   Did you talk to him about

Page 187

1  that?
2      A.   He mentioned the general
3  terms that he -- well, after this e-mail
4  exchange when I either had a phone
5  conversation or met with him in person, I
6  believe I did meet with him in person
7  after this, he did say that he --
8  suggested to me that I create a special
9  role of science director and that he be
10  in that position so that he can monitor
11  the quality of the science.  We did not
12  go into any details of what quality of
13  science needed improvement because I
14  explained to him that I had a therapy
15  area science director and that that
16  position was not functioning as
17  effectively as we would have wanted it to
18  function.  So that was not going to be a
19  position I would create or offer to him.
20     Q.   Okay.  So he generally said
21  that he was concerned about the quality
22  of the science and indicated that he
23  could serve as a person who would oversee
24  the quality of the science.  Correct?

Page 188

1          MR. BROCK:  Object to the
2  form.
3          THE WITNESS:  Well, he says
4      very clearly here there's a lot
5      going on with Seroquel under the
6      pretense of science that needs
7      serious review.
8  BY MR. BLIZZARD:
9      Q.   Right.
10     A.   So that was his view.
11     Q.   Did you ask him for the
12  details of this science that needed
13  serious review?
14     A.   I did not ask him
15  specifically about the details.
16     Q.   Did you direct anyone else
17  to ask him about the details?
18     A.   I did not direct anyone to
19  ask him about the details.
20     Q.   Was there a reason why you
21  didn't ask?
22     A.   No.  Because that -- in my
23  discussions with Dr. Goldstein it seemed
24  to me that he was deciding whether it

Page 189

1  made financial sense for him to stay or
2  leave.  That was not a significant or
3  substantial or any part of our
4  discussion.
5      Q.   Well, was it a concern to
6  you that all the science be done as
7  quality science rather than under the
8  pretense of science?
9          MR. BROCK:  Object to form.
10     You may answer.
11         THE WITNESS:  Well,
12     certainly it is my concern that we
13     do genuinely credible scientific
14     work.  Yes.
15  BY MR. BLIZZARD:
16     Q.   Okay.  But why wouldn't you
17  ask him the question then, what are you
18  talking about?
19     A.   I guess it never came up in
20  the discussion.  But actually now that --
21  now that we're talking about it, what I
22  recall is that he mentioned something
23  about the Seroquel metabolite and
24  Seroquel binding properties and

Confidential - Ihor W. Rak, M.D.

REDACTED

Page 190

1    Seroquel's mechanism of action.  And I
2    knew he had been involved in that
3    earlier, and I know that -- let's see, do
4    I know that at this time -- no, this was
5    prior to assigning another physician
6    scientist to the Seroquel team to handle
7    the scientific review of specifically
8    that.

REDACTED

19          (Exhibit Rak-11, E-mail
20          string, was marked for
21          identification.)
22                - - -
23    BY MR. BLIZZARD:
24          Q.    Okay.  Let me just show you

Confidential - Ihor W. Rak, M.D.

Page 194

1  what I've marked as Exhibit 11 to your
2  deposition. Does this document relate to
3  the project that you headed up?
4       A.    I'll just take a few minutes
5  to read this.
6       Q.    Sure.
7       A.    Yes, I recall this e-mail
8  exchange, and this was not related to the
9  metabolic project. This was related to
10 my work as the global product director
11 leading the development of the emergence
12 of psychiatry projects and our awareness
13 that there was concern about atypical
14 antipsychotic use and the associated
15 effects on blood sugars that this was a
16 proposal for a study to do exploratory,
17 what's called metabolomic study, which is
18 taking either blood or urine, I don't
19 recall which, and testing it for various
20 metabolic metabolite parameters to see if
21 we could find any differences in how
22 patients respond to clozapine, olanzapine
23 and I recall Seroquel also.
24      Q.    Okay. So the first e-mail

Page 195

1  from this chain is at the bottom of the
2  page. It's from a Stephen Furlong to
3  Martin Brecher. Do you see that?
4       A.    Yes, I do.
5       Q.    And the subject is
6  "diabetes/atypicals and metabalomics."
7  Correct?
8       A.    That's correct.
9       Q.    It says "Hi Martin, Mark
10 mentioned to me that there is renewed
11 interest on the Seroquel team for
12 understanding the nature of the diabetes
13 liability for atypicals so I thought you
14 might be interested in the review paper
15 at the attached link. By the way, the
16 metabalomics approach that we discussed
17 has some real potential of providing some
18 insight here. I'd be interested in
19 talking to you some more about this
20 and/or giving a presentation to the
21 Seroquel about how this approach might
22 help us."
23      Is this Stephen Furlong,
24 does he work for AstraZeneca?

Page 196

1       A.    Yes, he does.
2       Q.    And when he's talking about
3  diabetes liability there, he's talking
4  about the risk of atypicals including
5  Seroquel to cause diabetes?
6       A.    He's talking about the
7  understanding of the nature of the
8  diabetes liability for atypicals.
9       Q.    Okay. Then the next e-mail
10 is from a Robert Allen to Stephen Furlong
11 and Martin Brecher. And it says,
12 Apologies for delay in getting back on
13 this. This is a sound and reasonable
14 proposal. Suggest you share directly
15 with Ihor and EPT with request for dollar
16 support.
17      So -- then the next e-mail
18 is to you. Correct?
19      MR. BROCK: Object to form.
20      THE WITNESS: The next
21 e-mail is to me, yes.
22 BY MR. BLIZZARD:
23      Q.    Right. So Robert Allen,
24 what was his position at AstraZeneca?

Page 197

1       A.    It says Robert Allen (R&D TA
2  Pain). I know at one point he was the
3  head of discovery medicine. And I'm
4  trying to remember was that the time when
5  he was the head of discovery medicine.
6       Q.    Okay. So whatever his
7  position was, at the time he wrote this
8  e-mail back in 2004 he indicated that he
9  thought this proposal to study the
10 diabetes liability for atypicals using
11 this metabolomics was a sound and
12 reasonable proposal. Correct?
13      MR. BROCK: Object to form.
14      THE WITNESS: I believe he
15 says this is a sound and
16 reasonable proposal.
17 BY MR. BLIZZARD:
18      Q.    Okay. Did you review it?
19      A.    I don't recall reviewing it.
20 I may have spoken to Steve Furlong about
21 the scientific credibility of it, and he
22 was very much in favor of us doing it
23 despite how exploratory in nature it was.
24 But he thought it was helpful.

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

Page 198

1      Q.    Did it get done?
2      A.    I believe I did approve this
3   study.  I believe it was initiated.  I do
4   not recall seeing the results of this.
5      Q.    Okay.  Where was the study
6   done?
7      A.    I don't recall where it
8   would have been done.
9      Q.    What group would have been
10  in charge of the study?
11     A.    This would have been --
12  discovery medicine would have conducted
13  the study, so I think that would have
14  been Rob Allen's group, but he didn't
15  have budget for these studies, so I would
16  have paid for it out of my own budget.
17     Q.    So this was not conducted by
18  the Seroquel team then, was it?
19     A.    It was not.
20     Q.    Was there a reason why it
21  wasn't conducted by the Seroquel team?
22     A.    I don't think, because of
23  the exploratory nature of the study,
24  because it's not validated metabolomic

Page 199

1   markers, it fit more into the exploratory
2   work that we were doing in early
3   development and experimental medicine and
4   it would have been used to find markers
5   that we could then test to see if new
6   medicines in animals did lead to these
7   markers or did not.  So it was very much
8   early exploratory work.
9      Q.    Okay.  The way I read
10  this -- maybe I'm reading it wrong, but
11  the way I read this, it was also to test
12  whether there was a -- that atypicals
13  potentially could cause diabetes?
14          MR. BROCK:  Object to form.
15  BY MR. BLIZZARD:
16     Q.    Is that true?
17     A.    I could see how one would
18  read this.  I think that's a bit of an
19  overstatement.  If we had a metabolomics
20  marker that would help us identify a
21  diabetes liability for atypicals, that
22  would be very widely known and widely
23  used just because of all the attention
24  that the atypicals are getting.

Page 200

1      Q.    So this -- this study was
2   done by the discovery team.  Was it
3   published?
4      A.    I don't recall if it's been
5   published, again, because of the very
6   early exploratory nature of it.
7      Q.    What's the study number?
8      A.    I don't know that it would
9   have a study number because it may have
10  been a contract with a contract research
11  organization to collect blood samples and
12  then test them is my recollection.  It
13  wouldn't have an AstraZeneca study number
14  I don't think.
15     Q.    Do you know what contract
16  research organization was handling it?
17     A.    I don't recall.
18     Q.    Do you know what the study
19  was called?
20     A.    I don't know what it was
21  called, but we refer to it as a
22  metabolomics study.
23     Q.    Do you know what the results
24  of the study were?

Page 201

1      A.    I don't know what the
2   results of the study are.
3      Q.    When was the study
4   completed?
5      A.    I don't know if it was
6   completed.

REDACTED

Confidential - Ihor W. Rak, M.D.

REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED

Page 212

1  November of 2000, correct?  Or accepted
2  for publication November of 2000.
3  Correct?
4      A.   That's correct.
5      Q.   And then if you look up at
6  the top of the page, does it appear it
7  actually appeared in the literature in
8  this journal in 2000?
9      A.   That's correct.
10     Q.   The journal is International
11 Journal of Psychiatry in Clinical
12 Practice.  Correct?
13     A.   That's correct.
14     Q.   Now, this article was
15 targeted for quick publication, wasn't
16 it?
17     A.   I don't recall it being
18 targeted for quick publication.
19     Q.   Do you know what that means,
20 to be targeted for quick publication?
21     A.   No, I do not.
22     Q.   Do you know if there was any
23 marketing that -- whether this paper was
24 done as part of a marketing program for

24          (Exhibit Rak-12, Clinical

Page 213

1  Seroquel?
2      A.   No, I don't know that it was
3  done as part of a marketing.
4      Q.   So you didn't have any
5  communications with any of the marketing
6  people about this article?
7      A.   I don't recall any specific
8  communications with marketing people on
9  this paper, but it would not have been
10 unusual the way we worked for marketing
11 or commercial people to have seen the
12 paper, the data, and what we were working
13 on.

REDACTED

Page 211

1      Study the weight profile of
2  SEROQUEL over the long term, Bates
3  AZSER 10417174 - AZSER 10417180,
4  was marked for identification.)
5              - - -
6  BY MR. BLIZZARD:
7      Q.   Let me show you what's
8  marked as Exhibit Number 12 to your
9  deposition, which is an exhibit that
10 includes the paper but also includes a
11 carrier for the paper that was used by
12 the sales force.  I'll ask you about
13 that, I guess, later.
14          But if you look over at the
15 paper itself, can you tell us when it was
16 published or submitted to for
17 publication?
18          MR. BROCK:  Do you have an
19      extra?
20          MR. BLIZZARD:  Yes.
21          THE WITNESS:  It was
22      received on the 2nd of May 2000.
23 BY MR. BLIZZARD:
24     Q.   It was actually published in

Confidential - Ihor W. Rak, M.D.

REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED

REDACTED

6          Q.    Let me show you what I'm
7    going to mark as Exhibit Number 14 to
8    your deposition.
9                  -  -  -
10                (Exhibit Rak-14, E-mail
11         string, was marked for
12         identification.)
13                  -  -  -
14   BY MR. BLIZZARD:
15         Q.    Do you see an e-mail that
16   starts at the bottom of page 1 that is an
17   e-mail from you?
18         A.    Yes, I do.
19         Q.    And it's dated February 25
20   of 2000.  Correct?
21         A.    That's correct.
22         Q.    That's two days after the
23   e-mail circulating this paper that had
24   Dr. Gorman's name on it was sent around?

Page 221

1          A.    That's correct.
2          Q.    So two days later you offer
3    your comments on the paper.  Correct?
4          A.    That's correct.
5          Q.    Now, if you look over on the
6    second page, do those included -- are
7    those your comments on the paper?
8          A.    Yes, they are.
9          Q.    You say "Judith Thank you
10   for the opportunity to comment on this
11   very important paper."  And then bullet
12   point number 2, does it say "We need to
13   emphasize much more that Seroquel
14   treatment is NOT...," and not is in all
15   caps, "...associated with a mean weight
16   gain in patients where it is used alone
17   (without other antipsychotics).  That
18   should be the key message; not that there
19   is a small weight gain in a group of
20   patients who were treated with Seroquel
21   (with and without other antipsychotics).
22   The abstract and paper can mention these
23   data, but then stress that finer analyses
24   and more relevant data tell a far better,

56 (Pages 218 to 221)

Confidential - Ihor W. Rak, M.D.

Page 222

1  and more clinically relevant to Seroquel,
2  story." Is that what you said?
3      A.   Yes, it is.
4      Q.   Okay. So your position was
5  that the paper needed to emphasize that
6  Seroquel treatment is not associated with
7  weight gain. Correct?
8      A.   Is not associated with mean
9  weight gain in patients where it is used
10  alone.
11      Q.   Okay. And then your third
12  bullet point here is that "The last key
13  point in the first section after the
14  abstract: only minimal effects on weight
15  is not strong enough. We showed a mean
16  weight loss in patients treated with
17  Seroquel alone long term." Do you see
18  that?
19      A.   Yes, I do.
20      Q.   Okay. So you also say on
21  bullet point number 7, the first
22  sentence, this is regarding the
23  discussion paragraph, correct?
24      A.   Correct.

Page 223

1      Q.   The first sentence
2  "'...quetiapine treatment was associated
3  with only a modest mean increase in
4  weight' is not the key message of this
5  work, since that analysis did not
6  separate out patients treated with other
7  antipsychotic medications. The net loss
8  on quetiapine alone is the key message.
9  Stressing the importance of this
10  distinction is key." Is that your point
11  at the time?
12      MR. BROCK: Object to form.
13      THE WITNESS: That's
14  correct.
15  BY MR. BLIZZARD:
16      Q.   So did your key points as
17  enunciated in this e-mail get
18  incorporated into the paper?
19      A.   I believe that many of them
20  were. I can't say that all of them were.
21      Q.   Okay. So your key message
22  was that it was weight neutral. Correct?
23      A.   My conclusion in this paper
24  that was published was that Seroquel as a

Page 224

1  molecule was weight neutral, yes.
2      Q.   Okay. And when you wrote
3  those comments, Michael Murray wrote back
4  on February 26 in an e-mail that was sent
5  to a number of people including yourself.
6  Correct?
7      A.   That's correct.
8      Q.   Now, what was Michael
9  Murray's job at the time?
10      A.   I recall he was in
11  commercial.
12      Q.   He was on the marketing side
13  of the company, wasn't he?
14      A.   I think he was, yes.
15      Q.   Okay. What was they doing
16  involved in the scientific e-mail?
17      MR. BROCK: Object to form.
18      THE WITNESS: They were
19  providing their comments.
20  BY MR. BLIZZARD:
21      Q.   Okay. And his comment at
22  the time was "Ihor should definitely be
23  one of the authors of this paper."
24  Correct?

Page 225

1      A.   That's correct.
2      Q.   He actually says in the
3  first sentence of his e-mail, "Thank you
4  for your excellent comments!!! Totally
5  on mark." Correct?
6      A.   That's correct.
7      Q.   Then he says "I agree we
8  should be as aggressive as possible on
9  the weight gain issue. You make a great
10  point about us giving up too much with
11  EPS, lets not concede that all atypicals
12  are the same, they are not." Is that
13  what he said?
14      A.   That's correct.
15      Q.   Now, when he says "Totally
16  on mark," what is he talking about? He's
17  not a scientist, is he?
18      A.   He's not a scientist as far
19  as I know. And I don't know what he
20  means, on mark.
21      Q.   Well, when he was giving you
22  scientific props here, did you write him
23  back and say thanks, but no thanks,
24  you're a marketing man?

Confidential - Ihor W. Rak, M.D.

Page 226

1      MR. BROCK:  Object to form.
2      THE WITNESS:  I don't see
3    him giving us scientific props, is
4    that your term?
5  BY MR. BLIZZARD:
6      Q.    Yes.
7      A.    I don't know what a
8  scientific prop is actually.
9      Q.    He was giving you
10  essentially a scientific high five.
11      MR. BROCK:  Object to form.
12  BY MR. BLIZZARD:
13      Q.    Do you understand that?
14      A.    Okay.  I understand now what
15  you mean by a scientific high five, but I
16  can say that I don't anticipate,
17  appreciate or take into account
18  scientific props from nonscientists.
19      Q.    Okay.  But you didn't tell
20  him that, though, did you?
21      A.    I don't recall what I told
22  him.
23      Q.    Did you also make the points
24  that you made in this e-mail that got

Page 227

1  incorporated into -- some of which got
2  incorporated into the paper, did you make
3  those points to some of the key opinion
4  leaders who were speaking to other
5  doctors about Seroquel?
6      A.    I don't recall having these
7  data, this paper or these key points in
8  the messages or the speakers bureau.  I
9  don't recall specifically making those.
10      Q.    Let me show you what is
11  marked as Exhibit Number 15.
12          -  -  -
13      (Exhibit Rak-15, E-mail
14    string, Bates AZ/SER 3813664 -
15    AZ/SER 3813666, was marked for
16    identification.)
17          -  -  -
18  BY MR. BLIZZARD:
19      Q.    Do you see the e-mail on
20  the bottom of page 1?
21      A.    Yes, I do.
22      Q.    Does this refresh your
23  memory about your presentation to
24  speakers about Seroquel and weight gain?

Page 228

1      A.    Yes, it clearly does.
2      Q.    Do you see that this e-mail
3  is dated October 25 of 2000?
4      A.    Yes, it does.
5      Q.    And does it say I had the
6  pleasure of presenting 5 slides -- 5
7  weight slides (from International
8  Speaker's Training meeting) to the US
9  SEROQUEL Product Team?  Do you see that?
10      A.    Yes, I do.
11      Q.    Okay.  Now, was there an
12  International Speaker's Training meeting
13  that these slides were originally
14  prepared for?
15      A.    I don't recall specifically
16  that they were prepared for that purpose.
17      Q.    Okay.  Well, whether they
18  were prepared for that purpose, these
19  slides were used at the International
20  Speaker's Training meeting.  Correct?
21      A.    According to my e-mail, yes,
22  they were.
23      Q.    And you actually presented
24  these to the U.S. Seroquel product team.

Page 229

1  Correct?
2      A.    Correct.
3      Q.    And "The titles of the 5
4  slides were:  SEROQUEL - minimal effect
5  on weight long term..."  Correct?
6      A.    Correct.
7      Q.    "SEROQUEL - neutral effect
8  on weight at all doses..."  Correct?
9      A.    Correct.
10      Q.    There were three slides that
11  said -- no, actually then there were
12  three slides that said long-term Seroquel
13  monotherapy has neutral effect on weight
14  (1 with confidence intervals, another
15  n=112 of 53 weeks exposure and longer
16  shifts in BMI category, and another
17  shifts in BMI category in obese/severely
18  obese patients.  Is that what those
19  slides said?
20      A.    Yes, that's what it says.
21      Q.    Okay.  So these slides that
22  were shown to the U.S. Seroquel product
23  team and were also shown at the
24  International Speaker's Training meeting

Confidential - Ihor W. Rak, M.D.

Page 230

1    said that Seroquel had a minimal effect
2    on weight long term and had a neutral
3    effect on weight at all doses.  Correct?
4           MR. BROCK:  Object to form.
5           THE WITNESS:  It says what
6       it says.
7    BY MR. BLIZZARD:
8       Q.    Okay.  Well, is that your
9    memory of what they said?
10      A.    I don't recall what they
11   said, but I would trust my e-mail from
12   that date.
13      Q.    Do you stand by those slides
14   today?
15      A.    Could you clarify what you
16   mean by stand by them today?
17      Q.    Would you show them again?
18      A.    The slides that were
19   constructed based on the dataset that we
20   showed, I would stand by those as being
21   an accurate representation of the
22   dataset.
23      Q.    Are they accurate today?
24      A.    If your question is, are

Page 231

1    they accurate today based on all of the
2    additional data that we have, I would say
3    that my conclusion that the data that I
4    published in 2000 supported that the
5    molecule was weight neutral based on the
6    analysis and the graphic representations
7    here has evolved.  We have much more data
8    and many more patients.  And when we plot
9    out more of the patients, the data
10   according to their body mass index, then
11   the weight neutrality profile is not
12   apparent in those datasets.  So my
13   thinking has evolved a bit with
14   additional clinical data.  So I would not
15   use the term "weight neutral" to describe
16   Seroquel's weight gain associated effects
17   in patients today.
18      Q.    Okay.  So it's not accurate
19   to say that Seroquel is weight neutral,
20   is it?
21           MR. BROCK:  Object to form.
22           THE WITNESS:  Today I would
23       not say that Seroquel is weight
24       neutral based on the data that I

Page 232

1       have seen.
2    BY MR. BLIZZARD:
3       Q.    Okay.  There is actually
4    data that was available between 1993 and
5    1999 that showed that Seroquel was not
6    weight neutral.  Correct?
7       A.    That's not my recollection,
8    and our -- my conclusion that Seroquel
9    had a weight neutral impact on patients
10   was based on this dataset which
11   specifically addresses patients with
12   schizophrenia, monotherapy used alone
13   over the long term which I believe was
14   about a year and a half in this paper.

REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED

REDACTED

16        (Exhibit Rak-16, Clinical
17        Overview, was marked for
18        identification.)
19              - - -
20   BY MR. BLIZZARD:
21        Q.   Let me show you what's
22   marked as Exhibit Number 16 to your
23   deposition.  Have you seen Exhibit 16
24   before?

60 (Pages 234 to 237)

Page 238

1     A.    Yes, I have.
2     Q.    Do the scientific data that
3  have been collected on children who take
4  Seroquel provide evidence for Seroquel
5  causing weight gain in children?
6     A.    I believe that the data of
7  Seroquel's effects in children with
8  regard to weight gain are of the same
9  nature as we've seen in adults taking
10  weight gain.  They are seen more
11  frequently, and I believe that's what
12  these changes reflect.
13     Q.    So does Seroquel cause
14  weight gain in children?
15     A.    I don't believe Seroquel
16  causes weight gain in children.
17     Q.    Is there any evidence to
18  support Seroquel causing weight gain in
19  children?
20     A.    I don't believe there is
21  evidence supporting weight gain --
22  Seroquel causing weight gain in children.
23     Q.    Let's look at this paper.
24  Do you see where on page 4 it is noted in

Page 239

1  the last sentence of 1.1.1 that "SEROQUEL
2  XR is not approved for children or
3  adolescents below 18 years of age"?
4     A.    Yes, I do.
5     Q.    But you know that Seroquel
6  is used by some children.  Correct?
7          MR. BROCK:  Object to the
8          form.
9          THE WITNESS:  I don't know
10          that Seroquel is used by some
11          children, but I know that we've
12          studied Seroquel in children and
13          adolescents.
14  BY MR. BLIZZARD:
15     Q.    Okay.  Actually that last
16  paragraph is about Seroquel XR and the
17  paragraph above that says "SEROQUEL is
18  not approved for children or adolescents
19  below 18 years of age."  Correct?
20     A.    That's correct.
21     Q.    What's the difference
22  between Seroquel and Seroquel XR?
23     A.    Seroquel is the immediate
24  release formulation and Seroquel XR is an

Page 240

1  extended release formulation.
2     Q.    Okay.  So neither of them is
3  approved for use in children.  Correct?
4     A.    That's correct.
5     Q.    And you don't know whether
6  any children are using it or not, you
7  just know that Seroquel is being studied
8  in children.  Correct?
9     A.    That's within my realm of
10  responsibility, yes.
11     Q.    Have you ever asked anybody
12  whether children are using it outside of
13  clinical studies?
14     A.    I haven't asked anybody
15  that, no.
16     Q.    Do you see where it says
17  "Weight gain in children and adolescents"
18  over on page 5, there's a paragraph that
19  starts "In one 6-week placebo-controlled
20  trial..."?  Do you see that?
21     A.    Yes, I do.
22     Q.    So the first paragraph is
23  about a study that was a 6-week study of
24  adolescent patients between the ages of

Page 241

1  13 and 17.  Correct?
2     A.    Correct.
3     Q.    And the mean increase in the
4  body weight for those six weeks was
5  2 kilograms in the quetiapine group.  And
6  actually in the placebo group the
7  patients lost a half -- or four-tenths of
8  a pound.  Correct?
9     A.    That's correct.
10     Q.    And then 21 percent of
11  the -- of the quetiapine-treated patients
12  versus 7 percent of the placebo-treated
13  patients gained more than 7 percent or
14  greater than or equal to 7 percent of
15  their body weight.  Correct?
16     A.    That's correct.
17     Q.    Okay.  And kilograms
18  translates into pounds how?
19     A.    A kilogram is 2.2 pounds.
20     Q.    And then in the second
21  paragraph it talks about a 3-week
22  placebo-controlled trial.  Correct?
23     A.    That's correct.
24     Q.    And that was in patients

Confidential - Ihor W. Rak, M.D.

Page 242

1  that were 10 years old to 17 years old.
2  Correct?
3       A.   That's correct.
4       Q.   And in that population,
5  there was a mean increase in body weight
6  of 1.7 kilograms in the -- kilograms in
7  the quetiapine group and
8  only .4 kilograms in the placebo group.
9  Correct?
10      A.   That's correct.
11      Q.   And in that 3-week study,
12 12 percent of the quetiapine-treated
13 patients versus 0 percent of the
14 placebo-treated patients gained greater
15 than or equal to 7 percent of their body
16 weight.  Correct?
17      A.   That's correct.
18      Q.   Does that seem like a pretty
19 striking finding to you?
20      A.   It's a finding from one
21 clinical study that was in children and
22 adolescents with bipolar mania over a
23 3-week period.
24      Q.   Well, 12 percent of the

Page 243

1  patients gaining more than 7 percent of
2  their body weight -- body weights in
3  three weeks seems like a lot to me.  Is
4  that a lot to you?
5           MR. BROCK:  Object to the
6  form.
7           THE WITNESS:  These two
8           sentences accurately characterize
9           what happened when we treated
10          children and adolescent patients
11          in this clinical trial and what we
12          saw.  So it's an accurate
13          characterization of what we saw.
14          As to what it means clinically,
15          that I would need to look at our
16          other clinical data and take that
17          into consideration, take both this
18          and the other data into
19          consideration.
20 BY MR. BLIZZARD:
21      Q.   Okay.  So this isn't
22 particularly eye opening, I guess, to
23 you, is it?
24      A.   Given -- no, it's not, given

Page 244

1  how extensively we've studied Seroquel as
2  a molecule both IR and XR across many
3  patients.  And now we're beginning to
4  study it in children and we see different
5  findings reported with increases in body
6  weight, no.  It's one piece of
7  information I would take into account.
8       Q.   Do you see in the next
9  paragraph where there was an open-label
10 study that enrolled patients from the two
11 trials that are described above that
12 lasted for 26 weeks of therapy with
13 quetiapine.  Do you see that?
14      A.   Yes, I do.
15      Q.   So that's six months.
16 Right?
17      A.   Yes.
18      Q.   And after six months, the
19 mean increase in body weight was
20 4.4 kilograms.  Correct?
21      A.   That's correct.
22      Q.   And 45 percent of the
23 patients gained greater to or equal to --
24 greater than or equal to 7 percent of

Page 245

1  their body weight.  Correct?
2       A.   Not adjusted for normal
3  growth because these are children that
4  would be growing over a half a year time
5  period.
6       Q.   Right.  When you adjusted it
7  for normal growth, still 18 percent of
8  them had gained more than or equal to
9  7 percent of their body weight.  Correct?
10      A.   That's correct.
11      Q.   Now, actually, do you
12 remember from reviewing the data that
13 some of these people that are in this
14 open-label trial were actually placebo
15 patients in these two trials described
16 above?
17      A.   They would have been.
18      Q.   Right.  And those people who
19 were placebo patients, most of them
20 gained little or no weight while they
21 were placebo patients.  Right?
22      A.   I don't recall that
23 specifically.
24      Q.   Okay.  Would it be important

Confidential - Ihor W. Rak, M.D.

REDACTED

Page 246

1    to you if you found out that when they
2    were placebo patients they gained little
3    or no weight and then when we get
4    switched to Seroquel in the open-label
5    section they gained weight --
6            MR. BROCK:  Object to the
7    form.
8    BY MR. BLIZZARD:
9        Q.    -- significant weight?
10       A.    That would have been an
11   important observation that would have had
12   several possible explanations.
13       Q.    And you don't remember
14   whether that observation was made or not?
15       A.    I don't recall at this time
16   seeing those patients, but that
17   observation would not be surprising to me
18   or would be an observation of concern.

REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED                                    REDACTED

7      Q.    Do you remember this
8   clinical overview on weight gain that --
9   on the adults, do you recall that
10  document?
11     A.    Yes, I do.
12     Q.    Do you have that in front of
13  you?
14     A.    Yes, I do.
15         MR. BROCK:  What number is
16     that one?
17         THE WITNESS:  16.
18  BY MR. BLIZZARD:
19     Q.    Is that -- is that the one
20  on adults or children?
21     A.    5.1.1.
22     Q.    I think that's the one on
23  pediatrics.
24     A.    5.1.1 is --

                                    Page 253
1          MR. BROCK:  How about number
2     7?
3          THE WITNESS:  Number 7?
4   BY MR. BLIZZARD:
5     Q.    Yeah, I don't think you have
6   it.
7     A.    I'm looking for Exhibit 7.
8   Exhibit 7.
9     Q.    Take your time.
10    A.    7.
11    Q.    Do you have it in front of
12  you?
13    A.    Yes, I do.
14    Q.    Do you have Section 5.1.1?
15    A.    Yes, I do.
16    Q.    Do you see where it says
17  "Acute placebo-controlled trials"?
18    A.    Yes, I do.
19    Q.    Do you see where there's a
20  calculation of relative risk?
21    A.    Yes, I do.
22    Q.    Okay.  And the relative risk
23  as calculated here in the internal
24  documents of AstraZeneca shows the

Page 254

1  relative risk estimate was 2.5.  Correct?
2       A.    That's correct.
3       Q.    And that was statistically
4  significant, wasn't it?
5       A.    I see the confidence
6  intervals, but I don't see a statement
7  that says this is statistically
8  significant.  So I would ask my
9  statistical colleagues whether that was
10 statistically significant or not.
11      Q.    It says 95 percent
12 confidence interval there, doesn't it?
13      A.    That's correct.
14      Q.    On the -- both the upper and
15 lower bands of the confidence interval
16 are shown there, aren't they?
17      A.    They are shown here.
18      Q.    The upper end of the
19 confidence interval was three.  Correct?
20      A.    That's what it writes here
21 in the paper.
22      Q.    In the bottom -- bottom end
23 of the confidence interval was 2.1.
24 Correct?

Page 255

1       A.    That's correct.
2       Q.    Okay.  And for this to be
3  statistically significant, the lower end
4  of the confidence interval has to be
5  above one.  Correct?
6            MR. BROCK:  Object to the
7       form.
8            THE WITNESS:  I would defer
9       to a statistician to tell me
10      whether that statistical test
11      would be appropriate for this
12      dataset.  The fact that it's not
13      here puzzles me a little bit
14      because if it was statistically
15      significant, we would say that.
16 BY MR. BLIZZARD:
17      Q.    So you are not familiar
18 enough with confidence intervals and
19 statistical significance to know that as
20 long as the lower end of the confidence
21 interval is above one, it's statistically
22 significant?
23            MR. BROCK:  Object to the
24      form.

Page 256

1            THE WITNESS:  In my
2       experience, when the confidence
3       interval is above 1.0 on relative
4       risk and there is a statistical
5       test performed with a P-value,
6       then I would accept that it is
7       statistically significant.  I'm
8       puzzled by not seeing a
9       statistical test performed here,
10      and it could be because it was
11      inappropriate or inadvertently
12      omitted.  So I would seek advice
13      from a statistical expert here.
14 BY MR. BLIZZARD:
15      Q.    With the numbers that are in
16 front of you, can you calculate the
17 P-value for this relative risk estimate?
18      A.    I could not, no.
19      Q.    Could you calculate relative
20 risk from the numbers?
21      A.    I couldn't here at this
22 time, at this moment, although I do see
23 the 9.6 over 3.8, and the relative
24 incidence compared to placebo would be

Page 257

1  2.5.
2       Q.    But it's not part of your
3  expertise or work to do calculation of
4  relative risk, or is it?
5       A.    I would not be the one
6  calculating relative risk numbers.
7       Q.    Okay.
8       A.    I'd be the one looking at
9  them and interpreting their significance.
10      Q.    Is it meaningful to you that
11 this relative risk is calculated 2.5 and
12 the lower end of the confidence interval
13 was above 1?
14      A.    It's important to note this,
15 yes.
16      Q.    Is it important to your
17 assessment of association or causation to
18 see that the confidence interval is
19 relatively narrow?
20      A.    Not to attributing the
21 relative risk to causation as you asked
22 the question.
23      Q.    Okay.  So the fact that you
24 have a statistically significant relative

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED

Page 258

1    risk calculated at 2.5 does not affect
2    your opinion on causation.  Correct?
3            MR. BROCK:  Object to the
4    form.
5            THE WITNESS:  I do not see a
6    statistical test performed with
7    statistical significance to reach
8    that conclusion.

REDACTED

7        Q.    Okay.  Is that the most you
8    can say about it?
9        A.    Well, I think that because
10   the clinical experience and a plausible
11   mechanism has shown that patients, when
12   they are titrated with the dose of
13   Seroquel, in too high of a dose or too
14   quickly, may drop their blood pressure,
15   and later in the course of their
16   treatment when you change your dose, they
17   may experience the same thing, there is
18   enough medical and scientific evidence
19   here to conclude that it may cause it.
20   So if my mom or dad or family member were
21   to say if I take this, could it cause me
22   to be dizzy or fall or drop my blood
23   pressure, I would say, yes, it could.
24       Q.    Okay.  So what is the key

66 (Pages 258 to 261)

Confidential - Ihor W. Rak, M.D.

REDACTED

Page 262

1    factor here for you, that there's a
2    plausible mechanism for it?
3        A.    That's one piece of
4    information, the fact that there is a
5    plausible mechanism, but it's also the
6    totality of the clinical experience.
7    We've seen this over and over and over
8    again.
9        Q.    Okay.  So the repeatability
10   of it is an important factor as well.
11   Correct?
12       A.    Yes, the repeatability, the
13   reproducibility, yes, is an important
14   factor.

REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED

REDACTED

```
21         Q.    Yes.  Did you change your
22   core data sheet in June of 2007 to
23   indicate that it was a common side effect
24   of Seroquel for blood glucose to be
```

Page 271

```
1    increased to hyperglycemic levels?
2           MR. BROCK:  Object to the
3    form.
4           THE WITNESS:  That's
5    correct.  That's what we changed.
```

REDACTED

69 (Pages 270 to 273)

Confidential - Ihor W. Rak, M.D.

REDACTED                              REDACTED

```
5              (Exhibit Rak-21, 6/25/08
6         Letter, was marked for
7         identification.)
8                   - - -
9    BY MR. BLIZZARD:
10        Q.    Okay.  I'm going to show you
11   what I'm marking as Exhibit Number 21.
12   Is this a letter from the FDA to
13   AstraZeneca dated June 25 of 2008?  The
14   FDA has an annoying way of not putting
15   dates on the first page of the
16   document so if you look over --
17        A.    Yes.
18        Q.    -- at the last page, you'll
19   see it there.  Do you see it there?
20        A.    Yes, I do.
21        Q.    Okay.  And is this a letter
22   to Mr. Limp at AstraZeneca?
23        A.    Yes, it is.
24        Q.    Okay.  Does it acknowledge
```

Confidential - Ihor W. Rak, M.D.

Page 278

1 receipt of the supplemental new drug
2 application dated June 22, 2007 and
3 July 25, 2007?
4          A.   Yes, it does.
5          Q.   Okay.  And does it also
6 reference the applications submitted as
7 Changes Being Effected supplements?
8          A.   Yes, it does.
9          Q.   Okay.  So this letter
10 specifically references the submission
11 that was made approximately one year
12 before then by AstraZeneca to change the
13 label using the method of Changes Being
14 Effected.  Correct?
15          A.   Correct.
16          Q.   Do you know why it took the
17 FDA a year to get back to AstraZeneca
18 about this proposed label change?
19               MR. BROCK:  Object to the
20          form.
21               THE WITNESS:  I do not know.
22 BY MR. BLIZZARD:
23          Q.   Okay.  Do you see where they
24 suggest some changes in the proposed

Page 279

1 labeling that AstraZeneca had suggested
2 or had actually made through this Changes
3 Being Effected method?
4          A.   I see their sentence that
5 begins with however that you highlighted.
6          Q.   Okay.
7          A.   And I see some italics
8 afterwards with randomized withdrawal
9 underlined and of underlined and
10 something crossed out.
11          Q.   Okay.  Do you see where they
12 crossed out for patients more than
13 8 hours since a meal?  You see they
14 eliminated that.  Correct?
15               MR. BROCK:  Object to the
16          form.
17 BY MR. BLIZZARD:
18          Q.   They crossed it out, didn't
19 they?
20          A.   They crossed it out, yes.
21          Q.   And do you see where they
22 added on the next page, this sentence
23 that says, The mean change in glucose
24 from baseline was 5 milligrams per

Page 280

1 deciliter for Seroquel and
2 minus .05 milligrams per deciliter for
3 placebo.  Because of limitations in the
4 study design of these long-term trials as
5 well as lack of confirmed fasting glucose
6 data, the effects of SEROQUEL on blood
7 glucose may be underestimated.  Do you
8 see that?
9          A.   Yes, I do.
10          Q.   So the FDA is suggesting by
11 this letter the changes to the label
12 language.  Correct?
13               MR. BROCK:  Object to form.
14               THE WITNESS:  I believe they
15          are.
16 BY MR. BLIZZARD:
17          Q.   Okay.  And do they then, in
18 some of the later paragraphs there,
19 actually indicate their reasons for
20 suggesting these changes?
21          A.   If I could take a minute to
22 read the rest of the document.
23          Q.   Sure.
24          A.   Okay.  Thank you.

Page 281

1          Q.   Okay.  Do you see where they
2 actually give the reasons why they're
3 suggesting these changes?
4          A.   Yes, I do.
5          Q.   Do they sound like good
6 reasons to you?
7               MR. BROCK:  Object to form.
8               THE WITNESS:  They seem
9          reasonable, yes.
10 BY MR. BLIZZARD:
11          Q.   Okay.  Now, in -- there's
12 also a suggested change to another
13 paragraph that relates to -- or they ask
14 for more data about a 24-week
15 active-controlled trial which is also
16 included in the label language.  Correct?
17          A.   I'm sorry, say that again?
18          Q.   That was a poor question.
19               Didn't they also ask for
20 some more data on the 24-week trial
21 that's mentioned in the label?
22          A.   Yes, they did.
23          Q.   Okay.  And that 24-week
24 trial that's mentioned in the label is

71 (Pages 278 to 281)

Confidential - Ihor W. Rak, M.D.

Page 282

1  the -- is study 125, isn't it?
2      A.   Yes.  That would be the
3  study 125.
4      Q.   Okay.  So it says here in
5  this paragraph, "For the 24-week
6  active-controlled trial designed to
7  evaluate glycemic status, you included
8  only the LS mean data, and not the mean
9  change from baseline to week 24 for the
10  quetiapine group.  Please provide us
11  these data so that it can be incorporated
12  into product labeling."  Do you see that?
13      A.   Yes, I do.
14      Q.   Do you have any explanation
15  for why the FDA wasn't supplied with all
16  the data?
17      MR. BROCK:  Object to form.
18      THE WITNESS:  I have no
19      explanation, but I know that I
20      have seen data that includes both
21      the least squares mean data and
22      means.  So I don't have an
23      explanation why FDA didn't see
24      that.

Page 283

1  BY MR. BLIZZARD:
2      Q.   Okay.  In response this
3  letter, did -- do you know if the company
4  sent FDA the data it was asking for?
5      A.   I don't know that to be the
6  case.
7      Q.   Okay.  If you'll take a look
8  again at this Exhibit 7, I believe.
9      A.   8.
10      Q.   8.  Do you see this appears
11  to be a response to the FDA suggested
12  changes to the language on the Changes
13  Being Effected?
14      A.   Yes, I do.
15      Q.   Okay.  The first paragraph
16  says Reference is made to the "Special
17  Supplement - Changes Being Effected" to
18  NDA 20-639 for SEROQUEL tablet submitted
19  on June 22, 2007.  That's the date that
20  the Changes Being Effected were
21  submitted.  Correct?
22      A.   Yes.
23      Q.   Reference is also made to
24  the agency approvable letter dated

Page 284

1  June 25, 2008.  That's the letter we just
2  talked about.  Correct?
3      A.   Correct.
4      Q.   It says "...that includes
5  revised text for the hyperglycemia
6  subsection under Adverse Reactions."  Do
7  you see that?
8      A.   Yes, I do.
9      Q.   Now, the company then
10  supplies an annotated proposed labeling
11  text in response to the FDA's June 25,
12  2008 letter.  Correct?
13      A.   Correct.
14      Q.   Okay.  If you'll go over to
15  page 26 of the annotated version.
16      A.   Is the annotated version the
17  first one?
18      Q.   The first one, yes.
19      A.   I don't -- yes, I got it.
20      Q.   Do you have page 26?
21      A.   Yes, I do.
22      Q.   Do you see that the
23  AstraZeneca is not accepting the FDA's
24  proposed changes?

Page 285

1      MR. BROCK:  Object to form.
2      THE WITNESS:  I can't say I
3      see that.  I'd have to read this
4      letter carefully and compare it to
5      what the response is.
6  BY MR. BLIZZARD:
7      Q.   Okay.  Well, I don't need
8  you to compare every word, but if you
9  look at the proposed language that the
10  FDA suggested adding where it said, The
11  mean change in glucose from baseline was
12  5.0 milligrams per deciliter for
13  SEROQUEL.  Do you see that?
14      A.   Yes, I do.
15      Q.   And then the next sentence
16  saying that "...the effects of SEROQUEL
17  on blood glucose may be underestimated."
18  Do you see that?
19      A.   Yes, I do.
20      Q.   Okay.  Now, somebody has
21  crossed through that language.  Correct?
22      A.   That's correct.
23      Q.   And then there's an
24  annotation number 4 that says AZ believes

72 (Pages 282 to 285)

Confidential - Ihor W. Rak, M.D.

Page 286

1  it is inaccurate to suggest that fasting
2  requirements and study design would only
3  lead to an underestimation of potential
4  effects of SEROQUEL on blood glucose
5  levels.  Do you see that?
6       A.   I do.
7       Q.   Okay.  The FDA is suggesting
8  a change to the labeling language and the
9  AZ is rebutting that, aren't they?
10      A.   Well, I need a bit of time
11 to connect the AstraZeneca response 4 to
12 that language that is specifically
13 struck.  I don't see any connection
14 between that paragraph that we just read
15 and footnote number 4.
16      Q.   Okay.  Take your time and
17 look at it, then.
18      A.   Okay.  Yes, I see that now
19 and I can confirm that the fourth note
20 refers to striking the second sentence.
21      Q.   Okay.  So, again --
22           MR. BROCK:  For the record,
23      it's actually the last sentence in
24      that paragraph.  Right?

Page 287

1           THE WITNESS:  It's the
2      last -- it's the second sentence
3      of the two struck out, or the last
4      sentence of the paragraph, yes.
5           MR. BLIZZARD:  Apologize.
6  BY MR. BLIZZARD:
7       Q.   So the FDA is proposing this
8  change to the language of the label
9  regarding hyperglycemia and AZ is
10 suggesting they're not going to accept
11 it.  Correct?
12           MR. BROCK:  Object to the
13      form.
14           THE WITNESS:  This is not
15      unusual in my experience for the
16      FDA to suggest language and for us
17      to respond back with a view
18      sharing our reasoning the FDA is
19      interested in understanding our
20      interpretation of the data, and
21      that's what's going on here, where
22      we're explaining our reasoning for
23      why that sentence does not
24      accurately represent the dataset

Page 288

1       and our understanding of it.
2  BY MR. BLIZZARD:
3       Q.   Okay.  So it's not uncommon
4  for you to argue with the FDA about their
5  suggested label changes, is that what
6  you're saying?
7       A.   No, I've -- in my experience
8  with the FDA, I'm not saying that we've
9  argued with them.  We discuss with them.
10 We exchange data.  We exchange letters,
11 teleconferences.  I wouldn't say we argue
12 with them.  Mostly because they own the
13 label.  They're the ones who decide what
14 goes in there or not.  They are
15 interested in knowing what we know.  But
16 then ultimately they say yes or no.
17      Q.   Okay.  Have they said yes or
18 no to this response that you've given
19 them?
20      A.   I do not know if they did.

REDACTED

Confidential - Ihor W. Rak, M.D.

REDACTED

REDACTED

7      Q.   Okay.  In terms of the label
8  language, if you look back to page 26,
9  does there appear to be some additional
10  data that is supplied to the FDA
11  regarding study 125?
12      A.   I'll need a couple of
13  minutes to read this to see if there is
14  additional information supplied here.
15          I can see in footnote 6 that
16  the mean change in fasting glucose has
17  been added to the third paragraph just
18  above ECG changes.
19      Q.   Okay.  So did -- the FDA
20  requested the data itself, didn't it?  In
21  the earlier letter dated June 25 of 2008,
22  didn't the FDA ask for the data?
23      A.   I see on page 2 of
24  Exhibit 21 the FDA asking for the mean

74 (Pages 290 to 293)

Confidential - Ihor W. Rak, M.D.

Page 294

1  change to be incorporated in the labeling
2  language.  And at the bottom I see
3  "Additionally, we would refer to...," and
4  "...please submit these information..."
5  So I do see additional information
6  requests here.
7      Q.   Okay.  Do you know whether
8  or not that information was provided?
9      A.   I do not know if that
10  information has been provided.
11      Q.   I'll show you what I'm going
12  to mark as Exhibit Number 22 to your
13  deposition.
14              - - -
15      (Exhibit Rak-22, 1/8/08
16      Letter, was marked for
17      identification.)
18              - - -
19  BY MR. BLIZZARD:
20      Q.   Are you familiar with a
21  letter that was sent by the FDA to Gerald
22  Limp as director of regulatory affairs in
23  January of 2008, specifically January 8
24  of 2008, requesting that AstraZeneca

Page 295

1  provide certain data to FDA about
2  metabolic information that had been
3  selected in the clinical trials performed
4  by AstraZeneca?
5      A.   I am aware of a request that
6  came to AstraZeneca from the FDA asking
7  for all of our data as part of their
8  evaluating the effects of atypical
9  antipsychotic drugs on metabolic
10  parameters.  And they specified a large
11  number of specific analyses they wanted.
12  I do see that and remember now.
13      Q.   Okay.  Do you see where they
14  asked you to provide the subjects/groups
15  to be evaluated?
16      A.   Yes, I do.
17      Q.   Okay.  And do you see that
18  they indicate some subject exclusion
19  criteria?
20      A.   Yes, I do.
21      Q.   And was one of the exclusion
22  criteria "We request the exclusion of
23  subjects from trials that meet the
24  following criteria:  Studies with

Page 296

1  duration under 7 days"?
2      A.   Yes, I do see that.
3      Q.   Okay.  Do you have any
4  understanding of why they would do that?
5      A.   I do not.  I would be
6  guessing or speculating.
7      Q.   Okay.  Well, is it possible
8  that you might not see the metabolic
9  effects of Seroquel if a person is taking
10  it a week or less?
11          MR. BROCK:  Object to form.
12          THE WITNESS:  Certainly it's
13      possible.
14  BY MR. BLIZZARD:
15      Q.   Okay.  If you include
16  subjects who are taking it a week or
17  less, is that likely to skew the data to
18  underestimate the risk or underestimate
19  the effect?
20          MR. BROCK:  Object to form.
21          THE WITNESS:  I think that
22      the possibility of that happening
23      is outweighed by including all the
24      patients who took Seroquel.  We

Page 297

1      would not want to prejudge that.
2      We would want to see what happens
3      in patients every step of the way.
4      The first day -- the first seven
5      days and then the first year, et
6      cetera.
7  BY MR. BLIZZARD:
8      Q.   Okay.  So you included in
9  the data that you provided to FDA
10  subjects who took the drug for short
11  periods of time?
12      A.   I don't know what we
13  included in this request, but I do know
14  that we share all our data with the FDA.
15      Q.   Okay.  Specifically when
16  they asked for this metabolic data, did
17  you include data for people who took
18  it one or two days or less than a week or
19  less than two weeks?
20      A.   I can't answer that.  I
21  don't know the answer to that question.
22      Q.   Did you review this
23  metabolic data in preparation for the
24  deposition today?

Confidential - Ihor W. Rak, M.D.

REDACTED

Page 298

1          A.   Yes, I did.
2          Q.   Did you review it at the
3    time it was submitted to FDA?
4          A.   No, I did not.
5          Q.   Okay.  Did you notice how
6    many of the patients that were included
7    in that data analysis had taken it for a
8    very short period of time?
9          A.   I did not notice, but they
10   would have been very clearly identified.

REDACTED

8          Q.   Okay.  Do you see in the
9    previous exhibit which was -- is that 22?
10   22.  Do you see that there's a table
11   summarizing clinical trials for each
12   subject group, that that subheading is
13   included on page 2?
14         A.   I'm sorry, say that again?
15         Q.   Yes.  Do you see on page 2
16   of Exhibit 22 a section entitled "Tables
17   Summarizing Clinical Trials for Each
18   Subject Group"?
19         A.   Yes, I do.
20         Q.   Okay.  And does it say, "We
21   request tables with summary information
22   on clinical trials with metabolic data"?
23         A.   Yes, I do.
24         Q.   So for each clinical trial

76 (Pages 298 to 301)

Confidential - Ihor W. Rak, M.D.

REDACTED

Page 302

1    that contains metabolic data, the FDA is
2    asking for tables summarizing those
3    clinical trials.  Correct?
4         A.    That's correct.
5         Q.    And then there's -- if you
6    look over to the next several pages, they
7    ask for information regarding
8    triglycerides, glucose, HbA1c, weight,
9    glucose, cholesterol, et cetera.
10   Correct?
11        A.    That's correct.
12        Q.    Do you know whether the
13   company supplied those tables?
14        A.    I believe we did, because I
15   recall a very large submission in June
16   of 2008.
17        Q.    Okay.  And did that
18   submission that you reviewed include
19   tables for each of the clinical trials
20   that AZ has done which collected
21   metabolic data?
22        A.    I don't recall if it did.  I
23   did not look at that submission to
24   establish whether it did or not.

REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED

Confidential - Ihor W. Rak, M.D.

REDACTED

Confidential - Ihor W. Rak, M.D.

REDACTED

Confidential - Ihor W. Rak, M.D.

REDACTED

Confidential - Ihor W. Rak, M.D.

Page 378

REDACTED

Confidential - Ihor W. Rak, M.D.

REDACTED

Confidential - Ihor W. Rak, M.D.

REDACTED

Confidential - Ihor W. Rak, M.D.

REDACTED

Confidential - Ihor W. Rak, M.D.

REDACTED

Confidential - Ihor W. Rak, M.D.

REDACTED

Confidential - Ihor W. Rak, M.D.

Page 384

REDACTED

Confidential - Ihor W. Rak, M.D.

REDACTED

Confidential - Ihor W. Rak, M.D.

REDACTED

Confidential - Ihor W. Rak, M.D.

REDACTED

Confidential - Ihor W. Rak, M.D.

REDACTED

Confidential - Ihor W. Rak, M.D.

REDACTED

Confidential - Ihor W. Rak, M.D.

REDACTED

Confidential - Ihor W. Rak, M.D.

REDACTED

Confidential - Ihor W. Rak, M.D.

REDACTED

Confidential - Ihor W. Rak, M.D.

REDACTED

Confidential - Ihor W. Rak, M.D.

REDACTED

Confidential - Ihor W. Rak, M.D.

REDACTED

Confidential - Ihor W. Rak, M.D.

REDACTED

Confidential - Ihor W. Rak, M.D.

REDACTED

Confidential - Ihor W. Rak, M.D.

REDACTED

Confidential - Ihor W. Rak, M.D.

REDACTED

Confidential - Ihor W. Rak, M.D.

REDACTED