Confidential - Ihor W. Rak, M.D.

Page 375

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
-  -  -

IN RE:  SEROQUEL    :   CASE NO.
PRODUCTS LIABILITY  :
LITIGATION          :   6:06-md-01769-ACC-DAB
MDL Docket No. 1769 :

This Document Relates to:
All Cases
-  -  -

November 25, 2008

-  -  -

C O N F I D E N T I A L
DAY TWO
-  -  -

Continued videotape deposition of

IHOR W. RAK, M.D., taken pursuant to

notice, was held at the offices of Golkow

Technologies, Inc., One Liberty Place,

51st Floor, 1650 Market Street,

Philadelphia, Pennsylvania 19103,

commencing at 9:06 a.m., on the above

date, before Linda Rossi Rios, RPR, CCR

and Notary Public.

-  -  -

Golkow Technologies, Inc.
877.370.3377 ph/917.591.5672 fax
deps@golkow.com

Confidential - Ihor W. Rak, M.D.

Page 376

REDACTED

```
 1   A P P E A R A N C E S :
 2
 3       BLIZZARD, McCARTHY & NABERS, L L P
         BY:  EDWARD F  BLIZZARD, ESQUIRE
 4           and
             HOLLY M  GIBSON, ESQUIRE
 5       Lyric Center
         440 Louisiana
 6       Suite 1710
         Houston, Texas  77002-1689
 7       (877) 844-3760
         eblizzard@blizzardlaw.com
 8       hgibson@blizzardlaw com
         Counsel for the Plaintiffs
 9
10
         LAMINACK, PIRTLE & MARTINES, LLP
11       BY:  THOMAS W  PIRTLE, ESQUIRE
         440 Louisiana, Suite 1250
12       Houston, Texas  77002
         (713) 292-2750
13       tomp@lpm-triallaw com
         Counsel for the Plaintiffs
14
15
         RUSHTON, STAKELY, JOHNSTON & GARRETT
16       BY:  MICHAEL BROCK, ESQUIRE
         184 Commerce Street
17       Montgomery, Alabama  36104
         (334) 206-3276
18       Counsel for AstraZeneca
19
20
21
22
23
24
```

Page 377

```
 1   A P P E A R A N C E S (cont'd ):
 2
 3       DECHERT LLP
         BY:  JUDY L  LEONE, ESQUIRE
 4           and
             ADAM S  TOLIN, ESQUIRE
 5       Cira Centre
         2929 Arch Street
 6       Philadelphia, Pennsylvania  19104
         (215) 944-2979
 7       (215) 994-2958
         judy leone@dechert com
 8       adam tolin@dechert com
         Counsel for AstraZeneca
 9
10
         DRINKER BIDDLE & REATH LLP
11       BY:  MOLLY E  FLYNN, ESQUIRE
         One Logan Square
12       18th and Cherry Streets
         Philadelphia, Pennsylvania 19103
13       (215) 988-2836
         molly flynn@dbr com
14       Counsel for Janssen Pharmaceuticals
15
16   A L S O  P R E S E N T :
17
18       CHARLES HUNGER,
         chuckh@lpm-triallaw com
19       Laminack, Pirtle & Martines, LLP
         Paralegal
20
21
         CATHERINE SMALFUS, Videographer
22
23           - - -
24
```

2 (Pages 376 to 379)

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.



REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.



REDACTED

5 (Pages 388 to 391)

Confidential - Ihor W. Rak, M.D.



REDACTED

Confidential - Ihor W. Rak, M.D.



REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.



REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.



REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.



REDACTED

11 (Pages 412 to 415)

Confidential - Ihor W. Rak, M.D.



GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.



REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.



REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.



GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.



REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.



REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

Page 448

REDACTED

6    Q.   Well, let's look at what
7   happened at the time, Exhibit 32, and see
8   if this refreshes your recollection.
9                - - -
10              (Exhibit Rak-32, 2/15/99
11              Communication, was marked for
12              identification.)
13               - - -

REDACTED

19              THE WITNESS:  I'll take a
20   few minutes to read this.
21   BY MR. PIRTLE:
22    Q.   Shouldn't take long because
23   the second page is blank.
24    A.   Yes, thank you.

Page 449

1    Q.   Did you have an opportunity
2   to review the document?
3    A.   Yes, I have.
4    Q.   Okay.  Do you recognize it?
5    A.   I don't recognize it, no.
6    Q.   Do you admit that it is a
7   February 15, 1999 document from Judith
8   Owens to yourself and others?
9    A.   Yes, I do.
10    Q.   If you had been doing your
11   job, would you have received it in the
12   ordinary course of your business?
13    A.   Yes, I would have.
14    Q.   Does it concern the weight
15   gain and diabetes abstract by Dr.
16   Reinstein?
17    A.   Yes, it does.
18    Q.   See down at the bottom part,
19   there is a "Dear All."  See?  Are you
20   with me?
21    A.   Yes, I am.
22    Q.   To the part that I'm
23   interested in, it says, The author, Dr.
24   Reinstein - a US investigator, has

Page 450

1   written this article and is reporting on
2   his own study.  The abstract has been
3   deemed internationally important by the
4   Communications Planning Team, therefore
5   it is being subjected to international
6   review.  Did I read that reasonably
7   correct?
8    A.   Yes, you did.
9    Q.   "Deemed internationally
10   important," those are the words used in
11   1999.  Right?
12    A.   That's correct.
13    Q.   And the communications
14   planning team, sir, do you know what that
15   is?
16    A.   I don't recall what that
17   team's role was or who was on that team.
18    Q.   That team, does it refresh
19   your recollection, would be the team that
20   plans what communications to send out to
21   doctors to sell Seroquel?
22              MR. BROCK:  Object to the
23              form.
24              THE WITNESS:  I cannot say

Page 451

1              based on my recollection that that
2              is the case.
3   BY MR. PIRTLE:
4    Q.   Well, let's play this game.
5   It is a commercial team?
6              MR. BROCK:  Object to the
7              form.
8              THE WITNESS:  I honestly
9              don't recall, so I cannot confirm
10              that or deny it.
11   BY MR. PIRTLE:
12    Q.   Okay.  Should you have any
13   comments on Dr. Reinstein's abstract,
14   please forward them directly to John
15   Tumas [you will see that there are some
16   queries that need to be put to the
17   author, that are italicized in the
18   attachment].  And it's signed Judith
19   Owens.  Correct?
20    A.   That's correct.
21    Q.   And by the way, there are
22   commercial folks on this memorandum?
23    A.   That's correct.

REDACTED

20 (Pages 448 to 451)

Confidential - Ihor W. Rak, M.D.

REDACTED

Page 454

REDACTED

2        Q.   Well, let me show you
3    Exhibit 31.
4              - - -
5         (Exhibit Rak-31, Promotional
6    piece, Bates AZSER 10427473 -
7    AZSER 10427478, was marked for
8    identification.)
9              - - -
10        THE WITNESS:  I'll take a
11    few minutes to read this.

REDACTED

19        Q.   All right.  Do you see that
20   this is a promotional piece on Seroquel?
21        A.   I cannot speak to this being
22   a promotional piece.  I wouldn't
23   recognize this or a promotional piece.
24        Q.   Well, since we've taken

21 (Pages 452 to 455)

Confidential - Ihor W. Rak, M.D.

Page 456

1  about 50 deposition in this case, let me
2  give you a representation. This is a
3  promotional piece that was used for
4  Seroquel if the witnesses I deposed
5  beforehand are telling the truth. All
6  right?
7           MR. BROCK: That's a speech.
8      So if you have a question.
9  BY MR. PIRTLE:
10     Q.   You may assume it's a
11  promotional piece at this point in time.
12          MR. BROCK: If you have a
13      question where you want to ask him
14      to assume that, he will. But, you
15      know, don't argue with him.
16          MR. PIRTLE: I'm not arguing
17      with him.
18          MR. BROCK: I know, but he's
19      given what he knows. Ask a
20      question.
21  BY MR. PIRTLE:
22     Q.   Will you assume this is a
23  promotional piece?
24     A.   I will assume this is a

Page 457

1  promotional piece.
2      Q.   You see it says, "A Patient
3  Case Study from the files of Michael J.
4  Reinstein."
5      A.   Yes, I see that.
6      Q.   Did you know Dr. Reinstein?
7      A.   No, I did not -- I do not
8  recall ever meeting him and do not recall
9  ever seeing his picture.
10     Q.   Okay. You told Mr. Blizzard
11  you worked with some KOLs. Was Dr.
12  Reinstein one of the KOLs you worked
13  with?
14     A.   Not that I recall.
15     Q.   Do you remember that Dr.
16  Reinstein was a KOL for AstraZeneca?
17     A.   He may have been. I don't
18  specifically recall him as a KOL.
19     Q.   At any rate, this
20  promotional piece, if you'll turn over to
21  the third page, you see under "Rationale
22  for SEROQUEL Therapy" --
23     A.   Yes, I do.
24     Q.   -- there has been previous

Page 458

1  treatment with olanzapine. That's
2  Zyprexa. Right?
3      A.   That's correct.
4      Q.   10 milligrams a day resulted
5  in significant weight gain (10 pounds)
6  and development of type II diabetes. Did
7  I read that reasonably correct?
8      A.   Yes, you did.
9      Q.   Turn over to the next page.
10  It says "Olanzapine therapy was
11  discontinued due to weight gain and
12  development of diabetes."
13          SEROQUEL was instituted at
14  150 milligrams a day for a week.
15          Then it was increased to
16  300 milligrams a day where it remains.
17  Correct? Did I read it correctly?
18     A.   Yes, you did.
19     Q.   Then in response to -- under
20  "Response to SEROQUEL," this piece says
21  "Blood glucose levels were brought under
22  control, permitting the substitution of
23  an oral hypoglycemic agent for insulin
24  treatments.

Page 459

1          "Metabolic stability was
2  maintained, allowing the patient to
3  discontinue the hypoglycemic agent and
4  return to a normal diet."
5          Not only did the patient not
6  gain weight with SEROQUEL, he lost
7  approximately 8 of the 10 pounds he
8  gained on olanzapine. Did I read that
9  reasonably correct?
10     A.   Yes, you did.
11     Q.   It goes on over here to
12  quote, Dr. Reinstein, "'...this patient,
13  once olanzapine was discontinued and
14  SEROQUEL was started, the weight was
15  lost, the diabetes resolved, and the
16  patient was able to stop taking
17  hypoglycemic medicine. In our
18  experience, weight gain is not an issue
19  for SEROQUEL, unlike other antipsychotic
20  medications.' Michael J. Reinstein."
21  Did I read that reasonably correct?
22     A.   Yes, you did.
23     Q.   Now, you're saying back in
24  1999, you didn't know that the company

22 (Pages 456 to 459)

Confidential - Ihor W. Rak, M.D.

REDACTED

Page 460

1   was using Reinstein's case report as a
2   promotional piece.  Right?
3       A.   That's my recollection, yes.
4       Q.   How did you find out about
5   Dr. Reinstein's work, sir?
6       A.   I first learned of Dr.
7   Reinstein's work in the paper that he was
8   writing which is different from this case
9   report.  And I should mention that as I
10   was reviewing this document, I was
11   looking for the page that had the
12   references, and I didn't see them here.

REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED

Page 466

1       A.   I do see that, but in
2  reviewing the letter, it doesn't make
3  sense to me.
4       Q.   Okay.  Well, we'll go
5  through it and you point out what doesn't
6  make sense.
7            It says, This group does
8  a -- does generate a significant amount
9  of SEROQUEL sales for us.  They run
10 several clinics in the city of Chicago
11 and by all accounts have over 1,000
12 patients on SEROQUEL.  While likely not
13 "the largest prescribers of SEROQUEL in
14 the world", they probably are in the top
15 5 in the US.  Did I read that reasonably
16 correct?
17      A.   Yes, you did read that
18 correctly, but I'm still struggling to
19 interpret what it is that I'm reading.
20      Q.   We're going to get there.
21 Is there anything confusing about the
22 first paragraph?
23      A.   There's nothing confusing
24 about it, but I don't know who is saying

6       Q.   Let me hand you an exhibit
7  I've marked as Exhibit 33 to your
8  deposition.  I'll ask you to take a look
9  at it.
10            - - -
11           (Exhibit Rak-33, Background:
12      Letter from M. Reinstein, et al to
13      D. Brennan, dated Oct 23, 2001,
14      was marked for identification.)
15            - - -
16 BY MR. PIRTLE:
17      Q.   Are you finished?
18      A.   Yes, I am.
19      Q.   First off, do you recognize
20 this document?
21      A.   I do not.
22      Q.   Fair enough.  This is a
23 document we've used in previous
24 depositions which it's been identified,

Page 465

1  but I will ask you some questions that
2  you possibly do know.  Who is David
3  Brennan?
4       A.   David Brennan at the time of
5  this date, October of 2001, would have
6  been the chief executive officer for
7  AstraZeneca U.S.
8       Q.   What is he today?
9       A.   Today David Brennan is the
10 chief executive officer of the global
11 AstraZeneca company.
12      Q.   He's the top dog, isn't he?
13           MR. BROCK:  Object to the
14      form.
15           THE WITNESS:  He's the
16      president and CEO of AstraZeneca.
17 BY MR. PIRTLE:
18      Q.   He answers to the board of
19 directors?
20      A.   He does.
21      Q.   See, this is background
22 letter from M. Reinstein, et al, to D.
23 Brennan.  And the date is October 30 --
24 23, 2001.  Do you see?

Page 467

1  it.  It doesn't sound like this is taken
2  from a letter from Dr. Reinstein, et al.
3  to David Brennan.
4       Q.   All right.  Let me give you
5  a little background and I'll let you
6  assume -- you feel free to assume this.
7            Dr. Reinstein wrote a letter
8  to David Brennan in 2001 upset with
9  AstraZeneca.  I have the letter if you
10 want to read it, I don't think it's
11 necessary.  And David Brennan is getting
12 ready to reply to Michael -- I mean, to
13 Dr. Reinstein, and this is a summary of
14 what went on that was given to David
15 Brennan prior to him writing a letter to
16 Dr. Reinstein.  Does that help clarify
17 it?
18           MR. BROCK:  Object to the
19      form.
20           THE WITNESS:  It does help,
21      but I don't know who would have
22      written this letter.  And I also
23      see page 1, and don't know if this
24      is the entire letter.

24 (Pages 464 to 467)

Confidential - Ihor W. Rak, M.D.

Page 468

1    BY MR. PIRTLE:
2        Q.   It is.
3        A.   Or the entire document.
4        Q.   It is.
5        A.   So I don't know who wrote
6    this.
7        Q.   Looking back at paragraph
8    one, basically it says this is a pretty
9    big prescriber group, one of the top five
10   in the U.S.  Right?
11       A.   Yes, it does say that.
12       Q.   "Because of their patient
13   volume they are attempting to establish
14   themselves as a research center."
15           This group, in particular
16   John Sonneberg, Director of Research, has
17   been extremely persistent in recent
18   months with demanding research from AZ.
19   Their comments to several AZ employees
20   suggest that since large volumes of --
21   suggest that they use -- that since they
22   use large volumes of SEROQUEL, they
23   should by default be doing research on
24   our behalf.  They have further implied

Page 469

1    that they should not get research
2    funding -- further implied that should
3    they not get research funding, that they
4    would switch patients currently on
5    SEROQUEL to competitive agent(s).  Did I
6    read that reasonably correct?
7        A.   Yes.  Yes, you did.
8        Q.   Our Clinical colleagues have
9    significant and numerous issues in the
10   past with the quality of research that
11   this group has produced in the past.
12   Were you a clinical person in 2001?
13       A.   Yes, I was.  Yes.
14       Q.   But you were global, not
15   U.S.?
16       A.   I was global clinical
17   working in the U.S., yes.
18       Q.   "Matters such as not getting
19   informed consent from study participants,
20   modification of protocols without
21   permission, etc, has made the business
22   understandably reluctant to place studies
23   with this group.  There is little
24   confidence that Good Clinical Practices

Page 470

1    can be adhered to."
2            You know what good clinical
3    practices are, don't you?
4        A.   Yes, I do.
5        Q.   Those are standards
6    established by the FDA.  Correct?
7        A.   I can't speak to that, but I
8    know what good clinical practice is, GCP.
9        Q.   GCP practices.  And all labs
10   that are doing research are supposed to
11   adhere to them?
12       A.   That's correct.
13       Q.   And that's a worldwide
14   standard, isn't it?
15       A.   I can't speak to that, but I
16   am familiar with GCP and its importance.
17       Q.   "Their research is often
18   criticized by peers in Psychiatry."
19           It goes on to say, However,
20   in attempts we have a "win-win" for all,
21   we have offered funding for projects such
22   as retrospective chart reviews (as
23   opposed to well-controlled double blinded
24   trials) that could do little harm but

Page 471

1    still demonstrate commitment to the
2    customer.  The group has not accepted
3    this and they continue to insist on
4    funding to do a high dose SEROQUEL trial
5    (greater than 600 milligrams per day)
6    that is addressed in Point 2 of their
7    letter.  Did I read that reasonably
8    correct?
9        A.   Yes, you did.
10       Q.   "Drs. Reinstein and Chasnov
11   are prolific speakers on our behalf and
12   are particularly influential with
13   prescribers outside the Chicago regional
14   area.  They get numerous speaking
15   engagements because of their own
16   experience and belief in the brand.
17   (Note: they are generally held in poor
18   regard among their peers in the greater
19   Chicago area)."  Did I read that
20   reasonably correct?
21       A.   Yes, you did.
22       Q.   It goes on to say, Because
23   of the importance of our business --
24   Because of their importance to our

Confidential - Ihor W. Rak, M.D.

REDACTED

Page 472

1    business, they have had an extraordinary
2    amount of attention paid to them, et
3    cetera.
4           Did you ever learn anything
5    else about the quality of Reinstein's
6    research after 1999?
7           MR. BROCK:  Object to the
8    form.
9           THE WITNESS:  Let me say
10   that I do not recognize this
11   document and I don't know who
12   wrote this.  I do recall sometime
13   after my making comments at the
14   Hamburg meeting being asked about
15   the data in one of the papers, and
16   it may have been the Reinstein
17   paper I quoted.
18          I recollect making a comment
19   that the data looked very, very
20   good, that if we were going to
21   have any confidence in the data,
22   my recommendation was that we
23   visit the site, audit the site.
24   BY MR. PIRTLE:

Page 473

1           Q.   Did you visit and audit the
2    site?
3           A.   I personally did not.
4           Q.   Did you send somebody?
5           A.   I didn't send someone.  And
6    I don't recall who went, if anybody went,
7    but from the sound of this letter, it
8    sounds that someone did audit the site
9    because they noticed some GCP
10   irregularities and noncompliance with
11   GCP.
12          Q.   Which is not a good thing?
13          A.   That's not a good thing.

REDACTED

5           - - -
6           (Exhibit Rak-34, E-mail
7    string, was marked for
8    identification.)
9           - - -
10   BY MR. PIRTLE:
11          Q.   All right.  Well, then let
12   me hand you Exhibit 34.  I'll put it up
13   on the screen for the jury to look at it.
14          A.   Yes, thank you.
15          Q.   Sir, do you recognize
16   Exhibit 34?
17          A.   I do not recognize it.
18          Q.   Let's read it together.
19   Turn over to the second page and I'll
20   pick up at the bottom because these go in
21   reverse order.
22          Do you see that this is a 15
23   February 1999 e-mail from Judith Owens to
24   yourself and others?

Page 475

1           A.   Yes, I do.
2           Q.   Do you see that it concerns
3    the Reinstein weight gain and diabetes
4    management abstract?
5           A.   Yes, I do.
6           Q.   It says, "Please find
7    attached an abstract for review.  The
8    abstract on the topic of 'management of
9    weight gain and diabetes' is intended for
10   submission to ECNP.  The author, Dr.
11   Reinstein - a US investigator, has
12   written this article which is reporting
13   on his own study.  This abstract has been
14   deemed internationally important by the
15   Communications Planning Team, therefore
16   it is being subjected to international
17   review.  Should you have any comments on
18   Dr. Reinstein's abstract please forward
19   them directly to John Tumas [you will see
20   that there are some queries that need to
21   be put to the author, these are
22   italicised in the attachment]."  Are you
23   with me?
24          A.   Yes, I am.

26 (Pages 472 to 475)

Confidential - Ihor W. Rak, M.D.

Page 476                                    REDACTED

1      Q.   By the way, who was John
2    Tumas?
3      A.   John Tumas is a medical
4    writer.
5      Q.   Moving forward, do you see
6    on the first page, to Ihor Rak.  Bye the
7    way, is it possible to make a claim from
8    the data that are not the result of a
9    Zeneca trial?  Are you with me?
10     A.   Yes, I am.
11     Q.   A claim, that's a
12   promotional claim.  Correct?
13         MR. BROCK:  Object to the
14     form.
15         THE WITNESS:  It's doesn't
16     say that, but that could be what
17     he means.
18   BY MR. PIRTLE:
19     Q.   Well, let's go on up to the
20   next part of this e-mail chain and see
21   what he means.  This is another e-mail,
22   you're the first recipient.  Correct?
23     A.   That's correct.
24     Q.   From Nick who?

Page 477

1      A.   Nick Hough.
2      Q.   Nick Hough.  And it says,
3    "Hi John.  In principle it's the quality
4    of the data, not the source that matters
5    for promo claims..."  That's short for
6    promotional.  Correct?
7      A.   That's correct.
8      Q.   ...providing, of course,
9    that whatever the measure is, that it is
10   consistent with the totality of the data.
11   We must not get too carried away with the
12   "weight loss" when we know the rest of
13   our data appears to point in the other
14   direction...
15         Let me stop right there,
16   there's a comma.  I've read that
17   correctly so far.  Correct?
18     A.   Yes, you have.

REDACTED

20     Q.   We'll get to that.  Going
21   back to this, some -- going back to
22   Exhibit 34 now, going on, it says, "In
23   some countries, however, a promotional
24   claim can only be made if the data has

27 (Pages 476 to 479)

Confidential - Ihor W. Rak, M.D.

Page 480

REDACTED

1    been 'published' - usually this means a
2    peer-reviewed journal."  And there's a
3    discussion.  How many countries was the
4    Reinstein case report used for promotion?
5        A.   I do not know.

REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.



REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.



REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.



REDACTED

Confidential - Ihor W. Rak, M.D.

REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.



REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.



REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.



REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.



REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.



REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.



REDACTED

Confidential - Ihor W. Rak, M.D.



REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.



REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.



REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.



REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED

Page 546

1    Q.   Product information piece.
2    A.   So I don't recognize this as
3  a Seroquel product information piece.
4  It's black and white single page copy of
5  a headline or title, and three bullet
6  points on top and then --
7    Q.   The jury can see it.
8    A.   I'm sorry?
9    Q.   The jury can see it while
10  you're talking about it.
11         MR. BROCK:  Don't cut him
12    off.
13         MR. PIRTLE:  I'm not, but
14    I'm just going to -- I mean, the
15    jury can see this.
16  BY MR. PIRTLE:
17    Q.   It bears the logo Seroquel.
18  Correct?
19    A.   I see that it bears the logo
20  Seroquel and AstraZeneca, but, again, I
21  cannot say based on my recollection or
22  experience that this is a -- whatever you
23  said.
24    Q.   Okay.  Do you know what an E

Page 547

1  start number is or a PRA approval number?
2  Either way.
3    A.   I don't recognize the term
4  PRA approval number.
5    Q.   Will you confirm that the
6  date on the corner is 7/01, and it bears
7  the number 201644?
8    A.   I can confirm that those are
9  the numbers below the AstraZeneca logo.
10    Q.   Okay.  Now, at the top it
11  says "Distinct advantages of a favorable
12  weight profile."  Correct?
13    A.   That's correct.
14    Q.   Weight gain, commonly
15  reported with some antipsychotics, is
16  associated with particular morbidities:
17  Type 2 diabetes, hypertension, coronary
18  heart disease, cerebrovascular disease,
19  certain cancers, and respiratory
20  problems.  Did I read that correctly?
21    A.   You read it correctly except
22  for skipping the word other.
23    Q.   Second, "Minimal weight gain
24  may reduce the likelihood that treatment

8    Q.   I'm going to hand you what
9  I'm going to mark as Rak Exhibit 41.
10         - - -
11         (Exhibit Rak-41, Seroquel
12    product information piece, Bates
13    AZ/SER 3959666, was marked for
14    identification.)
15         - - -
16  BY MR. PIRTLE:
17    Q.   Excuse me.  I don't mean to
18  throw it at you.  I'll put it on the
19  screen.
20    A.   Yes, I've reviewed it.
21    Q.   Do you see that this is a
22  Seroquel product information piece?
23    A.   I don't recognize this as a
24  Seroquel -- what was the term you used?

44 (Pages 544 to 547)

Confidential - Ihor W. Rak, M.D.

Page 548

1   with SEROQUEL will lead to diabetes and
2   other morbidities associated with weight
3   gain." Did I read that correctly?
4        A.   Yes, you did.
5        Q.   You knew as early as 2000
6   that weight gain was associated with type
7   2 diabetes, didn't you?
8            MR. BROCK:  Object to the
9        form.
10           THE WITNESS:  I personally?
11  BY MR. PIRTLE:
12       Q.   Yes.
13       A.   I personally would say that
14  I knew that excessive weight gain, not
15  weight gain as we have noticed it in our
16  clinical trials and as we reported in our
17  U.S. label that is weight gain greater
18  than 7 percent.  That's what I think of
19  when I think of weight gain.
20       Q.   All right.  You knew as
21  early as 2000 that weight gain associated
22  with antipsychotic drugs could lead to or
23  was associated with type 2 diabetes?
24           MR. BROCK:  Object to the

Page 549

1        form.
2            THE WITNESS:  What was the
3        date that you mentioned in that
4        question?
5   BY MR. PIRTLE:
6        Q.   2000.
7        A.   So I can't recall what --
8   this is what I knew or what the company
9   knew?
10       Q.   What you knew.
11       A.   What I knew.  I do recall in
12  1999 that certainly excessive weight gain
13  can be associated with diabetes, yes.
14       Q.   All right.  Take out
15  Exhibit 12.
16       A.   I have Exhibit 12.
17       Q.   What is Exhibit 12, sir?
18  You talked about it with Mr. Blizzard.
19       A.   This is a reprint of the
20  study that Dr. Brecher and I and K.
21  Melvin and Martin Jones wrote and
22  published in the International Journal of
23  Psychiatry in clinical practice in 2000
24  with pages before that and after that --

Page 550

1   before that.
2        Q.   Well, were you being
3   truthful in this publication to the
4   scientific community?
5        A.   I believe that we were being
6   truthful to the scientific community with
7   this publication, yes.
8        Q.   Turn over to the second page
9   of the publication, sir.  The left-hand
10  column.  Starts at the top with
11  quetiapine.  Then it goes to association.
12  And then the third paragraph says "Weight
13  gain is associated with increased
14  morbidity and mortality in a wide range
15  of conditions, including hypertension,
16  coronary heart disease, cerebrovascular
17  disease, type 2 diabetes mellitus,
18  various cancers, sleep apnea and
19  respiratory problems." Did I read that
20  correctly?
21       A.   Yes, you did read that
22  correctly.  And I note that we referenced
23  two publications, reference numbers 11
24  and 12, which if you look at those

Page 551

1   references, talk about weight gain and
2   obesity.

REDACTED

45 (Pages 548 to 551)

Confidential - Ihor W. Rak, M.D.



REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED

Page 558

1    discussion document, but I did not
2    review Exhibit 42, yes.
3  BY MR. PIRTLE:
4    Q.   Okay.  And your name wasn't
5  on Dr. Geller's paper, your name is on
6  this.  Right?
7    A.   That's correct.
8    Q.   All right.  This at the
9  front is from Jim Gavin.  Correct?
10    A.   That's correct.
11    Q.   It's an e-mail.  Right?
12    A.   Yes, it is.
13    Q.   And it's to Geert and
14  others, including yourself.  Correct?
15    A.   That's correct.
16    Q.   And it's talking about EPA
17  abstracts for -- two EPS abstracts for
18  APA, and that is what, American --
19    A.   Psychiatric Association.
20    Q.   Let's go over to page 2 and
21  pick this up in the middle.  Remember I
22  had asked you about burying data and
23  cherry picking data?
24    A.   Yes, I do.

19    (Exhibit Rak-42, E-mail
20    string, Bates AZSER 12916364 -
21    AZSER 12916367, was marked for
22    identification.)
23       - - -
24  BY MR. PIRTLE:

Page 557

1    Q.   I'm going to show you what
2  I'm going to mark as Exhibit 42 to your
3  deposition, and ask you to look at this
4  document.
5    A.   Yes, thank you.
6    Q.   Are you finished reading 42?
7    A.   Exhibit 42, yes.
8    Q.   Do you recognize the e-mail
9  chain, sir?
10    A.   I don't recall this e-mail
11  chain.  And I don't recall seeing it
12  before, although clearly my name is on
13  this chain.
14    Q.   Did you review it in
15  preparation for your deposition?
16    A.   No, I did not.
17    Q.   Let me get this straight.
18  You reviewed Dr. Geller's 2000 safety
19  position paper prior to your deposition
20  but you didn't review this e-mail with
21  your name on it.  Is that right?
22       MR. BROCK:  Object to form.
23       THE WITNESS:  As I stated, I
24  did review Dr. Geller's draft

Page 559

1    Q.   This is an e-mail from John
2  Tumas.  Correct?
3    A.   That's correct.
4    Q.   And it is dated December 6,
5  1999.  Correct?
6    A.   That's correct.
7    Q.   It's to Judith Owens, J.
8  Jones and among the other recipients is
9  yourself.  Correct?
10    A.   That's correct.
11    Q.   In the ordinary course of
12  your business at AstraZeneca in 1999, you
13  would have received this e-mail.
14  Correct?
15    A.   That's correct.
16    Q.   "Please allow me to join the
17  fray.
18       "There has been a precedent
19  set regarding 'cherry picking' of data."
20  Did I read that correctly?
21    A.   Yes, you did.
22    Q.   "This would be the recent
23  Velligan presentations of cognitive
24  function data from Trial 15..."  Did I

47 (Pages 556 to 559)

Confidential - Ihor W. Rak, M.D.

Page 560

1    read that correctly?
2         A.   Yes, you did.
3         Q.   "...(one of the buried
4    trials)."  Did I read that correctly?
5         A.   Yes, you did read that
6    correctly.
7         Q.   "Thus far, I am not aware of
8    any repercussions regarding interest in
9    the unreported data."  Did I read that
10   sentence correctly?
11        A.   Yes, you did read that
12   correctly.
13        Q.   This does not mean we should
14   continue to advocate this practice.
15   There is growing pressure from outside
16   the industry to provide access to all
17   data resulting from clinical trials
18   conducted by the industry.  Thus far, we
19   have buried Trials 15, 31, 56, and now
20   considering COSTAR.  Did I read that
21   correctly?
22        A.   That's correct.
23        Q.   "The larger issue is how do
24   we face the outside world when they begin

Page 561

1    to criticize us for suppressing data."
2    Did I read that correctly?
3         A.   Yes, you did.
4         Q.   What is suppressing data,
5    sir?
6         A.   I'm not sure what John Tumas
7    means by that because this e-mail and his
8    wording is in the midst of e-mails that
9    precede it and follow it about a very
10   brisk exchange between several people at
11   AstraZeneca saying how we need to present
12   all the data, we shouldn't present parts
13   of it.  Suggesting external review which
14   documents here that we've had some
15   external review.  And also after this
16   e-mail references the high regard that we
17   have compared to other companies about
18   how we do discuss our data.  So I see the
19   part that we're discussing as being
20   uncharacteristically negative and
21   different compared to many other e-mails.
22        MR. PIRTLE:  Objection.
23        Nonresponsive.
24   BY MR. PIRTLE:

Page 562

1         Q.   Do you know what suppressing
2    data is, sir?
3         MR. BROCK:  Object to the
4    form.
5         THE WITNESS:  I personally
6    don't suppress data.  I don't know
7    what John Tumas means by
8    suppressing data.
9    BY MR. PIRTLE:
10        Q.   One could say that our
11   competitors indulge in the practice.  You
12   wouldn't know what that practice is,
13   would you?
14        A.   Where is that comment made?
15        Q.   "One could say that our
16   competitors indulge in this practice."
17   Suppressing data is what he's talking
18   about.  You don't have any idea what he
19   means, though, do you?
20        MR. BROCK:  Object to the
21   form.
22        THE WITNESS:  What I see is
23   John Tumas making an assessment
24   that I don't -- I can't speak to.

Page 563

1    BY MR. PIRTLE:
2         Q.   However, until now, I
3    believe that we have been looked upon by
4    the outside world favorably regarding
5    ethical behavior.  But must decide if we
6    wish to continue to enjoy that
7    distinction.  Did I read that correctly?
8         A.   You did read that correctly,
9    and I interpret John Tumas as saying that
10   we are held in high regard, and if there
11   is any possibility that we could be
12   perceived for indulging in this practice,
13   we have to be very, very vigilant to not
14   engage in anything that could be
15   perceived to be that practice, that's how
16   I read this.
17        Q.   Okay.  You don't read it
18   that y'all are already engaged in it,
19   i.e., that trials 15, 31 and 56 have
20   already been buried?
21        MR. BROCK:  Object to the
22   form.
23   BY MR. PIRTLE:
24        Q.   And that there was cherry

48  (Pages 560 to 563)

Confidential - Ihor W. Rak, M.D.

REDACTED

Page 564

```
 1      picking of trial 15 in that only part of
 2      the data which was favorable was
 3      published, that's what it says, doesn't
 4      it?
 5              MR. BROCK:  Object to the
 6      form.
 7              THE WITNESS:  I see that
 8      that's what John Tumas' e-mail
 9      says, but that is very different
10      from the messages, the tone and
11      the intentions of the other
12      e-mails.
```

REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.



REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED

REDACTED

```
23      Q.   By the way, I have searched
24   in the database where I've seen -- after
```

Page 573

```
 1   I saw this reference of burying and
 2   cherry picking to your vigorous reply,
 3   comment, or whatever, and I've seen no
 4   response or position taken by you in 1999
 5   regarding these e-mails.  Do you remember
 6   one?
 7          MR. BROCK:  All right.  So I
 8      object to the argument and the
 9      representation.  There is a
10      question there at the end that you
11      can answer.
12          MR. PIRTLE:  Let me rephrase
13      it.
14          MR. BROCK:  Yes.
15   BY MR. PIRTLE:
16      Q.   Did you make a reply to John
17   Tumas' e-mail?
18      A.   I do not recall if I made a
19   reply.
```

REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.



REDACTED

53 (Pages 580 to 583)

Confidential - Ihor W. Rak, M.D.



REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.



REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.



REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED

Page 598

1    remember yesterday you talked with Mr.
2    Blizzard about a metabolite study?
3         A.   Yes, I do.
4         Q.   And that would be a -- see
5    if I understand, a study of a part of a
6    Seroquel molecule?
7         A.   I do recall the conversation
8    I had yesterday, but I believe it was
9    about a metabolomics study --
10        Q.   Yes.
11        A.   -- which does not refer to a
12   metabolite of a parent medicine.  That --
13   a metabolomics study is in the category
14   of like a proteomics study where it
15   studies various metabolic markers rather
16   than a specific metabolite of a medicine.

REDACTED

24        Q.   Okay.  Fair enough.  Do you

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.



REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.



REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.



REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.



GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.



REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.



REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.



REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.



REDACTED

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED



GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Confidential - Ihor W. Rak, M.D.

REDACTED

Confidential - Ihor W. Rak, M.D.

REDACTED

Confidential - Ihor W. Rak, M.D.

REDACTED

Confidential - Ihor W. Rak, M.D.

REDACTED

Confidential - Ihor W. Rak, M.D.

REDACTED

Confidential - Ihor W. Rak, M.D.

Page 640

REDACTED

Confidential - Ihor W. Rak, M.D.

REDACTED

Confidential - Ihor W. Rak, M.D.

REDACTED

Confidential - Ihor W. Rak, M.D.

Page 643

REDACTED

Confidential - Ihor W. Rak, M.D.

REDACTED

Confidential - Ihor W. Rak, M.D.

REDACTED

Confidential - Ihor W. Rak, M.D.

REDACTED

Confidential - Ihor W. Rak, M.D.

REDACTED

Confidential - Ihor W. Rak, M.D.

REDACTED

Confidential - Ihor W. Rak, M.D.

REDACTED

Confidential - Ihor W. Rak, M.D.

REDACTED

Confidential - Ihor W. Rak, M.D.

REDACTED

Confidential - Ihor W. Rak, M.D.

REDACTED

Confidential - Ihor W. Rak, M.D.

REDACTED

Confidential - Ihor W. Rak, M.D.

REDACTED

Confidential - Ihor W. Rak, M.D.

REDACTED

Confidential - Ihor W. Rak, M.D.

REDACTED

Confidential - Ihor W. Rak, M.D.

REDACTED

Confidential - Ihor W. Rak, M.D.

REDACTED

Confidential - Ihor W. Rak, M.D.

REDACTED

Confidential - Ihor W. Rak, M.D.

REDACTED

Confidential - Ihor W. Rak, M.D.

REDACTED

Confidential - Ihor W. Rak, M.D.

REDACTED

Confidential - Ihor W. Rak, M.D.

REDACTED