**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| **IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION**<br>This document relates to:<br><br>*Linda Guinn*, No. 6:07-CV-10291<br><br>*Janice Burns*, No. 6:07-CV-15959<br><br>*Richard Unger*, No. 6:07-CV-15812<br><br>*Connie Curley*, No. 6:07-CV-15701<br><br>*Linda Whittington*, No. 6:07-CV-10475<br><br>*Eileen McAlexander*, No. 6:07-CV-10360<br><br>*David Haller*, No. 6:07-CV-15733 | **MDL DOCKET NO:**<br>**6:06-MDL-1769-ACC-DAB** |

**PLAINTIFFS' SECOND SUPPLEMENTAL NOTICE OF UNSEALING AND FILING NON-CONFIDENTIAL EXHIBITS TO THEIR RESPONSES IN OPPOSITION TO ASTRAZENECA'S CASE-SPECIFIC MOTIONS FOR SUMMARY JUDGMENT**

        Pursuant to the Court's instructions of February 26, 2009, the above-listed Plaintiffs submit their Second Supplemental Notice of Unsealing and Filing Non-Confidential Exhibits to Their Responses in Opposition to AstraZeneca's Case-Specific Motions for Summary Judgment filed by Defendants AstraZeneca Pharmaceuticals, LP and AstraZeneca, LP on or about November 3, 2008, attaching the Exhibits listed below.

**Exhibits to Plaintiffs' Responses in Opposition
to AstraZeneca's Case-Specific Motions for Summary Judgment**

*Linda Guinn,* No. 6:07-CV-10291

| Exhibit No. | Description |
|---|---|
| 1 | Guido Nodal, M.D. deposition transcript excerpts |

*Janice Burns*, No. 6:07-CV-15959

| Exhibit No. | Description |
|---|---|
| 1 | John R. Billingsley, M.D. deposition transcript excerpts (3/26/08) |
| 10 | John R. Billingsley deposition transcript excerpts (7/28/08) |
| 17 | John Reilly deposition transcript excerpts |

*Connie Curley*, No. 6:07-CV-15701

| Exhibit No. | Description |
|---|---|
| 1 | Maria C. Wilson, M.D. deposition transcript excerpts |
| 12 | Anna Golden deposition transcript excerpts |

*Eileen McAlexander*, No. 6:07-CV-10360

| Exhibit No. | Description |
|---|---|
| 1 | Manouchehr Lavian, M.D. deposition transcript excerpts |

*Linda Whittington*, No. 6:07-CV-10475

| Exhibit No. | Description |
|:-----------:|-------------|
| 1 | Mohamed O. Saleh, M.D. deposition transcript excerpts (3/4/08) |

DATED:  March 11, 2009                    Respectfully submitted,


By:    /s/ Robert W. Cowan         
      F. Kenneth Bailey Jr.
      K. Camp Bailey
      Fletcher V. Trammell
      Robert W. Cowan
      **BAILEY PERRIN BAILEY**
      440 Louisiana St., Suite 2100
      Houston, Texas 77002
      (713) 425-7100 Telephone
      (713) 425-7101 Facsimile
      kbailey@bpblaw.com
      cbailey@bpblaw.com
      ftrammell@bpblaw.com
      rcowan@bpblaw.com
      **Co-Lead Counsel for Plaintiffs**


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of March, 2009, I electronically filed the foregoing: PLAINTIFFS' SECOND SUPPLEMENTAL NOTICE OF UNSEALING AND FILING NON-CONFIDENTIAL EXHIBITS TO THEIR THEIR RESPONSES IN OPPOSITION TO ASTRAZENECA'S CASE-SPECIFIC MOTIONS FOR SUMMARY JUDGMENT with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.


      /s/  Robert W. Cowan        
      Robert W. Cowan

4