# EXHIBIT 1

1

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF FLORIDA

## ORLANDO DIVISION

IN RE:  Seroquel Products Liability Litigation,
MDL DOCKET NO. 1769

This document relates to:

Burns v. AstraZeneca LP, et al.
(Janice Burns 6:07-cv-15959)

_____/

DEPOSITION OF:     DR. JOHN R. BILLINGSLEY

ON BEHALF OF:      Defendant

DATE:              March 26, 2008

TIME:              12:55 p.m. to 4:12 p.m.

PLACE:             Rebecca Wimer Reporting
                   321 Magnolia Avenue
                   Panama City, Florida 32401

REPORTED BY:       Deborah J. Shoman
                   Registered Merit Reporter
                   Notary Public
                   State of Florida at large

**Page 6**

1  first to take copies of your records.  And I don't
2  think I want to spend the time now going through
3  them, but I can see already there are some pages
4  that you have in your record that were not provided
5  to us by RecordTrak.  So at the end of the
6  deposition, we'll figure out a way to get copies of
7  those.  And I'll just leave this with you for the
8  moment.
9       I see you have in front of you in a binder
10 something called "office chart."  Is that a copy
11 of --
12      A    This is a copy of the copies that were
13 made by my receptionist and sent.  I just asked her
14 when she sent the copy out, to make -- to run it
15 through again and make another copy.
16      Q    That makes a lot of sense.
17      A    So what's in here should be in there.
18 It's just like it's hard to -- this style of folder
19 to go through and find -- turn the pages, so to
20 speak.
21      Q    Understood.
22      And during the course of the deposition,
23 I'm going to be using yet a third copy, which I'll
24 give to you, which is -- should be what's in your
25 binder as numbered by the copying service rather

**Page 7**

1  than the way your office manager provided because I
2  assume she did not put Bates numbers on it, and the
3  copying service --
4       A    No, she did not.
5       Q    So we'll refer to that just so we can find
6  the same page together more easily.
7       A    Okay.
8       Q    What have you done to prepare for your
9  deposition, Doctor?
10      A    I've gotten copies of the chart made.
11 I've read over the copy of the chart.  But that's
12 pretty much it.  I really did not have any
13 information about what specific information would be
14 covered at the deposition, so I didn't really try to
15 do any preparation for that.
16      Q    When did you read over the chart?
17      A    I read over it over the past weekend.
18      Q    I know you have not spoken with me before
19 today's deposition, but have you spoken with any of
20 the other lawyers who represent any of the parties
21 to this deposition or this lawsuit?
22      A    Only this gentleman when he walked in
23 today to say hello and --
24      Q    And by this gentleman, you're referring to
25 plaintiff's counsel?

**Page 8**

1       A    Plaintiff's counsel, whose name I have
2  forgotten.
3       Q    And before you met Jim today, you had not
4  spoken with any of the other lawyers for Janice
5  Burns?
6       A    No, I had not.
7       Q    Did you speak with any lawyer for
8  AstraZeneca?
9       A    No, I have not.
10      Q    Did you speak with anyone from the
11 company, that is, from AstraZeneca about the
12 litigation?
13      A    About the litigation, no.
14      Q    Did you speak with Janice Burns about the
15 litigation?
16      A    Janice Burns has spoken to me about the
17 litigation.
18      Q    Okay.  Have you had any written
19 communications with any of the lawyers about this
20 lawsuit?
21      A    Only the --
22      Q    The subpoena?
23      A    -- the subpoenas and requests for records.
24      Q    But no letters or e-mails?
25      A    Not to my knowledge.  Certainly no

**Page 9**

1  e-mails, nothing else that I recall.
2       Q    Any written communications with
3  AstraZeneca about this lawsuit?
4       A    No.
5       Q    Have you been asked to serve as an expert
6  witness in this case?
7       A    No.
8       Q    It appears to me from my review of the
9  records that Janice Burns first came under your care
10 in late December of 1998.  Is that consistent with
11 your review of the chart?
12      A    That's correct.
13      Q    And she remains in your care even up until
14 today, is that correct?
15      A    Yes, that is.  I think there was one brief
16 period where she saw someone else, but essentially
17 since December 1998 until today.
18      Q    So it's nine years plus, I guess.  She saw
19 you because she needed psychiatric care in general,
20 would that be correct?
21      A    She saw me in particular because she had
22 attempted suicide, had been sent from the medical
23 hospital to the psychiatric facility where I was on
24 the staff and it happened to be my turn for a
25 patient and she was the patient.

**(Pages 6 to 9)**

10

1    Q    And I see that my question was unclear.
2    What I should have said is over the years the reason
3    she has continued to see you is because of her need
4    for psychiatric care.
5    A    That's correct.
6    Q    Would that be correct?
7    A    Yes.
8    Q    And she saw you for the very first time
9    under the circumstances you just described.
10   A    Yes, sir.
11   Q    Okay.  I know this is hard to do, to give
12   us a summary of nine years of treatment, but could
13   you, as best you can, give us an overview of Janice
14   Burns' mental illness and the problems for which you
15   have treated her in the nine years of treatment?
16   A    Okay.  She initially saw me, as I said,
17   December of 1998 following a suicide attempt.  It
18   was a very serious suicide attempt.  She ended up
19   in -- on a ventilator for a while.  She ended up,
20   according to her history, actually having a mishap
21   in the hospital of having -- further exacerbated her
22   condition by having charcoal lavage with a misplaced
23   NG tube.  She suffered -- apparently suffered
24   hypoxic episode.
25         The event that seemed to primarily

11

1    precipitate that suicide attempt was that she, with
2    some others, was involved in a -- I never got into
3    the exact details of it, but she had worked at a
4    place where they were alleging that there was
5    misconduct by the employer and there was a lawsuit
6    over that.  It was extremely stressful.  She
7    developed PTSD symptoms related to that.  She --
8    over the course of the years I initially saw her,
9    she would have to go to depositions and things like
10   that, and that would make things worse.
11         She did have preexisting trauma from
12   sexual abuse when she was younger.
13         Over the course of time she had been a
14   very difficult patient in the sense that she did not
15   respond really well to medication and had to make a
16   lot of medication changes to try to help her.  She
17   was a cooperative patient, very compliant with her
18   treatment, just a difficult patient.  I think that
19   was also worsened by the specific problems that she
20   had with having the brain injury.  She could be a
21   little difficult to deal with at times and hard to
22   figure out sometimes exactly what was going on with
23   her.  That may also be part of the reason of
24   problems with medication is people with brain injury
25   often respond a little differently to medication and

12

1    can be more sensitive to medications.  And,
2    additionally, she had a number of physical problems
3    including complaints of chronic pain.  Chronic pain
4    is a factor that tends to exacerbate depression and
5    vice versa.
6         She had only had, to the best of my
7    recollection, though, the one inpatient
8    hospitalization.  She had been treated a couple of
9    times in a partial hospital program, fairly
10   recently.  She had some factors that caused her to
11   have some relapse of her symptoms here recently, one
12   of those being that the doctor that she had been
13   seeing for her medical care and pain management had
14   to close his practice, and that left her hanging and
15   very concerned about her treatment.
16         She has primarily suffered from
17   posttraumatic stress disorder symptoms and
18   depression and anxiety, but I think the anxiety is
19   primarily related to the PTSD symptoms.  She has
20   also had a lot of conflict with the daughter that
21   she lives with, which has been a factor that has
22   made things more difficult, although, it's very
23   difficult to tell which of the -- I should say
24   daughter and son-in-law, but it's difficult to tell
25   how much -- I would say there might be a mutual

13

1    problem between them that I don't think it's all
2    one-sided.
3         She seemed to do better when she was
4    treated in the partial program and has been, as of
5    the last time I saw her, doing fairly well for her.
6    She has never done extremely well.
7    Q    And when approximately -- well, according
8    to your records, when was the last time you saw her?
9    I think --
10   A    Here is the -- oh, March the 20th of 2008,
11   but it appears I do not have that note back from my
12   transcriptionist yet, or at least it has not been
13   filed yet.
14   Q    Doctor, thank you for that very complete
15   answer.  I have several questions to ask you about
16   what you said.
17         First of all, you talked about a hypoxic
18   episode.  That would be a mishap in the hospital
19   which resulted in her brain being deprived of oxygen
20   for some period of time.
21   A    Yes, sir.
22   Q    And that -- if that happened -- do you
23   know -- let me rephrase it.
24         Did you investigate to find out whether it
25   was true that she had suffered a hypoxic incident or

**14**

1  episode?
2      A   I reviewed the medical records from the
3  hospital, but that's been so long ago that I really
4  cannot recall.  She has -- she had the type of
5  symptoms that I would expect from that, the history
6  that she has given for it was pretty consistent, but
7  I cannot truly say that I recall seeing a statement
8  from a physician in the hospital that she was
9  hypoxic for -- to such a degree for such an amount
10 of time.
11     Q   Your diagnosis of the various mental
12 illnesses from which Janice Burns has suffered
13 include posttraumatic stress disorder, right?
14     A   Yes, sir.
15     Q   Depression?
16     A   Yes, sir.
17     Q   Is anxiety a diagnosis?
18     A   Well, posttraumatic stress disorder is an
19 anxiety disorder, and I think she has some other
20 kind of generalized anxiety related to that and to
21 the events in her life.  But I did not make another
22 specific diagnosis.
23     Q   Did you make any -- have you ever, during
24 the course of your nine plus years of treating
25 Janice Burns, made any specific diagnosis other than

**15**

1  PTSD and depression?
2      A   Yes.  Cognitive disorder not otherwise
3  specified.
4      Q   Is Janice Burns bipolar?
5      A   I've considered that diagnosis at times.
6  She has at times exhibited some symptoms that are
7  somewhat suggestive of that, but I do not believe,
8  myself, that that's her diagnosis.
9      Q   Is there a mental health condition or
10 disorder which is similar to bipolar but does not
11 justify psychiatrist in making a formal diagnosis of
12 bipolar disorder?
13     A   There is a disorder bipolar type II, which
14 is a person who has a -- has major depression
15 symptoms and has hypomania, manic symptoms that do
16 not meet the full criteria for a full-blown manic
17 episode.
18     Q   And is Janice Burns -- have you ever
19 thought of diagnosing her with bipolar type II
20 disorder?
21     A   Yes, I have.
22     Q   Would it be fair to say that Janice Burns
23 has exhibited some of the traits of bipolar disorder
24 or bipolar type II disorder but not to the extent
25 that you thought it in your own professional opinion

**16**

1  it would be appropriate to diagnose her formally
2  with one of those two disorders; is that a
3  characterization that sounds right to you?
4      A   The way I generally thought about it is
5  that the symptoms that she had or sometimes she
6  would have rapid speech, be a little flighty, some
7  things like that, I feel were due more to brain
8  injury, and I would put them under the cognitive
9  disorder rather than look at bipolar disorder
10 because the best I can recall, there was not a
11 history of those things prior to that time.
12     Q   Have you ever diagnosed Janice Burns with
13 schizophrenia?
14     A   To the best of my recollection, no.
15     Q   You mentioned that Ms. Burns has not
16 responded well to medication over the course of the
17 years you have been treating her and that you had to
18 make a lot of medication changes; is that right?
19     A   Yes, sir.
20     Q   Is that a common situation with -- that
21 you encounter in treating people with mental
22 disorders?
23     A   I don't know the precise definition of
24 common, but it certainly is not uncommon.  I see --
25 as a psychiatrist, I'm more likely to see the people

**17**

1  who do not respond well to medications; because if
2  they responded well to the first antidepressant or
3  second antidepressant they were on, they would
4  typically be seen by their primary care provider for
5  that.
6          I usually get them referred to me either
7  after they've been hospitalized, which indicates a
8  more severe disorder or after they failed treatment
9  with their primary care provider.  So at that point,
10 pretty much by definition they're the harder --
11 going to be the harder cases.
12     Q   And to what extent do you find it
13 necessary in treating the harder cases to try
14 different medications until you find a medication
15 that seems to work for a time for the patient?
16     A   I would be guessing to try to put too fine
17 a percentage on that, but I would have to say at
18 least 50 percent of the time or more.
19     Q   So to elaborate on that, what happens in
20 those cases is that people with mental illness that
21 cannot be -- that was not successfully treated by
22 their primary care physician, are referred to you
23 and then your treatment includes various things
24 including medication, correct?
25     A   Yes, sir.

18

1    Q   And with regard to medication, what you're
2  saying is that you often have to try one medication
3  after another or maybe combinations of medications
4  until you find something that -- to which the
5  patient responds well; is that right?
6       MR. BRUZZESE:  Object to form.
7       MR. MAGAZINER:  Doctor, we both will be
8  objecting to each other's questions from time
9  to time, but you can go ahead and answer the
10  question.
11       THE WITNESS:  The -- as I said, the people
12  who come to me typically have depression or
13  anxiety or whatever disorder they have that's
14  not responding with their initial treatment by
15  their primary care provider for the most part,
16  so I already see them when they failed a course
17  of medication.
18       There is recent literature, I cannot quote
19  papers, but just in my reading and reviews,
20  there is a trial to look at treatment of
21  treatment-resistant depression which showed
22  that, you know, as a person was tried through
23  the first couple of arms of the treatment,
24  which would be starting on one medication,
25  switching to another medication, possibly a

19

1  third medication, adding augmenting agent, that
2  the success rate of each of those interventions
3  became progressively less over time.  So it
4  becomes sometimes an effort to try to find
5  something that will relieve the symptoms of the
6  individual even though that might -- even
7  though there are no clear guidelines on what
8  the steps should be after someone has failed
9  the first few treatments.
10  BY MR. MAGAZINER:
11       Q   Has your treatment of Janice Burns
12  included things other than prescribing or providing
13  medications to her?
14       A   My treatment -- my direct treatment has
15  **not, other than what I would call brief supportive**
16  **therapy.  She has been in a partial hospitalization**
17  **program where I was the medical director of her**
18  **treatment there.  And in that program she was**
19  **provided with intensive psychotherapy in a group**
20  **setting.**
21       **She has also seen -- at various times seen**
22  **providers for individual psychotherapy.  At the time**
23  **she initially came into the hospital, she was seeing**
24  **a provider.  She has not been real reliable in**
25  **following through with that, which is not unusual.**

20

1    Q   To be clear for the jury, when you talk
2  about psychotherapy, that's therapy in which a
3  medical professional talks to a patient and the
4  patient talks to the medical professional, and
5  through the discussion between the two of them there
6  is therapeutic -- there should be some sort of
7  therapeutic process; is that correct?
8       **A   That's correct.  A medical professional**
9  **would include, in that case, a licensed clinical**
10  **social worker, licensed mental health counselor,**
11  **clinical psychologist, not a medical doctor**
12  **provider, necessarily, in fact, usually not.**
13       Q   And in your treatment of Janice Burns, you
14  have engaged in only very limited psychotherapy as
15  we just defined, I think that's what you were
16  saying.
17       **A   Right.  The therapy I've done is**
18  **supportive -- brief supportive.  When I have**
19  **patients in the office, I typically see patients for**
20  **medication management for about 15-minute intervals,**
21  **sometimes a little longer than that.  So what I talk**
22  **about there is primarily the effect of the medicine,**
23  **how you might get better effect from it, what the**
24  **side effects are.**
25       **Also, in terms of more supportive therapy,**

21

1  **a little bit about what's going on in your life.**
2  **You know, say this is a problem for you, have you**
3  **thought about doing this, which is not an**
4  **insight-oriented therapy.  It's just to look at what**
5  **the individual's strengths might be and how to help**
6  **them utilize those to improve their condition.**
7       Q   In the course of your practice, I take it
8  from what you said earlier, did you use lots of
9  different medications?
10       **A   Yes, I did.**
11       Q   Including antipsychotics?
12       **A   Yes.**
13       Q   And including what are called second
14  generation antipsychotics?
15       **A   Yes.**
16       Q   Seroquel, which is the subject of this
17  lawsuit, is one of those second generation
18  antipsychotics; is that correct?
19       **A   It is.**
20       Q   Have you prescribed Seroquel to patients
21  other than Janice Burns?
22       **A   Yes, I have.**
23       Q   Is it one of the drugs in your arsenal, if
24  I can call it that, that you use from time to time?
25       **A   It is.**

**(Pages 18 to 21)**

22

1    Q    Is "arsenal" the term you would use?
2    A    I think the term that is always used in
3    talks and literature is armamentarium.
4    Q    Armamentarium.  That's an awfully big
5    word.
6    A    So arsenal is fine.  Box of tools.
7    Q    Okay.  Let's call it a box of tools.  So
8    your box of tools includes a whole lot of different
9    drugs that you might use for different patients at
10   different times; is that correct?
11   A    Yes.
12   Q    Seroquel being just one of them.
13   A    Seroquel being one of quite a few.
14   Q    And do you continue to prescribe second
15   generation antipsychotics to patients today?
16   A    Yes, I do.
17   Q    Including Seroquel?
18   A    Including Seroquel.
19   Q    I don't know if you took the time to make
20   a mental note of this when you went through your
21   records, but according to what I could see in the
22   records, you first, I'll say, provided Seroquel to
23   Janice Burns in June 25th of 2002, and then you
24   terminated Seroquel in January of 2006.  Was that
25   consistent with what you found?

23

1    A    Yes.
2    Q    When I say what you found, I mean what you
3    found in your records.
4    A    Yes, it is.
5    Q    Doctor, I'm going to hand to you -- I
6    apologize that this is somewhat cumbersome, but I'm
7    going to hand to you a set of records that ought to
8    be -- I'm sorry, ought to be a copy of what your
9    office manager provided to the RecordTrak company.
10   And the difference -- and I hope the only difference
11   should be that these records, this set -- and, I'm
12   sorry, let's mark it.  I'm going to interrupt the
13   question, Doctor.
14        Would you give the first page, please, to
15   Debbie.
16        (Defendant's Exhibit Number 2 marked for
17             identification.)
18        MR. MAGAZINER:  We've marked that set of
19   records as Exhibit 2.
20        (Discussion held off the record.)
21   BY MR. MAGAZINER:
22   Q    All right.  The difference between
23   Exhibit 2 and the records as they exist in your
24   files is Exhibit 2 has Bates numbers at the bottom
25   starting with page 0001 and going to page 00305.  Do

24

1    you see the numbers to which I'm referring?
2    A    Yes, I do.
3    Q    And the reason I prefer to use Exhibit 2,
4    rather than your own copies, is because we can refer
5    to numbers and all of us can find the page easily.
6    A    Understood.
7    Q    I first want to ask you a question about
8    pages 3 through 8.
9    A    Okay.
10   Q    What is -- what are these pages?
11   A    Okay.  I, in Microsoft Access, wrote a
12   database to -- basically for prescription recording.
13   So that rather than have multiple pieces of paper
14   with prescription information on them, that I could
15   have in one database all of the prescription records
16   for an individual, which will allow me to do things
17   such as this, which is give a look at a complete
18   prescription history for a patient, to be able to
19   look up how many refills might be needed by people
20   over a time I might be out of the office, so I can
21   plan ahead for that, various things of that nature.
22        Basically, each time I write a
23   prescription, I write it on my computer in this
24   program.  I print out a copy of the prescription on
25   a regular piece of prescription paper, and I also

25

1    print out a sheet to keep in my office record to
2    refer back to which shows the most recent
3    medications they've been on.
4         This -- these pages are the entire record
5    for Janice Burns.  Typically, in the chart I keep
6    only like the last year, so I specifically printed
7    those out so that there would be a complete record.
8    Normally -- normally I do just, like, the last year
9    because if -- otherwise, each time I print this out,
10   I would be printing anywhere from 6 to 20 pieces of
11   paper depending on who the patient is.
12   Q    So this is a very neat program that you
13   created.  I haven't seen this.  You should think of
14   copywriting this and selling it to some other
15   doctors.
16        On the copy we have, at least, the first
17   entry is for the 12th of December of 2000.  That's
18   at the bottom of page 08.  And it says page 6 of 6
19   on it.
20   A    Okay.
21   Q    I'll suggest to you -- you tell me if I'm
22   wrong, obviously.
23   A    Okay.
24   Q    What you were able to print out was -- got
25   you back to that date, but it did not take you all

26

1    the way back to 1998.
2         MR. BRUZZESE:  Objection.  I see earlier
3    dates on there.
4         MR. MAGAZINER:  Oh, I'm sorry.
5         MR. BRUZZESE:  I think it depends on which
6    drug you're looking at.
7         THE WITNESS:  Let me elaborate on my
8    answer about what this shows.  It shows by --
9         MR. MAGAZINER:  You have earlier dates?
10        THE WITNESS:  It shows by medication in
11   date order, so there might be -- the one that
12   will be the earliest date on here will be the
13   earliest medication that I prescribed for that
14   person.  It won't necessarily be the last one
15   on the list.
16        Additionally, I did not begin using this
17   until -- well, I can't remember the exact date,
18   but somewhere around the end of '98 or '99.
19        MR. MAGAZINER:  Yeah, I apologize here.  I
20   was totally wrong in what I said.  And Jim's
21   objection was certainly well-founded because
22   there are entries from '99 here.
23   BY MR. MAGAZINER:
24        Q    Okay.  This list of prescription
25   medications is limited to drugs which you have

27

1    prescribed for Janice Burns.  This would not include
2    drugs that other doctors prescribed; is that right?
3         A    That's correct.
4         Q    If you'll turn to page 07, those are the
5    entries for Seroquel starting -- reading upward from
6    25 June '02 to 9 August '05; is that correct?
7         A    That's correct.
8         Q    Now, I'm unclear about how Janice Burns
9    obtained Seroquel.  Did you -- the way most people
10   in the jury will be familiar with getting drugs is
11   the doctor gives them a prescription, they take it
12   to a drug store or the pharmacist, the drug store
13   fills the prescriptions and hands them the bottle of
14   pills.
15        Did that happen with Seroquel and Janice
16   Burns, or did she obtain her Seroquel in some other
17   way?
18        A    She -- initially I, and at points along
19   the way, I supplied samples of Seroquel to her.  But
20   also for much of the prescription she obtained --
21   she was on drug assistance program, which provided
22   her medication.
23        Q    And the drug assistance program provided
24   her medication without charge?
25        A    Without charge.

28

1         Q    Was that a drug assistance program run by
2    AstraZeneca?
3         A    To the best of my knowledge, yes.
4         Q    So AstraZeneca had a program for people
5    who couldn't afford medication under which Janice
6    Burns was able to get Seroquel without charge; is
7    that fair?
8         A    Yes.  And many medications are very
9    expensive where, if a person does not have insurance
10   that covers their medications and their income is
11   below a certain level, that they will provide
12   medication.
13        Q    You've mentioned two ways in which Janice
14   Burns obtained Seroquel: one was samples you gave
15   her and the other was through the AstraZeneca
16   patient assistance program.  Were there any other
17   ways in which she obtained Seroquel?
18        A    I don't believe so.  It is possible -- I
19   noticed that, for example, the 1st of August I had
20   written a prescription for 60 tablets with two
21   refills.  I do not -- I could not say whether she
22   filled that or not.  She had financial problems, and
23   I may have given her the prescription.  She may not
24   have been able to fill it.  I might have continued
25   with samples.

29

1         So the only way I could say for sure would
2    be to go find out which pharmacy she went to and
3    have them look it up.  My recollection is that for
4    the vast majority of the prescriptions that she
5    obtained, they were obtained on patient assistance
6    program.
7         Q    Doctor, why did you prescribe or provide
8    Seroquel to Janice Burns?
9         A    The -- there were several reasons.  One of
10   the ones was that I had tried her on various things
11   for sleep, and she had not slept.  And Seroquel is
12   known to be very sedating.  There is also case
13   reports, pretty much since the time that the second
14   generation or atypical antipsychotics have come out,
15   that they have been used off label as adjuncts for
16   depression.
17        Additionally, part of her problem is very
18   severe anxiety, that, as I said, was related to the
19   PTSD.  And antipsychotics in general tend to reduce
20   anxiety symptoms.
21        And there was one additional reason that
22   was not apparent to start with but came up during
23   the course of treating her, and that was that for
24   some reason she felt that she was getting pretty
25   good pain relief from being on the Seroquel.

**(Pages 26 to 29)**

30

1   That's, to the best of my knowledge, not a known
2   benefit, and I think was probably due to the fact
3   that she was sleeping much better.
4       Q    The pain relief that she reported to you
5   was not mental pain, this was physical pain?
6       A    Yes.
7       Q    In her hip?
8       A    Yes.
9       Q    In her hip?
10      A    Yes, sir.
11      Q    So Janice Burns reported to you that the
12  Seroquel seemed to her to be relieving her hip pain.
13      A    Yes, sir.
14      Q    Still looking at page 07, Doctor, I want
15  to make sure that I understand the abbreviations
16  here.  Starting with the very first entry, that
17  being 25 June '02, it says 200 milligrams.  And then
18  what does the next line mean?
19      A    It says one to two HS, PRN, or one to two
20  at night as need.  Sample, which indicates -- it's
21  my little note to myself that I gave her samples at
22  that time.
23      Q    How about --
24      A    And the view means that was the first time
25  that I had prescribed it for her.  The number that's

31

1   under the column that heads script number is a
2   number within my own program.  It's just an
3   incremental -- if you're familiar with access, it's
4   the -- gosh, I can't remember what they call it.
5   It's the number that's incremented by one each time
6   you put a new record in.  So there would be a unique
7   number for each prescription, so I could go back
8   later; and, if questions came up from a pharmacist
9   about a prescription, I could ask them about that
10  number and be sure the prescription hadn't been
11  altered in some way or what they got was indeed what
12  I had written.
13      Q    And since the entry for June 25th, '02,
14  was for samples, I'm gathering, but please tell us
15  if I'm wrong, that even when you dispense samples to
16  a patient, you made an entry in your program, and it
17  was assigned a number, even in the absence of your
18  writing an actual prescription.  Is that what
19  happened here?
20      A    You mean assigned like the script number?
21      Q    Yes, sir.
22      A    Yes.  Any entry that I make in that
23  program for a prescription or like if I voided a
24  prescription or did any kind of entry, there would
25  be one of these numbers assigned to it.  And they're

32

1   not -- I have to also clarify, they're not like an
2   invoice number or something where they're
3   necessarily sequential.  Because the way access
4   works, if you -- if I start to write a prescription,
5   I go, oh, I made a mistake on that, and I just
6   delete that one, that number is gone and it can
7   never come back up again.  So there may be blanks in
8   the number or places where the number skipped.
9       Q    And just to be clear, even when you
10  provide samples to a patient, so you don't actually
11  write a prescription, if the sample is of a
12  prescription drug, then you make an entry in your
13  system; is that right?
14      A    I'm going to have to say not invariably.
15      Q    You try to do that?
16      A    I try to do that; but, you know, the only
17  way to actually get a prescription to fill is it's
18  entered in here, because I have no other way of
19  writing prescriptions.  I do not have a script pad
20  in my office.  But if I give people samples, and
21  like -- I started out by giving her samples; and the
22  next time she came in I may have done that and there
23  not be an entry in the record.
24      Q    So it is possible that you gave her
25  samples that would not be reflected here.

33

1       A    That's correct.
2       Q    Going up to the next entry for 1 August
3   '02, it says 2 po, QHS.  What does that mean please?
4       A    2 per os, by mouth, at bedtime.
5       Q    So you were -- this shows that what you
6   told Janice Burns on this occasion was that she
7   could take two 200-milligram pills at bedtime.
8       A    Yes, sir.
9       Q    When Janice Burns received Seroquel
10  through the AstraZeneca patient assistance program,
11  those pills were actually delivered to your office;
12  is that correct?
13      A    That's correct.
14      Q    And then you would give them to her.
15      A    That's correct.
16      Q    Did you make a point of entering those
17  events on this program?
18      A    The prescriptions, like the prescription
19  on the 5th of August, which is for 180 with one
20  refill, which would be -- technically be 3 months
21  and one refill, I would expect is one that was sent
22  to the company.  Because the company on the drug
23  assistance programs typically want a three-month
24  prescription for medications, and they would send
25  back three-month supply at a time.  And when they

38

1   Administration after trials for specific indications
2   and specific doses.  And using them for anything
3   other than those specific indications and those
4   specific doses would be an off label use.  It's very
5   common to use medications off label and often
6   they're used off label to treat conditions that
7   they're later approved for.  That's off label.
8        Q    And the approved uses for Seroquel are
9   limited to schizophrenia and bipolar disorder; is
10  that correct?
11       A    At that time I do not know.  Now I know --
12  as of today -- I mean, indications change over time.
13  That's why I can't --
14       Q    Yes, sir.
15       A    -- I can't say for sure because things
16  get -- medications often get new indications as new
17  trials are conducted.  But, as of now, Seroquel is
18  indicated for schizophrenia, bipolar mania and
19  bipolar depression.
20       Q    During the course of your practice, to
21  what extent have you found it useful to prescribe
22  second generation antipsychotics, including
23  Seroquel, for off label purposes?
24       A    I found it quite useful in terms of
25  augmentation of antidepressant effects.  In some of

39

1   the atypicals, before they were approved for bipolar
2   disorder, were used widely for bipolar disorder with
3   good benefit.  Though, I don't know that I could say
4   how often, but I --
5        Q    It's not uncommon?
6        A    It's not uncommon.  Now -- and it depends
7   to some degree on what things are indicated.  For
8   example, now there is a medication that does -- an
9   antipsychotic medication does have an indication for
10  augmentation of antidepressants, and so if there is
11  an on-label medication available, I would
12  preferentially use that.
13       Q    In deciding to use a drug like Seroquel
14  for off label purposes, what do you take into
15  account in making that decision?
16       A    In terms of whether to consider using it,
17  would be -- might be case reports I've seen in the
18  literature, discussion with colleagues, what I
19  perceive to be the benefits and risk of the
20  medication to the patient, the alternatives
21  available, how severely -- how severely patient's
22  symptoms are.
23       Q    Do you also -- when you say case reports,
24  does that include articles in medical journals?
25       A    Articles in medical journals, reviews,

40

1   looking up things on PubMed on the Internet.
2        Q    To what extent, if at all, do you ever
3   decide to prescribe a drug for a patient based on
4   something that a sales representative from the
5   manufacturing company has told you about the
6   medication?
7        A    They only tell me about on-label uses, so
8   the decision to use a medication on label is based
9   on which medication I think will be the most
10  appropriate.
11       Q    In your experience, do sales reps adhere
12  to the rule that they are not supposed to be telling
13  you about off-label uses of their drugs?
14       A    Now, yes; I think for the last several
15  years, yes.  And I can't recall any specific
16  incident of any sales rep for any medication ever
17  saying, you know, this is a medicine that's good for
18  this even though it's not indicated.
19       Q    To what extent, if at all, was your
20  decision to prescribe Seroquel to Janice Burns
21  influenced by something that any AstraZeneca sales
22  representative told you about the properties or
23  attributes of the drug?
24       A    None.
25       Q    To what extent is your use of drugs off

41

1   label based on your experience with your own
2   patients?  And when I say to what extent, I'm not
3   looking for a percentage.  But is that one of the --
4   let me rephrase the question.
5            Is one of the things you take into account
6   in deciding whether to prescribe a drug to a patient
7   your own experience with other patients on that
8   drug?
9        A    Yes, it is.
10       Q    And what -- before January of '02 -- I'm
11  sorry, June '02 when you first prescribed Seroquel
12  to Janice Burns, had you had favorable experiences
13  with the use of Seroquel?
14       A    I'm not going to be able to answer that
15  because I really cannot recall how many patients I
16  would have treated before that when I first used
17  Seroquel without reviewing my -- you know, all my
18  prescription records and looking at other cases.
19           I would say, of course, that if I used
20  something and there has been significant untoward
21  effects more than just a side effect that might be
22  expected, then I would not pursue that.
23       Q    In listing the various factors that you
24  take into account in deciding to prescribe a drug,
25  you said the benefits and risks associated with a

42

1  drug is one of the factors.
2      A   Yes.
3      Q   Is that right?
4      A   (Nods head.)
5      Q   Do prescription medications all have side
6  effects and risks associated with them?
7      A   Yes, they do.
8      Q   How does a doctor, such as yourself,
9  treating a patient who has not responded well to
10  medication, take into account the potential benefits
11  and risks of a new drug?
12      A   It has to be through information that's in
13  the product information of the drug and information
14  that is read in articles about the drug.  Sometimes
15  things are not known, like they become known over
16  time.  The -- looking at the severity of the
17  patient's condition in the sense that, for example,
18  taking Lithium.  Lithium is one of the best --
19  probably the better augmentors of antidepressant
20  action, but it has a lot of side effects.  It has to
21  be monitored very closely.  So it's one, because of
22  the risk, we would put lower down the line.  So the
23  person would have to have more severe illness before
24  I would use that.
25          So I try to -- I think it's a balance with

43

1  each medication, each patient, of trying to find
2  what hasn't been tried that might be effective at
3  the lowest possible risk for what you want to
4  accomplish.
5      Q   Do you sometimes have to prescribe drugs
6  to patients even though you believe there is a
7  considerable risk that the patients will experience
8  a side effect?
9      A   Yes.
10      Q   And why would -- why would a doctor
11  prescribe a drug or why would you prescribe a drug
12  to a patient, even though you know there's a
13  substantial risk of the side effect?
14      A   Well, for example, a person with
15  depression, which may include suicidality, that the
16  class of medicines, the SSRIs, such as Prozac,
17  Paxil, Zoloft, have been shown to be beneficial for
18  that, yet there's around a 30 percent or a little
19  higher of sexual dysfunction.  There's risk of
20  increased anxiety.  There's now a warning of a very
21  small increased risk of suicidality.
22          So I would give the person one of those
23  medications based on the fact that they have a
24  condition that is serious, that is causing them --
25  severe dysfunction in their life in various areas

44

1  and with the potential benefit that they would have
2  relief of those symptoms and possibly not have the
3  side effect.  Because not everyone has the side
4  effect of the medication; or, if they do, that the
5  fact that, in this case, their depression is so much
6  better would be worth the fact that they had
7  decreased sexual functioning or had a little nausea
8  or diarrhea.
9      Q   How serious was -- how serious has Janice
10  Burns' mental illness been during the nine plus
11  years that you've treated her?
12      A   It's been --
13      Q   In terms of the impact on her life.
14      A   It's been very serious.  Over the course
15  of time, she has -- and this started before I
16  actually started treating her.  But over the course
17  of time she lost her job, she tried to go back to
18  work, was not able to work.  She is having a lot
19  of -- has had a lot of conflict with her family,
20  which she attributes primarily to them; but, having
21  talked to her daughter, I think is attributable, at
22  least in part, to her own disorder and the effect it
23  has on relationships.
24          She has dropped out of doing things that
25  she used to do.  For example, she used to like to go

45

1  sailing, the combination of her physical condition
2  and her mental condition have caused her to stop
3  doing that.
4          She has isolated herself from friends.
5  She has stopped pursuing, for a time, some of her
6  hobbies, such as painting.  She -- had a very
7  devastating effect on her life.
8      Q   And there came a time, Doctor, did there
9  not, that she applied to Social Security to be
10  declared disabled?
11      A   That's right.
12      Q   And you supported that.
13      A   Yes, I did.
14      Q   So the mental illness from which Janice
15  Burns has suffered has, if untreated, pretty much
16  deprived her of any quality of life, would that be
17  fair to say?
18      A   Even with pretty aggressive treatment
19  that -- her quality of life has not been good.  I
20  think it has been a little better with the
21  treatment.  For example, lately with treatment, with
22  the partial program, intensive psychotherapy, she
23  got a little more active.  But it's -- I think it's
24  going to be a life long struggle for her, and she
25  does not have a good quality of life even with

---

**46**

1    pretty intensive treatment.
2        Q   Now, when you prescribe to a patient like
3    that a drug with side effects, is it sometimes your
4    thought that the side effects are more easily
5    treated than the mental disorders or mental illness,
6    if you can control the mental illness, let someone
7    else deal with the side effects?
8        A   Well, it depends on the side effect.
9    Again, to use the example of the SSRIs, because
10   that's very common, many people have the side effect
11   of sexual dysfunction.  They're often not happy to
12   have that but accepting of it because their quality
13   of life otherwise is improved, some people aren't.
14   So it depends a lot on the individual.  It depends a
15   lot on the nature of the side effect.
16            Most -- fortunately with the newer
17   medications, most of the side effects are fairly
18   benign in the sense that they don't cause any
19   long-lasting problems.  Side effects that are not
20   benign have to lead to discontinuation of
21   medication.
22            Sometimes side effects can be treated and
23   we get into a situation of giving one medication to
24   counter the side effects of another medication.  A
25   good example of that would be with first generation

---

**47**

1    antipsychotics and use of Cogentin or other
2    medications to control EPS symptoms.
3            Sometimes side effect -- sometimes what
4    would be considered a side effect might actually be
5    beneficial effect.  For example, with Seroquel it is
6    very sedating, and many people with various kinds of
7    mental disorders have severe disruption of their
8    sleep.  In that case what others might consider a
9    side effect could actually be a beneficial effect.
10       Q   Doctor, you mentioned EPS symptoms.  That
11   would be extrapyramidal symptoms?
12       A   Yes, extrapyramidal symptoms.
13       Q   Would you explain to us what
14   extrapyramidal symptoms are?
15       A   They are symptoms that are seen most
16   commonly with antipsychotic medications, although,
17   it can be with other medications that have to do
18   with dopamine system in the brain and typically
19   cause symptoms that can look like Parkinson's
20   disease with movement disorder, tardive dyskinesia,
21   akathisia.
22       Q   These movement disorders are things that
23   make people move their bodies in ways they don't
24   want to move them so their arms could jerk around
25   and legs could jerk around, things like that?

---

**48**

1        A   Yes, various kinds of involuntary
2    movements.
3        Q   And you've mentioned that they would
4    commonly be first generation antipsychotics,
5    correct?
6        A   Yes.
7        Q   And how about the second generation
8    antipsychotics?
9        A   Less common but not zero.
10       Q   So would one of the advantages of Seroquel
11   be, as compared to the first generation
12   antipsychotics, they have had much fewer incidences
13   of -- much lesser incidences of extrapyramidal
14   symptoms?
15       A   Lesser incidence, I could not quote a
16   percentage of that.
17       Q   As contrasted to the first generation --
18       A   As compared to the first generation, there
19   is definitely a lower -- less problems with
20   extrapyramidal side effects.
21       Q   Doctor, as you probably know, this lawsuit
22   involves a claim that Janice Burns developed
23   diabetes as a result of use of Seroquel and that she
24   would not otherwise have developed it in the absence
25   of Seroquel.  As you sit here today in March of

---

**49**

1    2008, do you understand that there is a concern
2    about potential association or possible association
3    between second generation antipsychotics on the one
4    hand and hyperglycemia or diabetes on the other?
5        A   Yes, there is concern of metabolic
6    syndrome with disorders of glucose metabolism and
7    lipids and weight gain.
8        Q   And that would be true for -- that concern
9    about glucose levels and metabolic disorders linked
10   to second generation antipsychotics, that's for all
11   of them, as you understand it?
12       A   That is for all of them, although, the
13   incidence seems to be a little less with a couple of
14   them.
15       Q   Do you remember when it was that you first
16   became aware of the potential risk of hyperglycemia
17   or diabetes in patients who were using second
18   generation antipsychotics such as Seroquel?
19       A   No, I really could not recall.
20       Q   Doctor, do you do your best to keep up
21   with the latest learning about side effects of the
22   drugs that you prescribe?
23       A   I try to.
24           MR. MAGAZINER:  I'm going to ask Debbie to
25   mark as Exhibit 3 a January 2004 version or the

---

50

1    January 2004 version of the Seroquel label.
2    (Defendant's Exhibit Number 3 marked for
3    identification.)
4    (Discussion held off the record.)
5  BY MR. MAGAZINER:
6    Q    Doctor, can I -- off the record -- can I
7  see what I had you mark.  Okay.  My problem is I was
8  looking at a different one from my book.  All right.
9    Doctor, you recognize this as a label or a
10  package insert; is that right?
11    A    Yes, I do.
12    Q    And for the jury's benefit, this is
13  information which the manufacturer of any
14  prescription drug is required to give to doctors
15  about the drug so that doctors can acquaint
16  themselves with the properties of the drug; is that
17  correct?
18    A    That's correct.
19    MR. MAGAZINER:  I'm going to ask Debbie to
20  mark as Exhibit 4 a letter dated January 30,
21  2004.
22    (Defendant's Exhibit Number 4 marked for
23  identification.)
24    MR. MAGAZINER:  I'm going to ask Debbie to
25  mark as Exhibit 5 a letter dated April 22nd,

51

1  2004.
2    (Defendant's Exhibit Number 5 marked for
3  identification.)
4  BY MR. MAGAZINER:
5    Q    Let's make this go a little more quickly,
6  Doctor.
7    In Exhibit 3, which is the actual label,
8  you'll see at the bottom of the right-hand column on
9  the first page a warning about hyperglycemia and
10  diabetes.  Do you see that?
11    A    Yes, I do.
12    Q    And Exhibit 4 is a letter, a
13  Dear-Health-Care-Provider letter from AstraZeneca
14  that talks about that warning.  And then Exhibit 5
15  is a letter dated April 22nd, 2004, that says that
16  the January 30 letter left out four words, the
17  words, quote, and periodically during treatment,
18  close quote, that should have been in the January
19  letter and were not.
20    So looking at all these together, was it
21  as a result of this new label for Seroquel and other
22  labels for the other second generation
23  antipsychotics that were issued at the same time and
24  letters of this sort that you first became aware of
25  an issue regarding the use of second generation

52

1  antipsychotics and hyperglycemia, or were you aware
2  of that issue before you received these letters and
3  new labels?
4    A    Well, as I said, I can't be sure of the
5  exact time that I became aware of it.  I do recall
6  the letters that came out from all the
7  manufacturers, and there were articles in the
8  literature, at least during that timeframe, I think
9  actually probably some before that, but I cannot
10  recall dates.
11    MR. MAGAZINER:  I'm going to ask Debbie to
12  mark Exhibit 6.
13    (Defendant's Exhibit Number 6 marked for
14  identification.)
15  BY MR. MAGAZINER:
16    Q    This document which is entitled Consensus
17  Development Conference on Antipsychotic Drugs and
18  Obesity and Diabetes issued by -- as you'll see at
19  the top -- the American Diabetes Association, the
20  American Psychiatric Association, the American
21  Association of Clinical Endocrinologists and the
22  North American Association for the Study of Obesity.
23    Doctor, whether you saw it in this
24  document and this consensus report as published in
25  Diabetes Care or as published somewhere else, do you

53

1  remember in or about early 2004 reading this
2  consensus report?
3    A    I remember the consensus report, yes, at
4  about that time.
5    MR. MAGAZINER:  And we have one more
6  document to mark at this point, which is going
7  to be Exhibit 7.
8    (Defendant's Exhibit Number 7 marked for
9  identification.)
10  BY MR. MAGAZINER:
11    Q    Doctor, Exhibit 7 is entitled Practice
12  Guideline for the Treatment of Patients with
13  Schizophrenia, published by the American Psychiatric
14  Association.  And it has a copyright of 2004.
15    On page 54, you'll see that there is a
16  discussion of quetiapine beginning at the bottom of
17  the left-hand column and continuing to the top of
18  the right-hand column.  Do you see that?
19    A    Yes.
20    Q    Is quetiapine the scientific name for
21  Seroquel?
22    A    Yes.
23    Q    Were you -- did you review this practice
24  guideline that's been marked as Exhibit 7 at or
25  about the time it was published?



**62**

1　do recall it.
2　　Q　And that lists a whole host of physical
3　problems. Do you characterize her as having been
4　plagued by all sorts of physical problems; is that
5　right?
6　　A　She has a number of physical problems, for
7　sure.
8　　Q　Doctor, let me ask you to look at pages
9　241.
10　　A　Okay.
11　　Q　These are dated -- 240 is dated
12　12-26-2000, and 241 is dated, it looks like, 8 -- if
13　I'm reading it correctly, 8-10-2000. Is that how
14　you're reading it? Yeah.
15　　A　241?
16　　Q　I'm sorry, 240 is dated 8-10-2000 and 241
17　is dated 12-26-2000.
18　　A　Correct.
19　　Q　Huh?
20　　A　That's the way I read that.
21　　Q　These lab reports were sent to a doctor
22　named Brian Phemester. Do you know Dr. Brian
23　Phemester?
24　　A　I know of Dr. Phemester. I do not know
25　him personally.

**63**

1　　Q　Was he also involved in the care of Janice
2　Burns?
3　　A　It appears that he was. Again, I do not
4　recall back that far.
5　　Q　And you'll see on page 240, that is the
6　lab report from August 10th, 2000. It says fasting
7　hours 9, and you'll see that the glucose is reported
8　as 134.
9　　A　Yes.
10　　Q　So that would be -- for a fasting glucose
11　test, that would be a diabetic level; is that
12　correct?
13　　A　I cannot recall the exact diabetic
14　association guidelines, but --
15　　Q　126?
16　　A　-- I think it's a fasting -- it's
17　consistently lowered, but I think 120 or 125.
18　　Q　So if it is either of those, 134 would be
19　a diabetic level.
20　　A　134 would be a diabetic level.
21　　Q　And the page 241, which is dated
22　12-26-2000, it doesn't say what the fasting period
23　was, but it says 127 was her glucose level. Do you
24　see that?
25　　A　Yes.

**64**

1　　Q　And then it shows -- both of those show a
2　whole lot of other laboratory results involving
3　lipids, which are very high. Would that be an
4　accurate characterization, 238 total cholesterol,
5　316 triglycerides?
6　　A　Yes, those are high.
7　　Q　So this was predated by almost two years
8　or a year and a half when you first began
9　prescribing Seroquel for Ms. Burns, correct?
10　　A　That's correct.
11　　Q　Was it your thought when you continued to
12　prescribe Seroquel to Ms. Burns after you first
13　became aware of the risk of diabetes associated with
14　the use of Seroquel or the risk of other second
15　generations, that Dr. Randles would be able to
16　control her diabetes more easily than you would be
17　able to control her mental illness if you had to
18　stop using Seroquel; is that a fair way to
19　characterize it?
20　　A　I don't know that that was my thought
21　process, but it was that she was obtaining some
22　significant benefit from the Seroquel, and there
23　are -- you know, she was seeing a doctor for
24　treatment of her medical condition, so --
25　　Q　One of the important things in dealing

**65**

1　with diabetes is maintaining a healthy lifestyle; is
2　that right?
3　　A　Yes.
4　　Q　Is it in general -- are patients who have
5　mental illnesses -- do patient who have mental
6　illnesses generally find it more difficult to
7　maintain a healthy lifestyle than patients -- than
8　other patients?
9　　A　I think that -- I don't know about that as
10　a generalization, but I think I would say people who
11　have severe depression or other mental disorders
12　tend to be people who, because of their disorders,
13　do not exercise. They do not -- on the whole,
14　people with mental disorders tend to smoke more.
15　They typically, sometimes for financial reasons,
16　tend to eat worse. So I think overall in my
17　patients I see a fairly high number of people who
18　are suffering the effects of bad lifestyle.
19　　Q　And one of those effects could be
20　diabetes.
21　　A　Yes. Well, let me change that. I don't
22　think one of those effects is diabetes, because
23　diabetes -- I think it's a very multifactorial
24　illness. Those things certainly exacerbate in the
25　tendency toward diabetes that the person would have,

66

1   I don't think they, per se, cause diabetes.
2       Q   Fair enough.
3       But for such a person -- for such patients
4   even today, you continue from time to time to
5   prescribe second generation antipsychotics,
6   including Seroquel, to them because you think
7   overall the benefit of controlling the mental
8   illness outweighs the risk of the diabetes; is that
9   correct?
10      A   Yes.
11      Q   And do you have patients today who have
12  mental illnesses severe as -- other patients as
13  severe as Janice Burns?
14      A   Yes, I do.
15      Q   And are some of those people at risk of
16  diabetes or already diabetic?
17      A   Some of them are.
18      Q   And do you, in appropriate circumstances
19  for some of those people, continue to prescribe
20  second generation antipsychotics including Seroquel?
21      A   I want to qualify that a bit and say, yes,
22  I do prescribe them.  Now, because of more
23  information about the metabolic problems, I tend to
24  try to choose the agents which are felt to have a
25  lower risk of that rather than -- for example, using

67

1   Zyprexa or Seroquel, which are felt to be a higher
2   risk first, but if the other agents fail then I will
3   use those.
4       Q   And, as a matter of fact, there was a time
5   that Janice Burns was on Zyprexa; is that correct?
6       MR. BRUZZESE:  Object to form.
7   BY MR. MAGAZINER:
8       Q   Let me refer you to page 93 of Exhibit 2.
9       A   What was the page again?
10      Q   Page 93, Doctor.
11      A   Okay.
12      Q   Just about in the middle it says at the
13  bottom of the second paragraph, she has been on
14  Zyprexa, which did not help her.  Do you see that?
15      A   Yes.
16      Q   And is that consistent with your -- well,
17  I know you recorded it here.  Do you have any
18  recollection about her use of Zyprexa?
19      A   No, I don't, because this was a review,
20  you know, about seven years ago looking at
21  medication that she had been on in a period where
22  she was really doing very poorly to go over
23  medications that she had been on in looking at what
24  else could we try.
25      Q   Doctor, as you sit here today, try to put

68

1   yourself back into the mindset of June of 2002 when
2   you first prescribed Seroquel to Janice Burns.  Do
3   you know one way or the other with any kind of
4   certainty whether you would or would not have
5   prescribed Seroquel to her given the many
6   difficulties that you described, including her --
7   that she did not respond well to various medications
8   even if you -- even if the Seroquel label in that
9   period had been the same as the Seroquel label in
10  '04?
11      A   That would be very difficult to say
12  because other factors involved in that would be what
13  other medications were available at that time.  For
14  example, if Aripiprazole were available then, then I
15  might choose that for that reason as I would now.
16      Q   But if that was not available --
17      A   If that was not available and it had been
18  Seroquel was the choice available, I would probably
19  go ahead and do that with -- I think the difference
20  would be more monitoring of her blood sugar or
21  coordinating with her primary care doctor about it.
22      Q   But it was your understanding -- it has
23  been your understanding during the time period
24  Janice Burns has been under your care for her mental
25  illness, that she was also under the care of her

69

1   primary care doctor --
2       A   Yes.
3       Q   -- that she was seeing frequently.
4       A   Yes.  She has a number of medical
5   problems.
6       Q   And it was your expectation and
7   understanding that the primary care doctor, given
8   all her risk factors for diabetes, would be
9   monitoring for possible onset of diabetes.
10      A   Just given all of her medical illnesses
11  would be my understanding.
12      MR. MAGAZINER:  I'm going to try to end in
13  about four minutes, which will give me 15, Jim.
14      MR. BRUZZESE:  Right.
15  BY MR. MAGAZINER:
16      Q   Very quickly, Doctor, you are board
17  certified in psychiatry.
18      A   Yes, I am.
19      Q   And do you also have a certification for a
20  specialty called neurology in psychiatry?
21      A   No, I do not.  The board is --
22      Q   Oh, I see.
23      A   It's the American Board of Psychiatry and
24  Neurology.  It's very confusing.
25      Q   And I was -- off the record.

Page 69

1  primary care doctor --
2      A   Yes.
3      Q   -- that she was seeing frequently.
4      A   Yes.  She has a number of medical
5  problems.
6      Q   And it was your expectation and
7  understanding that the primary care doctor, given
8  all her risk factors for diabetes, would be
9  monitoring for possible onset of diabetes.
10     A   Just given all of her medical illnesses
11 would be my understanding.
12         MR. MAGAZINER:  I'm going to try to end in
13     about four minutes, which will give me 15, Jim.
14         MR. BRUZZESE:  Right.
15 BY MR. MAGAZINER:
16     Q   Very quickly, Doctor, you are board
17 certified in psychiatry.
18     A   Yes, I am.
19     Q   And do you also have a certification for a
20 specialty called neurology in psychiatry?
21     A   No, I do not.  The board is --
22     Q   Oh, I see.
23     A   It's the American Board of Psychiatry and
24 Neurology.  It's very confusing.
25     Q   And I was -- off the record.

Page 70

1         (Discussion held off the record.)
2  BY MR. MAGAZINER:
3      Q   Let me state it again.
4         Doctor, you are certified in the medical
5  specialty of psychiatry; is that correct?
6      A   Yes, I am.
7      Q   And you've been engaged in the practice of
8  psychiatry for how many years now?
9      A   Since I finished my residency in 1989.
10     Q   Doctor, was there a gentleman named Ken
11 Green who practiced with you as a licensed clinical
12 social worker?
13     A   Yes, there is.
14     Q   Does he still practice with you?
15     A   Yes, he does.
16     Q   Would he have records relating to Janice
17 Burns that are separate from your records?
18     A   If -- I don't recall the timeframe that he
19 saw her, but he does keep records separate from
20 mine.
21     Q   So for whatever time frame he did see her,
22 the subpoena for your records would not have gotten
23 his records.
24     A   No.
25     Q   We would have to subpoena him for his

Page 71

1  records.
2      A   That's correct.
3      Q   Same address as --
4      A   Same address as mine.  The subpoena also
5  would not have gotten the records from the partial
6  hospital program, if you were interested in those.
7      Q   Doctor, let me just refer to you a couple
8  more pages from your chart, pages 74 and 75.  Page
9  75 is dated September 9th, 2002, and page 74, since
10 it works backward, is dated October 14th, 2002; is
11 that correct?
12     A   That's correct.
13     Q   And page 75, what Janice Burns told you
14 about Seroquel, which you had started her on about
15 three months previously, that Seroquel is helping
16 her sleep and that has made a big difference, and
17 also she says it was helping the pain in her hip
18 that had been very severe.  Is that consistent with
19 your own recollection of what she was reporting?
20     A   That's correct.
21     Q   And if you look at page 74, you wrote, if
22 I'm reading this correctly, quote, she tells me that
23 Seroquel is the greatest thing that she has been on,
24 close quote.  And it goes on to talk about how she
25 has been pain free.

Page 72

1      A   That's correct.
2      Q   So from all the reports that you were
3  seeing from -- hearing from Janice Burns after you
4  started her on Seroquel, Seroquel had made a major
5  difference in her life; is that right?
6      A   It definitely had a beneficial effect.
7      Q   I'm not going to ask you any further
8  questions at this time, Doctor.  I'm going to keep
9  to the time limit.  Can I indulge all three of you
10 for a moment for a break?
11         (Discussion held off the record.)
12         CROSS-EXAMINATION
13 BY MR. BRUZZESE:
14     Q   Good afternoon, Doctor.  My name is Jim
15 Bruzzese.  We met earlier today.  And I have a few
16 follow-up questions for you, mostly related to the
17 testimony you've already given here today.  And I
18 want to start off where we pretty much left off.
19         You had made a statement, and I'm not -- I
20 really want you to clarify it because I'm not sure I
21 understood it correctly.  The question presented to
22 you by counsel was:  If you had the information you
23 have today about Seroquel, would you have prescribed
24 it to Ms. Burns back then knowing what you know
25 today?

Page 73

1    And you gave an answer that seemed to
2 indicate, well, you would look around for alternate
3 drugs.
4    And then he said, well, if they weren't in
5 existence.
6    What I want to know is, is it accurate to
7 say that you would look for a safer alternative
8 today knowing what you know about Seroquel?
9    A   Presented with the same situation today,
10 my choice would probably be, looking at the factors
11 I knew at the time, would probably be Abilify or
12 Aripiprazole, because it has an indication for
13 adjunctive treatment of depression and appears to
14 have decreased incidence of problems with metabolic
15 syndrome, although it still has the same warning.
16    COURT REPORTER:  Would you repeat them so
17 I have the names correctly.
18    THE WITNESS:  Abilify, A-b-i-l-i-f-y, and
19 Aripiprazole, A-r-p-i-p-r-a-z-o-l-e, I think.
20    Don't quote me on that one.
21 BY MR. MAGAZINER:
22    Q   Is it your understanding that -- or do you
23 have an opinion as far as the effect that atypical
24 antipsychotics have on weight gain in your patients?
25 Do you have an opinion about which of the atypical

Page 74

1 antipsychotics are the worse offenders?
2    MR. MAGAZINER:  Objection to form.
3    THE WITNESS:  I don't think I have a
4 really broad enough database to have more than
5 anecdotal experience.  I think it's clear that
6 the people I see that tend to look like they
7 gain the most to me are on Risperdal, Zyprexa,
8 and Seroquel, less problems with Geodon and
9 Abilify.
10    It's a difficult question because every
11 day I see someone who tells me this pill has
12 made me gain 30 pounds, when that's not a
13 typical side effect of the medicine; so, you
14 know, it's a hard question.
15 BY MR. BRUZZESE:
16    Q   So earlier, then, when you talked about
17 Zyprexa and Seroquel, were you not relating those as
18 being the worst offenders with regard to weight
19 gain, or were you talking about those drugs in
20 relation to the connection to diabetes?
21    MR. MAGAZINER:  Objection to form.
22    THE WITNESS:  Those two things are kind of
23 related.  The weight gain and the diabetes
24 would be related.  I'm not -- I don't recall
25 the details of the literature as to whether

Page 75

1    it's felt that the weight gain directly causes
2    diabetes or there's some other connection.  But
3    they're associated.
4 BY MR. BRUZZESE:
5    Q   But you did testify and it is your
6 understanding today that there is a connection
7 between diabetes and the atypicals.
8    A   Yes.
9    Q   Counsel brought to your attention a
10 notation on page 93 of your chart, which is
11 Exhibit 2, that Zyprexa did not help her, was your
12 notation, and he asked you about Zyprexa.  Do you
13 recall ever prescribing Zyprexa for Ms. Burns?
14    A   I don't believe that I ever did.
15    Q   If you did, would it have been in the
16 chart on page 7 of Exhibit 2 that has your
17 prescription history?  I'm sorry, it begins on
18 page 3 of Exhibit 2.
19    A   It would actually be on the very last page
20 because -- very cleverly in alphabetic order.
21    Q   I guess it was my fault.
22    A   If it's not on there, I do not recall
23 prescribing it.  But I have to say, again, that
24 there was a start date for this -- using this
25 program that began, I think, a little after I

Page 76

1 started seeing her.  So it's possible that she was
2 on it by me at some point very early on.
3    Q   All right.  I think --
4    A   The entry in that note, just from reading
5 the way it was written, is based on, okay, let's go
6 over a number of medicines and see which ones you've
7 been on and just asking have you been on this, this,
8 this, this, or this.
9    Q   And I think that we determined that if you
10 look on page 7 of that -- of Exhibit 2, the earliest
11 prescription drug that I see that you prescribed
12 would have been June 15th of 1999.  Do you recall
13 that being about the time that you started
14 implementing this prescription chart?
15    A   I think it was probably earlier than that,
16 but the first time I saw her in the office was in
17 February of '99.  And I don't -- in looking through
18 the notes that go from February of '99 at least
19 through January 6th of 2000, which would be
20 definitely after the time I started that, there's no
21 indication that I gave her Zyprexa because, besides
22 the record of the prescriptions there, there should
23 be a notation in the chart of the list of
24 medications that I am prescribing.
25    Q   Doctor, do you treat any patients for

Page 77

1  diabetes?
2    A   No.  The only -- the only time that I
3  might be considered to be treating a patient for
4  diabetes is if a person comes into the hospital and
5  has diabetes and they're on a medication like their
6  insulin or Metformin, then I will typically continue
7  that medication.  We get their blood sugar, a
8  medical provider does a physical exam on them, and
9  then if their blood sugars are not controlled, I
10  will ask the medical provider to make adjustment to
11  their diabetes management.
12       The short answer is if they're on
13  medication, it's working, their sugars are good, I
14  continue that medication; I do not make changes in
15  the medicine.
16    Q   Do you ever diagnose patients with
17  diabetes?
18    A   I diagnose patients as having abnormal
19  blood sugars and I refer them to the medical
20  provider.  It occasionally may happen in my office
21  that I'm doing -- people are on lithium, they have
22  to have a renal panel done periodically which
23  includes a blood sugar.  So if there's an
24  abnormality on that, I'll say, "Do you know about
25  your blood sugar being abnormal?"

Page 78

1    They'll say, "Yes, my doctor is taking
2  care of it that;" or, "No, nobody told me that
3  before."  And then I have to coordinate on that.
4    Q   There's an entry -- and I apologize
5  because the Exhibit 2 chart that you have before you
6  is different from the chart -- the records that I've
7  made my notes on, but I'm going to give you the date
8  and we'll find it.
9       MR. MAGAZINER:  We have four different
10  sets.
11       MR. BRUZZESE:  I have mine through the
12  records service, as well.  For some reason tag
13  one instead of the later tag.
14       The entry is for June 28th, 2005.  Let me
15  see if I can find it.
16       MR. MAGAZINER:  Is it a page that looks
17  like this?
18       MR. BRUZZESE:  It is.  It's one of your
19  progress notes.
20  BY MR. BRUZZESE:
21    Q   Have you found it?
22    A   Yes.
23    Q   For the record --
24    A   I didn't find it on -- okay.  Let me find
25  it on this one.

Page 79

1       MR. MAGAZINER:  I have it as page 042, if
2  we're looking at the same thing.
3       THE WITNESS:  Yes.
4  BY MR. BRUZZESE:
5    Q   Somewhere down in the subjective, do you
6  see the sentence that starts with "she states that
7  she went off the Seroquel"?
8    A   Yes.
9    Q   And at one point because she felt she was
10  having some movement disorder due to it?
11    A   Yes.
12    Q   Do you recall that?
13    A   I do recall that.  I don't recall the
14  details.  But when she went down on it, she got
15  worse pain in her hip and then went back up on it.
16    Q   At the time that she was relating the
17  movement disorder, were you thinking that this was
18  also related to Seroquel use?
19    A   You know, any time a patient says they
20  have some type of movement problem and they're on a
21  medication that typically can cause that, you have
22  to think about that.  My recollection is what she
23  described as a movement problem is not a typical EPS
24  kind of problem.
25    Q   So would relation to like the tardive

Page 80

1  dyskinesia --
2    A   Right.
3    Q   -- you had kind of ruled that out or do
4  you know?
5    A   Well, what she basically said was that she
6  had that, she went back on the medicine and she got
7  better.  So I felt that -- my recollection is that I
8  was thinking if she had a movement problem from the
9  medication, it was more of an akathisia rather than
10  Parkinsonian type of movement.
11    Q   If you look, Doctor, at the entry, the
12  visit before that, May 19th, 2005.
13       MR. MAGAZINER:  Page 44?
14       MR. BRUZZESE:  Page 44.
15  BY MR. BRUZZESE:
16    Q   Do you see that during this visit the
17  Seroquel dosage was increased?
18    A   Yes.
19    Q   Do you think that the movement disorder
20  may have been related to the increased dosage?
21    A   Well, certainly it could have been.
22    Q   And, of course, in June of 2005, when she
23  reports the movement disorder, the dosage goes back
24  to 200 milligrams at night again, is that correct,
25  Doctor?

**86**

1    A   98 is normal glucose.
2    Q   Were these labs at your request?
3    A   No, this -- the one from April 10th is --
4 was requested by Dr. El Bataineh, and the other one
5 I am not sure. It has my name on it. It may or may
6 not have been requested. Sometimes if labs are
7 going to be sent to different doctors, you know, if
8 the patient says I want you to send the labs to all
9 these people, it could get my name on it that way.
10    MR. MAGAZINER: Off the record.
11    (Discussion held off the record.)
12 BY MR. BRUZZESE:
13    Q   All right. To clarify, those lab readings
14 we're looking at in Exhibit Number 2 are on page 124
15 and 126, respectively.
16    Doctor, I want to ask you some questions.
17 We talked a little bit about the sources that you
18 used to rely upon for information about Seroquel,
19 drugs in general. You mentioned a lot of the
20 sources of the articles and the product label. You
21 talked about some discussions you've had with peers
22 and research you've done on your own. Have you done
23 any independent research on the pharmaceuticals that
24 we're talking about, about atypical antipsychotics,
25 have you done any personal, independent research?

**87**

1    A   No. I could add one. I neglected one
2 source of information that I use regularly, which is
3 an online source called Hippocrates.
4    Q   Okay. Do you rely on the representatives
5 from AstraZeneca to give you information about
6 Seroquel?
7    A   I don't rely on the representatives from
8 anybody to give me a lot of information. I
9 appreciate the information. They come in, they
10 bring in some of the up-to-date things; but, you
11 know, I realize the source. So I tend to use --
12 most of my references are things I look up like on
13 Hippocrates or PubMed.
14    Q   Do you -- do you recall ever meeting with
15 AstraZeneca representatives about Seroquel?
16    A   Oh, I'm sure I have. But to tell you the
17 truth, when one of the representatives comes to my
18 office, it's very unusual for me to even know who
19 they represent, except the Effexor people, they
20 always have something green.
21    Q   When they -- when you do have
22 conversations with these representatives, do you
23 expect them to tell you the truth?
24    A   Yes. Let me phrase that to say I expect
25 them to tell me the part of the truth that, you

**88**

1 know, that they use just like I expect, you know, a
2 car salesman to tell me the part of the truth that
3 will make me buy a car.
4    Q   I have the benefit, Doctor, of being able
5 to go through some of the call notes of the
6 AstraZeneca representatives and the visits with you
7 over time. And there are some notations in here
8 which I have some questions about to see if you have
9 any recollection of and if you can expand on any of
10 the notes that I have here. In March --
11    MR. MAGAZINER: Excuse me, are you going
12 to mark those as an exhibit so I can see what
13 you're referring to?
14    MR. BRUZZESE: I was not going to mark
15 these as an exhibit. Do you not have a copy of
16 the discovery responses?
17    MR. MAGAZINER: I do. I hope I have the
18 same one you have. Let's see.
19    MR. BRUZZESE: 1 of 30. I think it's the
20 next set.
21    MR. MAGAZINER: No, I don't think I have
22 what you're looking at unless I have 1 of 2 --
23 what is the date?
24    MR. BRUZZESE: March 8th, 2000.
25    Let's go off the record.

**89**

1    (Discussion held off the record.)
2 BY MR. BRUZZESE:
3    Q   We're back on the record.
4    Doctor, in a conversation you had with
5 John Riley, who is an AstraZeneca representative, on
6 March 8th, 2000, do you recall a discussion about
7 weight gain in association with diabetes and
8 possible heart disease?
9    A   No.
10    Q   Do you recall ever being told that?
11    MR. MAGAZINER: I'm sorry, you said no?
12    Okay.
13    THE WITNESS: Yes.
14 BY MR. BRUZZESE:
15    Q   Do you recall being told that the use of
16 Seroquel to reduce weight and reduce risk in those
17 patients?
18    A   To reduce weight and to reduce risk?
19    MR. MAGAZINER: Object to the form.
20    THE WITNESS: No, I --
21 BY MR. BRUZZESE:
22    Q   Do you recall them ever telling you that
23 Seroquel does not cause excessive weight gain?
24    A   No, I don't recall that. You know, as I
25 said, my paying attention to what they tell me is

**(Pages 86 to 89)**



**90**

1  very limited, and that's not just the Seroquel rep,
2  that's all the reps.
3      Q   Okay.  Would this also be true of a visit
4  on July 2nd, 2002, that Seroquel is less likely to
5  increase prolactin levels and cause weight gain?
6      A   I would not recall that.
7      Q   On May 20th, 2003 --
8          MR. MAGAZINER:  Give me a moment, please.
9  Okay.
10 BY MR. BRUZZESE:
11     Q   I'm reading a note that says that you've
12 indicated to a rep that you use Seroquel when you
13 want sedation and weight gain.  Do you recall
14 anything like that?
15     A   I recall that I have -- I mean, that's one
16 of the things that I would say, that if I was going
17 to choose an antipsychotic agent, you know, one of
18 the things you look for is the side effect profile.
19 If you have a patient who -- like people with
20 psychotic depression who are not sleeping, not
21 eating, then a medication that has a likely side
22 effect of sedation and weight gain would be an
23 appropriate thing to try.  That would include
24 Zyprexa, also.
25     Q   And in this same discussion you have

**91**

1  indicated that you have a couple of patients -- it
2  says, doctor said most people do not gain weight on
3  Seroquel but has had an exceptional patient or two
4  gain a lot of weight.
5      A   Yes.
6      Q   Said patient blame on Seroquel but not
7  certain.  Do you recall having a couple of patients
8  with a lot of weight gain on Seroquel?
9      A   Yes.
10 REDACTED

**92**

1  REDACTED

**93**

1  REDACTED
4  BY MR. BRUZZESE:
5      Q   You had spoken -- you spoke earlier about
6  the indications for Seroquel.  You know them --
7  today I think you came up with three, schizophrenia,
8  bipolar mania, bipolar depression.
9      A   Depression.
10     Q   And of course you said that as if to say
11 those were not always the indications, correct?
12     A   I said I was not sure those were always
13 indications because over time, like the -- when the
14 SSRIs came out, they were indicated for depression.
15 Since then, almost all of them have indications for
16 a number of anxiety disorders, eating disorder.  So
17 that's a changing thing, so you have to say what was
18 the indication for Seroquel in 2005, you'd have to
19 look at the PI for 2005.
20     Q   You talked a little bit earlier about the
21 risk benefit analysis involved in prescribing a
22 medication, and I asked you a question about whether
23 or not you would prescribe it knowing what you know
24 today.  You had talked about safer alternatives.  My
25 question now is, do you factor in the fact that a

**(Pages 90 to 93)**

94

1  medication would be an off-label prescription when
2  performing your risk benefit analysis?
3      **A   In terms of choosing a medication, I would**
4  **rather use a medication that's on label.  As I said,**
5  **for example, for using an atypical antipsychotic is**
6  **an adjunct to an antidepressant.  There's one that**
7  **has an indication for that, so I would pick that**
8  **preferentially to one that does not.**
9      Q   Would you take into consideration in your
10  risk benefit analysis a contraindication for a drug?
11      **A   Yes.**
12      Q   The information that counsel showed you,
13  all the dear doctor letters, the health care
14  provider letters, and the PI -- or the label that he
15  showed you today, these would be pieces of
16  information that you did not have when you first
17  prescribed Seroquel to Ms. Burns, correct?
18      **A   I could not recall the time that those**
19  **first came out.  I have some information within the**
20  **chart that I think came from the stuff that -- I**
21  **don't know whether Ms. Burns gave it to me or it**
22  **came with the medication that was mailed to the**
23  **office that I do not think showed that as a risk.**
24      Q   Well, specifically with Exhibit 4 -- 3, 4,
25  and 5, 4 and 5 are letters dated January 30th, 2004,

95

1  and April 22nd, 2004, correct?
2      **A   Yes.**
3      Q   And Exhibit 3 is the product label that is
4  January 2004, correct?
5      **A   Correct.**
6      Q   So this information that is given to you
7  here was not available to you at the time you
8  prescribed Seroquel, correct, all of the information
9  here?
10      MR. MAGAZINER:  Object to the form.
11      THE WITNESS:  Well, the prescription --
12  the initial prescription, I think, was 2002.
13      So clearly something that came out in 2004 was
14  not available at that time.
15  BY MR. BRUZZESE:
16      Q   And that would included two health care
17  provider letters as well as portions of this insert
18  that were not on the insert in 2002.
19      **A   Correct.**
20      Q   Doctor, are you aware of a label change
21  for Seroquel in 2002 in Japan that did offer
22  contraindication?
23      **A   No.**
24      Q   Is that information that you would want to
25  know?

96

1      MR. MAGAZINER:  Object to the form.
2      Do you have that in front of you, what
3  you're referring to?
4      MR. BRUZZESE:  Can I have some of those
5  exhibit labels, please.
6   (Plaintiff's Exhibit Number 9 marked for
7      identification.)
8      MR. MAGAZINER:  Do you have extra copies?
9      MR. BRUZZESE:  I don't.  Actually, I think
10  I do.
11      I don't.  You're familiar with this.
12      MR. MAGAZINER:  Yeah, I wanted to see what
13  document you were referring to.
14      MR. BRUZZESE:  Okay.
15  BY MR. BRUZZESE:
16  REDACTED
17
18
19
20
21
22
23
24
25

97

1  REDACTED
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20      Q   What?
21      MR. BRUZZESE:  I'm sorry.
22      MR. MAGAZINER:  Okay.
23   (Plaintiff's Exhibit Number 10 marked for
24      identification.)
25

**(Pages  94  to  97)**

98

BY MR. BRUZZESE:
1
2     Q   Doctor, I'm going to show you Exhibit 10,
3  which is a series of e-mail going back and forth.
4  Do you need to see these?
5        MR. MAGAZINER:  Yes.  You don't have extra
6  copies of this?
7        MR. BRUZZESE:  No.  I think I do in my
8  car.
9        MR. MAGAZINER:  Off the record.
10       (Discussion held off the record.)
11    (Plaintiff's Exhibit Number 11 marked for
12       identification.)
13       MR. BRUZZESE:  Back on the record.
14 BY MR. BRUZZESE:
15 REDACTED



100

BY MR. BRUZZESE:
1
2     Q   My question is, were you aware of anything
3  about this trial 41 or any of the results that
4  you're reading in here?
5     A   No.
6     Q   And these were all from 2002, correct,
7  Doctor?
8     A   The date on it is December 2002.
9     Q   Would you have liked to have had
10 information about these studies back in 2002?
11       MR. MAGAZINER:  Objection to form.
12       THE WITNESS:  Well, I mean, I have to say
13    that any doctor always wants all the relevant
14    information.
15 BY MR. BRUZZESE:
16    Q   Let's put these here.  Doctor, will you go
17 to page 188 of Exhibit 2?  I'm going to be
18 referencing page 188 and 189 respectively here.
19    A   Okay.
20    Q   Do you know what these two pages
21 represent?
22    A   These are the pages I was referencing
23 earlier, information in the chart.  I do not know
24 whether it was information that came in the
25 handout -- that came in with the medication or if it

99

REDACTED

101

1  was directly for the patient.
2     Q   There is a notation handwritten here on
3  page 188 that says received January, some date,
4  2003.
5     A   Yes.
6     Q   Is that your handwriting?
7     A   No.
8     Q   Do you know whose it is?
9     A   No.
10    Q   Did this information come to you, to your
11 office?
12    A   I'm going to have to say that it must have
13 come to the office, because it's in the chart, and
14 that's the only way it would have gotten there.
15    Q   It wouldn't have been generated from your
16 computer program?
17    A   No, this is not generated by me.
18    Q   Is Medi-Span -- on page 189, I'm reading
19 copyright 2000 by Medi-Span, Inc.  Is that a
20 software program that you use?
21    A   No.  I would say looking at the notation
22 below that:  If you have questions, please contact
23 one of our pharmacists.  That would be information
24 supplied by some pharmacy company.
25    Q   All right.  So by looking at this, though,

# EXHIBIT 10

Dr. John Billingsley
July 28, 2008

Page 1

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

IN RE:  Seroquel Products Liability Litigation,
MDL DOCKET NO. 1769

This document relates to:

Burns v. AstraZeneca LP, et al.
(Janice Burns 6:07-cv-15959)

_____/

VOLUME I

DEPOSITION OF:      DR. JOHN R. BILLINGSLEY

ON BEHALF OF:       Defendant

DATE:               July 28, 2008

TIME:               1:03 p.m. to 6:46 p.m.

PLACE:              Rebecca Wimer Reporting
                    321 Magnolia Avenue
                    Panama City, Florida 32401

REPORTED BY:        Deborah Shoman Zirbel
                    Registered Merit Reporter
                    Notary Public
                    State of Florida at large

Dr. John Billingsley
July 28, 2008

Page 13

1   I try to make that within three patients of when I
2   saw the person, although sometimes, due to the rush,
3   it's a little later in the day.
4       Q   I notice in the records for part of the
5   records there seems to be some written notes and
6   then they're transcribed and some of them are just
7   direct notes.  Did you change your system from '98
8   to 2008?
9       A   No, I'm not sure what you're referring to.
10  I do have -- I do have some handwritten notes that
11  have to do, for example, if a patient calls in with
12  a question on the telephone, I will often write that
13  note rather than dictate.  But any notes where the
14  patient is seen in the office they may be dictated.
15      Q   I may have confused those.  A lot of the
16  topics were the same as, I guess, the follow-up
17  visit.
18          When you do that paperwork, is it -- do
19  you review it for accuracy at that time?
20      A   I do not read every note when they come
21  back.  I tend to review them the next time I see the
22  patient and find the things where the
23  transcriptionist may have put the wrong name of the
24  medicine down and things of that nature.
25      Q   Aside from that, are they generally

Stratos Legal Services
800-971-1127

Dr. John Billingsley
July 28, 2008

Page 14

1   accurate?
2       A   They're generally accurate, the
3   transcriptionist I have has done psychiatric
4   transcribing for at least 15 or 16 years.
5       Q   Are they sufficiently accurate to refresh
6   your memory as to when you treated Ms. Burns, say,
7   10 years ago?
8           MR. MAGAZINER:  Objection to form.
9           THE WITNESS:  I would have to rely totally
10  on them pretty much for what I did 10 years
11  ago.
12  BY MR. DEXTER:
13      Q   But you know Janice Burns by face.
14      A   Yes, I do.
15      Q   And name.
16          How many hours a day do you work?
17      A   Lately about 12 to 14.
18      Q   And are you -- do you have both an
19  outpatient and a hospital inpatient practice?
20      A   Yes, I do.
21      Q   What percentage do you have of either?
22      A   I am technically employed half time by Bay
23  Medical Behavioral Health Center, which is supposed
24  to be four hours, I typically see people there from
25  about 4:30 in the morning until about 8 or 8:30 and

Stratos Legal Services
800-971-1127

Dr. John Billingsley
July 28, 2008

Page 15

1   go to my office until about 4, 5, 6.
2       Q   So about one-third, two-thirds.
3       A   About one-third, two-thirds.
4       Q   And do you treat people with psychotic
5   conditions?
6       A   Yes, I do.
7       Q   And that would be someone that would be
8   schizophrenic with psychotic --
9       A   Yes, I do.
10      Q   Do you prescribe anti -- second generation
11  antipsychotic drugs?
12      A   Yes, I do.
13      Q   And which ones do you prescribe?
14      A   Basically all of them, Risperdal, Invega,
15  Seroquel, Geodon, Abilify, and rarely clozapine.
16      Q   Clozapine, why rarely clozapine?
17      A   Because of the monitoring necessary with
18  clozapine.
19      Q   Are you familiar, through your practice
20  and through literature, the different profiles of
21  those different second generation drugs?
22      A   In terms of potential side effects.
23      Q   Side effects, weight.
24      A   Yes, sir.
25      Q   In terms of weight, how would you classify

Stratos Legal Services
800-971-1127

Dr. John Billingsley
July 28, 2008

Page 16

1   Risperdal, Seroquel, Geodon and Abilify?
2       A   It depends a lot on the individual
3   patient, but typically Geodon and Abilify produce
4   less weight gain.  Seroquel and Zyprexa -- I believe
5   I omitted Zyprexa from the list -- tend to produce
6   more weight gain.  Risperdal tends to cause some
7   weight gain.
8       Q   Now as -- are you familiar with the term
9   formulary?
10      A   Yes.
11      Q   And you deal with a lot of patients who
12  have different formularies with their plans.
13      A   Yes, I do.
14      Q   When did -- when did Janice Burns have
15  Seroquel available to her under Medicare, do you
16  know, on the Medicare formulary?
17          MR. MAGAZINER:  Objection to form, assumes
18  a fact not in evidence.
19          THE WITNESS:  I don't know.
20  BY MR. DEXTER:
21      Q   Now, Doctor, when you're here testifying
22  today, you're not here -- have you ever testified as
23  an expert in a trial before?
24      A   Yes, I have.
25      Q   And what was your -- what did you testify

Stratos Legal Services
800-971-1127

Dr.  John  Billingsley
July  28,  2008

Page 17

1  to?
2      A   In -- that would be typically in workmen's
3  comp case, and it would be in terms of my opinions
4  about the psychiatric condition, reliability,
5  ability to work, responding to hypotheticals.
6      Q   So how a person could function from a
7  mental standpoint --
8      A   Yes, sir.
9      Q   -- in the workplace.
10     A   Yes.
11     Q   Have you ever published or testified on
12  any subject in psychology?
13     A   I've never published.
14     Q   Have you ever testified as an expert in
15  pharmacology?
16     A   No, I have not.
17     Q   Have you ever testified as an expert in
18  endocrinology?
19     A   No, I have not.
20     Q   Have you ever testified in epidemiology,
21  weight loss?
22     A   No.
23     Q   Have you ever testified -- excuse me, not
24  epidemiology, that's the study of disease.
25          Ever testified as an expert on the study

Stratos  Legal  Services
800-971-1127

Dr.  John  Billingsley
July  28,  2008

Page 18

1  of bariatrics --
2      A   No, I have not.
3      Q   -- on the association of Seroquel to
4  diabetes or hyperglycemia?
5      A   No, I have not.
6      Q   Do you have any intent of becoming an
7  expert in this case in any of those areas?
8      A   No, I don't.
9      Q   Have you reviewed literature regarding
10  diabetes or hyperglycemia in preparation for this
11  deposition?
12     A   Not specifically in preparation for this
13  deposition, but in general in terms of practice and
14  articles that come out in the literature.
15     Q   Are you holding yourself out as an expert
16  in the diagnosis and treatment of hyperglycemia or
17  diabetes?
18     A   No, I am not.
19     Q   Specifically with regard to Seroquel,
20  quetiapine fumarate, how do you get your technical
21  information with respect to Seroquel?
22     A   Primarily product information sheets, the
23  literature that comes out on the various studies
24  that are done on not just Seroquel but all of the
25  medications in the journals and from drug detail

Stratos  Legal  Services
800-971-1127

Dr.  John  Billingsley
July  28,  2008

Page 19

1  people.
2      Q   That would be the sales representatives?
3      A   Sales representatives.
4      Q   You rely on them to give you truthful
5  information.
6      A   I don't think they ever deliberately lie
7  to me, but they're salesmen.
8      Q   Have they ever given you details of
9  articles with regard to Seroquel?
10         MR. MAGAZINER:  Objection to form.
11         THE WITNESS:  I really can't recall.  I
12  have been given articles many times by sales
13  representatives, but specific ones from whom I
14  could not swear to.
15  BY MR. DEXTER:
16     Q   Have you ever been given an article --
17  well by the author Reinstein, last name is
18  Reinstein?
19     A   I don't recognize the name.
20     Q   Do you rely on information from the
21  Physician's Desk Reference?
22     A   No.
23     Q   Do you rely on information on labels that
24  are in the drug box or packages?
25     A   Package inserts, yes.  Most of my

Stratos  Legal  Services
800-971-1127

Dr.  John  Billingsley
July  28,  2008

Page 20

1  information that I use in prescribing and looking up
2  medications is a web site called Epocrates.  I have
3  Internet access in my office, I frequently look up
4  references there and I have that on my PDA.
5      Q   Do you refer to those package inserts for
6  warnings, side effects?
7      A   Yes, but I refer more often to the
8  extracts that are in Epocrates or in other sites.
9      Q   Now if I can show you -- and I'll mark --
10  this was a product information sheet that was
11  provided us during discovery.  It has your name on
12  it.  I'll mark this as Exhibit 6.
13         (Deposition Exhibit Number 6 marked for
14             identification.)
15  BY MR. DEXTER:
16     Q   This is Bates stamped 149 under
17  JBurns/Dr. John BillingsleyDEF, D-E-F.
18         Does that look familiar?
19         MR. MAGAZINER:  Let's go off the record
20  for a second.
21         MR. DEXTER:  Sure.
22         (Discussion held off the record.)
23  BY MR. DEXTER:
24     Q   Now, I've marked that as exhibit -- what
25  is the exhibit number there?

Stratos  Legal  Services
800-971-1127

Dr. John Billingsley
July 28, 2008

Page 21

1     A   Six.
2     Q   Exhibit Number 6.  And that appears to be
3   Seroquel 200 milligram tablet information sheet.
4     A   Yes, it looks like the -- actually the
5   patient information sheet rather than the product
6   information.
7     Q   Okay.  Is this the information you share
8   with the patient?
9     A   I believe, if you recall correctly, that
10  this is something that Ms. Burns actually brought in
11  and gave to me that she had probably obtained from
12  the pharmacist.
13    Q   Okay.  Now, at the top it says Dr. John
14  Billingsley.
15    A   Yes.
16    Q   Would the pharmacist be adding your name
17  to it?
18    A   I don't know, because they have a lot of
19  computer capabilities of doing things.  I know it
20  was not generated in my office.
21    Q   This, you'd agree with me, whether she
22  brought it in to you or whether -- this is what she
23  was given in terms of information --
24    MR. MAGAZINER:  Objection.
25

Stratos Legal Services
800-971-1127

Dr. John Billingsley
July 28, 2008

Page 22

1   BY MR. DEXTER:
2     Q   -- on Seroquel.
3     MR. MAGAZINER:  Objection.
4     THE WITNESS:  To the best of my knowledge,
5   she brought information like this to me in the
6   office.
7   BY MR. DEXTER:
8     Q   Do you know the context that she brought
9   that in to you?
10    A   No, I do not recall.
11    Q   Now, there is another copy of that same
12  information sheet that is also in your records.
13  We'll mark this as Exhibit 7.
14    (Deposition Exhibit Number 7 marked for
15        identification.)
16  BY MR. DEXTER:
17    Q   And these records were provided as copies
18  for the defense in this case.  Does that appear to
19  be the same record?
20    MR. MAGAZINER:  Objection, these weren't
21  copies for the defense -- well, okay.
22    THE WITNESS:  I think they're basically
23  the same document.
24  BY MR. DEXTER:
25    Q   And there are two sets that were provided

Stratos Legal Services
800-971-1127

Dr. John Billingsley
July 28, 2008

Page 23

1   through the discovery in this case, you notice
2   they're Bates stamped.
3     A   Yes.
4     Q   Are there any warnings in there about
5   hyperglycemia or diabetes?
6     MR. MAGAZINER:  Objection.
7     THE WITNESS:  I don't see any specific
8   warnings regarding diabetes or anything
9   regarding blood sugar.
10  BY MR. DEXTER:
11    Q   Could you look at those in your records,
12  and what date do they correspond to?
13    A   I would not be able to tell you that
14  because basically in my record I keep a section with
15  the progress notes, which are kept in order.
16  Information that comes in like this goes under a
17  general correspondence type section, where things
18  like that, letters and things like that are, so they
19  would not be specifically dated, so I could not say
20  specifically at what time she brought this in to me.
21    Q   On your correspondence section, I note
22  that your file goes from oldest date forward to most
23  recent date.
24    A   For the most part, yes.
25    Q   Is that the same with your correspondence?

Stratos Legal Services
800-971-1127

Dr. John Billingsley
July 28, 2008

Page 24

1     A   For the most part.
2     Q   Okay.
3     A   But I cannot say if something had to be
4   taken out and copied whether it would have been put
5   back in in the same order.
6     Q   What is the date of the document before
7   these two documents?
8     A   The document immediately before this one
9   is dated September 2nd, 2004.
10    Q   And after those two documents.
11    A   February 2nd, 2005.
12    Q   Okay.  Have you talked to other doctors
13  about their use of Seroquel?
14    A   I'm sure that I have in the general sort
15  of conversation that doctors have.  I don't recall
16  talking to anyone specifically about Seroquel.
17    Q   Do the doctors talk about the general
18  state of how a drug is used?
19    A   Yes.
20    Q   And generally the history with drugs is
21  that it's a trial and error process; is that
22  correct?
23    MR. MAGAZINER:  Objection.
24    THE WITNESS:  Typically when a new
25  medicine comes out, there is a process of

Stratos Legal Services
800-971-1127

Dr. John Billingsley
July 28, 2008

Page 25

1    becoming familiar with it in terms of both the
2    indicated uses and, of course, many medications
3    are used for off label purpose because of
4    specific side effects or other benefits that
5    they have. So there is, I think, a learning
6    curve that is associated with any new medicine
7    that comes out.
8    BY MR. DEXTER:
9        Q   Now, you don't do your own independent
10   drug -- or studies of a particular drug when it
11   comes out, do you?
12       A   No, I do not.
13       Q   Do you rely on information in those
14   studies to be done by drug companies?
15       A   Yes.
16       Q   And would you rely on that information?
17           MR. MAGAZINER: Objection.
18           THE WITNESS: It's really the only
19   information that is available other than
20   anecdotal information.
21   BY MR. DEXTER:
22       Q   Is it fair to say you rely on drug
23   companies to do research and to relay findings of
24   research on their drugs?
25           MR. MAGAZINER: Objection.

Stratos Legal Services
800-971-1127

Dr. John Billingsley
July 28, 2008

Page 26

1            THE WITNESS: Well, I rely on whoever does
2    the research, like the number of large studies
3    that are being done on various medications.
4    BY MR. DEXTER:
5        Q   And there is a large number of drugs out
6    there that are available for your prescription.
7        A   Yes, there are.
8        Q   And for you to keep up with them all, you
9    need the information -- you can't do independent
10   research in every one of them.
11       A   No, sir.
12       Q   Okay. Do you have a Physician's Desk
13   Reference?
14       A   No -- well, let me correct that. I have,
15   I think, one that is several years old because,
16   basically, with electronic information, nobody wants
17   to keep a book like that with very tiny print.
18       Q   Same is true of the law.
19           When you were prescribing Seroquel, did
20   you talk to any of the sales reps with specific
21   questions about -- that you had with regard to side
22   effects of Seroquel or how to administer Seroquel to
23   different types of patients?
24       A   I'm sure that I have. In terms of exactly
25   what specific questions I could not say.

Stratos Legal Services
800-971-1127

Dr. John Billingsley
July 28, 2008

Page 27

1        I mean the typical thing that I talk to
2    reps about a lot is what the cost of medication is,
3    how to obtain it for patients, and, of course, what
4    they tell me is how good it is and why I should use
5    it and not something else and provide, usually,
6    studies and information like that.
7        Q   Do they compare one drug to the other?
8            MR. MAGAZINER: Objection.
9            THE WITNESS: In the past I think more so.
10   Lately in the past few years I have not really
11   seen that.
12   BY MR. DEXTER:
13       Q   Now, at any time do you recall an
14   AstraZeneca sales rep giving you information with
15   regard to how to monitor a patient when they're
16   taking Seroquel?
17       A   I believe so.
18       Q   Did they ever tell you that you should
19   evaluate the patient who is taking Seroquel and
20   get -- monitor the blood glucose and also monitor
21   the weight?
22       A   That has come out recently. I cannot
23   remember the dates, but there were guidelines that
24   came out by the diabetologist or endocrinologist and
25   APA that had specific recommendations of labs and

Stratos Legal Services
800-971-1127

Dr. John Billingsley
July 28, 2008

Page 28

1    when to repeat certain labs which included, I think,
2    lipids, blood sugar, abdominal circumference,
3    weight. I do not recall the date that those came
4    out.
5        Q   Do you recall any AstraZeneca sales rep or
6    any information coming from the company that talked
7    about the results of Study Number 41?
8        A   Not that I can recall.
9        Q   Doctor, what do you know about diabetes?
10           MR. MAGAZINER: Objection.
11           THE WITNESS: Well, I know the usual
12   medical school from 1980 when I was in medical
13   school; and, of course, what I read in and
14   little bit about the newer medications used to
15   treat diabetes. I am not an expert on it. I
16   know that I have people who have elevated blood
17   sugar, I recommend they see their family
18   doctor.
19   BY MR. DEXTER:
20       Q   Are their complications from diabetes?
21       A   There are many complications from
22   diabetes.
23       Q   Do you remember any of those complications
24   or do you see them in your patients?
25       A   Complications include peripheral

Stratos Legal Services
800-971-1127

Dr. John Billingsley
July 28, 2008

Page 29

1    neuropathy, blindness due to retinal hemorrhage,
2    kidney failure, nonhealing sores that can result in
3    even loss of limbs.  So it's a severe disease.
4        Q   Do you know if Janice Burns has had a
5    nonhealing sore on her appendage?
6        MR. MAGAZINER:  Objection.
7        THE WITNESS:  I don't know.
8    BY MR. DEXTER:
9        Q   Do you know if she's had neuropathy?
10       A   Yes.
11       Q   Do you know if she's had some cardiac
12   problems?
13       A   I believe that she has some cardiac
14   problems.  I'm not sure exactly what they are and
15   the source of those.
16       Q   Does diabetes progress?
17       A   It typically does depending on how active
18   the person is in monitoring their diet and taking
19   their medication and exercising and things of that
20   nature.
21       Q   And can diabetes result in death?
22       A   Yes, it can.
23       Q   So it's a serious disease.
24       A   Yes, it is.
25       Q   Going back to the disclosures and talking

Stratos Legal Services
800-971-1127

Dr. John Billingsley
July 28, 2008

Page 30

1    about independent research, lack of independent
2    research and relying on drug companies, do you
3    believe a doctor should be given complete, truthful,
4    timely and accurate information about significant
5    risks and side effects of prescription drugs?
6        A   Yes.
7        MR. MAGAZINER:  Objection.
8    BY MR. DEXTER:
9        Q   Do you need to know about all the
10   significant risks of a drug to assess whether the
11   benefit outweighs the potential risk?
12       A   Yes.
13       MR. MAGAZINER:  Objection.
14   BY MR. DEXTER:
15       Q   Do you agree that doctors rely on
16   information provided by drug companies as to
17   potential risks and side effects?
18       MR. MAGAZINER:  Objection.
19       THE WITNESS:  In addition to other
20   sources.
21   BY MR. DEXTER:
22       Q   If this information is not accurate, then
23   you cannot adequately advise patients or make a
24   determination as to whether risk outweigh benefits.
25       MR. MAGAZINER:  Objection.

Stratos Legal Services
800-971-1127

Dr. John Billingsley
July 28, 2008

Page 31

1        THE WITNESS:  If that information is not
2    accurate, it would make it harder; but there
3    should still be other sources of information.
4    BY MR. DEXTER:
5        Q   Do you expect drug companies to make
6    complete, truthful, accurate disclosure of potential
7    risk and side effects?
8        MR. MAGAZINER:  Objection.
9        THE WITNESS:  Yes.
10   BY MR. DEXTER:
11       Q   Would it be right if a drug company had
12   records of a serious risk or a side effect yet
13   failed to warn doctors?
14       MR. MAGAZINER:  Objection.
15       THE WITNESS:  Rephrase that or repeat it.
16   BY MR. DEXTER:
17       Q   Would it be right if a drug company had
18   reports of serious risks for side effect but failed
19   to warn doctors?
20       A   In my opinion, no.
21       Q   Doctor, we have an extensive history with
22   regard to your treatment of Janice Burns.  Do you
23   remember when you first saw her?
24       A   I first saw her, I think, about December
25   of 1998.  I'm pretty sure it was sometime in 1998.

Stratos Legal Services
800-971-1127

Dr. John Billingsley
July 28, 2008

Page 32

1        Q   And we've got a --
2        MR. MAGAZINER:  I would like to note on
3    the record -- not that I have any objection to
4    it, it's important to be in the record.
5        Doctor, you are, I take it, planning to
6    refer to your records in answering some of
7    these questions.  And that is perfectly okay,
8    but I just want to make sure we know when
9    you're asked, for example, do you recall when
10   you first saw her, you were going to go through
11   the records to refresh your recollection; is
12   that correct?
13       THE WITNESS:  That's correct.
14       MR. MAGAZINER:  Okay.
15   BY MR. DEXTER:
16       Q   Okay.  Doctor, on -- it's Bates stamped
17   106, but it is apparently a physician's progress
18   note dated September 28th, 1998.
19       A   I can look at yours because I don't see
20   anything December 28th in mine.
21       MR. MAGAZINER:  Here is December 28th,
22   this says December 27th, so it may be two
23   different dates.
24       THE WITNESS:  Oh, okay.

Stratos Legal Services
800-971-1127

Dr. John Billingsley
July 28, 2008

Page 85

1    Q   Well, let's start off on May 7th, did she
2  have any particular comments or complaints?
3    A   Worried about court date that was coming
4  up, had some medical problems, that she had had to
5  decrease her Prozac for a while because the
6  medication did not come in, but that she had gotten
7  back up again.  She described her mood as being
8  okay.  Affect was still constricted, denied suicidal
9  ideation.  Medication is about the same.  She was on
10  Wellbutrin then in addition to the other
11  antidepressants.
12       Additionally I note that we had gotten the
13  Desyrel up from 200 to 300 milligrams at night,
14  which would indicate the lower dose was no longer
15  effective in helping her sleep.
16    Q   And says may be going into early
17  remission.
18    A   Getting better.
19    Q   And that is with regard to the major
20  depression.
21    A   That's with regard to the depression.
22    Q   She is showing some improvement at that
23  time.
24    A   A little improvement.
25    Q   And of her planned medications are any of

Dr. John Billingsley
July 28, 2008

Page 86

1  those in the area of a second generation
2  antipsychotic?
3    A   No, they're not.
4    Q   Now the next time you saw her -- well,
5  there is a -- there is a patient call note dated
6  June 17th, 2002.
7    A   Yes.
8    Q   Did she call you and was there a note made
9  for that phone call?
10    A   She called and indicated that she was
11  unable to sleep, that she was very agitated and
12  angry, and indicated at that point that I would try
13  her on some Seroquel.
14    Q   Okay.  Now, when you're going to try her
15  on Seroquel that was for her sleep; is that correct?
16    A   Sleep and agitation.
17    Q   And when you prescribe the Seroquel and
18  when you were dealing with the sales reps from
19  AstraZeneca, do you know that they were aware that
20  you were prescribing for this particular purpose?
21       MR. MAGAZINER:  Objection to form.
22       THE WITNESS:  Not that I'm aware of.
23       MR. DEXTER:  Okay.
24       THE WITNESS:  It's an off label use, and
25  they do not discuss off label uses.

Dr. John Billingsley
July 28, 2008

Page 87

1  BY MR. DEXTER:
2    Q   Now, on June 25th, 2002, there is a
3  progress note.  And there is a note that she is
4  sleeping better.
5    A   Yes.
6    Q   And what does she say about her sleeping
7  better?
8    A   At that point she states she is using
9  Desyrel 2 to 300 milligrams at night, although it
10  left her a little hung over the next day.
11    Q   Now, is Desyrel -- how does it compare to
12  Seroquel?
13       MR. MAGAZINER:  Objection to form.
14       THE WITNESS:  Desyrel is an antidepressant
15  that has side effect of sleep.  Seroquel is a
16  totally different class of medication.  It's an
17  antipsychotic.  Because of the timing of this
18  note, I suspect that I may have misspoken and
19  said Desyrel rather than Seroquel on this
20  because the doses would be similar.
21  BY MR. DEXTER:
22    Q   The prescription records indicate the
23  first prescription for Seroquel was at the next
24  visit.
25    A   In the telephone note I had written out,

Dr. John Billingsley
July 28, 2008

Page 88

1  will try Seroquel 25 to 200 samples.
2    Q   So you gave her the samples at that point
3  in time.
4    A   So that would indicate that I gave her
5  samples.
6    Q   So you're indicating instead of Desyrel
7  that should be Seroquel.
8    A   I can't absolutely swear to that, but, you
9  know, I indicated that Desyrel did not work, and she
10  was not sleeping.  She had never complained of being
11  hung over with it before.
12    Q   Would you have prescribed Seroquel at 200
13  to 300 milligrams or 200 to 400 milligrams?
14    A   It could be either, the dose of Seroquel
15  is up to 700 milligrams.
16    Q   Do they come in 200-milligram tabs?
17    A   They come in 200 milligrams,
18  300 milligrams, 400 milligrams, 25 milligrams,
19  50 milligrams, 100 milligrams.
20    Q   And what sample did you give?
21    A   I don't know.
22    Q   You don't know?
23    A   I would expect from the note there that I
24  wrote from 25 up to 200, so I would have given her
25  the 25s.

Dr. John Billingsley
July 28, 2008

Page 89

1    Q   So 6-25 is -- what you're saying is the
2  actual start of Seroquel?
3    A   I think actually probably 6-17, 6-18,
4  depending on when she picked up samples.
5    Q   And the assessment is still major
6  depression, recurrent, severe, without psychotic
7  features.
8    A   Correct.
9    Q   Okay.  What effect does Seroquel have on
10 patients that do not have psychotic features?
11   A   Major side effect of it is it tends to
12 make them sleepy, usually very sedated.  There are
13 some things that I read, I could not tell you
14 specific sources now because I typically look on the
15 Internet and go to PubMed and search on that and do
16 case reports of using Seroquel with severe sleep
17 problems.  That would be the reason for using it.
18 Other side effects -- it could have the same side
19 effects as people who have psychotic illness, which
20 is dry mouth, blurred vision, weight gain, movement
21 disorders.
22   Q   Movement disorders, could that be anywhere
23 from tardive dyskinesia, to DPS, to just normal side
24 effects?
25   A   DPS, akathisia, tardive dyskinesia.

Stratos Legal Services
800-971-1127

Dr. John Billingsley
July 28, 2008

Page 90

1    Q   Have you done research as to how Desyrel
2  versus Seroquel would affect the brain?
3    MR. MAGAZINER:  Objection, form.
4    THE WITNESS:  In terms of comparing them
5    side by side as to what they do, no.
6  BY MR. DEXTER:
7    Q   Are any -- you know, the pancreas or any
8  part of the endocrine system?
9    A   No.
10   Q   On August 1st, 2002, this premise of the
11 first visit where you document Seroquel, that she is
12 taking Seroquel, what type of feedback did she give
13 you?
14   A   She told me that it was working very well
15 for helping her sleep, that she was not feeling hung
16 over in the morning, that Ritalin was still helping
17 her in terms of her ability to think and
18 concentrate.
19   Q   And her assessment, is it still the same
20 as the last time?
21   A   Assessment the same.
22   Q   Okay.  So major depression, recurrent,
23 severe, without antipsychotic features.
24   MR. MAGAZINER:  Objection.
25   MR. DEXTER:  Posttraumatic stress

Stratos Legal Services
800-971-1127

Dr. John Billingsley
July 28, 2008

Page 91

1    disorder.
2    MR. MAGAZINER:  Objection, you misread
3    that.
4  BY MR. DEXTER:
5    Q   What is the assessment?
6    A   Major depression, recurrent, severe,
7  without psychotic features and posttraumatic stress
8  disorder.
9    Q   Okay.  And what was your plan?
10   A   To continue the medications the same and
11 see me in a month.
12   Q   And you prescribed 400 at night?
13   A   Yes, sir.
14   Q   Does that give you any indication about
15 the June 25th, 2002, notation about Desyrel?
16   A   Not really because either one of them
17 could be in the range of 2 to 300 milligrams.
18   Q   So do you think you --
19   A   So I'm just not sure.
20   Q   You're not sure, okay.
21   Now, on September 9th, 2002, is that
22 another follow up for med?
23   A   Yes, it is.
24   Q   And did she have any particular complaints
25 at that time?

Stratos Legal Services
800-971-1127

Dr. John Billingsley
July 28, 2008

Page 92

1    A   Stated that she was stressed, but felt
2  like she was dealing with it a little better, that
3  Seroquel was helping her sleep and that made a big
4  difference, and she also noted that it seemed for
5  some reason to be helping the pain in her hip that
6  had been pretty severe.
7    Q   Is Seroquel, in your experience, typically
8  known as a pain killer?
9    A   I really haven't seen anything to that
10 effect, although I have had other patients who have
11 been on various antipsychotics tell me that they
12 felt they had reduction in their pain on them.  I
13 think it could possibly be because they sleep
14 better.  If you sleep better you do better.
15   Q   Would that be due to some sort of
16 interaction in the endocrine system or in the brain?
17   A   No idea.
18   Q   Okay.
19   A   It is also known that antidepressants
20 sometimes help with pain.  Prozac, when it first
21 came out, had a number of articles that showed some
22 benefit in terms of pain.  I think it's more a fact,
23 if you sleep better, your mood is better, you're
24 doing better, then you tolerate pain better.
25   Q   What was your assessment on September 9,

Stratos Legal Services
800-971-1127

Dr. John Billingsley
July 28, 2008

Page 117

1   diabetes, not on the movement. But, again, in
2   addition to being prescribed for sleep it is
3   also known that Seroquel and the other atypical
4   antipsychotics have benefit and case studies,
5   at least, in terms of augmenting
6   antidepressants and, at least, one atypical
7   antipsychotic has that indication.
8   BY MR. DEXTER:
9       Q   Now we know later on you do discontinue
10  Seroquel, and did you replace it with a particular
11  drug? That would be January 13th, 2006.
12      A   It's hard to say specifically, because
13  there were some other medication changes that were
14  made in the interim, so I don't think I can really
15  say that it was replaced with any specific drug.
16      Q   Okay. And did you note that she -- as we
17  go along, she is getting progressive symptoms of
18  diabetes like neuropathy?
19          MR. MAGAZINER: Objection.
20          THE WITNESS: There is a note on June 28th
21      of 2005 she mentions neuropathy.
22  BY MR. DEXTER:
23      Q   How about January 18th, 2005?
24      A   I'd say that she had neuropathy but not as
25  bad, on some Neurontin.

Stratos Legal Services
800-971-1127

---

Dr. John Billingsley
July 28, 2008

Page 118

1       Q   Let's go to January 8th, 2005, that
2   progress note, you just said she reported to you
3   that she had neuropathy. Is that a progressive
4   condition?
5       A   It typically is progressive, depends to
6   some degree on what it is due to. She had also
7   mentioned other illnesses that could cause
8   neuropathy with back problems in the past, so
9   whether it's -- this neuropathy is totally due to
10  diabetes or multiple causes, I don't know, but
11  typically neuropathies tend to not get well. They
12  may not progress that rapidly, but they usually
13  persist.
14      Q   Similar to the same type of effect that
15  tardive dyskinesia would have?
16          MR. MAGAZINER: Objection.
17          THE WITNESS: Really totally different
18      cases.
19  BY MR. DEXTER:
20      Q   Can neuropathy result in amputations?
21          MR. MAGAZINER: Objection.
22          THE WITNESS: Indirectly if a person has
23      neuropathy severe enough they cannot feel their
24      feet, for example, then they may injure
25      themselves like walking on hot asphalt or

Stratos Legal Services
800-971-1127

---

Dr. John Billingsley
July 28, 2008

Page 119

1   something like that and not recall it or not be
2   able to feel the burn.
3   BY MR. DEXTER:
4       Q   Now January 18th, 2005, now that you know
5   that she has neuropathy along with diabetes, if you
6   have an alternative for treating her sleep and
7   possibly agitation, now that you know what you know
8   now, would you have made the change and gone off the
9   Seroquel at that time?
10          MR. MAGAZINER: Objection.
11          THE WITNESS: Again, the same thing as
12      before, I would certainly look at it more
13      intensely and look for other alternatives to
14      that and be recommending to her more that we
15      look at that.
16  BY MR. DEXTER:
17      Q   Well, let me ask it this way. Knowing
18  what you know now in the future going back then, are
19  you so sure about the prescription history with
20  Seroquel prescribing Seroquel now?
21          MR. MAGAZINER: Objection.
22          THE WITNESS: I'm not sure -- I'm not sure
23      I understand the question.
24  BY MR. DEXTER:
25      Q   Well, would you have prescribed that or

Stratos Legal Services
800-971-1127

---

Dr. John Billingsley
July 28, 2008

Page 120

1   would it be equally as likely that now that you know
2   what you know now, that you would have prescribed
3   something else for her sleep and agitation?
4           MR. MAGAZINER: Objection.
5           THE WITNESS: I feel that I would look, as
6       I do now, at other alternatives unless there
7       was another clear indication for Seroquel.
8   BY MR. DEXTER:
9       Q   Okay. Let's go to March 17th, 2005, and
10  did she have any particular complaints at that time?
11      A   She told me she was -- had a hangover from
12  some Flexeril that she took, had been hospitalized
13  for dehydration and pneumonia, discovered also that
14  she was bleeding from her stomach, that she
15  continued to have a lot of pain that she thought was
16  exacerbated by being in a traffic accident, that
17  getting manipulations from Dr. Randles, who was a
18  doctor of osteopathy was helping her, pain from her
19  foot swelling up, continued --
20      Q   Would that be a complication or could it
21  be a complication of diabetes, edema?
22      A   I don't think it's a typical one, that she
23  continued to have pain in her right knee and her
24  left hip that made it difficult for her to get up
25  and down the stairs. She told me that she was

Stratos Legal Services
800-971-1127

Dr. John Billingsley
July 28, 2008

Page 121

1  developing some EPS from the Seroquel, that she went
2  off of it, that that resolved; but that she then
3  went back on it, it appears, for sleep.
4      There is question of whether the Seroquel
5  was responsible for the EPS because she had also
6  been on medication for nausea and vomiting, and the
7  primary medications for nausea and vomiting are also
8  actually antipsychotics in terms of the way they
9  work. So it was hard to tell whether that was
10  causing the problem, so asked her to go ahead and --
11     Q  Now before that --
12         MR. MAGAZINER: The doctor was in the
13  middle of an answer.
14         MR. DEXTER: Go ahead.
15         THE WITNESS: So I asked her to go ahead
16  and look at increasing the Seroquel a little
17  bit as we had discussed.
18  BY MR. DEXTER:
19     Q  So actually increasing Seroquel at that
20  time.
21     A  Yes, that she had gone off of it and felt
22  that she did not function as well off of it as she
23  did on it.
24     Q  Now right after she said she felt like the
25  Seroquel was causing EPS she went off of it, the EPS

Stratos Legal Services
800-971-1127

Dr. John Billingsley
July 28, 2008

Page 122

1  resolved, she went back on it, it is now up to
2  200 milligrams again.
3      A  Yes.
4      Q  And she said that is not as effective in
5  helping her sleep.
6      A  Yes.
7      Q  And that's why you titrated back up for
8  the sleep.
9      A  (Nods head.)
10     Q  Knowing what you know now that at that
11  point in time on March 27th, 2005, would you have
12  discontinued Seroquel at that time?
13         MR. MAGAZINER: Mr. Dexter, I have to keep
14  objecting. I have no idea what you're trying
15  to imply when you say there is something
16  Dr. Billingsley knows now that he didn't know
17  in 2005. What are you referring to?
18         MR. DEXTER: Go ahead and answer.
19         THE WITNESS: I think at that point with
20  her being off the Seroquel I would be much more
21  likely to suggest trying something else.
22  BY MR. DEXTER:
23     Q  Especially with the EPS?
24         MR. MAGAZINER: Objection.
25         THE WITNESS: I wouldn't say especially

Stratos Legal Services
800-971-1127

Dr. John Billingsley
July 28, 2008

Page 123

1      with that, I would say just in general I would
2      look at other things or other medicines
3      available and I would think about trying those
4      first.
5  BY MR. DEXTER:
6      Q  So in retrospect on March 17th, 2005, you
7  would have gone off Seroquel.
8         MR. MAGAZINER: Objection.
9         MR. DEXTER: Knowing what you know now.
10        MR. MAGAZINER: Objection.
11        THE WITNESS: I don't want to say I would
12     have her go off of it. I would look more
13     intensely at whether to start it and continue
14     back on it.
15  BY MR. DEXTER:
16     Q  Possibly titrate her off of it, move
17  something else in.
18        MR. MAGAZINER: Objection.
19        THE WITNESS: Possibly.
20  BY MR. DEXTER:
21     Q  On May 19th, 2005 -- now, she makes a
22  comment about the Seroquel.
23     A  Yes.
24     Q  Okay. Does it appear that she is equating
25  the Seroquel to her diabetes at all?

Stratos Legal Services
800-971-1127

Dr. John Billingsley
July 28, 2008

Page 124

1         MR. MAGAZINER: Objection.
2         THE WITNESS: She -- I see where she
3  thinks that being on the lesser dose of it did
4  not help her pain as much as it did, that other
5  things that she tried really didn't work as
6  well.
7  BY MR. DEXTER:
8      Q  And also --
9      A  So I'm not sure.
10     Q  Sorry, I didn't mean to interrupt you.
11     A  I'm not sure if there is something else
12  you're referring to here that I'm missing.
13     Q  So she is thinking the Seroquel has pain
14  killing capabilities and she wants to increase it to
15  kill her pain.
16        MR. MAGAZINER: Objection.
17        THE WITNESS: Well, she indicated that she
18  had benefit with her pain on it. When she went
19  off of it her pain increased, so --
20  BY MR. DEXTER:
21     Q  And then down below there is a reference
22  to diabetic peripheral neuropathy.
23     A  We had her take Cymbalta at that time.
24  One of the indications for Cymbalta was diabetic
25  peripheral neuropathy with a dose of 120 milligrams

Stratos Legal Services
800-971-1127

Dr. John Billingsley
July 28, 2008

Page 141

1      She said that she was taking her medicines
2  the same, and they for the most part were working
3  pretty well.  Noted that she looked like she was
4  moving a little stiffly.  She often used a cane.
5  She was not using her cane again, but was having
6  trouble getting up out of the chair.  Overall not
7  too bad, and reported that her nightmares were not
8  as bad but still not sleeping well.  I tried adding
9  some Flexeril to see if that would help with her
10  muscle spasms and also tends to help some people
11  sleep.
12      Q   Doctor, I appreciate you providing those
13  to us today.  And so we're through going through all
14  your medical records.  Previously I told you that
15  information had been provided to us by AstraZeneca
16  and their notations from the sales reps.  Now, on a
17  regular basis have you seen the sales reps in your
18  office?
19      A   I see sales reps on a fairly regular
20  basis.  I'm going to be honest and tell you that for
21  most of them, when they come in, I don't know what
22  product they represent.  I consider them to be
23  salesmen, which they are, and --
24      Q   Well, do you wear glasses, because
25  Exhibit 5 is real fine print.

Stratos Legal Services
800-971-1127

Dr. John Billingsley
July 28, 2008

Page 142

1      MR. MAGAZINER:  Do you have a copy?
2      MR. DEXTER:  No, I don't have another
3  copy.
4      MR. MAGAZINER:  Well, let's go off the
5  record.
6      (Discussion held off the record.)
7  BY MR. DEXTER:
8      Q   We're back on the record.  Doctor, if you
9  would, I've given you Exhibit 5, and this is a sales
10  rep call sheet, and it was provided during discovery
11  during the process of this litigation.  It's an
12  excel spreadsheet, and on the far left-hand corner
13  you'll notice there are numbers in sequential order,
14  and that's -- I don't want to go over all these
15  lines, because a lot of them are duplicates, but I
16  also -- only just the ones that I want to get
17  your -- see if you recall the incident or whatever.
18  But there is a full name, and in that instance it
19  will be your name, because this is a call note for a
20  call on you, the rep name, which is further down
21  after the address, and then the date that it took
22  place.
23      They have different call types based on
24  sit downs, lunch and learns, things like that, and
25  then the actual call note which is the note in the

Stratos Legal Services
800-971-1127

Dr. John Billingsley
July 28, 2008

Page 143

1  larger wider column over there, and that is what
2  I'll mainly be paying attention to.  If you would go
3  to two, and that is a -- that was a --
4      MR. MAGAZINER:  You said --
5      MR. DEXTER:  Go to line number 2.
6      MR. MAGAZINER:  Okay.
7  BY MR. DEXTER:
8      Q   And there is a date of September 10th,
9  1999, rep name is John M. Reilly, and it said:
10  Talked use of Seroquel in the elderly -- and this is
11  what he's saying he said to you -- talked dosing --
12      MR. MAGAZINER:  Objection, objection, it
13  doesn't say that.
14  BY MR. DEXTER:
15      Q   Said using low doses, corrected to use
16  high doses in patients that had been on
17  neuroleptics.  He said he would use higher doses as
18  necessary.
19      Do you remember talking about dosing in
20  elderly patients?
21      A   For this specific visit, no.  I mean, I
22  can say talking about those things in general is to
23  use the lowest dose that works and use higher ones
24  when you need to.
25      Q   When did you first, in general, start

Stratos Legal Services
800-971-1127

Dr. John Billingsley
July 28, 2008

Page 144

1  prescribing Seroquel?
2      A   Probably when it first came out, whenever
3  that was.
4      Q   Okay.
5      A   And most of the second generation
6  antipsychotics I've used fairly soon after they've
7  been out.  I think maybe invega is the only one I
8  haven't really used a whole lot.
9      Q   In line 11 -- remember I talked about
10  asking you if you remembered Reinstien.
11      A   Yep.
12      Q   It says:  Talked Reinstien meeting and
13  study, weight gain and associated diabetes and
14  possible heart disease, use of Seroquel to reduce
15  weight and reduce risk.
16      Do you remember him telling you, this was
17  John Reilly, that Seroquel will, compared to other
18  antipsychotics, would reduce weight and heart
19  disease?
20      MR. MAGAZINER:  Objection.
21      THE WITNESS:  No, I do not recall that.
22  BY MR. DEXTER:
23      Q   Also talked about effective combos of
24  Haldol and Seroquel, Doc said sees some weight gain,
25  but they all do, excessive weight gain, it said

Stratos Legal Services
800-971-1127

Dr. John Billingsley
July 28, 2008

Page 145

1   NCO -- Seroquel has better choice that does not
2   cause excessive weight gain.
3       Do you remember sales reps basically using
4   that sales line that Seroquel either causes weight
5   loss or less weight gain?
6       MR. MAGAZINER: Objection.
7       THE WITNESS: Uh-uh, no, I don't recall
8   that.
9   BY MR. DEXTER:
10      Q   Okay.  Line 83.  On July 2nd, 2002, sales
11  rep Eric Payne, do you remember him?
12      A   Nope.
13      Q   Brief encounter, urged him to consider
14  Seroquel first, citing less likely to increase
15  prolactin levels causing weight gain.
16      MR. MAGAZINER: Well, it's -- you misread
17  what it says.
18      MR. DEXTER: Let me read it again.  Brief
19  encounter, urged him to consider Seroquel
20  first, citing less likely to increase prolactin
21  levels and cause weight gain.
22  BY MR. DEXTER:
23      Q   Do you remember them talking to you about
24  Seroquel not causing an increase in prolactin levels
25  and weight gain?

Stratos Legal Services
800-971-1127

Dr. John Billingsley
July 28, 2008

Page 146

1       A   No, I can say that in talking to all of
2   the reps for all of the atypical antipsychotics that
3   at some point weight gain and prolactin had been
4   discussed, because they're across-the-board issues,
5   so as specific statement for any one rep at any one
6   specific time, I don't know.
7       Q   Okay.  We're getting closer to more recent
8   history.  Do you remember any sales rep talking to
9   you about Seroquel and hyperglycemia or diabetes?
10      A   I believe so, but I couldn't say exactly
11  when.  I think fairly recently.  I think there
12  was -- see, I get them all confused because I don't
13  really differentiate them that much.  Some company
14  put out at some point a little chart and guide on
15  monitoring things like that.
16      Q   Okay.  Was that called a slim Jim or a
17  diabetes cell sheet?
18      A   I think it was probably Zyprexa that had
19  the little BMI calculator.
20      Q   On 159, line 159, this is May 20th, 2003,
21  it's Beth M. Blistan, and over in the message over
22  on the right side -- I'll wait for you to get there,
23  yeah, 159.
24      A   Okay.
25      Q   Over on the far right is a column called

Stratos Legal Services
800-971-1127

Dr. John Billingsley
July 28, 2008

Page 147

1   message.  And it says: Accepted, with an
2   explanation point, favorable weight profile.  And
3   then it is May 20th, 2003, Beth Blistan, full
4   discussion.  Doctor said he is using Seroquel when
5   he wants sedation and weight gain.  Clarified weight
6   gain via Brecher.
7       Do you remember receiving an extract from
8   a paper by the author of Brecher?
9       A   No.
10      Q   Doctor said most people do not gain weight
11  on Seroquel, but has had exceptional patient gain a
12  lot of weight.
13      Do you remember telling him that?
14      A   I probably did, because it's true.
15      Q   Says patient blames but not certain, also
16  higher doses, doctor using 200 to 1200 milligrams.
17      Do you remember --
18      A   Probably.
19      Q   -- having that conversation?
20      A   I have used up to -- I have used higher
21  doses at times.
22      Q   Would that be with bipolar or
23  schizophrenic?
24      A   I don't think with any particular person
25  as much as you have patients who don't seem to

Stratos Legal Services
800-971-1127

Dr. John Billingsley
July 28, 2008

Page 148

1   respond to anything, and you try to give them a
2   little bit more and see if it helps.
3       Q   Now line 176, this is rep Stephanie Brown
4   on July 29th, 2003.  Seroquel well accepted in
5   dosing, was way behind on patients.  Reinforce
6   efficacy and safety, looks as if he is using Abilify
7   more.
8       Is that true at that time?
9       A   I suspect probably so.
10      Q   And why were you using Abilify more at
11  that time?
12      A   Well, I had one of those things that
13  happens sometime where the very first patient that I
14  tried Abilify on had been on everything in the
15  world.  Two days after starting it she said, "This
16  is the first time in 30 years I haven't heard
17  voices."  Which, you know, is anecdotal, and it's
18  that one patient, but it gives you more confidence
19  in something.
20      I had one other patient that had a very
21  good response to Abilify that did not respond to
22  anything else.  Of course Abilify is different than
23  some of the others.
24      Q   If you have a patient who is diabetic or
25  hyperglycemic, would you consider Abilify or Geodon

Stratos Legal Services
800-971-1127

Dr. John Billingsley
July 28, 2008

Page 149

1   over the other choices?
2       MR. MAGAZINER:  Are you talking about
3   today?
4       THE WITNESS:  Today, yes.
5       MR. DEXTER:  Knowing what you know now
6   back in 2002 when they came out.
7       MR. MAGAZINER: Objection.
8       THE WITNESS:  I really can't say.
9       MR. DEXTER:  Well, you can.
10      THE WITNESS:  No, I couldn't say with any
11  confidence because I can't think of what I
12  would have been thinking at that time because
13  they came out at different times and there was
14  other factors involved.
15  BY MR. DEXTER:
16  REDACTED
17
18
19
20
21
22
23
24
25

Stratos Legal Services
800-971-1127

Dr. John Billingsley
July 28, 2008

Page 150

1   REDACTED
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Stratos Legal Services
800-971-1127

Dr. John Billingsley
July 28, 2008

Page 151

1   REDACTED
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Stratos Legal Services
800-971-1127

Dr. John Billingsley
July 28, 2008

Page 152

1   REDACTED
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16      Q   If you would, check your files.  And if
17  you do have any type of abstracts from an
18  AstraZeneca drug representative, could you forward
19  those as part of this deposition as an attachment to
20  this deposition?
21      MR. MAGAZINER:  Objection, I don't think
22  it's a proper instruction.
23      THE WITNESS:  Well, just to say if you
24  know what my files look like, you would know
25  that my chances of finding anything would be

Stratos Legal Services
800-971-1127

Dr. John Billingsley
July 28, 2008

Page 153

1   extremely remote, because I typically throw the
2   stuff away fairly quickly, again, because it's
3   easier to look stuff up on the Internet than it
4   is to try to find a piece of paper on your
5   desk.
6        MR. DEXTER:  And the request is based on
7   Exhibit 1, which is the notice for you to bring
8   records and anything associated with the case.
9   BY MR. DEXTER:
10       Q   Now, in the beginning of this I asked
11  whether you were familiar with a -- it's called
12  trial 41.
13       A   Yes.
14       Q   And I had you sign a confidentiality
15  agreement with regard to that, with regard to one of
16  these documents that I'm going to show you.
17            (Discussion held off the record.)
18  (Deposition Exhibit Number 9, 10 and 11 marked for
19            identification.)
20  BY MR. DEXTER:
21       Q   Dr. Billingsley, I've given you Exhibit 9,
22  10, and 11.  10 is a confidential document.  It's a
23  voice mail script for AstraZeneca, an internal
24  document.  And 9 and 11 are e-mails.
25            MR. MAGAZINER:  Okay.  I don't know what

Stratos Legal Services
800-971-1127

Dr. John Billingsley
July 28, 2008

Page 154

1   you marked, so -- what I have here doesn't show
2   any marks, just bear with me so I can be on the
3   same page with him.
4        So 9 is -- okay, this is Exhibit 9.  Thank
5   you, Doctor, and then the -- this last page is
6   11.  It's 11, this one page.  Okay.  Thank you.
7   Sorry.
8   BY MR. DEXTER:
9   REDACTED
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Stratos Legal Services
800-971-1127

Dr. John Billingsley
July 28, 2008

Page 155

1   REDACTED
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Stratos Legal Services
800-971-1127

Dr. John Billingsley
July 28, 2008

Page 156

1   REDACTED
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Stratos Legal Services
800-971-1127



Dr. John Billingsley
July 28, 2008

Page 179

1  that Ms. Burns does indeed have peripheral
2  neuropathy, you've never had occasion to determine
3  the extent to which, if at all, that peripheral
4  neuropathy is caused by diabetes, correct?
5      A   That's correct.
6      Q   As I'm sure you remember, Mr. Dexter asked
7  you a lot of questions about whether you would have
8  done something different if you knew back in 2005 or
9  2006 what you know now about the possible
10  association between Seroquel and hyperglycemia. Do
11  you remember that line of questions?
12      A   I remember those questions, yes.
13      Q   Doctor, am I right in thinking that in
14  very early 2004 you received and reviewed with some
15  care a consensus statement published by the American
16  Diabetes Association and the American Psychiatry
17  Association about the atypical antipsychotics,
18  hyperglycemia and diabetes?
19      A   Yes. I don't remember the exact date, but
20  I do remember the statement.
21          MR. MAGAZINER: Mark this as Exhibit 13.
22          (Deposition Exhibit Number 13 marked for
23              identification.)
24  BY MR. MAGAZINER:
25      Q   It's the Consensus Development Conference

Stratos Legal Services
800-971-1127

Dr. John Billingsley
July 28, 2008

Page 180

1  on Antipsychotic Drugs and Obesity and Diabetes.
2          And, by the way, Doctor, this is -- was
3  marked as Exhibit 6 at your prior deposition.
4  That's where that stamp came from, so I apologize
5  for the confusion.
6          And this document is dated February 2004,
7  correct? It's at the very bottom of the first page.
8      A   Yes.
9      Q   And you remember, do you not, reviewing
10  this with some interest because, like most
11  psychiatrists, you prescribe a lot of antipsychotic
12  drugs and were concerned about the link, if any,
13  between antipsychotic drugs, obesity and diabetes,
14  correct?
15      A   Yes, I remember reviewing this.
16      Q   Do you remember that at around the same
17  time all of the manufacturers of second generation
18  antipsychotics issued new labels which contained an
19  express warning about a possible link between those
20  drugs and risk of hyperglycemia and diabetes?
21      A   I remember the change in the labeling
22  coming out. Again, I'm not clear on -- I don't
23  recall clearly what the dates were.
24      Q   I'm going to mark as Exhibit 14 what I
25  will represent to you, Doctor, is the 2004 label

Stratos Legal Services
800-971-1127

Dr. John Billingsley
July 28, 2008

Page 181

1  though the copyright is 2003, it was actually issued
2  in 2004.
3          (Deposition Exhibit Number 14 marked for
4              identification.)
5  BY MR. MAGAZINER:
6      Q   If you turn to page 9 under the heading
7  hyperglycemia and diabetes melitis, is that the
8  warning that you remember on a label that
9  AstraZeneca issued about Seroquel at or about the
10  same time as the consensus statement that we looked
11  at a moment ago?
12      A   To the best of my recollection, it looks
13  like what I recall.
14      Q   We'll mark as Exhibit 14, January 3rd,
15  2004, Dear-Health-Care-Provider letter from
16  AstraZeneca. And we'll mark as Exhibit 15 the
17  April 22nd, 2004, Dear-Health-Care-Provider letter
18  from AstraZeneca.
19          (Deposition Exhibit Number 14 marked for
20              identification.)
21  BY MR. MAGAZINER:
22      Q   And, Doctor, these are letters that you
23  remember receiving, is that not correct, from
24  AstraZeneca informing you about the label change
25  which AstraZeneca said was important and which

Stratos Legal Services
800-971-1127

Dr. John Billingsley
July 28, 2008

Page 182

1  talked about the potential link between Seroquel and
2  hyperglycemia and diabetes --
3          MR. DEXTER: Objection, form.
4  BY MR. MAGAZINER:
5      Q   -- correct?
6      A   Yes, I recall receiving "Dear Doctor"
7  letters, I think, from basically all of the
8  manufacturers.
9      Q   Now, it would be fair to say, would it
10  not, Doctor, that by late spring of 2004, you were
11  aware that although the relationship between
12  atypical antipsychotics and hyperglycemia was not
13  completely understood, there was a concern that the
14  use of atypical antipsychotics might be related to
15  hyperglycemia or diabetes, correct?
16      A   Yes.
17      Q   Now, Mr. Dexter asked you a whole lot of
18  questions about whether you would have done
19  something different in 2004, 2005, if you had known
20  then what you know now. You did, in fact, know
21  about this association between Seroquel,
22  hyperglycemia and diabetes at the time that you
23  continued to provide or to prescribe Seroquel to
24  Ms. Burns throughout 2004 and all of 2005, correct?
25      A   Yes.

Stratos Legal Services
800-971-1127

Dr. John Billingsley
July 28, 2008

Page 183

1    Q    And I would ask you, Doctor, am I right in
2    thinking the reason you continued to provide or
3    prescribe Seroquel to Ms. Burns during that entire
4    time period, even though you were aware of the
5    warning label and the dear-health-care letters and
6    the consensus statement, the reason you continued to
7    prescribe it to Ms. Burns is because in your best
8    professional medical judgment you thought it was an
9    appropriate drug for her to take given all the
10   circumstances, correct?
11        A    That's correct.  She was having benefit
12   from it and continued on it.
13        Q    And you've been treating Ms. Burns since
14   1998, so it's almost -- we're coming close to 10
15   years, right?
16        A    Yes.
17        Q    Would I be right in thinking, Doctor, that
18   her well-being is very important to you?
19        A    Yes.
20        Q    And you would like very much to be able to
21   get her to a level where she can function well,
22   correct?
23        A    Well, my goal for her is the same as for
24   anyone, which is to get them to the best level of
25   functioning they can get to.

Stratos Legal Services
800-971-1127

Dr. John Billingsley
July 28, 2008

Page 184

1    Q    And you have, if I can use the word,
2    "struggled" over the years to try to find the right
3    medicines for her that would help her achieve a
4    higher level of functioning, correct?
5    A    That's correct.  She has been a fairly
6    difficult person to treat.
7    Q    And she has never gotten to a high level
8    of functioning that she's been able to maintain for
9    any length of time during the whole period you've
10   been treating her; is that right?
11        A    That's correct.
12        Q    And you've used many different drugs in
13   your efforts to get her to a higher consistent level
14   of functioning; isn't that right?
15        A    Yes.
16        Q    When you decided to use Seroquel
17   originally in 2002, you did so because you believed
18   that the best drug to help her sleep better and to
19   calm what was a very agitated state that she had
20   fallen into was Seroquel, correct?
21        MR. DEXTER:  Object to form.
22        THE WITNESS:  At that time, yes.
23   BY MR. MAGAZINER:
24        Q    People -- members of the jury who hear
25   that someone isn't sleeping well, they associate

Stratos Legal Services
800-971-1127

Dr. John Billingsley
July 28, 2008

Page 185

1    that report to nights when they themselves haven't
2    slept particularly well.  Everyone has nights where
3    they don't sleep well, correct?
4    A    Of course.
5    Q    Could you give the jury some idea of the
6    significance of the sleep problems that Ms. Burns
7    was experiencing?
8    A    She was not able to go to sleep.  She was
9    waking up early, which is called terminal insomnia.
10   It's a common symptom of depression.  Her sleep was
11   also troubled by posttraumatic stress disorder.
12   Having -- in people with depression and mood
13   disorders, having impaired sleep causes further
14   trouble in trying to manage their mood since sleep
15   is an important part of treatment.  It's more than
16   just once in a while not-being-able-to-sleep
17   problem.  It's a problem that seriously interferes
18   with her ability to function.
19        Q    And it's a problem that, in her case, was
20   severe enough that you thought it warranted a
21   prescription medication, correct?
22        A    I felt that it was.
23        Q    When you decided to give her a
24   prescription medication for sleep, you were aware,
25   were you not, Doctor, that every prescription

Stratos Legal Services
800-971-1127

Dr. John Billingsley
July 28, 2008

Page 186

1    medication has various risks and side effects?
2        MR. DEXTER:  Objection to form.
3        THE WITNESS:  Prescription and
4    nonprescription.
5    BY MR. MAGAZINER:
6        Q    And you were aware that there were various
7    risks associated with Seroquel at the time you
8    decided to prescribe Seroquel for Ms. Burns,
9    correct?
10        A    Yes.
11        Q    And the movement disorders that Mr. Dexter
12   asked you about, those were among the risks that you
13   knew were involved with the use of a drug like
14   Seroquel, correct?
15        A    That's one of the risks of the use of
16   antipsychotic medications.
17        Q    In addition to the severe sleep
18   deprivation that Ms. Burns was experiencing, she was
19   also very agitated, correct?
20        A    At the time that the Seroquel was started,
21   she had complained of a great deal of agitation and
22   anxiety.
23        Q    And the combination of anxiety and
24   agitation and sleep deprivation are having a major
25   impact on her ability to function in everyday life;

Stratos Legal Services
800-971-1127

Dr. John Billingsley
July 28, 2008

Page 191

1    Exhibit 18 a different form or chart.
2    (Deposition Exhibit Number 18 marked for
3    identification.)
4    MR. DEXTER:  Same objection about 18,
5    assumes facts not in evidence and not in the
6    record.
7    BY MR. MAGAZINER:
8    Q    Doctor, I point out to you, as will be
9    obvious to you from looking at Exhibit 17, it's not
10   in scale, that is, there are the first inch from
11   1994 to 1998 and the four-year inch where we have
12   more data and we spread it out.  So it doesn't
13   purport to be in scale.
14   Exhibit 18 is the same information in the
15   form of a table.
16   Now, I'll ask you to assume, Doctor,
17   obviously you can't confirm this from your own
18   records, but I will ask you to assume that these two
19   charts show every record of weight that we have been
20   able to find from any of the records that have been
21   collected by the plaintiffs and by the defendants in
22   this case for Ms. Burns.  And would you agree with
23   me that assuming that these weights are accurate,
24   her weight has fluctuated a great deal over the
25   years?

Stratos Legal Services
800-971-1127

Dr. John Billingsley
July 28, 2008

Page 192

1    A    It has fluctuated quite a bit.
2    Q    And if you look at the period that she was
3    on Seroquel from mid-2002 -- and we don't have any
4    weight records of any kind from between April 2000
5    and February 2003, but if you can imagine the 2002
6    weight to 2006, although her weight went up and
7    down, in general it was on a downward trend, would
8    you agree?
9    A    At least to the end of 2006, it looks like
10   generally trended downward.
11   Q    Yes.  And then she reported some
12   significant weight gains to you.  But I'd like you
13   to take a look at Exhibit 18, and, again, assuming
14   that these -- this data is correct, it's not from
15   your records, after she stopped Seroquel in January
16   of '06, if you look at May 9th to May 23rd of '06,
17   that's a 13-pound weight gain in 14 days.  Do you
18   see that?
19   A    Yes, I do.
20   Q    If you turn the page to February '07 to --
21   February 23rd, '07, to March 16, '07, that's a
22   29-pound weight gain in 21 days.  If you look at
23   6-15-07 to 7-5-07, that's a 16-pound weight gain in
24   20 days.  If you look at 10-29-07 to 1-15-08, that's
25   a 17-pound weight gain in two and a half months.

Stratos Legal Services
800-971-1127

Dr. John Billingsley
July 28, 2008

Page 193

1    A    What was the last one?
2    Q    10-29-07 to 1-15-08.
3    A    Okay.
4    Q    So these are all times when she's no
5    longer on Seroquel and she had dramatic upsurges in
6    her weight during those times, assuming these
7    figures are correct, would you agree with that?
8    A    Up and down.
9    Q    Up and down.  So would you draw any
10   particular conclusion from the fact that she
11   reported that she gained a lot of weight on Seroquel
12   when you look at her whole history, both
13   pre-Seroquel and on Seroquel and after Seroquel?
14   MR. DEXTER:  Object to the form.
15   THE WITNESS:  Just looking at the graph,
16   it looks there are certainly times when she had
17   periods of weight increase, also times when her
18   weight dropped.  So that overall, going from
19   the start of that time to the finish, it looks
20   like, again, that the trend was generally
21   downward, although with a lot of fluctuation
22   both ways.
23   BY MR. MAGAZINER:
24   Q    Now, if you believed that Ms. Burns'
25   continued use of Seroquel in 2004 and '05 was

Stratos Legal Services
800-971-1127

Dr. John Billingsley
July 28, 2008

Page 194

1    causing her diabetes to become worse and leading to
2    diabetic complications, you would have been very
3    concerned about that, correct?
4    A    Yes.
5    Q    But you did not have such a belief, did
6    you?
7    A    She told me that her -- she was having
8    complication of peripheral neuropathy, but she was
9    under treatment for her diabetes and not aware of
10   any other adverse affects.
11   Q    And you didn't believe that her use of
12   Seroquel was making her physical condition worse,
13   did you?
14   MR. DEXTER:  Objection to form.
15   THE WITNESS:  She indicated that she had
16   improvement in her pain, which was one of her
17   complaints while she was on Seroquel, although
18   I can't explain the exact correlation of that,
19   to the degree that at a point when she got off
20   Seroquel, she decided to go back on it for that
21   reason.  I would have to go back and look at
22   the lab values I have, but I don't think her
23   blood sugars were necessarily any worse on
24   Seroquel than they were off of it.
25   BY MR. MAGAZINER:

Stratos Legal Services
800-971-1127

Dr. John Billingsley
July 28, 2008

Page 195

1    Q   And when you have a patient on an atypical
2  antipsychotic and you're aware, of course, of the
3  diabetes risk, you're particularly concerned if the
4  patients seems to be gaining a lot of weight,
5  correct?
6    A   Concerned if they're gaining a lot of
7  weight or if they start reporting other symptoms,
8  like polyuria and polydipsia.
9    Q   Did Ms. Burns, according to your records,
10 ever report polyuria or polydipsia to you?
11   A   No.
12   Q   So from your point of view, you're looking
13 at a patient who seemed not to be gaining what,
14 although her weight fluctuated all the time, and did
15 not report any other diabetic symptoms, correct?
16   A   That's correct.
17   Q   So although you knew that there were
18 reports that these drugs might be associated with
19 hyperglycemia or diabetes in some patients, you
20 didn't believe that the use of Seroquel was causing
21 Ms. Burns to develop diabetes that she didn't
22 already have, correct?
23   A   She, in a time line that's she prepared of
24 her illnesses, indicated that she had diabetes prior
25 to that time.

Stratos Legal Services
800-971-1127

Dr. John Billingsley
July 28, 2008

Page 196

1    Q   At the time you first prescribed Seroquel
2  to Ms. Burns, you were aware that weight gain was
3  associated in some patients with the use of
4  antipsychotics, correct?
5    A   Yes.
6    Q   That's been something you've known since
7  antipsychotics were on the market, correct?
8    A   That's been true of many ones, including
9  the typical antipsychotics.
10   Q   Typical meaning the --
11   A   First generation.
12   Q   And as a medical doctor, you know that the
13 number 1 risk factor for diabetes is obesity,
14 correct?
15   A   I think the number 1 risk factor is
16 actually more likely family history.
17   Q   All right. I'll take that. The number 2
18 risk factor?
19   A   Obesity certainly increases risk of
20 diabetes.
21   Q   So it's been true for as long as you've
22 been practicing psychiatry that if you prescribe an
23 antipsychotic to a patient, there is a risk of
24 weight gain, and that risk of weight gain in some
25 people could increase a risk of diabetes, correct?

Stratos Legal Services
800-971-1127

Dr. John Billingsley
July 28, 2008

Page 197

1    A   It could increase the likelihood that they
2  have high blood sugars.
3    Q   This is something --
4    A   I mean the cause and effect of that is a
5  little argued about, I guess.
6    Q   But you've known for the entire span of
7  your practice as a psychiatrist that using
8  antipsychotics could, in some patients, lead to
9  weight gain which could increase the risk of glucose
10 dysregulation, correct?
11       MR. DEXTER:  Object to form.
12       THE WITNESS:  Yes.
13 BY MR. MAGAZINER:
14   Q   And that is something that you've had to
15 take into account and deal with throughout your
16 entire career, correct?
17   A   Yes.
18       MR. DEXTER:  Objection to form.
19 BY MR. MAGAZINER:
20   Q   And do you remember Mr. Dexter pointed out
21 to you some of your progress notes from 2005 when
22 you recommended to Ms. Burns that she titrate up to
23 higher doses of Seroquel if she had lowered the dose
24 or stopped using Seroquel, correct?
25   A   I think it was in that time frame.

Stratos Legal Services
800-971-1127

Dr. John Billingsley
July 28, 2008

Page 198

1    Q   And when you suggested that she titrate up
2  to higher doses, this was during a time when you
3  were aware of the consensus statement about the
4  possible association between the antipsychotics and
5  diabetes, correct?
6    A   Yes, it was.
7    Q   When Ms. Burns stopped using Seroquel in
8  January of 2006, it was not because you decided this
9  was somehow putting her at increased risk for
10 diabetes, was it?
11   A   My recollection from looking at the record
12 here is that it was probably stopped in conjunction
13 with the time she had the episode in the hospital.
14   Q   And that episode was reported, at least by
15 her daughter, as having resulted from an overdose of
16 Seroquel, correct?
17   A   She stated that it was after she had
18 increased her Seroquel, but the other report was
19 that she had responded to Narcan, which would
20 indicate that it might have been a pain medication.
21   Q   Do you ever have reason to believe that
22 Ms. Burns, as a nurse, was second-guessing you as a
23 doctor and sometimes taking more medicine or less
24 medicine or different doses than what you
25 recommended?

Stratos Legal Services
800-971-1127

# EXHIBIT 17

John Reilly
July 16, 2008

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION


IN RE: SEROQUEL PRODUCTS        )
LIABILITY LITIGATION            )   MDL DOCKET NO. 1769
_____ )
                                )
JANICE BURNS,                   )
                                )
        Plaintiff,              )
                                )
vs.                             )   CASE NO. 6:07-cv-15959
                                )
ASTRAZENECA PHARMACEUTICAL,     )
L.P., and ASTRAZENECA, L.P.,    )
                                )
        Defendants.             )
_____ )



VIDEOTAPED DEPOSITION OF:   JOHN MICHAEL REILLY

TAKEN ON BEHALF OF:         The Plaintiff

DATE:                       Friday, July 25, 2008

TIME:                       Commenced at 9:05 a.m.
                            Concluded at 12:35 p.m.

LOCATION:                   215 South Monroe
                            Tallahassee, Florida

REPORTED BY:                TERRY WILHELMI, CCR
                            Notary Public in and for
                            the State of Florida
                            at Large

John Reilly
July 16, 2008

Page 17

1    the end of my career, it was a part.
2        Q    Okay.  And AstraZeneca kept statistics of
3    how many Seroquel that each of the doctors that you
4    visited prescribed, is that correct?
5        A    Yes, sir.
6        Q    And did they provide you with those
7    statistics?
8        A    You know, I'm not sure that I actually saw a
9    breakdown by doctors of exactly what they prescribed.
10   I did see prescription information on each doctor,
11   but I don't know that it was dosing, I mean, what
12   dose they prescribed, but they did -- AstraZeneca did
13   provide me with gross information about how much the
14   average dosing in the territory was.
15       Q    Okay.  And did AstraZeneca give you -- are
16   you familiar with the term stretch goal?
17       A    I'm familiar with it.
18       Q    Were you given stretch goals and asked to
19   try to increase the average daily dose that the
20   doctors you visited with used of Seroquel?
21       A    We were asked to have them dose it
22   appropriately according to the PIB and some doctors
23   were not doing that.
24       Q    So if a doctor -- how would you know if a
25   doctor wasn't prescribing appropriately according to

John Reilly
July 16, 2008

Page 18

1    the PI?
2        A    We, in conversation, that would come up.
3        Q    Okay.
4        A    And occasionally you could ask pharmacists
5    also.
6        Q    You could ask a pharmacist how much or --
7        A    What kind of prescriptions he was filling
8    and how much.  Sometimes they would tell you that,
9    sometimes they would not.
10       Q    Is it fair to say during your visits with
11   the doctors that you called on about Seroquel, that
12   part of your job was to educate those doctors about
13   Seroquel?
14       A    Yes.
15       Q    And was it your understanding that you were
16   a source of information about Seroquel for the
17   doctors that you visited?
18       A    As a representative of AstraZeneca, I was a
19   source and one source.  There were many other
20   sources.
21       Q    Okay.  What other sources did those doctors
22   have?
23       A    All doctors attended meetings, peers,
24   journals, on-line I guess maybe towards the end.
25   There were numerous ways that they got information.

John Reilly
July 16, 2008

Page 19

1        Q    And you, as a pharmaceutical sales
2    representative for AstraZeneca, you set up meetings
3    for doctors to attend, didn't you?
4        A    Yes.
5        Q    And you paid people -- or paid -- not you
6    personally, but AstraZeneca paid doctors to speak at
7    those meetings, correct?
8        A    Sure.
9        Q    Okay.  And --
10       A    Much like you're being paid to be here
11   today.
12       Q    Yeah, yeah, okay.
13            And AstraZeneca provided slides or exhibits
14   for the doctors to use during those meetings, didn't
15   they?
16       A    Initially I don't recall specific company
17   slides.  There were some, but as time went on, the
18   slides became official company slides and that's what
19   the doctors were supposed to show.
20       Q    Okay.  So AstraZeneca --
21       A    We had no control, once the doctor started
22   the meeting, what he said or what slides he showed.
23       Q    Okay.  But AstraZeneca had some input on the
24   meetings is what I'm talking about?
25       A    You know, it depended on the speaker.  If he

John Reilly
July 16, 2008

Page 20

1    was a national speaker, AstraZeneca perhaps did.  If
2    it was regional speakers or local speakers, perhaps
3    not so much.
4        Q    Why do you think that was the case?
5        A    Well, I know they had speaker programs or
6    speaker forums where they invited the people that
7    were speakers to come to the forum and get in depth
8    information and that's all I know about the speaker
9    program and forums.
10       Q    Okay.  But no matter what, AstraZeneca was
11   paying the speaker at these meetings, right?
12       A    Definitely.
13       Q    So they have some input on content in these
14   meetings, right?
15       A    Yes.
16       Q    Okay.  And you talked about peers, doctors'
17   peers as another source of information, right?
18       A    Um-hum.
19       Q    Okay.  And but the doctors' peers are
20   reliant on the same other sources of information
21   regarding Seroquel that the doctors that you called
22   on are, right?  I mean, they still have to rely upon
23   the manufacturer, AstraZeneca, and so far we have
24   talked about these meetings, right?
25       A    Well, they have to read journals, they have

John Reilly
July 16, 2008

Page 21

1  to talk to their peers.  They have people they
2  probably appreciate and feel are knowledgeable and
3  they talk to them.  And their personal experience
4  with the drug also.
5      Q    Okay.  Let's talk about those journals.
6  AstraZeneca -- doctors at AstraZeneca authored a lot
7  of those journals about Seroquel, didn't they?
8      A    No.
9      Q    No?
10     A    Not that I know of.
11     Q    Okay.
12     A    I don't know of any AstraZeneca physicians
13  that -- and there were probably a couple working for
14  the company, but I don't know of any authored by
15  company physicians.
16     Q    Okay, we'll look at that a little bit later.
17        AstraZeneca sponsored a number of
18  journal articles -- or the clinical trials that
19  turned up in the journals for Seroquel, right?
20     A    AstraZeneca sponsored Seroquel clinical
21  trials, yes, and the information did turn up in
22  journal articles, yes.
23     Q    All right.  Are you familiar with the term
24  key opinion leader?
25     A    Yes.

Stratos Legal Services
800-971-1127

John Reilly
July 16, 2008

Page 22

1      Q    And what's that, for the jury?
2      A    You know, I can't give you an exact
3  definition.  My personal definition would be someone
4  of influence who is respected by physicians.  Someone
5  with a lot more knowledgeable about the product
6  perhaps than the average physician.
7      Q    Was it your understanding that AstraZeneca
8  paid some key opinion leaders to speak on their
9  behalf about Seroquel?
10     A    Yes.
11     Q    Okay.  And was it your understanding that
12  AstraZeneca sponsored some trials done by key opinion
13  leaders?
14     A    I don't know the details of that, so I would
15  rather not say, because I just don't know.
16     Q    Okay.  Let's talk about, as another source
17  of information about Seroquel that the doctors that
18  you called on had, let's talk about their personal
19  experience, okay?
20     A    (Witness nods head affirmatively.)
21     Q    How did doctors -- from what data do doctors
22  draw their personal experience?
23     A    (Witness shakes head negatively.)
24     Q    That may be a bad question.
25     A    Yeah, I don't know that I can answer that.

Stratos Legal Services
800-971-1127

John Reilly
July 16, 2008

Page 23

1      Q    Doesn't a doctor, from his personal
2  experience with the drug, isn't it by patients coming
3  back in and saying, well, I feel okay or I feel fine
4  and then they'll say, well, it seems to be working;
5  isn't that what you're talking about by personal
6  experience?
7      A    Yes, generally, yes.
8      Q    Okay.  And are you familiar with the term
9  placebo effect?
10     A    Yes, sir.
11     Q    Okay.  And that means that something -- if a
12  patient, for instance, believes that a drug is going
13  to work, that sometimes it can work, even if it's a
14  sugar pill, right?
15     A    I don't know the exact definition of a
16  placebo, but I would say that's probably reasonable.
17     Q    Okay.  And you understand in the clinical
18  trials they use, they use placebos?
19     A    Um-hum.
20     Q    Or sugar pills in order to guard against the
21  placebo effect, right?
22     A    Not in all clinical trials but, yes, in
23  some.
24     Q    But a doctor in his personal experience has
25  no way of guarding against the placebo effect, does

Stratos Legal Services
800-971-1127

John Reilly
July 16, 2008

Page 24

1  he?
2      A    No, I guess not.  And in some cases he
3  probably looks for that.
4      Q    Well --
5      A    In some cases.
6      Q    -- doctors can't give their patients sugar
7  pills and tell them that they are Seroquel, can they?
8      A    No.
9      Q    So basically when a patient comes back and
10  says, hey, doc, I'm feeling fine, then that doctor
11  has no way of knowing whether it's the drug or the
12  placebo effect, does he?
13     A    I don't know how to answer that.  I'm not a
14  doctor.  Maybe he does have ways to know.
15     Q    You don't know of any?
16     A    I don't know of any.  I don't know, I'm not
17  a doctor, so I couldn't really tell you.
18     Q    Okay.  And you mentioned that when you
19  visited with those doctors, you were the -- you were
20  really the doctor's connection with AstraZeneca, kind
21  of the face of AstraZeneca during that call, right?
22     A    Yes.
23     Q    And it's true that for any individual, one
24  individual doctor that you called on, there were
25  probably other AstraZeneca PSS's that also called on

Stratos Legal Services
800-971-1127

John Reilly
July 16, 2008

Page 34

1  Dear Doctor -- AstraZeneca sent out a Dear Doctor
2  letter in January of 2004 containing information
3  about diabetes?
4      A   I was not aware of that.
5      Q   All right.  Did you use call notes during
6  your time selling Seroquel?
7      A   Did I make call notes, yes, I did.
8      Q   Okay.  And did you use them to refresh your
9  memory about the visit that you had last time and try
10 to keep on course with doctors?
11     A   Yes.
12     Q   Okay.  And, also, if you had a counterpart
13 calling on the same doctor, you could look at that
14 call note and see what the counterpart was talking
15 about and kind of stay on track, right?
16     A   No, not initially.  I don't recall that
17 being an option initially.  It may have been towards
18 the last year or so.  I did not do that.
19     Q   How did you use call notes would have
20 probably been the better way to ask?
21     A   Just as you said, to try to refresh my
22 memory of the gist of the call.  You cannot put
23 everything in a call note.
24     Q   Sure.
25     A   You cannot do it.

Stratos Legal Services
800-971-1127

John Reilly
July 16, 2008

Page 35

1      Q   Sure.
2      A   But just to give me an idea where we left
3  it.
4      Q   Okay.  And so you may not have remembered
5  the last call particularly, exactly what was
6  happening, but you had a note that would refresh your
7  memory so that you could kind of take up where you
8  left off, is that accurate?
9      A   In a very overviewed general way.
10     Q   All right.  I want to look at some call
11 notes. I'm going to show you what will be marked as
12 Exhibit 2 to your deposition and I have got some for
13 the AstraZeneca lawyer -- or the company lawyer, as
14 Tom would say.
15         MR. KROGER:  These are actually -- I guess
16 technically these are more than his call notes,
17 right?
18         MR. BRUDNER:  Oh, yeah, yeah, and we'll go
19 into that.
20     A   I was going to say, I don't think I ever
21 made that many call notes in the years that I was
22 with the company.
23         (Deposition Exhibit Number 2 was marked for
24 identification.)
25 BY MR. BRUDNER:

Stratos Legal Services
800-971-1127

John Reilly
July 16, 2008

Page 36

1      Q   Mr. Reilly, let me show you what's been
2  marked as Exhibit 2.  Do you see that that's a
3  printout of call notes?
4      A   It looks to me like it's a printout of call
5  notes, yes.
6      Q   Okay.  And it isn't just calls that you
7  made, if you look at it, the common denominator is
8  under column B, it's the calls that were made to John
9  Billingsley, who is a physician, is that correct?
10     A   Correct.
11     Q   And other -- it starts out with you on page
12 1, do you see that under column J?
13     A   Yes.
14     Q   So those were your notes initially, but then
15 as you go on, you start seeing other AstraZeneca
16 pharmaceutical sales representatives, right?
17     A   Yes, but that was after I left -- I mean,
18 I'm sorry, after I lost that territory, so I had no
19 interaction with her whatsoever.
20     Q   Okay.  Let's start at the beginning, and
21 really since you're only on the first page or two,
22 we're not going to have to spend a ton of time on
23 this.
24     A   Okay.
25         MR. KROGER:  Let's go off the record for one

Stratos Legal Services
800-971-1127

John Reilly
July 16, 2008

Page 37

1  second.
2          MR. BRUDNER:  Sure.
3          (Discussion off the record.)
4  BY MR. BRUDNER:
5      Q   Mr. Reilly, we have taken a short break and
6  we're back on the record now.  Do you understand
7  that?
8      A   Yes, I do.
9      Q   Do you understand that you are still under
10 your oath to tell the truth?
11     A   Yes.
12     Q   All right, fantastic.
13         Let's look back at Exhibit 2, the call
14 notes, and I'm going to direct you to -- really,
15 we're not going to have to do a lot of this, as we
16 discussed, but the page number is at the bottom
17 center.  Do you see that?
18     A   Um-hum.
19     Q   And then do you see on the left column,
20 there are numbers?
21     A   Correct.
22     Q   Okay.  And those are the row numbers, so
23 that's how I'm going to kind of direct you where I
24 want to go.
25     A   All right.

Stratos Legal Services
800-971-1127

John Reilly
July 16, 2008

Page 38

1    Q   I would like to start out on page 1, column
2  8 in the middle of page 1.  Do you see that?
3    A   Row 8 or column 8?
4    Q   I'm sorry, you're right, row 8.
5    A   Yes, I see that.
6    Q   All right.  And do you see under column B
7  that the physician to whom the call was made is
8  identified as John Billingsley?
9    A   Yes, I do.
10   Q   Okay.  And if you pan over to column J, you
11 see that this is a note attributed to you?
12   A   Yes, sir.
13   Q   Okay.  And so when you're making these
14 notes, did you use a computer?
15   A   Yes, sir.
16   Q   And so the computer for the -- in order to
17 keep track of who made what note, would put your name
18 in, right?
19   A   Yes, sir.
20   Q   And would the computer put the date of the
21 call or did you put that in?
22   A   No, the date of the call was automatically
23 entered.
24   Q   All right.  And if you look over at column M
25 as in Mary, that's the actual note that you made,

Stratos Legal Services
800-971-1127

John Reilly
July 16, 2008

Page 39

1  right?
2    A   Um-hum.
3    Q   Is that yes?
4    A   Yes, sorry.
5    Q   And like you said, obviously it wasn't
6  everything that was discussed, but it was just enough
7  to remind you of the gist of the discussion, correct?
8    A   Correct.
9    Q   All right.  Well, let's look at the next
10 one.  It says, "Talked Nasrallah meeting.  To date no
11 EPS.  Thus S" -- and that stands for Seroquel, right?
12   A   Right.
13   Q   "Thus S best in new schzo's" -- and that's
14 schizophrenia, right?
15   A   Correct.
16   Q   "Kids."
17   A   Correct.
18   Q   "Adolescents, bi-pols" -- which are
19 bipolars, right?
20   A   Correct.
21   Q   "Blacks and asians."
22   A   Correct.
23   Q   "He likes Z."  Does that stand for Zyprexa?
24   A   Yes.
25   Q   "He likes Z and seems to me he is reserving

Stratos Legal Services
800-971-1127

John Reilly
July 16, 2008

Page 40

1  Seroquel for third spot."
2    A   Correct.
3    Q   And then below that it says NCO, and from my
4  prior depositions, that means the next call, it's a
5  reminder of what you want to do next call, right?
6    A   Right.
7    Q   Okay.  So it says, "NCO see if I can ge" --
8  but it should be probably -- or no, get.  "See if I
9  can get to use in first position in one prob maybe
10 bipolar."  Did I read that correctly?
11   A   One problem may be bipolar.
12   Q   Okay.  Seroquel has never been indicated for
13 use in kids, has it?
14   A   Never.
15   Q   And it's never been indicated for use in
16 adolescents, has it?
17   A   Never.
18   Q   And in December 1999, it wasn't indicated
19 for use in bipolar disorder, was it?
20   A   Well, depends on what you call
21 manifestations of psychotic disorders.
22   Q   So if it --
23   A   And this is not me saying that anyway, I'm
24 just quoting Dr. Nasrallah.  Up until "he likes Z,"
25 this is all what Dr. Nasrallah has said at a company

Stratos Legal Services
800-971-1127

John Reilly
July 16, 2008

Page 41

1  sponsored meeting, I'm just quoting what he said as a
2  national thought leader.
3    Q   All right.  And so that's what you said, we
4  discussed that?
5    A   Yes.
6    Q   You told me that if a national thought
7  leader discussed off-label uses, you were able to
8  quote that national thought leader, right?
9    A   I was able to use third party statements as
10 long as they were factual, and I was able to do that,
11 yes.
12   Q   Okay.  And Dr. Nasrallah, was he a key
13 opinion leader?
14   A   You bet.
15   Q   Okay.  And I think you already told me that
16 AstraZeneca paid him as a speaker to speak on
17 Seroquel, right?
18   A   He spoke on antipsychotics and Seroquel was
19 one of the ones he had experience with and that's
20 what he spoke about.
21   Q   Okay.  All right.
22   A   And these are just what he said.  It's not
23 from me or anybody else other than Dr. Nasrallah.
24   Q   Okay.
25   A   I had a quote from him and these are just

Stratos Legal Services
800-971-1127

John Reilly
July 16, 2008

Page 145

1  hyperglycemia and diabetes, right?
2      A   You know, I have not seen the PI in five
3  years, but I think there was information in the side
4  effect profile, it's possible, I don't know about
5  hypoglycemia, but you would think that would be there
6  if the diabetes was there, and diabetes was listed as
7  a potential side effect, I think, I don't think it
8  was a warning, I think it was a potential side
9  effect.  I don't recall exactly where it fell on the
10  list of side effects that are large on any drug.
11      Q   So you are not really sure whether it was
12  listed or not?
13      A   Diabetes was, hypoglycemia may have been, I
14  can't recall.  It probably was, if diabetes --
15  hyperglycemia, if diabetes was a problem, that
16  probably was listed.  I cannot recall the verbiage
17  exactly.
18      Q   But you know that there was no warning
19  regarding diabetes and hyperglycemia in the PI during
20  that period of time?
21      A   I do know there was no warning at that time.
22      Q   So it may have just fallen in with the
23  listed adverse side effects?
24      A   There were a bunch of them, yes.
25      Q   And you're saying there were a bunch of

Stratos Legal Services
800-971-1127

John Reilly
July 16, 2008

Page 146

1  them, of adverse side effects, right?
2      A   Yes.
3      Q   Or adverse events?
4      A   Yes.
5      Q   But those -- we talked about, a little bit
6  about the reporting of adverse events earlier, right?
7      A   Yes.
8      Q   A doctor could call in -- a patient could
9  come see a doctor and say, look, I had a stomachache
10  last night after I took my Seroquel and the doctor
11  may report that, right?
12      A   He may well.
13      Q   And so that, just because there is an
14  adverse event report, on the scale of whether that's
15  going to -- a doctor is going to really pay attention
16  to that, that's pretty low, isn't it?
17          MR. KROGER:  Objection to form.
18      A   I don't know, it's up to the doctor.  That
19  is entirely up to the physician.  I have nothing to
20  do with that.
21  BY MR. BRUDNER:
22      Q   Well --
23      A   The only time I would hear about it is if he
24  said to me I had a lady with a stomachache last
25  night.  I wouldn't know.

Stratos Legal Services
800-971-1127

John Reilly
July 16, 2008

Page 147

1      Q   Do you think -- do you know whether --
2  strike that.
3          We talked about -- you testified about the
4  other areas or other avenues of information that
5  doctors have regarding Seroquel outside of you,
6  right?
7      A   Yes, sir.
8      Q   And when I was talking to you earlier, we
9  talked about the fact that AstraZeneca has some level
10  of influence on some of those areas, right?
11      A   Yeah, if you're talking about a journal
12  article that I showed a doctor, it may have been
13  something that AstraZeneca had paid to have research
14  done on.
15      Q   Okay.  And we're talking about the -- I'm
16  sorry, I didn't mean to interrupt.
17      A   That's all right.
18      Q   Go ahead.
19      A   But, yeah, AstraZeneca probably had some
20  hand in some of the information the doctor gets.
21      Q   Outside of the information that you give him
22  directly?
23      A   Yes.
24      Q   To include the clinical trials, right?
25      A   Absolutely.

Stratos Legal Services
800-971-1127

John Reilly
July 16, 2008

Page 148

1      Q   And to include certainly the meetings where
2  they are paying the speaker?
3      A   Yes.
4      Q   So would it be accurate to say that you're
5  unaware of AstraZeneca's level of influence on the
6  prescribers' other avenues of information regarding
7  Seroquel?
8      A   It would be fair to say that I'm not aware
9  of Dr. Billingsley's other avenues of obtaining
10  information on Seroquel.
11      Q   Or the level of influence that AstraZeneca
12  had in Dr. Billingsley's other avenues of
13  information?
14      A   I have no knowledge of any other AstraZeneca
15  influence.
16          MR. BRUDNER:  Pass the witness.
17          RECROSS EXAMINATION
18  BY MR. KROGER:
19      Q   In fact, during the times that you called on
20  Dr. Billingsley, did he ever indicate to you that he
21  had some other source of information that he was
22  using with regards to Seroquel, that came from
23  AstraZeneca?
24      A   I cannot recall him ever saying that to me.
25      Q   As far as you know, based on your contacts

Stratos Legal Services
800-971-1127

John Reilly
July 16, 2008

Page 149

1 with him, were you the only person who had contact
2 with Dr. Billingsley during the time that you called
3 on him?
4      MR. BRUDNER:  Objection to form.
5      A   I was the only person that represented
6 AstraZeneca at the time that I called on Dr.
7 Billingsley, yes.
8 BY MR. KROGER:
9      Q   All right.  And you did not promote Seroquel
10 for a use during that time for anything other than
11 psychotic disorders, is that correct?
12      A   That is correct.
13      Q   And you certainly didn't have a discussion
14 with Dr. Billingsley about that, or did you?
15      A   To my knowledge, we did not discuss exactly
16 what he used Seroquel for.
17      Q   Okay.  When you --
18      A   Or what psychotic disorders meant to him.
19 We did not have that discussion, to my knowledge.
20      Q   And did you have any discussions with him
21 about off-label use?
22      A   Again, the label was pretty vague.  I
23 mentioned to him the Reinstein study.  I mentioned to
24 him what Dr. Nasrallah said.  And those are, to my
25 knowledge, the only things that I ever talked to him

Stratos Legal Services
800-971-1127

---

John Reilly
July 16, 2008

Page 150

1 about that might be construed as off-label.
2      Q   Other than that --
3      A   Again, I was parroting information that I
4 got.
5      Q   From the approved studies?
6      A   From the approved studies and from thought
7 leaders that I had personally heard.
8      Q   Okay.  And with Dr. Billingsley, it was Dr.
9 Reinstein and --
10      A   Nasrallah.
11      Q   Is that right?
12      A   That is correct.
13      MR. KROGER:  Pass the witness.
14      FURTHER REDIRECT EXAMINATION
15 BY MR. BRUDNER:
16      Q   Well, back to Exhibit 2, which is the call
17 notes, just to clear this up, on page 1, row number
18 8, that's the December 1, 1999 call that you made on
19 Dr. Billingsley, right?
20      A   Yes, sir.
21      Q   And the note says you did talk about off-
22 label subjects and you have told me the context, both
23 with kids and adolescents and bipolars, right?
24      A   I assume they could have psychotic disorders
25 and that's exactly what Dr. Nasrallah said.  Those

Stratos Legal Services
800-971-1127

---

John Reilly
July 16, 2008

Page 151

1 are, if not an exact quote, then awfully close to it.
2      Q   Okay.  But kids and adolescents, Seroquel
3 has never been approved for use in kids and
4 adolescents?
5      A   No, they have not.
6      Q   So if you're talking to him about use in
7 kids and adolescents, that's an off-label
8 discussions?
9      A   I did not talk to him, I merely quoted
10 Nasrallah, who was one of the biggest researchers in
11 the country at the time on psychotic disorders.
12      Q   And you quoted Nasrallah about off-label
13 uses of Seroquel, right?
14      A   I did do that, yes.
15      Q   Okay.
16      MR. BRUDNER:  Pass the witness.
17      MR. KROGER:  I have no further questions.
18      MR. BRUDNER:  All right.
19      (Deposition concluded at 12:35 p.m.)
20           * * * * *
21
22
23
24
25

Stratos Legal Services
800-971-1127

---

John Reilly
July 16, 2008

Page 152

1
2      CERTIFICATE OF ADMINISTERING OATH
3
4 STATE OF FLORIDA:
5 COUNTY OF LEON:
6      I, TERRY WILHELMI, Certified Court
7 Reporter and Notary Public in and for the State of
8 Florida at Large:
9      DO HEREBY CERTIFY that on the date and
10 place indicated on the title page of this transcript,
11 an oath was duly administered by me to the designated
12 witness (s) before testimony was taken.
13      DATED THIS 27th day of July, 2008.
14
15
16
                    _____
17                  TERRY WILHELMI, CCR
                    P.O. Box 3768
                    Tallahassee, FL  32315-3768
18                  (850) 294-1974
19
20
My Commission Expires: June 18, 2010
21
22
23
24
25

Stratos Legal Services
800-971-1127