# EXHIBIT 1

1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION


IN RE:

SEROQUEL PRODUCTS LIABILITY LITGATION
MDL DOCKET NO. 1769

THIS DOCUMENT RELATES TO:

CURLEY v. ASTRAZENECA LP, et al.
(CONNIE M. CURLEY 6:07-cv-15701)


_____/



(CONFIDENTIAL)
DEPOSITION OF MARIA C. WILSON, M.D.

April 3rd, 2008
1:38 p.m. - 4:58 p.m.


Esquire Deposition Services
101 East Kennedy Boulevard
Suite 3350
Tampa, Florida  33602


-------------------------------------



REPORTED BY:
LAURA M. SEMIK, RPR
Notary Public
State of Florida at Large
Esquire Deposition Services - Tampa, Florida
813-221-2535 (800-838-2814)
Job No.:  925857

22

1  patients come and they tell us, "I can't sleep. I
2  can't sleep. I'm up all night. I'm exhausted
3  during the day."
4       The prevalence of sleep disorders, and in
5  particular insomnia, in the chronic pain
6  population is very, very high. And what's worse
7  is the tolerability, or actually the
8  tachyphylaxis, the getting used to the effect of
9  the classic sleeping pills, is also very common.
10 The patients that are on the maximum dose of a
11 hypnotic, they still don't get a good night sleep,
12 they get only a couple of hours of sleep.
13      Q   And when we talked about a risk-benefit
14 analysis -- and we'll use Seroquel as an
15 example -- but when you prescribe Seroquel for
16 your patients, is it fair to say that you're
17 making the assessment that the benefits outweigh
18 the risks with the dosage you're prescribing?
19      A   Always.
20      Q   And is that true with your prescriptions
21 of Seroquel for Ms. Curley?
22      A   It is correct.
23      Q   Do you stand by those prescriptions
24 today?
25      A   I do.

23

1       Q   You understand that atypical
2  antipsychotics in general have been linked to
3  things like hyperglycemia and diabetes.
4       A   Yes.
5       Q   I'm going to show you and ask the court
6  reporter to mark as Exhibit 2 the label or the
7  Physicians' Desk Reference for Seroquel.
8            (Exhibit No. 2 was marked for purposes of
9            identification.)
10 BY MR. MANZELLA:
11      Q   Doctor, is Exhibit 2 a standard
12 Physicians' Desk Reference label pages for
13 Seroquel?
14      A   It looks like that.
15      Q   Can you look at the top. Do you see
16 where it says, "REV" -- which I believe is
17 revised -- "1/04"?
18      A   Yes.
19      Q   Okay. Do you understand that to mean
20 that this is the label as of January 2004?
21      A   Yes.
22      Q   Can you look at the second column under
23 warnings. And the third warning is hyperglycemia
24 and diabetes mellitus.
25      A   I see that.

24

1       Q   Could you read for me just the first two
2  sentences of the hyperglycemia and diabetes
3  warning on Seroquel.
4       A   "Hyperglycemia, in some cases extreme and
5  associated with ketoacidosis or hyperosmolar coma
6  or death, has been reported in patients treated
7  with atypical antipsychotics, including Seroquel.
8  Assessment of the relationship between atypical
9  antipsychotic use and glucose abnormalities is
10 complicated by the possibility of an increased
11 background risk of diabetes mellitus in patients
12 with schizophrenia and the increasing incidence of
13 diabetes mellitus in the general population."
14      Q   Is it fair to say that at least as of
15 January 2004 and going forward, you were aware
16 that this was one of the warnings and risks on
17 Seroquel?
18      A   I wasn't aware specifically of this
19 warning pertaining to Seroquel. I was aware of
20 this warning pertaining to Zyprexa.
21      Q   So you understood that Zyprexa had a risk
22 related to diabetes?
23      A   I did.
24      Q   When did you learn that Seroquel had a
25 specific warning regarding diabetes?

25

1       MR. BRUZZESE: Object to form.
2       THE WITNESS: Very recently.
3  BY MR. MANZELLA:
4       Q   When you make a prescription judgment or
5  decision with regard to a patient, are you using
6  your independent medical judgment to do that?
7       A   No. I like to be as scientific as
8  possible. Before I make any decision there's a
9  lot of thinking about what I'm going to do as to
10 what is best for the patient, what is safest, like
11 what you mentioned before, the risk-benefit ratio.
12 And I try not to make -- and I don't -- make
13 decisions independently.
14      Everything I do is substantiated on
15 either evidence base, on experience by PHAT
16 leaders and by the literature and what my
17 colleagues are already doing. So it's not -- I
18 don't like to experiment one day and say well, I
19 think this is going to work for this, I'm going to
20 try it on this particular patient. I have not
21 been trained that way and I don't think that's
22 wise, so I don't.
23      Q   If I understand your answer, what you're
24 saying is that when you make a prescription
25 decision you take in a lot of information from a

26

1  lot of different sources before you make a
2  decision?
3      A   Yes.  I never make a light decision
4  regarding medications.
5      Q   For example, you would take your personal
6  medical training and experience?
7      A   As part of it, but not solely based on my
8  personal experience.
9      Q   Right.
10         And you would add in other elements like
11  the experience of your colleagues, things you've
12  read, studies you've read, et cetera?
13      A   Exactly.  For example, if I look at a new
14  drug -- and I like to look at the pharmacology and
15  the pharmacokinetics of a particular drug.  When I
16  look at a drug and I think this drug may benefit
17  my patient for a particular condition, I
18  immediately, before prescribing that, I search the
19  literature and see whether anybody else is using
20  it for that particular condition, whether there
21  are small series, large series.  And if there is
22  nothing, I wait and I don't do that.  So I prefer
23  to have some kind of evidence.
24         And if a medication is found to be
25  effective serendipitously, then I like to write a

27

1  case report and I like to communicate with the
2  company.  As an example, when topiramate, Topamax,
3  first was released for epilepsy and I looked at
4  the mechanism of action of the drug, I realized it
5  was probably going to be very effective in the
6  treatment of migraine.  Then I saw a report that
7  it was being used in the treatment of cluster, and
8  a few doctors started using it.
9         I actually called Ortho-McNeil and
10  informed them that this is a drug that is helping
11  people that are very disabled, is anybody else
12  using it, this is the kind of effect that I'm
13  having, and lo and behold that drug received an
14  FDA indication for migraine prevention.  But
15  that's an example of how I like to make decisions
16  regarding medications.
17      Q   And you still prescribe atypical
18  antipsychotics for some of your patients today;
19  correct?
20      A   I do.  The fact that this warning exists
21  to me is not a deterrent to use it off label for
22  intractable insomnia.
23         What I would do in this particular case,
24  considering that I have searched the literature
25  and I have seen that a low dose doesn't seem to be

28

1  associated with this risk of hyperglycemia and
2  diabetes and et cetera -- in fact, there is
3  information about that in the literature if you
4  research it -- what I would do in that situation
5  if I felt that it was important for this
6  particular patient to get that particular
7  medication, then I would get the proper testing,
8  fasting blood sugar, hemoglobin A1c and I would
9  follow the patient sequentially along with the
10  primary care physician.
11         If I feel that it was important that this
12  patient would benefit from the effect of this drug
13  I would do do that.  I would not be completely
14  detoured just because there is this warning.
15  Because in every package insert there are a ton of
16  warnings and it doesn't mean that we cannot
17  prescribe the drug.  They're cautionary and it
18  means we have to do a before and after, and we
19  have to monitor our patients more closely.
20      Q   And to be fair, the Seroquel label
21  contains a label for diabetes, but it also
22  contains a warning for a series of other health
23  elements; is that true?
24      A   Yes.
25      Q   And that would be true of many

29

1  prescriptions?
2      A   It is true of just about every
3  prescription we prescribe.
4      Q   It's fair to say all prescription
5  medication has risks and it has benefits; is that
6  fair?
7      A   Absolutely.
8      Q   So Seroquel is really no different than
9  the other ones?
10         MR. BRUZZESE:  Object to form.
11  BY MR. MANZELLA:
12      Q   Seroquel is no different than other
13  prescription medications in that regard; agree?
14      A   It is not.
15         But if I may elaborate.  A situation
16  where I may not use Seroquel is on somebody that
17  is prediabetic or diabetic because I would be
18  worried that that may make it worse, to give you a
19  scenario where I would be particularly cautious.
20      Q   Now, Ms. Curley did not fit that
21  category; correct?
22      A   No, not when I first saw her when I
23  prescribed that.  First of all, I wasn't aware of
24  the warning.  It was not on label.  It was
25  never -- I'm sorry, I meant to say on the package

30

1    insert, not on label.
2        Q    Okay.  What do you mean when you say it's
3    not on the package insert?
4        A    That the warning was first I guess added
5    in January of 2004.
6        Q    Right.
7            So you agree with me that as of
8    January 2004, the label and the package insert
9    would have the warning for diabetes; correct?
10       A    I don't think that it did.  Did it?
11       Q    Yeah, it did.
12       A    I do not know.
13           MR. BRUZZESE:  Objection; form.
14           THE WITNESS:  I did not know that.
15           People don't realize that there are so
16    many revisions to package inserts.  I mean
17    there are a ton of revisions to package
18    inserts.
19           I don't know exactly when it was added,
20    but I have seen evidence in the literature that
21    showed that the Japanese had this warning
22    before we did here in the
23    United States, so that's one thing that I did
24    not know and I learned while looking into this.
25    BY MR. MANZELLA:

31

1        Q    Okay.  You did some research into the low
2    dose Seroquel, and what did you determine from
3    that research?
4        A    From what I read low dose is not
5    associated with an increased risk of diabetes.
6        Q    And is it fair to say that the
7    prescriptions you gave for Ms. Curley were what
8    you would consider to be low dose?
9        A    Yes, I consider low dose 100 and less.
10       Q    And the prescriptions for Ms. Curley were
11    100 or less?
12       A    Yes.  Most of the time she was on 25 or
13    50.
14       Q    Okay.  You do still prescribe atypical
15    antipsychotics for your patients; correct?
16       A    I do.
17       Q    And that includes Seroquel?
18       A    Seroquel.
19       Q    Geodon?
20       A    Geodon.
21       Q    What others?
22       A    If I have a patient that is on Zyprexa I
23    don't stop it just because of Zyprexa.  Whatever
24    it is, when I accept a patient and the patient is
25    on atypical antipsychotics, and I'm taking care of

32

1    the patient as a whole and I'm the only provider
2    for a particular period of time, I continue with
3    whatever the patient is taking.
4        Q    So it is fair to say that even today you
5    feel that the benefits of atypical antipsychotics
6    outweigh the risks for some of your patients?
7        A    For some of my patients, yes.  But at the
8    same time with all this evidence, I'm also more
9    cautious as to making sure we get proper lab work
10    and then we communicate with the physicians.  And,
11    of course, we pay attention to this kind of thing.
12       Q    Let me ask that the notice of deposition
13    be marked as Exhibit 3.
14           (Exhibit No. 3 was marked for purposes of
15           identification.)
16    BY MR. MANZELLA:
17       Q    Doctor, have you seen the notice of
18    deposition before in this case?
19       A    No.  What do you mean?
20       Q    The information that tells you to be here
21    today to take the depo.
22       A    Yes.
23       Q    You mentioned earlier you didn't bring
24    the records with you because the facility doesn't
25    allow that; is that fair?

33

1        A    That is correct.
2        Q    Does the clinic at the college keep
3    medical records as part of their business?
4        A    Yes.
5        Q    And would they have the medical records
6    for Connie Curley, for example?
7        A    Yes.
8        Q    I'm going to show you some records.
9    We'll go through them individually in a moment.
10           Do you see patients with bipolar
11    condition?
12       A    I see patients for other conditions that
13    may have bipolar disorder as part of their
14    comorbidity, but not primarily for bipolar
15    disorder because I'm a neurologist, not a
16    psychiatrist.
17       Q    You do see patients for migraines?
18       A    Yes.
19       Q    And for fibromyalgia?
20       A    Yes.
21       Q    And for other pain problems?
22       A    Yes.
23       Q    Are you aware that Ms. Curley had a
24    suicide attempt in 2001?
25       A    Reading the records recently reminded me

34

1  of that, yes.
2      Q   What does that indicate to you?
3      A   That she may be depressed.
4      Q   Do you believe that Ms. Curley has some
5  sort of mental health problem?
6      A   Yes.
7      Q   And a suicide attempt is one type of
8  example of that?
9      A   Yes.
10     Q   When you prescribed Ms. Curley with
11  Seroquel, what were you treating her for?
12     A   I was treating her headaches and her
13  fibromyalgia, and I was trying to help her sleep.
14     Q   So for three different areas; correct?
15     A   We don't have evidence that Seroquel was
16  effective in fibromyalgia but that was at the time
17  when we were working on the possible benefit of
18  Seroquel for chronic headaches associated with
19  insomnia.
20     Q   So at the time of your prescriptions, you
21  were making the judgment based on the information
22  you had then --
23     A   Right.
24     Q   -- that Seroquel may be helpful with
25  headaches?

35

1      A   Correct.
2      Q   And it may be helpful with fibromyalgia?
3          MR. BRUZZESE:  Objection; form.
4  BY MR. MANZELLA:
5      Q   And it --
6      A   Not fibromyalgia.  I wasn't aware they
7  would be helpful in fibromyalgia.
8      Q   So helpful with headaches and sleep?
9      A   Correct, which is part of fibromyalgia,
10  the sleep disorder; so indirectly, yes.
11     Q   Are migraines a serious condition?
12     A   Not in the sense of being
13  life-threatening, but it is extremely disabling
14  when it's chronic.
15     Q   Ms. Curley had chronic migraines?
16     A   Yes.
17     Q   Explain to me how that is disabling.
18     A   Patients that suffer with a chronic daily
19  headache don't have any quality of life, they
20  don't feel like going anywhere, they don't do any
21  recreational activities, they endure a lot of
22  pain, their interpersonal relationships suffer,
23  and they tend to become depressed.
24     Q   Is quality treatment of that important?
25     A   It's extremely important.  In fact, we're

36

1  now focusing on the burden of migraine as a
2  condition and on the impact that it takes and
3  quality of life related to migraine.  In fact,
4  we're adding those scales to current research.
5      Q   Does Ms. Curley suffer from insomnia or
6  difficulty sleeping?
7      A   Yes.
8      Q   Explain how that affects a person's life.
9      A   In many ways because you're chronically
10  tired and fatigued.  In addition, patients that
11  have headaches need their sleep in that we know
12  that headache mechanisms are related to the nuclei
13  in the brain that is associated with insomnia,
14  referring to the dorsal raphe nuclei, the nucleus
15  raphe magnus.  When you're alert and awake you're
16  discharging serotonin, but when you're asleep the
17  nuclei cease fire, if you will, and then serotonin
18  has an opportunity to be restored.
19     Q   Can I ask you to explain the difficulties
20  in sleeping in a way that a common person might
21  understand those difficulties rather than a
22  scientific way?
23     A   Yes.  People with migraines need their
24  sleep in order to get rid of the pain.  Not only
25  to be rested and not to be fatigued, but also to

37

1  restore the normal brain by your chemistry.  Does
2  that work?
3      Q   Yes, thank you.
4          Was Seroquel effective in helping
5  Ms. Curley?
6          MR. BRUZZESE:  Objection; form.
7          THE WITNESS:  It was effective.
8  BY MR. MANZELLA:
9      Q   And how was it effective?
10     A   In that it allowed her restful sleep.
11     Q   And that was important for her?
12     A   Very important.
13     Q   I'd like to mark as the next exhibit a
14  medical record from June of 2001.
15         (Exhibit No. 4 was marked for purposes of
16  identification.)
17  BY MR. MANZELLA:
18     Q   Doctor, is this the June 20th, 2001 visit
19  by Ms. Curley to see you?
20     A   Yes.  Although, I can see at a glance I
21  did not see her.  Who saw her is our very gifted
22  nurse practitioner, Kathleen Cahill.
23     Q   Your name and Ms. Cahill's name are on
24  the medical record on the second page; correct?
25     A   Yes, because I oversee everything she

46

1    A   Cardiovascular, cerebrovascular, lung
2  cancer.
3    Q   Would you advise her to stop smoking?
4    A   Yes.
5    Q   Under characteristics of pain it talks
6  about chronic headache on the first line.  And
7  then towards the bottom of the paragraph
8  sensitivity to light, dizziness, nausea, sensitive
9  to sounds, and ring in her ears.  Do you see that?
10   A   Yes, I do.
11   Q   Are those some of the common symptoms of
12 chronic migraine headaches?
13   A   Yes.
14   Q   On the second page under impression --
15   A   Yes.
16   Q   -- are those your impressions or
17 diagnoses from that visit this day?
18   A   Yes.
19   Q   The first one is "Post-concussive
20 headaches"?
21   A   Yes.
22   Q   Is that related to her --
23   A   Motor vehicle accident.
24   Q   The second one is "Element of greater
25 occipital neuralgia"?

47

1    A   Yes.
2    Q   What is that?
3    A   That means that she has significant
4  amount of pain in the area of the greater
5  occipital nerve in the back of the head.
6    Q   "Fibromyalgia" is the third one.  We've
7  talked about that?
8    A   Yes.
9    Q   That's pain in the muscles?
10   A   Yes.
11   Q   And the last one under impression is
12 "Reactive depression."
13   A   Reactive depression.
14   Q   What does that mean?
15   A   That means that the patient is depressed
16 because there are a number of circumstances that
17 would predispose her to be depressed.  There are a
18 lot of psychosocial stressors, life is miserable,
19 whatever, that there would be a situation that
20 would make her more likely to be depressed.
21   Q   Under recommendations it says, "Referral
22 to one-week inpatient headache program."
23       Do you see that?
24   A   Yes.
25   Q   Would that be a program in the hospital?

48

1    A   Yes.
2    Q   Do you know if she went to the inpatient
3  program?
4    A   I believe she did.
5    Q   Okay.  Let's look at a record from what I
6  believe would be the inpatient visit.  I'll ask
7  the court reporter to mark the next medical
8  record, which is a January 7, 2003 medical record
9  from Tampa General Hospital.
10       (Exhibit No. 7 was marked for purposes of
11       identification.)
12 BY MR. MANZELLA:
13   Q   Is this indeed a record regarding her
14 inpatient headache pain management program?
15   A   Yes.
16   Q   And this is at Tampa General Hospital?
17   A   Yes.
18   Q   Do you see patients at Tampa General
19 Hospital?
20   A   Yes.  We have an inpatient headache unit
21 and pain unit at Tampa General.
22   Q   Do you see on the first page it indicates
23 Connie Curley is the patient and the attending
24 physician is Maria-Carmen B. Wilson, M.D.?
25   A   Yes.

49

1    Q   What does it mean to be an attending
2  physician?
3    A   It means I'm in charge of the case.  It
4  also means I work in conjunction with medical
5  students, residents, and fellows.
6    Q   Do you see under social history the last
7  phrase is "Positive cocaine use."
8        Do you see that?
9    A   Yes.
10   Q   Were you aware of this cocaine use?
11   A   No.
12   Q   Is that significant to you, that
13 Connie Curley was using cocaine at this time?
14   A   Yes.  Unfortunately, that's more
15 prevalent than people think.
16   Q   And medically, how is that significant to
17 her?  As a doctor, how would that be significant
18 to you?
19   A   It would certainly be in a variety of
20 ways.  One, it would make her more prone to use
21 drugs that have a habit-forming potential.  Also,
22 it puts her at risk for stroke and it puts her at
23 risk for a lot of side effects of illegal drug
24 use, of course.
25   Q   Turn to the second page.  Do you see

50

1   under plan it says, "Consult psychiatry regarding
2   her nightmares.  Admit to pain management
3   program"?
4      A   Yes.
5      Q   Do you recall the situation with regard
6   to her nightmares?
7      A   I really don't, not at this time.
8      Q   Would it be common to consult a
9   psychiatrist regarding these problems?
10     A   On someone that is depressed, that's
11  using drugs and is having such sleep difficulty
12  with nightmares I probably felt at that time that
13  it was appropriate to get the psychiatrist on
14  board.  She had been on Paxil for a long time and,
15  taking advantage of the opportunity that she's in
16  the hospital, we probably felt -- which we do very
17  often -- consult a psychiatrist and see whether we
18  can maximize her mental health.
19     Q   Okay.  Do you see under -- staying on
20  Page 2 -- health management problems, the first
21  one is "Hypertension"?
22     A   Yes.
23     Q   What is that?
24     A   Abnormal levels of blood pressure.
25     Q   Is it also fair to call it high blood

51

1   pressure?
2      A   Yes.
3      Q   Do people who have a history of
4   hypertension also have an increased history of
5   getting diabetes?
6      A   It's part of the metabolic syndrome, but
7   not necessarily.
8      Q   Going to the third page under summary, do
9   you see under No. 5 it says, "The patient reports
10  decreased sleep, self care, socialization,
11  nutrition, housecleaning secondary to headache,
12  and decreased energy"?
13        Do you see that?
14     A   Yes.
15     Q   Interpret that for us.  What does that
16  mean?
17     A   It means that the lack of sleep is
18  creating a problem.
19     Q   And specifically, is it creating a
20  problem with her living her daily life?
21     A   Activities of daily living, yes.
22     Q   Do you see under patient goals, right
23  under the summary it talks about -- under No. 6 it
24  says, "To be able to sleep for eight hours without
25  waking up."

52

1         Do you see that?
2      A   Yes.
3      Q   Would this be Ms. Curley stating what her
4   goals are with regard to this program?
5      A   One of them, yes.
6      Q   And to be fair, there's seven different
7   goals --
8      A   Yes.
9      Q   -- and we talked about one of them?
10     A   Yes.
11     Q   So is it fair to say that she herself was
12  hoping to have better sleep?
13     A   Absolutely.
14     Q   Under summary on Page 4, this is the
15  biofeedback summary --
16     A   Yes.
17     Q   -- under 6 it says, "Denies ETOH."  That
18  means denies alcohol use?
19     A   Yes.
20     Q   Then it says, "One package of cigarettes
21  a day."
22        Do you see that?
23     A   Yes.
24     Q   Is a pack of cigarettes a day considered
25  significant smoking?

53

1      A   Yes.
2      Q   Then it says, "Use of crack cocaine the
3   night prior to the admission."
4         Do you see that?
5      A   She denied that.  A lot of our patients
6   that are positive for cocaine deny that.  I don't
7   know why, but maybe sometimes it's a lab error.  I
8   do not know for a fact that was a lab error, but
9   she denied it.
10     Q   Just for the record, she testified in her
11  deposition that she did use crack cocaine that
12  night.
13     A   Okay.
14     Q   Under 7 it says, "Poor nutrition.  One or
15  two meals maximum per day"?
16     A   Yes.
17     Q   What's the health significance of only
18  eating one or two meals per day?
19     A   It puts you at risk to alter your
20  glycemic index.
21        It is well know that people that skip
22  breakfast are more likely to gain weight because
23  then you're starved and your metabolism really
24  slows down.  And then when you do eat you eat a
25  lot and typically things that you should not eat.

62

I'm not sure that is just a note, because it says admission medications; but, unfortunately, it doesn't talk about discharge medications. So I don't know for a fact that she was not added that medication while in the hospital.

**Q Okay. So based on the record, there's no indication she's taking Seroquel?**

A Based on the record there is not.

**Q She's taking Prozac?**

A Prozac; Ambien, a sleeping pill at the maximum dose of 100 milligrams; and an antiinflammatory, Lodine

**Q What's Prozac for?**

A Prozac is for depression.

**Q We've seen on several records that she's been taking depression medication?**

A Yes.

**Q And she's also been taking sleep medication or medication to help her sleep?**

A Correct, she's been taking Paxil, she's been taking Trazodone, she's been taking Prozac, Ambien.

**Q Let me mark her next visit. I'll ask the court reporter to mark as Exhibit 9 a January 14, 2003 medical record.**

63

**(Exhibit No. 9 was marked for purposes of identification.)**

**BY MR. MANZELLA:**

**Q Doctor, is this a January 14, 2003 Tampa General Hospital medical record regarding Connie Curley?**

A It is.

**Q You're the attending physician?**

A I am.

**Q The last page of the record you signed the medical record?**

A Right.

**Q This is also your medical record?**

A Yes.

**Q And this medical record would be kept at Tampa General Hospital; is that fair?**

A Yes.

**Q Under medical it says, "Headache today was 7/10. She states cognitive deficits. She thinks it's from the motor vehicle accident and she has increased memory."**

**Do you see that?**

A Yes.

**Q What is "cognitive deficits," what do you mean by that?**

64

A What that means -- I'd like to clarify that's dictated by Dr. Jones -- what that means is that she has decline of her mental function to put it in simple terms.

**Q She's getting worse mentally?**

A Correct.

**Q Is this when she is in the hospital for a pain management inpatient program?**

A That is the same time of the other notes that you've been reviewing with me. This is the second week staffing report.

**Q Okay. So she's been in this inpatient program at the hospital for at least two weeks?**

A Yes.

**Q Can you go to Page 3 under psychology. Do you see where it says, "Ms. Curley has attended all scheduled psychotherapy sessions. Her mood is labile and varies from extremely agitated to dysphoric"?**

**Can you interpret that for us?**

A Labile means unstable. "Varies from extreme agitation to dysphoric," which is depressed, another word for depressed.

**Q This is a feature of her depression?**

A Yes.

65

**Q Does that type of depression, unstable and going from agitated to dysphoric, does that indicate to you that she needs some kind of medication for her problem?**

A Yes.

**Q On this record, do you see any indication she's taking Seroquel?**

A No.

**Q Let me show you the next record. I'll ask the court reporter to mark a 1/17/03 discharge summary regarding Connie Curley.**

**(Exhibit No. 10 was marked for purposes of identification.)**

**BY MR. MANZELLA:**

**Q Is this a discharge summary with regard to her about-two-week stay in the hospital with regard to her pain management program?**

A Yes.

**Q This is when she's leaving the hospital; is that fair?**

A Correct.

**Q Do you see both under history of present illness, second paragraph, and under hospital course as well, it's talking about she's getting BOTOX injections for her headaches?**

66

1     A   Yes.
2     Q   Can you explain to us how that helps with
3  headaches?
4     A   Well, botulinum toxin has not received an
5  FDA indication for headaches.  There is a very
6  robust body of literature that indicates that it's
7  effective for certain kinds of headache.  And in
8  her particular case, considering that she had
9  already tried a number of medications and was not
10  responding and we were limited as to what we could
11  use because of a variety of reasons, it was felt
12  that she would be a good candidate for botulinum
13  toxin injections.
14     And we don't know exactly what the
15  mechanism of action of botulinum toxin is in the
16  treatment of headache, but it is related to an
17  effect in decreasing what we call neurogenic
18  inflammation and stopping pain transmission.
19     Q   So in layman's terms, does the BOTOX help
20  relieve the pain from the headache?
21     A   Correct.  BOTOX has a very obvious motor
22  effect.  And also, now we are learning that it has
23  a significant sensory effect.  Part of the sensory
24  effect, of course, is the analgesic effect.
25     Q   Is it fair to say that there are risks

67

1  involved when you have BOTOX injections; correct?
2     A   Minimum when you do it for headache, very
3  minimum.  The first indication that BOTOX had
4  analgesic properties came from injecting people
5  with the disabling cervical dystonia, which is an
6  involuntary contraction of the muscles of the
7  neck, and individuals came back saying not only
8  their posture was better but what was dramatic was
9  the decrease in pain.
10     Q   Do you recall whether the BOTOX
11  injections were helpful for Ms. Curley in treating
12  her or relieving her headache pain?
13     A   I do not recall that.  But botulinum
14  toxin does not have an immediate effect.  It takes
15  a few days to even begin to work, and then it
16  reaches a maximum effect in six to eight weeks.
17  And then the effects dissipate in 10 to 12 weeks.
18     Q   Going to the second page, please, of this
19  medical record, we'll start with No. 6 at the
20  bottom, Prozac --
21     A   Huh-uh.  (Indicates negatively.)
22     Q   -- again is that for her depression?
23     A   Depression.
24     Q   Do you see under No. 2 it says, "Seroquel
25  25 mg two tablets QHS"?

68

1     Do you see that?
2     A   I do.
3     Q   What does that mean?
4     A   It means she was receiving 50 milligrams
5  of Seroquel at bedtime.  It is possible she
6  started out with 20 milligrams and it wasn't
7  significant to get her to sleep and that's why she
8  was increased to 50 milligrams.  I don't know
9  whether we actually initiated that or whether it
10  was the psychiatrist that we consulted that
11  recommended that.
12     Q   Okay.  This is the first medical record
13  we've looked at that indicates she's taking
14  Seroquel; is that fair?
15     A   Yes, that is indicative that Seroquel was
16  first started when she was in the hospital during
17  this period of time in 2003.
18     Q   Okay.  So if this is indeed the first
19  prescription, would it be fair to say she started
20  out by taking two pills --
21     A   At bedtime.
22     Q   -- at bedtime?
23     A   Yes.
24     Q   Two pills of 25 milligrams, which would
25  be 50 milligrams total?

69

1     A   Yes.  I would probably favor the fact
2  that she started at 25 and it wasn't enough, and
3  then she was increased.  If we did it we never
4  start anybody at 50, we always start people at 25,
5  because most people will have enough at 25.
6     Q   Do you know if she was started at 25?
7     A   No, because actually --
8     Q   Who's doing this record?  Who's making
9  this prescription?
10     A   The attending physician for this
11  particular note is Dr. Carvel Gipson.  He's also a
12  headache specialist.  He's an assistant professor
13  of neurology in our department.  And while I'm
14  attending most of the time, it means I must have
15  been out on a trip or whatever, and then he took
16  over the case.
17     And then Dr. Jones, who was familiar with
18  the patient, continued to work with Dr. Gipson.
19  But that's what it means, that at the time of
20  discharge I was not involved in that.
21     Q   So who would be responsible for making
22  the decision to give this Seroquel prescription at
23  this time?
24     A   Ultimately, Dr. Gipson.
25     Q   Whether it was 25 milligrams or whether

70

```
1    she started at 25, which you think is possible, or
2    whether she started at 50 milligrams, either way,
3    would 25 or 50 milligrams be considered a low dose
4    in your opinion?
5        A    That is correct.  It is possible that
6    this was started while I was attending, and then
7    Dr. Gipson took over after that.  I am not sure.
8        Q    But it's fair to say that 25 and 50
9    milligrams are both low dose?
10       A    In my opinion, they are.
11       Q    What is she taking Seroquel for, to treat
12   what condition with regard to this prescription?
13       A    For sleep.
14       Q    How do you know that?
15       A    Because it's given at bedtime.
16       Q    She's supposed to take it at night?
17       A    Correct.
18       Q    QHS means at bedtime?
19       A    Yes.  If you notice here what is missing
20   here is a sleeping pill.  This is somebody that
21   has been consistently on a sleeping pill, all a
22   sudden she's discharged on the Seroquel but not a
23   sleeping pill.
24       Q    So the Seroquel was replacing whatever
25   sleeping pill she was having?
```

71

```
1        A    Ambien 10.
2        Q    We saw a series of records that indicates
3    she was really having difficulty with sleeping?
4        A    Severe.
5        Q    You've testified earlier that on Seroquel
6    she improved with her sleeping; is that fair?
7        A    That is correct.
8             And also, remember that she was having
9    nightmares, so antipsychotics may also have an
10   effect to quiet down, nightmares.
11       Q    There's two elements that it could be
12   helpful with?
13       A    Yes.  But I'm not sure.  I don't want to
14   say because I'm not a psychiatrist.
15       Q    Well, would the goal of the prescription
16   of Seroquel in this case be to improve her sleep
17   and to help alleviate her nightmares?
18            MR. BRUZZESE:  Objection; form.
19            THE WITNESS:  Yes, that was the intent,
20   but not so much the nightmare.  Please
21   disregard that.  It's so insignificant compared
22   with what we really used it, which was for
23   sleep.  I want to make sure that on record it
24   is that the main intent that we use the
25   Seroquel for is for sleep.
```

72

```
1    BY MR. MANZELLA:
2        Q    Okay.  And in her case it was effective
3    for sleep?
4        A    It appeared to be.
5        Q    It seems that you didn't make the initial
6    prescription of Seroquel based on this record; is
7    that right?
8        A    Yeah, that is correct.
9        Q    Did you continue her Seroquel
10   prescriptions going forward in time?
11       A    I do not know.  I would have to review
12   the records in that respect.
13            I think Dr. Gipson probably took over her
14   case; but she may have seen a nurse practitioner,
15   she may have seen another attending, I don't know
16   for a fact.
17       Q    And this two-week period of time where
18   she's having her pain management is in January of
19   2003; correct?
20       A    Yes.
21       Q    Let me show you another visit.  I'll ask
22   the court reporter to mark as the next exhibit an
23   October 13th, 2004 record.
24            (Exhibit No. 11 was marked for purposes
25            of identification.)
```

73

```
1    BY MR. MANZELLA:
2        Q    Is this your medical record from
3    October 13th, 2004?
4        A    It is a Tampa General medical record.
5    And on this occasion, again, Kathleen Cahill,
6    ARNP, works independently.
7        Q    So the nurse practitioner saw the patient
8    and you oversee that treatment?
9        A    I cosign everything she does.  But I
10   don't necessarily see the patient with her nor she
11   needs to confer with me on any decision, because
12   she has a license that she can practice
13   independently.
14       Q    Well, this is about 22 months after her
15   pain management program in 2003; correct?
16       A    Correct.
17       Q    Do you know whether you or your nurse
18   practitioner saw her at all between that time and
19   22 months later?
20       A    I have no idea.
21       Q    If it is the case that she didn't come to
22   see you for 22 months after her hospital stay,
23   would that be an unusual amount of time?
24       A    Very much so, because when people are
25   admitted to the hospital, everybody gets an
```

74

1   automatic appointment in three weeks. There is
2   data that we collect that -- it's very rigorous.
3   We collect data, functional data, at three weeks,
4   12 weeks, six months; so the patients that are
5   admitted to the hospital are followed more closely
6   than ordinary patients in the clinic because, of
7   course, they're more disabled and there's a lot of
8   data that we collect, outcome data.
9       Q   If she had a Seroquel prescription in the
10  beginning of '03 when she left the hospital and
11  then didn't come back to you for 22 months, is it
12  fair to say that you don't know whether or not she
13  took Seroquel during that 22-month period?
14      A   That is correct. In fact, if I would
15  have gotten any kind of communication of anyone
16  needing any information from me, when it has been
17  more than X amount of months that I have not seen
18  a patient I immediately say "inactive patient in
19  the clinic" and approve or disprove of any
20  treatment that comes my way. Sometimes that
21  happens, people don't show up, and then I get,
22  "What is the maximum medical improvement of this
23  patient?" What do you mean, I haven't seen this
24  patient in one year.
25      Q   Is it fair to say that you don't know

75

1   whether or not she took Seroquel from the period
2   of time January 2003 until October of 2004?
3       A   Correct, I do not know.
4       Q   When you do see Ms. Curley, is it
5   frequent or infrequent?
6       A   Patients that are stable get to be seen
7   every three to four months.
8       Q   Do you know what her --
9       A   If we're not making medication
10  adjustments and our patient has been established
11  in our practice for a lot of years, that's what we
12  normally do.
13      Q   Do you know what the situation is with
14  regard to Ms. Curley currently?
15      A   No, I do not know specifically.
16      Q   Does she have a problem with missing
17  appointments?
18      A   I haven't checked. I really don't know.
19      Q   So you don't know whether she's a
20  compliant or noncompliant patient at this point?
21      A   I do not know for sure.
22      Q   If it's true that she didn't come see you
23  for 22 months, would you have wanted her to come
24  see you more often?
25      A   Yes.

76

1       Q   Is her fibromyalgia, difficulty sleeping,
2   migraines, et cetera, the types of problems that
3   need more frequent visits to see a doctor?
4       MR. BRUZZESE: Objection; form.
5       THE WITNESS: No more than other painful
6   syndromes; but again, I think the point here is
7   that she was admitted to the hospital. When
8   somebody is admitted to the hospital, that
9   indicates a significant degree of disability
10  and pain. That's also a big decision, which is
11  why the first 48 hours of our admissions are
12  always -- they're not the actual admission,
13  it's an observation period because we're very
14  aware of the causes that are inherent to an
15  admission to the hospital for pain
16  management -- the first 48 hours we assess
17  whether the patient is a good candidate or not.
18  If we make a decision that someone can benefit
19  from the program, that's an individual that
20  undergoes a very rigorous two weeks.
21  BY MR. MANZELLA:
22      Q   And Ms. Curley did go through the two
23  weeks?
24      A   She did. Therefore, there is a lot of
25  data that needs to be collected. We are CARFA

77

1   graded, which is Commission on Accreditation of
2   Rehab, for pain management. We need to make sure
3   that we are doing a good job. She needed to come,
4   and she did not come to followup, at least I don't
5   have any knowledge that she did.
6       Q   Let me try to summarize. Is it fair to
7   say that because she chose to go into the hospital
8   in 2003, her problems with her health, her
9   headaches, and her pain were significant and
10  severe?
11      A   Yes.
12      Q   Is it fair to say that someone with that
13  level of difficulty with regard to headaches and
14  fibromyalgia and pain, you would recommend that
15  they see a doctor on a relatively frequent basis?
16      A   Correct.
17      Q   Okay. 22 months of time is not a
18  frequent basis; is that fair?
19      A   It is not at all.
20      Q   Let's look at this record here from 2004.
21  The last sentence of the first paragraph says,
22  "She has a history of anxiety disorder and has a
23  mental health appointment on 11/04/04."
24      Do you see that?
25      A   I do.

78

1    Q   Do you agree that she has a history of
2  anxiety disorder?
3    A   Yes.
4    Q   And then it says, next sentence, "Of
5  note, the patient has been off her Prozac for some
6  time now, and there appears to be a correlation
7  between some of her sleep disorder and nocturnal
8  issues."
9      Do you see that?
10   A   Yes.
11   Q   What's the significance of going off your
12  medications?
13   A   She could have side effects from
14  discontinued medications,
15   Q   Do you see under recommendations, No. 2
16  it says, "Increase Seroquel to 75 milligrams at
17  HS"?
18   A   Yes.
19   Q   What does that mean?
20   A   That means that she was taking Seroquel
21  at 50 milligrams, and that she was advised to
22  increase it to 75 milligrams at bedtime because it
23  was apparent that she was still having problems
24  with sleep.
25   Q   Is it still fair to say that 75

79

1  milligrams in your opinion is a low dose?
2    A   Yes.  I consider a low dose anything
3  below 100.
4    Q   And recommendations, No. 4, it says, "See
5  Dr. Cases on her next visit."
6      Do you know who Dr. Cases is?
7    A   Yes, Dr. Hector Cases is another
8  neurologist, another board certified pain
9  specialist that was working with us while we were
10  working at that clinic, at the Tampa General Pain
11  Clinic.
12   Q   Does he still work at the clinic?
13   A   No, he left.  He's in private practice
14  now.
15   Q   Do you know where he's located?
16   A   Yes, I do.
17   Q   Where's he located?
18   A   He's located off Fletcher in Tampa, on
19  138th Street.
20   Q   And he's practicing as a neurologist?
21   A   And pain specialist.
22   Q   When it says, "Increase Seroquel to 75
23  milligrams," is that your prescription or your
24  suggestion or is that the nurse practitioner doing
25  that?

80

1    A   It's Kathleen Cahill.
2    Q   That's the nurse practitioner?
3    A   Yes.
4    Q   And you would cosign or agree with those
5  recommendations?  How does that work?
6    A   It works that she can work independently.
7  And I trust what she does because she's extremely
8  competent.  In fact, she has a doctorate degree in
9  nurse practitioner, she works in the College of
10  Nursing, and she's an exceptionally gifted
11  practitioner, so she doesn't confer with me about
12  every little detail, that is not necessary.
13     In this particular case she did not
14  specifically ask me whether there was a problem
15  increasing the Seroquel or not.  She just
16  recommended to increase it.  I would not have
17  disagreed with that, but she did not ask me
18  whether or not that should be done.
19   Q   What kind of patient in general is
20  Ms. Curley?
21   A   A typical patient is multiple pain sites,
22  fibromyalgia, headaches, elements of depression,
23  has had a difficult life, is deconditioned, has
24  seen a lot of doctors, tried a lot of medications,
25  nothing helps, also elements of drug use.

81

1  Unfortunately, I've seen a lot of those patients.
2    Q   In her deposition she testified that she
3  would often argue with you with regard to changing
4  her medications.  Is that something that you
5  recall?
6    A   No, I don't specifically recall that.
7      Some patients are argumentative and want
8  me to prescribe whatever they think they need; but
9  I'm always in charge of what I prescribe, and what
10  I prescribe is what I think is best for the
11  patient.
12     But in pain management, yes, there's a
13  lot of -- there's a lot of argument because a lot
14  of times patients bargain for certain medications
15  but I don't think that's what they need.  So I
16  spend a lot of time convincing my patients that,
17  no, perhaps morphine is not the best medication
18  for chronic pain.
19   Q   Let me mark the next exhibit as a May
20  2005 visit.
21     (Exhibit No. 12 was marked for purposes
22  of identification.)
23  BY MR. MANZELLA:
24   Q   Doctor, is this a May 31, 2005 visit by
25  Ms. Curley to see you?

---

82

1     A   Yes.
2     Q   This is your medical record?
3     A   Yes.
4     Q   She's still complaining of chronic
5  headaches; is that correct?
6     A   That is correct.
7     Q   Do you see the last sentence of the first
8  paragraph it says, "She has been on a regimen of
9  Prozac 40 milligrams in the morning, Seroquel 100
10 milligrams at bedtime, Relpax as needed as an
11 abortive agent."  What would the Prozac be for?
12    A   That would be for depression.
13    Q   And the Seroquel would be to assist her
14 with her sleep?
15    A   Yes.
16    Q   And what is the Relpax for?
17    A   For migraines.
18    Q   The last paragraph it says, "She will
19 start on Topamax."
20       Do you see that?
21    A   Yes, I do.
22    Q   What is Topamax?
23    A   Topamax is a neuromodulator drug that has
24 an FDA indicator for migraine.
25    Q   That's to help with her headaches?

---

83

1     A   Correct.
2     Q   And, again, just for the record, Seroquel
3  at 100 milligrams, again in your opinion would be
4  a low dose?
5        MR. BRUZZESE:  Objection; form.
6        THE WITNESS:  Yes.
7  BY MR. MANZELLA:
8     Q   Let me show you the next record.  We're
9  almost done with them.  I'll ask you to mark that
10 as the next record.
11       (Exhibit No. 13 was marked for purposes
12 of identification.)
13 BY MR. MANZELLA:
14    Q   Doctor, is this the February 20th, 2006
15 medical record?
16    A   Yes.
17    Q   This is your record as well?
18    A   It is.
19    Q   Do you see where it says, "She is
20 allergic to sulfa, some antidepressants, Skelaxin
21 and Seroquel"?
22       Do you see that?
23    A   I see that.
24    Q   Do you recall any circumstances with
25 regard to an allergy with regard to Seroquel?

---

84

1     A   No.  That's new information from when I
2  had seen her before.
3     Q   Do you recall her ever complaining of
4  having any kind of allergy to Seroquel?
5     A   No.
6     Q   Do you know whether she takes Seroquel
7  today?
8     A   No, I have no idea.  No, I don't think --
9  according to the records, no.  The answer is no.
10    Q   Do you know why she doesn't take Seroquel
11 today?
12    A   No.
13    Q   Did you tell her to stop taking Seroquel?
14    A   No.
15    Q   You talk about at the bottom a headache
16 diary.  What's a headache diary?
17    A   Headache diary is a form that we give our
18 patients to record the number of headaches that
19 they have per month.
20    Q   Is it fair to say that based on this
21 record it appears that she is not taking Seroquel
22 as of February of 2006?
23    A   Correct.
24    Q   Let me show you the next record.  I'll
25 ask the court reporter to mark a November 28, 2006

---

85

1  medical record.
2     A   Okay.
3        (Exhibit No. 14 was marked for purposes
4  of identification.)
5  BY MR. MANZELLA:
6     Q   Is this your November 29th, 2006 medical
7  record from a visit with Connie Curley?
8     A   Yes.
9     Q   This is your record as well?
10    A   Yes.
11    Q   Do you see it says under history of
12 present illness, "Dr. Wilson saw the patient with
13 me and confirmed key portions of the examination.
14 The patient returns to clinic for followup
15 evaluation of migraine headache, diabetic
16 neuropathy, depression and insomnia"?
17    A   Yes.
18    Q   She's had a history of migraine
19 headaches; correct?
20    A   Yes.
21    Q   And a history of depression?
22    A   Yes.
23    Q   And a history of insomnia?
24    A   Yes.
25    Q   Before this record, did she have a

---

86

1   history of diabetes?
2       A   Not that I'm aware of.
3       Q   As far as you know, is this the first
4   record in your medical records that indicates
5   anything with regard to diabetes?
6       A   Yes.
7       Q   What is diabetic neuropathy?
8       A   Diabetic neuropathy is a common
9   complication of diabetes.  The most common one is
10  one that affects the legs and the hands which is
11  what we call distal sensory motor neuropathy.
12  It's often painful and it's associated with pain
13  affecting the feet and/or the hands as well as
14  possibility of weakness, but not as pronounced as
15  the pain.
16          There are many other kinds of diabetic
17  neuropathy.  It could be mononeuritis multiplex.
18  It could be autonomic type of neuropathy.  There's
19  a long list of complications or toxic effects from
20  diabetes to the nervous system, the most common
21  being the distal.
22      Q   You don't know the details with regard to
23  Ms. Curley's diabetic neuropathy?
24      A   No.
25      Q   On this record she is not taking

87

1   Seroquel; correct?
2       A   No.
3       Q   She's not taking it?
4       A   Not according to this record.
5       Q   Okay.  Do you have nurses that work with
6   you in your facility?
7       A   I do.
8       Q   Who are the nurses that work with you
9   most commonly?
10      A   Dawn Jones, Sally Parsons, Tia are the
11  ones.
12      Q   How long has Dawn Jones be working for
13  you?
14      A   For a long long time, since I was a
15  fellow.  I'm going to say at least 15 years.
16      Q   She's a registered nurse?
17      A   Yes.
18      Q   She doesn't prescribe medications?
19      A   No, she does not.
20      Q   Would she be authorized to tell a person
21  to take or not take medications?
22      A   She's authorized to tell the patient to
23  stop taking the medications if they have side
24  effects.
25      Q   Do you know if she did that with regard

88

1   to --
2       A   No, I don't.
3       Q   -- Ms. Curley?
4       A   No.
5       Q   Let me show you what I believe is the
6   last medical record, the last visit.  I'll ask you
7   to mark a June 2007 medical record.
8           (Exhibit No. 15 was marked for purposes
9       of identification.)
10  BY MR. MANZELLA:
11      Q   Doctor is this a June 4, 2004 medical
12  record from --
13          MR. BRUZZESE: '07.
14          MR. MANZELLA: I'm sorry.  Strike that.
15      Thank you.
16  BY MR. MANZELLA:
17      Q   Doctor, is this a June 4, 2007 medical
18  record of a visit by Connie Curley to see you?
19      A   Yes, it is.
20      Q   And you're the attending physician?
21      A   I am.
22      Q   Looking at the second page under
23  treatment, is she taking Seroquel at this time?
24      A   No.
25      Q   Do you see under social history the

89

1   patient describes "Recurrent legal troubles with
2   her son which have exacerbated the current
3   frequency of her headaches."
4           Do you see that?
5       A   Yes, I do.
6       Q   Do you recall the circumstances with
7   regard to that?
8       A   No, I do not.
9       Q   Under neurologic on Page 2 it says,
10  "Mental status:  The patient appears somewhat
11  dysthymic."
12      A   Dysthymic.  That is low level of
13  depression.  That's a middle criteria for
14  depression, but the mood is depressed.
15      Q   Have you seen Ms. Curley since June of
16  2007?
17      A   I think I've seen her recently, but I am
18  not 100 percent sure.
19      Q   Do you recall any of the circumstances of
20  that visit?
21      A   No.
22      Q   What's her current medical condition?
23      A   I don't know.  I can't tell because I
24  don't remember.  I don't remember the particulars.
25  In fact, I think that she was in the clinic not

90

1 too long ago and she saw another physician, and by
2 the time I came to the clinic she was already
3 gone, if I remember well.
4    Q    Can you comment on her current prognosis?
5    A    No, I cannot, because I haven't seen her
6 in a while.
7    Q    Did you ever tell Ms. Curley that
8 Seroquel caused her to have diabetes?
9    A    No.
10    Q    Did you ever tell her what caused her to
11 have diabetes?
12    A    No.
13    Q    Can you say with any whole certainty what
14 caused her to have diabetes?
15    A    I cannot.
16    Q    I want to talk a little bit about risk
17 factors of diabetes. Is being overweight or obese
18 a risk factor for diabetes?
19    A    Yes.
20    Q    So to the extent that Ms. Curley is
21 overweight or obese, that would increase her risk
22 for diabetes; is that fair?
23    A    That would. In addition, she's
24 chronically anxious. Being anxious increases
25 cortisol levels. That's another possibility. We

91

1 know that people that have mental health problems,
2 in particular schizophrenia and bipolar
3 situations, when you have extreme anxiety, that
4 activation of the autonomic system can actually
5 lead to high cortisol levels and may have an
6 effect on diabetes.
7    Q    And in layman's terms, having high
8 cortisol levels will increase your weight; is that
9 fair to say?
10    A    It can.
11    Q    Does having a family history of diabetes
12 increase your risk to have diabetes?
13    A    Very important.
14    Q    A family history would be something like
15 a parent, for example, having diabetes; correct?
16    A    First-degree relative.
17    Q    A first-degree relative would be a
18 parent; is that right?
19    A    Yes.
20    Q    I'll represent to you that Ms. Curley
21 testified in her deposition that her mother had
22 diabetes and, in fact, passed away from
23 complications from diabetes. If you accept my
24 representation, would you agree with me that
25 Ms. Curley has a family history of diabetes?

92

1    A    Yes, I do.
2    Q    If your mother has diabetes, that equals
3 a family history?
4    A    Correct.
5    Q    Again, I'll represent to you that she
6 testified that her mother got diabetes sometime in
7 her forties, when she was somewhere in her
8 forties. Ms. Curley testifies that she got
9 diabetes somewhere in her early fifties. My
10 question would be: Based on that representation,
11 would it be strange or uncommon, would it be
12 common or uncommon if your mother got diabetes in
13 her forties that you would also get diabetes
14 sometime in your forties or fifties? Is that
15 common or uncommon?
16    A    It would be common. Especially in her
17 setting of the condition of overweight.
18    Q    We talked about sedentary lifestyle. In
19 fact, at one point she said 16 hours of being
20 sedentary.
21    A    Right.
22    Q    Being sedentary, does that lead to being
23 overweight, or can it?
24    A    It does.
25    Q    And people who are sedentary are at

93

1 increased risk for Type 2 diabetes?
2    A    Yes.
3    Q    Let's talk about smoking. She testified
4 in her deposition, and I think we saw in her
5 records that she's a smoker; is that fair?
6    A    Yes.
7    Q    She testified she's been smoking since
8 age 13. If she's in her mid-fifties now, we're
9 talking about a 40-year smoking history; is that
10 fair to say?
11    A    Yes.
12    Q    Would a 40-year smoking history increase
13 your risk of Type 2 diabetes?
14    A    I don't know the answer to that.
15    Q    What does a 40-year smoking history, what
16 does it increase your risk for?
17    A    It increases your risks for small vessel
18 disease, it cramps your arteries, also leads to
19 problems with breathing, chronic obstructive
20 pulmonary disease, which we called COPD, increases
21 your chances of suffering lung cancer, decreases
22 levels of oxygen in the blood, and also can affect
23 your peripheral circulation, and ultimately it's
24 just not good for you. Particularly, it has an
25 effect on the vasculature and on the respiratory

(Pages 90 to 93)

**94**

1    system.
2       Q    Based on Ms. Curley's history of being
3    overweight, having a family history of diabetes,
4    being sedentary, would you suspect that those are
5    likely reasons why she has Type 2 diabetes today?
6       A    I believe they could be big contributors,
7    especially the family history.
8       Q    You said she took Seroquel at a low dose;
9    correct?
10      A    In my opinion, yes.
11      Q    And you said that you did some research
12    and read some studies that suggest that taking
13    Seroquel at a low dose does not increase your risk
14    for diabetes; is that a fair interpretation of
15    what --
16      A    That's what I have found.
17      Q    Based on that, would you suspect that her
18    Seroquel use caused her to have diabetes?
19      A    I don't think anyone can say 100 percent
20    for sure whether Seroquel caused it or whether it
21    was a contributor.  I would put it low in the
22    list.  I would put the family history as a more
23    important factor.  I would put her inactivity, her
24    poor dietary habits -- and, ultimately, the low
25    dose Seroquel, I cannot say with certainty that it

**95**

1    wouldn't.  I don't think anyone can.  But I would
2    put it low in the list of risk factors.
3       Q    So it's fair to say that the family
4    history and the weight and the sedentary are
5    higher risks and more likely to have caused her
6    diabetes; is that fair?
7       MR. BRUZZESE:  Objection; form.
8       THE WITNESS:  In my opinion, yes.
9       The other thing that I would think would
10    be helpful to do is to look at the laboratory
11    workup and see whether anybody -- with all the
12    lab work that she's ever had, if there was a
13    before and after, what was the exact -- what
14    was the time frame from the time when she
15    started taking Seroquel to the time she started
16    getting the symptoms, and whether or not after
17    she stopped it she continued on having
18    hyperglycemia.  Is it reversible?  Is it not
19    reversible?
20    BY MR. MANZELLA:
21      Q    You understand she stopped taking
22    Seroquel?
23      A    She stopped taking Seroquel, but she
24    continued to have diabetes I guess, according to
25    the records.

**96**

1       Q    You understand that Seroquel is made by
2    AstraZeneca; correct?
3       A    Yes, I do.
4       Q    You understand AstraZeneca is a
5    pharmaceutical company?
6       A    Yes.
7       Q    Do you work for AstraZeneca?
8       A    No.
9       Q    Are you in any way affiliated with
10    AstraZeneca?
11      A    Not at all.
12      Q    Is it fair to say that AstraZeneca makes
13    many different medications not just Seroquel?
14      A    Yes.
15      Q    Do they make Zomig, for example?
16      A    Yes.
17      Q    What is Zomig?
18      A    Zomig is a medication given for migraine
19    headaches.
20      Q    Would Zomig be one of the medications
21    that you would consider prescribing for your
22    migraine headache patients?
23      A    I do all the time.
24      Q    Is it fair to say that pharmaceutical
25    companies have sales representatives that come to

**97**

1    you to give you information about their drugs,
2    their products?
3       A    Yes.
4       Q    AstraZeneca has sales representatives?
5       A    Yes, they do.
6       Q    And many other pharmaceutical companies
7    also have sales representatives?
8       A    Yes.
9       Q    Merck, Wyeth, Eli Lilly, Pfizer,
10    et cetera, et cetera; is that fair?
11      A    Yes.
12      Q    Is it common in normal practice for these
13    companies to have sales representatives to talk to
14    you about their products?
15      A    Yes.
16      Q    Do you make prescribing decisions based
17    on what they tell you to do?
18      A    The truth is no.
19      Q    Do you use your own judgment and the
20    judgment you get from your colleagues and your
21    studies, et cetera, to make those types of
22    decisions?
23      A    Yes.
24      Q    Do you understand that it's both legal
25    and appropriate for a company to have a sales

**(Pages 94 to 97)**



98

1   representative provide you information about a
2   drug?
3       A   I do.  And they can be a good resource if
4   I have any kind of question.  I tend to be more
5   independent in that sense because I guess I have
6   more time than if I was in private practice.  So
7   when I want to look something up, I just do it
8   myself, don't call on a representative to do it
9   for me.
10      Q   So you do some research on your own;
11  right?
12      A   Yeah.
13      Q   It's possible that you may ask a sales
14  representative to provide you some study or some
15  research, is that common?
16      A   Exceedingly unusual.
17      Q   You rely on your own work, your own
18  studies?
19      A   Yes.
20      MR. MANZELLA: Thank you.  I reserve the
21  rest of my questions.
22      MR. BRUZZESE: Doctor, good afternoon.
23  My name is Jim Bruzzese.  We met earlier.  Do
24  you need a break for any reason or do you want
25  me to continue it?

99

1       THE WITNESS: Let's take a break, and
2   I'll get another Coke.
3       (Recess taken from 3:26 p.m. to
4   3:30 p.m.)
5          EXAMINATION
6   BY MR. BRUZZESE:
7       Q   Doctor, we're back from our break.  I'm
8   going to have some questions for you now.  I won't
9   probably be as long because a lot of it's been
10  covered already, but I've got some questions
11  following up on some of the testimony you've given
12  as well as a few questions of my own.
13      The first question I have is we have some
14  records here that we've gone over today that show
15  that Ms. Curley was prescribed Seroquel in what
16  you're referring to as low dosage, what you
17  presume is 25 milligrams at first and then was
18  50 milligrams by the records we've seen so far.
19  And then we saw a record of 100 milligrams;
20  correct?
21      A   The last one, yes.
22      Q   Let me give you a page number.  Do you
23  see at the bottom, the designation of the chart,
24  it says "Tampa General Hospital," and then there's
25  a number beside it we call a Bates number?  I'm

100

1   looking at Page 10 of Tampa General Hospital.
2       A   What date is that?
3       Q   I think it's May 31st, 2005.
4       A   Okay.
5       Q   That's the date down here at least
6   (indicating).
7       A   I have one --
8       Q   Do you have that record?
9       A   There it is, May 31st, 2005.  I see
10  Seroquel 100 milligrams at bedtime.
11      Q   Do you know how this prescription for 100
12  milligrams came about when the record before that
13  is 50 milligrams?
14      A   No, I don't.  Dr. Krolczyk is also
15  involved.  He's also an assistant professor
16  neurologist specializing in pain management.  It's
17  possible that the patient called his -- here's a
18  scenario how that may have happened:  The patient
19  called not sleeping well, the fellows take the
20  call and recommend let's go up a little, and then
21  they instruct the nurse to call the patient and
22  increase it.  It's a possibility, but I don't
23  know.  It's speculation.
24      MR. MANZELLA: Objection; move to strike.
25  BY MR. BRUZZESE:

101

1       Q   Doctor, if Ms. Curley had seen
2   Dr. Krolczyk --
3       A   Krolczyk.
4       Q   If she had seen Dr. Stanley Krolczyk
5   would his records be independent of the ones with
6   your signature on them?
7       A   No.
8       Q   It says at the bottom of this chart entry
9   in the middle of that bottom paragraph, "She will
10  continue her Seroquel 100 milligrams at bedtime."
11      A   Yes.
12      Q   Would you agree that that indicates she
13  has been on Seroquel 100 milligrams if they're
14  continuing it?
15      MR. MANZELLA: Objection.
16      THE WITNESS: Yes, but it also says on
17  top, it says she has been on a regime of
18  Prozac, Seroquel 100 at bedtime.
19  BY MR. BRUZZESE:
20      Q   Right.  So the indication is that even
21  prior to this chart entry she has been on 100
22  milligrams of Seroquel; correct?
23      A   Yes.  The way I interpret that is that
24  somewhere between 10/13/04 and 5/31/05, she
25  increased from 75 to 1,000 -- I'm sorry, to 100.

110

1  be helpful to have had a glucose reading to
2  formulate an opinion about causation of diabetes
3  on Ms. Curley.  Do you recall that?
4       A.  Yes.
5       Q.  We've determined that Ms. Curley began
6  her Seroquel use in January of 2003; correct?
7       A.  That is correct.
8           (Exhibit No. 18 was marked for purposes
9  of identification.)
10 BY MR. BRUZZESE:
11      Q.  And I'm going to show you what I've
12 marked as Exhibit 18 to your deposition.  This is
13 from Tampa General Hospital, Page 26 and 27.  The
14 admission date is January 5th, 2003, so this is
15 actually when she's beginning Seroquel.  And there
16 is a glucose reading on this.
17      A.  Of 93; right?
18      Q.  That is the one.  And that was my
19 question.  And do you know whether 93 is a normal
20 range?
21      A.  Yes, I do.  It is a normal range.
22          (Exhibit No. 19 was marked for purposes
23 of identification.)
24 BY MR. BRUZZESE:
25      Q.  Doctor, I'm now going to show you what's

111

1  been marked as Exhibit 19 to your deposition.
2  This is Page 5 from Tampa General's health care
3  records.  And on this you'll see a column.  This
4  is a chart.  Do you know anything about how this
5  chart was kept or who made this chart?
6       A.  No, I don't.  This is not one of our
7  forms in the pain clinic.
8       Q.  But this is from Tampa General?
9       A.  It's from Tampa General, but it's not
10 from the area I work, where I practice.
11      Q.  Are you familiar with what the column --
12      A.  ACCU-Chek?
13      Q.  Yes.
14          Are you familiar with what results are
15 kept under that column?
16      A.  Yes, I'm being made aware right now of
17 the results.  205, 176, 157, 163, 123, 94, 119.
18 Yes, I can see them all here.
19      Q.  What is the significance of the numbers
20 that you are speaking out?
21      A.  These are blood sugar levels.
22      Q.  And are these all after the time period
23 that Ms. Curley was on Seroquel?
24      A.  Yes.
25      Q.  So now you've seen a result of her blood

112

1  sugar glucose levels before Seroquel use or at the
2  beginning of her Seroquel use and a list of them
3  post Seroquel use; correct?
4       A.  Yes.
5       Q.  And, Doctor, the glucose levels that you
6  looked at, are they elevated levels?
7       A.  Yes, I would call this slightly elevated.
8  The majority of them are elevated, 205, 176.
9  There are some that are kind of borderline, 119,
10 122, 117.  Some of them are intermediate, some are
11 normal.  There are some instances where they were
12 not measured.
13          Another thing that is very striking here
14 is, again, she's 4-9 and her weight seems to have
15 gone up substantially because she started out with
16 a weight of 129, 130, and her weight here
17 throughout the entire time here is 167, 179, so
18 there is also a substantial increase in her
19 weight, if I may notice that.
20      Q.  All right.  I'm going to show you now,
21 Doctor, what we've marked as Exhibit 20 and
22 Exhibit 21.
23          (Exhibit Nos. 20 and 21 were marked for
24 purposes of identification.)
25 BY MR. BRUZZESE:

113

1       Q.  Before I do that, are you familiar with
2  what a hemoglobin A1c test is?
3       A.  Yes, it is a measure that assesses the
4  levels of blood sugar in the blood for the last
5  three months.  The blood sugar could fluctuate, it
6  can be up or -- it could be a certain level, but
7  the hemoglobin A1c actually assesses it better.
8  It gives you a better way to assess for
9  hyperglycemia.
10      Q.  Okay.  And I'm showing you Exhibits 20
11 and 21, which have results of the A1c test
12 performed on Ms. Curley.  Can you see those test
13 results?
14      A.  I can.  6.1 is abnormal, borderline
15 abnormal.  It is abnormal.  The high normal is
16 5.9.  The other one is 6.6.
17      Q.  So these are elevated A1c results?
18      A.  They're elevated.
19      Q.  This is also in a time period of after
20 Seroquel use for Ms. Curley; correct?
21      A.  I have to look at the --
22      Q.  2007?
23      A.  Yes, that is correct.  Is she on Seroquel
24 at this time?  I don't think there's evidence that
25 she was on Seroquel at this time.

(Pages 110 to 113)

---

114

1    Q    I'm asking if it was after her Seroquel
2  use.
3    A   Yes.
4    Q    I'm going to show you what I've marked as
5  Exhibit 22 to your deposition.
6        (Exhibit No. 22 was marked for purposes
7  of identification.)
8  BY MR. BRUZZESE:
9    Q    This is a chart from Tampa General
10  Healthcare, Page 3, for the record. I think we've
11  heard this name before, Darlene Jones.
12   A   Yes. She used to be a pain fellow.
13   Q    And she worked with you?
14   A   Yes.
15   Q    Do you see a date in the left-hand
16  column?
17   A   1/16/03.
18   Q    This is during that period of time where
19  counsel says there was a lack of Seroquel use
20  evidence before you today; correct?
21   A   Correct.
22   Q    And do you see an indication there that
23  Seroquel's, in fact, being increased in dosage for
24  Ms. Curley?
25   A   That is correct.

---

115

1    Q    You were shown some documents today
2  talking about diabetic neuropathy.
3    A   Yes.
4    Q    And this is a complication from diabetes;
5  correct?
6    A   Yes.
7    Q    You mentioned some other possible
8  complications as well. Is retinopathy a
9  complication from diabetes?
10   A   Yes.
11   Q    Blurry vision.
12   A   Blurry vision is nonspecific.
13   Q    Is blurry vision a possible complication
14  from diabetes?
15   A   It can be associated with diabetes, but
16  blurry vision is like -- a million things can come
17  from blurry vision.
18       (Exhibit No. 23 was marked for purposes
19  of identification.)
20  BY MR. BRUZZESE:
21   Q    I'm going to show you what's been marked
22  as Exhibit 23. It's a March 29th, 2007 document.
23  Do you see that that indicates that Ms. Curley was
24  suffering from blurry vision?
25   A   Yes.

---

116

1    Q    And this is during the time period where
2  she is using Seroquel; correct?
3    A   That is correct.
4        MR. MANZELLA:  Objection.
5        THE WITNESS:  I don't know if she was
6  using Seroquel or not. It's after she was
7  prescribed Seroquel.
8  BY MR. BRUZZESE:
9    Q    Okay. Fair enough.
10   A   However, if I may mention, I have seen
11  other medications that can be associated with
12  blurry vision. For example, topiramate can be
13  associated with blurry vision. So I don't know
14  that she does have a diagnosis of diabetic
15  retinopathy.
16       Likewise, when I saw the mention of
17  diabetic neuropathy, we have not seen -- I would
18  like to see evidence -- I haven't been focusing on
19  that in her case because she's been very -- I
20  haven't seen this lady very many times.
21       As you can see, there have been multiple
22  practitioners, she's had long lags of periods
23  where she has not been in the clinic, and then all
24  of a sudden it's diabetic retinopathy. But how
25  was the diagnosis made? Was it purely on a

---

117

1  clinical basis? Is there good evidence on the
2  clinical examination? Are there nerve conduction
3  velocities and EMGs that confirm the diagnosis?
4  Maybe you can show me that. That would be nice to
5  see to see, that that diagnosis has been
6  substantiated and confirmed with
7  electrophysiological testing.
8    Q    A lot of questions were directed to you
9  today by co-counsel about your opinion as to
10  Ms. Curley's mental health. Is this indicative of
11  her depression? Do you ever diagnosis patients
12  with mental health diseases?
13   A   This is something that I see every day in
14  my practice, because it's comorbid with chronic
15  pain; so yes, I see a lot of chronic pain
16  patients, depression, and yes.
17   Q    You do diagnose? You diagnose patients
18  with mental health problems with diseases?
19   A   Well, yes, I do. I see the patient is
20  depressed and then send them to their
21  psychologist. The psychologist runs the proper
22  testing and there may or may not be an indication
23  to send the patient to the psychiatrist.
24       When you say "mental health illness,"
25  that's a very broad category. If I'm diagnosing

---

122

1    these because I did these in numerical order.
2        **THE WITNESS:**  Okay.
3    **BY MR. BRUZZESE:**
4    REDACTED
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

124

1    REDACTED
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

123

1    REDACTED
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

125

1    REDACTED
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

126

REDACTED

BY MR. BRUZZESE:
    Q   It's your testimony today that
AstraZeneca representatives don't detail you on
Seroquel?
    A   Very rarely they will come to our clinic
because, like I said, we don't prescribe it for
psychosis and for things like that, for
schizophrenia.  I barely see the AstraZeneca
representatives anymore, so no, the bottom line is
no.  I don't see them very often.  When I see
them, I see the AstraZeneca migraine bunch.
    Q   Understood.

127

REDACTED

BY MR. BRUZZESE:
    Q   That makes sense because you want to be
able to do the risk-benefit analysis as fairly as
you can; correct?
    A   Absolutely.
    Q   You want to know all the benefits of the
drug and you want to know all the risks; correct?
    A   Yes.
    Q   And Seroquel is a good example.  In the
beginning, it was indicated for less uses than it
is now; correct?
    A   Correct.

128

    Q   So the benefits of that drug have changed
over time, haven't they?
        MR. MANZELLA:  Objection.
BY MR. BRUZZESE:
    Q   It's now indicated for more uses;
correct?
    A   Yes.  That's not unusual, though.
    Q   But isn't it true then that the
risk-benefit analysis changes if before you were
doing a risk-benefit analysis on a patient that
had a condition that it was not indicated for
versus an indication that it is -- it is indicated
for?
        MR. MANZELLA:  Objection.
        THE WITNESS:  Yes.
BY MR. BRUZZESE:
    Q   By the same token, label changes happen
to medications; correct?
    A   All the time.
    Q   And sometimes warnings come out on
labels; correct?
    A   Very frequently.
    Q   In fact, you were shown a PDR entry
today, weren't you?
    A   Yes.

129

    Q   And this entry was from 2004?
    A   Yes.
    Q   After a label change for Seroquel?
    A   Correct.
    Q   This is something that you also factor
into your risk-benefit analysis?
    A   Yes, definitely.
    Q   Because it's a new or added risk to the
drug that you didn't know about before?
    A   It's a concern that -- it's something --
this information that I have, it's certainly
something that I will take into consideration in
the future.
        (Exhibit No. 26 was marked for purposes
of identification.)
BY MR. BRUZZESE:
    Q   I'm going to show you what's marked as
Exhibit 26 to your deposition.
    A   Okay.
    Q   This is also an internal e-mail for
AstraZeneca.  Do you see that the date on this
memo is December 20th, 2002?
    A   Yes.
REDACTED



130

1   REDACTED
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16   BY MR. BRUZZESE:
17   Q   And you would have liked to have known
18   that information as soon as it was available;
19   correct?
20   A   Correct.
21   Q   Doctor, we've talked a little bit about
22   the AstraZeneca sales representatives.  And,
23   despite the fact that your testimony is that they
24   detail you very little on Seroquel, I have what
25   they call call notes.

131

1   A   Okay.
2   Q   And were you aware that, the
3   representatives take notes on every visit with
4   you?
5   A   I do.
6   Q   And specifically on a particular drug
7   they make Seroquel detail notations and keep
8   records?
9   A   To the clinic or to me personally?
10  Because they come and drop samples.  Sometimes
11  people come and drop samples and somebody signs.
12  Is it my actual signature?
13  Q   There's no signature involved.  These are
14  notions by the sales reps about visits to you.
15  A   To the clinic?
16  Q   Many of them have conversations that
17  they've had with you personally.
18  A   At least that's what they record.
19  Q   Let me begin with this:  Have you ever
20  engaged in a preceptorship with an AZ
21  representative?
22  A   For migraine, not for Seroquel, a long
23  time ago.
24  Q   Was it just one time?
25  A   I don't know because it's so long ago.  I

132

1   haven't seen an AstraZeneca rep in quite a while.
2   Q   I have May 30th of 2000 as a date that
3   they've indicated a preceptor occurred.
4   A   Absolutely not.
5   Q   Why would that be?
6   A   The year 2000?
7   Q   Yes.
8   A   I thought you were talking about more
9   recent May, no.
10  Q   I'm starting back so far ago you probably
11  won't remember.
12  A   That must be migraine, not Seroquel.
13  I've never done any preceptorships with Seroquel
14  for anybody.
15  Q   My understanding of a preceptorship is
16  where the representative will come engage with you
17  throughout the day as you see patients.
18  A   That used to be in the past.  They don't
19  even allow preceptorships anymore.  It's been a
20  long time since preceptorships have been
21  discontinued.
22  Q   Do you recall an AstraZeneca sales rep
23  named Robert Coston, or Bob I think he goes by?
24  A   What's the last name again?
25  Q   Coston.

133

1   A   It rings a bell.
2   Q   This is also going back to 2000.  This is
3   a visit where he's come to talk to you about
4   Seroquel, and he is talking about the safe side
5   effect profile of the drug.
6   Do you recall or have any recollection of
7   conversations you've had with AstraZeneca sales
8   reps about how safe the side effects are of
9   Seroquel?
10  A   No.
11  Q   Did you ever speak with Mr. Coston about
12  the possibility of using Seroquel for Alzheimer's
13  patients?
14  A   I don't distinctly remember, but perhaps
15  because some of those patients that come -- we
16  talked about the Sundown Syndrome -- people that
17  are demented that don't do well when they're
18  hospitalized, that's a situation where we might
19  use Seroquel.
20  I don't specifically remember.  As a
21  matter of fact, I do remember that it is in that
22  group, in Alzheimer's patients, that a low dose
23  has been found not to be associated with
24  hyperglycemia.
25  Q   Did you ever have discussions with

134

1  AstraZeneca representatives about using Seroquel
2  for sleep?
3      A   Most likely if they were around they
4  would say the dose for psychosis is 400 b.i.d.,
5  and I'd say, "Don't talk to me about that.  I use
6  25 for sleep."
7      Q   Did they talk to you about using it for
8  sleep?
9      A   No.  That would be off label.  They're
10 all instructed not to ever, ever -- and they're
11 very good.  You cannot extract any off-label
12 information from any rep.  That's now true for
13 anybody that comes talks to me, never ever discuss
14 anything that is off label.
15     On top of that, what they do now -- I
16 haven't seen one from AstraZeneca for a while --
17 is they hand you the PI, which is good practice.
18 Things have changed a lot.  You're talking to me
19 about the year 2000.  Things have changed
20 dramatically.
21     Q   Going back to that time period, do you
22 think that maybe they may have -- let me give you
23 the exact notation.  Robert Coston wrote
24 April 24th, 2001 -- upon doing a preceptorship
25 with you, by the way.  This is about the fourth

135

1  one I've come across -- it says, "Discussed
2  Seroquel for sleep."
3      Doesn't that indicate that there was a
4  discussion back and forth about using Seroquel for
5  sleep?
6      MR. MANZELLA:  Objection; calls for
7  speculation, assumes facts not in evidence.
8      You can answer.
9      THE WITNESS:  It does not.  Because in
10 any encounter I've always emphasized that I
11 don't use Seroquel for other conditions.  If I
12 told him for sleep, that's why he wrote it
13 down.  That was coming from me, that's what I
14 use it for.  I don't remember any rep
15 discussing use it for sleep because it's good
16 for your patients.  That does not happen.
17 BY MR. BRUZZESE:
18     Q   I didn't even ask if he said it was good
19 for your patients.
20     A   Whatever.
21     Q   I just wanted to know if there was a
22 discussion back and forth about it.
23     A   Not back and forth.  I may have said I
24 use it for sleep, and then he made a note of that.
25 No one has ever promoted Seroquel for sleep in my

136

1  clinic.
2      Q   Do you recall actually sending an
3  official request for information from AstraZeneca
4  for information they would have on the off-label
5  use of Seroquel as a sleep aid?
6      A   Probably I did around the time when
7  Dr. Rappoport and I were looking at that angle for
8  a while, chronic migraine patients.
9      Q   I wanted to ask you about that.
10 Dr. Rappoport, who is Dr. Rappoport?
11     A   Dr. Rappoport is a very imminent headache
12 specialist, the founder of the New England
13 Headache Center.
14     Q   And where does he practice?
15     A   Right now he's at the University of
16 California, but he's been in Connecticut in the
17 New England Headache Center for a long time.
18     Remember, at that time is when we thought
19 it may have been a drug that we could use for
20 chronic headache; not only the sleep, but it may
21 have some independent analgesic effect.  And we
22 found out no, but it's good for sleep.  And
23 perhaps we presented a poster.
24     It's very possible that I inquire about
25 any data that they may have.  Remember at the

137

1  beginning of the deposition I stated that I
2  inquire, I try to get informed before I use
3  anything --
4      Q   Right.
5      A   -- for anybody.  So that's consistent
6  with what I told you.
7      Q   When did you and Dr. Rappoport conduct
8  this study?
9      A   I think it must have been around that
10 time, 2002, 2003 at the latest.  Because we were
11 presenting -- I forget, but it was around that
12 time.
13     Q   Do you know who Dr. Shakra is?
14     A   Doctor who?
15     Q   Dr. Shakra.
16     A   Susan Abu-Shakra.  I do know her.
17     Q   Was she responsible for introducing you
18 to Dr. Rappoport.
19     A   That's correct -- no, no, no, we knew
20 each other.  But she's responsible for -- we were
21 asking her -- she's a medical doctor, she was
22 working for AstraZeneca at the time.  And she knew
23 Dr. Rappoport as well because she knew everybody.
24 We were working on that, and she made the
25 connection with Dr. Rappoport is also interested

138

1  in that possibility.  That's how.
2      Q   So she brought you two together and said
3  combine efforts to see about this?
4      A   There was no money involved of any kind.
5      Q   I'm not saying that.
6      A   May have.
7      Q   Let me try to get one question out and
8  try to get an answer.
9          Do you think Dr. Shakra brought you and
10  Dr. Rappoport together in an end effort to try to
11  get some movement done on this study?
12      A   I can't say 100 percent, because
13  Dr. Rappoport and I communicate a lot and we talk
14  about a lot of different things.  And I don't know
15  specifically she got us together or how that
16  happened.
17          As I am trying to remember that.  I am
18  the one that initiated contact with Dr. Rappoport,
19  then he said I'm already working with
20  Dr. Abu-Shakra on this, or we're talking about it
21  or something along those lines.
22          I don't remember the specifics.  I don't
23  remember the specifics.
24      Q   July 1st, 2001, does that seem like a
25  time period --

139

1      A   Time frame, yes, around that time.  That
2  sounds right.
3      Q   I have a call note that speaks to this
4  issue.  The call note's from an Lezbhet Delgado.
5  Does that name ring a bell?
6      A   Lezbhet Delgado, no.  Where's she from?
7      Q   She works for AstraZeneca.
8      A   Is she from Puerto Rico?
9      Q   I don't know that.
10      A   I don't know.
11      Q   She writes in here that she spoke briefly
12  with Dr. Wilson at IHC meeting in New York.
13      A   What meeting?
14      Q   IHC.
15      A   IHS?
16      Q   Well, this says IHC.
17      A   Yes, the International Headache Congress,
18  yes.
19      Q   Okay.  And were you in New York --
20      A   Yes.
21      Q   -- sometime in 2001?
22      A   I was, in June.  That must have been
23  June, July.
24      Q   She goes on to say, "She was finally able
25  to attend the AZ investigator dinner program and

140

1  met Dr. Shakra."
2          Do you have any recall of meeting
3  Dr. Shakra at this meeting?
4      A   No.  I don't know exactly when I met
5  Dr. Shakra.  I know I met her, but I don't know if
6  it was specifically there.
7      Q   There seems to be, following this, a
8  confidential note from AstraZeneca not wanting to
9  indicate to you that Dr. Shakra has hooked up
10  Drs. Wilson and Rappoport to write up some case
11  studies using Seroquel as a board of treatment in
12  difficult migraines.  Does that ring a bell?
13          MR. MANZELLA:  Objection.
14          THE WITNESS:  That's what I told you we
15  were working on, but I don't know the internal
16  business of AstraZeneca.  I don't know how they
17  perceive things or what they did.  No, I don't
18  know.
19  BY MR. BRUZZESE:
20      Q   If the note is indicating it's
21  confidential and don't discuss with you, do you
22  think there was some behind-the-scenes work to try
23  to get you together with Dr. Rappoport for the end
24  result of getting something done on the migraine
25  study?

141

1          MR. MANZELLA:  Objection; calls for
2  speculation.
3          THE WITNESS:  It's possible, but I don't
4  know.
5          MR. MANZELLA:  Objection; move to strike.
6  BY MR. BRUZZESE:
7      Q   You published a book in Spanish --
8      A   Yes.
9      Q   -- on headaches; correct?
10      A   Yes.  Is it mentioned there?
11      Q   Oh, yes.
12      A   Oh, my gosh.  They know the story of my
13  life.
14      Q   In April of 2002, the doctor and, again,
15  Ms. Delgado had a very productive meeting.  You
16  had requested a medical grant for this year's
17  University of South Florida satellite symposium in
18  Spain.  Does that ring a bell?
19          MR. MANZELLA:  Objection.
20          THE WITNESS:  What year was that?
21  BY MR. BRUZZESE:
22      Q   2002.
23      A   Yes, that may have.
24      Q   She goes on to say, "She'll be sending me
25  a letter of request that I will be sending to the

(Pages 138 to 141)

138

1  in that possibility.  That's how.
2     Q   So she brought you two together and said
3  combine efforts to see about this?
4     A   There was no money involved of any kind.
5     Q   I'm not saying that.
6     A   May have.
7     Q   Let me try to get one question out and
8  try to get an answer.
9        Do you think Dr. Shakra brought you and
10 Dr. Rappoport together in an end effort to try to
11 get some movement done on this study?
12    A   I can't say 100 percent, because
13 Dr. Rappoport and I communicate a lot and we talk
14 about a lot of different things.  And I don't know
15 specifically she got us together or how that
16 happened.
17       As I am trying to remember that.  I am
18 the one that initiated contact with Dr. Rappoport,
19 then he said I'm already working with
20 Dr. Abu-Shakra on this, or we're talking about it
21 or something along those lines.
22       I don't remember the specifics.  I don't
23 remember the specifics.
24    Q   July 1st, 2001, does that seem like a
25 time period --

139

1     A   Time frame, yes, around that time.  That
2  sounds right.
3     Q   I have a call note that speaks to this
4  issue.  The call note's from an Lezbhet Delgado.
5  Does that name ring a bell?
6     A   Lezbhet Delgado, no.  Where's she from?
7     Q   She works for AstraZeneca.
8     A   Is she from Puerto Rico?
9     Q   I don't know that.
10    A   I don't know.
11    Q   She writes in here that she spoke briefly
12 with Dr. Wilson at IHC meeting in New York.
13    A   What meeting?
14    Q   IHC.
15    A   IHS?
16    Q   Well, this says IHC.
17    A   Yes, the International Headache Congress,
18 yes.
19    Q   Okay.  And were you in New York --
20    A   Yes.
21    Q   -- sometime in 2001?
22    A   I was, in June.  That must have been
23 June, July.
24    Q   She goes on to say, "She was finally able
25 to attend the AZ investigator dinner program and

140

1  met Dr. Shakra."
2        Do you have any recall of meeting
3  Dr. Shakra at this meeting?
4     A   No.  I don't know exactly when I met
5  Dr. Shakra.  I know I met her, but I don't know if
6  it was specifically there.
7     Q   There seems to be, following this, a
8  confidential note from AstraZeneca not wanting to
9  indicate to you that Dr. Shakra has hooked up
10 Drs. Wilson and Rappoport to write up some case
11 studies using Seroquel as a board of treatment in
12 difficult migraines.  Does that ring a bell?
13       MR. MANZELLA:  Objection.
14       THE WITNESS:  That's what I told you we
15    were working on, but I don't know the internal
16    business of AstraZeneca.  I don't know how they
17    perceive things or what they did.  No, I don't
18    know.
19 BY MR. BRUZZESE:
20    Q   If the note is indicating it's
21 confidential and don't discuss with you, do you
22 think there was some behind-the-scenes work to try
23 to get you together with Dr. Rappoport for the end
24 result of getting something done on the migraine
25 study?

141

1        MR. MANZELLA:  Objection; calls for
2    speculation.
3        THE WITNESS:  It's possible, but I don't
4    know.
5        MR. MANZELLA:  Objection; move to strike.
6  BY MR. BRUZZESE:
7     Q   You published a book in Spanish --
8     A   Yes.
9     Q   -- on headaches; correct?
10    A   Yes.  Is it mentioned there?
11    Q   Oh, yes.
12    A   Oh, my gosh.  They know the story of my
13 life.
14    Q   In April of 2002, the doctor and, again,
15 Ms. Delgado had a very productive meeting.  You
16 had requested a medical grant for this year's
17 University of South Florida satellite symposium in
18 Spain.  Does that ring a bell?
19       MR. MANZELLA:  Objection.
20       THE WITNESS:  What year was that?
21 BY MR. BRUZZESE:
22    Q   2002.
23    A   Yes, that may have.
24    Q   She goes on to say, "She'll be sending me
25 a letter of request that I will be sending to the

142

1   global marketing team.  Doctor is also publishing
2   a headache book in Spanish, the first ever to be
3   published.  She will be sending me an abstract of
4   the book so I can send it to the marketing team to
5   see if we would be interested as a patient
6   education resource.  Doctor will be presenting
7   Seroquel as preventative migraine treatment in
8   Denver during the AAN.  She collaborated with
9   Dr. Rappoport in this project.  Doctor also
10  interested in participating in more AZ
11  multi-center trials.  Doctor extremely impressed
12  with Seroquel results as preventative treatment."
13        Did you do a presentation in Denver?
14  A   I have never been in Denver, Colorado in
15  my entire life.  I'd like to go, though.  So, no,
16  I probably told her my initial impression is
17  Seroquel was good for migraine prevention.
18  Unfortunately, it isn't as good as I anticipated,
19  so I don't use it for that at all.
20  Q   In following these studies, did you
21  default to using Seroquel as a sleep aid only?
22  A   Exactly.
23  Q   Do you recall Christopher Smith, an
24  AstraZeneca sales representative?
25  A   No, that really doesn't ring a bell.  Not

143

1   Christopher Smith.
2   Q   Do you recall ever joking with
3   AstraZeneca representatives that they probably
4   think you're a psychiatrist as much Seroquel as
5   you use?
6   A   No.
7   Q   Doctor, is there a Dr. Cass, C-a-s-s?
8   A   She's a nurse practitioner.  That's her
9   nickname, Kathleen Cahill.
10  Q   Cass is short for Cahill?
11  A   Yes.
12  Q   Kathleen Cahill, she still works with
13  you?
14  A   Yes, she does.
15  Q   Do you know her sister?
16  A   Her sister?
17  Q   Yes.
18  A   She has three sisters, yes.
19  Q   Did you ever work with an AstraZeneca
20  sales representative to introduce her sister to
21  the AstraZeneca sales team?
22  A   Cass did that herself.  She was hoping to
23  get in the industry, but then she changed her
24  mind.  She would have been a good rep, though.
25  Q   In March of 2002, it looks like they were

144

1   conducting your migraine study at that time.  Does
2   that sound right?
3   A   Yes.
4   Q   The note here says, "Dr. Wilson is using
5   a ton of Seroquel for her migraine prevention
6   study.  The results she's seeing are incredible
7   and she's going to keep prescribing it for
8   migraines."
9         It goes on to say, "She's interested in
10  doing a preceptorship with upcoming training class
11  per Doug Fopp or a speaking engagement at the
12  business center."
13  A   I wanted to learn more, right, about it.
14  Q   Did you follow up on any of those?
15  A   None of that.  I never -- I wasn't
16  invited to any of that.
17  Q   Do you know who Heather LaBlanc is?
18  A   No.  Is she a rep or --
19  Q   She's a sales rep.
20  A   Heather LaBlanc, yes, I do.  It rings a
21  bell, it really does.  I don't know.
22  Q   Well, in March of 2002, there's an
23  introduction with a representative who indicates
24  that you love Seroquel, it's your new favorite
25  drug.  She says in here you said you'll be

145

1   speaking in NC -- maybe North Carolina, I'm not
2   sure -- about Seroquel.  Trying to reach Heather.
3         MR. MANZELLA:  Objection.
4         THE WITNESS:  I have never ever given a
5   single talk on Seroquel, nor do I have Seroquel
6   slides, no.
7   BY MR. BRUZZESE:
8   Q   Nor you have what?
9   A   Slides, PowerPoint presentation, that
10  kind of thing.  I've never been provided with one
11  and I've never done it, nope.
12  Q   Do you remember meeting up with
13  Heather LaBlanc?
14  A   Heather, the name sounds familiar, but I
15  don't remember.
16  Q   How about Anna Golden, do you recall
17  Anna Golden?
18  A   That's more recent, right?
19  Q   It's from 2003, but there's a number of
20  entries from her, so she must have detailed you
21  over a period of time.
22  A   I think I do remember.  She may have
23  gotten married and changed her last name perhaps.
24  Is there another Anna?
25  Q   I see an Anna Golden.

146

1    A   I think that may be -- yep, I don't know.
2    Q   It appears that sometimes, like you've
3  indicated before, she would come in to detail you
4  on Seroquel and would end up talking to someone
5  else in your clinic.
6    A   Right.
7    Q   I think you indicated that is something
8  that would happen from time to time?
9        MR. MANZELLA: Objection.
10       THE WITNESS: There are a lot of other
11  practitioners in our clinic.
12 BY MR. BRUZZESE:
13   Q   On January 21st, 2003, it looks like
14  Anna Golden had a conversation and spoke with
15  Dr. Wilson's students. Do you have --
16   A   Fellows.
17   Q   These are fellows, but she talks about
18  students.
19   A   Yeah.
20   Q   People working in the clinic?
21   A   Yes. They're fully trained physicians
22  getting additional training.
23   Q   They discussed the use of Seroquel in
24  migraine patients?
25   A   I don't know what they discussed or did

147

1  not discuss.
2    Q   Do you recall ever asking Anna Golden if
3  Seroquel was weight neutral?
4    A   I don't specifically recall, but to me
5  that's very important.
6    Q   On this June 24th, 2003 visit where it
7  indicates that you asked that --
8    A   Probably.
9    Q   -- it says that Anna showed you a weight
10  normalization graph. Is that something you still
11  have in your possession?
12   A   No, but I remember seeing it.
13   Q   On August 19th, 2003, Anna Golden
14  indicates that she came just to give you a check.
15   A   A check?
16   Q   Yes, a check. Do you know what you would
17  have received a check from AstraZeneca for?
18   A   No. It may have been for a symposium or
19  something like that. I don't know, because I have
20  never received personal checks from AstraZeneca.
21       However, I am very big in education and I
22  do put together an annual headache and facial pain
23  symposium here. We just finished having our 14th
24  annual, so maybe she was supporting that. It's
25  possible that she came and brought a check.

148

1    Q   Do you know what a ZNS meeting is?
2    A   CNS?
3    Q   ZNS.
4    A   A ZNS meeting?
5    Q   Yes.
6    A   No.
7    Q   If she indicated the doctor said the ZNS
8  meeting went very well and is excited about the
9  launch, what would she be referring to?
10       MR. MANZELLA: Objection.
11       THE WITNESS: I have no idea. Could it
12  be ZMG?
13 BY MR. BRUZZESE:
14   Q   No.
15   A   I have no idea.
16   Q   At that time, August 2003, it indicates
17  that you're continuing to use Seroquel for prophy
18  of migraines.
19   A   She's wrong, I don't use it for migraine
20  prophylaxis.
21   Q   Do you recall ever telling the
22  AstraZeneca representatives that you just don't
23  see very many bipolar patients?
24   A   Yes. I've told them because, of course,
25  they talk on label, and I said, you know, I

149

1  don't -- we still want samples.
2    Q   Why would they keep coming back?
3        MR. MANZELLA: Objection; speculation.
4        THE WITNESS: Because I request samples
5  to get our patients started so they don't have
6  to pay money for an initial prescription.
7  BY MR. BRUZZESE:
8    Q   Okay.
9    A   That's why.
10   Q   Is your migraine conference in November
11  normally?
12   A   A few years ago we changed it to the
13  first weekend of February, but we used to have it
14  in November.
15   Q   Back in 2005?
16   A   Yeah, it was in November. I think that
17  they exhibited for migraine not Seroquel, but
18  Zomig. But I don't think they gave us a grant. I
19  think that they just paid an exhibition fee of
20  $500 or $1,000, something like that.
21   Q   And from time to time, the
22  representatives would bring you books specifically
23  geared toward headache and headache research?
24   A   Yeah, they know that's what I like the
25  most. What we like the most is materials like

(Pages 146 to 149)

150

1    books.
2        Q    Are these medical scientific in nature or
3    are these AstraZeneca books?
4        A    No, they are all scientific books.
5        Q    Things that you would use in your
6    practice?
7        A    Yes.  Or give to our patients.  They also
8    have a good one for the patients, it's called
9    Conquering Migraines.
10       Q    Conquering Headaches?
11       A    They bring a lot of those to give to our
12   patients.
13       Q    And you would sometimes request
14   additional ones for your fellows?
15       A    Always, yes.  We have four fellows.
16       Q    Women and Migraines books?
17       A    Yes, very much so.
18       Q    Here's another -- this is going back, I'm
19   sorry.  The dates were going up and suddenly they
20   went back to 2001 on me.
21           Heather LaBlanc has an entry here, this
22   is August 2001 --
23       A    Okay.
24       Q    -- "Great Seroquel/Zomig discussion
25   today."

151

1            These were the two drugs that you said
2    they've detailed you on; correct?
3        MR. MANZELLA:  Objection.
4        THE WITNESS:  I don't think that she
5    detailed me on Seroquel.  I don't know that she
6    was selling Seroquel, that she was part of the
7    same force.  There are different divisions, but
8    in any case, when they come to my clinic they
9    realize the talk is going to be about headache
10   and migraine and pain, that type of thing.
11   BY MR. BRUZZESE:
12       Q    But they don't talk to you about
13   headaches and migraines; correct?
14       MR. MANZELLA:  Objection.
15       THE WITNESS:  They only talk on label
16   about Zomig being indicated for migraine.
17   BY MR. BRUZZESE:
18       Q    This note goes on to say, "Is using
19   Seroquel first.  Only using Geodon for patients
20   that don't do well on Seroquel.  She mentioned
21   that she needs to feel comfortable pushing dose
22   higher.  She reinforced safety up to 800
23   milligrams."
24       A    She did.
25       Q    "Needs to be reminded of these things."

152

1    She's indicating you need to be reminded of higher
2    doses is okay.  Do you remember this happening?
3        MR. MANZELLA:  Objection.
4        THE WITNESS:  I remember a time the
5    representatives told me for bipolar disorder
6    doses up to 800 milligrams are perfectly safe.
7    I always tell them fine, I don't ever use a
8    high dose of Seroquel, period.
9    BY MR. BRUZZESE:
10       Q    Then the note goes on to say, "Meeting
11   her" -- meaning you -- "Monday, August 13th, to
12   discuss Seroquel and the role it may play in
13   migraine prevention.  Meeting Dr. Rappoport on
14   August 24th for study with Seroquel."
15       A    Right.
16       Q    Do you recall these meetings?
17       A    Not specifically; but again, all around
18   that time we thought that it was effective.
19       Q    Do you have any reason to believe that
20   Heather LaBlanc is incorrect when she says she's
21   setting up a meeting with you to talk about
22   Seroquel use for migraine prevention?
23       MR. MANZELLA:  Objection.
24       THE WITNESS:  I don't why she worded it
25   like that.  Like I said it's off label, and

153

1    they don't talk off label.  I don't know why
2    she worded it like that.  That's her own
3    notation.  I don't remember the specifics of
4    that conversation in 2001.
5        MR. BRUZZESE:  I think that's all I have,
6    Doctor.  I appreciate it.  He's going to have
7    followup.
8        MR. MANZELLA:  I just have a few
9    followups.
10           EXAMINATION
11   BY MR. MANZELLA:
12       Q    First of all, you were shown I think two
13   internal company AZ documents.  I believe one was
14   an internal e-mail and one was an internal memo of
15   some sort.  Do you recall that?
16       A    Yes.
17       Q    Do you usually see internal company
18   documents about drugs?
19       A    I've never seen one other than on 20/20.
20       Q    So you don't typically rely on that kind
21   of material to make your decisions regarding a
22   drug; correct?
23       A    That's correct.
24       Q    And you understand that the FDA is the
25   governing body in America that determines what

drugs are appropriate for what indications; is that fair?
A Yes.
Q And in the two internal documents you saw, they talked about a Trial 41. Do you know anything about a Trial 41?
A No.
Q Do you know what the dosage was that was used in Trial 41?
A No.
Q Okay. And you saw some information with regard to use of Seroquel in Japan; correct?
A Yes.
Q Do you have any idea what the dose was being used with regard to those people in Japan?
A No, but going back to your first question, I have seen, the reps have shown me multiple times, the graphs what the dose is and the doses are high, either 200 b.i.d. or 400 b.i.d. So they range anywhere from 200 to 600, 800. The specific study I cannot tell you, but I can tell you in that range.
Q We've already established that Ms. Curley took between 25 and 100 milligrams of Seroquel; correct?

A That is correct.
Q So you don't know whether, for example, the information found in Trial 41 and the dosage found in Trial 41 would be relevant to the dosage that Ms. Curley took?
A That is correct.
Q And you don't know whether the dosage with regard to the information in the e-mail regarding Japan was the same or different dose than Ms. Curley took; is that fair?
A That's fair.
Q You understand that the United States and the FDA have certain rules with regard to information and label information; is that fair?
A Yes, I understand that.
Q And do you understand that Japan's governing body with regard to drugs would have different rules than the FDA in the United States?
A Even the general population may be different.
Q But they are different; correct?
A Yes.
Q And there's hundreds of other countries in the world that, you know, prescription

medications are sold in; is that fair?
A Yes.
Q And you understand that they all have different rules with regard to what information is disclosed and at what time; is that fair?
A Yes.
Q And you do understand that in the United States the FDA disclosed information and AstraZeneca disclosed information with regard to diabetes in 2004; is that fair?
A That is correct.
Q You saw a bunch of glucose charts --
A Yes.
Q -- and weight charts with regard to Ms. Curley; correct?
A Yes.
Q And you saw that the glucose was increased in 2005, 2006, 2007; is that fair?
A That is correct.
Q Just by seeing that chart doesn't mean to you that Seroquel caused those glucose increases; is that fair?
A That is correct.
Q And, again, you agree that she has many other risk factors for diabetes and we've

discussed those; is that right?
A That is correct.
Q You saw a medical record regarding blurry vision. Do you remember that?
A Yes, I do.
Q Do you recall that Ms. Curley suffered from cataracts?
A No, but blurry vision, like I said, is extremely nonspecific. And actually, diabetic retinopathy it's a condition that is easy to diagnose because it's characterized by micro aneurysms and micro hemorrhages and there is a high incidence of retinal detachment so it's very characteristic, if you will. Blurry vision, it's not enough for me to be convinced that's what's going on.
Q Is cataracts one of the things that can cause diabetes?
A Yes, and diabetes can cause cataracts.
Q I'll represent to you that Ms. Curley testified that she had cataracts and, in fact, has had cataracts for many, many years, well before she had diabetes and well before she took Seroquel. Based on that representation, is it fair to say that her history of cataracts may have

## 158

1    caused her blurry vision?
2        A    It may have.
3        Q    You don't know whether diabetes or
4    cataracts or a drug or something else may have
5    caused her blurry vision; is that fair?
6        A    It's fair.  Even the side effect of
7    medication can, which is a very common cause of
8    blurry vision.  I think blurry vision is
9    insufficient to determine organ damage in any
10   diabetic retinopathy.
11       Q    And we talked about a class of drugs,
12   atypical antipsychotics being a class of drugs.
13       A    Yes.
14       Q    What does that mean?
15       A    That means they all have certain side
16   effects which are associated with the class.  And
17   they share a similar mechanism of action with
18   perhaps different pharmacokinetics, but they are
19   drugs that have a lot of similarities.
20       Q    They're similar drugs in that they're
21   used for some similar purposes; is that fair?
22       A    Yes.
23       Q    Some are better than others in treating
24   different conditions; is that fair?
25       A    Exactly.  You have to tailor it to your

## 159

1    patient depending upon what's best for your
2    patient.
3        Q    And the side effects in the class are
4    different depending on the drug; is that fair?
5        A    Some of them are class effect, some of
6    them are not.
7        Q    Is it important to you as a doctor to
8    have a class?  What I mean by that is it important
9    for you to have multiple options of drugs to treat
10   a condition?
11       A    It's very important, yes.
12       Q    We talked a little bit about sales reps
13   before.  I think you mentioned earlier that sales
14   reps do not detail you on Seroquel; is that
15   correct?
16       A    That's correct.  If they talk to me about
17   Seroquel, they talk to me on label and they show
18   me the graphs that they have for their efficacy on
19   the conditions for which they're indicated.
20   They're, very careful not to discuss anything
21   that is off label.  And the reason why they come
22   often -- or they used to, they don't come as often
23   anymore, or at least I'm not aware of it --
24   although, our clinic is always packed with people
25   trying to come in and talk to us -- we like

## 160

1    samples.
2            Our clinic is diverse.  This patient
3    she's a county patient.  Most doctors wouldn't
4    even see her.  Even if I go to the university I
5    could not see her at the university.  I have to
6    see her at Tampa General because of her insurance.
7    See what I'm saying?
8        Q    AstraZeneca reps will provide you samples
9    of their various medications; is that fair?
10       A    Right.  That's why I like my samples, for
11   my patients that don't have access to a lot of
12   medications that people with insurance have.
13       Q    And that would be samples of Seroquel,
14   for example?
15       A    For example.
16       Q    And samples for Zomig, for example?
17       A    Absolutely.
18       Q    And Zomig is a medication for migraines?
19       A    Correct.
20       Q    When they talk to you about Zomig and
21   migraines, that's an on-label discussion; is that
22   fair?
23       A    Absolutely.
24       Q    And AstraZeneca reps do have that
25   on-label discussion with regard to Zomig?

## 161

1        A    Yes.
2        Q    Just for the record -- I know you stated
3    it before -- does AstraZeneca reps detail Seroquel
4    for you off label?
5        A    They do not.
6        Q    Have you ever spoken on Seroquel?
7        A    Never.
8        Q    Have you ever promoted Seroquel for
9    AstraZeneca?
10       A    Never.
11           MR. MANZELLA:  Thank you.  I have no
12   further questions.
13           THE WITNESS:  I've never been on an
14   advisory board, none of those things.
15           EXAMINATION
16   BY MR. BRUZZESE:
17       Q    Can elevated glucose levels cause blurry
18   vision?
19       A    It can.
20       Q    This Trial 41 that we've been talking to
21   you about, if you look at --
22           (Exhibit No. 27 was marked for purposes
23   of identification.)
24   BY MR. BRUZZESE:
25       Q    For the record, I'm also putting before