# EXHIBIT 12

*Condensed Transcript*

IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION

CA NO. 6:07-cv-15701
CONNIE CURLEY
VS.
ASTRAZENECA PHARMACEUTICAL, L.P.

CA NO. 6:07-cv-15703
DORIAN CUYLER
VS.
ASTRAZENECA PHARMACEUTICAL, L.P.

\* \* \* \* \* \* \*

ORAL DEPOSITION OF
ANNA GOLDEN
MARCH 12, 2008



*Charlotte*

Reporting & Records. Simplified.

*Nationwide Service*
www.simplecharlotte.com

Page 6
1  [!CONFIDENTIAL]
2  Q  And I've been known to ask a bad question from
3  time to time or to be unclear and so what I'd like for
4  you to agree to is to tell me if you don't understand my
5  question and I will try to rephrase it so you understand
6  it; okay?
7  A  Okay.
8  Q  If I ask a question and you're not sure of
9  what I'm asking then you can't give a response to
10  answer, correct?
11  A  Correct.
12  Q  Okay.  We have to avoid head shakes and
13  uh-huh's and huh-uh's because those don't translate well
14  to the written record; okay?
15  A  Yes.
16  Q  And you're doing perfectly so far.  Just give
17  me audible answers; okay --
18  A  Okay.
19  Q  -- that are words.  And then also we have to
20  avoid talking over one another, so if you'll try to
21  allow me to finish my question before you respond I will
22  try to let you finish your response before I ask another
23  question; okay?
24  A  Okay.
25  Q  And we'll probably mess that up from time to

Page 7
1  [!CONFIDENTIAL]
2  time, but we'll just work on it; okay?
3  A  Okay.
4  Q  What did you do to prepare for your deposition
5  here today?
6  A  I was with Mr. Richardson (sic) and Mr. Hughes
7  for Monday about seven hours, as well as Tuesday seven
8  hours preparing for this.
9  Q  So you spent about 14 hours preparing for this
10  deposition?
11  A  About 14 hours, yes.
12  Q  Did you review any documents?
13  A  We did.
14  Q  What kind of documents?
15  A  We reviewed my call notes for Dr. Wilson and
16  Debbie Burton.  We reviewed some of the labels for
17  Seroquel, and then we reviewed some documents that I had
18  sent to the lawyers that I had just information on
19  Seroquel that I had in my office that they had
20  requested, so those are the only documents we have
21  reviewed.
22  Q  The information that you had that you brought
23  with you that you had in your files, do you have that
24  here with you today?
25  A  I don't have them, no.

Page 8
1  [!CONFIDENTIAL]
2  Q  I guess we would request --
3  MR. JOSEPHSON:  We produced it to Buffy.
4  She's got it.  That's now part of the standard
5  protocol.  That's been added to the protocol, that
6  if the sales rep had labels at her house or
7  materials that she'd been given that we have to
8  produce that now at the same time we produce the
9  call notes and the other information.
10  MR. BRUDNER:  So the material she's talking
11  about is the material that you produced?
12  MR. JOSEPHSON:  Correct.
13  MR. BRUDNER:  Okay.  Good enough.
14  BY MR. BRUDNER:
15  Q  In what capacity do you work for AstraZeneca
16  now?
17  A  I'm a sales representative for AstraZeneca.
18  Q  Are you still a CNS sales representative?
19  A  Yes, I am.
20  Q  And can you explain to the jury what CNS is?
21  A  CNS is a specialty care group which means we
22  primarily call on psychiatrists because we promote
23  Seroquel.
24  Q  And CNS is central nervous system?
25  A  Yes; that's what it means.

Page 9
1  [!CONFIDENTIAL]
2  Q  Okay.  What does a typical day in your work
3  life consists of?  What do you do from day to day?
4  A  What I do is we go out -- we have a set list
5  of doctors that the company gives us to see and then we
6  go out to these various doctors' offices, you know, try
7  to see them because a lot of times these doctors don't
8  have much time.  Usually, we get a minute, maybe a
9  couple of minutes with each doctor, but the amount of
10  doctors we see vary from day to day.
11  You know, sometimes we can only see four
12  doctors because they're busy or due to other factors.
13  Sometimes we can see up to ten doctors a day.  And when
14  we go into these offices our goal is to relay the
15  benefits of Seroquel, as well as potential side effects
16  of Seroquel, and that's pretty much what we do.
17  Q  So your goal is to give a balanced, or I
18  should say, balanced information about your product,
19  Seroquel?
20  A  Yes; it's called fair balance for our product.
21  Q  All right, and just for the record, you visit
22  with nurse practitioners as well, don't you?
23  A  Yes.
24  Q  And nurse practitioners, I guess, in the state
25  of Florida can write prescriptions for Seroquel?

3 (Pages 6 to 9)

Page 10

1  [!CONFIDENTIAL]
2  A  Yes, they can.
3  Q  Okay. Do you consider it part of your
4  responsibility to educate doctors and nurse
5  practitioners about your drugs, Seroquel?
6  A  Yes. Yes.
7  Q  Is it part of your responsibility as you
8  understand it from AstraZeneca's point of view to sell
9  Seroquel, to ensure that prescribers write more
10 Seroquel?
11 A  That is part of our responsibility, yes.
12 Q  Do you, do you feel you have a responsibility
13 to the end patients -- or let me ask that again. I
14 asked that poorly.
15    Do you feel you have any responsibility to the
16 patients who end up getting the prescriptions?
17    MR. JOSEPHSON: Objection; form. You may
18    answer.
19    THE WITNESS: Can you -- I didn't understand
20    the question.
21 BY MR. BRUDNER:
22 Q  Okay, and again, I probably didn't ask it very
23 well.
24    You visit with doctors, right?
25 A  Yes.

Page 11

1  [!CONFIDENTIAL]
2  Q  And you don't visit with patients?
3  A  No.
4  Q  But you understand that the reason you're
5  visiting doctors is so that doctors will understand the
6  benefits and risks of your drug, Seroquel, right?
7  A  Yes.
8  Q  And then the doctors in turn write
9  prescriptions to patients that they see, right?
10 A  Yes.
11 Q  Do you feel that you have any responsibility
12 for the safety of the patients that ultimately use
13 Seroquel?
14    MR. JOSEPHSON: Objection; form.
15    THE WITNESS: Yes. Yes. Yes, because the
16    information we give to the doctor, you know, we give
17    the benefits, but also we give the side effect, the
18    potential side effect profile for Seroquel. And you
19    know, it's the doctor's also responsibility to take
20    that information and use it how he feels necessary
21    to use that information, you know, to prescribe for
22    the patient. So I do feel, you know, it is somewhat
23    a responsibility to -- for those patients as well.
24 BY MR. BRUDNER:
25 Q  And is patient safety important to

Page 12

1  [!CONFIDENTIAL]
2  AstraZeneca?
3  A  Very important, yes.
4  Q  Is patient safety important to you,
5  individually?
6  A  Yes, it is.
7  Q  Does AstraZeneca keep track of how many
8  Seroquel prescriptions your customers write?
9  A  They try to, but it's not an exact number.
10 They try to keep track of it.
11 Q  And when I say customers, can we agree that
12 we're talking about prescribers of Seroquel, be they
13 nurse practitioners or doctors?
14 A  Yes.
15 Q  Do you call those folks customers?
16 A  Yes.
17 Q  Okay. You say that AstraZeneca tries to keep
18 track of how many prescriptions of Seroquel your
19 customers write?
20 A  Yes.
21 Q  And what do you mean, do you feel that
22 they're, they're not successful all the time or can you
23 explain what you mean by tries to?
24 A  I know -- all I know is that it's not an exact
25 number so they try to. It's just anytime we get numbers

Page 13

1  [!CONFIDENTIAL]
2  it's, you know, it's an average, it's not an exact
3  number of what the doctor prescribes.
4  Q  Does the number of Seroquel prescriptions that
5  your customers write affect your compensation?
6  A  It affects part of my compensation.
7  Q  So is it accurate to say you get bonuses if
8  your customers write more Seroquel?
9  A  Yes; it affects part of my bonus.
10 Q  I guess, maybe instead of me asking it poorly,
11 maybe you could just explain how that works.
12 A  Okay. Well, the majority of my compensation
13 is my salary, and the bonus on top of that is, part of
14 it is how much the doctors prescribe Seroquel, but it's
15 not all of it.
16 Q  What are the other considerations for the
17 bonus?
18 A  Other considerations are how -- they measure
19 how well you work with your teammates; if you improve on
20 your personal goals, you know, your driving record; they
21 take all that into consideration, plus, you know,
22 prescriptions that the doctors prescribed.
23 Q  What kind of personal goals do you set for
24 yourself?
25 A  Just to improve sales; my sales dialogue with

Charlotte Smith Reporting Inc.
Questions? houston@simplecharlotte.com

9ec05e05-2ea2-4e10-8e0e-7e44425d397c

Page 14

[!CONFIDENTIAL]
some of the doctors; being able to understand reports that come down from headquarters; be able to understand, decipher them and know what they mean, stuff like that.
  Q   I forgot to show you your notice. I'm going to show you what's been marked as Exhibit 1, and I'll tell you I left that at home and so I got the court reporter's copy to attach as an exhibit, but do you recognize that document?
  A   No, I don't.
  Q   Okay. I'll represent to you that it's just the notice of your deposition and it basically schedules your deposition here today; okay?
  A   Okay.
  Q   All right. Let's move on. Is it fair to say that the -- and I think you alluded to this, but is it fair to say that the doctors and nurse practitioners that you visit have busy practices?
  A   Yes; they do have a busy practice.
  Q   And so they're not all able to spend very much time with you?
  A   Correct.
  Q   Is it also fair to say that doctors depend on drug company sales representatives such as yourself for risk benefit information on drugs?

Page 15

[!CONFIDENTIAL]
  A   We are part of the information that they get about drugs. We're not all the information, you know, they get about the drugs, so we're a small part of the information they get.
  Q   And part of what you do is to give doctors copies of studies regarding Seroquel, right?
  A   Yes.
  Q   And are there other materials that AstraZeneca provides you with that you give to doctors to explain Seroquel?
  A   Mostly it's the clinical trials that we hand out because that's, that's FDA approved and that's the information they want to see, so mostly we use the clinical trials to share with the doctors.
  Q   Anything that you would share with the doctor would have to get some PRA approval before you show it to the doctor, right?
  A   Correct.
  Q   And can you explain to the jury what that means?
  A   Yes. Anything that we use to show to the doctor has to get approved. I don't know exactly who is involved in the PRA process, but it has to get approved by them, make sure everything is correct on that piece

Page 16

[!CONFIDENTIAL]
of paper before we give it to the doctor.
  Q   Okay. So from time to time you do give things to doctors, documents to doctors that are not clinical studies, right?
  A   Correct.
  Q   As a pharmaceutical sales representative do you work under any ethical guidelines?
  A   Yes.
  Q   Are you working under a duty to be accurate in your claims regarding the drugs that you detail?
  A   Yes.
  Q   Are you working under a duty to present a balanced picture of the drugs you detail to the doctors and nurse practitioners that you visit with?
      MR. JOSEPHSON:  Objection; form.
      THE WITNESS:  Yes.
BY MR. BRUDNER:
  Q   And you talked about that, right, fair balance?
  A   Fair balance, yes, that's what I mean, fair balance.
  Q   Do you have an ethical duty to discuss the risks associated with Seroquel, as well as the benefits?
      MR. JOSEPHSON:  Objection; form.

Page 17

[!CONFIDENTIAL]
      THE WITNESS:  Yes; that's what we do. We discuss the risks as well as the benefits of Seroquel.
BY MR. BRUDNER:
  Q   Is it fair to say that it would be unethical for you to mislead the doctors that you visit with about the doctors that you detail?
      MR. JOSEPHSON:  Objection; form.
      THE WITNESS:  It -- yes; it would be unfair to mislead them, yes.
BY MR. BRUDNER:
  Q   And misleading a doctor, I think you alluded to this, but misleading a doctor about the risks associated with a drug such as Seroquel could be dangerous, couldn't it?
      MR. JOSEPHSON:  Objection; form.
      THE WITNESS:  It could be, but I don't mislead any doctors.
BY MR. BRUDNER:
  Q   Okay. No; I didn't mean to suggest that you did.
  A   Okay.
  Q   Just in general, though, if you give a doctor information which tended to hide some of the risks

```
                                                    Page 22
 1              [!CONFIDENTIAL]
 2   recall if they did or not.
 3   BY MR. BRUDNER:
 4       Q    Okay. All right. Are you familiar with
 5   diabetes as a disease state?
 6       A    Yes, I am.
 7       Q    Is it fair to say that diabetes can lead to a
 8   number of different complications?
 9       A    It can lead to a lot of complications.
10       Q    Does Seroquel cause diabetes?
11       A    Seroquel does not cause diabetes.
12       Q    Have you ever been of the opinion that
13   Seroquel does cause diabetes?
14       A    No.
15       Q    Have you ever told one of the doctors or nurse
16   practitioners that you visit with that Seroquel causes
17   diabetes?
18       A    No.
19       Q    Can Seroquel cause diabetes to get worse?
20       A    I don't know that.
21       Q    Does your position that Seroquel doesn't cause
22   diabetes, is that AstraZeneca's position?
23       A    Well, AstraZeneca, there's been no causal link
24   between Seroquel and diabetes so we don't know. We
25   can't say it does so we don't know.
```

```
                                                    Page 23
 1              [!CONFIDENTIAL]
 2       Q    Okay, and did you just tell me -- is what your
 3   answer -- sorry. Is the answer to that question is that
 4   Seroquel's position on diabetes, that no causal link has
 5   been established?
 6       A    Yes.
 7            MR. JOSEPHSON: You mean AstraZeneca's
 8       position?
 9   BY MR. BRUDNER:
10       Q    AstraZeneca, thank you.
11       A    Yes.
12       Q    Are you aware that diabetes is the leading
13   cause of death by disease in the United States?
14       A    I'm not aware of that.
15       Q    Are you aware that diabetes often leads to
16   heart disease?
17       A    I'm not aware of that either.
18       Q    Are you aware that diabetes often leads to
19   blindness?
20       A    I'm aware it leads to blindness, but I don't
21   know how often.
22       Q    Are you aware that diabetes can lead to kidney
23   failure?
24       A    Yes.
25       Q    Are you aware that diabetes can lead to
```

```
                                                    Page 24
 1              [!CONFIDENTIAL]
 2   amputations?
 3       A    Yes.
 4       Q    When did you first hear about diabetes in
 5   relation to Seroquel?
 6       A    I've always heard about it because when I
 7   started promoting Seroquel it's always been in the
 8   prescribing information.
 9       Q    When did you start promoting Seroquel?
10       A    2003, I think it was.
11       Q    Now, when you say it's -- since you started
12   it's always been in the prescribing information, has it
13   always been in a black box since you started?
14       A    No.
15       Q    When you started was the mention of Seroquel
16   in the adverse events section of the prescribing
17   information?
18       A    You mean the mention of --
19       Q    Diabetes.
20       A    -- diabetes?
21       Q    Was that in adverse events or was it in the
22   warnings, or do you remember?
23       A    It was in -- I'm not too sure because that was
24   a long time ago, but I think it was in adverse events.
25   I'm not sure exactly where it was back then.
```

```
                                                    Page 25
 1              [!CONFIDENTIAL]
 2       Q    And what kind of things do you find in the
 3   adverse events section of prescribing information?
 4       A    What is usually there is during the clinical
 5   trials any side effects, adverse events that the
 6   patients report, you know, to the people during the
 7   study.
 8       Q    So you might see statements such as there have
 9   been reports of earaches associated with this drug; is
10   that typical of the statement that you might see?
11       A    Yeah; it's just reports of, you know, it's
12   stuff that happens, but might not be related to that
13   drug.
14       Q    And so when something gets moved from, let's
15   say, the adverse events section of a prescribing
16   information to the warnings section of a prescribing
17   information, does that indicate that there's more of a
18   causal link?
19            MR. JOSEPHSON: Objection; form.
20            THE WITNESS: No, I don't, I don't agree with
21       that.
22   BY MR. BRUDNER:
23       Q    Okay. How -- what's the difference between
24   something that you see in the adverse events section of
25   a prescribing information and something you see in the
```

### Page 26

```
 1        [!CONFIDENTIAL]
 2   warnings section of a prescribing information?
 3      A   Well, warning is usually a class, a class
 4   warning so it's usually found that most patients on
 5   atypicals there have been some cases of diabetes so
 6   that's why they decided to put the warning in all the
 7   atypicals. With the adverse events you might see some
 8   adverse events with a certain drug and not another drug.
 9      Q   So your understanding is that something only
10   makes it to the warning section of a prescribing
11   information if it's a class effect; is that --
12      A   No. No. That's not always the case, but it
13   is -- to me it is a serious issue that they want the
14   doctors to be aware of it.
15      Q   Okay. So if something -- if you compare the
16   warning section to the adverse events section of the
17   prescribing information the warning section is more
18   serious; is that what you're saying?
19          MR. JOSEPHSON: Objection; form.
20          THE WITNESS: It just brings attention to that
21      certain adverse event they want to bring to the
22      attention -- to the doctor's attention.
23   BY MR. BRUDNER:
24      Q   Okay. So doctors are more likely to see
25   something in the warnings section than they are
```

### Page 27

```
 1        [!CONFIDENTIAL]
 2   something in the adverse events section?
 3          MR. JOSEPHSON: Objection; form.
 4          THE WITNESS: I don't know what usually, you
 5      know, what the -- how the doctor looks at the
 6      prescribing information so I can't answer that.
 7   BY MR. BRUDNER:
 8      Q   Were you educated by AstraZeneca on the
 9   subject of diabetes?
10      A   We had some education.
11      Q   When did that occur?
12      A   I don't know exactly when it occurs.
13   Throughout the year we get information from AstraZeneca
14   about diabetes.
15      Q   So it wasn't -- did you -- do I understand you
16   to say that sometimes you get information about diabetes
17   from AstraZeneca as opposed to hey, yeah, we had a class
18   about it?
19      A   Correct. Yeah. We never met somewhere and
20   had a class about diabetes.
21      Q   Okay, and that was a bad question, but I
22   assume you understood what I meant, right?
23          MR. JOSEPHSON: Objection; form.
24          THE WITNESS: I'm trying to understand what
25      you mean.
```

### Page 28

```
 1        [!CONFIDENTIAL]
 2   BY MR. BRUDNER:
 3      Q   I appreciate that. I appreciate that. Was
 4   there any discussion in your education about diabetes
 5   about a causal relationship between Seroquel and
 6   diabetes?
 7      A   I don't remember because, again, the
 8   education, you know, was quite a while ago so I don't
 9   remember.
10      Q   Okay. Was the education about the time of
11   the, the 2004 label change?
12      A   I don't know. It was a while ago. Again, I
13   don't remember exactly when it was.
14      Q   Did AstraZeneca provide you with any materials
15   about the association of Seroquel with diabetes?
16          MR. JOSEPHSON: Objection; form.
17          THE WITNESS: They did, but I don't remember
18      what they were, what the materials were.
19   BY MR. BRUDNER:
20      Q   Okay. Did you have, or were you given scripts
21   to use with the doctors that you sell to?
22      A   What do you mean by scripts?
23      Q   Something -- a line out of what you should say
24   like an actor may get for a movie?
25          MR. JOSEPHSON: Objection; form.
```

### Page 29

```
 1        [!CONFIDENTIAL]
 2          THE WITNESS: I don't remember getting any
 3      scripts like that.
 4   BY MR. BRUDNER:
 5      Q   Have you ever received scripts of, you know,
 6   an example of what to say to a doctor from AstraZeneca?
 7      A   In training, yes.
 8      Q   And do you have ongoing training?
 9      A   Not really. Not really.
10      Q   Are you familiar with the term obstacle
11   handlers?
12      A   I'm not too familiar with it.
13      Q   Or maybe objection handlers?
14      A   That sounds familiar.
15      Q   Okay, and from time to time do you get
16   objection handlers from AstraZeneca?
17      A   Sometimes. Not all the time.
18      Q   Okay, and when you do get those, what are
19   they?
20      A   They're really just a question and answer
21   sheet of if a doctor has a question that he's concerned
22   about with one of his patients; it's just a guideline on
23   how we should answer to the doctor.
24      Q   And are you familiar with the term sales
25   sheet?
```

Page 94

```
 1          [!CONFIDENTIAL]
 2  should not share that with doctors?
 3     A   No; we are able to share that information.
 4     Q   To the extent your bonuses are tied to the
 5  number of prescriptions written or the amount of
 6  Seroquel written, is it the total number of milligrams
 7  or is it the total number of prescriptions?
 8     A   I don't know how they come up with my bonus.
 9     Q   Okay. If Debbie Burton is prescribing on a
10  consistent basis a hundred milligrams of Seroquel daily
11  to a patient, say patient A, and she's prescribing
12  consistently 600 milligrams to patient B, then
13  AstraZeneca is selling more Seroquel to patient B than
14  it is to patient A, right?
15     A   Yes.
16     Q   Six times more?
17     A   Yes.
18     Q   And AstraZeneca and its shareholders benefit
19  from increased sales of Seroquel, right?
20         MR. JOSEPHSON: Objection; form.
21         THE WITNESS: I -- yes.
22  BY MR. BRUDNER:
23     Q   Have you ever heard the term megabrand?
24     A   No.
25     Q   Let's turn to page 16, and I want to look at
```

Page 95

```
 1          [!CONFIDENTIAL]
 2  line 349. And you'll see that this is under column J,
 3  this is a note attributed to Christopher Smith. Do you
 4  know Christopher Smith?
 5     A   Yes.
 6     Q   Okay, and was he a counterpart to you?
 7     A   Yes.
 8     Q   And so he -- at the same time you were calling
 9  on Debbie Burton, talking to her about Seroquel,
10  Christopher Smith was also calling on Ms. Burton?
11     A   Yes.
12     Q   And he's also talking to her about Seroquel,
13  right?
14     A   Yes.
15  REDACTED
16
17
18
19
20
21
22
23
24
25
```

Page 96

```
 1  REDACTED
 2
 3  BY MR. BRUDNER:
 4     Q   Do you have occasion to review his notes when
 5  you're prescribing, or I mean, when you're calling on
 6  doctors or nurse practitioners?
 7     A   Sometimes. Most of the time I don't look a
 8  them.
 9     Q   When you do look at them do you try to
10  interpret them?
11     A   No, I don't. I look at them briefly just to
12  see what was said, but then I just glance at them.
13     Q   Okay. Let's look down at line 357 of that
14  same page. Do you see under column J that's a note
15  attributed to you?
16     A   Yes.
17  REDACTED
18
19
20
21
22
23
24
25
```

Page 97

```
 1  REDACTED
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

25 (Pages 94 to 97)

Page 98

1  REDACTED
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22  Q    Okay. Let's go off the record for a second.
23       (Discussion off the record.)
24  BY MR. BRUDNER:
25  Q    Okay. Ms. Golden, we took a very short break

Page 99

1        [!CONFIDENTIAL]
2  right then, didn't we?
3  A    Yes.
4  Q    And we're back and you understand we're back
5  on the record right now?
6  A    Yes.
7  Q    And you understand you're still your under
8  your oath to tell the truth, right?
9  A    Yes.
10 Q    All right. We are finished with Exhibit 2 for
11 the time being. I may have to refer back to it a little
12 bit, but we're going to move on here.
13      I want to show you what will be marked as
14 Exhibit 3 in your deposition. Do you recognize this
15 document?
16 A    I do.
17 Q    Okay, and is it the, the Brecher's study on
18 the weight profile of Seroquel?
19 A    Yes.
20 Q    And so is this a study that you gave to your,
21 to your customers at one time?
22 A    Yes.
23 Q    Okay. Now, let's turn to the second page of
24 it.
25      MR. JOSEPHSON: You're not referring to Dr.

Page 100

1        [!CONFIDENTIAL]
2  Burton -- Ms. Burton, you're just referring in
3  general?
4        MR. BRUDNER: Right, and it will relate back
5  to that -- I think it will relate back to the
6  concepts from the call minutes, but it's not
7  specific to Ms. Burton.
8        MR. JOSEPHSON: Okay.
9  BY MR. BRUDNER:
10 Q    If you'll take a look at the second page, do
11 you see in the middle in bold where it says, "favorable
12 weight profile unaffected by higher doses of Seroquel in
13 this study?"
14 A    Yes.
15 Q    Now, we saw a number of occasions where you
16 told Ms. Burton that side effects were not dose related,
17 right?
18 A    Yes.
19 Q    And you told me that you thought that that
20 really was directed at EPS and prolactin had side
21 effects, right?
22 A    Yes.
23 Q    Now, having taken a look at the study, and
24 albeit a brief look, is it possible that you were also
25 telling her that weight was not -- the weight profile

Page 101

1        [!CONFIDENTIAL]
2  was not affected by higher doses of Seroquel?
3  A    No; in those notes I meant prolactin and EPS.
4  Q    Okay, but you did hand out this study, right?
5  A    I did.
6  Q    Okay, and this study at least as far as we
7  delved into it to this point says favorable weight
8  profile unaffected by higher doses of Seroquel, right?
9  A    Yes.
10 Q    Okay, and below it in the second bullet point
11 below it, it says, "no correlation between higher doses
12 and long term mean weight gain," right?
13 A    Yes.
14 Q    And let's -- if you'll flip to the fourth
15 page, and do you see at the bottom right it will have --
16 it has a number, it's called a Bates number, and I want
17 to look at the Bates number with the 177 at the end. I
18 think you're at it.
19 A    Okay.
20 Q    All right, and do you see kind of in the
21 middle of the page towards the right there's a paragraph
22 that says "conclusion?"
23 A    Yes.
24 Q    Okay, and you see it says, "These results
25 indicate that long-term weight changes with quetiapine

26 (Pages 98 to 101)

## Page 102

[!CONFIDENTIAL]

monotherapy are minimal and potentially beneficial and do not appear to raise the medical concerns associated with some other atypical agents." Did I read that correctly?

A  Yes.

Q  Is that what you understood this study to mean when you were distributing it to your customers?

MR. JOSEPHSON: Objection; form.

THE WITNESS: I understood that for the majority of the patients that they would not gain weight, but still patients would -- some patients would gain weight; that's what I understood from this study.

BY MR. BRUDNER:

Q  Okay, and then if you'll turn a few more pages to the page with the Bates numbered the last three numbers 180; it has key points in a box. It's darkened so it's a little bit harder to read; do you see that?

A  Yes.

Q  And do you see that the first bullet point says, "While the impact of weight gain during long-term antipsychotic therapy is an important consideration when treating patients with schizophrenia the extent to which individual agents are associated with weight gain varies

## Page 103

[!CONFIDENTIAL]

considerably." Did I read that first one right?

A  Yes.

Q  Okay. Let's look at the second bullet point. It says, "Long-term Quetiapine monotherapy --" now, Quetiapine is Seroquel, right?

A  Yes.

Q  It says, "Long-term Quetiapine monotherapy showed no overall effect on weight across the BMI spectrum with 95 percent --" something -- "encompassing zero weight change in all BMI categories apart from the severely obese in whom weight loss was observed. Any weight changes with Quetiapine therapy showed no association with dose or gender." Did I read that correctly?

A  Yes.

Q  And then do you see the next bullet point says, "Long-term monotherapy with Quetiapine is associated with a potentially normalizing affect on weight with a tenancy towards weight gain in underweight patients and weight loss in severely over --" I mean "-- obese patients." Did I read that correctly?

A  Yes.

Q  Now, do you recall that message that, that Seroquel had a weight normalizing effect?

## Page 104

[!CONFIDENTIAL]

A  We did have a message like that.

Q  And when I say message that's something that you would have communicated to your customers, right?

MR. JOSEPHSON: Objection; form.

THE WITNESS: To some of my customers.

BY MR. BRUDNER:

Q  Okay. Is it fair to say that certainly if they ask about the weight gain profile of Seroquel this is the type of stuff that you would tell them?

MR. JOSEPHSON: Objection; form.

THE WITNESS: If they asked about weight gain of Seroquel we would provide them information that we had -- were allowed to use at that time, yes.

BY MR. BRUDNER:

Q  And this was information that you were allowed to use at that time?

A  Yes.

Q  Okay, and I'm sorry, I want you to look at the next page, it's the last page; do you see that it's a list of references for this paper?

A  Yes.

Q  Okay, and do you understand that, that references are used to support ideas in a clinical report such as this, or is that your understanding?

## Page 105

[!CONFIDENTIAL]

A  That's my understanding.

Q  So that if you see something with a footnote that you could go back to the references portion of the document and see possibly a study that supports the idea that's footnoted in the paper, right?

A  Yes.

Q  Okay. Do you see reference No. 5?

A  Yes.

Q  And the main author or the first listed author is Arvanitis LA; do you see that?

A  Yes.

Q  And that's a 1997 study?

A  Yes.

Q  Okay. I want to show you what will be marked as Exhibit 4 to your deposition. Do you see that this is a printout of an e-mail sent from Lisa LA Arvanitis regarding the subject of weight gain?

A  Yes.

Q  And do you see that it is dated Wednesday, August 13, 1997?

A  Yes.

Q  Okay. So that's the same year as the study that she authored that's referenced in the Brecher study, right? No. 5.