# EXHIBIT 1

Page 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
- - - - - - - - - - - - - - - - - -x

IN RE:  Seroquel Products Liability
Litigation

MDL DOCKET NO. 1769

This document relates to:
McAlexander v. AstraZeneca LP, et al.
[Eileen McAlexander 6:07-cv-10360]
- - - - - - - - - - - - - - - - - -x

August 7, 2008
9:35 a.m.


CONFIDENTIAL


     Videotaped Deposition of MANOUCHEHR LAVIAN,

M.D., taken by Plaintiffs, pursuant to

Notice/Subpoena, held at the office of

Manouchehr Lavian, M.D., 129 Wickham

Avenue, Middletown, New York, before

Kathleen Piazza Luongo, a Notary

Public of the State of New York.

68de98d2-a470-423d-b056-13027f8e39c6

Manouchehr Lavian
August 7, 2008

---

**Page 22**

1           LAVIAN - CONFIDENTIAL
2     behalf of Doctor on behalf of counsel,
3     it is not our purpose, okay, to reveal
4     any information, okay, relating to
5     this information that has no direct
6     bearing on his knowledge concerning
7     Seroquel and what he should speak to
8     about a patient, and that's my
9     statement.
10          I'm not going to have him add or
11    subtract anything to that and he's not
12    going to sign any documents; and I
13    think you can understand why I'm
14    making that statement.  And to do --
15    and to sign that would be both
16    illogical and irresponsible in my
17    opinion.
18          MR. BRUZZESE:  Counsel, do you
19    have the exhibits somewhere?
20          MR. LAUB:  Yes .
21          MR. BRUZZESE:  I don't have
22    Exhibit 1.
23          Oh, I do, never mind.
24    CONTINUED EXAMINATION BY MR. BRUZZESE:
25    Q.   Doctor, where did you attend

---

**Page 23**

1           LAVIAN - CONFIDENTIAL
2     medical school?
3     A.   I attend medical school in
4     Tabriz University, Iran.
5     Q.   Did you do any training here in
6     the United States?
7     A.   Yes, I did.
8     Q.   And where was that?
9     A.   In hospitals affiliated to
10    Columbia University.
11    Q.   Doctor, do you treat any
12    patients that have diabetes?
13    A.   I don't treat.  I'm a
14    psychiatrist and my job is to see
15    psychotic patient and to treat them.
16    Q.   Are any of your patients that
17    you do treat suffer from diabetes?
18    A.   Yes, they do.
19    Q.   Do you have any kind of
20    medical -- do you have medical knowledge
21    about what diabetes is?
22    A.   Yes, as a physician I do.
23          MR. LAUB:  Just note my
24    continuing objection but I'll let him
25    answer all of these questions about

---

**Page 24**

1           LAVIAN - CONFIDENTIAL
2     questions concerning anything that
3     post-dated his treatment of this
4     patient as being totally irrelevant,
5     but I will let him answer the
6     questions over my objection.
7     Q.   Doctor, is it your understanding
8     that diabetes is a progressive disease?
9     A.   Yes.
10    Q.   And are you familiar with any of
11    the symptoms or risks of diabetes?
12    A.   Yes, as a physician, yes.
13    Q.   You understand that diabetes can
14    lead to heart disease and stroke?
15    A.   Yes.
16    Q.   Is it your understanding it can
17    lead to kidney disease?
18    A.   Yes, if it would not get
19    controlled by treatment, yes.
20          MR. LAUB:  And also let me just
21    note that he's speaking as a
22    psychiatrist who has presumably some
23    knowledge in general medicine but he's
24    not an expert in diabetes.
25          You can answer the question.

---

**Page 25**

1           LAVIAN - CONFIDENTIAL
2     Q.   Doctor, is it your understanding
3     that diabetes can lead to nervous system
4     disease?
5     A.   Yes.
6     Q.   Amputation?
7     A.   If they don't control it, they
8     don't follow the diet, they don't take
9     medication, yes.
10    Q.   So Type II diabetes is a very
11    serious disease, isn't it, Doctor?
12    A.   Yes.
13    Q.   And you would want to do
14    anything in your power to avoid having a
15    patient develop Type II diabetes; correct?
16          MR. LAUB:  Objection to form.
17    A.   It is not in -- I cannot say.
18          MR. BRUZZESE:  You can answer.
19          THE WITNESS:  Can I answer that?
20          MR. LAUB:  You can answer
21    however you can.
22          THE WITNESS:  Repeat your
23    question, please.
24    Q.   As a physician you would want to
25    avoid increasing the risk of Type II

---

7 (Pages 22 to 25)

68de98d2-a470-423d-b056-13027f8e39c6

Manouchehr Lavian
August 7, 2008

Page 26

```
1          LAVIAN - CONFIDENTIAL
2   diabetes in your patients; is that
3   correct?
4      A.   Of course.
5         MR. LAUB:  If possible.
6         THE WITNESS:  If possible, yes.
7      Q.   Before you prescribe a
8   medication to your patients, do you weigh
9   the risks associated with that drug of
10  which you are aware of?
11     A.   Yes, it is a part of the daily
12  practice.
13     Q.   And do you weigh those risks
14  against the benefits that you hope to
15  achieve by prescribing the drug to your
16  patient?
17     A.   I would explain that to my
18  patient, yes.
19     Q.   And it is important then, isn't
20  it, to have accurate information about the
21  risks associated with the drugs that you
22  use in order to do the risk-benefit
23  analysis in an appropriate manner;
24  correct?
25     A.   Whatever information that we
```

Page 27

```
1          LAVIAN - CONFIDENTIAL
2   have we try to discuss with the patient
3   and about the risks and benefits involved.
4      Q.   When you talked about what
5   information you have just now, when you
6   are prescribing medications in your line
7   of practice, what sources of information
8   do you have available to you for the risks
9   and benefits of that drug?
10     A.   I attend APA, I am a fellow of
11  APA, American Psychiatric Association.  I
12  attend all conferences, psychopharmacology
13  conferences, books, literature, anything
14  in medical field regarding psychiatry.
15     Q.   Do you also look at any clinical
16  trials or studies?
17     A.   Sometime, yes.
18     Q.   Do you get information from
19  continuing medical education courses?
20     A.   Yes.
21     Q.   You had talked earlier about
22  having discussions with other doctors
23  about medications and drugs and risks.  Do
24  you also get information from other
25  doctors?
```

Page 28

```
1          LAVIAN - CONFIDENTIAL
2      A.   Some speeches maybe when we
3   attending conference.
4      Q.   You also get information from
5   your clinical experiences with patients?
6      A.   Yes.
7      Q.   Do you get any information from
8   drug representatives that come to visit
9   you in your practice?
10     A.   I would not really necessarily
11  rely to what the representative of the
12  drug company would say, but yes, they
13  would provide a brochure and some
14  information.
15     Q.   And why is it that you wouldn't
16  necessarily rely upon what they said?
17     A.   Because I want to have all
18  aspect of my knowledge.
19     Q.   And it is your understanding
20  that the drug representatives are there in
21  a marketing and promoting representation?
22     A.   That might be.
23     Q.   Do the drug representatives ever
24  bring you promotional materials for the
25  drugs?
```

Page 29

```
1          LAVIAN - CONFIDENTIAL
2      A.   No.
3      Q.   Looking around your office I see
4   a number of handouts and things --
5      A.   This is for patient information.
6      Q.   So do the drug representatives
7   bring you those?
8      A.   Yes.
9         MR. LAUB:  Just interrupt.  You
10  have to listen to the question
11  carefully before you answer.
12        THE WITNESS:  Sure, sure, sure.
13     Q.   You said that you rely upon
14  medical journal articles and studies;
15  correct?
16     A.   Yes.
17     Q.   Do drug representatives ever
18  bring you medical studies for you to
19  review on drugs?
20     A.   Some of them they brings books,
21  or brings literature.
22     Q.   Drug companies also sponsor the
23  continuing medical education courses,
24  don't they, sometimes?
25     A.   They might, they might.
```

8 (Pages 26 to 29)

68de98d2-a470-423d-b056-13027f8e39c6

Manouchehr Lavian
August 7, 2008

Page 29

```
 1          LAVIAN - CONFIDENTIAL
 2      A.  No.
 3      Q.  Looking around your office I see
 4  a number of handouts and things --
 5      A.  This is for patient information.
 6      Q.  So do the drug representatives
 7  bring you those?
 8      A.  Yes.
 9          MR. LAUB:  Just interrupt.  You
10  have to listen to the question
11  carefully before you answer.
12          THE WITNESS:  Sure, sure, sure.
13      Q.  You said that you rely upon
14  medical journal articles and studies;
15  correct?
16      A.  Yes.
17      Q.  Do drug representatives ever
18  bring you medical studies for you to
19  review on drugs?
20      A.  Some of them they brings books,
21  or brings literature.
22      Q.  Drug companies also sponsor the
23  continuing medical education courses,
24  don't they, sometimes?
25      A.  They might, they might.
```

Stratos Legal Services
800-971-1127

Manouchehr Lavian
August 7, 2008

Page 30

```
 1          LAVIAN - CONFIDENTIAL
 2      Q.  They might?
 3          Is it your understanding that
 4  the drug companies can also sponsor
 5  clinical trials and studies?
 6      A.  Yes, they might.
 7      Q.  Is it your understanding that
 8  sometimes the authors of these studies are
 9  working employees for the drug companies?
10      A.  Usually if they are they have to
11  talk about it before starting to talk
12  about any subject, they would disclose
13  that.
14      Q.  Doctor, do you receive visits
15  from sales representatives from
16  AstraZeneca?
17      A.  Yes.
18      Q.  And do these representatives
19  speak to you about the drug Seroquel?
20      A.  Yes.
21      Q.  Is it your understanding that
22  when they come to speak with you that they
23  keep notations on their visits with you?
24      A.  No.
25          MR. LAUB:  Do you know one way
```

Stratos Legal Services
800-971-1127

Manouchehr Lavian
August 7, 2008

Page 31

```
 1          LAVIAN - CONFIDENTIAL
 2  or another?
 3          THE WITNESS:  No.
 4      Q.  Do you recall AstraZeneca sales
 5  representatives ever speaking with you
 6  about Seroquel with regard to weight gain
 7  incidence in patients?
 8      A.  I don't recall if specifically.
 9      Q.  How often are you visited by
10  sales representatives from AstraZeneca?
11      A.  It varies, you know.
12      Q.  I'm sorry?
13      A.  A time, two times, I don't know
14  when exactly but --
15      Q.  Do you think it's once a week?
16      A.  No.
17      Q.  Once a month?
18      A.  Could be.
19      Q.  Maybe a couple of times a month?
20      A.  No.  I don't see couple of times
21  because I don't have time.
22      Q.  Do you recall AstraZeneca sales
23  representatives ever coming to visit you
24  to tell you that Seroquel is a weight-
25  neutral medication?
```

Stratos Legal Services
800-971-1127

Manouchehr Lavian
August 7, 2008

Page 32

```
 1          LAVIAN - CONFIDENTIAL
 2      A.  No.
 3          (Whereupon, the above-mentioned
 4  call notes from AstraZeneca was marked
 5  Plaintiff's Exhibit 6 for
 6  identification.)
 7          MR. BRUZZESE:  Doctor, I'm going
 8  to mark as an exhibit to your
 9  deposition the call notes from
10  AstraZeneca.  These were obtained
11  through discovery in this case and I'm
12  going to ask you to go to page 17.
13          MR. ELDER:  Jim, before you get
14  to your question let me just say on
15  the record that because the Doctor has
16  not executed the confidentiality order
17  it is our understanding that copies of
18  any of these records are not to be
19  left with the Doctor or provided to
20  the Doctor if he chooses to read and
21  sign this deposition.
22          So your questions, subject to
23  any further objections I might have
24  about the document, we're in agreement
25  with, but these documents, if the
```

Stratos Legal Services
800-971-1127

Manouchehr Lavian
August 7, 2008

Page 34

```
1            LAVIAN - CONFIDENTIAL
2        MR. BRUZZESE:  You'll see that,
3    for instance, you'll see that on
4    October 4th of 2001 you were visited
5    by a representative by the name of
6    Gallardo Omar.
7     Q.   Do you know this representative?
8     A.   I don't recall.
9        MR. LAUB:  This is a while back.
10       Off the record.
11    Q.   Do you see that your name is
12   here as the doctor that was visited?
13    A.   Yes.
14    Q.   And do you see that it says that
15   you had a Q and A about weight gain
16   (indicating)?
17    A.   I don't recall.
18       MR. ELDER:  What line entry are
19   you referring to, Jim?
20       MR. BRUZZESE:  Line entry 338.
21       MR. ELDER:  Thanks.
22    Q.   But do you see that it says
23   that, Doctor?
24    A.   I see this now, yes.
25    Q.   All right.
```

Page 35

```
1            LAVIAN - CONFIDENTIAL
2        And on page --
3        MR. LAUB:  One second.  What
4    date was that?
5        MR. BRUZZESE:  October 4, 2001.
6     Q.   Do you see that also on line
7    entry 347 on August 31, 2001 -- pardon me
8    one line above, it's actually June 6,
9    2001, it says "weight gain issues
10   addressed"?
11    A.   I don't recall.
12    Q.   But do you see that it says
13   that, Doctor?
14    A.   Yes, I see that, yes.
15    Q.   Do you also see it says
16   "considering monitoring patient weight on
17   all atypicals"?
18    A.   Yes.
19    Q.   So this is indicating at least
20   that the representatives coming to your
21   office are talking about weight gain with
22   regard to atypical medications; correct?
23    A.   Um hum.
24    Q.   On page 18 of Exhibit 6, do you
25   see that on line entry 352, do you see
```

Page 36

```
1            LAVIAN - CONFIDENTIAL
2    your name here, Doctor?
3     A.   Yes.
4     Q.   That the same representative on
5    July 25, 2001 came to your office and the
6    note says you're using more than 300
7    milligram dosing, weight neutral; do you
8    see that?
9     A.   I see that, yes.
10       MR. LAUB:  One second.  Can you
11   just slow down so I can make some
12   notes?
13    Q.   Doctor, on February 8, 2002,
14   line 357, do you see that in a Lunch and
15   Learn you learned that the drug
16   representatives had a lunch and learn with
17   you and said "Dr. Lavian discussed dosing
18   and advantages regarding weight"?
19    A.   I don't recall that.
20    Q.   Do you recall ever telling --
21       MR. LAUB:  What date was that,
22   please?
23    Q.   Do you recall ever telling --
24       MR. LAUB:  One second.  What
25   date was that again, the last one?
```

Page 37

```
1            LAVIAN - CONFIDENTIAL
2        MR. BRUZZESE:  February 8, 2002.
3        MR. LAUB:  Just one second.
4        By the way, for the record,
5    these are documents that were
6    supposedly generated by the sales
7    reps, this document?
8        MR. BRUZZESE:  These are call
9    notes that were given to us through
10   discovery means, but they are sales
11   reps' documents that they report to
12   AZ.
13    Q.   Doctor, do you recall ever
14   speaking with an AstraZeneca sales rep
15   about the fact that you felt Zyprexa was
16   causing an elevated weight in your
17   patients?
18    A.   I don't recall.
19    Q.   Do you recall ever speaking to
20   them saying that Seroquel was causing
21   weight gain in your patients?
22    A.   I don't recall.
23    Q.   Doctor, do you see on line 364
24   your name here?
25    A.   Yes.
```

10  (Pages 34 to 37)

Manouchehr Lavian
August 7, 2008

Page 38

```
1         LAVIAN - CONFIDENTIAL
2     Q.   Do you see that in a Lunch and
3  Learn on May 13, 2002 there was a
4  discussion about weight gain in diabetes?
5     A.   When is that?
6     MR. ELDER:  Sorry, are you on
7  364?
8     MR. BRUZZESE:  I am.
9     MR. ELDER:  Line 364?
10    MR. BRUZZESE:  Yes.
11    MR. ELDER:  I'm going to object
12  because I believe the note reflects a
13  meeting with someone named Ellen.
14    MR. BRUZZESE:  Okay.
15    Q.   Am I reading that correct;
16  Doctor?
17    A.   Yes, you're reading correctly.
18    Q.   Line 389, do you see your name
19  here, Doctor?
20    A.   Yes, I do.
21    Q.   On December 10, 1999, do you see
22  that it says "he is having good results,
23  he said that weight gain is a problem with
24  Zyprexa"?
25    A.   I don't recall.
```

Page 39

```
1         LAVIAN - CONFIDENTIAL
2     Q.   Am I reading that correct?
3     A.   You are reading that correct,
4  yes.
5     Q.   And that you've been using more
6  Seroquel because of that?
7     A.   I don't recall.
8     Q.   Am I reading it correct?
9     A.   Yes, you are reading it correct.
10    Q.   On line 398, do you see your
11  name here, Doctor?
12    A.   Yes.
13    Q.   Do you recall that on September
14  21, 1999 being shown a small book by Dr.
15  Sanders about dosing?
16    A.   I don't recall, but I see that.
17    Q.   Do you see that it says you
18  reminded --
19    A.   I have to see, because I see
20  here is Goshen and this is in Occupations
21  that I work Tuesdays, this is I could
22  recall, but I couldn't recall this.
23    Q.   But that is your name; correct?
24    A.   My name, yes.
25    Q.   Do you see that it says
```

Page 40

```
1         LAVIAN - CONFIDENTIAL
2  "reminded Quest and that weight gain of
3  only five pounds"?
4     A.   I see that, yes.
5     Q.   Doctor, do you see that on line
6  418, again this is your name?
7     A.   Yes.
8     Q.   And the date is August 2, 2000?
9     A.   Yes.
10    Q.   Do you see that under the
11  "Product Message" column it says "minimal
12  weight gain"?
13    A.   I see that.
14    Q.   Do you see it has the same
15  product message on line 424?
16    A.   Yes.
17    Q.   From June 6, 2000?
18    A.   I see that.
19    Q.   Do you recall sales
20  representatives coming to your office
21  repeatedly talking about weight gain
22  issues and down-playing the weight gain
23  with Seroquel?
24    A.   I see that here, but I don't
25  recall exactly.
```

Page 41

```
1         LAVIAN - CONFIDENTIAL
2     Q.   Let me show you two more entries
3  in here, Doctor.
4     A.   Sure.
5     Q.   Page 34 of Exhibit 6, it's line
6  615; do you see that your name is here,
7  Doctor?
8     A.   Yes.
9     MR. LAUB:  Do you have a date
10  for that?
11    MR. BRUZZESE:  Date is May 17,
12  2002.
13    MR. LAUB:  Okay.
14    A.   Yes.
15    Q.   Specifically the last part of
16  this column, do you see it says "presented
17  the Brecher reprint"?
18    A.   I see that, yes.
19    Q.   Do you recall ever receiving the
20  Brecher reprint?
21    A.   No, I don't.
22    Q.   Line 555, do you see your name
23  here, Doctor?
24    A.   Yes, I do.
25    Q.   And the date is December 11,
```

11 (Pages 38 to 41)

68de98d2-a470-423d-b056-13027f8e39c6

Manouchehr Lavian
August 7, 2008

Page 42

1       LAVIAN - CONFIDENTIAL
2   2003?
3       A.   Yes.
4       Q.   In the call notes here it says
5   "Great hit at Occupations"; and
6   Occupations was another facility that you
7   worked at?
8       A.   I work in Occupations on
9   Tuesdays.
10      Q.   Okay.  It says doctors agreed
11  that Seroquel was effective, or EFF, and
12  had the lowest side effects, reviewed
13  dosing, and there seemed to be little
14  problem.
15      Do you see that, Doctor?
16      A.   I see that.
17      Q.   Do you see it says "some concern
18  over diabetes"?
19      A.   Yes, I see that.
20      Q.   "Reviewed what we knew and they
21  all said that they have not seen problems
22  clinically"?
23      A.   Yes.
24      Q.   Am I reading that correctly?
25      A.   I see that, yes.

Page 43

1       LAVIAN - CONFIDENTIAL
2       Q.   Do you recall this conversation?
3       A.   No, I don't.
4       Q.   Do you see that --
5       MR. LAUB:  Counsel, when it says
6   "reviewed what we knew," are you
7   talking about the sales reps?  I'm
8   just trying to understand the context.
9       MR. BRUZZESE:  I'm just reading
10  the note.
11      MR. LAUB:  Let me just get a
12  chance to read it.
13      Q.   Let's look at it again, Doctor.
14  Does it say some concern over diabetes and
15  then a small hyphen; correct?
16      A.   Yes.
17      Q.   "Reviewed what we knew and they
18  all said they had not seen problems
19  clinically"; correct?
20      A.   This is I see, yes.
21      Q.   Okay.  So sales representatives
22  are saying that when you brought up
23  concerns about diabetes they revealed what
24  they knew to you; correct?
25      A.   Yeah, I see that here, yes.

Page 44

1       LAVIAN - CONFIDENTIAL
2       Q.   All right.
3       MR. LAUB:  Just to clarify,
4   Counsel, you said they said that
5   meaning they all said that they had
6   not seen problems clinically?
7       MR. BRUZZESE:  Correct.
8       MR. LAUB:  Just to be sure that
9   I understand what you are saying this
10  says is that when the doctors
11  expressed concern of diabetes the
12  sales reps said that they did not see
13  problems clinically; is what your
14  understanding?
15      MR. ELDER:  Objection.  That
16  misstates what was read.
17      MR. BRUZZESE:  I can only read,
18  again, what's in the call note,
19  counsel.
20      MR. LAUB:  Okay.
21      Also, I'm allowing him to, you
22  know, to testify, but just for the
23  record anything after the date of
24  treatment it is our position is
25  irrelevant, but you can ask him

Page 45

1       LAVIAN - CONFIDENTIAL
2   whatever you have to.
3       MR. BRUZZESE:  I haven't asked a
4   single question about the treatment
5   yet, Counsel.
6       MR. LAUB:  I didn't -- I have
7   not directed him not to answer
8   anything.
9   CONTINUED EXAMINATION BY MR. BRUZZESE:
10      Q.   Doctor, do you expect that when
11  these drug representatives come to your
12  office and talk to you about medications
13  that they are telling you the truth?
14      A.   Yes, I do.
15      Q.   And they're also giving you
16  balanced information about the drug they
17  are promoting?
18      A.   They should.
19      Q.   You understand that they are
20  trying to promote the drug?
21      A.   Yes.
22      Q.   Trying to increase sales;
23  correct?
24      A.   Yes.
25      Q.   But at the same time they are

12  (Pages 42 to 45)

68de98d2-a470-423d-b056-13027f8e39c6

Manouchehr Lavian
August 7, 2008

---

**Page 46**

```
1        LAVIAN - CONFIDENTIAL
2  not going to mislead you about the drug;
3  is that your understanding?
4      A.   This is my understanding.
5      Q.   The issue of weight gain
6  associated with these atypical or second
7  generation antipsychotic medications is an
8  important safety issue for your patients;
9  isn't it?
10     A.   Yes, it is.
11     Q.   Weight gain in your patients can
12 lead to noncompliance.
13     A.   Yes.
14     Q.   And can weight gain in your
15 patients lead to other medical problems
16 like diabetes?
17     A.   Could be.
18          (Whereupon, the above-mentioned
19     document entitled "Managing Weight
20     Gain and Diabetes in Schizophrenia"
21     was marked Plaintiff's Exhibit 7 for
22     identification.)
23          MR. BRUZZESE:  Doctor, I'm going
24     to show you what I've marked as
25     Exhibit 7 to your deposition.
```

**Page 47**

```
1        LAVIAN - CONFIDENTIAL
2          And for identification purposes,
3     Exhibit 7 is a document that is the
4     Reinstein Report, it is entitled
5     "Managing Weight Gain and Diabetes in
6     Schizophrenia."
7      Q.   Do you see that, Doctor?
8      A.   Yes, I do.
9      Q.   And the author of it is a
10 Michael J. Reinstein, M.D.?
11     A.   Yes.
12     Q.   Do you see that the date on this
13 document, at least on page two, is in 1999
14 (indicating)?
15     A.   Yes.
16     Q.   Do you recognize this document?
17     A.   This is the first time I see
18 this.
19     Q.   Okay.  If you'll turn to page 4
20 of this document, it's got a Bates number
21 at the bottom ending in 476.
22          Do you see a section on "Dosing
23 Regimen" up here, Doctor?
24     A.   Yes.
25     Q.   Do you see that it says
```

**Page 48**

```
1        LAVIAN - CONFIDENTIAL
2  "Olanzapine therapy was discontinued due
3  to weight gain and the development of
4  diabetes"?
5      A.   Yes.
6      Q.   It goes on to say, "Seroquel was
7  initiated at 150 milligrams a day for one
8  week" and then that "The Seroquel dose was
9  then increased to 300 milligrams a day
10 where it remains"; correct?
11     A.   Yes.
12     Q.   Doctor, do you see the section
13 underneath that says "Response to
14 Seroquel," Doctor?
15     A.   Yes, I see it.
16     Q.   Am I reading correctly that it
17 says "The patient has shown a positive
18 response to Seroquel, becoming more
19 spontaneous, more interested in his
20 surroundings and has demonstrated improved
21 interaction with others"?
22     A.   Yes.
23     Q.   Does it go on to say "Blood
24 glucose levels were brought under control,
25 permitting the substitution of an oral
```

**Page 49**

```
1        LAVIAN - CONFIDENTIAL
2  hypoglycemic agent for insulin
3  treatments"?
4      A.   Yes, I do.
5      Q.   And does it further say,
6  "Metabolic stability was maintained,
7  allowing the patient to discontinue
8  hypoglycemic agent and return to a normal
9  diet"?
10     A.   Yes.
11     Q.   Does it further say "Not only
12 did the patient not gain weight with
13 Seroquel, he lost approximately eight of
14 the ten pounds gained on the olanzapine"?
15     A.   I see that, yes.
16     Q.   Do you see a quote by Dr.
17 Reinstein in bold on the right-hand column
18 under "Follow Up"; do you see this quote
19 Doctor?
20     A.   Yes, yes.
21     Q.   Does it say, "We have found
22 Seroquel to be ideal in patients who have
23 problems with weight gain and, due to
24 this, the development of diabetes.  In
25 this patient once olanzapine was
```

13 (Pages 46 to 49)

68de98d2-a470-423d-b056-13027f8e39c6

Manouchehr Lavian
August 7, 2008

Page 50

1          LAVIAN - CONFIDENTIAL
2   discontinued and Seroquel was started, the
3   weight was lost, the diabetes resolved,
4   and the patient was able to stop taking
5   hypoglycemic medication.  In our
6   experience, weight gain is not an issue
7   with Seroquel, unlike some other
8   antipsychotic medications."
9        Did I read that correct?
10   A.   Yes.
11   Q.   And this is from Michael
12   Reinstein, the author of that study;
13   correct?
14        MR. LAUB:  Reportedly.  We
15   assume it is.
16   A.   I see it, yes.
17   Q.   And, Doctor, this document
18   appears to claim that Seroquel reverses
19   diabetes and weight loss caused by
20   Zyprexa; doesn't it?
21        MR. ELDER:  Objection.
22        MR. LAUB:  The document speaks
23   for itself.
24   A.   The document talks like that,
25   yes.

Page 51

1          LAVIAN - CONFIDENTIAL
2   Q.   It does, okay.
3        In your opinion is that a
4   credible claim, Doctor?
5        MR. ELDER:  Objection.
6        MR. LAUB:  Objection.  He's not
7   here as an expert and I direct him not
8   to answer that question.
9   Q.   Are you going to rely upon your
10   counsel's advice not to answer the
11   question, Doctor?
12   A.   Yes.
13   Q.   Has it been your clinical
14   experience that taking patients off of
15   Zyprexa and putting them on Seroquel has
16   caused weight loss and has reversed
17   diabetes?
18   A.   I don't recall.
19   Q.   Do you know this Dr. Reinstein?
20   A.   No.
21   Q.   Have you ever heard of him
22   before?
23   A.   No.
24   Q.   When you read an article like
25   this that has that appearance on it and

Page 52

1          LAVIAN - CONFIDENTIAL
2   you read the content of that, do you
3   generally assume that this is a
4   qualified -- the author is qualified to
5   report on this?
6        MR. ELDER:  Objection.
7        MR. LAUB:  Objection.
8   A.   I don't know, I have no -- I
9   have no knowledge of whether he's
10   qualified or not.
11        (Whereupon, the above-mentioned
12   letter to a David Brennan dated
13   October 23, 2001 was marked
14   Plaintiff's Exhibit 8 for
15   identification.)
16        MR. BRUZZESE:  Let me show you
17   what I'm marking as Exhibit 8 to the
18   deposition.
19        MR. ELDER:  I see that you are
20   marking internal e-mails, Jim, so I
21   renew my objection to all confidential
22   documents under the Protective Order
23   and state that it's our position that
24   these documents are not to be left
25   with or otherwise provided to the

Page 53

1          LAVIAN - CONFIDENTIAL
2   witness following your questions.
3        MR. LAUB:  Okay.  Do you want
4   the Doctor to look at these two pages
5   here?
6        MR. BRUZZESE:  Well, I'm going
7   to ask him some questions about it.
8        MR. LAUB:  Okay.  So why don't
9   you take a quick look at it first,
10   right?
11        THE WITNESS:  Sure.
12        MR. LAUB:  You can probably just
13   glance at it quickly, he'll direct you
14   to the right spots.
15        THE WITNESS:  Okay.
16        [Witness peruses exhibit.]
17        MR. LAUB:  Okay, Counsel.
18   Q.   All right.  Do you see that this
19   is a letter to a David Brennan and it's
20   dated October 23, 2001?
21   A.   Yes.
22   Q.   And do you see that David
23   Brennan is the AZ CEO at the time?
24        MR. LAUB:  Identified as the CEO
25   in the letter.

14  (Pages 50 to 53)

68de98d2-a470-423d-b056-13027f8e39c6

Manouchehr Lavian
August 7, 2008

---

Page 102

LAVIAN - CONFIDENTIAL
1
2   know.
3       Q.   With regard to weight gain over
4   time, did you not respond -- did you read
5   in this e-mail that the weight gain was
6   consistent over time?
7       MR. ELDER:  Objection.
8       A.   This is what they said here, I
9   don't know that.
10      Q.   That's what it says in the Lisa
11  Arvanitis e-mail.
12      A.   Right.
13      Q.   And then in the report under the
14  key notes, key points, you just told me
15  that you said it was in conflict; correct?
16      MR. LAUB:  Objection.
17      A.   I did not say it was conflict
18  why do you put it in my mouth.  I never
19  said such a thing.
20      MR. LAUB:  Wait a second.  I
21  represent a lot of non-parties and I
22  try to hardly ever object, but so far
23  all we've done is read documents that
24  he is not involved with and then you
25  try to have him compare one with the

---

Page 103

LAVIAN - CONFIDENTIAL
1
2   other, that's not appropriate for him
3   to answer.  That's your argument at
4   trial.  It may be a great argument,
5   but it's not for this Doctor to give
6   testimony about.  You can do your
7   summation somewhere else.
8       (Whereupon, the above-mentioned
9   e-mail was marked Plaintiff's Exhibit
10  14 for identification.)
11      Q.   Doctor, I'm showing you what
12  I've marked as Exhibit 14 to the
13  deposition?
14      MR. ELDER:  Same objection to
15  this exhibit regarding
16  confidentiality.
17      MR. BRUZZESE:  And I'll identify
18  this document as from Richard
19  Lawrence, it's dated February 12,
20  1997.
21      MR. LAUB:  Even counsel can see
22  that because we're both reading the
23  same document.
24      THE WITNESS:  Yes, I see that.
25      Q.   And I'm going to read with --

---

Page 104

LAVIAN - CONFIDENTIAL
1
2   read along with me.  It says, "I am not
3   100 percent comfortable with this data
4   being made publically available at the
5   present time... however, I understand that
6   we have little choice.  Lisa has done a
7   great smoke and mirrors job.
8       "Adopting the approach Don has
9   outlined should minimize (and dare I
10  venture to suggest) could put a positive
11  spin (in terms of safety) on this cursed
12  study.
13      "Athena, with Mark Sahl having
14  left I am not certain who is replacing
15  him.  Whoever it is ought they speed a
16  reserve press release through?  Richard."
17      Did I read that correct, Doctor?
18      A.   Yes, you did.
19      Q.   Doctor, are you familiar with
20  what the term "smoke and mirrors job" is?
21      A.   No, I'm not.
22      MR. ELDER:  Objection.
23      Q.   Do you see that Exhibit 14 is
24  referring to in the "subject" line "Study
25  15"?

---

Page 105

LAVIAN - CONFIDENTIAL
1
2       A.   I see that, yes.
3       Q.   And I'll represent to you that
4   the study was a study done by AstraZeneca
5   on Seroquel, and that's in the "subject"
6   line of the e-mail; correct?
7       MR. ELDER:  Objection.
8   Foundation.
9       Q.   Study 15?
10      MR. ELDER:  Speculation.
11      MR. LAUB:  Could you read that
12  back, whoever reads these things back,
13  because I don't understand what he's
14  saying.
15      Q.   Under the "subject" line of this
16  e-mail does it say and Study 15 at the
17  end?
18      MR. LAUB:  Didn't you read that
19  before?  Yes, that's what it says.
20      A.   You read it.  I said yes, it was
21  what you read.
22      (Whereupon, the above-mentioned
23  two-page document was marked
24  Plaintiff's Exhibit 15 for
25  identification.)

---

27  (Pages 102 to 105)

68de98d2-a470-423d-b056-13027f8e39c6

Manouchehr Lavian
August 7, 2008

Page 106

```
1           LAVIAN - CONFIDENTIAL
2    Q.   Let me show you what I've marked
3  as Exhibit 15 to your deposition.
4        MR. LAUB:  How many do you have
5    left?
6    Q.   This is a January 30, 2004 Dear
7  Health Care Provider Letter.  Do you
8  recognize the form of what a Dear Doctor
9  Letter?
10   A.   I see it now here.
11   Q.   Do you recall ever receiving
12 this letter?
13   A.   I don't recall.
14   Q.   Are you aware that in early
15 2004 the FDA requested to the atypical
16 antipsychotic medication companies to
17 change labeling to include warnings of
18 hyperglycemia and diabetes?
19       MR. ELDER:  Objection.
20       MR. LAUB:  And also you are
21   specifically referring to 2004?
22   A.   Could be around that time; I
23 don't recall exactly what time.
24   Q.   Do you recall ever -- that the
25 labels were changed?
```

Page 107

```
1           LAVIAN - CONFIDENTIAL
2    A.   Yes, I do, I do recall that.
3    Q.   Do you have any reason to
4  believe that you received information
5  prior to the label change in January of
6  2004 about the warnings associating
7  Seroquel to increased blood glucose levels
8  or diabetes?
9        MR. ELDER:  Objection.
10   A.   I don't recall.
11   Q.   If you turn to page 2 of that
12 letter, take a look at the first sentence
13 in the second page of this letter, do you
14 see that it says "AstraZeneca remains
15 committed to providing you with the most
16 current product information available for
17 the management of your patients"?
18   A.   Yes, I see that.
19   Q.   And you remember earlier from
20 the call notes when you were asking
21 questions or when it reflects that you had
22 asked questions about diabetes that they
23 said that they went over information
24 available to them at that time?
25   A.   I don't recall I said such a
```

Page 108

```
1           LAVIAN - CONFIDENTIAL
2  thing.
3    Q.   Let's look.
4        MR. ELDER:  Doctor, you need to
5    be sure and speak up so that our court
6    reporter can hear you.
7    Q.   Do you recall December 11, 2003
8  visit note that said "some concern over
9  diabetes reviewed what we knew and they
10 had all said they had not had problems
11 clinically"; do you remember this?
12       MR. ELDER:  Objection.
13       MR. LAUB:  Well, he read the
14   note.
15   Q.   Do you remember reading this
16 note earlier?
17   A.   You showed it to me and I read
18 it, yes.
19   Q.   Okay so --
20       MR. LAUB:  What date was that?
21       MR. BRUZZESE:  December 11,
22   2003.
23       MR. LAUB:  Okay.
24   Q.   And this is before the label
25 change in early 2004; correct?  This is
```

Page 109

```
1           LAVIAN - CONFIDENTIAL
2  December 2003?
3    A.   Yes, this document says that it
4  was 2004.
5    Q.   Do you remember it generally
6  being about this time that there were some
7  concerns about atypical antipsychotics?
8    A.   I don't recall exactly.
9        MR. ELDER:  Objection.
10   Q.   But you do -- you do agree with
11 me that it says that they shared with you
12 the information that they said at that
13 time; correct?
14   A.   I don't recall.
15       MR. ELDER:  Objection.
16   Q.   You agree with me that that's
17 what it says in the call note?
18       MR. ELDER:  Objection.
19   A.   That's what it says, yes.
20   Q.   Okay, and do you agree that
21 Exhibit 15 says that "AstraZeneca remains
22 committed to providing you with the most
23 current product information available for
24 the management of your patients"; correct?
25   A.   Yes, I read it here, yes.
```

68de98d2-a470-423d-b056-13027f8e39c6

Manouchehr Lavian
August 7, 2008



Page 134

```
1         LAVIAN - CONFIDENTIAL
2    REDACTED
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 135

```
1         LAVIAN - CONFIDENTIAL
2    REDACTED
3
4
5
6
7
8
9
10
11
12
13
14
15      MR. LAUB:  Is there a question?
16      MR. BRUZZESE:  Yes.
17   Q.   Did I read that right?
18   A.   You did, yes.
19   REDACTED
20
21
22
23
24
25
```

Page 136

```
1          LAVIAN - CONFIDENTIAL
2       MR. ELDER:  Objection.
3       MR. LAUB:  Again, objection
4    because the document speaks for itself
5    and the people who should be addressed
6    these questions are the people who
7    have anything to do with these voice
8    mails, and you should understand that,
9    Counsel.  How is he supposed to know
10   this?
11       So you can give him an answer
12   but, you know, for the record you
13   should understand better than asking
14   all these questions that have nothing
15   to do with him, but go ahead.
16       MR. ELDER:  Doctor, let me get
17   my objection on the record.
18       I object and further note that
19   the document is marked as a draft and
20   there has been no evidence provided in
21   this deposition that anyone ever
22   received this voicemail.
23       MR. LAUB:  Go ahead.  So I think
24   basically he's asking you to comment
25   if you understand what people involved
```

Page 137

```
1          LAVIAN - CONFIDENTIAL
2    in a voicemail that you were not
3    involved in the voicemail meant,
4    beyond what's written in the bear
5    words of this letter.
6    A.   Yeah, exactly, I don't know
7    beyond what is here.
8    Q.   Let me ask you this, Doctor.
9    Earlier in the call notes when you asked
10   -- when it indicates that you were asked
11   about diabetes and the call note indicates
12   that they shared the information that was
13   available at that time, which was 2003
14   with you, and the information available in
15   Exhibit 15 it says they were committed to
16   providing the most current information to
17   you, is that consistent with the
18   information about them trying to downplay
19   it and not proactively discussing concerns
20   of diabetes with the doctors?
21       MR. ELDER:  Objection.
22       MR. LAUB:  Not my objection, but
23   if you can answer, go ahead and
24   answer.
25   A.   Really I don't know because this
```

35 (Pages 134 to 137)

Manouchehr Lavian
August 7, 2008



Page 138

1        LAVIAN - CONFIDENTIAL
2   is something that I have not been
3   involved, I have not been involved with.
4   I just see here what this says.
5      Q.   When you prescribe Seroquel to
6   your patients you conduct a risk-benefit
7   analysis?
8      A.   Yes.
9      Q.   You would want to know all of
10  the risks known to the pharmaceutical
11  company to conduct a fair one; correct?
12     A.   Yes.
13     Q.   And you did not have that
14  information at the time that you
15  prescribed Seroquel specifically to Eileen
16  McAlexander, did you?
17        MR. LAUB:  What specific
18  information, if you can just clarify.
19        MR. BRUZZESE:  The warnings
20  available in January 2004.
21        MR. LAUB:  And what warnings are
22  those, just generally?
23        MR. BRUZZESE:  The warnings
24  connecting Seroquel use to increased
25  blood sugars and diabetes mellitus.

Page 140

1        LAVIAN - CONFIDENTIAL
2   time is 11:56 a.m. and this is
3   cassette number two.
4   CONTINUED EXAMINATION BY MR. BRUZZESE:
5      Q.   Doctor, we're back on, and if
6   you remember I was asking you some
7   questions about information you would have
8   liked to have known to conduct a fair and
9   accurate risk-benefit analysis before we
10  stopped, and I had asked you if you would
11  like to have known all of the risk
12  information available to the
13  pharmaceutical company at the time you
14  conducted that analysis and you had
15  answered yes; correct?
16     A.   Yes, correct.
17        (Whereupon, the above-mentioned
18  e-mail was marked Plaintiff's Exhibit
19  19 for identification.)
20        MR. BRUZZESE:  All right.  I'm
21  going to show you what I've marked as
22  Exhibit 19 to your deposition.
23        MR. ELDER:  Same objection
24  regarding confidentiality.
25  REDACTED

Page 139

1        LAVIAN - CONFIDENTIAL
2        MR. ELDER:  Objection.
3      A.   No, at that time I did not have
4   any.
5      Q.   If they had known about it you
6   would like to have had that information
7   available to you for that risk-benefit
8   analysis; wouldn't you, Doctor?
9      A.   Yes, I would.
10        MR. BRUZZESE:  Do we need to
11  break?
12        THE VIDEOGRAPHER:  Yes, I need
13  to change the tape.
14        MR. LAUB:  How much time will
15  you take?
16        THE VIDEOGRAPHER:  Probably five
17  minutes.
18        THE VIDEOGRAPHER:  The time is
19  11:34.  We are now going off the
20  record and this is the end of cassette
21  number one.
22        (Whereupon, a brief recess was
23  taken)
24        THE VIDEOGRAPHER:  We're now on
25  the record.  The time is 11:56.  The

Page 141

1        LAVIAN - CONFIDENTIAL
2  REDACTED

36  (Pages 138 to 141)

Stratos Legal Services
800-971-1127

68de98d2-a470-423d-b056-13027f8e39c6

Manouchehr Lavian
August 7, 2008

Page 146

```
 1        LAVIAN - CONFIDENTIAL
 2   2006 here; right?
 3        THE WITNESS:  Yes.
 4        MR. LAUB:  Okay.
 5        MR. BRUZZESE:  I'm going to show
 6   you what I've marked as Exhibit 21 to
 7   your deposition.
 8        (Whereupon, the above-mentioned
 9        seven-page letter from Food and Drug
10        Administration was marked Plaintiff's
11        Exhibit 21 for identification.)
12     Q.   Now, Doctor, do you recognize
13   this as being on FDA letterhead?  Do you
14   see that it says Food and Drug
15   Administration up here at the letterhead
16   [indicating]?
17     A.   Yes.
18     Q.   And that the title of this
19   document says it is, whoops -- oh, I'm
20   sorry, it's addressed to the Director of
21   Promotional Regulatory Affairs at AZ; is
22   that correct?
23     A.   Yes.
24     Q.   Or that it reads that, correct,
25   Doctor?
```

Page 147

```
 1        LAVIAN - CONFIDENTIAL
 2     A.   It reads that, yes.
 3     Q.   All right.  And let me read the
 4   first paragraph for you, and it says, "The
 5   Division of Drug Marketing, Advertising
 6   and Communications (DDMAC) of U.S. Food
 7   and Drug Administration (the FDA) has
 8   reviewed a professional sales aid" and in
 9   parens it has the number "238110," end
10   paren.
11        Do you see that?
12     A.   Yes, I see that.
13     Q.   And do you recall that that is
14   the number that was on the second page of
15   Exhibit 20 in small print beside the
16   copyright, 238110?
17     A.   238110, yes.
18     Q.   Okay.  And it says it's reviewed
19   this professional sales aid for Seroquel
20   tablets submitted by AstraZeneca under
21   cover of Form FDA 2253.  "The piece is
22   false or misleading because it minimizes
23   the risk of hyperglycemia and diabetes
24   mellitus and fails to communicate
25   important information regarding
```

Page 148

```
 1        LAVIAN - CONFIDENTIAL
 2   neuroleptic malignant syndrome, tardive
 3   dyskinesia, and the bolded cataracts
 4   precaution.  Thus, the promotional
 5   material misbrands the drug in violation
 6   of the Federal Food, Drug and Cosmetic Act
 7   21 U.S.C., sections 352(a) and 321 (n)."
 8        Am I reading that correct,
 9   Doctor?
10     A.   Yes.
11     Q.   It goes on to say, "The
12   promotional material raises significant
13   public health and safety concerns through
14   its minimization of the risks associated
15   with Seroquel."
16        Have I read that correctly?
17     A.   Yes.
18     Q.   So according to the FDA AZ has
19   raised significant public health and
20   safety concerns by minimizing the risk of
21   hyperglycemia and diabetes mellitus; is
22   that correct?
23        MR. ELDER:  Objection.
24     A.   This is what the form says.
25     Q.   Doctor, we've looked at a lot of
```

Page 149

```
 1        LAVIAN - CONFIDENTIAL
 2   documents today about Seroquel and
 3   AstraZeneca's marketing the drug Seroquel
 4   and some studies, many of which you are
 5   not aware of or that you don't recall ever
 6   seeing before; correct?
 7     A.   Yes, correct.
 8     Q.   And, as you told me earlier, if
 9   AstraZeneca had information available to
10   it that would impact your fair and
11   accurate risk-benefit analysis you would
12   have liked to have had that information at
13   the moment it was made available to them;
14   correct?
15     A.   Yes, correct.
16     Q.   I've shown you some documents
17   today that not only indicate that they
18   were minimizing the effect -- the results
19   of these studies, but they were not
20   proactively discuss any of them with you;
21   correct?
22        MR. ELDER:  Objection.
23        MR. LAUB:  Objection to form.
24        You can answer if you can.
25     A.   The form that I was, you know,
```

38 (Pages 146 to 149)

68de98d2-a470-423d-b056-13027f8e39c6

Manouchehr Lavian
August 7, 2008

Page 150

```
1          LAVIAN - CONFIDENTIAL
2   given by the Counsel.
3       Q.   That's what you read in the
4   forms that you saw today?
5          MR. ELDER:  Objection.
6       A.   Yes.
7       Q.   Doctor, you treated a patient
8   with --
9          MR. LAUB:  Something is a little
10   confusing.  I think -- why don't you
11   repeat the question if you can, I'm
12   not sure that --
13          MR. BRUZZESE:  I've got my
14   answer.
15       Q.   Doctor, you treated a patient by
16   the name of Eileen McAlexander; correct?
17       A.   Yes, I did.
18       Q.   And do you recall how Ms.
19   Alexander came to be your patient?
20       A.   I have to, I have my notes.
21       Q.   Okay, you can refer to your
22   notes.
23       A.   I saw her for the first time on
24   July 21st, '01.
25       Q.   Do you know how it is that she
```

Page 151

```
1          LAVIAN - CONFIDENTIAL
2   came to be in your care?
3       A.   She was discharged from Hospital
4   two weeks earlier, went to see her
5   therapist and was referred by her
6   therapist.
7       Q.   Do you know what therapist
8   referred her?
9       A.   Therapist was Kathy Smith.
10       Q.   Did you treat Ms. McAlexander
11   for a very long period of time?
12       A.   Not very long period of time.  I
13   saw her for the first time on 7/21 and the
14   last day I saw her was 1/5/02.
15       Q.   So you treated Miss McAlexander
16   for less than one year?
17       A.   Yes.
18          MR. LAUB:  One second.  Can we
19   go off the record just a half a
20   second?  I don't know if you got the
21   back page of this.  I think you may
22   have forgotten to send it.
23          MR. BRUZZESE:  We've got it.  Go
24   ahead.
25          THE VIDEOGRAPHER:  Proceed?
```

Page 152

```
1          LAVIAN - CONFIDENTIAL
2          MR. BRUZZESE:  Yes.
3          MR. LAUB:  Yes.
4   CONTINUED EXAMINATION BY MR. BRUZZESE:
5       Q.   Doctor, I'm looking at your
6   chart entry from 7/21/2001.
7       A.   Yes.
8       Q.   You said that, you testified
9   that this is the first visit that you had
10   with Ms. McAlexander, and there are four
11   pages of notes from that visit; is that
12   correct?
13       A.   Yes, this is psych evaluation.
14       Q.   This is your first visit so you
15   do a more extensive evaluation of the
16   patient?
17       A.   Yes, yes, I do.
18       Q.   And at that time what was her
19   chief complaint?
20       A.   Chief complaint, quote, unquote,
21   depression.
22       Q.   And did you ever in your
23   treatment of Ms. McAlexander diagnose
24   Ms. McAlexander?
25       A.   Yes, I did.
```

Page 153

```
1          LAVIAN - CONFIDENTIAL
2       Q.   And was that with depression?
3       A.   Depression.
4       Q.   Did you ever diagnose Ms.
5   McAlexander with schizophrenia?
6       A.   No.
7       Q.   Did you ever diagnose
8   Ms. McAlexander with any bipolar
9   conditions?
10       A.   No.
11       Q.   On this first visit did
12   Ms. McAlexander deny any hallucinations?
13       A.   She denied.
14       Q.   And did you -- did you prescribe
15   any medication for her on this first
16   visit?
17       A.   As mentioned, she was discharged
18   two weeks earlier and she was on
19   medication.
20       Q.   Do you know what medication she
21   was on?
22       A.   Yes.  As I mentioned earlier,
23   she was at Bendectine Hospital two weeks
24   prior she came to my office, while in
25   hospital she was placed on Effexor,
```

Stratos Legal Services
800-971-1127

68de98d2-a470-423d-b056-13027f8e39c6

Manouchehr Lavian
August 7, 2008

Page 153

LAVIAN - CONFIDENTIAL
1  LAVIAN - CONFIDENTIAL
2     Q.   And was that with depression?
3     A.   Depression.
4     Q.   Did you ever diagnose Ms.
5  McAlexander with schizophrenia?
6     A.   No.
7     Q.   Did you ever diagnose
8  Ms. McAlexander with any bipolar
9  conditions?
10    A.   No.
11    Q.   On this first visit did
12 Ms. McAlexander deny any hallucinations?
13    A.   She denied.
14    Q.   And did you -- did you prescribe
15 any medication for her on this first
16 visit?
17    A.   As mentioned, she was discharged
18 two weeks earlier and she was on
19 medication.
20    Q.   Do you know what medication she
21 was on?
22    A.   Yes.  As I mentioned earlier,
23 she was at Bendectine Hospital two weeks
24 prior she came to my office, while in
25 hospital she was placed on Effexor,

Stratos Legal Services
800-971-1127

Manouchehr Lavian
August 7, 2008

Page 154

1  LAVIAN - CONFIDENTIAL
2  Remeron and Risperdal, and then Effexor
3  was discontinued because of quote,
4  unquote, eye problems.
5        Prior to going to the hospital,
6  according to the patient, she was on
7  Prozac by her medical doctors since July
8  20th, was placed on Xanax 0.25 milligram
9  TID by medical doctor, Dr. Edward
10 Sheindler, S-H-E-I-N-D-L-E-R [sic].
11    Q.   Okay.  And what medications did
12 you prescribe for Miss McAlexander on that
13 visit?
14    A.   Was Celexa, that is the
15 antidepressant medication.
16       MR. LAUB:  Right now just answer
17    the question, so list what medications
18    you prescribed.
19    A.   Celexa, Remeron and Xanax.
20    Q.   And you said that the Celexa was
21 an antidepressant.  Is the Xanax also an
22 antidepressant?
23    A.   Anti-anxiety.
24    Q.   For anxiety?
25    A.   Yes.

Stratos Legal Services
800-971-1127

Manouchehr Lavian
August 7, 2008

Page 155

1  LAVIAN - CONFIDENTIAL
2     Q.   And the Remeron?
3     A.   Remeron also is antidepressant
4  and also a sedative to help patient to
5  sleep.
6     Q.   And she had been on the Remeron
7  from the discharge from the hospital;
8  correct?
9     A.   Yes.
10    Q.   And you chose not to continue
11 her with the Risperdal?
12    A.   No, apparently the Risperdal was
13 discontinued because she had some problem,
14 as well as Effexor.
15    Q.   And was that the blurred vision?
16    A.   Yes, because when she was in the
17 hospital.
18       I'm sorry, it was just Effexor
19 at that time was discontinued because of
20 blurred vision.  I did not realize that
21 it was Effexor.
22    Q.   Doctor, do you know a doctor --
23 well, bear with me, I have a tough time
24 with this name so I'm going to show you,
25 this is, I have records here from the Rite

Stratos Legal Services
800-971-1127

Manouchehr Lavian
August 7, 2008

Page 156

1  LAVIAN - CONFIDENTIAL
2  Aid Corporation and these are
3  pharmaceutical records for Ms.
4  McAlexander?
5     A.   Yes.
6     Q.   And do you see that there is the
7  name of a doctor here by the name of
8  Venkates Inaganti?
9     A.   Inaganti, yes.
10    Q.   Do you know this doctor?
11    A.   I know him, yes.
12    Q.   Okay.  And where does he
13 practice?
14    A.   I don't know.  Many years ago he
15 was in Cornwall Hospital.
16    Q.   Say it again?
17    A.   Cornwall, Cornwall Hospital.
18    Q.   Cornwall?
19    A.   Yes.
20       But after that I don't know
21 where he was practicing.
22    Q.   And where is Cornwall Hospital?
23    A.   Cornwall Hospital is in --
24       MR. LAUB:  Cornwall.
25       THE WITNESS:  Cornwall.

Stratos Legal Services
800-971-1127

Manouchehr Lavian
August 7, 2008

## Page 158

1    LAVIAN - CONFIDENTIAL
2  Edward Schneider, and that was the doctor
3  that you said was her -- that was Ms.
4  McAlexander's medical provider; correct?
5     A.   Yes, according to the patient.
6     Q.   And then your own name is on
7  this list here?
8     A.   Yes.
9     Q.   Beginning in August 23rd of
10 2001?
11     MR. LAUB:  Just look there,
12  that's what he is asking you.
13     Do you see that?
14     A.   Yes, I see that, yes.
15     Q.   I'm sorry?
16     MR. LAUB:  Make sure he's being
17  accurate in case he makes a mistake.
18     Q.   Yes, August 23, 2001, and it is
19  for the medication Risperdal; do you see
20  this, Doctor, right where I'm pointing?
21     A.   Yes.
22     Q.   Do you have in your chart notes
23  a prescription that you made for Risperdal
24  for Ms. McAlexander?
25     A.   Yes, when I saw her first --

## Page 159

1    LAVIAN - CONFIDENTIAL
2     MR. LAUB:  One second.  Easiest
3  thing is just to answer what he's
4  asking.  Right now he's asking a very
5  simple question.
6     A.   Yes, I remember, yes.
7     Q.   Okay.  And give me the details
8  of that prescription of Risperdal.
9     A.   Okay, on August when I saw her
10  she was again discharged from Four Winds
11  Hospital on August 9, '01, according to
12  the patient.  She was discharged with the
13  medication that I continued to prescribe
14  for her that was Wellbutrin SR 150
15  milligrams, Celexa 30 milligram once a
16  day, Risperdal 0.5 milligram one A.M. and
17  1 milligram HS and Remeron 15 milligram
18  HS.
19     Q.   Okay, if you look just up one
20  name from your name on this list there is
21  a Joanna Landau?
22     A.   Yes, Joanna Landau was in Four
23  Winds Hospital.
24     Q.   And there is a prescription for
25  Risperdal that would precedes yours, and

## Page 160

1    LAVIAN - CONFIDENTIAL
2  that would reflect you chart that you just
3  mentioned; correct?
4     A.   Yes.
5     Q.   Okay.
6     Did you continue Ms. McAlexander
7  on Risperdal?
8     A.   Let me please look at my chart.
9     Q.   Okay.
10     A.   No, on 9/8/01 when I saw her she
11  reported that she was admitted again --
12  readmitted to hospital for eight days and
13  at that time no longer she was on
14  Risperdal.
15     Q.   Did she report to you that she
16  was feeling jittery on Risperdal?
17     A.   Yes, but at that time she was
18  not on Risperdal when I saw her.
19     Q.   But she reported to you on that
20  visit that she was feeling jittery from
21  the Risperdal?
22     A.   Yes.
23     Q.   Is that correct, Doctor?
24     A.   Yes.
25     MR. LAUB:  When is the date of

## Page 161

1    LAVIAN - CONFIDENTIAL
2  the visit that she reported
3  jitteriness?
4     THE WITNESS:  On 9 -- I saw her
5  9/8, next day on 9/11 she reported
6  that to me.
7     Q.   And it was on the October 6th
8  visit that she complained of blurred
9  vision?
10     A.   October 6th.
11     MR. LAUB:  Right.  Take a look
12  there.
13     A.   Yes.
14     Q.   Do you know what the blurred
15  vision was about?
16     MR. LAUB:  One second.  Do you
17  see blurred vision there?
18     MR. BRUZZESE:  Oh, I'm sorry.
19     THE WITNESS:  Let me see.
20     A.   Yes.
21     Q.   Do you know what the blurred
22  vision complaint was related to?
23     A.   I don't know exactly was related
24  to, but I said here that could be possible
25  cholinergic effect of medication.

41 (Pages 158 to 161)

68de98d2-a470-423d-b056-13027f8e39c6

Manouchehr Lavian
August 7, 2008

Page 162

1        LAVIAN - CONFIDENTIAL
2    Q.   Okay.  Let's go to the beginning
3  again.  You started seeing her on July
4  21, 2001?
5    A.   Yes.
6    Q.   And when was the first time you
7  prescribed Seroquel?
8    A.   When she was discharged from
9  hospital on 9/8/01.
10   Q.   Would you have it in your notes
11 whether or not you wrote her a
12 prescription or if you gave her samples?
13   A.   On 9/8/01 she came to see me
14 after being discharged from hospital and
15 she was discharged from hospital by on
16 Neurontin 300 milligram three times a day;
17 Seroquel 25 milligram a.m. and 50
18 milligram HS; Celexa 14 milligram once a
19 day and Remeron 15 milligram HS.
20   Q.   So when you prescribed -- well,
21 actually to get back to the question,
22 would you know from your notes whether or
23 not you issued any samples of Seroquel to
24 the patient?
25   A.   I don't recall.

Page 163

1        LAVIAN - CONFIDENTIAL
2    Q.   Okay.  Was it your practice to
3  give samples?
4    A.   Sometimes I have give to her,
5  yes.
6    Q.   When you prescribed Seroquel for
7  the first time to Ms. McAlexander, it was
8  not the initial prescription for Seroquel
9  for Ms. McAlexander; is that correct?
10   A.   No, she came out in hospital
11 with that medication.
12   Q.   Okay.
13   A.   As it was treated in the
14 hospital.
15   Q.   And as Exhibit 22 shows us,
16 you'll see the first time that I see a
17 mention in here of a Seroquel prescription
18 would be August 30, 2001 from Dr.
19 Inaganti?
20   A.   Um hum.
21   Q.   And then the subsequent Seroquel
22 prescription from September 16, 2001 is
23 from your office; is that correct?
24   A.   Yes, yes.
25   Q.   It also indicates that you gave

Page 164

1        LAVIAN - CONFIDENTIAL
2  her -- prescribed 90 pills at 25
3  milligrams?
4    A.   Yes.
5       MR. LAUB:  Is that correct?
6       THE WITNESS:  Yes, that's
7  correct.
8       MR. LAUB:  Look carefully.
9    Q.   And that this covered a 30
10 day --
11   A.   Supply.
12   Q.   Supply?
13   A.   Yes.
14   Q.   So were you prescribing 75
15 milligrams per day?
16   A.   She came out from the hospital,
17 discharge from hospital with 25 milligrams
18 Seroquel in morning and 50 at night, total
19 would be 75 milligrams per day.
20   Q.   And do you know the purpose of
21 this prescription?
22       MR. LAUB:  By the hospital you
23 mean?
24   Q.   Okay.  Do you know why she was
25 initially prescribed Seroquel?

Page 165

1        LAVIAN - CONFIDENTIAL
2    A.   The thing that I could recall
3  was because she was admitted to hospital
4  several times because of her mood, because
5  of suicidality, because of poor impulse
6  control and initially she was on
7  Risperdal, that was discontinued by the
8  hospital, and then she was placed on
9  Seroquel.
10   Q.   Do you know the purpose for the
11 prescription?
12   A.   Purpose, I don't know exactly
13 what the purpose, but purpose was to
14 prevent her from rehospitalization and to
15 remain stable.
16   Q.   Was that the reason that you --
17 that you continued the prescription?
18   A.   Yeah, because she improved
19 enough to get out of the hospital and
20 therefore you follow the hospital
21 discharge.
22   Q.   Did you understand at that time
23 that it was an off-label prescription?
24   A.   For?
25   Q.   Seroquel.

42  (Pages 162 to 165)

68de98d2-a470-423d-b056-13027f8e39c6

Manouchehr Lavian
August 7, 2008

| Page 166 |
|---|

1          LAVIAN - CONFIDENTIAL
2     A.   For what?
3     Q.   That the --
4     A.   Yes, yes.
5     Q.   Okay.
6     A.   Yes.
7     Q.   I'm going to apologize, the
8  handwriting is a little difficult.
9     A.   That's okay, I have to
10  apologize.
11     Q.   To go to the next office visit
12  would be October, correct?
13     MR. LAUB:  Next from when?
14     Q.   Right here [indicating].
15     A.   10/6 you mean, 10/6/01?
16     Q.   That's correct.
17     A.   Yes.
18     Q.   At the top of your notes does it
19  say M.D. notes; is that what that reads?
20     A.   Yes.
21     Q.   And could you read that?
22     A.   Eileen was initially was
23  diagnosed as major depression without
24  psychotic features.  During courses of
25  evaluation evidences some psychotic

| Page 167 |
|---|

1          LAVIAN - CONFIDENTIAL
2  symptoms, therefore diagnosis switched to
3  major depression with psychotic feature.
4     Q.   And is the number off to the
5  right the diagnosis number?
6     A.   29634.
7     Q.   Okay, and can you continue?
8     A.   Sure.
9          She seemed to be responding to
10  her current medication.  That was Seroquel
11  and Neurontin, and Celexa and Remeron.
12          She said after adding Cogentin
13  to her regimen she has not been quote,
14  unquote, jumping out of my skin.
15          She complain of blurred vision
16  which could be anti-cholinergic side
17  effect of medication.  She said she had
18  appointment to see her ophthalmologist on
19  10/17/01.
20     Q.   Did you recommend that she see
21  an ophthalmologist?
22     A.   Sorry?
23     Q.   Was she seeing an
24  ophthalmologist?
25     A.   She already had that, yes,

| Page 168 |
|---|

1          LAVIAN - CONFIDENTIAL
2  because she had also blurred vision
3  before.
4          Denied suicidal thoughts or
5  ideas.  She said she decreased Neurontin
6  to 200 milligram twice a day and was not
7  as tired in the past, in the rest of --
8  I'm sorry, 200 milligrams BID and was not
9  as tired.  The rest of medication remains
10  the same.
11     Q.   Okay.
12          Had she ever reported to you
13  prior to that any suicidal ideations or
14  thoughts?
15     A.   Yes.
16     Q.   And is that reflected in your
17  chart?
18     A.   Yes, she said two weeks ago.
19     MR. LAUB:  Give us a date.
20     THE WITNESS:  Date is on
21  7/21/01.
22     MR. LAUB:  Okay.
23     A.   Admitted to Benedictine Hospital
24  due to suicidal thoughts.
25     Q.   Okay.  She had reported suicidal

| Page 169 |
|---|

1          LAVIAN - CONFIDENTIAL
2  thoughts at the time of her admittance to
3  Benedictine Hospital?
4     A.   Yes.
5     Q.   Did she ever report to you that
6  she had suicidal thoughts?
7     A.   No.
8     Q.   Okay.
9     A.   According to my notes she denied
10  that and she said that she was doing okay
11  on medication.
12     Q.   And that seemed pretty
13  consistent to me --
14     A.   Yes.
15     Q.   -- from what I could read
16  throughout your record.
17     A.   Yes.
18     Q.   All right.
19          That was October.  And so if you
20  will now turn with me to your next visit,
21  which in my chart skips page 10, Bates
22  page 10 and goes to 11, which is November
23  3, 2001; is that the next visit?
24     A.   Yes.
25     Q.   All right.  Could you read us

43  (Pages 166 to 169)

68de98d2-a470-423d-b056-13027f8e39c6

Manouchehr Lavian
August 7, 2008

Page 170

1        LAVIAN - CONFIDENTIAL
2   what that says on your visit there?
3        A.   Yes.  M.D. note 11/3/01:
4   Patient was seen today.  She was well
5   oriented, mood was good, facial expression
6   brighter than previously.
7             She said she was not as
8   emotional as before.  Was working
9   full-time in a VA Hospital.
10            Denied suicidal thoughts or
11  ideas.  No sign of acute psychotic
12  symptoms at this time.
13            Sleep and appetite okay.  No
14  side effects of medication noted.
15            Sees her therapist, Kathy Smith,
16  weekly.  Medication continued to maintain
17  her improvement.
18       Q.   Were there any changes to the
19  medication or were they kept at the same
20  dosage?
21            MR. LAUB:  Read through your
22       medication management on the record
23       for that date.
24            THE WITNESS:  Yes.
25            MR. LAUB:  Go ahead.

Page 171

1        LAVIAN - CONFIDENTIAL
2        A.   Remained the same on that date.
3        Q.   I'm sorry, say that again?
4        A.   Yes, was on Celexa, Cogentin and
5   Seroquel.
6        Q.   Were there any changes to the
7   dosages?
8        A.   No.
9        Q.   Okay.
10            And then the next visit I have
11  is dated, is it 12/1/01?
12       A.   Yes.
13       Q.   Could you read us that note,
14  please.
15       A.   Yes.  12/1/01, M.D. note:
16  Eileen was seen today.  She was oriented
17  and cooperative.  She said she continued
18  to see her therapist, Kathy Smith, on a
19  weekly basis quote, unquote, for anger
20  management.
21            She said she used to yell at her
22  son but is capable of controlling her
23  anger more now.
24            She denied suicidal thoughts or
25  ideas.  No side effects of medication

Page 172

1        LAVIAN - CONFIDENTIAL
2   noted.
3             Patient has had alcohol abuse
4   and was seeing therapist for substance
5   abuse.  Medication continued.  Prevent
6   compensation but there has been change on
7   medication.
8             At that time she was given
9   Celexa 14 milligram OD; Seroquel decreased
10  to just 25 milligram at bed time; Cogentin
11  decreased to one milligram instead of two
12  milligram; and to return to clinic in a
13  month.
14       Q.   If we look at Exhibit 22, which
15  is the pharmaceutical records again,
16  you'll see that on December 17, 2001 the
17  Seroquel prescription written by yourself;
18  do you see that?
19       A.   Yes.
20       Q.   Is indeed reflected as now 30
21  being -- pills at 25 milligrams being
22  dispensed to cover a 30 day supply?
23       A.   Yes.
24       Q.   So that's the reduction?
25       A.   Yes.

Page 173

1        LAVIAN - CONFIDENTIAL
2        Q.   Tell me why it is that you
3   reduced the Seroquel prescription?
4        A.   Because, as I mentioned here,
5   she was well oriented, she was
6   cooperative, she was not as impulsive, as
7   angry, she denied any suicidal thoughts or
8   ideas; and therefore that's a customary
9   kind of practice by every psychiatrist,
10  that we try to reduce medication as much
11  as we can when patient is stable.
12       Q.   Is that an example of someone
13  reevaluating the risk-benefit analysis?
14       A.   Yes.
15       Q.   And with the benefit not being
16  as strong because your patient was doing
17  better you decided it wasn't worth the
18  risk of the increased dosage?
19       A.   Yes, this is always a risk, you
20  know, the benefit and risk management,
21  yes.
22            MR. LAUB:  Just note my
23       objection to the form but the answer
24       stands.
25            THE WITNESS:  Okay.

44 (Pages 170 to 173)

Manouchehr Lavian
August 7, 2008

Page 174

```
 1        LAVIAN - CONFIDENTIAL
 2    Q.   And you have one more visit with
 3  Ms. McAlexander, right, Doctor, dated
 4  January 5, 2002?
 5    A.   Yes.
 6    Q.   Could you read the note of the
 7  January 5th visit into the record.
 8    A.   January 5, '02, M.D. note:
 9  Patient was seen today.  She was dejected
10  on her facial expression and blunted on
11  her affect.
12        She said she found herself to be
13  easily angered and loud.
14        She said she was under stress
15  because one of her sisters was
16  hospitalized at Cornwall Hospital last
17  week.
18        She said a week ago she had
19  thoughts of hurting self but that quote,
20  unquote, I don't do anything, I just have
21  thoughts of it, quote, unquote.
22        She denied any intention or plan
23  of harming self at this time.
24        No side effects of medication
25  noted.  Continued medication -- oh, I'm
```

Page 175

```
 1        LAVIAN - CONFIDENTIAL
 2  sorry, continued to see her therapist on a
 3  weekly basis due to alcohol abuse.
 4        Increased Celexa -- that's the
 5  antidepressant medication -- to two and a
 6  half a day; Seroquel and Cogentin remain
 7  the same.
 8    Q.   And you will agree that in
 9  looking at the pharmaceutical records,
10  Exhibit 22, that following the reduced
11  Seroquel prescription of 12/17/01 the next
12  prescription is from February 22, 2002 for
13  Seroquel; correct?
14    A.   I don't believe I have seen her
15  in February.
16    Q.   I know, I'm asking you on this
17  record do you see that following your
18  prescription that we've already talked
19  about --
20    A.   Yes.
21    Q.   -- where you reduced to 25
22  milligrams per day?
23    A.   Yes.
24    Q.   The very next Seroquel
25  prescription in line is from February 22,
```

Page 176

```
 1        LAVIAN - CONFIDENTIAL
 2  2002; correct, the date?
 3        MR. LAUB:  Just the date.  It
 4  looks like it was prescribed by
 5  another doctor.
 6        MR. BRUZZESE:  I'm get there
 7  counsel.
 8    Q.   Is that correct?
 9    A.   Yes.
10    Q.   And this prescription is from a
11  Dr. Schefflein; correct?
12    A.   Schefflein; yes.
13    Q.   Do you know this doctor?
14    A.   I know him.  I know him, but I'm
15  not really acquainted with him.  I know
16  him.
17    Q.   Okay.  So any reference to
18  continuing Seroquel prescription in your
19  chart of January 5, 2002, it never was
20  filled in this pharmacy records that you
21  can see, she then began seeing a Dr.
22  Schefflein; correct?  According to this?
23    A.   According to this, yes.
24    Q.   And you didn't see Ms.
25  McAlexander after this January 5, 2002
```

Page 177

```
 1        LAVIAN - CONFIDENTIAL
 2  date; correct?
 3    A.   No, no, correct.
 4    Q.   Have you spoken to Ms.
 5  McAlexander since your last treatment
 6  date?
 7    A.   No.
 8    Q.   Do you have any recall of Ms.
 9  McAlexander today?
10        Do you remember what she looks
11  like?  If she walked in the room would you
12  recognize her?
13    A.   If I see her I recognize her.
14    Q.   You prescribed Seroquel to Ms.
15  McAlexander -- I think I took the exhibit
16  off.  One moment.
17        MR. LAUB:  I think these are
18  going to be some math questions here.
19    Q.   You began prescribing Seroquel
20  to Ms. McAlexander your first time in
21  August of 2001 and your last prescription
22  for her was in December 2001?
23    A.   Let me please check it.
24        MR. LAUB:  Just one second.  Is
25  it August or September?
```

45 (Pages 174 to 177)

Manouchehr Lavian
August 7, 2008

Page 178

1       LAVIAN - CONFIDENTIAL
2    A.   No, was not August, I saw her on
3  9/8/01.
4    Q.   I'm sorry, I was reading the
5  wrong doctor's prescription.
6       Your first prescription was
7  9/16/01 was when it was filled, you wrote
8  it first in September of 2001; correct?
9       MR. LAUB:  According to your
10  chart, right, it's 9 -- it's September
11  8, 2001?
12    A.   Yes, at that time was Neurontin,
13  yes.
14    Q.   And I showed you today a Dear
15  Health Care Provider Letter that
16  reportedly was sent to your home address
17  in January of 2004; correct?
18    A.   I recall from that, yes,
19  correct.
20    Q.   And you didn't have the
21  information available in the label change
22  of January 2004 when you began prescribing
23  -- or at any time that you were
24  prescribing Seroquel to Ms. McAlexander;
25  did you?

Page 179

1       LAVIAN - CONFIDENTIAL
2       MR. ELDER:  Objection.
3    A.   I don't recall at that time.
4    Q.   And if they had had that
5  information available to AstraZeneca you
6  would have liked to have factored that
7  into your risk-benefit analysis; correct?
8       MR. ELDER:  Objection.
9    A.   Yes, correct.
10       MR. BRUZZESE:  Doctor, I
11  appreciate your time.  That's all I
12  have for you.
13       THE WITNESS:  You're welcome.
14       MR. LAUB:  Okay.  I guess you
15  can shut down for a minute.
16       THE VIDEOGRAPHER:  Are we going
17  off the record.  We shall return;
18  right?
19       MR. LAUB:  Just mechanics.
20       THE VIDEOGRAPHER:  The time is
21  12:37 p.m. and we're now off the
22  record.
23       [Whereupon, after a luncheon
24  recess was taken, the following was
25  had:]

Page 180

1       LAVIAN - CONFIDENTIAL
2
3    A F T E R N O O N   S E S S I O N
4
5       THE VIDEOGRAPHER:  The time is
6  1:29 p.m. and we're now back on the
7  record.
8  EXAMINATION BY MR. ELDER:
9    Q.   Doctor, good afternoon.
10    A.   Good afternoon.
11    Q.   I'm Scott Elder, again I
12  represent AstraZeneca in Ms. McAlexander's
13  lawsuit.
14       You are engaged in the general
15  practice of psychiatry; is that right?
16    A.   Yes.
17    Q.   About how many patients do you
18  have active at any one time?
19       MR. LAUB:  Is that at the
20  present or at that time?
21       MR. ELDER:  Yes, at the present.
22    A.   On a daily basis?
23    Q.   Yes.
24    A.   It's between 15 to 20, 25.
25    Q.   Okay, and how about in your

Page 181

1       LAVIAN - CONFIDENTIAL
2  whole practice?
3    A.   Definitely more than that on a
4  weekly basis.
5    Q.   And how many -- for how many
6  years have you been engaged in the general
7  practice of psychiatry?
8    A.   Since 1985.
9    Q.   And in your current patient
10  population do you specialize in any age
11  groups or anything like that?
12    A.   I see 16 and up.
13    Q.   And do you treat all ranges of
14  psychiatric conditions?
15    A.   I do.
16    Q.   And you are familiar with the
17  class of medications that we've been
18  talking about today that Seroquel is
19  included in known as atypical anti-
20  psychotics?
21    A.   Yes, I do.
22    Q.   Do you prescribe all of the
23  atypical antipsychotics that are on the
24  market today?
25    A.   Yes, I do.

46 (Pages 178 to 181)

68de98d2-a470-423d-b056-13027f8e39c6

Manouchehr Lavian
August 7, 2008

Page 182

```
 1          LAVIAN - CONFIDENTIAL
 2     Q.   When you choose an atypical
 3  antipsychotic for one of your patients,
 4  how do you select among the drugs that are
 5  available?
 6          MR. LAUB:  Just let me note my
 7     technical objection, and I'm going to
 8     let him answer all these questions,
 9     but for everything these general kinds
10     of questions and for anything
11     certainly that happened after the
12     incident, but I'm going to let him
13     answer the questions.
14          Go ahead.
15     A.   It depends on the evaluation of
16  the patient and the condition of the
17  patient, the symptoms that patient
18  present.
19     Q.   Do different patients react
20  differently to the different atypicals?
21     A.   Yes.  Not only atypical, patient
22  might metabolize medication differently.
23     Q.   Would you agree that in terms of
24  treating your patients it's important to
25  have a range of drugs available within
```

Page 183

```
 1          LAVIAN - CONFIDENTIAL
 2  this class?
 3     A.   Yes.
 4     Q.   We've been talking about or
 5  referring to sometimes these drugs as
 6  second generation antipsychotics.
 7          Are you familiar with a class of
 8  drugs that we sometimes refer to as first
 9  generation antipsychotics?
10     A.   Antipsychotics or neuroleptics,
11  yes.
12     Q.   And do you prescribe that class
13  of medication?
14     A.   Rarely now.
15     Q.   And why is that?
16     A.   Because of the possible more
17  side effects with the old generation, like
18  tardive dyskinesia, NMS, EPS.  We see less
19  compared with the traditional with
20  atypicals.
21     Q.   So in your practice and since
22  you've been practicing psychiatry you have
23  experienced this transition from first
24  generation drugs to the second generation
25  antipsychotics?
```

Page 184

```
 1          LAVIAN - CONFIDENTIAL
 2     A.   Yes.
 3     Q.   And would you agree that the
 4  development of second generation
 5  antipsychotics was an important
 6  development in the treatment of mental
 7  illnesses?
 8          MR. LAUB:  Objection to form.
 9          MR. BRUZZESE:  Object to the
10  form.
11          MR. LAUB:  Yes, objection you
12  can answer.
13     A.   Yes.
14          MR. LAUB:  Instead of my
15     interrupting I'll just have a
16     continued objection to anything that
17     doesn't have anything to do directly
18     with the patient and/or the time frame
19     during and prior to his treating the
20     patient and his knowledge of Seroquel;
21     but unless I think something is
22     totally and patently improper I will
23     have the Doctor answer just so I don't
24     have to repeat any objections.  Okay.
25     Q.   Doctor, the second generation
```

Page 185

```
 1          LAVIAN - CONFIDENTIAL
 2  antipsychotics did not all come on the
 3  market at the same time; do you recall
 4  that generally from your experience with
 5  those drugs?
 6     A.   Yes, yes, I do recall that.
 7     Q.   Okay.  Do you recall in your
 8  experience, in your memory, which one came
 9  out first?
10     A.   If I'm not mistaken I believe
11  Risperdal, then Zyprexa, olanzapine, I'm
12  not 100 percent sure, but then Seroquel,
13  Geodon and then Abilify.
14     Q.   Doctor, in your practice is
15  there an atypical antipsychotic that you
16  use more than others?
17     A.   I'm not sure about it, but
18  depend of any cases, every case is
19  different.
20     Q.   You were shown a number of
21  documents, and I know that you didn't see
22  these before today but --
23          MR. BRUZZESE:  Objection to
24     form.
25     Q.   -- I do want to go back and ask
```

47 (Pages 182 to 185)

Manouchehr Lavian
August 7, 2008

|  | Page 186 |
|---|---|

```
1           LAVIAN - CONFIDENTIAL
2    you a few questions about them.  All
3    right.
4           Doctor, in a few of these
5    e-mails there were references made to a
6    Trial 41.  Do you recall those e-mails?
7       A.   I just took off from that I saw
8    today.
9       Q.   Right.
10          Do you have any knowledge of
11   what Trial 41 is?
12      A.   No, I don't.
13      Q.   Okay.  Do you have any of the
14   data from Trial 41?
15      A.   No, I don't.
16      Q.   Do you know what Trial 41 was
17   about?
18      A.   No.
19      Q.   Do you know what it was a trial
20   of?
21      A.   No.
22      Q.   Is there any information that
23   you have prior to looking at these
24   documents today that would have any
25   relationship whatsoever to Trial 41?
```

|  | Page 187 |
|---|---|

```
1           LAVIAN - CONFIDENTIAL
2       A.   No.
3       Q.   You were shown a Dear Doctor
4    Letter, and this was the letters, the
5    November 2002 Dear Doctor Letter?
6       A.   Yes.
7       Q.   And I wanted to make sure, I
8    wasn't sure if you understood.  Do you
9    know to whom that letter was distributed?
10      A.   My recollection is correct was
11   for in Japan, was done in Japan for
12   doctors in Japan.
13      Q.   Okay.  So you understood that
14   this letter was not distributed to anyone
15   in the United States?
16      A.   I don't know.
17      Q.   Okay.
18          In your practice have you -- in
19   your practice do you routinely receive
20   communications that are directed to
21   doctors in foreign countries?
22      A.   No.
23      Q.   Have you ever received a
24   communication that was directed to
25   physicians in Japan?
```

|  | Page 188 |
|---|---|

```
1           LAVIAN - CONFIDENTIAL
2       A.   No, I don't.
3       Q.   Okay.  You are familiar with the
4    FDA here in this country?
5       A.   Yes, I am.
6       Q.   And you are aware that in this
7    country the FDA reviews and approves drug
8    labels?
9       A.   Yes.
10      Q.   And, in fact, you were shown a
11   letter -- well, let me back up.
12          With respect to Seroquel, you
13   have been provided and seen at times just
14   in your practice the labeling and package
15   insert for Seroquel?
16      A.   Yes.
17      Q.   And you have an understanding,
18   just from being a physician, being a
19   psychiatrist, that those labels, including
20   the Seroquel label, are reviewed and
21   approved by the FDA?
22      A.   Yes.
23      Q.   And but in your practice you're
24   not involved, you're not copied on, you
25   don't deal with any of the interactions
```

|  | Page 189 |
|---|---|

```
1           LAVIAN - CONFIDENTIAL
2    between the pharmaceutical companies and
3    the FDA?
4       A.   No.
5       Q.   Is that right?
6       A.   Exactly.
7       Q.   Okay.  You were shown, for
8    example, this letter that was a
9    communication between FDA and AstraZeneca;
10   and this is -- this isn't a letter that
11   you would typically ever receive in
12   connection with being a psychiatrist?
13      A.   I don't recall receiving
14   anything like this.
15      Q.   Okay.  And is that, would you --
16   have you ever received that type of a
17   letter that's between a pharmaceutical
18   company and the FDA?
19      A.   No, I did not.
20      Q.   Okay.  That's just not something
21   that you would have experience with or
22   access to on a normal basis?
23      A.   No, I don't.
24      Q.   And, Doctor, this was a 2006
25   letter and I wanted to ask you about in
```

48  (Pages 186 to 189)

68de98d2-a470-423d-b056-13027f8e39c6

Manouchehr Lavian
August 7, 2008

Page 190

1        LAVIAN - CONFIDENTIAL
2   this letter from the FDA it indicates here
3   on page 4 "while the agency acknowledges
4   that it has not been established whether
5   Seroquel causes diabetes..." and then it
6   goes on, but I wanted to ask you about
7   that statement, that the FDA acknowledges
8   that it has not been established whether
9   Seroquel causes diabetes.
10       Do you know whether or not that
11  continues to be the position of the FDA
12  today?
13     A.   I'm not sure.
14     Q.   Okay.
15       In terms of this issue that
16  we've been discussing of whether or not
17  Seroquel causes diabetes, have you ever
18  gone personally and researched that issue?
19     A.   I don't recall specifically
20  researching that issue.
21     Q.   Have you ever gone and looked up
22  information specifically about Seroquel
23  and diabetes?
24     A.   Anything that comes for patient,
25  for medication information, I might have

Page 191

1        LAVIAN - CONFIDENTIAL
2   looked at it, yes.
3     Q.   Okay.  You might have referred
4   to the PDR?
5     A.   PDR.
6     Q.   The label?
7     A.   Right, yes.
8     Q.   Okay.  Anything else
9   specifically that you can remember?
10    A.   As I mentioned, I attend
11  conferences, psychopharmacological
12  conferences, APA conferences.
13    Q.   Doctor, you were shown some
14  e-mails earlier that referenced a Study
15  15.  Do you have any information about the
16  topic of Study 15?
17    A.   No.
18    Q.   You've never seen the data from
19  Study 15?
20    A.   No.
21    Q.   You don't know what Study 15
22  studied?
23    A.   No, I don't know.
24       (Whereupon, the above-mentioned
25  six-page document was marked

Page 192

1        LAVIAN - CONFIDENTIAL
2   Plaintiff's Exhibit 23 for
3   identification.)
4        MR. ELDER:  Doctor, I've marked
5   as Exhibit 3 a paper that's titled --
6   as Exhibit 23 a paper that's entitled
7   the "Consensus Development Conference
8   on Antipsychotic Drugs and Obesity and
9   Diabetes" that was published in
10  Diabetes Care in February of 2004.
11    Q.   Have you ever seen that study
12  before, Doctor?
13    A.   I don't recall.
14    Q.   Are you a member of the American
15  Psychiatric Association?
16    A.   Yes, I am.
17    Q.   Do you receive Diabetes Care?
18       MR. LAUB:  What do you mean,
19    personally?
20    Q.   The journal.
21    A.   I don't remember.  I don't know.
22    Q.   Do you subscribe to that
23  journal, the journal, Diabetes Care?
24    A.   No, no.
25    Q.   You do attend American

Page 193

1        LAVIAN - CONFIDENTIAL
2   Psychiatric Association meetings?
3     A.   Yes, I do.
4     Q.   Do you recall whether any of
5   those meetings addressed this issue of
6   antipsychotic medications and weight gain
7   or diabetes?
8     A.   I don't recall.
9     Q.   The documents that you were
10  shown from AstraZeneca ranged in -- the
11  dates on those documents ranged from 1997
12  to 2002, and in particular the Japanese
13  label document was in 2002; do you recall
14  that just from the exhibits here?
15       MR. LAUB:  I mean whatever was
16    there was there.
17       I don't know if he remembers it
18    off the top of his head.
19    Q.   Okay, all right, and, Doctor, if
20  you'll refer to Exhibit 23 in the first column down the left-hand
21  23 in the first column down the left-hand
22  side, about three-quarters of the way down
23  here it refers to a date of a -- of a
24  conference, and that was the conference
25  that this paper is reporting and it's

49 (Pages 190 to 193)

68de98d2-a470-423d-b056-13027f8e39c6

Manouchehr Lavian
August 7, 2008

Page 210

```
1          LAVIAN - CONFIDENTIAL
2      Q.   Hang on a second.  Just tell me
3  what you and Dr. Davis talked about.
4      A.   According what I remember here
5  is he recommended dialectical therapy,
6  that is DBT, dialectical behavioral
7  therapy, for this patient, and after was
8  discharged from Benedictine Hospital she
9  was referred to Cornwall for that therapy.
10     Q.   And tell us, explain what DBT
11 therapy means?
12     A.   DBT is a method that has been
13 since 1991, I'm not sure exactly when,
14 that mostly dealing with people with the
15 borderline personality disorder, but also
16 applies for mood disorder, anxiety
17 disorder as well, and is a method that
18 works with the patient in that area and
19 seems to be beneficial.
20     Q.   And you also referred to a
21 conversation with Dr. Landau; is that
22 reflected in your notes?
23     A.   I'm not sure whether I put it or
24 not.  I'm not sure.
25     Q.   And just --
```

Page 211

```
1          LAVIAN - CONFIDENTIAL
2      A.   But I know Dr. Landau because I
3  have spoken.  Maybe it was not in this
4  case.
5      Q.   Do you recall anything about
6  your conversation with Dr. Landau related
7  to Ms. McAlexander?
8      A.   No, I don't, I don't.
9      Q.   Your notes that you just
10 reviewed for us from July of '01 indicated
11 that Ms. McAlexander was obese at that
12 time.  Was that just based on your
13 observation of her or is that based on an
14 actual weight?
15     A.   No, based -- based on
16 observation.
17     Q.   Do you have any information in
18 your chart here that would allow you to
19 assess Ms. McAlexander's risk factors for
20 developing diabetes as of July of 2001?
21     A.   No, I don't.
22     Q.   Okay.  At least -- well, obesity
23 is a risk factor for developing diabetes;
24 correct?
25     A.   Yes.
```

Page 212

```
1          LAVIAN - CONFIDENTIAL
2      Q.   So as of July 2001 there was one
3  risk factor that she had that you know
4  about from your chart?
5      A.   Yes.
6      Q.   Okay, but other risk factors for
7  developing diabetes, you just don't know
8  because it's not in your information here?
9      A.   No.
10     Q.   You were asked some questions
11 earlier about off-label prescription of
12 Seroquel.  Explain to us what off-label
13 means.
14     A.   A medication has specifically,
15 for example, been approved for, for
16 example, schizophrenia, bipolar disorder,
17 depression, then when we use it for other
18 purpose that is not indicated they call it
19 off-label; and there has been a common
20 practice in medicine that -- I'll give you
21 example -- for example you use anti-
22 seizure medication for mood stabilizer,
23 that's not been indicated.  Lithium is
24 indicated for mood stabilizer, but because
25 we see benefits and less side effects with
```

Page 213

```
1          LAVIAN - CONFIDENTIAL
2  those anti-seizure medication we use as a
3  mood stabilizer.
4      Q.   Do you recall whether or not any
5  of your AstraZeneca pharmaceutical sales
6  specialists have ever discussed off-label
7  use of Seroquel with you?
8      A.   I don't recall.
9      Q.   Doctor, your December 1, 2001
10 note, three lines down, does that -- does
11 your handwriting there say on a -- it says
12 "on a weekly basis," do you see where I'm
13 reading?
14          MR. LAUB:  Hold on.
15     A.   See her therapist Kathy Smith on
16 a weekly basis.
17     Q.   And does that say for anger
18 management?
19     A.   Quote, unquote, for anger
20 management.
21     Q.   Okay.  I just wanted to make
22 sure I had that right.
23     A.   Yes.
24     Q.   Doctor, prior to today, your
25 deposition today, were you aware of the
```

54   (Pages 210 to 213)

68de98d2-a470-423d-b056-13027f8e39c6

Manouchehr Lavian
August 7, 2008

---

Page 214

1           LAVIAN - CONFIDENTIAL
2   allegations in Ms. McAlexander's lawsuit?
3      A.   I received this for deposition
4   and this my knowledge about it
5   [indicating].
6      Q.   Okay, your knowledge about this
7   lawsuit originates from the Notice of
8   Deposition?
9      A.   Yes.
10     Q.   Prior to receiving that you
11  weren't aware of it?
12     A.   No.
13     Q.   Is it fair to say, Doctor, that
14  as to the issue in this lawsuit of whether
15  or not Seroquel harmed Ms. McAlexander,
16  you don't have a medical opinion on that
17  issue?
18     A.   No, I don't.
19     Q.   Okay.  You don't have any basis
20  to testify that Seroquel resulted in any
21  changes to Ms. McAlexander's weight or her
22  blood sugar?
23     A.   I don't know.  I don't have any
24  information in my chart.
25     Q.   Doctor, in prescribing -- in

---

Page 215

1           LAVIAN - CONFIDENTIAL
2   choosing to prescribe Seroquel for Ms.
3   McAlexander, did you rely on any
4   particular conversations with
5   pharmaceutical sales specialists from
6   AstraZeneca?
7      A.   No.
8      Q.   You reached that decision to
9   write that prescription based on your own
10  independent medical judgment?
11     A.   Patient was discharged from
12  hospital on that medication.
13     Q.   All right.  And it was based on
14  your own independent medical judgment to
15  continue that medication?
16     A.   Yes.
17     Q.   Doctor, do you have patients in
18  your practice today who carry a diagnosis
19  of diabetes and are also taking Seroquel
20  or another atypical antipsychotic?
21     A.   Yes, I do.
22     Q.   Okay, and why is that?
23     A.   Patient when he --
24          MR. LAUB:  Just note my
25  objection but you can answer.

---

Page 216

1           LAVIAN - CONFIDENTIAL
2          THE WITNESS:  Can answer?
3      A.   Sometimes -- patient actually
4   metabolizes medication differently and
5   some people respond to some medications
6   better than others, and in few cases --
7   I'm not sure about this case -- but in
8   few cases when, for example, we tried to
9   discontinue the other medication and use
10  another medication result in patient
11  deterioration and hospitalization and
12  relapse, so that's considering all,
13  discussing with the patient and seeing the
14  result of prior medication that was
15  helping, you know, sometimes in some cases
16  the patient want to take that medication
17  because help them better.
18          MR. ELDER:  Doctor, that's all I
19  have for you.
20          Thank you.
21          THE WITNESS:  You're welcome.
22          MR. BRUZZESE:  We're done.
23          THE VIDEOGRAPHER:  We're done?
24  Okay.
25          MR. BRUZZESE:  I appreciate your

---

Page 217

1
2   time, Doctor.
3          MR. LAUB:  I'd like to thank you
4   guys for being gentleman.
5          THE VIDEOGRAPHER:  The time is
6   2:18 p.m. and the deposition is
7   concluded and we're off the record.
8          MR. ELDER:  Our position is that
9   when the transcript is sent to the
10  Doctor for his signature that those
11  exhibits that were objected to as
12  confidential and that constitute or
13  that are subject to the
14  confidentiality order should not be
15  provided to the Doctor.
16          He can obviously review and sign
17  the transcript.
18          Also, the entire transcript
19  needs to be marked confidential
20  consistent with the confidentiality
21  order.
22          MR. LAUB:  I have no problem
23  what you send, of course since you
24  read from a million different exhibits
25  it will be hard for him to actually

---

55 (Pages 214 to 217)

68de98d2-a470-423d-b056-13027f8e39c6