# EXHIBIT 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  Seroquel Products Liability Litigation

MDL DOCKET NO. 1769
            Case No. 6:07-cv-10475

This Document Relates to Linda F. Whittington

DEPOSITION OF DR. MOHAMED O. SALEH

Tuesday, March 4, 2008

12:52 p.m. - 6:55 p.m.

Center for Medicine & Psychiatry
1408 San Marco Boulevard
Jacksonville, Florida 32207

Reported By:
M. Kim Simms, RPR
Notary Public, State of Florida
Esquire Job #921017
Esquire Deposition Services
Jacksonville Office
Phone:  877.598.1044
        904.598.1044

- - -

Page 6

1      Q   Communicating for the court reporter means
2   that we don't give head nods or gestures in response but
3   give a verbal answer that she can type up for us today.
4         And if objections are made, those are for the
5   record only in this deposition, and you may still answer
6   the question unless a lawyer for some reason instructs
7   you not to answer.
8      A   Yes, ma'am.
9      Q   If you need to take a break or just stop at
10  any time, let us know that.
11        And we'll both try not to talk over one
12  another, but if I am talking over you, let me know.  And
13  we'll just try to keep the pace slow enough so that
14  you're able to complete your answers and I'm able to
15  complete my questions.
16     A   Yes, ma'am.
17     Q   Would you give us your full name?
18     A   Mohamed O. Saleh, S-A-L-E-H.
19     Q   And we are at your business address, but would
20  you give us that?
21     A   1408 San Marco Boulevard, Jacksonville,
22  Florida, in Duval County, 32207.
23     Q   And is the name of your business the Center of
24  Medicine and Psychiatry?
25     A   Yeah.  It was just recently changed to Center

Page 7

1   for Medicine and Wellness.
2      Q   Who owns the practice?
3      A   I do.
4      Q   Would you describe your practice at the Center
5   for Medicine and Wellness?
6      A   It was a general psychiatric practice which
7   has recently moved into providing outpatient
8   detoxification services.  But we still provide general
9   psychiatric services.
10     Q   When did you start providing the outpatient
11  care?
12     A   Opened this office in 1988.
13     Q   But you mentioned that your practice broadened
14  from general psych to --
15     A   Outpatient addiction treatment services.
16     Q   And when did that occur?
17     A   In the last four years.
18     Q   Did you do anything to prepare for today's
19  deposition?
20     A   No.  I just looked over the chart a few weeks
21  ago.
22     Q   Did you do any independent research?
23     A   Yes.  I'm already familiar with the research
24  about Seroquel.  I just made sure what I was thinking
25  was consistent with what's going on.

Page 8

1      Q   What did you review about Seroquel in
2   preparation for the deposition?
3      A   The Newcomer -- I just read the Newcomer
4   article, the one that was presented at the
5   neuropsychopharmacology conference in Hollywood,
6   Florida, in 2006.  And I tried to peruse some of the
7   post marketing studies, pre and post marketing studies
8   on Seroquel and Quetiapine specifically in relation to
9   the question of hyperglycemia and diabetes.
10     Q   Did you meet with any lawyers before this
11  deposition?
12     A   No, ma'am.
13     Q   Would you describe your patient population of
14  this clinic?
15     A   Currently, maybe about 70 percent chemically
16  dependent and 30 percent general psychiatric patients.
17  Diagnosis ranging from schizophrenia to depression to
18  general psychiatric -- common psychiatric problems.
19     Q   Generally what does the patient's visit entail
20  for your general psychiatric population?
21     A   First time we do an initial evaluation and
22  determine what kind of treatment we need to provide and
23  then followup visits, which can be either medication
24  management -- but generally medication management plus
25  some kind of counseling, supportive counseling.  And

Page 9

1   then there is a group of patients that come here after
2   they are discharged from the hospital.  We offer
3   supervised services in the hospital.
4      Q   At what hospitals do you have privileges?
5      A   Ten Broeck Hospital.  I am the medical
6   director for Ten Broeck Hospital.
7      Q   Where is that located?
8      A   At -- on Beach Boulevard.
9      Q   In Jacksonville, right?
10     A   Yes, ma'am.  And prior to that, I was the
11  chairman for the Department of Psychiatry, Baptist
12  Medical Center, which is also here in Jacksonville,
13  Florida.
14     Q   Baptist Medical Center?
15     A   Yes, ma'am.
16     Q   Do you typically take the patient's weight?
17     A   Yeah.  Well, I wouldn't say typically, you
18  know, but if we see it is necessary.  We have recently,
19  in the last three months, we were trying to coordinate
20  our treatment with primary care doctors and then just
21  get as much information as possible.  Usually we make
22  sure that the patient sees their primary care doctor and
23  have their physicals and all that treatment there and --
24  but we haven't been consistently getting the records.
25        We are trying to do that process recently,

Page 10

1   actually more than a few months ago.  I started to
2   provide these forms where you can tear off -- tear off
3   booklets where you have a sheet that makes -- simplifies
4   the process of documenting the important elements, such
5   as fasting blood glucose, lipid and hyper -- high blood
6   pressure, evaluate weights, etcetera.
7       Q   Does that allow the patient to bring
8   information from their primary doctor to you?
9       A   Yes.  And then we would fill it in here.
10      Q   And that's something that AstraZeneca provided
11  to you?
12      A   Yes, ma'am.
13      Q   When did they first provide it?
14      A   I don't know.  Maybe a couple -- more than two
15  months ago.  In fact, I don't know the exact date.
16      Q   Do you perform any testing on the patients
17  here in this office?
18      A   Psychological test or laboratory tests?
19      Q   Laboratory testing.
20      A   No, only urine drug test.
21      Q   And so you rely on the primary care doctor --
22      A   Yes.
23      Q   -- to do monitoring of things like weight,
24  blood pressure, cholesterol?
25      A   As much as we can.  And if we see anything

Page 11

1   that jumps at you, a patient gains a lot of weight all
2   of a sudden or they're on a new medication for a medical
3   problem, then we're going to -- I am more aggressive in
4   trying to find out what's going on.
5       Q   In your practice, do you receive and review
6   what I would call a Dear Health Care Provider letter
7   from pharmaceutical companies on occasion?
8       A   Yes, ma'am.
9       Q   And is it your responsibility to review those
10  for your practice?
11      A   Yeah.  Yes, of course.
12      Q   Have you ever talked to Ms. Whittington about
13  her lawsuit against AstraZeneca?
14      A   No, ma'am.  Actually, she was here on the 22nd
15  of February, and I didn't get to see her.  My nurse
16  practitioner saw her.  I think it was February 22nd --
17  February 28th.  No, no.  February 22nd she was here.
18      Q   So you have records --
19      A   February 28th.  February 28th she was here.
20      Q   You have records into 2008 on Ms. Whittington?
21      A   Yes.  But she doesn't come here consistently.
22  I noted she comes maybe three or four times a year, and
23  then she goes to Mental Health Center and then she goes
24  to Northwest Behavioral Health Services.  They also have
25  a chart on her at that center.  I do some consulting at

Page 12

1   Northwest Behavioral Health Centers, and they have a
2   chart on her over there.
3       Q   Northwest --
4       A   Northwest Behavioral Health Services.  And
5   I --
6       Q   So she's being seen there and in this office?
7       A   And this office, yeah.
8       Q   And what's the third place you mentioned?
9       A   Mental Health Center of Jacksonville.
10      Q   What is your understanding of why she's moving
11  between these practices?
12      A   She's very -- she's very inconsistent.  She's
13  not what you call a reliable patient.
14          MR. BRUDNER:  I need to object to the form of
15      that question.
16          THE WITNESS:  She just -- many of these
17      patients that suffer from these mental psychiatric
18      disorders, frequently they go from doctor to
19      doctor, and it's very difficult to monitor them on
20      a regular basis.
21          But she was here February 28th.  And prior to
22      that, she was here on December 4th.  Then she was
23      here in November, then in August, then in February.
24      So last year she was seen four times.  February,
25      August, November and December.

Page 13

1   BY MS. OWENS:
2       Q   What have your observations been about her
3   reliability in seeking -- and consistency in seeking
4   psychiatric care --
5           MR. BRUDNER:  Objection, form.
6   BY MS. OWENS:
7       Q   -- over the years?
8       A   She's not a reliable patient.  Inconsistent
9   and generally noncompliant.  She was here in 2005.  2005
10  she was seen three times.  She was not seen at all in
11  2000 -- no, once in 2006 and then three times in 2007.
12  And after -- I'm sorry, in 2007 she was seen twice.  In
13  August and in December.
14          MR. BRUDNER:  Objection, nonresponsive.
15  BY MS. OWENS:
16      Q   Do you have any understanding of why
17  Ms. Whittington is suing AstraZeneca?
18      A   You know, I went through her chart.  And I
19  know she was on Seroquel at some point and she -- she
20  was also on hyperglycemic -- a hyperglycemic agent, on
21  Metformin.  So I'm assuming -- well, a patient of mine
22  about six months ago told me that they saw an ad on TV
23  that claims he was going to have a payday.  So I'm
24  assuming she is looking forward to a payday.
25      Q   Was your patient talking to you about an ad

Page 14

```
 1  that related to pharmaceutical litigation?
 2      A   No, she didn't talk to me about it.
 3      Q   Was the patient you referred to a few months
 4  ago who saw an ad on television --
 5      A   Yes.
 6      Q   -- talking about pharmaceutical litigation?
 7      A   Yes.  Yes.  I didn't -- I mean, I don't -- I
 8  don't remember who the patient was.  But that patient
 9  was on Seroquel, saw an ad on TV, and he told me that he
10  saw something on TV that makes him believe that he is
11  going to have a payday.  And at that point, I -- I, you
12  know, I just -- so when I heard about Ms. -- when I read
13  the letter from -- I received the letter telling me
14  about the subpoena, that's what came to my mind.
15  Ms. Whittington is looking forward to a payday.
16      Q   Are you aware that she is claiming to be
17  injured by Seroquel?
18      A   I'm assuming that.
19      Q   Seroquel is an atypical antipsychotic,
20  correct?
21      A   Yes, ma'am.
22      Q   Are you familiar generally with atypical
23  antipsychotics?
24      A   Yes, very familiar.
25      Q   I'm sure you are.  And, in fact, you have
```

Page 15

```
 1  prescribed atypicals including Seroquel in the past?
 2      A   Yes, ma'am.
 3      Q   And you prescribed Seroquel and Zyprexa and
 4  other atypicals to Ms. Whittington, correct?
 5      A   Yes.  We stopped prescribing Zyprexa, I don't
 6  know, two or three years -- right after they had a Eli
 7  Lilly settlement, we decided -- I decided I'm never
 8  going to prescribe Zyprexa.
 9      Q   Why did you decide not to prescribe it?
10      A   Well, because it was my understanding that Eli
11  Lilly, when they -- part of their settlement was they
12  were going to be held harmless, they couldn't be sued
13  again.  So I feel the next person -- next person or
14  entity going to be sued is going to be the doctors.  So
15  then I don't prescribe Zyprexa, period.  I also wrote a
16  letter to pharmaceutical companies here telling them
17  that, do not honor any prescriptions for Zyprexa in my
18  name that are out there, any refills that are pending.
19          And, actually, my nurse practitioner did
20  prescribe a -- one prescription for Zyprexa about a few
21  months ago.  So I put on warning, next time they do it,
22  I'm going to terminate them.  And the patient that I had
23  on Zyprexa, I switch over to Seroquel.
24      Q   Now, would you remind me, I think you told us
25  the date, that you made that decision?
```

Page 16

```
 1      A   I don't know.  Two, three years ago.
 2      Q   Around the time of the Lilly settlement?
 3      A   Right.
 4      Q   Other than Zyprexa, is it true that you
 5  continue to prescribe atypical antipsychotics today?
 6      A   Yes, I prescribe all the other atypicals.  But
 7  Seroquel and Abilify are my drugs of choice.
 8      Q   So you continue to prescribe Seroquel to
 9  patients today?
10      A   Seroquel and Abilify are my drugs of choice.
11  If a patient is on atypical, I'll prescribe them either
12  Seroquel or Abilify, according to whether they need a
13  sedating agent or nonsedating agent.  As much as
14  possible I do not prescribe Risperdal, Geodon and
15  Clozaril.
16      Q   And given your prescription history, I assume
17  you are aware since 2004 there's been an FDA approved
18  classwide warning applicable to all atypical
19  antipsychotic medications that warns of the risk of
20  diabetes and hyperglycemia, right?
21      A   Yes, I'm aware of that.
22      Q   And you were aware of that in 2004 when it
23  came out, I suspect?
24      A   Yes, ma'am.
25      Q   You knew that that warning appeared in the
```

Page 17

```
 1  labels for Zyprexa, correct?
 2      A   Yes, ma'am.
 3      Q   Seroquel?
 4      A   Uh-huh.
 5      Q   And it appeared in the --
 6      A   Yes, yes.  Actually --
 7      Q   -- labels for Seroquel?
 8      A   -- I just went over that this morning to make
 9  sure of that, yes.
10      Q   Would you identify the document you are
11  referring to?
12      A   This is a Seroquel, Quetiapine,
13  Q-U-E-T-I-A-P-I-N-E, Fumarate, F-U-M-A-R-A-T-E, tablet.
14  This is the instructions that comes with all the
15  prescriptions, all the Seroquel boxes.
16      Q   May I see it for a moment?
17      A   Yes.
18          MS. OWENS:  Off the record.
19          (Off the record.)
20          MS. OWENS:  Let the record reflect that the
21  doctor is looking at a Seroquel warning revised
22  July '07.  Would you like to see it?
23          MR. BRUDNER:  No thanks.
24  BY MS. OWENS:
25      Q   I assume, Doctor, that as they were issued,
```

**Page 18**

```
 1  you saw warnings about Seroquel --
 2      A  Yes, ma'am.
 3          MR. BRUDNER:  Objection, form.
 4  BY MS. OWENS:
 5      Q  -- at approximately the time they were issued?
 6          MR. BRUDNER:  Same objection.
 7          THE WITNESS:  Whenever they were issued.
 8          MS. OWENS:  I'll rephrase the question.
 9  BY MS. OWENS:
10      Q  When would you have seen earlier warnings
11  issued about Seroquel, Doctor?
12      A  You know, I've been involved with Seroquel
13  from the very beginning when they had that multicenter
14  study prelaunch -- what's the name of it -- that, you
15  know, when something came out.  I was involved with
16  those.  And we did some of the studies here.  I would --
17  this was a center where the clinical trial was carried
18  out.
19          I'm also a speaker for Seroquel and for
20  Abilify.  And I only use those two because they're the
21  ones I'm the most comfortable with because I believe
22  they're effective.  And when it comes to benefit to risk
23  ratio, they are the best ones to use.
24          All drugs have side effects.  All drugs have
25  problems.  But when it comes to the issue of benefit to
```

**Page 19**

```
 1  risk ratio and weight gain, hyperglycemia or what have
 2  you, I think these are the best drugs.  So I'm familiar
 3  with Seroquel and I'm comfortable using it and I will
 4  continue to use it.
 5          MR. BRUDNER:  Objection, nonresponsive.
 6          THE WITNESS:  Does that answer your question?
 7  BY MS. OWENS:
 8      Q  Over the years as you prescribed Seroquel and
 9  warnings were issued on Seroquel, roughly when would you
10  have seen those warnings with regard to when they were
11  issued?
12      A  As they came out.  And the pharmaceutical
13  reps, they come here and provide us with all kind of
14  information.  If I need additional information, all I
15  have to do is call them and they provide us with
16  articles, literature, anything we need to know about it.
17      Q  And since we drew an objection, let me ask you
18  a series of questions relating to your last answer.
19          Why do you choose today to continue to
20  prescribe Seroquel and Abilify particularly?
21      A  Because they are the safest and the most
22  effective.
23      Q  And what is your evaluation of the risk ratio
24  for those drugs?
25      A  I see the risk of hyperglycemia is
```

**Page 20**

```
 1  0.01 percent, if I recall correctly.  And the Newcomer
 2  study, I consider the Newcomer an expert in the field of
 3  psychology and endocrinology, it shows that there is no
 4  relation between Quetiapine and hyperglycemia.  And
 5  there have been very infrequent nonstatistically
 6  significant episodes of hyperglycemia and small changes
 7  in hemoglobin A1C.  Nonstatistically significant.
 8          So I have to use the drug, antipsychotic
 9  medication when they are indicated.  So I have a choice.
10  And when I weigh the benefit to risk ratio of all the
11  drugs available to me, of course, I'm going to use
12  atypicals as opposed to the conventional, such as
13  Haldol, Thorazine, etcetera.  And when it comes to
14  atypical, and I do the benefit to risk ratio, I -- it
15  boils down to Seroquel and Abilify.
16      Q  What is the significance of whether the data
17  is statistically significant?
18      A  It's a -- it could happen also with a placebo.
19  It doesn't matter.  It's irrelevant.
20      Q  If it is not statistically significant?
21      A  Yeah.  And it is not important.
22      Q  Am I correct that you continue to prescribe
23  atypical antipsychotics even knowing that they may
24  include risk of diabetes, hyperglycemia, weight gain and
25  diabetes related injuries?
```

**Page 21**

```
 1      A  Yes, ma'am.
 2      Q  You're making the decisions you've described
 3  based on your best independent medical judgment,
 4  correct?
 5      A  Yes, ma'am.
 6      Q  What relation does your decision to prescribe
 7  Seroquel have to your original involvement in clinical
 8  trials for the company?
 9      A  Well, I also was involved in clinical trial
10  for either drug and I feel comfortable.  It passes the
11  mother test.
12      Q  The what test?  Sorry.
13      A  The mother test.  If it's something I would
14  prescribe for my mother, then it's good for my patients.
15      Q  Oh.
16      A  And I would prescribe Seroquel for my mother
17  if she needed it.
18      Q  Are there atypical antipsychotic drugs that do
19  not pass the mother test in your practice?
20      A  Yes, ma'am.
21      Q  What are they?
22      A  Zyprexa.
23      Q  Others?
24      A  Well, you know, I would have to say I wouldn't
25  prescribe Geodon to my mother of the atypicals.  I
```

## Page 22

1    wouldn't prescribe Oxycontin either.
2        Q    Now, you have one or more gifts in your office
3    from the company that sells Geodon, correct?
4        A    Yeah.  They bring us pens and stuff like that.
5        Q    And does that cause you to prescribe Geodon?
6        A    No.  Not only that, if a drug representative
7    brings anything that I feel is out of line as a gift to
8    my staff or to me, we will not allow them back in the
9    office.  And I just think that's really inappropriate.
10       Q    Has that been a problem with sales reps from
11   AstraZeneca?
12       A    No, no.  We have -- I don't know what company
13   it was.  There was one that brought birthday cake to one
14   of my receptionists, and we banned them from the office.
15   We do not put up with that.  It's just inappropriate.
16       Q    Your prescription decision as you described is
17   also based on your medical training and your clinical
18   experience with your patient population here in this
19   clinic, correct?
20       A    Yes, ma'am.
21       Q    And that is the process you went through when
22   you prescribed Seroquel for Ms. Whittington, I assume,
23   by determining that the benefits of Seroquel outweigh
24   the risk for her?
25       A    Yes, ma'am.

## Page 23

1        Q    Was Seroquel helpful to Ms. Whittington in
2    treating the symptoms of her mental illness?
3        A    Yes, ma'am.
4        Q    In what way?
5        A    I believe it helped her sleep better at night.
6    And we would not give her a high -- it was a small,
7    small dosage compared to the usual dosage.  And we
8    changed it on a few occasions.  We changed it for
9    different ones because she felt it was not helping her
10   as much.  But, again, because she was not coming here
11   consistently for her medication management, it was kind
12   of cumbersome to really help her effectively.
13       Q    Do you think you made a mistake in prescribing
14   Seroquel for Ms. Whittington?
15       A    No, ma'am.
16       Q    In fact, as you sit here today, knowing all
17   that you know about risks of atypical antipsychotic
18   medication, including Seroquel, isn't it right you still
19   stand by your medical judgment to prescribe Seroquel --
20       A    Yes, ma'am.
21       Q    -- for Ms. Whittington?
22       A    Yes, ma'am.
23       Q    At the time you initially prescribed Seroquel
24   for Ms. Whittington, if there had at that time been a
25   warning that Seroquel would cause diabetes and

## Page 24

1    hyperglycemia, would you still have prescribed it for
2    her?
3        MR. BRUDNER:  Object to the form.
4        THE WITNESS:  I'm sorry, would you please ask
5    the question again.  At the time --
6    BY MS. OWENS:
7        Q    At the time you prescribed -- first prescribed
8    Seroquel for Ms. Whittington, if there had been a
9    warning of diabetes and hyperglycemia, would you still
10   have prescribed it for her?
11       MR. BRUDNER:  Same objection.
12       THE WITNESS:  It depends on the type of
13   warning.  But the warning that I had available and
14   I have available to date would not keep me from
15   prescribing Seroquel.
16   BY MS. OWENS:
17       Q    For Ms. Whittington specifically?
18       A    For Ms. Whittington specifically or any other
19   patient.
20       (Deposition Exhibit No. 1 marked for
21   identification.)
22   BY MS. OWENS:
23       Q    Doctor, did you receive Exhibit 1, the notice
24   of your deposition?
25       A    Yes, ma'am.

## Page 25

1        Q    And did you bring a copy of your chart on
2    Ms. Whittington with you today in response to the
3    request?
4        A    Yes.
5        Q    Is it your regular practice to maintain
6    complete and accurate records of your patients' medical
7    treatment?
8        A    Yes, ma'am.
9        Q    And do you depend on the completeness of your
10   records to provide good treatment to your patients?
11       A    Yes, ma'am.
12       (Deposition Exhibit No. 2 marked for
13   identification.)
14   BY MS. OWENS:
15       Q    I'd like to show you Exhibit 2, which is a
16   copy that I have from your medical records, and ask you
17   whether the handwritten notes are, in part, your --
18       A    Yeah.
19       Q    -- handwriting?
20       A    I usually dictate -- I usually dictate my
21   notes.  I see notes from nurse practitioners.  And this
22   is Dan Malcolm.  This is actually my note, this old one.
23       Q    So your handwriting appears and the nurse
24   practitioner's handwriting appears --
25       A    Yes, ma'am.

---

Page 26

1    Q    -- in the chart?
2    A    Yeah.
3    Q    And did you say another doctor?
4    A    Another nurse practitioner that was -- what's
5    her name. Sue St. Clair. She's no longer here.
6    Q    Other than the 2008 records in your chart
7    today, does our -- is our set of Exhibit 2 a complete
8    set of your chart? Does it appear to be?
9    A    Yes, ma'am.
10   Q    Are these records maintained in the ordinary
11   course of business in your medical practice?
12   A    Yes, ma'am.
13   Q    And by these, I'm referring to what we have as
14   Exhibit 2.
15   A    Yes. You're missing one note here, the one
16   from February 2008. This is her last visit here.
17   Q    '08?
18   A    '08.
19   Q    Could you get us a copy of that at the break?
20   A    Yes, ma'am.
21   Q    And do you have information, documents or
22   correspondence relating to Ms. Whittington anywhere
23   other than in your chart?
24   A    No, ma'am. All I have is my chart.
25   Q    What about records of phone messages?

---

Page 27

1    A    I don't see any here, ma'am.
2    Q    Do you keep a research or reference file on
3    Seroquel or on atypicals generally for use in your
4    general practice?
5    A    Do I use --
6    Q    Do you keep a file of information about
7    Seroquel or other atypicals?
8    A    Yes, ma'am.
9    Q    How often today do you see patients with
10   either bipolar or schizophrenia?
11   A    Fairly regularly. Every week.
12   Q    Schizophrenia is a serious illness, right?
13   A    Yes, ma'am.
14   Q    Why?
15   A    It's probably the -- one of the most, if not
16   the most, debilitating psychiatric illness because it
17   impairs the individual's functioning at all levels.
18   Q    In so doing, how does it affect their lives?
19   A    They cannot function on their own in society.
20   They experience severe delusions, paranoia. They may
21   experience auditory hallucinations, visual
22   hallucinations. Obviously, you know, they cannot
23   function in a reasonable way in the community.
24   Q    Does medicine help those patients?
25   A    Yes, ma'am.

---

Page 28

1    Q    How so?
2    A    It decreases, and in some cases, many cases,
3    eliminates the symptoms and helps them become
4    functional.
5    Q    How do you decide what type of medicine to use
6    in a schizophrenic, choosing between, for example, first
7    generations and atypicals?
8    A    Well, you know, as much as possible, we try to
9    use atypicals because they are effective and they have
10   less side effects than the conventionals.
11   Q    What were the side effects of the first
12   generations that you are --
13   A    There's a slew of side effects, extrapyramidal
14   side effects. You know, tardive dyskinesia, dystonic
15   reactions, pseudoparkinsonism. It's really very
16   problematic side effects.
17   Q    When a patient develops pseudoparkinsonism
18   from first generation, does that side effect continue
19   after the drugs are discontinued?
20   A    Well, in some cases if they develop tardive
21   dyskinesia, it can be irreversible.
22   Q    Do patients with schizophrenia have a higher
23   risk of diabetes?
24   A    Yes, ma'am.
25   Q    Why is that?

---

Page 29

1    A    I think they have a higher risk of diabetes
2    than the general population in the United States in
3    general. And also schizophrenia patients, because of
4    the lifestyle, you know, obesity, lack of activities,
5    you know, overeating and just a very unhealthy
6    lifestyle.
7    Q    And are those lifestyle characteristics
8    typical of the patient population you see with
9    schizophrenia?
10   A    Yes, ma'am.
11   Q    In general, do those patients have a higher
12   incidence of health complications?
13   A    Yes, ma'am.
14   Q    Other than obesity?
15   A    Yes, ma'am.
16   Q    And other than diabetes?
17   A    Yes, ma'am.
18   Q    What first generations have you prescribed in
19   the past?
20   A    Haldol, Thorazine, Niravam, Trilafon.
21   Q    Stelazine?
22   A    Stelazine.
23   Q    Prolixin?
24   A    Prolixin. Probably all of them.
25   Q    Do you still prescribe any of these?

Page 34

```
1   bedtime and it will help them sleep so they don't have
2   to use a sleeping medication.
3       Q   Are atypicals as a class associated with
4   weight gain?
5       A   Yes, ma'am.
6       Q   And doctors have known that since Clozaril was
7   first used in the 1990s, right?
8       A   Yes, ma'am.
9       Q   Do you in your practice with your patients try
10  different medicines until one or a combination proves to
11  be effective?
12      A   Commonly, yes.
13      Q   Is there a particular duration you usually
14  prescribe?
15      A   Two, three weeks.
16      Q   Approximately when did you start prescribing
17  Seroquel generally?
18      A   In general, just around the time that it was
19  launched.  As I said, I was involved in the premarketing
20  trial.
21      Q   If I'm right, it came on the market in around
22  19 --
23      A   Zodiac.  I think Zodiac.  There was a Zodiac,
24  Z-O-D-I-A-C, trial.  It was a multi center trial, so
25  this was one of the centers where we compared Seroquel
```

Page 35

```
1   with Risperdal.
2       Q   So if Seroquel came on the market in about
3   1997, is that about the time you would have started
4   prescribing it?
5       A   Yes, ma'am.
6       Q   Other than in the study you participated in?
7       A   Yes, ma'am.
8       Q   What are the benefits to you in your practice
9   to participating in a clinical study on a drug?
10      A   Well, you can have -- directly involved with
11  the studies and the information that is used to
12  determine that these medicines are effective.  Plus,
13  we're -- I guess we will see it in writing, we see it on
14  writing.  But that's the package.
15      Q   You work for -- for any money you receive for
16  doing the studies, correct?
17      A   Yes.  Yes.  Of course.
18      Q   You have to attend training sessions --
19      A   Yes, ma'am.
20      Q   -- I assume.  You have to keep records beyond
21  what you ordinarily would keep for your patients,
22  correct?
23      A   And that's why we don't do the studies
24  anymore.  They are too cumbersome.  There's too much
25  paperwork.
```

Page 36

```
1       Q   But when you were doing them, what influence
2   did it have on your prescription decisions and your
3   weighing of risk and benefits of the drugs?
4       A   Well, at the very beginning actually, because
5   the dosages that they were recommending were too low.  I
6   thought the medicine was not effective, you know.  But
7   then as the studies came, after the Zodiac study that
8   showed that in high dosage was more effective, then I
9   start to use higher dosages, and I realized it's an
10  excellent drug.
11      Q   Do you continue to prescribe Seroquel to your
12  patients today?
13      A   Yes, ma'am.
14      Q   Do you find that it helps your patients?
15      A   Yes, ma'am.
16      Q   You're aware that weight gain is a possible
17  risk of Seroquel use, correct?
18      A   Yes, ma'am.
19      Q   How did you first come to know that?
20      A   Not from direct experience.  Not from nothing
21  seen in my patients.  Just from the studies that came
22  out, the clinical trials that came out later.  But I
23  think it's really not a significant amount actually.
24  Clinical trials show the weight gain is around 6 pounds
25  a year or something, if that.  But I didn't have any of
```

Page 37

```
1   my patients complain of weight gain, with Seroquel at
2   least.
3       Q   And are you aware that diabetes is a possible
4   risk of Seroquel use?
5       A   Hyperglycemia, really I've just been buy in to
6   this notion that Seroquel or -- except for Zyprexa, I
7   don't know about Zyprexa.  I just don't prescribe it.  I
8   have some major issue about that drug.  And the fact
9   that the Eli Lilly settle it makes me feel that Eli
10  knows something I don't know.  So, I don't know whether
11  Zyprexa causes diabetes, but I'm not taking any chances
12  on my patients.  The others, you know, they may cause
13  hyperglycemia, but I don't see it's really significant
14  for me to worry about it.
15      Q   You were aware of these issues when you first
16  prescribed Seroquel to Ms. Whittington --
17      A   Yes, ma'am.
18      Q   -- in 2001, correct?
19          MR. BRUDNER:  Objection, form.
20          THE WITNESS:  Yes, ma'am.  Been aware all
21  along.
22          (Deposition Exhibit No. 3 marked for
23  identification.)
24  BY MS. OWENS:
25      Q   Let me ask you to look at Exhibit 3 and tell
```

Page 38

1  me whether it reflects the date, December 4th of 1995,
2  when Ms. Whittington was first seen in your practice.
3      A   Yes, ma'am.  After her discharge from Baptist
4  Hospital.
5      Q   Do you know why she was admitted to Baptist at
6  that point?
7      A   Probably because of incidence of psychosis.
8      Q   Have you been seeing Ms. Whittington as a
9  patient since 1995?
10     A   Yes, off and on.  Off and on, not consistent.
11     Q   How was she first referred to you?
12     A   I don't recall, but I can go through my
13 reports.  Well, the first mention of Ms. Whittington
14 goes to October 1994 when she was admitted to Baptist
15 Hospital.
16         MS. OWENS:  May I see that record?
17 BY MS. OWENS:
18     Q   Will you also arrange for us to get a copy of
19 this page at the break?
20     A   Okay.  You don't have one?
21     Q   No, I don't have this.
22     A   Sure.  Okay.
23     Q   But --
24     A   And I can send it next door and they will -- a
25 printing press.  As long as you pay for it, they will

Page 39

1  photocopy all of it.
2      Q   Okay.  In October of 1994, your chart reflects
3  a record from --
4      A   Baptist.
5      Q   -- Baptist Medical Center, correct?
6      A   Yes, ma'am.
7      Q   And the document you have, I believe, is the
8  discharge summary; is that correct?
9      A   Yes, ma'am.
10     Q   What was Ms. Whittington's primary issue in
11 October of 1994?
12     A   Schizophrenia.
13     Q   And what was the concern about her at that
14 time?
15     A   She was admitted to the hospital because she
16 was experiencing re-exacerbation of symptoms.  She was
17 experiencing paranoid and persecutive illusions.  I'm
18 reading from the record.  And having visual
19 hallucinations.  She was seeing people following her to
20 hurt her.  She was disoriented, vague, auditory
21 hallucinations and visual hallucinations.  Persecutive
22 illusions.  And she was recently arrested for possession
23 of a concealed firearm.  Subsequently went to their
24 pretrial intervention program.  She was referred for
25 mental health treatment.

Page 40

1      Q   Was there a concern at that time that she was
2  a danger to others around her?
3      A   Yes, ma'am.
4      Q   Do you know whether in the past
5  Ms. Whittington had also been a suicide risk?
6      A   In that admission she denied any suicidal
7  ideation.
8          (Deposition Exhibit No. 4 marked for
9  identification.)
10 BY MS. OWENS:
11     Q   Let me ask you to refer to Exhibit 4 and ask
12 you whether -- ask you what it appears to you to be?
13     A   This is a medical record discharge summary
14 from University Hospital in Jacksonville.
15     Q   Is that the type of record you would typically
16 rely on in understanding your patient's medical history?
17     A   Yes, ma'am.
18     Q   And does it suggest as to Ms. Whittington?
19     A   She took an overdose, an Elavil overdose.
20     Q   In what year?
21     A   I don't see the date here.  1990.  9/26/1990.
22 1990.
23     Q   And, Doctor, moving in your chart, I believe
24 you more regularly saw Ms. Whittington beginning in
25 1999; is that correct?

Page 41

1      A   '94, I saw her at Baptist Hospital, when she
2  was admitted to Baptist Hospital.  And then she started
3  coming to my practice February 1996.  She was seen at
4  Keep Safe Center, not in my office.  The community
5  mental health center.  1996 and then --
6      Q   Was she next seen in your office --
7      A   December 4, 1995.
8      Q   What about in March of 1999 as reflected on
9  Exhibit 5?
10     A   Yes, ma'am.  She was here March 17th, 1999.
11         (Deposition Exhibit No. 5 marked for
12 identification.)
13 BY MS. OWENS:
14     Q   Do you have a dictated record of your
15 March 17, '99, visit?
16     A   Yes, ma'am.  Do you want a copy of that?
17     Q   Yes.
18     A   It seems like -- I'm surprised.  I mean,
19 usually they're supposed to send the whole chart.  What
20 did they send?  Is it not in there, March 17th?
21     Q   This record just says dictated?
22     A   Dictated.  Right here, yes.
23     Q   Okay.
24     A   I'm going to pull them out as we see speak so
25 that, you know, we can...

(Pages 38 to 41)

Page 42

1    Q   Great.  May I see that one?
2    A   Yes, ma'am.  I don't know, maybe -- whoever
3  was working in our medical records made the copies.
4  Stevie Wonder.
5        MS. OWENS:  Off the record.
6        (Off the record.)
7  BY MS. OWENS:
8    Q   Your diagnosis of Ms. Whittington at that time
9  was chronic paranoid type schizophrenia, right?
10   A   Yes, ma'am.
11   Q   And at the time she reported to be on
12  Restoril, Depakote and Elavil but was not able to tell
13  you dosages or frequency?
14   A   Yes, ma'am.
15   Q   Let me ask you to refer to Exhibit 6, which is
16  your handwritten notes from -- well, let me ask you,
17  whose handwriting appears on the notes?
18   A   Sue St. Clair, nurse practitioner.
19   Q   So on 3-31-1999, Ms. St. Clair saw
20  Ms. Whittington, correct?
21   A   Yes, ma'am.
22   Q   Doctor, does your signature also appear on
23  that record?
24   A   Yes, ma'am.
25   Q   And does that mean you also saw the patient

Page 43

1  that day?
2    A   Yeah.  I may have seen her or just reviewed
3  the record at the end of the day.  I'm ultimately
4  responsible for any patient that comes to this office.
5    Q   At that time -- well, let me back up.  How
6  long have you worked with Ms. St. Clair?
7    A   She was here with us, I think, one or two
8  years.
9    Q   She's no longer in this practice?
10   A   No, ma'am.
11   Q   At the time were you depending on her records
12  and examination of patients as a part of your assessment
13  of those patients?
14   A   Yes, ma'am.
15   Q   And is this typed record that we see as
16  Exhibit 5 a part of how she would have reported
17  information for you?
18   A   There -- my dictated record?  Yes, ma'am.
19   Q   What did she report about Ms. Whittington and
20  television at the time of that visit?
21   A   Huh?  What?
22   Q   If you will look at the first page of
23  Exhibit 6 -- I'm sorry, Exhibit 5.
24   A   This one or that one?
25   Q   I'm giving you the wrong number.  Forgive me.

Page 44

1  This one.  Let me get mine straight here.  Okay.  I'm
2  talking about Exhibit 5, the handwritten part that is
3  dated March 31 of '99.  What did you learn from Ms. St.
4  Clair about Ms. Whittington and watching television.
5    A   Yes.  She was experiencing ideas of reference.
6  She felt that the people in the television show were
7  watching her.
8    Q   Is that a symptom of schizophrenia?
9    A   Yes, ma'am.
10   Q   Was she smoking one pack of cigarettes a day
11  at that time?
12   A   Yeah.
13   Q   According to the record?
14   A   Yes, ma'am.
15   Q   And I believe Ms. St. Clair or you recorded at
16  that visit that her problems dated back to the late
17  1980s, correct?
18   A   Yes, ma'am.
19   Q   That her family had become afraid of her?
20   A   Yes.  If that's what's written.  I can read it
21  for you.
22   Q   And that she made a brief comment about
23  becoming violent with her own family?
24   A   Yes, ma'am.
25   Q   You mentioned that she had been arrested for

Page 45

1  having a concealed weapon, and this says that she stayed
2  hospitalized for six to seven months.  Is that correct?
3    A   I'm reading from the record.  She states that
4  she was last hospitalized in Macclenny about two years
5  ago for an evaluation after being arrested for carrying
6  a gun.  She states six to seven months.  She also stated
7  that she had been in and out of 20th Street Clinic for
8  approximately six to seven years.  She was last seen at
9  20th Street in the first part of March.
10   Q   What is the 20th Street Clinic?
11   A   That's the community mental health center.
12  More specifically the Mental Health Center of
13  Jacksonville.  It's an inpatient crisis stabilization
14  unit.  The acronym is CSU.
15        MS. OWENS:  Looking at the record we will mark
16  as Exhibit 6.
17        (Deposition Exhibit No. 6 marked for
18  identification.)
19  BY MS. OWENS:
20   Q   What is your impression about the patient and
21  how she appeared at that time in 1999?  And I believe
22  this record is dated May 11th, '99.
23   A   Yes.  This is my handwritten note.  I wrote
24  this note.  1999, this was when my handwriting was still
25  legible.  "Reports feeling increasing anxiety.  Okay at

**Page 54**

1    A   That is an admission at the Baptist Hospital
2  from October 20th, 1994.
3    Q   And why do you have that record?
4    A   I was a treating physician when she was
5  admitted to Baptist Hospital.
6    Q   Is it your ordinary custom and practice to
7  keep hospital records in your chart as well --
8    A   Yes, ma'am.
9    Q   -- for your patients?
10    A   Yes, ma'am.
11    Q   I have just a few questions for you about the
12  remaining records, Doctor.  We'll move through them as
13  efficiently as we can.
14      (Deposition Exhibit No. 13 marked for
15  identification.)
16  BY MS. OWENS:
17    Q   Looking at Exhibit 13, what is paresthesias?
18    A   Paresthesias, just a numbness and tingling
19  that you can experience from neurological symptoms, I
20  guess.
21    Q   Looking back at your records, do you know why
22  Ms. Whittington was reporting those sensations at the
23  date of Exhibit 13, July 10th, 2000?
24    A   Yeah.  I don't know.  She had that complaint
25  and that could be anything.  Could be part of her

**Page 55**

1  delusional system or it could be some side effect.  But
2  it's -- I doubt -- I doubt it.  I doubt that, like she's
3  saying here, like blood, I guess, blood rushing to my
4  fingers and to my toes.
5    MS. OWENS:  Moving to Exhibit 14.
6      (Deposition Exhibit No. 14 marked for
7  identification.)
8  BY MS. OWENS:
9    Q   What does the first quote under your -- the
10  subjective notes say that the patient was reporting?
11    A   A burning in stomach when I take Elavil.
12    Q   Was this a patient who understood that drug
13  she was taking had side effects?
14    MR. BRUDNER:  Object to form.
15    THE WITNESS:  Could you rephrase the question,
16  please?
17  BY MS. OWENS:
18    Q   Was this patient reporting side effects of
19  medicines to you?
20    A   That's not a side effect that I hear with
21  Elavil, but that's what she was complaining about.
22    Q   Okay.  So, is it correct that she was
23  reporting a side effect and associating it with Elavil?
24    A   Yes, ma'am.  She was experiencing something in
25  her stomach, a burning sensation, and she was

**Page 56**

1  associating it with Elavil.
2    Q   So at that time, is it correct that
3  Ms. Whittington was associating some physical symptoms
4  or changing with medicines that she was taking?
5    A   Pills.
6    MS. OWENS:  Moving to Exhibit 15.
7      (Deposition Exhibit No. 15 marked for
8  identification.)
9  BY MS. OWENS:
10    Q   What was the medicine that Ms. Whittington
11  believed she should be on at the time of the visit in
12  March of 2001, March 28th?
13    A   I'm reading.  "Believes she should be on
14  Haldol but believes Zyprexa works well for her.
15  Continues to help periodic depression."
16    MS. OWENS:  And let me ask you to look at
17  Exhibit 16.
18      (Deposition Exhibit No. 16 marked for
19  identification.)
20  BY MS. OWENS:
21    Q   And discuss with me for a moment over the
22  years the atypical antipsychotics Ms. Whittington was on
23  and the dates in which they were prescribed for her.
24    A   Well, when we see a patient, we routinely and
25  as meticulously as we can document what medicines we

**Page 57**

1  give them and amounts and refills in a section in the
2  chart called the medication book.
3    Q   Does Exhibit 16 reflect the medication log in
4  your chart on Ms. Whittington?
5    A   Yes, ma'am.
6    Q   Is this a true and accurate copy of the
7  medication log in your chart on Ms. Whittington?
8    A   Yes, ma'am.
9    Q   And am I correct that it first shows
10  Ms. Whittington on Zyprexa May 11th of '99.  If you'll
11  look at the first page of Exhibit 16, I have --
12    A   Yeah, okay.
13    Q   -- ordered them from earliest to latest, or
14  attempted to?
15    A   May 11th she was on Zyprexa, 1999.
16    Q   And am I correct she continued on Zyprexa in
17  1999?
18    A   Yes, ma'am.
19    Q   And she continued on Zyprexa in 2000, correct?
20    A   Yes, ma'am.
21    Q   What dose was she on?
22    A   She was taking 10 milligrams -- 5 milligrams
23  in the morning and 10 milligrams at night.
24    Q   And did she continue on that same dose in --
25  has she continued Zyprexa in 2001?

Page 58

1    A   Yes.  March 28th, 2001, is the last entry for
2   Zyprexa.
3    Q   And her dose at that time was what?
4    A   5 milligrams in the morning and 10 milligrams
5   at night.
6    Q   In October of '01 she started Seroquel,
7   correct, on your prescriptions?
8    A   October '01, Seroquel, yes, ma'am.
9    Q   And she continued to be prescribed Seroquel by
10  your office in 2002 when you saw her, correct?
11   A   Yes, ma'am.
12   Q   You started Abilify March of '03?
13   A   March, yes, ma'am, and discontinued in April
14  '03.
15   Q   And --
16   A   Put back on the Seroquel.
17   Q   Put back on Seroquel June 10th, '03, correct?
18   A   No.  April 14 of '03.
19   Q   Oh, okay.  I missed one.  Continued on
20  Seroquel through December '03, correct?
21   A   Yes, ma'am.
22   Q   She was started on Geodon --
23   A   In '04.
24   Q   -- June of '04?
25   A   Yes, ma'am.

Page 59

1    Q   And you also prescribed Geodon, September '04,
2   correct?
3    A   Yes, ma'am.
4    Q   But you discontinued the Geodon --
5    A   In February '05.
6    Q   And restarted Seroquel, correct?
7    A   Yes, ma'am.
8    Q   And she was on Seroquel --
9    A   For another --
10   Q   Prescribed July '05?
11   A   October '05.
12   Q   October '05.  And February '06, correct?
13   A   Yes, it was continued to February '06.
14   Q   Now, generally what dosage were you
15  prescribing for her of Seroquel?
16   A   25 milligrams at bedtime.
17   Q   And 40 milligrams of Geodon was prescribed,
18  correct?
19   A   Yes, 6 milligrams twice a day of Geodon.  I
20  mean -- oh, yeah, in -- when we discontinued with the --
21  okay, let me clear this.  In February 2006 Seroquel was
22  discontinued.  Then August 2007 she was placed on
23  Geodon.
24   Q   That was a 40-milligram dose?
25   A   40-milligram dose.  Two at bedtime, which is

Page 60

1   80.
2    Q   But previously in 2004 the Geodon dose had
3   been 60 milligrams?
4    A   Yes, ma'am.
5    Q   Was that twice a day?
6    A   Yes, ma'am.
7    Q   We may refer back to that, so keep that one
8   close for me, if you will.
9    A   And this, going back and forth among different
10  drugs was a direct result of her inconsistence and her
11  noncompliance with the office visits.  She would come
12  here, then go somewhere else.  Somebody else, another
13  doctor puts her on different medicine.  Then when she
14  comes back to us, we usually continue what they are
15  taking at that time if it's helping, you know.  That's
16  why it will happen.
17   Q   I understand.
18      MR. BRUDNER:  Objection, nonresponsive.
19  BY MS. OWENS:
20   Q   To address the objection, Doctor, why were you
21  changing the prescriptions for Ms. Whittington?
22   A   You know, ideally we like to keep patients on
23  the lowest number of medicines and the -- and the lowest
24  dosage possible.  Sometimes you change the medicine if
25  they're not responding to it.  If a patient does not

Page 61

1   come consistently for their appointments and they come
2   six months later, many times they may have seen another
3   psychiatrist that for whatever reason discontinues the
4   medicine prescribed by us and starts them on different
5   medications.  So when they come back to us, usually we
6   continue the new medicine.  And this way it seems that
7   we're just going back and forth among different
8   medications.
9       (Deposition Exhibit No. 17 marked for
10  identification.)
11  BY MS. OWENS:
12   Q   Doctor, looking at your record from October
13  '01, why did you start Ms. Whittington on Seroquel at
14  that time?
15   A   October '07?
16   Q   I believe that this is an October '01 record.
17   A   No, no, probably is -- well, maybe '07.  Yeah,
18  you're right, October '01.  You're correct.
19   Q   So the correct date for Exhibit 17 --
20   A   17.
21   Q   -- is October '01?
22   A   Yes, ma'am.
23   Q   Why did you start Ms. Whittington on Seroquel
24  at that visit?
25   A   She was reporting mood swings, paranoia.  She

Page 62

1    was hypervigilant.  And Seroquel was restarted because
2    obviously it was a medicine that was the most helpful to
3    her.  And it has sedating qualities, so it would help
4    with the hypervigilance.
5        Q    And would address her difficulty falling
6    asleep?
7        A    Yes.  Hyper -- yes, hypervigilance like that
8    is very high level of alertness and vigilance.  And the
9    Seroquel helped with that.
10       (Deposition Exhibit No. 18 marked for
11   identification.)
12   BY MS. OWENS:
13       Q    Moving to Exhibit 18.  What is your -- would
14   you read to me your note about Seroquel at the bottom of
15   Exhibit 18?
16       A    It says, "Change Seroquel 50 milligrams."
17       Q    And what did that mean, you were increasing --
18       A    Probably increasing, yes.
19       Q    What was the drug Ms. Whittington was
20   inquiring about at that time, at the beginning of that
21   record?
22       A    Does Prozac give you a boost, quote, unquote.
23       Q    Was Ms. Whittington comfortable discussing a
24   variety of medicines with you?
25       MR. BRUDNER:  Objection, form.

Page 63

1    BY MS. OWENS:
2        Q    In your observation?
3        A    Yes, ma'am.
4        MR. BRUDNER:  Same objection.
5    BY MS. OWENS:
6        Q    How frequently were you discussing with
7    Ms. Whittington the risk and benefits of medicine she
8    was taking or was she raising those issues with you?
9        A    Yeah.
10       MR. BRUDNER:  Objection, form.
11       THE WITNESS:  Well, she was seen by myself,
12   she was seen by my nurse practitioners.  And
13   usually I discuss this with her and my nurse
14   practitioner also discuss risk and benefits and
15   alternatives.
16   BY MS. OWENS:
17       Q    Would those discussions have included
18   discussions about Seroquel?
19       A    If she was honest, yes, ma'am.  The last visit
20   of February 28th, 2008, in fact, she was offered several
21   different antipsychotics but refused all of them.
22       MS. OWENS:  Moving to Exhibit 19.
23       (Deposition Exhibit No. 19 marked for
24   identification.)
25   BY MS. OWENS:

Page 64

1        Q    You started Ms. Whittington on Abilify,
2    correct?
3        A    Yes.
4        Q    Would you look at Exhibit 19, and that was
5    what date?
6        A    March 12, '03.
7        (Deposition Exhibit No. 20 marked for
8    identification.)
9    BY MS. OWENS:
10       Q    Looking at Exhibit 20, from April of '03, did
11   you discontinue Abilify?
12       A    Yes.
13       Q    Why?
14       A    She did not take -- she was not taking because
15   allegedly was causing increased anger and anxiety.
16       Q    Is that what Ms. Whittington reported to you?
17       A    Yes, ma'am.
18       Q    How much Seroquel was Ms. Whittington taking
19   in December -- by December of '03?  If you'll refer to
20   Exhibit 21.
21       (Deposition Exhibit No. 21 marked for
22   identification.)
23       THE WITNESS:  Exhibit 21 doesn't seem to show
24   how much Seroquel is -- Seroquel at bedtime.
25   BY MS. OWENS:

Page 65

1        Q    How many Seroquel pills was she taking at
2    bedtime?
3        A    25-milligram -- one 25-milligram pill.  That's
4    the smallest amount you can give.
5        Q    That would be the total dose she was receiving
6    daily?
7        A    Yes, ma'am.  Yes.  Yes, ma'am.
8        Q    Had you prescribed more --
9        A    Yeah.  Over --
10       Q    -- for her at that time?
11       A    -- the previous months she was taking two of
12   the 25 milligrams, so she was taking 50 milligrams at
13   bedtime.
14       Q    Whose decision was it to only take one at
15   bedtime?
16       A    Probably -- this is my nurse practitioner.  He
17   decreased the amount.  It may have been because of
18   excessive sleepiness.
19       MS. OWENS:  Looking at Exhibit 22.
20       (Deposition Exhibit No. 22 marked for
21   identification.)
22   BY MS. OWENS:
23       Q    Am I reading your record of June 2nd of '04,
24   correctly --
25       A    Right.

Page 66

1      Q   -- that you discontinued Seroquel at that time
2  and added Geodon.
3      A   We didn't discontinue -- she came six months
4  later.  She was seen December 2003, and then she did not
5  come back until June 2004, six months later.  So, I'm
6  assuming somebody started her on the Seroquel,
7  discontinued the Seroquel that we were giving her, and
8  put her on Geodon.  So when she came back to us, we just
9  kept her on it to avoid going back and forth.
10     Q   She did not stay on the Geodon, did she,
11 Doctor?
12     A   No.  And, no, she was on it in September of
13 '04 when she came back to see us three months later.
14 And then from September '04 we did not see her until
15 February '05.  And at that point apparently in the
16 interim somebody discontinued the Geodon and put her on
17 Seroquel and we continued with the Seroquel.
18     Q   So in February '05 you restarted her on
19 Seroquel, correct?
20     A   Yes, ma'am.
21     Q   Rather than Geodon?
22     A   Yes, ma'am.
23         MR. BRUDNER:  Objection, form.  Misstates
24 evidence.
25         THE WITNESS:  I cannot say whether we

Page 67

1  restarted her or she came back to us on Geodon, you
2  know.  She was gone September, October, November,
3  December, January, four months, and five months
4  later she comes back February 28th.  And my record
5  reflects that the Geodon was discontinued and she
6  was given Seroquel.  So our assumption is that in
7  the interim somebody else give her the Seroquel,
8  and we just continued with what she was taking.
9  BY MS. OWENS:
10     Q   Okay.  So, you prescribed Seroquel for her
11 February 28th, '05, correct?
12     A   Yes, ma'am.
13     Q   Was that the 25-milligram prescription?
14     A   Yes, ma'am, one at bedtime.
15         MS. OWENS:  And then let me ask you to look at
16 Exhibit 23 from February '06.
17         (Deposition Exhibit No. 23 marked for
18 identification.)
19         THE WITNESS:  Uh-huh.
20 BY MS. OWENS:
21     Q   What do your notes say under
22 add/increase/decrease related to Seroquel?
23     A   I'm reading.  "Reluctant to increase Seroquel
24 at this time.  Seeking second opinion with Mental Health
25 Center of Jacksonville."

Page 68

1      Q   Whose reluctance were you referring to in that
2  note?
3      A   Ms. Whittington.
4      Q   And who had decided to seek a second opinion?
5      A   Ms. Whittington.
6      Q   Was it your judgment at that time that
7  Ms. Whittington should not take Seroquel?
8      A   No.  We wanted to increase the Seroquel, the
9  dosage, but she was reluctant to increase.
10         (Deposition Exhibit No. 24 marked for
11 identification.)
12 BY MS. OWENS:
13     Q   Now, look at Exhibit 24 and describe for me
14 what was happening with her medications when you saw
15 this patient in February of '07.
16     A   What section are you referring to?
17     Q   The recommendation section?
18     A   I'm reading.  "At this time we discontinued
19 Elavil and Geodon that she has become noncompliant on
20 and place the patient on a trial of Abilify, 10
21 milligrams, one tablet a day.  Just a 30-day supply with
22 two additional refills was given.  Clarification on
23 medication was given.  The risk and benefits of
24 treatment, treatment options and alternatives were
25 discussed with the patient to the best of her mental

Page 69

1  state.  She consents.  She will be seen again in three
2  months."
3      Q   Who had those discussions about risk and
4  benefits with the patient?
5      A   Dan Malcolm, the nurse practitioner.
6      Q   And would those -- strike that.
7         MS. OWENS:  Looking at your record of
8  August 1st, 2007, which we have marked as
9  Exhibit 26.
10         (Deposition Exhibit No. 26 marked for
11 identification.)
12         MR. BRUDNER:  I don't think I have a copy of
13 that.
14         MS. OWENS:  I don't think you do either.
15 Sorry.
16         MR. BRUDNER:  Thank you.
17         MS. OWENS:  Off the record.
18         (Off the record.)
19 BY MS. OWENS:
20     Q   If you look under the history of the illness,
21 Doctor -- first of all, is this your dictated note?
22     A   Yes.  Yes, ma'am.
23     Q   Looking at the next to the last and the last
24 line, what was Ms. Whittington telling you at that visit
25 about her psychiatric medicines?

Page 70

1      A   She continues to be in a massive denial of her
2   illness.  She states that all of those psychiatric
3   medicines interferes with my psych meds and my diabetes.
4   And she continues to ask for Restoril and Temazepam for
5   sleep.
6      Q   What did she mean or what was your
7   understanding of what she meant, that psychiatric
8   medicines were interfering with her psych meds?
9      A   It doesn't really mean anything.  I mean, the
10  statement made by the patient, the patient was
11  delusional, disorganized thought process, and I cannot
12  tell you what it meant realistically.  It doesn't make
13  sense.  She probably meant her nonpsychiatric medicines.
14  I cannot -- I'm assuming.
15     Q   How did you choose the dose of Seroquel you
16  prescribed for Ms. Whittington?
17         MR. BRUDNER:  Objection to form.
18         THE WITNESS:  Based on response.  You know, we
19     try to use the smallest amount of meds possible,
20     you know.  Seroquel can go as low as 25 milligrams
21     to as high as 800 milligrams.  She was given a very
22     small amount.
23  BY MS. OWENS:
24     Q   What are the ways generally that you learn
25  about the risk of a drug?  Would they include its

Page 71

1   labeling?
2      A   Labeling, you know, information provided by
3   the pharmaceutical company, you know.
4      Q   Published medical literature?
5      A   Published medical literature, medical
6   journals.
7      Q   Your colleagues?
8      A   My colleagues.  And there is a website that
9   provides continuing medical education services.
10     Q   And your own clinical experience --
11     A   Yes, ma'am.
12     Q   -- does that play into your decisions?
13     A   Of course.
14     Q   You don't make prescription decisions for your
15  patients based solely on promotional calls from
16  pharmaceutical sales company personnel, do you?
17     A   Absolutely not.
18     Q   Can you think of any time in your professional
19  career where contrary to your own best medical judgment
20  you allowed yourself to be influenced by promotional
21  communications of a pharmaceutical sales personnel to
22  prescribe a drug for a patient that you would not
23  otherwise prescribe?
24     A   No, ma'am.
25     Q   That would be true with respect to your

Page 72

1   decisions to prescribe Seroquel for Ms. Whittington,
2   correct?
3      A   All medicines.
4      Q   And in deciding to prescribe Seroquel for
5   Ms. Whittington, you were not relying on any
6   conversations you had with sales representatives from
7   AstraZeneca?
8      A   No, ma'am.
9      Q   Or any advertising or marketing or promotional
10  statements or material from AstraZeneca, correct?
11     A   No, ma'am.  Yes, I'm not relying.  Just based
12  on my judgment and reading about it from the medical
13  literature, etcetera.
14     Q   Is it fair to say you would have prescribed
15  Seroquel for Ms. Whittington if you had never met a
16  sales rep from AstraZeneca?
17         MR. BRUDNER:  Objection to form.
18         THE WITNESS:  Yes, ma'am.
19  BY MS. OWENS:
20     Q   When you prescribe medicine today, you realize
21  there may be some side effects that are unknown today
22  about that medicine, correct?
23     A   (Nods head affirmatively.)  Yes, ma'am.
24  Correct.
25     Q   Some side effects are only discovered after

Page 73

1   the medicine's been on the market for a while, right?
2      A   That's correct.
3      Q   Did Seroquel help Ms. Whittington in your
4   opinion?
5      A   Yes.
6      Q   How?
7      A   It did.  It improved her symptoms, whenever
8   she was complying with it, to help her sleep better.
9   And I am reading my record.  I see that we kept going
10  back to Seroquel because apparently it was, among the
11  atypicals, was the one medicine that was helping her the
12  most.
13     Q   And, in fact, if you looked at the number of
14  months she was on a variety of medicine, she was able to
15  stay on and get benefit from Seroquel the longest,
16  correct?
17     A   Yes, ma'am.
18     Q   She was able to benefit from Seroquel longer
19  than Zyprexa, for example?
20     A   Yes, ma'am.
21     Q   Certainly longer than Abilify?
22     A   Yes, ma'am.
23     Q   And longer than Geodon?
24     A   Yes, ma'am.
25     Q   Do you have any idea when Ms. Whittington's

## Page 74

1  first glucose levels were elevated?
2      A  No. I can look through any chart, but I don't
3  have independent recollection.
4      Q  I think I need to restate that question. Do
5  you know when her glucose levels were first elevated?
6      A  No. I can look through my records. I don't
7  have independent recollection.
8      Q  Do you have any reason to deny they may have
9  been elevated as early as September 1993?
10     A  You know, I cannot answer that question. They
11 may have been.
12     Q  Ordinarily, Doctor, in making the decisions
13 about medicines you prescribe, you do not look at
14 internal documents from the pharmaceutical companies
15 that make the medicine, correct?
16     A  I don't look at information provided by
17 pharmaceutical company?
18     Q  From their internal company documents.
19     A  No. I don't know. I mean, they give us
20 information and we read it. I don't know where it comes
21 from.
22     Q  Are you visited by -- I think we've already
23 said this, but you are visited by sales representatives
24 from companies other than AstraZeneca, correct?
25     A  Yes, ma'am, except for the one that we had

## Page 75

1  banned.
2      Q  And you -- so you have stopped some sales
3  representatives from coming to your office?
4      A  Yes, ma'am.
5      Q  But you have had AstraZeneca sales
6  representatives come to your office --
7      A  Yes, ma'am.
8      Q  -- from time to time?
9      A  Yeah, for Abilify and a few of the other
10 companies.
11     Q  Do you agree that the AstraZeneca sales
12 representatives fairly promoted Seroquel?
13     A  They --
14     Q  Did they promote Seroquel in a fair way to you
15 in visiting with you?
16     A  Yes.
17     Q  You understood they were not doctors?
18     A  Oh, yes. They are very reluctant to go beyond
19 their guidelines, what guidelines they give them, but
20 they're very vigilant.
21     Q  When they make a visit to your office, you
22 don't spend much time with them, right?
23     A  I hardly see them. I always -- commonly I
24 arrive in the office and I may see them up front and I
25 will go there, I will sign for the samples and I'm gone.

## Page 76

1  Because I usually don't have the time to sit down and
2  chitchat with them or whatever.
3      Q  Am I hearing you say that your primary purpose
4  in seeing the sales rep is to obtain samples?
5      A  Yes.
6      Q  And by obtaining those samples, you're able to
7  provide medicine to your patients --
8      A  Yes.
9      Q  -- they might not otherwise be able to afford
10 or obtain?
11     A  Well, that, and also before I prescribe a
12 medicine, I want to see if it will help them. So we
13 want a two-week supply of samples to see if it will work
14 before you prescribe it.
15     Q  So your interactions with the sales
16 representatives do not in any way take the place of your
17 independent medical judgment, correct?
18     A  No. Absolutely.
19     Q  Is that also true if the company engages you
20 to give speeches?
21     A  Yeah. They're paying for my time, you know,
22 commensurate to my training and experience, which is
23 really -- that is some guidelines to go by.
24     Q  And that does not take the place of your
25 independent medical judgment about what medicines to

## Page 77

1  prescribe for your patients, correct?
2      A  Absolutely not.
3      Q  Have you had speaking engagements for
4  companies other than AstraZeneca?
5      A  Yes, ma'am.
6      Q  What companies?
7      A  I only -- I only speak for AstraZeneca,
8  Bristol-Myers, because those are the two medicines I
9  believe in. And I've been offered to speak for Zyprexa,
10 for Geodon.
11         You see, Ten Broeck Hospital is a local
12 psychiatric hospital. It's owned by United Medical
13 Corporation. United Medical Corporation owns 14
14 hospitals, which they just sold them. And I'm the
15 clinical medical director for the local hospital. And
16 I'm also the corporate medical director. So I oversee
17 the other hospitals. So, I can -- I have impact in what
18 happens in the formulary. In fact, I removed Zyprexa
19 from the formulary. And they were here I don't know how
20 often, you know, they're pleading and begging and -- for
21 me to put it back, but I would not, you know. And they
22 offer me speaking engagement, they offering -- but I
23 just -- I'm not -- I don't need that money. My practice
24 is very successful, you know. This is just...
25     Q  So you accept some speaking engagements --

Page 78

1      A  Yes.
2      Q  -- from companies and you decline others?
3      A  Only the -- yes, absolutely.  I decline them
4  all the time.  And I kind of resent you and the people
5  asking me that because, you know, I'm not going to
6  jeopardize my patients for just a few dollars I'm going
7  to collect for a speaking engagement.  I think that's
8  kind of -- I know you have to ask me those questions,
9  but they're kind of -- I resent them, you know.
10     Q  I understand.  And so we'll move to another
11  topic.
12         Earlier you mentioned receiving Dear Health
13  Care Provider letters from pharmaceutical companies.
14     A  Uh-huh.
15     Q  Have you received correspondence directly from
16  AstraZeneca about Seroquel?
17     A  We receive letters, Dear Provider, you know,
18  there are this and this findings, you know, a recent --
19  I think the last one we received was Seroquel.  It was
20  about its approval for depression or something.  And
21  it's the only atypical approval for depression,
22  Seroquel.  And, so, but we also receive about a warning,
23  when they have the box warning, when -- and the new
24  recommendations.  That was for all atypicals.  There's a
25  box warning about increases in some risk factors like --

Page 79

1      Q  Do you recall receiving a letter from the
2  company that Seroquel was not approved for treatment of
3  posttraumatic stress disorder in 2001?
4      A  I don't -- I don't recall, you know, but I
5  don't use -- Seroquel, I -- I don't recall receiving the
6  one not approved for psychosis and dementia.
7      Q  Do you recall receiving a Dear Health Care
8  Provider letter providing warnings about hyperglycemia
9  and diabetes and Seroquel in 2004?
10     A  A vague recollection, yes.  We have received
11  that there were some reports of hyperglycemia, like all
12  the other atypicals.
13     Q  And you would have taken that into
14  consideration in your prescribing decisions, correct?
15     A  Yes, ma'am.
16     Q  That would have been a part of your weighing
17  of risks and benefits you told us you do?
18     A  Yes, ma'am.
19     Q  Do you recall receiving a Dear Health Care
20  Provider letter from the company in 2006 that included
21  warnings related to diabetes, hyperglycemia and blood
22  glucose levels?
23     A  I don't have an independent recollection of a
24  specific letter, but I know we have received warnings
25  about it.

Page 80

1      Q  Has it been your experience that as the
2  package inserts change and develop on a drug and the
3  warnings change and develop on a drug, that you've
4  received a letter at your practice addressed to you
5  about that?
6      A  Yes, ma'am.
7      Q  Has that been your experience with
8  AstraZeneca?
9      A  Yes, ma'am.
10     Q  Has that been your experience related to
11  Seroquel?
12     A  Yes, ma'am.
13        MS. OWENS:  I'm going to reserve my last 10
14  minutes and pass to you.
15        MR. BRUDNER:  Dr. Saleh, my name is Russ
16  Brudner.  We met just prior to your deposition.
17  But for the record, I'm here on behalf of
18  Ms. Whittington.
19        THE WITNESS:  Yes.
20        MR. BRUDNER:  And I also have some questions.
21  Do you need to take a break before we get going?
22        THE WITNESS:  I'm good.  Just take a little
23  bit more coffee or whatever.
24        MR. BRUDNER:  Okay.
25        THE WITNESS:  If that's okay?

Page 81

1      MR. BRUDNER:  Sure.  Let's go off the record.
2  (Off the record.)
3         CROSS-EXAMINATION
4  BY MR. BRUDNER:
5      Q  Dr. Saleh, we're back on the record.  We had a
6  little break, correct?
7      A  Yes, sir.
8      Q  Okay.  And you understand you're still under
9  oath to tell the truth in this case, right?
10     A  Yes, sir.
11        MR. BRUDNER:  All right.  Good.  I'm going to
12  hand you kind of via the court reporter what's been
13  marked as Exhibit 27 in your deposition.
14        (Deposition Exhibit No. 27 marked for
15  identification.)
16  BY MR. BRUDNER:
17     Q  And I'll represent to you that that's that
18  protective order that we looked at earlier.  Right,
19  Doctor?
20     A  Yes, sir.
21     Q  And you had an opportunity to look at that
22  order, didn't you, Doctor?
23     A  Look at it and signed it.
24     Q  And you signed it, right.  You're one step
25  ahead of me.  Thank you.

Page 82

1        So you understand that you're just not going
2   to share any of the confidential information that you
3   have access to via this deposition, right?
4        A   Yes, sir.
5        Q   Okay.  Actually I want to start out talking
6   about the changes in medication.  And so I want to look
7   back at Exhibit 19.
8        A   Exhibit 19?
9        Q   Yes, sir.
10       A   I need a magnifying glass.  I can't find it
11  without a magnifying glass.  The exhibits are backwards.
12  Okay.  Exhibit 19.  18.  Exhibit 19, I have it.
13       Q   Now, Doctor, is that a record from your
14  practice from March 1st, 2003?
15       A   Yes, sir.
16       Q   Okay.  And on that occasion, is it apparent
17  that you added -- from the record in front of you that
18  you added Abilify?
19       A   Yes, sir.
20       Q   Okay.  Now, do you know whether in adding
21  Abilify, you discontinued Seroquel at that time?
22       A   3/17/03.  No, the Seroquel was -- well, no,
23  actually here it says -- yeah, really it's not clear.
24  But we -- probably she remained on the Seroquel.
25       Q   You say probably she what, sir?

Page 83

1        A   She stayed on the Seroquel.  So she was on
2   both.  Abilify was added to the Seroquel.  This
3   documentation is not clear.
4        Q   Okay.  Does the documentation indicate why
5   Abilify was added to Seroquel?
6        A   Probably she was not responding to the
7   Seroquel as well.  I'll try to find the note here.
8   Probably she was not doing well under Seroquel.  It was
9   added.  But on the 14th visit it says she did not take
10  the Abilify apparently because it was causing her
11  increasing anger.
12       Q   That visit, the April 14th, 2003, visit?
13       A   Yes, sir.
14       Q   And that's documented on Exhibit 20?
15       A   Yes, sir.  Yes, sir.  Abilify discontinued.
16       Q   So, on April 14th, 2003, you discontinued
17  Abilify and continued --
18       A   Seroquel.
19       Q   Continued on the Seroquel?
20       A   Correct.
21       Q   Okay.  The next change I want to look at
22  apparently occurred in June of 2004, and it's
23  Exhibit 22.
24       A   Yes, sir, I have it.
25       Q   And on that occasion Ms. Whittington was

Page 84

1   changed from Seroquel --
2        A   Seroquel to Geodon.
3        Q   -- to Geodon, correct?
4        A   Correct.
5        Q   Now, do you document why Ms. Whittington was
6   changed from Seroquel to Geodon?
7        A   She was complaining of drowsiness with
8   Seroquel and increasing weight gain, mood swings,
9   irritability.
10       Q   Okay.  So, when you testified earlier that it
11  was your assumption that somebody else started her on
12  Geodon and that you just kept her on it to avoid going
13  back and forth, that was incorrect?
14       A   Well, hold on.  Let me see.  Okay.  No.  Okay.
15  Let me -- you know, I may have misspoke.  But we're
16  talking about which three visits, just to be --
17       Q   Well, I think we're talking about from
18  December 8th, 2003, from my notes was the visit just
19  prior to this June 2nd, 2004, visit on which
20  Ms. Whittington was switched from Seroquel to Geodon.
21       A   Okay.  Yeah, I mean, I may have misspoke.  But
22  that happens with patients going back from doctor to
23  doctor, you know, and it's -- really, it's -- one starts
24  them on something, the other one continues.  And it's
25  really, really very muddy, very muddy.  So it could have

Page 85

1   been that we put her on the Geodon.  Or, you know,
2   sometimes we continue, sometime we -- it's very
3   difficult to be very clear and crisp on the treatment
4   with this patient, sir.
5        Q   And June 2004, that was a long time ago,
6   right?
7        A   That was a long time ago.
8        Q   And so do you have an independent memory of
9   why you switched?
10       A   No.
11       Q   Okay.  So, as between an assumption that
12  somebody else may have switched her and your note here
13  that Ms. Whittington complained of drowsiness with
14  Seroquel and increased weight gain, mood swings and
15  irritability --
16       A   Right.
17       Q   -- which do you think is more accurate?
18       A   My record.
19       Q   Okay.  With respect to weight gain, is it your
20  understanding that Geodon causes less weight gain than
21  Seroquel?
22       A   Yes.
23       Q   That is your understanding?
24       A   Yes, sir.
25       Q   So that makes sense, then, doesn't it?  If

| | |
|---|---|
| **Page 86** | **Page 88** |

Page 86

1 Ms. Whittington came into your office complaining that
2 she's gaining weight on Seroquel, it would make sense
3 for you to switch her to Geodon, right?
4    A   Absolutely.
5    Q   Okay.  Now, I want you to look at -- and I
6 apologize.  I'm a little bit disorganized.  I left my
7 copy of your records in my office, apparently, so I'm
8 trying to work from my notes and then also from the
9 copies that I've been given as exhibits.  So I beg your
10 patience on that.
11    A   Okay.
12    Q   What I want to do is look at the next
13 change -- strike that.
14       Let's look at -- can you bring up your
15 February 20th, 2006, record?
16    A   Yes, sir.  Yeah, I have it, sir.
17    Q   Okay.  And on that occasion, Ms. Whittington
18 was still taking -- or was back on Seroquel?
19    A   Yes, sir.
20    Q   Correct?
21    A   Correct.
22    Q   Okay.  And then on the next occasion that you
23 saw her was August 23rd, 2007, correct?
24    A   August 13th, 2007.
25    Q   Oh, is it 13?

Page 87

1    A   Here it says August 13th.
2    Q   Okay.  And on that occasion --
3    A   I'm sorry, here I have August 23 on the
4 medication sheet and it's August 13 on the dictation
5 note, so...
6    Q   Okay.  I'm not sure that the change -- or the
7 difference is --
8    A   Is there another one?
9    Q   I'm not sure the difference really makes a
10 difference.  So let's just talk about that visit, the
11 August 2007 visit.
12    A   Yes, sir.  Okay.
13    Q   That's the first visit -- strike that.
14       Do you have a note as to why Ms. Whittington
15 was changed from Seroquel to Geodon on that visit?
16    MS. OWENS:  I'm going to object to that
17 question to the extent it assumes facts that are
18 not in evidence.
19 BY MR. BRUDNER:
20    Q   Maybe I didn't ask it very well.  I'm asking
21 you whether your notes indicate the reason for the
22 switch on that date?
23    MS. OWENS:  Same objection.
24    THE WITNESS:  No, not specifically.  But
25 reading through the body of the note, it says --

Page 88

1 I'm just going to read it, "This patient has not
2 been seen in the office for approximately one year.
3 She had transferred her care to the Mental Health
4 Center of Jacksonville.  She states that they
5 continue to, quote, try to get me to take those
6 psychiatric meds, unquote.  She remains paranoid.
7 She states that she has diabetes now and is taking
8 Metformin, 500 milligrams, one in a.m.  She
9 continues to be in massive denial of her illness.
10 She states that, quote, all of those psychiatric
11 medicines interfere with my psych meds and my
12 diabetes.  And she continues to ask only for
13 Restoril or Temazepam for sleep."
14       Yeah, I mean, you can -- it implies, implies,
15 doesn't specifically state it, but...
16 BY MR. BRUDNER:
17    Q   All right.  Does reading over that note remind
18 you of why you made this switch from Seroquel to Geodon?
19    MS. OWENS:  Same objection.
20    THE WITNESS:  You know, she -- this patient
21 throughout the record you read that she has a
22 problem taking these psychiatric meds.  That's why
23 we're going back and forth between different
24 medicines and back and forth with different doctors
25 and treating providers.  And now she makes this

Page 89

1 claim all of those psychiatric medicines interfere
2 with my psych medicine and my diabetes.
3       So she probably was trying to say that the
4 psychiatric medicine interferes with her physical
5 medicines, nonpsychiatric medicines and her
6 diabetes.
7 BY MR. BRUDNER:
8    Q   Is this the first record you have of
9 Mrs. Whittington telling you that she had diabetes?
10    A   You know, from -- that's -- yeah.  Without
11 looking at the record, you know, yes, sir.  Unless you
12 can find something else in the chart that I didn't see.
13    Q   And --
14    A   But it would appear so.
15    Q   And Ms. Whittington, in this record -- or this
16 record indicates that Ms. Whittington told you that she
17 was taking Metformin 500 milligrams, right?
18    A   Yes, sir.  Yes, sir.
19    Q   What is Metformin for?
20    A   It's an oral hyperglycemic agent.  It's a
21 medicine that you take by mouth to decrease your blood
22 sugar level.
23    Q   And so what conditions do doctors prescribe
24 Metformin for?
25    A   Diabetes usually.

Page 90

1    Q    So, does the fact that Ms. Whittington told
2  you that she was on Metformin substantiate her claim
3  that she was on diabetes -- or that she had diabetes?
4    A    I mean, you know, I would say it substantiates
5  her claim, you know, she's on Metformin, you know,
6  because of hyperglycemia or prediabetes or whatever you
7  want to call it.  You know, we looking, in retrospect,
8  do you know whether she has full diabetes now, if she's
9  on insulin or -- it's very difficult to state without
10 knowing the rest of the story.
11        Yeah, but usually Metformin is given for
12 individuals with diabetes, you know.  And eventually as
13 the illness progresses and becomes full blown, they are
14 placed on insulin and etcetera.
15   Q    That's a good point.  Diabetes is a
16 progressive illness, isn't it?
17   A    Yes, sir.
18   Q    Can you explain for the jury what that means?
19   A    It means that as the condition gets worse, the
20 more and more damage to other body parts or eyes, brain,
21 nervous system, and so you will increase, eventually may
22 have another medicine such as Metformin to decrease the
23 blood sugar and eventually they may have to be on
24 insulin every day.  So it's a progressive illness.
25   Q    And so diabetes gets worse over time?

Page 91

1    A    Yes, sir.
2    Q    And is diabetes a chronic illness?
3    A    Yes, sir.
4    Q    What does that mean for the patient?
5    A    It means that it will be there for a long time
6  usually.
7    Q    It means basically once you have diabetes,
8  you've got it, right?
9    A    Once you have a full diagnosis of diabetes
10 mellitus, then you have probably have it for life.
11   Q    Okay.  So, do I understand your testimony to
12 be that you're not sure from a review of this record why
13 you switched Ms. Whittington from Seroquel?
14   A    Yeah.  I'm presuming -- I mean, this is
15 actually Dan Malcolm's notes.  I see his initials there.
16 Yeah, I presume that probably that's why, you know,
17 because she's already complaining about the medicine.
18 And a number of reasons -- okay.
19        Let me answer this.  Several factors may have
20 prompted the change from Seroquel to Geodon.  The
21 complaint from the patient that the medicine was
22 interfering with her other medicines, had a reluctance
23 to take medication.  And sometimes when you give them a
24 different medication, they'd be more likely to take it.
25 And -- and then the fact that she was on Metformin may

Page 92

1  have been a factor.
2    Q    I'm sorry.  Are you not finished?
3    A    Yeah.  Like in the last date she was seen on
4  February 28th, she was -- the recommendation, she was
5  offered several different antipsychotics but refused all
6  of them.  I mean, this was a patient that was generally
7  reluctant to just take medication.
8    Q    Okay.  You testified that the fact that
9  Ms. Whittington was on Metformin may have been a factor
10 in the decision to switch her from Seroquel to Geodon.
11 Can you explain that, please?
12   A    Because they -- weight gain associated with
13 diabetes.  And, so, atypicals may cause weight gain.
14 But in order of severity, Zyprexa and Clozaril are at
15 the high end, are more likely than not to cause weight
16 gain, significant weight gain.  Then the third one will
17 be Seroquel and this Risperdal and then Geodon, then
18 Abilify.  So if -- when it comes to weight gain, a
19 patient with diabetes, you know, you don't want them to
20 have weight gain.  Even Seroquel does not cause
21 significant weight gain.  It's more likely that Geodon
22 to cause weight gain.
23   Q    Is that true for a patient that presents with
24 risk factors for diabetes?  Now, let's say a patient
25 came in today after this deposition, assuming that you

Page 93

1  would ever work that late, because this may take a
2  while.  But say a patient came in today after this
3  deposition and you took -- somebody takes a history and
4  you look at it and you see, hey, this patient has risk
5  factors for diabetes.  Would you tend, under those
6  circumstances, to write Abilify instead of Seroquel?
7    A    Yes, sir.  Yes.
8    Q    And that's because you feel that Abilify has
9  less chance of worsening that patient's diabetes than
10 Seroquel?
11   A    Weight gain would be the factor.  Abilify
12 less -- would make you gain less weight than Seroquel.
13 That would be a -- but not hyperglycemia.  They are
14 about the same.
15   Q    But on this note of August 13th, 2007, there
16 didn't appear to be an issue of weight gain.
17   A    Yes.
18   Q    We were just talking about diabetes --
19   A    Diabetes.
20   Q    -- and the Metformin, right?
21   A    Yes, sir.
22   Q    At least based on that, at least in part, you
23 switched Ms. Whittington from Seroquel to Geodon,
24 correct?
25   A    Yes, sir.

Page 94

```
 1       Q   Okay.  I, again, apologize for having to kind
 2  of look around and stuff, but you've given me an idea of
 3  something I'd like to show you and I'm trying to find
 4  it.  We'll skip that for now.  I'll come back to it.
 5       MR. BRUDNER:  I'd like to show you what's been
 6       marked as Exhibit 28 to your deposition.  I know
 7       that's a big thick stack of papers there, but I'll
 8       represent to you that what it is is information
 9       provided to us on behalf of Ms. Whittington from
10       AstraZeneca.
11       THE WITNESS:  Okay.
12       (Deposition Exhibit No. 28 marked for
13  identification.)
14  BY MR. BRUDNER:
15       Q   And I want to look first at the very top part
16  of it, the top section, and Page 4.
17       A   Page 4 of this --
18       Q   Yes, sir, the very top section.
19       A   Okay.  Page 4.  I have it.  Okay.
20       Q   You see that at the top it says Roman
21  Numeral V, Professional Information Request Information?
22       A   Yes, sir.
23       Q   And do you see under that it says,
24  "AstraZeneca searched its professional information
25  requests (PIR) database for Plaintiff's prescribing
```

Page 95

```
 1  physician as reflected in the information provided by
 2  the PFS.  To the extent AstraZeneca has records of a
 3  written response being sent to Plaintiff's prescribing
 4  physician, the documents and data about such response
 5  will be provided in this section -- in this section of
 6  the disclosure.  AstraZeneca found the following records
 7  related to PIRs received from Mohamed O. Saleh."
 8       Do you see that, Doctor?
 9       A   Yeah.
10       Q   Okay.  And do you see in the box below -- I
11  want to pay particular attention to August 12th, 2004,
12  box or column.  Do you see that?
13       A   Right.
14       Q   And according to AstraZeneca records, you
15  posed the question -- now, and let me go off this just a
16  second.  I think you testified earlier that AstraZeneca
17  sales reps come out here and talk to you about Seroquel,
18  right?
19       A   Uh-huh.
20       Q   And sometimes you have a question and they'll
21  forward that question on to the company that sends you
22  documents, right?
23       A   Okay.  Yes.
24       Q   Okay.  And I think that's what's going on
25  here.  I think that --
```

Page 96

```
 1       A   Okay.
 2       Q   -- that's what's reflected here is that on
 3  August -- on or about August 12th, 2004, you ask a
 4  question and that it was something along the lines of,
 5  Is there a contraindication for putting a patient with
 6  diabetes on Seroquel?
 7       MS. OWENS:  I'm going to ask you not to
 8       testify to this witness about what you think is
 9       going on.
10       MR. BRUDNER:  Sure.
11       MS. OWENS:  You're not under oath.  You're not
12       a witness to this litigation.
13       MR. BRUDNER:  Okay.
14       MS. OWENS:  I'm going the object to your
15       question.
16       MR. BRUDNER:  Okay.  Fine.
17  BY MR. BRUDNER:
18       Q   Do you see that, Doctor?
19       A   Yeah, yeah.  Well, that was ahead of the
20  curve, 2001.
21       Q   Yeah.  Now -- no, no, this is August 12th,
22  2004, right?
23       A   Okay.  Okay.  This one.  Okay.  I was actually
24  looking -- okay.  2004.  Okay.
25       Q   Do you see where it says, "Is there a
```

Page 97

```
 1  contraindication for putting a patient with diabetes on
 2  Seroquel"?
 3       A   Yes, sir.
 4       Q   Do you recall posing such a question to an
 5  AstraZeneca sales representative?
 6       A   Yeah, I probably have, you know.  I don't have
 7  independent recollection but, you know, if they say
 8  that, I probably did.
 9       Q   Okay.
10       A   You know, I always, you know, do anything I
11  can to know about what I'm using.
12       Q   Okay.  And earlier in your testimony with the
13  drug company lawyer, I believe you testified that --
14  that you were aware of the risk of diabetes associated
15  with Seroquel back as far as 2001?  Was that your
16  testimony earlier?
17       A   You know, determinably, no.  I don't keep
18  track -- I don't file information.  And I was involved
19  within this study with -- the Zodiac study.  I still
20  have some of the records.  I don't remember that was an
21  issue about the hyperglycemia or not, or diabetes.
22  Really it's more about hyperglycemia than diabetes.  So
23  just to rephrase your question, I'm not sure that I am
24  understanding it.
25       Q   Well, I think you told the drug company lawyer
```

Page 98

1   that --
2       A   Which lawyer, here (pointing)?
3       Q   Right.  Right.
4       MS. OWENS:  He's using that label for me,
5   Ms. Owens.
6       THE WITNESS:  Okay.
7       MR. BRUDNER:  Right, I'm sorry.  I'm sorry for
8   the confusion.
9       THE WITNESS:  Yeah, I thought maybe I called
10  somebody else here.  This -- this inquiry was
11  not -- lawyer was not involved with this inquiry,
12  was it?  This Page 4, was a lawyer involved within
13  the --
14      MR. BRUDNER:  I don't know, sir.
15      THE WITNESS:  Okay.
16      MR. BRUDNER:  I don't know.
17  BY MR. BRUDNER:
18      Q   My question regarding it -- and what I want to
19  do is set out a timeline.
20      A   Okay.
21      Q   I think that you told Ms. Owens that back in
22  2001, when you prescribed -- when you first prescribed
23  Seroquel to Ms. Whittington, that you were aware of the
24  issue of hyperglycemia regarding Seroquel; is that
25  right?

Page 99

1       A   Yes.  Probably, you know, I can -- yes.  Okay,
2   yes.
3       Q   Yes, you testified to that?
4       A   If you say I did, it's in the record, yes, I
5   did, you know.
6       Q   Okay.
7       A   But, yes, I probably was aware, you know.
8   It's just like splitting hairs.
9       Q   Well, not really.  It's important to this
10  case.  So, what I need to know is, if the label change
11  that added the warning for hyperglycemia and diabetes
12  with regard to Seroquel occurred in 2004 --
13      A   Okay.
14      Q   -- then is it possible you learned --
15      A   Probably I read it and that's when I called
16  them.  Yeah, it could be.  Makes sense.
17      Q   That makes sense to you?
18      A   Yes.  Yes.
19      Q   It makes sense to you.  In other words, that
20  you read the new -- the new warning with regard to
21  diabetes and hyperglycemia --
22      A   Yes.
23      Q   -- associated with Seroquel and that prompted
24  your question on August 12th, 2004, about a
25  contraindication about putting a patient with diabetes

Page 100

1   on Seroquel?
2       A   Yes.  Yes.  And the comment on the side makes
3   also consistent with what I've been saying, you know.
4       Q   And how is that?
5       A   Because the patients on Zyprexa, I was taking
6   them off -- I mean, I was taking them off the Zyprexa
7   because after that Eli Lilly issue, comment.  Especially
8   Zyprexa with the diabetes, this doctor, which is me, is
9   switching them to another psychotropic.  And I was doing
10  that.  And so probably I wanted to make sure that I was
11  okay with using the Seroquel.  And apparently I was
12  okay.
13      Q   So, now that you've seen this, is it fair to
14  say that it's more likely than not that you first
15  learned of the potential association with diabetes and
16  hyperglycemia with Seroquel in 2004?
17      A   Yes.  Probably.  Yes.  Okay.  Yes.  You know,
18  when the Zodiac study came -- I think it's the Zodiac
19  study.  But I can pull it out and look at it.  And we
20  were comparing Seroquel or Quetiapine with Risperdal.  I
21  don't remember the hyperglycemia or diabetes being an
22  issue.
23      So, if earlier today I said that, I, you know,
24  I probably was wrong, you know.  But I'm just -- I
25  probably have stated the same that I've known for quite

Page 101

1   some time, the association of Seroquel and
2   hyperglycemia.
3       Q   Okay.  But now it looks like you've learned of
4   that association in 2004?
5       A   Yeah.  It would appear right, yes.  That --
6   enough to be concerned about it.
7       Q   Now, I want you to concentrate on
8   AstraZeneca's response to your August 12th, 2004,
9   question.  And that's in that big stack, but I think
10  I've got another copy for you.  And that would certainly
11  be easier if I do.
12      A   Gee, man.  This is off the record, or I'm not
13  allowed to?  I thought that was a guppy in this case.
14  It looks like it might be a little bigger than a guppy.
15      MS. OWENS:  So this is exhibit what?
16      THE WITNESS:  29.
17      (Deposition Exhibit No. 29 marked for
18  identification.)
19  BY MR. BRUDNER:
20      Q   I'm going to show you what's been marked as
21  Exhibit 29.  Do you see the exhibit, Doctor?
22      A   Yes, sir.
23      Q   And do you see at the top it says AstraZeneca
24  and it's dated August 12th, 2004?
25      A   Yes, sir.

Page 102

1    Q   All right.  And do you see at the bottom it
2  has a Bates stamp that says MDL-WhittingtonL-0710475?
3    A   Yes, sir.
4    Q   And then under that it says confidential,
5  right, Doc?
6    A   Yes, sir.
7    Q   Okay.  And, so, this obviously is one of the
8  documents or the -- that AstraZeneca would rather you
9  not discuss or the content of which they would rather
10 you not discuss.
11      MS. OWENS:  I'm going to object to that
12   question as assuming facts that are not in
13   evidence.  And, again, ask you to not testify to
14   this witness.
15      MR. BRUDNER:  I'm just trying to help.
16      THE WITNESS:  I don't understand what's going
17   on.
18      MR. BRUDNER:  I don't know.  There's nothing
19   really going on.
20      MS. OWENS:  And let me just make the point.
21   There's a difference between asking that a record
22   be kept confidential and asking that it not be
23   disclosed.  This record was disclosed in this
24   litigation.  We're all sitting here with copies of
25   it.

Page 103

1      MR. BRUDNER:  Okay.  Sorry.  I really didn't
2   mean to create a problem.
3  BY MR. BRUDNER:
4    Q   So, this is apparently what AstraZeneca sent
5  to you in response to your question regarding
6  contraindication for putting a patient on diabetes -- a
7  patient with diabetes on Seroquel, right, Doctor?
8    A   Yes, sir.
9    Q   Okay.  And if you would, just take a few
10 minutes and flip through it and kind of -- I don't want
11 you to have read the whole thing because we'll be here
12 too long, but kind of get an idea what's in there.  Just
13 tell me when you're ready to proceed.
14   A   Okay.  Yes, I'm ready.
15   Q   Okay, Doctor.  First, why did you ask
16 AstraZeneca the question regarding whether there was a
17 contraindication for putting a patient with diabetes on
18 Seroquel?
19   A   From reading Page 4, I posed the question on
20 August 12th, 2004.  Then in the comment section I read,
21 "Patient on Zyprexa will develop diabetes.  This doctor
22 is switching them to another psychotropic."  And that's
23 correct.  Because I was concerned about the Zyprexa.  I
24 wanted to take all of my patients off Zyprexa and I
25 didn't want to place them on another drug that would

Page 104

1  give them the same problem.  And so that's what I asked.
2    Q   Okay.  So, by asking this question of
3  AstraZeneca, you were trying to protect the safety of
4  your patients, right?
5    A   Yes, sir.
6    Q   Now, I know that you haven't read through
7  Exhibit 29 carefully, but do you see where it answers
8  you, "Yes, Dr. Saleh, there is a contraindication for
9  putting a patient with diabetes on Seroquel," or, "No,
10 Dr. Saleh, there's not a contraindication for putting a
11 patient with diabetes on Seroquel"?
12   A   No.  On that Exhibit 29, on the second page,
13 "Assessment of the relationship between atypical
14 antipsychotic use and glucose abnormalities is
15 complicated by the possibility of an increased
16 background risk of diabetes mellitus in patients with
17 schizophrenia and increasing incidence of diabetes
18 mellitus in the general population.  Given these
19 confounders, the relationship between atypical
20 antipsychotic use and hyperglycemia-related adverse
21 events is not completely understood.  However,
22 epidemiological studies suggest an increased risk of
23 treatment-emergent hyperglycemia-related adverse events
24 in patients treated with the atypical antipsychotics."
25   Q   Okay.  So, does it specifically tell you

Page 105

1  either that there's a contraindication for putting a
2  patient with diabetes on Seroquel or there's not a
3  contradiction for putting a patient on Seroquel?
4    A   It doesn't tell me that.
5    Q   Okay.  So they didn't specifically answer your
6  question, right?
7    A   Yes.  They said there is a -- there is
8  increased risk of hyperglycemia in these drugs.
9    Q   If AstraZeneca had information which would
10 allow them to specifically answer your question, is that
11 what you would expect from them upon asking a question
12 like this?
13   A   Yes.  Of course.
14      (Deposition Exhibit No. 30 marked for
15 identification.)
16 BY MR. BRUDNER:
17   Q   Okay.  I'm going to show you what's been
18 marked as Exhibit 30 to your deposition.
19   A   Okay.
20   Q   And I'm going to represent to you -- well,
21 look at the bottom.  Do you see where it says AZ/SER
22 3958125.
23   A   3958125?
24   Q   Do you see that, sir?
25   A   Yes, sir.

Page 106

1      Q   And do you see under that it says
2  confidential?
3      A   Yes, sir.
4      Q   I'm going to represent to you that this is a
5  document from the files of AstraZeneca.
6      A   From what?
7      Q   From the files, the internal files of
8  AstraZeneca.
9      A   Okay.
10 REDACTED
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 107

1  REDACTED
2
3
4
5
6
7
8
9
10
11
12     Q   Now, that's not information that you got in
13 response to your request for information from
14 AstraZeneca, is it?
15     A   No, sir.
16     Q   And that information would have been directly
17 relevant to your question of AstraZeneca of August 2004,
18 right?
19     A   Yes, sir.
20     Q   Okay.  I want to go back to -- you were at
21 Page 4 when you saw the August, 12th, 2004, question.
22 Or do you want to keep reading that?
23     A   Uh-huh.  Oh, so, that's what 0.01 percent
24 comes from.  But that's for diabetes, not for
25 hyperglycemia.

Page 108

1      Q   Are you talking about the fourth paragraph
2  there?
3      A   Yes, sir.  It said, "the change was requested
4  based on very rare reports of diabetes-related
5  conditions an incidence rate of less than 0.01 percent
6  worldwide."  I thought the 0.01 percent was for
7  hyperglycemia, but this seems to apply to diabetes.
8      Q   Well, Doctor, I notice in your office you have
9  some pictures hanging on the wall indicating that you're
10 a magician, right?
11     A   Yes, sir.
12     Q   Now, when you practice magic, it's an
13 illusion, right?
14     A   Yes, sir.
15     Q   Okay.  You're not really magic, are you?
16     MS. OWENS:  I'm going to object to these
17 questions as not relevant.
18 BY MR. BRUDNER:
19     Q   Are you magic?
20     A   Well, you know, I can float.  No, of course
21 not.
22     Q   But there's some kind of trick to that, right?
23     MS. OWENS:  May I have a standing objection to
24 this line of question?
25     MR. BRUDNER:  Sure.

Page 109

1  BY MR. BRUDNER:
2      Q   There's some kind of trick to when you can
3  float, right?
4      A   Yes, sir.
5      Q   And it's something that possibly the audience
6  takes for granted but doesn't see, right?
7      A   Yes, sir.  No -- yeah, you're correct.
8      Q   And that's possible to do with facts in
9  clinical trials, in Dear Doctor letters, isn't it?
10     A   My guess --
11     MS. OWENS:  I'm also going to object to this
12 as assuming facts that are not into evidence in
13 this case.
14     THE WITNESS:  Yeah, you know, words can be
15 manipulated, yes.
16 BY MR. BRUDNER:
17     Q   Okay.  Let's look at the second page of this
18 document.
19     A   Okay.
20     Q   The first full paragraph.
21     A   Is this the same letter --
22     MS. OWENS:  Which exhibit are we on?
23     THE WITNESS:  -- 30?
24 BY MR. BRUDNER:
25     Q   Yes.  Do you see the second page?

Page 110

1   A   Second page, yes, sir.
2   REDACTED
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 111

1   REDACTED
2
3
4
5   Q   Okay.  I'm going to go back to -- are you
6   still reading that?
7   A   Yeah.  I'm just kind of thinking.  I'm just
8   going to go ahead.
9   Q   Are you ready to move on?
10  A   Yes, sir.
11  Q   All right.  Let's go to the big thick exhibit
12  that --
13  A   Yes, sir.
14  Q   And I want to look -- you were looking at
15  Page 4.
16  A   28, Page 4.
17  Q   Yes, sir.  Now, I want you to flip to Page 5.
18  We're going to look at another question that AstraZeneca
19  records document that you asked.  Do you see on
20  March 29th, 2006 -- do you see an entry for March 29th,
21  2006?
22  A   Yes, sir.
23  Q   And do you see in the next box over to the
24  right the question box, it says, "Please send Dr. Saleh
25  information about the safety of and the prevalence of

Page 112

1   diabetes in patients taking Seroquel.  Thank you."  Did
2   I read that correctly?
3   A   Yes, sir.
4   Q   Okay.  So do you recall again in March 2006
5   requesting information about the safety of Seroquel and
6   the prevalence of diabetes in patients taking Seroquel?
7   A   Yes.  I mean, I don't have independent
8   recollection, you know, but, the -- I'm assuming you're
9   going to show me a copy of a letter that I received in it.
10  Q   You're getting used to this.  All right.  Now,
11  AstraZeneca documents that you asked the question on
12  March 29th, 2006, or in that time period.  Do you have
13  any reason to doubt that you asked again about the
14  safety of Seroquel and the prevalence of diabetes in
15  patients taking Seroquel?
16  A   Did I ask again?
17  Q   Do you have any reason to think you did not
18  ask at this time?
19  A   No.  No, sir.  I mean, I don't have any
20  recollection.
21  Q   Okay.
22  A   You know, but I usually say on it, if I'm
23  taking the time to call somebody to find information
24  that I feel I need, you know I may have called it again.
25  Q   Okay.  Or is it possible you may have called

Page 113

1   again because you didn't -- you weren't satisfied with
2   the response the first time?
3   A   I don't know.  I may have told the drug rep
4   when he came here, you know, can I get more information
5   on it and, you know, I just --
6   Q   At any rate, it appears that the issue wasn't
7   settled in your mind as of March 2006, right?
8   A   Well, I don't know how to answer.  It could be
9   yes, could be no.
10  Q   Okay.
11  A   But if I asked about it, it was not settled.
12  I may have asked.  But usually they are pretty good in
13  providing us information, you know.
14      (Deposition Exhibit No. 31 marked for
15  identification.)
16  BY MR. BRUDNER:
17  Q   I'm going to show you what's been marked as
18  Exhibit 31 to your deposition.  Do you see at the top of
19  this document it says AstraZeneca and MedicalResources?
20  A   Yes, sir.
21  Q   Okay.  You see that's a March 29th, 2006 --
22  A   Yes, sir.
23  Q   -- dated letter?
24  A   Yes, sir.
25  Q   Okay.  It's to you?

Page 114

1    A   Yes, sir.
2    Q   All right.  And at the bottom, again it has a
3  Bates stamp, the MDL-WhittingtonL and a number, right?
4    A   Yeah.  The letter that I received had that
5  information on it?
6    Q   No.
7       MR. BRUDNER:  Can I address that?
8       MS. OWENS:  Yes.
9  BY MR. BRUDNER:
10    Q   Okay.  The documents, for ease of use in this
11  litigation, have been stamped at the bottom.  It's
12  called a Bates stamp.  And that just helps us to
13  identify --
14    A   But it was not in the letter that I received?
15    Q   No, sir, it would not have been in that letter
16  when you saw it.
17    A   Okay.
18    Q   Okay.  Okay.  But in response to this
19  question, AstraZeneca again sent you a similar document
20  that again went on with -- you know, outlined some
21  published case reports, etcetera, right?
22    A   Uh-huh.
23    Q   And this document, the one that you're looking
24  at right here --
25    A   Yes, sir.

Page 115

1    Q   -- it's not a clinical study, right?
2    A   No.
3    Q   So is it fair to say in order for you to
4  attach significance to its claims, it will have to
5  reference clinical studies to support those claims?
6    A   You mean they should have mentioned the Japan
7  stuff?
8    Q   No.  What I mean -- and this is more general.
9    A   Okay.
10    Q   You'll see at the back -- if you turn to
11  Page 9 of this document, you'll see it contains a list
12  of references.
13    A   Okay.
14    Q   Do you see that?
15    A   Yes, sir.
16    Q   And these references are, for the most part,
17  studies, right?
18    A   Yes, sir.
19    Q   Okay.  And so without referencing claims to --
20  my question is:  Without referencing claims to studies,
21  you wouldn't put a whole lot of stock in the letter,
22  right?  Is that fair to say?
23    A   I'm not going to go find all that stuff to
24  read it unless the question --
25    Q   I guess what I'm saying is, if the -- if the

Page 116

1  letter didn't contain references to studies to back up
2  its claims, you wouldn't put much stock in it at all,
3  would you?
4    A   Well, if the letter tells me -- makes a
5  statement or a claim and then, you know, I'll take it at
6  face value because I think they are being straight with
7  me.
8    Q   You would want -- you would hope that it would
9  be something that could be substantiated by a study,
10  right?
11    A   Yes.  Yes.  I don't think they would send me
12  something unless it's substantiated.
13    Q   Okay.  And so really a letter like this is
14  only as good as the studies that substantiate the
15  claims, right?
16    A   Yes, sir.
17    Q   All right.  And I don't -- I'm not suggesting
18  that you should have read all those studies.  I'm just
19  asking you, it's important, isn't it, that claims made
20  in a document like this be substantiated by studies?
21    A   Yes.
22    Q   Okay.
23    A   Fair.
24    Q   And I'll ask some bad questions.  I'll just
25  admit to that right now.  So if there's a time when my

Page 117

1  question's unclear to you, I hope that you'll say, Russ,
2  ask it again in a different way or rephrase it.
3    A   Bad question, I give you bad answer.
4    Q   Okay.  That sounds like a fair deal.
5       MR. BRUDNER:  Do we need to take a break?
6       MS. OWENS:  This would be a good time.
7       MR. BRUDNER:  Okay.  We're going to go off the
8  record and take a little break.
9       (Brief recess, 4:16 p.m to 4:35 p.m.)
10  BY MR. BRUDNER:
11    Q   I think when we left -- well, Doctor, first,
12  you understand you're still under oath to tell the
13  truth?
14    A   Yes, sir.
15    Q   Okay.  Where we left off, we were talking
16  about Exhibit 31, and that was the document that
17  AstraZeneca sent to you in response to your March 29th,
18  2006, question -- or request for information about the
19  safety of and the prevalence of diabetes in patients
20  taking Seroquel, right?
21    A   2004 was the --
22    Q   2006.
23    A   Oh, yeah, it was 2006, yes.
24    Q   So now we're talking about the March 2006,
25  right?

Page 118

1      A   Them sending me information, yes.
2      Q   Okay.  And it was in response to your request
3  for information regarding the safety of and the
4  prevalence of diabetes --
5      A   Yes.
6      Q   -- in patients taking Seroquel, right?
7      A   Yes, sir.
8      Q   Okay.  And so -- and then that's why we were
9  looking at Exhibit 31.  That's what AstraZeneca sent you
10 in response to that question or the request, right?
11     A   Yes, sir.
12     Q   Okay.  And then I believe you testified that
13 it's important for a document like this that AstraZeneca
14 sends out to you to reference studies, right?
15     A   Yes, sir.
16     Q   And that's because presumably the studies will
17 support the claims that -- or the statements that
18 AstraZeneca is making in the text of this letter, right?
19     A   Yes, sir.
20     Q   Okay.  And then I think you told me that
21 Exhibit 31, it is really only as good as the -- do you
22 need to get it?
23     A   (Shakes head negatively).
24     Q   Okay.  I think you told me that Exhibit 31 is
25 really only as good as the studies that support the

Page 119

1  contentions; is that correct?
2      A   Yes.  They have to get that information from
3  somewhere.
4      Q   Right.
5          (Deposition Exhibit No. 32 marked for
6  identification.)
7  BY MR. BRUDNER:
8      Q   Okay.  So, what I want to do is show you
9  what's been marked as Exhibit 32.  And I'll -- before we
10 do that, if you'll look at Exhibit 31, Page 9, which is
11 where the references are.
12     A   Okay.
13     Q   I'm going to represent to you that what I'm
14 going to hand to you in Exhibit 32 is the study found in
15 reference No. 12, the Reinstein study.
16     A   Yeah, I remember.
17     Q   Do you see that?
18     A   Yes, sir.
19     Q   Now I'm going to hand you the study.  Sorry.
20 Will you hand that back?  I think I gave you the
21 highlighted one.  Sure did.  You'd think at this point
22 that wouldn't happen one time at a deposition but it
23 does.
24     A   Because highlighted, that would be leading?
25     Q   That's for me to ask you questions.

Page 120

1      A   Okay.
2      Q   So I don't hem and haw about it all day.
3  Okay.
4          MS. OWENS:  Off the record.
5          (Off the record.)
6  BY MR. BRUDNER:
7      Q   Doctor, I've handed you what's been marked as
8  Exhibit No. 32 to your deposition.  Do you see that it's
9  a document entitled "Effect of Clozapine-Quetiapine
10 Combination Therapy on Weight and Glycaemic Control"?
11     A   Yes, sir.
12     Q   And do you see that the first author listed on
13 that study is Michael J. Reinstein?
14     A   Right.
15     Q   Okay.  And I want to -- and can you compare it
16 to Exhibit No. 31 -- strike that.
17         I'm going to look at the results portion of
18 Exhibit No. 32, and I'm going to read the first part of
19 it and tell me if I've read it correctly.  "Changes in
20 weight and the status of diabetes were determined in
21 patients switched from a six-month Clozapine therapy to
22 the 10-month combination Clozapine-Quetiapine
23 treatment."  Did I read that correctly?
24     A   Yes.
25     Q   Okay.  "All changes were statistically

Page 121

1  significant (P less than .001).  Use of this combination
2  therapy in the management of weight gain and diabetes
3  resulted in 100 percent satisfactory response."  Did I
4  read that correctly, Doctor?
5      A   Yes, sir.
6      Q   Then I want to turn the page and read the
7  conclusion found at the top part of that page.  It says,
8  "Conclusion.  An unexpected yet welcome clinical effect
9  of Quetiapine is its apparent propensity to induce
10 weight loss and improve glycaemic control in patients
11 who gain weight and develop diabetes on Clozapine
12 therapy."  Did I read that correctly?
13     A   Yes, sir.
14     Q   In your clinical experience, do you find that
15 Seroquel induces weight loss?
16     A   No, I didn't think so but...
17     Q   Okay.  And in your clinical experience, do you
18 find that Seroquel improves glycaemic control?
19     A   No.  Not that I know of, no.
20         MR. BRUDNER:  I'm going to show you what's
21 been marked as Exhibit 33.  I'm sitting here with
22 too much time on my hands.
23         (Deposition Exhibit No. 33 marked for
24 identification.)
25 BY MR. BRUDNER:

Page 122

1    Q   Do you see that Exhibit 33 is titled "Managing
2  Weight Gain and Diabetes in Schizophrenia"?
3    A   Yes, sir.
4    Q   And do you see under that it says, A patient
5  case study from the files of Michael J. Reinstein, M.D.?
6    A   Yes, sir.
7    Q   Okay.  And that's the -- apparently the same
8  doctor who was the lead author of the study that we just
9  looked at, right?
10   A   Yes, sir.
11   Q   Okay.  And do you see below that it says -- on
12 that same document it says, Seroquel Quetiapine
13 Fumarate?
14   A   Uh-huh.
15   Q   Is that a yes, sir?
16   A   Below that you said?
17   Q   Yeah, kind of below the author's picture
18 there, directly below that on the first page.  It has
19 the Seroquel insignia and it says Seroquel Quetiapine
20 Fumarate?
21   A   Yes, sir.
22   Q   And so, this appears to be something that the
23 AstraZeneca sales reps might have passed out, right?
24   A   Yes.  Has a logo, yes, sir.
25   Q   Do they give you documents or handouts that

Page 123

1  look similar to this?
2    A   Sometimes they -- usually they mail them to
3  us.  They would just give my request and then they would
4  call somebody and somebody mails them in.
5    Q   Okay.  I want to pay particular attention to
6  the third page.  And at the top right, do you see where
7  it says, Rationale for Seroquel Therapy?
8    A   Top right, Page 3?
9    Q   Yes, sir.
10   A   It's actually the second sheet.
11   Q   It's the --
12   A   One, two --
13   Q   One, two, three.
14   A   Three, okay.
15   Q   At the top right, do you see where it says,
16 Rationale for Seroquel Therapy?
17   A   Yes, sir.
18   Q   Okay.  And you see the first bullet point just
19 directly under that?
20   A   Right.
21   Q   It says, "Previous treatment with Olanzapine,
22 10 milligrams a day, resulted in significant weight
23 gain, 10 pounds, and subsequent development of Type 2
24 diabetes (NIDDM)."  Do you see that?
25   A   Yes, sir.

Page 124

1    Q   And what is Olanzapine, for the jury?
2    A   Zyprexa.
3    Q   Okay.  And that comports with your
4  understanding of what -- the problems that people --
5  patients had on Zyprexa, right?
6    A   Yes, sir.
7    Q   And do you see below that in bold there's a
8  quote contributed to Michael J. Reinstein, M.D.?
9    A   Okay.  Yes.
10   Q   Okay.  And towards the middle part of it, do
11 you see where it says, "We chose Seroquel for this
12 patient because in our experience it provides excellent
13 results with negative psychotic symptoms, and weight
14 gain with Seroquel hasn't been an issue"?
15   A   Yes, sir.
16   Q   Now, in your clinical experience, has weight
17 gain with Seroquel been an issue?
18   A   In my experience weight gain?  The last part
19 of the sentence.
20   Q   Yes, sir.  In your clinical experience, has
21 weight gain been an issue with Seroquel?
22   A   No.
23   Q   It has not?
24   A   No.  I know they may gain some weight from the
25 literature, but I didn't have any patients complain to

Page 125

1  me about weight gain.
2    Q   Okay.  I think you testified earlier in the
3  afternoon --
4    A   Uh-huh.
5    Q   -- that you were aware that all second
6  generation antipsychotics have a side effect profile for
7  weight gain.
8    A   Yes, sir.  Atypical, yes, sir.
9    Q   Is that right?
10   A   Yes, sir.  And some more than others.
11   Q   Okay.  And I think you rated them, didn't you?
12   A   Yes, sir.
13   Q   And Zyprexa was at the top?
14   A   Clozaril at the top, Zyprexa, Seroquel,
15 Risperdal, Geodon, Abilify.
16   Q   Okay.
17   A   In my experience.
18   Q   So Seroquel is -- in your experience does have
19 some side effect for -- profile for weight gain?
20   A   Some weight gain.
21      MS. OWENS:  I'm going to object to your
22 mischaracterization of his testimony.
23      MR. BRUDNER:  Okay.
24      THE WITNESS:  Yeah, under 6, 7 pounds in a
25 year.  That's under 7 pounds definitely, you know.

(Pages 122 to 125)

Page 126

1  BY MR. BRUDNER:
2      Q   Okay.
3      A   But not something that I am worried about
4  because of the benefit/risk ratio.
5      Q   Okay.  Okay.  Well, we'll get to that later.
6          But just to clarify, is it your testimony here
7  today that there is a risk of weight gain associated
8  with Seroquel?
9      A   Some weight gain with Seroquel, yes, sir.
10     Q   Okay.  So from your perspective to say weight
11 gain with Seroquel hasn't been an issue wouldn't be
12 correct, would it?
13     A   Yeah, yeah.  Let me clarify my answer.  I am
14 aware that that may happen with some patients, but I
15 didn't have any of my patients complain about it and
16 tell me take us off this medicine, we don't want it
17 because -- except for reading that note with Dan Malcolm
18 from Ms. Whittington, that it was a issue for her, and
19 she was changed to something else.
20     Q   So, we do have one instance of one of your
21 patients asking to be changed from Seroquel because of
22 weight gain?
23     A   Didn't we read something like that in one
24 of --
25     Q   Yes.

Page 127

1      A   Yes.  Yes.
2      Q   And it just happened to be the Plaintiff in
3  this case, right?
4      A   Yes, sir.
5      Q   Okay.  But you don't remember any other
6  instances, right?
7      A   Unh-unh.
8      Q   Is that no?
9      A   No, sir.
10     Q   Okay.  And I'm sorry, I don't mean to -- I'm
11 not trying to pick at you.  It just makes the record
12 clearer.
13     A   I know.  I know.  I know.  I'm supposed to
14 answer because she cannot write down the movement of my
15 head.
16     Q   That's right.  That's right.
17         Let's turn to the next page of this document.
18 Okay.  Do you see in the left-hand column there's a
19 caption that says, Response to Seroquel?
20     A   On Page 3?
21     Q   On the next page, sir.
22     A   Okay.  Response to Seroquel, yes, sir.
23     Q   Okay.  And you see below the fifth
24 quote -- or maybe that's the only quote attributed to
25 Michael Reinstein.  Do you see a statement in quotations

Page 128

1  there?
2      A   Laboratory data revealed a normalization of
3  serum glucose levels --
4      Q   Okay.  Let me read that for the record and you
5  tell me if I read it correct.  "Our laboratory data
6  revealed a normalization of serum glucose levels which
7  is valid proof of improvement of diabetes and metabolic
8  stabilization."  Did I read that correctly?
9      A   Yes, sir.
10     Q   Okay.  Now, have you read anywhere in the
11 medical literature of any claims other than this that
12 Seroquel improves diabetes and metabolic stabilization?
13     A   No, sir.  And something like this happens, you
14 would think it would be on the front page of it.
15     Q   Right.  Let's look over on the right column
16 under the caption in the box called followup.  Do you
17 see that?
18     A   Yes, sir.
19     Q   Let's look again at Michael J. Reinstein's
20 quote.  It says, "We have found Seroquel to be ideal in
21 patients who have problems with weight gain and, due to
22 this, the development of diabetes.  In this patient,
23 once Olanzapine was discontinued and Seroquel was
24 started, the weight was lost, the diabetes resolved and
25 the patient was able to stop taking hyperglycemic

Page 129

1  medication.  In our experience, weight gain is not an
2  issue with Seroquel, unlike some other antipsychotic
3  medications."
4          Did I read that correctly, Doctor?
5      A   Yes, sir.
6      Q   Does that appear to be a credible claim at
7  all?
8      A   It does not appear credible.
9      Q   Okay.  And this is the same author whose study
10 was referenced by the document that AstraZeneca sent you
11 out in response to your question in March 2006, right?
12     A   Well, that's -- I don't recall, you know.  But
13 if you say so, I have to go with that.
14         (Deposition Exhibit No. 34 marked for
15 identification.)
16 BY MR. BRUDNER:
17     Q   Okay.  Now I'd like to show you another study
18 that references the Reinstein study that we just looked
19 at.  I'm going to show you what's been marked as
20 Exhibit 34 to your deposition.
21         Doctor, do you see that Exhibit 34 is entitled
22 "Clinical Study, the Weight Profile of Seroquel Over the
23 Long Term"?
24     A   Yes, sir.
25     Q   And do you see that the first of the listed

Page 130

1  authors is an M. Brecher?
2     **A   Yes, sir.**
3     Q   Are you familiar with Martin Brecher?
4     **A   No, sir.  I mean, I may have read his studies**
5  **in the past, but I don't remember.**
6     Q   The name doesn't ring a bell?
7     **A   No.  No, sir.**
8     Q   I want to show you -- I'd like for you to turn
9  to the back page where you see the references, and I
10  want to direct you specifically to reference No. 19.
11     **A   19.  Yes, sir.**
12     Q   And do you see that that's a reference to the
13  Reinstein study that we just saw?
14     **A   Yes, sir.**
15     Q   I'd like for you to turn to the second page of
16  this document.
17     **A   Of 34, second page of 34?**
18     Q   Yes, sir.  And so you see at the bottom it has
19  that Bates number that ends in 175?
20     **A   Yes, sir.**
21     Q   Okay.  Now, I want to look specifically at the
22  middle portion of this page.  Do you see where it says,
23  "Favorable weight profile unaffected by higher doses of
24  Seroquel in this study"?
25     **A   Yes, sir.**

Page 131

1     Q   Okay.  And you see below that the first bullet
2  point says, "Seroquel did not result in clinically
3  significant mean weight gain at any dose"?
4     **A   Yes, sir.**
5     Q   And you see below that it says, "No
6  correlation between higher doses and long-term mean
7  weight changes"?
8     **A   Yes, sir.**
9     Q   Okay.  I'd like to turn the page, and in the
10  middle there, do you see it says, "Little overall effect
11  on weight across BMI categories"?
12     **A   Yes, sir.**
13     Q   Just for the record, the page that we're on
14  now is the page that the Bates number ends in 176,
15  right?
16     **A   Yeah, correct.**
17     Q   Okay.  Now, below the part that we just read,
18  do you see the first bullet point that says, "Seroquel
19  demonstrates a favorable weight profile in every weight
20  category (from underweight to --"
21     **A   Just a second.  Which page is that?**
22     Q   Still on 176.  I'm sorry.
23     **A   Oh, okay.  176, okay.**
24     Q   And --
25     **A   Yeah, I see it.**

Page 132

1     Q   The first bullet point or the only bullet
2  point right there says, "Seroquel demonstrates a
3  favorable weight profile in every weight category (from
4  underweight to obese.)"  Do you see that?
5     **A   Yes, sir.**
6     Q   Okay.  Then if you'll turn the page to 177.
7  You see again at the top that Dr. Brecher's name is
8  referenced as an author, M. Brecher.  Do you see that?
9     **A   Yes, sir.**
10     Q   Okay.  And do you see just down and to the
11  right of that, in the middle of the page, the
12  conclusion?
13     **A   Yes.**
14     Q   And it says, "These results indicate that
15  long-term weight changes with Quetiapine monotherapy are
16  minimal and potentially beneficial, and do not appear to
17  raise the medical concerns associated with some other
18  atypical agents."
19     **A   Yes, sir.**
20     Q   Do you see that?
21     **A   Yes.**
22     Q   Okay.  I'd like for you to take a look at --
23  back again at the last page of this document at the
24  references.  Do you see reference No. 5?
25     **A   Yes, sir.**

Page 133

1     Q   And do you see that the first author on that
2  is an L. A. Arvanitis?
3     **A   Yes, sir.**
4     Q   Okay.  And that's a study, a 1997 study
5  regarding multiple fixed doses of Seroquel in patients
6  with acute exacerbation of schizophrenia, a comparison
7  with Haloperidol and placebo.  Do you see that?
8     **A   Yes, sir.**
9     Q   Okay.  So, at least a part -- in part by
10  referencing Ms. Arvanitis' study, the Brecher study that
11  we're looking at relies upon the Arvanitis study.  Was
12  that fair to say?
13     **A   Brecher study, yes.**
14     Q   Okay.  And, again, the Arvanitis study was
15  dated 1997?
16     **A   Yes.  There's 23 studies in the reference.**
17     Q   Okay.  And we're looking specifically right
18  now at the No. 5 study, right?
19     **A   Yes, sir.**
20     Q   Okay.
21     **A   How long we going to be, guys?  Because I have**
22  **one patient out there, by the way, who's scheduled**
23  **patient.  I can evaluate her and come back if you guys**
24  **want, want to take a break, you know.  Because I want to**
25  **get done with this today.  I don't want to have anymore.**

Page 134

1  Because I have a patient that's referred by the State of
2  Florida.  See, I do evaluations of professionals and
3  so --
4      Q   Okay.  I still have some work to do.
5          MR. BRUDNER:  How much time do I have?
6          THE REPORTER:  Are we off the record?
7          MR. BRUDNER:  Yeah, off the record.
8          (Discussion off the record.)
9          (Brief recess, 5:30-6:10 p.m.)
10         MR. BRUDNER:  Doctor, we're back on the
11     record.  And you understand, don't you, Doctor,
12     that you're still under oath to tell the truth?
13         THE WITNESS:  Yes, sir.
14  BY MR. BRUDNER:
15     Q   Let's try to get ourselves back where we were
16  in terms of what we were talking about before this
17  break.  We were looking at the Brecher study, which is
18  Exhibit 34, right?  It's the dark -- it has the dark
19  cover.
20     A   This one.
21     Q   Do you recall looking at that just before the
22  break?
23     A   Yes, sir.
24     Q   And specifically right before the break I
25  pointed out on the last page of that study that

Page 135

1  reference No. 5 is to an Arvanitis --
2      A   Yes, sir.
3      Q   -- study, right?
4      A   Yes, sir.
5          MR. BRUDNER:  Okay.  Now, I want to show you
6      what I'll mark as Exhibit 35 to your deposition.
7          (Deposition Exhibit No. 35 marked for
8      identification.)
9  BY MR. BRUDNER:
10     Q   Do you see that Exhibit 35 is an e-mail from
11  Lisa Arvanitis dated August 1st, 1997?
12     A   Yes, sir.
13     Q   Do you recall that we discussed that her
14  study, the one that was referenced in the Brecher
15  article, was dated 1997?
16     A   Yes, sir.
17     Q   Do you want to check that.  That's the last
18  page, and it's reference No. 5.
19     A   Reference No. 5, yeah, 1997, yes, sir,
20  correct.
21     Q   And do you see that the subject of this e-mail
22  is weight gain.  Up at the top there's a from/sent to.
23     A   Yeah, weight gain.
24     Q   Yes, sir.  And I'm going to start reading just
25  below that first paragraph.  It says, "The purpose of

Page 136

1  this analysis is twofold."  Do you see that?
2      A   Yes, sir.
3      Q   Do you see where it says -- the first sentence
4  after the first full paragraph, it says, "The purpose of
5  this analysis is twofold"?
6      A   Yes, sir.
7      Q   Then it says, No. 1, is there a competitive
8  advantage for Seroquel re weight gain which we can
9  articulate in posters, talks, vis aids," which I'll read
10  as visual aids.  "We know we have weight gain, but is it
11  limited to the short-term treatment and flattens out
12  over time?  Clozapine continues to accumulate."  Did I
13  read that right?
14     A   Yes, sir.
15     Q   And then the second item says, or No. 2, says,
16  "If not No. 1, then what do we tell the doctors when
17  they ask about long-term weight gain?"  Did I read that
18  correctly, Doctor?
19     A   Yes, sir.
20     Q   Let's look at this next paragraph.  It says,
21  "I recognize that there are a number of
22  interactions/compounds in the analysis John did, but
23  despite this, I was really struck by how consistent the
24  data was.  Across pools (all trials, 15 alone, all
25  trials-15), across parameters/measures (mean change from

Page 137

1  baseline, chain -- change from baseline, proportion with
2  clinically significant weight gain) and across cohorts
3  (various durations of treatment), the results seem to be
4  consistent and show weight gain is more rapid initially.
5  While weight gain slows over the longer term (I only
6  considered to 52 week) there still is weight gain.  It
7  doesn't stop.  The slope just appears to change."
8          Do you see that, Doctor?
9      A   Yes, sir.
10     Q   So, this e-mail is authored by an author of a
11  study quoted by the Brecher report, right?
12     A   Right.
13     Q   And the Brecher report says, "Seroquel did not
14  result in clinically significant mean weight gain at any
15  dose," and then it says, "No correlation between higher
16  doses and long-term mean weight changes."  Do you recall
17  that?
18     A   Yes, sir.
19     Q   So that this contradicts Brecher's study,
20  doesn't it?
21     A   Yes, sir.
22     Q   Okay.  Let's look at the second page, the
23  first full paragraph.
24     A   Same page or next page?
25     Q   The second page, sir, of the first full

Page 138

1    paragraph there.
2        A    Okay.
3        Q    Do you see where it says, "We know that weight
4    gain is dose related"?
5        A    Okay.
6        Q    Okay.
7        A    Yes, sir.
8        Q    And so that's -- that stance is in stark
9    contrast to Brecher's article that we looked at just
10   before, the Brecher that we looked at before that said
11   there was no correlation between higher doses and
12   long-term mean weight changes, right?
13       A    Yes, sir.
14       Q    So the information that you're getting in the
15   studies is not necessarily the same as the information
16   that the authors believed to be true, is it?
17       A    Appears so, sir.
18       Q    Okay.  Among the other revelations in this
19   e-mail that we're looking at, Ms. Arvanitis acknowledges
20   that 45 percent of patients on Seroquel had clinically
21   significant weight gain at 52 weeks.  You'll see that on
22   Page 1, in the middle of the document.
23       A    52 percent.  Okay.  52 weeks, right.
24       Q    Okay.  And then also she says, Weight gain
25   does not stop over the long term.  The slope just

Page 139

1    changes.
2        A    Right.
3        Q    Right?
4        A    Yes, sir.
5        Q    And then as we read on the second page, it
6    says, "We know that weight gain is dose related."
7        A    Yes, sir.
8        Q    And here -- do you recognize any of the names
9    of the people to whom this e-mail is sent, John Monyak,
10   Barbara Kowalcyk or Mark Scott?
11       A    No, sir.
12       Q    Okay.  Well, strike that.
13            Did anybody from AstraZeneca ever tell you
14   anything that resembled the information that you find in
15   this e-mail?
16       A    No.  But I read the information that the
17   weight gain in the first year and it's consistent with
18   what I know.  And five, was it 5 kilos they say?  Which
19   is about 10 pounds.  That was 6 to 10 pounds over one
20   year and then it flattens after the first year.
21       Q    But then it --
22       A    But here it says the slope just changed.
23       Q    Right.  So the weight gain continues to
24   accumulate?
25       A    Yeah.  Yeah.

Page 140

1        Q    And, I mean, we've seen in the studies that
2    you reviewed earlier, the Brecher study for instance,
3    that the claim is that -- that Seroquel was weight
4    neutral, right?
5        A    Yeah.  Or you lose weight.
6        Q    Or favorable weight profile.  Or lose weight,
7    right.  And so those two things just aren't true, right?
8        A    (No response.)
9        Q    Is it important for you to get accurate
10   information regarding the risks of a drug from its
11   manufacturer?
12       A    Yes, sir.
13       Q    And certainly when you request information
14   from a drug manufacturer, you expect it to be accurate
15   on -- and on the point of your request, right?
16       A    Yes, sir.
17       Q    And the information regarding the risks
18   associated with the drug is the very information you use
19   to protect your patients, right?
20       A    Yes, sir.
21       Q    I mean, you talked about weighing the risks
22   versus the benefits earlier, didn't you?
23       A    Yes, sir.
24       Q    And when you do that, that's an analysis
25   wherein you say what benefits do I hope to achieve by

Page 141

1    prescribing this drug and do those benefits outweigh the
2    risks that I'm aware of with regard to this drug, right?
3        A    Correct.
4        Q    Okay.  And so, if you're getting incorrect
5    information about the risks, then you're not able to
6    accurately make that analysis, are you?
7        A    Yes, that's correct.
8        Q    In your opinion, should the authors of studies
9    such as the Brecher study be objective?
10       A    Yes, always.
11       Q    And so, if they are employed by AstraZeneca,
12   is that something you take into consideration?
13       A    Yeah.  But, see, they're professional
14   scientists and they're going to, you know, be objective.
15   But, you know, will some of them skew the data?  Yeah,
16   it's possible.
17       Q    Okay.
18       A    You know.  Hopefully not, but, you know, you
19   cannot just assume.
20       Q    Well, let's look at this Lisa Arvanitis e-mail
21   again.  And I want to look at the, I don't know, it's
22   the third paragraph from the bottom.  It starts with
23   therefore.
24       A    Okay.
25       Q    It says, "Therefore, I'm not sure there is yet

Page 142

1    any type of competitive opportunity no matter how weak.
2    Quantitative comparisons between compounds (Clozapine,
3    Olanzapine) not from the same trials are seriously
4    flawed.  (Not that I would be giving up on an abstract,
5    but it requires more though, before making a decision
6    that this is something we ballyhoo.)  I have yet to
7    recheck out the weight gain over time in the Haloperidol
8    group in 15, but comparisons here would be pretty
9    shady."  Do you see that?
10       A   Yes, sir.
11       Q   So, does it look like the author of this
12    e-mail is trying to figure out a way to spin the data in
13    order to make it look good for doctors?
14       A   Spin the data?
15       Q   Do you understand what I mean by spin the
16    data?
17       A   Yes.  You know, just try to massage it in one
18    way or the other to -- yeah, well, I mean, let me answer
19    accurately.  I mean, I've got a little bit over --
20    information overload here.
21       MS. OWENS:  And I'm going to object to the
22       question to the extent he's asking this witness to
23       reach a conclusion about the intent of the author
24       of an e-mail he doesn't know and hasn't read before
25       today.

Page 143

1       THE WITNESS:  Would you rephrase the question,
2       please?
3    BY MR. BRUDNER:
4       Q   Sure.  Does it look like the author of this
5    e-mail is interested in the effect that the weight gain
6    data will have on Seroquel sales?
7       A   Yes.
8       MS. OWENS:  Same objection.
9       THE WITNESS:  Yeah, it seems like this is
10       concerned that maybe the weight gain doesn't stop
11       at one year and continues, but it goes -- it slopes
12       down.  So -- and the weight gain about 5 kilograms.
13       I saw that somewhere here.
14    BY MR. BRUDNER:
15       Q   And, remember, at the top, or towards the top
16    she says, "Is there a competitive advantage for Seroquel
17    re weight gain --"
18       A   Okay.  Yeah.
19       Q   "-- which we can articulate in posters,
20    talks --"
21       A   Right.
22       Q   Right?
23       A   Yes.  Yes.
24       Q   So does it seem to you that the author of this
25    e-mail is concerning herself with the data regarding

Page 144

1    weight gain as it relates to sales of Seroquel?
2       MS. OWENS:  Same objection.
3       THE WITNESS:  Yeah.  I see that she -- the
4       question is there a competitive advantage for
5       Seroquel, blah, blah, blah, and then, therefore,
6       I'm not sure that there's yet any type of
7       competitive opportunity.  So it seems that's what
8       she's trying to say.
9    BY MR. BRUDNER:
10       Q   I guess my question is, can you think of a
11    reason why an author of a clinical study would be
12    concerned with sales of the drug that is the subject of
13    the study?
14       A   Because she probably does lectures to doctors
15    and the doctors would ask her questions and she will not
16    be able to answer them.
17       Q   Well, I think you testified that you want an
18    author --
19       A   Yeah, I want accurate questions, you know,
20    but the spin part, no, I'm not sure how to put in the
21    spin, the spin question --
22       Q   Okay.
23       A   -- into this frame.
24       Q   Well, let me ask just a different way.
25       A   Uh-huh.

Page 145

1       Q   Uh-huh.  Do you think that an author of a
2    clinical study should --
3       A   Be worried about competition?
4       Q   -- be worried about competitive advantages --
5       A   No.
6       Q   -- with regard to sales?
7       A   No.
8       Q   Why not?
9       A   Because they're a clinician.  They're a
10    scientist.  They do their job.  You provide the data and
11    then let them do whatever they need to do with it.  It
12    seems like she's trying to warn them almost, telling
13    them there is no competitive advantage.  And so it's
14    more of a warning, I think.
15       Q   The studies -- the studies that we're looking
16    at are part of the body of clinical studies regarding
17    Seroquel, right?
18       A   Yeah, I guess.
19       Q   And you testified earlier that, I think, that
20    the medical literature is important to you, an important
21    resource for gathering information about drugs, right?
22       A   Yes, sir.
23       Q   And so if you can't rely on these studies to
24    be accurate because of biases, then that's an avenue of
25    information that's cut off from you, right?

Page 150

```
 1        MR. BRUDNER:  Okay.
 2   BY MR. BRUDNER:
 3        Q   Dosing anything over 800 milligrams is off
 4   label; isn't that correct, Doctor?
 5        A   Yes.
 6        Q   And what does off label mean, for the jury?
 7        A   Well, they -- the pharmaceutical company, all
 8   pharmaceutical companies, they recommend a certain
 9   dosage limit.  And that's in the level.  The level
10   states they recommend use no more than 800 milligrams.
11   And sometimes doctors do use higher dose, and dose will
12   be called off label.
13        Q   But you testified earlier that the AstraZeneca
14   sales representatives fairly promoted their drug
15   Seroquel to you over time, right?
16        A   I don't know to promote.  I mean, they don't
17   push me.  I just -- they don't come and tell -- you
18   know, the word promote has strange connotations to it.
19   You know, they come and tell me about the medication.  I
20   ask them questions about possible problems.  And then I
21   read about it and form my own opinion and use
22   accordingly.
23        Q   Okay.  Do you recall testifying that it was
24   your understanding that the AstraZeneca sales
25   representatives worked under strict guidelines --
```

Page 151

```
 1        A   Yeah.
 2        Q   -- with regard to what they could talk about?
 3        A   Right.  But this was not the sales -- this was
 4   Dr. Rankupalli, I think, talking about the higher
 5   dosage.
 6        Q   Well, according to the document, under
 7   column J, it's Deborah Grissett.
 8        A   She's the one that's speaking about it?
 9   Rankupalli was here and Rankupalli was working at the
10   state hospital back then.
11        Q   Uh-huh.
12        A   And I know at the state hospital they use high
13   dosages.  They routinely go over the recommended doses.
14        Q   But as this document indicates, that if the
15   sale representative was talking to you about dosing over
16   800 milligrams, then she was talking to you about
17   something that was off label, right?
18        MS. OWENS:  I'm going to object to that as
19        assuming facts that are not evidence and contrary
20        to the witness' testimony related to Dr.
21        Rankupalli.
22        THE WITNESS:  This looks like Dr. Rankupalli
23        discussing about it.  The discussion focus -- no,
24        she's saying the discussion between me and
25        Rankupalli.
```

Page 152

```
 1   BY MR. BRUDNER:
 2        Q   Okay.
 3        A   But this is Dr. Rankupalli discussing dosage
 4   at 5:00 p.m. and then at 8:00 p.m. to avoid hypotension.
 5   Also discussed to use Seroquel (high dose) Risp (low
 6   dose) combo for Clozaril failures or those with problems
 7   with blood tests.  Discussion focused on receptor
 8   physiology in explanation and product choice.  Discussed
 9   using up to 1200 milligrams as well.  No, this is
10   Rankupalli talking about it.
11        Q   Was Dr. -- do you know whether Dr. Rankupalli
12   was compensated by AstraZeneca for having that
13   discussion with you?
14        A   I mean, yes, I'm presuming, I mean, for his
15   time, you know.  For his time you know.  Like they ask
16   me to do something, I want to be compensated for my
17   time.  And I hope I'm going to be compensated for my
18   time today.  On the record.
19        MS. OWENS:  Off the record.
20        (Off the record.)
21   BY MR. BRUDNER:
22        Q   Okay.  Let's move on.  Let's move on to page
23   25.
24        A   25 of the Exhibit --
25        Q   The exhibit you have in front of you, the call
```

Page 153

```
 1   notes.
 2        A   36?
 3        Q   Yes, sir.
 4        Q   Okay.  All right.  Page 25?
 5        Q   Yes, sir.
 6        A   I've never seen anything like that.
 7        Q   Look at row 209.  Do you see that?
 8        A   209, yes, sir.
 9   REDACTED
10
11
12
13
14
15
16
17
18
19        Q   So, did you -- I think earlier you testified
20   from time to time you spoke to AstraZeneca?
21        A   Yes.  I'm a speaker for AstraZeneca and
22   Bristol-Myers.
23   REDACTED
24
25
```

Page 154

REDACTED

```
 5    Q   I see.
 6    A   You want me to talk about the side effects,
 7  about the facts, you know.  So, it makes -- since I'm
 8  being contracted to make a presentation, I think it's
 9  just fair to ask -- you mentioned before I'm magician.
10    Q   Right.
11    A   I don't get paid to perform magic, but if I
12  were to be paid to perform magic, I would ask them what
13  kind of magic do you want.
14    Q   Okay.  That makes sense.
15    A   It's fair -- it's fair to me.
```

REDACTED

Page 155

REDACTED

```
11    Q   And so did the AstraZeneca sales
12  representatives try to get you to get Dan to write more
13  Seroquel?
14    A   Yeah, yeah.  No, no, actually I remember.  I
15  remember, kind of the remember, you know.  And I didn't
16  know how they find out these things.  It kind of bothers
17  you.  And they said, you know -- because those are the
18  two drugs really that I know the most about and I
19  prescribe the most.  And at the time Dan Malcolm, he was
20  the ARNP, apparently, he was using principally Abilify.
21    Q   Uh-huh.
22    A   And so, I see where they thought maybe I had
23  some problems with using Seroquel.  I guess when they
24  realized that I from my office allowed Abilify would be
25  prescribed.  I mean, they're in the business of selling
```

Page 156

```
 1  meds, I guess.
 2    Q   I see.  Sure.  Let's look at Page 35.  Are you
 3  there?
 4    A   Yes.
 5    Q   And that top row is 340, right?
 6    A   That's what it says.
 7    Q   All right.  And if you go under column K, it's
 8  a September 8th, 1999, visit, right?
 9    A   Yes.  1999, yes, sir.
10    Q   And if I represent to you that Seroquel came
11  on the market in 1997, then this is pretty soon after
12  Seroquel came on the market, right?
13    A   Right.
14    Q   A couple of years, right?
15    A   Yes, sir.
16    Q   Okay.  Now, let's look at the call note.  It
17  said, "Went over QUSET data.  Doctor feels Seroquel not
18  potent.  NCO-emphasize the need to definitely be in the
19  400 to 600 and higher range to get optimal results."  Do
20  you see that?
21    A   Yes, sir.
22    Q   So when -- during that period of time,
23  apparently you felt that Seroquel was not efficacious at
24  lower doses.
25    A   Yeah.  But that was -- I said this earlier,
```

Page 157

```
 1  actually, when we were doing the Zodiac study, I was
 2  part of it, and the recommended dose was in the lower
 3  300 range, and I didn't -- I thought it was not working.
 4  You know, that was, you know, the joke, the prescription
 5  makes you gain weight and Seroquel does not work.
 6    Q   Okay.
 7    A   But then later on some studies came on or
 8  somewhere I read that higher doses worked better, and I
 9  tried to use the higher doses and I realize that, yeah,
10  in fact, the higher doses work much better.
11       MR. BRUDNER:  Let me show you another exhibit
12  then.  We're on No. 37.  We may come back to 36,
13  but I want to show you No. 37 while we're on the
14  topic of dose.
15       (Deposition Exhibit No. 37 marked for
16  identification.)
17  BY MR. BRUDNER:
18    Q   And do you see that this is a e-mail from
19  Martin Brecher?
20    A   Okay.
21    Q   Do you see that, Doctor?
22    A   Yes, sir.
23    Q   And it's dated October 10th, 2005.  Do you see
24  that?
25    A   Yes, sir.
```

(Pages 154 to 157)

## Page 174

1    Q   You don't -- you don't know?
2    A   I wasn't aware.  I don't know how they do it
3  and what they do.
4    Q   Do you have an understanding whether the sales
5  representatives are permitted by regulations to bring up
6  information that is outside of the FDA approved label
7  for drugs in United States?
8    A   No, they can only tell about the FDA
9  requirements.
10    Q   Do you have an understanding that if you, as a
11  physician, want additional information that's outside of
12  the United States approved label, that the sales
13  representative can only relay your inquiry to the
14  company?
15    A   Yes.  Well, I'm assuming, you know.  Whenever
16  I ask them for something, they tell me they have to pass
17  it along to the company and somebody will send it to me
18  and then someone -- any time in the future I receive the
19  information.
20    Q   Do you know that the sales representatives are
21  not permitted to proactively bring up a topic that is
22  outside the FDA approved label?
23    A   Yeah, I know.  And they are very fastidious
24  about it.
25    Q   That would be true of the AstraZeneca sales

## Page 175

1  reps who've called on you, correct --
2    A   Yes, ma'am.
3    Q   -- over the years?
4    A   Yes, ma'am.
5    Q   And that would include what's going on outside
6  the United States, that they cannot discuss with you,
7  correct?
8    A   Yes, ma'am.
9    Q   In your experience, has any sales
10  representative from any company ever proactively brought
11  up what was in a label outside of the United States,
12  anybody from any company?
13    A   No.  There was about the suicide, increased
14  suicide risk for patients on antidepression medication
15  from England.  The study came from England.  I remember
16  a sales rep mentioning that.
17    Q   Was this sales rep showing you a label that
18  was outside the United States and not approved by FDA?
19    A   No.  There was -- there was this concern,
20  there were this black book's warning on antidepressants
21  that they may cause increased suicidal behavior in
22  patients.  And when I asked the sales rep where that
23  was, why did they -- why is there that question in this
24  black book's warning, and he said this is from the
25  studies in England where there has been the possible

## Page 176

1  increase of suicidal behavior.
2    Q   That was a reference to a scientific study,
3  not to a drug label, correct?
4    A   Yes.
5    MR. BRUDNER:  Excuse me.  How much time?
6    THE REPORTER:  Time is up.
7    MS. OWENS:  My 10 minutes is up?
8    THE REPORTER:  You're at 12 minutes actually.
9    MS. OWENS:  I'll conclude.
10  BY MS. OWENS:
11    Q   Doctor, when pharmaceutical companies give you
12  information, you indicated you want it to be accurate,
13  correct?
14    A   Yes, ma'am.
15    Q   But you also want it to be complete, correct?
16    A   Yes, ma'am.
17    Q   And if you look at Exhibit 1 recalling the
18  scientific information AstraZeneca was providing to you
19  in response to your inquiries, first of all, you got
20  prompt responses to your inquiries from the company,
21  correct?
22    A   Usually, yes.
23    Q   And, in fact, in some instance it was on the
24  very same day you made the inquiry, correct?
25    A   Yes, ma'am.

## Page 177

1    Q   Or the response was dated the same day, in
2  other words, correct?
3    A   Yes, ma'am.
4    Q   May I see Exhibit 31?  Looking at Exhibit 31,
5  Page 1, starting in the summary talking about
6  hyperglycemia, in some cases extreme and associated with
7  ketoacidosis being reported in patients treated with
8  atypical antipsychotics, including Seroquel, right?
9    A   Yes.  Yes, exactly.
10    Q   So nobody was trying to hide that ball,
11  correct?
12    A   Yes.  That's the exact book's wording.
13    MR. BRUDNER:  Objection, form.
14  BY MS. OWENS:
15    Q   And I know that Ms. Whittington's counsel
16  reviewed with you one reference provided, but you were
17  actually provided with 25 references, correct.
18    A   Yeah, 23 or something.  23 or 25.
19    Q   Also --
20    A   25 references.
21    Q   And also attached in that communication from
22  the company to you was the Seroquel warning dated
23  December '05, I believe; is that correct?
24    A   Yes, ma'am.  They always attach that.
25    Q   Now, has anyone from AstraZeneca or anywhere

Page 178

1  told you before that you should focus on the Reinstein
2  study you've been asked questions about?
3      A   I don't know how to answer the question.  I
4  mean, the Reinstein study is the Reinstein study.
5      Q   And it's one of 25, correct?
6      A   Yeah.
7      Q   When doctors and others are making decisions
8  about medical issues, you don't base your decisions on
9  one study alone, correct?
10     A   No.  You look at all the data available, then
11 you make decisions accordingly.
12     Q   And when the FDA makes decisions, when
13 pharmaceutical companies and good doctors make
14 decisions, they look at all the available data, correct?
15     A   Yes, ma'am.
16     Q   Certainly not a subset of data like what may
17 be represented in some of the e-mails you've been shown
18 today, correct?
19     A   Yes, ma'am.
20     Q   Looking at the call notes, when the Brecher
21 study was delivered to your office, you were on
22 vacation, correct?
23     A   If that's what it's saying, I was on vacation.
24     Q   If you look to Page 53, a part that
25 Ms. Whittington's counsel did not review with you out of

Page 179

1  the same call note, it says, "Dr. Saleh was on vacation
2  until next week," correct?
3      A   Yes, ma'am.
4      Q   So you weren't in the office when that study
5  was delivered, correct?
6      A   If that's what it's saying in there, I don't
7  deny it or -- I do not deny it, no.
8      Q   Let me ask you this:  Do you have any
9  recollection of receiving that study --
10     A   No.
11     Q   -- from the call from the pharmaceutical
12 representatives?
13     A   That specific study, no, I don't have
14 independent recollection of receiving any specific
15 studies.  But I know we received the studies when we
16 request them or when we don't request them, and we
17 review them to help us in our decision making.
18     Q   And that decision making is not based on a
19 single study, correct?
20     A   No.  No, ma'am.
21     Q   It is based -- let me just ask you, in
22 closing, to review all the things that would enter into
23 your decision making about what drug to prescribe to a
24 patient?  And that will be my last question.
25         MR. BRUDNER:  Objection, form.

Page 180

1          THE WITNESS:  Review the literature that's in
2  the general medical psychiatric literature,
3  information obtained during CME hours, continued
4  medical education, information provided by the
5  pharmaceutical representative, confidence where
6  this pharmaceutical are presented by an expert.
7  The label and the box, you know, my experience with
8  the drug as I use it in my patients.  Several
9  factors.
10         MS. OWENS:  That's all I have.
11         MR. BRUDNER:  Doctor, I'm sorry.  I have
12 another question.
13             RECROSS EXAMINATION
14 BY MR. BRUDNER:
15     Q   Is it fair to say that if you knew there was a
16 contraindication for putting a patient with diabetes on
17 Seroquel, that you would not put a patient with risk
18 factors for diabetes on Seroquel?
19     A   Yes.
20     Q   That's fair to say?
21     A   That's fair to say.
22     Q   And Mrs. Owens showed you evidence that
23 Ms. Whittington had risk factors for diabetes in 2001,
24 right?
25     A   Yeah.  Well, you know, again, I say that I'm

Page 181

1  having information overload, so I'm getting a lot of --
2  today if I have a patient that needed medication and I
3  believe would benefit from Seroquel, even if they have
4  diabetes, I would put them on Seroquel after obtaining
5  the information and then monitoring their fasting blood
6  sugar.  And hyperglycemia -- if it's probably from
7  diabetes.  But it if was only hyperglycemia, then I
8  would do fasting blood glucose and monitor it and work
9  with their doctors if I believe that the benefit of
10 treatment with Seroquel outweighs the risks.
11         MR. BRUDNER:  Okay.  Objection to the
12 nonresponsive, everything after yes.
13         THE WITNESS:  Okay.
14         MR. BRUDNER:  Pass the witness.
15         THE WITNESS:  And it's a great medicine.  You
16 know, if the patient needs them, you have to treat
17 them, you know.  I'd rather use that than give them
18 hydroperidem and subject them to all the horrible
19 long-term effects.
20         MR. BRUDNER:  Objection.  Nonresponsive.  Are
21 we off?
22         THE WITNESS:  Okay.
23         MR. BRUDNER:  No, I just have to enter my
24 objections.  Are we off?
25         MS. OWENS:  Yes.

Page 182

```
 1          (Witness excused.)
 2          (Deposition concluded.)
 3               * * *
 4     STATE OF FLORIDA )
 5     COUNTY OF DUVAL  )
 6
 7          I, M. Kim Simms, Registered Professional Reporter,
 8     certify that DR. MOHAMED O. SALEH personally appeared
 9     before me and was duly sworn.
10
11          WITNESS my hand and official seal this 17th
12     day of March 2008.
13
14
15
16
17
18
19          _____
            M. KIM SIMMS, RPR
20          Notary Public, State of Florida
            My Commission No.:  DD343155
21          Expires:  September 15, 2008
22
23
24
25
```

Page 183

```
 1          C E R T I F I C A T E
 2
 3     STATE OF FLORIDA  )
 4     COUNTY OF DUVAL   )
 5
            I, M. Kim Simms, Registered Professional Reporter,
 6     certify that I was authorized to and did
       stenographically report the foregoing deposition; that a
 7     review of the transcript was not requested; and that the
       transcript is a true record of the testimony given by
 8     the witness.
 9          I further certify that said deposition was taken
       at the time and place hereinabove set forth and that the
10     taking of said deposition was commenced and completed as
       hereinabove set out.
11
            I further certify that I am not attorney or
12     counsel of any of the parties, nor am I a relative or
       employee of any attorney or counsel of party connected
13     with the action, nor am I financially interested in the
       action.
14
            The foregoing certification of this transcript
15     does not apply to any reproduction of the same by any
       means unless under the direct control and/or direction
16     of the certifying reporter.
17          IN WITNESS WHEREOF, I have hereunto set my hand
       this 17th day of March 2008.
18
19
20
21
22          _____
            M. KIM SIMMS, RPR
23
24
25
```