**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION<br>This document relates to:<br>*Linda Guinn*, No. 6:07-CV-10291<br>*Janice Burns*, No. 6:07-CV-15959<br>*Richard Unger*, No. 6:07-CV-15812<br>*Connie Curley*, No. 6:07-CV-15701<br>*Linda Whittington*, No. 6:07-CV-10475<br>*Eileen McAlexander*, No. 6:07-CV-10360<br>*David Haller*, No. 6:07-CV-15733 | **MDL DOCKET NO:**<br>**6:06-MDL-1769-ACC-DAB** |

**PLAINTIFFS' SUPPLEMENTAL NOTICE OF UNSEALING AND FILING NON-CONFIDENTIAL EXHIBIT 15 (PARTS 1 TO 20-1) TO THEIR RESPONSE IN OPPOSITION TO ASTRAZENECA'S MOTION TO EXCLUDE THE GENERAL CAUSATION TESTIMONY OF PLAINTIFFS' GENERIC AND CASE-SPECIFIC WITNESSES AND SUPPORTING MEMORANDUM OF LAW**

Pursuant to the Court's instructions of February 26, 2009, the above-listed Plaintiffs submit their Supplemental Notice of Unsealing and Filing Non-Confidential Exhibit 15 (Parts 1 to 20-1) to Their Response in Opposition to AstraZeneca's Motion to Exclude the General Causation Testimony of Plaintiffs' Generic and Case-Specific Witnesses and Supporting Memorandum of Law filed by Defendants AstraZeneca Pharmaceuticals, LP and AstraZeneca, LP on or about November 3, 2008, attaching the Exhibit listed below.

1

**Exhibits to Plaintiffs' Response in Opposition to AstraZeneca's Motion to Exclude the General Causation Testimony of Plaintiffs' Generic and Case-Specific Witnesses and Supporting Memorandum of Law**

| Exhibit No. | Description |
| --- | --- |
| 15 | Clinical Study Report – *A 24-Week, International, Multi-centre, Open-label, Flexible-dose, Randomised, Parallel-Group, Phase IV Study to Compare the Effect on Glucose Metabolism of Quetiapine, Olanzapine, and Risperidone in the Treatment of Patients with Schizophrenia* – Edition Number 01 – Study Code D1441C00125, Date June 12, 2006 (Study 125) |

DATED:  March 11, 2009　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　By:     /s/ Robert W. Cowan
　　　　　　　　　　　　　　　　　　　　　　　　　　F. Kenneth Bailey Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　　K. Camp Bailey
　　　　　　　　　　　　　　　　　　　　　　　　　　Fletcher V. Trammell
　　　　　　　　　　　　　　　　　　　　　　　　　　Robert W. Cowan
　　　　　　　　　　　　　　　　　　　　　　　　　　**BAILEY PERRIN BAILEY**
　　　　　　　　　　　　　　　　　　　　　　　　　　440 Louisiana St., Suite 2100
　　　　　　　　　　　　　　　　　　　　　　　　　　Houston, Texas 77002
　　　　　　　　　　　　　　　　　　　　　　　　　　(713) 425-7100 Telephone
　　　　　　　　　　　　　　　　　　　　　　　　　　(713) 425-7101 Facsimile
　　　　　　　　　　　　　　　　　　　　　　　　　　kbailey@bpblaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　　cbailey@bpblaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　　ftrammell@bpblaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　　rcowan@bpblaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　　**Co-Lead Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of March, 2009, I electronically filed the foregoing: PLAINTIFFS' SUPPLEMENTAL NOTICE OF UNSEALING AND FILING NON-CONFIDENTIAL EXHIBITS TO THEIR RESPONSE IN OPPOSITION TO ASTRAZENECA'S MOTION TO EXCLUDE THE GENERAL CAUSATION TESTIMONY OF PLAINTIFFS' GENERIC AND CASE-SPECIFIC WITNESSES AND SUPPORTING MEMORANDUM OF LAW with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

/s/  Robert W. Cowan
Robert W. Cowan