

**Clinical Study Report**

| | |
|---|---|
| Drug Substance: | quetiapine |
| Edition Number | 01 |
| Study Code | D1441C00125 |
| Date | 12 June 2006 |

# A 24-Week, International, Multi-centre, Open-label, Flexible-dose, Randomised, Parallel-Group, Phase IV Study to Compare the Effect on Glucose Metabolism of Quetiapine, Olanzapine, and Risperidone in the Treatment of Patients with Schizophrenia

**Study dates:** First patient enrolled: 29 April 2004
Last patient completed: 24 October 2005

**Phase of development:** IV

**International Co-ordinating Investigator:**
Professor Robin Emsley
Department of Psychiatry
Faculty of Health Sciences
University of Stellenbosch
PO Box 19063
Tygerberg 7505
Cape Town
South Africa

**Sponsor's Responsible Medical Officer:**
Dr Martin Brecher

This study was performed in compliance with Good Clinical Practice.

This document contains trade secrets and confidential commercial information, disclosure of which is prohibited without providing advance notice to AstraZeneca and opportunity to object.



| Drug Product | Seroquel | **SYNOPSIS** | |
| Drug Substance(s) | quetiapine | | |
| Edition Number | 01 | | |
| Study Code | D1441C00125 | | |
| Date | 12 June 2006 | | |

## A 24-Week, International, Multi-centre, Open-label, Flexible-dose, Randomised, Parallel-Group, Phase IV Study to Compare the Effect on Glucose Metabolism of Quetiapine, Olanzapine, and Risperidone in the Treatment of Patients with Schizophrenia

**International co-ordinating investigator**

Professor Robin Emsley
Department of Psychiatry
Faculty of Health Sciences
University of Stellenbosch
PO Box 19063
Tygerberg 7505
Cape Town
South Africa

**Study centres**

The study was conducted in Bulgaria (8 active centres), Czech Republic (8 active centres), Germany (6 active centres), Hungary (7 active centres), Norway (1 active centre), Romania (7 active centres), Slovakia (12 active centres), South Africa (8 active centres), and United Kingdom (1 active centre).

**Publications**

None at the time of writing this report.

**Study dates**                                   **Phase of development**

**First patient enrolled**   29 April 2004        Therapeutic use (IV)

**Last patient completed**   24 October 2005

CONFIDENTIAL
AZSER12441946

| Clinical Study Report Synopsis<br>Edition Number 01<br>Study Code D1441C00125 | (For national authority use only) |
| --- | --- |

## Objectives

### Primary objective

To compare the safety/tolerability profile of quetiapine and olanzapine on glucose metabolism in schizophrenic patients by evaluating the change from randomisation at Week 24 in Area Under the Curve (AUC) 0-2h of the plasma glucose values following Oral Glucose Tolerance Test (OGTT).

### Secondary objectives

### Glucose metabolism, blood lipid levels and weight

- To compare the safety/tolerability profile of quetiapine and risperidone on glucose metabolism in schizophrenic patients by evaluating the change from baseline at Week 24 in AUC 0-2h of the plasma glucose values following OGTT.

- To further compare the safety/tolerability profile of quetiapine, olanzapine and risperidone on glucose metabolism by evaluating change from randomisation at Week 24 in the following: fasting plasma glucose; proportion of patients with hyperglycemia; proportion of patients with impaired fasting glucose (IFG) or impaired glucose tolerance (IGT); fasting plasma insulin; AUC 0-2h of the plasma values of insulin following OGTT; index of insulin sensitivity (ISI) derived from OGTT; homeostasis model assessment (HOMA); haemoglobin $A_{1c}$ (HbA$_{1c}$); C-peptide.

- To compare the safety/tolerability profile of quetiapine, olanzapine and risperidone on lipid levels by evaluating change from randomisation at Week 24 in fasting lipid levels: total cholesterol, high-density lipoproteins (HDL), low-density lipoproteins (LDL) and triglycerides.

- To compare the safety/tolerability profile of quetiapine, olanzapine and risperidone on weight by evaluation of change from randomisation at Week 24 in weight, body mass index (BMI) and waist circumference.

### Other safety and tolerability objectives

- To compare the safety/tolerability profile of quetiapine, olanzapine and risperidone on prolactin level by evaluation of change from randomisation at Week 24.

- To compare the safety/tolerability profile of quetiapine, olanzapine and risperidone on extrapyramidal symptoms (EPS) and other adverse events (AEs) as measured by: reporting of AEs; changes in electrocardiogram (ECG), blood pressure and pulse rate; change in Simpson-Angus Scale (SAS) total score and Barnes Akathisia Rating Scale (BARS) score from randomisation at Week 24; proportion of patients using anticholinergic medication.

CONFIDENTIAL
AZSER12441947

| Clinical Study Report Synopsis<br>Edition Number 01<br>Study Code D1441C00125 | (For national authority use only) |
|---|---|

**Efficacy objectives**

- To document maintained efficacy of quetiapine, olanzapine and risperidone by evaluating clinical symptoms in patients with schizophrenia by assessment of: proportion of patients with a Clinical Global Impression Severity of Illness (CGI-S) score of ≤3 at Week 24; Clinical Global Impression Global Improvement (CGI-I) score at Week 24; proportion of patients with CGI-I score of "very much improved" or "much improved" at Week 24.

**Other objectives**

- To compare the patients' well-being, measured by Personal Evaluation of Transitions in Treatment (PETiT) total score, by change from randomisation at Week 12 and Week 24/end of treatment, and by absolute value at Week 12 and Week 24/end of treatment.

- To compare the treatment satisfaction, measured by PETiT subscore, by change from randomisation at Week 12 and Week 24/end of treatment, and by absolute value at Week 12 and Week 24/end of treatment.

- To investigate the attitudes to compliance and non-compliance, measured by the Rating of Medical Influences Scale (ROMI), by change from randomisation at Week 12 and Week 24/end of treatment, and by absolute value at Week 12 and Week 24/end of treatment.

**Study design**

This was an international, multicentre, randomised, open-label, flexible-dose, comparative, parallel group study evaluating the effect on glucose metabolism of quetiapine, olanzapine and risperidone in schizophrenic patients after 24 weeks of treatment.

**Target patient population and sample size**

Male and female patients aged 18 to 65 and fulfilling diagnostic criteria of schizophrenia in Diagnostic and Statistical Manual of Mental Disorders, 4th Edition (DSM-IV). Patients with increased risk of changes in glucose metabolism prior to inclusion due to eg diabetes mellitus or use of concomitant medications affecting glucose metabolism, as well as patients who had previously used atypical antipsychotics, were excluded.

A total of 285 patients (95 per treatment group) with valid AUC (0-2 h) plasma glucose assessments following OGTT at baseline and at Week 24 were required to provide 90% power for a 2-sided test at the 5% alpha level. To compensate for discontinuations, 574 patients were actually enrolled in the study and 510 randomised, of which 168 patients to the quetiapine, 169 to the olanzapine, and 173 to the risperidone treatment group.

CONFIDENTIAL
AZSER12441948

| Clinical Study Report Synopsis<br>Edition Number 01<br>Study Code D1441C00125 | (For national authority use only) |
| --- | --- |

**Investigational product and comparators: dosage, mode of administration, and batch numbers**

During the titration period (Day 1-5), quetiapine was gradually increased to a total daily dose of 600 mg/day, olanzapine to 15 mg/day, and risperidone to 6 mg/day. The titration period was followed by the 23-week treatment period, during which dosing was flexible. Dosage could be adjusted for therapeutic efficacy and/or tolerability within the following ranges: quetiapine 400, 600, or 800 mg/day; olanzapine 10, 15, or 20 mg/day; risperidone 4, 6, or 8 mg/day. Quetiapine was administered twice daily, and at least 25% of the dose had to be taken in the morning. Olanzapine was administered once daily, and risperidone once or twice daily according to local prescribing information.

Study treatment was given in tablets of the following doses (manufacturer): quetiapine 100 mg (AstraZeneca), quetiapine 200 mg (AstraZeneca), olanzapine 5 mg (Eli Lilly), olanzapine 10 mg (Eli Lilly), risperidone 2 mg (Janssen-Cilag), and risperidone 4 mg (Janssen-Cilag). For the titration period, blister packages designed and packed for the study were used. For the flexible dose period, quetiapine was packed in bottles. For olanzapine and risperidone, locally available commercial packs of the investigational products in original containers were used for the flexible dose period. Multiple batches were used for the different participating countries. A complete list of batch numbers used during the titration period and flexible dose period can be found in the Clinical Study Report, Table 11.1.4-6 and Table 11.1.4-7, respectively. Batches used per patient are listed in Appendix 12.1.6.

**Duration of treatment**

Randomisation to study treatments was followed by a 5-day titration period, and thereafter by a 23-week flexible dose period. The complete treatment period was 24 weeks.

**Criteria for evaluation (main variables)**

**Efficacy**

- Primary variable – not applicable. See Safety section below for primary variable.

- Secondary variables: CGI-I score at Week 24; the proportion of patients with a CGI-S score $\leq 3$ at Week 24; the proportion of patients who have a CGI-I rating of "very much improved" or "much improved" at the final assessment; PETiT total score (item 1-30); PETiT perception and satisfaction with current medication score (item 25-30); ROMI total score and change from baseline for compliance and non-compliance; ROMI change from baseline (randomisation visit) at Week 12 and at final visit at Week 24/end of treatment; ROMI absolute value at Week 12 and Week 24/end of treatment.

**Safety**

- Primary variable: Change from baseline at Week 24 in AUC 0-2h of the plasma glucose values following OGTT (comparison between quetiapine and olanzapine).

5

CONFIDENTIAL<br>AZSER12441949

| Clinical Study Report Synopsis<br>Edition Number 01<br>Study Code D1441C00125 | (For national authority use only) |
|---|---|

- Secondary variables: Change from baseline in AUC 0-2h of the plasma glucose values following OGTT (comparison between quetiapine and risperidone); fasting glucose; fasting insulin; AUC based on plasma insulin values following OGTT; index of insulin sensitivity (ISI); HOMA; proportion of patients with hyperglycemia; proportion of patients with IFG or IGT; $HbA_{1c}$; C-peptide; weight; BMI; waist circumference; fasting lipid levels (total cholesterol, HDL, LDL, triglycerides); prolactin levels; standing and sitting systolic and diastolic blood pressure and pulse rate; SAS; BARS; proportion of patients using anticholinergic medication; standard safety assessments including AE reports, clinical laboratory data (haematology, hepatic and renal clinical chemistry, urinalysis), vital signs, ECGs, and physical examination.

**Statistical methods**

The primary analysis was an analysis of covariance (ANCOVA). The dependent variable in the model was the primary outcome variable (change from baseline in AUC plasma glucose value following OGTT at Week 24). Independent variables were baseline BMI group, age group, baseline AUC glucose measurement and treatment. The contrast of primary interest was between the quetiapine-treated group and the olanzapine-treated group. Least square means, 95% confidence interval, and the p-value for the primary contrast were presented.

The secondary analysis was performed mainly by descriptive statistics, frequency tables, and graphs by treatment as appropriate. For the analysis of the outcome variables at Week 24, the primary analysis population (PAP) was used. For the analysis of the development over time in the outcome variables, the intention to treat (ITT) population was used.

**Patient population**

Patient disposition is shown in Table S1.

**Table S1          Patient disposition, completion or discontinuation (all patients)**

|  | Quetiapine | Olanzapine | Risperidone | Total |
|---|---|---|---|---|
|  | N | N | N | N |
| All enrolled patients |  |  |  | 574 |
| Non-randomised patients (screen failure) |  |  |  | 64 |
| All randomised patients | 168 | 169 | 173 | 510 |
|    Not treated[a] | 0 | 0 | 1 | 1 |
|    Received investigational product[b] | 169 | 168 | 172 | 509 |
| Discontinued study treatment | 59 | 23 | 40 | 122 |
| Completed randomised treatment phase | 110 | 145 | 133 | 388 |

[a] Patients not treated are also included in the Discontinued study treatment group (due to protocol non-compliance).
[b] One patient randomised to the olanzapine group received quetiapine instead.
SOURCE DOCUMENT: ST_DEM_DISP404.SAS GENERATED: 16:25:47 04APR2006 DB version prod: 13

6

CONFIDENTIAL
AZSER12441950

| Clinical Study Report Synopsis | (For national authority use only) |
|---|---|
| Edition Number 01 | |
| Study Code D1441C00125 | |

The main reasons for discontinuation in the quetiapine group were AEs (mainly worsening of schizophrenia), lack of therapeutic response, and withdrawal of consent. In the risperidone group, discontinuations were largely due to AEs related to EPS. For olanzapine, the main discontinuation reason was withdrawal of consent.

Demographic and baseline characteristics of the study population are shown in Table S2. Baseline glucose metabolism and lipid characteristics are summarised in Table S3. Overall, the treatment groups were well balanced with regard to demographic and baseline characteristics.

**Table S2**          **Demographic and baseline characteristics (PAP)**

| | Quetiapine N=115 | Olanzapine N=146 | Risperidone N=134 | Total N=395 |
|---|---|---|---|---|
| Sex: n (%) | | | | |
| Male | 76 (66.1) | 97 (66.4) | 87 (64.9) | 260 (65.8) |
| Female | 39 (33.9) | 49 (33.6) | 47 (35.1) | 135 (34.2) |
| Age (years)[a] | | | | |
| n[b] | 115 | 146 | 134 | 395 |
| Mean (SD) | 39.4 (11.1) | 40.5 (10.4) | 38.3 (11.1) | 39.5 (10.9) |
| Median | 39.0 | 41.0 | 37.0 | 40.0 |
| Min to max | 20 to 63 | 19 to 65 | 19 to 62 | 19 to 65 |
| Age distribution[a]: n (%) | | | | |
| 18 to 50 | 95 (82.6) | 121 (82.9) | 110 (82.1) | 326 (82.5) |
| 51 to 65 | 20 (17.4) | 25 (17.1) | 24 (17.9) | 69 (17.5) |
| Race/ethnicity: n (%) | | | | |
| Caucasian | 104 (90.4) | 134 (91.8) | 116 (86.6) | 354 (89.6) |
| Black | 9 (7.8) | 11 (7.5) | 15 (11.2) | 35 (8.9) |
| Other[d] | 2 (1.7) | 1 (0.7) | 3 (2.2) | 6 (1.5) |
| Weight (kg) | | | | |
| n[b] | 115 | 146 | 134 | 395 |
| Mean (SD) | 73.6 (15.4) | 71.9 (14.6) | 72.1 (15.8) | 72.5 (15.2) |
| Median | 69.5 | 70.1 | 69.0 | 69.5 |
| Min to max | 43 to 116 | 46 to 121 | 42 to 117 | 42 to 121 |
| BMI (kg/m$^2$ ): n (%) | | | | |
| <18.5 | 8 (7.0) | 10 (6.8) | 9 (6.7) | 27 (6.8) |
| 18.5 to <25 | 54 (47.0) | 72 (49.3) | 70 (52.2) | 196 (49.6) |
| 25 to <30 | 37 (32.2) | 43 (29.5) | 35 (26.1) | 115 (29.1) |
| ≥ 30 | 16 (13.9) | 21 (14.4) | 20 (14.9) | 57 (14.4) |
| Smoking[c] | 67 (58.3) | 86 (58.9) | 86 (64.2) | 239 (60.5) |

[a] At randomisation.
[b] Number of patients with non-missing values.
[c] Current smoker or any other nicotin use at enrolment.

7

CONFIDENTIAL
AZSER12441951

| Clinical Study Report Synopsis | (For national authority use only) |
|---|---|
| Edition Number 01 | |
| Study Code D1441C00125 | |

[d] Other race was mixed race.

SOURCE DOCUMENT: ETI_DEM_CHAR32.SAS GENERATED: 11:33:16 25JAN2006 DB version prod: 13

### Table S3    Baseline metabolism characteristics (PAP)

| | Quetiapine N=115 | | Olanzapine N=146 | | Risperidone N=134 | |
|---|---|---|---|---|---|---|
| | $N^a$ | Mean (SD) | $N^a$ | Mean (SD) | $N^a$ | Mean (SD) |
| Fasting plasma glucose (mmol/L) | 113 | 5.14 (0.67) | 143 | 5.199 (0.99) | 132 | 5.203 (0.66) |
| Two-hour glucose (mmol/L) | 109 | 5.934 (1.86) | 145 | 6.163 (2.33) | 128 | 6.266 (2.13) |
| Haemoglobin $A_{1c}$ (%) | 106 | 5.329 (0.43) | 140 | 5.323 (0.39) | 128 | 5.332 (0.49) |
| Fasting plasma insulin (µIU/ml) (geometric mean (CV)) | 82 | 5.209 (79.9) | 117 | 5.363 (63.7) | 113 | 5.442 (52.5) |
| AUC of plasma insulin values following OGTT (µIU/ml x h) (geometric mean (CV)) | 84 | 80.28 (64.9) | 111 | 71.26 (68.7) | 103 | 67.58 (56.9) |
| Index of insulin sensitivity (ISI) (geometric mean (CV)) | 76 | 108.5 (64.4) | 112 | 118 (69.6) | 103 | 118.3 (64.5) |
| Homeostastasis model assessment (HOMA) (geometric mean (CV)) | 82 | 1.183 (89.8) | 117 | 1.227 (69.7) | 112 | 1.257 (54.7) |
| C-peptide (pmol/L) | 90 | 747.3 (366) | 118 | 735.3 (300) | 110 | 742.2 (346) |
| Fasting lipids: | | | | | | |
| Total cholesterol (mmol/L) | 107 | 4.992 (1.22) | 142 | 4.976 (1.24) | 124 | 5.044 (1.04) |
| HDL (mmol/L) | 89 | 1.088 (0.29) | 116 | 1.128 (0.29) | 106 | 1.162 (0.36) |
| LDL (mmol/L) | 108 | 3.053 (0.95) | 142 | 3.157 (1) | 125 | 3.149 (0.84) |
| Triglycerides (mmol/L) | 104 | 1.877 (1.46) | 142 | 1.65 (0.84) | 123 | 1.741 (1.02) |

[a] Number of patients with non-missing values.

### Efficacy and pharmacokinetic (not applicable) results

Overall, the vast majority of patients in all treatment groups improved during the study in their symptoms of schizophrenia. The improvement was similar across the treatment groups.

The proportion of patients with CGI-S score ≤3 at Week 24 in the ITT population was 70.2% in the quetiapine group, 75.7% in the olanzapine group, and 74.3% in the risperidone group. In the PAP, this proportion was 79.6% in the quetiapine group, 77.9% in the olanzapine group, and 82.7 % in the risperidone group. The mean CGI-S scores improved equally in all treatments groups from 4 at randomisation to about 2.9 at Week 24 in the ITT population, and from 4 to 2.7 in the PAP population.

The proportion of patients with CGI-I score of "very much improved" or "much improved" at Week 24 in ITT population was 57.7% for the quetiapine, 63.9% for the olanzapine, and 55.6% for the risperidone treatment group. The mean CGI-I score at Week 24 in the ITT population was 2.3 in the olanzapine group, 2.7 in the quetiapine group and 2.6 in the risperidone group. The mean CGI-I scores showed similar improvement over time for all 3

8

CONFIDENTIAL
AZSER12441952

| Clinical Study Report Synopsis<br>Edition Number 01<br>Study Code D1441C00125 | (For national authority use only) |
|---|---|

treatment groups from Week 1 to Week 12 in both PAP and ITT, and at Week 24 in PAP (from about 3.5 at Week 1 to about 2.5 at Week 24).

The patients' well-being, treatment satisfaction, and attitude to compliance and non-compliance as measured by PETiT and ROMI scales were notably improved at Week 24 in the quetiapine, olanzapine and risperidone treatment groups.  The benefits were similar across the treatment groups.

### Safety results related to glucose metabolism and lipids

Differential effects on glucose excursion after glucose load were seen in the 3 treatment groups after 24 weeks of treatment.  With regard to mean change in AUC 0-2h of plasma glucose values at Week 24 (primary variable), the comparison between the quetiapine and olanzapine groups showed statistically significant difference (p=0.0480 in the PAP, and p=0.0199 in the PP population) to the advantage of the quetiapine group.  The difference between the quetiapine and risperidone groups in mean change in AUC 0-2h of plasma glucose values at Week 24 was numerically to the advantage of the quetiapine group.  The results for AUC 0-2h of plasma glucose values in the PAP are presented in Table S4 and Table S5.

**Table S4**      **AUC 0-2h of plasma glucose values following OGTT, change from randomisation (PAP)**

|  |  | Quetiapine | Olanzapine | Risperidone |
|---|---|---|---|---|
| AUC plasma glucose value (mmol/L x h) |  |  |  |  |
| n[a] |  | 111 | 144 | 130 |
| Randomisation | Mean (SD) | 14.16 (3.02) | 14.48 (3.83) | 14.4 (3.63) |
| Change at Week 24 | LS mean (SE) | 0.506 (0.32) | 1.218 (0.29) | 1.041 (0.3) |
|  | 95% CI | (-0.13, 1.139) | (0.638, 1.798) | (0.45, 1.633) |

[a] Number of patients with non-missing values at randomisation and Week 24.
Note: Analysis using ANCOVA with baseline value, BMI group, age group and treatment as independent variables.
SOURCE DOCUMENT: GLUC_01.SAS GENERATED:  8:37:46 18JAN2006 DB version prod: 13

**Table S5**      **AUC 0-2h of plasma glucose values following OGTT, treatment differences in change from randomisation (PAP)**

|  |  | Quetiapine -<br>Olanzapine | Quetiapine -<br>Risperidone | Olanzapine -<br>Risperidone |
|---|---|---|---|---|
| AUC plasma glucose value (mmol/L x h) |  |  |  |  |
| Change at Week 24 | LS mean (SE) | -0.71 (0.359) | -0.54 (0.368) | 0.177 (0.344) |
|  | 95% CI | (-1.42, -0.01) | (-1.26, 0.188) | (-0.5, 0.853) |
|  | p-value[a] | 0.0480 |  |  |

[a] No formal tests of quetiapine vs risperidone or olanzapine vs risperidone were planned for.
Note: Analysis using ANCOVA with baseline value, BMI group, age group and treatment as independent variables.
SOURCE DOCUMENT: GLUC_02.SAS GENERATED:  8:38:07 18JAN2006 DB version prod: 13

CONFIDENTIAL
AZSER12441953

| Clinical Study Report Synopsis<br>Edition Number 01<br>Study Code D1441C00125 | (For national authority use only) |
| --- | --- |

With regard to mean 2h-glucose value, the quetiapine group showed no change from randomisation at Week 24, while in the olanzapine and risperidone groups an increase from baseline was seen (0.543 and 0.587 mmol/L, respectively). Although no difference was observed at Week 24 between the treatment groups in the proportion of patients with 2h-glucose ≥11.1 mmol/L (hyperglycemia) or the proportion of patients with IGT, a shift to a higher 2h-glucose category (ie, from normal to impaired/high or from impaired to high) was seen in about twice as many patients in the risperidone group compared to the quetiapine group, and about 50% more patients in the olanzapine group than in the quetiapine group.

In absence of glucose load, there was no difference between the treatment groups as measured by fasting glucose level, $HbA_{1c}$ level, C-peptide level, or the proportion of patients shifting from normal to abnormal (high or impaired) fasting glucose level at Week 24.

The proportion of patients with hyperglycemia, ie, patients with fasting glucose ≥7.0 mmol/L or/and with 2-hour glucose ≥11.1 mmol/L, was small in the PAP at Week 24 (4.3% in the quetiapine group, 6.8% in the olanzapine group, and 6.8% in the risperidone group) and similar to baseline within each treatment group.

The proportion of patients with IFG or IGT in the PAP changed in the quetiapine group from 26.1% at randomisation to 32.2% at Week 24, in the olanzapine group from 19.9% to 29.5%, and in the risperidone group from 32.1% to 40.3%. With regard to 2h-glucose, about twice as many patients shifted at Week 24 to worse category (from normal to impaired/high or from impaired to high) in either the olanzapine or risperidone groups, than in the quetiapine group.

The mean increase in fasting insulin from randomisation at Week 24 was 3.3% in the quetiapine group, 8.5% in the olanzapine group, and 11.9% in the risperidone groups. The mean relative changes from randomisation at Week 24 in AUC 0-2h of plasma insulin values was 13.2% in the quetiapine group, 24.5% in the olanzapine group, and 10.7% in the risperidone group. The ISI results showed 10.8% mean decrease from randomisation at Week 24 in the quetiapine group, 19.1% in the olanzapine group, and 15.8% in the risperidone group. The HOMA results showed a mean increase of 6.4% in the quetiapine group, 11% in the olanzapine group, and 16.8% in the risperidone group.

Few and very moderate mean changes in lipid levels were seen at Week 24 in all treatment groups, and the mean values in the population were close to normal. There was a slight mean increase in total cholesterol in the quetiapine group, a greater increase in the olanzapine group, and no change in the risperidone group. No mean change in HDL was observed at Week 24 in any of the treatment groups. The mean LDL level increased at Week 24 by about 10% in the quetiapine group, and slightly more in the olanzapine group. No change was observed in the risperidone group. The mean triglyceride level increased at Week 24 in the olanzapine group, but not in the quetiapine and risperidone groups.

No differences in metabolic syndrome risk factors were seen between the treatment groups. At Week 24, about 19% of patients developed ≥3 risk factors included in the definition of metabolic risk syndrome. Between 17% and 41% of patients in each treatment group moved from ≥3 risk factors to <3 risk factors at the end of treatment.

CONFIDENTIAL
AZSER12441954

| Clinical Study Report Synopsis<br>Edition Number 01<br>Study Code D1441C00125 | (For national authority use only) |
|---|---|

The mean increase in weight at Week 24 was 3.65 kg in the quetiapine group, 4.58 kg the olanzapine group, and 3.57 kg in the risperidone group.  The corresponding increases were observed in mean BMI (1.294,  1.639 and  1.279 kg/m$^2$, respectively).  The mean waist circumference increased at Week 24 by 3.2 cm in the quetiapine group, 4.4 cm in the olanzapine group, and 3.0 cm in the risperidone group.

## Other safety results

Two patients who had been treated with risperidone died during the 30-day follow-up period of this study, but the deaths were considered unrelated to the study treatment. No deaths were reported in the quetiapine and olanzapine groups.

Generally, all 3 treatments were well tolerated.  The rate of serious adverse events (SAEs) was low in all 3 treatment groups (see Table S6).  The most commonly observed SAE was hospitalisation due to worsening of schizophrenia or due to symptoms associated with schizophrenia.  In the quetiapine group, no SAEs were judged by the investigator to be related to the investigational product.

Discontinuation rates due to AE were approximately the same in the quetiapine and risperidone groups, and less in the olanzapine group.  In the quetiapine group, discontinuations due to AEs (DAEs) were mostly due to worsening of symptoms associated with schizophrenia.  In the olanzapine group, the discontinuations were due to tolerability reasons, and in the risperidone group due to  worsening of the disease or tolerability reasons.

**Table S6**       **Adverse events in different categories during the treatment and follow-up period (safety population)**

| Category of adverse event | Quetiapine<br>N=169<br>n (%) | Olanzapine<br>N=168<br>n (%) | Risperidone<br>N=172<br>n (%) |
|---|---|---|---|
| Adverse events[a] | 101 (59.8) | 79 (47.0) | 116 (67.4) |
| Serious adverse events[a] | 17 (10.1) | 4 (2.4) | 13 (7.6) |
|     Serious adverse events leading to death[a] | 0 | 0 | 2 (1.2) |
|     Serious adverse events not leading to death[a] | 17 (10.1) | 4 (2.4) | 12 (7.0) |
| Drug-related adverse events[a, b] | 57 (33.7) | 36 (21.4) | 87 (50.6) |
| Adverse events leading to discontinuation[a] | 17 (10.1) | 3 (1.8) | 14 (8.1) |
| Total number of adverse events[c] | | | |
|     Adverse events[c] | 243 | 196 | 320 |
|     Serious adverse events[c] | 20 | 4 | 15 |
|     Drug-related adverse events[b, c] | 94 | 45 | 177 |

[a] Patients with multiple events in the same category are counted only once in that category. Patients with events in more than 1 category are counted once in each of those categories.
[b] As judged by the investigator.
[c] If a patient has multiple events in the same category all events are counted.
SOURCE DOCUMENT: ST_AE_CAT1.SAS GENERATED: 10:51:29 24FEB2006 DB version prod: 13

CONFIDENTIAL
AZSER12441955

| Clinical Study Report Synopsis<br>Edition Number 01<br>Study Code D1441C00125 | (For national authority use only) |
|---|---|

The pattern of common AEs observed in the 3 treatment groups (see Table S7) conformed to what was anticipated based on known data and the pharmacological profiles of the investigational products

**Table S7    Common adverse events during treatment and follow-up period by MedDRA term (safety population)**

| MedDRA preferred term[a] | Quetiapine<br>N=169<br>n (%) | Olanzapine<br>N=168<br>n (%) | Risperidone<br>N=172<br>n (%) |
|---|---|---|---|
| Extrapyramidal disorder | 3 (1.8) | 3 (1.8) | 42 (24.4) |
| Insomnia | 11 (6.5) | 7 (4.2) | 25 (14.5) |
| Somnolence | 17 (10.1) | 6 (3.6) | 8 (4.7) |
| Akathisia | 2 (1.2) | 3 (1.8) | 22 (12.8) |
| Schizophrenia | 12 (7.1) | 2 (1.2) | 8 (4.7) |
| Sedation | 11 (6.5) | 5 (3.0) | 5 (2.9) |
| Dizziness | 9 (5.3) | 0 | 6 (3.5) |

[a] Patients with multiple events falling under the same term are counted only once in that term.
Note: Common adverse event: adverse events occurring at an incidence of ≥5% in any randomised treatment group.
Note: Sorted by decreasing order of frequency as summarized over all treatment groups.
SOURCE DOCUMENT: ST_AE_COMMON2.SAS GENERATED: 10:53:49 24FEB2006 DB version prod: 13

The rate of EPS-related AEs was low in the quetiapine and olanzapine groups, in comparison to the risperidone group, which was supported by the results on use of anticholinergic medication at Week 24, mean SAS total score in mean BARS Global Clinical Assessment of Akathisia score at Week 24.

The mean level of prolactin decreased at Week 24 in the quetiapine and olanzapine treament groups, while in the risperidone group, on the contrary, the mean prolactin level increased. The proportion of patients with abnormal prolactin level was reduced in the quetiapine group from 50.0% at randomisation to 7.9% at Week 24, and from 55.9% to 34.2% in the olanzapine group.  In the risperidone group, this proportion increased from 46.3% at randomisation to 78.4% at Week 24.

Findings on clinically important laboratory values, vital signs, or ECG abnormalities were sporadic.  Expected small increase in pulse rate was seen in the quetiapine group.  There were no instances of agranulocytosis.

Overall, no new safety issues were identified for the investigational products.

CONFIDENTIAL
AZSER12441956

| Clinical Study Report Synopsis | (For national authority use only) |
| --- | --- |
| Edition Number 01 | |
| Study Code D1441C00125 | |

## Conclusions

- After 24 weeks of treatment, differential effects on glucose excursion after glucose load were seen between the 3 treatment groups.  The difference between the quetiapine and olanzapine groups in the mean change in AUC 0-2h of plasma glucose values at Week 24 was statistically significant to the advantage of quetiapine.  The difference between the quetiapine and risperidone groups was numerically to the advantage of quetiapine.

- This was supported by the difference in treatment effects on 2h-glucose at Week 24. The quetiapine group showed no change from randomisation at Week 24 in mean 2h-glucose value, while an increase was seen in both the olanzapine and risperidone groups.  In addition, a shift to a higher 2h-glucose category (ie, from normal to impaired/high or from impaired to high) was seen in about twice as many patients in the risperidone group compared to the quetiapine group, and about 50% more patients in the olanzapine group than in the quetiapine group.

- In absence of glucose load, there was no meaningful difference between the treatment groups at Week 24 as measured by fasting glucose level, $HbA_{1c}$ level, C-peptide level, or the proportion of patients shifting from normal to abnormal (high or impaired) fasting glucose level at Week 24.

- The results for fasting insulin, AUC 0-2h of insulin values, ISI, and HOMA showed less change at Week 24 in the quetiapine group in comparison to the olanzapine and risperidone groups.

- A certain mean increase in total cholesterol and LDL cholesterol was seen in the olanzapine group, and to a lesser extent in the quetiapine group, but not in the risperidone group.  The mean increase from randomisation in triglycerides was more prominent in the olanzapine group in comparison to the risperidone and quetiapine group.  Overall, the mean changes in lipid levels at Week 24 were moderate in all treatment groups, and the mean values in the population were close to normal.

- The quetiapine group showed smaller mean increases in weight, BMI and waist circumference in comparison to the olanzapine group, and similar to that in the risperidone group.

- No meaningful differences between the treatment groups were seen with regard to metabolic syndrome risk factors.

- Differences were seen between the 3 treatment groups in their effects on serum prolactin levels at Week 24.  In the quetiapine and olanzapine treament groups, the mean prolactin level decreased at Week 24, while in the risperidone group, on the contrary, the mean level of prolactin increased.  In addition, there was a marked decrease in the proportion of patients with abnormal prolactin level at Week 24 in

CONFIDENTIAL
AZSER12441957

| Clinical Study Report Synopsis<br>Edition Number 01<br>Study Code D1441C00125 | (For national authority use only) |
|---|---|

the quetiapine group, in comparison to less pronounced decrease in the olanzapine group, and a vast increase in the risperidone group.

- With regard to the kind of SAEs or other AEs, there were no new significant findings in any of the treatment groups.

- Discontinuation rates due to AE were approximately the same in the quetiapine and risperidone groups, and less in the olanzapine group.  In the quetiapine group, DAEs were mostly due to worsening of symptoms associated with schizophrenia. In the risperidone group DAEs were mainly related to worsening of psychiatric condition or EPS-related events.

- The incidence of EPS-related AEs in the quetiapine group was low in comparison to the risperidone group, and comparable to that in the olanzapine group.  This was consistent with the results of SAS and BARS ratings and with use of anticholinergic medication in the 3 treatment groups.

- The vast majority of patients improved in their symptoms of schizophrenia over the course of the study, as shown by CGI Severity of Illness and CGI Global Improvement ratings.  The improvement was similar across the treatment groups.

- The patients' general well-being and treatment satisfaction (as measured by PETiT scores) and attitude to compliance and non-compliance (as measured by ROMI scores) were improved at Week 24 in all treatment groups to a similar extent.

**Date of the report**

12 June 2006

CONFIDENTIAL
AZSER12441958

*Clinical Study Report*
*Edition Number 01*
*Study Code D1441C00125*

**PAGE**

## TABLE OF CONTENTS

| | | |
|---|---|---:|
| | TITLE PAGE | 1 |
| | SYNOPSIS | 2 |
| | TABLE OF CONTENTS | 15 |
| | LIST OF ABBREVIATIONS AND DEFINITION OF TERMS | 33 |
| 1. | ETHICS | 36 |
| 1.1 | Ethics review | 36 |
| 1.2 | Ethical conduct of study | 36 |
| 1.3 | Patient information and consent | 36 |
| 2. | INVESTIGATORS AND STUDY ADMINISTRATIVE STRUCTURE | 36 |
| 2.1 | Staff at investigational sites | 36 |
| 2.2 | AstraZeneca study personnel | 37 |
| 2.3 | Other participants | 38 |
| 2.3.1 | Non-sponsor organisations or individuals | 38 |
| 2.3.2 | Study committees | 38 |
| 3. | INTRODUCTION | 39 |
| 4. | STUDY OBJECTIVES | 40 |
| 4.1 | Primary objectives | 40 |
| 4.2 | Secondary objectives | 40 |
| 4.2.1 | Safety and Tolerability Objectives | 40 |
| 4.2.1.1 | Safety objectives related to glucose metabolism | 40 |
| 4.2.1.2 | Other safety and tolerability objectives | 41 |
| 4.2.2 | Efficacy Objectives | 42 |
| 4.2.3 | Other objectives | 42 |
| 5. | STUDY PLAN AND PROCEDURES | 42 |
| 5.1 | Overall study design and flow chart | 42 |
| 5.2 | Rationale for study design, doses and control groups | 47 |
| 5.3 | Selection of study population | 48 |
| 5.3.1 | Inclusion criteria | 48 |
| 5.3.2 | Exclusion criteria | 48 |
| 5.3.3 | Restrictions | 51 |
| 5.3.4 | Discontinuation of patients from treatment or assessment | 52 |
| 5.3.4.1 | Criteria for discontinuation | 52 |
| 5.3.4.2 | Voluntary discontinuation by a patient | 53 |

CONFIDENTIAL
AZSER12441959

Clinical Study Report
Edition Number 01
Study Code D1441C00125

| | | |
|---|---|---|
| 5.3.4.3 | Incorrectly enrolled or randomised patients | 53 |
| 5.3.4.4 | Procedures for discontinuation | 53 |
| 5.4 | Treatments | 54 |
| 5.4.1 | Investigational products | 54 |
| 5.4.2 | Doses and treatment regimens | 55 |
| 5.4.3 | Method of assigning patients to treatment groups | 56 |
| 5.4.4 | Blinding and procedures for unblinding the study | 57 |
| 5.4.4.1 | Methods for ensuring blinding | 57 |
| 5.4.4.2 | Methods for unblinding the study | 57 |
| 5.4.5 | Pre-study, concomitant, and post-study treatments | 58 |
| 5.4.6 | Treatment compliance | 61 |
| 5.5 | Measurements of study variables and definitions of outcome variables | 61 |
| 5.5.1 | Primary variable | 61 |
| 5.5.2 | Screening and demographic measurements | 62 |
| 5.5.3 | Efficacy measurements and variables | 63 |
| 5.5.3.1 | Summary of efficacy objectives and variables | 63 |
| 5.5.3.2 | Primary efficacy variable (not applicable) | 63 |
| 5.5.3.3 | Secondary efficacy variable: Clinical Global Impression (CGI) | 63 |
| 5.5.4 | Patient-Reported Outcomes (PROs) measurements and variables | 64 |
| 5.5.4.1 | Summary of PRO objectives and variables | 64 |
| 5.5.4.2 | Personal Evaluation of Transition in Treatment (PETiT) | 65 |
| 5.5.4.3 | Rating of Medication Influences (ROMI) | 66 |
| 5.5.5 | Health Economics measurements and variables (not applicable) | 66 |
| 5.5.6 | Pharmacokinetic measurements and variables (not applicable) | 66 |
| 5.5.7 | Safety measurements and variables | 66 |
| 5.5.7.1 | Summary of safety objectives and variables | 66 |
| 5.5.7.2 | Adverse events | 69 |
| 5.5.7.3 | Laboratory safety measurements and variables | 74 |
| 5.5.7.4 | Vital signs, weight, BMI, and waist circumference | 81 |
| 5.5.7.5 | ECG | 82 |
| 5.5.7.6 | Metabolic syndrome risk factors | 82 |
| 5.5.7.7 | EPS assessments | 83 |
| 5.5.8 | Pharmacogenetic measurements and variables | 84 |
| 5.5.8.1 | Collection of samples for genetic analysis | 84 |
| 5.6 | Data management and quality assurance | 84 |
| 5.6.1 | Monitoring | 84 |
| 5.6.2 | Training | 85 |
| 5.6.3 | Data management | 85 |
| 5.7 | Statistical methods and determination of sample size | 86 |
| 5.7.1 | Statistical evaluation | 86 |
| 5.7.2 | Description of outcome variables in relation to objectives and hypotheses | 86 |
| 5.7.3 | Description of analysis sets | 87 |
| 5.7.4 | Methods of statistical analysis | 87 |
| 5.7.4.1 | Primary analysis | 88 |

CONFIDENTIAL
AZSER12441960

Clinical Study Report
Edition Number 01
Study Code D1441C00125

5.7.4.2    Secondary analysis .................................................................................88
5.7.4.3    Analyses of subgroups ...........................................................................91
5.7.5      Determination of sample size ..................................................................92
5.7.6      Interim analyses (not applicable) ............................................................92
5.7.7      Data and safety monitoring board (not applicable).................................92

5.8        Clinical study protocol amendments and other changes in the conduct of
           the study or planned analyses.................................................................92
5.8.1      Changes in the conduct of the study .......................................................92
5.8.2      Changes to planned analyses ...................................................................96

6.         STUDY PATIENTS ................................................................................99

6.1        Summary of patients ...............................................................................99

6.2        Disposition ...........................................................................................100

6.3        Protocol deviations ...............................................................................102

6.4        Patient populations analysed (analysis sets) ........................................105

6.5        Demographic and other patient characteristics ....................................106

6.6        Treatment compliance and use of concomitant medication...................110
6.6.1      Treatment compliance ...........................................................................110
6.6.2      Concomitant medication ........................................................................110
6.6.2.1    Use of concomitant medication at study entry.......................................110
6.6.2.2    Use of concomitant medication after randomisation .............................112

6.7        Conclusions on study patients ...............................................................114

7.         EFFICACY AND PHARMACOKINETIC (NOT APPLICABLE)
           RESULTS ..............................................................................................115

7.1        Summary of efficacy and pharmacokinetic (not applicable) results....................115

7.2        Efficacy results......................................................................................117
7.2.1      Primary efficacy variable (not applicable)............................................117
7.2.2      Secondary efficacy variables: CGI ........................................................117
7.2.2.1    CGI Severity of Illness..........................................................................117
7.2.2.2    CGI Global Improvement ......................................................................118

7.3        Patient Reported Outcomes....................................................................119
7.3.1      PETIT......................................................................................................119
7.3.2      ROMI .....................................................................................................120
7.3.2.1    Compliance ............................................................................................120
7.3.2.2    Non-compliance .....................................................................................121

7.4        Health Economics results – Not applicable ..........................................123

7.5        Pharmacokinetic results – Not applicable .............................................123

7.6        Potential issues affecting efficacy and pharmacokinetic results..........................123
7.6.1      Statistical and analytical issues.............................................................123

CONFIDENTIAL
AZSER12441961

Clinical Study Report
Edition Number 01
Study Code D1441C00125

| 7.7 | Conclusions on efficacy and pharmacokinetic results | 123 |
|---|---|---|
| 8. | SAFETY RESULTS | 126 |
| 8.1 | Summary of safety | 126 |
| 8.1.1 | Summary of safety related to glucose metabolism and lipids | 126 |
| 8.1.2 | Summary of other safety data | 130 |
| 8.2 | Extent of exposure | 131 |
| 8.3 | Adverse events | 132 |
| 8.3.1 | Categories of adverse events | 132 |
| 8.3.2 | Most common adverse events | 133 |
| 8.4 | Deaths, serious adverse events, discontinuation due to adverse events, and other significant adverse events | 135 |
| 8.4.1 | Deaths | 135 |
| 8.4.2 | Serious adverse events other than deaths | 136 |
| 8.4.3 | Discontinuations due to adverse events | 140 |
| 8.4.4 | Other significant adverse events | 144 |
| 8.4.5 | Adverse event of special interest | 144 |
| 8.4.5.1 | Adverse events associated with EPS | 144 |
| 8.4.5.2 | Adverse events associated with QT prolongation | 145 |
| 8.4.5.3 | Adverse events associated with neutropenia and agranulocytosis | 145 |
| 8.4.5.4 | Adverse events associated with diabetes | 146 |
| 8.4.5.5 | Adverse events associated with suicidality | 147 |
| 8.4.6 | Discussion of deaths, serious adverse events, discontinuation due to adverse events, and other significant adverse events | 148 |
| 8.5 | Clinical laboratory evaluation of glucose metabolism and lipids | 149 |
| 8.5.1 | Primary safety variable: AUC of plasma glucose following OGTT | 149 |
| 8.5.1.1 | Primary analysis | 149 |
| 8.5.1.2 | Supporting analyses | 154 |
| 8.5.2 | Secondary safety variables | 155 |
| 8.5.2.1 | AUC of plasma glucose values following OGTT | 155 |
| 8.5.2.2 | Fasting plasma glucose and 2-hour glucose | 156 |
| 8.5.2.3 | Hyperglycemia, impaired fasting glucose, impaired glucose tolerance, or diabetes | 158 |
| 8.5.2.4 | Haemoglobin A1c | 162 |
| 8.5.2.5 | Insulin | 164 |
| 8.5.2.6 | C-peptide | 167 |
| 8.5.2.7 | Fasting lipid levels | 168 |
| 8.5.2.8 | Metabolic syndrome risk factors | 172 |
| 8.5.3 | Potential issues affecting clinical laboratory results related to glucose metabolism and lipids | 173 |
| 8.5.4 | Discussion on clinical laboratory results related to glucose metabolism | 174 |
| 8.6 | Other clinical laboratory evaluations | 177 |
| 8.6.1 | Haematology | 177 |

CONFIDENTIAL
AZSER12441962

Clinical Study Report
Edition Number 01
Study Code D1441C00125

| | | |
|---|---|---|
| 8.6.1.1 | Changes in mean values over time in haematology | 177 |
| 8.6.1.2 | Changes in individual patients over time in haematology | 177 |
| 8.6.1.3 | Individual clinically important values in haematology | 178 |
| 8.6.2 | Clinical chemistry | 179 |
| 8.6.2.1 | Secondary variable: prolactin | 179 |
| 8.6.2.2 | Changes in mean values over time in clinical chemistry | 181 |
| 8.6.2.3 | Changes in individual patients over time in clinical chemistry | 181 |
| 8.6.2.4 | Individual clinically important values in clinical chemistry | 182 |
| 8.6.3 | Urinalysis | 182 |
| 8.6.4 | Discussion of clinical laboratory results other than glucose | 182 |
| 8.7 | Vital signs, ECG, physical findings and other observations related to safety | 183 |
| 8.7.1 | Secondary variables: weight, BMI and waist circumference | 184 |
| 8.7.2 | Changes in vital signs over time | 188 |
| 8.7.3 | Individual patient changes in vital signs and ECG over time | 188 |
| 8.7.4 | Individual clinically important values in vital signs and ECG | 188 |
| 8.7.5 | Physical findings and other observations related to safety | 189 |
| 8.7.5.1 | Barnes Akathisia Rating Scale (BARS) | 189 |
| 8.7.5.2 | Simpson-Angus Scale (SAS) | 190 |
| 8.7.5.3 | Proportion of patients using anticholinergic medication | 191 |
| 8.7.6 | Discussion of vital signs, ECG, physical findings and other observations related to safety | 192 |
| 8.8 | Conclusions on safety results | 193 |
| 8.8.1 | Conclusions on safety results on glucose metabolism and lipids | 193 |
| 8.8.2 | Conclusions on other safety results | 200 |
| 9. | DISCUSSION AND OVERALL CONCLUSIONS | 204 |
| 9.1 | Discussion | 204 |
| 9.2 | Overall conclusions | 206 |
| 10. | REFERENCE LIST | 208 |
| 11. | TABLES, FIGURES AND GRAPHS REFERRED TO BUT NOT INCLUDED IN THE TEXT | 212 |
| 11.1 | Demographic, baseline, concomitant medication and other patient-specific characteristics | 212 |
| 11.1.1 | Disposition | 212 |
| 11.1.2 | Protocol deviations | 212 |
| 11.1.3 | Demographics and other subject characteristics | 217 |
| 11.1.4 | Treatment compliance and use of concomitant medication | 221 |
| 11.2 | Efficacy and pharmacokinetic data | 237 |
| 11.2.1 | CGI | 237 |
| 11.2.2 | PETiT | 240 |
| 11.2.3 | ROMI | 243 |
| 11.2.3.1 | Compliance | 243 |
| 11.2.3.2 | Non-compliance | 251 |

CONFIDENTIAL
AZSER12441963

Clinical Study Report
Edition Number 01
Study Code D1441C00125

| 11.3 | Safety data | 260 |
|---|---|---|
| 11.3.1 | Exposure | 260 |
| 11.3.2 | All adverse events | 261 |
| 11.3.3 | Deaths | 283 |
| 11.3.4 | Serious adverse events other than death | 283 |
| 11.3.4.1 | Summary tables of serious adverse events other than death | 283 |
| 11.3.4.2 | Listings of serious adverse events other than death | 283 |
| 11.3.4.3 | Narratives of serious adverse events other than death | 287 |
| 11.3.5 | Discontinuations due to adverse events | 307 |
| 11.3.5.1 | Summary tables of discontinuations due to adverse events | 307 |
| 11.3.5.2 | Listings of discontinuations due to adverse events | 308 |
| 11.3.5.3 | Narratives of discontinuations due to adverse events | 311 |
| 11.3.6 | Other significant adverse events (Not applicable) | 321 |
| 11.3.7 | Clinical laboratory evaluation | 321 |
| 11.3.7.1 | Summary tables and figures of glucose metabolism and lipid results | 321 |
| 11.3.7.2 | Summary tables and figures of other clinical laboratory results | 384 |
| 11.3.7.3 | Listings of potentially clinically important laboratory measurements by patient | 406 |
| 11.3.7.4 | Narratives for patients with potentially clinically important laboratory results (Not applicable) | 495 |
| 11.3.8 | Vital signs, ECG, physical findings and other observations – supporting data | 495 |
| 11.3.8.1 | Summary tables and figures of vital signs, ECG, physical findings and other observations | 495 |
| 11.3.8.2 | Listings of abnormal /potentially clinically important values for vital signs, ECG, physical findings and other observations | 523 |

## LIST OF TABLES                                        PAGE

| Table 1 | AstraZeneca personnel contributing to the study | 37 |
|---|---|---|
| Table 2 | Non-sponsor personnel contributing to the study | 38 |
| Table 3 | Study plan | 45 |
| Table 4 | Details of investigational products, titration period | 54 |
| Table 5 | Details of investigational products, flexible dose period | 54 |
| Table 6 | Dosing / titration schedule | 56 |
| Table 7 | Permitted, restricted and prohibited medications | 58 |
| Table 8 | Efficacy outcome variables relating to study objectives | 63 |
| Table 9 | PRO variables relating to study objectives | 64 |
| Table 10 | Safety outcome variables related to metabolism | 67 |

CONFIDENTIAL
AZSER12441964

Clinical Study Report
Edition Number 01
Study Code D1441C00125

| Table 11 | Other safety outcome variables ................................................................69 |
|---|---|
| Table 12 | Adverse events (MedDRA terms) defined for specific safety areas ........73 |
| Table 13 | Laboratory safety variables ....................................................................75 |
| Table 14 | Criteria for potentially clinically important clinical laboratory test results....................................................................................................80 |
| Table 15 | Criteria for potentially clinically important vital signs ..........................82 |
| Table 16 | Protocol amendments ..............................................................................93 |
| Table 17 | Changes to planned analyses ...................................................................97 |
| Table 18 | Location of supporting data on study patients........................................100 |
| Table 19 | Patient disposition, completion or discontinuation (all patients) ...........100 |
| Table 20 | Discontinuation from randomised treatment phase (safety population)...........................................................................................101 |
| Table 21 | Summary of protocol deviations leading to exclusion from PP and total number of patients excluded from PP ............................................103 |
| Table 22 | Analysis sets ..........................................................................................105 |
| Table 23 | Demographic and baseline characteristics (PAP)..................................107 |
| Table 24 | Baseline disease characteristics (PAP) ..................................................108 |
| Table 25 | Psychiatric history (PAP) .......................................................................108 |
| Table 26 | Baseline metabolism characteristics (PAP)............................................109 |
| Table 27 | Compliance in intake of investigational product (PAP).........................110 |
| Table 28 | Use of psychoactive medication at randomisation (PAP) ......................111 |
| Table 29 | Lorazepam/oxazepam/alprazolam use over time (PAP) ........................112 |
| Table 30 | Sleep medication use over time (PAP)....................................................113 |
| Table 31 | Location of supporting data on efficacy and PRO variables...................116 |
| Table 32 | Patients with CGI-S score ≤3 (ITT, LOCF) ...........................................117 |
| Table 33 | Patients with CGI-I score of very much improved or much improved, development over time (ITT, LOCF)...................................118 |
| Table 34 | CGI-I score (ITT, LOCF) .......................................................................119 |
| Table 35 | PETiT total score for well-being and treatment satisfaction, change from randomisation at Week 24 (PAP)......................................119 |
| Table 36 | PETiT total score for well-being and treatment satisfaction, treatment differences in change from randomisation at Week 24 (PAP) .....................................................................................................120 |
| Table 37 | ROMI compliance (C), change from randomisation (ITT, LOCF)........121 |

CONFIDENTIAL
AZSER12441965

Clinical Study Report
Edition Number 01
Study Code D1441C00125

Table 38        ROMI compliance (C), treatment differences in change from randomisation (ITT, LOCF) ................................................................121

Table 39        ROMI non-compliance (NC), change from randomisation (ITT, LOCF) ........................................................................................122

Table 40        ROMI non-compliance (NC), treatment differences in change from randomisation (ITT, LOCF) ................................................122

Table 41        Efficacy and pharmacokinetic objectives, variables, and conclusions ......................................................................................124

Table 42        Location of supporting data on safety related to glucose metabolism ........................................................................................128

Table 43        Location of other supporting data on safety .........................................130

Table 44        Exposure to investigational product (PAP) ...........................................131

Table 45        Adverse events in different categories during the treatment and follow-up period (safety population) ......................................133

Table 46        Common adverse events during treatment and follow-up period by system organ class (safety population) .............................134

Table 47        Common adverse events during treatment and follow-up period by MedDRA term (safety population) ...................................134

Table 48        Listing of all patients who had a serious adverse event other than death (safety population) ...................................................137

Table 49        Listing of all patients who had study treatment discontinued owing to an adverse event (safety population) .........................141

Table 50        Adverse events associated with EPS (safety population) .....................144

Table 51        Adverse events associated with QT prolongation (safety population) ..................................................................................145

Table 52        Adverse events associated with neutropenia and agranulocytosis (safety population) ................................................................146

Table 53        Adverse events associated with diabetes mellitus (safety population) ..................................................................................147

Table 54        Adverse events associated with suicidality (safety population) ............148

Table 55        AUC 0-2h of plasma glucose values following OGTT, change from randomisation (PAP) .................................................150

Table 56        AUC 0-2h of plasma glucose values following OGTT, treatment differences in change from randomisation (PAP) ...............150

Table 57        AUC 0-2h of plasma glucose values following OGTT, development over time (ITT) .......................................................153

CONFIDENTIAL
AZSER12441966

Clinical Study Report
Edition Number 01
Study Code D1441C00125

Table 58        Fasting plasma glucose and two-hour glucose, change from randomisation (PAP) ...................................................................156

Table 59        Fasting plasma glucose and two-hour glucose, treatment differences in change from randomisation (PAP) ....................157

Table 60        Patients with hyperglycemia and impaired fasting glucose or impaired glucose tolerance (PAP) ...........................................158

Table 61        Patients with hyperglycemia and impaired fasting glucose or impaired glucose tolerance, treatment differences (PAP) .....160

Table 62        Patients with shift to higher or to lower category in fasting plasma glucose and two-hour glucose (PAP) ..........................161

Table 63        Haemoglobin $A_{1c}$, change from randomisation (PAP) .........................162

Table 64        Haemoglobin $A_{1c}$, treatment differences in change from randomisation (PAP) ...................................................................162

Table 65        Patients with haemoglobin $A_{1c} \geq 6.05\%$ (PAP) .....................................163

Table 66        Patients with haemoglobin $A_{1c} \geq 6.05\%$, treatment differences (PAP) ..........................................................................163

Table 67        Fasting plasma insulin and indices of insulin sensitivity, change from randomisation (PAP) ..............................................164

Table 68        Fasting plasma insulin and indices of insulin sensitivity, treatment differences in change from randomisation (PAP) ....165

Table 69        C-peptide level, change from randomisation (PAP)............................167

Table 70        C-peptide level, treatment differences in change from randomisation (PAP) ...................................................................167

Table 71        Fasting lipid levels, change from randomisation (PAP)......................168

Table 72        Fasting lipid levels, treatment differences in change from randomisation (PAP) ...................................................................169

Table 73        Fasting lipid levels, clinically important values at any time after enrolment (safety population)....................................170

Table 74        Fasting lipid levels, clinically important values, shift from enrolment to end of treatment (safety population) ................171

Table 75        Metabolic risk factors, shift from randomisation to end of treatment (safety population)...........................................................172

Table 76        Haematology laboratory data, clinically important values at any time after enrolment (safety population) ..............................178

Table 77        Prolactin level, change from randomisation (PAP)...............................180

23

Clinical Study Report
Edition Number 01
Study Code D1441C00125

Table 78    Prolactin level, treatment differences in change from randomisation (PAP) ...................................................................................180

Table 79    Patients with abnormal prolactin level (PAP) .....................................181

Table 80    Patients with abnormal prolactin level, treatment differences (PAP) ...................................................................................................181

Table 81    Weight, BMI, and waist circumference, change from randomisation (PAP) ...................................................................184

Table 82    Weight, BMI, and waist circumference, treatment differences for change from randomisation (PAP) ...................................185

Table 83    Weight, patients with ≥7% increase from randomisation at Week 24 (PAP) ...........................................................................................187

Table 84    BARS score, change from randomisation (PAP) .................................189

Table 85    BARS score, treatment differences in change from randomisation (PAP) ...................................................................................................190

Table 86    SAS total score, change from randomisation (PAP) ...........................190

Table 87    SAS total score, treatment differences in change from randomisation (PAP) ...................................................................191

Table 88    Anticholinergic medication use over time (ITT)..................................191

Table 89    Objectives, clinical laboratory variables, and conclusions on glucose metabolism and lipids..................................................194

Table 90    Safety objectives, variables and conclusions..........................................201

Table 11.1.1-1    Discontinuation from screening period (all enrolled patients)..............212

Table 11.1.2-1    Patients excluded from the Per Protocol Population .............................212

Table 11.1.3-1    Demographic and baseline characteristics (safety population) .............217

Table 11.1.3-2    Demographic and baseline characteristics (PP population) .................218

Table 11.1.3-3    Baseline disease characteristics (safety population)..............................219

Table 11.1.3-4    Baseline disease characteristics (PP population)...................................219

Table 11.1.3-5    Psychiatric history (safety population)...................................................219

Table 11.1.3-6    Psychiatric history (PP population) .......................................................220

Table 11.1.4-1    Compliance in intake of investigational product (safety population)..............................................................................................221

Table 11.1.4-2    Compliance in intake of investigational product (PP population)..........221

Table 11.1.4-3    Use of psychoactive medication at randomisation (safety population)..............................................................................................222

Table 11.1.4-4    Use of psychoactive medication at randomisation (PP population).......223

CONFIDENTIAL
AZSER12441968

Clinical Study Report
Edition Number 01
Study Code D1441C00125

Table 11.1.4-5      Medications taken during the study by preferred name (safety population).................................................................................224

Table 11.1.4-6      Details of investigational products, titration period ...............................232

Table 11.1.4-7      Details of investigational products, flexible dose period ......................234

Table 11.2.1-1      Patients with CGI-S score ≤3, development over time (PAP) ..............237

Table 11.2.1-2      Patients with CGI-S score ≤3, development over time (ITT, LOCF)........................................................................................237

Table 11.2.1-3      CGI-S score, development over time (PAP) .........................................238

Table 11.2.1-4      CGI-S score, development over time (ITT, LOCF) ..............................238

Table 11.2.1-5      CGI-I score, development over time (PAP) ..........................................239

Table 11.2.1-6      CGI- I score, development over time (ITT, LOCF) ..............................239

Table 11.2.2-1      PETiT total score for well-being and treatment satisfaction, change from randomisation at Week 12 (PAP)....................................240

Table 11.2.2-2      PETiT total score for well-being and treatment satisfaction, treatment differences in change from randomisation at Week 12 (PAP) ...................................................................................................240

Table 11.2.2-3      PETiT total scores for well-being and treatment satisfaction, development over time (ITT , LOCF) ...................................................241

Table 11.2.2-4      PETiT, stability (Kappa) between Week 12 and Week 24 in well-being and treatment satisfaction (PAP) ...................................................242

Table 11.2.3.1-1    ROMI compliance (C), percentage of responses with strong degree of influence on C (ITT, LOCF) ...........................................................243

Table 11.2.3.1-2    ROMI, patient-reported reasons for compliance (C) at randomisation, percentage of patients who reported reasons with strong degree of influence on C (ITT)...........................................................243

Table 11.2.3.1-3    ROMI, patient-reported reasons for compliance (C) at Week 12, percentage of patients who reported reasons with strong degree of influence on C (ITT, LOCF) ................................................................245

Table 11.2.3.1-4    ROMI, patient-reported reasons for compliance (C) at Week 24, percentage of patients who reported reasons with strong degree of influence on C (ITT, LOCF) ................................................................246

Table 11.2.3.1-5    ROMI, patient-reported reasons for compliance (C), change from randomisation at Week 24 (ITT, LOCF)................................................247

Table 11.2.3.1-6    ROMI, patient-reported reasons for compliance (C), treatment differences in change from randomisation at Week 24 (ITT, LOCF)........................................................................................248

25

CONFIDENTIAL
AZSER12441969

Clinical Study Report
Edition Number 01
Study Code D1441C00125

Table 11.2.3.1-7   ROMI, stability (Kappa) of patient-reported reasons for compliance (C) between Week 12 and Week 24 (PAP)......................250

Table 11.2.3.2-1   ROMI non-compliance (NC), percentage of responses with strong degree of influence on NC (ITT, LOCF)................................251

Table 11.2.3.2-2   ROMI, patient-reported reasons for non-compliance (NC) at randomisation, percentage of patients who reported reasons with strong degree of influence on NC (ITT)..................................251

Table 11.2.3.2-3   ROMI, patient-reported reasons for non-compliance (NC) at Week 12, percentage of patients who reported reasons with strong degree of influence on NC (ITT, LOCF) ....................................253

Table 11.2.3.2-4   ROMI, patient-reported reasons for non-compliance (NC) at Week 24, percentage of patients who reported reasons with strong degree of influence on NC (ITT, LOCF) ....................................254

Table 11.2.3.2-5   ROMI, patient-reported reasons for compliance (NC), change from randomisation at Week 24 (ITT, LOCF) ...........................255

Table 11.2.3.2-6   ROMI, patient-reported reasons for compliance (NC), treatment differences in change from randomisation at Week 24 (ITT, LOCF)........................................................................257

Table 11.2.3.2-7   ROMI stability (Kappa) of patient-reported reasons for non-compliance (NC) between Week 12 and Week 24 (PAP)....................259

Table 11.3.1-1   Exposure to investigational product (PP population)............................260

Table 11.3.1-2   Exposure to investigational product (safety population).......................260

Table 11.3.2-1   Adverse events in different categories during the study (safety population)........................................................................261

Table 11.3.2-2   Common adverse events during the study summarised by System Organ Class (safety population) ............................................262

Table 11.3.2-3   Common adverse events during the study summarised by MedDRA term (safety population)........................................262

Table 11.3.2-4   Summary of the 5 most common drug-related AE:s by MedDRA preferred term (safety population)........................................263

Table 11.3.2-5   Listing of all patients who had adverse events related to investigational product (safety population)...............................264

Table 11.3.4.2-1   Listing of all patients who had a serious adverse event other than death (safety population)...................................................284

Table 11.3.5.1-1   Summary of discontinuation due to AE by MedDRA preferred term (safety population)........................................................307

Table 11.3.5.2-1   Listing of all patients who had study treatment discontinued due to an adverse event (safety population) ......................................308

CONFIDENTIAL
AZSER12441970

Clinical Study Report
Edition Number 01
Study Code D1441C00125

Table 11.3.7.1-1   AUC 0-2h of plasma glucose values following OGTT, development over time, estimates and confidence intervals (ITT) ........321

Table 11.3.7.1-3   Plasma glucose values following OGTT, development over time (PAP) ...................................................................................323

Table 11.3.7.1-4   Plasma glucose values following OGTT, development over time (PP) ....................................................................................325

Table 11.3.7.1-5   Plasma glucose values following OGTT, development over time (ITT) ...................................................................................327

Table 11.3.7.1-6   AUC 0-2h of plasma glucose value following OGTT, change from randomisation (PP) ...................................................329

Table 11.3.7.1-7   AUC 0-2h of plasma glucose value following OGTT, treatment differences in change from randomisation (PP) ....................329

Table 11.3.7.1-8   AUC 0-2h of plasma glucose value following OGTT, development over time (PP) ..........................................................329

Table 11.3.7.1-9   AUC 0-2h of plasma glucose value following OGTT, change from randomisation, centre as covariate (PAP) ................330

Table 11.3.7.1-10   AUC 0-2h of plasma glucose value following OGTT, treatment differences in change from randomisation, centre as covariate (PAP) ....................................................................330

Table 11.3.7.1-11   AUC 0-2h of plasma glucose value following OGTT by country and large centra, change from randomisation (PAP) ...........330

Table 11.3.7.1-12   AUC 0-2h of plasma glucose value following OGTT by BMI group, change from randomisation (PAP) .........................332

Table 11.3.7.1-13   AUC 0-2h of plasma glucose value following OGTT by gender, change from randomisation (PAP) .........................333

Table 11.3.7.1-14   AUC 0-2h of plasma glucose value following OGTT by age group, change from randomisation (PAP) ....................333

Table 11.3.7.1-15   AUC 0-2h of plasma glucose value following OGTT by AUC at randomisation, change from randomisation (PAP) ...........334

Table 11.3.7.1-16   AUC 0-2h of plasma glucose value following OGTT for drug naive patients, change from randomisation (PAP) ...............335

Table 11.3.7.1-17   AUC 0-2h of plasma glucose value following OGTT by diabetic status, change from randomisation (PAP) .....................335

Table 11.3.7.1-22   Glucose, shift to normal, impaired or high values at Week 24 from randomisation (PAP) ................................................338

Table 11.3.7.1-23   Fasting plasma glucose and two-hour glucose, development over time (ITT) ...........................................................339

CONFIDENTIAL
AZSER12441971

Table 11.3.7.1-24 Fastings plasma glucose by BMI group, change from randomisation (PAP) ...................................................................339

Table 11.3.7.1-25 Fasting plasma glucose by gender, change from randomisation (PAP) ...................................................................340

Table 11.3.7.1-26 Fasting plasma glucose by age group, change from randomisation (PAP) ...................................................................341

Table 11.3.7.1-27 Fasting plasma glucose by value at randomisation, change from randomisation (PAP) ...............................................341

Table 11.3.7.1-28 Fasting plasma glucose by diabetic status, change from randomisation (PAP) ...................................................................342

Table 11.3.7.1-29 Two-hour glucose by diabetic status, change from randomisation (PAP) ...................................................................343

Table 11.3.7.1-30 Individual glucose measurements (patients with normal values at randomisation but fasting plasma glucose ≥ 7.0 mmol/L and/or plasma glucose value at 2h of OGTT ≥ 11.1 mmol/L post randomisation) ...................................................................344

Table 11.3.7.1-31 Individual glucose measurements (patients with fasting plasma glucose ≥ 7.0 mmol/L and/or plasma glucose value at 2h of OGTT ≥ 11.1 mmol/L at randomisation) (safety population) ...........................349

Table 11.3.7.1-32 Fasting glucose laboratory data for all patients, change from randomisation to end of treatment (safety population) ........................353

Table 11.3.7.1-33 Fasting glucose laboratory data, change from randomisation to end of treatment for diabetic patients (safety population) ...........................354

Table 11.3.7.1-34 Fasting glucose laboratory data, change from randomisation to end of treatment for diabetic risk patients (safety population) ..................355

Table 11.3.7.1-35 Fasting glucose laboratory data, change from randomisation to end of treatment for non-diabetic patients (safety population) ..................356

Table 11.3.7.1-36 Fasting glucose laboratory data, shift from randomisation to end of treatment (safety population) ...................................................................358

Table 11.3.7.1-37 Fasting glucose laboratory data, shift from randomisation to end of treatment for diabetic patients (safety population) .................................358

Table 11.3.7.1-38 Fasting glucose laboratory data, shift from randomisation to end of treatment for diabetic risk patients (safety population) .........................359

Table 11.3.7.1-39 Fasting glucose laboratory data, shift from randomisation to end of treatment for non-diabetic patients (safety population) ........................359

Table 11.3.7.1-40 Patients with hyperglycemia and impaired fasting glucose or impaired glucose tolerance, development over time (ITT) ...................360

CONFIDENTIAL
AZSER12441972

Clinical Study Report
Edition Number 01
Study Code D1441C00125

Table 11.3.7.1-41  Patients with impaired fasting glucose or impaired glucose tolerance (old defintion, PAP)...................................................361

Table 11.3.7.1-42  Patients with impaired fasting glucose or impaired glucose tolerance (old defintion), treatment differences (PAP) .........................361

Table 11.3.7.1-43  Haemoglobin $A_{1c}$, development over time (ITT)................................361

Table 11.3.7.1-44  Patients with with haemoglobin $A_{1c} \geq 6.05\%$, development over time (ITT) ...........................................................................362

Table 11.3.7.1-45  Haemoglobin $A_{1c}$ by diabetic status, change from randomisation (PAP) .............................................................................362

Table 11.3.7.1-46  Fasting plasma insulin and indices of insulin sensitivity, development over time (ITT) ..............................................363

Table 11.3.7.1-49  Beta-cell function (insulinogenic index at 30 min in (uIU/mL)/(mmol/L)), relative change (in %) from randomisation at Week 24 (PAP)...........................................................365

Table 11.3.7.1-53  Individual insulin measurements (patients with normal values at randomisation but fasting plasma glucose $\geq 7.0$ mmol/L and/or plasma glucose value at 2h of OGTT $\geq 11.1$ mmol/L post randomisation)...................................................................367

Table 11.3.7.1-54  Plasma C-peptide level, development over time (ITT) .........................373

Table 11.3.7.1-55  Fasting lipid levels, development over time (ITT) .................................373

Table 11.3.7.1-56  Fasting lipid levels by gender, change from randomisation (PAP)........374

Table 11.3.7.1-57  Derived fasting lipid variables, change from randomisation (PAP).......375

Table 11.3.7.1-58  Derived fasting lipid variables, treatment differences in change from randomisation (PAP) ...................................................376

Table 11.3.7.1-59  Derived fasting lipid variables by gender, change from randomisation (PAP) ...................................................................376

Table11.3.7.1-60  Individual lipid measurements (patients with normal values at randomisation but fasting plasma glucose $\geq 7.0$ mmol/L and/or plasma glucose value at 2h of OGTT $\geq 11.1$ mmol/L post randomisation).........................................................................378

Table 11.3.7.1-61  Metabolic risk factors, treatment emergent development of $\geq 3$ risk factors at end of treatment (safety population)......................................383

Table 11.3.7.1-62  Metabolic risk factors excluding triglycerides, development of $\geq 3$ risk factors at end of treatment (safety population)...............................383

Table 11.3.7.1-63  Metabolic risk factors, treatment emergent development of risk factors at end of treatment (safety population).......................................383

CONFIDENTIAL
AZSER12441973

Clinical Study Report
Edition Number 01
Study Code D1441C00125

Table 11.3.7.2-1   Prolactin level, development over time in change from randomisation (ITT) ...................................................................384

Table 11.3.7.2-2   Prolactin level by gender, change from randomisation (PAP) ..............384

Table 11.3.7.2-3   Patients with abnormal prolactin level by gender (PAP) ......................385

Table 11.3.7.2-4   Prolactin level, clinically important values, shift from randomisation to end of treatment (safety population).........................385

Table 11.3.7.2-5   Prolactin level, clinically important values, shift from randomisation to any time after randomisation (safety population).......386

Table 11.3.7.2-6   Haematology laboratory data, change from enrolment (safety population)..................................................................387

Table 11.3.7.2-7   Haematology data, clinically important values, shift from enrolment to end of treatment (safety population) ...................389

Table 11.3.7.2-8   Haematology data, abnormal values, shift from enrolment to end of treatment (safety population) ..............................391

Table 11.3.7.2-9   Haematology laboratory data, abnormal values at any time after enrolment (safety population)...................................393

Table 11.3.7.2-10  Clinical chemistry, change from enrolment (safety population)...........394

Table 11.3.7.2-11  Clinical chemistry data, clinically important values at any time after enrolment (safety population) ................................397

Table 11.3.7.2-12  Clinical chemistry data, abnormal values at any time after enrolment (safety population)...................................398

Table 11.3.7.2-13  Clinical chemistry, clinically important values, shift from enrolment to end of treatment (safety population) ...............399

Table 11.3.7.2-14  Clinical chemistry data, abnormal values, shift from enrolment to end of treatment (safety population)..............................401

Table 11.3.7.2-15  Clinically important low free Thyroxine value in relation to clinically important high TSH value (safety population) ......................404

Table 11.3.7.2-16  Clinically important low free Triiodothyronine value in relation to clinically important high TSH value (safety population) ......................404

Table 11.3.7.2-17  Patients with positive result in urine analysis data (safety population)..................................................................405

Table 11.3.7.3-1   Haematology, individual clinically important laboratory measurements  (safety population)..................................406

Table 11.3.7.3-2   Clinical chemistry, individual clinically important laboratory measurements (safety population)..................................416

Table 11.3.8.1-1   Weight, BMI, and waist circumference, development over time (ITT population) .................................................................495

30

CONFIDENTIAL
AZSER12441974

Clinical Study Report
Edition Number 01
Study Code D1441C00125

Table 11.3.8.1-2    Weight by BMI group, change from randomisation (PAP)....................496

Table 11.3.8.1-3    Weight by gender, change from randomisation (PAP)...........................496

Table 11.3.8.1-4    Weight by age group, change from randomisation (PAP).....................497

Table 11.3.8.1-5    Correlation of change in weight at Week 24 with other variables (PAP) .........................................................................................497

Table 11.3.8.1-6    Individual weight, BMI and waist circumference measurements (patients with normal values at randomisation but fasting plasma glucose $\geq$ 7.0 mmol/L and/or plasma glucose value at 2h of OGTT $\geq$ 11.1 mmol/L post randomisation) ...............................................499

Table 11.3.8.1-7    Vital signs, change from randomisation (PAP) .....................................514

Table 11.3.8.1-8    Vital signs, treatment differences for change from randomisation (PAP) .........................................................................................515

Table 11.3.8.1-9    Vital signs, change from randomisation (safety population).................515

Table 11.3.8.1-10   Vital signs, development over time (ITT) ..............................................516

Table 11.3.8.1-11   Vital signs data, clinically important values, shift from randomisation to end of treatment (safety population)..........................518

Table 11.3.8.1-12   Vital signs, clinically important values at any time after randomisation (safety population)........................................................520

Table 11.3.8.1-13   BARS score, development over time (ITT)............................................521

Table 11.3.8.1-14   BARS score, categorical change from randomisation to Week 24 (PAP) .........................................................................................521

Table 11.3.8.1-15   SAS total score, development over time (ITT) .....................................521

Table 11.3.8.1-16   SAS score, categorical change from randomisation to Week 24 (PAP) .........................................................................................522

Table 11.3.8.2-1    Vital signs, individual clinically important values (safety population).......................................................................................523

Table 11.3.8.2-2    Listing of patients with ECG abnormalities (safety population)............537

## LIST OF FIGURES                                                    PAGE

Figure 1        Study flow chart ....................................................................................44

Figure 2        AUC 0-2 h of plasma glucose values following OGTT, change from randomisation (PAP) ....................................................................150

Figure 3        Plasma glucose values following OGTT at randomisation (PAP) .........152

Figure 4        Plasma glucose values following OGTT at Week 24 (PAP).................152

CONFIDENTIAL
AZSER12441975

Clinical Study Report
Edition Number 01
Study Code D1441C00125

Figure 5            Plasma values of insulin following OGTT at Week 24 (PAP)...............166

Figure 6            Weight, development over time in change from randomisation (ITT) ...................................................................................186

Figure 7            BMI, development over time in change from randomisation (ITT).......186

Figure 11.3.7.1-2  Plasma glucose values following OGTT at Week 12 (PAP)..................322

Figure 11.3.7.1-18 Shift plot glucose AUC, Week 24 (PAP) .............................................336

Figure 11.3.7.1-19 Shift plot glucose AUC, Week 24 (PP) ................................................337

Figure 11.3.7.1-20 Shift plot fasting glucose, Week 24 (PAP)...........................................337

Figure 11.3.7.1-21 Shift plot 2-h glucose, Week 24 (PAP) ................................................338

Figure 11.3.7.1-47 Plasma insulin values following OGTT at randomisation (PAP) ..........364

Figure 11.3.7.1-48 Plasma insulin values following OGTT at Week 12 (PAP)...................364

Figure 11.3.7.1-50 Shift plot insulin AUC, Week 24 (PAP) ...............................................365

Figure 11.3.7.1-51 Shift plot fasting insulin, Week 24 (PAP).............................................366

Figure 11.3.7.1-52 Shift plot 2-h insulin, Week 24 (PAP)..................................................366

# LIST OF APPENDICES

12          Appendices

12.1        Study information

12.2        Subject data listings

If required by the authority, appendices 12.3 Case report forms and 12.4 Individual subject data (US archival listings) will be included in the appropriate section of the application

CONFIDENTIAL
AZSER12441976

Clinical Study Report
Edition Number 01
Study Code D1441C00125

# LIST OF ABBREVIATIONS AND DEFINITION OF TERMS

The following abbreviations and special terms are used in this study report.

| Abbreviation or special term | Explanation |
| --- | --- |
| AE | Adverse event (see definition in Section 5.5.7.2). |
| ALT/ALAT | Alanine aminotransferase |
| AMOS | AstraZeneca Monitoring System |
| ANCOVA | Analysis of Covariance |
| AST/ASAT | Aspartate aminotransferase |
| Assessment | An observation made on a variable involving a patient-reported judgement (assessment) |
| AUC | Area Under the Curve |
| AZ | AstraZeneca Pharmaceuticals |
| BARS | Barnes Akathisia Rating Scale |
| BMI | Body Mass Index |
| bpm | Beats per minute |
| CGI | Clinical Global Impression |
| CGI-I | Clinical Global Impression Global Improvement |
| CGI-S | Clinical Global Impression Severity of Illness |
| CI | Confidence Interval |
| CRF | Case Report Form |
| CRR | Clinical Research Region |
| CSDT | Clinical Study Delivery Team |
| DAE | Adverse event leading to discontinuation of a patient from study treatment |
| DSM-IV | Diagnostic and Statistical Manual of Mental Disorders, 4th Edition |
| ECG | Electrocardiogram |
| Endpoint | A status of the patient that constitutes the 'endpoint' of a patient's participation in a clinical study and that is used as the final outcome. |
| EPS | Extrapyramidal Symptoms |
| GCP | Good Clinical Practice |
| Hb | Haemoglobin |
| HbA$_{1c}$ | Glycated Haemoglobin |
| HCG | Human Chorionic Gonadotropin |

CONFIDENTIAL
AZSER12441977

Clinical Study Report
Edition Number 01
Study Code D1441C00125

| Abbreviation or special term | Explanation |
|---|---|
| HDL | High-density lipoproteins |
| HIV | Human Immunodeficiency Virus |
| HOMA | Homeostasis Model Assessment |
| ICF | Informed Consent Form |
| ICH | International Conference on Harmonisation |
| IEC | Independent Ethics Committee |
| IFG | Impaired Fasting Glucose |
| IGI | Insulinogenic Index |
| IGT | Impaired Glucose Tolerance |
| im | Intramuscular |
| International Co-ordinating investigator | If a study is conducted in several countries the International Co-ordinating Investigator is the Investigator co-ordinating the investigators and/or activities internationally. |
| ISI | Index of insulin sensitivity |
| ITT | Intention To Treat |
| IVRS | Interactive Voice Response System |
| kg | Kilogram |
| LDL | Low-density lipoproteins |
| L | Litre |
| LLN | Lower Limit of Normal |
| LOCF | Last Observation Carried Forward |
| LS | Least square |
| $m^2$ | Meter squared |
| Measurement | An observation made on a variable using a measurement device. |
| MedDRA | Medical Dictionary for Regulatory Activities |
| mL | Millilitres |
| mm | Millimetres |
| mmol | Millimol |
| OAE | Other Significant Adverse Event (ie, an adverse event of special interest in this clinical development; see definition in Section 5.5.7.2). |
| OGTT | Oral Glucose Tolerance Test |
| Outcome variable | A variable (usually a derived variable) specifically defined to be used in the analysis of a study objective. |

CONFIDENTIAL
AZSER12441978

Clinical Study Report
Edition Number 01
Study Code D1441C00125

| Abbreviation or special term | Explanation |
|---|---|
| PAP | Primary Analysis Population |
| Parameter | A quantity (usually unknown) that characterizes the distribution of a variable in a population of patients. |
| pCRF | Paper-based Case Report Form |
| PETiT | Personal Evaluation of Transitions in Treatment. |
| PP | Per Protocol |
| Principal Investigator | A person responsible for the conduct of a clinical study at an investigational study site.  Every investigational study site had a Principal Investigator. |
| PROs | Patient Reported Outcomes |
| QC | Quality Control |
| QUICKI | Quantitative Insulin Sensitivity Check Index |
| RBC | Red blood cell |
| ROMI | Rating of Medication Influences |
| ROMI-C | Rating of Medication Influences, Compliance |
| ROMI-NC | Rating of Medication Influences, Non-compliance |
| SAE | Serious adverse event (see definition in Section 5.5.7.2) |
| SAP | Statistical Analysis Plan |
| SAS | Simpson-Angus Scale |
| SOP | Standard Operating Procedure |
| $T_3$ | Triiodothyronine |
| $T_4$ | Thyroxine |
| TSH | Thyroid-Stimulating Hormone |
| ULN | Upper Limit of Normal |
| Variable | A characteristic or a property of a patient that may vary, eg, from time to time or between patients. |

CONFIDENTIAL
AZSER12441979

Clinical Study Report
Edition Number 01
Study Code D1441C00125

# 1.      ETHICS

## 1.1      Ethics review

The final study protocol, including the final version of the Informed Consent Form, was approved in writing by an Independent Ethics Committee (IEC) for each study site as appropriate.  The investigator had to submit a written approval to AstraZeneca before he or she could enrol any patients into the study.

The Principal Investigators were responsible for informing and obtaining approval from the IEC for any amendment to the protocol and/or the Informed Consent Form (ICF) in accordance with local requirements.  The protocol had to be re-approved by the IEC annually, if local regulations so required.  The name and address of the IEC for each study centre are provided in Appendix 12.1.3.

## 1.2      Ethical conduct of study

The study was performed in accordance with the ethical principles that have their origin in the Declaration of Helsinki and that are consistent with International Conference on Harmonisation (ICH)/Good Clinical Practice (GCP) and applicable regulatory requirements and the AstraZeneca policy on Bioethics.

## 1.3      Patient information and consent

Written informed consent was obtained from each patient before the start of any study-related procedures.  If a patient was unable to read or write, the ICF and other written information had to be read and explained to the patient in presence of an impartial witness.  After giving verbal consent, the patient signed and dated the ICF, if capable of doing so.  The impartial witness signed and dated the ICF as well.

The initial ICF included changes made in Amendment 1.  After the approval of Amendment 2, an updated version of the ICF was used for all new patients.  However, the changes were not considered significant enough to require a re-consent for ongoing patients.  A separate ICF was signed for the genetic research performed as outlined in Amendment 3.

The master versions of the patient information and consent forms (in English) are provided in Appendix 12.1.3.

# 2.      INVESTIGATORS AND STUDY ADMINISTRATIVE STRUCTURE

## 2.1      Staff at investigational sites

The study was conducted at totally 58 centres in following contries: Bulgaria (8 active centres), Czech Republic (8 active centres), Germany (6 active centres), Hungary (7 active centres), Norway (1 active centre), Romania (7 active centres), Slovakia (12 active centres),

CONFIDENTIAL
AZSER12441980

Clinical Study Report
Edition Number 01
Study Code D1441C00125

South Africa (8 active centres), United Kingdom (1 active centre). See Appendix 12.1.4.1 for a list (by country and centre) of Principal Investigators, sub-investigators, and other personnel involved in patient assessments.

## 2.2        AstraZeneca study personnel

Table 1 lists key participating personnel at AstraZeneca. An extended list is provided in Appendix 12.1.4.2.

**Table 1**              **AstraZeneca personnel contributing to the study**

| Name | Position | Role in study | Address |
|---|---|---|---|
| Sofia Risberg | Clinical Study Delivery Leader | Clinical Study Delivery Leader, Study Report Delivery Team Leader | AstraZeneca R&D Södertälje Study Delivery SE-151 85 Södertälje Sweden |
| Frank Miller | Senior Statistician | Clinical Study Delivery Team Statistician and Clinical Study Report Delivery Team Leader | AstraZeneca R&D Södertälje Clinical Information Science SE-151 85 Södertälje Sweden |
| Martin Brecher | Medical Science Director | Responsible Medical Officer | AstraZeneca Pharmaceuticals - US Clinical Neuroscience 1800 Concord Pike P. O. Box 15437 Wilmington, DE 19850-5437 U.S.A. |
| Didier Meulien | Senior Research Physician | Study Team Physician (from 2003 to August 2004) | AstraZeneca R&D Södertälje Clinical Medical Neuroscience SE-151 85 Södertälje Sweden |
| Janet Post | Research Physician | Study Team Physician (from August 2004 to January 2005) | |
| Ivan Eggens | Senior Research Physician | Study Team Physician (from January 2005) | |
| Annika Zettergren | Senior Programmer | Lead Programmer | AstraZeneca R&D Södertälje Clinical Information Science SE-151 85 Södertälje Sweden |
| Julia Leonova Edlund | Medical Communication Scientist | Report Author | AstraZeneca R&D Södertälje Clinical Information Science SE-151 85 Södertälje Sweden |

CONFIDENTIAL
AZSER12441981

Clinical Study Report
Edition Number 01
Study Code D1441C00125

## 2.3 Other participants

### 2.3.1 Non-sponsor organisations or individuals

Key non-sponsor personnel participating in the study is listed in Table 2.

**Table 2**        **Non-sponsor personnel contributing to the study**

| Name | Position / role | Address |
|---|---|---|
| Robin Emsley | International Principal Investigator | Department of Psychiatry<br>Faculty of Health Sciences<br>University of Stellenbosch<br>PO Box 19063<br>Tygerberg 7505<br>Cape Town<br>South Africa |
| Thierry Nicloux | Central laboratory / Covance Project manager | Covance Central Laboratory Services S.A.<br>7, rue Moise-Marcinhes<br>1217 Meyrin<br>Geneva<br>Switzerland |
| Kate Andrews | Provider of Interactive Voice Response System (IVRS) / ClinPhone Project Manager | ClinPhone Ltd<br>Lady Bay House Meadow Grove Nottingham NG2 3HF<br>U.K. |
| Sheila Doyle | Laboratory performing genetic analysis | Tepnel Life Science PLC<br>Heron House<br>Oaks Business Park<br>Crewe Road<br>Wythenshawe<br>Manchester M23 9HZ<br>United Kingdom |
| John Newcomer | Medical Advisor | Department of Psychiatry<br>Washington University School of Medicine<br>660 S. Euclid<br>St Louis, MO 63110, USA |
| Robert E. Ratner | Medical Advisor | MedStar Research Institute<br>6495 New Hampshire Avenue,<br>Suite 201<br>Hyattsville, Maryland 20783, USA |

### 2.3.2 Study committees

No study committees were involved in the study.

CONFIDENTIAL
AZSER12441982

Clinical Study Report
Edition Number 01
Study Code D1441C00125

# 3.       INTRODUCTION

The purpose of the study was to assess the differential effects of the 3 most prescribed atypical antipsychotic medications: quetiapine, olanzapine, and risperidone, on glucose metabolism, weight gain, blood lipids, prolactin level, and incidence of extrapyramidal symptoms (EPS) in patients with schizophrenia treated for 24 weeks during a randomised, open-label trial.

Schizophrenia is a debilitating disease with an incidence of over 1%, severe clinical symptoms, and a problematic social stigma.  It is also associated with a high level of co-morbidity.  A number of studies have suggested that metabolic disturbances (weight gain, hyperglycemia, diabetes mellitus, blood lipids abnormalities) are more common in patients with schizophrenia than in the normal population (Dixon et al 2000).  Much of this may be explained by lifestyle factors associated with the disease, such as bad nutrition regimen, smoking habits, lack of exercise, or restricted access to health care.

Atypical antipsychotics represent a major treatment advance for patients with psychotic disorders due to well-documented efficacy and a better overall safety profile compared to the older, conventional antipsychotics.  However, there is an ongoing debate regarding if, and to what extent, antipsychotic medication may contribute to metabolic disturbances in schizophrenic patients (Liebzeit et al 2001).  The literature contains conflicting information regarding the prevalence and extent of hyperglycemia, diabetes mellitus, and weight gain in patients receiving different antipsychotics (Baldessarini and Lipinski 1976, Cavazonni et al 2001, Gianfrancesco et al 2006, Korenyi and Lowenstein 1968, Kwong et al 2001, Lund et al 2001, Wilson et al 2000).  Reports comparing conventional and atypical antipsychotics often lack control for confounding factors such as ethnic group, treatment exposure, concomitant weight change, pre-existing type 2 diabetes, and other risk factors of type 2 diabetes.  Most of the published evidence on glucose metabolism disturbances and diabetes mellitus consists of uncontrolled case reports on clozapine and olanzapine, with only single reports on risperidone and quetiapine (Bonanno et al 2001, Colli et al 1999, Goldstein et al 1999, Haupt and Newcomer 2001, Henderson et al 2000, Koller and Doraiswamy 2002, Liebzeit et al 2001, Lindenmayer and Patel 1999, Procyshin 2000).  Several reports suggest that risks related to different antipsychotic medications vary greatly (Sernyak et al 2002).  Some atypicals seem to be associated with more weight gain and blood lipid changes than other atypicals (eg, clozapine and olanzapine vs risperidone and quetiapine); yet some are linked to more EPS or greater changes in prolactin level than others (eg, risperidone vs quetiapine) (Czobor et al 2002, Kinon et al 2001, Russel and Mackell 2001).

Quetiapine fumarate (SEROQUEL®, quetiapine) is a dibenzothiazepine derivative approved in more than 80 countries for the treatment of psychosis/schizophrenia and acute manic episodes associated with bipolar disorder.  Quetiapine fumarate is designated chemically as bis [2-(2-[4-(dibenzo[b,f][1,4]thiazepin-11-yl) piperazin-1-yl]ethoxy)ethanol] fumarate. Quetiapine has shown efficacy and safety in a number of randomised placebo-controlled and/or comparative studies.  Hyperglycemia (random glucose value $\geq$ 200 mg/dL) was observed in a small number of patients treated with quetiapine, but was not sustained, extreme or associated with any symptoms.  The incidence of hyperglycemia did not increase in

CONFIDENTIAL
AZSER12441983

Clinical Study Report
Edition Number 01
Study Code D1441C00125

parallell with increased duration of exposure to quetiapine, and there was no statistically significant difference between quetiapine and placebo in the mean changes in plasma glucose level from baseline to endpoint. No cases of diabetic ketoacidosis or hyperosmolar coma were reported. However, glucose metabolism and metabolic effects have not been previously studied as a primary parameter. Quetiapine has also been shown to have modest effect on body weight. In short-term placebo-controlled Phase II-III trials in patients with schizophrenia no difference between quetiapine and placebo treatment in the incidence of EPS and use of anticholinergic medications was shown. Clinical trials have shown no difference between placebo-treated and quetiapine-treated patients across the dose range with regard to plasma prolactin levels.

At time of implementing the study, no head-to-head clinical studies had been conducted to determine whether atypicals, when used at optimal doses, differ in their safety and tolerability profiles. The current study was performed to assess safety and tolerability of quetiapine, olanzapine, and risperidone, with particular emphasis on their effect on glucose metabolism.

## 4.      STUDY OBJECTIVES

## 4.1      Primary objectives

The primary objective of this study was to compare the safety/tolerability profile of quetiapine and olanzapine on glucose metabolism in schizophrenic patients. This was done by evaluating the change from randomisation at Week 24 in Area Under the Curve from 0 to 2h (AUC 0-2h) of the plasma glucose values following Oral Glucose Tolerance Test (OGTT) (Mari et al 2001).

## 4.2      Secondary objectives

### 4.2.1      Safety and Tolerability Objectives

#### 4.2.1.1      Safety objectives related to  glucose metabolism

- To compare the safety/tolerability profile of quetiapine and risperidone on glucose metabolism in schizophrenic patients by evaluating the change from randomisation at Week 24 in AUC 0-2h of the plasma glucose values following OGTT.

- To further compare the safety/tolerability profile of quetiapine, olanzapine and risperidone on glucose metabolism in schizophrenic patients by evaluating the change from randomisation at Week 24 in the following:

  - Fasting plasma glucose

  - Proportion of patients with hyperglycemia

  - Proportion of patients with impaired fasting glucose (IFG) or impaired glucose tolerance (IGT)

CONFIDENTIAL
AZSER12441984

Clinical Study Report
Edition Number 01
Study Code D1441C00125

    – Fasting plasma insulin

    – Indices of insulin sensitivity:

        – AUC 0-2h of plasma values of insulin following OGTT

        – Index of insulin sensitivity (ISI) derived from OGTT (Matsuda and Defronzo 1999)

        – Homeostasis model assessment (HOMA) (Matthews et al 1985)

    – Haemoglobin $A_{1c}$ ($HbA_{1c}$)

    – C-peptide

- To compare the safety/tolerability profile of quetiapine, olanzapine and risperidone on lipid levels in schizophrenic patients by evaluation of change from randomisation at Week 24 in fasting lipid levels: total cholesterol, high-density lipoproteins (HDL), low-density lipoproteins (LDL), and triglycerides.

- To compare the safety/tolerability profile of quetiapine, olanzapine and risperidone on weight in schizophrenic patients by evaluation of change from randomisation at Week 24 in weight, body mass index (BMI) and waist circumference.

### 4.2.1.2    Other safety and tolerability objectives

- To compare the safety/tolerability profile of quetiapine, olanzapine and risperidone on prolactin level in schizophrenic patients by evaluation of change from randomisation at Week 24.

- To compare the safety/tolerability profile of quetiapine, olanzapine and risperidone on EPS and other adverse events (AEs) in schizophrenic patients by evaluation of the following:

    – Reporting of AEs, changes in electrocardiogram (ECG) and monitoring of blood pressure and pulse rate

    – Change from randomisation at Week 24 in the Simpson-Angus Scale (SAS) total score.

    – Change from randomisation at Week 24 in Barnes Akathisia Rating Scale (BARS) score

    – The proportion of patients using anticholinergic medication.

CONFIDENTIAL
AZSER12441985

Clinical Study Report
Edition Number 01
Study Code D1441C00125

### 4.2.2   Efficacy Objectives

- To document maintained efficacy of quetiapine, olanzapine and risperidone by evaluating clinical symptoms in patients with schizophrenia by assessment of:

    – The proportion of patients with a Clinical Global Impression Severity of Illness (CGI-S) score ≤3 at randomisation and at Week 24

    – The Clinical Global Impression Global Improvement (CGI-I) score at Week 24

    – The proportion of patients with CGI-I score of "very much improved" or "much improved" at Week 24

### 4.2.3   Other objectives

- To compare the patients' well-being, measured by Personal Evaluation of Transitions in Treatment (PETiT) total score, by change from randomisation at Week 12 and Week 24/end of treatment, and by absolute value at Week 12 and Week 24/end of treatment.

- To compare the treatment satisfaction, measured by PETiT subscore, by change from randomisation at Week 12 and Week 24/end of treatment, and by absolute value at Week 12 and Week 24/end of treatment.

- To investigate the attitudes to compliance and non-compliance, measured by the Rating of Medical Influences Scale (ROMI), by change from randomisation at Week 12 and Week 24/end of treatment, and by absolute value at Week 12 and Week 24/end of treatment.

## 5.   STUDY PLAN AND PROCEDURES

The overall study design and rationale are presented and discussed in Section 5.1 and Section 5.2, respectively.  The study population and its relationship to the intended target population are defined in Section 5.3.  Study treatments and dosing regimens are described in Section 5.4. Study measurements and variables are described and justified in Section 5.5, and measures taken to ensure the quality of study data are described in Section 5.6.  Statistical methods and presentation of the data are detailed in Section 5.7.  Any changes to the planned conduct of the study or planned statistical analyses are presented in Section 5.8.

## 5.1   Overall study design and flow chart

This international, multi-centre study was a 24-week, randomised, open-label, flexible-dose, comparative, parallel group study evaluating the effect of quetiapine, olanzapine and risperidone on glucose metabolism in schizophrenic patients.  The primary objective was to compare the safety/tolerability profile of quetiapine and olanzapine on glucose metabolism.

CONFIDENTIAL
AZSER12441986

Clinical Study Report
Edition Number 01
Study Code D1441C00125

The primary outcome variable was change from randomisation at Week 24 in AUC 0-2h of the plasma glucose values following OGTT.

The study consisted of a screening period, randomisation, a 5-day cross-titration period and a 23-week flexible dose period. Unsolicited AEs occurring up to 30 days after last dose of investigational product were recorded together with concomitant medications. The study treatment was open-label, but the key clinical laboratory variables were kept blinded during the study and until database had been locked.

It was planned to enroll about 600 male or female patients with schizophrenia diagnosed according to Diagnostic and Statistical Manual of Mental Disorders, 4th Edition (DSM-IV) criteria, ≥18 to ≤65 years old, from approximately 60-70 countries in Europe and South Africa. See Sections 5.3 for details regarding inclusion/exclusion criteria and Section 5.7.5 for details on sample size calculations.

Before any other study-related procedure was initiated, the patients received oral and written information and provided signed informed consent. During the screening period, patient eligibility was established. Eligible patients were scheduled for a randomisation visit within 2 weeks. Patients who did not fulfil the eligibility criteria were discontinued.

At the randomisation visit, the first OGTT was performed. This required overnight hospitalisation and appropriate measures to ensure fasting condition (for method description see Section 5.5.7.3). When all assessments and procedures were completed, each patient was randomly assigned to receive quetiapine, olanzapine or risperidone using a central Interactive Voice Response System (IVRS), and investigational products were dispensed. Randomisation was stratified based on baseline BMI and age group.

Study design and flow, as well as dosing schedule are presented Figure 1. During the 5-day cross-titration period, which started at randomisation, all patients had to be cross-tapered off of their previous antipsychotic medication, while study medication was titrated up to the target dose. It was followed by a 23-week flexible dose period, during which dosing could be modified to improve tolerability or to enhance therapeutic efficacy. At each visit, all required clinical and laboratory assessments and procedures had to be performed as listed in Table 3. An OGTT with appropriate measures to ensure fasting was performed again at Week 12 and Week 24 or discontinuation. The patients were to return unused investigational products and empty containers, and new products were dispensed at each ordinary visit. Information regarding investigational products and dosing is found in Section 5.4.

Patients could be discontinued from treatment for various reasons, such as lack of efficacy, AEs or other safety reasons, patient lost to follow-up, protocol non-compliance, withdrawal of informed consent, or other. If possible, the final assessments and procedures were performed.

CONFIDENTIAL
AZSER12441987

Clinical Study Report
Edition Number 01
Study Code D1441C00125

**Figure 1     Study flow chart**



44

CONFIDENTIAL
AZSER12441988

Clinical Study Report
Edition Number 01
Study Code D1441C00125

**Table 3**     **Study plan**

| Procedure | Screening | Randomis. | 3[a] | 4 | 5 | 6 | 7 | 8 | 9 Final[b] | Extra visit(s) when required |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **Visit** | 1 | 2 | | | | | | | | |
| **Day** | <-14 days | D1 | D7 | D28 | D56 | D84 | D112 | D140 | D168 | |
| **Week** | | W0 | W1 | W4 | W8 | W12 | W16 | W20 | W24 | |
| | | | | Treatment period | | | | | | |
| Informed consent, demography, medical and psychiatric history (incl. concurrent conditions) and smoking habits | ✓ | | | | | | | | | |
| Inclusion/exclusion criteria | ✓ | ✓ (confirm) | | | | | | | | |
| Physical examination | ✓ | | | | | | | | | |
| Clinical Global Impression Severity of Illness (CGI-S) and Global Improvement (CGI-I)[c] | CGI-S only | CGI-S only | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |
| Personal Evaluation of Transitions in Treatment (PETiT)[d] | | ✓ | | | | ✓ | | | ✓ | |
| Reasons for compliance – ROMI scale | | ✓ | | | | | | | ✓ | |
| 12-lead ECG | ✓ | | | | | | | | ✓ | |
| Blood pressure and pulse rate | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |
| Weight and height (randomisation only) | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |
| Waist circumference | | ✓ | | | | | | | ✓ | |
| Urine analysis | ✓ | | | | | | | | ✓ | |
| Urine Drug Screen/toxicology | ✓ | | | | | | | | | |
| Blood collection for clinical chemistry, thyroid function tests and serum HCG pregnancy test (females, screening only) | ✓ (incl glucose) | ✓ | | | | | | | ✓ | |
| Blood collection for haematology | ✓ | | | ✓ | ✓ | ✓ | | | ✓ | |
| Oral Glucose Tolerance Test (OGTT)[e] | | ✓ | | | | | | | ✓ | |
| Lipid profile (triglycerides, total cholesterol, HDL, LDL) | ✓ | ✓ | | | | ✓ | | | ✓ | |

45

CONFIDENTIAL
AZSER12441989

Clinical Study Report
Edition Number 01
Study Code D1441C00125

and prolactin level

Fasting glucose, insulin, HbA$_{1c}$ and C-peptide[f]

Informed consent for genetic research[h]

Blood sample taken for genetic research[h]

Adverse events

SAS/BARS

Previous antipsychotic medication

Anticholinergic medication

Other prior and/or concomitant medication

Randomisation

Trial Medication form

Dispensing of investigational products

Investigational products accountability / compliance

Termination of study module in CRF

[a] Extra visit could be made between Visits 2 and 3 to ensure correct dosing.
[b] Final visit / Week 24 assessments were conducted at the end of treatment for patients who discontinued.
[c] CGI-I was not assessed at screening and randomisation visits.
[d] Assessed prior to overnight fasting.
[e] Conducted after 8-14 hours fasting.
[f] Conducted after 8-14 hours fasting in connection with OGTT baseline sampling.
[g] Unsolicited AE reports occurring up to 30 days after last dose of investigational product were recorded together with concomitant medications.
[h] A separate written informed consent was obtained for participation in Optional Genetic Research at Visit 1, or at any subsequent visit. For patients who consented, a single sample per patient was taken. Samples were usually collected at Visit 2, but could be taken at any subsequent visit where blood samples were taken before the patient completed the main study.

Note: Visit 3 had a visit interval of ± 1 day, and Visits 4-9 had a visit interval of ± 7 days

46

CONFIDENTIAL
AZSER12441990

Clinical Study Report
Edition Number 01
Study Code D1441C00125

## 5.2      Rationale for study design, doses and control groups

The open-label design was chosen for this study.  If a double-blind design had been applied, the complex titration and dosing flexibility allowed in the study for each of the tested products would have led to considerable practical difficulties (too many tablets), and would have compromised patient compliance.  As the primary variable was an objective laboratory measurement, and the laboratory results for glucose metabolic variables, lipids and prolactin level were blinded to the investigators, patients, and sponsor until the database had been locked, a randomised open-label design was considered acceptable.

Olanzapine and risperidone were chosen as comparators to quetiapine, as these 3 atypical antipsychotics are currently most commonly used worldwide.  The olanzapine dose was titrated from 10 mg/day to 15 mg/day with a maintenance dose 10-20 mg per day, the risperidone dose was titrated from 2 to 6 mg per day with a maintenance dose 4-8 mg per day.  Quetiapine was titrated from 100 mg/day to 600 mg/day, with a maintenance dose 400-800 mg per day.  This dosing was in accordance with the prescribing information for the investigational products (Physicians Desk Reference 2003), and followed the most common prescription pattern.

The inclusion and exclusion criteria were chosen to ensure that the results in the study population could be generalized to a wider population of patients with schizophrenia who may benefit from change of treatment to the newer atypicals, either for achieving a better therapeutic efficacy or for improving tolerability.  As the primary objective was to evaluate the effects on glucose metabolism, precautions were taken regarding some well-known factors which could contribute to changes in glucose metabolism.  Patients with known diagnosis of diabetes mellitus, as well as patients receiving corticosteroids were excluded from the study (Barr et al 2002, Davidsson et al 1999, Kilpatrick et al 1998, Peters et al 1996).  The study was randomised with stratification according to BMI and age category to ensure that treatment groups were well balanced.

Considering the nature of the disease, which requires chronic treatment, a 6-month treatment duration appeared to be a reasonable period for evaluating the potential effects of these atypicals on glucose metabolism and was in line with the current therapeutic recommendation in routine clinical practice with all antipsychotics (Lindenmayer et al 2003).

As the primary variable, the AUC 0-2h of the plasma glucose values following OGTT was chosen.  The OGTT is a standard test widely used for glucose tolerance classification (American Diabetes Association 2002, World Health Organization 1985).  It is simple and provides information on insulin secretion and action.  A modified 2h-OGTT using a plasma sampling schedule (0, 30, 60, 90, and 120 min after load) was proposed instead of the standard OGTT which only evaluates glucose level at 2h after load (World Health Organization 1985).  Since many patients with impaired glucose tolerance present hyperglycemia only when challenged (The Expert Committee on the Diagnosis and Classification of Diabetes Mellitus 2002), the modified 2h-OGTT offered a greater chance to observe small changes in hyperglycemic response to glucose loading in the study population, compared to measuring only fasting plasma glucose and fasting insulin.  This method had been validated against

CONFIDENTIAL
AZSER12441991

Clinical Study Report
Edition Number 01
Study Code D1441C00125

euglycemic glucose clamp, which is the reference method (Mari et al 2001), and had already been used several times (Baptista et al 2001, Haffner et al 1984, Matsuda and Defronzo 1999, Newcomer et al 2002).  In addition, the modified 2h-OGTT provided the necessary information for calculation of other insulin indices, such as HOMA and ISI.  Therefore, the modified 2h-OGTT was regarded to be an appropriate tool for identifying and defining insulin sensitivity and secretory defects in the study population.

A unique feature of the study's design was that the key laboratory assessments were conducted after 8-14 hours fasting, ensured by overnight hospitalisation of the patients prior to performance of OGTT.  The overnight hospitalisation was essential for obtaining reliable and consistent fasting key laboratory data, and made possible the statement that the obtained results reflected true fasting condition in patients.

## 5.3      Selection of study population

### 5.3.1      Inclusion criteria

For inclusion in the study, patients had to fulfil all of the following criteria at enrolment:

1.      Provision of written informed consent before initiation of any study-related procedures.

2.      Female or male aged $\geq 18$ to $\leq 65$ years.

3.      Documented clinical diagnosis of schizophrenia, as defined by DSM-IV.

4.      Patients who had not previously used antipsychotic medication or who, in the opinion of the investigator, had shown inadequate response (eg, persistent aggression/hostility, cognitive impairment, negative, positive, or general psychopathology symptoms) or poor tolerance of their previous antipsychotic medication.

5.      Patient's ability, in the investigator's opinion, to understand and comply with repeated OGTT procedures (including procedures to ensure fasting 3 times during the study) and other study requirements.

6.      Female patients of childbearing potential had to have a negative serum pregnancy test at screening and be willing to use during the study a reliable method of birth control, ie, barrier method, oral contraceptive, implant, long-term injectable contraceptive, intra-uterine device, or tubal ligation.

### 5.3.2      Exclusion criteria

Any of the following was regarded as a criterion for exclusion from the study:

1.      Patients who had been taking any of the tested atypical antipsychotics (quetiapine, olanzapine, risperidone), clozapine, or chlorpromazine during the previous 3 months (to ensure that the study population is as drug naïve as possible) and/or

48

CONFIDENTIAL
AZSER12441992

Clinical Study Report
Edition Number 01
Study Code D1441C00125

valproic acid, lithium, or antidepressants within the past month prior to randomisation (as these medications could influence glucose metabolism, and in order to ensure that the study population included patients with unambiguos schizophrenia diagnosis).

2.  Administration of a depot antipsychotic injection within 1 depot dosing interval before randomisation, in order to avoid interference of another antipsychotic with the study drugs. Randomisation could be performed a few days before the next planned depot administration to allow for an appropriate switch to investigational products.

3.  Chronic or frequent use of oral or intravenous steroids (except for inhalation or topical use) within the past 2 weeks prior to randomisation, or isotretinoin, orlistat and/or sibutramine within the past 3 months of randomisation. Any medical illness likely to require chronic or frequent treatment with any of these drugs, which are known to affect glucose metabolism.

4.  Patients who had recently started to use compounds that could potentially affect insulin sensitivity. If a patient had used a compound for at least 1 month before randomisation, he/she could be included and continue the treatment. It was then recommended that the dosage be kept unchanged during the study. This criterion aimed to ensure that the included patients had stable medical condition and a stable medication dose during the study.

    Examples of such compounds: oral betablockers, thiazide diuretics, statins, fibrates, nicotinic acids, resins or omega-3-fatty acids, alpha-blockers, warfarin, inositol nicotinat, ketokonazol, lipid-lowering dietary supplements, vitamin A (>5000 IU/d) and analogues, vitamin E (>50 IU/d), Benecol (the cholesterol lowering margarine), fish oils.

5.  Patients with known diagnosis of diabetes mellitus, or patients using insulin or oral antidiabetic drugs (eg, sulphonylureas, metformin, inhibitors of alpha glucose oxidase, thiazolidinediones/glitazones, and meglitinides) were excluded from the study in order to avoid possible risks and confounding factors in assessing potential effects of the investigational products on glucose metabolism.

6.  According to the study protocol, patients were subject for exclusion from the study if they had $HbA_{1c} \geq 7.1\%$, fasting plasma glucose $\geq 126$ mg/dL (7.0 mmol/L) and/or plasma glucose value at 2h of OGTT $\geq 200$ mg/dL (11.1 mmol/L) (American Diabetes Association 2002, Barr et al 2002, Davidsson et al 1999, Kilpatrick et al 1998, Peters et al 1996, The Expert Committee on the diagnosis and classification of Diabetes Mellitus 2002). If a patient had a $HbA_{1c}$ value >6.1 but <7.1%, he/she could proceed to the randomisation visit and perform the OGTT, but the laboratory confirmation fax for the fasting plasma glucose and the 2h glucose from OGTT had to be reviewed before the patient was randomised and received treatment; if the patient did not fulfil the exclusion criterium above, he/she could be randomised.

CONFIDENTIAL
AZSER12441993

Clinical Study Report
Edition Number 01
Study Code D1441C00125

However, this exclusion criterium was not followed in the study, due to the central laboratory's failure to automatically flag for the glucose and $HbA_{1c}$ values that exceded the cut-off values mentioned above. The investigators were not notified on the high values by the laboratory, and no additional analyses were performed to confirm or reject the diagnosis of diabetes mellitus in these patients. This fact was revealed only after the database lock and unblinding of the key laboratory data. As a result, several patients with glucose values exceeding the cut-offs defined by the American Diabetes Association continued their participation in the study, and no patients were diagnosed with or excluded due to emerging development of diabetes during the study. For discussion on these patients, see Section 8.5.2.3.

7.   Patients performing regular physical exercise for ≥5 days per week for 30 minutes or longer were excluded, because the potential effect of the investigational products on glucose metabolism could be obscured by the positive effect of regular exercise (US Department of Health and Human Services 2000).

8.   Known intolerance to quetiapine, olanzapine or risperidone.

9.   Known non-responsiveness to quetiapine, olanzapine, risperidone, sertindole, ziprasidone, aripripazole, amisulpride or clozapine.

10.  Contra-indications as detailed in country-specific Prescribing Information or Investigator Brochure for any of the investigational products.

11.  Use of any potent cytochrome P450 inhibitors (eg, ketoconazole (except for topical use), itraconazole, fluconazole, erythromycin, clarithromycin, fluvoxamine, nefazodone, troleandomycin, indinavir, nelfinavir, ritonavir, or saquinavir) or cytochrome P450 inducers (eg, phenytoin, carbamazepine, barbiturates, rifampin, rifabutin, glucocorticoids, thioridazine or St John's wort) within 2 weeks prior to randomisation. Quetiapine is metabolised by the cytochrome P450 enzyme system, and the drugs that induce or inhibit this system could potentially affect plasma concentrations of quetiapine.

12.  Patients with a history of non-compliance.

13.  Female patients who were pregnant, lactating, or at risk of pregnancy.

14.  Evidence of significant medical conditions, such as advanced cancer, infection, liver, renal or heart disease or risk of transmitting human immunodeficiency virus (HIV) or hepatitis B. Excluding patients who met this criterion prevented enrolment of patients with increased safety risks and helped protect the safety of study personnel who handled blood samples.

15.  Standing heart rate >120 bpm (exclusion for transient, non-persisting tachycardia was at the discretion of the investigator) or persistent supine tachycardia (heart rate

50

CONFIDENTIAL
AZSER12441994

>100 bpm), as persistent tachycardia may be a sign of cardiovascular or other disease, while this study required stable medical condition.

16.    History of recent uncontrolled blood pressure or use of antihypertensive medications, if dosages used were not stable for at least 1 month before the randomisation visit (Day 1).  This criterion was included to avoid putting patient safety at risk, and to avoid adverse effect of abnormal and unstable cardiovascular data on the proper evaluation of the safety of the drug.

17.    Patients with a known arrhythmia or QTc $\geq$450 msec (according to Fridericia correction for heart rate (Puddu et al 1988)) or other ECG result considered to show clinically significant abnormality as determined by the investigator, in order not to jeopardize the patient safety.

18.    Clinically significant deviations from the reference range in screening clinical laboratory test results as evaluated by the investigator, for patient safety.

19.    A thyroid-stimulating hormone (TSH) concentration >10% above the upper limit of the normal (ULN) range of the laboratory used for sample analysis, whether or not the patient was being treated for hypothyroidism, for patient safety. Triiodothyronine ($T_3$) test result was not required in order to perform randomisation, if TSH and thyroxine ($T_4$) test results were available.

20.    Diagnosis of any DSM-IV Axis I disorder other than those included in inclusion criteria 3 above of a degree that may interfere with the patient's ability to co-operate (eg, alcohol dependence or psychoactive substance dependence not in full remission, concurrent organic mental disorder, or mental retardation (Axis II diagnosis)).

21.    Patients with substance abuse or dependence.  A urine drug screen was performed. The investigator evaluated the toxicology results along with medical history to determine if the patient met DSM-IV criteria for substance abuse.

22.    Previous participation in this study (ie, patients previously screened or randomised to treatment who subsequently discontinued could not re-enter this study).

23.    Participation in any drug study or any compassionate use programme within 4 weeks of screening, or, for United Kingdom (UK), within 3 months of screening, in order to avoid interaction of study drugs in previous studies with the current investigational products.

### 5.3.3    Restrictions

Patients were asked to comply with the following restriction during the study:

1.    Patients were advised to maintain their normal physical activities, in order to avoid potential effect of change in regular physical exercise on glucose metabolism.

CONFIDENTIAL
AZSER12441995

Clinical Study Report
Edition Number 01
Study Code D1441C00125

2.  Female patients of childbearing potential must be willing to use reliable method of birth control, ie, barrier method, oral contraceptive, implant, long-term injectable contraceptive, intrauterine device, or tubal ligation during the study.

3.  Concomitant use of any antipsychotic medication other than investigational products was not allowed during the study after Day 5, by when all prior antipsychotic medication should have been withdrawn.

4.  All previous anticholinergic medication had to be withdrawn during the first week of the randomised treatment, by which time any residual EPS symptoms from previous medication should have resolved.  Benztropine mesylate could be used to treat any new emerging EPS-related AEs, but not prophylactically.  If benztropine was not locally available, an alternative medication could be used (see Table 7).

5.  Other medications prohibited or restricted during the study, including the reasons for their restriction, are listed in Table 7, Section 5.4.5

### 5.3.4    Discontinuation of patients from treatment or assessment

### 5.3.4.1    Criteria for discontinuation

Patients could be discontinued from study treatment and assessments at any time, at the discretion of the investigators.  Specific reasons for discontinuing a patient from the study included the following:

1.  Voluntary discontinuation by the patient.

2.  Incorrect enrolment or randomisation of the patient.

3.  Safety reasons, as judged by the investigator and/or AstraZeneca.

4.  Any patient at imminent risk of suicide, as judged by investigator, had to be discontinued.

5.  Deterioration in the patient's condition or insufficient clinical effect despite dose adjustments.

6.  If a patient had a neutrophil count $<1.0 \times 10^9$ cells/L, the test had to be repeated within 24 hours after the laboratory test results had been received.  If it remained $<1.0 \times 10^9$ cells/L, the patient was to be discontinued from treatment with the investigational product due to AE.

7.  Pregnancy.

8.  Severe non-compliance to protocol as judged by the investigator and/or AstraZeneca.

52

CONFIDENTIAL
AZSER12441996

9.      Patient lost to follow-up (unable to reach the patient after three documented phone calls and one sent letter).

10.     The study was terminated by AstraZeneca, Regulatory Authorities, or IEC.

### 5.3.4.2    Voluntary discontinuation by a patient

Patients were free to discontinue their participation in the study at any time, without prejudice to further treatment. Patients who discontinued were asked about the reasons for their discontinuation and about the presence of any AEs. If possible, the patients were seen and assessed by an investigator, and AEs were followed up. The patients were asked to return any investigational products and study materials.

### 5.3.4.3    Incorrectly enrolled or randomised patients

Incorrectly enrolled or randomised patients were normally to be discontinued from the study treatment and assessments.

During the study, the central laboratory failed to automatically flag for and notify the investigator on the blinded glucose values that exceeded the limit of 7.0 mmol/L for fasting glucose, and 11.1 mmol/L for 2-hour glucose, which was among the exclusion criteria. According to the protocol, a fax notification should have been sent out from the central laboratory to notify the investigator on occurrence of such high glucose values, with an instruction to exclude the patient from further participation. However, this automatic procedure did not work properly due to a programming error in the Covance central laboratory database, and these patients were mistakenly maintained in the study as long as the laboratory data remained blinded. This fact was revealed first after the database lock and unblinding of the laboratory data took place.

Due to this failure on the part of the central laboratory, several patients were incorrectly randomised for participation in the study, despite the fact that they fullfilled exclusion criteria at randomisation (fasting plasma glucose $\geq 7.0$ mmol/L and/or 2h-glucose $\geq 11.1$ mmol/L). There were 26 such patients in the study's safety population, of which 5 in the quetiapine group, 11 in the olanzapine group, and 10 in the risperidone group. For a listing of the incorrectly randomised patients, see Table 11.3.7.1-31. Of the patients included in the primary analysis population (PAP), 20 were incorrectly randomised: 3 patients in the quetiapine group (E1506004, E1509009, E1606003), 10 patients in the olanzapine group (E1002003, E1005006, E1008002, E1108010, E1404004, E1405005, E1508005, E1508005, E1601008, E1606008), and 7 in the risperidone group (E1004001, E1005025, E1005029, E1402005, E1406003, E1507008, and E1701004).

### 5.3.4.4    Procedures for discontinuation

Patients who discontinued were always asked about the reasons for their discontinuation and about the presence of any AEs. If possible, they were seen and assessed by an investigator. Discontinuation from investigational products had to be done in accordance with the

CONFIDENTIAL
AZSER12441997

Clinical Study Report
Edition Number 01
Study Code D1441C00125

investigator's clinical judgment, and the investigator had to advise the patient on how to do this.

All study procedures required at the final visit were conducted to the extent possible and recorded on the appropriate Case Report Forms (CRFs).  For patients who discontinued between screening and randomisation, it was not necessary to complete the entire final visit procedure.  Following CRF parts were required to be completed in this case: demography, AE section, the termination of study module, and the CRF signature section.

All AEs had to be reported, but in particular any AE leading to discontinuation from the study.  All discontinuations due to an SAE had to be reported to AstraZeneca according to the procedure defined in Section 5.5.7.2 and followed up until resolution or until the investigator decided that no further follow-up was necessary.

## 5.4      Treatments

### 5.4.1      Investigational products

Details on the investigational products used during the titration period and flexible dose period are given in Table 4 and Table 5, respectively.

**Table 4          Details of investigational products, titration period**

| Investigational product or other treatment | Dosage form and strength | Manufacturer | Formulation number |
|---|---|---|---|
| Quetiapine | 100 mg tablets 200 mg tablets | AstraZeneca | F012689 F012690 |
| Olanzapine | 5 mg tablets 10 mg tablets | Eli Lilly | F013163 F013164 |
| Risperidone | 2 mg tablets 4 mg tablets | Janssen-Cilag | F012889 F012884 |

Note: All products were supplied as tablets, for oral use.

**Table 5          Details of investigational products, flexible dose period**

| Investigational product or other treatment | Dosage form and strength | Manufacturer | Formulation number |
|---|---|---|---|
| Quetiapine | 200 mg tablets | AstraZeneca | F012690 |
| Olanzapine | 5 mg tablets | Eli Lilly | Not applicable. Commercial supplies used |
| Olanzapine | 10 mg tablets | Eli Lilly | Not applicable. Commercial supplies used |

54

CONFIDENTIAL
AZSER12441998

*Clinical Study Report*
*Edition Number 01*
*Study Code D1441C00125*

**Table 5          Details of investigational products, flexible dose period**

| Investigational product or other treatment | Dosage form and strength | Manufacturer | Formulation number |
|---|---|---|---|
| Risperidone | 2 mg tablets | Janssen-Cilag | Not applicable. Commercial supplies used |
| Risperidone | 4 mg tablets | Janssen-Cilag | Not applicable. Commercial supplies used |

Note: All products were supplied as tablets, for oral use.

All investigational products had to be stored in a secure place at room temperature and protected from moisture.

Quetiapine may contain lactose, which might cause discomfort in lactose-intolerant patients.

For the titration period, blister packages specifically designed and packed for the study were used for all 3 products.  For the flexible dose period, quetiapine was packed in bottles specifically for the study and labelled for use in clinical study.  For olanzapine and risperidone, locally available commercial packs of the investigational products in original containers were used.  Additional labelling for use in clinical trial was done as necessary in accordance with local requirements.  AstraZeneca provided centres with all open-labelled supplies of quetiapine, olanzapine and risperidone.

Multiple batches were used for the different participating countries. A complete list of batch numbers with corresponding expiry dates used during the titration and flexible dose periods can be found in Table 11.1.4-6 and Table 11.1.4-7, respectively.  A list of batches used per patient is provided in Appendix 12.1.6.

**5.4.2       Doses and treatment regimens**

Investigational products were dispensed at the randomisation visit (Day 1).  The first dose of the assigned investigational product was taken the same day as the randomisation visit.

With the exception of Day 1 (randomisation), when the 100 mg dose was taken as a single dose in the evening, quetiapine was taken twice daily, with at least 25% of the dose taken in the morning.  Olanzapine and risperidone were taken in accordance with country specific Prescribing Information, within the dose limits given in Table 6.  Following randomisation, patients had to take the investigational products as prescribed each day, including the study visit days, except when fasting on the day of OGTT procedure at Week 12 and Week 24, in which case the medication was taken after the completion of the OGTT.

The details on the dose-escalation schemes for quetiapine, olanzapine and risperidone are shown in Table 6.

CONFIDENTIAL
AZSER12441999

Clinical Study Report
Edition Number 01
Study Code D1441C00125

**Table 6**          **Dosing / titration schedule**

| Investigational product or other treatment | Day 1 Rando-misation | Day 2 | Day 3 | Day 4 | Day 5 | Week 1-Week 24 (total daily dose) | No of doses/day |
|---|---|---|---|---|---|---|---|
| Previous antipsychotic medication | 100% of dose | | 50% of dose | | 0% (with-drawn) | - | As prescribed |
| Quetiapine | 100 mg in the evening | 200 mg | 300 mg | 400 mg | 600 mg | 400, 600 or 800 mg using 200 mg tablets. | Twice daily, except first day |
| Olanzapine | 10 mg | 10 mg | 10 mg | 10 mg | 15 mg | 10, 15 or 20 mg using 5 and 10 mg tablets. | According to country specific Prescribing Information and local clinical practice |
| Risperidone | 2 mg | 4 mg | 6 mg | 6 mg | 6 mg | 4, 6 or 8 mg using 2 and 4 mg tablets. | |

Note: All products were tablets for oral use.

Patients receiving an antipsychotic treatment prior to enrolment in the study and patients not receiving any antipsychotics followed the same titration schedule. During the cross-titration period (Day 1- Day 5), the patient's previous antipsychotic medication was reduced to half the dose by Day 3 and then withdrawn on Day 5, whilst the study medication was titrated up to the target dose. If the patient was treated with depot medication, the randomisation visit could be planned to take place a few days prior to the next planned depot injection in order to mimic the cross-taper method used for the switch from oral antipsychotics. The dosing on Day 6 was normally the same as on Day 5, but dose adjustment was allowed from Day 6 if needed.

The cross-titration period was followed by a 23-week flexible dose period (Week 1 – Week 24). During this period, dosage could be adjusted for therapeutic efficacy and/or tolerability within the allowed dosing range at Visits 3 to 8, or at extra visits when needed throughout the study.

### 5.4.3    Method of assigning patients to treatment groups

Each patient was assigned a unique enrolment code at the time of consent. The first 2 digits of the code identified the country (10 for Bulgaria, 11 for Czech Republic, 12 for Germany, 13 for Norway, 14 for Romania, 15 for Slovakia, 16 for South Africa, 17 for United Kingdom, 18 for Hungary), the next 3 digits identified the centre, and following digits the patient in sequential order. If a patient discontinued from the study, the enrolment code was not reused, and the patient was not allowed to re-enter the study.

CONFIDENTIAL
AZSER12442000

Clinical Study Report
Edition Number 01
Study Code D1441C00125

Patients were randomised sequentially, as they became eligible. The Biostatistical Group at AstraZeneca R&D in Södertälje prepared the randomisation schedule using the validated, computer based randomisation system GRand. The randomisation list was exported from GRand and sent by the Study Statistician to ClinPhone, the provider of the IVRS. ClinPhone set up the randomisation information in the IVRS. For validation, they exported the randomisation list from their system and sent it back to the Study Statistician who checked the list against the original list from GRand. The randomisation list was known only to the GRand randomiser, the Study Statistician and ClinPhone. Especially, it was not communicated to investigators. At randomisation, after patient eligibility was established, the investigator or designee made a telephone call to the IVRS. After entering the requested information, the investigator or designee was given the assigned treatment and a randomisation code for the patient. A confirmation was sent by fax.

Randomisation was made in balanced blocks of 6 with an equal probability to receive each drug (1:1:1), stratified according to BMI in 4 groups ($<18.5$, 18.5-24.9, 25-29.9, $\geq 30$ kg/m$^2$) and according to age in 2 groups ($\leq 50$ years, $>50$ to $\leq 65$ years). The randomisation was not stratified for centre or country, since these were not judged to be an important influence factor on study results. For each of the strata, a separate sequence of randomisation numbers was produced ending with 0001 to 0360. The first digit of the 5-digit randomisation number is connected to the stratum (1-8). The complete randomisation scheme is included in Appendix 12.1.7.

If a patient was incorrectly allocated, no attempt was made to remedy the error, once the investigational products had been dispensed. The patient continued with the allocated number and investigational products. AstraZeneca was notified, and the error was adequately documented. Subsequent patients continued using the first unallocated number in the original numbering sequence.

### 5.4.4    Blinding and procedures for unblinding the study

#### 5.4.4.1    Methods for ensuring blinding

The treatment assignment was open, and both the investigator and the patient knew which treatment the patient received. For the rationale of the open-label design, see Section 5.2. However, the key laboratory data, including glucose metabolic variables, lipids and prolactin, was blinded to the investigators, patients, and sponsor. The random glucose and HbA$_{1c}$ values at screening, required for determination of patient eligibility, were not blinded. The blinding of the laboratory data were maintained by Covance Central Laboratory Services S.A. until the database had been locked.

#### 5.4.4.2    Methods for unblinding the study

The laboratory data were unblinded after all decisions on the availability of the results from each individual patient had been made and documented. No measures were needed to keep the treatment assignment blinded, as the study was open-label.

CONFIDENTIAL
AZSER12442001

Clinical Study Report
Edition Number 01
Study Code D1441C00125

### 5.4.5    Pre-study, concomitant, and post-study treatments

Medications permitted, restricted, or prohibited during the study are summarised in Table 7. All prohibited medications had to be stopped on entry to the study and were disallowed while the patient was on investigational products.  Other medications considered necessary for the patient's safety and well-being could be given at the discretion of the investigator.  The administration of all medication (including investigational products, hormones, vitamins, and herbal medications) from enrolment to end of study had to be recorded in the CRF.

In case of deterioration of schizophrenia, the investigator was advised to make dose adjustments for investigational products as described in Section 5.4.2.  If this was insufficient to ensure satisfactory control of the symptoms, the investigator could decide to discontinue the patient from the study (see Section 5.3.4).

AstraZeneca supplied investigational products during the treatment period.  The investigator was responsible for planning the patient's need for post-study treatment after Week 24 or discontinuation.

**Table 7**           **Permitted, restricted and prohibited medications**

| Use category | Type of medication | Timelines and instructions | Reason (if applicable) |
|---|---|---|---|
| **Permitted** | Investigational products (quetiapine, olanzapine, risperidone) | See Section 5.4.2. | Study medication |
| | Any previous, current or new medications for medical illnesses, not listed under restricted or prohibited medication sections below | As needed based on investigator's judgment and the patients medical needs | Patient's safety and well-being |
| | Oral benztropine mesylate (up to 6 mg/day) could be administered. If not locally available, the following could be used: trihexyphenidyl up to 6 mg/day or biperiden 6 mg / day or procyclidine up to 30 mg / day | Prophylactic use of these medications was not permitted. | For the treatment of any new emerging EPS-related AEs |
| | Lorazepam could be used at a maximum daily dose of 4 mg / day. When lorazepam was not avaliable in a given country: oxazepam at a maximum daily dose of 60 mg/ day | Not more than 4 consecutive days in any 7-day period and not in the week preceding OGTT, unless absolutely necessary, based on investigator's clinical judgement | To treat symptoms of agitation |

58

CONFIDENTIAL
AZSER12442002

Clinical Study Report
Edition Number 01
Study Code D1441C00125

**Table 7**          **Permitted, restricted and prohibited medications**

| Use category | Type of medication | Timelines and instructions | Reason (if applicable) |
|---|---|---|---|
| | Agents designed to prevent pregnancy: intrateurine device in place, oral contraceptives, or injectable or implantable hormonal agents | | To avoid pregnancy during the study |
| **Restricted** | Anticholinergic medication used prior to entry in the study | Had to be discontinued by end of Week 1. Thereafter the drugs mentioned above could be used to treat emergent EPS-related AEs but not prophylactically. | Use of anticholinergic medication was a secondary variable in the study |
| | Sleep medication initiated prior to entry into the study | Patients taking medication for sleep could continue to do so provided they were only taken at bedtime for sleep. | To avoid confounding factors |
| | Sleep medication initiated after enrolment.<br><br>Following medications were allowed: zolpidem tartrate maximum dose 10 mg/day chloral hydrate: maximum dose 2 g/day zaleplon: maximum dose 20 mg/day zopiclone: maximum dose 7.5 mg/day | | |
| | Antihypertensive medication including betablockers, thiazide diuretics, alpha-blockers. | Stable dosage for at least 1 month before randomisation and during study | Drugs which could potentially affect insulin sensitivity |
| | Statins, fibrates, nicotinic acids, resins or omega-3-fatty acids, fish oils, lipid-lowering dietary supplements, Benecol (cholesterol lowering margarine), fish oils.<br><br>Warfarin, inositol nicotinat, vitamin A (>5000 IU/d) and analogues, vitamin E (>50 IU/d) | | |

CONFIDENTIAL
AZSER12442003

Clinical Study Report
Edition Number 01
Study Code D1441C00125

**Table 7**                  **Permitted, restricted and prohibited medications**

| Use category | Type of medication | Timelines and instructions | Reason (if applicable) |
|---|---|---|---|
| **Prohibited** | Quetiapine, olanzapine, risperidone, clozapine and chlorpromazine as medication outside study | Within 3 months of randomisation | Medication under study, to avoid confounding factors |
| | Antidepressants, lithium, valproic acid | Within 1 month of randomisation and during study | To avoid confounding factors |
| | Previous antipsychotic medication other than the above | Had to be withdrawn by Day 5. Not allowed during the study | To avoid confounding factors |
| | All benzodiazepine, anxiolytic, hypnotic and sedative medication except those listed above in "permitted" or "restricted" | During the study | To avoid confounding factors |
| | Depot antipsychotics | Within 1 dosing interval prior to randomisation | Exclusion criteria Drugs which could potentially affect insulin sensitivity. |
| | Oral, intravenous steroids (except for inhalation or topical use) | Within 2 weeks of randomisation | Exclusion criteria Drugs which could potentially affect insulin sensitivity |
| | Isotretinoin, orlistat or sibutramine | Within 3 months of randomisation and during study | Exclusion criteria Drugs which could potentially affect insulin sensitivity |
| | Insulin or oral antidiabetic drugs eg, sulphonylureas, metformin and inhibitors of alpha glucose oxidase (in addition thiazolidinediones / glitazones and meglitinides) | Patients should not have received any of these drugs | Exclusion criteria Treatment for diabetes mellitus |
| | All contraindicated medications, as detailed in country specific Prescribing Information or Investigator Brochure for quetiapine, olanzapine and risperidone | At screening or during the study | Patient safety |
| | Potent cytochrome P450 inducers (phenytoin, carbamazepine, barbiturates, rifampin, rifabutin, glucocorticoids, thioridazine and St John's wort) | Within 2 weeks prior to randomisation | Exclusion criteria Potential pharmacokinetic interaction with quetiapine |

CONFIDENTIAL
AZSER12442004

Clinical Study Report
Edition Number 01
Study Code D1441C00125

**Table 7          Permitted, restricted and prohibited medications**

| Use category | Type of medication | Timelines and instructions | Reason (if applicable) |
|---|---|---|---|
| | Potent cytochrome P450 inhibitors (including but not limited to ketoconazole (except for topical use), itraconazole, fluconazole, erythromycin, chlarithromycin, fluvoxamine, nefazodone, troleandomycin, inidinavir, nelfinivir, ritonavir, and saquinavir) | Within 2 weeks prior to randomisation | Exclusion criteria. Potential pharmacokinetic interaction with quetiapine |

### 5.4.6    Treatment compliance

Compliance was discussed at each visit. Patients judged to be non-compliant could continue in the study, but were counselled on the importance of taking their study medication as prescribed. Patients who were repeatedly or severely non-compliant could be discontinued at the investigator's discretion.

Compliance was calculated based on the prescribed dose and numbers of dispensed and returned tablets. For the analysis, the patients were considered compliant if they took ≥70% to ≤120% of the tablets, and non-compliant if they took <70% or >120% of the tablets.

## 5.5    Measurements of study variables and definitions of outcome variables

### 5.5.1    Primary variable

The primary outcome variable was change from randomisation at Week 24 in AUC 0-2h of the plasma glucose values following OGTT. The AUC calculation was based on fasting glucose value (0 min) and 4 post-load values (30, 60, 90, and 120 min). This modified 2h-OGTT with multiple blood sampling offered a greater chance to observe potential differences in response to glucose loading in the study population, compared to measuring only fasting and 2-hour glucose and insulin values. See Section 5.2 for rationale on the choice of the primary variable, and Section 5.5.7.3 for the description of the method of assessment (OGTT) and for details regarding statistical analysis.

The primary variable could not be used for the power calculation for the initial sample size decision due to lack of published data on its variance and lack of information on the expected treatment difference. The sample size calculation was based on change in weight instead, since change in weight was thought to be correlated to change in plasma glucose levels. See Section 5.7.5 for details on determinations of sample size.

CONFIDENTIAL
AZSER12442005

Clinical Study Report
Edition Number 01
Study Code D1441C00125

### 5.5.2    Screening and demographic measurements

The following data were collected at Visit 1 and recorded in the appropriate sections of the paper-based Case Report Form (pCRF):

- Date of informed consent (original, signed ICF was source data).

- Inclusion and exclusion criteria.

- Date of birth, sex, race.

- Significant surgical and medical history,  including risk factors for diabetes mellitus (eg, family history of diabetes).

- Psychiatric history, including diagnosis based on DSM-IV criteria and assessment of CGI Severity of Illness (CGI-S).

- Prior medication history and concurrent medication, including antipsychotic medication.

- Smoking habits.

- Physical examination.

- Simpson-Angus Scale (SAS) score.

- Barnes Akathisia Rating Scale (BARS) score.

- Weight and waist circumference measurements.  Height recorded at randomisation for calculation of BMI.

- Standing and sitting systolic and diastolic blood pressure and pulse rate.

- Serum Human Chorionic Gonadotrophin (HCG) pregnancy test (females at screening or if needed).

- Urine drug screen.

- Other laboratory assessments (blood sampling and urine tests) as detailed in Section 5.5.7.3.

- 12-lead ECG.

CONFIDENTIAL
AZSER12442006

Clinical Study Report
Edition Number 01
Study Code D1441C00125

### 5.5.3 Efficacy measurements and variables

#### 5.5.3.1 Summary of efficacy objectives and variables

Table 8 summarises the efficacy outcome variables of this study, and shows how they relate to the study objectives.

**Table 8**          **Efficacy outcome variables relating to study objectives**

| Objective | Summary outcome variables for analysis (including timepoint and population) |
|---|---|
| **Primary** | |
| Not applicable, as the primary objective was related to safety. | See Section 5.5.1 for the primary variable related to safety |
| **Secondary** | |
| To document maintained efficacy of quetiapine, olanzapine and risperidone by evaluating clinical symptoms in patients with schizophrenia | The proportion of patients with a CGI-S score ≤3 at randomisation and at Week 24 (ITT) |
| | The CGI-I score at Week 24 (ITT) |
| | The proportion of patients with CGI-I score of "very much improved" or "much improved" at Week 24 (ITT) |

The timings of the efficacy assessments are presented in the study plan (Table 3) in Section 5.1. The methods for collecting efficacy data are presented below.

#### 5.5.3.2 Primary efficacy variable (not applicable)

For primary variable, see Section 5.5.7.3, as the primary objective and variable in this study were related to safety.

#### 5.5.3.3 Secondary efficacy variable: Clinical Global Impression (CGI)

(a)          Methods of assessment

The CGI (Guy 1976) is a 3-part instrument, of which only the first 2 parts were used in this study. The first part, CGI Severity of Illness (CGI-S) scale, is scored to rate the patient's current clinical state. The second part, CGI Global Improvement (CGI-I) scale, is scored to rate the patient's change from baseline. At enrolment, each patient's condition was rated using the CGI-S to enable the investigator to assess the patient's eligibility for the study. At randomisation, CGI-S was completed again, and this was regarded as the baseline value. At each following visit, CGI-S was rated, as well as CGI-I in comparison to baseline. To ensure consistency, all investigators performing the ratings received instructions on rating CGI. It was recommended that the same rater conduct all CGI assessments across visits for a given patient. In case the primary rater was unavailable, the rating could be performed by a

CONFIDENTIAL
AZSER12442007

designated back-up rater.  The back-up rater had to meet the same qualifications and to be authorized by the Principal Investigator.

(b)        Calculation or derivation of outcome variable

The scores for the CGI-S scale range from 1 to 7, where a score of 1 indicates "normal, not at all ill", while the score of 7 indicates "among the most extremely ill of patients".  The scores for the CGI-I scale range from 1 to 7, where a score of  1 indicates "very much improved", while a score of 7 indicates "very much worse".

The change from randomisation in the CGI-S was calculated by subtracting the randomisation score from the visit score.  Alleviation of symptom severity was indicated by a negative change score.  The following calculations were made:

- The proportion of patients with a CGI-S score ≤3 at randomisation and at Week 24 (including patients rated as "normal, not ill at all" (score 1 on the CGI-S scale), "borderline mentally ill" (score 2 on the CGI-S scale), and "mildly ill" (score 3 on the CGI-S scale));

- The proportion of patients with CGI-I score of "very much improved" (score 1 on the CGI-I scale) or "much improved" (score 2 on the CGI-I scale) at Week 24.

### 5.5.4        Patient-Reported Outcomes (PROs) measurements and variables

### 5.5.4.1        Summary of PRO objectives and variables

**Table 9                PRO variables relating to study objectives**

| Objective | Summary outcome variables for analysis (including timepoint and population) |
|---|---|
| **Secondary** | **Secondary outcome variables** |
| To compare the patients' well-being, measured by PETiT total score | Change from randomisation at Week 12 and at Week 24/end of treatment in PETiT total score (PAP) |
| | PETiT total score (absolute value) at Week 12 and Week 24/end of treatment (ITT) |
| To compare the treatment satisfaction, measured by PETiT subscore | Change from randomisation at Week 12 and at Week 24/end of treatment in PETiT treatment satisfaction subscore (PAP) |
| | PETiT treatment satisfaction subscore, absolute value at Week 12 and Week 24/end of treatment (ITT) |

CONFIDENTIAL
AZSER12442008

Clinical Study Report
Edition Number 01
Study Code D1441C00125

| Table 9 | PRO variables relating to study objectives |
|---|---|
| **Objective** | **Summary outcome variables for analysis (including timepoint and population)** |
| To investigate the attitudes to compliance and non-compliance, measured by ROMI | Change from randomisation and absolute value at Week 12 and at Week 24/end of treatment in ROMI compliance score (ROMI-C) (ITT) |
| | Change from randomisation and absolute value at Week 12 and at Week 24/end of treatment in ROMI non-compliance score (ROMI-NC) (ITT) |
| | The proportion of patients answering "strong" on individual ROMI-C and ROMI-NC items (ITT) |

The methods for collecting PRO data are presented below.

### 5.5.4.2    Personal Evaluation of Transition in Treatment (PETiT)

(a)      Methods of assessment

The patients' well-being was measured by PETiT (Voruganti and Awad 2002).  PETiT is designed as a patient self-administered instrument in order to capture the patient-reported responses to medication, adherence to treatment, and subtle changes in quality of life in the context of receiving antipsychotic drug therapy for schizophrenia.  PETiT was selected for this trial, because it was designed specifically for evaluating schizophrenic patients and antipsychotic treatment, is easy to administer, and is perceived as user friendly by the patients.  It has also been used in other AstraZeneca quetiapine trials.

PETiT is a 30-item questionnaire.  Each item is rated by the patients according to a 3-point scale: "often", "sometimes", "never".  PETiT was administered at randomisation, Week 12 and Week 24/end of treatment.  PETiT was administered to the patients when they arrived to the clinic and before any other interventions or examinations had occurred, in order to minimise the influence of the study driven events on the results.

The scale had to be completed by the patients on their own, without any influence from the investigator or independent interviewer, in order to avoid bias.  PETiT questionnaire completed by a patient was considered as source data and could not be amended by anyone except the patient.  Illiterate patients could be assisted by the investigator or independent interviewer who read the questions for them.  In these cases precautions were taken not to influence the patients' answers.

(b)      Calculation or derivation of outcome variable

The treatment arms were compared by absolute values at Week 12 and Week 24/end of treatment and by measuring change from randomisation at Week 12 and Week 24/end of

CONFIDENTIAL
AZSER12442009

treatment.  The results were analysed by calculating the total score (item 1-30), which give an indication of patients' general well-being, and by calculating a subscore (item 25-30) dealing specifically with current treatment satisfaction.  Details on handling missing values are specified in the Statistical Analysis Plan (SAP).

### 5.5.4.3    Rating of Medication Influences (ROMI)

(a)        Methods of assessment

ROMI (Weiden et al 1994) was developed to assess schizophrenic patients' attitudes towards antipsychotic medication and self-reported reasons for treatment compliance and non-compliance.  It covers a broad range of patients' concerns regarding maintenance antipsychotic treatment, and has been regarded as a useful tool for clinicians to evaluate self-reported experience of schizophrenic patients and their subjective reasons for continuing or discontinuing the treatment.

ROMI was assessed at randomisation, Week 12 and Week 24/end of treatment.  It was performed as a semi-structured interview with patients during ordinary study visits.  To ensure consistency, all investigators conducting the interviews received training in ROMI.  ROMI could be administered either by the clinician who normally treated the patient, or by an independent interviewer.  It was preferred that the interview be conducted by a clinician, but if this was not possible, it could be performed by an independent interviewer at the centre.  It was recommended that the same rater conduct all ROMI assessments across visits for a given patient.  In case the primary rater was unavailable, a designated back-up rater could perform the rating.  The back-up rater had to meet the same qualifications and be authorized by the Principal Investigator.

Instructions on how to perform the ROMI rating were provided in a manual supplied to the investigators.  The rating of ROMI was made on a separate worksheet, which was kept at site as source data.  The rating results were then transferred to the CRF.

(b)        Calculation or derivation of outcome variable

The treatment arms were compared by absolute values at Week 12 and Week 24/end of treatment and by measuring change from randomisation at Week 12 and Week 24/end of treatment.  The analysis was descriptive.

### 5.5.5    Health Economics measurements and variables (not applicable)

### 5.5.6    Pharmacokinetic measurements and variables (not applicable)

### 5.5.7    Safety measurements and variables

### 5.5.7.1    Summary of safety objectives and variables

Table 10 and Table 11 summarise the safety variables assessed in this study, and show how they relate to the study objectives.  Table 10 contains safety outcome variables related to glucose metabolism, while Table 11 presents other safety variables.  Definitions of clinically

CONFIDENTIAL
AZSER12442010

Clinical Study Report
Edition Number 01
Study Code D1441C00125

significant laboratory values are provided in Table 14, and definitions of clinically significant
values in vital signs in Table 15.

**Table 10          Safety outcome variables related to metabolism**

| Objective | Summary outcome variables for analysis (including timepoint and population) |
|---|---|
| **Primary** | **Primary outcome variable** |
| To compare the safety/tolerability profiles of quetiapine and olanzapine on glucose metabolism in schizophrenic patients | Change from randomisation at Week 24 in AUC 0-2h of the plasma glucose values following OGTT (PAP) |
| **Secondary** | **Secondary outcome variables** |
| To compare the safety/tolerability profiles of quetiapine and risperidone on glucose metabolism in schizophrenic patients | Change from randomisation at Week 24 in AUC 0-2h of the plasma glucose values following OGTT (PAP) |
| To compare the safety/tolerability profiles of quetiapine, olanzapine and risperidone on glucose metabolism in schizophrenic patients | Change from randomisation at Week 24 in fasting plasma glucose (PAP) |
| | Change from randomisation at Week 24 in plasma glucose value at 2h of OGTT (2-hour glucose) (PAP) |
| | The proportion of patients with hyperglycemia[a] at Week 24 (PAP) |
| | The proportion of patients with fasting plasma glucose $\geq 7.0$ mmol/L at Week 24 (PAP) |
| | The proportion of patients with 2-hour glucose $\geq 11.1$ mmol/L at Week 24 (PAP) |
| | The proportion of patients with impaired fasting glucose (IFG)[b] or impaired glucose tolerance (IGT)[c] at Week 24 (PAP) |
| | The proportion of patients excluded due to diabetes during the study (ITT) |
| | Change from randomisation at Week 24 in HbA$_{1c}$ (PAP) |
| | The proportion of patients with HbA$_{1c}$ $\geq 6.05\%$ at Week 24 (PAP) |
| | Change from randomisation at Week 24 in C-peptide level (PAP) |
| | Change from randomisation at Week 24 in fasting plasma insulin (PAP) |

CONFIDENTIAL
AZSER12442011

Clinical Study Report
Edition Number 01
Study Code D1441C00125

**Table 10**          **Safety outcome variables related to metabolism**

| Objective | Summary outcome variables for analysis (including timepoint and population) |
|---|---|
| | Change from randomisation at Week 24 in insulin indices: |
| |     AUC 0-2h of plasma insulin values following OGTT (PAP) |
| |     Index of insulin sensitivity[d] (ISI) derived from OGTT (PAP) |
| |     Homeostasis model assessment[e] (HOMA) (PAP) |
| To compare the safety/tolerability profiles of quetiapine, olanzapine and risperidone on lipid levels in schizophrenic patients | Change from randomisation at Week 24 (PAP) in fasting lipid levels: |
| |     Total cholesterol |
| |     HDL |
| |     LDL |
| |     Triglycerides |
| To compare the safety/tolerability profile of quetiapine, olanzapine and risperidone on weight in schizophrenic patients | Change from randomisation at Week 24 (PAP) in: |
| |     Weight |
| |     BMI |
| |     Waist circumference |
| Supplementary analysis on metabolic syndrome risk factors | The number and percentage of patients with treatment-emergent development of ≥3 risk factors at end of treatment |

[a]  Hyperglycemia = fasting plasma glucose ≥ 7.0 mmol/L (126 mg/dL) or 2h glucose ≥11.1 mmol/L (200 mg/dL)

[b]  IFG = fasting glucose ≥5.6 mmol/L (100 mg/dL ) and <7.0 mmol/L (126 mg/dL)

[c]  IGT = 2h glucose OGTT ≥7.8 mmol/L (140 mg/dL) and <11.1 mmol/L (200 mg/dL)).

[d]  ISI = (10 000/square root of ([fasting glucose (mg/dL) x fasting insulin (μU/mL)] x [mean glucose (mg/dL) x mean insulin (μU/mL) during OGTT]))

[e]  HOMA = fasting plasma insulin (μlU/mL) x fasting plasma glucose (mmol/L)/22.5.

CONFIDENTIAL
AZSER12442012

**Table 11**          **Other safety outcome variables**

| Secondary objectives | Summary outcome variables for analysis (including timepoint and population) |
|---|---|
| To compare the safety/tolerability profiles of quetiapine, olanzapine and risperidone on prolactin level in schizophrenic patients | Change from randomisation at Week 24 in prolactin level (PAP) |
| | The proportion of patients with abnormal prolactin level at Week 24 (PAP) |
| To compare the safety/tolerability profiles of quetiapine, olanzapine and risperidone on EPS and other AEs in schizophrenic patients | Change from randomisation at Week 24 in SAS total score (PAP) |
| | Change from randomisation at Week 24 in BARS score (PAP) |
| | The proportion of patients using anticholinergic medication at any time from Week 1 to end of treatment (ITT) |
| | Incidence of AEs (safety population) |
| | Change from randomisation at Week 24 in standing and sitting systolic and diastolic blood pressure and in pulse rate (safety population) |
| | The proportion of patients with abnormal ECG at the end of treatment (safety population) |

The timings of the safety assessments are presented in the study plan (Table 3). The methods for collecting safety data are described below.

### 5.5.7.2     Adverse events

(a)          Definitions

**Adverse event**

An adverse event (AE) was defined as the development of an undesirable medical condition or the deterioration of a pre-existing medical condition following or during exposure to a pharmaceutical product, whether or not considered causally related to the product. An undesirable medical condition could be symptoms (eg, nausea, chest pain), signs (eg, tachycardia, enlarged liver) or the abnormal results of an investigation (eg, laboratory findings, electrocardiogram). In clinical studies, an AE included an undesirable medical condition occurring at any time, including run-in or washout periods, even if no study treatment had been administered.

CONFIDENTIAL
AZSER12442013

Clinical Study Report
Edition Number 01
Study Code D1441C00125

**Serious adverse event**

A serious adverse event (SAE) was defined as an AE occurring during any study phase (ie, run-in, treatment, follow-up), and at any dose of the investigational product, comparator or placebo, that fulfilled one or more of the following criteria:

- resulted in death

- was immediately life-threatening

- required in-patient hospitalisation or prolongation of existing hospitalisation

- resulted in persistent or significant disability or incapacity

- was a congenital abnormality or birth defect

- was an important medical event that might have jeopardised the patient or might have required medical intervention to prevent one of the outcomes listed above.

The causality of SAEs (ie, their relationship to study treatment) was assessed by the investigators, who in completing the relevant case report form had to answer "yes" or "no" to the question "Do you consider that there is a reasonable possibility that the event may have been caused by the drug?".

**Other significant adverse event (OAE)**

OAEs were to be identified by the Clinical Study Team Physician during the evaluation of safety data for the Clinical Study Report.  Significant AEs of particular clinical importance, other than SAEs and those AEs leading to discontinuation of the patient from study treatment, were classified as OAEs.

No OAEs were identified in this study

(b)        Recording of AEs

All AEs that occured during screening and treatment, whether or not related to the investigational product, were recorded in the appropriate sections of the CRF.  This included AEs spontaneously reported by the patient and/or observed by the investigators or study staff. At each visit except for screening visit, the patient was asked a non-specific open question "Have you had any health problems since the previous visit?".  Patients were also instructed to volunteer AEs noted at any time during the study.

For each AE, a description of the event, its intensity, start and stop date, whether it constituted a SAE or not, action taken, and outcome were recorded, along with the investigator's causality assessment of the relationship of the event to the investigational product.  If the intensity of an AE changed, only the maximum intensity of the event was recorded.

CONFIDENTIAL
AZSER12442014

Clinical Study Report
Edition Number 01
Study Code D1441C00125

Intensity was defined as one of the following:

- mild (awareness of sign or symptom, but easily tolerated)

- moderate (discomfort sufficient to cause interference with normal activities)

- severe (incapacitating, with inability to perform normal activities)

In the handling of AEs, distinction was made between severe AEs and serious AEs.  Severity is considered a measure of intensity, whereas seriousness is based on predefined criteria.

If a diagnosis of the patient's condition was made, then the diagnosis was recorded as a SAE or AE.  In instances of well-recognized symptoms, they could be recorded as the commonly used diagnosis (eg, fever, runny nose, and cough could be recorded as "flu").  However, if no diagnosis of the patient's condition was made, or if the individual symptoms were not well recognized, then the individual symptoms were recorded separately.

Abnormal laboratory tests, ECG, blood pressure, or pulse rate, were normally not reported as AEs unless they fulfilled the criteria for a SAE or lead to discontinuation.  These results are presented separately in Sections 8.6 and 8.7.  If an abnormal laboratory test result or vital sign was associated with clinical signs and symptoms, the sign or symptom was reported as AE, and the associated test result or vital sign was recorded in the appropriate CRF section.

Any detrimental change in a patient's condition after the patient entered the study was to be discussed with the investigator.  If the detrimental change was considered by the investigator to constitute a progression or relapse of schizophrenia or lack of efficacy, this was not considered to be an AE unless this fulfilled the criteria for a SAE.  Symptoms of unexpected disease progression (as assessed by the investigator) were recorded as AEs.  If such an AE fulfilled the definition of a SAE, it was reported as described below.

For the purpose of this study, an overdose was defined as a dose exceeding the highest dose specified in the protocol.  For quetiapine an overdose was defined as a dose exceeding 800 mg per day.

- An overdose with associated SAEs should be recorded as the SAE diagnosis/symptoms on the relevant AE forms in the CRF. SAEs shoud be reported as described below. The investigator should add information about the overdose in the Description of AE field on the SAE report form in the CRF.

- An overdose with associated non-serious AEs should be recorded as the AE diagnosis/symptoms on the relevant AE forms in the CRF. In addition an overdose of quetiapine should be reported on the separate AstraZeneca "Clinical Study Overdose Report Form".

- An overdose without associated symptoms should not be recorded as an AE in the CRF. An overdose of quetiapine should be reported on the separate AstraZeneca

CONFIDENTIAL
AZSER12442015

Clinical Study Report
Edition Number 01
Study Code D1441C00125

"Clinical Study Overdose Report Form". The overdose substance must be stated and an assessment whether the overdose was accidental or intentional should be recorded. If the overdose was a suicide attempt, this fact should be clearly stated.

Suicide and suicide attempt, irrespective of method, but in connection with the use of investigational products, were reported as an AE or SAE in accordance with the definitions provided in Section 5.5.7.2. This event had to be identified as suicide or suicide attempt, and the method of suicide, or suicide attempt, had to be provided. Suicidal thoughts were also regarded as AEs.

Pregnancy in itself was not regarded as an AE, unless there was a suspicion that the investigational product under study may have interfered with the effectiveness of a contraceptive medication. However, the outcome of all pregnancies (spontaneous miscarriage, elective termination, normal birth or congenital abnormality) was to be followed up and documented, even if the patient was discontinued from the study. All reports of congenital abnormalities, birth defects and spontaneous miscarriages were to be recorded as SAEs. Elective abortions without complications were not to be considered as AEs. All outcomes of pregnancy were to be reported to AstraZeneca on the pregnancy outcomes report form.

Patient-reported outcome questionnaires (PETiT and ROMI) were not used as instruments for collecting safety data. However, if information about an AE was elicited, this was recorded on the AE CRF page. If such an AE fulfilled the definition of a SAE, it was reported as described below.

All AEs and SAEs, including those that were ongoing at the end of the study or at discontinuation, were followed up until resolution or until the investigator decided that no further follow-up was necessary. The requirement to follow up was not intended to delay database lock or production of the clinical study report. Both these activities proceeded as planned with unresolved AEs, if necessary. Therefore, in a few cases an SAE was reported in the study database as still present (reflected in Table 48 and Appendix 12.2.7-1 as duration unknown), while there is information that the event was resolved and a date included in the corresponding SAE narrative, if this information had been provided to the Clintrace database after the CRF information had been collected and the study database had been locked. Therefore there are a few cases where a Serious Adverse Event is reported as still present in the study database (as reflected in table 48 or 12.2.7-1 as duration unknown), but there is information that the event was resolved and a date included in the SAE narrative if this information had been provided to the Clintrace database after the CRF information was collected and the study database was locked."

Unsolicited AE reports occurring up to 30 days after last dose of investigational product were recorded together with concomitant medications. SAEs were also reported to the AstraZeneca Drug Safety Department, as described below.

The AE dictionary, Medical Dictionary for Regulatory Activities (MedDRA), versions 7.1, 8.0 och 8.1, was used by AstraZeneca staff for the classification and analysis of AEs in the

CONFIDENTIAL
AZSER12442016

Clinical Study Report
Edition Number 01
Study Code D1441C00125

AstraZeneca Monitoring System (AMOS) study database.  Confirmation of codes was performed to avoid discrepancies between these 3 MedDRA versions.  For regulatory reporting, SAEs were processed in the Clintrace Global Drug Safety Database and coded using MedDRA.

(c)       Reporting of serious adverse events

All SAEs had to be reported, whether or not they were considered causally related to the investigational product.  When an investigator became aware of an SAE during the course of the study, the SAE was to be reported to the local monitor or other AstraZeneca representative in accordance with the AstraZeneca study protocol (within 1 day of the investigator becoming aware of the event).  Follow-up information on SAEs had to be provided by the investigator within the same time frames.  If a non-serious AE became serious, this and other relevant follow-up information had to be reported to AstraZeneca within 1 day.  The AstraZeneca representative worked together with the investigator to compile all the necessary information and ensure that the AstraZeneca Drug Safety Department (ie, Clintrace Data Entry Site) received a report within 1 day for all fatal and life-threatening cases, and within 5 days for all other SAEs.  The investigator was responsible for informing the Ethics Committee and/or the Regulatory Authority of the SAE as per local requirements.

**AEs related to specific safety areas**

The examination of safety data also included evaluation of certain composite data for purposes of fully defining risks and providing overall conclusions relative to the following (also referred to as specific safety areas): EPS, diabetes mellitus, QT prolongation, blood dycrasias (neutropenia and agranulocytosis), metabolic syndrome, and suicidality.  In assessing prevalence of these clinical conditions, AstraZeneca examined the safety database for certain MedDRA terms; these terms are summarised by specific safety area in Table 12.

**Table 12            Adverse events (MedDRA terms) defined for specific safety areas**

| Specific safety area | Related AEs (MedDRA preferred terms) |
| --- | --- |
| EPS | Akathisia, akinesia, athetosis, bradykinesia, buccoglossal syndrome, cervical spasm, chorea, choreoathetosis, cogwheel rigidity, drooling, dyskinesia, dystonia, esophageal dyskinesia, extrapyramidal disorder, freezing phenomenon, gait festinating, grimacing, hyperkinesia, hypertonia, hypokinesia, masked facies, micrographia, movement disorder, muscle contractions, involuntary, muscle rigidity, nuchal rigidity, oculogyration, opisthotonus, parkinsonian gait, parkinsonism, posturing, psychomotor hyperactivity, restlessness, tardive dyskinesia, torticollis, tremor |
| Diabetes mellitus | Anti-insulin antibody increased, anti-insulin antibody positive, blood glucose abnormal, blood glucose fluctuation, blood glucose increased, blood insulin abnormal, blood insulin decreased, blood insulin increased, blood insulin C-peptide abnormal, blood insulin C-peptide decreased, blood insulin C-peptide increased, blood proinsulin abnormal, blood proinsulin decreased, blood proinsulin increased, dawn phenomenon, diabetes mellitus, diabetes mellitus inadequate control, diabetes |

73

CONFIDENTIAL
AZSER12442017

Clinical Study Report
Edition Number 01
Study Code D1441C00125

| Table 12 | Adverse events (MedDRA terms) defined for specific safety areas |
| --- | --- |
| Specific safety area | Related AEs (MedDRA preferred terms) |
| | mellitus insulin dependent, diabetes mellitus non-insulin dependent, diabetes with hyperosmolarity, diabetic coma, diabetic complication, diabetic hyperglycemic coma, diabetic hyperosmolar coma, diabetic hyperosmolar non-ketoacidosis, diabetic ketoacidosis, diabetic ketoacidotic hyperglycemic coma, glucose tolerance decreased, glucose tolerance impaired, glucose tolerance test abnormal, glucose urine present, glycosylated hemoglobin increased, hyperglycemia, hyperinsulinemia, hyperinsulinism, impaired fasting glucose, impaired insulin secretion, increased insulin requirement, insulin resistance, insulin resistance syndrome, insulin resistant diabetes, insulin-requiring type II diabetes mellitus, insulin tolerance test abnormal, metabolic disorder, somogyi phenomenon, polydipsia, polyuria, thirst, blood ketone body present, blood ketone body increased, neonatal diabetes mellitus, glycosuria during pregnancy, gestational diabetes, glucose tolerance impaired in pregnancy, diabetes complicating pregnancy |
| QT prolongation | Long QT syndrome, electrocardiogram QT corrected interval prolonged, electrocardiogram QT prolonged, long QT syndrome congenital, torsades de pointes, cardiac arrest, cardiorespiratory arrest, cardiac death, electromechanical dissociation, sinus arrest |
| Neutropenia or agranulocytosis | Band neutrophil count decreased, band neutrophil percentage decreased, febrile neutropenia, neutropenia, neutropenic infection, neutropenic sepsis, neutrophil count decreased, neutrophil percentage decreased, granulocyte count decreased, granulocytopenia, idiopathic neutropenia, neutrophil count abnormal, neutrophil percentage abnormal, and agranulocytosis |
| Suicidality | Completed suicide, suicide attempt, suicidal ideation, intentional self-injury, self injurious behavior, self-injurious ideation |

## 5.5.7.3    Laboratory safety measurements and variables

Laboratory safety variables assessed in this study are summarised in Table 13.  For summary of safety outcome variables related to glucose metabolism (including the study's primary outcome variable), see Table 10.  For summary of other safety outcome variables, see Table 11.

74

CONFIDENTIAL
AZSER12442018

Clinical Study Report
Edition Number 01
Study Code D1441C00125

**Table 13**          **Laboratory safety variables**

| Type of assessment | Variables |
| --- | --- |
| Haematology | Haematocrit, haemoglobin, red blood cell (RBC) count, total and differential white blood cell (WBC) counts, platelet count |
| Clinical chemistry | |
|     Glucose regulation | OGTT (including fasting plasma glucose, plasma glucose at 30, 60, 90, and 120 min after glucose load, fasting insulin, insulin at 30, 60, 90, and 120 min after glucose load, C-peptide, HbA$_{1c}$) |
| | Random plasma glucose (screening only) |
|     Lipid analysis | Total cholesterol, high-density lipoprotein (HDL) cholesterol, low-density lipoprotein (LDL) cholesterol, triglycerides |
|     Hepatic function | Alanine aminotransferase (ALT), aspartate aminotransferase (AST), total bilirubin, alkaline phosphatase |
|     Renal function | Creatinine, urea |
|     Serum electrolytes | Calcium, sodium, potassium |
|     Thyroid function | TSH, free triiodothyronine (T$_3$), free thyroxine (T$_4$) |
|     Other | Prolactin, albumin |
| Urinalysis | Glucose, blood, protein, urine toxicology (screening only) |

**Primary variable: AUC of plasma glucose values following OGTT**

(a)          Collection of biological samples and methods of assessment

The primary outcome variable of this study was the change from randomisation at Week 24 in AUC 0-2h of plasma glucose values following OGTT.  Laboratory variables needed for calculation of the primary outcome variable were assessed at randomisation, Week 12 and Week 24/end of treatment by the modified 2h-OGTT (Mari et al 2001, Definition, Diagnosis and Classification of Diabetes Mellitus and its Complication 1999).  The OGTT was performed in the morning after at least 3 days of unrestricted diet (>150 g of carbohydrate daily) and usual physical activity.  A reasonable (30-50 g) carbohydrate containing meal had to be consumed on the evening before the test.  The test was preceded by overnight fasting.  To ensure fasting conditions for 8-14 h before the OGTT, an overnight hospitalisation at investigator site or at a day clinic centre was required.  During the overnight fasting period, the patients were allowed to drink water.  Smoking was not permitted during fasting and during the OGTT procedure until the last sampling of the OGTT was completed.  Prior to the oral absorption of glucose, a venous catheter was put in place, and a blood sample was drawn for determination of fasting plasma glucose, fasting insulin, C-peptide, lipids, and HbA$_{1c}$.  Then the patient drank 75 g of anhydrous glucose in 250-300 mL of water over the course of 5 minutes.  Timing of the test was from the beginning of drinking.  Four additional blood

CONFIDENTIAL
AZSER12442019

Clinical Study Report
Edition Number 01
Study Code D1441C00125

samples over 2 hours were collected via the venous catheter at 30, 60, 90, and 120 min after the glucose test load for determination of plasma glucose and insulin concentrations.

All blood samples were taken by adequately trained study personnel, and performed and handled in accordance with given instructions. The samples were sent by centres on the day of sampling to Covance Central Laboratory Services S.A., who performed all clinical laboratory analyses. Data were transferred electronically from the central laboratory database to the study database at AstraZeneca.

OGTT glucose values were blinded, and the results of these analyses were not disclosed to the study personnel during the study. Unblinded laboratory results for previously blinded parameters were sent to the investigator after the study database had been locked.

(b)      Calculation or derivation of primary outcome variable

The primary outcome variable was calculated as change from randomisation at Week 24 in AUC 0-2h of plasma glucose values following OGTT. The AUC was defined as the area under the linearly joint OGTT samples vs time. It was computed with the trapezoidal method, using actual sampling times for the OGTT samples.

The first OGTT sample was taken in fasting condition. After that, the intake of glucose defines time 0 for the consecutive samples. The second, third, forth and fifth sample were scheduled at 30, 60, 90 and 120 minutes after glucose intake. The first fasting sample was treated as taken at 0 minutes, independent how long it was performed before the glucose intake. If the true sampling times was as planned at 0, 30, 60, 90, and 120 minutes, then the following formula was used for computing the AUC:

$$\text{AUC(0-2h) in OGTT} = (15y_0 + 30y_{30} + 30y_{60} + 30y_{90} + 15y_{120})/60$$

where $y_t$ was the glucose measurement in mg/dL after $t$ minutes. If the last OGTT was not exactly at 120 minutes, then this was corrected in the following way. If it was before 120 minutes, a linear extrapolation was performed using the values from the last and second last measurement. If it was after 120 minutes, then the area was "cut of" at 120 minutes (interpolation at 120 minutes).

If more than 1 OGTT sample was missing, the AUC value was judged to be missing, and the patient did not influence the primary analysis. If the 0 min sample was missing, the AUC was computed in the region 30-120 min using the available 4 samples. If either the 30 min, 60 min or 90 min sample was missing, the AUC was computed using the available 4 samples. If the 120 min sample was missing, the AUC was computed in the region 0-90 min using the available 4 samples.

If a sample was missing/invalid at Week 24, then for calculating the change from baseline, the same sample of the baseline measurement was judged to be invalid. The same was with the Week 24 measurement, if a sample was missing/invalid at baseline. Therefore, if for example the 30 min sample was missing at baseline and the 90 min sample at Week 24, then the

CONFIDENTIAL
AZSER12442020

Clinical Study Report
Edition Number 01
Study Code D1441C00125

difference is missing since more than 1 sample is missing. This rule was applied only for calculating the change from baseline. The covariate "baseline AUC glucose measurement" was not affected by missing values at Week 24.

Explicit formulas for computing of AUC are listed in the SAP for the various possibilities of missing samples.

**Secondary variables based on plasma glucose values**

(a)        Collection of biological samples and methods of assessment

See description of the OGTT procedure above.

(b)        Calculation or derivation of outcome variables

Several secondary outcome variables were calcuated on the basis of the plasma glucose values obtained during the OGTT procedure performed at randomisation, Week 12, and Week 24. Change from randomisation at Week 24 was assessed for the following variables:

- Fasting plasma glucose

- 2h-glucose (plasma glucose value taken at 120 min of OGTT )

Also, calculations were made to determine the proportion of patients at Week 24 with the following conditions:

- Hyperglycemia, defined as fasting plasma glucose ≥7.0 mmol/L (126 mg/dL) or 2h-glucose ≥11.1 mmol/L (200 mg/dL)

- IFG, defined as fasting glucose ≥5.6 mmol/L (100 mg/dL) and <7.0 mmol/L (126 mg/dL), or IGT, defined as 2h-glucose ≥7.8 mmol/L (140 mg/dL) and <11.1 mmol/L (200 mg/dL))

In the study protocol, IFG was defined as fasting glucose ≥ 6.1 mmol/L (110 mg/dL) and < 7.0 mmol/L (126 mg/dL). During the course of the study, the definition of IFG was changed by the American Diabetes Association to fasting glucose ≥5.6 mmol/L (100 mg/dL) and < 7.0 mmol/L (126 mg/dL). The new definition was used throughout this report, unless stated otherwise.

The proportion of patients excluded due to study-emergent diabetes could not be calculated. None of the patients were diagnosed with or excluded due to diabetes during the study, because the central laboratory failed to automatically flag for and notify the investigators on glucose values exceeding the cut-off values for hyperglycemia.

**Secondary variables: insulin**

(a)        Collection of biological samples and methods of assessment

CONFIDENTIAL
AZSER12442021

Laboratory values for insulin were assessed in connection with the OGTT procedure at randomisation, Week 12, and Week 24/end of treatment (see description of OGTT above). The first blood sample for determination of insulin concentration was drawn via a venous catheter while the patient was in a fasting condition, ie, prior to the oral absorption of glucose (0 min). Thereafter, 4 additional insulin measurements were performed at 30, 60, 90, and 120 min after the glucose load. The samples were frozen at -20ºC and sent to Covance Central Laboratory Services S.A with frozen shipments within 3 months of sampling.

(b)      Calculation or derivation of outcome variables

Change from randomisation at Week 24 was calculated for fasting plasma insulin. Insulin levels were also assessed by calculation of change from randomisation at Week 24 in following insulin indices:

- AUC 0-2h of plasma insulin values following OGTT, defined as the area under the linearly joint OGTT measurements vs time. The calculations of the AUC of plasma insulin were performed in the same way as for the AUC of the plasma glucose values.

- ISI, defined as (10 000/square root of ([fasting glucose (mg/dL) x fasting insulin ($\mu$U/mL)] x [mean glucose (mg/dL) x mean insulin ($\mu$U/mL) during OGTT])) (Matsuda et al.)

- HOMA, defined as fasting plasma insulin ($\mu$IU/mL) x fasting plasma glucose (mmol/L)/22.5

Insulin and insulin sensitivity indices were analysed using a log-transformation (geometric mean), since the distribution of data were expected to be highly skewed based on results from a previous study, while the log-transformed values were assumed to have normal distribution.

In addition, in several tables that belong to the standard safety set defined by the Seroquel project (Table 11.3.7.1-32 to Table 11.3.7.1-35), the Quantitative Insulin Sensitivity Check Index (QUICKI) was included. QUICKI was defined as (1/[log(insulin($\mu$U/mL))+log(glucose(mg/dL))]). This index was not considered one of the study's secondary variable.

**Secondary variables: HbA$_{1c}$, C-peptide, lipids, and prolactin**

(a)      Collection of biological samples and methods of assessment

HbA$_{1c}$, C-peptide, lipids, and prolactin were measured in connection with the OGTT procedure (see description above) at randomisation, Week 12 and Week 24. These variables were assessed while the patients were in fasting condition, ie, before the administration of the glucose load (at 0 min). The samples were sent to Covance Central Laboratory Services S.A.on the day of sampling, except for the C-peptide samples, which were frozen at -20ºC and sent with frozen shipments within 3 months of sampling. The laboratory values were blinded,

CONFIDENTIAL
AZSER12442022

Clinical Study Report
Edition Number 01
Study Code D1441C00125

and results of the analyses were not disclosed to the centre or study staff during the study. The unblinding of the laboratory results took place after the database lock.

(b)        Calculation or derivation of outcome variables

Calculation of the outcome variables related to $HbA_{1c}$, C-peptide, lipids, and prolactin were done as changes from baseline (randomisation) to final visit at Week 24/end of treatment for each variable and treatment group.

For $HbA_{1c}$, the proportion of patients with value $\geq 6.05\%$ at Week 24 was calculated.

For prolactin, the proportion of patients with abnormal level at Week 24 was presented. "Abnormal" was defined as >20 µg/L for males and >30 µg/L for females.

**Other laboratory safety variables**

(a)        Collection of biological samples and methods of assessment

Other laboratory safety variables were assessed as specified in the study plan (Table 3). Blood samples for haematology analysis were obtained from all patients at screening, Weeks 4, 8, 12, and 24/end of treatment.  Blood samples for clinical chemistry and urine samples for urinalysis were obtained from all patients at screening and Week 24/end of treatment. Random glucose and $HbA_{1c}$ values, required for establishing patient eligibility for the study, were measured at screening.  Serum pregnancy test was performed for females only at screening.  Blood sample for optional genetic research could be taken at any study visit.

A urine drug screen (toxicology) was conducted for the evaluation of substance abuse at screening.  The investigator evaluated the toxicology results along with medical history to determine if the patient met DSM-IV criteria for substance abuse.  The following drugs were captured: amphetamines, barbiturates, cannabinoids, cocaine, phencyclidine, methadone and opiates.  AstraZeneca provided the investigators with the DSM IV criteria for substance abuse.

Covance Central Laboratory Services S.A. performed all clinical laboratory analyses and provided all materials, as well as instructions for sampling.  Samples were sent on the day of sampling.  The results were compared to the laboratory standard normal ranges and flagged if they were outside the normal range.  The investigator made an assessment of the available results with regard to clinically significant abnormalities.

(b)        Calculation or derivation of outcome variables

Changes from baseline for haematology and clinical chemistry data were calculated as the differences between the test results at end of treatment and the enrolment result.

Individual laboratory test results were assessed for potential clinical significance using the criteria listed in Table 14.

CONFIDENTIAL
AZSER12442023

Clinical Study Report
Edition Number 01
Study Code D1441C00125

**Table 14**          **Criteria for potentially clinically important clinical laboratory test results**

| Laboratory test category | Laboratory test | Criteria for potential clinical significance |
|---|---|---|
| **Hematology** | Hemoglobin | ≤115 or ≥185 g/L (males) |
| | | ≤105 or ≥165 g/L (females) |
| | Hematocrit | ≤0.37 or ≥0.55 volume fraction (males) |
| | | ≤0.32 or ≥0.50 volume fraction (females) |
| | RBC count | ≤3 or ≥6 x $10^{12}$ cells/L |
| | Platelet count | ≤100 or ≥600 x $10^9$ cells/L |
| | Leucocytes | ≤3 or ≥16 x $10^9$ cells/L |
| | Absolute neutrophils/agranulocytosis | <0.5 x $10^9$ cells/L |
| | Absolute neutrophils | <1.5 or ≥10 x $10^9$ cells/L |
| | Eosinophils | ≥1 x $10^9$ cells/L |
| | Basophils | ≥0.5 x $10^9$ cells/L |
| | Lymphocytes | ≤0.5 or ≥6 x $10^9$ cells/L |
| | Monocytes | ≥1.4 x $10^9$ cells/L |
| **Clinical chemistry** | | |
| Hepatic function | ALT/ALAT | ≥3 x ULN (U/L) |
| | AST/ASAT | ≥3 x ULN (U/L) |
| | Alkaline phosphatase | ≥3 x ULN (U/L) |
| | Total bilirubin | ≥1.5 x ULN (μmol/L) |
| Renal function | Creatinine | ≥140 μmol/L (≥1.58 mg/dL  ) |
| Serum electrolytes | Potassium | <3.0 or >5.5 mmol/L |
| | Calcium | ≤2.1 or ≥2.8 mmol/L |
| | Sodium | ≤132 or ≥152 mmol/L |
| Thyroid function | Thyroid-stimulating hormone (TSH) | >5 mIU/L |
| | Free triiodothyronine ($T_3$) | <1.76 or >8.16 pmol/L |
| | Free thyroxine ($T_4$) | <1.76 or >8.16 pmol/L |
| Lipid analysis | Total cholesterol | ≥6.21 mmol/L (≥240 mg/dL) |
| | HDL cholesterol | ≤1.04 mmol/L (≤40 mg/dL) |
| | LDL cholesterol | ≥4.2 mmol/L (≥160 mg/dL) |
| | Triglycerides | ≥2.26 mmol/L (>200 mg/dL) |
| Other | Albumin | <26 or ≥70 g/L |
| | Prolactin | >20 μg/L (men); >30 μg/L (women) |
| | Glucose fasting | ≤2.5 or ≥7.0 mmol/L (≤45 or ≥126 mg/dL) |
| | $HbA_{1c}$ | >7.5% |

Note: ALT/ALAT  Alanine aminotransferase  AST/ASAT  Aspartate aminotransferase  LLN  Lower limit of normal.  RBC  Red blood cell.  ULN  Upper limit of normal.

CONFIDENTIAL
AZSER12442024

Clinical Study Report
Edition Number 01
Study Code D1441C00125

For information on how AEs based on laboratory tests were recorded and reported, see Section 5.5.7.2.

For all other laboratory variables, descriptive statistics presents change in laboratory measurements over the study period.  Change from screening baseline to final visit was summarised for each variable and treatment group.  Laboratory values outside the reference range were calculated for each treatment group using the relevant reference ranges.

### 5.5.7.4    Vital signs, weight, BMI, and waist circumference

(a)        Methods of assessment

Vital signs included sitting and standing pulse, and standing and sitting systolic and diastolic blood pressure.  Blood pressure and pulse rate were measured with the right arm at heart level and with a standardized sphyngomanometer after at least 3 minutes rest, allowing blood pressure to normalize.  Vital signs were measured at each visit including enrolment and randomisation to ensure eligibility at enrolment and patient safety during the study.

Weight was measured in kilogram (kg) with the patient in light clothing, without shoes, and had to be recorded using the same scale at each visit.  Waist circumference (in centimeters) was measured in the morning before breakfast.  The waist circumference was measured midway between the lowest rib and the iliac crest, with the patient standing in upright position (WHO Report1987). Weight was recorded at each visit including screening and randomisation, while waist circumference was assessed at randomisation and Week 24/end of treatment.  Height (in metres) for calculation of BMI was measured at randomisation only.

(b)        Calculation or derivation of outcome variables

BMI was calculated as (weight in kg)/(height in m)$^2$.

Changes from baseline in blood pressure and pulse rate, waist circumference, BMI, and weight were calculated as the value at subsequent visits minus the value at randomisation.  Any clinically significant changes from baseline were recorded as AE as described in Section 5.5.7.2.

Vital signs assessed are shown in Table 15 along with criteria for potentially clinically important values.

CONFIDENTIAL
AZSER12442025

Clinical Study Report
Edition Number 01
Study Code D1441C00125

**Table 15**              **Criteria for potentially clinically important vital signs**

| Vital sign | Criteria for potential clinical significance | |
|---|---|---|
| | Absolute value | Change from baseline |
| Systolic blood pressure | $\geq$180 mmHg | increase $\geq$20 mmHg |
| | $\leq$90 mmHg | decrease $\geq$20 mmHg |
| Diastolic blood pressure | $\geq$105 mmHg | increase $\geq$30 mmHg |
| | $\leq$50 mmHg | decrease $\geq$20 mmHg |
| Pulse | >120 bpm | increase $\geq$15 bpm |
| | <50 bpm | decrease $\geq$15 bpm |
| Weight | | increase $\geq$7% body weight |

Note:    bpm = beats per minute

### 5.5.7.5    ECG

(a)       Methods of assessment

A 12-lead ECG was performed at screening and at Week 24/end of treatment.  Investigator or appropriate designee performed the assessment locally, and any clinically relevant abnormalities were recorded in the CRF.  A paper copy or printout of the ECG was enclosed with the CRF.

(b)       Calculation or derivation of outcome variables

QTc $\geq$450 msec (according to Fridericia correction for heart rate) was calculated as QTc=QT/RR$^{1/3}$ .  An overall evaluation was done, and observed abnormalities recorded. Intervals and rating data were not captured in the study database.  The proportion of patients with abnormal ECG (as judged by the investigator) at the end of treatment was presented as a secondary variable.

### 5.5.7.6    Metabolic syndrome risk factors

(a)       Methods of assessment

The supplementary analysis of metabolic syndrome risk factors (Adult Treatment Panel III, 2001, updated in 2004 in accordance with the American Diabetes Association's updated definition of IFG) was not planned for in the original study protocol.  This analysis was added in the SAP to ensure consistency with other studies in the Seroquel project.  Metabolic syndrome risk was defined as the presence of $\geq$3 out of 5 following criteria:

- Waist circumference: men >102 cm, women >88 cm

- Supine systolic blood pressure $\geq$130 mmHg or diastolic blood pressure $\geq$85 mmHg

CONFIDENTIAL
AZSER12442026

Clinical Study Report
Edition Number 01
Study Code D1441C00125

- Triglycerides ≥1.7 mmol/L (≥150 mg/dL)

- HDL cholesterol: men <1.04 mmol/L (<40 mg/dL), women <1.3 mmol/L (<50 mg/dL)

- Glucose: fasting ≥ 5.6 mmol/L (≥ 100 mg/dL).

(b)      Calculation or derivation of outcome variables

The number and percentage of patients with treatment-emergent development of ≥3 risk factors at end of treatment were presented for each treatment group.  A similar table was created which excluded triglycerides as a risk factor (ie, incidence of patients with ≥3 metabolic risk factors without triglycerides).

The number and percentage of patients with treatment-emergent development of a risk factor at end of treatment were presented for each treatment group for each specific risk factor. Patients at risk, ie, not fulfilling the specific criteria at randomization, were included.

In addition, shift tables presented the number and proportion of patients in each category (<3 factors, or ≥3 factors) and total at end of treatment by number of risk factors at randomisation for each treatment group.

### 5.5.7.7    EPS assessments

(a)      Methods of assessment

EPS was assessed using 2 rating scales.  The BARS rating scale measured akathisia (Barnes 1989, Barnes 1992), and the SAS rating scale measured parkinsonian symptoms (Simpson and Angus 1970, Simpson et al 1979).  The ratings of SAS and BARS were made on separate worksheets and then transferred to the CRF.

The SAS scale, containing 10 items, was rated on a 5-point scale, where 0 was normal and 4 was severe symptoms.  The BARS scale contained 4 items, but only the last item, the Global Clinical Assessment of Akathisia, was used as the total score.  This item was rated on a 6-point scale, where 0 was normal and a higher value represented more pronounced symptoms.

To ensure consistency throughout the study, all investigators performing the ratings received instructions on how to rate SAS and BARS.  It was recommended that the same rater conduct all SAS and BARS assessments across visits for a given patient.  In the event the primary rater was not available, a designated back-up rater could perform the rating.  The back-up rater had to meet the same qualifications as the primary rater and be authorized by the Principal Investigator.

(b)      Calculation or derivation of outcome variables

For the SAS and BARS scores, the change from baseline score was calculated as the score at Week 24 minus the baseline (randomisation) score.

CONFIDENTIAL
AZSER12442027

Clinical Study Report
Edition Number 01
Study Code D1441C00125

The use of anticholinergic medication during the study was recorded in the CRF.  The
proportion of patients using anticholinergic medication was calculated for each of the 3
treatment groups.

### 5.5.8       Pharmacogenetic measurements and variables

A blood sample for analysis of genetic markers was taken for patients who had consented to
genetic research.  The genotyping samples are stored and DNA extraction performed at
Tepnel Life Sciences PLC in the United Kingdom.  Analysis is planned to be performed at a
later date and has has not been included in the current report.

#### 5.5.8.1     Collection of samples for genetic analysis

From the timepoint when Amendment 3 was approved and implemented in each country,
patients were asked to participate in the genetic research, and a separate informed consent was
obtained for this before any sampling was performed.  If the patient agreed to take part, a
single blood sample was taken for genetic research.  As genotype is a stable parameter, the
sampling could be performed at any visit in the study, and also patients already ongoing in the
study were asked if they wanted to participate.  The samples were sent in frozen condition to
the central laboratory and thereafter sent in batches to the DNA extraction laboratory, Tepnel
Life Sciences PLC, where DNA was extracted from the blood samples.  The genetic samples
and data generated from them were de-identified (see Amendment 3, Appendix 12.1.1 for
details).

The genetic amendment was not implemented in South Africa due to Ethics Committees non-
approval, nor in Norway or United Kingdom where enrolment was completed at the time
when Amendment 3 was implemented.

## 5.6       Data management and quality assurance

The quality of the study data was assured through monitoring of investigational sites,
provision of appropriate training for study personnel, and use of data management procedures,
as detailed below.

AstraZeneca's quality assurance and internal quality control procedures provide reassurance
that the clinical study programme was carried out in accordance with GCP guidelines.
AstraZeneca undertakes a GCP audit programme to ensure compliance with its procedures
and to assess the adequacy of its quality control measures.  Audits by a Global Quality
Assurance group operating independently of the study monitors and in accordance with
documented policies and procedures are directed towards all aspects of the clinical study
process and its associated documentation.

### 5.6.1       Monitoring

Before first patient entered into the study, a representative of AstraZeneca visited the
investigational study site to determine the adequacy of the facilities, to discuss with the
investigators and other personnel involved in the study their responsibilities with regard to
protocol adherence, recording of source data, etc.  This was documented in the Clinical Study

CONFIDENTIAL
AZSER12442028

Clinical Study Report
Edition Number 01
Study Code D1441C00125

Agreement between AstraZeneca and the investigator. During the pre-study phase, the investigator and other study personnel completed the necessary pre-study documentation in a timely manner in co-operation with representatives from AstraZeneca.

During the study, the AstraZeneca monitors had regular contact with the investigational sites. These contacts included visits to confirm that the facilities remained acceptable, that the investigational teams were adhering to the protocol, that data were being accurately recorded in the CRF, and to provide information and support to the investigator. The monitor ensured that drug accountability was carried out. Source data verification (a comparison of the data in the CRF with the hospital and other records at the investigational site) was performed as well. The monitors or other AstraZeneca personnel were available between visits, to provide any information or advice required by the investigator.

### 5.6.2    Training

Principal Investigators maintained records of all individuals involved in the study (medical, nursing and other staff) and ensured that this staff was given appropriate training necessary for the conduct of the study. Additionally, any new information relevant to the performance of this study was forwarded to these individuals.

To ensure consistency throughout the study, all investigators received training in rating the assessment scales. Only certified investigators were permitted to conduct the assessments. Information and training on all study-related processes was given at the start meetings and local initiation and monitoring meetings. Detailed instructions, including manuals for Laboratory sampling and handling, use of the IVRS for randomisation and rating of the ROMI scale, were provided to site personnel by AstraZeneca as necessary before and during the study.

### 5.6.3    Data management

Data collected from the patients in the study was reported on pCRFs. Data were recorded legibly onto the pCRFs with black or blue ink, using a ballpoint pen. If any data were unavailable, omissions were indicated on the pCRF. Corrections were made legibly and were initialed and dated by the approved personnel; use of correcting fluid or covering labels was not allowed. The investigator ensured that the data in the pCRFs was accurate and complete, and signed off the pCRF before the original pages were collected for data entry. A copy of all CRF pages remained at site. The ratings of PETiT, ROMI, SAS and BARS were made on a separate worksheet, which was kept at site as source data. The rating results were transferred from the worksheets into the pCRF by the investigator or appropriate designee.

After collecting the pCRFs, the data were entered continuously throughout the study into the central AMOS database by each participating AstraZeneca Marketing Company and Clinical Research Region (CRR) with local data management responsibilities. No transfer of data was needed, as all local data entry sites had remote access to the central database.

The entered data were checked against the originals both manually and by computerized checks. Queries were sent to study personnel to clarify any missing, impossible or

CONFIDENTIAL
AZSER12442029

inconsistent entries in the CRFs, and the database was amended accordingly.  All coding, editing, and validation of data, including logic checks between records in the database, were performed while the laboratory results were blinded.  Before clean file was declared, quality control (QC) checks of the data were completed, error rates reported, and all decisions on the evaluability of the data from each individual patient were made and documented.  After the declaration of clean file at AstraZeneca R&D Södertälje, the laboratory results were unblinded and transferred as SAS$^©$ datasets from the database at the central laboratory to the AstraZeneca final database.

The Data Management Plan (DMP), written by the Clinical Study Delivery Team (CSDT) Data Manager at AstraZeneca R&D Södertälje, described all data management activities planned for the study, including timelines and responsibilities for the personnel involved in the process.  The Data Validation Manual (DVM), also written by the CSDT Data Manager at AstraZeneca R&D Södertälje, defined the data validation processes and procedures for the study after data entry and verification had been completed.

## 5.7      Statistical methods and determination of sample size

### 5.7.1      Statistical evaluation

A comprehensive Statistical Analysis Plan (SAP) was prepared before database lock (see Appendix 12.1.9).  The Biostatistic Group at AstraZeneca R&D Södertälje was responsible for performing the analysis and creating tables, listings and figures.  SAS$^®$ Version 8.2 software was used to conduct all analyses.

### 5.7.2      Description of outcome variables in relation to objectives and hypotheses

The primary outcome variable was change from randomisation at Week 24 in AUC 0-2h of the plasma glucose values following OGTT.  The primary objective of this study was to compare the safety/tolerability profile of quetiapine and olanzapine on glucose metabolism in schizophrenic patients, and the hypothesis tested was that quetiapine was superior to olanzapine in its glucose metabolic profile.  For rationale on the choice of the primary variable, see Section 5.2.

Glucose metabolism outcome variables and other safety outcome variables as they relate to study objectives were summarised previously in Table 10 and Table 11, respectively.  Efficacy and PRO outcome variables as they relate to study objectives were summarised in Table 8 and Table 9, respectively.  For details on the statistical issues relating to study variables, see Sections 5.5 and 5.7.4.  Following hypotheses were put forward in the study: quetiapine is superior to olanzapine and comparable to risperidone in its glucose metabolic profile, weight profile, and plasma lipid profile; quetiapine is superior to risperidone and comparable to olanzapine in its prolactin profile, EPS and anticholinergic medication use, and is comparable to olanzapine and risperidone in eliciting other AEs; quetiapine is comparable to olanzapine and risperidone in achieving clinical improvement in schizophrenia, improving patients' well-being over the study period, and in patients' attitudes to compliance and non-compliance.

CONFIDENTIAL
AZSER12442030

*Clinical Study Report*
*Edition Number 01*
*Study Code D1441C00125*

### 5.7.3    Description of analysis sets

Data analyses were based on 4 patient populations defined below:

- The safety population included all randomised patients who were given study treatment classified according to the treatment actually received.  "Given study treatment" means that the patient has actually taken at least 1 dose of medication.  The safety population was used for safety analyses which were not in the focus of the study objectives.

- The intention-to-treat (ITT) population included all randomised patients who were given study treatment classified according to the treatment, that they were randomised to.  The ITT population was used for the analyses of development over time in outcome variables.

- The primary analysis population (PAP) included all randomised patients who were given study treatment and who had baseline and Week 24 (±4 weeks) assessments.  The PAP was the population for the primary analysis and for the secondary analyses based on baseline and Week 24 results only.  The classification was according to the treatment, that the patients were randomised to.

- The per-protocol (PP) population excluded the following from the PAP: patients with significant protocol violations or deviations, and patients who were deemed to be non-compliant (see Section 5.4.6 for definition of non-compliance).  Only the primary analysis was repeated on the PP to test for homogeneity of the treatment effects.

For description of population subgroup analyses, see Section 5.7.4.3.

### 5.7.4    Methods of statistical analysis

Generally, 2-sided 95% confidence intervals were produced for the analysed treatment differences.

For the handling of missing values, different methods were used.  In one analysis, the valid data at Week 24 was analysed.  Development over time was reported using last observation carried forward (LOCF) approach for efficacy and PRO variables, and a repeated measurements approach for safety variables.  The LOCF approach was not chosen for safety variables since average worsening was expected for these variables during the whole 24-week period.  Hence, an early drop out would be carried forward with a rather good value, and treatments with higher drop out rates would be favoured by the LOCF approach.  With the repeated measurements approach, observed values of patients who drop out during the treatment period influence the estimates later in the treatment period in a more appropriate manner than with the LOCF approach (for example the estimate for the Week 24 measurement is negatively influenced by a patient who drops out at Week 12 with a value which is worse than the average – assuming positive correlation between the measurements).

CONFIDENTIAL
AZSER12442031

Clinical Study Report
Edition Number 01
Study Code D1441C00125

### 5.7.4.1    Primary analysis

The primary analysis was an analysis of covariance (ANCOVA). The dependent variable in the model was the primary outcome variable (change from randomisation at Week 24 in AUC 0-2h of plasma glucose values following OGTT). The independent variables were following: baseline BMI group (<18.5 kg/m2, ≥18.5 to <25 kg/m2, >25 to ≤30 kg/m2, or >30 kg/m2), age group (≤50 years, or >50 to ≤65 years), baseline AUC glucose measurement (as a continuous variable) and treatment (quetiapine, olanzapine, or risperidone). Centre was not included as an independent variable in the model due to the large number of centres in relation to the number of patients used for the primary analysis. Centre was not expected to be an influence factor of importance, since the primary variable was a laboratory measurement and a central laboratory was used. The model described above with centre as an additional independent factor (as random effect) was only analysed in an explorative way by a secondary analysis. The possible impact on overall results from large centres was explored in a supplementary analysis.

Least square (LS) means, p-values and 95% confidence intervals were presented. The contrast of primary interest was between the quetiapine-treated group and the olanzapine-treated group. A 2-sided test with significance level 5% was performed, and a significant difference was declared if and only if the p-value for this contrast is not higher than 0.05. No p-values were presented for the other 2 contrasts (quetiapine vs risperidone and olanzapine vs risperidone treatments) but the least square means and confidence intervals for the treatment differences were obtained from the primary analysis model. Further, the results for the primary outcome variable were summarised descriptively in tables and graphs.

### 5.7.4.2    Secondary analysis

**Secondary analyis - values at Week 24**

The secondary analysis at Week 24 was evaluated by descriptive statistics. For these analyses, the PAP was used.

For continuous variables or scale variables with >2 possible values, an ANCOVA model with independent variables baseline value, BMI group, age group and treatment (quetapine, olanzapine and risperidone) without interactions was used. Tables were produced with n, LS mean and standard error by treatment. Furthermore, the LS means and the 2-sided 95% confidence intervals for the treatment differences were reported. No p-values were calculated, and any statements on statistical difference between the groups were based on the confidence intervals coverage of 0 (or 1 if ratio) as post-hoc analysis.

For insulin and insulin sensitivity indices, the log-transformed values were analysed with the ANCOVA model. The LS means and confidence intervals were then exponentially back-transformed. The back-transformed LS means correspond to the geometric means of adjusted for independent variables. As a measure of variability, the coefficient of variation (CV) was reported. The relative treatment differences were reported using ratios and 95% confidence intervals for the ratios.

CONFIDENTIAL
AZSER12442032

Clinical Study Report
Edition Number 01
Study Code D1441C00125

For binary variables, frequency tables were produced with n, estimated percent patients with this incidence at Week 24.  A logistic regression model was used to estimate odds ratios and the 2-sided 95% confidence intervals for the treatment differences.

The proportion of patients with abnormal ECG was reported with n and percentage at randomisation visit and at Week 24.  The safety population was used.

**Secondary analysis – development over time**

The development over time of outcome variables which were measured at more than 1 time point after randomisation visit was evaluated by descriptive statistics.  For this analysis, the ITT population was used.

For continuous and scale safety variables, a repeated measurement model was used with independent factors "visit" and "treatment", and interaction of these 2 factors.  With this model, the mean and standard deviation at every visit were estimated.  Tables with n, estimated mean and standard error by treatment and visit were produced.  Further, graphs of estimated mean±standard deviation by visit with different symbols for each treatment were made.

For the primary variable, 95% confidence intervals for each visit and each treatment were derived from the repeated measurements model.  For comparison with the primary analysis, estimates for the treatment differences and 95% confidence intervals by visit were provided from this repeated measurements model as well.

For insulin and insulin sensitivity indices, the log-transformed values were analysed with the repeated measurements model.  For binary safety variables (for example patients with $HbA_{1c} \geq 6.05\%$, patients with abnormal prolactin), a generalized linear model with logit link function will be used.  This model was used to estimate the proportions.  Tables were produced with n, estimated proportion by treatment and week.

**Efficacy and PRO variables**

Efficacy (CGI) and PRO (PETiT and ROMI) variables were reported using a LOCF approach for handling missing values, unless stated otherwise.

For CGI-S and CGI-I, tables were produced with n, mean and standard deviation by treatment and week.

For binary efficacy variables (patients with a CGI-S score of $\leq 3$, patients with CGI-I score of "very much improved" or "much improved"), frequency tables were produced with n and percent patients at visit by treatment and week.

The ROMI variables were presented as follows:

The percentage of subjects who report an item as "strong degree of influence" was calculated for each treatment, each time point (baseline, Week 12, Week 24) and each ROMI item

CONFIDENTIAL
AZSER12442033

Clinical Study Report
Edition Number 01
Study Code D1441C00125

separately.  Confidence intervals were reported using logistic regression models.  For each subject, the percentage of all ROMI-C items rated as "strong degree of influence" was calculated.  The mean for each treatment at each time point was reported.  Confidence intervals were reported based on normal approximation.  The same was done for the mean of all ROMI-NC items.

Stability in ROMI items for post-baseline visits was measured with the kappa coefficient.  The kappa coefficient here can be seen as measure of  agreement between the ratings at Week 12 and Week 24.  Confidence intervals were reported for kappa.  For the kappa analysis, the PAP was used without LOCF.

For the summary of all ROMI-C items, the number of items rated as "strong degree of influence" of a patient at Week 12 was compared with the number at Week 24 by the weighted kappa coefficient with quadratic weights for each treatment.  Confidence intervals were reported.  The same was done for ROMI-NC.

The mean and standard deviation of the ROMI items graded as 1 (none), 2 (mild) and 3 (strong degree of influence) were reported for each treatment at randomisation and at Week-24, as well as for change from randomisation at Week 24.  Treatment differences (mean and standard deviation) were reported for all items for change from randomisation at Week 24.  Confidence intervals were derived for the treatment differenced based on normal approximation.  The same descriptive statistics was used to report the total sum of ROMI-C and of ROMI-NC items.

The total score for well-being (all items 1-30) of the PETiT scale and the total score for treatment satisfaction (item 25-30) of the PETiT scale were presented in the following way:

An ANCOVA model for change from randomisation at Week 24 was used.  Least squares means for change from baseline for each treatment and estimated standard deviation were reported together with the confidence interval.  Mean and standard deviation at randomisation were reported for each treatment.  Treatment differences (least squares mean and standard deviation together with a confidence interval) were reported based on this ANCOVA model.  The PAP without LOCF was used for this analysis of change from randomisation at Week 24.

The development over time was analysed with a repeated measurement model.  With this model, the mean and standard deviation at every visit was estimated and reported together with the confidence interval. The ITT population was used.

The total score for well-being (all items 1-30) of the PETiT scale at Week 12 and at Week 24 was compared with the weighted kappa coefficient with quadratic weights for each treatment.  Confidence intervals was reported.  For the kappa analysis, the PAP without LOCF was used.  The same analysis was done for the total score for treatment satisfaction (item 25-30) of the PETiT scale.

CONFIDENTIAL
AZSER12442034

Clinical Study Report
Edition Number 01
Study Code D1441C00125

### 5.7.4.3    Analyses of subgroups

Subset analyses were performed for the following factors known to have big impact on the glucose metabolism: age ($\leq$50 years, or >50 to $\leq$65 years), gender (male or female), and BMI (<18.5 kg/m$^2$, $\geq$18.5 to <25 kg/m$^2$, >25 to $\leq$30 kg/m$^2$, or >30 kg/m$^2$).  These subsets were used for the descriptive analyses of AUC 0-2h of plasma glucose values following OGTT, fasting plasma glucose, and weight.

The influence of the baseline values on the change at Week 24 in AUC 0-2h and fasting plasma glucose was analysed descriptively by dividing the total population in subpopulations based on their baseline value.  The 4 subgroups for the AUC 0-2h plasma glucose values at randomisation were as follows: <13 mmol/L x h, $\geq$13 to <14.5 mmol/L x h, $\geq$14.5 to <16 mmol/L x h, or $\geq$16 mmol/L x h.  The subgroups for the fasting glucose values at randomisation were as follows: <5.0 mmol/L, $\geq$5.0 to <5.6 mmol/L, or $\geq$5.6 mmol/L.

For the AUC 0-2h of plasma glucose values, it was also explored if the subpopulation of drug-naïve patients had similar results as the total population.  Patients were considered drug-naïve, if one of the following was true:

- The patient had 1 previous episode of schizophrenia, was diagnosed with schizophrenia <2 years prior to enrolment in the study, and reported no use of antipsychotic medication for >6 weeks prior to enrolment;

- The patient had 2 previous episodes of schizophrenia, was diagnosed with schizophrenia <1 year prior to enrolment in the study, and reported no use of antipsychotic medication for >6 weeks prior to enrolment.

The proportion of patients with abnormal prolactin level was reported for each gender.

In accordance with the standard safety requirements of the Seroquel project, several glucose metabolism variables were analysed for the 3 patient subgroups divided by diabetic status at randomisation, defined as follows:

- Diabetic: fasting glucose $\geq$126 mg/dL at randomisation, HbA$_{1c}$ above 6.1% at randomisation, or history of diabetes

- Diabetic risk: fasting glucose $\geq$100 and <126 mg/dL at randomisation, history of gestational diabetes, or BMI $\geq$35 kg/m$^2$

- Non-diabetic: patients not meeting criteria for diabetic or diabetic risk

For AUC 0-2h of plasma glucose values, 2h-glucose, and HbA$_{1c}$, the PAP was used for subgroup analysis by diabetic status.  For AUC 0-2h of plasma glucose values, 2h-glucose, fasting plasma glucose, HbA$_{1c}$ and fasting plasma insulin, safety population was used for this subgroup analysis.

CONFIDENTIAL
AZSER12442035

Clinical Study Report
Edition Number 01
Study Code D1441C00125

### 5.7.5   Determination of sample size

The sample size determination could not be based on the primary variable (change in AUC 0-2h of plasma glucose values following OGTT) due to lack of published data on the variance of this variable.  The power calculation for the sample size decision was based on change in weight instead, since it was thought to be a fairly strong correlation between the change in weight and change in plasma glucose levels.  The calculations were based on information from pooled previous quetiapine long term trials, as well as on published data (Kinon et al 2001).  The within-patient variability of the change from baseline for weight was assumed to be 6.4 kg.

The sample size was calculated as the number of patients needed to find a difference of 3 kg in the mean change in weight from baseline at Week 24 between the quetiapine-treated group and the olanzapine-treated group.  The difference of 3 kg was in line with the magnitude of differences in the pooled quetiapine studies and the study of Kinon et al 2001.  Hence, a standardized treatment difference of 3 / 6.4 = 0.46875 was to be detected.  A 2-sample test at the 2-sided 5% alpha level requires 95 patients per treatment group to achive 90% power for the standardized treatment difference of 0.46875.

Based on these calculations, it was decided that 95 patients per treatment group (285 patients in total) with valid AUC 0-2 h plasma glucose assessments following OGTT at randomisation and at Week 24 had to be recruited into the trial.  It was assumed before the start of the study, that approximately 5% of the patients drop out during the screening period, and that 50% of the remaining patients complete 24 weeks without significant protocol violations or deviations.  With this assumption, approximately 600 patients had to be enrolled into the study in order to get approximately 570 randomised patients, and 285 evaluable patients at Week 24.

During the study, the information on the enrolment rate of the patients with a valid 24-week measurement of AUC of plasma glucose values was updated.  With this new information, it was estimated that approximately 500 randomised patients were sufficient to ensure as least 285 evaluable patients at Week 24.

### 5.7.6   Interim analyses (not applicable)

### 5.7.7   Data and safety monitoring board (not applicable)

## 5.8   Clinical study protocol amendments and other changes in the conduct of the study or planned analyses

### 5.8.1   Changes in the conduct of the study

The original study protocol was dated 26 August 2003 and signed 1 October 2003.  Amendments to the study protocol are shown in Table 16, which also indicates when the amendments were implemented with respect to the recruitment of patients.  The most relevant changes involved an increased safety follow-up of AEs and laboratory results to further ensure patient safety (eg, AE follow-up 30 days after last dose and increased monitoring of haematology), but also to avoid double reporting of EPS-related AEs that was also collected through rating scales.  These changes influence the safety results on AEs (Section 8.3) and

CONFIDENTIAL
AZSER12442036

Clinical Study Report
Edition Number 01
Study Code D1441C00125

haematology (Section 8.6.1).  Several changes in Amendment 2 were made to comply with the new EU Directive, but had no influence on the study results.  HbA$_{1c}$ was presented as a separate objective in the study report, not as an exploratory analysis.  Obtaining T$_3$ results in time was a practical problem during screening due to long timelines for delivering results from Central Laboratory, and several patients could not be randomised in time due to this.  Therefore it was allowed to base the eligibility on TSH and T$_4$ results in Amendment 2.  The subject of Amendment 3 was optional genetic research.  It does not influence the results of this report as results from this genetic research will be reported separately from the clinical study report.

**Table 16**          **Protocol amendments**

| Number (date of internal approval) | Key details of amendment (Section of this report affected) | Reason for amendment | Persons who initiated amendment[a] |
|---|---|---|---|
| **Amendments made before the start of patient recruitment** | | | |
| Amendment 1 19th December 2003 (signed 6 January 2004). | **AE collection after last dose** Unsolicited AE reports occurring up to 30 days after last dose of investigational product should be recorded.  No extra follow-up visit / contact required for this (Section 5.5.7.2) | Clarification of AE reporting. FDA requested procedures. | Clinical Project Team and Clinical Study Team at AstraZeneca R&D |
| | **Clarification for AEs during screening** √ added for collection of AEs during screening period (Section 5.1, Table 3) | Simplification of screening procedures and clarification regarding allowed previous antipsychotic medication. | |
| | **Secondary objectives** Haemoglobin A$_{1c}$ clarified to be a separate objective to study, not an exploratory measure (Section 4.2.1.1). | | |
| | **Exclusion criteria 5** Fasting plasma glucose replaced with HbA$_{1c}$. (Section 5.3.2) | | |
| | **Exclusion criteria 9** History of known non-responsiveness to sertindole, ziprasidone, aripripazole and amisulpride added to criteria. (Section 5.3.2) | | |
| | **200 mg quetiapine for flexible dose** Use of 100 mg tablet is omitted for quetiapine.  Only 200 mg tablet strength will be used during the flexible dose period. (Section 5.4.1) | Simplified drug handling and increased compliance. | |
| | **Changes in laboratory samling and analysis** Supplementary collection of haematology at Visit 4, 5 and 6.  Added discontinuation criteria for repeatedly low neutrophil count. | Harmonisation with revised | |

93

CONFIDENTIAL
AZSER12442037

Clinical Study Report
Edition Number 01
Study Code D1441C00125

**Table 16        Protocol amendments**

| Number (date of internal approval) | Key details of amendment (Section of this report affected) | Reason for amendment | Persons who initiated amendment[a] |
|---|---|---|---|
| | HBsAg no longer required at screening. Urine albumin omitted at screening and Visit 9.  Analysis of urea included at screening and Visit 9 (Section 5.5.7.3). | Investigator Brochure for quetiapine. Clarifications regarding laboratory tests. | |
| | **Definition of source data** | | |
| | Laboratory source data in electronic format at central lab.  Paper copy to site.  Worksheets used as source data for SAS, BARS, ROMI, PETiT (Section 5.5.7.3, 5.5.4.2, 5.5.4.3, 5.5.7.7) | Clarification. | |
| | **Data Manangement** | | |
| | Section regarding Analysis of biological sample included in Section 5.6, Data Management (Section 5.6) | To comply with revised AZ SOPs. | |
| | **Discontinuation procedures** | | |
| | Clarified and simplified procedure for patients discontinuing between Visit 1 and 2 (Section 5.3.4.1) | Clarification. | |
| | **ECG procedures** | Clarification. | |
| | Simplified ECG reporting in the Case Report Form and database. (Section 5.5.7.5) | | |
| | **International Principal Investigator** | New information. | |
| | Professor Robin Emsley appointed International Principal Investigator.(Section 2.3) | | |
| | **Measurement of lipid levels** | Clarification | |
| | Lipids measured in serum, not plasma (Section 5.5.7.3) | | |
| | **Minor changes and clarifications** | To reflect changes in Amendment 1. | |
| 19 December 2003 | See Amendment 1 for details. **Informed Consent updated** (Appendix 12.1) | | |
| **Amendments made after the start of patient recruitment** | | | |
| Amendment 2 24 June 2004 (signed 24 June 2004) | **Safety monitoring of neutrophils** Clarified procedures for monitoring of neutrophils and changed cut-off limit for follow-up and discontinuation. (Section 5.3.4.1, 5.5.7.3 ) | To ensure patient safety and consistent safety monitoring across the quetiapine clinical program. | Clinical Project Team and Clinical Study Team at AstraZeneca R&D |
| | **Reporting of EPS** | | |

94

CONFIDENTIAL
AZSER12442038

Clinical Study Report
Edition Number 01
Study Code D1441C00125

Table 16          Protocol amendments

| Number (date of internal approval) | Key details of amendment (Section of this report affected) | Reason for amendment | Persons who initiated amendment[a] |
|---|---|---|---|
| | Signs and symptoms revealed and recorded during SAS and BARS rating should not be reported in the AE section of the CRF unless SAE or reasons for discontinuation to avoid double reporting (Sections 5.5.7.2, 5.5.7.7) | To avoid repeated reporting of these events. | |
| | **Procedures in case of overdose** Changed reporting procedure for overdose (Section 5.5.7.2) | Changed routines at AstraZeneca. | |
| | **New EU directive** Definition of end of study added | New EU Clinical Trials Directive. | |
| | **Restricted medication for treatment of agitation** Lorazepam may be used during week before OGTT if absolutely necessary based on patient's clinical condition (Section 5.4.5) | Clarification. | |
| | **Evaluation of thyroid function** $T_3$ test results not required to perform the randomisation if TSH and $T_4$ are available (Section 5.3.2). | Not always possible to have $T_3$ results available at randomisation due to procedures at central laboratory. | |
| | **Switch from depot antipsychotic medication** A small overlap is allowed between depot medication and investigational products to ensure an appropriate switch of medication during the titration period (Sections 5.3.2, 5.4.2). | Clarification. | |
| | **Safety updates/reports to Ethics Committees** AstraZeneca will provide IECs and Principal Investigators with safety updates/reports. | New EU Clinical Trials Directive. | |
| 24 June 2004 | **Informed Consent updated** (Appendix 12.1) | To reflect changes in Amendment 2 | |
| Amendment 3 25 January | **Addition of Optional Genetic Reseach** Implemented towards the end of the | To enable exploratory | Clinical Project Team |

95

CONFIDENTIAL
AZSER12442039

Clinical Study Report
Edition Number 01
Study Code D1441C00125

**Table 16          Protocol amendments**

| Number (date of internal approval) | Key details of amendment (Section of this report affected) | Reason for amendment | Persons who initiated amendment[a] |
|---|---|---|---|
| 2005 (signed 26 January 2005) | recruitment phase.<br><br>**Genetic Research Addendum to Informed Consent Form** (Appendix 12.1) | genetic research on (1) efficacy, safety and tolerability of quetiapine, risperidone and (2) susceptibility to schizophrenia. | at AstraZeneca R&D Wilmington |

a      All protocol amendments were approved within AstraZeneca before being implemented.

Three administrative changes initiated by the Central Study Team at AstraZeneca R&D Södertälje were made during the study.  The first one was made to update wording on Insurance and Indemnity.  The second change was an update of planned dates for first patient enrolled and last patient completed.  The third administrative change was an adjustment of number of patients to be enrolled, updated based on actual drop-out rates.  None of these administrative changes were considered to affect the results.

Local amendments were made in Germany (08 December 2004) and Hungary (21 February 2005).

The German Amendment allowed use of lorazepam, or oxazepam, in the days preceeding randomisation and the first 7-day treatment period as necessary according to the clinical judgement of the investigator.  Depending on the patient's condition, prolongation of lorazepam use was allowed up to 12 consecutive days.  As this amendment was implemented late, it did not affect many patients and was not considered to influence study results.

The local Amendment in Hungary allowed use of alprazolam as an alternative to lorazepam and oxazepam, as these products were not available in Hungary.  The use of alprazolam is therefore included in the tables presenting use of benzodiazepines during the study in Section 6.6.2, together with lorazepam and oxazepam.

## 5.8.2      Changes to planned analyses

Changes to the planned analyses are shown in Table 17.  This table indicates when any changes were made in relation to the unblinding of study data.

96

CONFIDENTIAL
AZSER12442040

Clinical Study Report
Edition Number 01
Study Code D1441C00125

**Table 17          Changes to planned analyses**

| Key details of change | Reason for amendment | Persons who initiated amendment |
|---|---|---|
| **Amendments made before unblinding of laboratory data** | | |
| Day 1 was defined as day with first dose (first intake of study treatment). | Consistency with other Seroquel studies | Study team |
| The secondary outcome variable "Proportion of patients excluded due to diabetes during the study" was added. | To view a potential impact on the primary analysis based on completers | Study team |
| The secondary outcome variable "Proportion of patients with abnormal prolactin level" was added. | Clinical interpretation of prolactin | Study team |
| The analysis of BARS was described more precisely: the 4th item was analysed. | Clarification | Study statistician |
| A supplementary analysis about metabolic risk factors was added. | This analysis is done for all Seroquel studies. | Seroquel Project Team |
| The outcome variables for ROMI were described more precisely. "Proportion of patients answering "strong" on individual ROMI items" was also reported. | Given that the ROMI has a 3-graded scale we wanted to have a powerful indicator for compliance and non-compliance. Thus, the score "strong" was chosen. | Health Economist/ Outcomes Research Scientist |
| The secondary variable "2h-glucose" was added.<br><br>The variables "patients with fasting plasma glucose ≥ 7.0 mmol/L " and "patients with 2h-glucose ≥ 11.1 mmol/L" were analysed also separately and not only as combined variable "patients with hyperglycemia". | Two-hour glucose is an important variable in the clinical praxis with regard to diabetes. | Study physician |
| The secondary variables "Proportion of patients with hyperglycemia/impaired fasting glucose (IFG) or impaired glucose tolerance (IGT)", "Proportion of patients with Haemoglobin $A_{1c} \geq 6.05\%$" and "Proportion of patients with abnormal ECG" were reported mainly as absolute values (in % of patients at Week 24) and not as change from baseline. | It was judged to be much more informative to have the proportion of patients and not the difference in proportions. | Study team |
| The lower threshold in the definition of IFG was updated from 6.1 mmol/L (110 mg/dL) to 5.6 mmol/L (100 mg/dL). | Based on the American Diabetes Association's updated definition from 2004. | Study team |

CONFIDENTIAL
AZSER12442041

Clinical Study Report
Edition Number 01
Study Code D1441C00125

**Table 17**          **Changes to planned analyses**

| Key details of change | Reason for amendment | Persons who initiated amendment |
|---|---|---|
| The units in the definition of Index of insulin sensitivity (ISI) was corrected. | The units were interchanged in the protocol by mistake. | Study statistician |
| Insulin and insulin sensitivity indices were analysed using a log-transformation. | To account for the skewed distribution of insulin data. | Study statistician |
| **Amendments made after unblinding of laboratory data** | | |
| Glucose data were analysed for the 3 patient subgroups: diabetic, diabetic risk, or non-diabetic at baseline. | This analysis is done for all Seroquel studies. | Seroquel project team |
| CGI was also analysed for the PAP. | To have the relation to safety results analysed for the PAP. | Clinical interpretation team |
| Correlation coefficients between change in weight and change in several safety variables were provided. | To explore whether changes in variables could be due to changes in weight or change in weight could be due to change in other variables. | Clinical interpretation team |
| A post hoc analysis for the insulinogenic index (IGI) at 30 min (Seltzer et al 1967) was added using descriptive statistics. | To explore insulin secretion for the 3 treatment groups. | Study physician |

98

CONFIDENTIAL
AZSER12442042

Clinical Study Report
Edition Number 01
Study Code D1441C00125

# 6. STUDY PATIENTS

A summary of the patient population is given in Section 6.1. Thereafter, the following aspects of the study population are considered: disposition (Section 6.2), adherence to the study protocol (Section 6.3), populations analysed (Section 6.4), demography and other baseline characteristics (Section 6.5), and treatment compliance and use of concomitant medication (Section 6.6). Conclusions on the suitability of the patient population with respect to the overall purpose of the study are given in Section 6.7.

## 6.1 Summary of patients

In total, 574 patients with schizophrenia from 58 centres in 9 countries were enrolled in this study, and 510 of these were randomised. Less patients were screened and randomised than originally planned (600) because of lower discontinuation rate than expected. One hundred sixty eight patients were randomised to the quetiapine group, 169 to the olanzapine group, and 173 to the risperidone group. All but 1 patient randomised to the risperidone group took at least 1 dose of investigational product and were included in the safety population. One patient randomised to the olanzapine group was given quetiapine. This patient was included in the quetiapine group in the safety population and in the olanzapine group in the ITT population, which was the only difference between the safety and ITT populations. A total of 395 randomised patients performed the primary key measurement, OGTT, at randomisation and Week 24±4 weeks and were included in the PAP. Of these, 115 patients were treated with quetiapine, 146 with olanzapine, and 134 with risperidone. A total of 330 patients had no major protocol violations and were included in the PP population.

In total, 121 patients in the safety population discontinued from the treatment between randomisation and Week 24. The main reasons for discontinuation differed between the treatment groups. For quetiapine, it was worsening of schizophrenia, for olanzapine– withdrawal of consent, for risperidone – EPS-related AEs. The overall number of discontinuations, and the number of patients who discontinued study treatment due to AEs (mainly worsening of schizophrenia), was slightly higher in the quetiapine group.

Overall, the 3 treatment groups were comparable with regard to demography, disease characteristics, metabolic status, and other baseline characteristics. The study population was predominantly Caucasian (90%), with the greater part of the patients from Europe. Males comprised 66% of the study population. The mean age was 39.5 years, and the mean weight 72.5 kg. About 74% of the study population was diagnosed with paranoic type of schizophrenia.

Treatment compliance was high and similar in the 3 treatment groups. Concomitant medications were well balanced across the treatment groups.

Table 18 shows where the data supporting this section are presented.

CONFIDENTIAL
AZSER12442043

Clinical Study Report
Edition Number 01
Study Code D1441C00125

**Table 18**          **Location of supporting data on study patients**

| Data | Location | |
|------|----------|---|
| | **Summary tables (Section 11.1)** | **Individual patient data (Appendix 12.2)** |
| Patient disposition | See tables in Section 6.2. | Appendix 12.2.1 |
| Discontinued patients | Table 11.1.1-1 | Appendix 12.2.1.1 |
| Patients completing the study | See individual patient data | Appendix 12.2.1.2 |
| Patients for whom the treatment code was prematurely broken | Not applicable | Not applicable |
| Protocol deviations | Table 11.1.2-1 | Not applicable |
| Patients and data excluded from efficacy analysis | Not applicable | Not applicable |
| Demographic and baseline characteristics | Table 11.1.3-1 to Table 11.1.3-6 | Appendix 12.2.4-1 and Appendix 12.2.4-2 |
| Concomitant medication use | Table 11.1.4-3 to Table 11.1.4-5 | Appendix 12.2.4-3 |
| Treatment compliance | Table 11.1.4-1 and Table 11.1.4-2 | Appendix 12.2.5 |

## 6.2      Disposition

The disposition of study patients is summarised in Table 19.

**Table 19**          **Patient disposition, completion or discontinuation (all patients)**

| | Quetiapine N | Olanzapine N | Risperidone N | Total N |
|---|---|---|---|---|
| All enrolled patients | | | | 574 |
| Non-randomised patients (screen failure) | | | | 64 |
| All randomised patients | 168 | 169 | 173 | 510 |
| Not treated[a] | 0 | 0 | 1 | 1 |
| Received investigational product[b] | 169 | 168 | 172 | 509 |
| Discontinued study treatment | 59 | 23 | 40 | 122 |
| Completed randomised treatment phase | 110 | 145 | 133 | 388 |

[a] Patients not treated are also included in the Discontinued study treatment group (due to protocol non-compliance).
[b] One patient randomised to the olanzapine group received quetiapine instead.
SOURCE DOCUMENT: ST_DEM_DISP404.SAS GENERATED: 16:25:47 04APR2006 DB version prod: 13

In total, 574 patients were screened for possible study participation. Of these, 510 fullfilled the eligibility criteria and were randomised (145 patients from Bulgaria, 39 from Czech

100

CONFIDENTIAL
AZSER12442044