Clinical Study Report
Edition Number 01
Study Code D1441C00125

Republic, 21 from Germany, 15 from Hungary, 1 from Norway, 79 from Romania, 121 from Slovakia, 82 from South Africa, and 7 patients from United Kingdom). Of the 64 patients who did not qualify for inclusion in the study, 16 had withdrawn their consent. The reasons for screen failure are listed in Table 11.1.1-1. Patients who qualified for the study entry were randomised to the 3 treatment groups as follows: 168 patients to the quetiapine, 169 to the olanzapine, and 173 to the risperidone group. One patient in the risperidone group never received an investigational product and was therefore not included in the safety population.

Of all patients randomly assigned to treatment, 388 completed the randomised treatment period. Of those, 110 patients were treated with quetiapine, 145 with olanzapine, and 133 with risperidone.

The reasons for discontinuation from the randomised treatment phase are summarised in Table 20. A listing of all patients who prematurely discontinued the study after enrolment, summarised by centre, treatment, and reason for discontinuation including the MedDRA preferred term for any AE leading to discontinuation, can be found in Appendix 12.2.1.1.

**Table 20**  **Discontinuation from randomised treatment phase (safety population)**

|  | Quetiapine N=169 n (%) | Olanzapine N=168 n (%) | Risperidone N=172 n (%) | Total N=509 n (%) |
|---|---|---|---|---|
| Discontinued study treatment | 59 (34.9) | 23 (13.7) | 39 (22.7) | 121 (23.8) |
| Eligibility criteria not fulfilled | 5 (3.0) | 2 (1.2) | 4 (2.3) | 11 (2.2) |
| Adverse event | 17 (10.1) | 3 (1.8) | 14 (8.1) | 34 (6.7) |
| Lack of therapeutic response | 7 (4.1) | 3 (1.8) | 3 (1.7) | 13 (2.6) |
| Development of study-specific discontinuation criteria | 4 (2.4) | 4 (2.4) | 3 (1.7) | 11 (2.2) |
| Patient not willing to continue study | 15 (8.9) | 7 (4.2) | 12 (7.0) | 34 (6.7) |
| Patient lost to follow-up | 9 (5.3) | 4 (2.4) | 3 (1.7) | 16 (3.1) |
| Other | 2 (1.2) | 0 | 0 | 2 (0.4) |

SOURCE DOCUMENT: ST_DEM_DISC405.SAS GENERATED: 11:37:39 25JAN2006 DB version prod: 13

A total of 121 patients (23.8%) discontinued from the study between randomisation and Week 24. The discontinuation rates were 59 patients (34.9%) in the quetiapine group, 23 patients (13.7%) inr the olanzapine group, and 39 patients (22.7%) in the risperidone group. One patient in the risperidone group was discontinued from the treatment phase (see Table 19), but had never received treatment and was therefore not included in the safety population. The number of patients lost to follow-up was small in all treatment groups.

Lack of therapeutic response was cited as reason for discontinuation by 2.6% of the patients in total (4.1% of the quetiapine-treated, 1.8% for the olanzapine-treated, and 1.7% of the risperidone-treated patients). The main reasons for discontinuation in the quetiapine group

CONFIDENTIAL
AZSER12442045

Clinical Study Report
Edition Number 01
Study Code D1441C00125

were AEs (mainly worsening of schizophrenia), lack of therapeutic response, and withdrawal of consent.  In the risperidone group, discontinuations were largely due to AEs related to EPS. For olanzapine, the main discontinuation reason was withdrawal of consent.  The 2 patients in "Other" category in the quetiapine group were discontinued due to incorrect medication dispensed (E1205003) and pregnancy (E1601005).  In general, the main reasons for discontinuation in different treatment groups, as well as the slightly higher proportion of discontinuations due to lack of therapeutic response in the quetiapine group, was in line with previously published data.

## 6.3    Protocol deviations

After all patients had completed the trial, but before the study team had access to the lab measurements needed for the primary analysis (OGTT), the Clinical Study Report Author, CSDT Leader, CSDT physician and study statistician reviewed all protocol violations and deviations based on the SAP, available data in the study database and listing of protocol deviations reported by the monitors.  All decisions on inclusion in the appropriate analysis datasets were made before the database lock and unblinding of laboratory data, and were documented in the clean file minutes.

For inclusion in the PP population, it was required that the patient was compliant.  For this purpose, non-compliance was defined as compliance <70% or >120% of prescribed dose during the overall treatment period and for the last study period (4 weeks) before final OGTT. It was also required that the patient had valid OGTT measurements as defined in the SAP, and that the patient fulfilled all inclusion and no exclusion criteria.  A patient should not have received concomitant medication that could significantly bias the glucose metabolism results or could have a significant effect on plasma levels of the drug, which was evaluated by the team on a case-by-case basis.

The number and type of protocol deviations leading to exclusion of patients from the PP population and total number of patients excluded is summarised per treatment group in Table 21.  A listing of all patients and a clarification of the protocol deviation leading to exclusion can be found in Table 11.1.2-1.

CONFIDENTIAL
AZSER12442046

Clinical Study Report
Edition Number 01
Study Code D1441C00125

**Table 21**        **Summary of protocol deviations leading to exclusion from PP and total number of patients excluded from PP**

| Protocol deviation | Number of protocol deviations (PAP) | | | |
|---|---|---|---|---|
| | Quetiapine N=115 | Olanzapine N=146 | Risperidone N=134 | Total |
| Did not meet inclusion criteria (see Section 5.3.1) | 0 | 0 | 0 | 0 |
| Met an exclusion criterion (see Section 5.3.2) | | | | |
|    Patient had fasting glucose $\geq$ 7.0 mmol/L or a 2h-glucose $\geq$ 11.1 mmol/L at randomisation, revealed after unblinding of laboratory data. | 3 | 10 | 7 | 20 |
|    Other criteria | 1 | 1 | 1 | 3 |
| Non-compliance defined as: Compliance <70% or >120% of prescribed dose throughout the trial or during last study period (4 weeks) before final OGTT, or compliance >70% to <120% could not be confirmed due to missing or incomplete data. | 5 | 4 | 11 | 20 |
| Received incorrect dose of randomised treatment | 0 | 0 | 1 | 1 |
| Received prohibited concomitant medication  (see Section 5.4.5) | 3 | 2 | 1 | 6 |
| Other protocol deviations potentially affecting OGTT results | | | | |
|    Non-evaluable OGTT at randomisation and/or Week 24 (eg, non-fasting or fasting could not be confirmed, more than a total of 2 missing time points or sampling time points significantly deviating from time points specified in the protocol). | 7 | 3 | 8 | 18 |
|    Code broken for OGTT glucose result | 0 | 1 | 0 | 1 |
| Total number of protocol deviations leading to exclusion from PP | 19 | 21 | 30 | 69 |
| Total number of patients excluded from PP[a] | 17 (14.8%) | 20 (13.7%) | 28 (20.9%) | 65 (16.5%) |

[a] A single patient may have several reasons for exclusion from PP.

103

CONFIDENTIAL
AZSER12442047

Clinical Study Report
Edition Number 01
Study Code D1441C00125

In total, 65 patients (16.5%) were excluded from the PAP due to protocol deviations: 17 patients (14.8%) in the quetiapine treatment group, 20 patients (13.7%) in the olanzapine group and 28 patients (20.9%) in the risperidone group.

The most common protocol deviation was that the patient met an exclusion criterion.  As part of the data check before clean file, blinded glucose data from the OGTT were reviewed (with patient identifiers and treatment information still unavailable).  It was discovered that a number of patients had been randomised and completed the study despite having fasting glucose ≥7.0 mmol/L and/or 2h-glucose ≥11.1 mmol/L at randomisation, which was one of the exclusion criteria.  According to the protocol, a fax notification should have been sent out from the central laboratory to notify the investigator on occurrence of such glucose values, with an instruction to exclude the patient from further participation.  However, this procedure did not work due to a programming error in the central laboratory database, and these patients were mistakenly maintained in the study.  For 1 patient only (E1511003), who had a 2h-glucose value above the exclusion criteria for glucose, the investigator was notified by the central laboratory.  This patient was withdrawn due to "Development of study specific criteria; Safety reasons".

As this problem was identified shortly before database lock, a general decision was taken to exclude these patients from PP.  The individual patients were then identified after database lock when the values were unblinded.  A total of 20 patients were identified among the patients in PAP: 3 in the quetiapine group, 10 in the olanzapine group and 7 in the risperidone group (see Table 21).  Key data for these patients are listed in Table 11.3.7.1-31.  For 2 other patients, eligibility criteria could not be confirmed during screening due to missing laboratory results, and 1 patient was randomised only 7 days after last depot injection.

Another common protocol deviation was non-compliance.  This was an expected finding, as the schizophrenic patient group often have difficulties with treatment compliance to their antipsychotics and for some patients it was difficult to account for all tablets. Non-compliance was more common in the risperidone treatment group (11 deviations) than in the quetiapine or olanzapine groups (5 deviations and 4 deviations respectively).  One patient in the risperidone group received 3 mg of risperidone for a substantial time of the study and was therefore excluded from PP.  A listing per patient of overall compliance and compliance during the last period preceding OGTT can be found in Appendix 12.2.5-1.  For some of the patients identified with protocol violations with regard to compliance there is a calculated value on this listing, but it was identified during review of the patient's data that this value is either outside allowed protocol limits and/or is not correct due to incorrectly completed CRF data so that actual compliance could not be confirmed.  For practical reasons, it was not possible to flag these incorrect values in the programmed listing.

Non-evaluable OGTT due to non-fasting, unconfirmed fasting (patient not being hospitalised the night before OGTT) or ≥2 samples missing from the OGTT at randomisation and/or Week 24 was considered a significant deviation.  A total of 18 such deviations were reported: 7 in the quetiapine group, 3 in the olanzapine group and 8 in the risperidone group.

CONFIDENTIAL
AZSER12442048

Clinical Study Report
Edition Number 01
Study Code D1441C00125

Six deviations related to use of prohibited medication, of which 3 in the quetiapine group, 2 in the olanzapine group and 1 in the risperidone group, were considered significant enough to exclude the patient from PAP due to potential influence on glucose metabolism or plasma concentrations of the drug.  In the quetiapine group, patient E1401002 used simvastatin, patient E1509005 used flunitrazepam, zuclopenthixol and haloperidol, and patient E1511005 used hydrocortisone and clarithromycin during the study.  In the olanzapine group, patients E1006013 and E1006021 used cytochrome P450 inhibitor azythromycin.  In the risperidone group, patient E1511006 used levomepromazine and haloperidol.  See Table 7 for details on prohibited medications..

As study treatment was open-label, no treatment codes were broken during the study.  For 1 patient (E1701002), the blinding of the 2h-glucose result at randomisation was prematurely broken by the Central Laboratory, and the investigator was notified by phone due to a misunderstanding.  This patient was excluded from the PP analysis.

During the study a number of protocol violations other than those identified as major in the SAP were reported, such as visits and/or assessments outside the allowed visit windows, missing assessments, minor differences in cross-titration dosing, doses other than specified in study protocol for occasional days or short periods, occasional missed doses etc.  They were documented in the Study Master File documentation when identified by the monitors but were judged to be minor and not to have an impact on or bias the study results.  These minor protocol deviations are not enclosed in this report.

During IVRS randomisation, there were a number of data entry errors that led to incorrect randomisation of the patients to the wrong strata.  No further actions were taken for these patients, they continued on the allocated treatment.  These patients were not excluded from the PP.

## 6.4    Patient populations analysed (analysis sets)

The patient populations analysed and the number of patients in each population are summarised in Table 22.  Definitions of the analysis sets are given in Section 5.7.3.

**Table 22          Analysis sets**

|  | Quetiapine | Olanzapine | Risperidone | Total |
|---|---|---|---|---|
|  | N | N | N | N |
| All patients enrolled |  |  |  | 574 |
| Randomised | 168 | 169 | 173 | 510 |
| Safety[a] | 169 | 168 | 172 | 509 |
| ITT[b] | 168 | 169 | 172 | 509 |
| PAP[c] | 115 | 146 | 134 | 395 |
| PP | 98 | 126 | 106 | 330 |

[a] Safety included randomised patients who had taken at least one dose of medication.
[b] ITT was similar to safety but classified patients according to the randomised treatment.

105

CONFIDENTIAL
AZSER12442049

Clinical Study Report
Edition Number 01
Study Code D1441C00125

c PAP (Primary Analysis Population) included all randomised patients who had randomisation (baseline) and week 24 assessments.
SOURCE DOCUMENT: ST_DEM_ANALYSIS_SETS_339.SAS GENERATED: 17:34:46 26JAN2006 DB version prod: 13

In total, 510 of the 574 enrolled patients were randomised to the treatment groups: 168 to the quetiapine group, 169 to the olanzapine group, and 173 to the risperidone group. Almost all of them (with the exception of 1 patient in the risperidone group) received investigational products, and were included in the safety population. One patient, who was randomised to the olanzapine group, received quetiapine instead. This patient was included in the quetiapine group in the safety analysis set, and in the olanzapine group in the ITT analysis set. Thus, the safety and the ITT populations differed by this single patient.

PAP was the population used for primary analysis. Patients in the ITT population were included in the PAP, if they had OGTT assessments both at baseline (randomisation) and at Week 24±4 weeks. A total of 395 patients were included in the PAP. Of these, 115 patients received quetiapine, 146 patients received olanzapine, and 134 patients received risperidone. The patient mentioned above, who was randomised to olanzapine but received quetiapine, was withdrawn before completion of the study and was not included in the PAP.

Criteria for exclusion of patients from the PP population are described in Section 6.3. Protocol deviations leading to exclusion of patients from PP analysis set were mainly restricted to patients meeting an exclusion criterion and to non-compliance. A separate PP analysis set was created only for the primary variable.

All decisions on inclusion or exclusion of patients to PAP and PP analyses were made while the key laboratory data were still blinded.

## 6.5     Demographic and other patient characteristics

The demographic and key baseline characteristics of study patients in the PAP are summarised in Table 23. For the demographic and baseline characteristics of the safety and PP populations, see Table 11.1.3-1 and Table 11.1.3-2, respectively. Listings of relevant demographic data, other baseline data and prior and concomitant medication for each randomised patient can be found in Appendix 12.2.4. Listing of baseline laboratory values including glucose and insulin data can be found together with other laboratory values in Appendix 12.2.8.

CONFIDENTIAL
AZSER12442050

Clinical Study Report
Edition Number 01
Study Code D1441C00125

**Table 23**             **Demographic and baseline characteristics (PAP)**

| | Quetiapine N=115 | Olanzapine N=146 | Risperidone N=134 | Total N=395 |
|---|---|---|---|---|
| Sex: n (%) | | | | |
| Male | 76 (66.1) | 97 (66.4) | 87 (64.9) | 260 (65.8) |
| Female | 39 (33.9) | 49 (33.6) | 47 (35.1) | 135 (34.2) |
| Age (years)[a] | | | | |
| n[b] | 115 | 146 | 134 | 395 |
| Mean (SD) | 39.4 (11.1) | 40.5 (10.4) | 38.3 (11.1) | 39.5 (10.9) |
| Median | 39.0 | 41.0 | 37.0 | 40.0 |
| Min to max | 20 to 63 | 19 to 65 | 19 to 62 | 19 to 65 |
| Age distribution[a] : n (%) | | | | |
| 18 to 50 | 95 (82.6) | 121 (82.9) | 110 (82.1) | 326 (82.5) |
| 51 to 65 | 20 (17.4) | 25 (17.1) | 24 (17.9) | 69 (17.5) |
| Race/ethnicity: n (%) | | | | |
| Caucasian | 104 (90.4) | 134 (91.8) | 116 (86.6) | 354 (89.6) |
| Black | 9 (7.8) | 11 (7.5) | 15 (11.2) | 35 (8.9) |
| Other[d] | 2 (1.7) | 1 (0.7) | 3 (2.2) | 6 (1.5) |
| Weight (kg) | | | | |
| n[b] | 115 | 146 | 134 | 395 |
| Mean (SD) | 73.6 (15.4) | 71.9 (14.6) | 72.1 (15.8) | 72.5 (15.2) |
| Median | 69.5 | 70.1 | 69.0 | 69.5 |
| Min to max | 43 to 116 | 46 to 121 | 42 to 117 | 42 to 121 |
| BMI (kg/m$^2$): n (%) | | | | |
| <18.5 | 8 (7.0) | 10 (6.8) | 9 (6.7) | 27 (6.8) |
| 18.5 to <25 | 54 (47.0) | 72 (49.3) | 70 (52.2) | 196 (49.6) |
| 25 to <30 | 37 (32.2) | 43 (29.5) | 35 (26.1) | 115 (29.1) |
| ≥ 30 | 16 (13.9) | 21 (14.4) | 20 (14.9) | 57 (14.4) |
| Smoking[c] | 67 (58.3) | 86 (58.9) | 86 (64.2) | 239 (60.5) |

[a] At randomisation.
[b] Number of patients with non-missing values.
[c] Current smoker or any other nicotine use at enrolment.
[d] Other race was mixed race.
SOURCE DOCUMENT: ETI_DEM_CHAR32.SAS GENERATED: 11:33:16 25JAN2006 DB version prod: 13

Sex distribution in the PAP was similar across the groups, with about 66% male and 34% female patients.  The mean age of patients entering the study was 39.5 years; the proportion of patients in age categories 18 to 50 and 51 to 65 years was 83% and 17%, respectively.  The majority of the patients were Caucasian (about 90 % in all groups).  Mean weight of patients entering the study was 72.5 kg, and the predominant BMI categories were 18.5 to <25 (50%) and 25 to <30 (29%).  There were no notable differences between the groups neither in

CONFIDENTIAL
AZSER12442051

Clinical Study Report
Edition Number 01
Study Code D1441C00125

baseline weight and BMI, nor in the proportions of patients in different BMI categories. Overall, the treatment groups were well matched with respect to demographic characteristics.

Disease characteristics at baseline (DMS-IV diagnosis of schizophrenia subtype) for the PAP are presented in Table 24. Baseline disease characteristics for the safety and PP populations are summarised in Table 11.1.3-3 and Table 11.1.3-4, respectively (Section 11.1.3). In all treatment groups, paranoid schizophrenic subtype was predominant (about 74%).

**Table 24          Baseline disease characteristics (PAP)**

|  | Quetiapine N=115 | Olanzapine N=146 | Risperidone N=134 | Total N=395 |
|---|---|---|---|---|
| DSM-IV diagnosis, schizophrenic subtype: n (%) |  |  |  |  |
| Disorganized | 4 (3.5) | 5 (3.4) | 1 (0.7) | 10 (2.5) |
| Catatonic | 0 (0.0) | 1 (0.7) | 0 (0.0) | 1 (0.3) |
| Paranoid | 91 (79.1) | 105 (71.9) | 97 (72.4) | 293 (74.2) |
| Residual | 12 (10.4) | 25 (17.1) | 20 (14.9) | 57 (14.4) |
| Undifferentiated | 8 (7.0) | 10 (6.8) | 16 (11.9) | 34 (8.6) |

SOURCE DOCUMENT: ETI_DEM_DISEASE34.SAS GENERATED: 11:38:01 25JAN2006 DB version prod: 13

Psychiatric history for the PAP is summarised in Table 25. Psychiatric history for the safety and PP populations is presented in Table 11.1.3-5 and Table 11.1.3-6, respectively.

**Table 25          Psychiatric history (PAP)**

|  | Quetiapine N=115 | Olanzapine N=146 | Risperidone N=134 | Total N=395 |
|---|---|---|---|---|
| Years since first known diagnosis of schizophrenia[a] |  |  |  |  |
| n[b] | 115 | 146 | 134 | 395 |
| Mean (SD) | 11.1 (10.2) | 12.6 (10.5) | 10.2 (9.7) | 11.4 (10.2) |
| Median | 7.0 | 10.0 | 7.5 | 8.0 |
| Min to max | 0 to 42 | 0 to 40 | 0 to 39 | 0 to 42 |
| Number (%) of patients having family members with known diagnosis of schizophrenia | 23 (20.0) | 23 (15.8) | 25 (18.7) | 71 (18.0) |
| Total number (%) of schizophrenic episodes over lifetime |  |  |  |  |
| 1 episode | 14 (12.2) | 21 (14.4) | 27 (20.1) | 62 (15.7) |
| 2-3 episodes | 41 (35.7) | 35 (24.0) | 45 (33.6) | 121 (30.6) |
| >3 episodes | 60 (52.2) | 86 (58.9) | 60 (44.8) | 206 (52.2) |

[a] Difference between the year of enrolment and the year of first known diagnosis.
[b] Number of patients with non-missing values.
SOURCE DOCUMENT: ST_PSY408.SAS GENERATED: 11:04:17 24FEB2006 DB version prod: 13

CONFIDENTIAL
AZSER12442052

Clinical Study Report
Edition Number 01
Study Code D1441C00125

The treatment groups were generally well-balanced with regards to different aspects of psychiatric history, with the exception of the proportion of patients who had 1 schizophrenic episode over life time.  In the quetiapine and olanzapine groups, the proportions of patients with 1 episode were similar (12% and 14%, respectively), while in the risperidone group, a larger proportion of patients (about 20%) belonged to this category.  In the safety population, the proportion of patients with 1 episode was similar across treatment groups (see Table 11.1.3-5).

Baseline CGI-S scores were similar (4.0) in all treatment groups at randomisation (see Table 11.2.1-3 and Table 11.2.1-4 for development over time in CGI-S scores for the PAP and ITT populations, respectively).

Baseline (randomization) glucose metabolism and lipid characteristics for the PAP population are presented in Table 26.

**Table 26          Baseline metabolism characteristics (PAP)**

| | Quetiapine N=115 | | Olanzapine N=146 | | Risperidone N=134 | |
|---|---|---|---|---|---|---|
| | $N^a$ | Mean (SD) | $N^a$ | Mean (SD) | $N^a$ | Mean (SD) |
| Fasting plasma glucose (mmol/L) | 113 | 5.14 (0.67) | 143 | 5.199 (0.99) | 132 | 5.203 (0.66) |
| Two-hour glucose (mmol/L) | 109 | 5.934 (1.86) | 145 | 6.163 (2.33) | 128 | 6.266 (2.13) |
| Haemoglobin $A_{1c}$ (%) | 106 | 5.329 (0.43) | 140 | 5.323 (0.39) | 128 | 5.332 (0.49) |
| Fasting plasma insulin (µIU/ml) (geometric mean (CV)) | 82 | 5.209 (79.9) | 117 | 5.363 (63.7) | 113 | 5.442 (52.5) |
| AUC of plasma insulin values following OGTT (µIU/ml x h) (geometric mean (CV)) | 84 | 80.28 (64.9) | 111 | 71.26 (68.7) | 103 | 67.58 (56.9) |
| Index of insulin sensitivity (ISI) (geometric mean (CV)) | 76 | 108.5 (64.4) | 112 | 118 (69.6) | 103 | 118.3 (64.5) |
| Homeostastasis model assessment (HOMA) (geometric mean (CV)) | 82 | 1.183 (89.8) | 117 | 1.227 (69.7) | 112 | 1.257 (54.7) |
| C-peptide (pmol/L) | 90 | 747.3 (366) | 118 | 735.3 (300) | 110 | 742.2 (346) |
| Fasting lipids: | | | | | | |
|     Total cholesterol (mmol/L) | 107 | 4.992 (1.22) | 142 | 4.976 (1.24) | 124 | 5.044 (1.04) |
|     HDL (mmol/L) | 89 | 1.088 (0.29) | 116 | 1.128 (0.29) | 106 | 1.162 (0.36) |
|     LDL (mmol/L) | 108 | 3.053 (0.95) | 142 | 3.157 (1) | 125 | 3.149 (0.84) |
|     Triglycerides (mmol/L) | 104 | 1.877 (1.46) | 142 | 1.65 (0.84) | 123 | 1.741 (1.02) |

[a]     Number of patients with non-missing values.

The treatment groups were well-balanced with regards to glucose metabolism and lipid characteristics at baseline.

109

CONFIDENTIAL
AZSER12442053

Clinical Study Report
Edition Number 01
Study Code D1441C00125

## 6.6    Treatment compliance and use of concomitant medication

### 6.6.1    Treatment compliance

Patients were considered compliant if they rated ≥70% to ≤120%.  Patients with compliance <70% or >120% during the treatment period and/or the last month preceeding OGTT at Week 24 were considered non-compliant and excluded from the PP population.  Compliance was calculated between the first and last dose of study medication and all tablets not returned were assumed to be consumed.

Treatment compliance for the PAP is summarised in Table 27.  Corresponding data for safety and PP populations are presented in Table 11.1.4-1 and Table 11.1.4-2, respectively.

**Table 27            Compliance in intake of investigational product (PAP)**

|  | Quetiapine N=115 | Olanzapine N=146 | Risperidone N=134 |
|---|---|---|---|
|  | n (%) | n (%) | n (%) |
| Compliance[a] |  |  |  |
|   <70 % | 0 (0.0) | 0 (0.0) | 2 (1.5) |
|   ≥70 - ≤120 % | 113 (98.3) | 145 (99.3) | 131 (97.8) |
|   >120 % | 2 (1.7) | 1 (0.7) | 1 (0.7) |

[a] Compliance calculated based on the difference between the number of dispensed and returned tablets.
SOURCE DOCUMENT: ST_SAC_COMPL115.SAS GENERATED: 11:05:27 24FEB2006 DB version prod: 13

Overall compliance was high (about 98%) in the PAP, and similar across treatment groups.

Listings of individual patient data for patients in the safety population on total compliance and compliance for the last study period preceeding Week 24 can be found in Appendix 12.2.5.  For some patients in this listing, the programmed values are clearly not correct due to missing and incomplete data in the CRF (eg, patients E1006023, (172,8%), E1606001 (228.6%), E1803006 (221.1%), E1701004 (197.1%), 1701006 (4.2%), E1701007 (3.8%)).  These values do not give the true picture of these patients compliance, and the high values in these cases does not reflect overdosing.  None of these patients was included in the PP analysis.

### 6.6.2    Concomitant medication

#### 6.6.2.1    Use of concomitant medication at study entry

The use of all concomitant medication was reported from enrolment and during the study.  No data were required to be reported on medications withdrawn prior to enrolment.  The use of psychoactive medications at randomisation in the PAP is summarised in Table 28.  Corresponding data for safety and PP populations is presented in Table 11.1.4-3 and Table 11.1.4-4, respectively.  Listings of individual patient data on concomitant medications can be found in Appendix 12.2.4.  For occasional patients, the investigator had recorded also

CONFIDENTIAL
AZSER12442054

Clinical Study Report
Edition Number 01
Study Code D1441C00125

medications withdrawn during the months preceeding enrolment, in which case that information is included on the list, although not required by the protocol.

**Table 28**          **Use of psychoactive medication at randomisation (PAP)**

| | Quetiapine N=115 | Olanzapine N=146 | Risperidone N=134 |
|---|---|---|---|
| | $n^a$ (%) | $n^a$ (%) | $n^a$ (%) |
| Any antipsychotic medication[b-d] | 82 (71.3) | 104 (71.2) | 97 (72.4) |
| Typical antipsychotics[b], oral use | 62 (53.9) | 84 (57.5) | 77 (57.5) |
| Typical antipsychotics[b], intramuscular use | 13 (11.3) | 13 (8.9) | 21 (15.7) |
| Atypical antipsychotics[c] | 1 (0.9) | 1 (0.7) | 0 |
| Other antipsychotics[d] | 14 (12.2) | 20 (13.7) | 14 (10.4) |
| >1 antipsychotic[b-d] | 24 (20.9) | 25 (17.1) | 26 (19.4) |
| No antipsychotic medication | 33 (28.7) | 42 (28.8) | 37 (27.6) |
| Anxiolytics/hypnotics or sedatives[e] | 19 (16.5) | 19 (13.0) | 16 (11.9) |
| Lorazepam/oxazepam/alprazolam | 5 (4.3) | 5 (3.4) | 3 (2.2) |
| Sleep medication | 11 (9.6) | 13 (8.9) | 11 (8.2) |
| Other | 8 (7.0) | 7 (4.8) | 5 (3.7) |
| No anxiolytics/hypnotics or sedatives[e] | 96 (83.5) | 127 (87.0) | 118 (88.1) |

[a]  Number of patients receiving medication at randomisation.
[b]  Medications with ATC codes N05AA, N05AB, N05AC, N05AD, N05AE, N05AF, N05AG, N05AH (excluding atypical antipsychotics).
[c]  Ziprasidone, aripiprazol, sertindole or clozapine.
[d]  Medications with ATC code N05A, excluding medications included in b-c.
[e]  Medications with ATC codes  NO3AE, N05B, N05C.
SOURCE DOCUMENT: ST_MED_PSYCHO417.SAS GENERATED: 11:36:25 25JAN2006 DB version prod: 13

Overall, the treatment groups were well matched with respect to current use of concomitant medication.

Most patients (about 72%) used antipsychotic medication at time of randomisation, and about 20% received >1 antipsychotic.  Approximately 68% of the patients were treated with typical antipsychotics, and very few with atypical antipsychotics.  This was in accordance with the medical practice in the countries where the majority of patients were recruited, as the access to atypicals was limited in these countries at the time of the study's initiation.  Risperidone, olanzapine, quetiapine, clozapine and chlorpromazine were not allowed within 3 months prior to randomisation.  Ziprasidone, aripiprazole or sertindole were allowed, but only 2 patients used any of these at time of randomisation.  The patients were tapered off of their previous antipsychotic medication during the cross-titration period.

Approximately 28% did not use any antipsychotic at time of randomisation.  However, it is not known if they were drug-naïve prior to the study, or if they had a previous history of antipsychotic medication but discontinued treatment before randomisation.

CONFIDENTIAL
AZSER12442055

Clinical Study Report
Edition Number 01
Study Code D1441C00125

Relatively few patients (approximately 15%) used anxiolytics, hypnotics or sedatives at time of randomisation.

One patient in the quetiapine group (E1402012) was randomised only 7 days after last flupentixol injection and was excluded from the PP population for violating exclusion criteria 2, incorrect usage of prohibited concomitant medication at study entry (see Section 6.3 and Table 11.1.2-1).

### 6.6.2.2    Use of concomitant medication after randomisation

Use of psychoactive medications and medications affecting glucose metabolism and insulin sensitivity were restricted or prohibited during the study with the exception of a few allowed medications (see Section 5.4.5 for details).

Overall, the treatment groups showed similar use of concomitant medication. A summary of all concomitant medication used during treatment period for the safety population, by preferred name, sorted by decreasing order of frequency, is presented in Table 11.1.4-5. Listings of individual patient data on concomitant medications are found in Appendix 12.2.4.

The use of allowed benzodiazepine treatment during the treatment period is shown in Table 29.

**Table 29          Lorazepam/oxazepam/alprazolam use over time (PAP)**

| Treatment interval (weeks since randomisation) | Quetiapine N=115 | | Olanzapine N=146 | | Risperidone N=134 | |
|---|---|---|---|---|---|---|
| | n[a] | n[b] (%) | n[a] | n[b] (%) | n[a] | n[b] (%) |
| ≤12 | 115 | 15 (13.0) | 146 | 19 (13.0) | 134 | 20 (14.9) |
| ≤4 | 115 | 11 (9.6) | 146 | 14 (9.6) | 134 | 12 (9.0) |
| >4 to ≤8 | 115 | 8 (7.0) | 146 | 10 (6.8) | 134 | 8 (6.0) |
| >8 to ≤12 | 115 | 6 (5.2) | 146 | 10 (6.8) | 134 | 13 (9.7) |
| >12 to ≤24 | 115 | 9 (7.8) | 146 | 6 (4.1) | 134 | 16 (11.9) |
| >12 to ≤16 | 115 | 6 (5.2) | 146 | 6 (4.1) | 134 | 11 (8.2) |
| >16 to ≤20 | 115 | 4 (3.5) | 146 | 3 (2.1) | 134 | 10 (7.5) |
| >20 to ≤24 | 115 | 7 (6.1) | 146 | 3 (2.1) | 133 | 7 (5.3) |
| >24 | 45 | 4 (8.9) | 35 | 0 | 45 | 2 (4.4) |
| Total | 115 | 20 (17.4) | 146 | 19 (13.0) | 134 | 25 (18.7) |

[a] Number of patients in the study at the start of the treatment interval.
[b] Number of patients receiving at least one dose of lorazepam,alprazolam or oxazepam during the treatment interval.
Note: Medications used during screening period or during 30 day AE follow-up period not included in this table.
SOURCE DOCUMENT: ST_MED_LORAOXA107.SAS GENERATED: 17:37:21 23MAR2006 DB version prod: 13

Concomitant total use of lorazepam, oxazepam or alprazolam at any time during the treatment period was similar in the quetiapine group (17.4%) and risperidone group (18.7%) and slightly

112

CONFIDENTIAL
AZSER12442056

Clinical Study Report
Edition Number 01
Study Code D1441C00125

lower in the olanzpaine group (13%).  There was a decrease in the use of these medications over time in all groups.  The use of lorazepam, oxazepam or alprazolam was unlikely to affect the results of the safety or efficacy analysis.

The use of allowed sleep medication during the treatment period is shown in Table 30.

**Table 30**          **Sleep medication use over time (PAP)**

| Treatment interval (weeks since randomisation) | Quetiapine N=115 | | Olanzapine N=146 | | Risperidone N=134 | |
|---|---|---|---|---|---|---|
| | $n^a$ | $n^b$ (%) | $n^a$ | $n^b$ (%) | $n^a$ | $n^b$ (%) |
| ≤12 | 115 | 18 (15.7) | 146 | 23 (15.8) | 134 | 27 (20.1) |
| ≤4 | 115 | 17 (14.8) | 146 | 21 (14.4) | 134 | 23 (17.2) |
| >4 to ≤8 | 115 | 9 (7.8) | 146 | 15 (10.3) | 134 | 19 (14.2) |
| >8 ≤12 | 115 | 8 (7.0) | 146 | 14 (9.6) | 134 | 18 (13.4) |
| >12 to ≤24 | 115 | 7 (6.1) | 146 | 13 (8.9) | 134 | 19 (14.2) |
| >12 to ≤16 | 115 | 6 (5.2) | 146 | 12 (8.2) | 134 | 17 (12.7) |
| >16 to ≤20 | 115 | 6 (5.2) | 146 | 12 (8.2) | 134 | 17 (12.7) |
| >20 to ≤24 | 115 | 4 (3.5) | 146 | 10 (6.8) | 133 | 15 (11.3) |
| >24 | 45 | 2 (4.4) | 35 | 3 (8.6) | 45 | 1 (2.2) |
| Total | 115 | 19 (16.5) | 146 | 25 (17.1) | 134 | 31 (23.1) |

a  Number of patients in the study at the start of the treatment interval.
b  Number of patients receiving at least one dose medication with reason for therapy insomnia, dyssomnia, sleeplessness or sleep disorder during the treatment interval.
Note: Medications used during screening period or during 30 day AE follow-up period not included in this table.
SOURCE DOCUMENT: ST_MED_SLEEP109.SAS GENERATED: 17:37:49 23MAR2006 DB version prod: 13

The use of sleep medication at any time during the treatment period was slightly higher in the risperidone group throughout the study.  A total of 23.1% of patients used sleep medication in the risperidone group, while in the quetiapine and olanzapine groups the corresponding proportion was 16.5% and 17.1% of patients, respectively.  There was a decrease in the use of sleep medication over time in all groups.  The concomitant use of sleep medication was unlikely to affect the results of the safety or efficacy analysis.

The use of anticholinergic medication for treatment of emergent EPS-related AEs during the study was a secondary study objective and is discussed in Section 8.7.5.3.

The use of anti-lipid medication was sporadic.  Only 1 patient in the quetiapine group used simvastatin.

Deviations from the protocol list of restricted/prohibited medications were recorded for a small number of patients in the safety population and were distributed across all 3 treatment groups.  These viations were generally considered minor and unlikely to affect the results of the safety or efficacy analysis.  However, 6 patients were excluded from the PP population

CONFIDENTIAL
AZSER12442057

Clinical Study Report
Edition Number 01
Study Code D1441C00125

due to deviations related to use of concomitant medication considered to potentially affect glucose metabolism or study medication (see also Section 6.3 and Table 11.1.2-1).  Among the medications used were simvastatin, hydrocortisone, flunitrazepam, zuclopenthixol, haloperidol and cytochrome P450 inhibitors such as azithromycin and clarithomycin.

## 6.7    Conclusions on study patients

The number of randomised patients and evaluable data were appropriate to meet the design requirements and to provide adequate statistical power to the study.  There was no noticable difference between the PAP, safety and PP populations with regard to distribution of demographic and baseline characteristics.  As most of the patients were recruited in Europe, 90% were Caucasians.  The mean weight (72.5 kg in the PAP) and BMI distribution were representative for the European schizophrenic patient population.  The predominance of men in this study is probably explained by the restrictions due to birth control specified for enrolling women of childbearing age.

The patients participating in the study had schizophrenia of predominantly paranoid subtype.  The mean baseline CGI Severity of Illness score was similar (4.0) in all treatment groups.

The calculated compliance with study medication was high in all 3 treatment groups (97.8% to 99.3%).  The usage of concomitant medication was evenly distributed between the groups and reasonable in the clinical context.  However, the study population was selected to preclude usage of atypical antipsychotics prior to the study.  As a result, the use of atypical antipsychotics was much lower in the study population than in the general schizophrenic population.

Most of the exclusions from the PP population were due to meeting an exclusion criterion (fasting glucose $\geq 7.0$ mmol/L or a 2h-glucose $\geq 11.1$ mmol/L at randomisation) or non-compliance.

Overall, the 3 treatment groups were well matched with respect to demographic, disease, and glucose metabolism characteristics at baseline.  The patient population recruited to the study was adequately representative of the general target population, ie, schizophrenic patients.

CONFIDENTIAL
AZSER12442058

Clinical Study Report
Edition Number 01
Study Code D1441C00125

# 7.   EFFICACY AND PHARMACOKINETIC (NOT APPLICABLE) RESULTS

A summary of the efficacy results is given in Section 7.1.  Full results are given in following sections, and any issues potentially affecting these results are discussed in Section 7.6.  Conclusions on efficacy are given in Section 7.7.

## 7.1   Summary of efficacy and pharmacokinetic (not applicable) results

As the main purpose of this study was to compare the safety/tolerability profiles of quetiapine and olanzapine on glucose metabolism in schizophrenic patients, the results for the primary variable are presented in Section 8.5.1, along with other safety and tolerability variables.

The current section presents the results for the secondary efficacy variables CGI-S and CGI-I scores, as well as the results for the variables related to patients' well-being measured by PETiT, and patient-reported reasons for compliance and non-compliance measured by ROMI.

The vast majority of patients in all treatment groups improved during the study in their symptoms of schizophrenia.  The improvement was similar across the treatment groups.

The proportion of patients with CGI-S score ≤3 at Week 24 in the ITT, LOCF population was 70.2% in the quetiapine group, 75.7% in the olanzapine group, and 74.3% in the risperidone group.  In the PAP, this proportion was 79.6% in the quetiapine group, 77.9% in the olanzapine group, and 82.7 % in the risperidone group.  The mean CGI-S scores improved equally in all treatments groups from 4 at randomisation to about 2.9 at Week 24 in the ITT population, and from 4 to 2.7 in the PAP population.

The proportion of patients with CGI-I score of "very much improved" or "much improved" at Week 24 in ITT, LOCF population was 57.7% for the quetiapine, 63.9% for the olanzapine, and 55.6% for the risperidone treatment group.  The mean CGI-I score at Week 24 in the ITT, LOCF population was 2.3 in the olanzapine group, 2.7 in the quetiapine group and 2.6 in the risperidone group.  The mean CGI-I scores showed similar improvement over time for all 3 treatment groups from Week 1 to Week 12 in both PAP and ITT, and at Week 24 in PAP (from about 3.5 at Week 1 to about 2.5 at Week 24).

The patients' well-being, treatment satisfaction, and attitude to compliance and non-compliance as measured by PETiT and ROMI scales were notably improved at Week 24 in the quetiapine, olanzapine and risperidone treatment groups.  The benefits were similar across the treatment groups.

Table 31 shows where the data supporting this section are presented.

115

CONFIDENTIAL
AZSER12442059

Clinical Study Report
Edition Number 01
Study Code D1441C00125

**Table 31**          **Location of supporting data on efficacy and PRO variables**

| Data | Location | |
|---|---|---|
| | **Summary tables (Section 11.2)** | **Individual patient data (Appendix 12.2.6)** |
| **Primary variable** | | |
| Not applicable, as the primary variable in this study is related to safety and is presented in Section 8.5.1. | | |
| **Secondary variables** | | |
| The proportion of patients with a CGI-S ≤3 at randomisation and Week 24 | Table 11.2.1-1  to Table 11.2.1-4 | Appendix 12.2.6-3 |
| CGI-I score at Week 24 | Table 11.2.1-5 and Table 11.2.1-6 | Appendix 12.2.6-1 |
| Proportion of patients with a CGI-I score of "very much improved" or "much improved" at Week 24 | Not applicable | Appendix 12.2.6-2 |
| Change from randomisation and absolute value at Week 12 and Week 24/end of treatment in PETiT total score (item 1-30) | Table 11.2.2-1 to Table 11.2.2-4 | Appendix 12.2.6-5 |
| Change from randomisation and absolute value at Week 12 and at Week 24/end of treatment in PETiT treatment satisfaction subscore (item 25-30) | Table 11.2.2-1 to Table 11.2.2-4 | Appendix 12.2.6-5 |
| Change from randomisation and absolute value at Week 12 and at Week 24/end of treatment in ROMI compliance score (ROMI-C) | Table 11.2.3.1-1 and Table 11.2.3.1-5 to Table 11.2.3.1-7 | Appendix 12.2.6-4 |
| The proportion of patients answering "strong" on individual ROMI-C items | Table 11.2.3.1-2 to Table 11.2.3.1-4 | Appendix 12.2.6-4 |
| Change from randomisation and absolute value at Week 12 and at Week 24/end of treatment in ROMI non-compliance score (ROMI-NC) | Table 11.2.3.2-1 and Table 11.2.3.2-5 to Table 11.2.3.2-7 | Appendix 12.2.6-4 |

CONFIDENTIAL
AZSER12442060

Clinical Study Report
Edition Number 01
Study Code D1441C00125

**Table 31          Location of supporting data on efficacy and PRO variables**

| Data | Location | |
|---|---|---|
| | Summary tables (Section 11.2) | Individual patient data (Appendix 12.2.6) |
| The proportion of patients answering "strong" on individual ROMI-NC items | Table 11.2.3.2-2 to Table 11.2.3.2-4 | Appendix 12.2.6-4 |

## 7.2        Efficacy results

### 7.2.1        Primary efficacy variable (not applicable)

The main purpose of this study is to compare the safety and tolerability profile of quetiapine, olanzapine and risperidone.  The results for the primary variable are presented in Section 8.5.1, along with other safety and tolerability variables.

### 7.2.2        Secondary efficacy variables: CGI

#### 7.2.2.1        CGI Severity of Illness

The proportion of patients with a CGI-S score ≤3 at randomisation and at Week 24 for ITT population is shown in Table 32.  The descriptive statistics of the development over time in this variable for the PAP and ITT populations can be found in Table 11.2.1-1 and Table 11.2.1-2, respectively.  A listing of patients with CGI-S score ≤3 per visit is shown in Appendix 12.2.6-3.

**Table 32          Patients with CGI-S score ≤3 (ITT, LOCF)**

| | Quetiapine N=168 | | Olanzapine N=169 | | Risperidone N=172 | |
|---|---|---|---|---|---|---|
| | n[a] | n[b] (%) | n[a] | n[b] (%) | n[a] | n[b] (%) |
| Proportion of patients with CGI-S score ≤3 | | | | | | |
| Randomisation | 168 | 47 (28.0) | 169 | 48 (28.4) | 172 | 44 (25.6) |
| Week 24 | 168 | 118 (70.2) | 169 | 128 (75.7) | 171 | 127 (74.3) |

[a] Number of patients with non-missing values.
[b] Number of patients with CGI-S score ≤3.
SOURCE DOCUMENT: ETI_CGI_S_327.SAS GENERATED: 15:25:36 27JAN2006 DB version prod: 13

The proportion of patients with CGI- S score ≤3 was similar at baseline across the treatment groups.  At Week 24, the vast majority of patients were improved across all treatment groups.  In the ITT population, the proportion of patients with CGI- S score ≤3 at Week 24 was 70.2% in the quetiapine group, 75.7% in the olanzapine group, and 74.3% in the risperidone group.  In the PAP, the proportion of patients with CGI- S score ≤3 at Week 24 was 79.6% in the quetiapine group, 77.9% in the olanzapine group, and 82.7 % in the risperidone group (see Table 11.2.1-1).

CONFIDENTIAL
AZSER12442061

Clinical Study Report
Edition Number 01
Study Code D1441C00125

The descriptive statistics of the development over time in mean CGI-S scores at each visit for the PAP and ITT populations is presented in Table 11.2.1-3 and Table 11.2.1-4, respectively. Mean CGI-S scores were similar at baseline across the treatment groups. All treatment groups showed a lower mean CGI-S score at Week 12 and Week 24 compared to baseline. In all groups, the improvement in CGI-S was larger from randomisation to Week 12, than from Week 12 to Week 24. The mean CGI-S scores improved equally in all treatments groups from 4 at randomisation to 2.7 at Week 24 in the PAP population, and from 4 to about 2.9 in the ITT population. Thus, the improvement in mean CGI-S scores and the proportion of patients with CGI-S score $\leq 3$ at Week 24 were similar for all treatment groups.

### 7.2.2.2    CGI Global Improvement

The development over time in the proportion of patients with CGI-I score of "very much improved" or "much improved" for ITT is shown in Table 33. A listing of patients with CGI-I score of "very much improved" or "much improved" at the final assessment can be found in Appendix 12.2.6-2.

**Table 33          Patients with CGI-I score of very much improved or much improved, development over time (ITT, LOCF)**

|  | Quetiapine N=168 | | Olanzapine N=169 | | Risperidone N=172 | |
|---|---|---|---|---|---|---|
|  | $n^a$ | $n^b$ (%) | $n^a$ | $n^b$ (%) | $n^a$ | $n^b$ (%) |
| CGI-I score of very much improved or much improved | | | | | | |
| Week 1 | 168 | 18 (10.7) | 169 | 21 (12.4) | 170 | 17 (10.0) |
| Week 4 | 168 | 56 (33.3) | 169 | 59 (34.9) | 171 | 56 (32.7) |
| Week 8 | 168 | 76 (45.2) | 169 | 81 (47.9) | 171 | 73 (42.7) |
| Week 12 | 168 | 90 (53.6) | 169 | 89 (52.7) | 171 | 81 (47.4) |
| Week 16 | 168 | 98 (58.3) | 169 | 98 (58.0) | 171 | 86 (50.3) |
| Week 20 | 168 | 93 (55.4) | 169 | 103 (60.9) | 171 | 90 (52.6) |
| Week 24 | 168 | 97 (57.7) | 169 | 108 (63.9) | 171 | 95 (55.6) |

[a] Number of patients with non-missing values.
[b] Number of patients with CGI-I score of very much improved or much improved .
SOURCE DOCUMENT: ETI_CGI_I_329.SAS GENERATED: 18:01:44 04APR2006 DB version prod: 13

The vast majority of patients improved during the treatment across all treatment groups, as shown by the proportion of patients with CGI-I score of "very much improved" or "much improved". At Week 24 or last observation, this proportion was 57.7% for the quetiapine, 63.9% for the olanzapine, and 55.6% for the risperidone treatment group in the ITT population.

The mean CGI-I scores at Week 24 for the ITT population are summarised by treatment group in Table 34. Descriptive statistics of development over time in CGI-I scores for PAP and ITT populations can be found in  Table 11.2.1-5 and Table 11.2.1-6, respectively.

CONFIDENTIAL
AZSER12442062

Clinical Study Report
Edition Number 01
Study Code D1441C00125

**Table 34** **CGI-I score (ITT, LOCF)**

| | Quetiapine N=168 | | Olanzapine N=169 | | Risperidone N=172 | |
|---|---|---|---|---|---|---|
| | n[a] | Mean (SD) | n[a] | Mean (SD) | n[a] | Mean (SD) |
| CGI-I score | | | | | | |
| Week 24 | 168 | 2.7 (1.5) | 169 | 2.3 (1.1) | 171 | 2.6 (1.4) |

[a] Number of patients with non-missing values.
SOURCE DOCUMENT: ETI_CGI_I_W24_328.SAS GENERATED: 15:22:28 27JAN2006 DB version prod: 13

In the ITT population, the mean CGI-I score at Week 24 was 2.7 in the quetiapine group, 2.3 in the olanzapine group, and 2.6 in the risperidone group.

The mean CGI-I scores showed similar improvement over time for all 3 treatment groups from Week 1 to Week 12 in both PAP and ITT, and at Week 24 in PAP (from about 3.5 at Week 1 to about 2.5 at Week 24) (see Table 11.2.1-5 and Table 11.2.1-6).

## 7.3 Patient Reported Outcomes

### 7.3.1 PETIT

Change from randomisation at Week 24 in PETiT scores for well-being and treatment satisfaction is shown by treatment group in Table 35. Pairwise comparisons between the treatment groups at Week 24 are summarised in Table 36. The corresponding data for Week 12 can be found in Table 11.2.2-1 and Table 11.2.2-2. The descriptive statistics of the scores for well-being and treatment satisfaction at randomisation, Week 12 and Week 24 is presented in Table 11.2.2-3. Stability (Kappa) between Week 12 and Week 24 in well-being and treatment satisfaction is accounted for in Table 11.2.2-4. A listing of the patients' PETiT scores by visit can be found in Appendix 12.2.6-5.

**Table 35** **PETiT total score for well-being and treatment satisfaction, change from randomisation at Week 24 (PAP)**

| | | Quetiapine | Olanzapine | Risperidone |
|---|---|---|---|---|
| Total score for well-being (item 1-30) | | | | |
| n[a] | | 114 | 146 | 134 |
| Randomisation | Mean (SD) | 35.36 (9.01) | 35.76 (8.96) | 34.57 (10.7) |
| Change at Week 24 | LS mean (SE) | 6.075 (0.96) | 5.225 (0.87) | 6.306 (0.9) |
| | 95% CI | (4.192, 7.957) | (3.517, 6.932) | (4.543, 8.069) |
| Total score for treatment satisfaction (item 25-30) | | | | |
| n[a] | | 114 | 145 | 134 |
| Randomisation | Mean (SD) | 8.456 (2.3) | 8.738 (2.37) | 8.731 (2.05) |
| Change at Week 24 | LS mean (SE) | 1.272 (0.21) | 1.464 (0.19) | 1.519 (0.2) |

119

CONFIDENTIAL
AZSER12442063

Clinical Study Report
Edition Number 01
Study Code D1441C00125

**Table 35**       **PETiT total score for well-being and treatment satisfaction, change from randomisation at Week 24 (PAP)**

|  |  | Quetiapine | Olanzapine | Risperidone |
|---|---|---|---|---|
| 95% CI |  | (0.851, 1.693) | (1.081, 1.848) | (1.126, 1.913) |

<sup>a</sup> Number of patients with non-missing values at randomisation and Week 24.
Note: Analysis using ANCOVA with baseline value, age group and treatment as independent variables
SOURCE DOCUMENT: PETIT_01.SAS GENERATED:  9:00:53 10MAY2006 DB version prod: 13

**Table 36**       **PETiT total score for well-being and treatment satisfaction, treatment differences in change from randomisation at Week 24 (PAP)**

|  |  | Quetiapine - Olanzapine | Quetiapine - Risperidone | Olanzapine - Risperidone |
|---|---|---|---|---|
| Total score for well-being (item 1-30) |  |  |  |  |
| Change at Week 24 | LS mean (SE) | 0.85 (1.161) | -0.23 (1.184) | -1.08 (1.112) |
|  | 95% CI | (-1.43, 3.132) | (-2.56, 2.096) | (-3.27, 1.105) |
| Total score for treatment satisfaction (item 25-30) |  |  |  |  |
| Change at Week 24 | LS mean (SE) | -0.19 (0.26) | -0.25 (0.265) | -0.05 (0.249) |
|  | 95% CI | (-0.7, 0.319) | (-0.77, 0.274) | (-0.54, 0.435) |

Note: Analysis using ANCOVA with baseline value, age group and treatment as independent variables
SOURCE DOCUMENT: PETIT_02.SAS GENERATED: 14:45:42 03FEB2006 DB version prod: 13

The mean PETiT total scores at randomisation were similar across the 3 treatment groups. The mean changes from randomisation showed that well-being and treatment satisfaction were significantly improved at Week 24 in all 3 treatment groups.  The treatment effects for the 3 different groups were revealed already at Week 12, with no major changes from Week 12 to Week 24.  Overall, quetiapine had similar benefits as olanzapine and risperidone in well-being and treatment satisfaction.

### 7.3.2       ROMI

### 7.3.2.1     Compliance

Changes from randomisation at Week 24 in total ROMI-C in the 3 treatment groups are summarised in Table 37, and pairwise comparisons between treatments at Week 24 in Table 38.  The percentage of responses where patients report strong degree of influence for total ROMI-C at randomisation, Week 12 and Week 24 is shown in Table 11.2.3.1-1.  The proportions of patients reporting a strong degree of influence on individual ROMI-C items at randomisation, Week 12 and Week 24 are accounted for in Table 11.2.3.1-2, Table 11.2.3.1-3, and Table 11.2.3.1-4, respectively.  Changes from randomisation at Week 24 in individual ROMI-C items are presented in Table 11.2.3.1-5.  Treatment differences in changes from randomisation at Week 24 in individual ROMI-C items are presented in Table 11.2.3.1-6.  The stability (Kappa) of patient-reported reasons for compliance between Week 12 and Week 24

CONFIDENTIAL
AZSER12442064

Clinical Study Report
Edition Number 01
Study Code D1441C00125

(individual items and total ROMI-C) for the PAP is reported in Table 11.2.3.1-7.  A listing of the patients' ROMI scores by visit can be found in Appendix 12.2.6-4.

**Table 37          ROMI compliance (C), change from randomisation (ITT, LOCF)**

|  | Quetiapine N=168 | Olanzapine N=169 | Risperidone N=172 |
|---|---|---|---|
| Total sum of ROMI-C items |  |  |  |
| Randomisation |  |  |  |
| Mean (SD) | 19.65 (2.92) | 19.91 (2.83) | 20.01 (3.12) |
| Change at Week 24 |  |  |  |
| n[a] | 150 | 160 | 162 |
| Mean (SD) | 1.36 (3.31) | 0.96 (3.44) | 0.87 (3.52) |
| 95% CI | (0.83, 1.89) | (0.43, 1.49) | (0.33, 1.41) |

[a] Number of patients with non-missing values at randomisation and Week 24 (LOCF).
Note: Confidence Intervals based on normal approximation.
SOURCE DOCUMENT: ROMI_C_02.SAS GENERATED: 14:57:47 08MAY2006 DB version prod: 13

**Table 38          ROMI compliance (C), treatment differences in change from randomisation (ITT, LOCF)**

|  | Quetiapine-Olanzapine | Quetiapine-Risperidone | Olanzapine-Risperidone |
|---|---|---|---|
| Total sum of ROMI-C items |  |  |  |
| Change at Week 24 |  |  |  |
| Mean (SD) | 0.40 (4.77) | 0.49 (4.83) | 0.09 (4.92) |
| 95% CI | (-0.01, 0.81) | (0.08, 0.90) | (-0.32, 0.50) |

Note: Confidence intervals based on normal approximation.
SOURCE DOCUMENT: ROMI_C_03.SAS GENERATED: 18:04:16 07FEB2006 DB version prod: 13

The mean scores at randomisation in ROMI were similar in the 3 treatment groups.  The mean changes from randomisation at Week 24 showed that the attitude to compliance with strong degree of influence was significantly better in all 3 treatment arms.  Also, the treatment effects for the 3 different groups were revealed at Week 12.  Only minor additional benefits were seen after Week 12.  Overall, quetiapine had similar benefits as olanzapine and risperidone in attitude to compliance.

### 7.3.2.2     Non-compliance

Change from randomisation at Week 24 in total ROMI-NC is shown in Table 39, and pairwise comparisons between treatments at Week 24 in Table 40.  The percentage of responses with strong degree of influence for total ROMI-NC at randomisation, Week 12 and Week 24 is shown in  Table 11.2.3.2-1.  The proportion of patients reporting a strong degree of influence on individual ROMI-NC items at randomisation, Week 12 and Week 24 is shown in Table 11.2.3.2-2, Table 11.2.3.2-3, and Table 11.2.3.2-4, respectively.  Changes from randomisation

CONFIDENTIAL
AZSER12442065

Clinical Study Report
Edition Number 01
Study Code D1441C00125

at Week 24 in individual NC items and total ROMI-NC score can be found in Table 11.2.3.2-5, and treatment differences in individual ROMI-NC items at Week 24 in Table 11.2.3.2-6. The stability (Kappa) of patient-reported reasons for compliance between Week 12 and Week 24 (individual items and total ROMI-NC) for the PAP is reported in Table 11.2.3.2-7.

**Table 39**          **ROMI non-compliance (NC), change from randomisation (ITT, LOCF)**

|  | Quetiapine N=168 | Olanzapine N=169 | Risperidone N=172 |
|---|---|---|---|
| Total sum of ROMI-NC items |  |  |  |
| Randomisation |  |  |  |
|    Mean (SD) | 14.94 (3.35) | 15.16 (3.35) | 14.88 (3.36) |
| Change at Week 24 |  |  |  |
|    n[a] | 150 | 160 | 162 |
|    Mean (SD) | -0.95 (3.86) | -2.14 (3.25) | -1.23 (3.74) |
|    95% CI | (-1.57, -0.34) | (-2.64, -1.63) | (-1.80, -0.65) |

[a] Number of patients with non-missing values at randomisation and Week 24 (LOCF).
Note: Confidence Intervals based on normal approximation.
SOURCE DOCUMENT: ROMI_NC_02.SAS GENERATED: 14:58:22 08MAY2006 DB version prod: 13

**Table 40**          **ROMI non-compliance (NC), treatment differences in change from randomisation (ITT, LOCF)**

|  | Quetiapine-Olanzapine | Quetiapine-Risperidone | Olanzapine-Risperidone |
|---|---|---|---|
| Total sum of ROMI-NC items |  |  |  |
| Change at Week 24 |  |  |  |
|    Mean (SD) | 1.18 (5.05) | 0.28 (5.37) | -0.91 (4.95) |
|    95% CI | (0.76, 1.60) | (-0.16, 0.71) | (-1.32, -0.50) |

SOURCE DOCUMENT: ROMI_NC_03.SAS GENERATED: 18:04:51 07FEB2006 DB version prod: 13
Note: Confidence intervals based on normal approximation.

The mean changes from randomisation at Week 24 showed that the attitude to non-compliance with a strong degree of influence was significantly better than baseline in all 3 treatment groups. The treatment effects for the 3 groups were seen already at Week 12, with only minor additional benefits after that. Overall, quetiapine has similar benefits as olanzapine and risperidone in attitude to non-compliance.

122

CONFIDENTIAL
AZSER12442066

*Clinical Study Report*
*Edition Number 01*
*Study Code D1441C00125*

## 7.4      Health Economics results – Not applicable

## 7.5      Pharmacokinetic results – Not applicable

## 7.6      Potential issues affecting efficacy and pharmacokinetic results

### 7.6.1      Statistical and analytical issues

There was no focus on the efficacy measurements by CGI scale in this study, as the study had an open-label design, and the investigators who rated this scale may have been influenced by knowledge of the treatment.  Consequently, the analysis was done in an descriptive way only, without formal tests or confidence intervals.  Missing values were handled with an LOCF approach, which usually results in conservative estimates of treatment effects for this effect variable.  Due to the higher drop-out rate, the quetiapine group may be slightly negatively affected compared to the other treatments by the LOCF approach to the analysis of the ITT population.

## 7.7      Conclusions on efficacy and pharmacokinetic results

Conclusions on the efficacy results are summarised in Table 41 in relation to the specific efficacy objectives and the variables selected to address each objective.

123

CONFIDENTIAL
AZSER12442067

Clinical Study Report
Edition Number 01
Study Code D1441C00125

**Table 41        Efficacy and pharmacokinetic objectives, variables, and conclusions**

| Objective | Variables | Outcome | Conclusions |
|---|---|---|---|
| **Primary** | | | |
| Not applicable, as this study is a safety and tolerability study | | | |
| **Secondary** | | | |
| To document maintained efficacy of quetiapine, olanzapine and risperidone by evaluating clinical symptoms in patients with schizophrenia | The proportion of patients with a CGI-S score ≤3 at randomisation and at Week 24 | The proportion of patients with a CGI-S score ≤3 was greater at Week 24 compared to randomisation in the quetiapine, olanzapine and risperidone treatment groups, and similar across the groups. | The vast majority of patients improved in their symptoms of schizophrenia over the course of the study, as shown by CGI-S and CGI-I ratings.  The improvement was similar across the treatment groups. |
| | The CGI-I score at Week 24 | The ratings of the CGI-I showed improvement at Week 24 in the quetiapine, olanzapine and risperidone treatment groups, which was similar across the groups. | As the effects of quetiapine, olanzapine and risperidone on improvement of schizophrenia were similar, the flexible dose ranges used in the study were considered relevant for comparing the effects of the investigational products on glucose metabolism. |
| | The proportion of patients with CGI-I score of "very much improved" or "much improved" at Week 24 | The proportion of patients with CGI-I score of "very much improved" or "much improved" was greater at Week 24 compared to randomisation in the quetiapine, olanzapine and risperidone treatment groups, and similar across the groups. | |

124

CONFIDENTIAL
AZSER12442068

Clinical Study Report
Edition Number 01
Study Code D1441C00125

**Table 41      Efficacy and pharmacokinetic objectives, variables, and conclusions**

| Objective | Variables | Outcome | Conclusions |
|---|---|---|---|
| To compare the patients' well-being, measured by PETiT total score | Change from randomisation and absolute value at Week 12 and at Week 24/end of treatment in PETiT total score | Well-being was significantly improved at Week 24 in the quetiapine, olanzapine and risperidone treatment groups. The benefits were similar across the treatment groups. | The patients' general well-being and treatment satisfaction (as measured by PETiT scores) and attitude to compliance and non-compliance (as measured by ROMI-C and ROMI-NC scores) were improved at Week 24 in all treatment groups to a similar extent. |
| To compare the treatment satisfaction, measured by PETiT subscore | Change from randomisation and absolute value at Week 12 and at Week 24/end of treatment in PETiT treatment satisfaction subscore | Treatment satisfaction was significantly improved at Week 24 in the quetiapine, olanzapine and risperidone treatment groups. The benefits were similar across the treatment groups. | |
| To investigate the attitudes to compliance and non-compliance, measured by ROMI | Change from randomisation and absolute value at Week 12 and at Week 24/end of treatment in ROMI-C score | The attitude to compliance and non-compliance was significantly better at Week 24 in comparison with randomisation in the quetiapine, olanzapine and risperidone treatment groups. Quetiapine had similar benefits as olanzapine and risperidone. | |
| | Change from randomisation and absolute value at Week 12 and at Week 24/end of treatment in ROMI-NC score | | |
| | The proportion of patients answering "strong" on individual ROMI-C and ROMI-NC items | | |

125

CONFIDENTIAL
AZSER12442069

Clinical Study Report
Edition Number 01
Study Code D1441C00125

# 8.      SAFETY RESULTS

The safety data in this report, including the results on the primary variable, are presented under the following headings:

- Summary of safety (Section 8.1)

- Exposure (Section 8.2)

- Adverse events (Section 8.3)

- Deaths, serious adverse events, discontinuations due to adverse events, and other significant adverse events (Section 8.4)

- Clinical laboratory evaluation of glucose metabolism (Section 8.5)

- Other clinical laboratory evaluations (Section 8.6)

- Vital signs, ECG, physical findings and other observations related to safety (Section 8.7)

- Conclusions on safety results (Section 8.8)

## 8.1      Summary of safety

### 8.1.1      Summary of safety related to glucose metabolism and lipids

The results for clinical laboratory metabolic variables are presented in Section 8.5.  The results for changes in weight, BMI, and waist circumference are presented in Section 8.7.1.

After 24 weeks of treatment, differential effects on glucose excursion after glucose load were seen in the 3 treatment groups.  The mean change from randomisation in AUC 0-2h of plasma glucose values in the PAP was 0.506 mmol/L x h in the quetiapine group, 1.218 mmol/L x h in the olanzapine group, and 1.041 mmol/L x h in the risperidone group.  The difference between the quetiapine and olanzapine groups in PAP was statistically significant (p=0.0480) to the advantage of quetiapine.  This result was confirmed in the PP population (p=0.0199). The difference between the quetiapine and risperidone groups in this variable was numerically to the advantage of quetiapine.

This was supported by difference in treatment effects on 2h-glucose.  The quetiapine group showed no change from randomisation at Week 24 in mean 2h-glucose value, while in the olanzapine and risperidone groups an increase from baseline was seen (0.543 and 0.587 mmol/L, respectively).  Although no difference was observed at Week 24 between the treatment groups in the proportion of patients with 2h-glucose ≥11.1 mmol/L (hyperglycemia) or the proportion of patients with impaired glucose tolerance, there were about twice as many

CONFIDENTIAL
AZSER12442070

Clinical Study Report
Edition Number 01
Study Code D1441C00125

patients with study-emerging impaired or high 2h-glucose in the olanzapine and risperidone groups, in comparison to the quetiapine group.

In absence of glucose load, there was no difference between the treatment groups as measured by fasting glucose level, $HbA_{1c}$ level, C-peptide level, or the proportion of patients shifting from normal to abnormal (high or impaired) fasting glucose level at Week 24.

The change from randomisation at  Week 24 in fasting glucose was 0.177 mmol/L for quetiapine, 0.129 mmol/L for olanzapine, and 0.244 mmol/L for risperidone.  The mean change from randomisation at Week 24 in $HbA_{1c}$ was 0.122% in the quetiapine group, 0.05% in the olanzapine group, and 0.065% in the risperidone group.  The proportion of patients with $HbA_{1c} \geq 6.05\%$ at Week 24 was 5.5% in the quetiapine group, 3.5% in the olanzapine group, and 4.7% in the risperidone group.

The proportion of patients with hyperglycemia, ie, patients with fasting glucose $\geq 7.0$ mmol/L or/and with 2-hour glucose $\geq 11.1$ mmol/L, was small in the PAP at Week 24 (4.3% in the quetiapine group, 6.8% in the olanzapine group, and 6.8% in the risperidone group) and similar to baseline within each treatment group.

The proportion of patients with IFG or IGT in the PAP changed in the quetiapine group from 26.3% at randomisation to 32.2% at Week 24, in the olanzapine group from 20.0% to 29.5%, and in the risperidone group from 32.1% to 40.6%.  With regard to 2h-glucose, about twice as many patients shifted at Week 24 to higher category (from normal to impaired/high or from impaired to high) in the risperidone group (18.7%), than in the quetiapine group (9.3%).  In the olanzapine group, the shift to higher category was seen in 14.6% of patients.  Shift to lower category was seen in a slightly higher proportion of patients in the quetiapine group in comparison to the risperidone and olanzapine groups.

The mean increase in fasting insulin from randomisation at Week 24 was 3.3% in the quetiapine group, 8.5% in the olanzapine group, and 11.9% in the risperidone groups.  The mean relative changes from randomisation at Week 24 in AUC 0-2h of plasma insulin values was 13.2% in the quetiapine group, 24.5% in the olanzapine group, and  10.7% in the risperidone group.  The ISI results showed 10.8% mean decrease from randomisation at Week 24 in the quetiapine group, 19.1% in the olanzapine group, and 15.8% in the risperidone group.  The HOMA results showed a mean increase of 6.4% in the quetiapine group, 11% in the olanzapine group, and 16.8% in the risperidone group.  The mean increase from randomisation at Week 24 in C-peptide level was 120 pmol/L in the quetiapine group, 142.5 pmol/L in the olanzapine group, and 139.7 pmol/L in the risperidone group.

Few and very moderate mean changes in lipid levels were seen at Week 24 in all treatment groups, and the mean values in the population were close to normal.  There was a slight mean increase in total cholesterol in the quetiapine group, a greater increase in the olanzapine group, and no change in the risperidone group.  No mean change in HDL was observed at Week 24 in any of the treatment groups.  The mean LDL level increased at Week 24 by about 10% in the quetiapine group, and slightly more in the olanzapine group.  No change was observed in the

CONFIDENTIAL
AZSER12442071

Clinical Study Report
Edition Number 01
Study Code D1441C00125

risperidone group.  The mean triglyceride level increased at Week 24 in the olanzapine group, but not in the quetiapine and risperidone groups.

No differences in metabolic syndrome risk factors were seen between the treatment groups. At Week 24, about 19 % of patients developed ≥3 risk factors included in the definition of metabolic risk syndrome.  Between 18% and 41% of patients in each treatment group moved from ≥3 risk factors to <3 risk factors at the end of treatment.

The mean increase in weight at Week 24 was 3.65 kg in the quetiapine group, 4.58 kg the olanzapine group, and 3.57 kg in the risperidone group.  The corresponding increases were observed in mean BMI (1.294,  1.639 and  1.279 kg/m$^2$, respectively).  The mean waist circumference increased at Week 24 by 3.2 cm in the quetiapine group, 4.4 cm in the olanzapine group, and 3.0 cm in the risperidone group.

Table 42 identifies where the data that support this section can be found.

**Table 42**         **Location of supporting data on safety related to glucose metabolism**

| Data | Location | |
|---|---|---|
| | **Summary tables (Section 11.3)** | **Individual patient data (Section 11.3 and Appendix 12.2.8)** |
| **Primary variable** | | |
| Change from randomisation at Week 24 in AUC 0-2h of the plasma glucose values following OGTT | Table 11.3.7.1-3 to Table 11.3.7.1-17, Figure 11.3.7.1-2 (Week 12 data only), Figure 11.3.7.1-18 and Figure 11.3.7.1-19 | Table 11.3.7.1-30, Table 11.3.7.1-31, and Appendix 12.2.8-1 |
| **Secondary outcome variables** | | |
| Change from randomisation at Week 24 in AUC 0-2h of the plasma glucose values following OGTT | Table 11.3.7.1-3 to Table 11.3.7.1-17, Figure 11.3.7.1-2 and Figure 11.3.7.1-18 | Table 11.3.7.1-30, Table 11.3.7.1-31, and Appendix 12.2.8-1 |
| Change from randomisation at Week 24 in fasting plasma glucose | Figure 11.3.7.1-20, Table 11.3.7.1-23 to Table 11.3.7.1-28 | Table 11.3.7.1-30, Table 11.3.7.1-31, and Appendix 12.2.8-1 |
| Change from randomisation at Week 24 in 2-hour glucose | Figure 11.3.7.1-21, Table 11.3.7.1-23, and Table 11.3.7.1-29 | Table 11.3.7.1-30, Table 11.3.7.1-31, and Appendix 12.2.8-1 |
| The proportion of patients with hyperglycemia at Week 24 | Table 11.3.7.1-40 | Appendix 12.2.8-1 |
| The proportion of patients with fasting plasma glucose ≥7.0 mmol/L at Week 24 | See individual patient data | Appendix 12.2.8-1 |
| The proportion of patients with 2-hour glucose ≥11.1 mmol/L at Week 24 | See individual patient data | Appendix 12.2.8-1 |

128

CONFIDENTIAL
AZSER12442072

Clinical Study Report
Edition Number 01
Study Code D1441C00125

**Table 42**          **Location of supporting data on safety related to glucose metabolism**

| Data | Location | |
|---|---|---|
| | **Summary tables (Section 11.3)** | **Individual patient data (Section 11.3 and Appendix 12.2.8)** |
| The proportion of patients with IFG or IGT at Week 24 | Table 11.3.7.1-40 to Table 11.3.7.1-42 | Appendix 12.2.8-1 |
| The proportion of patients excluded due to diabetes during the study | Not applicable | Not applicable |
| Change from randomisation at Week 24 in Haemoglobin $A_{1c}$ | Table 11.3.7.1-43 and Table 11.3.7.1-45 | Appendix 12.2.8-1 |
| The proportion of patients with Haemoglobin $A_{1c}$ ≥6.05% at Week 24 | Table 11.3.7.1-44 | Appendix 12.2.8-1 |
| Change from randomisation at Week 24 in fasting plasma insulin | Table 11.3.7.1-46 and Figure 11.3.7.1-51 | Table 11.3.7.1-53, Appendix 12.2.8-2 |
| Change from randomisation at Week 24 in insulin indices: <br> AUC 0-2h of plasma insulin values following OGTT <br> Index of insulin sensitivity[d] (ISI) derived from OGTT <br> Homeostasis model assessment[e] (HOMA) | Table 11.3.7.1-46 and Figure 11.3.7.1-47 to Figure 11.3.7.1-52 | Table 11.3.7.1-53, Appendix 12.2.8-2 |
| Change from randomisation at Week 24 in C-peptide level | Table 11.3.7.1-54 | Table 11.3.7.1-53, Appendix 12.2.8-2 |
| Change from randomisation at Week 24 in fasting lipid levels: <br> Total cholesterol <br> HDL <br> LDL <br> Triglycerides | Table 11.3.7.1-55 to Table 11.3.7.1-59 | Table 11.3.7.1-60, Appendix 12.2.8-3 |
| Change from randomisation at Week 24 (PAP) in: <br> Weight <br> BMI <br> Waist circumference | Table 11.3.8.1-1 to Table 11.3.8.1-4 | Table 11.3.8.1-6 <br> Appendix 12.2.9-1 |
| Metabolic syndrome risk factors | Table 11.3.7.1-63 to Table 11.3.7.1-61 | NA |
| **Seroquel project standard tables for safety population** | Table 11.3.7.1-32 to Table 11.3.7.1-39 | NA |

CONFIDENTIAL
AZSER12442073

## 8.1.2   Summary of other safety data

Two patients who had been treated with risperidone died during the 30-day follow-up period of this study, but the deaths were considered unrelated to the study treatment.  No deaths were reported in the quetiapine and risperidone groups.

Generally, all 3 treatments were well tolerated.  The rate of SAEs was low in all 3 treatment groups.  The pattern of common AEs observed in the 3 treatment groups conformed to what was anticipated based on known data and the pharmacological profiles of the investigational products.

The rate of EPS-related AEs was low in the quetiapine and olanzapine groups, in comparison to the risperidone group, which was supported by the results on  use of anticholinergic medication at Week 24,  mean SAS total score in mean BARS Global Clinical Assessment of Akathisia score at Week 24.

In the quetiapine and olanzapine treament groups, mean prolactin level decreased at Week 24.  In the risperidone group, on the contrary, the mean level of prolactin increased.  The proportion of patients with abnormal prolactin level was reduced in the quetiapine group from 50.0% at randomisation to 7.9% at Week 24, and from 55.9% to 34.2% in the olanzapine group.  In the risperidone group, this proportion increased from 46.3% at randomisation to 78.4% at Week 24.

Findings on clinically important laboratory, vital signs, or ECG abnormalities were sporadic.  Expected small increase in pulse rate was seen in the quetiapine group.  There were no instances of agranulocytosis.

Overall, no new issues were identified for the investigational products.

**Table 43**        **Location of other supporting data on safety**

| Data | Location | |
|---|---|---|
| | **Summary tables (Section 11.3)** | **Individual patient data (Section 11.3 and Appendix 12.2)** |
| Treatment compliance (extent of exposure) | Table 11.3.1-1 and Table 11.3.1-2 | Appendix 12.2.5 |
| Adverse events | Table 11.3.2-1 to Table 11.3.2-4 | Appendix 12.2.7, Table 11.3.2-5 |
| Deaths | See individual patient data in Section 8.4.1 | See individual patient data in Section 8.4.1 |
| Serious adverse events, discontinuation due to adverse events, and other significant adverse events | Table 11.3.5.1-1 | Appendix 12.2.7, Table 11.3.5.2-1 |
| Change from randomisation at Week 24 in prolactin level | Table 11.3.7.2-1 and Table 11.3.7.2-2 | Appendix 12.2.8-4 |

CONFIDENTIAL
AZSER12442074

Clinical Study Report
Edition Number 01
Study Code D1441C00125

**Table 43          Location of other supporting data on safety**

| Data | Location | |
|------|----------|---|
| | **Summary tables (Section 11.3)** | **Individual patient data (Section 11.3 and Appendix 12.2)** |
| The proportion of patients with abnormal prolactin level at Week 24 | Table 11.3.7.2-3 to Table 11.3.7.2-5 | Appendix 12.2.8-4 |
| Clinical laboratory evaluations other than glucose metabolism | Table 11.3.7.2-6 to Table 11.3.7.2-17 | Appendix 12.2.8, Table 11.3.7.3-1 and Table 11.3.7.3-2 |
| Change from randomisation at Week 24 in SAS total score | Table 11.3.8.1-15 and Table 11.3.8.1-16 | Appendix 12.2.10-1 |
| Change from randomisation at Week 24 in BARS score | Table 11.3.8.1-13 and Table 11.3.8.1-14 | Appendix 12.2.10-2 |
| Proportion of patients using anticholinergic medication at any time from Week 1 to end of treatment | See individual patient data | Appendix 12.2.4-3 |
| Change from randomisation at Week 24 in standing and sitting systolic and diastolic blood pressure and in pulse rate | Table 11.3.8.1-7 to Table 11.3.8.1-12 | Appendix 12.2.9, Table 11.3.8.2-1 |
| The proportion of patients with abnormal ECG at the end of treatment | Not applicable | Table 11.3.8.2-2 |

## 8.2      Extent of exposure

An overview of exposure, in terms of duration of treatment and doses received, is presented in Table 44 for the PAP, in Table 11.3.1-1 for the PP population, and in Table 11.3.1-2 for the safety population.

**Table 44          Exposure to investigational product (PAP)**

| | | Quetiapine N=115 | Olanzapine N=146 | Risperidone N=134 |
|---|---|---|---|---|
| Number (%) of patients | Male | 76 (66.1) | 97 (66.4) | 87 (64.9) |
| | Female | 39 (33.9) | 49 (33.6) | 47 (35.1) |
| Duration of exposure[a] (days) | Mean (SD) | 167.3 (5.7) | 167.0 (3.9) | 167.3 (5.0) |
| | Median | 168 | 167 | 168 |
| | Min to max | 141 to 186 | 147 to 176 | 127 to 183 |
| | Total | 19235 | 24387 | 22424 |
| Exposure by dose[a] (mg) | Mean daily dose (SD) | 607.0 (128.3) | 15.2 (2.7) | 5.2 (1.0) |
| | Median daily dose | 592 | 15 | 5 |

CONFIDENTIAL
AZSER12442075

Clinical Study Report
Edition Number 01
Study Code D1441C00125

**Table 44          Exposure to investigational product (PAP)**

|  | Quetiapine N=115 | Olanzapine N=146 | Risperidone N=134 |
|---|---|---|---|
| Min to max dose | 338 to 785 | 10 to 20 | 3 to 8 |
| Mean cumulative dose | 101470 | 2538 | 868 |

a During titration and flexible dose periods.
SOURCE DOCUMENT: ST_DOSE_EXP_PAP406.SAS GENERATED: 15:35:39 24FEB2006 DB version prod: 13

In the PAP and PP populations, the duration of exposure was similar across all treatment groups (mean 167 days and median 168 days).  In the safety population, the mean duration of exposure was slightly lower in the quetiapine group than in the olanzapine and risperidone groups (134 days compared to 154 and 142 days, respectively).  The median duration of exposure was, however, similar in all treatment groups (166 days in the quetiapine group, and 167 days in the olanzapine and risperidone groups).

Mean daily dose in the PAP was 607 mg for quetiapine-treated patients, 15.2 mg for olanzapine-treated patients, and 5.2 mg for risperidone-treated patients.  The exposure to the investigational products was generally as planned in the protocol. For all 3 treatment groups, the doses were clinically relevant and appropriate for this safety evaluation.

Overdose was reported only for 1 patient in the quetiapine group, E1807002. This patient occasionally and intentionally used 1000 mg/day quetiapine instead of 800 mg as prescribed, for a period of nearly 3 months during the first half of the study. Overall compliance during the study and compliance for last period was still within the protocol limits. The patient experienced no apparent associated adverse events.

## 8.3      Adverse events

Information on AEs was collected from screening visit up to the final study visit at Week 24/end of treatment, and during a 30-day follow-up period after the last dose.  See Section (b) in 5.5.7.2 for further information.  This section gives an overview of the AEs reported in the study.  It summarises the overall frequency of AEs in each treatment group, by seriousness (Section 8.3.1) and by type (Section 8.3.2).

### 8.3.1      Categories of adverse events

A summary of AEs in each category during the treatment and follow-up period for the safety population is presented in Table 45.  A summary of all AEs reported during the study, divided into screening, treatment, and follow-up periods, is presented in Table 11.3.2-1.

CONFIDENTIAL
AZSER12442076

Clinical Study Report
Edition Number 01
Study Code D1441C00125

**Table 45          Adverse events in different categories during the treatment and follow-up period (safety population)**

| Category of adverse event | Quetiapine N=169 | Olanzapine N=168 | Risperidone N=172 |
|---|---|---|---|
| | n (%) | n (%) | n (%) |
| Adverse events[a] | 101 (59.8) | 79 (47.0) | 116 (67.4) |
| Serious adverse events[a] | 17 (10.1) | 4 (2.4) | 13 (7.6) |
|     Serious adverse events leading to death[a] | 0 | 0 | 2 (1.2) |
|     Serious adverse events not leading to death[a] | 17 (10.1) | 4 (2.4) | 12 (7.0) |
| Drug-related adverse events[a, b] | 57 (33.7) | 36 (21.4) | 87 (50.6) |
| Adverse events leading to discontinuation[a] | 17 (10.1) | 3 (1.8) | 14 (8.1) |
| Total number of adverse events[c] | | | |
|     Adverse events[c] | 243 | 196 | 320 |
|     Serious adverse events[c] | 20 | 4 | 15 |
|     Drug-related adverse events[b, c] | 94 | 45 | 177 |

[a] Patients with multiple events in the same category are counted only once in that category.  Patients with events in more than 1 category are counted once in each of those categories.
[b] As judged by the investigator.
[c] If a patient has multiple events in the same category all events are counted.
SOURCE DOCUMENT: ST_AE_CAT1.SAS GENERATED: 10:51:29 24FEB2006 DB version prod: 13

The percentage of patients with at least 1 AE was 59.8% in the quetiapine group, 47.0% in the olanzapine group, and 67.4% in the risperidone group.  The percentage of patients who had an SAE was slightly higher in the quetiapine treatment group (10.1%) and the risperidone group (7.6%), than in the olanzapine group (2.4%).  In the quetiapine group, the rate of discontinuation due to AE was 10.1%, in the risperidone group 8.1%, and in the olanzapine group 1.8%.  The investigators considered 33.7% of AE in the quetiapine group, 21.4% in the olanzapine, and 50.6% in the risperidone group as drug-related.  During the follow-up period, 2 deaths were reported in the group previously assigned to treatment with risperidone.  Both deaths were judged by the investigators as unrelated to the investigational product.  No deaths were reported in the quetiapine and olanzapine groups.

**8.3.2      Most common adverse events**

The most common (ie, occurring in any randomised treatment group at an incidence of ≥5%) AEs during the treatment and follow-up period are summarised by system organ class in Table 46, and by MedDRA preferred term in Table 47.  Most common AEs reported during the entire study period including screening, treatment and follow-up periods are summarised by system organ class in Table 11.3.2-2, and by MedDRA preferred term in Table 11.3.2-3.

133

CONFIDENTIAL
AZSER12442077

Clinical Study Report
Edition Number 01
Study Code D1441C00125

**Table 46**      **Common adverse events during treatment and follow-up period by system organ class (safety population)**

| System organ class[a] | Quetiapine N=169 n (%) | Olanzapine N=168 n (%) | Risperidone N=172 n (%) |
|---|---|---|---|
| Nervous system disorders | 48 (28.4) | 28 (16.7) | 76 (44.2) |
| Psychiatric disorders | 37 (21.9) | 24 (14.3) | 44 (25.6) |
| Infections and infestations | 20 (11.8) | 25 (14.9) | 22 (12.8) |
| Gastrointestinal disorders | 27 (16.0) | 16 (9.5) | 13 (7.6) |
| Musculoskeletal and connective tissue disorders | 6 (3.6) | 13 (7.7) | 12 (7.0) |
| Investigations | 5 (3.0) | 12 (7.1) | 6 (3.5) |

[a] Patients with multiple events falling under the same system organ class are counted only once in that term.
Note: Common adverse event: adverse events occurring at an incidence of ≥5% in any randomised treatment group.
Note: Sorted by decreasing order of frequency as summarized over all treatment groups.
SOURCE DOCUMENT: ST_AE_COMMON_SOC175.SAS GENERATED: 10:53:24 24FEB2006 DB version prod: 13

**Table 47**      **Common adverse events during treatment and follow-up period by MedDRA term (safety population)**

| MedDRA preferred term[a] | Quetiapine N=169 n (%) | Olanzapine N=168 n (%) | Risperidone N=172 n (%) |
|---|---|---|---|
| Extrapyramidal disorder | 3 (1.8) | 3 (1.8) | 42 (24.4) |
| Insomnia | 11 (6.5) | 7 (4.2) | 25 (14.5) |
| Somnolence | 17 (10.1) | 6 (3.6) | 8 (4.7) |
| Akathisia | 2 (1.2) | 3 (1.8) | 22 (12.8) |
| Schizophrenia | 12 (7.1) | 2 (1.2) | 8 (4.7) |
| Sedation | 11 (6.5) | 5 (3.0) | 5 (2.9) |
| Dizziness | 9 (5.3) | 0 | 6 (3.5) |

[a] Patients with multiple events falling under the same term are counted only once in that term.
Note: Common adverse event: adverse events occurring at an incidence of ≥5% in any randomised treatment group.
Note: Sorted by decreasing order of frequency as summarized over all treatment groups.
SOURCE DOCUMENT: ST_AE_COMMON2.SAS GENERATED: 10:53:49 24FEB2006 DB version prod: 13

The type and frequency of AEs observed in the groups differed slightly.  For the quetiapine group, the most commonly reported AEs were somnolence, schizophrenia, insomnia, sedation, and dizziness.  In the olanzapine group, it was insomnia, somnolence, and sedation.  In the risperidone group, extrapyramidal disorder, insomnia, and akathisia were prominent.  Most AEs were considered mild to moderate in intensity.

The most common AEs judged by the investigator to be related to investigational product in the quetiapine group were somnolence (8.3% of patients in safety population) and sedation (6.5%), in the olanzapine group weight increased (4.2%) and somnolence (3.6%), and in the

CONFIDENTIAL
AZSER12442078

risperidone group extrapyramidal disorder (24.4%) and akathisia (12.8%) (see Table 11.3.2-4 for a summary of 5 most common drug-related AE in each treatment group).  These findings were in line with the known pharmacological profiles of the investigational products.  A listing of patients who had AEs related to investigational products as judged by the investigator is presented in Table 11.3.2-5.  EPS-related findings are discussed in detail in Section 8.4.5.1.  A listing of all AEs by patient can be found in Appendix 12.2.7.

## 8.4    Deaths, serious adverse events, discontinuation due to adverse events, and other significant adverse events

### 8.4.1    Deaths

Two deaths were reported during the follow-up period in this trial in patients previously randomised to the risperidone group (see Table 45).  One of the deaths was due to pneumonia, and the other due to suicide.  The narratives on these patients, including the relevant data on their treatment history in the study, and the investigator's opinion on the likelihood of a causal relationship between death and study treatment, are presented below.

**Study D1441C00125    Patient E1602008/60147 risperidone 6mg/day        Death: Pneumonia**

This 25-year-old black male patient with paranoid schizophrenia was diagnosed with severe pneumonia Day 9 of the post study follow-up period, and died Day 48 after last dose of study medication.

The patient was given randomised treatment with risperidone 6 mg during the study .  The patient's relevant medical history included suspected AIDS-related disease.  The physical examination at enrolment revealed abnormal lymph nodes, described as presence of submental nodes and supratrochlear (R) nodes.  The patient had previously experienced epididymo-orchitis, which started Day 158 of study treatment and was considered by the investigator to be moderate in intensity.  The epididymo-orchitis was considered serious due to hospitalization and medical importance.  The patient recovered without sequelae.  The investigator considered the epididimo-orchitis to be unrelated to the study therapy.  Concomitant drugs included amoxicillin trihydrate , metronidazole benzoate and ibuprofen for epididymo-orchitis and vitamin b6 for general well-being.

The first dose of study medication was received on 08 February 2005.  The patient received treatment with risperidone for 164 days and completed the study.  On Day 9 of the post study follow-up period (30JUL05) the patient experienced pneumonia of severe intensity, was hospitalized Day 23 (Chest x-ray confirmed the pneumonia) and treated with amoxicillin trihydrate (Amoxil) and suldametoxazol/trimetoprim (Bactrim).  The patient died on Day 48 after last dose of study medication (07SEP05).  At time of death, AIDS was suspected, but not confirmed.  The cause of death was respiratory complications (pneumoniae) due to pulmonary tuberculosis.  A postmortem examination was not performed.

The investigator considered the event to be unrelated to the study therapy.

CONFIDENTIAL
AZSER12442079

Clinical Study Report
Edition Number 01
Study Code D1441C00125

**Study D1441C00125 Patient E1004008/30029  risperidone 4 mg/day      Death: Suicide**

This narrative concerns a 52-year-old Caucasian male patient with paranoid schizophrenia who committed suicide by jumping from the eighth floor of a building 26 days after last dose of study medication was taken.  During the study the patient was given randomised treatment with risperidone 4 mg.  The patient completed the study after 166 days.  The patient's relevant medical history included a past history of epidemic encephalitis.  The physical examination was unremarkable and the patient did not experience any AEs during the study.  Before entering the study, the patient had been treated with Fluanxol Depot 20 mg, which was withdrawn at study entry.  After the study was completed the patient continued treatment with risperidone (Rispolept) (risperidone) 4 mg/ day.

A postmortem examination was not performed.  The cause of death was suicide.  The investigator considered the event to be unrelated to the study therapy.

**8.4.2      Serious adverse events other than deaths**

All patients who had an SAE other than death are listed in Table 48.  A narrative for each SAE can be found in Section 11.3.4.3.

The overall number of SAEs was low for all treatment groups.  During the treatment period, 30 patients reported SAEs: 15 patients in the quetiapine group, 4 patients in the olanzapine group, and 11 patients in the risperidone group.  During the 30-day follow-up period, there were 2 SAEs other than death reported in the quetiapine group, and 1 in the risperidone group.

Hospitalisation due to worsening of schizophrenia or due to symptoms associated with schizophrenia was the most commonly observed SAE, reported for 14 patients treated with quetiapine, 3 patients treated with olanzapine, and 6 patients treated with risperidone.

In quetiapine and olanzapine treatment groups, no SAEs were judged by the investigator to be related to investigational products.  In the risperidone treatment group, 1 case of anxiety/agitation was considered drug-related.

136

CONFIDENTIAL
AZSER12442080

Clinical Study Report
Edition Number 01
Study Code D144IC00125

**Table 48    Listing of all patients who had a serious adverse event other than death (safety population)**

| Treatment and dose regimen | Cen-tre | Patient Number | Sex (M/F) | Age (year) | Adverse event (MedDRA preferred term) | Adverse event (investigator text) | Time from start of treatment to onset of AE (days) | Time to last dose (days) | Time from start of treatment to becoming serious (days) | Duration of AE (if resolved) | Action taken with respect to investigational product | Causality (as assessed by the investigator) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Quetiapine | 1005 | 50004 | M | 39 | Duodenal ulcer haemorrhage | Acute duodenal ulcer with haemorrhagia | 5 | 162 | 5 | 7 | Temporarily Stopped | No |
| | 1104 | 60148 | M | 27 | Schizophrenia | Worsening of schizophrenia | 176 | 1 | 176 | X | None | No |
| | 1401 | 70027 | F | 48 | Anaemia | Anaemia | 30 | 139 | 63 | X | None | No |
| | 1402 | 20002 | F | 53 | Hallucination | Exacerbation of hallucination | 12 | 4 | 16 | X | Permanently Stopped | No |
| | | 60034 | M | 37 | Delusion | Exacerbation of delusion | 12 | 4 | 16 | X | Permanently Stopped | No |
| | | | | | Schizophrenia | Relaps of schizophrenia | 75 | 0 | 75 | X | Permanently Stopped | No |
| | 1503 | 70010 | F | 40 | Schizophrenia | Schizophrenia worsening | 61 | 84 | 68 | 53 | Dose Changed | No |
| | | | | | Schizophrenia | Schizophrenia worsening | 140 | 5 | 142 | X | None | No |
| | 1504 | 60006 | M | 46 | Schizophrenia | Schizophrenia worsening | 118 | 51 | 123 | 24 | Dose Changed | No |
| | 1507 | 60130 | M | 36 | Schizophrenia | Schizophrenia worsening | 163 | 0 | 163 | X | None | No |
| | | | | | Schizophrenia | Schizophrenia worsening | 163 | 0 | 217 | X | None | No |
| | | 80014 | M | 46 | Schizophrenia | Schizophrenia worsening | 45 | 32 | 48 | X | Dose Changed | No |
| | 1508 | 60117 | M | 37 | Schizophrenia | Schizophrenia worsening | 157 | -16 | 157 | 21 | Permanently Stopped | No |

137

CONFIDENTIAL
AZSER12442081

Clinical Study Report
Edition Number 01
Study Code D1441C00125

**Table 48    Listing of all patients who had a serious adverse event other than death (safety population)**

| Treatment and dose regimen | Centre | Patient Number | Sex (M/F) | Age (year) | Adverse event (MedDRA preferred term) | Adverse event (investigator text) | Time from start of treatment to onset of AE (days) | Time to last dose (days) | Time from start of treatment to becoming serious (days) | Duration of AE (if resolved) | Action taken with respect to investigational product | Causality (as assessed by the investigator) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1509 | 80013 | M | 28 | Umbilical hernia | Umbilical hernia | 148 | 7 | 148 | 2 | None | No |
| | 1511 | 60165 | M | 20 | Schizophrenia | Schizophrenia worsening | 153 | 2 | 154 | X | Dose Changed | No |
| | 1511 | 60165 | | | Bronchopneumonia | Bronchopneumonia | 128 | 44 | 156 | 45 | None | No |
| | 1513 | 60215 | F | 29 | Schizophrenia | Schizophrenia worsening | 104 | -1 | 104 | X | Permanently Stopped | No |
| | 1601 | 60056 | M | 29 | Psychotic disorder | Hospitalised for relapse of psychosis - agitation | 118 | 2 | 118 | X | Permanently Stopped | No |
| | 1603 | 60175 | M | 40 | Schizophrenia | Relapse-schizophrenia | 26 | 36 | 26 | X | Permanently Stopped | No |
| | 1605 | 60094 | M | 26 | Schizophrenia | Relapse-schizophrenia | 42 | 13 | 49 | X | Permanently Stopped | No |
| | 1608 | 60170 | M | 31 | Schizophrenia | Schizophrenia-relapse | 96 | 9 | 99 | X | Permanently Stopped | No |
| Olanzapine | 1108 | 50026 | M | 27 | Restlessness | Worsening of psychical condition, restlessness | 8 | | 8 | X | Permanently Stopped | No |
| | 1205 | 70065 | F | 28 | Psychotic disorder | Psychotic decompensation | 164 | 6 | 164 | X | None | No |
| | 1505 | 60146 | M | 42 | Schizophrenia | Schizophrenia worsening | 14 | 126 | 17 | 26 | None | No |
| | 1511 | 30021 | M | 58 | Schizophrenia | Schizophrenia worsening | 21 | 32 | 21 | 33 | None | No |

138

CONFIDENTIAL
AZSER12442082

Clinical Study Report
Edition Number 01
Study Code D1441C00125

**Table 48**     **Listing of all patients who had a serious adverse event other than death (safety population)**

| Treatment and dose regimen | Centre | Patient Number | Sex (M/F) | Age (year) | Adverse event (MedDRA preferred term) | Adverse event (investigator text) | Time from start of treatment to onset of AE (days) | Time to last dose (days) | Time from start of treatment to becoming serious (days) | Duration of AE (if resolved) | Action taken with respect to investigational product | Causality (as assessed by the investigator) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Risperidone | 1303 | 20003 | F | 55 | Anxiety | Anxiety | 90 | 78 | 90 | 10 | Dose Changed | No |
| | | | | | Agitation | Agitation | 90 | 78 | 90 | 10 | Dose Changed | No |
| | 1402 | 60071 | M | 48 | Schizophrenia | Relaps of schizophrenia | 113 | 0 | 113 | X | Permanently Stopped | No |
| | | 60141 | M | 48 | Schizophrenia | Relaps of schizophrenia | 131 | 0 | 131 | X | Permanently Stopped | No |
| | 1403 | 80018 | F | 42 | Depression | Postpsychotic Depressive Disorder | 14 | 7 | 21 | X | Permanently Stopped | No |
| | 1406 | 50023 | F | 22 | Agitation | Agitation | 55 | 114 | 58 | 15 | None | Yes |
| | 1502 | 60043 | F | 48 | Schizophrenia | Schizophrenia worsening | 146 | 16 | 146 | X | Dose Changed | No |
| | 1503 | 80027 | F | 46 | Schizophrenia | Schizophrenia worsening | 33 | 16 | 33 | X | None | No |
| | 1507 | 60119 | F | 29 | Schizophrenia | Schizophrenia worsening | 44 | 117 | 58 | 34 | Dose Changed | No |
| | 1508 | 70051 | M | 40 | Schizophrenia | Schizophrenia worsening | 129 | 40 | 136 | 9 | None | No |
| | | 70096 | M | 50 | Epilepsy | Epileptic seizure | 56 | -23 | 56 | 1 | None | No |
| | 1602 | 60147 | M | 24 | Orchitis | Epididymo-orchitis | 158 | 6 | 165 | X | None | No |
| | 1607 | 60120 | M | 35 | Alcohol poisoning | Intoxication | 32 | 136 | 32 | 2 | None | No |

Note: If a patient had more than one SAE, all SAEs are listed.
Note: Sorted by treatment.
SOURCE DOCUMENT: L_SAE_OTHDEATH181.SAS GENERATED: 10:50:54 24FEB2006 DB version prod: 13

139

CONFIDENTIAL
AZSER12442083

Clinical Study Report
Edition Number 01
Study Code D1441C00125

### 8.4.3    Discontinuations due to adverse events

Discontinuation rates due to AE were approximately the same in the quetiapine and
risperidone groups, while less in the olanzapine group.  In total, 34 patients discontinued from
the study due to AEs: 17 patients (10.1%) in the quetiapine group, 3 patients (1.8%) in the
olanzapine group, and 14 patients (8.1%) in the risperidone group (see Table 45).  For 2
patients in the quetiapine group (E1508003 and E1513006), the AEs (schizophrenia
worsening) started after the last dose of medication was taken, but the investigator had marked
"Discontinuation due to AE" in the study termination section of the CRF.  Due to this, 15
patients in the quetiapine group are reported as "Discontinuations of study treatment due to
AEs" during treatment period in Table 11.3.2-1, while 17 patients are reported to have
discontinued study treatment due to AE in Table 20 that includes all patients reported as
"Discontinuation due to AE" in the study termination section of the CRF, including the 2
patients mentioned above.

A summary of discontinuations due to AE for safety population by MedDRA preferred term
can be found in Table 11.3.5.1-1.  A number of patients had several AEs contributing to the
decision to discontinue the patient from the study, which explains why the number of
discontinuations due to AEs is higher than the number of discontinued patients.  In the
quetiapine group, 14 out of 22 AEs leading to discontinuation were due to worsening of the
disease (including schizophrenia, psychotic disorder, delusion, or hallucination).  In the
risperidone group, 5 out of 18 AEs leading to discontinuation were due to EPS-related events
(extrapyramidal disorder, akathisia, or dystonia), and 7 AEs leading to discontinuation were
due to psychiatric disorder (depression, panic attack, schizophrenia, or psychotic disorder).
The rate of discontinuations due to somnolence/sedation was low and similar across the
treatment groups.  A small number of discontinuations due to weight increased  was seen only
in the olanzapine and risperidone groups.

All patients who were discontinued from study treatment due to an AE are listed in Table 49.
In total, 13 patients had SAEs associated with discontinuation from treatment and from the
trial: 9 in the quetiapine group (of which 7 were due to worsening of schizophrenia), 1 in the
olanzapine group, and 3 in the risperidone group.  None of these cases was judged by the
investigators as related to the investigational product.

A narrative for each DAE can be found in Section 11.3.5.3.

A listing of all AEs per patient, including AEs leading to discontinuation, can be found in
Appendix 12.2.7.  For a few patients in this listing, action taken for study treatment is marked
as "None" or "Dose changed" instead of "Permanently discontinued" due to mistakes in
completing the CRF page.  In some cases, this may be due to a misunderstanding where the
investigator decided to discontinue the patient from the study (eg, due to worsening of
schizophrenia) rather than to withdraw the study treatment as such, although this was of
course a consequence of discontinuing the patient from the study.  In some cases several
actions were taken with regard to study treatment as the event progressed, and the investigator
forgot to change the CRF data when the study treatment was permanently discontinued.

CONFIDENTIAL
AZSER12442084

Clinical Study Report
Edition Number 01
Study Code D1441C00125

**Table 49**  **Listing of all patients who had study treatment discontinued owing to an adverse event (safety population)**

| Treatment | Cen-tre | Patient Number | Sex (M/F) | Age (year) | Adverse event (MedDRA preferred term) | Adverse event (investigator text) | Time from start of treatment to onset of AE (days) | Time from start of treatment to discon-tinuation (days) | Time to last dose (days) | Duration of AE (if resolved) | Reported as a serious adverse event (yes/no) | Causality (as assessed by the investigator) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Quetiapine | 1402 | 20002 | F | 53 | Hallucination | Exacerbation of hallucination | 12 | 16 | 4 | X | Yes | No |
| | | | | | Delusion | Exacerbation of delusion | 12 | 16 | 4 | X | Yes | No |
| | | 60034 | M | 37 | Delusion | Delusion | 75 | 77 | 0 | X | No | No |
| | | | | | Hallucination | Hallucination | 75 | 77 | 0 | X | No | No |
| | | | | | Restlessness | Physical wandering | 75 | 77 | 0 | X | No | No |
| | | | | | Insomnia | Insomnia | 74 | 77 | 1 | X | No | No |
| | | | | | Schizophrenia | Relaps of schizophrenia | 75 | 77 | 0 | X | Yes | No |
| | 1403 | 20005 | F | 54 | Abdominal pain upper | Gastralgia | 140 | 148 | 7 | 9 | No | No |
| | 1501 | 20007 | F | 54 | Neutrophil count decreased | Low neutrophil count | 56 | 77 | 21 | X | No | No |
| | 1503 | 70010 | F | 40 | Schizophrenia | Schizophrenia worsening | 140 | 145 | 5 | X | Yes | No |
| | 1508 | 60117 | M | 37 | Schizophrenia | Schizophrenia worsening | 157 | 178 | -16 | 21 | Yes | No |
| | 1513 | 60215 | F | 29 | Schizophrenia | Schizophrenia worsening | 104 | 113 | -1 | X | Yes | No |
| | 1601 | 60056 | M | 29 | Psychotic disorder | Hospitalised for relapse of psychosis - agitation | 118 | 121 | 2 | X | Yes | No |
| | | 60095 | M | 25 | Psychotic disorder | Relapse psychotic symptoms | 43 | 64 | 21 | X | No | No |

141

Clinical Study Report
Edition Number 01
Study Code D1441C00125

**Table 49**   **Listing of all patients who had study treatment discontinued owing to an adverse event (safety population)**

| Treatment | Centre | Patient Number | Sex (M/F) | Age (year) | Adverse event (MedDRA preferred term) | Adverse event (investigator text) | Time from treatment start of treatment to onset of AE (days) | Time from start of treatment to discontinuation (days) | Time to last dose (days) | Duration of AE (if resolved) | Reported as a serious adverse event (yes/no) | Causality (as assessed by the investigator) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1603 | 60175 | M | 40 | Schizophrenia | Relapse-schizophrenia | 26 | 63 | 36 | X | Yes | No |
| | 1604 | 60026 | M | 21 | Somnolence | Somnolence | 2 | 8 | 5 | 2 | No | Yes |
| | | 70015 | M | 42 | Headache | Headache | 3 | 14 | 5 | 3 | No | Yes |
| | 1605 | 60094 | M | 26 | Schizophrenia | Relapse-schizophrenia | 42 | 56 | 13 | X | Yes | No |
| | | 70084 | F | 29 | Chest discomfort | Tightness of chest | 6 | 22 | 15 | 4 | No | Yes |
| | 1607 | 60190 | F | 43 | Psychotic disorder | Psychosis | 99 | 139 | 39 | X | No | No |
| | 1608 | 60170 | M | 31 | Schizophrenia | Schizophrenia-relapse | 96 | 106 | 9 | X | Yes | No |
| | 1701 | 70058 | M | 46 | Somnolence | Somnolence | 8 | 36 | 13 | 14 | No | Yes |
| Olanzapine | 1108 | 50026 | M | 27 | Restlessness | Worsening of psychical condition, restlessness | 8 | 8 | 0 | X | Yes | No |
| | 1403 | 70012 | F | 27 | Sedation | Sedation | 2 | 11 | 4 | 6 | No | Yes |
| | 1501 | 80059 | F | 31 | Somnolence | Somnolence | 17 | 84 | 67 | X | No | Yes |
| | | | | | Weight increased | Weight gain | 27 | 84 | 57 | X | No | Yes |
| Risperidone | 1203 | 60112 | F | 50 | Depression | Depression | 105 | 119 | 14 | X | No | No |
| | 1204 | 70040 | M | 47 | Psychotic disorder | Psychotic exacerbation | 13 | 13 | 0 | X | No | No |
| | 1206 | 60096 | F | 50 | Depression | Depression | 49 | 77 | 28 | X | No | No |
| | | 60158 | M | 26 | Panic attack | Panic attacks | 48 | 77 | 29 | X | No | No |

142

CONFIDENTIAL
AZSER12442086

Clinical Study Report
Edition Number 01
Study Code D1441C00125

**Table 49**    **Listing of all patients who had study treatment discontinued owing to an adverse event (safety population)**

| Treatment | Cen-tre | Patient Number | Sex (M/F) | Age (year) | Adverse event (MedDRA preferred term) | Adverse event (investigator text) | Time from treatment start of treatment to onset of AE (days) | Time from start of treatment to discontinuation (days) | Time to last dose (days) | Duration of AE (if resolved) | Reported as a serious adverse event (yes/no) | Causality (as assessed by the investigator) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 1402 | 60071 | M | 48 | Extrapyramidal disorder | Extra pyramidal symptoms | 72 | 77 | 5 | X | No | Yes |
|  |  | 60141 | M | 48 | Schizophrenia | Relaps of schizophrenia | 113 | 113 | 0 | X | Yes | No |
|  |  |  |  |  | Schizophrenia | Relaps of schizophrenia | 131 | 132 | 0 | X | Yes | No |
|  | 1403 | 60016 | M | 22 | Dystonia | Acute neuroleptic induced dystonia | 54 | 65 | 5 | 8 | No | Yes |
|  |  | 80018 | F | 42 | Depression | Postpsychotic Depresive Disorder | 14 | 22 | 7 | X | Yes | No |
|  | 1501 | 60030 | M | 23 | Extrapyramidal disorder | Extrapyramidal syndrome | 15 | 29 | 14 | X | No | Yes |
|  |  |  |  |  | Akathisia | Akathisia | 15 | 29 | 14 | X | No | Yes |
|  | 1508 | 70096 | M | 50 | Somnolence | Somnolence | 12 | 57 | 21 | 45 | No | Yes |
|  | 1512 | 20030 | F | 58 | Extrapyramidal disorder | Extra pyramidal symptoms | 20 | 37 | 16 | X | No | Yes |
|  | 1605 | 70077 | F | 44 | Headache | Headaches | 3 | 5 | 1 | X | No | Yes |
|  |  |  |  |  | Insomnia | Insomnia | 3 | 5 | 1 | 2 | No | Yes |
|  | 1608 | 50014 | M | 42 | Hypertension | hypertension | 1 | 9 | 7 | X | No | No |
|  |  | 80017 | F | 44 | Dyspnoea | Shortness of breath | 29 | 49 | 20 | X | No | No |
|  |  |  |  |  | Weight increased | Weight gain | 29 | 49 | 20 | X | No | Yes |

Note: Sorted by treatment.
Note: If more than one AE led to discontinuation, all AEs are listed.
SOURCE DOCUMENT: L_AELOG_TRTDISC1 80 SAS GENERATED: 10:49:46 24FEB2006 DB version prod: 13

143

CONFIDENTIAL
AZSER12442087

Clinical Study Report
Edition Number 01
Study Code D1441C00125

### 8.4.4    Other significant adverse events

No other significant AEs were identified in this study.

### 8.4.5    Adverse event of special interest

### 8.4.5.1    Adverse events associated with EPS

In order to identify AEs associated with EPS, the following MedDRA terms were searched: akathisia, akinesia, athetosis, bradykinesia, buccoglossal syndrome, cervical spasm, chorea, choreoathetosis, cogwheel rigidity, drooling, dyskinesia, dyskinesia oesophageal, dystonia, extrapyramidal disorder, freezing phenomenon, gait festinating, grimacing, hyperkinesia, hypertonia, hypokinesia, masked facies, micrographia, movement disorder, muscle contractions involuntary, muscle rigidity, nuchal rigidity, oculogyration, opisthotonus, parkinsonian gait, parkinsonism, pleurothotonus, posturing, psychomotor hyperactivity, restlessness, tardive dyskinesia, torticollis, tremor.

AEs associated with EPS are summarised by MedDRA preferred term and randomised treatment group in Table 50.

**Table 50          Adverse events associated with EPS (safety population)**

| MedDRA preferred term[a] | Quetiapine N=169 n (%) | Olanzapine N=168 n (%) | Risperidone N=172 n (%) | Total N=509 n (%) |
|---|---|---|---|---|
| Any adverse event[b] | 10 (5.9) | 12 (7.1) | 63 (36.6) | 85 (16.7) |
| Extrapyramidal disorder | 3 (1.8) | 3 (1.8) | 42 (24.4) | 48 (9.4) |
| Akathisia | 2 (1.2) | 3 (1.8) | 22 (12.8) | 27 (5.3) |
| Muscle rigidity | 1 (0.6) | 1 (0.6) | 5 (2.9) | 7 (1.4) |
| Restlessness | 2 (1.2) | 2 (1.2) | 2 (1.2) | 6 (1.2) |
| Dystonia | 0 | 0 | 5 (2.9) | 5 (1.0) |
| Tremor | 1 (0.6) | 1 (0.6) | 1 (0.6) | 3 (0.6) |
| Torticollis | 0 | 0 | 2 (1.2) | 2 (0.4) |
| Drooling | 0 | 1 (0.6) | 0 | 1 (0.2) |
| Dyskinesia | 1 (0.6) | 0 | 0 | 1 (0.2) |
| Oculogyration | 0 | 0 | 1 (0.6) | 1 (0.2) |
| Parkinsonian gait | 0 | 0 | 1 (0.6) | 1 (0.2) |
| Tardive dyskinesia | 0 | 1 (0.6) | 0 | 1 (0.2) |

[a] Patients with multiple events falling under the same term are counted only once in that term.
[b] Patients with at least one adverse event potentially related to EPS.
Note: Events emerging during randomised treatment phase by decreasing order of frequency as summarized over all treatment groups.
SOURCE DOCUMENT: ST_AE_EPS11.SAS GENERATED: 10:54:17 24FEB2006 DB version prod: 13

The rate of EPS-related symptoms was low in the quetiapine (5.9%) and olanzapine (7.1%) groups, and high in the risperidone group (36.6%).  Extrapyramidal disorder occurred in 1.8% of patients in the quetiapine and olanzapine treatment groups, in comparison to 24.4% in the

144

CONFIDENTIAL
AZSER12442088

Clinical Study Report
Edition Number 01
Study Code D1441C00125

risperidone group.  Akathisia was noted in a low proportion of quetiapine-treated patients (1.2%) and olanzapine-treated patients (1.8%), compared to 12.8% of patients in the risperidone group.

Overall, the incidence of EPS-related AEs was considerably lower in the quetiapine group and the olanzapine group than in the risperidone group.  These results were in line with data from BARS and SAS (see Sections 8.7.5.1 and 8.7.5.2, respectively), as well as with study-emergent use of anticholinergic medication (see Section 8.7.5.3).  The results were in line with previously reported data for the investigational products.

### 8.4.5.2    Adverse events associated with QT prolongation

In order to identify AEs associated with QT prolongation, the following MedDRA terms were searched: Long QT syndrome, Electrocardiogram QT corrected interval prolonged, Electrocardiogram QT prolonged, Long QT syndrome congenital, Torsades De Pointes, Cardiac arrest, Cardio-respiratory arrest, Cardiac death, Electromechanical dissociation, Sinus arrest.

AEs associated with QT prolongation are summarised by MedDRA preferred term and by randomised treatment in Table 51.

**Table 51          Adverse events associated with QT prolongation (safety population)**

| MedDRA preferred term[a] | Quetiapine N=169 n (%) | Olanzapine N=168 n (%) | Risperidone N=172 n (%) | Total N=509 n (%) |
|---|---|---|---|---|
| Any adverse event[b] | 1 (0.6) | 0 | 0 | 1 (0.2) |
| Electrocardiogram qt corrected interval prolonged | 1 (0.6) | 0 | 0 | 1 (0.2) |

[a] Patients with multiple events falling under the same term are counted only once in that term.
[b] Patients with at least one adverse event potentially related to QT prolongation.
Note: Events emerging during randomised treatment phase by decreasing order of frequency as summarized over all treatment groups.
SOURCE DOCUMENT: ST_AE_QT145.SAS GENERATED: 10:55:06 24FEB2006 DB version prod: 13

There was only 1 report on AE associated with QT prolongation in the quetiapine group (patient E1605002).  This prolongation was not judged as clinically relevant by the investigator, and no further AEs related to QT prolongation were reported for this patient during the 30-day follow-up period.

One patient in the olanzapine group (E1002009) had QTc prolongation (457 ms), but this was not reported as an AE (see Section 8.7.4).

### 8.4.5.3    Adverse events associated with neutropenia and agranulocytosis

In order to identify AEs associated with neutropenia and agranulocytosis, the following MedDRA terms were searched: Band neutrophil count decreased, Band neutrophil percentage decreased, Febrile neutropenia, Neutropenia, Neutropenic infection, Neutropenic sepsis, Neutrophil count decreased, Neutrophil percentage decreased, Granulocyte count decreased,

CONFIDENTIAL
AZSER12442089

Clinical Study Report
Edition Number 01
Study Code D1441C00125

Granulocytopenia, Idiopathic neutropenia, Neutrophil count abnormal, Neutrophil percentage abnormal, Agranulocytosis.

AEs associated with neutropenia and agranulocytosis are summarised by MedDRA preferred term and by randomised treatment in Table 52.

**Table 52        Adverse events associated with neutropenia and agranulocytosis (safety population)**

| MedDRA preferred term[a] | Quetiapine N=169 n (%) | Olanzapine N=168 n (%) | Risperidone N=172 n (%) | Total N=509 n (%) |
|---|---|---|---|---|
| Any adverse event[b] | 1 (0.6) | 0 | 0 | 1 (0.2) |
| Neutrophil count decreased | 1 (0.6) | 0 | 0 | 1 (0.2) |

[a] Patients with multiple events falling under the same term are counted only once in that term.
[b] Patients with at least one adverse event potentially related to neutropenia and agranulocytosis.
Note: Events emerging during randomised treatment phase by decreasing order of frequency as summarized over all treatment groups.
SOURCE DOCUMENT: ST_AE_NEUTAGRA139.SAS GENERATED: 10:54:41 24FEB2006 DB version prod: 13

Only 1 patient in the quetiapine group (E1501015) had a reported AE "neutrophil count decreased". This patient had a low neutrophil count ($1.38 \times 10^9$ cells/L) already at enrolment. At Week 8, the neutrophil count in this patient was $1.05 \times 10^9$ cells/L, and at Week 24 it was $1.13 \times 10^9$ cells/L. The decrease in the neutrophil count in this patient was judged by the investigator as not related to the investigational product.

Based on haematology laboratory results, 10 cases of neutropenia (defined as neutrophil count $\leq 1.5 \times 10^9$ cells/L) were identified in the quetiapine group, 3 in the olanzapine group, and 1 in the risperidone group (see Table 76). Only 1 of these patients had a reported AE associated with neutropenia (see case description above). See also Section 8.6.1.3 for an integrated discussion of neutropenia and agranulocytosis based on the reported AE and laboratory findings.

**8.4.5.4     Adverse events associated with diabetes**

In order to identify AEs associated with diabetes, following MedDRA terms were searched: anti-insulin antibody increased, anti-insulin antibody positive, blood glucose abnormal, blood glucose fluctuation, blood glucose increased, blood insulin abnormal, blood insulin decreased, blood insulin increased, blood insulin C-peptide abnormal, blood insulin C-peptide decreased, blood insulin C-peptide increased, blood proinsulin abnormal, blood proinsulin decreased, blood proinsulin increased, dawn phenomenon, diabetes mellitus, diabetes mellitus inadequate control, diabetes mellitus insulin dependent, diabetes mellitus non-insulin dependent, diabetes with hyperosmolarity, diabetic coma, diabetic complication, diabetic hyperglycaemic coma, diabetic hyperosmolar coma, diabetic hyperosmolar non-ketoacidosis, diabetic ketoacidosis, diabetic ketoacidotic hyperglycaemic coma, glucose tolerance decreased, glucose tolerance impaired, glucose tolerance test abnormal, glucose urine present, glycosylated haemoglobin increased, hyperglycaemia, hyperinsulinaemia, hyperinsulinism, impaired fasting glucose,

CONFIDENTIAL
AZSER12442090

Clinical Study Report
Edition Number 01
Study Code D1441C00125

impaired insulin secretion, increased insulin requirement, insulin resistance, insulin resistance syndrome, insulin resistant diabetes, insulin-requiring type II diabetes mellitus, insulin tolerance test abnormal, metabolic disorder, somogyi phenomenon, polydipsia, polyuria, thirst, blood ketone body present, blood ketone body increased, neonatal diabetes mellitus, glycosuria during pregnancy, gestational diabetes, glucose tolerance impaired in pregnancy, diabetes complicating pregnancy.

Patients with AEs associated with diabetes mellitus are summarised by MedDRA preferred term and by randomised treatment in Table 53.

**Table 53        Adverse events associated with diabetes mellitus (safety population)**

| MedDRA preferred term[a] | Quetiapine N=169 n (%) | Olanzapine N=168 n (%) | Risperidone N=172 n (%) | Total N=509 n (%) |
|---|---|---|---|---|
| Any adverse event[b] | 0 | 0 | 1 (0.6) | 1 (0.2) |
| Polydipsia | 0 | 0 | 1 (0.6) | 1 (0.2) |
| Polyuria | 0 | 0 | 1 (0.6) | 1 (0.2) |

[a] Patients with multiple events falling under the same term are counted only once in that term.
[b] Patients with at least one adverse event potentially related to diabetes mellitus.
Note: Events emerging during randomised treatment phase by decreasing order of frequency as summarized over all treatment groups.
SOURCE DOCUMENT: ST_AE_DIABETES8.SAS GENERATED: 11:34:04 25JAN2006 DB version prod: 13

Only 1 patient in the risperidone group (E1204002) reported polydipsia and polyuria as an AE associated with diabetes mellitus. In few cases, high glucose values potentially associated with diabetes were identified by OGTT or other laboratory measurements after the database lock. However, as these values were blinded during the study, confirmation of the diabetes diagnosis was not performed (for details, see Section 8.5.2.3). See Section 8.5 for results and discussion on glucose metabolism.

### 8.4.5.5    Adverse events associated with suicidality

In order to identify AEs associated with suicidality, following MedDRA terms were searched: completed suicide, suicide attempt, suicidal ideation, intentional self-injury, self injurious behaviour, self-injurious ideation.

AEs associated with suicidality are summarised by MedDRA preferred term and by randomised treatment in Table 54.

147

CONFIDENTIAL
AZSER12442091

Clinical Study Report
Edition Number 01
Study Code D1441C00125

**Table 54**          **Adverse events associated with suicidality (safety population)**

| MedDRA preferred term[a] | Quetiapine N=169 n (%) | Olanzapine N=168 n (%) | Risperidone N=172 n (%) | Total N=509 n (%) |
|---|---|---|---|---|
| Any adverse event[b] | 1 (0.6) | 0 | 1 (0.6) | 2 (0.4) |
| Completed suicide | 0 | 0 | 1 (0.6) | 1 (0.2) |
| Intentional self-injury | 1 (0.6) | 0 | 0 | 1 (0.2) |

[a] Patients with multiple events falling under the same term are counted only once in that term.
[b] Patients with at least one adverse event potentially related to suicidality.
SOURCE DOCUMENT: ST_AE_SUIC20.SAS GENERATED: 10:55:30 24FEB2006 DB version prod: 13

The incidence of AEs related to suicidality was very low in all treatment groups.  In the quetiapine treatment group, there was 1 case of intentional self-injury (patient E1602009), that was not categorized as an SAE and not judged to be drug-related by the investigator.  In the risperidone treatment group, 1 patient (E1004008) completed suicide during the 30-day post-treatment follow-up period (for narrative, see Section 8.4.1).  The investigator considered this death to be unrelated to the investigational product.

### 8.4.6   Discussion of deaths, serious adverse events, discontinuation due to adverse events, and other significant adverse events

Two patients died during the 30-day follow-up period of this study.  One patient with pulmonary tuberculosis died due to pneumonia, and 1 patient committed suicide.  Both patients had been treated with risperidone, but the deaths were considered unrelated to treatment by the investigators and AstraZeneca.

SAEs were infrequent in all 3 treatment groups.  The most commonly observed SAE was hospitalisation due to worsening of schizophrenia or due to symptoms associated with schizophrenia.  In the quetiapine group, no SAEs were judged by the investigator to be related to the investigational product.

Discontinuation rates due to AE were approximately the same in the quetiapine and risperidone groups, and less in the olanzapine group.  In the quetiapine group, DAEs were mostly due to worsening of symptoms associated with schizophrenia.  In the olanzapine group, the discontinuations were due to tolerability reasons, and in the risperidone group due to  worsening of the disease or tolerability reasons.  Although a higher rate of AEs related to somnolence and sedation was noted in the quetiapine group, it did not lead to a higher discontinuation rate due to somnolence/sedation in the quetiapine group in comparison to the other 2 groups.

No other significant AEs were identified in the study.

AEs of special interest included EPS, QT prolongation, diabetes mellitus, suicidality, and neutropenia/agranulocytosis.  As expected, the rate of EPS-related events was higher in the

CONFIDENTIAL
AZSER12442092

risperidone group, compared to the quetiapine and the olanzapine groups, and led to several withdrawals in the risperidone group.

With regard to QT prolongation, only 1 AE in the quetiapine group was reported, and this prolongation was not judged by the investigator as clinically significant. In 1 patient in the risperidone group, an AE associated with diabetes mellitus (polydipsia and polyuria) was observed. One patient in the risperidone group commited suicide during the 30-day follow-up period (see above), and 1 patient in the quetiapine group had an intentional self-injury during the treatment period, that was not considered related to the investigational product. One patient in the quetiapine group had an AE associated with neutropenia, but this patient had a low neutrophil count already at enrolment, and the AE was not judged to be related to the investigational product. Overall, there were no patterns in reported AEs to suggest a relationship between the study treatments and suicidality, QT prolongation, neutropenia/agranulocytosis or diabetes mellitus.

The findings on AEs were consistent with previously reported data for the 3 investigational products. No unexpected adverse drug reactions were observed.

## 8.5 Clinical laboratory evaluation of glucose metabolism and lipids

### 8.5.1 Primary safety variable: AUC of plasma glucose following OGTT

For an integrative summary of safety results related to glucose metabolism, see Section 8.1.1.

#### 8.5.1.1 Primary analysis

The primary objective of this study was to compare the safety/tolerability profile of quetiapine and olanzapine on glucose metabolism in schizophrenic patients by evaluating change from randomisation in AUC plasma glucose values following OGTT. One of the secondary objectives was to compare quetiapine to risperidone by evaluating the same outcome variable.

The LS mean values and confidence intervals of the changes from randomisation at Week 24 in AUC of plasma glucose values in the 3 treatment groups in the PAP are presented graphically in Figure 2. The supporting data for changes from randomisation in AUC of plasma glucose values is presented by treatment group in Table 55, and pairwise comparisons between the treatment groups with regard to this variable in Table 56.

CONFIDENTIAL
AZSER12442093

Clinical Study Report
Edition Number 01
Study Code D1441C00125

**Figure 2**          **AUC 0-2 h of plasma glucose values following OGTT, change from randomisation (PAP)**



SOURCE DOCUMENT: GLUC_01_PLOT.SAS GENERATED: 15:09:37 03FEB2006 DB version prod: 13

**Table 55**          **AUC 0-2h of plasma glucose values following OGTT, change from randomisation (PAP)**

|  |  | Quetiapine | Olanzapine | Risperidone |
|---|---|---|---|---|
| AUC plasma glucose value (mmol/L x h) |  |  |  |  |
| n[a] |  | 111 | 144 | 130 |
| Randomisation | Mean (SD) | 14.16 (3.02) | 14.48 (3.83) | 14.4 (3.63) |
| Change at Week 24 | LS mean (SE) | 0.506 (0.32) | 1.218 (0.29) | 1.041 (0.3) |
|  | 95% CI | (-0.13, 1.139) | (0.638, 1.798) | (0.45, 1.633) |

[a] Number of patients with non-missing values at randomisation and Week 24.
Note: Analysis using ANCOVA with baseline value, BMI group, age group and treatment as independent variables.
SOURCE DOCUMENT: GLUC_01.SAS GENERATED:  8:37:46 18JAN2006 DB version prod: 13

**Table 56**          **AUC 0-2h of plasma glucose values following OGTT, treatment differences in change from randomisation (PAP)**

|  |  | Quetiapine - Olanzapine | Quetiapine - Risperidone | Olanzapine - Risperidone |
|---|---|---|---|---|
| AUC plasma glucose value (mmol/L x h) |  |  |  |  |
| Change at Week 24 | LS mean (SE) | -0.71 (0.359) | -0.54 (0.368) | 0.177 (0.344) |
|  | 95% CI | (-1.42, -0.01) | (-1.26, 0.188) | (-0.5, 0.853) |
|  | p-value[a] | 0.0480 |  |  |

[a] No formal tests of quetiapine vs risperidone or olanzapine vs risperidone were planned for.

150

CONFIDENTIAL
AZSER12442094

Clinical Study Report
Edition Number 01
Study Code D1441C00125

Note: Analysis using ANCOVA with baseline value, BMI group, age group and treatment as independent variables.
SOURCE DOCUMENT: GLUC_02.SAS GENERATED: 8:38:07 18JAN2006 DB version prod: 13

At Week 24, the quetiapine group showed the smallest mean increase from baseline in AUC 0-2h (0.506 mmol/L x h).  The mean change from randomisation in AUC 0-2h of plasma glucose values at Week 24 in the PAP was significantly lower (p=0.0480) in the quetiapine group than in the olanzapine group (1.218 mmol/L x h).  The mean change from randomisation in the risperidone group (1.041 mmol/L x h), though numerically greater than in the quetiapine group, did not show a statistically significant difference in comparison to the quetiapine group, as shown by a post-hoc analysis based on the confidence intervals coverage of 0.

The mean changes from randomisation in AUC 0-2h of plasma glucose values for the PP population are presented by treatment group in Table 11.3.7.1-6, and pairwise comparisons between the treatment groups with regard to this variable in Table 11.3.7.1-7.  In the PP population, the AUC 0-2h at Week 24 increased in the quetiapine group by 0.624 mmol/L x h. In the olanzapine group, the AUC 0-2h increased by 1.454 mmol/L x h, and in the risperidone group, by 1.164 mmol/L x h.  The statistical significance of the difference between the quetiapine and olanzapine groups was higher in the PP population (p= 0.0199), than in the PAP.  Thus, the results in the PP population on change from randomisation in AUC 0-2h of plasma glucose values confirmed the results in the PAP population.

Figure 3 and Figure 4 present graphically the AUC the plasma glucose based on values taken at 0, 30, 60, 90, and 120 min of OGTT for PAP at randomisation and at Week 24, respectively.  A graph showing plasma glucose values following OGTT at Week 12 can be found in Figure 11.3.7.1-2.  The descriptive statistics of the development over time in plasma glucose values for the PAP is shown in Table 11.3.7.1-3, for the PP population in Table 11.3.7.1-4, and for the ITT population in Table 11.3.7.1-5.

CONFIDENTIAL
AZSER12442095

Clinical Study Report
Edition Number 01
Study Code D1441C00125

**Figure 3**          **Plasma glucose values following OGTT at randomisation (PAP)**



SOURCE DOCUMENT: GLUC_F01.SAS GENERATED: 11:33:56 03FEB2006 DB version prod: 13

**Figure 4**          **Plasma glucose values following OGTT at Week 24 (PAP)**



SOURCE DOCUMENT: GLUC_F03.SAS GENERATED: 11:34:35 03FEB2006 DB version prod: 13

CONFIDENTIAL
AZSER12442096

Clinical Study Report
Edition Number 01
Study Code D1441C00125

At randomisation, the curves for all 3 investigational products were similar.  At Week 24, the curves looked almost identical from 0 to 30 min after the glucose load.  However, at 30 min the quetiapine curve started to diverge, and at all later measurements (60, 90, and 120 min), the mean plasma glucose values in the quetiapine group were lower than those in the olanzapine and risperidone groups.  At Week 12, this difference between the quetiapine on one hand, and olanzapine and risperidone on the other was similar or even greater than at Week 24 to the advantage of quetiapine.

Table 57 shows the development over time in change from randomisation for AUC plasma glucose value following OGTT for the ITT population.  The corresponding data for the PP population can be found in Table 11.3.7.1-8.

**Table 57**          **AUC 0-2h of plasma glucose values following OGTT, development over time (ITT)**

| | Quetiapine N=168 | | Olanzapine N=169 | | Risperidone N=172 | |
|---|---|---|---|---|---|---|
| | n[a] | LS Mean (SE) | n[a] | LS Mean (SE) | n[a] | LS Mean (SE) |
| AUC plasma glucose value (mmol/L x h) | | | | | | |
|    Randomisation | 165 | 14.23 (0.284) | 166 | 14.31 (0.283) | 170 | 14.41 (0.28) |
|    Change at Week 12 | 130 | -0.4 (0.266) | 149 | 1.048 (0.251) | 143 | 0.825 (0.255) |
|    Change at Week 24 | 111 | 0.366 (0.351) | 144 | 1.095 (0.322) | 130 | 0.925 (0.331) |

[a] Number of patients with non-missing value.
Note: Analysis using Repeated measurements.
SOURCE DOCUMENT: GLUC_DT_01.SAS GENERATED: 16:53:23 08MAY2006 DB version prod: 13

At Week 12, no increase from baseline in AUC 0-2h of the plasma glucose values was observed in the quetiapine group in the ITT population, while in the olanzapine and risperidone groups, the increase from baseline at Week 12 was almost the same as at Week 24. In the PP population, the results for development over time in AUC 0-2h of the plasma glucose values were similar to those in the ITT population.

A shift plot showing AUC 0-2h of plasma glucose values for individual patients in the PAP at randomisation vs at Week 24 can be found in Figure 11.3.7.1-18.  Several patient with high AUC 0-2h at baseline were incorrectly randomised for participation in the study, as they had fasting glucose value at randomisation $\geq 7$ mmol/L and/or 2h-glucose value $\geq 11.1$ mmol/L and thus met an exclusion criterion (for explanation, see Section 5.3.4.3).  One patient in the olanzapine group (E1504006) was correctly randomised, but had very high AUC 0-2h values both at randomisation and at Week 24.  The incorrectly randomised  patients were excluded from the PP population (see Figure 11.3.7.1-19 for a shift plot of the PP population).  The results for change from randomisation in AUC 0-2h  of plasma glucose values in the PP population confirmed the results in the PAP, which implies that the incorrectly randomised patients did not influence the primary results to the advantage of quetiapine.

CONFIDENTIAL
AZSER12442097

Clinical Study Report
Edition Number 01
Study Code D1441C00125

### 8.5.1.2    Supporting analyses

Overall, the supporting analyses of change in AUC 0-2h of the plasma glucose values at Week 24 (including the analysis with centre as a covariate and subgroup analyses by BMI, gender, age, AUC 0-2h of plasma glucose values at randomisation, diabetic status at baseline, and of drug-naïve patients), did not reveal any pattern in any of the subgroups that would noticeably deviate from the primary analysis of the total study population.

**Analysis with centre as a covariate**

In an additional analysis, the changes from randomisation at Week 24 in AUC 0-2h of the plasma glucose values was evaluated using centre as a covariate and are presented by treatment group in Table 11.3.7.1-9.  The results were in line with the primary analysis in that although an increase from randomisation was seen in all treatment groups, the increase in the quetiapine group was smaller in comparison to that in the olanzapine and the risperidone groups.  The pairwise comparisons between treatment groups with regard to this variable and with centre as a covariate are presented in Table 11.3.7.1-10.  The p-value for comparison between the quetiapine and olanzapine treatments in this analysis was slightly above 5% (p=0.05).  This may be explained by loss of power in the analysis due to addition of a factor that is not an influence factor of importance.  The mean changes from randomisation in AUC 0-2h of plasma glucose values for the PAP by country and large centra are summarised in Table 11.3.7.1-11.

**Subgroup analysis by BMI**

The change from randomisation in AUC 0-2h of the plasma glucose values was also analysed for the patient subgroups categorized according to their BMI, gender, or age.  The results for patients in 4 different BMI categories are presented in Table 11.3.7.1-12.  The olanzapine group showed the greatest mean increase in all categories except for one ($\geq$18.5 to <25 kg/m$^2$), in which the change was greatest in the risperidone group.  In 2 categories ($\geq$18.5 to <25 kg/m$^2$, and $\geq$30 kg/m$^2$), the quetiapine group showed the smallest mean increase in AUC 0-2h from randomisation of the 3 treatment groups.  In the $\geq$25 to <30 kg/m$^2$ category, the quetiapine and risperidone group had similar increase, while the olanzapine group had the greatest increase.  In the <18.5 kg/m$^2$ category, the risperidone group had a smaller increase than the quetiapine and olanzapine groups.  However, as the number of patients in this BMI category was very small, the results should be interpreted with caution.

**Subgroup analysis by gender**

The results for patients grouped according to their gender are summarised in Table 11.3.7.1-13.  In females, the quetiapine group showed no change in AUC 0-2h of plasma glucose values from randomisation at Week 24; the olanzapine group had the greatest mean increase, and the risperidone group had an intermediate increase.  In males, the results were comparable for the risperidone and olanzapine groups, while the quetiapine group showed a slightly smaller mean change than the other 2 groups.

CONFIDENTIAL
AZSER12442098

Clinical Study Report
Edition Number 01
Study Code D1441C00125

**Subgroup analysis by age**

The results for patients divided according to their age into 2 groups (18-50 years or 51-65 years) are shown in Table 11.3.7.1-14.  There was no mean change from randomisation at Week 24 in the quetiapine group for patients between 51 and 65 years.  In the younger patients, the quetiapine group had smallest mean change.  In both categories, the olanzapine group showed greatest increase from randomisation at Week 24.

**Subgroup analysis by AUC 0-2h of plasma glucose values at randomisation**

To assess the influence of the patient's response to glucose load at baseline on change in AUC 0-2h at Week 24, an additional analysis was performed for patients divided into 4 subgroups according to their AUC 0-2h of plasma glucose values at randomisation (<13 mmol/L x h, ≥13 to <14.5 mmol/L x h, ≥14.5 to <16 mmol/L x h, or  ≥16 mmol/L x h). These results summarised in Table 11.3.7.1-15.  In all 3 treatment groups, the greatest mean increase in AUC 0-2h was observed in the patient subgroup with AUC 0-2h <13 mmol/L x h at randomisation.   In the subgroups with AUC 0-2h at randomisation ≥13 to <14.5 mmol/L x h, and ≥14.5 to <16 mmol/L x h, the increase in AUC 0-2h at Week 24 was greater in the olanzapine group, than in the quetiapine and the risperidone groups.  In the subgroup with AUC 0-2h at randomisation ≥16 mmol/L x h, a small decrease in the AUC 0-2h was observed at Week 24 in all treatment groups.

 **Subgroup analysis by diabetic status at baseline**

The 3 patient subgroups, diabetic, diabetic risk, or non-diabetic at baseline, were defined by the Seroquel project team (for definitions, see Section 5.7.4.3).  The LS mean changes from randomisation in AUC 0-2h of plasma glucose values in all patients, diabetic patients, diabetic risk patients, and non-diabetic patients are presented by treatment group in Table 11.3.7.1-17.  The analysis by treatment of non-diabetic patient subgroup was in line with the analysis of the total study population.  The number of patients in the diabetic risk subgroup, and particularly in the diabetic subgroup was too small to provide statistically reliable analysis, as the study was not powered for this type of subgroup assessments.

**Subgroup analysis of drug-naïve patients**

For definition of drug-naïve patients, see Section 5.7.4.3.

The LS mean changes from randomisation in AUC 0-2h of the plasma glucose values in drug-naïve patients in the PAP are summarised by treatment group in Table 11.3.7.1-16.  In this small subgroup of the study population, no increase in mean AUC 0-2h was observed at Week 24 in any of the treatment groups.

**8.5.2      Secondary safety variables**

**8.5.2.1      AUC of plasma glucose values following OGTT**

A secondary objective of the study was to compare the safety/tolerability profiles of quetiapine and risperidone on glucose metabolism measured by AUC 0-2h of plasma glucose values following OGTT.  The change from randomisation at Week 24 in AUC plasma glucose

CONFIDENTIAL
AZSER12442099

Clinical Study Report
Edition Number 01
Study Code D1441C00125

values following OGTT for risperidone is presented in Table 55, and treatment difference for quetiapine vs risperidone in Table 56.  Figure 3 and Figure 4 show the plasma glucose values following OGTT (5 samples 0-2h) at randomisation and at Week 24, respectively.

At Week 24, the change from randomisation in AUC of plasma glucose values was numerically greater in the risperidone group in comparison with the quetiapine group (1.041 vs 0.506 mmol/L x h)(see Table 55), but the difference was not statistically significant, as shown by a post-hoc analysis based on the confidence intervals coverage of 0 (see Table 56).

For detailed presentation of the results, see Section 8.5.1.

### 8.5.2.2   Fasting plasma glucose and 2-hour glucose

The LS mean changes in fasting glucose and in 2-hour glucose from randomisation at Week 24 are summarised by treatment in Table 58.

**Table 58**        **Fasting plasma glucose and two-hour glucose, change from randomisation (PAP)**

|  |  | Quetiapine | Olanzapine | Risperidone |
|---|---|---|---|---|
| Fasting plasma glucose (mmol/L) |  |  |  |  |
| n[a] |  | 113 | 143 | 132 |
| Randomisation | Mean (SD) | 5.14 (0.67) | 5.199 (0.99) | 5.203 (0.66) |
| Change at Week 24 | LS mean (SE) | 0.177 (0.08) | 0.129 (0.08) | 0.244 (0.08) |
|  | 95% CI | (0.013, 0.34) | (-0.02, 0.281) | (0.09, 0.399) |
| Two-hour glucose (mmol/L) |  |  |  |  |
| n[a] |  | 109 | 145 | 128 |
| Randomisation | Mean (SD) | 5.934 (1.86) | 6.163 (2.33) | 6.266 (2.13) |
| Change at Week 24 | LS mean (SE) | -0.1 (0.23) | 0.543 (0.21) | 0.587 (0.22) |
|  | 95% CI | (-0.56, 0.348) | (0.132, 0.953) | (0.162, 1.013) |

[a] Number of patients with non-missing values at randomisation and Week 24.
Note: Analysis using ANCOVA with baseline value, BMI group, age group and treatment as independent variables.
SOURCE DOCUMENT: FGLUC_01.SAS GENERATED: 8:36:34 18JAN2006 DB version prod: 13

The baseline values of fasting plasma glucose and 2-hour glucose were similar across the treatment groups.  At Week 24, there was a small increase from baseline in fasting glucose, that was comparable for all 3 treatment groups (0.177 mmol/L for quetiapine, 0.129 mmol/L for olanzapine, and 0.244 mmol/L for risperidone).

For the 2-hour glucose, no change from baseline at Week 24 was observed in the quetiapine group, while the olanzapine and risperidone groups showed an increase from baseline which was of similar magnitude (0.543 and 0.587 mmol/L, respectively).

Pairwise comparisons between the treatment groups are shown in Table 59.

CONFIDENTIAL
AZSER12442100

Clinical Study Report
Edition Number 01
Study Code D1441C00125

**Table 59**      **Fasting plasma glucose and two-hour glucose, treatment differences in change from randomisation (PAP)**

|  |  | Quetiapine - Olanzapine | Quetiapine - Risperidone | Olanzapine - Risperidone |
|---|---|---|---|---|
| Fasting plasma glucose (mmol/L) |  |  |  |  |
| Change at Week 24 | LS mean (SE) | 0.047 (0.094) | -0.07 (0.095) | -0.11 (0.09) |
|  | 95% CI | (-0.14, 0.231) | (-0.26, 0.12) | (-0.29, 0.062) |
| Two-hour glucose (mmol/L) |  |  |  |  |
| Change at Week 24 | LS mean (SE) | -0.65 (0.255) | -0.69 (0.263) | -0.04 (0.244) |
|  | 95% CI | (-1.15, -0.14) | (-1.21, -0.17) | (-0.52, 0.435) |

Note: Analysis using ANCOVA with baseline value, BMI group, age group and treatment as independent variables.
SOURCE DOCUMENT: FGLUC_02.SAS GENERATED: 8:37:00 18JAN2006 DB version prod: 13

For the 2-hour glucose results, the treatment difference was statistically significant (as shown by a post-hoc analysis based on the confidence intervals coverage of 0) to the advantage of the quetiapine group in comparison to both olanzapine and risperidone groups, while there was no marked difference between the olanzapine and risperidone groups.  This supported the primary analysis results.

For fasting plasma glucose, there was no statistically significant difference between any of the treatment groups.

A shift plot of individual patients' fasting glucose values at Week 24 in comparison to values at randomisation is presented in Figure 11.3.7.1-20.  Two patients in the quetiapine group, 3 in the olanzapine group, and 3 in the risperidone group had fasting glucose values at randomisation ≥7 mmol/L, which means that they met an exclusion criterion and were incorrectly randomised for participation in the study (for details, see Section 5.3.4.3).  One patient in the olanzapine group (E1601008) had fasting glucose value of 13.30 mmol/L, and 30 min glucose value of 5.60 mmol/L, which suggests that the high fasting glucose value may be due to a technical issue (eg, blood samples for fasting and 30 min glucose exchanged).

Few patients with normal fasting glucose at randomisation had values ≥7mmol/L at Week 24: 2 in the quetiapine group, 4 in the olanzapine group, and 3 in the risperidone group.  One of these 2 patients in the quetiapine group (E1404006) had fasting glucose value of 12.40 mmol/L, and 30 min glucose value of 7.90 mmol/L, suggesting that the high fasting glucose value may be due to a technical issue (eg, blood samples for fasting and 30 min glucose exchanged).  For a listing of patients with normal glucose values at randomisation, but fasting plasma glucose ≥7.0 mmol/L and/or 2h-glucose value ≥ 11.1 mmol/L at Week 12 and/or Week 24, see Table 11.3.7.1-30.

A shift plot of individual patients' 2h-glucose values at Week 24 in comparison to values at randomisation is presented in Figure 11.3.7.1-21.  One patient in the quetiapine group, 8 in the olanzapine group, and 5 in the risperidone group had 2h-glucose value at randomisation ≥11.1 mmol/L, which means that they met an exclusion criterion and were incorrectly randomised

157

CONFIDENTIAL
AZSER12442101

Clinical Study Report
Edition Number 01
Study Code D1441C00125

for participation in the study (for details, see Section 5.3.4.3).  Two patients in the quetiapine group, 5 in the olanzapine group, and 5 in the risperidone group had normal 2h-glucose values at randomisation, but ≥11.1 mmol/L at Week 24.  For a listing of patients with normal glucose values at randomisation, but fasting plasma glucose ≥7.0 mmol/L and/or 2h-glucose value ≥ 11.1 mmol/L at Week 12 and/or Week 24, see  Table 11.3.7.1-30.  Table 60 summarises the patients with shift in fasting glucose and 2h-glucose values to normal, impaired or high values from randomisation at Week 24 for the PAP (see Section 8.5.2.3).

The descriptive statistics of the development over time in the fasting glucose and 2h-glucose in the ITT population can be found in Table 11.3.7.1-23.  The differential results for the 3 treatment groups showed the same trend at Week 12, as at Week 24.

The change from randomisation at Week 24 in fasting plasma glucose values was also analysed for the patient subgroups of the PAP categorized according to their BMI (Table 11.3.7.1-24), gender (Table 11.3.7.1-25), age (Table 11.3.7.1-26), and baseline (randomisation) fasting plasma glucose value (Table 11.3.7.1-27).  The subgroup analyses of mean change from randomisation in fasting glucose and 2h-glucose for diabetic, diabetic risk, and non-diabetic patients (see Section 5.7.4.3 for definitions of these subgroups) for PAP are presented by treatment group in Table 11.3.7.1-28 and Table 11.3.7.1-29, respectively.  The results for these subgroups were in line with the results for the total study population.

### 8.5.2.3    Hyperglycemia, impaired fasting glucose, impaired glucose tolerance, or diabetes

Table 60 summarises by treatment group the proportion of patients in PAP with hyperglycemia (defined as fasting plasma glucose ≥7.0 mmol/L and/or 2h-glucose ≥11.1 mmol/L), the proportion of patients with fasting glucose ≥7.0 mmol/L, the proportion of patients with 2-hour glucose ≥11.1 mmol/L, and the proportion of patients with IFG (defined as fasting glucose ≥5.6 and <7.0 mmol/L) or IGT (defined as 2h-glucose ≥7.8 and <11.1 mmol/L) at randomisation and at Week 24.

**Table 60        Patients with hyperglycemia and impaired fasting glucose or impaired glucose tolerance (PAP)**

|  | Quetiapine N=115 | | Olanzapine N=146 | | Risperidone N=134 | |
| --- | --- | --- | --- | --- | --- | --- |
|  | $n^a$ | n (%) | $n^a$ | n (%) | $n^a$ | n (%) |
| Proportion of patients with hyperglycemia |  |  |  |  |  |  |
|     Randomisation | 114 | 3 (2.6) | 145 | 10 (6.9) | 134 | 7 (5.2) |
|     Week 24 | 115 | 5 (4.3) | 146 | 10 (6.8) | 133 | 9 (6.8) |
| Proportion of patients with fasting glucose ≥7.0 mmol/L |  |  |  |  |  |  |
|     Randomisation | 114 | 2 (1.8) | 145 | 3 (2.1) | 134 | 3 (2.2) |
|     Week 24 | 115 | 3 (2.6) | 146 | 5 (3.4) | 134 | 4 (3.0) |
| Proportion of patients with 2h-glucose ≥11.1 mmol/L |  |  |  |  |  |  |
|     Randomisation | 114 | 1 (0.9) | 145 | 8 (5.5) | 134 | 5 (3.7) |

158

CONFIDENTIAL
AZSER12442102

Clinical Study Report
Edition Number 01
Study Code D1441C00125

**Table 60**          **Patients with hyperglycemia and impaired fasting glucose or impaired glucose tolerance (PAP)**

| | Quetiapine N=115 | | Olanzapine N=146 | | Risperidone N=134 | |
|---|---|---|---|---|---|---|
| | $n^a$ | n (%) | $n^a$ | n (%) | $n^a$ | n (%) |
| Week 24 | 115 | 2 (1.7) | 146 | 8 (5.5) | 134 | 7 (5.2) |
| Proportion of patients with impaired fasting glucose or impaired glucose tolerance | | | | | | |
| Randomisation | 114 | 30 (26.3) | 145 | 29 (20.0) | 134 | 43 (32.1) |
| Week 24 | 115 | 37 (32.2) | 146 | 43 (29.5) | 133 | 54 (40.6) |

[a] Number of patients with non-missing value.
SOURCE DOCUMENT: GLUC_03.SAS GENERATED: 17:48:05 04APR2006 DB version prod: 13

Several patients with hyperglycemia at randomisation were incorrectly randomised for participation in the study, despite the fact that they fulfilled exclusion criteria (for details, see Section 5.3.4.3). At randomisation, there were 3 such patients in the quetiapine group, 10 in the olanzapine group, and 7 in the risperidone group in the PAP.

At Week 24, the proportion of patients with hyperglycemia was small and similar to baseline (randomisation) within each treatment group. The only patient in the quetiapine group who had 2h-glucose $\geq 11.1$ mmol/L at randomisation, had 2h-glucose value below 11.1 mmol/L at Week 24. The 2 patients with 2h-glucose values $\geq 11.1$ mmol/L at Week 24 had normal values at randomisation. In the olanzapine group, of the 8 patients with 2h-glucose values $\geq 11.1$ mmol/L at randomisation, 5 had normal values at Week 24, and 3 remained above 11.1 mmol/L. Of these, 1 patient got a higher value at Week 24 compared to randomisation, and 2 remained unchanged. Five patients in the olanzapine group had normal 2h-glucose values at randomisation, but $\geq 11.1$ mmol/L at Week 24. In the risperidone group, of the 5 patients 2h-glucose $\geq 11.1$ mmol/L at randomisation, 1 remained unchanged, and others slightly worsened at Week 24.

For individual glucose measurements for patients with fasting plasma glucose $\geq 7.0$ mmol/L and/or 2h-glucose $\geq 11.1$ mmol/L at randomisation (ie, incorrectly randomised patients), see Table 11.3.7.1-31. For individual glucose measurements for patients with normal glucose values at randomisation but fasting plasma glucose $\geq 7.0$ mmol/L and/or 2h-glucose value $\geq 11.1$ mmol/L at Week 12 and/or Week 24, see Table 11.3.7.1-30.

The proportion of patients with IFG or IGT increased slightly from randomisation to Week 24 in all treatment groups in the PAP (see Table 60). In the quetiapine group, it changed from 26.3 to 32.2%, in the olanzapine group from 20.0 to 29.5%, and in the risperidone group from 32.1 to 40.6%. The smallest increase was seen in the quetiapine group, and the greatest in the olanzapine group. For individual glucose measurements for patients with IFG or IGT, see patient listing in Appendix 12.2.8-1.

CONFIDENTIAL
AZSER12442103

Clinical Study Report
Edition Number 01
Study Code D1441C00125

Pairwise comparisons between the treatment groups in the PAP with regard to the proportions of patients with hyperglycemia, with fasting glucose ≥7.0 mmol/L, with 2-hour glucose ≥11.1 mmol/L, and with IFG or IGT at Week 24 are shown in Table 61. No clinically significant differences between the investigational products with respect to these variables were detected.

**Table 61      Patients with hyperglycemia and impaired fasting glucose or impaired glucose tolerance, treatment differences (PAP)**

|  | Quetiapine / Olanzapine | Quetiapine / Risperidone | Olanzapine / Risperidone |
|---|---|---|---|
| Proportion of patients with hyperglycemia |  |  |  |
|    Estimated odds ratio | 0.793 | 0.837 | 1.055 |
|    95% CI | (0.242, 2.599) | (0.253, 2.769) | (0.375, 2.968) |
| Proportion of patients with fasting glucose ≥ 7.0 mmol/L |  |  |  |
|    Estimated odds ratio | 0.967 | 0.952 | 0.984 |
|    95% CI | (0.21, 4.447) | (0.205, 4.428) | (0.241, 4.025) |
| Proportion of patients with 2h-glucose ≥ 11.1 mmol/L |  |  |  |
|    Estimated odds ratio | 0.416 | 0.435 | 1.045 |
|    95% CI | (0.079, 2.184) | (0.082, 2.31) | (0.319, 3.423) |
| Proportion of patients with fasting glucose ≥ 5.6 mmol/L or 2h-glucose ≥ 7.8 mmol/L |  |  |  |
|    Estimated odds ratio | 1.091 | 0.656 | 0.602 |
|    95% CI | (0.622, 1.913) | (0.376, 1.146) | (0.354, 1.023) |

Note: Analysis using a logistic regression model.
SOURCE DOCUMENT: GLUC_04.SAS GENERATED: 12:26:56 06APR2006 DB version prod: 13

The descriptive statistics of the development over time in the proportion of patients with hyperglycemia and proportion of patients with IFT or IGT for the ITT population can be found in Table 11.3.7.1-40. The proportions of patients with IFG or IGT according to the old definition of IFG (≥6.1 mmol/L) used in the study protocol, are presented by treatment in Table 11.3.7.1-41, and the pairwise treatment comparisons in Table 11.3.7.1-42.

Patients in the PAP with shift in fasting glucose and 2h-glucose to normal, impaired or high values from randomisation at Week 24 are summarised in Table 11.3.7.1-22. In patients with normal baseline, the percentages of patients shifting to high fasting or 2h-glucose levels at Week 24 were 2.5% in the quetiapine group, 2.8% in the olanzapine group, and 3.6% in the risperidone group.

The proportions of patients in the PAP population with shift from randomisation to Week 24 to higher or to lower category in fasting glucose or in 2h-glucose values are presented in Table 62. The proportion of patients with shift to higher category includes patients who shifted from

160

CONFIDENTIAL
AZSER12442104

Clinical Study Report
Edition Number 01
Study Code D1441C00125

normal to impaired, from normal to high, of from impaired to high.  The proportion of patients with shift to lower category includes the patients with shift from high to impaired, from high to normal, or from impaired to normal.

**Table 62**       **Patients with shift to higher or to lower category in fasting plasma glucose and two-hour glucose (PAP)**

| | Quetiapine N=115 | | Olanzapine N=146 | | Risperidone N=134 | |
|---|---|---|---|---|---|---|
| | $n^a$ | n (%) | $n^a$ | n (%) | $n^a$ | n (%) |
| Proportion of patients with shift to higher fasting glucose category[b] | | | | | | |
| Week 24 | 111 | 23 (20.7) | 140 | 20 (14.3) | 129 | 22 (17.1) |
| Proportion of patients with shift to higher 2h-glucose category[c] | | | | | | |
| Week 24 | 108 | 10 (9.3) | 137 | 20 (14.6) | 123 | 23 (18.7) |
| Proportion of patients with shift to lower fasting glucose category[b] | | | | | | |
| Week 24 | 20 | 11 (55.0) | 23 | 7 (30.4) | 35 | 9 (25.7) |
| Proportion of patients with shift to lower 2h-glucose category[c] | | | | | | |
| Week 24 | 18 | 11 (61.1) | 30 | 17 (56.7) | 27 | 14 (51.9) |

[a] Number of patients at risk at baseline, ie, Patients not in the highest category (for shift to higher category) or not in the normal category (for shift to lower category), and with non-missing value.
[b] Categories for fasting glucose: normal <5.6 mmol/L; impaired ≥5.6 and < 7.0 mmol/L; high ≥7.0 mmol/L
[c] Categories for 2h-glucose: normal <7.8 mmol/L; impaired ≥7.8 and < 11.1 mmol/L; high ≥11.1 mmol/L
SOURCE DOCUMENT: GLUC_06.SAS GENERATED: 16:52:53 07APR2006 DB version prod: 13

With regard to 2h-glucose, about twice as many patients shifted at Week 24 to higher category in the risperidone group (18.7%), than in the quetiapine group (9.3%).  In the olanzapine group, the shift to higher category was seen in 14.6% of patients.  Shift to lower category was seen in a slightly higher proportion of patients in the quetiapine group in comparison to the risperidone and olanzapine groups.

For fasting glucose, shift to lower category at Week 24 was seen in 55% of patients in the quetiapine group, in comparison to 30.4% in the olanzapine group, and 25.7% in the risperidone group. A slightly higher proportion of patients moved to higher category in the quetiapine group compared to the other 2 groups.

No patients received the diagnosis of diabetes mellitus during the study, and none was excluded from the study due to diabetes, because the central laboratory failed to automatically flag for and notify the investigators on fasting glucose values ≥7.0 mmol/L or/and 2-hour glucose values ≥11.1 mmol/L (for details, see Section 5.3.4.3).  As a result, the laboratory results for these patient remained blinded throughout the study, and no additional plasma glucose measurements were conducted in order to confirm or reject the diagnosis of diabetes mellitus.  Only 1 patient (E1511003), who had a 2h-glucose value above the exclusion criteria for glucose, was excluded due to risk of diabetes after the value had been manually disclosed

CONFIDENTIAL
AZSER12442105

Clinical Study Report
Edition Number 01
Study Code D1441C00125

by the central laboratory.  However, 8 patients in the study had normal glucose values at randomisation and at least 2 postrandomisation values of fasting glucose $\geq 7.0$ mmol/L and/or 2-hour glucose $\geq 11.1$ mmol/L, revealed after unblinding of the laboratory data.  Of these, 2 patients were in the quetiapine treatment group (E1507012 and E1608002), 2 in the olanzapine group (E1504006 and E1507009), and 4 in the risperidone group (E1109004, E1504012, E1602007, and E1608014).  The individual glucose and HbA$_{1c}$ measurements for these patients at randomisation, Week 12 and Week 24 can be found in Table 11.3.7.1-30, insulin and C-peptide measurements in Table 11.3.7.1-53, fasting lipid data in Table11.3.7.1-60, and weight, BMI and waist circumference data in Table 11.3.8.1-6.

### 8.5.2.4    Haemoglobin A1c

The LS mean changes in HbA$_{1c}$ from randomisation at Week 24 are summarised by treatment group in Table 63.

**Table 63          Haemoglobin A$_{1c}$, change from randomisation (PAP)**

|  |  | Quetiapine | Olanzapine | Risperidone |
|---|---|---|---|---|
| HbA$_{1c}$ (%) |  |  |  |  |
| n[a] |  | 106 | 140 | 128 |
| Randomisation | Mean (SD) | 5.329 (0.43) | 5.323 (0.39) | 5.332 (0.49) |
| Change at Week 24 | LS mean (SE) | 0.122 (0.03) | 0.05 (0.03) | 0.065 (0.03) |
|  | 95% CI | (0.054, 0.191) | (-0.01, 0.112) | (0.001, 0.129) |

[a] Number of patients with non-missing value.
Note: Analysis using ANCOVA with baseline value, BMI group, age group and treatment as independent variables.
SOURCE DOCUMENT: HBA1C_01.SAS GENERATED: 17:49:30 04APR2006 DB version prod: 13

At randomisation, all treatment groups had similar values (5.329% for the quetiapine, 5.323% for the olanzapine, and 5.332% for the risperidone group).  At Week 24, the change in HbA$_{1c}$ was small in all treatment groups: 0.122% in the quetiapine group, 0.065% in the risperidone group, and 0.05% in the olanzapine group.

Pairwise comparisons between the treatment groups for change from randomisation in HbA$_{1c}$ at Week 24 are shown in Table 64.  No clinically significant difference  between any of  the treatments was detected.

**Table 64          Haemoglobin A$_{1c}$, treatment differences in change from randomisation (PAP)**

|  |  | Quetiapine - Olanzapine | Quetiapine - Risperidone | Olanzapine - Risperidone |
|---|---|---|---|---|
| HbA$_{1c}$ (%) |  |  |  |  |
| Change at Week 24 | LS mean (SE) | 0.072 (0.039) | 0.057 (0.04) | -0.01 (0.037) |
|  | 95% CI | (-0, 0.148) | (-0.02, 0.135) | (-0.09, 0.058) |

Note: Analysis using ANCOVA with baseline value, BMI group, age group and treatment  as independent variables.
SOURCE DOCUMENT: HBA1C_02.SAS GENERATED: 17:49:50 04APR2006 DB version prod: 13

CONFIDENTIAL
AZSER12442106

Clinical Study Report
Edition Number 01
Study Code D1441C00125

The descriptive statistics of the development over time in $HbA_{1c}$ can be found in Table 11.3.7.1-43. In the ITT population, there was no change from randomisation at Week 12 in the risperidone group. Olanzapine had an increase of 0.04%, and quetiapine had an intermediate increase of 0.021%. At Week 24, there was almost no change in the olanzapine and risperidone groups, while the quetiapine group had a small increase of 0.075%.

Table 65 summarises by treatment the number and percentage of patients with $HbA_{1c} \geq 6.05\%$ at randomisation and at Week 24, and Table 66 shows the pairwise comparisons between the treatment groups with regard to this variable.

**Table 65**  **Patients with haemoglobin $A_{1c} \geq 6.05\%$ (PAP)**

| | Quetiapine N=115 | | Olanzapine N=146 | | Risperidone N=134 | |
|---|---|---|---|---|---|---|
| | $n^a$ | n (%) | $n^a$ | n (%) | $n^a$ | n (%) |
| Proportion of patients with $HbA_{1c} \geq 6.05\%$ | | | | | | |
|    Randomisation | 112 | 5 (4.5) | 143 | 6 (4.2) | 132 | 9 (6.8) |
|    Week 24 | 110 | 6 (5.5) | 143 | 5 (3.5) | 129 | 6 (4.7) |

$^a$ Number of patients with non-missing value.
SOURCE DOCUMENT: HBA1C_03.SAS GENERATED: 17:50:09 04APR2006 DB version prod: 13

**Table 66**  **Patients with haemoglobin $A_{1c} \geq 6.05\%$, treatment differences (PAP)**

| | Quetiapine / Olanzapine | Quetiapine / Risperidone | Olanzapine / Risperidone |
|---|---|---|---|
| Proportion of patients with $HbA_{1c} > 6.05\%$ | | | |
|    Estimated odds ratio | 1.539 | 1.449 | 0.941 |
|    95% CI | (0.376, 6.307) | (0.375, 5.592) | (0.236, 3.755) |

Note: Analysis using a logistic regression model.
SOURCE DOCUMENT: HBA1C_04.SAS GENERATED: 8:54:01 18JAN2006 DB version prod: 13

Across the treatment groups, approximately the same low proportion of patients had $HbA_{1c} \geq 6.05\%$ at randomisation (4.5% for quetiapine, 4.2% for olanzapine, and 6.8% for risperidone). At Week 24, the proportion of patients with $HbA_{1c} \geq 6.05\%$ was very similar to the baseline for each of the treatment groups, and no meaningful difference between the treatments was seen. The descriptive statistics of development over time for this variable is presented in Table 11.3.7.1-44.

The subgroup analysis of mean change from randomisation in $HbA_{1c}$ for diabetic, diabetic risk, and non-diabetic patients in the PAP is presented in Table 11.3.7.1-45. No marked differences between the subgroups were observed, and the results for the subgroups were in line with the results for the total PAP.

163

CONFIDENTIAL
AZSER12442107

Clinical Study Report
Edition Number 01
Study Code D1441C00125

### 8.5.2.5   Insulin

The relative changes from randomisation at Week 24 in fasting plasma insulin, AUC 0-2h of plasma insulin values following OGTT, index of insulin sensitivity (ISI) (Matsuda et al.) and HOMA in the PAP population are summarised in Table 67.  The descriptive statistics of the development over time in fasting plasma insulin and indices of insulin sensitivity for the ITT population is shown in Table 11.3.7.1-46.

**Table 67**          **Fasting plasma insulin and indices of insulin sensitivity, change from randomisation (PAP)**

|  |  | Quetiapine | Olanzapine | Risperidone |
|---|---|---|---|---|
| Fasting plasma insulin (µIU/mL) |  |  |  |  |
| n[a] |  | 82 | 117 | 113 |
| Randomisation | Geometric mean (CV) | 5.209 (79.9) | 5.363 (63.7) | 5.442 (52.5) |
| Relative change at Week 24 | Increase in %[b] | 3.324 | 8.475 | 11.9 |
|  | 95% CI | (-9.2, 17.58) | (-3.33, 21.73) | (-0.2, 25.47) |
| AUC based on plasma insulin values following OGTT (µIU/mL x h) |  |  |  |  |
| n[a] |  | 84 | 111 | 103 |
| Randomisation | Geometric mean (CV) | 80.28 (64.9) | 71.26 (68.7) | 67.58 (56.9) |
| Relative change at Week 24 | Increase in %[b] | 13.15 | 24.45 | 10.74 |
|  | 95% CI | (-0.14, 28.22) | (11.46, 38.96) | (-1.2, 24.13) |
| Index of insulin sensitivity (ISI)[c] |  |  |  |  |
| n[a] |  | 76 | 112 | 103 |
| Randomisation | Geometric mean (CV) | 108.5 (64.4) | 118 (69.6) | 118.3 (64.5) |
| Relative change at Week 24 | Increase in %[b] | -10.8 | -19.1 | -15.8 |
|  | 95% CI | (-21.9, 1.847) | (-27.9, -9.33) | (-25.1, -5.41) |
| Homeostastasis model assessment (HOMA)[d] |  |  |  |  |
| n[a] |  | 82 | 117 | 112 |
| Randomisation | Geometric mean (CV) | 1.183 (89.8) | 1.227 (69.7) | 1.257 (54.7) |
| Relative change at Week 24 | Increase in %[b] | 6.439 | 10.97 | 16.75 |
|  | 95% CI | (-7.63, 22.65) | (-2.22, 25.94) | (2.945, 32.41) |

[a] Number of patients with non-missing values at randomisation and Week 24.
[b] Based on LS mean for log-transformed data.
[c] ISI = 10,000/square root of ([fasting glucose (mg/dL) x fasting insulin (µU/mL)] x [mean glucose (mg/dL) x mean insulin (µU/mL) during OGTT])
[d] HOMA = fasting plasma insulin (µU/mL) x fasting plasma glucose (mmol/L)/22.5
Note: Analysis based on log-transformed data using ANCOVA with baseline value, BMI group, age group and treatment as independent variables.
SOURCE DOCUMENT: INSU_01.SAS GENERATED: 11:34:40 19JAN2006 DB version prod: 13

Baseline values for fasting plasma insulin, AUC of plasma insulin values following OGTT, ISI and HOMA were similar across the treatment groups.  At Week 24, there was a small

CONFIDENTIAL
AZSER12442108

Clinical Study Report
Edition Number 01
Study Code D1441C00125

relative increase in fasting insulin in all 3 groups, that was not statistically significant.  This increase was smallest in the quetiapine group (3.3%), compared to both the olanzapine (8.5%) and the risperidone (11.9%) groups.

With regard to AUC, the olanzapine group had a considerably bigger increase (24.5%) than both quetiapine and risperidone (13.2% and 10.7% respectively).  The change from randomisation was statistically significant for the olanzapine group.

The ISI results showed the greatest change from randomisation in the olanzapine group as well (decrease with 19.1%), followed by the risperidone group (15.8%).  For both these groups, the decrease from baseline was statistically significant.  The quetiapine group had a decrease from randomisation of 10.8%, which was not statistically significant.

For HOMA, the greatest and statistically significant increase was observed in the risperidone group (16.8%), followed by the olanzapine group (11%).  The quetiapine group showed the smallest increase (6.4%).

Pairwise comparisons between the treatment groups with regard to fasting plasma insulin and indices of insulin sensitivity mentioned above are presented in Table 68.  None of these showed statistical significance as shown by a post-hoc analysis based on the confidence interval coverage of 1.

**Table 68**      **Fasting plasma insulin and indices of insulin sensitivity, treatment differences in change from randomisation (PAP)**

| | | Quetiapine / Olanzapine | Quetiapine / Risperidone | Olanzapine / Risperidone |
|---|---|---|---|---|
| Fasting plasma insulin (µIU/mL) | | | | |
|    Relative change at Week 24 | Ratio between treatments | 0.953 | 0.923 | 0.969 |
| | 95% CI | (0.825, 1.1) | (0.798, 1.068) | (0.849, 1.106) |
| AUC based on plasma insulin values following OGTT (µIU/mL x h) | | | | |
|    Relative change at Week 24 | Ratio between treatments | 0.909 | 1.022 | 1.124 |
| | 95% CI | (0.791, 1.045) | (0.886, 1.178) | (0.985, 1.281) |
| Index of insulin sensitivity (ISI)[a] | | | | |
|    Relative change at Week 24 | Ratio between treatments | 1.103 | 1.059 | 0.961 |
| | 95% CI | (0.954, 1.274) | (0.915, 1.227) | (0.842, 1.097) |
| Homeostastasis model assessment (HOMA)[b] | | | | |
|    Relative change at Week 24 | Ratio between treatments | 0.959 | 0.912 | 0.95 |
| | 95% CI | (0.819, 1.124) | (0.777, 1.07) | (0.822, 1.099) |

[a] ISI = 10,000/square root of ([fasting glucose (mg/dL) x fasting insulin (µIU/mL)] x [mean glucose (mg/dL) x mean insulin (µIU/mL) during OGTT])
[b] HOMA = fasting plasma insulin (µU/mL) x fasting plasma glucose (mmol/L)/22.5
Note: Analysis based on log-transformed data using ANCOVA with baseline value, BMI group, age group and treatment as independent variables.
SOURCE DOCUMENT: INSU_02.SAS GENERATED:  8:43:02 18JAN2006 DB version prod: 13

CONFIDENTIAL
AZSER12442109

Clinical Study Report
Edition Number 01
Study Code D1441C00125

Figure 5 presents graphically the AUC of the plasma insulin based on values taken at 0, 30, 60, 90, and 120 min of OGTT at Week 24.  Figure 11.3.7.1-47 shows plasma insulin values following OGTT at randomisation, and Figure 11.3.7.1-48 at Week 12.

**Figure 5**        **Plasma values of insulin following OGTT at Week 24 (PAP)**



SOURCE DOCUMENT: INSU_F03.SAS GENERATED: 15:08:48 03FEB2006 DB version prod: 13

The dynamics of plasma insulin values resembled that of plasma glucose values (see Figure 4).  Up to 60 min after the glucose load, the values for the quetiapine and olanzapine groups were very similar, and slightly lower for the risperidone group.  However, the 90 min and 120 min values were lower for the quetiapine group, than both for olanzapine and risperidone.  These results were in line with the results from the primary analysis.

To futher explore the insulin secretion (beta cell function), the early insulin response to oral glucose stimulation during the first 30 min of the OGTT, the insulinogenic index (IGI) (Seltzer et al 1967) was calculated as a ratio between simultaneous increments in plasma insulin and glucose from 0 to 30 min after glucose load ($\Delta Insulin_{30min}/\Delta Glucose_{30\ min}$).  The median relative changes from  randomisation at Week 24 in the insulinogenic index are summarised by treatment group in Table 11.3.7.1-49.   In the quetiapine and risperidone groups, the median relative decrease from randomization at Week 24 in the IGI was 0.20% and 3.27%, respectively, while in the olanzapine group the median relative decrease in the IGI was 9.15%.

CONFIDENTIAL
AZSER12442110

Clinical Study Report
Edition Number 01
Study Code D1441C00125

Changes from randomisation at Week 24 in individual patients' values are presented as shift plots of fasting insulin values (Figure 11.3.7.1-51), 2h-insulin values (Figure 11.3.7.1-52), and AUC 0-2h of insulin values (Figure 11.3.7.1-50).

For a listing of individual insulin measurements in patients with normal glucose values at randomisation, but fasting plasma glucose ≥7.0 mmol/L and/or 2h-glucose value ≥11.1 mmol/L at Week 12 and/or Week 24, see Table 11.3.7.1-53.

### 8.5.2.6   C-peptide

The LS mean changes in C-peptide level from randomisation at Week 24 are summarised by treatment group in Table 69.

**Table 69          C-peptide level, change from randomisation (PAP)**

|  |  | Quetiapine | Olanzapine | Risperidone |
|---|---|---|---|---|
| Plasma C-peptide level (pmol/L) |  |  |  |  |
| n[a] |  | 90 | 118 | 110 |
| Randomisation | Mean (SD) | 747.3 (366) | 735.3 (300) | 742.2 (346) |
| Change at Week 24 | LS mean (SE) | 120 (42.5) | 142.5 (39.6) | 139.7 (39.5) |
|  | 95% CI | (36.34, 203.7) | (64.53, 220.5) | (62.02, 217.5) |

Note: Analysis using ANCOVA with baseline value, BMI group, age group and treatment as independent variables.
SOURCE DOCUMENT: CPEPT_01.SAS GENERATED:  8:35:53 18JAN2006 DB version prod: 13

The baseline (randomisation) values were comparable across the treatment groups.  At Week 24, there was an increase from randomisation in C-peptide level in all groups.  The quetiapine group had the smallest change (120 pmol/L), while the olanzapine and risperidone groups increased by 142.5 and 139.7 pmol/L respectively.  These results were consistent with the insulin data, and supported the primary analysis.

The pairwise comparisons between the treatment groups with regard to C-peptide level at Week 24 are shown in Table 70.  No statistically significant difference was seen for any treatments.

**Table 70          C-peptide level, treatment differences in change from randomisation (PAP)**

|  |  | Quetiapine - Olanzapine | Quetiapine - Risperidone | Olanzapine - Risperidone |
|---|---|---|---|---|
| Plasma C-peptide level (pmol/L) |  |  |  |  |
| Change at Week 24 | LS mean (SE) | -22.5 (47.6) | -19.7 (48.27) | 2.78 (45.05) |
|  | 95% CI | (-116, 71.14) | (-115, 75.23) | (-85.9, 91.43) |

Note: Analysis using ANCOVA with baseline value, BMI group, age group and treatment as independent variables.
SOURCE DOCUMENT: CPEPT_02.SAS GENERATED:  8:36:13 18JAN2006 DB version prod: 13

CONFIDENTIAL
AZSER12442111

Clinical Study Report
Edition Number 01
Study Code D1441C00125

The descriptive data of the development over time in C-peptide level for the ITT population can be found in Table 11.3.7.1-54.  At Week 12, the quetiapine group (33.56 pmol/L) and the risperidone group (51.87 pmol/L) had a much smaller increase  than the olanzapine group (129.4 pmol/L).

### 8.5.2.7    Fasting lipid levels

The LS mean changes in fasting plasma lipid levels from randomisation at Week 24 are summarised in Table 71.

**Table 71          Fasting lipid levels, change from randomisation (PAP)**

|  |  | Quetiapine | Olanzapine | Risperidone |
| --- | --- | --- | --- | --- |
| Total cholesterol (mmol/L) |  |  |  |  |
| n[a] |  | 107 | 142 | 124 |
| Randomisation | Mean (SD) | 4.992 (1.22) | 4.976 (1.24) | 5.044 (1.04) |
| Change at Week 24 | LS mean (SE) | 0.339 (0.12) | 0.545 (0.11) | 0.125 (0.11) |
|  | 95% CI | (0.111, 0.567) | (0.337, 0.754) | (-0.09, 0.341) |
| HDL (mmol/L) |  |  |  |  |
| n[a] |  | 89 | 116 | 106 |
| Randomisation | Mean (SD) | 1.088 (0.29) | 1.128 (0.29) | 1.162 (0.36) |
| Change at Week 24 | LS mean (SE) | 0.026 (0.03) | 0.003 (0.03) | 0.028 (0.03) |
|  | 95% CI | (-0.04, 0.086) | (-0.05, 0.059) | (-0.03, 0.085) |
| LDL (mmol/L) |  |  |  |  |
| n[a] |  | 108 | 142 | 125 |
| Randomisation | Mean (SD) | 3.053 (0.95) | 3.157 (1) | 3.149 (0.84) |
| Change at Week 24 | LS mean (SE) | 0.346 (0.1) | 0.532 (0.09) | 0.132 (0.09) |
|  | 95% CI | (0.157, 0.534) | (0.359, 0.705) | (-0.05, 0.31) |
| Triglycerides (mmol/L) |  |  |  |  |
| n[a] |  | 104 | 142 | 123 |
| Randomisation | Mean (SD) | 1.877 (1.46) | 1.65 (0.84) | 1.741 (1.02) |
| Change at Week 24 | LS mean (SE) | 0.199 (0.13) | 0.349 (0.12) | 0.132 (0.12) |
|  | 95% CI | (-0.05, 0.449) | (0.123, 0.576) | (-0.1, 0.367) |

[a] Number of patients with non-missing values at randomisation and Week 24.
Note: Analysis using ANCOVA with baseline value, BMI group, age group and treatment as independent variables.
SOURCE DOCUMENT: LIPID_01.SAS GENERATED:  8:43:45 18JAN2006 DB version prod: 13

The baseline (randomisation) values for total cholesterol, HDL, LDL, and trigycerides were comparable in all treatment groups.  In all 3 treatment groups, the mean baseline values of total cholesterol were in the upper normal range, the mean baseline LDL and triglyceride values were close to normal range, and the mean baseline HDL values were in the lower normal range for the population with mean age about 40 years.

CONFIDENTIAL
AZSER12442112

Clinical Study Report
Edition Number 01
Study Code D1441C00125

At Week 24, the increase in the quetiapine group in total cholesterol (0.339 mmol/L) was smaller than in the olanzapine group (0.545 mmol/L), but greater than in the risperidone group (0.125 mmol/L).  For LDL values, which were directly measured (not calculated), the greatest increase in LDL was in the olanzapine group (0.532 mmol/L); the quetiapine group increased with 0.346 mmol/L, and the risperidone group with 0.132 mmol/L.  The increase in total cholesterol was driven by increase in LDL.  The same trend as for the total cholesterol and LDL was seen for the triglycerides (0.349 mmol/L increase for the olanzapine, 0.199 mmol/L for the quetiapine, and 0.132 mmol/L for the risperidone group).  For HDL, there was a very small increase, which was similar across all treatment groups.

Table 72 shows the pairwise comparisons between the treatment groups with regard to changes from randomisation at Week 24 in fasting lipid levels.

**Table 72**          **Fasting lipid levels, treatment differences in change from randomisation (PAP)**

| | | Quetiapine - Olanzapine | Quetiapine - Risperidone | Olanzapine - Risperidone |
|---|---|---|---|---|
| Total cholesterol (mmol/L) | | | | |
| Change at Week 24 | LS mean (SE) | -0.21 (0.131) | 0.214 (0.136) | 0.421 (0.126) |
| | 95% CI | (-0.46, 0.052) | (-0.05, 0.481) | (0.173, 0.669) |
| HDL (mmol/L) | | | | |
| Change at Week 24 | LS mean (SE) | 0.023 (0.035) | -0 (0.036) | -0.02 (0.033) |
| | 95% CI | (-0.05, 0.092) | (-0.07, 0.068) | (-0.09, 0.041) |
| LDL (mmol/L) | | | | |
| Change at Week 24 | LS mean (SE) | -0.19 (0.108) | 0.214 (0.112) | 0.4 (0.104) |
| | 95% CI | (-0.4, 0.026) | (-0.01, 0.433) | (0.196, 0.605) |
| Triglycerides (mmol/L) | | | | |
| Change at Week 24 | LS mean (SE) | -0.15 (0.143) | 0.067 (0.148) | 0.218 (0.137) |
| | 95% CI | (-0.43, 0.132) | (-0.22, 0.358) | (-0.05, 0.486) |

Note: Analysis using ANCOVA with baseline value, BMI group, age group and treatment as independent variables.
SOURCE DOCUMENT: LIPID_02.SAS GENERATED:  8:44:26 18JAN2006 DB version prod: 13

Olanzapine showed significantly higher increase than risperidone in total cholesterol and LDL, as shown by a post-hoc analysis based on the confidence intervals coverage of 0.  No other comparisons showed statistical significance.

The descriptive data of the development over time in fasting lipid levels for the ITT population can be found in Table 11.3.7.1-55.  At Week 12, the data for the total cholesterol, HDL, LDL, and triglycerides showed the same trend as at Week 24.  The greatest increase was seen in the olanzapine group.  The quetiapine group had a smaller change compared to olanzapine, but greater compared to risperidone.

169

CONFIDENTIAL
AZSER12442113

Clinical Study Report
Edition Number 01
Study Code D1441C00125

The LS mean changes from randomisation at Week 24 in total cholesterol/HDL cholesterol ratio, triglycerides/HDL cholesterol ratio, and non-HDL cholesterol were assessed as a post-hoc analysis and are presented by treatment group in Table 11.3.7.1-57.  The pairwise comparisons between the treatment groups with regards to these variables are presented in Table 11.3.7.1-58.

The numbers of patients with clinically important fasting lipid values (as defined by Seroquel project, see Table 14) at any time after enrolment are shown in Table 73.

**Table 73**      **Fasting lipid levels, clinically important values at any time after enrolment (safety population)**

|  | Quetiapine N=169 | | Olanzapine N=168 | | Risperidone N=172 | |
|---|---|---|---|---|---|---|
|  | n[a] | n (%) | n[a] | n (%) | n[a] | n (%) |
| Total cholesterol (mmol/L) |  |  |  |  |  |  |
| ≥6.21 | 123 | 16 (13.0) | 135 | 29 (21.5) | 132 | 15 (11.4) |
| LDL (mmol/L) |  |  |  |  |  |  |
| ≥4.2 | 131 | 15 (11.5) | 134 | 33 (24.6) | 135 | 18 (13.3) |
| HDL (mmol/L) |  |  |  |  |  |  |
| ≤1.04 | 71 | 22 (31.0) | 89 | 34 (38.2) | 82 | 25 (30.5) |
| Triglycerides (mmol/L) |  |  |  |  |  |  |
| ≥2.26 | 117 | 24 (20.5) | 128 | 41 (32.0) | 112 | 17 (15.2) |

[a]  Number of patients at risk, i.e. not fulfilling the criteria at enrolment and having at least one post randomisation value.
Note: Patients with important values at multiple occasions are counted only once.
SOURCE DOCUMENT: ST_LAB_LIPID_CL533.SAS GENERATED: 15:39:41 09JUN2006 DB version prod: 15

The proportion of patients with treatment-emergent clinically important values generally followed the pattern of change from baseline within each group.  A greater proportion of patients shifting to clinically important values were generally observed for each lipid parameter in the olanzapine group in comparison to both the quetiapine and risperidone groups.  In the quetiapine and risperidone groups, the proportions of patients with clinically important values were similar.

Shifts in clinically important fasting lipid values from enrolment to end of treatment are shown in Table 74.

CONFIDENTIAL
AZSER12442114

Clinical Study Report
Edition Number 01
Study Code D1441C00125

**Table 74**        **Fasting lipid levels, clinically important values, shift from enrolment to end of treatment (safety population)**

| Enrol-ment | Quetiapine N=169 End of treatment | | | Olanzapine N=168 End of treatment | | | Risperidone N=172 End of treatment | | |
|---|---|---|---|---|---|---|---|---|---|
| | <L n (%) | N n (%) | >U n (%) | <L n (%) | N n (%) | >U n (%) | <L n (%) | N n (%) | >U n (%) |
| Total cholesterol (mmol/L) | | | | | | | | | |
| N | NA | 96 (88.1) | 13 (11.9) | NA | 111 (84.1) | 21 (15.9) | NA | 112 (91.1) | 11 (8.9) |
| >U | NA | 10 (43.5) | 13 (56.5) | NA | 4 (20.0) | 16 (80.0) | NA | 8 (42.1) | 11 (57.9) |
| Total | NA | 106 (80.3) | 26 (19.7) | NA | 115 (75.7) | 37 (24.3) | NA | 120 (84.5) | 22 (15.5) |
| LDL (mmol/L) | | | | | | | | | |
| N | NA | 105 (89.0) | 13 (11.0) | NA | 105 (80.2) | 26 (19.8) | NA | 117 (91.4) | 11 (8.6) |
| >U | NA | 6 (37.5) | 10 (62.5) | NA | 2 (11.1) | 16 (88.9) | NA | 6 (35.3) | 11 (64.7) |
| Total | NA | 111 (82.8) | 23 (17.2) | NA | 107 (71.8) | 42 (28.2) | NA | 123 (84.8) | 22 (15.2) |
| HDL (mmol/L) | | | | | | | | | |
| <L | 38 (70.4) | 16 (29.6) | NA | 39 (69.6) | 17 (30.4) | NA | 40 (75.5) | 13 (24.5) | NA |
| N | 17 (26.2) | 48 (73.8) | NA | 31 (35.6) | 56 (64.4) | NA | 19 (24.1) | 60 (75.9) | NA |
| Total | 55 (46.2) | 64 (53.8) | NA | 70 (49.0) | 73 (51.0) | NA | 59 (44.7) | 73 (55.3) | NA |
| Triglycerides (mmol/L) | | | | | | | | | |
| N | NA | 85 (83.3) | 17 (16.7) | NA | 94 (75.2) | 31 (24.8) | NA | 92 (86.0) | 15 (14.0) |
| >U | NA | 9 (33.3) | 18 (66.7) | NA | 11 (40.7) | 16 (59.3) | NA | 11 (32.4) | 23 (67.6) |
| Total | NA | 94 (72.9) | 35 (27.1) | NA | 105 (69.1) | 47 (30.9) | NA | 103 (73.0) | 38 (27.0) |

Note: L=Lower limit of normal; N=Normal; U=Upper limit of normal.
Note: Denominators for percentages for <L, N, and >U within a treatment are row totals.
SOURCE DOCUMENT: ST_LAB_LIPID_SH534.SAS GENERATED: 15:40:04 09JUN2006 DB version prod: 15

The results indicated a general trend towards a higher proportion of patients shifting to clinically important values than the proportion shifting from high to normal values in the olanzapine group, compared to those in both the quetiapine and risperidone groups. The results for the quetiapine and risperidone groups were similar.

CONFIDENTIAL
AZSER12442115

A post-hoc analysis by gender of mean change in fasting lipid levels from randomisation at Week 24 is presented in Table 11.3.7.1-56, and the subgroup analysis of change in derived fasting lipid variables by gender is shown in Table 11.3.7.1-59. Before treatment, men in all 3 treatments groups had basal values of total cholesterol and LDL cholesterol slightly below the mean values of a Swedish population investigated at health check-ups (Walldius et al.), whereas women had slightly higher values than their corresponding health check-up groups. No one of these subgroups was clearly hyperlipidemic. In both men and women, irrespective of treatment group, the mean values of HDL cholesterol were somewhat lower than in corresponding health check up control groups. At Week 24, there were increases in total cholesterol, LDL cholesterol, and non-HDL cholesterol in men in the quetiapine and olanzapine groups, which were not observed in the risperidone group. Total cholesterol, LDL cholesterol, and non-HDL cholesterol were increased in women in the olanzapine group, but not in the quetiapine or risperidone groups. The total cholesterol/HDL cholesterol ratio had greatest increase in the olanzapine group in both men and women. There were no significant changes in triglycerides, HDL cholesterol, or triglycerides/HDL cholesterol ratio in either men or women treated with quetiapine.

### 8.5.2.8    Metabolic syndrome risk factors

For definitions of metabolic syndrome risk factors, see Section 5.5.7.6.

Shift from randomisation to end of treatment in metabolic syndrome risk factors is shown in Table 75. No marked differences between the treatment groups were observed.

**Table 75          Metabolic risk factors, shift from randomisation to end of treatment (safety population)**

| | Quetiapine N=169 End of treatment | | | Olanzapine N=168 End of treatment | | | Risperidone N=172 End of treatment | | |
|---|---|---|---|---|---|---|---|---|---|
| Randomisation | <3 factors n (%) | ≥3 factors n (%) | Total | <3 factors n (%) | ≥3 factors n (%) | Total | <3 factors n (%) | ≥3 factors n (%) | Total |
| Number of metabolic risk factors | | | | | | | | | |
| 0 | 34 (97.1) | 1 (2.9) | 35 | 34 (81.0) | 8 (19.0) | 42 | 29 (96.7) | 1 (3.3) | 30 |
| 1 | 36 (80.0) | 9 (20.0) | 45 | 41 (83.7) | 8 (16.3) | 49 | 44 (86.3) | 7 (13.7) | 51 |
| 2 | 25 (67.6) | 12 (32.4) | 37 | 25 (78.1) | 7 (21.9) | 32 | 30 (73.2) | 11 (26.8) | 41 |
| ≥3 | 14 (41.2) | 20 (58.8) | 34 | 9 (25.7) | 26 (74.3) | 35 | 6 (17.6) | 28 (82.4) | 34 |
| Total | 109 (72.2) | 42 (27.8) | 151 | 109 (69.0) | 49 (31.0) | 158 | 109 (69.9) | 47 (30.1) | 156 |

N Number of patients in treatment group. n number of patients.
Note: Percentages are calculated as n/ (total column) x 100
SOURCE DOCUMENT: ST_META_SH42.SAS GENERATED: 12:49:00 23MAY2006 DB version prod: 15

CONFIDENTIAL
AZSER12442116

Clinical Study Report
Edition Number 01
Study Code D1441C00125

Treatment-emergent development of ≥3 metabolic syndrome risk factors at end of treatment for safety population is presented in Table 11.3.7.1-61. Of the patients with <3 risk factors at randomisation, 18.8% in the quetiapine group, 18.7% in the olanzapine group, and 15.6% in the risperidone group developed ≥3 risk factors at the end of treatment. On the other hand, 41.2% of patients in the quetiapine group, 25.7% in the olanzapine group, and 17.6% in the risperidone group moved from ≥3 risk factors at randomisation to <3 risk factors at end of treatment (see Table 75).

The incidence of patients with treatment-emergent development of individual risk factors at end of treatment for safety population is presented in Table 11.3.7.1-63. With regard to shift in waist circumference, blood pressure, and fasting glucose level, there were no major differences between the groups. The shift in triglycerides level was slightly higher in the olanzapine group in comparison to the quetiapine and risperidone groups, while shift in HDL cholesterol was slightly higher in the quetiapine and olanzapine groups in comparison to the risperidone group.

Development of ≥3 metabolic syndrome risk factors excluding triglycerides at end of treatment is presented in Table 11.3.7.1-62.

### 8.5.3    Potential issues affecting clinical laboratory results related to glucose metabolism and lipids

The results of the study were not confounded by the possibility that patients were not in good fasting condition when blood samples were drawn, as the patients were hospitalised overnight before the OGTT procedure in order to ensure adequate fasting condition. Only few protocol deviations related to this procedure were reported, and patients for whom fasting condition could not be confirmed were excluded from the PP analysis (see Section 6.3 for details).

Generally, the laboratory samples were of good quality and could be analyzed as planned. However, for insulin, samples were collected at site and sent in frozen condition in batches to the central laboratory and there were quite a few of these samples that could not be analyzed due to specimen received beyond stability or haemolysis. For HDL there were also more cancellations than for other samples, mainly caused by haemolysis or too small quantity of sample to perform the analysis. These cancellations are not considered to affect the analysis in any significant way, as the cancellations are most likely unrelated to the labvalues of the patients.

Initially in the study lab tests for South Africa were analysed at Covance facilities in South Africa. In November 2004 this laboratory was closed and all following samples were sent to Covance central laboratory in Geneva for analysis. All analysis were performed in a similar manner with regard to machines, reagents, procedures and validation and QC procedures. Results and reference ranges were monitored to ensure that they were combinable. It is considered unlikely that this change of laboratory for analysis of the samples from South Africa had an impact on the laboratory results.

CONFIDENTIAL
AZSER12442117

Clinical Study Report
Edition Number 01
Study Code D1441C00125

Very few patients reported use of concomitant medication potentially affecting laboratory results related to metabolism (see Table 7, restricted medications) during the study.  In the quetiapine treatment group, 1 patient received simvastatin, 1 patient fish oil, 1 patient vitamin E, and 1 patient hydrocortisone.  See section 6.6.2.2 for details on concomitant medications.

Based on the reasons for patient withdrawals, there was no indication that the slightly higher withdrawal rate in the quetiapine group influenced the study results related to glucose metabolism and lipids.

Several patients with fasting plasma glucose ≥7.0 mmol/L and/or 2h-glucose ≥11.1 mmol/L at randomisation were incorrectly randomised for participation in the study, despite the fact that they had hyperglycemia and thus fulfilled exclusion criteria (for details, see Section 5.3.4.3). At randomisation, there were 3 such patients in the quetiapine group, 10 in the olanzapine group, and 7 in the risperidone group in the PAP.  These patients were  excluded from the PP population.  As the results of the primary analysis in the PP population confirmed those in the PAP, the incorrectly randomised patients did not have any substantial influence on the outcome of the study.

**8.5.4     Discussion on clinical laboratory results related to glucose metabolism**

This study was conducted in a population mainly reflecting European chronic schizophrenic non-diabetic population with relatively normal insulin sensitivity at baseline.  As the design of the study was randomised open-label, necessary precautions were taken to blind the key laboratory results for glucose metabolic variables, lipids and prolactin level to the investigators, patients, and sponsor until the database had been locked.  The results were not confounded by the possibility that patients were not in good fasting condition when blood samples were drawn, as the patients were hospitalized overnight before the OGTT procedure in order to ensure fasting condition.

The study results suggest that there were differential effects between the investigational products in how the patients in the respective treatment group responded to stressed condition provided by glucose load (OGTT).  At Week 24, there was a statistically significant difference between the quetiapine and olanzapine groups in postload glucose levels as measured by the AUC 0-2h of plasma glucose values, with the quetiapine group showing smaller mean increase from baseline (randomisation) than the olanzapine group.  This difference was statistically significant in both PAP and PP populations, which futher supports the results. The mean change from baseline was smaller in the quetiapine group than in the risperidone group as well, but this difference was not statistically significant.

The analysis of mean glucose values at separate time points during the OGTT showed, that while fasting glucose and 30 min glucose levels were similar across the treatment groups at Week 24, the quetiapine group had lower plasma glucose values than both olanzapine and risperidone at 60, 90 and 120 min (2h) after the glucose load.  For mean 2h-glucose value, no change from randomisation at Week 24 was observed in the quetiapine group, while in the olanzapine and risperidone groups mean increases in 2h-glucose from randomisation at Week 24 were seen.  Thus, after 24 weeks of treatment, there appear to be a difference

174

CONFIDENTIAL
AZSER12442118

Clinical Study Report
Edition Number 01
Study Code D1441C00125

between the patients in the 3 treatment groups in the ability to handle glucose challenge.  The 2h-glucose and AUC 0-2h data imply that in the olanzapine group and in a smaller degree in the risperidone group, there may be a trend towards developing an impairment of glucose tolerance, not seen in the patients who received quetiapine.  From the clinical point of view, the change in 2h-glucose supported by change in AUC 0-2h in the olanzapine and possibly risperidone group might indicate a higher risk of diabetes.

The differential effects on handling of glucose load observed in the 3 treatment groups appeared rather quickly during the treatment.  At Week 12, the changes in glucose variables described above were of the same magnitude as those observed at Week 24.  After Week 12, the treatment effects on glucose metabolism seemed to stabilize, with almost no futher change to Week 24.  The fact that the results at Week 12 were similar to the results at Week 24 provides additional support to the the primary analysis.

The results did not appear to be biased by a somewhat higher discontinuation rate in the quetiapine treatment group in comparison to the olanzapine and risperidone groups.  The majority of discontinuations in the quetiapine group were related to worsening of schizophrenia, and did not suggest changes in glucose metabolism profile.  The patients with at least 1 post-randomisation OGTT performed at Week 8 or later, who discontinued the study prematurely, were included in the ITT analysis, which showed the same pattern as the PAP and PP analyses.

In the absence of stress condition provided by glucose load, the differences in glucose metabolic characteristics at Week 24 in the 3 treatment groups, as measured by fasting glucose and $HbA_{1c}$ level, were small.  With regard to mean fasting glucose levels, there was no meaningful difference between the 3 treatment groups at Week 24.  The $HbA_{1c}$ results were not in parallell with the AUC 0-2h of plasma glucose values and the 2h-glucose results, as the change from randomisation at Week 24 in $HbA_{1c}$ was slightly higher in the quetiapine group compared to that in the olanzapine and risperidone groups.  However, as the changes from randomisation were small and within the normal variability limits in all treatment groups, they probably had limited or no clinical significance.  The interpretation of the absolute value of changes in the quetiapine group seen at Week 24 is limited due to the absence of a placebo control group, as psychiatric status per se can influence glucose tolerance and insulin resistance in patients (Shiloah et al.).

The results accounted for above were supported by the shift in fasting glucose and 2h-glucose to a higher category (ie. shift from normal to impaired, from normal to high, or from impaired to high) at Week 24.  With regard to 2h-glucose, about twice as many patients shifted to a higher category in the risperidone group compared to the quetiapine group, and about 50% more patients in the olanzapine group than in the quetiapine group.  Shift to a lower category was seen in a slightly higher proportion of patients in the quetiapine group in comparison to the risperidone and olanzapine groups.  For fasting glucose, shift to a lower category at Week 24 was seen in a higher proportion of patients in the quetiapine group, in comparison to the olanzapine and risperidone groups. A slightly higher proportion of patients moved to a higher category in the quetiapine group compared to the other 2 groups.  However, there were no statistically significant differences between the groups, and these results should be interpreted with caution since the study was not designed for this kind of comparison.  Also, it should be

CONFIDENTIAL
AZSER12442119

Clinical Study Report
Edition Number 01
Study Code D1441C00125

noticed that shift to high category in glucose values did not necessarily indicate that the patient had developed diabetes, as the values were not confirmed by repeated measurements necessary for the diagnosis of diabetes.

The underlying explanation for differences in glucose tolerance could be the difference in insulin secretion and/or insulin action. The pattern of the AUC 0-2h insulin curves followed the pattern seen in AUC 0-2h of plasma glucose values well. Up to 60 min after the glucose load, the values for the quetiapine and olanzapine groups were very similar, and slightly lower for the risperidone group. However, the 90 min and 120 min values were lower for the quetiapine group, than both for olanzapine and risperidone, which was in line with the results from the primary analysis. This suggests that there was no meaningful difference between the investigational products during the first phase, ie, insulin secretion. The results for AUC 0-2h, ISI, HOMA and fasting insulin suggest that the difference lay in insulin action, and that there was a trend towards some possible development of insulin resistance in the olanzapine group and perhaps in the risperidone group, not seen in the quetiapine group.

With regard to fasting lipid levels, although there were a few changes at Week 24, and somewhat more often in the olanzapine than in the quetiapine group, these changes were generally small. A significantly higher increase in total cholesterol and LDL was seen in the olanzapine group in comparison to the risperidone risperidone group, as shown by a post-hoc analysis based on the confidence intervals coverage of 0. In the quetiapine group, the mean increase in total cholesterol and LDL was intermediate between the olanzapine and risperidone groups, and was significant in men, but not in women.

In the quetiapine group, no significant mean increase in triglycerides or decrease in HDL cholesterol values was observed in either male or female subgroups, despite the fact that the mean body weight increased slightly during therapy (see Section 8.7.6). Such changes in plasma lipid levels are otherwise commonly seen during more obvious weight gains or during longer treatment times than 24 weeks. In the olanzapine group, triglycerides increased significantly from baseline in women, and their weight gain was bigger than the weight gain in women in the quetiapine group.

The lipid-related risk variable that commonly is referred to as the most atherogenic particle is LDL. In this variable, some minor increases in the quetiapine and olanzapine groups were noted. However, the variable that has an even stronger relationship to cardiovascular risk than LDL cholesterol only is the total cholesterol/HDL cholesterol ratio since that ratio includes both the potentially atherogenic (VLDL and LDL often referred to as non-HDL cholesterol) and the atheroprotective (HDL) particles (Castelli et al.). This ratio did not change significantly during therapy with quetiapine. Futhermore, neither did triglycerides increase significantly or HDL cholesterol decrease during therapy. As no concomitant decrease in HDL was seen, it is less likely that the minor increase noted for LDL and non-HDL cholesterol has any major impact on cardiovascular risk. In the quetiapine group, these changes were only noted in male patients, who in general had rather normal to low LDL cholestrol values at the start of therapy.

CONFIDENTIAL
AZSER12442120

Clinical Study Report
Edition Number 01
Study Code D1441C00125

The data on metabolic syndrome risk factors did not reveal any major differences between the treatment groups. In each treatment group, about 20% patients with <3 risk factors at randomisation developed ≥3 risk factors at the end of treatment. Since the study population at large had many traits of metabolic syndrome already at the start of the therapy, the shift has to be considered against this background, as change in only 1 risk factor could lead to a category shift. Furthermore, between 15% and 40% of patients in each treatment group moved from ≥3 risk factors at randomisation to <3 risk factors at the end of treatment.

For discussion on changes in weight, BMI and waist circumference, see Section 8.7.6.

Overall, quetiapine did not appear to have a clinically relevant effect on glucose metabolism in chronic schizophrenic patients, when compared to the changes observed in olanzapine or risperidone treatment groups after 24 weeks of treatment. The analysis of glucose-related variables showed an advantage of quetiapine in comparison to olanzapine and in a smaller degree to risperidone with regard to glucose tolerance after challenge with a glucose load.

## 8.6        Other clinical laboratory evaluations

Clinical laboratory results are presented separately for haematology, clinical chemistry, and urinalysis variables. Within each of these categories, the results are examined in 3 ways: changes in mean values over time, changes in individual patients over time, and individual clinically important values. Changes in individual patients over time and individual clinically important values are presented using 2 sets of cut-off values. One of these sets was defined by the Seroquel project, and is referred to in this report as "clinically important values". For definitions of clinically important values, see Table 14. The second set of cut-off values is defined by the central laboratory and is referred to in this report as "abnormal values". For definitions of abnormal values, see Appendix 12.1.10.

The results for all clinical laboratory evaluations are discussed collectively in Section 8.6.4.

### 8.6.1        Haematology

#### 8.6.1.1        Changes in mean values over time in haematology

Descriptive statistics for change from enrolment to end of treatment in haematology laboratory data is presented in Table 11.3.7.2-6. Mean and median changes were small. The mean values remained within clinical range in all treatment groups. A listing of values in haematology laboratory data for all patients per visit is presented in Appendix 12.2.8.

#### 8.6.1.2        Changes in individual patients over time in haematology

The number of patients in safety population with findings of shifts from enrolment to clinically important haematology laboratory values (as defined by Seroquel project, see Table 14) at end of treatment are summarised by treatment group in Table 11.3.7.2-7. The corresponding data for findings of shifts from enrolment to abnormal haematology laboratory values (as defined by central laboratory, see Appendix 12.1.10) at end of treatment is presented in Table 11.3.7.2-8. Few patients with normal baseline values had shifts to high or low clinically important values during the study. The results were similar across randomised treatment groups.

CONFIDENTIAL
AZSER12442121

### 8.6.1.3    Individual clinically important values in haematology

Patients with clinically important haematology laboratory data (as defined by Seroquel project, see Table 14) emerging at any time after enrolment are summarised in Table 76.  The corresponding data for patients with abnormal haematology laboratory values (as defined by central laboratory, see Appendix 12.1.10) at any time after enrolment is presented in Table 11.3.7.2-9.  A listing of patients with clinically important haematology laboratory measurements can be found in Table 11.3.7.3-1.

**Table 76**    **Haematology laboratory data, clinically important values at any time after enrolment (safety population)**

| | Quetiapine N=169 | | Olanzapine N=168 | | Risperidone N=172 | |
|---|---|---|---|---|---|---|
| | $n^a$ | n (%) | $n^a$ | n (%) | $n^a$ | n (%) |
| Hemoglobin (g/L) | | | | | | |
|    Males ≤115 | 105 | 1 (1.0) | 106 | 0 | 102 | 0 |
|    Females ≤105 | 55 | 1 (1.8) | 58 | 1 (1.7) | 57 | 0 |
|    Males ≥185 | 105 | 1 (1.0) | 105 | 1 (1.0) | 102 | 1 (1.0) |
|    Females ≥165 | 57 | 0 | 58 | 1 (1.7) | 57 | 0 |
| Hematocrit (vol fraction) | | | | | | |
|    Males ≤0.37 | 104 | 3 (2.9) | 106 | 3 (2.8) | 101 | 3 (3.0) |
|    Females ≤0.32 | 56 | 2 (3.6) | 57 | 0 | 57 | 0 |
|    Males ≥0.55 | 105 | 3 (2.9) | 105 | 3 (2.9) | 101 | 6 (5.9) |
|    Females ≥0.5 | 57 | 2 (3.5) | 57 | 3 (5.3) | 57 | 3 (5.3) |
| Red blood cell count ($10^{12}$ cells/L) | | | | | | |
|    ≤3 | 162 | 0 | 164 | 0 | 160 | 1 (0.6) |
|    ≥6 | 161 | 4 (2.5) | 157 | 5 (3.2) | 158 | 2 (1.3) |
| Platelet count ($10^9$ cells/L) | | | | | | |
|    ≤100 | 160 | 0 | 161 | 0 | 160 | 0 |
|    ≥600 | 160 | 1 (0.6) | 161 | 0 | 160 | 0 |
| Leukocytes ($10^9$ cells/L) | | | | | | |
|    ≤3 | 162 | 3 (1.9) | 164 | 2 (1.2) | 160 | 1 (0.6) |
|    ≥16 | 162 | 3 (1.9) | 164 | 1 (0.6) | 160 | 1 (0.6) |
| Neutrophils ($10^9$ cells/L) | | | | | | |
|    ≤0.5 | 161 | 0 | 158 | 0 | 158 | 0 |
|    ≤1.5 | 160 | 10 (6.3) | 158 | 3 (1.9) | 158 | 1 (0.6) |
|    ≥10 | 160 | 4 (2.5) | 156 | 1 (0.6) | 155 | 5 (3.2) |
| Eosinophils ($10^9$ cells/L) | | | | | | |
|    ≥1 | 160 | 0 | 158 | 0 | 157 | 0 |
| Basophils ($10^9$ cells/L) | | | | | | |

CONFIDENTIAL
AZSER12442122

Clinical Study Report
Edition Number 01
Study Code D1441C00125

**Table 76**     **Haematology laboratory data, clinically important values at any time after enrolment (safety population)**

| | Quetiapine N=169 | | Olanzapine N=168 | | Risperidone N=172 | |
|---|---|---|---|---|---|---|
| | n[a] | n (%) | n[a] | n (%) | n[a] | n (%) |
| ≥0.5 | 161 | 0 | 158 | 0 | 158 | 0 |
| Lymphocytes ($10^9$ cells/L) | | | | | | |
| ≤0.5 | 161 | 0 | 157 | 0 | 158 | 0 |
| ≥6 | 161 | 0 | 158 | 0 | 158 | 0 |
| Monocytes ($10^9$ cells/L) | | | | | | |
| >1.4 | 161 | 0 | 158 | 0 | 158 | 0 |

[a] Number of patients at risk, ie, not fulfilling the criteria at enrolment and having at least one post randomisation value.
Note: Clinically important values emerging during enrolment and treatment phase.
Note: Patients with important values at multiple occasions are counted only once.
SOURCE DOCUMENT: ST_LAB_HEM_CL167.SAS GENERATED: 11:00:47 24FEB2006 DB version prod: 13

Clinically significant haematology values were seen in small numbers of patients in each treatment group.  Overall, there were no clinically significant differences between treatment groups in haematology values.

A small number of patients showed neutropenia (defined as neutrophil count $<1.5 \times 10^9$ cells/L) at any time during the treatment.  There were 10 such patients in the quetiapine group (E1008001, E1403013, E1507015, E1508003, E1603011, E1603014, E1604005, E1608002, E1608011, E1608012), 3 patients in the olanzapine group (E 1502004, E1509006, E1606009), and 1 patient in the risperidone group (E1006012).  For only 1 of these patients, E1501015 in the quetiapine group, an AE associated with neutropenia was reported (for details, see Section 8.4.5.3).  None of the study patients developed a severe neutropenia (defined as neutrophil count $<0.5 \times 10^9$ cells/L) or agranulocytosis (defined as neutrophil count $<0.5 \times 10^9$ cells/L in combination with symptoms of bacterial infection reported as AE).  These results were in line with known pharmacological profile of quetiapine.

The corresponding data for patients with abnormal haematology laboratory values (as defined by central laboratory, see Appendix 12.1.10) at any time after enrolment is presented in Table 11.3.7.2-9.

## 8.6.2     Clinical chemistry

### 8.6.2.1     Secondary variable: prolactin

The LS mean changes from randomisation in prolactin level at Week 24 are summarised by treatment in Table 77, and Table 78 presents pairwise comparisons between the treatment groups.  The descriptive data showing development over time in prolactin level for the ITT population is shown in Table 11.3.7.2-1.  Change from randomisation in prolactine level at Week 24 in the PAP is presented by gender in Table 11.3.7.2-2.

CONFIDENTIAL
AZSER12442123

Clinical Study Report
Edition Number 01
Study Code D1441C00125

**Table 77**  **Prolactin level, change from randomisation (PAP)**

|  |  | Quetiapine | Olanzapine | Risperidone |
|---|---|---|---|---|
| Prolactin (µg/L) |  |  |  |  |
| n[a] |  | 96 | 125 | 112 |
| Randomisation | Mean (SD) | 36.5 (40.9) | 57.16 (82.1) | 44.69 (49.9) |
| Change at Week 24 | LS mean (SE) | -32.1 (5.14) | -22.4 (4.71) | 11.67 (4.88) |
|  | 95% CI | (-42.2, -22) | (-31.7, -13.1) | (2.071, 21.27) |

[a] Number of patients with non-missing values at randomisation and Week 24.
Note: Analysis using ANCOVA with baseline value, BMI group, age group and treatment as independent variables.
SOURCE DOCUMENT: PROLAC_01.SAS GENERATED:  8:54:42 18JAN2006 DB version prod: 13

**Table 78**  **Prolactin level, treatment differences in change from randomisation
(PAP)**

|  |  | Quetiapine - Olanzapine | Quetiapine - Risperidone | Olanzapine - Risperidone |
|---|---|---|---|---|
| Prolactin (µg/L) |  |  |  |  |
| Change at Week 24 | LS mean (SE) | -9.7 (5.803) | -43.8 (5.907) | -34.1 (5.537) |
|  | 95% CI | (-21.1, 1.719) | (-55.4, -32.2) | (-45, -23.2) |

Note: Analysis using ANCOVA with baseline value, BMI group, age group and treatment as independent variables.
SOURCE DOCUMENT: PROLAC_02.SAS GENERATED:  8:55:04 18JAN2006 DB version prod: 13

The baseline (randomisation) values of prolactin were high in all treatment groups, probably
reflecting prior medication with typical antipsychotica.  In the quetiapine and olanzapine
treatment groups, prolactin level decreased at Week 24 by 32.1 and 22.4 µg/L, respectively.  In
the risperidone group, on the contrary, the level of prolactin increased by 11.7 µg/L.  The
difference in change from randomisation was statistically significant between the risperidone
groups vs. the other 2 treatment groups.  The data for the ITT population at Week 12 and
Week 24 confirmed these results.  The increase in prolactin in the risperidone group was
greater at Week 12 (20.2 µg/L) than at Week 24.  For the quetiapine and risperidone groups,
the changes at Week 12 and Week 24 were similar within each group.

The proportions of patients with abnormal prolactin level (defined as >30 µg/L for females
and >20 µg/L for males) in different treatment groups in the PAP are shown in Table 79, and
by gender in Table 11.3.7.2-3.  The pairwise comparisons between the treatment groups with
regard to this variable are presented in Table 80.

180

CONFIDENTIAL
AZSER12442124

Clinical Study Report
Edition Number 01
Study Code D1441C00125

**Table 79          Patients with abnormal prolactin level (PAP)**

| | Quetiapine N=115 | | Olanzapine N=146 | | Risperidone N=134 | |
|---|---|---|---|---|---|---|
| | $n^a$ | n (%) | $n^a$ | n (%) | $n^a$ | n (%) |
| Proportion of patients with abnormal prolactin level[b] | | | | | | |
| Randomisation | 114 | 57 (50.0) | 145 | 81 (55.9) | 134 | 62 (46.3) |
| Week 24 | 114 | 9 (7.9) | 146 | 50 (34.2) | 134 | 105 (78.4) |

[a] Number of patients with non-missing value.
[b] Females with prolactin level > 30 µg/L and males with prolactin level > 20 µg/L.
SOURCE DOCUMENT: PROLAC_03.SAS GENERATED: 17:54:04 04APR2006 DB version prod: 13

**Table 80          Patients with abnormal prolactin level, treatment differences (PAP)**

| | Quetiapine / Olanzapine | Quetiapine / Risperidone | Olanzapine / Risperidone |
|---|---|---|---|
| Proportion of patients with abnormal prolactin level[a] | | | |
| Estimated odds ratio | 0.157 | 0.019 | 0.123 |
| 95% CI | (0.073, 0.34) | (0.008, 0.044) | (0.07, 0.218) |

[a] Females with prolactin level > 30 µg/L and males with prolactin level > 20 µg/L.
Note: Analysis using a logistic regression model.
SOURCE DOCUMENT: PROLAC_04.SAS GENERATED:  8:55:48 18JAN2006 DB version prod: 13

The proportion of patients with abnormal prolactin level at Week 24 markedly improved in the quetiapine group (from 50% to 7.9%).  In the olanzapine group, there was an improvement as well, though less pronounced ( from 55.9 to 34.2%) than in the quetiapine group.  In contrast, in the risperidone group, the proportion of patients with abnormal prolactin level increased from 46.3 to 78.4%.  The results were similar for the subgroup analysis by gender.

Shift data for safety population, comparing values at randomisation with clinically important values in prolactin laboratory data at end of treatment and at any time after randomisation, can be found in Table 11.3.7.2-4 and Table 11.3.7.2-5, respectively.

**8.6.2.2     Changes in mean values over time in clinical chemistry**

Mean changes in clinical chemistry assessments from screening to end of treatment for the safety population are summarised in Table 11.3.7.2-10.  At baseline, all treatment groups had similar values.  At Week 24, there were no or minor changes from baseline in all 3 treatment groups.  The results were consistent with the changes that were anticipated based on the pharmacological profiles of quetiapine, olanzapine and risperidone.

**8.6.2.3     Changes in individual patients over time in clinical chemistry**

The number of patients in safety population with findings of shifts from enrolment to clinically important clinical chemistry laboratory values (as defined by Seroquel project, see Table 14) at end of treatment are summarised by treatment group in Table 11.3.7.2-13.  The

181

CONFIDENTIAL
AZSER12442125

corresponding data for findings of shifts from enrolment to abnormal clinical chemistry laboratory values (as defined by central laboratory, see Appendix 12.1.10) at end of treatment is presented in Table 11.3.7.2-14. Few patients with normal baseline values had shifts to high or low clinically important values during the study. The results were similar across the randomised treatment groups.

### 8.6.2.4    Individual clinically important values in clinical chemistry

Patients with clinically important clinical chemistry laboratory data (as defined by Seroquel project, see Table 14) emerging at any time after enrolment are summarised in Table 11.3.7.2-11. The corresponding data for patients with abnormal clinical chemistry laboratory values (as defined by central laboratory, see Appendix 12.1.10) at any time after enrolment is presented in Table 11.3.7.2-12.

Few patients showed clinically significant shifts in most of the clinical chemistry variables. A listing of patients with clinically important clinical chemistry laboratory measurements can be found in Table 11.3.7.3-2.

The incidence of clinically important low free $T_4$ values in relation to clinically important high TSH value in the safety population is shown in Table 11.3.7.2-15. The incidence of clinically important low $T_3$ values in relation to clinically important high TSH values in the safety population is shown in Table 11.3.7.2-16. Clinically significant decrease in the concentrations of $T_4$ or $T_3$ without accompanying increases in TSH, or increase in TSH concentrations without concurrent changes in $T_4$ or $T_3$, were seen in few patients in all treatment groups. At Week 24, only 1 patient in the quetiapine group (E1507006) had clinically significant low $T_4$ value in combination with clinically significant high TSH value. However, no AE with the diagnosis of hypothyreosis was reported. No patients had a clinically significant low $T_3$ value with concurrent clinically significant high TSH value.

### 8.6.3    Urinalysis

The results of the urine analysis (U-glucose, U-Hb, and U-protein/albumin) were reported as "negative", "trace", or "positive". Only the number and procent of patients with positive results were accounted for. The results of the urine analyses performed at screening and at Week 24/end of treatment are shown in Table 11.3.7.2-17.

The proportion of patients with positive results in U-glucose and U-Hb changed very slightly or not at all from enrolment to Week 24. A very small increase in U-protein/albumin at Week 24 was observed in all treatment groups (from 0.6% to 2.8% in the quetiapine group, from 1.2% to 3.2% in the olanzapine group, and from 1.2% to 3.2% in the risperidone group). These changes were not clinically significant. There were only minor differences between the 3 treatment groups.

### 8.6.4    Discussion of clinical laboratory results other than glucose

Clinical laboratory results were reviewed separately for haematology and clinical chemistry for changes in median values over time, changes in individual patients over time, and individuals with potentially clinically important values.

CONFIDENTIAL
AZSER12442126

Clinical Study Report
Edition Number 01
Study Code D1441C00125

The vast majority of the haematology test changes at Week 24 were small and comparable between the quetiapine, olanzapine and risperidone groups.  No clinically significant effects were seen in summary statistics of haematology.

In the quetiapine group, decreased neutrophil count was reported as an AE in 1 patient.  However, the neutrophil count was low in this patient already at enrolment in the study, and the decrease during the study was considered by the investigator to be unrelated to the investigational product.  Examination of haematology laboratory data showed development of neutropenia in a slightly higher proportion of patients in the quetiapine group, in comparison to the olanzapine group and the risperidone group.  Neutropenia in patients treated with quetiapine has been reported previously and is in line with the pharmacological profile of the investigational product.  None of the study patients developed a severe neutropenia or agranulocytosis.

Most of the clinical chemistry test showed small changes from baseline to Week 24, that were comparable across the treatment groups, and not clinically significant.

The mean prolactin level decreased at Week 24 in the quetiapine and olanzapine treament groups, while in the risperidone group, on the contrary, the level of prolactin increased.  The subgroup analysis by gender of change in prolactin level at Week 24 showed similar results.  These findings were in line with the know pharmacological profiles of the investigational products.

Treatment effects on thyroid hormones were small.  Decreases in the concentrations of $T_4$ without accompanying increases in TSH, or increase in TSH concentrations without concurrent changes in $T_4$ were seen in a small number of patients in all treatment groups.  Treatment-emergent clinically important increase in TSH occurred with concurrent treatment-emergent clinically important decrease in $T_4$ in 1 patient in the quetiapine group, but was not accompanied by symptoms or reported as an AE related to hypothyroidism.  These findings on thyroid hormones have in general been well-characterized in previous studies in patients treated with quetiapine.  There were no signs that quetiapine caused a clinically relevant hypothyroidism.

Overall, quetiapine, olanzapine and risperidone were well tolerated as assessed by laboratory measurements.  The mean and median changes from baseline to end of treatment in most of haematology and clinical chemistry tests were similar in the 3 treatment groups.  The results of clinical laboratory tests reported in this study produced no unexpected findings and were in line with known clinical laboratory profiles of the investigational products.

## 8.7   Vital signs, ECG, physical findings and other observations related to safety

Results for vital signs and ECG are grouped together, separately from the results on physical findings.  In the vital signs and ECG section, results are examined in 3 ways: trends or group changes over time, changes in individual patients over time, and individual clinically important abnormalities.  The results for all vital signs, ECG and other physical findings are

CONFIDENTIAL
AZSER12442127

Clinical Study Report
Edition Number 01
Study Code D1441C00125

discussed collectively in Section 8.7.6.  ECG data were only reported as normal/abnormal at screening and Week 24/ final visit; therefore, no means are presented in this report.

### 8.7.1    Secondary variables: weight, BMI and waist circumference

Changes in LS mean from randomisation at Week 24 in body weight, BMI and waist circumference in the PAP are summarised by treatment in Table 81.  The descriptive data on development over time in weight, BMI, and waist circumference for the ITT population can be found in Table 11.3.8.1-1.

**Table 81          Weight, BMI, and waist circumference, change from randomisation (PAP)**

|  |  | Quetiapine | Olanzapine | Risperidone |
|---|---|---|---|---|
| Weight (kg) |  |  |  |  |
| N[a] |  | 113 | 144 | 133 |
| Randomisation | Mean (SD) | 73.71 (15.5) | 71.94 (14.7) | 72.06 (15.8) |
| Change at Week 24 | LS mean (SE) | 3.65 (0.62) | 4.582 (0.57) | 3.574 (0.59) |
|  | 95% CI | (2.426, 4.874) | (3.457, 5.707) | (2.421, 4.726) |
| BMI (kg/m$^2$)[b] |  |  |  |  |
| N[a] |  | 113 | 144 | 133 |
| Randomisation | Mean (SD) | 25.11 (4.61) | 24.75 (4.56) | 24.5 (4.9) |
| Change at Week 24 | LS mean (SE) | 1.294 (0.22) | 1.639 (0.2) | 1.279 (0.2) |
|  | 95% CI | (0.865, 1.723) | (1.247, 2.03) | (0.878, 1.68) |
| Waist circumference (cm) |  |  |  |  |
| N[a] |  | 112 | 143 | 133 |
| Randomisation | Mean (SD) | 88.04 (13) | 87.59 (12) | 86.66 (13.4) |
| Change at Week 24 | LS mean (SE) | 3.237 (0.69) | 4.368 (0.64) | 2.988 (0.65) |
|  | 95% CI | (1.872, 4.602) | (3.11, 5.626) | (1.708, 4.267) |

[a] Number of patients with non-missing values at randomisation and Week 24.
[b] Height measured at enrolment, weight measured at randomisation.
Note: Analysis using ANCOVA with baseline value, BMI group, age group and treatment as independent variables.
SOURCE DOCUMENT: WEIGHT_01.SAS GENERATED:  8:45:20 18JAN2006 DB version prod: 13

The baseline values in weight, BMI, and waist circumference were similar across the treatment groups.  The mean baseline BMI was relatively low and reflected the predominance of patients from European countries in the study population.  The mean increase in weight at Week 24 was similar in the quetiapine and the risperidone groups (3.65 and 3.57 kg, respectively), and greater in the olanzapine group (4.58 kg).  The corresponding changes were observed at Week 24 in BMI and waist circumference.  BMI increased by about 1.3 kg/m$^2$ in both the quetiapine and the risperidone group, while in the olanzapine group the increase was 1.6 kg/m$^2$.  Waist circumference increased by 3.24 cm in the quetiapine group, 4.37 cm in the olanzapine group, and 2.99 cm in the risperidone group.

184

CONFIDENTIAL
AZSER12442128

Clinical Study Report
Edition Number 01
Study Code D1441C00125

Pairwise comparisons between the treament groups at Week 24 with regard to these outcome variables in the PAP are shown in Table 82.

**Table 82** **Weight, BMI, and waist circumference, treatment differences for change from randomisation (PAP)**

| | | Quetiapine - Olanzapine | Quetiapine - Risperidone | Olanzapine - Risperidone |
|---|---|---|---|---|
| Weight (kg) | | | | |
| Change at Week 24 | LS mean (SE) | -0.93 (0.705) | 0.076 (0.718) | 1.008 (0.674) |
| | 95% CI | (-2.32, 0.454) | (-1.34, 1.488) | (-0.32, 2.333) |
| BMI (kg/m$^2$ )[a] | | | | |
| Change at Week 24 | LS mean (SE) | -0.34 (0.246) | 0.015 (0.251) | 0.36 (0.235) |
| | 95% CI | (-0.83, 0.138) | (-0.48, 0.509) | (-0.1, 0.821) |
| Waist circumference (cm) | | | | |
| Change at Week 24 | LS mean (SE) | -1.13 (0.783) | 0.249 (0.797) | 1.381 (0.748) |
| | 95% CI | (-2.67, 0.409) | (-1.32, 1.817) | (-0.09, 2.851) |

[a] Height measured at enrolment, weight measured at randomisation.
Note: Analysis using ANCOVA with baseline value, BMI group, age group and treatment as independent variables.
SOURCE DOCUMENT: WEIGHT_02.SAS GENERATED: 8:45:47 18JAN2006 DB version prod: 13

The development over time in change from randomisation in weight for the ITT population for each treatment group is presented graphically in Figure 6. The development over time in change from randomisation in BMI for each treatment group is presented graphically in Figure 7. The descriptive data on development over time in weight, BMI, and waist circumference for the ITT population can be found in Table 11.3.8.1-1.

185

CONFIDENTIAL
AZSER12442129

Clinical Study Report
Edition Number 01
Study Code D1441C00125

**Figure 6**          **Weight, development over time in change from randomisation (ITT)**



SOURCE DOCUMENT: WEIGHT_DT_F01.SAS GENERATED: 10:49:58 28MAR2006 DB version prod: 13

**Figure 7**          **BMI, development over time in change from randomisation (ITT)**



SOURCE DOCUMENT: WEIGHT_DT_F02.SAS GENERATED: 10:50:16 28MAR2006 DB version prod: 13

186

CONFIDENTIAL
AZSER12442130

Clinical Study Report
Edition Number 01
Study Code D1441C00125

The weight and BMI increase was more rapid the olanzapine group than in the quetiapine and risperidone groups during the first eight weeks of treatment. At Week 8, the difference in mean weight increase between the olanzapine group on one hand and the quetiapine and risperidone groups on the other was already of the same magnitude as at Week 24. After Week 8, the difference in mean weight increase between the olanzapine group and the quetiapine and risperidone groups remained approximately the same (about 1 kg).

Additional analyses of change in weight from randomisation at Week 24 were performed for population subgroups divided into different categories with regard to their gender (Table 11.3.8.1-3), age (Table 11.3.8.1-4), and BMI group (Table 11.3.8.1-2). The subgroup analyses with regard to age and gender showed no difference between the categories and revealed the same pattern as in the total study population, with the greatest weight increase in the olanzapine treatment group, and comparable increases in weight in the quetiapine and risperidone groups. The subgroup analysis with regard to BMI revealed no clear trend in differences between the groups. As the number of patients in each BMI category and treatment group was small, it is difficult to draw conclusions on the relevance of the observed differences between the groups.

The number and percentage of patients with clinically important changes in weight during treatment period, defined as ≥7% increase in weight from randomisation at Week 24, are summarised by treatment group in Table 83.

**Table 83        Weight, patients with ≥7% increase from randomisation at Week 24 (PAP)**

| BMI (kg/m$^2$) | Quetiapine N=115 | | Olanzapine N=146 | | Risperidone N=134 | |
|---|---|---|---|---|---|---|
| | n$^a$ | n$^b$ (%) | n$^a$ | n$^b$ (%) | n$^a$ | n$^b$ (%) |
| <18.5 | 8 | 3 (37.5) | 10 | 6 (60.0) | 9 | 6 (66.7) |
| 18.5 to <25 | 54 | 23 (42.6) | 72 | 29 (40.3) | 70 | 30 (42.9) |
| 25 to <30 | 37 | 12 (32.4) | 43 | 13 (30.2) | 35 | 8 (22.9) |
| 30 to <40 | 16 | 6 (37.5) | 21 | 10 (47.6) | 20 | 2 (10.0) |
| ≥ 40 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | 115 | 44 (38.3) | 146 | 58 (39.7) | 134 | 46 (34.3) |

[a] Number of patients with non-missing values at randomisation and Week 24.
[b] Number of patients with ≥7% increase in weight.
Note: Percentages are calculated as (n$^b$/n$^a$)*100.
SOURCE DOCUMENT: ST_VIT_WEIGHT_INCREASE53.SAS GENERATED: 11:36:01 25JAN2006 DB version prod: 13

In total, 38.3% of patients in the quetiapine group, 39.7% in the olanzapine group, and and 34.3% in the risperidone group had ≥7% increase in weight from randomisation at Week 24. The numbers of patients in different BMI categories was too small to draw conclusions on potential differences between treatment groups in each BMI category.

CONFIDENTIAL
AZSER12442131

Clinical Study Report
Edition Number 01
Study Code D1441C00125

Possible correlations of changes in weight with changes in AUC 0-2h of plasma glucose values, fasting glucose, 2h-glucose, HbA$_{1c}$, log(fasting insulin), log(2h-insulin) and lipids were explored (see Table 11.3.8.1-5).  No strong correlations between change in weight and glucose metabolism variables or lipid variables were found.

A listing of individual weight, BMI and waist circumference measurements in patients with normal glucose values at randomisation, but fasting plasma glucose ≥7.0 mmol/L and/or 2h-glucose ≥11.1 mmol/L at Week 12 or Week 24 can be found in Table 11.3.8.1-6.

### 8.7.2      Changes in vital signs over time

The LS mean changes in vital signs from randomisation at Week 24 for the PAP are summarised by randomised treatment in Table 11.3.8.1-7, and for the safety population in Table 11.3.8.1-9.  The pairwise comparisons between the treatment groups in the PAP with regard to vital signs are shown in Table 11.3.8.1-8.  The descriptive statistics of development over time of change from randomisation by visit for the ITT population can be found in Table 11.3.8.1-10.

The baseline values of sitting and standing pulse, systolic and diastolic blood pressure were comparable across the treatment groups.  The mean changes at Week 24 in sitting and standing systolic and diastolic blood pressure were small in all treatment groups.  The mean change at Week 24 in sitting pulse rate was slightly higher in the quetiapine group (3.11 bpm) than in the olanzapine and risperidone groups (0.62 and 0.60 bpm, respectively).  The change from randomisation in standing pulse rate was 1.80 bpm in the quetiapine group, 0.06 bpm in the olanzapine group, and 0.08 bpm in the risperidone group.  This minor increase in pulse rate in the quetiapine group was in line with known pharmacological properties of the investigational product.

### 8.7.3      Individual patient changes in vital signs and ECG over time

The number of patients with findings of shifts from randomisation to clinically important values in sitting and standing pulse and blood pressure at end of treatment are presented by treatment group in Table 11.3.8.1-11.  The number of patients with clinically important values in vital signs at any time after randomisation was small and comparable across the treatment groups.

### 8.7.4      Individual clinically important values in vital signs and ECG

Patients with clinically important values in vital signs (as defined by Seroquel project, see Table 15) emerging at any time after randomisation are summarised in  Table 11.3.8.1-12.  A listing of patients with clinically important values in vital signs can be found in Table 11.3.8.2-1.

ECG was performed at screening for all 509 patients in the safety population (169 patients in the quetiapine group, 168 in the olanzapine group and 172 in the risperidone group).  For 29 patients, ECGs were taken slightly more than 14 days before the randomisation, but accepted as baseline ECGs for eligibility and safety purposes.  At Week24/end of treatment, ECGs

CONFIDENTIAL
AZSER12442132

Clinical Study Report
Edition Number 01
Study Code D1441C00125

were taken for 477 patients: 155 patients in the quetiapine group, 157 in the olanzapine group
and 165 in the risperidone group.

ECG abnormalities at Week 24/end of treatment were reported for 12 patients (7.7%) in the
quetiapine group, 13 patients (8.3%) in the olanzapine group, and 12 patients (7.3%) in the
risperidone group.  Of these patients, 5 patients (3.2%) in the quetiapine group, 6 (3.8%) in the
olanzapine group and 3 (1.8%) in the risperidone reported ECG abnormalities both at
screening and at Week 24.  None of these abnormalities were considered clinically significant
or led to discontinuation from treatment.

Abnormal ECG findings at Week 24/end of treatment but not at screening were reported for
7 (4.5%) patients in the quetiapine treatment group, 7 (4.5%) in the olanzapine group and
9 (5.5%) in the risperidone group.  There were no observed differences between the treatment
groups with regard to frequency or type of abnormalities.  For 1 patient in the quetiapine
treatment group (E1605002) an AE associated with abnormal ECG (prolonged QTc) was
reported, but not judged as clinically significant by the investigator (see also Section 8.4.5.2).
One patient in the olanzapine group (E1002009) also reported QTc prolongation (457 ms), but
this was not reported as an AE (see section 5.5.7.2 on reporting of AEs related to ECG).  None
of the reported abnormalities were judged as clinically significant or led to any actions taken
with regard to study treatment or discontinuation.

A listing of patients in the safety population for whom ECG abnormalities were reported at
screening or Week 24/end of treatment can be found in Table 11.3.8.2-2.

### 8.7.5    Physical findings and other observations related to safety

### 8.7.5.1    Barnes Akathisia Rating Scale (BARS)

The LS mean changes in BARS Global Clinical Assessment of Akathisia score from
randomisation at Week 24 are summarised by treatment in Table 84.  Table 85 shows pairwise
comparisons between the treatment groups with regard to this outcome variable.  The
descriptive data showing development over time in BARS Global Clinical Assessment of
Akathisia score is presented in Table 11.3.8.1-13.

**Table 84          BARS score, change from randomisation (PAP)**

|  |  | Quetiapine | Olanzapine | Risperidone |
|---|---|---|---|---|
| BARS score |  |  |  |  |
| Randomisation | Mean (SD) | 0.655 (0.92) | 0.531 (0.84) | 0.624 (0.93) |
| Change at Week 24 | LS mean (SE) | -0.5 (0.06) | -0.48 (0.05) | -0.21 (0.05) |
|  | 95% CI | (-0.61, -0.39) | (-0.58, -0.38) | (-0.31, -0.11) |

Note: BARS Global Clinical Assessment of Akathisia score
Note: Analysis using ANCOVA with baseline, BMI group, age group and treatment as independent variables
SOURCE DOCUMENT: BARS_01.SAS GENERATED: 17:52:36 04APR2006 DB version prod: 13

189

CONFIDENTIAL
AZSER12442133

Clinical Study Report
Edition Number 01
Study Code D1441C00125

| Table 85 | | BARS score, treatment differences in change from randomisation (PAP) |

| | | Quetiapine - Olanzapine | Quetiapine - Risperidone | Olanzapine - Risperidone |
|---|---|---|---|---|
| BARS score | | | | |
| Change at Week 24 | LS mean (SE) | -0.02 (0.063) | -0.29 (0.064) | -0.27 (0.06) |
| | 95% CI | (-0.15, 0.103) | (-0.41, -0.16) | (-0.38, -0.15) |

Note: BARS Global Clinical Assessment of Akathisia score
Note: Analysis using ANCOVA with baseline, BMI group, age group and treatment as independent variables
SOURCE DOCUMENT: BARS_02.SAS GENERATED: 17:52:56 04APR2006 DB version prod: 13

Patients in all treatment groups showed an improvement in mean BARS Global Clinical Assessment of Akathisia score at Week 24, which was greater in the quetiapine and olanzapine groups (0.5 and 0.48, respectively), than in the risperidone group (0.21). The change from baseline was statistically significant in all treatment groups. The treatment differences between quetiapine and risperidone, as well as olanzapine and risperidone were statistically significant to the disadvantage of risperidone.

Patients who had improvement, no change, or worsening in BARS Global Clinical Assessment of Akathisia score from randomisation to Week 24 are summarised by randomised treatment group in Table 11.3.8.1-14. Very few patients showed worsening of the score in the quetiapine and the olanzapine groups (2.6 and 2.7%, respectively). In the risperidone group, the proportion of patients with worsening of the score was higher (11.2%). The improvement of the score was observed in 34.8% of patients in the quetiapine group, 28.8% in the olanzapine group, and 24.6% in the risperidone group.

### 8.7.5.2    Simpson-Angus Scale (SAS)

The LS mean changes in SAS total score from randomisation at Week 24 are summarised by treatment in Table 86. Table 87 presents pairwise comparisons between the treatment groups with regard to this variable. The descriptive data showing development over time in SAS score is presented in Table 11.3.8.1-15.

| Table 86 | | SAS total score, change from randomisation (PAP) |

| | | Quetiapine | Olanzapine | Risperidone |
|---|---|---|---|---|
| SAS total score | | | | |
| N[a] | | 113 | 145 | 133 |
| Randomisation | Mean (SD) | 3.381 (3.92) | 3.979 (4.49) | 3.729 (4.47) |
| Change at Week 24 | LS mean (SE) | -2.89 (0.2) | -2.63 (0.18) | -1.84 (0.18) |
| | 95% CI | (-3.27, -2.5) | (-2.99, -2.28) | (-2.2, -1.48) |

SAS Simpson Angus Scale
Analysis using ANCOVA with baseline, BMI group, age group and treatment as independent variables
SOURCE DOCUMENT: SAS_01.SAS GENERATED: 16:37:29 02JAN2006 DB version prod: 7

CONFIDENTIAL
AZSER12442134

Clinical Study Report
Edition Number 01
Study Code D1441C00125

**Table 87**          **SAS total score, treatment differences in change from randomisation (PAP)**

|  |  | Quetiapine - Olanzapine | Quetiapine - Risperidone | Olanzapine - Risperidone |
|---|---|---|---|---|
| SAS total score |  |  |  |  |
| Change at Week 24 | LS mean (SE) | -0.26 (0.221) | -1.05 (0.225) | -0.79 (0.211) |
|  | 95% CI | (-0.69, 0.179) | (-1.49, -0.61) | (-1.21, -0.38) |

Note: SAS Simpson Angus Scale
Note: Analysis using ANCOVA with baseline, BMI group, age group and treatment as independent variables
SOURCE DOCUMENT: SAS_02.SAS GENERATED: 17:55:28 04APR2006 DB version prod: 13

Patients in all treatment groups showed an improvement in mean SAS total score at Week 24, which was higher in the quetiapine and olanzapine groups (2.89 and 2.63, respectively), than in the risperidone group (1.84).  The change from baseline was statistically significant in all treatment groups.  The treatment differences between quetiapine and risperidone, as well as olanzapine and risperidone were statistically significant to the disadvantage of risperidone.

Patients who had improvement, no change, or worsening in SAS total score are summarised by randomised treatment group in Table 11.3.8.1-16.  Few patients showed worsening of the score in the quetiapine and the olanzapine groups (5.2 and 4.8%, respectively).  In the risperidone group, the proportion of patients with worsening of the score was higher (15.7%).  The improvement of the score was observed in 55.7% of patients in the quetiapine group, 61.6% in the olanzapine group, and 53.0% in the risperidone group.

### 8.7.5.3     Proportion of patients using anticholinergic medication

The number and percentage of patients taking at least 1 dose of any anticholinergic medication during the treatment period are summarised in Table 88.  Anticholinergic medication was defined as follows: medication with ATC codes N04AA, N04AB and R06AD (except drug code 55224, alimemazine tartrate which was used for other indications).  The most commonly used drugs, as described in the study protocol, were benztropine mesylate, trihexyphenidyl, biperiden and procyclidine.

**Table 88**          **Anticholinergic medication use over time (ITT)**

| Treatment interval (weeks since randomisation) | Quetiapine N=168 | | Olanzapine N=169 | | Risperidone N=172 | |
|---|---|---|---|---|---|---|
|  | $n^a$ | $n^b$ (%) | $n^a$ | $n^b$ (%) | $n^a$ | $n^b$ (%) |
| ≤12 | 168 | 7 (4.2) | 169 | 9 (5.3) | 172 | 39 (22.7) |
| ≤4 | 168 | 6 (3.6) | 169 | 7 (4.1) | 172 | 35 (20.3) |
| >4 to ≤8 | 154 | 4 (2.6) | 163 | 4 (2.5) | 160 | 30 (18.8) |
| >8 to ≤12 | 140 | 1 (0.7) | 158 | 4 (2.5) | 148 | 26 (17.6) |
| >12 to ≤24 | 131 | 0 | 154 | 5 (3.2) | 143 | 25 (17.5) |

191

CONFIDENTIAL
AZSER12442135

Clinical Study Report
Edition Number 01
Study Code D1441C00125

**Table 88          Anticholinergic medication use over time (ITT)**

| Treatment interval (weeks since randomisation) | Quetiapine N=168 | | Olanzapine N=169 | | Risperidone N=172 | |
|---|---|---|---|---|---|---|
| | $n^a$ | $n^b$ (%) | $n^a$ | $n^b$ (%) | $n^a$ | $n^b$ (%) |
| >12 to ≤16 | 131 | 0 | 154 | 5 (3.2) | 143 | 21 (14.7) |
| >16 to ≤20 | 123 | 0 | 149 | 4 (2.7) | 140 | 23 (16.4) |
| >20 to ≤24 | 117 | 0 | 146 | 5 (3.4) | 136 | 21 (15.4) |
| >24 | 45 | 0 | 35 | 3 (8.6) | 45 | 5 (11.1) |
| Total | 168 | 7 (4.2) | 169 | 10 (5.9) | 172 | 44 (25.6) |

[a] Number of patients in the study at the start of the treatment interval.
[b] Number of patients receiving at least one dose of anticholinergic medication during the treatment interval, after Week 1.
Note: Medications with ATC codes N04AA, N04AB and R06AD except drug code 55224.
SOURCE DOCUMENT: ST_MED_ANTICHOL106.SAS GENERATED: 13:42:22 06MAR2006 DB version prod: 13

The risperidone group had the greatest proportion of patients using anticholinergic medication over time (25.6% in comparison to 4.2% in the quetiapine group and 5.9% in the olanzapine group). This pattern was consistent with the AE data, were EPS-related AEs were more commonly seen in the risperidone group (see Section 8.4.5.1) and with the ratings of SAS and BARS (see Sections 8.7.5.2 and 8.7.5.1, respectvely). These results were in line with previously reported data for the 3 investigational products.

A greater decrease over time in use of anticholinergic medication was seen in the quetiapine group in comparison to the olanzapine and risperidone groups. Between Week 12 and Week 24, no patients used anticholinergic medication in the quetiapine group, while in the other 2 groups the use of anticholinergic medication was reduced, but still required at Week 24.

### 8.7.6     Discussion of vital signs, ECG, physical findings and other observations related to safety

The mean increase in weight at Week 24 was similar in the quetiapine and risperidone groups, and greater in the olanzapine group. The corresponding changes were observed in BMI, which increased at Week 24 with about 1.3 kg/m$^2$ in both the quetiapine and the risperidone group, while in the olanzapine group the increase was 1.6 kg/m$^2$. At Week 8, the difference in mean weight increase between the olanzapine group on one hand and the quetiapine and risperidone groups on the other was already of the same magnitude as at Week 24. After Week 8, the difference in mean weight increase between the olanzapine group and the quetiapine and risperidone groups remained approximately the same (about 1 kg).

Only small correlations between increase in weight and glucose-related variables were observed, indicating that there must be other factors influencing glucose tolerance in olanzapine- and risperidone-treated groups.

The results for blood pressure and heart rate, ECG, physical findings, body weight, BMI and waist circumference are in line with known effects of the 3 treatments. The number of

192

CONFIDENTIAL
AZSER12442136

Clinical Study Report
Edition Number 01
Study Code D1441C00125

patients with clinically important values in vital signs at any time after randomisation was small and comparable across the treatment groups.

The proportion of patients with abnormal ECG findings at Week 24/end of treatment was low and similar to baseline in all treatment groups.  There were no observed differences between the treatment groups with regard to frequency or type of abnormalities.

With regard to mean SAS and BARS Global Clinical Assessment of Akathisia scores, patients in the quetiapine and olanzapine groups showed a greater improvement at Week 24, than the patients in the risperidone group.  These results were consistent with the increased number of EPS-related AEs in the risperidone group (see Section 8.4.5.1).

## 8.8        Conclusions on safety results

### 8.8.1        Conclusions on safety results on glucose metabolism and lipids

The conclusions on clinical laboratory results related to glucose metabolism are summarised in Table 89, relative to specific objectives and the variables selected to address the objectives.

CONFIDENTIAL
AZSER12442137

Clinical Study Report
Edition Number 01
Study Code D1441C00125

**Table 89**   **Objectives, clinical laboratory variables, and conclusions on glucose metabolism and lipids**

| Objective | Variables | Outcome | Conclusions |
|---|---|---|---|
| **Primary** | **Primary outcome variable** | | |
| To compare the safety/tolerability profiles of quetiapine and olanzapine on glucose metabolism in schizophrenic patients | Change from randomisation at Week 24 in AUC 0-2h of the plasma glucose values following OGTT | At Week 24, the quetiapine group showed the mean increase from baseline in AUC 0-2h of 0.506 mmol/L x h in the PAP. The mean change from randomisation in the olanzapine group in the PAP was 1.218 mmol/L x h. The difference between these treatment groups was statistically significant (p=0.0480 in the PAP, and p=0.0199 in the PP population) to the advantage of the quetiapine group. | The difference between the quetiapine and olanzapine groups in mean change in AUC 0-2h of plasma glucose values at Week 24 was statistically significant to the advantage of the quetiapine group. |
| **Secondary** | **Secondary outcome variables** | | |
| To compare the safety/tolerability profiles of quetiapine and risperidone on glucose metabolism in schizophrenic patients | Change from randomisation at Week 24 in AUC 0-2h of the plasma glucose values following OGTT | At Week 24, the change from randomisation in AUC of plasma glucose values was numerically greater in the risperidone group in comparison with the quetiapine group (1.041 vs 0.506 mmol/L x h), but did not reach statistical significance (as shown by post-hoc analysis based on the confidence intervals coverage of 0). | The difference between the quetiapine and risperidone groups in mean change in AUC 0-2h of plasma glucose values at Week 24 was numerically to the advantage of the quetiapine group. |
| To compare the safety/tolerability profiles of quetiapine, olanzapine and risperidone on | Change from randomisation at Week 24 in fasting plasma glucose | In the quetiapine, olanzapine and risperidone groups, there was a small mean increase from randomisation at Week 24 in fasting glucose (0.177, 0.129, and 0.244 mmol/L, respectively), that was comparable for the 3 treatment groups and not considered clinically significant. | After 24 weeks of treatment, differential effects on glucose excursion after glucose load were seen in the 3 treatment groups. The difference between the quetiapine and olanzapine groups in the mean change |

194

CONFIDENTIAL
AZSER12442138

Clinical Study Report
Edition Number 01
Study Code D1441C00125

| Objective | Variables | Outcome | Conclusions |
|---|---|---|---|
| glucose metabolism in schizophrenic patients | Change from randomisation at Week 24 in 2h-glucose value | In the quetiapine group, no mean change from randomisation at Week 24 was observed for the 2h-glucose. In the olanzapine and risperidone groups, a mean increase in 2-hour glucose (0.543 and 0.587 mmol/L, respectively) was seen at Week 24. This difference in mean 2h-glucose levels between the quetiapine group vs the other 2 groups was probably clinically significant. | in AUC 0-2h of plasma glucose values at Week 24 was statistically significant to the advantage of quetiapine, and the difference between the quetiapine and risperidone groups was numerically to the advantage of quetiapine. This was supported by the difference in treatment effects on 2h-glucose at Week 24. |
| | The proportion of patients with hyperglycemia[a] at Week 24 | The proportion of patients with hyperglycemia at Week 24 in the quetiapine, olanzapine and risperidone groups was small (4.3%, 6.8% and 6.8% respectively) and similar to that at baseline (2.6%, 6.9%, and 5.2% respectively). In patients with normal baseline, the percentages of patients shifting to high fasting or 2h-glucose levels at Week 24 were 2.5% in the quetiapine group, 2.8% in the olanzapine group, and 3.6% in the risperidone group. | The quetiapine group showed no change from randomisation at Week 24 in mean 2h-glucose value, while an increase was seen in both the olanzapine and risperidone groups. In addition, a shift to a higher 2h-glucose category (ie, from normal to impaired/high or from impaired to high) was seen in about twice as many patients in the risperidone group compared to the quetiapine group, and about 50% more patients in the olanzapine group than in the quetiapine group. Shift to a lower category was seen in a slightly higher proportion of patients in the quetiapine group in comparison to the risperidone and olanzapine groups. |
| | The proportion of patients with fasting plasma glucose ≥7.0 mmol/L at Week 24 | The proportion of patients with fasting plasma glucose ≥7.0 mmol/L at Week 24 in the quetiapine, olanzapine and risperidone groups was small (2.6%, 3.4%, and 3.0%, respectively) and similar to that at baseline (1.8%, 2.1%, and 2.2% respectively). | |
| | The proportion of patients with 2h-glucose ≥11.1 mmol/L at Week 24 | The proportion of patients with 2h-glucose ≥11.1 mmol/L at Week 24 in the quetiapine, olanzapine and risperidone groups was small (1.7%, 5.5% and 5.2%, respectively) and similar to that at baseline (0.9%, 5.5%, and 3.7% respectively). | In absence of glucose load, there was no meaningful difference between the treatment groups at Week 24 as measured by fasting glucose level, HbA$_{1c}$ level, C-peptide level, or the proportion of patients shifting from |

195

CONFIDENTIAL
AZSER12442139

Clinical Study Report
Edition Number 01
Study Code D1441C00125

| Objective | Variables | Outcome | Conclusions |
|---|---|---|---|
| | The proportion of patients with IFG[b] or IGT[c] at Week 24 | The proportion of patients with IFG or IGT in the quetiapine, olanzapine and risperidone groups increased slightly at Week 24 in comparison to baseline. The smallest increase was seen in the quetiapine group, and the highest in the olanzapine group. The increase was from 26.3% to 32.2% in the quetiapine group, from 20% to 29.5% in the olanzapine group, and from 32.1% to 40.6% in the olanzapine group. | normal to abnormal (high or impaired) fasting glucose level at Week 24. The results for fasting insulin, AUC 0-2h of insulin values, ISI, and HOMA showed less change at Week 24 in the quetiapine group in comparison to the olanzapine and risperidone groups. |
| | | With regard to 2h-glucose, about twice as many patients shifted at Week 24 to higher category (from normal to impaired/high or from impaired to high) in the risperidone group (18.7%), than in the quetiapine group (9.3%). In the olanzapine group, the shift to higher category was seen in 14.6% of patients. | |
| | The proportion of patients excluded due to diabetes during the study | No patients were excluded due to diabetes (for explanation, see Section 5.3.4.3) | |
| | Change from randomisation at Week 24 in HbA$_{1c}$ | In the quetiapine, olanzapine and risperidone groups, the mean changes from randomisation at Week 24 in HbA$_{1c}$ were small (0.122%, 0.05%, and 0.065%, respectively) and comparable across the treatment groups | |
| | The proportion of patients with HbA$_{1c}$ ≥6.05% at Week 24 | The proportion of patients with HbA$_{1c}$ ≥6.05% at Week 24 in the quetiapine, olanzapine and risperidone groups (5.5%, 3.5% and 4.7%, respectively) was comparable across the treatment groups and similar to baseline. | |

196

CONFIDENTIAL
AZSER12442140

Clinical Study Report
Edition Number 01
Study Code D1441C00125

| Objective | Variables | Outcome | Conclusions |
|---|---|---|---|
| | Change from randomisation at Week 24 in fasting plasma insulin | At Week 24, the mean increase from randomisation in fasting insulin was smallest in the quetiapine group (3.3%), compared to both the olanzapine (8.5%) and the risperidone (11.9%) groups. This difference between the groups was not statistically significant as shown by post-hoc analysis based on the confidence intervals coverage of 0. | |
| | Change from randomisation at Week 24 in insulin indices: | | |
| | AUC 0-2h of plasma insulin values following OGTT | In the quetiapine and risperidone groups, the mean relative changes from randomisation at Week 24 in AUC 0-2h of plasma insulin values (13.2% and 10.7%, respectively) were smaller than in the olanzapine group (24.5%). | |
| | Index of insulin sensitivity (ISI)[d] derived from OGTT | The ISI results showed a smaller mean decrease from randomisation at Week 24 in the quetiapine group (10.8%) in comparison to the olanzapine group (19.1%) and the risperidone group (15.8%). | |
| | Homeostasis model assessment (HOMA)[e] | The HOMA results showed a smaller mean increase from randomisation in the quetiapine group (6.4%) and the olanzapine group (11%), in comparison to the risperidone group (16.8%). | |
| | Change from randomisation at Week 24 in C-peptide level | The mean increase from randomisation at Week 24 in C-peptide level was of similar magnitude in all treatment groups (120 pmol/L in the quetiapine group, 142.5 pmol/L in the olanzapine group, and 139.7 pmol/L in the risperidone group). | |

197

CONFIDENTIAL
AZSER12442141

Clinical Study Report
Edition Number 01
Study Code D1441C00125

| Objective | Variables | Outcome | Conclusions |
|---|---|---|---|
| To compare the safety/tolerability profiles of quetiapine, olanzapine and risperidone on lipid levels in schizophrenic patients | Change from randomisation at Week 24 in: Total cholesterol HDL LDL Triglycerides | At Week 24, there was a slight mean increase in total cholesterol in the quetiapine group, a greater increase in the olanzapine group, and no change in the risperidone group. In general, the values were close to normal (5.0 mmol/L). No mean change in HDL was observed at Week 24 in any of the treatment groups. The mean LDL level increased at Week 24 by about 10% in the quetiapine group, and slightly more in the olanzapine group. No change was observed in the risperidone group. The mean triglyceride level increased at Week 24 in the olanzapine group, but not in the quetiapine and risperidone groups. | A certain mean increase in total cholesterol and LDL cholesterol was seen in the olanzapine group, and to a lesser extent in the quetiapine group, but not in the risperidone group. The mean increase from randomisation in triglycerides was more prominent in the olanzapine group in comparison to the risperidone and quetiapine group. Overall, the mean changes in lipid levels at Week 24 were moderate in all treatment groups, and the mean values in the population were close to normal. |
| To compare the safety/tolerability profile of quetiapine, olanzapine and risperidone on weight in schizophrenic patients | Change from randomisation at Week 24 in: Weight BMI Waist circumference | The mean increase in weight at Week 24 was 3.65 kg in the quetiapine group, compared to 4.58 kg the olanzapine group and 3.57 kg in the risperidone group. The corresponding increases were observed in mean BMI (1.294, 1.639 and 1.279 kg/m², respectively). The mean waist circumference increased at Week 24 by 3.2 cm in the quetiapine group, 4.4 cm in the olanzapine group, and 3.0 cm in the risperidone group. | The quetiapine group showed smaller mean increases in weight, BMI and waist circumference in comparison to the olanzapine group, and similar to that in the risperidone group. |
| Supplementary analysis on metabolic syndrome risk factors | The number and percentage of patients with treatment-emergent development of ≤3 risk factors at end of treatment | At Week 24, about 20% of patients developed ≤3 risk factors included in the definition of metabolic risk syndrome. Between 15% and 40% of patients in each treatment group moved from ≥3 risk factors to <3 risk factors at the end of treatment. | No meaningful differences between the treatment groups were seen with regard to metabolic syndrome risk factors |

198

CONFIDENTIAL
AZSER12442142

Clinical Study Report
Edition Number 01
Study Code D1441C00125

a    Hyperglycemia = fasting plasma glucose ≥ 7.0 mmol/L (126 mg/dL) or 2h-glucose ≥ 11.1 mmol/L (200 mg/dL).  Hyperglycemia represents a single reading of high fasting or 2h-glucose value.  For a diagnosis of diabetes,

b    IFG = fasting glucose ≥5.6 mmol/L (100 mg/dL) and <7.0 mmol/L (126 mg/dL)

c    IGT = 2h glucose OGTT ≥7.8 mmol/L (140 mg/dL) and <11.1 mmol/L (200 mg/dL)).

d    ISI = (10 000/square root of ([fasting glucose (mg/dL) x fasting insulin (µIU/mL)] x [mean glucose (mg/dL) x mean insulin (µIU/mL) during OGTT]))

e    HOMA = fasting plasma insulin (µIU/mL) x fasting plasma glucose (mmol/L)/22.5.

199

CONFIDENTIAL
AZSER12442143

Clinical Study Report
Edition Number 01
Study Code D1441C00125

### 8.8.2    Conclusions on other safety results

The linkage between these conclusions, the specific safety objectives of the study, and the study variables selected to address these objectives, is presented in Table 90.

CONFIDENTIAL
AZSER12442144