Clinical Study Protocol
Study Code: D1441C00125
Edition No.  1.0

**Table 5**          **Volume of blood to be drawn from each patient**

| Assessment | Sample volume (mL) | N of samples | Total volume (mL) |
|---|---|---|---|
| Pharmacodynamic | Not applicable | | |
| Pharmacokinetic | Not applicable | | |
| **Safety** | | | |
| Clinical chemistry* and serum HCG | Screening 9.5 mL<br>Final visit 6    mL | 2 | 15.5 mL |
| Hematology | 3 ml | 2 | 6 mL |
| Oral Glucose Tolerance Test (OGTT)* | 2 ml for plasma EDTA insulin<br>2 ml for plasma sodium heparin glucose | 5 time points x<br>3 OGTT visits = 15 | 60 mL |
| Lipid profile, serum C-peptide and prolactin | 9.5 ml | 3 | 28.5 mL |
| Genotyping | Not applicable | | |
| **Total** | | | **110 mL**** |

* Including volume needed for random glucose. ** Any tests done at extra visits not included.

The Central Laboratory will provide a detailed instruction on all laboratory procedures, handling and shipment of laboratory samples by before study start.  The samples should be properly taken, handled, labelled and shipped in accordance with the instructions given by Central Laboratory.  Samples should be shipped to the Central Laboratory by courier unless otherwise agreed.

### 4.10.1    Analysis of biological sample

No biological samples to be collected except blood and urine as listed above.

CONFIDENTIAL
AZSER12442545

Clinical Study Protocol
Study Code: D1441C00125
 Edition No.  1.0

## 5.        DATA MANAGEMENT

Paper Case Report Forms (pCRFs) will be provided to the investigational sites for recording of all data collected from the patients in the study.  Data will be recorded legibly onto the pCRFs with black or blue ink, by using a ballpoint pen.  If any data are not available omissions will be indicated on the pCRFs.  Any corrections made by the investigator should be made by drawing a line through the incorrect item, which must remain legible, writing the correct data next to it and initial and date the correction.  Correcting fluid or covering labels must not be used.  It is the investigators responsibility that the data in the pCRFs are accurate and complete.  The investigator should sign off the CRF before the original pages are collected for data entry.  A copy of all CRF pages should remain at site.

After collecting the pCRFs data will be entered continuously throughout the study by each participating AstraZeneca Marketing Company (MC) and Clinical Research Region (CRR) with local Data Management responsibilities into the Amos database at AstraZeneca R&D, Södertälje.  No transfer of AMOS data is needed, as all local data entry sites will have remote access to the central database AMOS (RAMOS).  Data verification and validation will be performed until the database corresponds with the data collected in the pCRFs.  Any external queries raised by AstraZeneca should be answered by the investigator in a timely manner.

Data will be cleaned on a regular basis by the participating local data entry sites.  Clean file for the AMOS database will be declared at AstraZeneca R&D, Södertälje.

The Data Management Plan (DMP) written by the CST Data Manager at AstraZeneca R&D, Södertälje will describe all data management activities planned for the study, it will also define responsibilities and timelines.  The Data Validation Manual (DVM) also written by the CST Data Manager at AstraZeneca R&D, Södertälje will define the data validation processes and procedures for the study after data entry and verification have been completed.

## 6.        STATISTICAL METHODS AND DETERMINATION OF SAMPLE SIZE

### 6.1       Statistical evaluation – general aspects

A comprehensive Statistical Analysis Plan (SAP) will be prepared before database lock.

The Biostatistic Group at AstraZeneca R&D in Södertälje, will be responsible for performing the analysis and creating tables, listings and figures.  SAS software will be used to conduct all analyses.

CONFIDENTIAL
AZSER12442546

Clinical Study Protocol
Study Code: D1441C00125
Edition No. 1.0

## 6.2    Description of outcome variables in relation to objectives and hypotheses

### 6.2.1    Primary outcome variable

The primary outcome variable is change from baseline in area under curve (AUC) plasma value of glucose following Oral Glucose Tolerance Test (OGTT, 5 samples at 0-2h) at Week 24, see 4.1.  The primary objective of this study is to compare the safety/tolerability effect profile of **quetiapine and olanzapine on glucose metabolism** in schizophrenic patients.  The hypothesis to be tested is that quetiapine has a better safety/tolerability profile than olanzapine on glucose metabolism.

The area under curve is defined as the area under the linearly joint OGTT measurements vs. time.  It will be computed with the trapezoidal method, using actual sampling times for the OGTT measurements.  For example, if the true sampling times are as planned at 0, 30, 60, 90, and 120 minutes, then we use the following formula

$$AUC(0\text{-}2h) \text{ in OGTT} = (15y_0 + 30y_{30} + 30y_{60} + 30y_{90} + 15y_{120})/60$$

where $y_t$ is the glucose measurement in mg/dL after $t$ minutes.  If the last OGTT is not exactly at 120 minutes, then this will be corrected in the following way.  If it is before 120 minutes, a linear extrapolation will be performed using the values from the last and second last measurement.  If it is after 120 minutes, then the area will be "cut of" at 120 minutes (interpolation at 120 minutes).

In the SAP will be specified how to deal with cases where some of the five measurements are missing.

### 6.2.2    Secondary outcome variables

The secondary outcome variables are listed in Table 6, where the last columns indicate whether the outcome variables are assessed as changes from randomisation visit (baseline) or as absolute values.

CONFIDENTIAL
AZSER12442547

Clinical Study Protocol
Study Code: D1441C00125
Edition No. 1.0

**Table 6**      **Description of secondary outcome variables in relation to objectives and hypotheses**

| Secondary Objectives | Hypotheses | Secondary Outcome Variables | C[1] | A[2] |
|---|---|---|---|---|
| **Safety/tolerability** To compare the safety/tolerability profile of **quetiapine and risperidone** on glucose metabolism | Quetiapine has a comparable profile as risperidone | AUC based on plasma glucose values, following Oral Glucose Tolerance Test (OGTT, 5 samples at 0-2h). | X | |
| To compare the safety/tolerability profile of **quetiapine, olanzapine and risperidone** on glucose metabolism | Quetiapine has a better profile than olanzapine and a comparable profile as risperidone. | Plasma fasting glucose (taken at 0h of OGTT). | X | |
| | | Plasma fasting insulin (taken at 0h of OGTT). | X | |
| | | Indexes of insulin sensitivity:<br>• AUC based on plasma values of insulin following OGTT (5 samples at 0-2 h).<br>• Index of insulin sensitivity (ISI) (10,000/square root of ([fasting glucose x fasting insulin] x [mean glucose x mean insulin during OGTT])).<br>• Homeostasis model assessment (HOMA = fasting plasma insulin (mmol/L) x fasting plasma glucose (uU/mL)/22.5). | X | |
| | | Incidence of patients with<br>• hyperglycemia (Fasting plasma glucose ≥ 126 mg/dL and / or 2h glucose OGTT ≥ 200 mg/dL).<br>• impaired fasting glucose (IFG) or impaired glucose tolerance (IGT) (i.e., not fulfilling any of the above criteria) defined as: Fasting glucose ≥110 mg/dL (6.1 mmol/L) and < 126 mg/dl (< 7.0 mmol/L) or 2h glucose OGTT ≥ 140 mg/dL (7.8 mmol/L) and <200 mg/dL (11.1 mmol/L). | X | |

_____

[1] Change (difference) from randomisation visit (baseline)
[2] Absolute value

59(75)

CONFIDENTIAL
AZSER12442548

Clinical Study Protocol
Study Code: D1441C00125
Edition No. 1.0

| Secondary Objectives | Hypotheses | Secondary Outcome Variables | C[1] | A[2] |
|---|---|---|---|---|
| | | Explorative measures:<br>• Haemoglobin A1C (incidence of of patients with A1C result ≥ 6.05%).<br>• Plasma C-peptide level. | X | |
| To compare the safety/tolerability profile on **weight** of quetiapine, olanzapine and risperidone. | Quetiapine has a superior profile than olanzapine and comparable profile as risperidone. | Weight | X | |
| | | BMI | X | |
| | | Waist circumference | X | |
| To compare the safety/tolerability profile on **blood lipid levels** of quetiapine, olanzapine and risperidone. | Quetiapine has a superior profile than olanzapine and comparable profile as risperidone. | Fasting plasma lipid levels:<br>• Total cholesterol<br>• HDL<br>• LDL<br>• Triglycerides | X | |
| To compare the safety/tolerability profile of quetiapine, olanzapine and risperidone on changes in **prolactin level.** | Quetiapine has a superior profile than risperidone and a comparable profile as olanzapine. | Prolactin levels. | X | |
| To compare the safety/tolerability profile of quetiapine, olanzapine and risperidone on EPS (Extra Pyramidal Symptoms) and other adverse events. | Quetiapine has a superior profile than risperidone on EPS (and on the use of anticholinergic medications) and is comparable to olanzapine and risperidone in the other cases. | Reporting of adverse events. | | X |
| | | Monitoring of standing and sitting systolic and diastolic blood pressure and pulse rate. | X | |
| | | ECG | X | |
| | | Simpson-Angus Scale (SAS) total score for EPS. | X | |
| | | Barnes-Akathisia score for EPS. | X | |
| | | The proportion of patients using anticholinergic medication since week 1. | | X |
| **Efficacy**<br>To document maintained efficacy of | Quetiapine is similar to olanzapine and risperidone in | The CGI global improvement score | | X |
| | | The proportion of patients with a CGI severity of illness score of 3 or less | | X |

60(75)

CONFIDENTIAL
AZSER12442549

Clinical Study Protocol
Study Code: D1441C00125
Edition No. 1.0

| Secondary Objectives | Hypotheses | Secondary Outcome Variables | C[1] | A[2] |
|---|---|---|---|---|
| efficacy of quetiapine, olanzapine and risperidone by evaluating clinical symptoms. | risperidone in achieving Clinical Global Improvement. | The proportions of patients who have a CGI Global Improvement rating of "very much improved" or "much improved" at the final assessment (LOCF). | | X |
| **Other objectives** To compare the patient's subjective well-being and satisfaction with treatment. | Quetiapine improves the patients wellbeing over the study period. Patients on quetiapine have similar well-being to olanzapine and risperidone. | Personal Evaluation of Transitions in Treatment (PETiT) data:<br>• Total score (item 1-30).<br>• Perception and satisfaction with current medication (item 25-30). | X | X |
| Investigate the attitudes to compliance and non-compliance. | The attitudes for being compliant with quetiapine will stay the same or improve over the study period. Patients on quetiapine have similar attitudes to compliance compared to patients on olanzapine or risperidone. | ROMI - Rating of Medication Influences Scale in Schizophrenia at week 24:<br>• Total score and change from baseline.<br>• Descriptive analysis of changes to compliance and non-compliance attitudes over the study period. | X | X |

## 6.3    Description of analysis sets

Data analyses will be based on 4 patient populations as defined below:

• The safety population will include all randomised patients who were given study treatment classified according to the treatment actually received.

• The intention to treat population (ITT) will include all randomised patients who were given study treatment classified according to the treatment, which they were randomised.

• The primary analysis population (PAP) will include all randomised patients who were given study treatment and who have baseline and Week 24 (+4 weeks) assessments. The PAP will be the population for the primary analysis and for the

61(75)

CONFIDENTIAL
AZSER12442550

Clinical Study Protocol
Study Code: D1441C00125
Edition No. 1.0

secondary analyses based on baseline and Week 24 results only.  Treatment will be classified according to the treatment, which they were randomised.

- The per-protocol population (PP) will exclude the following from the PAP: patients with significant protocol violations or deviations, all data from patients who were deemed to be non-compliant (see Section 3.4.5 for definition).  The primary analysis will be repeated on the PP population to test for homogeneity of treatment effects.

## 6.4     Method of statistical analysis

Methods for planned analyses will be specified and presented in the Statistical Analysis Plan (SAP).

### 6.4.1     Primary analysis

The primary analysis will be an analysis of covariance (ANCOVA).  The dependent variable in the model will be the primary outcome variable (change from baseline in AUC plasma value of glucose following OGTT at Week 24).  Independent variables are baseline BMI group, age group ($\leq$50 years, >50 to $\leq$65 years), baseline AUC glucose measurement and treatment.  Least square means, p-values and 95% confidence interval will be presented.  The contrast of primary interest will be between the quetiapine-treated group and the olanzapine-treated group.  No p-values will be presented for the other two contrasts.  Further, the primary outcome variable will be summarized descriptively in tables and graphs as appropriate.

Due to the large number of centre in relation to the number of patients used for the primary analysis, centre will not be included in the model.  The above described model with an additional independent factor centre (as random effect) will only be analysed in an explorative way by a secondary analysis.  The possible impact on overall results from large centres will be explored in a supplementary analysis.

### 6.4.2     Secondary analysis

The secondary analysis at Week 24 will be evaluated by descriptive statistics (mean, median, standard deviation etc.), frequency tables, and graphs by treatment as appropriate.  For this analysis, the primary analysis population (PAP) will be used.

The development over time of the outcome variables will be evaluated by descriptive statistics (mean, median, standard deviation etc.), frequency tables, and graphs by treatment as appropriate.  For this analysis, the intention to treat population (ITT) will be used.  See Table 1 for the time points when the outcome variables are measured between randomisation visit (baseline) and Week 24.

## 6.5     Determination of sample size

There are no published data on the primary variable (change in AUC plasma glucose following OGTT), which can be used for a sample size determination.  Hence, the power calculation for the sample size decision was made based on change in weight since it is

CONFIDENTIAL
AZSER12442551

Clinical Study Protocol
Study Code: D1441C00125
Edition No.  1.0

believed that there is a fairly strong correlation between change in weight and change in plasma glucose levels.  The power calculations were based on information from pooled previous quetiapine long term trials as well as published data (24 Kinon et al 2001).

A total of 95 patients per treatment group (285 patients in total) with valid AUC (0-2 h) plasma glucose assessments following OGTT at baseline and at Week 24 will be recruited into the trial.  This number is based on the number of patients needed to find a difference of 3 kg in the mean change from baseline in weight at Week 24 between the quetiapine-treated group and the olanzapine-treated group.  This sample size provides 90% power for a 2-sided test, at the 5% alpha level, to demonstrate less weight gain with quetiapine compared to olanzapine.

The within-subject variability of the change from baseline for weight was assumed to be 6.4, which is the standard deviation in the pooled quetiapine studies.  A 3 kg difference in mean weight change between the olanzapine group and the quetiapine group is in line with the magnitude of differences in the pooled quetiapine studies and the study of 24 Kinon et al 2001.

It is assumed that approximately 5% of the patients drop out during the screening period and that 50% of the remaining patients will complete 24 weeks without significant protocol violations or deviations.  Hence, approximately 600 patients needs to be enrolled into the study in order to get 570 randomised patients and 285 evaluable patients at Week 24.

Information about the rate of enrolled patients who have a valid 24-week measurement of AUC (0-2h) OGTT will be updated during the study.  This information will help to compute the number of patients needed to enrol in order to get 285 patients with valid 24-week measurement of AUC (0-2h) OGTT.

## 6.6    Interim analyses  - not applicable

## 6.7    Data and safety monitoring board - not applicable

## 7.    STUDY MANAGEMENT

## 7.1    Monitoring

Before first patient enters into the study, a representative of AstraZeneca will visit the investigational study site to:

- determine the adequacy of the facilities.

- discuss with the investigator(s) (and other personnel involved with the study) their responsibilities with regard to protocol adherence, and the responsibilities of AstraZeneca or its representatives.  This will be documented in a Clinical Study Agreement between AstraZeneca and the investigator.

CONFIDENTIAL
AZSER12442552

- discuss where data regarded as source data will be recorded, e.g., medical record(s), CRF and associated documents.  This will be documented in the Clinical Study Agreement between AstraZeneca and the investigator.

During the pre-study phase, the investigator and other study personnel should complete the necessary pre-study documentation in a timely manner in co-operation with representative(s) from AstraZeneca.

During the study, a monitor from AstraZeneca or company representing AstraZeneca will have regular contacts with the investigational site, including visits to:

- provide information and support to the investigator(s).

- confirm that facilities remain acceptable.

- confirm that the investigational team is adhering to the protocol, that data are being accurately recorded in the case report forms (CRFs), and that investigational product accountability checks are being performed.

- perform source data verification (a comparison of the data in the CRFs with the patient's medical records at the hospital or practice, and other records relevant to the study).   This will require direct access to all original records for each patient (e.g., clinic charts).

The monitor or another AstraZeneca representative will be available between visits if the investigator(s) or other staff at the centre need information and advice.

### 7.1.1    Direct access to source data in Japan – not applicable

Japan is not participating in the study

## 7.2       Audits and inspections

Authorised representatives of AstraZeneca, a regulatory authority, an Independent Ethics Committee (IEC) or an Institutional Review Board (IRB) may visit the centre to perform audits or inspections, including source data verification.  The purpose of an AstraZeneca audit or inspection is to systematically and independently examine all study-related activities and documents to determine whether these activities were conducted, and data were recorded, analysed, and accurately reported according to the protocol, Good Clinical Practice (GCP), guidelines of the International Conference on Harmonisation (ICH), and any applicable regulatory requirements.  The investigator should contact AstraZeneca immediately if contacted by a regulatory agency about an inspection at his or her centre.

CONFIDENTIAL
AZSER12442553

## 7.3        Training of staff

The principal investigator will maintain a record of all individuals involved in the study (medical, nursing and other staff).  He or she will ensure that appropriate training relevant to the study is given to all of these staff, and that any new information of relevance to the performance of this study is forwarded to the staff involved.

To ensure consistency throughout the study, all investigators will receive training in rating the assessment scales.  Only certified investigators will be permitted to conduct the assessments.  There will be training and information on all study related processes at start meeting and local initiation and monitoring meetings.  AstraZeneca will supply more detailed instructions to site personnel as necessary before and during the study.

## 7.4        Changes to the protocol

Study procedures will not be changed without the mutual agreement of the Co-ordinating Investigator and AstraZeneca.

If it is necessary for the study protocol to be amended, the amendment or a new version of the study protocol (Amended Protocol) must be notified to or approved by each IRB or IEC, and if applicable, also the local regulatory authority, before implementation.   Local requirements must be followed.

If a protocol amendment requires a change to a particular centre's Written Informed Consent Form, then AstraZeneca and the centre's IRB or IEC must be notified.  Approval of the revised Written Informed Consent Form by AstraZeneca and by the IRB or IEC is required before the revised form is used.

AstraZeneca will distribute amendments and new versions of the protocol to each principal investigator(s), who in turn is responsible for the distribution of these documents to his or her IRB or IEC, and to the staff at his or her centre.  The distribution of these documents to the regulatory authority will be handled according to local practice.

## 7.5        Study agreements

The principal investigator at each centre must comply with all the terms, conditions, and obligations of the Clinical Study Agreement for this study.  In the event of any inconsistency between this Clinical Study Protocol and the Clinical Study Agreement, the Clinical Study Protocol shall prevail.

## 7.6        Study timetable and termination

First patient is planned to be enrolled in November 2003.

Last patient is estimated to complete the study in August 2005.

The recruitment period is estimated to approximately 12 months, e.g., to begin in November 2003 and end in Dec 2004, or when the sponsor notifies the investigator. If a study centre or a

CONFIDENTIAL
AZSER12442554

Clinical Study Protocol
Study Code: D1441C00125
Edition No.  1.0

country does not manage to recruit the agreed number of patients within the given timeline, AstraZeneca can decide to stop recruitment there and instead increase the recruitment in other countries or centres.

Before a patient's enrolment in the study and any study-related procedures are undertaken the following should be fulfilled:

- Signed Clinical Study Protocol and other agreements between AstraZeneca and the Principal Investigator/Study Site.

- Written approval of the study by the IRB/IEC.

- Written approval of the study, if applicable, by the regulatory authority.

### 7.6.1    Study Termination

The study will be terminated when

- the required number of patients have been enrolled and completed final visit or

- the study is terminated for other reasons (sponsor, regulatory, IEC etc.)

If AstraZeneca decides to withdraw or suspend the study, the principal investigator / sub-investigator, the head of the institution, and regulatory authorities should be informed of the fact in a written form clarifying the reason.

The principal investigator/sub-investigator will immediately notify the decision to the patients, give appropriate medical treatment, take necessary measures, and record treatment or measures provided on the source documents.

# 8.    ETHICS

## 8.1    Ethics review

The final study protocol, including the final version of the Informed Consent Form, must be approved or given a favourable opinion in writing by an IRB or IEC as appropriate.  The investigator must submit written approval to AstraZeneca before he or she can enrol any patient into the study.

The principal investigator(s) is responsible for informing the IRB or IEC of any amendment to the protocol in accordance with local requirements.  In addition, the IRB or IEC must approve all advertising used to recruit patients for the study.  The protocol must be re-approved by the IRB or IEC annually, if local regulations require.

66(75)

CONFIDENTIAL
AZSER12442555

Clinical Study Protocol
Study Code: D1441C00125
Edition No. 1.0

### 8.1.1  Summary of potential risks and benefits

There is a risk that the symptoms of the patient's illness will not respond to study medication. The condition may worsen if the study medication is ineffective. Withdrawal of the patient's old medication may cause unwanted withdrawal effects or a worsening in the patient's condition. The study medication may cause some side effects. These are described in more detail in the Investigator Brochure for quetiapine and/or in the local product labelling document for each of the products. There are some reports that some of these medications may affect unborn children, therefore female patients should not be pregnant or breastfeeding during the study. As in all research, there may be risks involved in taking these medications that have not been identified in the studies done so far. There is always a risk involved in taking new medication but every precaution will be taken and the patient is encouraged to report anything that is troubling him or her. Blood sampling and the OGTT procedure, including overnight hospitalisation and 8-14 hours fasting, may cause some discomfort to the patient. In connection with the blood sampling there is a small risk of bruising, infection or inflammation at the needle stick site. Some patients may feel faint or dizzy.

It is hoped that the study treatment given during the study will help the patient, as the study medications have proven efficacy against schizophrenia in previous clinical trials as well as in clinical practice. The information we obtain from this study may give more knowledge about the study medications and help to treat future patients with schizophrenia better.

## 8.2  Ethical conduct of the study

The study will be performed in accordance with ethical principles that have their origin in the Declaration of Helsinki and are consistent with ICH/Good Clinical Practice, applicable regulatory requirements and the AstraZeneca policy on Bioethics.

## 8.3  Written informed consent

A written informed consent should be obtained by the investigator before the start of any other study related procedures, including any screening procedures.

The principal investigator(s) at each centre will ensure that the patient is given full and adequate oral and written information about the nature, purpose, possible risk and benefit of the study.  Patients must also be notified that they are free to discontinue from the study at any time.  The patient should be given the opportunity to ask questions and allowed time to consider the information provided.

The patient's signed and dated informed consent must be obtained before conducting any procedure specifically for the study, including the following:

- Withholding or discontinuation of treatment

- Collection of blood samples

- Completion of rating scales and/or questionnaires

CONFIDENTIAL
AZSER12442556

Clinical Study Protocol
Study Code: D1441C00125
Edition No.  1.0

- Lifestyle changes

- Physical examination

The principal investigator(s) must store the original, signed Written Informed Consent Form. A copy of the signed Written Informed Consent Form must be given to the patient.

If modifications are made according to local requirements, the new version has to be approved by AstraZeneca.

If the patient is unable to read or write, an impartial witness must be present during the entire informed consent discussion.  The ICF and any other written information to be provided to the patient should be read and explained to the patient.  After the patient has verbally consented to participate in the study, the patient, if capable of doing so, must sign and date the ICF.  The impartial witness must also sign and date the ICF.  This will indicate that the ICF and any other written information were accurately explained to, and apparently understood by, the patient and that the patient freely gave that informed consent.

## 8.4    Subject data protection

The Master Informed Consent Form will explain that study data will be stored in a computer database, maintaining confidentiality in accordance with national data legislation.  All data computer processed by AstraZeneca will be identified by enrolment code / study code / initials.

The Master Informed Consent Form will also explain that for data verification purposes, authorised representatives of AstraZeneca, a regulatory authority, an IRB or IEC may require direct access to parts of the hospital or practice records relevant to the study, including patients' medical history.

CONFIDENTIAL
AZSER12442557

Clinical Study Protocol
Study Code: D1441C00125
Edition No.  1.0

# 9. PROCEDURES IN CASE OF EMERGENCY, OVERDOSE OR PREGNANCY

## 9.1 AstraZeneca emergency contact procedure

In the case of a medical emergency, contact the Clinical Study Team Leader.  If the Clinical Study Team Leader is not available, contact the Clinical Study Team Physician at the AstraZeneca Research and Development site shown below.

| Role in the study | Name | Address and Telephone number |
|---|---|---|
| Clinical Study Team Leader at central R&D site | Sofia Risberg | AstraZeneca R&D Södertälje<br>Clinical Study Management<br>Forskargatan 20<br>SE-151 85 Södertälje<br>Sweden<br>Tel:      +46 8 553 260 00 / 238 60<br>Fax:     +46 8 553 291 00<br>Mobile:  REDACTED |
| CST Physician responsible for the protocol at central R&D site | Dr Didier Meulien | AstraZeneca R&D Södertalje<br>Clinical Study Management<br>Forskargatan 20<br>SE-151 85 Södertälje<br>Sweden<br>Tel:      +46 8 553 260 00 / 287 23<br>Fax::    +46 8 553 291 00<br>Mobile:  REDACTED |
| CST Drug Safety Physician at central R&D site | Not applicable. | |
| Central Laboratory Project manager Global Project Management, Europe | Thierry Nicloux | Covance Central Laboratory Services S.A.<br>7, rue Moise-Marcinhes<br>1217 Meyrin<br>Geneva/Switzerland<br>Tel:      +41 22 989 7000<br>Fax:     +41 22 989 1999<br>A toll-free number is also available.  See Investigator Laboratory Manual |

The local AstraZeneca representative could be found on page 2 in this protocol, AstraZeneca emergency contact procedure

## 9.2 Procedures in case of medical emergency

The principal investigator(s) is responsible for ensuring that procedures and expertise are available to handle medical emergencies during the study.  A medical emergency usually constitutes a SAE and should be reported as such, see Section 4.7.1.3. For more information

69(75)

CONFIDENTIAL
AZSER12442558

Clinical Study Protocol
Study Code: D1441C00125
Edition No.  1.0

regarding potential risks and side effects of the investigational products, please refer to
Investigator Brochure for quetiapine and/or country specific Prescribing Information for
quetiapine, olanzapine or risperidone.

## 9.3      Procedures in case of overdose

For the purpose of this study, all overdoses, with or without associated symptoms, should be
reported as adverse events (AEs).  However, all cases of overdose must be reported
immediately, within 1 day, if sequelae meeting the criteria for a Serious Adverse Event (SAE)
have occurred in association with the overdose.  In all instances, the overdose substance must
be stated and an assessment whether the overdose was accidental or intentional should be
recorded.  If the overdose was a suicide attempt, this fact should be clearly stated.  Adverse
events (serious and non-serious) that occur as a result of an overdose should be recorded on
the CRF as "sequelae to overdose" (for example "nausea as sequelae to overdose").

In clinical studies, experience with quetiapine in overdosage is limited.  Estimated doses of up
to 20 g of quetiapine have been taken; no fatalities were reported and patients recovered
without sequelae.  In postmarketing experience, there have been very rare reports of overdose
of quetiapine alone resulting in death or coma.

In general, reported signs and symptoms were those resulting from an exaggeration of the
drug's known pharmacological effects, i.e., drowsiness and sedation, tachycardia and
hypotension.

There is no specific antidote to quetiapine.  In cases of severe intoxication, the possibility of
multiple drug involvement should be considered, and intensive care procedures are
recommended, including establishing and maintaining a patent airway, ensuring adequate
oxygenation and ventilation, and monitoring and support of the cardiovascular system.

Close medical supervision and monitoring should be continued until the patient recovers.

For information about the experience of risperidone and olanzapine in overdosage, please
refer to country specific Prescribing Information.

## 9.4      Procedures in case of suicide attempt or suicide

Suicide or suicide attempt, irrespective of method, but in connection with the use of
investigational product, should be reported as an AE or SAE in accordance with the definition
provided in Section 4.7.1.1.  This event should be identified, as suicide or suicide attempt, and
the method of the suicide, or suicide attempt, should be provided.  Suicidal thought should
also be regarded as AEs.

## 9.5      Procedures in case of pregnancy

Pregnancy itself is not regarded as an adverse event unless there is a suspicion that the
investigational product under study may have interfered with the effectiveness of a
contraceptive medication.  However, the outcome of all pregnancies (spontaneous

70(75)

CONFIDENTIAL
AZSER12442559

Clinical Study Protocol
Study Code: D1441C00125
Edition No.  1.0

miscarriage, elective termination, normal birth or congenital abnormality) must be followed
up and documented even if the patient was discontinued from the study.

All reports of congenital abnormalities/birth defects are SAEs.  Spontaneous miscarriages
should also be reported and handled as SAEs.  Elective abortions without complications
should not be handled as AEs.  All outcomes of pregnancy must be reported to AstraZeneca
on the pregnancy outcomes report form.

The safety and efficacy of quetiapine during human pregnancy have not been established.  For
information about the experience of risperidone and olanzapine in pregnancy, please refer to
country specific Prescribing Information.

In this study, female patients of childbearing potential must be using a reliable method of
contraception as described in Section 3.3.2.  If a patient becomes pregnant during the study,
the investigator must notify AstraZeneca and the patient should be discontinued from the
study.  See Section 3.3.5.1.

# 10.    REFERENCES

1.      American Diabetes Association, Clinical practice Recommendation: Screening for
        Diabetes.  Diabetes Care 2002, 25;suppl.  1:S21-S24

2.      Arvanitis LAS, Miller BG.  Multiple fixed doses of "Seroquel" (quetiapine) in
        patients with acute exacerbation of schizophrenia: a comparison with haloperidol
        placebo.  Biol Psychiatry 1997;42:233-46

3.      Baldessarini RJ, Lipinski JF.  Toxicity and side effects of antipsychotic, antimanic,
        and antidepressant medications.  Psychiatr Annals 1976;6:484-493

4.      Baptista T, Lacruz A, Angeles F, Silvera R, de Mendoza S, Mendoza MT,
        Hernández L.  Endocrine and Metabolic Abnormalities Involved in Obesity
        Associated with Typical Antipsychotic Drug Administration.  Pharmacopsychiatry
        2001; 34:223-231)

5.      Barnes T.R.E.  A Rating Scale for drug-induced akathisia.  Br J Psychiatry
        1989;154:672-6 (BARS)

6.      Bonanno DG, Davydov L, Botts SR.  Olanzapine-induced diabetes mellitus.  Ann
        Pharmacother 2001; 35: 563–5

7.      Borison RL.  Recent advances in the pharmacoltherapy of schizophrenia.  Harv Rev
        Psychiatry 1997;4(5):255-71

8.      Breier A, Kwong K, Hornbuckle K, Cavazonni P, Carlson C, Wu J, Kotsanos J,
        Holman R: A retrospective cohort study of diabetes mellitus and antipsychotic

CONFIDENTIAL
AZSER12442560

Clinical Study Protocol
Study Code: D1441C00125
Edition No.  1.0

treatment in the United Kingdom (poster), in Abstracts of the 40th Annual Meeting of the American College of Neuropsychiatry.  Nashville, Tenn, ACNP, 2001

9.      Casey DE.  Side effect profiles of new antipsychotic agents.  J Clin Psychiatry 1996;57 Suppl.11:40-5

10.     Casey DE.  The relationship of pharmacology to side effects.  J Clin Psychiatry 1997;58 Suppl.10:55-62

11.     Collaborative Working Group on Clinical Trial Evaluations.  Measuring outcome in schizophrenia: differences among the atypical antipsychotics.  J Clin Psychiatry 1998;59 Suppl.12:3-9)

12.     Colli A., Cocciolo, M., Francobandiera, G., Rogantin, F.  and Cattalini, N., 1999.  Diabetic ketoacidosis associated with clozapine treatment.  Diabetes Care 22, pp. 176–177

13.     Czobor P, Volavka J, Sheitman B, Lindenmayer JP, Citrome L, McEvoy J, Cooper TB, Chakos M, Lieberman J.  Antipsychotic-Induced Weight Gain and Therapeutic Response: A differential Association.  J Clin Psychopharmacology 2001;22(3):244-251

14.     Definition, Diagnosis and Classification of Diabetes Mellitus and its Complication WHO/NCD/NCS/99.2 OGTT

15.     Dixon L, Weiden P, Delahanty J, Golberg R, Postrado L, Lucksted A.  Lehman A.  Prevalence and correlates of diabetes in national schizophrenia samples.  Schizophr Bull 2000;26:903-912)

16.     Gianfrancesco F, Grogg A, Mahmaoud R, Markowitz J, Nasrallah HA: Association of new-onset diabetes and antipsychotics: findings from a large health plan database, in Abstracts of the 41st New Clinical Drug Evaluation Unit Meeting.  Rockville, Md, National Institute of Mental Health, 2001, poster III-79

17.     Goldstein LE, Sporn J, Brown S, et al.  New-onset diabetes mellitus and diabetic ketoacidosis associated with olanzapine treatment.  Psychosomatics 1999; 40: 438–43

18.     Guy W.  ECDEU assessment manual for psychopharmacology publication; ADM 76-338.  Washington DC, US.  Department of Health, Education and Welfare (CGI)

19.     Haffner SM, Rosenthal M, Hazuda HP, Stern MP, Franco LJ.  Evaluation of three potential screening tests for diabetes mellitus in a biethnic population.  Diabetes Care 1984;7:347-353

20.     Haupt DW, Mewcomer JW.  Risperidone-associated diabetic ketoacidosis.  Psychosomatics.  2001;42:279-280

CONFIDENTIAL
AZSER12442561

Clinical Study Protocol
Study Code: D1441C00125
Edition No. 1.0

21.     Henderson DC, Cagliero F, Gray C, et al.  Clozapine, diabetes mellitus, weight gain, and lipid abnormalities: a five-year naturalistic study.  Am J Psychiatry 2000; 157: 975–81

22.     Karenyi C, Lowenstein B: Chlorpromazine induced diabetes.  Dis Nerv Syst 1968;29:827-828

23.     Kinon BJ, Basson BR, Gilmore JA, Tollefson GD.  Long-Term Olanzapine Treatment : Weight Change and Weight-Related Health Factors in Schizophrenia.  J Clin Psychiatry 2001;62(2):92-100

24.     Koller EA, Doraiswamy PN.  Olanzapine-associated diabetes mellitus.  Pharmacotherapy 2002;22(7):841-52

25.     Kwong K, Cavazzoni P, Hornbuckle K, Hutchins D, Signa W, Kotsanos J, Breier A: Higher incidences of diabetes mellitus during exposure to antipsychotics—findings from a retrospective cohort study in the US, in Abstracts of the 41st New Clinical Drug Evaluation Unit Meeting.  Rockville, Md, National Institute of Mental Health, 2001, poster III-8

26.     Liebzeit KA, Markowitz JS, Caley CF.  New onset diabetes and atypical antipsychotics.  Eur Neuropsychopharmacol 2001; 11: 25–32

27.     Lindenmayer J.P.  and Patel, R., 1999.  Olanzapine-induced ketoacidosis with diabetes mellitus.  Am.  J.  Psychiatry 156, p.  1471

28.     Lindenmayer JP, Czobor P, Volavka J, Citrome L, Sheitman B, McEvoy JP, Cooper TB, Chakos M, Lieberman JA.  Changes in Glucose and Cholesterol Levels in Patients With Typical and Atypical Antipsychotics.  Am J Psychiatry 2003, 160 (2):290-296

29.     Lund BC, Perry PJ, Brooks JM, Arndt S: Clozapine use in patients with schizophrenia and the risk of diabetes, hyperlipidemia, and hypertension.  Arch Gen Psychiatry 2001; 58:1172-1176

30.     Mari A, Pacini G, Murphy E, Ludvik B, Nolan JJ.  A Model-Based Method for Assessing Insulin Sensitivity From the Oral Glucose Tolerance Test.  Diabetes Care 2001 24:539-548

31.     Matsuda M, Defronzo R.  Insulin Sensitivity Indices Obtained From Oral Glucose Tolerance Testing.  Comparison with the euglycemic insulin clamp.  Diabetes Care 1999 22(9): 1462-1470

32.     Matthews DR, Hosker JP, Rudenski AS, Naylor BA, Treacher DF, Turner RC.  Homeostasis model assessment: insulin resistance and $\beta$-cell function from fasting plasma glucose and insulin concentration in man.  Diabetologica 1985,28:412-419

CONFIDENTIAL
AZSER12442562

33.     Meyer JM, Simpson GM.  From chlorpromazine to olanzapine: a brief history of antipsychotics.  Psychiatr Serv 1997;48:1137-9

34.     Newcomer JW, Haupt DW, Fucetola R, Melson AK, Schweiger JA, Cooper BP, Selke G.  Abnormalities in Glucose Regulation During Antipsychotic Treatment of Schizophrenia.  Arch Gen Psychiatry 2002, 59:33-345

35.     Physicians Desk Reference 2003 57th edition

36.     Procyshin RM, Pande S, Tse G.  New-onset diabetes mellitus associated quetiapine.  Can J Psychiatry 2000;45:668-689

37.     Puddu PE, Jouve R, Mariotti S, Giampaoli S, Lanti M, Reale A, et al.   Evaluation of 10 QT prediction formulas in 881 middle-aged men from the Seven Countries Study: emphasis on the cubic root Fridericia's equation.  J Electrocardiol.  1988, 21:219-29

38.     Russel JM, Mackell JA.  Bodyweight Gain Associated with Atypical Antipsychotics.  Epidemiology and Therapeutic Implications.  CNS Drugs 2001;15(7):537-551

39.     Sernyak MJ, Leslie DL, Alarcon RD, et al.  Association of diabetes mellitus with use of atypical neuroleptics in the treatment of schizophrenia.  Am J Psychiatry 2002;159:561-566

40.     Simpson G.N., Angus J.W.S.  A rating scale for extrapyramidal side effects.  Acta Psychiatr Scan 1970;212(supp44):9-11 (SAS)

41.     The Expert Committee on the Diagnosis and Classification of Diabetes Mellitus – Report of the Expert Committee on the Diagnosis and Classification of Diabetes Mellitus.  Diabetes Care 2002;25:S1:S5-S20

42.     U.S.  Department of Health and Human Services.  Healthy People 2010.  2nd ed.  With Understanding and Improving Health and Objectives for Improving Health.  2 vols.  Washington, DC: U.S.  Government Printing Office, November 2000

43.     Voruganti L, Awad G.  Personal evaluation of transitions in treatment (PETiT): a scale to measure subjective aspects of antipsychotic drug therapy in schizophrenia.  Schizophrenia Research 56 2002; 37-46

44.     Weiden P et al.  Rating of Medication Influences Scale in Schizophrenia, Schizophrenia Bulletin.  Vol 20, No 2, 1994

45.     WHO Report: Measuring obesity-classification and description of antropometric data.  Report on a WHO consultation on the epidemiology of obesity, Warsaw: WHO.  1987:2-7

CONFIDENTIAL
AZSER12442563

Clinical Study Protocol
Study Code: D1441C00125
Edition No. 1.0

46.     Wilson DR, Hammond C, D'Souza L, Sarkar N: New-onset diabetes and ketoacidosis with atypical antipsychotics, in Proceedings of the 39th Annual Meeting of the American College of Neuropsychopharmacology. Nashville, Tenn, ACNP, 2000

47.     World Health Organization: Diabetes Mellitus: Report of a WHO Study Group.Geneva, World Health Org., 1985, Tech. Rep. Ser., No. 727

CONFIDENTIAL
AZSER12442564



| Clinical Study Protocol: Appendix A | |
|---|---|
| Drug substance: | quetiapine |
| Study Code: | D1441C00125 |
| Appendix Edition No: | 1.0 |
| Appendix Date: | 26 August 2003 |

# Appendix A
# Signatures

The following signature pages for this CSP are included:

- Global Product Team Physician (Section 1)

- CST Physician (Section 2)

- CST Leader (Section 3)

- Local AstraZeneca representative, e.g., LST Physician and/or LST Leader/Monitor according to local procedures. If both signatures are needed, please make a copy of this section (Section 4).

- Each principal investigator at each Study Site (Section 5)

- Members of data, safety or steering committee – Not applicable as there are no committees involved in this study.

CONFIDENTIAL
AZSER12442565

Clinical Study Protocol: Appendix A
Study code D1441C00125  Appendix Edition No: 1.0
Appendix Date: 26 August 2003

## ASTRAZENECA SIGNATURE(S)

**A 24-week, International, Multi-centre, Open-label, Flexible-dose, Randomised, Parallel-group, Phase IV Study to Compare the Effect on Glucose Metabolism of Quetiapine, Olanzapine and Risperidone in the Treatment of Patients with Schizophrenia**

I agree to the terms of this study protocol

AstraZeneca Clinical Development Team
representative
_____          _____
Dr Martin Brecher               Date
Global Project Team Physician    (Day Month Year)

*Martin Brecher*        *October 7, 2003*

This document contains confidential information, which should not be copied, referred to, released or published without written approval from AstraZeneca.  Investigators are cautioned that the information in this protocol may be subject to change and revision.

THIS IS A PRINTED COPY OF AN ELECTRONIC DOCUMENT.  PLEASE CHECK ITS VALIDITY BEFORE USE.

2(6)

CONFIDENTIAL
AZSER12442566

Clinical Study Protocol: Appendix A
Study code D1441C00125  Appendix Edition No: 1.0
Appendix Date: 26 August 2003

*THIS IS A PRINTED COPY OF AN ELECTRONIC DOCUMENT.  PLEASE CHECK ITS VALIDITY BEFORE USE.*

# ASTRAZENECA SIGNATURE(S)

## A 24-week, International, Multi-centre, Open-label, Flexible-dose, Randomised, Parallel-group, Phase IV Study to Compare the Effect on Glucose Metabolism of Quetiapine, Olanzapine and Risperidone in the Treatment of Patients with Schizophrenia

I agree to the terms of this study protocol

AstraZeneca Research and Development
site representative

Dr Didier Meulien

08 09 2003

Date
(Day Month Year)

Clinical Study Team Physician
AstraZeneca R&D Sodertalje
Clinical Study Management,
SE-151 85 Sodertalje, Sweden
Tel: +46 8 553 260 00 / 287 23

This document contains confidential information, which should not be copied, referred to, released or published without written approval from AstraZeneca.  Investigators are cautioned that the information in this protocol may be subject to change and revision.

3(6)

GEL Version ID: CNS.000-047-276.2.0       Approved       Date Printed: 08-Sep-2003
                    Approved by Selin Ann-Christin A 26 Aug 2003 11:15:59

CONFIDENTIAL
AZSER12442567

Clinical Study Protocol: Appendix A
Study code D1441C00125  Appendix Edition No: 1.0
Appendix Date: 26 August 2003

THIS IS A PRINTED COPY OF AN ELECTRONIC DOCUMENT.  PLEASE CHECK ITS VALIDITY BEFORE USE.

## ASTRAZENECA SIGNATURE(S)

**A 24-week, International, Multi-centre, Open-label, Flexible-dose, Randomised, Parallel-group, Phase IV Study to Compare the Effect on Glucose Metabolism of Quetiapine, Olanzapine and Risperidone in the Treatment of Patients with Schizophrenia**

I agree to the terms of this study protocol

**AstraZeneca Research and Development site representative**

Sofia Risberg, Clinical Study Leader

28 Aug 2003
Date
(Day Month Year)

Clinical Study Team Leader
AstraZeneca R&D Södertalje
Clinical Study Management,
SE-151 85 Sodertalje, Sweden
Tel: +46 8 553 260 00 / 238 60

This document contains confidential information, which should not be copied, referred to, released or published without written approval from AstraZeneca.  Investigators are cautioned that the information in this protocol may be subject to change and revision.

4(6)

CONFIDENTIAL
AZSER12442568

Clinical  Study Protocol: Appendix A
Study code D1441C00125  Appendix Edition No: 1.0
Appendix Date: 26 August 2003

## ASTRAZENECA SIGNATURE(S)

---

**A 24-week, International, Multi-centre, Open-label, Flexible-dose, Randomised, Parallel-group, Phase IV Study to Compare the Effect on Glucose Metabolism of Quetiapine, Olanzapine and Risperidone in the Treatment of Patients with Schizophrenia**

---

I agree to the terms of this study protocol

**AstraZeneca Research and
Development site representative**

| | |
|---|---|
| *Name*        *Title* | Date |
| Local Study Team | (Day Month Year) |
| *Leader/Monitor/ Physician,* | |
| *Address and telephone number* | |

This document contains confidential information, which should not be copied, referred to, released or published without written approval from AstraZeneca.  Investigators are cautioned that the information in this protocol may be subject to change and revision.

5(6)

CONFIDENTIAL
AZSER12442569

Clinical Study Protocol: Appendix A
Study code D1441C00125  Appendix Edition No: 1.0
Appendix Date: 26 August 2003

# SIGNATURE OF PRINCIPAL INVESTIGATOR

---

**A 24-week, International, Multi-centre, Open-label, Flexible-dose, Randomised, Parallel-group, Phase IV Study to Compare the Effect on Glucose Metabolism of Quetiapine, Olanzapine and Risperidone in the Treatment of Patients with Schizophrenia**

---

I agree to the terms of this study protocol.  I will conduct the study according to the procedures specified herein, and according to the principles of Good Clinical Practice (GCP) and local regulations.

**Centre No.:**


**Signature:**

_____      _____

*Name*                                                                Date
*Title*                                                                 (Day Month Year)
*Address*
*Telephone number*


This document contains confidential information, which should not be copied, referred to, released or published without written approval from AstraZeneca.  Investigators are cautioned that the information in this protocol may be subject to change and revision.

CONFIDENTIAL
AZSER12442570



| Clinical Study Protocol: Appendix B | |
|---|---|
| Drug substance: | quetiapine |
| Study Code: | D1441C00125 |
| Appendix Edition No: | 1.0 |
| Appendix Date: | 26 August 2003 |

**Appendix B**
**Additional Safety Information**

CONFIDENTIAL
AZSER12442571

Clinical Study Protocol: Appendix B
Study code D1441C00125  Appendix Edition No: 1.0
Appendix Date: 26 August 2003

# 1.  FURTHER GUIDANCE ON THE DEFINITION OF A SERIOUS ADVERSE EVENT (SAE)

**Life threatening**

'Life-threatening' means that the subject was at immediate risk of death from the AE as it occurred or it is suspected that use or continued use of the product would result in the subject's death. 'Life-threatening' does not mean that had an AE occurred in a more severe form it might have caused death (eg, hepatitis that resolved without hepatic failure).

**Hospitalisation**

Out-patient treatment in an emergency room is not in itself a serious AE, although the reasons for it may be (eg, bronchospasm, laryngeal oedema). Hospital admissions and/or surgical operations planned before or during a study are not considered AEs if the illness or disease existed before the subject was enrolled in the study, provided that it did not deteriorate in an unexpected way during the study.

**Important medical event or medical intervention**

Medical and scientific judgement should be exercised in deciding whether a case is serious in situations where important medical events may not be immediately life-threatening or result in death, hospitalisation, disability or incapacity but may jeopardize the subject or may require medical intervention to prevent one or more outcomes listed in the definition of serious. These should usually be considered as serious.

Examples of such events are:

- Angioedema not severe enough to require intubation but requiring iv. hydrocortisone treatment

- Hepatotoxicity caused by paracetamol (acetaminophen) overdose requiring treatment with N-acetylcysteine

- Intensive treatment in an emergency room or at home for allergic bronchospasm

- Blood dyscrasias (eg, neutropenia or anaemia requiring blood transfusion, etc.) or convulsions that do not result in hospitalisation

- Development of drug dependency or drug abuse

# 2.  A GUIDE TO INTERPRETING THE CAUSALITY QUESTION

The following factors should be considered when deciding if there is a "reasonable possibility" that an AE may have been caused by the drug.

2(3)

CONFIDENTIAL
AZSER12442572

Clinical Study Protocol: Appendix B
Study code D1441C00125  Appendix Edition No: 1.0
Appendix Date: 26 August 2003

- Time Course.  Exposure to suspect drug.  Has the subject actually received the suspect drug?  Did the AE occur in a reasonable temporal relationship to the administration of the suspect drug?

- Consistency with known drug profile.  Was the AE consistent with the previous knowledge of the suspect drug (pharmacology and toxicology) or drugs of the same pharmacological class?  OR could the AE be anticipated from its pharmacological properties?

- Dechallenge experience.  Did the AE resolve or improve on stopping or reducing the dose of the suspect drug?

- No alternative cause.  The AE cannot be reasonably explained by another aetiology such as the underlying disease, other drugs, other host or environmental factors.

- Rechallenge experience.  Did the AE reoccur if the suspected drug was reintroduced after having been stopped?  AstraZeneca would not normally recommend or support a rechallenge.

- Laboratory tests.  A specific laboratory investigation (if performed) has confirmed the relationship?

A "reasonable possibility" could be considered to exist for an AE where one or more of these factors exist.

In contrast, there would not be a "reasonable possibility" of causality if none of the above criteria apply or where there is evidence of exposure and a reasonable time course but any dechallenge (if performed) is negative or ambiguous or there is another more likely cause of the AE.

In difficult cases, other factors could be considered such as:

- Is this a recognised feature of overdose of the drug?

- Is there a known mechanism

Ambiguous cases should be considered as being a "reasonable possibility" of a causal relationship unless further evidence becomes available to refute this. Causal relationship in cases where the disease under study has deteriorated due to lack of effect should be classified as no reasonable possibility.

3(3)

CONFIDENTIAL
AZSER12442573



| Clinical Study Protocol: Appendix C | |
|---|---|
| Drug Substance | Quetiapine fumarate |
| Study Code | D1441C00125 |
| Edition No. | 1.0 |
| Appendix Date | 26 August 2003 |

**Appendix C**
**DSM-IV Criteria for Schizophrenia**

CONFIDENTIAL
AZSER12442574

Clinical Study Protocol: Appendix C
Study code D1441C00125  Appendix Edition No: 1.0
Appendix Date: 26 August 2003

# 1.        DIAGNOSTIC CRITERIA FOR SCHIZOPHRENIA

(A)  Characteristic symptoms:  Two (or more) of the following, each present for a significant portion of time during a 1-month period (or less if successfully treated):

        (1)  delusions

        (2)  hallucinations

        (3)  disorganized speech (e.g., frequent derailment or incoherence)

        (4)  grossly disorganized or catatonic behavior

        (5)  negative symptoms, i.e., affective flattening, alogia, or avolition

        **Note:**  Only one Criterion A symptom is required if delusions are bizarre or hallucinations consist of a voice keeping up a running commentary on the person's behavior or thoughts, or two or more voices conversing with each other.

(B)  Social/occupational dysfunction:  For a significant portion of the time since the onset of the disturbances, one or more major areas of functioning such as work, interpersonal relations, or self-care are markedly below the level achieved prior to the onset (or when the onset is in childhood or adolescence, failure to achieve expected level of interpersonal, academic, or occupational achievement).

(C)  Duration:  Continuous signs of the disturbance persist for at least 6 months.  This 6-month period must include at least 1 month of symptoms (or leas if successfully treated) that meet Criterion A (i.e., active-phase symptoms) and may include periods of prodromal or residual symptoms.  During these prodromal or residual periods, the signs of disturbance may be manifested by only negative symptoms or two or more symptoms listed in Criterion A present in an attenuated form (e.g., odd beliefs, unusual perceptual experiences).

(D)  Schizoaffective and Mood Disorder exclusion:  Schizoaffective Disorder and Mood Disorder With Psychotic Features have been ruled out because either (1) no Major Depressive, Manic, or Mixed Episodes have occurred concurrently with the active-phase symptoms; or (2) if mood episodes have occurred during active-phase symptoms, their total duration has been brief relative to the duration of the active and residual periods.

(E)  Substance/general medical condition exclusion:  The disturbance is not due to the direct physiological effects of a substance (e.g., a drug of abuse, a medication) or a general medical condition.

2(5)

Clinical Study Protocol: Appendix C
Study code D1441C00125  Appendix Edition No: 1.0
Appendix Date: 26 August 2003

(F)  Relationship to a Pervasive Developmental Disorder: If there is a history of Autistic Disorder or another Pervasive Developmental Disorder, the additional diagnosis of Schizophrenia is made only if prominent delusions or hallucinations are also present for at least a month (or less if successfully treated).

Classification of longitudinal course (can be applied only after at least 1 year has elapsed since the initial onset of active-phase symptoms):

**Episodic With Interepisode Residual Symptoms** (episodes are defined by the re-emergence of prominent psychotic symptoms); also specify if: **With Prominent Negative Symptoms**

**Episodic With No Interepisode Residual Symptoms**

**Continuous** (prominent psychotic symptoms are present throughout the period of observation); also specify if: **With Prominent Negative Symptoms**

**Single Episode In Partial Remission;** also specify if: **With Prominent Negative Symptoms**

**Single Episode In Full Remission**

**Other or Unspecified Pattern**

## 2. DIAGNOSTIC CRITERIA FOR 295.20 CATATONIC TYPE

A type of Schizophrenia in which the clinical picture is dominated by at least two of the following:

(1)  motoric immobility as evidenced by catalepsy (including waxy flexibility) or stupor

(2)  excessive motor activity (that is apparently purposeless and not influenced by external stimuli)

(3)  extreme negativism (an apparently motiveless resistance to all instructions or maintenance of a rigid posture against attempts to be moved) or mutism

(4)  peculiarities of voluntary movement as evidenced by posturing (voluntary assumption of inappropriate or bizarre postures), stereotyped movements, prominent mannerisms, or prominent grimacing

(5)  echolalia or echopraxia

## 3. DIAGNOSTIC CRITERIA FOR 295.10 DISORGANIZED TYPE

A type of Schizophrenia in which the following criteria are met:

3(5)

CONFIDENTIAL
AZSER12442576

Clinical  Study Protocol: Appendix C
Study code D1441C00125  Appendix Edition No: 1.0
Appendix Date: 26 August 2003

All of the following are prominent:

A.  All of the following are prominent:

(1)  disorganized speech

(2)  disorganized behavior

(3)  flat or inappropriate affect

B.  The criteria are not met for Catatonic Type

## 4.      DIAGNOSTIC CRITERIA FOR 295.30 PARANOID TYPE

A type of Schizophrenia in which the following criteria are met:

A.  Preoccupation with one or more delusions or frequent auditory hallucinations.

B.  None of the following is prominent:  disorganized speed, disorganized or catatonic behavior, or flat or inappropriate affect.

## 5.      DIAGNOSTIC CRITERIA FOR 295.90 UNDIFFERENTIATED TYPE

A type of Schizophrenia in which symptoms that meet Criterion A are present, but the criteria are not met for the Paranoid, Disorganized, or Catatonic Type.

## 6.      DIAGNOSTIC CRITERIA FOR 295.60 RESIDUAL TYPE

A type of Schizophrenia in which the following criteria are met:

A.  Absence of prominent delusions, hallucinations, disorganized speech, and grossly disorganized or catatonic behavior.

B.  There is continuing evidence of the disturbance, as indicated by the presence of negative symptoms or two or more symptoms listed in Criterion A for Schizophrenia, present in attenuated form (e.g., odd beliefs, unusual perceptual experiences).

CONFIDENTIAL
AZSER12442577

Clinical  Study Protocol: Appendix C
Study code D1441C00125  Appendix Edition No: 1.0
Appendix Date: 26 August 2003

# 7.  DIAGNOSTIC CRITERIA FOR 295.70 SCHIZOAFFECTIVE DISORDER

A.  An uninterrupted period of illness during which, at some time, there is either a Major Depressive Episode, a Manic Episode, or a Mixed Episode concurrent with symptoms that meet Criterion A for Schizophrenia.

**Note:**  The Major Depressive Episode must include Criterion A1:  depressed mood.

B.  During the same period of illness, there have been delusions or hallucinations for at least 2 weeks in the absence of prominent mood symptoms.

C.  Symptoms that meet criteria for mood episode are present for a substantial portion of the total duration of the active and residual periods of the illness.

D.  The disturbance is not due to the direct physiological effects of a substance (e.g., a drug of abuse, a medication) or a general medical condition.

Specify type:

**Bipolar Type:**  If the disturbance includes a Manic or a Mixed Episode (or a Manic or Mixed Episode and Major Depressive Episodes)

**Depressive Type:**  If the disturbance only includes Major Depressive Episodes

CONFIDENTIAL
AZSER12442578



| Clinical Study Protocol Appendix D | |
| --- | --- |
| Drug substance: | quetiapine |
| Study Code: | D1441C00125 |
| Appendix Edition No: | 1.0 |
| Appendix Date: | 26 August 2003 |

**Appendix D**
**WHO / ADA Criteria for Diabetes Mellitus**

CONFIDENTIAL
AZSER12442579

Clinical Study Protocol Appendix D
Study Code: D1441C00125 Appendix   Edition No: 1.0
Appendix Date: 26 August 2003

## Table 2—Criteria for the diagnosis of diabetes

| Normoglycemia | IFG or IGT | Diabetes* |
|---|---|---|
| FPG <110 mg/dl<br>2-h PG† <140 mg/dl | FPG ≥110 and <126 mg/dl (IFG)<br>2-h PG† ≥140 and <200 mg/dl (IGT) | FPG ≥126 mg/dl<br>2-h PG† ≥200 mg/dl<br>Symptoms of diabetes and casual plasma glucose concentration ≥200 mg/dl |

*A diagnosis of diabetes must be confirmed, on a subsequent day, by measurement of FPG, 2-h PG, or random plasma glucose (if symptoms are present). The FPG test is greatly preferred because of ease of administration, convenience, acceptability to patients, and lower cost. Fasting is defined as no caloric intake for at least 8 h. †This test requires the use of a glucose load containing the equivalent of 75 g anhydrous glucose dissolved in water. 2-h PG, 2-h postload glucose.

DIABETES CARE, VOLUME 25, SUPPLEMENT 1, JANUARY 2002

2(2)

CONFIDENTIAL
AZSER12442580



| Clinical Study Protocol: Appendix E | |
|---|---|
| Drug substance: | Quetiapine |
| Study Code: | D1441C00125 |
| Appendix Edition No: | 1.0 |
| Appendix Date: | 26 August 2003 |

**Appendix E**
**Insurance and Indemnity**

CONFIDENTIAL
AZSER12442581

Clinical Study Protocol: Appendix E
Study Code: D1441C00125 Appendix   Edition No: 1.0
Appendix Date: 26 August 2003

## INSURANCE AND INDEMNITY

AstraZeneca's liability is covered by a liability insurance policy with AstraZeneca Insurance Company Limited, policy No.: L/702938.

With respect to any liability directly or indirectly caused by the investigational products in connection with this Clinical Study, AstraZeneca assumes liability by law on behalf of the investigator(s) and his assistants for possible injury to the subject provided the investigator(s) and his assistants have followed the instructions of AstraZeneca in accordance with this protocol and any amendments thereto, that the investigational products administered to the subject in this Clinical Study have been supplied by AstraZeneca and that the investigator and his assistants have in general performed this clinical study in accordance with scientific practice and currently acceptable techniques and know-how.

AstraZeneca can forward a letter of indemnity if needed by the investigator(s)/institution.

2(2)

CONFIDENTIAL
AZSER12442582



| Clinical Study Protocol Amendment | |
| --- | --- |
| Amendment No. | 1 |
| Drug Substance | quetiapine |
| Study Code | D1441C00125 |
| Edition No. | 1 |
| Date | 19 December 2003 |

# A 24-Week, International, Multi-centre, Open-label, Flexible-dose, Randomised, Parallel-Group, Phase IV Study to Compare the Effect on Glucose Metabolism of Quetiapine, Olanzapine and Risperidone in the Treatment of Patients with Schizophrenia

**Sponsor:**

AstraZeneca R&D Södertälje,
Forskargatan 20
SE-151 85 Södertälje,
Sweden

**Centres affected by the Amendment:**

This amendment affects all centres in the study.

CONFIDENTIAL
AZSER12442583

Clinical Study Protocol Amendment No. 1
Study code D1441C00125

**The protocol for the study is to be amended as follows:**

**Table 1 Summary of major changes in this amendment**

| Changes | Nature of the changes | Section affected |
|---|---|---|
| AE collection after last dose | Unsolicited AE reports occurring up to 30 days after last dose of investigational product should be recorded. No extra follow-up visit/contact required for this. | Synopsis, study design 3.1.1 Study visits 3.1 Table 1 Study plan 4.7.1.2 Recording of adverse events |
| Clarification of AEs during screening period | √ added for collection of Adverse events during screening period. | 3.1 Table 1 Study plan |
| Secondary objectives | Haemoglobin A1c clarified to be a separate objective to study, not an exploratory measure. | Synopsis, secondary objectives and variables, 2.2.1.2 Secondary objectives 4.7.2.1 Laboratory safety measurements 6.2.2 Secondary outcome variables |
| Exclusion criteria 5 | Fasting plasma glucose replaced with HbA1c. | 3.2 Rational 10 References 3.3 Exclusion criteria 3.3.5.1 Criteria for discontinuation 4.7.2.1 Laboratory safety measurements |
| Exclusion criteria 9 | History of known non-responsiveness sertindole, ziprasidone, aripripazole and amisulpride added to criteria | 3.3.3 Exclusion criteria |
| Use of 200 mg quetiapine for flexible dose period | Use of 100 mg tablet is omitted for quetiapine. Only 200 mg tablet strength will be used during the flexible dose period. | Synopsis 3.1 Figure 1 3.4.1.2 Table 2 |

2(42)

CONFIDENTIAL
AZSER12442584

Clinical Study Protocol Amendment No. 1
Study code D1441C00125

| Changes | Nature of the changes | Section affected |
|---|---|---|
| Additional blood collection for haemotology | Supplementary collection at visit 4, 5 and 6. Haematocrit added. Name of tests clarified and consistent with Central laboratory documentation.<br><br>Added discontinuation criteria for repeatedly low neutrophil count. | 3.1 Table 1<br>3.3.5.1 Criteria for discontinuation<br>4.7.2.1Methods of assessment, Table 4<br>4.10 Volume of blood sampling |
| HBsAg omitted | HBsAg no longer required at screening. | |
| U-albumin omitted | Urine albumin omitted at screening and visit 9. | |
| Urea included | Analysis of urea included at screening and visit 9. | |
| Definition of source data | Laboratory source data in electronic format at central lab. Paper copy to site. Worksheets used as source data for SAS, BARS, ROMI, PETIT | 4.1.2 Method of assessment OGTT<br>4.7.2.1 Methods of assessment laboratory<br>4.3.2.1 Methods of assessment ROMI<br>4.7.4.1 Neurological assessments and variables<br>5 Data Management |
| Section regarding Analysis of biological sample included. | Inserted to comply with revised AstraZeneca SOP / authoring instructions. | 4.10.1Analysis of biological sample |
| Clarification of discontinuation procedures for screening failures | Clarified and simplified procedure for patients discontinuing between visit 1 and 2. | 3.3.5.2 Procedures for discontinuation |
| Clarification of ECG procedures | Simplified ECG reporting in the Case Report Form and database. | 4.7.3.2 ECG |
| International Principal Investigator | Professor Robin Emsley will be the International Principal Investigator. | Synopsis |
| Clarification re measurement of lipid levels | Lipids measured in serum, not plasma | Synopsis<br>2.2.1.1 Secondary objectives<br>6.2.2 Secondary outcome variables |
| Minor changes and clarifications | See below for details. | See below |

3(42)

CONFIDENTIAL
AZSER12442585

Clinical Study Protocol Amendment No. 1
Study code D1441C00125

## Reporting of Adverse Events

**Section of protocol affected:**

Protocol synopsis study design

**Previous text:**

The patient should also be contacted 30 days after last dose was taken to collect information on adverse events.

**Revised Text:**

Unsolicited AE reports occurring up to 30 days after last dose of investigational product should be recorded together with concomitant medications in appropriate sections of the CRF.

**Section of protocol affected:**

3.1.1 Study visits

**Previous text:**

The patient should be contacted 30 days after last dose was taken to collect information on adverse events, regardless of if the patient completed the study or was discontinued.

**Revised Text:**

Unsolicited AE reports occurring up to 30 days after last dose of investigational product should be recorded together with concomitant medications in appropriate sections of the CRF.

**Section of protocol affected:**

3.1 Table 1, table footnote

**Previous text:**

g The patient should be contacted 30 days after last dose was taken to check for adverse events, regardless of whether the patient completed the study or was discontinued.

**Revised Text:**

g Unsolicited AE reports occurring up to 30 days after last dose of investigational product should be recorded together with concomitant medications in appropriate sections of the CRF.

4(42)

CONFIDENTIAL
AZSER12442586

Clinical Study Protocol Amendment No. 1
Study code D1441C00125

**Section of protocol affected:**

4.7.1.2 Recording of adverse events

**Previous text:**

New AEs occurring within 30 days after the patient has taken the last dose of investigational product have to be reported and recorded in the appropriate section in the CRF, regardless of whether the patient completed or discontinued the study.  In order to capture these AEs, the investigator should contact the patient 30 days after last dose was taken, either by telephone or the patient can come for a visit.  An interval of 30 days + up to 7 days is allowed for practical reasons.  If an AE fulfil the criteria for a SAE it should be reported to the AstraZeneca Drug Safety Department, as described in Section 4.7.1.3.

**Revised Text:**

Unsolicited AE reports occurring up to 30 days after last dose of investigational product should be recorded together with concomitant medications in appropriate sections of the CRF.

**Reason for Amendment:**

Clarification of AE reporting after last dose of study medication.  Active AE follow-up is not required but unsolicited reports should be recorded.

**Persons who initiated the Amendment:**

AstraZeneca R&D site.

**Section of protocol affected:**

3.1 Table 1, Adverse events

**Previous text:**

No √ for adverse events at screening.

**Revised Text:**

√ inserted for adverse events at screening.

**Reason for Amendment:**

Clarification. Adverse events during the screening period are reported.

**Persons who initiated the Amendment:**

AstraZeneca R&D site.

5(42)

CONFIDENTIAL
AZSER12442587

Clinical Study Protocol Amendment No. 1
Study code D1441C00125

## Clarification of HbA1c as Secondary objective

**Section of protocol affected:**

Protocol synopsis, Secondary objectives

**Previous text:**

Evaluation of explorative measures: Haemoglobin A1c (incidence of patients with A1c result ≥ 6.05%) and plasma C-peptide level.

**Revised Text:**

- Haemoglobin A1c

- Explorative measures: C-peptide level

**Section of protocol affected:**

Protocol synopsis, Secondary outcome variables

**Previous text:**

Explorative measures:

- Haemoglobin A1c (incidence of patients with A1c result ≥ 6.05%)

- Plasma C-peptide level.

**Revised Text:**

- Haemoglobin A1c

- Explorative measures: C-peptide level

**Section of protocol affected:**

2.2.1.1 Secondary objectives; Glucose metabolism, blood lipid levels and weight

**Previous text:**

Evaluation of explorative measures: Haemoglobin A1c (incidence of patients with A1c result ≥ 6.05%) and plasma C-peptide level.

**Revised Text:**

- Haemoglobin A1c

- Explorative measures: C-peptide level.

6(42)

CONFIDENTIAL
AZSER12442588

Clinical Study Protocol Amendment No. 1
Study code D1441C00125

**Section of protocol affected:**

4.7.2.1 Laboratory safety measurements and variables; Methods of assessment

**Previous text:**

Plasma C-peptide

**Revised Text:**

Serum C-peptide

**Section of protocol affected:**

6.2.2 Secondary outcome variables

**Previous text:**

Explorative measures:

-       Haemoglobin A1c (incidence of patients with A1c result $\geq 6.05\%$)

-       Plasma C-peptide level.

**Revised Text:**

-       Haemoglobin A1c (absolute values and incidence of patients with A1C result $\geq 6.05\%$)

-       Explorative measures: C-peptide level

**Reason for Amendment:**

Clarification of HbA1c as a separate secondary objective.

Plasma omitted for C-peptide as this will be measured in serum.

**Persons who initiated the Amendment:**

AstraZeneca R&D site.

## Exclusion criteria 5 – fasting plasma glucose replaced with HbA1c

**Section of protocol affected:**

3.2 Rationale for study design, doses and control groups

CONFIDENTIAL
AZSER12442589

Clinical Study Protocol Amendment No. 1
Study code D1441C00125

**Previous text:**

Nevertheless, as the primary objective is to evaluate effects on glucose metabolism, some precautions relating to well known factors which can contribute to changes in glucose metabolism have been taken into account: patients with type 2 diabetes, with hyperglycemia ≥ 126 mg/dL or patients receiving corticosteroids are excluded.

**Revised Text:**

Nevertheless, as the primary objective is to evaluate effects on glucose metabolism, some precautions relating to well known factors which can contribute to changes in glucose metabolism have been taken into account: patients with type 2 diabetes, with a HbA1c ≥ 7.1%, or with fasting glucose ≥ 126 mg/dL and/or 2h glucose OGTT ≥ 200 mg/dL, or patients receiving corticosteroids are excluded. (Barr et al, 2002, Davidsson et al, 1999, Kilpatrick et al, 1998, Peters et al, 1996)

**Section of protocol affected:**

10. References

**Previous text:**

-

**Revised Text:**

The following references have been added, and the order of the references and cross-references are adjusted accordingly:

Barr RG, Nathan DM, Meiggs JB, Singer DE. Tests of Glycemia for the Diagnosis of Type Diabetes Mellitus. Ann Intern Med 2002; 137:263-272.

Davidson MB, Schriger DL, Peters AL, Lorber B. Relationship between fasting plasma glucose and glycosylated hemoglobin: potential for false-positive diagnoses of type 2 diabetes using new diagnostic criteria. JAMA 1999;281:103-10).

Kilpatrick ES, Maylor PW, Keevil BG. Biological variation of glycated hemoglobin. Implication for diabetes screening and monitoring. Diabetes Care 1998;21:261-4

Peters AL, Davidson MB, Schriger DL, Hasselblad V. A clinical approach for the diagnosis of diabetes mellitus: an analysis using glycosylated hemoglobin levels. Meta-analysis Resaerch Group on the Diagnosis of Diabetes Using Glycated Hemoglobin Levels. JAMA 1996;276:1246-52.

8(42)

CONFIDENTIAL
AZSER12442590

Clinical Study Protocol Amendment No. 1
Study code D1441C00125

**Section of protocol affected:**

3.3 Exclusion criteria 5

**Previous text:**

Patients with known diagnosis of diabetes mellitus or fasting plasma glucose (FPG) ≥ 126 mg/dL (7.0 mmol/L) (41 The Expert Committee on the diagnosis and classification of Diabetes Mellitus 2002).

If non-fasting value at screening is ≥ 126 mg/dL, a fasting sample may be taken to confirm. When fasting plasma glucose (FPG) ≥ 126 mg/dL, diagnosis must be confirmed, on a subsequent day, by measurement of FPG, 2h-plasma glucose or random plasma glucose, if symptoms are present) (1 American Diabetes Association 2002). See Appendix D for diabetes criteria.

**Revised Text:**

Patients with known diagnosis of diabetes mellitus, HbA1c ≥ 7.1% or fasting plasma glucose (FPG) ≥ 126 mg/dL (7.0 mmol/L) and / or 2h glucose-OGTT ≥ 200 mg/dL (11.1 mmol/L). See appendix D for diabetes criteria. (American Diabetes Association 2002, Barr et al, 2002, Davidsson et al, 1999, Kilpatrick et al, 1998, Peters et al., 1996, The Expert Committee on the diagnosis and classification of Diabetes Mellitus 2002).

If the patient has a HbA1c > 6.1 but < 7.1 %, the patient can proceed to the randomisation visit and perform the OGTT, but the laboratory confirmation fax for the fasting plasma glucose and the 2h glucose from OGTT should be reviewed before the patient is randomised and receives treatment. If the patient does not fulfil the exclusion criteria above he / she may be randomised. The day of the actual randomisation is then considered to be Day 1.

**Section of protocol affected:**

3.3.5.1 Criteria for discontinuation

**Previous text:**

2. Safety reasons as judged by the investigator and/or AstraZeneca.

**Revised Text:**

2. Safety reasons as judged by the investigator and/or AstraZeneca.

One example of this is development of diabetes mellitus during the study, defined as repeated fasting plasma glucose (FPG) ≥ 126 mg/dL or 2h-glucose from OGTT ≥ 200 mg/dL. (The Expert Committee on the diagnosis and classification of Diabetes Mellitus 2002).

9(42)

CONFIDENTIAL
AZSER12442591

Clinical Study Protocol Amendment No. 1
Study code D1441C00125

**Section of protocol affected:**

4.7.2.1 Laboratory safety measurements and variables; Methods of assessment

**Previous text:**

It is recommended that the study personnel try not to schedule the laboratory sampling at the screening visit just after the patient has had a meal.  If the glucose value at screening, when patient is not necessarily in fasting condition, is ≥ 126 mg/dL, a fasting plasma glucose sample may be taken to confirm whether the patient should be excluded or not.

**Revised Text:**

The previous text is omitted, as fasting plasma glucose is no longer an exclusion criteria.

**Section of protocol affected:**

4.7.2.1 Laboratory safety measurements and variables; Methods of assessment, Table 4

**Previous text:**

-

**Revised Text:**

HbA1c added in Table 4.

**Section of protocol affected:**

4.7.2.1 Laboratory safety measurements and variables; Methods of assessment

**Previous text:**

Fasting glucose, insulin, HbA1c, C-peptide, lipids and prolactin levels will be blinded and results of these analyses will not be disclosed to the centre or study staff during the study unless the patient meets an exclusion criteria (e.g. glucose value ≥ 126 mg/dL).  The glucose value at screening, required for determination of eligibility, will not be blinded.  Unblinded laboratory results for previously blinded parameters will be sent to site after the study database has been locked.

**Revised Text:**

Fasting glucose, insulin, HbA1c, C-peptide, lipids and prolactin levels will be blinded and results of these analyses will not be disclosed to the centre or study staff during the study unless the patient meets an exclusion criteria (e.g. fasting plasma glucose value ≥126 mg/dL and / or 2h fasting plasma glucose after Oral Glucose Tolerance Test ≥ 200 mg/dL).  The HbA1c value at screening, required for determination of eligibility, will not be blinded.

10(42)

CONFIDENTIAL
AZSER12442592

Clinical Study Protocol Amendment No. 1
Study code D1441C00125

Unblinded laboratory results for previously blinded parameters will be sent to site after the study database has been locked.

**Reason for Amendment:**

To simplify screening procedures. HbA1c does not require fasting condition as do plasma glucose.  Clarification regarding discontinuation of patients who are diagnosed with diabetes mellitus during the study.

**Persons who initiated the Amendment:**

AstraZeneca R&D site.

## Exclusion criteria 9

**Section of protocol affected:**

3.3.3    Exclusion criteria 9

**Previous text:**

History of known non-responsiveness to quetiapine, olanzapine, risperidone or clozapine.

**Revised Text:**

History of known non-responsiveness to quetiapine, olanzapine, risperidone, sertindole, ziprasidone, aripripazole, amisulpride or clozapine.

**Reason for Amendment:**

Sertindole, ziprasidone, aripripazole and amisulpride belong to the same class of drugs as quetiapine, olanzapine, risperidone and clozapine (e.g, atypical antipsychotics).  Since these antipsychotic drugs might be also available in the countries where the study takes place, it is necessary to take also into account history of known non-responsiveness to these drugs.

**Persons who initiated the Amendment:**

AstraZeneca R&D site.

11(42)

CONFIDENTIAL
AZSER12442593

Clinical Study Protocol Amendment No. 1
Study code D1441C00125

## Use of 200 mg quietapine tablets only for flexible dose period

**Section of protocol affected:**

Section 3.1 Figure 1 - Study flow chart, Treatment period (Week 1 – Week 24)

**Previous text:**



**Revised Text:**

Figure 1 is updated to reflect the following changes: during Treatment period (Week 1 – Week 24), i.e. the flexible period, the only available tablet strength for quetiapine is 200 mg.



**Section of protocol affected:**

Protocol synopsis Dosing / titration schedule

3.4.1.2  Doses and treatment regimens, Table 2 Dosing / titration schedule

12(42)

CONFIDENTIAL
AZSER12442594

Clinical Study Protocol Amendment No. 1
Study code D1441C00125

**Previous text:**

**Table 2**          **Dosing / titration schedule**

| Drug | Day 1 Rando- misation | Day 2 | Day 3 | Day 4 | Day 5 | Week 1-week 24 total daily dose | No of doses/day |
|---|---|---|---|---|---|---|---|
| Previous antipsychotic medication. | 100% of dose | | 50% of dose | | 0% With- drawn | - | As prescribed |
| Quetiapine | 100 mg in the evening | 200 mg | 300 mg | 400 mg | 600 mg | 400, 600 or 800 mg using 100 and 200 mg tablets | Twice daily, except first day |
| Olanzapine | 10 mg | 10 mg | 10 mg | 10 mg | 15 mg | 10, 15 or 20 mg using 5 and 10 mg tablets | According to country specific Prescribing Informatio n and local Clinical Practice |
| Risperidone | 2 mg | 4 mg | 6 mg | 6 mg | 6 mg | 4, 6 or 8 mg using 2 and 4 mg tablets. | |

**Revised Text:**

**Table 2**          **Dosing / titration schedule**

| Drug | Day 1 Rando- misation | Day 2 | Day 3 | Day 4 | Day 5 | Week 1-week 24 total daily dose | No of doses/day |
|---|---|---|---|---|---|---|---|
| Previous antipsychotic medication. | 100% of dose | | 50% of dose | | 0% With- drawn | - | As prescribed |
| Quetiapine | 100 mg in the evening | 200 mg | 300 mg | 400 mg | 600 mg | 400, 600 or 800 mg using 200 mg tablets | Twice daily, except first day |
| Olanzapine | 10 mg | 10 mg | 10 mg | 10 mg | 15 mg | 10, 15 or 20 mg using 5 and 10 mg tablets | According to country specific Prescribing Informatio n and local Clinical Practice |
| Risperidone | 2 mg | 4 mg | 6 mg | 6 mg | 6 mg | 4, 6 or 8 mg using 2 and 4 mg tablets. | |

13(42)

CONFIDENTIAL
AZSER12442595

Clinical Study Protocol Amendment No. 1
Study code D1441C00125

**Reason for Amendment:**

During the flexible period, the only available tablet strength for quetiapine is 200 mg. This simplifies the dispensation, the prescription and the accounting, and may increase compliance.

**Persons who initiated the Amendment:**

AstraZeneca R&D site.

## Laboratory tests: additional collection of haematology laboratory tests visits 4, 5 and 6, HBsAg omitted, urea added at screening and visit 9

**Section of protocol affected:**

Section 3.1 Table 1 Study Plan

**Previous text:**

-

**Revised Text:**

Table 1 is updated to reflect the following changes:

Additional blood collection for analysis of clinical haematology at Visits 4, 5 and 6.

Haematology is given a separate row for clarification.

**Section of protocol affected:**

Section 3.1 Table 1 Study Plan

**Previous text:**

HbsAg (screening only) included at visit 1, screening.

**Revised Text:**

Table 1 is updated to reflect the following changes (all changes required by this amendment included):

HbsAg (screening only) omitted from Visit 1, screening.

14(42)

CONFIDENTIAL
AZSER12442596

Clinical Study Protocol Amendment No. 1
Study code D1441C00125

**Table 1        Study plan**

| | SCREENING | RANDO-MISATION | TREATMENT PERIOD | | | | | | | Extra visit(s) when required |
|---|---|---|---|---|---|---|---|---|---|---|
| **VISIT** | 1 | 2 | 3[a] | 4 | 5 | 6 | 7 | 8 | 9 /Final[b] | |
| **DAY** | <-14 days | D1 | D7 | D28 | D56 | D84 | D112 | D140 | D168 | |
| **WEEK** | | W0 | W1 | W4 | W8 | W12 | W16 | W20 | W 24 | |
| Informed consent, demography, medical and psychiatric history (incl. concurrent conditions) and smoking habits | √ | | | | | | | | | |
| Inclusion/exclusion criteria | √ | √ (confirm) | | | | | | | | |
| Physical Examination | √ | | | | | | | | | |
| Clinical Global Impression Severity Of Illness (CGI-S) and Improvement (CGI-I)[c] | √ CGI-S only | √ CGI-S only | √ | √ | √ | √ | √ | √ | √ | |
| Personal Evaluation of Transitions in Treatment (PETiT)[d] | | √ | | | | √ | | | √ | |
| Reasons for compliance – ROMI scale | | √ | | | | √ | | | √ | |
| 12 lead ECG | √ | | | | | | | | √ | |
| Blood pressure and pulse rate | √ | √ | √ | √ | √ | √ | √ | √ | √ | |
| Weight and height (randomisation only) | √ | √ | √ | √ | √ | √ | √ | √ | √ | |
| Waist circumference | | √ | | | | | | | √ | |
| Urine analysis | √ | | | | | | | | √ | |
| Urine Drug Screen/toxicology | √ | | | | | | | | | |
| Blood collection for clinical chemistry, thyroid function tests and serum HCG pregnancy test (females, screening only) | √ (incl glucose) | | | | | | | | | |
| Blood collection for haematology | √ | | | | √ | | | | √ | |
| Fasting Oral Glucose Tolerance Test (OGTT)[e] | | √ | | | | | | | √ | |
| Lipid profile (TG, total cholesterol HDL, LDL, and prolactin level)[f] | | √ | | | | √ | | | √ | |

15(42)

CONFIDENTIAL
AZSER12442597

Clinical Study Protocol Amendment No. 1
Study code D1441C00125

| VISIT | SCREENING | RANDO-MISATION | TREATMENT PERIOD | | | | | | | Extra visit(s) |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3ᵃ | 4 | 5 | 6 | 7 | 8 | 9 /Final^b | |
| DAY | <-14 days | D1 | D7 | D28 | D56 | D84 | D112 | D140 | D168 | when |
| WEEK | | W0 | W1 | W4 | W8 | W12 | W16 | W20 | W24 | required |
| Fasting glucose, insulin, hemoglobin A1C and C-peptide^f | | √ | | | | √ | | | √ | |
| Adverse Events | √ | √ | √ | √ | √ | √ | √ | √ | √ᵍ | √ |
| Simpson & Angus Scale (SAS) / Barnes Akathisia Rating Scale (BARS) | √ | √ | √ | √ | √ | √ | √ | √ | √ | |
| Previous Antipsychotic Medication | √ | √ | √ | | | | | | | If appl |
| Anticholinergic medication | √ | √ | | √ | √ | √ | √ | √ | √ | If appl |
| Other Prior and/or Concomitant Medication | √ | √ | √ | √ | √ | √ | √ | √ | √ᵍ | If appl |
| Randomisation | | √ | | | | | | | | |
| Trial Medication form | | √ | √ | √ | √ | √ | √ | √ | | If appl |
| Dispensing of investigational products | | √ | √ | √ | √ | √ | √ | √ | | If appl |
| Investigational products accountability and compliance | | | √ | √ | √ | √ | √ | √ | √ | If appl |
| Termination of study module in CRF | | | | | | | | | √ | |

ᵃ Extra visit can be made between Visits 2 and 3 to ensure correct dosing.
^b Final visit / Week 24 assessments should be conducted at the end of treatment for patients who are discontinued.
^c Including Global Improvement for all visits other than the screening and randomisation visits.
^d Assessed prior to fasted overnight condition.
^e Conducted after 8-14 hours fasting condition.
^f Conducted after 8-14 hours fasting condition in connection with OGTT baseline sampling.
ᵍ Unsolicited AE reports occurring up to 30 days after last dose of investigational product should be recorded together with concomitant medications in appropriate sections of the CRF.

**Visit window: Visit 3 visit interval ± 1 day, visits 4-9 visit interval ± 7 Days,**
**Visits should be planned to maintain visit structure relative to baseline.**

16(42)

CONFIDENTIAL
AZSER12442598

Clinical Study Protocol Amendment No. 1
Study code D1441C00125

**Section of protocol affected:**

3.3.5.1 Criteria for discontinuation

**Previous text:**

No previous test regarding neutrophil count.

**Revised Text:**

10. A repeated neutrophil count of $< 0.5 \times 10^9$/L.

**Section of protocol affected:**

Section 4.7.2.1 – Methods of assessment

**Previous text:**

Blood and urine samples will be obtained from all patients for haematology, clinical chemistry, urine analysis and toxicology (drug screen) at Visit 1 / Screening visit and Visit 9 / final visit.  Serum pregnancy test (females only) and Hepatitis B surface antigen will be taken at screening only.

**Revised Text:**

Blood and urine samples will be obtained from all patients for clinical chemistry and urine analysis at Visit 1 / Screening visit and Visit 9 / final visit, and for haematology at Visit 1 / Screening visit, Visit 4, Visit 5, Visit 6 and Visit 9 / final visit.  Serum pregnancy test (females only) and toxicology (drug screen) will be taken at screening only.

CONFIDENTIAL
AZSER12442599

Clinical Study Protocol Amendment No. 1
Study code D1441C00125

**Section of protocol affected:**

Section 4.7.2.1 – Methods of assessment

**Previous text:**

**Table 4          Laboratory variables at screening and final visit at Week 24 or discontinuation**

| Haematology | Clinical Chemistry |
|---|---|
| B-Haemoglobin (Hb) | S-Creatinine |
| B-Leucocyte count | S-Bilirubin, total |
| B-Leucocyte differential count | S-Alkaline phosphatase |
| B-Platelet count | S-ALAT, S-ASAT |
| B-Neutrophil count | S-Albumin |
| **Urine analysis** | S-Potassium, S-Calcium, S-Sodium |
| U-glucose<br>U-Hb<br>U-protein / albumin | Thyroid Stimulating Hormone (TSH)<br>Free T3<br>Free total thyroxine (T4) |
| Urine toxicology (screening only) | S-Glucose (screening only, random glucose) |
| | Hepatitis B surface antigen (HbsAg) (screening only) |
| | Serum Human Chorionic Gonadotrophin (HCG) pregnancy test (females at screening or if needed) |

18(42)

CONFIDENTIAL
AZSER12442600

Clinical Study Protocol Amendment No. 1
Study code D1441C00125

**Revised Text:**

**Table 4          Laboratory safety variables**

| Haematology Screening, Visit 4 / Week 4, Visit 5 / Week 8, Visit 6 / Week 12 and final visit at Week 24 or discontinuation | Clinical Chemistry Screening and final visit at Week 24 or discontinuation |
|---|---|
| B-Haemoglobin (Hb), B-HbA1c (screening, visit 2, 6 and 9) B-Haematocrit (Ht), Red blood cell count (RBC), | S-Creatinine S-Bilirubin, total S-Alkaline phosphatase |
| Red blood cell morphology White Blood cells (WBC) | S-ALT, S-AST S-Urea |
| B-Lymphocytes, Monocytes, Eosinophils, Basophils | S-Albumin |
| B-Platelet count | S-Potassium, S-Calcium, S-Sodium |
| B-Neutrophil count | S-Glucose (screening only, random glucose) |
| **Urine analysis** Screening and final visit at Week 24 or discontinuation | S-Thyroid Stimulating Hormone (TSH) S-Free T3 S-Free thyroxine (T4) |
| U-Glucose U-Blood U-Protein | Serum Human Chorionic Gonadotrophin (HCG) pregnancy test (females at screening or if needed) |
| Urine toxicology (screening only) | |

AstraZeneca will review neutrophil counts as part of its ongoing safety surveillance, due to this the following assessments will take place in the study:

If a patient has an absolute neutrophil count of $< 0.5 \times 10^9$/L, the test should be repeated the following day. If the second neutrophil count is $< 0.5 \times 10^9$/L, the patient should be discontinued from the study due to adverse event.  See section 3.3.5.  The adverse event term should be the signs and symptoms of the low neutrophil count if there are any symptoms present.  If there are no symptoms, the AE should be recorded as "Absolute Neutrophil Count decreased".

Complete Blood Count with a WBC differential count should be performed for any patient who presents with a fever or any symptom of neutropenia.

**Section of protocol affected:**

4.10 Volume of blood sampling and handling of biological samples

19(42)

CONFIDENTIAL
AZSER12442601

Clinical Study Protocol Amendment No. 1
Study code D1441C00125

**Previous text:**

**Table 5**                 **Volume of blood to be drawn from each patient**

| Assessment | Sample volume (mL) | N of samples | Total volume (mL) |
|---|---|---|---|
| Pharmacodynamic | Not applicable | | |
| Pharmacokinetic | Not applicable | | |
| **Safety** | | | |
| Clinical chemistry* and serum HCG | Screening 9.5 mL Final visit 6   mL | 2 | 15.5 mL |
| Hematology | 3 ml | 2 | 6 mL |
| Oral Glucose Tolerance Test (OGTT)* | 2 ml for plasma EDTA insulin 2 ml for plasma sodium heparin glucose | 5 time points x 3 OGTT visits = 15 | 60 mL |
| Lipid profile, serum C-peptide and prolactin | 9.5 mL | 3 | 28.5 mL |
| Genotyping | Not applicable | | |
| **Total** | | | **110 mL**** |

* Including volume needed for random glucose. ** Any tests done at extra visits not included.

**Revised Text:**

**Table 5**                 **Volume of blood to be drawn from each patient**

| Assessment | Sample volume [2] (mL) | N of samples | Total volume (mL) |
|---|---|---|---|
| Pharmacodynamic | Not applicable | | |
| Pharmacokinetic | Not applicable | | |
| **Safety** | | | |
| Clinical chemistry[1], thyroid function, and serum HCG | Screening 9-9,5 mL Final visit 6-9    mL | 2 | 15-18,5 mL |
| Hematology (incl. HbA1c) | 2,7-3 ml | 6 | 16,2-18 mL |
| Oral Glucose Tolerance Test (OGTT) | 2-2,7 ml for plasma EDTA insulin 2-2,7 ml for plasma sodium heparin glucose | 5 time points each, 3 OGTT visits = 15 | 30-40,5 mL 30-40,5 mL |
| Lipid profile, C-peptide and prolactin | 9-9,5 mL | 3 | 27-28,5 mL |
| Genotyping | Not applicable | | |

20(42)

CONFIDENTIAL
AZSER12442602

Clinical Study Protocol Amendment No. 1
Study code D1441C00125

| Assessment | Sample volume [2] (mL) | N of samples | Total volume (mL) |
|---|---|---|---|
| Total[3] | | | 118,2-146 mL |

[1] Including volume needed for random glucose. [2] Depending on which tube that is used for collection, Vacutainer or Sarstedt Monovette. [3] Any tests done at extra visits not included.

**Reason for Amendment:**

This is to be in line with the section 6.4.1 Additional instructions of haematology of the latest version of the Investigator's Brochure for quetiapine.

HBsAG was removed as it is considered sufficient to base the judgment on whether the patient fulfill exclusion criteria 15 regarding evidence of significant medical conditions on available medical records.

Clarification that free thyroxine T4 should be measured, not both free and total T4.

Haematocrit and urea analysis added and U-albumin omitted as decided by study physician.

Laboratory analysis to be made and blood volumes needed in accordance with documentation from Central laboratory.

**Persons who initiated the Amendment:**

AstraZeneca R&D site.

**Section of protocol affected:**

4.10 Volume of blood sampling and handling of biological samples

**Previous text:**

**4.10.1  Analysis of biological sample**

No biological samples to be collected except blood and urine as listed above.

**Revised Text:**

**4.10.1  Analysis of biological samples**

The analyte stability limits defined by the Central Laboratory will be applied to all analyses performed on behalf of AstraZeneca.  The Central Laboratory will not analyse samples that fall outside these stability limits.  Analytical data found to have been derived from a sample that fell outside these stability limits would not be reported.  The standards of procedure followed by the Central Laboratory may be amended in accordance with their Standard Operating Procedures The Central Laboratory will inform AstraZeneca of the stability limits relevant to this study before the first patient gives informed consent to take part in the study.

21(42)

CONFIDENTIAL
AZSER12442603

Clinical Study Protocol Amendment No. 1
Study code D1441C00125

If the Central Laboratory should choose to sub-contract the analytical work to another laboratory, the Central Laboratory must insure and provide assurance to AstraZeneca that the other laboratory will apply defined stability limits to all analyses performed for and on behalf of AstraZeneca.  Samples falling outside these limits must not be analysed or data reported.  The other laboratory will inform AstraZeneca of the stability limits relevant to this study before the first patient gives informed consent to take part in the study.

**Reason for Amendment:**

Revision of AstraZeneca Standard Operating Procedure No 8 and associated templates and authoring instructions.

**Persons who initiated the Amendment:**

AstraZeneca R&D site.


## Clarification of discontinuation procedures for screening failures

**Section of protocol affected:**

3.3.5.2

**Previous text:**

All study procedures, including collection of safety variables and interview of patients using the ROMI scale, required at final visit/Discontinuation should be conducted and recorded on the appropriate Case Report Forms (CRFs).  The alternative categories in the CRF specifying the reason for discontinuations as "Informed Consent Withdrawn" and "Other" should only be used when no other category is satisfactory.

**Revised Text:**

All study procedures required at final Visit 9 / discontinuation, including collection of safety variables and interview of patients using the ROMI scale, should be conducted and recorded on the appropriate Case Report Forms (CRFs).  The alternative categories in the CRF specifying the reason for discontinuations as "Informed Consent Withdrawn" and "Other" should only be used when no other category is satisfactory.

For patients who discontinue between Visit 1, screening, and Visit 2, randomisation it is not necessary to complete the entire Visit 9.  For them the required CRF parts to be completed are demography, adverse event section, the termination of study module and the CRF signature section.

**Reason for Amendment:**

Clarification and simplification of procedures.

**Persons who initiated the Amendment:**

AstraZeneca R&D site.

22(42)

CONFIDENTIAL
AZSER12442604

Clinical Study Protocol Amendment No. 1
Study code D1441C00125

# Definitions of source data

**Section of protocol affected:**

4.1.2 Method of assessment – Oral Glucose Tolerance Test  (OGTT)

**Previous text:**

For this variable the CRF is source data for time points etc. during the procedure, and the originals, signed paper copy of laboratory results from central laboratory is source data for laboratory test values.

**Revised Text:**

For this variable the laboratory requisition form is source data for sampling date and time points during the procedure unless otherwise agreed, and the signed paper copy of laboratory results from central laboratory is a copy of source data for laboratory test values.  Data will be transferred electronically from the central laboratory database to the study database at AstraZeneca.

**Reason for Amendment:**

Clarification of source data definitions.

**Persons who initiated the Amendment:**

AstraZeneca R&D site.


**Section of protocol affected:**

4.7.2.1 Methods of assessment - laboratory

**Previous text:**

The investigator should make an assessment of the available results with regard to clinically significant abnormalities.  The paper copy should be signed and archived in the CRF and is source data for laboratory variables at site.

**Revised Text:**

The investigator should make an assessment of the available results with regard to clinically significant abnormalities and sign the paper copy.  A copy of the laboratory requisition form should be retained in the CRF as source data, and laboratory results report is a copy of the electronic source data kept at central laboratory, and should be archived in the CRF at site.

**Reason for Amendment:**

Clarifying source data definition.

23(42)

CONFIDENTIAL
AZSER12442605

**Persons who initiated the Amendment:**

AstraZeneca R&D site.

**Section of protocol affected:**

4.2 Screening and demographic measurements

**Previous text:**

Date of birth, sex, race.

**Revised Text:**

Date of birth, sex, race (CRF is source data for race).

**Reason for Amendment:**

Clarifying source data definition.

**Persons who initiated the Amendment:**

AstraZeneca R&D site.

**Section of protocol affected:**

4.3.2.1 Methods of assessment, ROMI

**Previous text:**

The CRF is source data for this variable.

**Revised Text:**

The rating of ROMI is made on a separate worksheet, which is kept at site as source data.  The rating results are then transferred to the Case Report Form.

**Section of protocol affected:**

4.7.4.1 Neurological assessments and variables

**Previous text:**

The CRF is source data for these assessments.

**Revised Text:**

The ratings of SAS and BARS are made on separate worksheets, which are kept at site as source data.  The rating results are then transferred from the worksheets into the CRF.

CONFIDENTIAL
AZSER12442606

Clinical Study Protocol Amendment No. 1
Study code D1441C00125

**Section of protocol affected:**

5 Data Management

**Previous text:**

Not previously included.

**Revised Text:**

The ratings of PETIT, ROMI, SAS and BARS are made on a separate worksheet, which is kept at site as source data. The rating results are then transferred from the worksheets into the pCRF by the investigator or appropriate designee.

**Reason for Amendment:**

Clarification of source data definitions. Revised outline of CRF project modules at AstraZeneca.

**Persons who initiated the Amendment:**

AstraZeneca R&D Site.

**Section of protocol affected:**

5 Data Management

**Previous text:**

Not previously included.

**Revised Text:**

Laboratory data will be electronically loaded from the database at central laboratory to the central database, AMOS.

**Reason for Amendment:**

Clarification of procedure.

**Persons who initiated the Amendment:**

AstraZeneca R&D Site.

## Clarification of ECG procedures

**Section of protocol affected:**

4.7.3.2 ECG

25(42)

CONFIDENTIAL
AZSER12442607

Clinical Study Protocol Amendment No. 1
Study code D1441C00125

**Previous text:**

Methods of assessment

Investigator or appropriate designee will perform the assessment locally.  Any clinically relevant changes or observations on the ECG should be recorded in the CRF.

Calculation or derivation of outcome variables

ECG changes from baseline in intervals and rate data will be derived by subtracting the final visit values from baseline values.  Values outside the extended range will be flagged.

**Revised Text:**

Methods of assessment

Investigator together with appropriately qualified designee (as applicable) will perform the assessment locally.  Any clinically relevant abnormalities should be recorded in the CRF.  The ECG should also be used to verify the exclusion criteria 18 in section 3.3.3.  A paper copy or printout of the ECG should be enclosed with the CRF.

Calculation or derivation of outcome variables

An overall evaluation will be done, and observed abnormalities recorded.  Intervals and rating data are not captured in the study database.

**Reason for Amendment:**

Clarification of procedures and data capture.

**Persons who initiated the Amendment:**

AstraZeneca R&D site.


## International Principal Investigator

**Section of protocol affected:**

Protocol synopsis, Investigator

**Previous text:**

Not applicable at this time, no principal investigator is yet appointed.

**Revised Text:**

International Principal Investigator for this study is Professor Robin Emsley, Head of the Department of Psychiatry at University of Stellenbosch in Cape Town, South Africa.

26(42)

CONFIDENTIAL
AZSER12442608

Clinical Study Protocol Amendment No. 1
Study code D1441C00125

**Reason for Amendment:**

International Principal Investigator now appointed.

**Persons who initiated the Amendment:**

AstraZeneca R&D site.

## Clarification re lipids being measured in serum, not plasma

**Section of protocol affected:**

Protocol synopsis, Secondary objectives

**Previous text:**

To compare the safety/tolerability profile on blood lipid levels of quetiapine, olanzapine and risperidone in schizophrenic patients by evaluation of changes in fasting plasma lipid levels (triglycerides, total cholersterol, HDL, LDL) from baseline at Week 24.

**Revised Text:**

To compare the safety/tolerability profile on blood lipid levels of quetiapine, olanzapine and risperidone in schizophrenic patients by evaluation of changes in fasting lipid levels (triglycerides, total cholesterol, HDL, LDL) from baseline at Week 24.

**Section of protocol affected:**

Protocol synopsis, Secondary variables

**Previous text:**

Fasting plasma lipid levels:

**Revised Text:**

Fasting lipid levels:

**Section of protocol affected:**

2.2.1.1 Secondary objectives; Glucose metabolism, blood lipid levels and weight

**Previous text:**

To compare the safety/tolerability profile on blood lipid levels of quetiapine, olanzapine and risperidone in schizophrenic patients by evaluation of changes in fasting plasma lipid levels (triglycerides, total cholesterol, HDL, LDL) from baseline at Week 24.

27(42)

CONFIDENTIAL
AZSER12442609

Clinical Study Protocol Amendment No. 1
Study code D1441C00125

**Revised Text:**

To compare the safety/tolerability profile on blood lipid levels of quetiapine, olanzapine and risperidone in schizophrenic patients by evaluation of changes in fasting lipid levels (triglycerides, total cholesterol, HDL, LDL) from baseline at Week 24.

**Section of protocol affected:**

4.7.2.1

**Previous text:**

Lipid profile tests: Total cholesterol, HDL, LDL, (analysed, not calculated), triglycerides

**Revised Text:**

Lipid profile tests (serum): Total cholesterol, HDL, LDL, (analysed, not calculated), triglycerides

**Section of protocol affected:**

6.2.2 Secondary outcome variables

**Previous text:**

Fasting plasma lipid levels

**Revised Text:**

Fasting lipid levels.

**Reason for Amendment:**

Plasma omitted for lipid levels as they will be measured in serum.

**Persons who initiated the Amendment:**

AstraZeneca R&D site.

## Minor changes and clarifications

**Section of protocol affected:**

Synopsis, Study period

**Previous text:**

28(42)

CONFIDENTIAL
AZSER12442610

Clinical Study Protocol Amendment No. 1
Study code D1441C00125

Estimated date of first patient enrolled November 2003.

Estimated date of last patient completed August 2005.

**Revised Text:**

Estimated date of first patient enrolled February 2004.

Estimated date of last patient completed October 2005.

**Section of protocol affected:**

7.6 Study Timetable and termination

**Previous text:**

First patient is planned to be enrolled in November 2003.

Last patient is estimated to complete the study in August 2005.

The recruitment period is estimated to approximately 12 months, e.g., to begin in November 2003 and end in Dec 2004.

**Revised Text:**

Estimated date of first patient enrolled February 2004.

Last patient is estimated to complete the study in October 2005.

The recruitment period is estimated to approximately 12 months, e.g., to begin in February 2004 and end in February 2005.

**Reason for Amendment:**

Study start postponed due to delays and amendment.

**Persons who initiated the Amendment:**

AstraZeneca R&D site.

**Section of protocol affected:**

List of abbreviations

**Previous text:**

PCP not included.

**Revised Text:**

CONFIDENTIAL
AZSER12442611

Abbreviation: PCP Explanation: phencyclidine

**Reason for Amendment:**

Clarification.

**Persons who initiated the Amendment:**

AstraZeneca R&D site.

**Section of protocol affected:**

3.2 Rationale for study design, doses and control groups

**Previous text:**

The study is randomised which will ensure that tested treatments are well balanced and there is stratification according to BMI category to further control for this.

**Revised Text:**

The study is randomised which will ensure that tested treatments are well balanced and there is stratification according to BMI and age category to further control for this.

**Reason for Amendment:**

Consistency with other sections.

**Persons who initiated the Amendment:**

AstraZeneca R&D site.

**Section of protocol affected:**

3.3.3   Exclusion criteria 21

**Previous text:**

21. Diagnosis of any DSM-IV Axis I disorder other than those included in inclusion criteria 3 above (e.g., alcohol dependence or psychoactive substance dependence not in full remission, concurrent organic mental disorder, or mental retardation) of a degree that may interfere with the patient's ability to co-operate.

**Revised Text:**

21. Diagnosis of any DSM-IV Axis I disorder other than those included in inclusion criteria 3 above of a degree that may interfere with the patient's ability to co-operate (e.g., alcohol dependence or psychoactive substance dependence not in full remission, concurrent organic mental disorder, or mental retardation (axis II diagnosis)).

30(42)

CONFIDENTIAL
AZSER12442612

Clinical Study Protocol Amendment No. 1
Study code D1441C00125

**Reason for Amendment:**

Clarification.

**Persons who initiated the Amendment:**

AstraZeneca R&D site.

**Section of protocol affected:**

3.3.3 Exclusion criteria 17

**Previous text:**

History of recent uncontrolled blood pressure or use of antihypertensive medications if dosages used were not stable for at least one month before the baseline visit (Day 1).

**Revised Text:**

History of recent uncontrolled blood pressure or use of antihypertensive medications if dosages used were not stable for at least one month before the randomisation visit (Day 1).

**Reason for Amendment:**

Clarification and consistency.

**Persons who initiated the Amendment:**

AstraZeneca R&D site.

**Section of protocol affected:**

3.4.1.2 Doses and treatment regimens

**Previous text:**

-

**Revised Text:**

The dosing Day 6 is normally the same as Day 5.  If dose adjustment is needed, it is allowed to perform Visit 3 at Day 6 instead of Day 7.

**Reason for Amendment:**

Clarification regarding dosing Day 6.

**Persons who initiated the Amendment:**

AstraZeneca R&D site.

31(42)

CONFIDENTIAL
AZSER12442613

Clinical Study Protocol Amendment No. 1
Study code D1441C00125

**Section of protocol affected:**

3.4.1.3 Labelling

**Previous text:**

For products supplied by AstraZeneca, each pack will be labelled with a two part label with a tear off section for affixing to the appropriate Case Report Form.

**Revised Text:**

For all titration packages and quetiapine bottles supplied by AstraZeneca, each pack will be labelled with a two-part label with a tear off section for affixing to the appropriate Case Report Form.  Olanzapine and risperidone packs used for the flexible dose period will not have a tear off section on the label, and relevant dispensing data will be recorded directly in the Case Report Form.

**Reason for Amendment:**

Clarifying dispensing procedures.

**Persons who initiated the Amendment:**

AstraZeneca R&D site.


**Section of protocol affected:**

3.3.5.1 Criteria for discontinuation

**Previous text:**

4. Incorrect enrolment or randomisation of the patient as judged by the investigator and/or AstraZeneca.

**Revised Text:**

4. Incorrect enrolment or randomisation of the patient.

**Reason for Amendment:**

Consistency with mandatory standard text in AstraZeneca SOP.

**Persons who initiated the Amendment:**

AstraZeneca R&D site.


**Section of protocol affected:**

4.2 Screening and demographic measurements

CONFIDENTIAL
AZSER12442614

Clinical Study Protocol Amendment No. 1
Study code D1441C00125

**Previous text:**

Informed consent (original, signed informed consent in source data.

**Revised Text:**

Date of informed consent (original, signed informed consent in source data.

**Reason for Amendment:**

Clarification. Only date recorded in CRF.

**Persons who initiated the Amendment:**

AstraZeneca R&D site.


**Section of protocol affected:**

4.2 Screening and demographic measurements

**Previous text:**

Height (for calculation of BMI), weight, waist circumference. See Section 4.7.3.1.

**Revised Text:**

Height is recorded at randomisation for calculation of BMI. Weight and waist circumference measurements, see Section 4.7.3.1.

**Reason for Amendment:**

Clarification.

**Persons who initiated the Amendment:**

AstraZeneca R&D site.


**Section of protocol affected:**

7.3 Training of staff

**Previous text:**

-

**Revised Text:**

Added text:

An up-dated list of study centres and personnel will be kept during the study.


33(42)

CONFIDENTIAL
AZSER12442615

Clinical Study Protocol Amendment No. 1
Study code D1441C00125

**Reason for Amendment:**

To comply with ICH guidelines.

**Persons who initiated the Amendment:**

AstraZeneca R&D site.

**Section of protocol affected:**

4.7.4.1 Methods of assessment, SAS and BARS

**Previous text:**

(Barnes 1970, Simpson and Angus 1970)

**Revised Text:**

(Barnes 1989, Barnes 1992, Simpson and Angus 1970, Simpson et al 1979)

**Section of protocol affected:**

10 References

**Previous text:**

-

**Revised Text:**

Two additional references added for SAS and BARS:

Barnes TRE. Clinical assessment of the extrapyramidal side effects of antipsychotic drugs. J Psychopharmacol. 1992;6:214-221.

Simpson GM, Lee JH, Zoubok B, Gardos G.  A rating scale for tardive dyskinesia. Psychopharmacology. 1979;64:171-179.

The numbering of the reference list and the references in the protocol text to be updated in accordance with the changes.

**Reason for Amendment:**

Revised project CRF modules, consistency with rating scales used in Case Report Form.

**Persons who initiated the Amendment:**

AstraZeneca R&D site.

34(42)

CONFIDENTIAL
AZSER12442616

Clinical Study Protocol Amendment No. 1
Study code D1441C00125

**Section of protocol affected:**

10 References

**Previous text:**

8. Breier A, Kwong K, Hornbuckle K, Cavazonni P, Carlsson C, Wu J, Kotsanos J.

Section 1.1: 8 Breier et al 2001

**Revised Text:**

Cavazonni P, Hornbuckle K, Wu J, Breier A, Kwong K, Kotsanos J, Holman R

Order in reference list and number for reference in text to be changed accordingly.

Section 1.1: Cavazonni et al 2001

**Section of protocol affected:**

1.1 Background / 10 References

**Previous text:**

13. Czobor P, Volavka J, Sheitman B, Lindenmayer JP, Citrome L, McEvoy J, Cooper TB,
Chakos M, Lieberman J. Antipsychotic-Induced Weight Gain and Therapeutic Response:
A differential Association. J Clin Psychopharmacology 2001;22(3):244-251
Section 1.1: 13 Czobor et al 2001

**Revised Text:**

Czobor P, Volavka J, Sheitman B, Lindenmayer JP, Citrome L, McEvoy J, Cooper TB,
Chakos M, Lieberman J. Antipsychotic-Induced Weight Gain and Therapeutic Response: A
differential Association. J Clin Psychopharmacology 2002;22(3):244-251
Section 1.1: 13 Czobor et al 2002.

**Section of protocol affected:**

1.1 Background / 10 References

**Previous text:**

22. Karenyi C, Lowenstein B: Chlorpromazine induced diabetes. Dis Nerv Syst,
1968;29:827-828
Section 1.1: 22 Karenyi and Lowenstein 1968

**Revised Text:**

35(42)

CONFIDENTIAL
AZSER12442617

Korenyi C, Lowenstein B: Chlorpromazine induced diabetes. Dis Nerv Syst 1968;29:827-828
Section 1.1: Korenyi et al 1968.
Order in reference list and number for reference in text to be changed accordingly.

**Section of protocol affected:**

10 References

**Previous text:**

36. Procyshin RM, Pande S, Tse G. New-onset diabetes mellitus associated quetiapine.
Can J Psychiatry 2000;45:668-689

**Revised Text:**

Procyshin RM, Pande S, Tse G. New-onset diabetes mellitus associated quetiapine.
Can J Psychiatry 2000;45:668-669

**Reason for Amendment:**

QC check of references.

**Persons who initiated the Amendment:**

AstraZeneca R&D site.

**Section of protocol affected:**

Appendix C – DSM IV Criteria for Schizophrenia

**Previous text:**

Section 7.        DIAGNOSTIC CRITERIA FOR 295.70 SCHIZOAFFECTIVE DISORDER

**Revised Text:**

Section 7 is deleted.

**Reason for Amendment:**

Only patients with schizophrenia are enrolled in this study as specified by inclusion criteria no
3.

**Persons who initiated the Amendment:**

AstraZeneca R&D site.

36(42)

CONFIDENTIAL
AZSER12442618

Clinical Study Protocol Amendment No. 1
Study code D1441C00125

**Signed agreement to the Amendment:**

I agree to the terms of this protocol Amendment.

Study Code:              D1441C00125

_January 6, 2004_          _Martin Brecher_

...................................          ...................................
Date                      AstraZeneca Global Product Team Physician
(day, month, year)        Martin Brecher
                          Address:

THIS IS A PRINTED COPY OF AN ELECTRONIC DOCUMENT.  PLEASE CHECK ITS VALIDITY BEFORE USE.

37(42)

CONFIDENTIAL
AZSER12442619

Clinical Study Protocol Amendment No. 1
Study code D1441C00125

I agree to the terms of this protocol Amendment.

Study Code:                      D1441C00125

13/11/2003

Date
(day, month, year)

AstraZeneca Clinical Study Team Physician
Didier Meulien, AstraZeneca R&D Södertälje

THIS IS A PRINTED COPY OF AN ELECTRONIC DOCUMENT. PLEASE CHECK ITS VALIDITY BEFORE USE.

38(42)

CONFIDENTIAL
AZSER12442620

Clinical Study Protocol Amendment No. 1
Study code D1441C00125

I agree to the terms of this protocol Amendment.

Study Code:               D1441C00125

19 Dec 2003            ...................

Date                      AstraZeneca Clinical Study Team Leader
(day, month, year)        Sofia Risberg, AstraZeneca R&D Södertälje

THIS IS A PRINTED COPY OF AN ELECTRONIC DOCUMENT. PLEASE CHECK ITS VALIDITY BEFORE USE.

39(42)

CONFIDENTIAL
AZSER12442621

Clinical Study Protocol Amendment No. 1
Study code D1441C00125

I agree to the terms of this protocol Amendment.

Study Code:              D1441C00125

Centre No.:      <<>>

. . . . . . . . . . . . .          . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Date                              AstraZeneca Local Study Team
(day, month, year)                Name
                                  Address

40(42)

CONFIDENTIAL
AZSER12442622

Clinical Study Protocol Amendment No. 1
Study code D1441C00125

I agree to the terms of this protocol Amendment.

Study Code:            D1441C00125

Centre No.:

23 DEC 2003

Date
(day, month, year)

International Co-ordinating Investigator
Robin Emsley

THIS IS A PRINTED COPY OF AN ELECTRONIC DOCUMENT. PLEASE CHECK ITS VALIDITY BEFORE USE.

41(42)

CONFIDENTIAL
AZSER12442623

Clinical Study Protocol Amendment No. 1
Study code D1441C00125

I agree to the terms of this protocol Amendment.

Study Code:                    D1441C00125

Centre No.:


. . . . . . . . . . . . .          . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Date                               Principal investigator
(day, month, year)                 Name
                                   Address

42(42)

CONFIDENTIAL
AZSER12442624



| Clinical Study Protocol Amendment | |
| --- | --- |
| Amendment Number | 2 |
| Drug Substance | quetiapine |
| Study Code | D1441C00125 |
| Date | 24 June 2004 |

---

## A 24-Week, International, Multi-centre, Open-Label, Flexible-dose, Randomised, Parallel-Group, Phase IV Study to Compare the Effect on Glucose Metabolism of Quetiapine, Olanzapine and Risperidone in the Treatment of Patients with Schizophrenia

---

**Sponsor:**

AstraZeneca R&D Södertälje,
Forskargatan 20
SE-151 85 Södertälje,
Sweden

**Centres affected by the Amendment:**

This amendment affects all centres in the study.

CONFIDENTIAL
AZSER12442625

Clinical Study Protocol Amendment Number 2
Study Code D1441C00125

**The protocol for the study is to be amended as follows:**

Table 1                Summary of changes in this amendment

| Change | Nature of the change | Section affected |
|---|---|---|
| Safety monitoring of neutrophils | Clarified procedures for monitoring of neutrophils and changed cut-off limit for follow-up and discontinuation. | 3.3.5.1 Criteria for discontinuation 4.7.2.1 Methods of assessment |
| Reporting of EPS signs and symptoms as AE | Signs and symptoms revealed and recorded during SAS and BARS rating should not be reported in the adverse event section of the CRF unless SAE or reasons for discontinuation to avoid double reporting. | 4.7.1.2 Recording of adverse events 4.7.4.1 Neurological assessments and variables |
| Procedures in case of overdose | Changed reporting procedure for overdose. | 9.3 Procedures in case of overdose |
| New EU directive | Definition of end of study added. | 7.6 Study timetable and termination |
| Restricted medication for treatment of agitation | Lorazepam may be used during week before OGTT if absolutely necessary based on patient's clinical condition. | 3.4.4.1 Summary of permitted, restricted and prohibited medication |
| Evaluation of thyroid function | T3 test results not required to be available to perform the randomisation if TSH and T4 are available. | 3.3.3 Exclusion criteria |
| Clarification regarding switch from depot antipsychotic medication | Clarification of the criteria. A small overlap is allowed between depot medication and investigational products to ensure an appropriate switch of medication during the titration period | 3.3.3 Exclusion criteria |
| Clarification regarding switch from depot antipsychotic medication | Clarification of switch procedures from depot antipsychotics. | 3.4.1.2 Doses and treatment regimens |
| Safety updates/reports to Ethics Committees | AstraZeneca will provide IECs and Principal investigators with safety updates/reports. | 8.1.1 Summary of potential risks and benefits |

CONFIDENTIAL
AZSER12442626

Clinical Study Protocol Amendment Number 2
Study Code D1441C00125

## SAFETY MONITORING OF NEUTROPHILS

**Section of protocol affected:**

3.3.5.1 Criteria for Discontinuation

**Previous text:**

10. A repeated neutrophil count of $< 0.5 \times 10^9$ /L.

**Revised Text:**

10. If a patient has a neutrophil count $< 1.0 \times 10^9$ / L, repeat the test within 24 hours after laboratory test results have been received.  If it remains $< 1.0 \times 10^9$ / L, the patient should be discontinued from treatment with the investigational product due to AE.  See Section 4.7.2.1 for details on how to monitor these patients.

**Section of protocol affected:**

4.7.2.1 Methods of assessment

**Previous text:**

If a patient has an absolute neutrophil count of $< 0.5 \times 10^9$ /L, the test should be repeated the following day.  If the second neutrophil count is $< 0.5 \times 10^9$ /L, the patient should be discontinued from the study due to adverse event.  See Section 3.3.5.  The adverse event term should be the signs and symptoms of the low neutrophil count if there are any symptoms present.  If there are no symptoms, the AE should be recorded as "Absolute Neutrophil Count decreased".  Complete Blood Count with a WBC differential count should be performed for any patient who presents with a fever or any symptom of neutropenia.

**Revised Text:**

Complete blood count (CBC) including white blood cell (WBC) differential count will be performed monthly the first three months and quarterly thereafter, throughout the study.

Patients should be instructed to seek medical care if they develop symptoms of infection such as fever and/ or pharyngitis (sore throat) and mucous membrane ulceration.  Any patient who presents with a fever, pharyngitis, or other signs and symptoms of infection should have a complete blood cell count including white blood cell differential count performed.

If a patient has a neutrophil count $< 1.0 \times 10^9$ / L, the test should be repeated within 24 hours after laboratory test results have been received.  If the second neutrophil count is $< 1.0 \times 10^9$ /L, the patient should be discontinued from treatment with the investigational product due to AE.  See Section 3.3.5 for details on discontinuation.  The AE should be recorded as "Neutrophil count decreased".  If signs and symptoms of the low neutrophil count are present, e.g. infection, these should also be recorded as an AE.

The patient should be monitored with a complete blood count (CBC) including white blood cell (WBC) differential count weekly until his/her counts recover.  While experiencing

3(9)

CONFIDENTIAL
AZSER12442627

neutropenia, patients should avoid invasive procedures such as dental work, rectal exams, or enemas; exposure to people who are obviously ill; and exposure to fresh fruits, vegetables, or flowers.  If a patient develops fever or symptoms of infection, he/she should contact his or her physician and acquire a complete blood count including white blood cell differential count immediately.

**Reason for Amendment:**

To further ensure patient safety and to perform consistent safety monitoring across the entire quetiapine clinical program.

**Persons who initiated the Amendment:**

AstraZeneca R&D site.


## REPORTING OF EPS SIGNS AND SYMPTOMS AS AE

**Section of protocol affected:**

4.7.1.2 Recording of adverse events

**Previous text:**

-

**Revised Text:**

Signs and symptoms revealed and recorded during SAS and/or BARS rating, should only be reported as AEs if they fulfill the criteria for a SAE or are the reason for discontinuation of treatment with the investigational product.

**Section of protocol affected:**

4.7.4.1 Neurological assessments and variables

**Previous text:**

-

**Revised Text:**

For information on how AEs based on signs and symptoms revealed during SAS and/or BARS rating should be recorded and reported, see Section 4.7.1.2.

**Reason for Amendment:**

To avoid repeated reporting of these adverse events.

**Persons who initiated the Amendment:**

AstraZeneca R&D site.

CONFIDENTIAL
AZSER12442628

# OVERDOSE

**Section of protocol affected:**

9.3 Procedures in case of overdose

**Previous text:**

For the purpose of this study, all overdoses, with or without associated symptoms, should be reported as adverse events (AEs).  However, all cases of overdose must be reported immediately, within 1 day, if sequelae meeting the criteria for a Serious Adverse Event (SAE) have occurred in association with the overdose.  In all instances, the overdose substance must be stated and an assessment whether the overdose was accidental or intentional should be recorded.  If the overdose was a suicide attempt, this fact should be clearly stated.  Adverse events (serious and non-serious) that occur as a result of an overdose should be recorded on the CRF as "sequelae to overdose" (for example "nausea as sequelae to overdose").

**Revised Text:**

For the purpose of this study, an overdose is defined as a dose exceeding the highest dose specified in the protocol. For quetiapine an overdose is defined as a dose exceeding 800 mg per day.

- An overdose with associated SAEs should be recorded as the SAE diagnosis/symptoms on the relevant AE forms in the CRF. SAEs must be reported as described in Section 4.7.1.3.  The investigator should add information about the overdose in the Description of AE field on the SAE report form in the CRF.

- An overdose with associated non-serious AEs should be recorded as the AE diagnosis/symptoms on the relevant AE forms in the CRF.  In addition an overdose of quetiapine should be reported on the separate AstraZeneca "Clinical Study Overdose Report Form".

- An overdose without associated symptoms should not be recorded as an AE in the CRF.  An overdose of quetiapine should be reported on the separate AstraZeneca "Clinical Study Overdose Report Form".

The overdose substance must be stated and an assessment whether the overdose was accidental or intentional should be recorded.  If the overdose was a suicide attempt, this fact should be clearly stated.

**Reason for Amendment:**

Changed routines for improved reporting of overdose at AstraZeneca.

**Persons who initiated the Amendment:**

AstraZeneca R&D site.

CONFIDENTIAL
AZSER12442629

Clinical Study Protocol Amendment Number 2
Study Code D1441C00125

## END OF STUDY DEFINITION

**Section of protocol affected:**

7.6 Study time table and termination

**Previous text:**

7.6 Study time table and termination

Definition of end of study not included in previous text.

**Revised Text:**

Revised headers:

7.6 Study Time Table and end of study

End of study is defined as date of database lock, which is the time point after which no patient will be exposed to study related activities.

**Reason for Amendment:**

New EU Clinical Trials Directive requirement.

**Persons who initiated the Amendment:**

AstraZeneca R&D site

## RESTRICTED MEDICATION FOR TREATMENT OF AGITATION

**Section of protocol affected:**

3.4.4.1 Summary of permitted, restricted and prohibited medication

**Previous text:**

Type of medication:

**Lorazepam** can be used at a maximum daily dose of 4 mg/day.  When lorazepam is not available in a given country: **oxazepam** at a maximum daily dose of 60 mg/day.

Timelines and instructions

Not more than four consecutive days in any 7-day period and not in the week preceding OGTT.

6(9)

CONFIDENTIAL
AZSER12442630

Clinical Study Protocol Amendment Number 2
Study Code D1441C00125

**Revised Text:**

Type of medication:

**Lorazepam** can be used at a maximum daily dose of 4 mg/day. When lorazepam is not available in a given country: **oxazepam** at a maximum daily dose of 60 mg/day.

Timelines and instructions

Not more than four consecutive days in any 7-day period and not in the week preceding OGTT unless absolutely necessary, based on investigator's clinical judgment.

**Reason for Amendment:**

There may be situations where medication to treat agitation is necessary during the week before OGTT based on the patient's clinical condition and safety.

**Persons who initiated the Amendment:**

AstraZeneca R&D site.

## EVALUATION OF THYROID FUNCTION

**Section of protocol affected:**

3.3.3 Exclusion criteria

**Previous text:**

19. Clinically significant deviations from the reference range in screening clinical laboratory test results as evaluated by the investigator.

**Revised text:**

19. Clinically significant deviations from the reference range in screening clinical laboratory test results as evaluated by the investigator*.

* Evaluation of thyroid function can be made based on TSH and T4 test results if T3 test results are not yet received before randomisation visit.

**Reason for Amendment**

Due to the procedures used at the Central Laboratory, it is not always possible to have the T3 test results available in time for randomisation visit. From a medical point of view it is considered sufficient to base the judgment on available TSH and T4 lab test results.

**Persons who initiated the Amendment:**

AstraZeneca R&D site.

CONFIDENTIAL
AZSER12442631

## CLARIFICATION REGARDING SWITCH FROM DEPOT ANTIPSYCHOTIC MEDICATION

**Section of protocol affected:**

3.3.3 Exclusion criteria

**Previous text:**

2. Administration of a depot antipsychotic injection within one dosing interval (for the depot) before randomization.

**Revised text:**

2. Administration of a depot antipsychotic injection within one dosing interval (for the depot) before randomization*.

\* Randomisation can be performed a few days before the next planned depot administration to allow for an appropriate switch to investigational products. See also Section 3.4.1.2.

**Section of protocol affected:**

3.4.1.2 Doses and treatment regimens

**Previous text:**

If the patient is treated with depot medication, randomization day (Day 1) should be planned to take place 5-7 days prior to the next planned depot injection.

**Revised text:**

If the patient is treated with depot medication, randomization day (Day 1) can be planned to take place a few days prior to the next planned depot injection in order to mimick the cross-taper method used for the switch from oral antipsychotics.

**Reason for Amendment**

Clarification of the exclusion criteria. A small overlap is allowed between depot medication and investigational drugs to ensure an appropriate switch of medication during the titration period.

**Persons who initiated the Amendment:**

AstraZeneca R&D site.

8(9)

CONFIDENTIAL
AZSER12442632

## SAFETY UPDATES/REPORTS TO ETHICS COMMITTEES

**Section of protocol affected:**

8.1.1 Summary of potential risks and benefits

**Previous text:**

-.

**Revised text:**

New text added:

AstraZeneca will provide IECs and Principal Investigators with safety updates/reports according to local requirements.

**Reason for Amendment**

Clarification of procedure regarding safety reports.

**Persons who initiated the Amendment:**

AstraZeneca R&D site.


Signed approval of the Amendment must be documented in Appendix A of the CSP.  The general rule is that those who signed the CSP should sign the Amendment i.e., CST/LST Physician, CST/LST Leader, Monitor, International Co-ordinating Investigator and the Principal Investigator. AstraZeneca staff does not have to sign an Amendment for each centre in the study.  AstraZeneca sign once and copies of the signature sheets are provided to the Principal Investigators, IRB/IECs and Regulatory Authorities.

CONFIDENTIAL
AZSER12442633



| Protocol Amendment No 2: Appendix A | |
| --- | --- |
| Drug Substance | quetiapine |
| Study Code | D1441C00125 |
| Appendix Edition Number | 1 |
| Appendix Date | 24 June2004 |

**Appendix A**
**Signatures**

CONFIDENTIAL
AZSER12442634

Protocol Amendment No 2: Appendix A
Study Code D1441C00125
Appendix Edition Number 1
Appendix Date 24 June 2004

## ASTRAZENECA SIGNATURE(S)

---

**A 24-Week, International, Multi-centre, Open-label, Flexible-dose, Randomised, Parallel-Group, Phase IV Study to Compare the Effect on Glucose Metabolism of Quetiapine, Olanzapine and Risperidone in the Treatment of Patients with Schizophrenia**

---

This Clinical Study Protocol Amendment to the CSP has been subjected to an internal AstraZeneca peer review.

I agree to the terms of this Clinical Study Protocol, version 1.0 dated 26 Aug 2003, and all amendments to the study protocol: Number 1, dated 19 Dec 2003 and this Amendment Number 2.

**AstraZeneca Clinical Development Team representative**

Martin Brecher
Product Medical Director

24 June, 2004
Date
(Day Month Year)

AstraZeneca Pharmaceuticals – US
Clinical CNS – TA
Room OW3-328
1800 Concord Pike
P. O. Box 15437
Wilmington, DE
19850-5437
United States of America

Telephone number:
+ 1 302 886 2634

This document contains confidential information, which should not be copied, referred to, released or published without written approval from AstraZeneca.  Investigators are cautioned that the information in this protocol may be subject to change and revision.

2(9)

GEL Version ID: CNS.000-077-968.2.0        Approved        Date Printed: 24-Jun-2004
Approved by Luther Phoebe Afrin PAL 24 Jun 2004 14:32:44

THIS IS A PRINTED COPY OF AN ELECTRONIC DOCUMENT. PLEASE CHECK ITS VALIDITY BEFORE USE.

CONFIDENTIAL
AZSER12442635

Protocol Amendment No 2: Appendix A
Study Code D1441C00125
Appendix Edition Number 1
Appendix Date 24 June 2004

THIS IS A PRINTED COPY OF AN ELECTRONIC DOCUMENT. PLEASE CHECK ITS VALIDITY BEFORE USE.

## ASTRAZENECA SIGNATURE(S)

**A 24-Week, International, Multi-centre, Open-label, Flexible-dose, Randomised, Parallel-Group, Phase IV Study to Compare the Effect on Glucose Metabolism of Quetiapine, Olanzapine and Risperidone in the Treatment of Patients with Schizophrenia**

This Clinical Study Protocol Amendment to the CSP has been subjected to an internal AstraZeneca peer review.

I agree to the terms of this Clinical Study Protocol, version 1.0 dated 26 Aug 2003, and all amendments to the study protocol: Number 1, dated 19 Dec 2003 and this Amendment Number 2. I will conduct the study according to the procedures specified herein, and according to the principles of Good Clinical Practice (GCP) and local regulations.

AstraZeneca Research and Development
site representative

Didier Meulien
Clinical Study Team Physician

Date
(Day Month Year)

AstraZeneca R&D Södertälje
Medicine & Science
SE-151 85 Södertälje,
Sweden

Telephone number:
+46 8 553 260 00 / 287 23

This document contains confidential information, which should not be copied, referred to, released or published without written approval from AstraZeneca. Investigators are cautioned that the information in this protocol may be subject to change and revision.

3(9)

CONFIDENTIAL
AZSER12442636

Protocol Amendment No 2: Appendix A
Study Code D1441C00125
Appendix Edition Number 1
Appendix Date 24 June2004

## ASTRAZENECA SIGNATURE(S)

### A 24-Week, International, Multi-centre, Open-label, Flexible-dose, Randomised, Parallel-Group, Phase IV Study to Compare the Effect on Glucose Metabolism of Quetiapine, Olanzapine and Risperidone in the Treatment of Patients with Schizophrenia

This Clinical Study Protocol Amendment to the CSP has been subjected to an internal AstraZeneca peer review.

I agree to the terms of the Clinical Study Protocol, version 1.0 dated 26 Aug 2003, and all amendments to the study protocol: Number 1, dated 19 Dec 2003 and this Amendment Number 2. I will conduct the study according to the procedures specified herein, and according to the principles of Good Clinical Practice (GCP) and local regulations.

**AstraZeneca Research and Development site representative**

Sofia Risberg
Clinical Study Team Leader

24 June 2004

Date
(Day Month Year)

AstraZeneca R&D Södertälje
Clinical Study Management
SE-151 85 Södertälje,
Sweden

Tel: +46 8 553 260 00 / 238 60
Fax: +46 8 553 291 00
Mobile: REDACTED
sofia.risberg@astrazeneca.com

This document contains confidential information, which should not be copied, referred to, released or published without written approval from AstraZeneca. Investigators are cautioned that the information in this protocol may be subject to change and revision.

4(9)

GEL Version ID: CNS.000-077-966.2.0        Approved        Date Printed: 24-Jun-2004
          Approved by Luther Phoebe Afrin PAL 24 Jun 2004 14:32:44

THIS IS A PRINTED COPY OF AN ELECTRONIC DOCUMENT. PLEASE CHECK ITS VALIDITY BEFORE USE.

CONFIDENTIAL
AZSER12442637

Protocol Amendment No 2: Appendix A
Study Code D1441C00125
Appendix Edition Number 1
Appendix Date 24 June2004

# ASTRAZENECA SIGNATURE(S)

**A 24-Week, International, Multi-centre, Open-label, Flexible-dose, Randomised, Parallel-Group, Phase IV Study to Compare the Effect on Glucose Metabolism of Quetiapine, Olanzapine and Risperidone in the Treatment of Patients with Schizophrenia**

This Clinical Study Protocol Amendment to the CSP has been subjected to an internal AstraZeneca peer review.

I agree to the terms of the Clinical Study Protocol, version 1.0 dated 26 Aug 2003, and all amendments to the study protocol: Number 1, dated 19 Dec 2003 and this Amendment Number 2.  I will conduct the study according to the procedures specified herein, and according to the principles of Good Clinical Practice (GCP) and local regulations.

**AstraZeneca Research and Development site representative**

| | |
|---|---|
| *Name* | *Date* |
| *Title* | (Day Month Year) |

*Local Study Team  Leader/Monitor/ Physician, According to local procedures*

*Address*

*Telephone number*

This document contains confidential information, which should not be copied, referred to, released or published without written approval from AstraZeneca.  Investigators are cautioned that the information in this protocol may be subject to change and revision.

CONFIDENTIAL
AZSER12442638

Protocol Amendment No 2: Appendix A
Study Code D1441C00125
Appendix Edition Number 1
Appendix Date 24 June2004

# SIGNATURE OF INTERNATIONAL CO-ORDINATING INVESTIGATOR

**A 24-Week, International, Multi-centre, Open-label, Flexible-dose, Randomised, Parallel-Group, Phase IV Study to Compare the Effect on Glucose Metabolism of Quetiapine, Olanzapine and Risperidone in the Treatment of Patients with Schizophrenia**

This Clinical Study Protocol Amendment to the CSP has been subjected to an internal AstraZeneca peer review.

I agree to the terms of the Clinical Study Protocol, version 1.0 dated 26 Aug 2003, and all amendments to the study protocol: Number 1, dated 19 Dec 2003 and this Amendment Number 2. I will conduct the study according to the procedures specified herein, and according to the principles of Good Clinical Practice (GCP) and local regulations.

Centre No.:

Signature:

29 JUNE 2004

Professor Robin Emsley                                    Date
                                                         (Day Month Year)

Department of Psychiatry
Faculty of Health Sciences
University of Stellenbosch
PO Box 19063
Tygerberg 7505
Cape Town, South Africa

*Telephone number*

This document contains confidential information, which should not be copied, referred to, released or published without written approval from AstraZeneca. Investigators are cautioned that the information in this protocol may be subject to change and revision.

6(9)

THIS IS A PRINTED COPY OF AN ELECTRONIC DOCUMENT. PLEASE CHECK ITS VALIDITY BEFORE USE.

CONFIDENTIAL
AZSER12442639

Protocol Amendment No 2: Appendix A
Study Code D1441C00125
Appendix Edition Number 1
Appendix Date 24 June2004

# SIGNATURE OF NATIONAL CO-ORDINATING INVESTIGATOR

**A 24-Week, International, Multi-centre, Open-label, Flexible-dose, Randomised, Parallel-Group, Phase IV Study to Compare the Effect on Glucose Metabolism of Quetiapine, Olanzapine and Risperidone in the Treatment of Patients with Schizophrenia**

This Clinical Study Protocol Amendment to the CSP has been subjected to an internal AstraZeneca peer review.

I agree to the terms of the Clinical Study Protocol, version 1.0 dated 26 Aug 2003, and all amendments to the study protocol: Number 1, dated 19 Dec 2003 and this Amendment Number 2. I will conduct the study according to the procedures specified herein, and according to the principles of Good Clinical Practice (GCP) and local regulations.

**Centre No.:**

**Signature:**

_____   _____

*Name*                                                                    Date
*Title*                                                                      (Day Month Year)
*Address*

*Telephone number*

This document contains confidential information, which should not be copied, referred to, released or published without written approval from AstraZeneca. Investigators are cautioned that the information in this protocol may be subject to change and revision.

CONFIDENTIAL
AZSER12442640

Protocol Amendment No 2: Appendix A
Study Code D1441C00125
Appendix Edition Number 1
Appendix Date 24 June2004

# SIGNATURE OF PRINCIPAL INVESTIGATOR

___

**A 24-Week, International, Multi-centre, Open-label, Flexible-dose, Randomised, Parallel-Group, Phase IV Study to Compare the Effect on Glucose Metabolism of Quetiapine, Olanzapine and Risperidone in the Treatment of Patients with Schizophrenia**

___

This Clinical Study Protocol Amendment to the CSP has been subjected to an internal AstraZeneca peer review.

I agree to the terms of the Clinical Study Protocol, version 1.0 dated 26 Aug 2003, and all amendments to the study protocol: Number 1, dated 19 Dec 2003 and this Amendment Number 2. I will conduct the study according to the procedures specified herein, and according to the principles of Good Clinical Practice (GCP) and local regulations.

**Centre No.:**


**Signature:**

_____            _____

*Name*                                          Date
*Title*                                         (Day Month Year)
*Address*



*Telephone number*


This document contains confidential information, which should not be copied, referred to, released or published without written approval from AstraZeneca. Investigators are cautioned that the information in this protocol may be subject to change and revision.

CONFIDENTIAL
AZSER12442641

Protocol Amendment No 2: Appendix A
Study Code D1441C00125
Appendix Edition Number 1
Appendix Date 24 June2004

## SIGNATURES OF COMMITTEE MEMBERS – NOT APPLICABLE

## A 24-Week, International, Multi-centre, Open-label, Flexible-dose, Randomised, Parallel-Group, Phase IV Study to Compare the Effect on Glucose Metabolism of Quetiapine, Olanzapine and Risperidone in the Treatment of Patients with Schizophrenia

This Clinical Study Protocol Amendment to the CSP has been subjected to an internal AstraZeneca peer review.

We agree to the terms of the Clinical Study Protocol, version 1.0 dated 26 Aug 2003, and all amendments to the study protocol: Number 1, dated 19 Dec 2003 and this Amendment Number 2.  We will conduct the study according to the procedures specified herein, and according to the principles of Good Clinical Practice (GCP) and local regulations.

**Committee:**          **NOT APPLICABLE**
                        **NO COMMITTEES ARE INVOLVED IN THE STUDY**.

**Members signature:**

_____
*<<Name, title/position and address>>*          Date
                                                 (Day Month Year)

_____
*<<Name, title/position and address>>*          Date
                                                 (Day Month Year)

_____
*<<Name, title/position and address>>*          Date
                                                 (Day Month Year)

_____
*<<Name, title/position and address>>*          Date
                                                 (Day Month Year)

This document contains confidential information, which should not be copied, referred to, released or published without written approval from AstraZeneca.  Investigators are cautioned that the information in this protocol may be subject to change and revision.

9(9)

CONFIDENTIAL
AZSER12442642


AstraZeneca

| Clinical Study Protocol Amendment | |
| --- | --- |
| Amendment Number | 3 |
| Drug Substance | quetiapine |
| Study Code | D1441C00125 |
| Date | 25 January 2005 |

**A 24-Week, International, Multi-centre, Open-label, Flexible-dose, Randomised, Parallel-Group, Phase IV Study to Compare the Effect on Glucose Metabolism of Quetiapine, Olanzapine and Risperidone in the Treatment of Patients with Schizophrenia**

**Sponsor:**

AstraZeneca R&D,SE-151 85 Södertälje, Sweden.

**Centres affected by the Amendment:**

All centres will be affected by this amendment.

CONFIDENTIAL
AZSER12442643

Clinical Study Protocol Amendment Number 3
Drug Substance **quetiapine**
Study Code D1441C00125
Date: 25 January 2005

**The protocol for the study is to be amended as follows:**

| Changes | Section affected |
|---|---|
| Short text regarding Optional Genetic Research added (with referrals to Appendix F for details). | Synopsis, study design |
| | 4.8 Collection of samples for genetic analysis |
| | 4.9 Genetic sampling and storage |
| | 4.10.1 Analysis of biological sample |
| | 5 Data Management |
| | 6.1 Statistical evaluation – general aspects |
| Headers 4.8 and 4.9 are now applicable, text added. Appendix F added. | Table of Contents |
| Two new rows and one additional footnote (h) added in Table 1. | Table 1, Study Plan |
| Volume of blood to be drawn from each patient increased with 10 mL. | 4.10 Volume of blood sampling and handling of biological samples |
| Paragraph added regarding separate consent for optional genetic component. | 8.3 Written Informed Consent |
| Appendix added clarifying the details regarding Optional Genetic Research; informed consent, collection of samples, sampling and storage, analysis and management of genotyping data. | Appendix F |

CONFIDENTIAL
AZSER12442644