Clinical Study Protocol Amendment Number 3
Drug Substance **quetiapine**
Study Code D1441C00125
Date: 25 January 2005

**Section of protocol affected:**

Synopsis, Study design

**Previous text:**

-

**Revised Text:**

Added text:

An optional part of the study includes the collection of a blood sample for future genetic research. The sampling is for study sites and individual subjects.

**Section of protocol affected:**

Table of Contents

**Previous text:**

4.8     Collection of samples for genetic analysis – not applicable

4.9     Genetic sampling and storage – not applicable

No Appendix F included.

**Revised Text:**

4.8     Collection of samples for genetic analysis

4.9     Genetic sampling and storage

Appendix F regarding Optional Genetic Research.

**Section of protocol affected:**

Table 1, Study Plan

**Previous text:**

-

**Revised Text:**

Two separate rows and a footnote (h) for informed consent and blood sample for genetic research have been added to the table:

CONFIDENTIAL
AZSER12442645

Clinical Study Protocol Amendment Number 3
Drug Substance quetiapine
Study Code D1441C00125
Date: 25 January 2005

**Table 1      Study plan**

| VISIT | SCREENING | RANDO-MISATION | TREATMENT PERIOD | | | | | | | Extra visit(s) when required |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3[a] | 4 | 5 | 6 | 7 | 8 | 9 Final[b] | |
| DAY | <-14 days | D1 | D7 | D28 | D56 | D84 | D112 | D140 | D168 | |
| WEEK | | W0 | W1 | W4 | W8 | W12 | W16 | W20 | W24 | |
| Informed consent, demography, medical and psychiatric history (incl. concurrent conditions) and smoking habits | √ | | | | | | | | | |
| Inclusion/exclusion criteria | √ | √ (confirm) | | | | | | | | |
| Physical Examination | √ | | | | | | | | | |
| Clinical Global Impression Severity Of Illness (CGI-S) and Improvement (CGI-I)[c] | CGI-S only | CGI-S only | √ | √ | √ | √ | √ | √ | √ | |
| Personal Evaluation of Transitions in Treatment (PETiT)[d] | | √ | | | | | | | √ | |
| Reasons for compliance – ROMI scale[d] | | √ | | | | | | | √ | |
| 12 lead ECG | √ | | | | | | | | √ | |
| Blood pressure and pulse rate | √ | | √ | √ | √ | √ | √ | √ | √ | |
| Weight and height (randomisation only) | √ | √ | √ | √ | √ | √ | √ | √ | √ | |
| Waist circumference | | √ | | | | | | | √ | |
| Urine analysis | √ | | | | | | | | √ | |
| Urine Drug Screen/toxicology | √ | | | | | | | | | |
| Blood collection for clinical chemistry, thyroid function tests and serum HCG pregnancy test (females, screening only) | √ (incl glucose) | | | | | | | | | |
| Blood collection for haematology | √ | | | | | √ | | | √ | |
| Fasting Oral Glucose Tolerance Test (OGTT)[e] | | √ | | | | | | | √ | |

4(10)

CONFIDENTIAL
AZSER12442646

Clinical Study Protocol Amendment Number 3
Drug Substance **quetiapine**
Study Code D1441C00125
Date: 25 January 2005

| VISIT | SCREENING | RANDO-MISATION | TREATMENT PERIOD | | | | | | | Extra visit(s) |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3ᵃ | 4 | 5 | 6 | 7 | 8 | 9 Finalᵇ | |
| DAY | <-14 days | D1 | D7 | D28 | D56 | D84 | D112 | D140 | D168 | when |
| WEEK | | W0 | W1 | W4 | W8 | W12 | W16 | W20 | W24 | required |
| Lipid profile (TG, total cholesterol HDL, LDL), and prolactin levelᶠ | | √ | | | | √ | | | √ | |
| Fasting glucose, insulin, haemoglobin A1c and C-peptideʲ | | √ | | | | √ | | | √ | |
| Informed consent for genetic researchʰ | √ʰ | | | | | | | | | |
| Blood sample taken for genetic researchʰ | | √ʲʰ | | | | | | | | |
| Adverse Events | √ | √ | √ | √ | √ | √ | √ | √ | √ᵍ | √ |
| Simpson & Angus Scale (SAS) / Barnes Akathisia Rating Scale (BARS) | √ | √ | √ | √ | √ | √ | √ | √ | √ | |
| Previous Antipsychotic Medication | √ | √ | √ | | | | | | | If appl |
| Anticholinergic medication | √ | √ | √ | √ | √ | √ | √ | √ | √ | If appl |
| Other Prior and/or Concomitant Medication | √ | √ | √ | √ | √ | √ | √ | √ | √ᵍ | If appl |
| Randomisation | | √ | | | | | | | | |
| Trial Medication form | | √ | √ | √ | √ | √ | √ | √ | √ | If appl |
| Dispensing of investigational products | | √ | √ | √ | √ | √ | √ | √ | | If appl |
| Investigational products accountability / compliance | | | √ | √ | √ | √ | √ | √ | √ | If appl |
| Termination of study module in CRF | | | | | | | | | √ | |

ᵃ Extra visit can be made between Visits 2 and 3 to ensure correct dosing.
ᵇ Final visit / Week 24 assessments should be conducted at the end of treatment for patients who are discontinued.
ᶜ Including Global Improvement for all visits other than the screening and randomisation visits.
ᵈ Assessed prior to fasted overnight condition.
ᵉ Conducted after 8-14 hours fasting condition.
ᶠ Conducted after 8-14 hours fasting condition in connection with OGTT baseline sampling.

5(10)

CONFIDENTIAL
AZSER12442647

Clinical Study Protocol Amendment Number 3
Drug Substance quetiapine
Study Code D1441C00125
Date: 25 January 2005

**g Unsolicited AE reports occurring up to 30 days after last dose of investigational product should be recorded together with concomitant medications in appropriate sections of the CRF.**

h A separate written informed consent should be obtained for participation in Optional Genetic Research at visit 1 or at any subsequent visit. Informed consent must always be obtained before any blood sample for genetic research is taken. If the patient agrees, a single sample per patient will be taken. Samples will ordinarily be collected at Visit 2 but may be taken at any subsequent visit where blood samples are taken before the patient completes the main study. For patients who have performed visit 2, but have not completed or been withdrawn from the study the consent can be obtained at any visit. The sample may be taken at any visit where blood samples are taken during the main study once the consent has been obtained.

**Visits should be planned to maintain visit structure relative to baseline. Visit window: Visit 3 visit interval ± 1 day, visits 4-9 visit interval ± 7 Day**

6(10)

CONFIDENTIAL
AZSER12442648

Clinical Study Protocol Amendment Number 3
Drug Substance **quetiapine**
Study Code D1441C00125
Date: 25 January 2005

**Section of protocol affected:**

4.8      Collection of samples for genetic analysis

**Previous text:**

4.8      Collection of samples for genetic analysis – not applicable

**Revised Text:**

4.8      Collection of samples for genetic analysis

The study includes the option for enrolled patients to provide a deoxyribonucleic acid (DNA) sample (see Appendix F for further details).

**Section of protocol affected:**

4.9      Genetic sampling and storage

**Previous text:**

4.9      Genetic sampling and storage – not applicable

**Revised Text:**

4.9      Genetic sampling and storage

See Appendix F for further details.

**Section of protocol affected:**

4.10     Volume of blood sampling and handling of biological samples

**Previous text:**

The total volume of blood that will be drawn from each patient in this study is as follows:

**Table 5          Volume of blood to be drawn from each patient**

| Assessment | Sample volume[2] (mL) | N of samples | Total volume (mL) |
|---|---|---|---|
| Pharmacodynamic | Not applicable | | |
| Pharmacokinetic | Not applicable | | |
| **Safety** | | | |
| Clinical chemistry[1] and serum HCG | Screening 9 - 9,5 mL<br>Final visit 6 - 9    mL | 2 | 15 - 18,5 mL |

7(10)

CONFIDENTIAL
AZSER12442649

Clinical Study Protocol Amendment Number 3
Drug Substance **quetiapine**
Study Code D1441C00125
Date: 25 January 2005

| Assessment | Sample volume[2] (mL) | N of samples | Total volume (mL) |
|---|---|---|---|
| Hematology (incl. HbA1c) | 2,7 - 3 mL | 6 | 16,2 - 18 mL |
| Oral Glucose Tolerance Test (OGTT) | 2 - 2,7 mL for plasma EDTA insulin | 5 time points each, 3 OGTT visits = 15 | 30 - 40,5 mL |
|  | 2 - 2,7 mL for plasma sodium heparin glucose |  | 30 - 40,5 mL |
| Lipid profile, serum C-peptide and prolactin | 9 - 9,5 mL | 3 | 27 - 28.5 mL |
| **Total[3]** |  |  | **118,2-146 mL** |

1.      Including volume needed for random glucose.
2.      Depending on which tube that is used for collection, Vacutainer or Sarstedt Monovette.
3.      Any tests done at extra visits not included.

**Revised Text:**

The total volume of blood that will be drawn from each patient in this study is as follows:

**Table 5          Volume of blood to be drawn from each patient**

| Assessment | Sample volume[2] (mL) | N of samples | Total volume (mL) |
|---|---|---|---|
| Pharmacodynamic | Not applicable |  |  |
| Pharmacokinetic | Not applicable |  |  |
| **Safety** |  |  |  |
| Clinical chemistry[1] and serum HCG | Screening 9 - 9,5 mL Final visit 6 - 9   mL | 2 | 15 - 18,5 mL |
| Hematology (incl. HbA1c) | 2,7 - 3 mL | 6 | 16,2 - 18 mL |
| Oral Glucose Tolerance Test (OGTT) | 2 - 2,7 mL for plasma EDTA insulin | 5 time points each, 3 OGTT visits = 15 | 30 - 40,5 mL |
|  | 2 - 2,7 mL for plasma sodium heparin glucose |  | 30 - 40,5 mL |
| Lipid profile, serum C-peptide and prolactin | 9 - 9,5 mL | 3 | 27 - 28.5 mL |
| Genetic research (optional) | 10 mL | 1 |  |
| **Total[3]** |  |  | **118,2-156 mL** |

1.      Including volume needed for random glucose.
2.      Depending on which tube that is used for collection, Vacutainer or Sarstedt Monovette.
3.      Any tests done at extra visits not included.

CONFIDENTIAL
AZSER12442650

Clinical Study Protocol Amendment Number 3
Drug Substance **quetiapine**
Study Code D1441C00125
Date: 25 January 2005

**Section of protocol affected:**

4.10.1  Analysis of biological sample

**Previous text:**

-

**Revised Text:**

Added sentence:

Analysis of samples taken for optional genetic research is described in Appendix F.

**Section of protocol affected:**

5 Data Management

**Previous text:**

-

**Revised Text:**

Added sentence:

Management of genotyping data in optional genetic research is described in Appendix F.

**Section of protocol affected:**

6.1 Statistical evaluation – general aspects

**Previous text:**

-

**Revised Text:**

Added sentence:

Analysis of data in optional genetic research is described in Appendix F.

**Section of protocol affected:**

8.3      Written informed consent

CONFIDENTIAL
AZSER12442651

Clinical Study Protocol Amendment Number 3
Drug Substance **quetiapine**
Study Code D1441C00125
Date: 25 January 2005

**Previous text:**

-

**Revised Text:**

Paragraph added:

The genetic component of this study (described in Appendix F) is optional, i.e., the patient may participate in the main study without participating in the genetic component.  To participate in the genetic component of the study the patient must sign and date both the consent form for the non-genetic components of the study and the genetic component of the study.  Copies of both signed and dated consent forms must be given to the patient and the originals filed at the study centre.  The principal investigator(s) is responsible for ensuring that the consent is given freely and that the patient understands that he/she may freely discontinue the genetic component at any timeof the study.

**Section of protocol affected:**

Appendix F

**Previous text:**

-

**Revised Text:**

Appendix F regarding Optional Genetic Research has been added, see enclosed.

**Reason for Amendment:**

To enable optional exploratory genetic research on (1) efficacy, safety, and tolerability of quetiapine, risperidone, and olanzapine and (2) susceptibility to schizophrenia.

**Persons who initiated the Amendment:**

Clinical Project team at AstraZeneca Wilmington.

*Signed approval of the Amendment must be documented in Appendix A of the CSP.  The general rule is that those who signed the CSP should sign the Amendment ie, CST/LST Physician, CST/LST Leader, Monitor, International Co-ordinating Investigator and the Principal Investigator. AstraZeneca staff does not have to sign an Amendment for each centre in the study.  AstraZeneca sign once and copies of the signature sheets are provided to the Principal Investigators, IRB/IECs and Regulatory Authorities.*

CONFIDENTIAL
AZSER12442652



| Protocol Amendment No 3: Appendix A | |
| --- | --- |
| Drug Substance | quetiapine |
| Study Code | D1441C00125 |
| Appendix Edition Number | 1 |
| Appendix Date | 25 January 2005 |

**Appendix A
Signatures**

CONFIDENTIAL
AZSER12442653

Protocol Amendment No 3: Appendix A
Drug Substance quetiapine
Study Code D1441C00125
Appendix Edition Number 1
Appendix Date 25 January 2005

## ASTRAZENECA SIGNATURE(S)

### A 24-Week, International, Multi-centre, Open-label, Flexible-dose, Randomised, Parallel-Group, Phase IV Study to Compare the Effect on Glucose Metabolism of Quetiapine, Olanzapine and Risperidone in the Treatment of Patients with Schizophrenia

This Clinical Study Protocol Amendment to the CSP has been subjected to an internal AstraZeneca peer review.

I agree to the terms of this Clinical Study Protocol, version 1.0 dated 26 Aug 2003, and all amendments to the study protocol: Number 1, dated 19 Dec 2003 and Number 2, dated 24 June 2004 and this Amendment Number 3.

I agree to the terms of this study protocol/amendment.

AstraZeneca Research and Development
site representative

Martin Brecher
Product Medical Director

January 26, 2005
Date
(Day Month Year)

AstraZeneca Pharmaceuticals – US
Clinical CNS – TA
Room OW3-328
1800 Concord Pike
P. O. Box 15437
Wilmington, DE
19850-5437
United States of America

Telephone number:
+ 1 302 886 2634

This document contains confidential information, which should not be copied, referred to, released or published without written approval from AstraZeneca. Investigators are cautioned that the information in this protocol may be subject to change and revision.

2(5)
CNS.000-092-580.3.0 (Version Created 25 Jan 2005 16:24:46)

CONFIDENTIAL
AZSER12442654

Protocol Amendment No 3: Appendix A
Drug Substance quetiapine
Study Code D1441C00125
Appendix Edition Number 1
Appendix Date 25 January 2005

# ASTRAZENECA SIGNATURE(S)

## A 24-Week, International, Multi-centre, Open-label, Flexible-dose, Randomised, Parallel-Group, Phase IV Study to Compare the Effect on Glucose Metabolism of Quetiapine, Olanzapine and Risperidone in the Treatment of Patients with Schizophrenia

This Clinical Study Protocol Amendment to the CSP has been subjected to an internal AstraZeneca peer review.

I agree to the terms of this Clinical Study Protocol, version 1.0 dated 26 Aug 2003, and all amendments to the study protocol: Number 1, dated 19 Dec 2003 and Number 2, dated 24 June 2004 and this Amendment Number 3.

I agree to the terms of this study protocol/amendment.

AstraZeneca Research and Development
site representative

Janet Post
Clinical Study Delivery Team
Physician
AstraZeneca R&D Södertälje
Medicine & Science
SE-151 85 Södertälje,
Sweden

Telephone number:
+46 8 553 260 00 / 283 61

01 FEB 05
Date
(Day Month Year)

This document contains confidential information, which should not be copied, referred to, released or published without written approval from AstraZeneca. Investigators are cautioned that the information in this protocol may be subject to change and revision.

CONFIDENTIAL
AZSER12442655

Protocol Amendment No 3: Appendix A
Drug Substance quetiapine
Study Code D1441C00125
Appendix Edition Number 1
Appendix Date 25 January 2005

## ASTRAZENECA SIGNATURE(S)

## A 24-Week, International, Multi-centre, Open-label, Flexible-dose, Randomised, Parallel-Group, Phase IV Study to Compare the Effect on Glucose Metabolism of Quetiapine, Olanzapine and Risperidone in the Treatment of Patients with Schizophrenia

This Clinical Study Protocol Amendment to the CSP has been subjected to an internal AstraZeneca peer review.

I agree to the terms of this Clinical Study Protocol, version 1.0 dated 26 Aug 2003, and all amendments to the study protocol: Number 1, dated 19 Dec 2003 and Number 2, dated 24 June 2004 and this Amendment Number 3.

I agree to the terms of this study protocol/amendment.

**AstraZeneca Research and Development site representative**

_27 Jan 2005_
Date
(Day Month Year)

Sofia Risberg
Clinical Study Delivery Team Leader
AstraZeneca R&D Södertälje
Clinical Study Management
SE-151 85 Södertälje,
Sweden

Tel: +46 8 553 260 00 / 238 60
Fax: +46 8 553 291 00
Mobile: REDACTED
sofia.risberg@astrazeneca.com

This document contains confidential information, which should not be copied, referred to, released or published without written approval from AstraZeneca. Investigators are cautioned that the information in this protocol may be subject to change and revision.

CONFIDENTIAL
AZSER12442656

Protocol Amendment No 3: Appendix A
Drug Substance quetiapine
Study Code D1441C00125
Appendix Edition Number 1
Appendix Date 25 January 2005

## SIGNATURE OF INTERNATIONAL CO-ORDINATING INVESTIGATOR

### A 24-Week, International, Multi-centre, Open-label, Flexible-dose, Randomised, Parallel-Group, Phase IV Study to Compare the Effect on Glucose Metabolism of Quetiapine, Olanzapine and Risperidone in the Treatment of Patients with Schizophrenia

This Clinical Study Protocol Amendment to the CSP has been subjected to an internal AstraZeneca peer review.

I agree to the terms of the Clinical Study Protocol, version 1.0 dated 26 Aug 2003, and all amendments to the study protocol: Number 1, dated 19 Dec 2003 and Number 2, dated 24 June 2004 and this Amendment Number 3.

I will conduct the study according to the procedures specified herein, and according to the principles of Good Clinical Practice (GCP) and local regulations.

Centre No.:

Signature:

27 JAN 2005

Professor Robin Emsley

Date
(Day Month Year)

Department of Psychiatry
Faculty of Health Sciences
University of Stellenbosch
PO Box 19063
Tygerberg 7505
Cape Town, South Africa

*Telephone number*

This document contains confidential information, which should not be copied, referred to, released or published without written approval from AstraZeneca. Investigators are cautioned that the information in this protocol may be subject to change and revision.

CONFIDENTIAL
AZSER12442657



| Clinical Study Protocol Appendix F | |
| --- | --- |
| Drug Substance | quetiapine |
| Study Code | D1441C00125 |
| Appendix Edition Number | 1 |
| Appendix Date | 25 January 2005 |

# Appendix F

# Optional Genetic Research

CONFIDENTIAL
AZSER12442658

Clinical Study Protocol Appendix F
Drug Substance quetiapine
Study Code D1441C00125
Appendix Edition Number 1
Appendix Date 25 January 2005

# GENETICS RESEARCH SYNOPSIS

## A 24-Week, International, Multi-centre, Open-label, Flexible-dose, Randomised, Parallel-Group, Phase IV Study to Compare the Effect on Glucose Metabolism of Quetiapine, Olanzapine and Risperidone in theTreatment of Patients with Schizophrenia

The research activities described in this appendix, including the collection and storage of genetic samples, hereafter referred to as "this genetic research," are optional for study sites as well as individual subjects. The clinical trial protocol to which this document is appended is referred to as "the main study." The term "genetic sample" means a blood sample collected for genetic research and/OR DNA prepared from it.

This genetic research will be performed only after the appropriate Independent Ethics Committee or Institutional Review Board has approved it. Informed consent will be obtained using a form separate from that used for the main study. All sections of the main study protocol apply to this genetic research.

**Study centre(s) and number of subjects who may be enrolled in this genetic research**

Samples may be obtained from a maximum of 570 subjects (i.e., those who have passed screening and been randomized to treatment in the main study) but will not be obtained from subjects who have already completed or been withdrawn from the study when this appendix is implemented so the actual number is expected to be lower.

## Objectives

To obtain, with appropriate informed consent, DNA samples for future exploratory research on the effects of genetic polymorphisms on:

- response to quetiapine fumarate, olanzapine, and risperidone

- susceptibility to schizophrenia

"Response" in this context encompasses efficacy, safety and tolerability. "Efficacy," in turn, refers to the impact of treatment on symptoms of schizophrenia as assessed by the CGI (Clinical Global Impression).

## Study design

For exploratory genetic research, one of two approaches will generally be employed to study genes of interest:

CONFIDENTIAL
AZSER12442659

Clinical Study Protocol Appendix F
Drug Substance quetiapine
Study Code D1441C00125
Appendix Edition Number 1
Appendix Date 25 January 2005

1.      Comparison of marker (allele, genotype, or haplotype) frequencies in cases and controls;

        or

2.      Comparison of clinical outcomes or other endpoints (such as laboratory parameters, reports of adverse events, or efficacy measures) potentially relevant to drug response in genetically defined groups.

**Target population**

This consists of subjects in the main study who are randomized to treatment with study drug and who also provide separate, optional consent for this genetic research.

**Co-variables**

These cannot be specified in advance because they will depend on the particular phenotype (i.e., disease susceptibility or drug response parameter) under investigation.  However, in all cases they will be derived exclusively from information collected in the parent protocol. Thus, no additional clinical information will be collected in this genetic research.

**Statistical methods**

The number of subjects who will consent to take part in this genetic research cannot be predetermined.  It is therefore not possible to establish whether sufficient data will be generated.  An appropriate statistical analysis plan will be prepared prior to the generation and analysis of genotypic data.

3(15)

CONFIDENTIAL
AZSER12442660

Clinical Study Protocol Appendix F
Drug Substance quetiapine
Study Code D1441C00125
Appendix Edition Number 1
Appendix Date 25 January 2005

# TABLE OF CONTENTS                                               **PAGE**

TITLE PAGE ..................................................................................................1

GENETICS RESEARCH SYNOPSIS ............................................................2

TABLE OF CONTENTS...................................................................................4

LIST OF ABBREVIATIONS AND DEFINITION OF TERMS .......................6

1.       BACKGROUND ..................................................................................7

1.1      Rationale for genetic research ...........................................................7

2.       GENETIC RESEARCH OBJECTIVES ...............................................7

3.       GENETIC RESEARCH PLAN AND PROCEDURES ..........................8

3.1      Genetic research plan ........................................................................8

3.2      Selection of genetic research population .............................................9
3.2.1    Study selection record .......................................................................9
3.2.2    Inclusion criteria ...............................................................................9
3.2.3    Exclusion criteria ..............................................................................9
3.2.4    Discontinuation of subjects from this genetic research ......................9
3.2.4.1  Criteria for discontinuation ...............................................................9
3.2.4.2  Procedures for discontinuation ........................................................10

4.       GENETIC MEASUREMENTS AND CO-VARIABLES....................10

4.1      Summary of genetics objectives and analysis...................................10

4.2      Collection of samples for genetic research .......................................10
4.2.1    Sample processing and shipping .......................................................11
4.2.2    Storage and coding of DNA samples.................................................11

4.3      Genotyping.......................................................................................12

5.       MANAGEMENT OF GENETIC RESEARCH DATA ........................12

5.1      Reporting of genotypic results .........................................................12

6.       STATISTICAL METHODS AND DETERMINATION OF SAMPLE
         SIZE ..................................................................................................13

7.       STUDY MANAGEMENT ..................................................................13

7.1      Monitoring .......................................................................................13

7.2      Training of staff ...............................................................................13

7.3      Changes to the protocol ...................................................................14

7.4      Study agreements .............................................................................14

8.       ETHICS .............................................................................................14

8.1      Ethics review....................................................................................14

CONFIDENTIAL
AZSER12442661

Clinical Study Protocol Appendix F
Drug Substance quetiapine
Study Code D1441C00125
Appendix Edition Number 1
Appendix Date 25 January 2005

| 8.2 | Ethical conduct of the study | 14 |
| 8.3 | Informed consent | 14 |
| 8.4 | Subject data protection | 15 |

CONFIDENTIAL
AZSER12442662

Clinical Study Protocol Appendix F
Drug Substance quetiapine
Study Code D1441C00125
Appendix Edition Number 1
Appendix Date 25 January 2005

## LIST OF ABBREVIATIONS AND DEFINITION OF TERMS

| Abbreviation or special term | Explanation |
|---|---|
| °C | Degrees Celsius |
| CGG | Clinical genotyping group |
| CGI | Clinical Global Impression (rating scale) |
| CRF | Case record form |
| CSR | Clinical study report |
| DGG | Development genetics group |
| DNA | Deoxyribonucleic acid |
| EDTA | Ethylenediamine tetra-acetic acid |
| Genetic sample | A blood sample collected for genetic research and any DNA that has been prepared from it. |
| ICH | International Conference on Harmonistation |
| IEC | Independent Ethics Committee |
| IRB | Institutional Review Board |
| LIMS | Laboratory information management system |
| PD | Pharmacodynamic |
| PGx | Pharmacogenetics |
| PK | Pharmacokinetic |
| SNP | Single nucleotide polymorphism |
| mL | Millilitre |
| UK | United Kingdom |

CONFIDENTIAL
AZSER12442663

Clinical Study Protocol Appendix F
Drug Substance quetiapine
Study Code D1441C00125
Appendix Edition Number 1
Appendix Date 25 January 2005

# 1.    BACKGROUND

AstraZeneca plan to include investigations into genetic variations and their effect on drug response as part of the drug development program for all projects where it is considered to be appropriate.  By using this information, the aim is to better understand the impact of genetic variation and how it can be utilised to bring better drugs to the market.

To achieve this goal a systematic collection of deoxyribonucleic acid (DNA) for genetic analysis (derived from blood samples taken from consenting study subjects) will be implemented across a broad range of relevant clinical studies.  The ability to acquire appropriate consent to collect blood samples to establish an archive and allow future meta-analysis of data derived from a number of studies for quetiapine fumarate is of the utmost importance.  This genetic research forms part of this strategy.

## 1.1    Rationale for genetic research

AstraZeneca are conducting numerous investigations into the effects of genetic variation on drug response and on susceptibility to disease.  The ultimate goal is to bring safer and more effective drugs to market.   Research on genetic susceptibility to disease may lead to the identification of novel molecular targets for therapeutic intervention.  Research on the genetics of drug response may lead to improvements in the design and interpretation of clinical trials. If genetic factors that predispose to favorable or unfavorable drug response can be identified, such research could eventually lead to genetically guided treatment strategies.

In particular, AstraZeneca are collecting genetic samples in selected clinical trials involving quetiapine fumarate.  An archive of appropriately consented samples from these trials is essential for realizing the potential of genetic research to improve the health of persons with schizophrenia and other conditions for which quetiapine treatment is being evaluated.

# 2.    GENETIC RESEARCH OBJECTIVES

To obtain, with appropriate informed consent, DNA samples for future exploratory research on the effects of genetic polymorphisms on:

- response to quetiapine fumarate, olanzapine, and risperidone

- susceptibility to schizophrenia

"Response" in this context encompasses efficacy, safety and tolerability.  "Efficacy," in turn, refers to the impact of treatment on symptoms of schizophrenia as assessed by the CGI (Clinical Global Impression).

CONFIDENTIAL
AZSER12442664

Clinical Study Protocol Appendix F
Drug Substance quetiapine
Study Code D1441C00125
Appendix Edition Number 1
Appendix Date 25 January 2005

Genes that may be investigated include the following:

- Genes coding for proteins relevant to glucose metabolism and susceptibility to diabetes.

- Genes coding for proteins relevant to drug distribution, such as drug and ion transport proteins, which may mediate the influx or efflux of quetiapine, olanzapine, or risperidone across cell membranes.  Variations in genes encoding such transporters could plausibly influence pharmacokinetics or response.

- Genes coding for drug metabolizing enzymes such as cytochrome P450 enzymes 3A4, 3A5, and 2D6.  Genetic variations in these enzymes could contribute to pharmacokinetic variability of drugs that are metabolised by them.

- Genes coding for various neurotransmitter receptors at which quetiapine fumarate shows in vitro activity

In addition to the above named genes which we believe may influence therapeutic response, safety or tolerability to quetiapine fumarate it is likely that additional information on other genes important for these drugs and for schizophrenia for which the drug is being developed will become available in the future.  It is, therefore important to retain the possibility of investigating additional genes in the context of quetiapine fumatare clinical study.

Undoubtedly, future research will suggest other genes or gene categories as candidates for influencing not only response to quetiapine fumarate, olanzapine and risperidone but also susceptibility to schizophrenia and other disorders for which quetiapine fumarate may be evaluated.  The optional consent form for this genetic research therefore requests permission to study how genes are involved in disease susceptibility and drug response, and does not list specific genes by name.  It is important to note, however, that the genetic samples in this study will not be used for purposes other than those listed above.

## 3.    GENETIC RESEARCH PLAN AND PROCEDURES

## 3.1    Genetic research plan

This appendix to the Clinical Study Protocol has been subjected to peer review according to AstraZeneca standard procedures.

The subject will be asked to participate in this genetic research and a separate written informed consent will be obtained. This can be done at Visit 1, or at any subsequent visit in the main study, but the signed informed consent must be obtained before any blood sample for genetic research is taken.  If the subject agrees to take part, a single blood sample will be taken.  This will ordinarily occur at Visit 2, but may take place at any subsequent visit where blood samples are taken before the subject completes the main study.

CONFIDENTIAL
AZSER12442665

Clinical Study Protocol Appendix F
Drug Substance quetiapine
Study Code D1441C00125
Appendix Edition Number 1
Appendix Date 25 January 2005

For subjects who have already performed Visit 2 but have not completed or been withdrawn from the study at the time of implementation of this Appendix, the consent can be obtained at any visit, and the blood sample can be taken at the same visit, or at any subsequent visit where blood samples are taken before the subject completes the main study.

## 3.2    Selection of genetic research population

### 3.2.1    Study selection record

All subjects who take part in the main study following approval and implementation of this genetic research will be asked to take part.  Participation in this genetic research is entirely voluntary.  Thus, if a subject declines to participate in this genetic research he or she will not be excluded from participation in the main study or experience any other penalty or loss of benefit.

### 3.2.2    Inclusion criteria

For inclusion in this genetic research, subjects must fulfil all of the inclusion criteria described for the main study protocol **and**:

- Provide informed consent for this genetic sampling and analyses.

### 3.2.3    Exclusion criteria

Exclusion from this genetic research may be for any of the exclusion criteria specified for the main study or either of the following:

- Previous bone marrow transplant

- Transfusion with whole blood in the 120-day period preceding the date of genetic sample collection.

### 3.2.4    Discontinuation of subjects from this genetic research

#### 3.2.4.1    Criteria for discontinuation

Specific reasons for discontinuing a subject from this genetic research are:

- Withdrawal of consent for this genetic research.  A subject may withdraw from this genetic research at any time, independently of any decision concerning participation in other aspects of the main study.  Voluntary discontinuation will not prejudice further treatment.

CONFIDENTIAL
AZSER12442666

Clinical Study Protocol Appendix F
Drug Substance quetiapine
Study Code D1441C00125
Appendix Edition Number 1
Appendix Date 25 January 2005

### 3.2.4.2    Procedures for discontinuation

A subject who discontinues participation in the main study should be asked if he or she also wishes to continue participation in, or withdraw from, this genetic research.  In other words, it must be clearly determined whether the subject:

- agrees to storage of his or her genetic sample and possible future genetic research, or

- wishes to withdraw consent for genetic sample storage and possible future genetic research.

In the latter case the genetic sample will be destroyed.  It is important to note that genetic sample destruction is possible only so long as it is traceable.  If any genetic data has already been generated, AstraZeneca will retain this data for regulatory purposes but will not use such data in any subsequent analyses.  Where possible, reasons for withdrawing should be noted.

The principal investigator is responsible for providing written notification to AstraZeneca if a subject withdraws consent for genetic research.  This notification should identify the subject by his or her enrollment or subject number, and not by name or other personal identifier.  AstraZeneca will provide written confirmation to the investigator that the corresponding genetic sample has been destroyed.  The investigator should communicate this to the subject, and keep this document on file at the study site.

## 4.        GENETIC MEASUREMENTS AND CO-VARIABLES

## 4.1      Summary of genetics objectives and analysis

The purpose of this genetic research is to explore the effects of genetic polymorphisms on response to quetiapine fumarate, risperidone, and quetiapine (including safety, tolerability, and efficacy) and on susceptibility to schizophrenia.

The results of this genetic research will not form part of the clinical study report for this study.  The results may be pooled with genetic data from other studies quetiapine fumarate to generate hypotheses to be tested in future studies.

## 4.2      Collection of samples for genetic research

Subjects will provide a blood sample as per the inclusion criteria and visit schedule.

A single venous blood sample (9 or 10 mL) will be collected into a polypropylene tube containing ethylenediamine tetra-acetic acid (EDTA) and gently inverted a minimum of five times to mix thoroughly.  The tubes will be labelled with the study number and enrolment code and/or randomisation number and date of sample collection.  No personal identifiers (e.g., subject name, initials, date of birth, social security number etc.) will be placed on the tube or accompanying documentation.

CONFIDENTIAL
AZSER12442667

A record of the date of the subject consent to the genetic research and the date of the blood sample collection will be recorded in the appropriate section of the CRF.

Genotype is a stable parameter, therefore if for any reason the blood sample is not drawn at Visit 2 it may be taken at any subsequent visit for the main study.  To minimize unnecessary venipuncture, the blood sample should ordinarily be drawn through the same cannula used to obtain a blood sample required for the main study.

### 4.2.1    Sample processing and shipping

Blood samples for genetic research will be shipped to the central laboratory at ambient temperature so that they arrive at the central laboratory (or DNA extraction laboratory) within 48 hours of being drawn.

A requisition sheet, detailing the protocol study number, centre number, enrolment code and/or randomisation number and date of sample collection, should accompany the shipment.

### 4.2.2    Storage and coding of DNA samples

The processes adopted for the coding and storage of samples for genetic analysis are important to maintain subject confidentiality.

The central laboratory will freeze the blood samples and send them in batches to a separate DNA extraction laboratory.  DNA will be extracted from the blood samples;  in the process, most of the original blood sample will be destroyed, but a small amount will be kept for purposes of quality control.

The genetic samples and data generated from them will be de-identified as follows.  Prior to DNA extraction, the patient's blood sample will have been assigned a unique "DNA number" that replaces the original information on the blood sample tube.  Thereafter, the patient's DNA, as well as any remaining blood (collectively referred to as the "genetic sample") will be identifiable only by the DNA number.  This number will used to identify the genetic sample and corresponding data generated by the AstraZeneca genetics laboratories, or by a designated contract laboratory.  No personal details identifying the individual will be available to any AstraZeneca employee working with the DNA.  In particular, the investigator will not be able to link the blood sample to the subject.

The link between the clinical study/subject number and the DNA number will be maintained in a secure file, referred to as a "link file".  The investigator at the study site will have access to a local file in which the names of subjects enrolled at the study site are recorded alongside the respective study/subject numbers;  however, the investigator will not have access to the link file.  The link file will be stored in a secure environment within AstraZeneca, but separate from the Clinical Genotyping Group LIMS (Laboratory Information Management System) or other database at AstraZeneca, UK that is used to manage genetic data.  The link file will be used exclusively for the following purposes:  to identify relevant genetic samples for analysis, to enable correlation of genotypic results with clinical data, to allow regulatory audit where

CONFIDENTIAL
AZSER12442668

Clinical Study Protocol Appendix F
Drug Substance quetiapine
Study Code D1441C00125
Appendix Edition Number 1
Appendix Date 25 January 2005

this is required by law, and to trace samples for destruction in the case of withdrawal of consent.

Following DNA extraction, all genetic samples will be stored under secure conditions with restricted access at AstraZeneca.  The genetic samples and data derived from them may be made available to groups or organisations working with AstraZeneca.  However, these samples and data will remain the property of AstraZeneca at all times.  AstraZeneca will not give genetic samples or data derived from them to any other parties, except as required by law.

Genetic samples from the present study will be destroyed 15 years following study completion (defined as database lock).  At this time, the link file will also be destroyed.

## 4.3      Genotyping

The generation of genotypic data will generally involve analysis of known polymorphic sites using one of a variety of well-established methods.  Specifically, an initial step consisting of amplification of the target region containing the polymorphism of interest by means of the polymerase chain reaction will be followed by an allele detection/discrimination procedure.  Occasionally, direct DNA sequencing of regions of interest within or near candidate regions may be performed.  It is emphasized that cells from blood samples collected for this genetic research will **not** be propagated or immortalized.

## 5.      MANAGEMENT OF GENETIC RESEARCH DATA

In the case of genotypic data, only the date the subject gave consent to participation in the genetic research and the date the blood sample was taken from the subject will be recorded in the CRF and database.  The genotypic data will not be merged with the clinical dataset collected from the subject population for statistical analysis.

The genotypic data generated from the study will be stored in the AstraZeneca LIMS database or other appropriate system.  This database is a secure database, which is separate from the database used for the main study.  Some or all of the dataset from the main study may be duplicated within the AstraZeneca LIMS database for exploratory genetic analysis.

## 5.1      Reporting of genotypic results

Results from this genetic research will be reported separately from the clinical study report for the main study.  AstraZeneca will not provide individual genotype results to subjects, their family members, any insurance company, an employer, clinical study investigator, general physician or any other third party, unless required to do so by law.  The subject's DNA will not be used for any purpose other than those described in this appendix.

Individual subjects will not be identified in any report or publication resulting from this work. The data and results of this study may be reviewed with collaborators and published, but

CONFIDENTIAL
AZSER12442669

Clinical Study Protocol Appendix F
Drug Substance quetiapine
Study Code D1441C00125
Appendix Edition Number 1
Appendix Date 25 January 2005

neither the subject's name nor any other personal identifiers will appear in any publication or
report.

# 6.    STATISTICAL METHODS AND DETERMINATION OF SAMPLE SIZE

Either of two approaches will generally be employed to study polymorphisms in genes of
interest:

1.    Comparison of marker (allele, genotype, or haplotype) frequencies in cases and
controls

or

2.    Comparison of clinical outcomes or other endpoints (such as adverse event rates, of
laboratory parameters) potentially relevant to drug response in genetically defined
groups.

The number of subjects who will agree to participate in the genetic research is unknown.  It is
therefore not possible to establish whether a statistically relevant number of subjects will
consent to provide sufficient data to be collected to allow a formal statistical evaluation or
whether only descriptive statistics will be generated.  An appropriate statistical analysis plan
will be prepared prior to the generation and analysis of genotypic data.

For studies of genetic susceptibility to disease, appropriately consented control samples will
be derived from other sources.

# 7.    STUDY MANAGEMENT

## 7.1    Monitoring

Before first subject entry into the study, a representative of AstraZeneca will visit the
investigational study site.  In addition to the requirements described in the main study, this
genetic research will be discussed.

During the study, a representative of AstraZeneca will have regular contacts with the
investigational site.  One of the purposes of these visits will be to perform source verification
of the genetic consent of participating subjects and to ensure that the investigational team are
adhering to the specific requirements of this genetic research.

## 7.2    Training of staff

Before the first subject is entered into the study the investigational staff will have an
opportunity to discuss the procedures associated with the collection of blood samples,

CONFIDENTIAL
AZSER12442670

Clinical Study Protocol Appendix F
Drug Substance quetiapine
Study Code D1441C00125
Appendix Edition Number 1
Appendix Date 25 January 2005

extraction of DNA and genetic research with a representative of AstraZeneca. The ethical considerations specific to genotyping and the importance of the informed consent process will be made clear. The requirements for the collections of the subjects' sample will also be made clear.

## 7.3    Changes to the protocol

Any changes to the genetic research will comply with the principles described in Section 7.4 of the main body of the protocol.

## 7.4    Study agreements

The principal investigator is responsible for ensuring that the ethical considerations and processes for genetic sample collection and protection of subject confidentiality that are contained in this Appendix, are understood and followed at the study site.

The principal investigator at each centre must comply with all the terms, conditions, and obligations of the Clinical Study Agreement for this study. In the event of any inconsistency between this Clinical Study Protocol and the Clinical Study Agreement, the Clinical Study Protocol (including this Appendix) shall prevail. Specific reference to requirements relating to this genetic research will be included in the study agreement(s).

# 8.    ETHICS

## 8.1    Ethics review

In addition to documenting IRB/IEC approval of the main study, approval must be obtained for this genetic research and the associated genetic informed consent from the relevant IRB or IEC. It must be clearly stated in the approval that this genetic research is approved. The investigator must submit written approval to AstraZeneca before any subject participates in this genetic research.

## 8.2    Ethical conduct of the study

The study will be performed in accordance with ethical principles that have their origin in the Declaration of Helsinki and are consistent with ICH/Good Clinical Practice, applicable regulatory requirements and the AstraZeneca policy on Bioethics.

For studies including genetic analysis special precautions are taken as described in Section 4.2.2 of this Appendix.

## 8.3    Informed consent

The genetic component of this study is optional and the subject may participate in other components of the study without participating in the genetic component. To participate in the genetic component of the study the subject must sign and date both the consent form for the main study (non-genetic components of the study) and the genetic component of the study.

CONFIDENTIAL
AZSER12442671

Clinical Study Protocol Appendix F
Drug Substance quetiapine
Study Code D1441C00125
Appendix Edition Number 1
Appendix Date 25 January 2005

Copies of both signed and dated consent forms must be given to the subject and the original filed at the study centre.  The principal investigator(s) is responsible for ensuring that consent is given freely and that the subject understands that they may freely discontinue from the genetic aspect of the study at any time.

## 8.4        Subject data protection

All data protection and confidentiality principles, described in the main study protocol, are applicable to this genetic research.

Reference to participation in this genetic research should not be recorded into the subjects' general medical records.  All notes should be kept within the clinical study records.

Due to the exploratory nature of this genetic research, there will be no routine communication of results to subjects.  AstraZeneca will not provide individual genotype results to subjects, any insurance company, any employer, their family members, general physician or any other third party, unless required to do so by law.

Extra precautions are taken to preserve confidentiality and prevent genetic data being linked to the identity of the subject, however, it must be recognised that there are exceptional circumstances where individuals may see both genetic data and a subjects personal identifier, for example in the case of a medical emergency, when AstraZeneca Physicians and investigators might know the subjects' identity and might have access to the genetic data, or during regulatory audit where designated authorities must be permitted access to the relevant files.

15(15)

CONFIDENTIAL
AZSER12442672

|  AstraZeneca | **NOTE TO THE FILE**<br>**Study D1441C00125** |
| --- | --- |

## Signature date for Medial Science Director on local Amendments

In previous SOP dated 1 May 2004, local amendments only required signed approval from Medical Science Director when they included deviations from the CSO/Clinical Development Plan (CDP) and SOPs, or contained changes regarding safety issues. In the current SOP, dated 1 Jan 2005 it is only stated that the Medical Science Director should approve amendments to CSP, without any reference to local amendments. Two local amendments were written at the time when these SOPs changed.

- CSP Amendment Germany dated    08.12.2004
- CSP Amendment Hungary  dated   21 Feb 2005

After discussion with CPM Gunilla Andrew Nielsen we agreed to forward the document to the MSD for information and approval, but that formal signing was optional, not mandatory. No signatures were obtained from him at the time despite several reminders.

A few weeks later the MSD clarified that all local amendments for the project should be signed off, and the documents were resent for signing. Therefore the MSD signature date is obtained later than submission date for these documents.

_____     02 May 2005
Sofia Risberg                                        Date
Clinical Study Delivery Leader

CONFIDENTIAL
AZSER12442673


AstraZeneca

| Clinical Study Protocol Amendment | |
| --- | --- |
| Amendment Number | 1 (local Amendment) |
| Drug Substance | Quetiapine |
| Study Code | D1441C00125 |
| Date | 16.12.2004 |

## A 24-Week, International, Multi-center, Open-label, Flexible-dose, Randomised, Parallel-Group Study to Compare the Effect on Glucose Metabolism of Quetiapine, Olanzapine and Risperidone in the Treatment of Patients with Schizophrenia

**Sponsor:**

AstraZeneca R&D Södertälje,
Forskargatan 20
SE-151 85 Södertälje,
Sweden

**Centres affected by the Amendment:**

This Amendment affects all centres in Germany.

**The protocol for the study is to be amended as follows:**

**Section of protocol affected:**

3.4.4.1 Summary of permitted, restricted and prohibited medications

**Previous text:**

Type of medications:

**Lorazepam** can be used at a maximum daily dose of 4mg/day. When Lorazepam is not available in a given country: **oxazepam** at a maximum daily dose of 60mg/day.

CONFIDENTIAL
AZSER12442674

Clinical Study Protocol Amendment Number 1 (local Amendment)
Drug Substance Quetiapin
Study Code D1441C00125

Timelines and instructions:

Not more than four consecutive days in a 7-day period and not in the week preceding the OGTT unless absolutely necessary, based on investigator's clinical judgement

**Revised Text:**

Type of medications:

**Lorazepam** can be used at a maximum daily dose of 4mg/day. When Lorazepam is not available in a given country: **oxazepam** at a maximum daily dose of 60mg/day.

Timelines and instructions:

Not more than four consecutive days in a 7-day period and not in the week preceding the OGTT unless absolutely necessary, based on investigator's clinical judgement.

In a situation such as first psychotic episodes in acutely ill patients with schizophrenia, medication to treat agitation may be necessary for more than four consecutive days in a 7-day period, ( i.e days prior to randomization and days following randomisation). In such patients the use of lorazepam, up to a maximum of 4 mg/ day (or equivalent dose of oxazepam) during the days preceding randomization and the first 7-day treatment period, can be necessary according to clinical judgment of the investigator. Depending on patient's condition a prolongation of the lorazepam use is allowed for up to 12 consecutive days.

**Reason for Amendment:**

To cover situations where medication to treat agitation is necessary for more than four consecutive days in a 7-day period (e.g. first episodes). In these cases a longer use and/or a slow dose reduction of lorazepam, based on patient's well-being and safety, is a recommended standard treatment in Germany.

**Persons who initiated the Amendment:**

AstraZeneca MC Germany

Signed approval of the Amendment must be documented in Appendix A of the CSP. The general rule is that those who signed the CSP should sign the Amendment ie, CST/LST Physician, CST/LST Leader, Monitor, International Co-ordinating Investigator and the Principal Investigator. AstraZeneca staff does not have to sign an Amendment for each centre in the study. AstraZeneca sign once and copies of the signature sheets are provided to the Principal Investigators, IRB/IECs and Regulatory Authorities.

CONFIDENTIAL
AZSER12442675



| Local German Protocol Amendment No 1: Appendix A | |
|---|---|
| Drug Substance | quetiapine |
| Study Code | D1441C00125 |
| Appendix Edition Number | 1 |
| Appendix Date | 16.12.2004 |

**Appendix A**
**Signatures**

CONFIDENTIAL
AZSER12442676

Local German Protocol Amendment No 1: Appendix A
Drug Substance 16.12.2004
Study Code D1441C00125
Appendix Edition Number 1
Appendix Date 16.12.2004

## ASTRAZENECA SIGNATURE(S)

---

**A 24-Week, International, Multi-centre, Open-label, Flexible-dose, Randomised, Parallel-Group, Phase IV Study to Compare the Effect on Glucose Metabolism of Quetiapine, Olanzapine and Risperidone in the Treatment of Patients with Schizophrenia**

---

This Clinical Study Protocol Amendment to the CSP has been subjected to an internal AstraZeneca peer review.

I agree to the terms of the Clinical Study Protocol, version 1.0 dated 26 Aug 2003, and all amendments to the study protocol: Number 1, dated 19 Dec 2003, Number 2, dated 24 Jun 2004 and this local German Amendment. I will conduct the study according to the procedures specified herein, and according to the principles of Good Clinical Practice (GCP) and local regulations.

AstraZeneca Research and Development
site representative

_Martin Brecher_                      _April 18, 2005_

Martin Brecher                        Date
Product Medical Director              (Day Month Year)

AstraZeneca Pharmaceuticals – US
Clinical CNS – TA
Room OW3-328
1800 Concord Pike
P. O. Box 15437
Wilmington, DE
19850-5437
United States of America

Telephone number:
+ 1 302 886 2634

This document contains confidential information, which should not be copied, referred to, released or published without written approval from AstraZeneca. Investigators are cautioned that the information in this protocol may be subject to change and revision.

CONFIDENTIAL
AZSER12442677

Local German Protocol Amendment No 1: Appendix A
Drug Substance 16.12.2004
Study Code D1441C00125
Appendix Edition Number 1
Appendix Date 16.12.2004

## ASTRAZENECA SIGNATURE(S)

**A 24-Week, International, Multi-centre, Open-label, Flexible-dose, Randomised, Parallel-Group, Phase IV Study to Compare the Effect on Glucose Metabolism of Quetiapine, Olanzapine and Risperidone in the Treatment of Patients with Schizophrenia**

This Clinical Study Protocol Amendment to the CSP has been subjected to an internal AstraZeneca peer review.

I agree to the terms of the Clinical Study Protocol, version 1.0 dated 26 Aug 2003, and all amendments to the study protocol: Number 1, dated 19 Dec 2003, Number 2, dated 24 Jun 2004 and this local German Amendment.  I will conduct the study according to the procedures specified herein, and according to the principles of Good Clinical Practice (GCP) and local regulations.

**AstraZeneca Research and Development site representative**

Sofia Risberg
Clinical Study Team Leader

16 Dec 2004
Date
(Day Month Year)

AstraZeneca R&D Södertälje
Clinical Study Management
SE-151 85 Södertälje,
Sweden

Tel: +46 8 553 260 00 / 238 60
Fax: +46 8 553 291 00
Mobile: REDACTED
sofia.risberg@astrazeneca.com

This document contains confidential information, which should not be copied, referred to, released or published without written approval from AstraZeneca.  Investigators are cautioned that the information in this protocol may be subject to change and revision.

CONFIDENTIAL
AZSER12442678

Local German Protocol Amendment No 1: Appendix A
Drug Substance 16.12.2004
Study Code D1441C00125
Appendix Edition Number 1
Appendix Date 16.12.2004

## ASTRAZENECA SIGNATURE(S)

---

### A 24-Week, International, Multi-centre, Open-label, Flexible-dose, Randomised, Parallel-Group, Phase IV Study to Compare the Effect on Glucose Metabolism of Quetiapine, Olanzapine and Risperidone in the Treatment of Patients with Schizophrenia

---

This Clinical Study Protocol Amendment to the CSP has been subjected to an internal AstraZeneca peer review.

I agree to the terms of the Clinical Study Protocol, version 1.0 dated 26 Aug 2003, and all amendments to the study protocol: Number 1, dated 19 Dec 2003, Number 2, dated 24 Jun 2004 and this local German Amendment. I will conduct the study according to the procedures specified herein, and according to the principles of Good Clinical Practice (GCP) and local regulations.

**AstraZeneca Research and Development site representative**

Dr. Sandra Liedtke
Local Study Team Leader

Date
(Day Month Year)

AstraZeneca GmbH
Tinsdaler Weg 183
D-22880 Wedel, Germany

Tel.: +49-4103-708 3125
Fax: +49-4103-708 73125
Mobil: REDACTED
sandra.liedtke@astrazeneca.com

This document contains confidential information, which should not be copied, referred to, released or published without written approval from AstraZeneca. Investigators are cautioned that the information in this protocol may be subject to change and revision.

CONFIDENTIAL
AZSER12442679

Local German Protocol Amendment No 1: Appendix A
Drug Substance 16.12.2004
Study Code D1441C00125
Appendix Edition Number 1
Appendix Date 16.12.2004

# SIGNATURE OF NATIONAL CO-ORDINATING INVESTIGATOR

**A 24-Week, International, Multi-centre, Open-label, Flexible-dose, Randomised, Parallel-Group, Phase IV Study to Compare the Effect on Glucose Metabolism of Quetiapine, Olanzapine and Risperidone in the Treatment of Patients with Schizophrenia**

This Clinical Study Protocol Amendment to the CSP has been subjected to an internal AstraZeneca peer review.

I agree to the terms of the Clinical Study Protocol, version 1.0 dated 26 Aug 2003, and all amendments to the study protocol: Number 1, dated 19 Dec 2003, Number 2, dated 24 Jun 2004 and this local German Amendment.  I will conduct the study according to the procedures specified herein, and according to the principles of Good Clinical Practice (GCP) and local regulations.

Centre No.:                    **1**

Signature:

03.01.2005

Prof. Dr. med. Wolfgang Gaebel                    Date
Klinik und Poliklinik für Psychiatrie der HHU    (Day Month Year)
Bergische Landstr. 2
40269 Düsseldorf
Tel.: +49-211-922 2000

This document contains confidential information, which should not be copied, referred to, released or published without written approval from AstraZeneca.  Investigators are cautioned that the information in this protocol may be subject to change and revision.

SOP-00008-G T01-01 Appendix A Signatures Template          5(7)
Version 10. Date: 8 November 2004

CONFIDENTIAL
AZSER12442680

Local German Protocol Amendment No 1: Appendix A
Drug Substance 16.12.2004
Study Code D1441C00125
Appendix Edition Number 1
Appendix Date 16.12.2004

## SIGNATURE OF PRINCIPAL INVESTIGATOR

**A 24-Week, International, Multi-centre, Open-label, Flexible-dose, Randomised, Parallel-Group, Phase IV Study to Compare the Effect on Glucose Metabolism of Quetiapine, Olanzapine and Risperidone in the Treatment of Patients with Schizophrenia**

This Clinical Study Protocol Amendment to the CSP has been subjected to an internal AstraZeneca peer review.

I agree to the terms of the Clinical Study Protocol, version 1.0 dated 26 Aug 2003, and all amendments to the study protocol: Number 1, dated 19 Dec 2003, Number 2, dated 24 Jun 2004 and this local German Amendment.  I will conduct the study according to the procedures specified herein, and according to the principles of Good Clinical Practice (GCP) and local regulations.  .

Centre No.:

Signature:

_____          _____
*<<Name, title, address and telephone*          Date
*number>>*          (Day Month Year)

This document contains confidential information, which should not be copied, referred to, released or published without written approval from AstraZeneca.  Investigators are cautioned that the information in this protocol may be subject to change and revision.

CONFIDENTIAL
AZSER12442681

Local German Protocol Amendment No 1: Appendix A
Drug Substance 16.12.2004
Study Code D1441C00125
Appendix Edition Number 1
Appendix Date 16.12.2004

## SIGNATURES OF COMMITTEE MEMBERS

**A 24-Week, International, Multi-centre, Open-label, Flexible-dose, Randomised, Parallel-Group, Phase IV Study to Compare the Effect on Glucose Metabolism of Quetiapine, Olanzapine and Risperidone in the Treatment of Patients with Schizophrenia**

This Clinical Study Protocol Amendment to the CSP has been subjected to an internal AstraZeneca peer review.

We agree to the terms of the Clinical Study Protocol, version 1.0 dated 26 Aug 2003, and all amendments to the study protocol: Number 1, dated 19 Dec 2003, Number 2, dated 24 Jun 2004 and this local German Amendment.  We will conduct the study according to the procedures specified herein, and according to the principles of Good Clinical Practice (GCP) and local regulations.

**Committee:**           **NOT APPLICABLE**
**NO COMMITTEES ARE INVOLVED IN THE STUDY**.

**Members signature:**

_____     _____
*<<Name, title/position and address>>*     Date
(Day Month Year)

_____     _____
*<<Name, title/position and address>>*     Date
(Day Month Year)

_____     _____
*<<Name, title/position and address>>*     Date
(Day Month Year)

_____     _____
*<<Name, title/position and address>>*     Date
(Day Month Year)

This document contains confidential information, which should not be copied, referred to, released or published without written approval from AstraZeneca.  Investigators are cautioned that the information in this protocol may be subject to change and revision.
revision.

SOP-00008-G T01-01 Appendix A Signatures Template      7(7)
Version 10, Date: 8 November 2004

CONFIDENTIAL
AZSER12442682



| Local Hungarian Protocol Amendment | |
| --- | --- |
| Amendment Number | 1 |
| Drug Substance | Quetiapine Fumarate |
| Study Code | D1441C00125 |
| Date | 21 February 2005 |

# A 24-Week, International, Multi-centre, Open-label, Flexible-dose, Randomised, Parallel-Group, Phase IV Study to Compare the Effect on Glucose Metabolism of Quetiapine, Olanzapine and Risperidone in the Treatment of Patients with Schizophrenia

**Sponsor:**

AstraZeneca R&D Södertälje
Forskargatan 20
SE-151 85 Södertälje
Sweden

**Centres affected by the Amendment:**

All centres in Hungary

**The protocol for the study is to be amended as follows:**

**Section of protocol affected:**

Clinical Study Protocol dated 26 August 2003
3.4.4.1 Summary of permitted, restricted and prohibited medications
Table 3 Permitted, restricted and prohibited medications

**Previous text:**

**Lorazepam** can be used at a maximum daily dose of 4 mg / day.  When lorazepam is not available in a given country: **oxazepam** at a maximum daily dose of 60 mg / day.  Not more than four consecutive days in any 7-day period and not in the week preceding the OGTT.  To treat symptoms of agitation.

CONFIDENTIAL
AZSER12442683

Local Hungarian Protocol Amendment 1
Drug Substance Quetiapine Fumarate
Study Code D1441C00125
Date: 21 February 2005

**Revised Text:**

**Alprazolam** can be used at a maximum daily dose of 2 mg / day.  Not more than four consecutive days in any 7-day period and not in the week preceding the OGTT.  To treat symptoms of agitation.

**Reason for Amendment:**

Neither lorazepam nor oxazepam are available in Hungary.

**Section of protocol affected:**

Clinical Study Protocol Amendment No 2 dated 24 June 2004
Restricted medication for the treatment of agitation

**Previous text:**

Type of medication:
**Lorazepam** can be used at a maximum daily dose of 4 mg/day.  When lorazepam is not available in a given country: **oxazepam** at a maximum daily dose of 60 mg/day.
Timelines and instructions
Not more than four consecutive days in any 7-day period and not in the week preceding OGTT unless absolutely necessary, based on investigator's clinical judgment.

**Reason for Amendment:**

There may be situations where medication to treat agitation is necessary during the week before OGTT based on the patient's clinical condition and safety.

**Revised Text:**

Type of medication:
**Alprazolam** can be used at a maximum daily dose of 2 mg / day.
Timelines and instructions
Not more than four consecutive days in any 7-day period and not in the week preceding OGTT unless absolutely necessary, based on investigator's clinical judgment.

**Reason for Amendment:**

Neither lorazepam nor oxazepam are available in Hungary.

**Persons who initiated the Amendment:**

AstraZeneca CRR-CEE Hungary

2(2)

CONFIDENTIAL
AZSER12442684



| Local Hungarian Protocol Amendment 1 | |
| Appendix A | |
| --- | --- |
| Drug Substance | Quetiapine Fumarate |
| Study Code | D1441C00125 |
| Appendix Edition Number | 1 |
| Appendix Date | 21 February 2005 |

**Appendix A
Signatures**

CONFIDENTIAL
AZSER12442685

Local Hungarian Protocol Amendment 1: Appendix A
Drug Substance Quetiapine Fumarate
Study Code D1441C00125
Appendix Edition Number 1
Appendix Date 21 February 2005

## ASTRAZENECA SIGNATURE(S)

**A 24-Week, International, Multi-centre, Open-label, Flexible-dose, Randomised, Parallel-Group, Phase IV Study to Compare the Effect on Glucose Metabolism of Quetiapine, Olanzapine and Risperidone in the Treatment of Patients with Schizophrenia**

This Clinical Study Protocol Amendment to the CSP has been subjected to an internal AstraZeneca peer review.

I agree to the terms of this Clinical Study Protocol, version 1.0 dated 26 Aug 2003, and all amendments to the study protocol: Number 1, dated 19 Dec 2003 and Number 2, dated 24 June 2004 and Number 3, dated 25 January 2005 this local Hungarian Amendment Number 1.

I will conduct the study according to the procedures specified herein, and according to the principles of Good Clinical Practice (GCP) and local regulations.

AstraZeneca Research and
Development site representative

Dr. Bors Zsuzsanna
Clinical Research Director

08/03 / 2005
Date
(Day Month Year)

AstraZeneca CRR-CEE Hungary
H-2045 Törökbálint
Park u. 3.

Telephone number
+36 23 517 325

This document contains confidential information, which should not be copied, referred to, released or published without written approval from AstraZeneca. Investigators are cautioned that the information in this protocol may be subject to change and revision.

2(4)

CONFIDENTIAL
AZSER12442686

Local Hungarian Protocol Amendment 1: Appendix A
Drug Substance Quetiapine Fumarate
Study Code D1441C00125
Appendix Edition Number 1
Appendix Date 21 February 2005

## SIGNATURE OF PRINCIPAL INVESTIGATOR

**A 24-Week, International, Multi-centre, Open-label, Flexible-dose, Randomised, Parallel-Group, Phase IV Study to Compare the Effect on Glucose Metabolism of Quetiapine, Olanzapine and Risperidone in the Treatment of Patients with Schizophrenia**

This Clinical Study Protocol Amendment to the CSP has been subjected to an internal AstraZeneca peer review.

I agree to the terms of this Clinical Study Protocol, version 1.0 dated 26 Aug 2003, and all amendments to the study protocol: Number 1, dated 19 Dec 2003 and Number 2, dated 24 June 2004 and Number 3, dated 25 January 2005 this local Hungarian Amendment Number 1.

**AstraZeneca Clinical Development Team representative**

**Signature:**

Martin Brecher
Product Medical Director

14 april 2005
Date
(Day Month Year)

AstraZeneca Pharmaceuticals – US
Clinical CNS – TA
Room OW3-328
1800 Concord Pike
P. O. Box 15437
Wilmington, DE
19850-5437
United States of America

Telephone number:
+ 1 302 886 2634

This document contains confidential information, which should not be copied, referred to, released or published without written approval from AstraZeneca. Investigators are cautioned that the information in this protocol may be subject to change and revision.

CNS.000-096-008.2.0

*3(4)*

CONFIDENTIAL
AZSER12442687

# SIGNATURE OF PRINCIPAL INVESTIGATOR

---

## A 24-Week, International, Multi-centre, Open-label, Flexible-dose, Randomised, Parallel-Group, Phase IV Study to Compare the Effect on Glucose Metabolism of Quetiapine, Olanzapine and Risperidone in the Treatment of Patients with Schizophrenia

---

This Clinical Study Protocol Amendment to the CS has been subjected to an internal AstraZeneca peer review.

I agree to the terms of this Clinical study protocol, version 1.0 dated 26 Aug 2003, and all amendments to the study protocol: Number 1, dated 19 Dec 2003 and Number 2, dated 24 June 2004 and Number 3, dated 25 January 2005 this local Hungarian Amendment Number 1.

I will conduct the study according to the procedures specified herein, and according to the principles of Good Clinical Practice (GCP) and local regulations.

**Centre No.:**          *<<This may be hand-written onto the page at the time the signature is collected>>*

**Signature:**

_____          _____
*<<Name, title, address and telephone number>>*          Date
                                              (Day Month Year)

This document contains confidential information, which should not be copied, referred to, released or published without written approval from AstraZeneca.  Investigators are cautioned that the information in this protocol may be subject to change and revision.

CONFIDENTIAL
AZSER12442688



**Clinical Study Report: Appendix 12.1.2**

| | |
|---|---|
| Drug Substance | quetiapine |
| Study Code | D1441C00125 |

# Appendix 12.1.2
# Sample Case Report Form

CONFIDENTIAL
AZSER12442689



NOTE TO THE FILE
Study D1441C00125

**Changes in Case Report Form due to Amendment 1**

Amendment 1 to the study protocol was finalized 19 December 2003. However, the CRF was finalized and sent for printing 30 Oct 2003, study plan page 18 Nov 2003. Most of the changes in the Amendment were included in the final CRF, but not all.

After Amendment finalization, the Clinical Study Team at AstraZeneca R&D decided to change one page in the CRF, page 14.02, containing the updated inclusion criteria 5, this page is included in the printed CRF. The other differences between Amendment 1 and the CRF are minor and therefore no more pages were changed. The changes are summarized in the table, which will be included in each CRF for information and clarification.

| Module/Log name | Previous text | Revised text | Pages |
|---|---|---|---|
| Study Plan | HbA1 *not included* at screening (not specified in text). | HbA1c *included* at screening as part of haematology (no new text though). | Study Plan |
| Laboratory Assessments | If plasma glucose is $\geq$ 126 mg/dL (7.0 mmol/L) a fasting plasma glucose sample may be taken to confirm whether subject should be excluded or not, see laboratory manual. | If the patient has a HbA1c > 6.1 but < 7.1%, the patient can proceed to the randomisation visit and perform the OGTT, but the laboratory confirmation fax for the fasting plasma glucose and the 2h glucose from OGTT should be reviewed before the patient is randomised and receives treatment. If the patient does not fulfil the exclusion criteria he/she may be randomised. | Page Ins 11 |
| Eligibility Criteria, Randomization | No previous text. | If the patient has a HbA1c > 6.1 but < 7.1%, the patient can proceed to the randomisation visit and perform the OGTT, but the laboratory confirmation fax for the fasting plasma glucose and the 2h glucose from OGTT should be reviewed before the patient is randomised and receives treatment. If the patient does not fulfil the exclusion criteria he/she may be randomised. | Page Ins 28 |

Sofia Risberg/SCOS/19 February 2004

1/2

2

CONFIDENTIAL
AZSER12442690


AstraZeneca

**NOTE TO THE FILE**
**Study D1441C00125**

**Changes in Case Report Form due to Amendment 1**

| | | | |
|---|---|---|---|
| Visit No 9, Final | *Spontaneously* reported AEs occurring up to 30 days after the last dose of investigational drug should be recorded together with concomitant medication. | *Unsolicited* reported AEs occurring up to 30 days after the last dose of investigational drug should be recorded together with concomitant medication. | Study Plan Check List, #6  Page Ins 90 |
| AELOG | In addition, *spontaneously* reported AEs occurring up to 30 days after the last dose of investigational drug should be recorded together with concomitant medication on AELOG and MED. | In addition, *unsolicited* reported AEs occurring up to 30 days after the last dose of investigational drug should be recorded together with concomitant medication on AELOG and MED. | Page Ins: 88.01 |
| TERM | *Spontaneously* reported AEs occurring up to 30 days after the last dose of investigational drug should be recorded together with concomitant medication | *Unsolicited* reported AEs occurring up to 30 days after the last dose of investigational drug should be recorded together with concomitant medication | Page Ins :90 |
| SIGNL | The signature form is to be signed and dated by an investigator named on the Clinical Study Agreement (CSA) for each subject for visits and corresponding log module pages which are brought to AstraZeneca during and the end of the study after 30 days *spontaneously* reported AE/SAE period. | The signature form is to be signed and dated by an investigator named on the Clinical Study Agreement (CSA) for each subject for visits and corresponding log module pages that are brought to AstraZeneca during and the end of the study after 30 days unsolicited reported AE/SAE period. | Page Ins:91 |

Sofia Risberg
Clinical Study Leader

19 Feb 2004
Date

CONFIDENTIAL
AZSER12442691

AstraZeneca

Study code D1441C00125          Subj initials ...................................          E code | E | | | | | | | |

Centre No.  | | | | |

A201:10

NA

AW2003-07-31

# CASE REPORT FORM

2003-10-30

**4**

CONFIDENTIAL
AZSER12442692

**AstraZeneca**

Study code D1441C00125          Subj initials ...........................          E code  $\lfloor$ E $\lfloor$  $\lfloor$  $\lfloor$  $\lfloor$  $\lfloor$  $\lfloor$  $\rfloor$

Centre No.  $\lfloor$  $\lfloor$  $\lfloor$  $\lfloor$  $\rfloor$

A201110

NA

AW2003-07-31

# A 24-Week, International, Multi-centre, Open-label, Flexible-dose, Randomised, Parallel-Group, Phase IV Study to Compare the Effect on Glucose Metabolism of Quetiapine, Olanzapine and Risperidone in the Treatment of Patients with Schizophrenia

# CASE REPORT FORM

**Investigator**

Name:    .......................................................

**AstraZeneca Monitor**

Name:    .......................................................

Address:   .......................................................

Telephone: .......................................................

Mobile phone: .......................................................

Fax:    .......................................................

Email:   .......................................................

2003-10-30

CONFIDENTIAL
AZSER12442693

# TABLE OF CONTENTS
Study code D1441C00125

General Instructions for the Investigator | GINST | v

**Study Plan**

**Visit 1, Screening**
Visit | VISIT | 1
Demography | DEM | 1
Reminder | RDR | 1
Medical History, Past and Current | HISM | 2
Surgical History | HISS | 2
Psychiatric History | HISPSYC | 3
DSM-IV Diagnosis Criteria | DSMIV | 4
Physical Examination | PHYSAW | 5
Nicotine Use | NIC | 5
Simpson-Angus Scale | SAS | 6
Barnes Akathisia Rating Scale | BARS | 7
Clinical Global Impressions | CGI | 8
Electrocardiogram | ECG | 9
Vital Signs, Weight | VIT | 10
Laboratory Assessments | LAB | 11
Laboratory Assessments, Urinalysis | LABU | 12
Pregnancy Test | PREG | 13
Eligibility Criteria, Screening | CRITAWS | 14.01-03
Check List | CHECK |

**Visit 2, Randomization**
Reminder | RDR |
Personal Evaluation of Transitions in Treatment | PETIT | 15
Visit | VISIT | 16
Adverse Events, Reminder | AERDR | 16
Reminder | RDR |
Vital Signs, Weight, Height, Waist | VIT | 17
Simpson-Angus Scale | SAS | 18
Barnes Akathisia Rating Scale | BARS | 19
Clinical Global Impressions | CGI | 20
Rating of Medication Influences | ROMI | 21.01-02
Laboratory Assessments | LAB | 22
Laboratory Assessments, Oral Glucose Tolerance Test, OGTT | LAB1 | 23-27
Medication, Intake of Glucose | MED1 | 23-27
Eligibility Criteria, Randomization | CRITAWR | 28
Check List | CHECK |

**Visit 3**
Reminder | RDR |
Visit | VISIT | 29

2003-10-30

**6**

CONFIDENTIAL
AZSER12442694

AstraZeneca 〈figure〉                                                        Page ii

## TABLE OF CONTENTS
Study code D1441C00125

| | | |
|---|---|---|
| Adverse Events, Reminder | AERDR | 29 |
| Vital Signs, Weight | VIT | 30 |
| Simpson-Angus Scale | SAS | 31 |
| Barnes Akathisia Rating Scale | BARS | 32 |
| Clinical Global Impressions | CGI | 33 |
| Check List | CHECK | |
| **Visit 4** | | |
| Reminder | RDR | |
| Visit | VISIT | 34 |
| Adverse Events, Reminder | AERDR | 34 |
| Vital Signs, Weight | VIT | 35 |
| Simpson-Angus Scale | SAS | 36 |
| Barnes Akathisia Rating Scale | BARS | 37 |
| Clinical Global Impressions | CGI | 38 |
| Laboratory Assessments | LAB | 39 |
| Check List | CHECK | |
| **Visit 5** | | |
| Reminder | RDR | |
| Visit | VISIT | 40 |
| Adverse Events, Reminder | AERDR | 40 |
| Vital Signs, Weight | VIT | 41 |
| Simpson-Angus Scale | SAS | 42 |
| Barnes Akathisia Rating Scale | BARS | 43 |
| Clinical Global Impressions | CGI | 44 |
| Laboratory Assessments | LAB | 45 |
| Check List | CHECK | |
| **Visit 6** | | |
| Reminder | RDR | |
| Personal Evaluation of Transitions in Treatment | PETIT | 46 |
| Visit | VISIT | 47 |
| Adverse Events, Reminder | AERDR | 47 |
| Vital Signs, Weight | VIT | 48 |
| Simpson-Angus Scale | SAS | 49 |
| Barnes Akathisia Rating Scale | BARS | 50 |
| Clinical Global Impressions | CGI | 51 |
| Rating of Medication Influences | ROMI | 52.01-02 |
| Laboratory Assessments | LAB | 53 |
| Laboratory Assessments, Oral Glucose Tolerance Test, OGTT | LAB1 | 54-58 |
| Medication, Intake of Glucose | MED1 | 54-58 |
| Check List | CHECK | |

2003-10-30

CONFIDENTIAL
AZSER12442695

AstraZeneca

## TABLE OF CONTENTS
Study code D1441C00125

**Visit 7**
| | | |
|---|---|---|
| Reminder | RDR | |
| Visit | VISIT | 59 |
| Adverse Events, Reminder | AERDR | 59 |
| Vital Signs, Weight | VIT | 60 |
| Simpson-Angus Scale | SAS | 61 |
| Barnes Akathisia Rating Scale | BARS | 62 |
| Clinical Global Impressions | CGI | 63 |
| Check List | CHECK | |

**Visit 8**
| | | |
|---|---|---|
| Reminder | RDR | |
| Visit | VISIT | 64 |
| Adverse Events, Reminder | AERDR | 64 |
| Vital Signs, Weight | VIT | 65 |
| Simpson-Angus Scale | SAS | 66 |
| Barnes Akathisia Rating Scale | BARS | 67 |
| Clinical Global Impressions | CGI | 68 |
| Check List | CHECK | |

**Visit 9, Final**
| | | |
|---|---|---|
| Reminder | RDR | |
| Personal Evaluation of Transitions in Treatment | PETIT | 69 |
| Visit | VISIT | 70 |
| Adverse Events, Reminder | AERDR | 70 |
| Simpson-Angus Scale | SAS | 71 |
| Barnes Akathisia Rating Scale | BARS | 72 |
| Clinical Global Impressions | CGI | 73 |
| Rating of Medication Influences | ROMI | 74.01-02 |
| Electrocardiogram | ECG | 75 |
| Vital Signs, Weight, Waist | VIT | 76 |
| Laboratory Assessments | LAB | 77 |
| Laboratory Assessments, Urinalysis | LABU | 78 |
| Laboratory Assessments, Oral Glucose Tolerance Test, OGTT | LAB1 | 79-83 |
| Medication, Intake of Glucose | MED1 | 79-83 |
| Check List | CHECK | |

**Investigational Products**
| | | |
|---|---|---|
| Administration of Investigational Product, Titration Period | REP_TIT | 84 |
| Administration of Investigational Product, Flexible Dose Period | DOSC | 85.01-03 |
| Subject Drug Accountability, Investigational Product | SAC | 86.01-05 |

**Medication**
| | | |
|---|---|---|
| Medication on Entry and During the Study | MED | 87.01-03 |

2003-10-30

CONFIDENTIAL
AZSER12442696



## TABLE OF CONTENTS
Study code D1441C00125

**Adverse Events**
Adverse Events Definitions                              AEDEF
Guide to Interpreting the Causality Question           AECAUS
Adverse Events                                         AELOG        88.01-03

**Serious Adverse Events**
Serious Adverse Event Report                           SAE          89
SAE FAX Report Page

**Termination**
Study Termination                                      TERM         90

**Signature**
Signature Log                                          SIGNL        91.01-02

**Extra Visits**
Visit                                                  VISIT
Adverse Events, Reminder                               AERDR
Visit                                                  VISIT
Adverse Events, Reminder                               AERDR
Visit                                                  VISIT
Adverse Events, Reminder                               AERDR

2003-10-30

CONFIDENTIAL
AZSER12442697

AstraZeneca

## GENERAL INSTRUCTIONS FOR THE INVESTIGATOR

**General Instructions for the Investigator**                                    **GINST**

**When completing this CRF, please**
- Use a ballpoint, fine-tip pen (permanent ink), black or blue.

- Make sure that all entries are clear and legible, preferably in block letters.

- Use English and specific medical terminology.

- Make corrections by drawing a single line through the incorrect item, which must remain legible, and write the correct data next to it.
  Do not use correction fluids or any other method of erasure!

- Date and initial all corrections and changes.

- Tick closed boxes and circles.  ☑  ⓥ
  (Circles will not be entered into the database)

- Fill in open boxes. �framebox5

- Do not complete the 'AstraZeneca use only' fields.

**Do not use**
- abbreviations and acronyms

- symbols (for example '↑ BP' should be written 'elevated blood pressure'),

- cross-references like 'See MED' or 'see above' in 'Specify' fields.

**Subject Initials**
Subject initials must remain consistent throughout the CRF. The format may conform with local practices.

**Date**
Always use the international ISO 8601 date format: yyyymmdd.
Thus the 14th June 2001 is written ⌊2ˌ0ˌ0ˌ1ˌ0ˌ6ˌ1ˌ4⌋
                                          year        mm     dd

**Time**
Always use the 24-hour clock format (19:00 instead of 7pm).
Record midnight as 00:00 (not 24:00) and note the new date.

**Missing Data**
If some information has been impossible to obtain, please strike out the field/box and explain briefly next to the field/box why the information is missing.

**Historical dates**
If a historical date, or part of a historical date, has been impossible to obtain, please fill in as much as is known and strike out the remaining field(s).



**Sic**
Indicate data which are unusual or unexpected but still correct by noting 'Sic' next to that data. Sic can be understood as '**so is c**orrect'.

2003-10-30

CONFIDENTIAL
AZSER12442698

# Study Plan

CONFIDENTIAL
AZSER12442699

Clinical Study Protocol Amendment No. 1
Study code D1441C00125

**Table 1**  Study plan

| VISIT | SCREENING | RANDO-MISATION | TREATMENT PERIOD | | | | | | | Extra visit(s) when required |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3ª | 4 | 5 | 6 | 7 | 8 | 9/Final^b | |
| DAY | <-14 days | D1 | D7 | D28 | D56 | D84 | D112 | D140 | D168 | |
| WEEK | | W0 | W1 | W4 | W8 | W12 | W16 | W20 | W24 | |
| Informed consent, demography, medical and psychiatric history (incl. concurrent conditions) and smoking habits | √ | | | | | | | | | |
| Inclusion/exclusion criteria | √ | √ (confirm) | | | | | | | | |
| Physical Examination | √ | | | | | | | | | |
| Clinical Global Impression Severity Of Illness (CGI-S) and Improvement (CGI-I)^c | CGI-S only | CGI-S only | √ | √ | √ | √ | √ | √ | √ | |
| Personal Evaluation of Transitions in Treatment (PETiT)^d | | √ | | | | √ | | | √ | |
| Reasons for compliance – ROMI scale | | √ | | | | √ | | | √ | |
| 12 lead ECG | √ | | | | | | | | √ | |
| Blood pressure and pulse rate | √ | √ | √ | √ | √ | √ | √ | √ | √ | |
| Weight and height (randomisation only) | √ | √ | √ | √ | √ | √ | √ | √ | √ | |
| Waist circumference | | √ | | | | | | | √ | |
| Urine analysis | √ | | | | | | | | √ | |
| Urine Drug Screen/toxicology | √ | | | | | | | | | |
| Blood collection for clinical chemistry, thyroid function tests and serum HCG pregnancy test (females, screening only) | (incl glucose) | | | | | | | | √ | |
| Blood collection for haematology | √ | | | | | | | | √ | |
| Fasting Oral Glucose Tolerance Test (OGTT)^e | | √ | | | | | | | √ | |
| Lipid profile (TG, total cholesterol HDL, LDL) and prolactin level^f | | √ | | | | √ | | | √ | |

9(35)

**12**

THIS IS A PRINTED COPY OF AN ELECTRONIC DOCUMENT. PLEASE CHECK ITS VALIDITY BEFORE USE.

GEL Version ID: CMS.000-058-135_3.0                    Date Printed: 18-Nov-2003
Approved
Approved by Totka-Rockwell Henriett HT 10 Nov 2003 17:55:27

CONFIDENTIAL
AZSER12442700

Clinical Study Protocol Amendment No. 1
Study code D1441C00125

| VISIT | SCREENING | RANDO-MISATION | TREATMENT PERIOD | | | | | | | Extra visit(s) when required |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3ᵃ | 4 | 5 | 6 | 7 | 8 | 9 /Finalᵇ | |
| DAY | <-14 days | D1 | D7 | D28 | D56 | D84 | D112 | D140 | D168 | |
| WEEK | | W0 | W1 | W4 | W8 | W12 | W16 | W20 | W24 | |
| Fasting glucose, insulin, hemoglobin A1C and C-peptideᶠ | | | | | | | | | √ | |
| Adverse Events | √ | √ | √ | √ | √ | √ | √ | √ | √ᵍ | √ |
| Simpson & Angus Scale (SAS) / Barnes Akathisia Rating Scale (BARS) | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ |
| Previous Antipsychotic Medication | √ | √ | √ | | | | | | | If appl |
| Anticholinergic medication | √ | √ | √ | √ | √ | √ | √ | √ | √ | If appl |
| Other Prior and/or Concomitant Medication | √ | √ | √ | √ | √ | √ | √ | √ | √ᵉ | If appl |
| Randomisation | | √ | | | | | | | | |
| Trial Medication form | | √ | √ | √ | √ | √ | √ | √ | √ | If appl |
| Dispensing of investigational products | | √ | √ | √ | √ | √ | √ | √ | | If appl |
| Investigational products accountability and compliance | | | √ | √ | √ | √ | √ | √ | √ | If appl |
| Termination of study module in CRF | | | | | | | | | √ | |

ᵃ Extra visit can be made between Visits 2 and 3 to ensure correct dosing.
ᵇ Final visit / Week 24 assessments should be conducted at the end of treatment for patients who are discontinued.
ᶜ Including Global Improvement for all visits other than the screening and randomisation visits.
ᵈ Assessed prior to fasted overnight condition.
ᵉ Conducted after 8-14 hours fasting condition.
ᶠ Conducted after 8-14 hours fasting condition in connection with OGTT baseline sampling.
ᵍ **Spontaneously reported AEs occurring up to 30 days after the last dose of investigational product should be recorded together with concomitant medications in the appropriate sections of the CRF.**

**Visits should be planned to maintain visit structure relative to baseline.  Visit window:  Visit 3 visit interval ± 1 day, visits 4-9 visit interval ± 7 Days,**

10(35)

THIS IS A PRINTED COPY OF AN ELECTRONIC DOCUMENT.  PLEASE CHECK ITS VALIDITY BEFORE USE.

GEL Version ID: CMS.000-058-135_3.0
Approved
Approved by Totka-Rockwell Henriett HT 10 Nov 2003 17:55:27          Date Printed: 18-Nov-2003

13

CONFIDENTIAL
AZSER12442701

# Visit 1, Screening

CONFIDENTIAL
AZSER12442702

Page Ins: 1

## INSTRUCTIONS FOR THE INVESTIGATOR

### Visit

VISIT

Visit date must be the same day or a later date than the written Informed Consent Form date is signed by Subject.

Assign Subject an enrolment code (E + Centre 4 digits + Subject 3 digits).
For example ⌊E⌋1⌊2⌋0⌊1⌋0⌊0⌋1⌋

DEM, HISM, HISS, HISPSYC and NIC should be performed on the same day as Visit date.

### Demography

DEM

**Date of birth**
A complete date should be filled in. If the exact date is not known, estimate the date as closely as possible and note 'Estimated date'.

**Sex, Race**
Tick only one box.

**Racial categories - geographical origin**
Geographical origin does not necessarily refer to the individual Subject's place of birth but to the geographical origin of his/her group. A Japanese person, even if second or third generation American, still belongs to the Oriental race category.

| *Caucasian* | *Black* | *Oriental* |
|---|---|---|
| - Europe | - Africa (except for North Africa) | - Asia (except for Asian countries listed under Caucasian) |
| - India | | - Greenland |
| - Pakistan | | |
| - Afghanistan | | |
| - Arabia | | |
| - North Africa | | |
| - Middle East countries | | |
| - Asia Minor | | |

Under 'Other', such groups as Aboriginal, Maori, Melanesian, Pygmean, and Tamil as well as mixed races are suggested.

**NB:** If there has been any change to the information provided in this module, after an SAE has been reported, please ensure that the updated information has been/is faxed immediately to AstraZeneca.

2003-10-30

**15**

CONFIDENTIAL
AZSER12442703

AstraZeneca

Page 1

Study code D1441C00125

Subj initials ........................

E code | E | | | | | | |

Centre No. | | | | |

Visit No. 1, Screening

## Visit

**VISIT**

Visit date | 2 | 0 | | | | | |
year    mm    dd

## Reminder

**RDR**

**Before you do anything else ...**

Please make sure that Subject has signed and dated the Inform Consent Form, before conducting any study specific procedures.

## Demography

**DEM**

**Date of birth**

| | | | | | |
year    mm    dd

**Sex**

Male ☐ 1

Female ☐ 2

**Race**

Caucasian ☐ 1

Black ☐ 2

Oriental ☐ 3

................................ ☐ 99
Other

2003-10-30

**16**

CONFIDENTIAL
AZSER12442704

Page Ins: 2

## INSTRUCTIONS FOR THE INVESTIGATOR

### Medical  History, Past and Current                                    HISM

**'Has Subject any relevant medical conditions'**
'relevant' here excludes lesser conditions with no obvious importance for the purposes of this study, such as

- common diseases of childhood
- accidental fractures unless resulting in sequelæ,
- minor symptomatic conditions.

**Condition**
Use specific medical terminology.
If there are known diabetes type II in the family, record under Condition: "Diabetes relative" and tick Current.

**Past**
A condition which Subject has had in the past and which has been declared cured. Example: pneumonia.

**Past and Current**
Subject has a new instance of this condition (pneumonia in this example) at the time of the visit.
Record Past and Current instances on separate lines.

**Current**
Conditions which are not cured, but where Subject may be symptom-free at the time of the visit, are recorded as current. Examples: asthma, rhinitis, migraine, hypertension.

**If medication...**
Note that PRN (= Pro Re Nata: medication to be taken when needed) is also to be considered.

### Surgical History                                                     HISS

**'Has Subject undergone any relevant surgery'**
'relevant' could be tubal ligation, hysterectomy. Excludes surgery with no obvious importance for the purposes of this study.
The disease leading to a surgical procedure should be recorded on HISM only if the disease is 'relevant'.

**If medication...**
Note that PRN (= Pro Re Nata: medication to be taken when needed) is also to be considered.

2003-10-30

**17**

CONFIDENTIAL
AZSER12442705

AstraZeneca

Study code D1441C00125          Subj initials .........................          E code ⌊E⌋⌊ ⌋⌊ ⌋⌊ ⌋⌊ ⌋⌊ ⌋⌊ ⌋

Visit No. 1, Screening

## Medical History, Past and Current

**HISM**

Has Subject any relevant medical conditions other than Schizophrenia

No ☐0   Yes ☐1   If Yes, specify below

*Condition*

|   | | Past | Current |
|---|---|---|---|
| 1 | ............................................................................... | ☐1 | ☐2 |
| 2 | ............................................................................... | ☐1 | ☐2 |
| 3 | ............................................................................... | ☐1 | ☐2 |
| 4 | ............................................................................... | ☐1 | ☐2 |
| 5 | ............................................................................... | ☐1 | ☐2 |
| 6 | ............................................................................... | ☐1 | ☐2 |
| 7 | ............................................................................... | ☐1 | ☐2 |

☞ **If medication is currently being taken for any of the above conditions, fill in MED, Section Medication**

## Surgical History

**HISS**

Has Subject undergone any relevant surgery

No ☐0   Yes ☐1   If Yes, specify below

*Surgical procedure*

1 ...............................................................................................................

2 ...............................................................................................................

3 ...............................................................................................................

☞ **If medication is currently being taken for any of the above surgeries/procedures, fill in MED, Section Medication**

2003-10-30

CONFIDENTIAL
AZSER12442706

## INSTRUCTIONS FOR THE INVESTIGATOR

AW03-09

**Psychiatric History**                                                                      **HISPSYC**

**Year of first known diagnosis of schizophrenia**
Provide the first known year Subject was diagnosed with schizophrenia.

**Family members with known diagnosis of schizophrenia**
Only take into account first degree relatives.

**Total No. of schizophrenic episodes over lifetime**
Provide the total number of episodes Subject has had over his lifetime.

2003-10-30

CONFIDENTIAL
AZSER12442707

AstraZeneca                                                                    Page 3

Study code D1441C00125          Subj initials ........................          E code | E | | | | | | | |

Visit No. 1, Screening

## Psychiatric History                                                        HISPSYC

Year of first known diagnosis of schizophrenia          | | | | |

Family members with known diagnosis of schizophrenia

No    Yes
☐ 0   ☐ 1

Total No. of schizophrenic episodes over lifetime       | | |

☞ **If antipsychotic and/or anticholinergic medication is currently being taken fill in MED, Section Medication**

2003-10-30

**20**

CONFIDENTIAL
AZSER12442708

Page Ins: 4

## INSTRUCTIONS FOR THE INVESTIGATOR

**DSM-IV Diagnosis Criteria**                                                **DSMIV**

Enter the date when the assessment was performed.

**Psychiatric Disorder**
Diagnosis is determined from the psychiatric history, and/or psychiatric
diagnostic assessment tools.  Please tick only one box.

2003-10-30

*21*

CONFIDENTIAL
AZSER12442709

AstraZeneca

Study Code D1441C00125          Subj initials ...........................          E code | E |  |  |  |  |  |  |  |

Visit No. 1, Screening

## DSM-IV Diagnosis Criteria

**DSMIV**

Date of
assessment          | 2 | 0 |  |  |  |  |  |  |
                      year        mm      dd

Psychiatric Disorder (tick one only)

Schizophrenia, Disorganized Type                    ☐ 295.1

Schizophrenia, Catatonic Type                       ☐ 295.2

Schizophrenia, Paranoid Type                        ☐ 295.3

Schizophrenia, Residual Type                        ☐ 295.6

Schizophrenia, Undifferentiated Type                ☐ 295.9

2003-10-30

**22**

CONFIDENTIAL
AZSER12442710

Page Ins: 5

## INSTRUCTIONS FOR THE INVESTIGATOR

**Physical Examination**                                                    **PHYSAW**

Enter the date the assessment was performed.

Make the examination in accordance with your normal clinic routines.

If a condition is abnormal, please specify the abnormality.

**Head and neck**
Please include head, ears, eyes, nose, and throat in this examination.

Only tick 'Not done' if the Subject refuses or if the examination of a part of the body is not possible.

**Nicotine Use**                                                           **NIC**

Tick current status.

**Any other current nicotine use**
For example nicotine gum, tobacco snuff, chewing tobacco, nicotine patch and nicotine spray.

2003-10-30

*23*

CONFIDENTIAL
AZSER12442711

AstraZeneca

Page 5

Study Code D1441C00125          Subj initials ........................          E code ⌐E⌐|⌐|⌐|⌐|⌐|⌐|

Visit No. 1, Screening

## Physical Examination

**PHYSAW**

Assessment date   ⌐|2|0|⌐|⌐|⌐|⌐|⌐|⌐|
year      mm      dd

*Specification of abnormalities*

|  | Normal | Abnormal | Not done | |
|---|---|---|---|---|
| General appearance | ☐ 0 | ☐ 1 | ☐ 95 | .............................................. |
| Skin | ☐ 0 | ☐ 1 | ☐ 95 | .............................................. |
| Head and neck | ☐ 0 | ☐ 1 | ☐ 95 | .............................................. |
| Lymph nodes | ☐ 0 | ☐ 1 | ☐ 95 | .............................................. |
| Thyroid | ☐ 0 | ☐ 1 | ☐ 95 | .............................................. |
| Musculoskeletal/Extremities | ☐ 0 | ☐ 1 | ☐ 95 | .............................................. |
| Cardiovascular | ☐ 0 | ☐ 1 | ☐ 95 | .............................................. |
| Lungs | ☐ 0 | ☐ 1 | ☐ 95 | .............................................. |
| Abdomen | ☐ 0 | ☐ 1 | ☐ 95 | .............................................. |
| Neurological | ☐ 0 | ☐ 1 | ☐ 95 | .............................................. |

## Nicotine Use

**NIC**

|  | No | Yes |
|---|---|---|
| Current smoker | ☐ 0 | ☐ 1 |
| Any other current nicotine use | ☐ 0 | ☐ 1 |

2003-10-30

CONFIDENTIAL
AZSER12442712

Page Ins: 6

## INSTRUCTIONS FOR THE INVESTIGATOR

**Simpson-Angus Scale**                                                      **SAS**

Refer to the workbook for scale instructions.

Perform the scale in the workbook then transfer the score to CRF page.

Enter the date when the SAS assessment was performed.

Provide one rating for each item score by putting the appropriate whole number in the corresponding box.

Sign in the Rater's initials box. It is recommended that the same Certified Investigator should perform all SAS assessments for a Subject.

2003-10-30

**25**

CONFIDENTIAL
AZSER12442713

AstraZeneca

Page 6

Study Code D1441C00125        Subj initials .................................        E code |E|_|_|_|_|_|_|

Visit No. 1, Screening

**Simpson-Angus Scale**                                                        **SAS**

Date of assessment        |2|_0|_|_|_|_|_|_|_|
                              year      mm    dd

1.   Gait                    |__|

2.   Arm dropping            |__|

3.   Shoulder shaking        |__|

4.   Elbow rigidity          |__|

5.   Wrist rigidity          |__|

6.   Head rotation           |__|

7.   Glabella tap            |__|

8.   Tremor                  |__|

9.   Salivation              |__|

10.  Akathisia              |__|

┌────────────────────┐
│ Rater´s initials   │
│                    │
└────────────────────┘

Total Score        |_____|

AW03.07   N/A   AW2003-07-31

2003-10-30

**26**

CONFIDENTIAL
AZSER12442714

Page Ins: 7

## INSTRUCTIONS FOR THE INVESTIGATOR

**Barnes Akathisia Rating Scale**                                      **BARS**

Refer to the workbook for scale instructions.

Perform the scale in the workbook then transfer the score to CRF page.

Enter the date when the BARS assessment was performed.

Provide one rating for each item score by putting the appropriate whole number in the corresponding open box.

Sign in the Rater's initials box. It is recommended that the same Certified Investigator should perform all BARS assessments for a Subject.

2003-10-30

**27**

CONFIDENTIAL
AZSER12442715

AstraZeneca

| Study Code D1441C00125 | Subj initials ......................... | E code | E | | | | | | | | |

Visit No. 1, Screening

## Barnes Akathisia Rating Scale

**BARS**

AW03.07

N/A

AW2003-07-31

Date of assessment    | 2 | 0 | | | | | | |
year     mm     dd

1. Objective                                                    □

2. Subjective awareness of restlessness       □

3. Subjective distress related to restlessness   □

    Total Score (items 1-3)                            □

4. Global clinical assessment of akathisia      □

Rater's initials

2003-10-30

**28**

CONFIDENTIAL
AZSER12442716

Page Ins: 8

## INSTRUCTIONS FOR THE INVESTIGATOR

**Clinical Global Impressions**                                                    **CGI**

**Date**
Enter the date when the assessment was performed.

**Severity of illness**
Evaluate the severity of Subject's mental illness based on your total experience with this particular Subject population. Assess based on the present or previous week's experience. Rate on a seven-point spectrum (1=normal, 7=among the most severely ill patients). Tick only one box.

**Rater's initials**
Sign in the Rater's initials box. It is recommended that the same Certified Investigator should perform all CGI assessments for a Subject.

CN011-07

NA

AW2003-07-31

2003-10-30

**29**

CONFIDENTIAL
AZSER12442717

AstraZeneca

Study code D1441C00125          Subj initials ...................................          E code | E | | | | | | |

Visit No. 1, Screening

CN01-07

NA

AW2003-07-31

## Clinical Global Impressions

CGI

Date of assessment          | 2 | 0 | | | | | | |
                                                    year      mm      dd

### 1. Severity of illness

Considering your total clinical experience with this particular population, how mentally ill is Subject at this time?

Normal, not at all ill          ☐ 1

Borderline mentally ill          ☐ 2

Mildly ill          ☐ 3

Moderately ill          ☐ 4

Markedly ill          ☐ 5

Severely ill          ☐ 6

Among the most
extremely ill Subjects          ☐ 7

Rater´s initials

2003-10-30

**30**

CONFIDENTIAL
AZSER12442718

Page Ins: 9

## INSTRUCTIONS FOR THE INVESTIGATOR

**Electrocardiogram**                                                                    **ECG**

A 12-lead ECG should be recorded.

If the ink of the printout cannot withstand sufficient time of archiving, a copy should be taken and attached to the original.

**NB:** Please enclose the signed ECG printout next to this instruction page.

2003-10-30

*31*

CONFIDENTIAL
AZSER12442719

AstraZeneca

Study code D1441C00125          Subj initials ...................................          E code | E | | | | | | |

Visit No. 1, Screening

## Electrocardiogram                                                    ECG

Date of ECG   | 2 | 0 | | | | | | |
              year        mm      dd

Overall          Normal    Abnormal    If Abnormal,
evaluation       [  ]0     [  ]1       please specify   ...................................................................

2003-10-30

CONFIDENTIAL
AZSER12442720

Page Ins: 10

## INSTRUCTIONS FOR THE INVESTIGATOR

**Vital Signs, Weight**                                            **VIT**

**Pulse and blood pressure**
Let Subject rest for 3 minutes before sitting pulse and blood pressure.

Let Subject stand for 2 minutes before standing pulse and blood pressure.

Assess the pulse by palpation for 1 minute.
Use a Sphygmomanometer and measure the blood pressure to the nearest mmHg.
Use the same size of cuff (suitable for the individual Subject) on the right arm
throughout the study.

**Weight**
Subject should wear light clothing and no shoes during the weight assessment.
Use the same scale at each visit.

CONFIDENTIAL
AZSER12442721

AstraZeneca ⬥

Page 10

| Study code D1441C00125 | Subj initials .............................. | E code | E | | | | | | | |

Visit No. 1, Screening

**Vital Signs, Weight**                                                            **VIT**

Assessment date    | 2 | 0 | | | | | | |
                     year        mm    dd

Pulse, sitting     | | | | beats/min

Blood pressure,    | | | | / | | | | mmHg
sitting              systolic       diastolic

Pulse, standing    | | | | beats/min

Blood pressure,    | | | | / | | | | mmHg
standing             systolic       diastolic

Weight             | | | | . | | kg

2003-10-30

**34**

CONFIDENTIAL
AZSER12442722

## INSTRUCTIONS FOR THE INVESTIGATOR

**Laboratory Assessments**                                                    **LAB**

Label and fill sample tubes according to laboratory instructions.

Record the sampling date and time.

Subject does not need to be fasting.

If plasma glucose is ≥126 mg/dL (7.0 mmol/L) a fasting plasma glucose sample may be taken to confirm whether Subject should be exluded or not, see laboratory manual.

Laboratory results will be provided by the central laboratory, Covance.

Sign and date the laboratory results after review.


**NB:** Please enclose the signed and dated paper copy of laboratory report next to this instruction page.


**Extra blood samples**
Please tick the No circle when extra samples were not taken.

2003-10-30

*35*

CONFIDENTIAL
AZSER12442723

AstraZeneca

Study code D1441C00125          Subj initials ................................          E code | E | | | | | | | |

Visit No. 1, Screening

## Laboratory Assessments

**LAB**



| | Visit 1 | Extra blood samples have been taken | Extra blood samples have been taken |
|---|---|---|---|
| | | No   Yes | No   Yes |
| Sampling date | | 2 0 _ year _ mm _ dd | | 2 0 _ year _ mm _ dd | | 2 0 _ year _ mm _ dd |
| Sampling time | _ : _ 24-hour clock | _ : _ 24-hour clock | _ : _ 24-hour clock |
| Subject fasting | No [ ]0   Yes [ ]1 | No [ ]0   Yes [ ]1 | No [ ]0   Yes [ ]1 |
| Laboratory ID | | 1 | | 1 | | 1 |

2003-10-30

CONFIDENTIAL
AZSER12442724

Page Ins: 12

## INSTRUCTIONS FOR THE INVESTIGATOR

**Laboratory Assessments, Urinalysis**                                      **LABU**
**Including Urine Toxicology Screen**

Label and fill sample container according to laboratory instructions.

Record the sampling date and time.

Laboratory results will be provided by the central laboratory, Covance.

Sign and date the laboratory results after review.


**NB:** Please enclose the signed and dated paper copy of laboratory report next to this instruction page.


**Extra urine samples**
Please tick the No circle when extra samples were not taken.

2003-10-30

*37*

CONFIDENTIAL
AZSER12442725

AstraZeneca

Page 12

Study code D1441C00125          Subj initials ...........................     E code | E | | | | | | |

---

Visit No. 1, Screening

---

**Laboratory Assessments, Urinalysis**                                           **LABU**
**Including Urine Toxicology Screen**



| | Visit 1 | Extra urine samples have been taken | Extra urine samples have been taken |
|---|---|---|---|
| | | No   Yes | No   Yes |
| Sampling date | | 2 0 | year   mm   dd | 2 0 | year   mm   dd | 2 0 | year   mm   dd |
| Sampling time | | : | 24-hour clock | : | 24-hour clock | : | 24-hour clock |
| Laboratory ID | | 1 | 1 | 1 |

A201-10

NA

AW2003-07-31

2003-10-30

*38*

CONFIDENTIAL
AZSER12442726

Page Ins: 13

## INSTRUCTIONS FOR THE INVESTIGATOR

**Pregnancy Test**                                                                                      **PREG**

**Assessment applicable for Subject**
For males, surgically sterile females, and post-menopausal females,
tick 'No'.

**Testing**
Label and fill sample tube according to laboratory instructions.
Record the sampling date.

**Positive test**
For a positive pregnancy test, Subject should be discontinued.

2003-10-30

*39*

CONFIDENTIAL
AZSER12442727

AstraZeneca

Page 13

Study code D1441C00125          Subj initials ...........................          E code | E | | | | | | |

**Visit No. 1, Screening**

**Pregnancy Test**                                                        **PREG**

Assessment applicable          No      Yes
for Subject                    ☐₀     ☐₁     If Yes, fill in below

Sampling date                  | 2 | 0| | | | | | |
                                       year      mm      dd

Pregnancy test,               Neg     Pos
serum                         ☐₀     ☐₁     If Positive, withdraw Subject and fill in TERM,
                                             Section Termination

2003-10-30

**40**

CONFIDENTIAL
AZSER12442728

Page Ins: 14

## INSTRUCTIONS FOR THE INVESTIGATOR

**Eligibility Criteria, Screening**                                                    **CRITAWS**

Subject who does not fulfill the eligibility criteria should be discontinued from further participation and the applicable part of the CRF should be completed.

Some of the eligibility criteria can only be answered after received ECG and laboratory results. Complete these boxes when results are available before Visit 2, Randomization.

If a Subject discontinues from the study the E code should not be re-used and the Subject is not allowed to re-enter the study.

**Fridericia correction for heart rate**
Is calculated QTc = $QT/RR^{1/3}$

2003-10-30

CONFIDENTIAL
AZSER12442729

AstraZeneca

Study Code D1441C00125          Subj initials ..............................          E code | E | | | | | | |

Visit No. 1, Screening

## Eligibility Criteria, Screening                                    CRITAWS

Date Subject signed consent        | 2 | 0 | | | | | |
                                    year      mm    dd

### Inclusion criteria

|   |   | No | Yes |
|---|---|---|---|

1   Provision of written informed consent before initiation of any study-related procedures.     No ☐ 0   Yes ☐ 1

2   Female or male aged ≥18 to ≤65 years.     ☐ 0   ☐ 1

3   Documented clinical diagnosis of schizophrenia, as defined by DSM-IV (Diagnostic and Statistical Manual of Mental Disorders, 4 th edition). See Appendix C for DSMIV criteria.     ☐ 0   ☐ 1

4   Patients who have not previously used antipsychotic medication or who have shown poor tolerance or inadequate response* to their previous antipsychotic medication in the opinion of the investigator.
* persistent aggression/hostility, cognitive impairment, negative, positive or general psychopathology symptoms.     ☐ 0   ☐ 1

5   Patient's ability, in the investigator's opinion, to understand and comply with repeated OGTT procedures (including procedures to ensure fasting, three times during the study) and other study requirements.     ☐ 0   ☐ 1

6   Female patients of childbearing potential must have a negative serum pregnancy test at screening and be willing to use a reliable method of birth control, ie, barrier method, oral contraceptive, implant, long-term injectable contraceptive, intrauterine device, or tubal ligation during the study.     No ☐ 0   Yes ☐ 1   N/A ☐ N

**All Inclusion Criteria must be answered Yes for the Subject to qualify for this study**

continues

2003-10-30

**42**

CONFIDENTIAL
AZSER12442730

AstraZeneca

Page 14.02

Study Code D1441C00125 | Subj initials ..................................... | E code |E| | | | | | | |

Visit No. 1, Screening

## Eligibility Criteria, Screening, continued

CRITAWS

### Exclusion criteria

|   |   | No | Yes |
|---|---|---|---|
| 1 | Patients who have been taking any of the tested atypical antipsychotics (quetiapine, olanzapine, risperidone), clozapine or chlorpromazine during the previous three months and/or valproic acid, lithium or antidepressants within the past month prior to randomization. | ☐ 0 | ☐ 1 |
| 2 | Administration of a depot antipsychotic injection within one dosing interval (for the depot) before randomization. | ☐ 0 | ☐ 1 |
| 3 | Chronic or frequent use of the following drugs or any medical illness likely to require chronic or frequent treatment with any of the following drugs (which are known to affect or cause changes in glucose metabolism):<br>-Oral, intravenous, steroids (except for inhalation or topical use) within the past two weeks prior to randomization.<br>-Isotretinoin, orlistat and/or sibutramine within the past three months of randomization. | ☐ 0 | ☐ 1 |
| 4 | Patients who have recently started to use compounds that could potentially affect insulin sensitivity. If the patient has used the compound for at least one month before randomization he/she can be included and may continue the treatment. It is recommended that the dosage is kept unchanged during the study.<br>Examples of such compounds are: oral betablockers, thiazide diuretics, statins, fibrates, nicotinic acids, resins or omega-3-fatty acids, alpha-blockers, warfarin, inositol nicotinat, ketokonazol, lipid-lowering dietary supplements, vitamin A (>5000 IU/d) and analogues, vitamin E (>50 IU/d), Benecol (the cholesterol lowering margarine) or fish oils. | ☐ 0 | ☐ 1 |
| 5 | Patients with known diagnosis of diabetes mellitus, HbA1c ≥7.1% or fasting plasma glucose (FPG) ≥126 mg/dL (7.0 mmol/L) and / or 2h glucose-OGTT ≥200 mg/dL (11.1 mmol/L). See appendix D for diabetes criteria. (American Diabetes Association 2002, Barr et al, 1999, Davidsson et al, 1999, Kilpatrick et al, 1998, Peters et al., 1996, The Expert Committee on the diagnosis and classification of Diabetes Mellitus 2002). If the patient has a HbA1c > 6.1 but < 7.1%, the patient can proceed to the randomization visit and perform the OGTT, but the laboratory confirmation fax for the fasting plasma glucose and the 2h glucose from OGTT should be reviewed before the patient is randomized and receives treatment. If the patient does not fulfil the exclusion criteria above he / she may be randomized. The day of the actual randomization is then considered to be Day 1. | ☐ 0 | ☐ 1 |
| 6 | Use of insulin or oral antidiabetic drugs e.g., sulphonylureas, metformin, inhibitors of alpha glucose oxidase and in addition thiazolidinediones/glitazones and meglitinides. | ☐ 0 | ☐ 1 |
| 7 | Patients performing regular physical exercise for five or more days per week for 30 minutes or longer (42 U.S. Department of Health and Human Services 2000). | ☐ 0 | ☐ 1 |
| 8 | Known intolerance to quetiapine, olanzapine or risperidone. | ☐ 0 | ☐ 1 |
| 9 | History of known non-responsiveness to quetiapine, olanzapine, risperidone, sertindole, ziprasidone, aripiprazole, amisulpride or clozapine. | ☐ 0 | ☐ 1 |
| 10 | Contraindications as detailed in country specific Prescribing Information or Investigator Brochure for any of the investigational products. | ☐ 0 | ☐ 1 |
| 11 | Use of any of the following potent cytochrome P450 inhibitors within two weeks prior to randomisation (e.g., ketoconazole (except for topical use), itraconazole, fluconazole, erythromycin, clarithromycin, fluvoxamine, nefazodone, troleandomycin, indinavir, nelfinavir, ritonavir, and saquinavir). | ☐ 0 | ☐ 1 |
| 12 | Use of potent cytochrome P450 inducers within two weeks prior to randomization (e.g., phenytoin, carbamazepine, barbiturates, rifampin, rifabutin, glucocorticoids, thioridazine and St John's wort). | ☐ 0 | ☐ 1 |
| 13 | Patients with a history of non-compliance. | ☐ 0 | ☐ 1 |

continues

Amendment No. 1 2003-12-19

43

CONFIDENTIAL
AZSER12442731

AW03-07   N/A   AW02003-07-31

AstraZeneca

Study Code D1441C00125          Subj initials .................................          E code  | E |   |   |   |   |   |   |

Visit No. 1, Screening

## Eligibility Criteria, Screening, continued

**CRITAWS**

**Exclusion criteria, continued**

|  |  | No | Yes | N/A |
|---|---|---|---|---|
| 14 | Female patients who are pregnant, lactating or at risk of pregnancy. | 0 | 1 | N |
| 15 | Evidence of significant medical conditions, such as advanced cancer, infection, liver, renal or heart disease or risk of transmitting HIV or hepatitis B. | 0 | 1 | |
| 16 | Standing heart rate > 120 bpm (exclusion for transient, nonpersisting tachycardia is at the discretion of the Investigator) or persistent supine tachycardia (heart rate > 100 bpm). | 0 | 1 | |
| 17 | History of recent uncontrolled blood pressure or use of antihypertensive medications if dosages used were not stable for at least one month before the randomization visit (Day 1). | 0 | 1 | |
| 18 | Patients with a known arrhythmia or QTc ≥450 msec (according to Fridericia correction for heart rate (37 Puddu et al 1988)) or other ECG result considered to show clinically significant abnormality as determined by the Investigator. | 0 | 1 | |
| 19 | Clinically significant deviations from the reference range in screening clinical laboratory test results as evaluated by the Investigator. | 0 | 1 | |
| 20 | A thyroid-stimulating hormone (TSH) concentration more than 10% above the upper limit of the normal range of the laboratory used for sample analysis, whether or not the patient is being treated for hypothyroidism. | 0 | 1 | |
| 21 | Diagnosis of any DSM-IV Axis I disorder other than those included in inclusion criteria 3 above of a degree that may interfere with the patient's ability to co-operate (e.g., alcohol dependence or psychoactive substance dependence not in full remission, concurrent organic mental disorder, or mental retardation (axis II diagnosis)). | 0 | 1 | |
| 22 | Patients with substance abuse or dependence.  A urine drug screen will be performed.  The Investigator will evaluate the toxicology results along with medical history to determine if the patient meets in DSM-IV criteria for substance abuse. | 0 | 1 | |
| 23 | Previous participation in this study (i.e., patients previously screened or randomised to treatment who subsequently discontinues cannot re-enter this study). | 0 | 1 | |
| 24 | Participation in any drug study or participation in any compassionate use programme within 4 weeks of screening. | 0 | 1 | |
|  | *Or for United Kingdom (UK):* | | | |
|  | Participation in any drug study or participation in any compassionate use programme within 3 months of screening. | 0 | 1 | |

**All Exclusion Criteria must be answered No for the Subject to qualify for this study**

|  | No | Yes |
|---|---|---|
| Subject complies with all inclusion/exclusion criteria at screening | 0 | 1 |

Investigator's initials

2003-10-30

**44**

CONFIDENTIAL
AZSER12442732

AstraZeneca

Study code D1441C00125                    Visit No. 1, Screening

## Check List                                                    **CHECK**

1  If Subject is treated with depot medication, Visit 2,
   Randomization should be planned to take place 5-7 days
   prior to the next planned depot injection.                        ○

2  Subject should be reminded to maintain his/her normal
   physical activities or exercise during study.                     ○

3  Schedule Subject within two weeks for next visit if Subject
   is eligible.
   This visit requires an overnight hospitalization to ensure
   8-14 h fasting condition.                                         ○

4  If anything occurs in the screening period which makes
   Subject non eligible for the randomization (period) visit.
   Then complete the AELOG, TERM and SIGN.                           ○

5  If screening phase for some reason exceeds two weeks,
   laboratory tests and ECG should be retaken.                       ○

AZ01:10  AZZ2002-12-03  AW2003-07-31

2003-10-30

**45**

CONFIDENTIAL
AZSER12442733

# Visit 2, Randomization

CONFIDENTIAL
AZSER12442734

AstraZeneca

---

Study code D1441C00125                    Visit No. 2, Randomization

---

**Reminder**                                                              **RDR**

**Before you do anything else ...**

1   The PETiT should be administered when Subject arrives at the hospital/site and before any
    other interventions or examinations have occured. The PETiT should be dated the day before
    all other modules on this visit.
    For example: PETiT assessment day 20040105, Visit 2 assessment day 20040106

2   Confirm that Subject still wants to participate in the study.

3   Give Subject instructions regarding fasting and hospitalization, see laboratory manual.

---

2003-10-30

**47**

CONFIDENTIAL
AZSER12442735

Page Ins: 15

## INSTRUCTIONS FOR THE INVESTIGATOR

**Personal Evaluation of Transitions in Treatment**                    **PETIT**

The PETiT should be administered to the Subject when they arrive at the site and before any other interventions or examinations have occured.

**Date of Assessment**
Enter date when assessment was completed by the Subject.

**Assessments**
The PETiT is a self administered questionnaire. It shall be given to the Subject to be completed on his/her own without the influence of any professional at the clinic.

Take out the separate PETiT questionnaire and fill in the date, Subject initials, E code and Visit number in the header. Hand the questionnaire to the Subject with the following instructions:

"This section contains questions which you are asked to answer on your own. Please read the instructions on the questionnaire and answer the questions as you see fit. When you have finished the questionnaire, please hand it back to me. I will not interfere with your completion or have any comments to your answers. If you like to discuss something with me, we can do it after you have completed the questionnaire."

The PETiT scale contains 30 questions on Subjects perceived well-being, adherence and tolerability and satisfaction with treatment. Each item is rated on a 3-graded scale;

Often
Sometimes
Never

It will take about 2-5 min to complete by the Subject.

When the Subject has finished the questionnaire, please transcribe their answers into the CRF. Please tick the appropriate box in the CRF that corresponds to the circle in the Subject's questionnaire. Make sure that you control that the date, Subject initials, E code and Visit number are correct.

Please note that a questionnaire that has been completed by the Subject is considered as source data and can not be amended by anyone except the Subject.

N/A  AW03-07

AW2003-07-31

2003-10-30

CONFIDENTIAL
AZSER12442736

AstraZeneca                                                                Page 15

Study code D1441C00125          Subj initials ...........................          E code | E | | | | | | |

Visit No. 2, Randomization

## Personal Evaluation of Transitions in Treatment                    **PETIT**

Assessment date   | 2 | 0 | 0 |   |   |   |   |
                      year        mm      dd

|  |  | Often | Sometimes | Never |
|---|---|---|---|---|
| 1. | My mind is sharp and clear | □ 2 | □ 1 | □ 0 |
| 2. | I am worried about what is happening to my health | □ 2 | □ 1 | □ 0 |
| 3. | I feel dull and sluggish | □ 2 | □ 1 | □ 0 |
| 4. | I believe that people feel comfortable around me | □ 2 | □ 1 | □ 0 |
| 5. | I feel too tired to do things that I should do | □ 2 | □ 1 | □ 0 |
| 6. | I find it hard to come up with new ideas | □ 2 | □ 1 | □ 0 |
| 7. | I am unable to trust people | □ 2 | □ 1 | □ 0 |
| 8. | I am satisfied with my life | □ 2 | □ 1 | □ 0 |
| 9. | I am able to concentrate on reading or television | □ 2 | □ 1 | □ 0 |
| 10. | I am unhappy | □ 2 | □ 1 | □ 0 |
| 11. | I have family or friends who really understand me | □ 2 | □ 1 | □ 0 |
| 12. | My sex drive is weak | □ 2 | □ 1 | □ 0 |
| 13. | I am able to communicate better with people | □ 2 | □ 1 | □ 0 |
| 14. | Chores such as cleaning, washing and shopping are too much for me | □ 2 | □ 1 | □ 0 |
| 15. | I am able to remember things easily | □ 2 | □ 1 | □ 0 |
| 16. | I feel ready to work either as a volunteer or for pay | □ 2 | □ 1 | □ 0 |
| 17. | I feel good about myself | □ 2 | □ 1 | □ 0 |
| 18. | My future seems gloomy | □ 2 | □ 1 | □ 0 |
| 19. | I avoid meeting new people | □ 2 | □ 1 | □ 0 |
| 20. | I feel weird and strange | □ 2 | □ 1 | □ 0 |
| 21. | I can handle the daily hassles of life | □ 2 | □ 1 | □ 0 |
| 22. | I dislike the way I look | □ 2 | □ 1 | □ 0 |
| 23. | I am not sleeping well | □ 2 | □ 1 | □ 0 |
| 24. | I am able to do things as well as other people | □ 2 | □ 1 | □ 0 |
| 25. | I forget to take my medication | □ 2 | □ 1 | □ 0 |
| 26. | My medication is helping me | □ 2 | □ 1 | □ 0 |
| 27. | I dislike my current medication | □ 2 | □ 1 | □ 0 |
| 28. | Friends and family believe that my current medication is good for me | □ 2 | □ 1 | □ 0 |
| 29. | Taking medication is unpleasant | □ 2 | □ 1 | □ 0 |
| 30. | I feel that the good things about taking medication outweigh the bad | □ 2 | □ 1 | □ 0 |

N/A AW03:07   AW2003-07-31

2003-10-30

**49**

CONFIDENTIAL
AZSER12442737

## INSTRUCTIONS FOR THE INVESTIGATOR

**Visit**                                                                                                                      **VISIT**

The visit date to be filled in is the date after hospitalization, the same day as
Oral Glucose Tolerance Test, OGTT is performed.

**Adverse Events, Reminder**                                                                                                   **AERDR**

See Section Adverse Events for definitions of Adverse Event (AE) and
Serious Adverse Event (SAE).

**Guide to the AE assessment**
*Spontaneously reported:*
The AE can be reported by other than Subject, for example family or hospital staff.
*Observed by Investigational team or other person:*
Examinations and assessments should also be considered.

**Has Subject been hospitalized...**
Pre-planned hospitalization is usually not an AE.

**Translation to local languages**

| | |
|---|---|
| Afrikaans: | Sedert u vorige besoek, he u enige probleme met u gesondheid ondervind? |
| Czech: | "Měl jste nějaké zdravotní potíže od předchozí návštěvy?" |
| German: | "Hatten Sie seit der vergangenen Untersuchung gesundheitliche Probleme?" |
| Norwegian: | "Har du hatt noen helseproblemer siden det forrige besøket?" |
| Romanian: | "Aţi avut probleme de sănătate de la ultima vizită?" |
| Slovak: | "Mali ste nejaké zdravotné problémy od predchádzajúcej návštevy?" |
| Bulgarian: | "Имахте ли здравословни проблеми след предишното посещение?" |
| Hungarian: | "Volt-e bármilyen egészséggel kapcsolatos problémája az előző vizit óta?" |

2003-10-30

CONFIDENTIAL
AZSER12442738

AstraZeneca                                                                    Page 16

| Study code D1441C00125 | Subj initials ..................................... | E code  | E |

Visit No. 2, Randomization

## Visit                                                                      VISIT

Visit date  | 2 | 0 | | | | | |
                  year      mm      dd

## Adverse Events, Reminder                                                   AERDR

Any adverse events
- spontaneously reported
- observed by Investigational team or other person
- reported in reply to the standard question: **"Have you**
  **had any health problems since the previous visit?"**

No   Yes      If Yes, go to AELOG,
○     ○       Section Adverse Events

Has Subject been hospitalized since previous visit

No   Yes      If Yes, and reason is AE,
○     ○       go to AELOG,
              Section Adverse Events

☞ **If there has been any changes in concomitant medication make sure that MED,**
  **Section Medication has been filled in.**

Left margin: AZ01-10  AZ2002-12-03  AW2003-07-31  AZ01-10  AZ2002-12-03  AW2003-07-31

2003-10-30

**51**

CONFIDENTIAL
AZSER12442739

AstraZeneca

Study code D1441C00125          Visit No. 2, Randomization

**Reminder**                                                      **RDR**

Confirm that Subject complies with all inclusion/exclusion critera.

If not, complete AELOG, TERM and SIGN.

2003-10-30

**52**

CONFIDENTIAL
AZSER12442740

## INSTRUCTIONS FOR THE INVESTIGATOR

AZ03.06

AZ2003-06-04

**Vital Signs, Weight, Height, Waist**                                    **VIT**

**Pulse and blood pressure**
Let Subject rest for 3 minutes before sitting pulse and blood pressure.

Let Subject stand for 2 minutes before standing pulse and blood pressure.

Assess the pulse by palpation for 1 minute.
Use a Sphygmomanometer and measure the blood pressure to the nearest mmHg.
Use the same size of cuff (suitable for the individual Subject) on the right arm throughout the study.

**Weight, height**
Subject should wear light clothing and no shoes during the weight and height assessment. Height should be measured in centimeter.

**Waist circumference**
Waist circumference will be measured in the morning before breakfast.
Subject should be standing in upright position.
Assess the waist circumference by measure midway between the lowest rib and iliac crest (in centimeters).

2003-10-30

CONFIDENTIAL
AZSER12442741

AstraZeneca

Page 17

---

Study code D1441C00125        Subj initials .................................        E code | E | | | | | | |

Visit No. 2, Randomization

---

## Vital Signs, Weight, Height, Waist                    VIT

Assessment date        | 2 | 0 | | | | | |
                         year      mm    dd

Pulse, sitting         | | | |  beats/min

Blood pressure,        | | | | / | | | |  mmHg
sitting                  systolic    diastolic

Pulse, standing        | | | |  beats/min

Blood pressure,        | | | | / | | | |  mmHg
standing                 systolic    diastolic

Weight                 | | | | . | |  kg

Height                 | | | |  cm

Waist                  | | | |  cm

---

2003-10-30

**54**

CONFIDENTIAL
AZSER12442742

Page Ins: 18

## INSTRUCTIONS FOR THE INVESTIGATOR

**Simpson-Angus Scale**                                                                                    **SAS**

Refer to the workbook for scale instructions.

Perform the scale in the workbook then transfer the score to CRF page.

Enter the date when the SAS assessment was performed.

Provide one rating for each item score by putting the appropriate whole number in the corresponding box.

Sign in the Rater's initials box. It is recommended that the same Certified Investigator should perform all SAS assessments for a Subject.

2003-10-30

**55**

CONFIDENTIAL
AZSER12442743

AstraZeneca

Study Code D1441C00125          Subj initials ...................................          E code [E |   |   |   |   |   |   ]

Visit No. 2, Randomization

## Simpson-Angus Scale                                                                    **SAS**

Date of assessment        [2 | 0 |   |   |   |   |   ]
                            year      mm      dd

1.  Gait                     [___]

2.  Arm dropping             [___]

3.  Shoulder shaking         [___]

4.  Elbow rigidity           [___]

5.  Wrist rigidity           [___]

6.  Head rotation            [___]

7.  Glabella tap             [___]

8.  Tremor                   [___]

9.  Salivation               [___]

10. Akathisia                [___]

Rater's initials

Total Score        [_____]

AW03:07
N/A
AW2003-07-31

2003-10-30

CONFIDENTIAL
AZSER12442744