Page Ins: 19

## INSTRUCTIONS FOR THE INVESTIGATOR

**Barnes Akathisia Rating Scale**                                                    **BARS**

Refer to the workbook for scale instructions.

Perform the scale in the workbook then transfer the score to CRF page.

Enter the date when the BARS assessment was performed.

Provide one rating by putting the appropriate whole number in the corresponding open box.

Sign in the Rater's initials box. It is recommended that the same Certified Investigator should perform all BARS assessments for a Subject.

2003-10-30

CONFIDENTIAL
AZSER12442745

AstraZeneca

Study Code D1441C00125          Subj initials ...............................          E code | E | | | | | | |

Visit No. 2, Randomization

**Barnes Akathisia Rating Scale**                                                      **BARS**

AW03-07
N/A
AW2003-07-31

Date of assessment        | 2 | 0 | | | | | | |
                             year      mm      dd

1. Objective                                    ☐

2. Subjective awareness of restlessness         ☐

3. Subjective distress related to restlessness  ☐

    Total Score (items 1-3)                     ☐

4. Global clinical assessment of akathisia      ☐

Rater's initials

2003-10-30

**58**

CONFIDENTIAL
AZSER12442746

Page Ins: 20

## INSTRUCTIONS FOR THE INVESTIGATOR

**Clinical Global Impressions**                                                CGI

**Date**
Enter the date when the assessment was performed.

**Severity of illness**
Evaluate the severity of Subject's mental illness based on your total experience with this particular Subject population. Assess based on the present or previous week's experience. Rate on a seven-point spectrum (1=normal, 7=among the most severely ill patients). Tick only one box.

**Rater's initials**
Sign in the Rater's initials box. It is recommended that the same Certified Investigator should perform all CGI assessments for a Subject.

CN011-07    NA    AW2003-07-31

2003-10-30

*59*

CONFIDENTIAL
AZSER12442747

AstraZeneca

Study code D1441C00125          Subj initials ...........................          E code | E | | | | | | |

Visit No. 2, Randomization

CN01-07

NA

AW2003-07-31

## Clinical Global Impressions                                                      CGI

Date of assessment          | 2 | 0 | | | | | |
                              year      mm      dd

### 1. Severity of illness

Considering your total clinical experience with this particular population, how mentally ill is Subject at this time?

Normal, not at all ill          ☐ 1

Borderline mentally ill         ☐ 2

Mildly ill                      ☐ 3

Moderately ill                  ☐ 4

Markedly ill                    ☐ 5

Severely ill                    ☐ 6

Among the most
extremely ill Subjects          ☐ 7

| Rater´s initials |
|---|
|  |

2003-10-30

CONFIDENTIAL
AZSER12442748

## INSTRUCTIONS FOR THE INVESTIGATOR

AW03.09

**Rating of Medication Influences**                                        **ROMI**

*Ref. Rating of Medication Influences (ROMI) Scale in Schizophrenia. Schizophrenia Bulletin, vol 20(2), 1994*
*Dr Peter Weiden M.D., Dept of Psychiatry & Schizophrenia Research, Suny Health Science Brooklyn,*
*450 Clarkson Avenue, NY 11203, USA*

The ROMI is a patient interview, performed by the treating physician or an independent interviewer. Before the interview is performed make sure that you have read through the ROMI manual that has been given to you with the trial details.

The ROMI scale contains 19 questions around the patient´s attitude towards taking, or not taking, their medication. There answers should be rated on a 3-graded scale;

1 = None
2 = Mild
3 = Strong

It will take about 15 min to complete the interview and the scoring by the clinician that usually treats the patient and about 30-40 min for an independent interviewer.

When the interview is finished you can transcribe the results into the CRF by ticking the correct box. Make sure that you control that the date, Subject initials, E code and Visit number are correct.

CONFIDENTIAL
AZSER12442749

AstraZeneca

Page 21.01

Study code D1441C00125          Subj initials ...........................          E code  | E | | | | | | |

Visit No. 2, Randomization

AW03.09

## Rating of Medication Influences                                   ROMI

Assessment date  | 2 | 0 | | | | | | |
                   year      mm    dd

Information not obtained      ☐ 1

**Part I: Reasons for compliance**

**Are you (considering) taking your medication because..........**

|  | None | Mild | Strong |
|---|---|---|---|
| **C1 Perceived daily benefit** | ☐ 1 | ☐ 2 | ☐ 3 |
| **C2 Fear of relapse** | ☐ 1 | ☐ 2 | ☐ 3 |
| **C3 Side effect relief** | ☐ 1 | ☐ 2 | ☐ 3 |
| **C4 Fulfillment of life goals** | ☐ 1 | ☐ 2 | ☐ 3 |
| **C5 Deference to authority** | ☐ 1 | ☐ 2 | ☐ 3 |
| **C6 Positive relation with clinical staff** | ☐ 1 | ☐ 2 | ☐ 3 |
| **C7 Outside positive opinion about taking medication** | ☐ 1 | ☐ 2 | ☐ 3 |
| **C8 Outside opinion that current medication is better** | ☐ 1 | ☐ 2 | ☐ 3 |
| **C9 Outside pressure/force** | ☐ 1 | ☐ 2 | ☐ 3 |

continues

2003-10-30

CONFIDENTIAL
AZSER12442750

AstraZeneca

Page 21.02

Study code D1441C00125      Subj initials ..............................      E code  E |   |   |   |   |   |   |

Visit No. 2, Randomization

## Rating of Medication Influences, continued

ROMI

### Part II: Reasons for noncompliance

**Are you reluctant to take your medication because..........**

| | None | Mild | Strong |
|---|---|---|---|
| **NC1 No daily benefit** | ☐ 1 | ☐ 2 | ☐ 3 |
| **NC2 Medications currently unnecessary** | ☐ 1 | ☐ 2 | ☐ 3 |
| **NC3 Never was ill** | ☐ 1 | ☐ 2 | ☐ 3 |
| **NC4 Interferes with life goals** | ☐ 1 | ☐ 2 | ☐ 3 |
| **NC5 Distressed by side effects** | ☐ 1 | ☐ 2 | ☐ 3 |
| **NC6 Embarrassment or stigma over meds/illness** | ☐ 1 | ☐ 2 | ☐ 3 |
| **NC7 Change in appearance** | ☐ 1 | ☐ 2 | ☐ 3 |
| **NC8 Outside opposition to taking medications** | ☐ 1 | ☐ 2 | ☐ 3 |
| **NC9 Treatment access problems** | ☐ 1 | ☐ 2 | ☐ 3 |
| **NC10 Substance abuse** | ☐ 1 | ☐ 2 | ☐ 3 |

Rater´s initials

2003-10-30

**63**

CONFIDENTIAL
AZSER12442751

Page Ins: 22

## INSTRUCTIONS FOR THE INVESTIGATOR

**Laboratory Assessments**                                                **LAB**

Label and fill sample tubes according to laboratory instructions.

Record the sampling date and time.

Laboratory results will be provided by the central laboratory, Covance.

Sign and date the laboratory results after review.

**NB:** Please enclose the signed and dated paper copy of laboratory report next to this instruction page.

**Extra blood samples**
Please tick the No circle when extra samples were not taken.

2003-10-30

CONFIDENTIAL
AZSER12442752

AstraZeneca

Page 22

Study code D1441C00125          Subj initials ...........................          E code | E | | | | | | |

Visit No. 2, Randomization

## Laboratory Assessments

**LAB**



Visit 2

Extra blood samples have been taken
No        Yes

Extra blood samples have been taken
No        Yes

Sampling date    | 2 | 0 | | | | | | |
                  year    mm    dd

| 2 | 0 | | | | | | |
year    mm    dd

| 2 | 0 | | | | | | |
year    mm    dd

Sampling time    | | : | |
                  24-hour clock

| | : | |
24-hour clock

| | : | |
24-hour clock

Subject fasting   No     Yes
                  [ ]0   [ ]1

No     Yes
[ ]0   [ ]1

No     Yes
[ ]0   [ ]1

Laboratory ID    | 1 |

| 1 |

| 1 |

2003-10-30

CONFIDENTIAL
AZSER12442753

Page Ins: 23-27

## INSTRUCTIONS FOR THE INVESTIGATOR

**Laboratory Assessments, Oral Glucose Tolerance Test, OGTT**　　　**LAB1**

**Subject fasting**
Subject needs to be fasting for these samples.
Definition of fasting: Subject has only been drinking water for the last 8-14 h.
Smoking is not allowed during fasting and the OGTT procedure.

**Before intake of glucose**
Label and fill samples tubes according to laboratory instructions.
Record the sampling date and time.

**NB:** Go to MED1 below.

**After intake of glucose**
After intake of glucose additional blood samples will be collected:
30 min, 60 min, 90 min and 120 minutes after glucose intake started.

During the test period, Subject should remain fasting and preferably remain in sitting position.

Please enclose the signed and dated paper copy of laboratory report next to this instruction page.

**Medication, Intake of Glucose**　　　**MED1**

Subject has to drink 75 g of glucose in 250-300 mL of water over the course of 5 min.

**Treatment started**
Start of the test is from the beginning of the glucose intake.

Go to LAB above, After intake of glucose.

2003-10-30

CONFIDENTIAL
AZSER12442754

AstraZeneca

Study code D1441C00125          Subj initials .................................          E code ⌊E⌋⌊_⌋⌊_⌋⌊_⌋⌊_⌋⌊_⌋

Visit No. 2, Randomization

## Laboratory Assessments, Oral Glucose Tolerance Test, OGTT          **LAB1**

No          Yes

Subject fasting          ☐₀     ☐₁

**Before intake of glucose**

Sampling date          ⌊2⌊0⌋ ⌊_⌋ ⌊_⌋ ⌊_⌋⌋          Sampling time,          ⌊_⌊_⌋ : ⌊_⌊_⌋
                        year   mm   dd          before intake of          24-hour clock
                                                glucose

**Go to MED1, Medication, intake of glucose below**

**After intake of glucose**

Sampling time, 30 min after glucose intake          ⌊_⌊_⌋ : ⌊_⌊_⌋
                                                    24-hour clock

Sampling time, 60 min after glucose intake          ⌊_⌊_⌋ : ⌊_⌊_⌋
                                                    24-hour clock

Sampling time, 90 min after glucose intake          ⌊_⌊_⌋ : ⌊_⌊_⌋
                                                    24-hour clock

Sampling time, 120 min after glucose intake          ⌊_⌊_⌋ : ⌊_⌊_⌋
                                                     24-hour clock

Laboratory ID          ⌊1⌋

## Medication, Intake of Glucose          **MED1**

None ☐₀

| Trade name | Route | Total daily dose | Treatment started | | Reason for therapy |
|---|---|---|---|---|---|
| Glucose | p.o. | 75 g | ⌊2⌊0⌋ ⌊_⌋ ⌊_⌋ ⌊_⌋⌋ year mm dd | ⌊_⌊_⌋ : ⌊_⌊_⌋ 24-hour clock | Oral Glucose Tolerance Test |

**Go to LAB, After intake of glucose**

2003-10-30

CONFIDENTIAL
AZSER12442755

Page Ins: 28

## INSTRUCTIONS FOR THE INVESTIGATOR

**Eligibility Criteria, Randomization**                                      **CRITAWR**

**Randomization code**
If the Subject does not comply with inclusion and exclusion criteria, withdraw Subject and complete study termination page and signature page.

Subject's fulfilling the eligibility criteria will be randomized to treatment group and assigned randomization codes before receiving the first doses of investigational product.

Initials should be those of the Investigator.

Follow the instructions from Clin Phone, Interactive Voice Response System, IVRS. Enclose the faxed randomization confirmation from Clin Phone next to this page.

**NB:** If a Subject discontinues from the study the E code should not be re-used and the Subject is not allowed to re-enter the study.

2003-10-30

CONFIDENTIAL
AZSER12442756

AstraZeneca

| Study Code D1441C00125 | Subj initials ................................... | E code | E | | | | | | | |

Visit No. 2, Randomization

## Eligibility Criteria, Randomization

**CRITAWR**

AW03-07

N/A

AW2003-07-31

Subject complies with all inclusion/exclusion criteria

No ☐ 0    Yes ☐ 1

Date of randomization    | 2 | 0 | | | | | |
year    mm    dd

Randomization code    | | | | | |

Investigator´s initials

2003-10-30

**69**

CONFIDENTIAL
AZSER12442757

AstraZeneca

Study code D1441C00125                    Visit No. 2, Randomization

A201:10
AZ2002-12-03
AW2003-07-31

## Check List                                                                CHECK

1   Inform Subject on how to withdraw previous antipsychotic and       ◯
    anticholinergic medication.

2   Give Subject dosing instruction of Investigational Product.        ◯

3   Dispense the Investigational Product,                              ◯
    see Section Investigational Products, REPTIT and SAC.

4   Give Subject the Patient card.                                     ◯

5   Schedule Subject for Visit 3 on day 7 after randomization ±1 day    ◯
    is allowed.

6   Subject has to return blister pack with or without leftover tablet(s)  ◯
    at next visit.

2003-10-30

**70**

CONFIDENTIAL
AZSER12442758

# Visit 3

CONFIDENTIAL
AZSER12442759

AstraZeneca

Study code D1441C00125                          Visit No. 3

A201110

AZ2002-12-03

AW2003-07-31

**Reminder**                                                                    **RDR**

**In case of discontinuation or at completion**

1   If possible the final assessments and procedures should always be performed and the CRF
    section for final visit (Visit 9) completed.

2   Subject should return all remaining study medication and SAC, Section Investigational
    Products, is to be filled in.

3   DOSC, Section Investigational Products, is to be filled in.

4   AELOG, Section Adverse Events, is to be filled in.

5   TERM, Section Termination, is to be filled in.

6   SIGN, Section Signature, is to be filled in.

2003-10-30

CONFIDENTIAL
AZSER12442760

Page Ins: 29

## INSTRUCTIONS FOR THE INVESTIGATOR

**Adverse Events, Reminder**                                                              **AERDR**

See Section Adverse Events for definitions of Adverse Event (AE) and
Serious Adverse Event (SAE).

**Guide to the AE assessment**
*Spontaneously reported:*
The AE can be reported by other than Subject, for example family or hospital staff.
*Observed by Investigational team or other person:*
Examinations and assessments should also be considered.

**Has Subject been hospitalized...**
Pre-planned hospitalization is usually not an AE.

**Translation to local languages**

| | |
|---|---|
| Afrikaans: | Sedert u vorige besoek, he u enige probleme met u gesondheid ondervind? |
| Czech: | "Měl jste nějaké zdravotní potíže od předchozí návštěvy?" |
| German: | "Hatten Sie seit der vergangenen Untersuchung gesundheitliche Probleme?" |
| Norwegian: | "Har du hatt noen helseproblemer siden det forrige besøket?" |
| Romanian: | "Aţi avut probleme de sănătate de la ultima vizită?" |
| Slovak: | "Mali ste nejaké zdravotné problémy od predchádzajúcej návštevy?" |
| Bulgarian: | "Имахте ли здравословни  проблеми след предишното посещение?" |
| Hungarian: | "Volt-e bármilyen egészséggel kapcsolatos problémája az előző vizit óta?" |

2003-10-30

**73**

CONFIDENTIAL
AZSER12442761

AstraZeneca

Page 29

| Study code D1441C00125 | Subj initials .......................... | E code |E | | | | | | | |

Visit No. 3

AZ01-10

**Visit**                                                                                    **VISIT**

AZ2002-12-03

Visit date | 2 | 0 | | | | | | |
           year      mm     dd

AW2003-07-31

AZ01-10

**Adverse Events, Reminder**                                                     **AERDR**

AZ2002-12-03

Any adverse events
- ongoing at previous visit
- spontaneously reported
- observed by Investigational team or other person
- reported in reply to the standard question: ***"Have you**       No   Yes     If Yes, go to AELOG,
  **had any health problems since the previous visit?"***        ○    ○      Section Adverse Events

AW2003-07-31

                                                                  No   Yes     If Yes, and reason is AE,
                                                                              go to AELOG,
Has Subject been hospitalized since previous visit               ○    ○      Section Adverse Events

☞ **If there has been any changes in Investigational Product or/and concomitant
  medication make sure that DOSC, Section Investigational Products or/and
  MED, Section Medication has been filled in.**

2003-10-30

**74**

CONFIDENTIAL
AZSER12442762

Page Ins: 30

## INSTRUCTIONS FOR THE INVESTIGATOR

**Vital Signs, Weight**                                              **VIT**

**Pulse and blood pressure**
Let Subject rest for 3 minutes before sitting pulse and blood pressure.

Let Subject stand for 2 minutes before standing pulse and blood pressure.

Assess the pulse by palpation for 1 minute.
Use a Sphygmomanometer and measure the blood pressure to the nearest mmHg.
Use the same size of cuff (suitable for the individual Subject) on the right arm throughout the study.

**Weight**
Subject should wear light clothing and no shoes during the weight assessment.

2003-10-30

**75**

CONFIDENTIAL
AZSER12442763

AstraZeneca

Page 30

Study code D1441C00125          Subj initials ...........................          E code [ E | | | | | | | ]

Visit No. 3

## Vital Signs, Weight

VIT

Assessment date    [ 2 | 0 | | | | | | ]
                        year      mm    dd

Pulse, sitting      [ | | | ] beats/min

Blood pressure,     [ | | | ] / [ | | | ] mmHg
sitting             systolic      diastolic

Pulse, standing     [ | | | ] beats/min

Blood pressure,     [ | | | ] / [ | | | ] mmHg
standing            systolic      diastolic

Weight              [ | | | . | ] kg

2003-10-30

**76**

CONFIDENTIAL
AZSER12442764

Page Ins: 31

## INSTRUCTIONS FOR THE INVESTIGATOR

**Simpson-Angus Scale**                                              **SAS**

Refer to the workbook for scale instructions.

Perform the scale in the workbook then transfer the score to CRF page.

Enter the date when the SAS assessment was performed.

Provide one rating for each item score by putting the appropriate whole number in the corresponding box.

Sign in the Rater's initials box. It is recommended that the same Certified Investigator should perform all SAS assessments for a Subject.

2003-10-30

**77**

CONFIDENTIAL
AZSER12442765

AstraZeneca

Study Code D1441C00125          Subj initials .................................          E code | E | | | | | | |

Visit No. 3

## Simpson-Angus Scale                                                    **SAS**

Date of assessment    | 2 | 0 | | | | | |
                       year        mm      dd

1.  Gait                    ⌐⌐

2.  Arm dropping            ⌐⌐

3.  Shoulder shaking        ⌐⌐

4.  Elbow rigidity          ⌐⌐

5.  Wrist rigidity          ⌐⌐

6.  Head rotation           ⌐⌐

7.  Glabella tap            ⌐⌐

8.  Tremor                  ⌐⌐

9.  Salivation              ⌐⌐

10. Akathisia               ⌐⌐

Rater's initials

Total Score        |_____|

AW03.07   N/A   AW2003-07-31

2003-10-30

**78**

CONFIDENTIAL
AZSER12442766

Page Ins: 32

## INSTRUCTIONS FOR THE INVESTIGATOR

**Barnes Akathisia Rating Scale**                                        **BARS**

Refer to the workbook for scale instructions.

Perform the scale in the workbook then transfer the score to CRF page.

Enter the date when the BARS assessment was performed.

Provide one rating by putting the appropriate whole number in the corresponding open box.

Sign in the Rater's initials box. It is recommended that the same Certified Investigator should perform all BARS assessments for a Subject.

2003-10-30

**79**

CONFIDENTIAL
AZSER12442767

AstraZeneca

| Study Code D1441C00125 | Subj initials ................................ | E code ⌐E¬|__|__|__|__|__|__| |

Visit No. 3

## Barnes Akathisia Rating Scale

**BARS**

Date of assessment ⌐2⌐0⌐|__|__|__|__|__¬
year    mm   dd

1. Objective ☐

2. Subjective awareness of restlessness ☐

3. Subjective distress related to restlessness ☐

    Total Score (items 1-3) ☐

4. Global clinical assessment of akathisia ☐

Rater's initials

2003-10-30

*80*

CONFIDENTIAL
AZSER12442768

Page Ins: 33

## INSTRUCTIONS FOR THE INVESTIGATOR

CN011-07

NA

AW2003-07-31

**Clinical Global Impressions**                                                CGI

**Date**
Enter the date when the assessment was performed.

**Severity of illness**
Evaluate the severity of Subject's mental illness based on your total experience with this particular Subject population. Assess based on the present or previous week's experience. Rate on a seven-point spectrum (1=normal, 7=among the most severely ill patients). Tick only one box.

**Global improvement**
Assess Subject's total improvement since initiation of the current treatment whether or not, in your judgment, it is due entirely to drug treatment. Rate on a seven-point spectrum (1=very much improved, 7=very much worse). Tick only one box.

**Rater's initials**
Sign in the Rater's initials box. It is recommended that the same Certified Investigator should perform all CGI assessments for a Subject.

2003-10-30

CONFIDENTIAL
AZSER12442769

AstraZeneca ⚕                                                                    Page 33

Study code D1441C00125          Subj initials ...........................     E code  |E|_|_|_|_|_|_|_|

Visit No. 3

**Clinical Global Impressions**                                                        **CGI**

Date of assessment        |2|0|_|_|_|_|_|_|
                          year        mm      dd

**1. Severity of illness**

Considering your total clinical experience with this particular population,
how mentally ill is Subject at this time?

Not assessed                    ☐ 0

Normal, not at all ill          ☐ 1

Borderline mentally ill         ☐ 2

Mildly ill                      ☐ 3

Moderately ill                  ☐ 4

Markedly ill                    ☐ 5

Severely ill                    ☐ 6

Among the most
extremely ill Subjects          ☐ 7

**2. Global improvement**

Rate total improvement whether or not, in your judgment, it is due entirely
to drug treatment
Compared to Subject's condition at admission to the project, how much
has Subject changed?

Not assessed                    ☐ 0

Very much improved              ☐ 1

Much improved                   ☐ 2

Minimally improved              ☐ 3

No change                       ☐ 4

Minimally worse                 ☐ 5

Much worse                      ☐ 6

Very much worse                 ☐ 7

> Rater's initials

CN01-07

NA

AW2003-07-31

2003-10-30

**82**

CONFIDENTIAL
AZSER12442770

AstraZeneca

Study code D1441C00125                          Visit No. 3

## Check List                                                            **CHECK**

1   If there has been any usage of anticholinergic or
    antipsychotic medication, except investigational product,
    make sure that MED, Section Medication has been
    filled in.                                                          ◯

2   In the opinion of the Investigator was the Subject
    compliant (for detailed information see Clinical Study
    Protocol 3.4.5).
    Subject has to return blister pack with or without leftover
    tablet(s). Fill in REPTIT and SAC (Titration Period),
    Section Investigational Products.                                   ◯

3   Consider the need for dose adjustment and adjust dosing
    if necessary.                                                       ◯

4   Dispense the investigational product and Patient Dosing
    Card. Fill in DOSC and SAC (Flexible Dose Period),
    Section Investigational Products.                                   ◯

5   Schedule Subject for Visit 4 at week 4, a visit window of
    ±7 days is allowed.
    All visits should be planned to maintain the visit structure
    relative to baseline (Randomization, Day 1), **the week
    should be counted from baseline date,**
    not from last actual visit day.                                     ◯

6   Remind Subject to return pack(s) with or without leftover
    tablet(s) at next visit and also the Patient Dosing Card.           ◯

AZ01:10    AZ2002-12-03    AW2003-07-31

2003-10-30

CONFIDENTIAL
AZSER12442771

# Visit 4

CONFIDENTIAL
AZSER12442772

AstraZeneca

---

Study code D1441C00125                           Visit No. 4

---

AZ201:10

AZ2002-12-03

AW2003-07-31

## Reminder                                                                      RDR

**In case of discontinuation or at completion**

1   If possible the final assessments and procedures should always be performed and the CRF section for final visit (Visit 9) completed.

2   Subject should return all remaining study medication and SAC, Section Investigational Products, is to be filled in.

3   DOSC, Section Investigational Products, is to be filled in.

4   AELOG, Section Adverse Events, is to be filled in.

5   TERM, Section Termination, is to be filled in.

6   SIGN, Section Signature, is to be filled in.

---

2003-10-30

CONFIDENTIAL
AZSER12442773

Page Ins: 34

## INSTRUCTIONS FOR THE INVESTIGATOR

**Adverse Events, Reminder**                                    **AERDR**

See Section Adverse Events for definitions of Adverse Event (AE) and
Serious Adverse Event (SAE).

**Guide to the AE assessment**
*Spontaneously reported:*
The AE can be reported by other than Subject, for example family or hospital staff.
*Observed by Investigational team or other person:*
Examinations and assessments should also be considered.

**Has Subject been hospitalized...**
Pre-planned hospitalization is usually not an AE.

**Translation to local languages**

| | |
|---|---|
| Afrikaans: | Sedert u vorige besoek, he u enige probleme met u gesondheid ondervind? |
| Czech: | "Měl jste nějaké zdravotní potíže od předchozí návštěvy?" |
| German: | "Hatten Sie seit der vergangenen Untersuchung gesundheitliche Probleme?" |
| Norwegian: | "Har du hatt noen helseproblemer siden det forrige besøket?" |
| Romanian: | "Aţi avut probleme de sănătate de la ultima vizită?" |
| Slovak: | "Mali ste nejaké zdravotné problémy od predchádzajúcej návštevy?" |
| Bulgarian: | "Имахте ли здравословни  проблеми след предишното посещение?" |
| Hungarian: | "Volt-e bármilyen egészséggel kapcsolatos problémája az előző vizit óta?" |

A201-10
AZ2002-12-03
AW2003-07-31

2003-10-30

*86*

CONFIDENTIAL
AZSER12442774

AstraZeneca

Page 34

Study code D1441C00125          Subj initials ...........................          E code | E | | | | | | | |

Visit No. 4

AZ01:10

**Visit**                                                                **VISIT**

AZ2002-12-03

Visit date | 2 | 0 | | | | | | |
                year         mm       dd

AW2003-07-31

AZ01:10

**Adverse Events, Reminder**                                    **AERDR**

AZ2002-12-03

Any adverse events
- ongoing at previous visit
- spontaneously reported
- observed by Investigational team or other person
- reported in reply to the standard question: ***"Have you***      No   Yes   If Yes, go to AELOG,
  ***had any health problems since the previous visit?"***          ◯    ◯    Section Adverse Events

AW2003-07-31

                                                                  No   Yes   If Yes, and reason is AE,
                                                                              go to AELOG,
Has Subject been hospitalized since previous visit                ◯    ◯    Section Adverse Events

☞ **If there has been any changes in Investigational Product or/and concomitant medication make sure that DOSC, Section Investigational Products or/and MED, Section Medication has been filled in.**

2003-10-30

**87**

CONFIDENTIAL
AZSER12442775

## INSTRUCTIONS FOR THE INVESTIGATOR

**Vital Signs, Weight**                                                        **VIT**

**Pulse and blood pressure**
Let Subject rest for 3 minutes before sitting pulse and blood pressure.

Let Subject stand for 2 minutes before standing pulse and blood pressure.

Assess the pulse by palpation for 1 minute.
Use a Sphygmomanometer and measure the blood pressure to the nearest mmHg.
Use the same size of cuff (suitable for the individual Subject) on the right arm
throughout the study.

**Weight**
Subject should wear light clothing and no shoes during the weight assessment.

2003-10-30

*88*

CONFIDENTIAL
AZSER12442776

AstraZeneca

Study code D1441C00125          Subj initials ......................          E code | E | | | | | | | |

Visit No. 4

**Vital Signs, Weight**                                                    **VIT**

Assessment date          | 2 | 0| | | | | | | |
                          year        mm    dd

Pulse, sitting           | | | |  beats/min

Blood pressure,          | | | | / | | | |  mmHg
sitting                  systolic    diastolic

Pulse, standing          | | | |  beats/min

Blood pressure,          | | | | / | | | |  mmHg
standing                 systolic    diastolic

Weight                   | | | | . | |  kg

2003-10-30

CONFIDENTIAL
AZSER12442777

Page Ins: 36

## INSTRUCTIONS FOR THE INVESTIGATOR

**Simpson-Angus Scale**                                                                  **SAS**

Refer to the workbook for scale instructions.

Perform the scale in the workbook then transfer the score to CRF page.

Enter the date when the SAS assessment was performed.

Provide one rating for each item score by putting the appropriate whole number in the corresponding box.

Sign in the Rater's initials box. It is recommended that the same Certified Investigator should perform all SAS assessments for a Subject.

2003-10-30

**90**

CONFIDENTIAL
AZSER12442778

AstraZeneca

Page 36

Study Code D1441C00125        Subj initials .................................        E code | E |  |  |  |  |  |  |

Visit No. 4

**Simpson-Angus Scale**                                                                    **SAS**

Date of assessment        | 2 | 0|  |  |  |  |  |  |
                              year        mm        dd

1.  Gait                    |___|

2.  Arm dropping            |___|

3.  Shoulder shaking        |___|

4.  Elbow rigidity          |___|

5.  Wrist rigidity          |___|

6.  Head rotation           |___|

7.  Glabella tap            |___|

8.  Tremor                  |___|

9.  Salivation              |___|

10. Akathisia               |___|

Rater's initials

Total Score       |_____|

2003-10-30

CONFIDENTIAL
AZSER12442779

Page Ins: 37

## INSTRUCTIONS FOR THE INVESTIGATOR

**Barnes Akathisia Rating Scale**                                    **BARS**

Refer to the workbook for scale instructions.

Perform the scale in the workbook then transfer the score to CRF page.

Enter the date when the BARS assessment was performed.

Provide one rating by putting the appropriate whole number in the corresponding open box.

Sign in the Rater's initials box. It is recommended that the same Certified Investigator should perform all BARS assessments for a Subject.

2003-10-30

CONFIDENTIAL
AZSER12442780

AstraZeneca

Study Code D1441C00125          Subj initials ...................................          E code | E | | | | | | |

Visit No. 4

## Barnes Akathisia Rating Scale

**BARS**

Date of assessment | 2 | 0 | | | | | |
year          mm     dd

1. Objective

2. Subjective awareness of restlessness

3. Subjective distress related to restlessness

    Total Score (items 1-3)

4. Global clinical assessment of akathisia

Rater´s initials

2003-10-30

**93**

CONFIDENTIAL
AZSER12442781

Page Ins: 38

## INSTRUCTIONS FOR THE INVESTIGATOR

CN011-07

NA

AW2003-07-31

**Clinical Global Impressions**                                               CGI

**Date**
Enter the date when the assessment was performed.

**Severity of illness**
Evaluate the severity of Subject's mental illness based on your total experience with this particular Subject population. Assess based on the present or previous week's experience. Rate on a seven-point spectrum (1=normal, 7=among the most severely ill patients). Tick only one box.

**Global improvement**
Assess Subject's total improvement since initiation of the current treatment whether or not, in your judgment, it is due entirely to drug treatment. Rate on a seven-point spectrum (1=very much improved, 7=very much worse). Tick only one box.

**Rater's initials**
Sign in the Rater's initials box. It is recommended that the same Certified Investigator should perform all CGI assessments for a Subject.

2003-10-30

CONFIDENTIAL
AZSER12442782

AstraZeneca

Study code D1441C00125          Subj initials ..........................          E code [ E | | | | | | | ]

Visit No. 4

CN01-07

NA

AW2003-07-31

## Clinical Global Impressions                                    CGI

Date of assessment          [ 2 | 0 | | | | | ]
                              year      mm    dd

### 1. Severity of illness

Considering your total clinical experience with this particular population,
how mentally ill is Subject at this time?

Not assessed                    [ ] 0

Normal, not at all ill          [ ] 1

Borderline mentally ill         [ ] 2

Mildly ill                      [ ] 3

Moderately ill                  [ ] 4

Markedly ill                    [ ] 5

Severely ill                    [ ] 6

Among the most
extremely ill Subjects          [ ] 7

### 2. Global improvement

Rate total improvement whether or not, in your judgment, it is due entirely
to drug treatment
Compared to Subject's condition at admission to the project, how much
has Subject changed?

Not assessed                    [ ] 0

Very much improved              [ ] 1

Much improved                   [ ] 2

Minimally improved              [ ] 3

No change                       [ ] 4

Minimally worse                 [ ] 5

Much worse                      [ ] 6

Very much worse                 [ ] 7

Rater's initials

2003-10-30

CONFIDENTIAL
AZSER12442783

Page Ins: 39

## INSTRUCTIONS FOR THE INVESTIGATOR

**Laboratory Assessments**                                                **LAB**

Subject does not need to be fasting.

Label and fill sample tubes according to laboratory instructions.

Record the sampling date and time.

Laboratory results will be provided by the central laboratory, Covance.

Sign and date the laboratory results after review.

**NB:** Please enclose the signed and dated paper copy of laboratory report next to this
instruction page.

**Extra blood samples**
Please tick the No circle when extra samples were not taken.

2003-10-30

*96*

CONFIDENTIAL
AZSER12442784

AstraZeneca

Page 39

Study code D1441C00125          Subj initials ...........................          E code |E| | | | | | |

Visit No. 4

## Laboratory Assessments

**LAB**



| | Visit 1 | Extra blood samples have been taken | Extra blood samples have been taken |
|---|---|---|---|
| | | No   Yes | No   Yes |
| Sampling date | |2|0| | | | | |  year   mm   dd | |2|0| | | | | |  year   mm   dd | |2|0| | | | | |  year   mm   dd |
| Sampling time | | | : | |  24-hour clock | | | : | |  24-hour clock | | | : | |  24-hour clock |
| Subject fasting | No ☐0   Yes ☐1 | No ☐0   Yes ☐1 | No ☐0   Yes ☐1 |
| Laboratory ID | |1| | |1| | |1| |

2003-10-30

**97**

CONFIDENTIAL
AZSER12442785

AstraZeneca

Study code D1441C00125                    Visit No. 4

## Check List                                              **CHECK**

1  In the opinion of the Investigator was the Subject
   compliant, for detail information see Clinical Study
   Protocol 3.4.5.                                            ◯

2  Consider the need for dose adjustment and adjust dosing
   if necessary.                                              ◯

3  Fill in DOSC and SAC, Section Investigational Products.    ◯

4  Subject has to return pack(s) with or without leftover
   tablet(s) at this visit. Remind Subject to return pack(s) with
   or without leftover tablet(s) at next visit and also the
   Patient Dosing Card.                                       ◯

5  If there has been any usage of anticholinergic medication
   make sure that MED, Section Medication has been filled
   in.                                                        ◯

6  Schedule Subject for Visit 5 at week 8, a visit window of
   ±7 days is allowed.                                        ◯

   All visits should be planned to maintain the visit structure
   relative to baseline (Randomization, Day 1) **the week
   should be counted from baseline date,**
   not from last actual visit day.

2003-10-30

CONFIDENTIAL
AZSER12442786

# Visit 5

CONFIDENTIAL
AZSER12442787

AstraZeneca

---

Study code D1441C00125                          Visit No. 5

---

**Reminder**                                                                    **RDR**

**In case of discontinuation or at completion**

1   If possible the final assessments and procedures should always be performed and the CRF section for final visit (Visit 9) completed.

2   Subject should return all remaining study medication and SAC, Section Investigational Products, is to be filled in.

3   DOSC, Section Investigational Products, is to be filled in.

4   AELOG, Section Adverse Events, is to be filled in.

5   TERM, Section Termination, is to be filled in.

6   SIGN, Section Signature, is to be filled in.

2003-10-30

*100*

CONFIDENTIAL
AZSER12442788

## INSTRUCTIONS FOR THE INVESTIGATOR

**Adverse Events, Reminder**                                                                **AERDR**

See Section Adverse Events for definitions of Adverse Event (AE) and
Serious Adverse Event (SAE).

**Guide to the AE assessment**
*Spontaneously reported:*
The AE can be reported by other than Subject, for example family or hospital staff.
*Observed by Investigational team or other person:*
Examinations and assessments should also be considered.

**Has Subject been hospitalized...**
Pre-planned hospitalization is usually not an AE.

**Translation to local languages**

| | |
|---|---|
| Afrikaans: | Sedert u vorige besoek, he u enige probleme met u gesondheid ondervind? |
| Czech: | "Měl jste nějaké zdravotní potíže od předchozí návštěvy?" |
| German: | "Hatten Sie seit der vergangenen Untersuchung gesundheitliche Probleme?" |
| Norwegian: | "Har du hatt noen helseproblemer siden det forrige besøket?" |
| Romanian: | "Aţi avut probleme de sănătate de la ultima vizită?" |
| Slovak: | "Mali ste nejaké zdravotné problémy od predchádzajúcej návštevy?" |
| Bulgarian: | "Имахте ли здравословни проблеми след предишното посещение?" |
| Hungarian: | "Volt-e bármilyen egészséggel kapcsolatos problémája az előző vizit óta?" |

2003-10-30

*101*

CONFIDENTIAL
AZSER12442789

Side text (rotated): AW2003-07-31   AZ2002-12-03   AZ01-10

AstraZeneca

Page 40

| Study code D1441C00125 | Subj initials .......................... | E code ⌊ E ⌊ ⌊ ⌊ ⌊ ⌊ ⌊ ⌋ |

Visit No. 5

## Visit

**VISIT**

Visit date ⌊ 2 ⌊ 0 ⌊ ⌊ ⌊ ⌊ ⌊ ⌋
year      mm      dd

## Adverse Events, Reminder

**AERDR**

Any adverse events
- ongoing at previous visit
- spontaneously reported
- observed by Investigational team or other person
- reported in reply to the standard question: *"Have you had any health problems since the previous visit?"*

No   Yes
◯    ◯    If Yes, go to AELOG, Section Adverse Events

Has Subject been hospitalized since previous visit

No   Yes
◯    ◯    If Yes, and reason is AE, go to AELOG, Section Adverse Events

☞ **If there has been any changes in Investigational Product or/and concomitant medication make sure that DOSC, Section Investigational Products or/and MED, Section Medication has been filled in.**

2003-10-30

CONFIDENTIAL
AZSER12442790

Page Ins: 41

## INSTRUCTIONS FOR THE INVESTIGATOR

A203:06

AZ2003-06-04

**Vital Signs, Weight**                                                    **VIT**

**Pulse and blood pressure**
Let Subject rest for 3 minutes before sitting pulse and blood pressure.

Let Subject stand for 2 minutes before standing pulse and blood pressure.

Assess the pulse by palpation for 1 minute.
Use a Sphygmomanometer and measure the blood pressure to the nearest mmHg.
Use the same size of cuff (suitable for the individual Subject) on the right arm throughout the study.

**Weight**
Subject should wear light clothing and no shoes during the weight assessment.

2003-10-30

*103*

CONFIDENTIAL
AZSER12442791

AstraZeneca                                                                    Page 41

Study code D1441C00125          Subj initials ........................          E code | E | | | | | | | |

Visit No. 5

**Vital Signs, Weight**                                                        **VIT**

Assessment date        | 2 | 0| | | | | | | |
                              year       mm     dd

Pulse, sitting         | | | | beats/min

Blood pressure,        | | | | / | | | | mmHg
sitting                  systolic      diastolic

Pulse, standing        | | | | beats/min

Blood pressure,        | | | | / | | | | mmHg
standing                 systolic      diastolic

Weight                 | | | | . | | kg

2003-10-30

*104*

CONFIDENTIAL
AZSER12442792

Page Ins: 42

## INSTRUCTIONS FOR THE INVESTIGATOR

**Simpson-Angus Scale**                                                    **SAS**

Refer to the workbook for scale instructions.

Perform the scale in the workbook then transfer the score to CRF page.

Enter the date when the SAS assessment was performed.

Provide one rating for each item score by putting the appropriate whole number in the corresponding box.

Sign in the Rater's initials box. It is recommended that the same Certified Investigator should perform all SAS assessments for a Subject.

2003-10-30

CONFIDENTIAL
AZSER12442793

AstraZeneca

Study Code D1441C00125          Subj initials ...................................          E code  | E |   |   |   |   |   |   |

Visit No. 5

## Simpson-Angus Scale                                                    **SAS**

Date of assessment    | 2 | 0|   |   |   |   |   |
                       year        mm      dd

1.   Gait

2.   Arm dropping

3.   Shoulder shaking

4.   Elbow rigidity

5.   Wrist rigidity

6.   Head rotation

7.   Glabella tap

8.   Tremor

9.   Salivation

10.  Akathisia

Rater's initials

Total Score

2003-10-30

**106**

CONFIDENTIAL
AZSER12442794

Page Ins: 43

## INSTRUCTIONS FOR THE INVESTIGATOR

**Barnes Akathisia Rating Scale**                                    **BARS**

Refer to the workbook for scale instructions.

Perform the scale in the workbook then transfer the score to CRF page.

Enter the date when the BARS assessment was performed.

Provide one rating by putting the appropriate whole number in the corresponding open box.

Sign in the Rater's initials box. It is recommended that the same Certified Investigator should perform all BARS assessments for a Subject.

2003-10-30

*107*

CONFIDENTIAL
AZSER12442795

AstraZeneca                                                                      Page 43

Study Code D1441C00125          Subj initials ........................   E code | E | | | | | | | |

Visit No. 5

## Barnes Akathisia Rating Scale                                    **BARS**

Date of assessment    | 2 | 0| | | | | |
                            year    mm   dd

1. Objective                                          ☐

2. Subjective awareness of restlessness               ☐

3. Subjective distress related to restlessness        ☐

    Total Score (items 1-3)                          ☐

4. Global clinical assessment of akathisia            ☐

Rater's initials

AW03.07

N/A

AW2003-07-31

2003-10-30

**108**

CONFIDENTIAL
AZSER12442796

Page Ins: 44

## INSTRUCTIONS FOR THE INVESTIGATOR

**Clinical Global Impressions**                                          CGI

**Date**
Enter the date when the assessment was performed.

**Severity of illness**
Evaluate the severity of Subject's mental illness based on your total experience with this particular Subject population. Assess based on the present or previous week's experience. Rate on a seven-point spectrum (1=normal, 7=among the most severely ill patients). Tick only one box.

**Global improvement**
Assess Subject's total improvement since initiation of the current treatment whether or not, in your judgment, it is due entirely to drug treatment. Rate on a seven-point spectrum (1=very much improved, 7=very much worse). Tick only one box.

**Rater's initials**
Sign in the Rater's initials box. It is recommended that the same Certified Investigator should perform all CGI assessments for a Subject.

CN011-07   NA   AW2003-07-31

2003-10-30

CONFIDENTIAL
AZSER12442797

AstraZeneca                                                                 Page 44

Study code D1441C00125          Subj initials ...........................    E code |E | | | | | | | |

Visit No. 5

CN01-07

NA

AW2003-07-31

## Clinical Global Impressions                                          CGI

Date of assessment          |2 | 0 | | | | | | |
                              year        mm      dd

### 1. Severity of illness

Considering your total clinical experience with this particular population,
how mentally ill is Subject at this time?

Not assessed                    ☐ 0

Normal, not at all ill          ☐ 1

Borderline mentally ill         ☐ 2

Mildly ill                      ☐ 3

Moderately ill                  ☐ 4

Markedly ill                    ☐ 5

Severely ill                    ☐ 6

Among the most
extremely ill Subjects          ☐ 7

### 2. Global improvement

Rate total improvement whether or not, in your judgment, it is due entirely
to drug treatment
Compared to Subject's condition at admission to the project, how much
has Subject changed?

Not assessed                    ☐ 0

Very much improved              ☐ 1

Much improved                   ☐ 2

Minimally improved              ☐ 3

No change                       ☐ 4

Minimally worse                 ☐ 5

Much worse                      ☐ 6

Very much worse                 ☐ 7

Rater's initials

2003-10-30

*110*

CONFIDENTIAL
AZSER12442798

Page Ins: 45

## INSTRUCTIONS FOR THE INVESTIGATOR

**Laboratory Assessments**                                    **LAB**

Subject does not need to be fasting.

Label and fill sample tubes according to laboratory instructions.

Record the sampling date and time.

Laboratory results will be provided by the central laboratory, Covance.

Sign and date the laboratory results after review.

**NB:** Please enclose the signed and dated paper copy of laboratory report next to this instruction page.

**Extra blood samples**
Please tick the No circle when extra samples were not taken.

2003-10-30

*111*

CONFIDENTIAL
AZSER12442799

AstraZeneca

Page 45

Study code D1441C00125          Subj initials ...........................          E code │E│ │ │ │ │ │ │ │

Visit No. 5

**Laboratory Assessments**                                                          **LAB**



Sampling date

Sampling time

Subject fasting

Laboratory ID

A201:10

NA

AW2003-07-31

2003-10-30

CONFIDENTIAL
AZSER12442800

AstraZeneca

Study code D1441C00125                          Visit No. 5

## Check List                                                              **CHECK**

1   In the opinion of the Investigator was the Subject
    compliant, for detail information see Clinical Study
    Protocol 3.4.5.                                                    ◯

2   Consider the need for dose adjustment and adjust dosing
    if necessary.                                                      ◯

3   Fill in DOSC and SAC, Section Investigational Products.            ◯

4   Subject has to return pack(s) with or without leftover
    tablet(s) at this visit. Remind Subject to return pack(s) with
    or without leftover tablet(s) at next visit and also the
    Patient Dosing Card.                                               ◯

5   If there has been any usage of anticholinergic medication
    make sure that MED, Section Medication has been filled
    in.                                                                ◯

6   Schedule Subject for Visit 6 at week 12, a visit window of
    ±7 days is allowed.
    This visit requires an overnight hospitalization to ensure
    8-14 h fasting condition.                                          ◯

    All visits should be planned to maintain the visit structure
    relative to baseline (Randomization, Day 1) **the week
    should be counted from baseline date,**
    not from last actual visit day.

2003-10-30

**113**

CONFIDENTIAL
AZSER12442801

# Visit 6

CONFIDENTIAL
AZSER12442802

AstraZeneca

Study code D1441C00125                    Visit No. 6

## Reminder                                                    RDR

**Before you do anything else ...**

1   The PETiT should be administered when Subject arrives at the hospital/site and
    before any other interventions or examinations have occured. The PETiT should be
    dated the day before all other modules on this visit.
    For example: PETiT assessment day 20040105, Visit 6 assessment day 20040106

2   Give Subject instructions regarding fasting and hospitalization, see laboratory
    manual.

**In case of discontinuation or at completion**

3   If possible the final assessments and procedures should always be performed and
    the CRF section for final visit (Visit 9) completed.

4   Subject should return all remaining study medication and SAC, Section
    Investigational Products, is to be filled in.

5   DOSC, Section Investigational Products, is to be filled in.

6   AELOG, Section Adverse Events, is to be filled in.

7   TERM, Section Termination, is to be filled in.

8   SIGN, Section Signature, is to be filled in.

2003-10-30

CONFIDENTIAL
AZSER12442803

## INSTRUCTIONS FOR THE INVESTIGATOR

N/A  AW03-07

AW2003-07-31

### Personal Evaluation of Transitions in Treatment                    **PETIT**

The PETiT should be administered to the Subject when they arrive at the site and before any other interventions or examinations have occured.

### Date of Assessment
Enter date when assessment was completed by the Subject.

### Assessments
The PETiT is a self administered questionnaire. It shall be given to the Subject to be completed on his/her own without the influence of any professional at the clinic.

Take out the separate PETiT questionnaire and fill in the date, Subject initials, E code and Visit number in the header. Hand the questionnaire to the Subject with the following instructions:

"This section contains questions which you are asked to answer on your own. Please read the instructions on the questionnaire and answer the questions as you see fit. When you have finished the questionnaire, please hand it back to me. I will not interfere with your completion or have any comments to your answers. If you like to discuss something with me, we can do it after you have completed the questionnaire."

The PETiT scale contains 30 questions on Subjects perceived well-being, adherence and tolerability and satisfaction with treatment. Each item is rated on a 3-graded scale;

Often
Sometimes
Never

It will take about 2-5 min to complete by the Subject.

When the Subject has finished the questionnaire, please transcribe their answers into the CRF. Please tick the appropriate box in the CRF that corresponds to the circle in the Subject's questionnaire. Make sure that you control that the date, Subject initials, E code and Visit number are correct.

Please note that a questionnaire that has been completed by the Subject is considered as source data and can not be amended by anyone except the Subject.

2003-10-30

*116*

CONFIDENTIAL
AZSER12442804

AstraZeneca

Page 46

Study code D1441C00125          Subj initials ...................................          E code | E | | | | | |

Visit No. 6

## Personal Evaluation of Transitions in Treatment                **PETIT**

Assessment date   | 2 | 0 | 0 | | | | |
                          year          mm        dd

|  | | Often | Sometimes | Never |
|---|---|:---:|:---:|:---:|
| 1. | My mind is sharp and clear | ☐2 | ☐1 | ☐0 |
| 2. | I am worried about what is happening to my health | ☐2 | ☐1 | ☐0 |
| 3. | I feel dull and sluggish | ☐2 | ☐1 | ☐0 |
| 4. | I believe that people feel comfortable around me | ☐2 | ☐1 | ☐0 |
| 5. | I feel too tired to do things that I should do | ☐2 | ☐1 | ☐0 |
| 6. | I find it hard to come up with new ideas | ☐2 | ☐1 | ☐0 |
| 7. | I am unable to trust people | ☐2 | ☐1 | ☐0 |
| 8. | I am satisfied with my life | ☐2 | ☐1 | ☐0 |
| 9. | I am able to concentrate on reading or television | ☐2 | ☐1 | ☐0 |
| 10. | I am unhappy | ☐2 | ☐1 | ☐0 |
| 11. | I have family or friends who really understand me | ☐2 | ☐1 | ☐0 |
| 12. | My sex drive is weak | ☐2 | ☐1 | ☐0 |
| 13. | I am able to communicate better with people | ☐2 | ☐1 | ☐0 |
| 14. | Chores such as cleaning, washing and shopping are too much for me | ☐2 | ☐1 | ☐0 |
| 15. | I am able to remember things easily | ☐2 | ☐1 | ☐0 |
| 16. | I feel ready to work either as a volunteer or for pay | ☐2 | ☐1 | ☐0 |
| 17. | I feel good about myself | ☐2 | ☐1 | ☐0 |
| 18. | My future seems gloomy | ☐2 | ☐1 | ☐0 |
| 19. | I avoid meeting new people | ☐2 | ☐1 | ☐0 |
| 20. | I feel weird and strange | ☐2 | ☐1 | ☐0 |
| 21. | I can handle the daily hassles of life | ☐2 | ☐1 | ☐0 |
| 22. | I dislike the way I look | ☐2 | ☐1 | ☐0 |
| 23. | I am not sleeping well | ☐2 | ☐1 | ☐0 |
| 24. | I am able to do things as well as other people | ☐2 | ☐1 | ☐0 |
| 25. | I forget to take my medication | ☐2 | ☐1 | ☐0 |
| 26. | My medication is helping me | ☐2 | ☐1 | ☐0 |
| 27. | I dislike my current medication | ☐2 | ☐1 | ☐0 |
| 28. | Friends and family believe that my current medication is good for me | ☐2 | ☐1 | ☐0 |
| 29. | Taking medication is unpleasant | ☐2 | ☐1 | ☐0 |
| 30. | I feel that the good things about taking medication outweigh the bad | ☐2 | ☐1 | ☐0 |

N/A  AW03:07

AW2003-07-31

2003-10-30

**117**

CONFIDENTIAL
AZSER12442805

Page Ins: 47

## INSTRUCTIONS FOR THE INVESTIGATOR

### Visit

**VISIT**

The visit date to be filled in is the date after hospitalization, the same day as Oral Glucose Tolerance Test, OGTT is performed.

### Adverse Events, Reminder

**AERDR**

See Section Adverse Events for definitions of Adverse Event (AE) and Serious Adverse Event (SAE).

**Guide to the AE assessment**
*Spontaneously reported:*
The AE can be reported by other than Subject, for example family or hospital staff.
*Observed by Investigational team or other person:*
Examinations and assessments should also be considered.

**Has Subject been hospitalized...**
Pre-planned hospitalization is usually not an AE.

**Translation to local languages**

| | |
|---|---|
| Afrikaans: | Sedert u vorige besoek, he u enige probleme met u gesondheid ondervind? |
| Czech: | "Měl jste nějaké zdravotní potíže od předchozí návštěvy?" |
| German: | "Hatten Sie seit der vergangenen Untersuchung gesundheitliche Probleme?" |
| Norwegian: | "Har du hatt noen helseproblemer siden det forrige besøket?" |
| Romanian: | "Aţi avut probleme de sănătate de la ultima vizită?" |
| Slovak: | "Mali ste nejaké zdravotné problémy od predchádzajúcej návštevy?" |
| Bulgarian: | "Имахте ли здравословни проблеми след предишното посещение?" |
| Hungarian: | "Volt-e bármilyen egészséggel kapcsolatos problémája az előző vizit óta?" |

2003-10-30

*118*

CONFIDENTIAL
AZSER12442806

AstraZeneca

| Study code D1441C00125 | Subj initials ........................... | E code ⎣E⏐ ⏐ ⏐ ⏐ ⏐ ⏐ ⏐ ⎦ |

Visit No. 6

---

AZ01:10
AZ2002-12-03
AW2003-07-31

## Visit

**VISIT**

Visit date ⎣2⏐0⏐ ⏐ ⏐ ⏐ ⏐ ⏐ ⎦
year       mm      dd

---

AZ01:10
AZ2002-12-03
AW2003-07-31

## Adverse Events, Reminder

**AERDR**

Any adverse events
- ongoing at previous visit
- spontaneously reported
- observed by Investigational team or other person
- reported in reply to the standard question: ***"Have you had any health problems since the previous visit?"***

No   Yes
○    ○     If Yes, go to AELOG, Section Adverse Events

Has Subject been hospitalized since previous visit

No   Yes
○    ○     If Yes, and reason is AE, go to AELOG, Section Adverse Events

☞ **If there has been any changes in Investigational Product or/and concomitant medication make sure that DOSC, Section Investigational Products or/and MED, Section Medication has been filled in.**

---

2003-10-30

***119***

CONFIDENTIAL
AZSER12442807

Page Ins: 48

## INSTRUCTIONS FOR THE INVESTIGATOR

**Vital Signs, Weight**                                                                 **VIT**

**Pulse and blood pressure**
Let Subject rest for 3 minutes before sitting pulse and blood pressure.

Let Subject stand for 2 minutes before standing pulse and blood pressure.

Assess the pulse by palpation for 1 minute.
Use a Sphygmomanometer and measure the blood pressure to the nearest mmHg.
Use the same size of cuff (suitable for the individual Subject) on the right arm
throughout the study.

**Weight**
Subject should wear light clothing and no shoes during the weight assessment.

2003-10-30

CONFIDENTIAL
AZSER12442808

AstraZeneca

Page 48

Study code D1441C00125          Subj initials ...............................          E code | E |  |  |  |  |  |  |  |

Visit No. 6

**Vital Signs, Weight**                                                                 **VIT**

Assessment date     | 2 | 0 |  |  |  |  |  |  |
                         year        mm    dd

Pulse, sitting      |  |  |  |  beats/min

Blood pressure,     |  |  |  |  /  |  |  |  |  mmHg
sitting                 systolic      diastolic

Pulse, standing     |  |  |  |  beats/min

Blood pressure,     |  |  |  |  /  |  |  |  |  mmHg
standing               systolic      diastolic

Weight              |  |  |  | . |  |  kg

2003-10-30

**121**

CONFIDENTIAL
AZSER12442809

Page Ins: 49

## INSTRUCTIONS FOR THE INVESTIGATOR

**Simpson-Angus Scale**                                                          **SAS**

Refer to the workbook for scale instructions.

Perform the scale in the workbook then transfer the score to CRF page.

Enter the date when the SAS assessment was performed.

Provide one rating for each item score by putting the appropriate whole number in the corresponding box.

Sign in the Rater's initials box. It is recommended that the same Certified Investigator should perform all SAS assessments for a Subject.

2003-10-30

CONFIDENTIAL
AZSER12442810

AstraZeneca

Page 49

Study Code D1441C00125          Subj initials ...........................          E code | E | | | | | | |

Visit No. 6

## Simpson-Angus Scale

**SAS**

Date of assessment    | 2 | 0 | | | | | |
                            year     mm   dd

1.  Gait             |___|

2.  Arm dropping      |___|

3.  Shoulder shaking    |___|

4.  Elbow rigidity       |___|

5.  Wrist rigidity        |___|

6.  Head rotation      |___|

7.  Glabella tap        |___|

8.  Tremor            |___|

9.  Salivation         |___|

10. Akathisia         |___|

Rater's initials

Total Score     |_____|

AW03:07
N/A
AW2003-07-31

2003-10-30

*123*

CONFIDENTIAL
AZSER12442811

Page Ins: 50

## INSTRUCTIONS FOR THE INVESTIGATOR

**Barnes Akathisia Rating Scale**                                                    **BARS**

Refer to the workbook for scale instructions.

Perform the scale in the workbook then transfer the score to CRF page.

Enter the date when the BARS assessment was performed.

Provide one rating by putting the appropriate whole number in the corresponding open box.

Sign in the Rater's initials box. It is recommended that the same Certified Investigator should perform all BARS assessments for a Subject.

2003-10-30

*124*

CONFIDENTIAL
AZSER12442812

AstraZeneca

Page 50

| Study Code D1441C00125 | Subj initials ................................. | E code | E | | | | | | | |

Visit No. 6

**Barnes Akathisia Rating Scale**                                    **BARS**

Date of assessment          | 2 | 0| | | | | | |
                              year        mm      dd

1. Objective                                    ☐

2. Subjective awareness of restlessness         ☐

3. Subjective distress related to restlessness  ☐

   Total Score (items 1-3)                      ☐

4. Global clinical assessment of akathisia      ☐

Rater's initials

2003-10-30

CONFIDENTIAL
AZSER12442813

## INSTRUCTIONS FOR THE INVESTIGATOR

CN011-07

NA

AW2003-07-31

### Clinical Global Impressions                                                    CGI

**Date**
Enter the date when the assessment was performed.

**Severity of illness**
Evaluate the severity of Subject's mental illness based on your total experience with this particular Subject population. Assess based on the present or previous week's experience. Rate on a seven-point spectrum (1=normal, 7=among the most severely ill patients). Tick only one box.

**Global improvement**
Assess Subject's total improvement since initiation of the current treatment whether or not, in your judgment, it is due entirely to drug treatment. Rate on a seven-point spectrum (1=very much improved, 7=very much worse). Tick only one box.

**Rater's initials**
Sign in the Rater's initials box. It is recommended that the same Certified Investigator should perform all CGI assessments for a Subject.

2003-10-30

CONFIDENTIAL
AZSER12442814

AstraZeneca ⬤                                                                    Page 51

Study code D1441C00125          Subj initials ...........................          E code  | E | | | | | | | |

Visit No. 6

## Clinical Global Impressions                                                        CGI

Date of assessment          | 2 | 0| | | | | | |
                              year        mm      dd

### 1. Severity of illness

Considering your total clinical experience with this particular population,
how mentally ill is Subject at this time?

Not assessed                    ☐ 0

Normal, not at all ill          ☐ 1

Borderline mentally ill         ☐ 2

Mildly ill                      ☐ 3

Moderately ill                  ☐ 4

Markedly ill                    ☐ 5

Severely ill                    ☐ 6

Among the most
extremely ill Subjects          ☐ 7

### 2. Global improvement

Rate total improvement whether or not, in your judgment, it is due entirely
to drug treatment
Compared to Subject's condition at admission to the project, how much
has Subject changed?

Not assessed                    ☐ 0

Very much improved              ☐ 1

Much improved                   ☐ 2

Minimally improved              ☐ 3

No change                       ☐ 4

Minimally worse                 ☐ 5

Much worse                      ☐ 6

Very much worse                 ☐ 7

Rater's initials

2003-10-30

**127**

CONFIDENTIAL
AZSER12442815

Page Ins: 52

## INSTRUCTIONS FOR THE INVESTIGATOR

AW03.09

### Rating of Medication Influences

ROMI

*Ref. Rating of Medication Influences (ROMI) Scale in Schizophrenia. Schizophrenia Bulletin, vol 20(2), 1994*
*Dr Peter Weiden M.D., Dept of Psychiatry & Schizophrenia Research, Suny Health Science Brooklyn,*
*450 Clarkson Avenue, NY 11203, USA*

The ROMI is a patient interview, performed by the treating physician or an independent interviewer. Before the interview is performed make sure that you have read through the ROMI manual that has been given to you with the trial details.

The ROMI scale contains 19 questions around the patient´s attitude towards taking, or not taking, their medication. There answers should be rated on a 3-graded scale;

1 = None
2 = Mild
3 = Strong

It will take about 15 min to complete the interview and the scoring by the clinician that usually treats the patient and about 30-40 min for an independent interviewer.

When the interview is finished you can transcribe the results into the CRF by ticking the correct box. Make sure that you control that the date, Subject initials, E code and Visit number are correct.

2003-10-30

**128**

CONFIDENTIAL
AZSER12442816

AstraZeneca

Page 52.01

Study code D1441C00125          Subj initials ........................          E code  E | | | | | | |

Visit No. 6

AW03.09

## Rating of Medication Influences

ROMI

Assessment date  | 2 | 0 | | | | | | |
                        year       mm      dd

Information not obtained          ☐ 1

**Part I: Reasons for compliance**

**Are you (considering) taking your medication because..........**

|  | None | Mild | Strong |
|---|---|---|---|
| **C1 Perceived daily benefit** | ☐ 1 | ☐ 2 | ☐ 3 |
| **C2 Fear of relapse** | ☐ 1 | ☐ 2 | ☐ 3 |
| **C3 Side effect relief** | ☐ 1 | ☐ 2 | ☐ 3 |
| **C4 Fulfillment of life goals** | ☐ 1 | ☐ 2 | ☐ 3 |
| **C5 Deference to authority** | ☐ 1 | ☐ 2 | ☐ 3 |
| **C6 Positive relation with clinical staff** | ☐ 1 | ☐ 2 | ☐ 3 |
| **C7 Outside positive opinion about taking medication** | ☐ 1 | ☐ 2 | ☐ 3 |
| **C8 Outside opinion that current medication is better** | ☐ 1 | ☐ 2 | ☐ 3 |
| **C9 Outside pressure/force** | ☐ 1 | ☐ 2 | ☐ 3 |

continues

2003-10-30

**129**

CONFIDENTIAL
AZSER12442817

AstraZeneca

Page 52.02

Study code D1441C00125          Subj initials ...............................          E code [E | | | | | | | ]

Visit No. 6

AW03.09

## Rating of Medication Influences, continued                ROMI

### Part II: Reasons for noncompliance

**Are you reluctant to take your medication because..........**

|  | None | Mild | Strong |
|---|---|---|---|
| **NC1 No daily benefit** | ☐1 | ☐2 | ☐3 |
| **NC2 Medications currently unnecessary** | ☐1 | ☐2 | ☐3 |
| **NC3 Never was ill** | ☐1 | ☐2 | ☐3 |
| **NC4 Interferes with life goals** | ☐1 | ☐2 | ☐3 |
| **NC5 Distressed by side effects** | ☐1 | ☐2 | ☐3 |
| **NC6 Embarrassment or stigma over meds/illness** | ☐1 | ☐2 | ☐3 |
| **NC7 Change in appearance** | ☐1 | ☐2 | ☐3 |
| **NC8 Outside opposition to taking medications** | ☐1 | ☐2 | ☐3 |
| **NC9 Treatment access problems** | ☐1 | ☐2 | ☐3 |
| **NC10 Substance abuse** | ☐1 | ☐2 | ☐3 |

Rater´s initials

2003-10-30

**130**

CONFIDENTIAL
AZSER12442818

Page Ins: 53

## INSTRUCTIONS FOR THE INVESTIGATOR

AZ01110

**Laboratory Assessments**                                                          **LAB**

NA

AW2003-07-31

Label and fill sample tubes according to laboratory instructions.

Record the sampling date and time.

Laboratory results will be provided by the central laboratory, Covance.

Sign and date the laboratory results after review.


**NB:** Please enclose the signed and dated paper copy of laboratory report next to this instruction page.


**Extra blood samples**
Please tick the No circle when extra samples were not taken.

2003-10-30

CONFIDENTIAL
AZSER12442819

AstraZeneca

Page 53

Study code D1441C00125          Subj initials .........................          E code [ E | | | | | | | ]

Visit No. 6

**Laboratory Assessments**                                                      **LAB**



Sampling date

Sampling time

Subject fasting

Laboratory ID

2003-10-30

**132**

CONFIDENTIAL
AZSER12442820

Page Ins: 54-58

## INSTRUCTIONS FOR THE INVESTIGATOR

**Laboratory Assessments, Oral Glucose Tolerance Test, OGTT**               **LAB1**

**Subject fasting**
Subject needs to be fasting for these samples.
Definition of fasting: Subject has only been drinking water for the last 8-14 h.
Smoking is not allowed during fasting and the OGTT procedure.

**Before intake of glucose**
Label and fill samples tubes according to laboratory instructions.
Record the sampling date and time.

**NB:** Go to MED1 below.

**After intake of glucose**
After intake of glucose additional blood samples will be collected:
30 min, 60 min, 90 min and 120 minutes after glucose treatment started.

During the test period, Subject should remain fasting and preferably remain in sitting position.

Please enclose the signed and dated paper copy of laboratory report next to this instruction page.

**Medication, Intake of Glucose**               **MED1**

Subject has to drink 75 g of glucose in 250-300 mL of water over the course of 5 min.

**Treatment started**
Start of the test is from the beginning of the glucose intake.

Go to LAB above, After intake of glucose.

2003-10-30

*133*

CONFIDENTIAL
AZSER12442821

AstraZeneca

Study code D1441C00125          Subj initials ...........................          E code | E | | | | | | |

Visit No. 6

## Laboratory Assessments, Oral Glucose Tolerance Test, OGTT          **LAB1**

Subject fasting          No ☐0          Yes ☐1

**Before intake of glucose**

Sampling date          | 2 | 0 | | | | |
                         year    mm   dd

Sampling time, before intake of glucose          | | | : | | |
                                                  24-hour clock

**Go to MED1, Medication, intake of glucose below**

**After intake of glucose**

Sampling time, 30 min after glucose intake          | | | : | | |
                                                     24-hour clock

Sampling time, 60 min after glucose intake          | | | : | | |
                                                     24-hour clock

Sampling time, 90 min after glucose intake          | | | : | | |
                                                     24-hour clock

Sampling time, 120 min after glucose intake          | | | : | | |
                                                      24-hour clock

Laboratory ID          | 1 |

## Medication, Intake of Glucose          **MED1**

None ☐0

| Trade name | Route | Total daily dose | Treatment started | | Reason for therapy |
|------------|-------|------------------|-------------------|---|-------------------|
| Glucose | p.o. | 75 g | \| 2 \| 0 \| \| \| \| \|<br>year    mm   dd | \| \| \| : \| \| \|<br>24-hour clock | Oral Glucose Tolerance Test |

**Go to LAB, After intake of glucose**

2003-10-30

CONFIDENTIAL
AZSER12442822

AstraZeneca

Study code D1441C00125                    Visit No. 6

## Check List                                                    **CHECK**

1  In the opinion of the Investigator was the Subject
   compliant, for detail information see Clinical Study
   Protocol 3.4.5.                                                ○

2  Consider the need for dose adjustment and adjust dosing
   if necessary.                                                  ○

3  Fill in DOSC and SAC, Section Investigational Products.        ○

4  Subject has to return pack(s) with or without leftover
   tablet(s) at this visit. Remind Subject to return pack(s) with
   or without leftover tablet(s) at next visit and also the
   Patient Dosing Card.                                           ○

5  If there has been any usage of anticholinergic medication
   make sure that MED, Section Medication has been filled
   in.                                                            ○

6  Schedule Subject for Visit 7 at week 16, a visit window of
   ±7 days is allowed.                                            ○

   All visits should be planned to maintain the visit structure
   relative to baseline (Randomization, Day 1) **the week
   should be counted from baseline date,**
   not from last actual visit day.

A201-10
AZ2002-12-03
AW2003-07-31

2003-10-30

**135**

CONFIDENTIAL
AZSER12442823

# Visit 7

CONFIDENTIAL
AZSER12442824

AstraZeneca

---

Study code D1441C00125                      Visit No. 7

---

AZ201:10   AZ2002-12-03   AW2003-07-31

## Reminder                                                                    **RDR**

### In case of discontinuation or at completion

1   If possible the final assessments and procedures should always be performed and the CRF section for final visit (Visit 9) completed.

2   Subject should return all remaining study medication and SAC, Section Investigational Products, is to be filled in.

3   DOSC, Section Investigational Products, is to be filled in.

4   AELOG, Section Adverse Events, is to be filled in.

5   TERM, Section Termination, is to be filled in.

6   SIGN, Section Signature, is to be filled in.

---

2003-10-30

CONFIDENTIAL
AZSER12442825

## INSTRUCTIONS FOR THE INVESTIGATOR

**Adverse Events, Reminder**                                          **AERDR**

See Section Adverse Events for definitions of Adverse Event (AE) and
Serious Adverse Event (SAE).

**Guide to the AE assessment**
*Spontaneously reported:*
The AE can be reported by other than Subject, for example family or hospital staff.
*Observed by Investigational team or other person:*
Examinations and assessments should also be considered.

**Has Subject been hospitalized...**
Pre-planned hospitalization is usually not an AE.

**Translation to local languages**

| | |
|---|---|
| Afrikaans: | Sedert u vorige besoek, he u enige probleme met u gesondheid ondervind? |
| Czech: | "Měl jste nějaké zdravotní potíže od předchozí návštěvy?" |
| German: | "Hatten Sie seit der vergangenen Untersuchung gesundheitliche Probleme?" |
| Norwegian: | "Har du hatt noen helseproblemer siden det forrige besøket?" |
| Romanian: | "Aţi avut probleme de sănătate de la ultima vizită?" |
| Slovak: | "Mali ste nejaké zdravotné problémy od predchádzajúcej návštevy?" |
| Bulgarian: | "Имахте ли здравословни проблеми след предишното посещение?" |
| Hungarian: | "Volt-e bármilyen egészséggel kapcsolatos problémája az előző vizit óta?" |

A2I01-10      AZ2002-12-03      AW2003-07-31

2003-10-30

CONFIDENTIAL
AZSER12442826

AstraZeneca

| Study code D1441C00125 | Subj initials .............................. | E code │E│ │ │ │ │ │ │ │ |

Visit No. 7

AZ01:10 / AZ2002-12-03 / AW2003-07-31

## Visit

**VISIT**

Visit date │2│0│ │ │ │ │ │ │
     year  mm  dd

AZ01:10 / AZ2002-12-03 / AW2003-07-31

## Adverse Events, Reminder

**AERDR**

Any adverse events
- ongoing at previous visit
- spontaneously reported
- observed by Investigational team or other person
- reported in reply to the standard question: ***"Have you had any health problems since the previous visit?"***

No   Yes    If Yes, go to AELOG,
○    ○    Section Adverse Events

Has Subject been hospitalized since previous visit

No   Yes    If Yes, and reason is AE,
○    ○    go to AELOG,
              Section Adverse Events

☞ **If there has been any changes in Investigational Product or/and concomitant medication make sure that DOSC, Section Investigational Products or/and MED, Section Medication has been filled in.**

2003-10-30

CONFIDENTIAL
AZSER12442827

Page Ins: 60

## INSTRUCTIONS FOR THE INVESTIGATOR

**Vital Signs, Weight**                                              **VIT**

**Pulse and blood pressure**
Let Subject rest for 3 minutes before sitting pulse and blood pressure.

Let Subject stand for 2 minutes before standing pulse and blood pressure.

Assess the pulse by palpation for 1 minute.
Use a Sphygmomanometer and measure the blood pressure to the nearest mmHg.
Use the same size of cuff (suitable for the individual Subject) on the right arm throughout the study.

**Weight**
Subject should wear light clothing and no shoes during the weight assessment.

2003-10-30

*140*

CONFIDENTIAL
AZSER12442828

AstraZeneca

Page 60

Study code D1441C00125          Subj initials ..................................          E code | E | | | | | | | |

Visit No. 7

## Vital Signs, Weight

VIT

Assessment date      | 2 | 0 | | | | | | |
                          year        mm    dd

Pulse, sitting       | | | | beats/min

Blood pressure,      | | | | / | | | | mmHg
sitting                systolic      diastolic

Pulse, standing      | | | | beats/min

Blood pressure,      | | | | / | | | | mmHg
standing               systolic      diastolic

Weight               | | | | . | | kg

2003-10-30

*141*

CONFIDENTIAL
AZSER12442829

Page Ins: 61

## INSTRUCTIONS FOR THE INVESTIGATOR

**Simpson-Angus Scale**                                                        **SAS**

Refer to the workbook for scale instructions.

Perform the scale in the workbook then transfer the score to CRF page.

Enter the date when the SAS assessment was performed.

Provide one rating for each item score by putting the appropriate whole number in the corresponding box.

Sign in the Rater's initials box. It is recommended that the same Certified Investigator should perform all SAS assessments for a Subject.

2003-10-30

*142*

CONFIDENTIAL
AZSER12442830

AstraZeneca

Study Code D1441C00125          Subj initials ........................          E code | E | | | | | | | |

Visit No. 7

## Simpson-Angus Scale                                              SAS

Date of assessment   | 2 | 0 | | | | | | |
                         year        mm      dd

1.   Gait                    | |

2.   Arm dropping            | |

3.   Shoulder shaking        | |

4.   Elbow rigidity          | |

5.   Wrist rigidity          | |

6.   Head rotation           | |

7.   Glabella tap            | |

8.   Tremor                  | |

9.   Salivation              | |

10.  Akathisia               | |

Rater's initials

Total Score        |_____|

2003-10-30

**143**

CONFIDENTIAL
AZSER12442831

Page Ins: 62

## INSTRUCTIONS FOR THE INVESTIGATOR

**Barnes Akathisia Rating Scale**                                    **BARS**

Refer to the workbook for scale instructions.

Perform the scale in the workbook then transfer the score to CRF page.

Enter the date when the BARS assessment was performed.

Provide one rating by putting the appropriate whole number in the corresponding open box.

Sign in the Rater's initials box. It is recommended that the same Certified Investigator should perform all BARS assessments for a Subject.

2003-10-30

*144*

CONFIDENTIAL
AZSER12442832

AstraZeneca

Page 62

| Study Code D1441C00125 | Subj initials .......................... | E code E |

Visit No. 7

## Barnes Akathisia Rating Scale

**BARS**

Date of assessment  |2|0| | | | | | |
year    mm    dd

1. Objective

2. Subjective awareness of restlessness

3. Subjective distress related to restlessness

    Total Score (items 1-3)

4. Global clinical assessment of akathisia

Rater's initials

2003-10-30

CONFIDENTIAL
AZSER12442833

Page Ins: 63

## INSTRUCTIONS FOR THE INVESTIGATOR

**Clinical Global Impressions**                                                    CGI

**Date**
Enter the date when the assessment was performed.

**Severity of illness**
Evaluate the severity of Subject's mental illness based on your total experience
with this particular Subject population. Assess based on the present or previous
week's experience. Rate on a seven-point spectrum (1=normal, 7=among the
most severely ill patients). Tick only one box.

**Global improvement**
Assess Subject's total improvement since initiation of the current treatment
whether or not, in your judgment, it is due entirely to drug treatment. Rate on a
seven-point spectrum (1=very much improved, 7=very much worse). Tick only
one box.

**Rater's initials**
Sign in the Rater's initials box. It is recommended that the same
Certified Investigator should perform all CGI assessments for a Subject.

CN011-07

NA

AW2003-07-31

2003-10-30

*146*

CONFIDENTIAL
AZSER12442834

AstraZeneca                                                                    Page 63

Study code D1441C00125          Subj initials ...........................          E code | E | | | | | | | |

Visit No. 7

## Clinical Global Impressions                                              CGI

Date of assessment          | 2 | 0 | | | | | | | |
                              year       mm       dd

### 1. Severity of illness

Considering your total clinical experience with this particular population,
how mentally ill is Subject at this time?

Not assessed                        ☐ 0

Normal, not at all ill              ☐ 1

Borderline mentally ill             ☐ 2

Mildly ill                          ☐ 3

Moderately ill                      ☐ 4

Markedly ill                        ☐ 5

Severely ill                        ☐ 6

Among the most
extremely ill Subjects              ☐ 7

### 2. Global improvement

Rate total improvement whether or not, in your judgment, it is due entirely
to drug treatment
Compared to Subject's condition at admission to the project, how much
has Subject changed?

Not assessed                        ☐ 0

Very much improved                  ☐ 1

Much improved                       ☐ 2

Minimally improved                  ☐ 3

No change                           ☐ 4

Minimally worse                     ☐ 5

Much worse                          ☐ 6

Very much worse                     ☐ 7

Rater´s initials

CN01-07   NA   AW2003-07-31

2003-10-30

**147**

CONFIDENTIAL
AZSER12442835

AstraZeneca

Study code D1441C00125                    Visit No. 7

## Check List                                                  **CHECK**

1  In the opinion of the Investigator was the Subject
   compliant, for detail information see Clinical Study
   Protocol 3.4.5.                                    ◯

2  Consider the need for dose adjustment and adjust dosing
   if necessary.                                      ◯

3  Fill in DOSC and SAC, Section Investigational Products.  ◯

4  Subject has to return pack(s) with or without leftover
   tablet(s) at this visit. Remind Subject to return pack(s) with
   or without leftover tablet(s) at next visit and also the
   Patient Dosing Card.                               ◯

5  If there has been any usage of anticholinergic medication
   make sure that MED, Section Medication has been filled
   in.                                                ◯

6  Schedule Subject for Visit 8 at week 20, a visit window of
   ±7 days is allowed.                                ◯

   All visits should be planned to maintain the visit structure
   relative to baseline (Randomization, Day 1) **the week
   should be counted from baseline date,**
   not from last actual visit day.

2003-10-30

CONFIDENTIAL
AZSER12442836

# Visit 8

CONFIDENTIAL
AZSER12442837

AstraZeneca

---

Study code D1441C00125                    Visit No. 8

---

## Reminder                                                    RDR

**In case of discontinuation or at completion**

1   If possible the final assessments and procedures should always be performed and the CRF section for final visit (Visit 9) completed.

2   Subject should return all remaining study medication and SAC, Section Investigational Products, is to be filled in.

3   DOSC, Section Investigational Products, is to be filled in.

4   AELOG, Section Adverse Events, is to be filled in.

5   TERM, Section Termination, is to be filled in.

6   SIGN, Section Signature, is to be filled in.

---

2003-10-30

CONFIDENTIAL
AZSER12442838

Page Ins: 64

## INSTRUCTIONS FOR THE INVESTIGATOR

**Adverse Events, Reminder**                                                    **AERDR**

See Section Adverse Events for definitions of Adverse Event (AE) and
Serious Adverse Event (SAE).

**Guide to the AE assessment**
*Spontaneously reported:*
The AE can be reported by other than Subject, for example family or hospital staff.
*Observed by Investigational team or other person:*
Examinations and assessments should also be considered.

**Has Subject been hospitalized...**
Pre-planned hospitalization is usually not an AE.

**Translation to local languages**

| | |
|---|---|
| Afrikaans: | Sedert u vorige besoek, he u enige probleme met u gesondheid ondervind? |
| Czech: | "Měl jste nějaké zdravotní potíže od předchozí návštěvy?" |
| German: | "Hatten Sie seit der vergangenen Untersuchung gesundheitliche Probleme?" |
| Norwegian: | "Har du hatt noen helseproblemer siden det forrige besøket?" |
| Romanian: | "Aţi avut probleme de sănătate de la ultima vizită?" |
| Slovak: | "Mali ste nejaké zdravotné problémy od predchádzajúcej návštevy?" |
| Bulgarian: | "Имахте ли здравословни  проблеми след предишното посещение?" |
| Hungarian: | "Volt-e bármilyen egészséggel kapcsolatos problémája az előző vizit óta?" |

CONFIDENTIAL
AZSER12442839

*(left margin: AZ01-10   AZ2002-12-03   AW2003-07-31)*

AstraZeneca

Page 64

| Study code D1441C00125 | Subj initials .......................... | E code |E| | | | | | | | |

Visit No. 8

**Visit**                                                                    **VISIT**

Visit date  |2|0| | | | | | |
year    mm    dd

---

**Adverse Events, Reminder**                                               **AERDR**

Any adverse events
- ongoing at previous visit
- spontaneously reported
- observed by Investigational team or other person
- reported in reply to the standard question: ***"Have you had any health problems since the previous visit?"***

No    Yes
○      ○      If Yes, go to AELOG, Section Adverse Events

Has Subject been hospitalized since previous visit

No    Yes
○      ○      If Yes, and reason is AE, go to AELOG, Section Adverse Events

☞ **If there has been any changes in Investigational Product or/and concomitant medication make sure that DOSC, Section Investigational Products or/and MED, Section Medication has been filled in.**

2003-10-30

***152***

CONFIDENTIAL
AZSER12442840

Page Ins: 65

## INSTRUCTIONS FOR THE INVESTIGATOR

**Vital Signs, Weight**                                                                    **VIT**

**Pulse and blood pressure**
Let Subject rest for 3 minutes before sitting pulse and blood pressure.

Let Subject stand for 2 minutes before standing pulse and blood pressure.

Assess the pulse by palpation for 1 minute.
Use a Sphygmomanometer and measure the blood pressure to the nearest mmHg.
Use the same size of cuff (suitable for the individual Subject) on the right arm throughout the study.

**Weight**
Subject should wear light clothing and no shoes during the weight assessment.

2003-10-30

*153*

CONFIDENTIAL
AZSER12442841

AstraZeneca

Page 65

Study code D1441C00125          Subj initials .......................          E code | E | | | | | | |

Visit No. 8

## Vital Signs, Weight

VIT

Assessment date   | 2 | 0 | | | | | | |
                       year      mm    dd

Pulse, sitting    | | | |   beats/min

Blood pressure,   | | | | / | | | |   mmHg
sitting            systolic    diastolic

Pulse, standing   | | | |   beats/min

Blood pressure,   | | | | / | | | |   mmHg
standing           systolic    diastolic

Weight   | | | | . | |   kg

2003-10-30

*154*

CONFIDENTIAL
AZSER12442842

Page Ins: 66

## INSTRUCTIONS FOR THE INVESTIGATOR

**Simpson-Angus Scale**                                                        **SAS**

Refer to the workbook for scale instructions.

Perform the scale in the workbook then transfer the score to CRF page.

Enter the date when the SAS assessment was performed.

Provide one rating for each item score by putting the appropriate whole number in the corresponding box.

Sign in the Rater's initials box. It is recommended that the same Certified Investigator should perform all SAS assessments for a Subject.

2003-10-30

*155*

CONFIDENTIAL
AZSER12442843

AstraZeneca

Study Code D1441C00125          Subj initials ..............................          E code | E |_|_|_|_|_|_|_|

Visit No. 8

## Simpson-Angus Scale                                                                **SAS**

Date of assessment      | 2 | 0 |_|_|_|_|_|
                          year      mm    dd

1.  Gait                        |__|

2.  Arm dropping                |__|

3.  Shoulder shaking            |__|

4.  Elbow rigidity              |__|

5.  Wrist rigidity              |__|

6.  Head rotation               |__|

7.  Glabella tap                |__|

8.  Tremor                      |__|

9.  Salivation                  |__|

10. Akathisia                   |__|

Rater's initials

Total Score       |_____|

AW03:07

N/A

AW2003-07-31

2003-10-30

**156**

CONFIDENTIAL
AZSER12442844