Page Ins: 67

## INSTRUCTIONS FOR THE INVESTIGATOR

**Barnes Akathisia Rating Scale**                                              **BARS**

Refer to the workbook for scale instructions.

Perform the scale in the workbook then transfer the score to CRF page.

Enter the date when the BARS assessment was performed.

Provide one rating by putting the appropriate whole number in the corresponding open box.

Sign in the Rater's initials box. It is recommended that the same Certified Investigator should perform all BARS assessments for a Subject.

2003-10-30

*157*

CONFIDENTIAL
AZSER12442845

AstraZeneca

Page 67

Study Code D1441C00125        Subj initials ...................................        E code  | E | | | | | | |

Visit No. 8

## Barnes Akathisia Rating Scale

**BARS**

AW03:07
N/A
AW2003-07-31

Date of assessment     | 2 | 0 | | | | | | |
                         year      mm    dd

1. Objective                                      | |

2. Subjective awareness of restlessness           | |

3. Subjective distress related to restlessness    | |

    Total Score (items 1-3)                       | |

4. Global clinical assessment of akathisia        | |

Rater's initials

2003-10-30

CONFIDENTIAL
AZSER12442846

Page Ins: 68

## INSTRUCTIONS FOR THE INVESTIGATOR

CN011-07

NA

AW2003-07-31

### Clinical Global Impressions                                           CGI

**Date**
Enter the date when the assessment was performed.

**Severity of illness**
Evaluate the severity of Subject's mental illness based on your total experience with this particular Subject population. Assess based on the present or previous week's experience. Rate on a seven-point spectrum (1=normal, 7=among the most severely ill patients). Tick only one box.

**Global improvement**
Assess Subject's total improvement since initiation of the current treatment whether or not, in your judgment, it is due entirely to drug treatment. Rate on a seven-point spectrum (1=very much improved, 7=very much worse). Tick only one box.

**Rater's initials**
Sign in the Rater's initials box. It is recommended that the same Certified Investigator should perform all CGI assessments for a Subject.

2003-10-30

CONFIDENTIAL
AZSER12442847

AstraZeneca                                                                          Page 68

Study code D1441C00125          Subj initials ...........................          E code  | E | | | | | | | |

Visit No. 8

## Clinical Global Impressions                                                      CGI

Date of assessment            | 2 | 0 | | | | | |
                                    year       mm      dd

### 1. Severity of illness

Considering your total clinical experience with this particular population,
how mentally ill is Subject at this time?

Not assessed                  ☐ 0

Normal, not at all ill        ☐ 1

Borderline mentally ill       ☐ 2

Mildly ill                    ☐ 3

Moderately ill                ☐ 4

Markedly ill                  ☐ 5

Severely ill                  ☐ 6

Among the most
extremely ill Subjects        ☐ 7

### 2. Global improvement

Rate total improvement whether or not, in your judgment, it is due entirely
to drug treatment
Compared to Subject's condition at admission to the project, how much
has Subject changed?

Not assessed                  ☐ 0

Very much improved            ☐ 1

Much improved                 ☐ 2

Minimally improved            ☐ 3

No change                     ☐ 4

Minimally worse               ☐ 5

Much worse                    ☐ 6

Very much worse               ☐ 7

Rater's initials

CN01-07

NA

AW2003-07-31

2003-10-30

**160**

CONFIDENTIAL
AZSER12442848

AstraZeneca

Study code D1441C00125                    Visit No. 8

A201:10
AZ2002-12-03
AW2003-07-31

## Check List                                                                    **CHECK**

1   In the opinion of the Investigator was the Subject
    compliant, for detail information see Clinical Study
    Protocol 3.4.5.

2   Consider the need for dose adjustment and adjust dosing
    if necessary.

3   Fill in DOSC and SAC, Section Investigational Products.

4   Subject has to return pack(s) with or without leftover
    tablet(s) at this visit. Remind Subject to return pack(s) with
    or without leftover tablet(s) at next visit and also the
    Patient Dosing Card.

5   If there has been any usage of anticholinergic medication
    make sure that MED, Section Medication has been filled
    in.

6   Schedule Subject for Visit 9 at week 24, a visit window of
    ±7 days is allowed.
    This visit requires an overnight hospitalization to ensure
    8-14 h fasting condition.

    All visits should be planned to maintain the visit structure
    relative to baseline (Randomization, Day 1) **the week
    should be counted from baseline date,**
    not from last actual visit day.

2003-10-30

CONFIDENTIAL
AZSER12442849

# Visit 9, Final

CONFIDENTIAL
AZSER12442850

AstraZeneca

---

Study code D1441C00125                    Visit No. 9, Final

---

**Reminder**                                                    **RDR**

**Before you do anything else ...**

1   The PETiT should be administered when Subject arrives at the hospital/site and
    before any other interventions or examinations have occured. The PETiT should be
    dated the day before all other modules on this visit.
    For example: PETiT assessment day 20040105, Visit 9 assessment day 20040106

2   Give Subject instructions regarding fasting and hospitalization, see laboratory
    manual.

---

2003-10-30

CONFIDENTIAL
AZSER12442851

INSTRUCTIONS FOR THE INVESTIGATOR

N/A AW03:07

AW2003-07-31

## Personal Evaluation of Transitions in Treatment

**PETIT**

The PETiT should be administered to the Subject when they arrive at the site and before any other interventions or examinations have occured.

**Date of Assessment**
Enter date when assessment was completed by the Subject.

**Assessments**
The PETiT is a self administered questionnaire. It shall be given to the Subject to be completed on his/her own without the influence of any professional at the clinic.

Take out the separate PETiT questionnaire and fill in the date, Subject initials, E code and Visit number in the header. Hand the questionnaire to the Subject with the following instructions:

"This section contains questions which you are asked to answer on your own. Please read the instructions on the questionnaire and answer the questions as you see fit. When you have finished the questionnaire, please hand it back to me. I will not interfere with your completion or have any comments to your answers. If you like to discuss something with me, we can do it after you have completed the questionnaire."

The PETiT scale contains 30 questions on Subjects perceived well-being, adherence and tolerability and satisfaction with treatment. Each item is rated on a 3-graded scale;

Often
Sometimes
Never

It will take about 2-5 min to complete by the Subject.

When the Subject has finished the questionnaire, please transcribe their answers into the CRF. Please tick the appropriate box in the CRF that corresponds to the circle in the Subject's questionnaire. Make sure that you control that the date, Subject initials, E code and visit number are correct.

Please note that a questionnaire that has been completed by the Subject is considered as source data and can not be amended by anyone except the Subject.

CONFIDENTIAL
AZSER12442852

AstraZeneca                                                                                          Page 69

Study code D1441C00125          Subj initials ..............................          E code [ E | | | | | | | ]

Visit No. 9, Final

## Personal Evaluation of Transitions in Treatment                              **PETIT**

Assessment date    [ 2 | 0 | 0 | | | | ]
                     year      mm    dd

|     |                                                                  | Often | Sometimes | Never |
|-----|------------------------------------------------------------------|-------|-----------|-------|
| 1.  | My mind is sharp and clear                                       | 2     | 1         | 0     |
| 2.  | I am worried about what is happening to my health                | 2     | 1         | 0     |
| 3.  | I feel dull and sluggish                                         | 2     | 1         | 0     |
| 4.  | I believe that people feel comfortable around me                 | 2     | 1         | 0     |
| 5.  | I feel too tired to do things that I should do                   | 2     | 1         | 0     |
| 6.  | I find it hard to come up with new ideas                         | 2     | 1         | 0     |
| 7.  | I am unable to trust people                                      | 2     | 1         | 0     |
| 8.  | I am satisfied with my life                                      | 2     | 1         | 0     |
| 9.  | I am able to concentrate on reading or television                | 2     | 1         | 0     |
| 10. | I am unhappy                                                     | 2     | 1         | 0     |
| 11. | I have family or friends who really understand me                | 2     | 1         | 0     |
| 12. | My sex drive is weak                                             | 2     | 1         | 0     |
| 13. | I am able to communicate better with people                      | 2     | 1         | 0     |
| 14. | Chores such as cleaning, washing and shopping are too much for me| 2     | 1         | 0     |
| 15. | I am able to remember things easily                              | 2     | 1         | 0     |
| 16. | I feel ready to work either as a volunteer or for pay            | 2     | 1         | 0     |
| 17. | I feel good about myself                                         | 2     | 1         | 0     |
| 18. | My future seems gloomy                                           | 2     | 1         | 0     |
| 19. | I avoid meeting new people                                       | 2     | 1         | 0     |
| 20. | I feel weird and strange                                         | 2     | 1         | 0     |
| 21. | I can handle the daily hassles of life                           | 2     | 1         | 0     |
| 22. | I dislike the way I look                                          | 2     | 1         | 0     |
| 23. | I am not sleeping well                                           | 2     | 1         | 0     |
| 24. | I am able to do things as well as other people                   | 2     | 1         | 0     |
| 25. | I forget to take my medication                                   | 2     | 1         | 0     |
| 26. | My medication is helping me                                      | 2     | 1         | 0     |
| 27. | I dislike my current medication                                  | 2     | 1         | 0     |
| 28. | Friends and family believe that my current medication is good for me | 2 | 1       | 0     |
| 29. | Taking medication is unpleasant                                  | 2     | 1         | 0     |
| 30. | I feel that the good things about taking medication outweigh the bad | 2 | 1       | 0     |

N/A  AW03:07

AW2003-07-31

2003-10-30

CONFIDENTIAL
AZSER12442853

Page Ins: 70

## INSTRUCTIONS FOR THE INVESTIGATOR

**Visit**                                                                                          **VISIT**

The visit date to be filled in is the date after hospitalization, the same day as
Oral Glucose Tolerance Test, OGTT is performed.

**Adverse Events, Reminder**                                                                       **AERDR**

See Section Adverse Events for definitions of Adverse Event (AE) and
Serious Adverse Event (SAE).

**Guide to the AE assessment**
*Spontaneously reported:*
The AE can be reported by other than Subject, for example family or hospital staff.
*Observed by Investigational team or other person:*
Examinations and assessments should also be considered.

**Has Subject been hospitalized...**
Pre-planned hospitalization is usually not an AE.

**Translation to local languages**

| | |
|---|---|
| Afrikaans: | Sedert u vorige besoek, he u enige probleme met u gesondheid ondervind? |
| Czech: | "Měl jste nějaké zdravotní potíže od předchozí návštěvy?" |
| German: | "Hatten Sie seit der vergangenen Untersuchung gesundheitliche Probleme?" |
| Norwegian: | "Har du hatt noen helseproblemer siden det forrige besøket?" |
| Romanian: | "Aţi avut probleme de sănătate de la ultima vizită?" |
| Slovak: | "Mali ste nejaké zdravotné problémy od predchádzajúcej návštevy?" |
| Bulgarian: | "Имахте ли здравословни проблеми след предишното посещение?" |
| Hungarian: | "Volt-e bármilyen egészséggel kapcsolatos problémája az előző vizit óta?" |

2003-10-30

*166*

CONFIDENTIAL
AZSER12442854

AstraZeneca                                                                     Page 70

| Study code D1441C00125 | Subj initials .......................... | E code | E | | | | | | | |

Visit No. 9, Final

## Visit                                                                      VISIT

Visit date | 2 | 0 | | | | | | |
                   year      mm    dd

## Adverse Events, Reminder                                                   AERDR

Any adverse events
- ongoing at previous visit
- spontaneously reported
- observed by Investigational team or other person
- reported in reply to the standard question: **"Have you**          No    Yes
  **had any health problems since the previous visit?"**            ◯     ◯    If Yes, go to AELOG,
                                                                                Section Adverse Events

                                                                                If Yes, and reason is AE,
                                                                     No    Yes   go to AELOG,
Has Subject been hospitalized since previous visit                  ◯     ◯    Section Adverse Events

☞ **If there has been any changes in Investigational Product or/and concomitant medication make sure that DOSC, Section Investigational Products or/and MED, Section Medication has been filled in.**

2003-10-30

*167*

CONFIDENTIAL
AZSER12442855

Page Ins: 71

## INSTRUCTIONS FOR THE INVESTIGATOR

**Simpson-Angus Scale** **SAS**

Refer to the workbook for scale instructions.

Perform the scale in the workbook then transfer the score to CRF page.

Enter the date when the SAS assessment was performed.

Provide one rating for each item score by putting the appropriate whole number in the corresponding box.

Sign in the Rater's initials box. It is recommended that the same Certified Investigator should perform all SAS assessments for a Subject.

2003-10-30

*168*

CONFIDENTIAL
AZSER12442856

AstraZeneca

Page 71

| Study Code D1441C00125 | Subj initials ............................. | E code | E | | | | | | | |

Visit No. 9, Final

## Simpson-Angus Scale

SAS

Date of assessment  | 2 | 0 | | | | | |
year    mm    dd

1.   Gait                    ⊔

2.   Arm dropping            ⊔

3.   Shoulder shaking        ⊔

4.   Elbow rigidity          ⊔

5.   Wrist rigidity          ⊔

6.   Head rotation           ⊔

7.   Glabella tap            ⊔

8.   Tremor                  ⊔

9.   Salivation              ⊔

10. Akathisia                ⊔

Rater's initials

Total Score    _____

2003-10-30

**169**

CONFIDENTIAL
AZSER12442857

AW03:07   N/A   AW2003-07-31

Page Ins: 72

## INSTRUCTIONS FOR THE INVESTIGATOR

**Barnes Akathisia Rating Scale**                                             **BARS**

Refer to the workbook for scale instructions.

Perform the scale in the workbook then transfer the score to CRF page.

Enter the date when the BARS assessment was performed.

Provide one rating by putting the appropriate whole number in the corresponding open box.

Sign in the Rater's initials box. It is recommended that the same Certified Investigator should perform all BARS assessments for a Subject.

2003-10-30

*170*

CONFIDENTIAL
AZSER12442858

AstraZeneca

Page 72

Study Code D1441C00125          Subj initials ...................................          E code  E ⎸ ⎸ ⎸ ⎸ ⎸ ⎸ ⎸

Visit No. 9, Final

## Barnes Akathisia Rating Scale                                        **BARS**

AW03.07

N/A

AW2003-07-31

Date of assessment          ⎸2 ⎸0 ⎸ ⎸ ⎸ ⎸ ⎸ ⎸
year          mm          dd

1. Objective                                        ⎣⎯⎦

2. Subjective awareness of restlessness             ⎣⎯⎦

3. Subjective distress related to restlessness      ⎣⎯⎦

    Total Score (items 1-3)                         ⎣⎯⎯⎯⎦

4. Global clinical assessment of akathisia          ⎣⎯⎦

Rater's initials

2003-10-30

**171**

CONFIDENTIAL
AZSER12442859

## INSTRUCTIONS FOR THE INVESTIGATOR

**Clinical Global Impressions**                                              CGI

**Date**
Enter the date when the assessment was performed.

**Severity of illness**
Evaluate the severity of Subject's mental illness based on your total experience
with this particular Subject population. Assess based on the present or previous
week's experience. Rate on a seven-point spectrum (1=normal, 7=among the
most severely ill patients). Tick only one box.

**Global improvement**
Assess Subject's total improvement since initiation of the current treatment
whether or not, in your judgment, it is due entirely to drug treatment. Rate on a
seven-point spectrum (1=very much improved, 7=very much worse). Tick only
one box.

**Rater's initials**
Sign in the Rater's initials box. It is recommended that the same
Certified Investigator should perform all CGI assessments for a Subject.

CN011-07   NA   AW2003-07-31

CONFIDENTIAL
AZSER12442860

AstraZeneca                                                                    Page 73

Study code D1441C00125        Subj initials ..............................        E code |E| | | | | | |

Visit No. 9, Final

## Clinical Global Impressions                                                 CGI

Date of assessment        |2 | 0 | | | | | |
                          year      mm    dd

### 1. Severity of illness

Considering your total clinical experience with this particular population, how mentally ill is Subject at this time?

| | |
|---|---|
| Not assessed | ☐ 0 |
| Normal, not at all ill | ☐ 1 |
| Borderline mentally ill | ☐ 2 |
| Mildly ill | ☐ 3 |
| Moderately ill | ☐ 4 |
| Markedly ill | ☐ 5 |
| Severely ill | ☐ 6 |
| Among the most extremely ill Subjects | ☐ 7 |

### 2. Global improvement

Rate total improvement whether or not, in your judgment, it is due entirely to drug treatment
Compared to Subject's condition at admission to the project, how much has Subject changed?

| | |
|---|---|
| Not assessed | ☐ 0 |
| Very much improved | ☐ 1 |
| Much improved | ☐ 2 |
| Minimally improved | ☐ 3 |
| No change | ☐ 4 |
| Minimally worse | ☐ 5 |
| Much worse | ☐ 6 |
| Very much worse | ☐ 7 |

Rater's initials

CN01-07    NA    AW2003-07-31

2003-10-30

*173*

CONFIDENTIAL
AZSER12442861

Page Ins: 74

## INSTRUCTIONS FOR THE INVESTIGATOR

AW03.09

### Rating of Medication Influences                                      ROMI

*Ref. Rating of Medication Influences (ROMI) Scale in Schizophrenia. Schizophrenia Bulletin, vol 20(2), 1994*
*Dr Peter Weiden M.D., Dept of Psychiatry & Schizophrenia Research, Suny Health Science Brooklyn,*
*450 Clarkson Avenue, NY 11203, USA*

The ROMI is a patient interview, performed by the treating physician or an independent interviewer. Before the interview is performed make sure that you have read through the ROMI manual that has been given to you with the trial details.

The ROMI scale contains 19 questions around the patient´s attitude towards taking, or not taking, their medication. There answers should be rated on a 3-graded scale;

1 = None
2 = Mild
3 = Strong

It will take about 15 min to complete the interview and the scoring by the clinician that usually treats the patient and about 30-40 min for an independent interviewer.

When the interview is finished you can transcribe the results into the CRF by ticking the correct box. Make sure that you control that the date, Subject initials, E code and Visit number are correct.

2003-10-30

**174**

CONFIDENTIAL
AZSER12442862

AstraZeneca

Page 74.01

Study code D1441C00125     Subj initials .......................     E code | E | | | | | | | |

Visit No. 9, Final

AW03.09

## Rating of Medication Influences                                    ROMI

Assessment date  | 2 | 0 | | | | | | |
                   year      mm     dd

Information not obtained      ☐₁

**Part I: Reasons for compliance**

**Are you (considering) taking your medication because..........**

|  | None | Mild | Strong |
|---|---|---|---|
| **C1 Perceived daily benefit** | ☐₁ | ☐₂ | ☐₃ |
| **C2 Fear of relapse** | ☐₁ | ☐₂ | ☐₃ |
| **C3 Side effect relief** | ☐₁ | ☐₂ | ☐₃ |
| **C4 Fulfillment of life goals** | ☐₁ | ☐₂ | ☐₃ |
| **C5 Deference to authority** | ☐₁ | ☐₂ | ☐₃ |
| **C6 Positive relation with clinical staff** | ☐₁ | ☐₂ | ☐₃ |
| **C7 Outside positive opinion about taking medication** | ☐₁ | ☐₂ | ☐₃ |
| **C8 Outside opinion that current medication is better** | ☐₁ | ☐₂ | ☐₃ |
| **C9 Outside pressure/force** | ☐₁ | ☐₂ | ☐₃ |

continues

2003-10-30

CONFIDENTIAL
AZSER12442863

AstraZeneca

Page 74.02

Study code D1441C00125      Subj initials ..........................      E code  E |   |   |   |   |   |   |

Visit No. 9, Final

AW03.09

## Rating of Medication Influences, continued                    ROMI

### Part II: Reasons for noncompliance

**Are you reluctant to take your medication because..........**

| | None | Mild | Strong |
|---|---|---|---|
| **NC1 No daily benefit** | ☐ 1 | ☐ 2 | ☐ 3 |
| **NC2 Medications currently unnecessary** | ☐ 1 | ☐ 2 | ☐ 3 |
| **NC3 Never was ill** | ☐ 1 | ☐ 2 | ☐ 3 |
| **NC4 Interferes with life goals** | ☐ 1 | ☐ 2 | ☐ 3 |
| **NC5 Distressed by side effects** | ☐ 1 | ☐ 2 | ☐ 3 |
| **NC6 Embarrassment or stigma over meds/illness** | ☐ 1 | ☐ 2 | ☐ 3 |
| **NC7 Change in appearance** | ☐ 1 | ☐ 2 | ☐ 3 |
| **NC8 Outside opposition to taking medications** | ☐ 1 | ☐ 2 | ☐ 3 |
| **NC9 Treatment access problems** | ☐ 1 | ☐ 2 | ☐ 3 |
| **NC10 Substance abuse** | ☐ 1 | ☐ 2 | ☐ 3 |

Rater´s initials

2003-10-30

**176**

CONFIDENTIAL
AZSER12442864

Page Ins: 75

## INSTRUCTIONS FOR THE INVESTIGATOR

AZ01:10

**Electrocardiogram**                                                            **ECG**

NA

A 12-lead ECG should be recorded.

If the ink of the printout cannot withstand sufficient time of archiving, a copy should be taken and attached to the original.

AW2003-07-31

**NB:** Please enclose the signed ECG printout next to this instruction page.

2003-10-30

CONFIDENTIAL
AZSER12442865

AstraZeneca                                                              Page 75

Study code D1441C00125          Subj initials ...........................   E code | E | | | | | | | |

Visit No. 9, Final

**Electrocardiogram**                                                       **ECG**

Date of ECG   | 2 | 0 | | | | | | |
                   year        mm      dd

Overall        Normal   Abnormal   If Abnormal,
evaluation     [ ]0     [ ]1       please specify  .........................................

2003-10-30

**178**

CONFIDENTIAL
AZSER12442866

Page Ins: 76

## INSTRUCTIONS FOR THE INVESTIGATOR

**Vital Signs, Weight, Waist**                                                    **VIT**

**Pulse and blood pressure**
Let Subject rest for 3 minutes before sitting pulse and blood pressure.

Let Subject stand for 2 minutes before standing pulse and blood pressure.

Assess the pulse by palpation for 1 minute.
Use a Sphygmomanometer and measure the blood pressure to the nearest mmHg.
Use the same size of cuff (suitable for the individual Subject) on the right arm
throughout the study.

**Weight**
Subject should wear light clothing and no shoes during the weight assessment.

**Waist circumference**
Waist circumference will be measured in the morning before breakfast.
Subject should be standing in upright position.
Assess the waist circumference by measure midway between the lowest rib and iliac
crest (in centimeters).

2003-10-30

*179*

CONFIDENTIAL
AZSER12442867

AstraZeneca

Page 76

Study code D1441C00125          Subj initials .......................          E code | E | | | | | | |

Visit No. 9, Final

## Vital Signs, Weight, Waist                                                    VIT

Assessment date        | 2 | 0 | | | | | |
                            year      mm   dd

Pulse, sitting         | | | |  beats/min

Blood pressure,        | | | |  /  | | | |  mmHg
sitting                   systolic      diastolic

Pulse, standing        | | | |  beats/min

Blood pressure,        | | | |  /  | | | |  mmHg
standing                  systolic      diastolic

Weight                 | | | | . | |  kg

Waist                  | | | |  cm

2003-10-30

*180*

CONFIDENTIAL
AZSER12442868

Page Ins: 77

## INSTRUCTIONS FOR THE INVESTIGATOR

**Laboratory Assessments**                                                                    **LAB**

Subject does not need to be fasting.

Label and fill sample tubes according to laboratory instructions.

Record the sampling date and time.

Laboratory results will be provided by the central laboratory, Covance.

Sign and date the laboratory results after review.

**NB:** Please enclose the signed and dated paper copy of laboratory report next to this
instruction page.

**Extra blood samples**
Please tick the No circle when extra samples were not taken.

2003-10-30

*181*

CONFIDENTIAL
AZSER12442869

AstraZeneca

Study code D1441C00125          Subj initials .........................          E code  | E | | | | | | |

Visit No. 9, Final

## Laboratory Assessments                                                    **LAB**



| | Visit 9 | Extra blood samples have been taken | Extra blood samples have been taken |
|---|---|---|---|
| | | No    Yes | No    Yes |
| Sampling date | | 2 0 | | | | | | year  mm  dd | | 2 0 | | | | | | year  mm  dd | | 2 0 | | | | | | year  mm  dd |
| Sampling time | | : | 24-hour clock | | : | 24-hour clock | | : | 24-hour clock |
| Subject fasting | No 0   Yes 1 | No 0   Yes 1 | No 0   Yes 1 |
| Laboratory ID | | 1 | | 1 | | 1 |

2003-10-30

CONFIDENTIAL
AZSER12442870

Page Ins: 78

## INSTRUCTIONS FOR THE INVESTIGATOR

AZ01-10

**Laboratory Assessments, Urinalysis**                                    **LABU**

NA

Label and fill sample container according to laboratory instructions.

Record the sampling date and time.

AW2003-07-31

Laboratory results will be provided by the central laboratory, Covance.

Sign and date the laboratory results after review.


**NB:** Please enclose the signed and dated paper copy of laboratory report next to this
instruction page.


**Extra urine samples**
Please tick the No circle when extra samples were not taken.

2003-10-30

*183*

CONFIDENTIAL
AZSER12442871

AstraZeneca                                                                 Page 78

Study code D1441C00125            Subj initials ........................            E code | E |_|_|_|_|_|_|

Visit No. 9, Final

## Laboratory Assessments, Urinalysis                                    **LABU**



2003-10-30

CONFIDENTIAL
AZSER12442872

## INSTRUCTIONS FOR THE INVESTIGATOR

**Laboratory Assessments, Oral Glucose Tolerance Test, OGTT**     **LAB1**

**Subject fasting**
Subject needs to be fasting for these samples.
Definition of fasting: Subject has only been drinking water for the last 8-14 h.
Smoking is not allowed during fasting and the OGTT procedure.

**Before intake of glucose**
Label and fill samples tubes according to laboratory instructions.
Record the sampling date and time.

**NB:** Go to MED1 below.

**After intake of glucose**
After intake of glucose additional blood samples will be collected:
30 min, 60 min, 90 min and 120 minutes after glucose intake started.

During the test period, Subject should remain fasting and preferably remain in sitting position.

Please enclose the signed and dated paper copy of laboratory report next to this instruction page.

**Medication, Intake of Glucose**     **MED1**

Subject has to drink 75 g of glucose in 250-300 mL of water over the course of 5 min.

**Treatment started**
Start of the test is from the beginning of the glucose intake.

Go to LAB above, After intake of glucose.

2003-10-30

*185*

CONFIDENTIAL
AZSER12442873

AstraZeneca

Study code D1441C00125     Subj initials ...........................     E code | E |_|_|_|_|_|_|

Visit No. 9, Final

## Laboratory Assessments, Oral Glucose Tolerance Test, OGTT     **LAB1**

Subject fasting

No [ ]0     Yes [ ]1

**Before intake of glucose**

Sampling date     |2|0|_|_|_|_|
                   year   mm   dd

Sampling time, before intake of glucose     |_|_| : |_|_|
                                             24-hour clock

**Go to MED1, Medication, intake of glucose below**

**After intake of glucose**

Sampling time, 30 min after glucose intake     |_|_| : |_|_|
                                                24-hour clock

Sampling time, 60 min after glucose intake     |_|_| : |_|_|
                                                24-hour clock

Sampling time, 90 min after glucose intake     |_|_| : |_|_|
                                                24-hour clock

Sampling time, 120 min after glucose intake     |_|_| : |_|_|
                                                 24-hour clock

Laboratory ID     | 1 |

## Medication, Intake of Glucose     **MED1**

None [ ]0

| Trade name | Route | Total daily dose | Treatment started | | Reason for therapy |
|------------|-------|------------------|-------------------|--|---------------------|
| Glucose | p.o. | 75 g | |2|0|_|_|_|_|<br>year  mm  dd | |_|_| : |_|_|<br>24-hour clock | Oral Glucose Tolerance Test |

**Go to LAB, After intake of glucose**

2003-10-30

**186**

CONFIDENTIAL
AZSER12442874

AstraZeneca

Study code D1441C00125                         Visit No. 9, Final

**Check List**                                                          **CHECK**

1   In the opinion of the Investigator was the Subject
    compliant, for detail information see Clinical Study
    Protocol 3.4.5.

2   Has there been any dose adjustment.

3   Fill in DOSC and SAC, Section Investigational Products.

4   If there has been any usage of anticholinergic medication
    make sure that MED, Section Medication has been filled
    in.

5   Fill in TERM, Section Termination.

6   Spontaneously reported AEs occurring up to 30 days after
    the last dose of investigational drug should be recorded
    together with concomitant medications.

A201110   AZ2002-12-03   AW2003-07-31

2003-10-30

CONFIDENTIAL
AZSER12442875

# Investigational Products

CONFIDENTIAL
AZSER12442876

Page Ins: 84

## INSTRUCTIONS FOR THE INVESTIGATOR

AW03.09

### Administration of Investigational Product, Titration Period

REP_TIT

Use the correct titration schedule for the medication Subject is allocated to **(Quetiapine, Olanzapine or Risperidone)** and strike out the two remaining study medications.

Enter dates for all days Subject has taken the medication during the titration period.

Schedule next visit for Subject. A visit window of $\pm 1$ day is allowed for Visit 3 which may take place day 6, 7 or 8.

At Day 6, 7 and 8 enter the dose(s) and the date(s) that corresponds to the correct visit date.

| QUETIAPINE TITRATION PERIOD | | |
|---|---|---|
| | **Morning** | **Evening** |
| Day 1 Visit 2 | | 100 mg |
| Day 2 | 100 mg | 100 mg |
| Day 3 | 100 mg | 200 mg |
| Day 4 | 200 mg | 200 mg |
| Day 5 | 200 mg | 400 mg |
| Day 6 | 200 mg | 400 mg/or new dose for flexible dose period |
| **Day 7 Visit 3** | 200 mg | 400 mg/or new dose for flexible dose period |
| Day 8 | 200 mg | New dose for flexible dose period |

| OLANZAPINE TITRATION PERIOD | | |
|---|---|---|
| Day 1 Visit 2 | Morning or Evening | 10 mg |
| Day 2 | Morning  or Evening | 10 mg |
| Day 3 | Morning  or Evening | 10 mg |
| Day 4 | Morning  or Evening | 10 mg |
| Day 5 | Morning  or Evening | 15 mg |
| Day 6 | Morning  or Evening | 15 mg/or new dose for flexible dose period |
| **Day 7 Visit 3** | Morning  or Evening | 15 mg/or new dose for flexible dose period |
| Day 8 | Morning | 15 mg/or new dose for flexible dose period |

| RISPERIDONE TITRATION PERIOD | | |
|---|---|---|
| Day 1 Visit 2 | Morning or Evening | 2 mg |
| Day 2 | Morning or Evening | 4 mg |
| Day 3 | Morning and/or Evening | 6 mg |
| Day 4 | Morning and/or Evening | 6 mg |
| Day 5 | Morning and/or Evening | 6 mg |
| Day 6 | Morning and/or Evening | 6 mg/or new dose for flexible dose period |
| **Day 7 Visit 3** | Morning and/or Evening | 6 mg/or new dose for flexible dose period |
| Day 8 | Morning | 6 mg/or new dose for flexible dose period |

2003-10-30

**189**

CONFIDENTIAL
AZSER12442877

AstraZeneca

Page 84

Study code D1441C00125          Subj initials ................................          E code | E | | | | | | | |

AW03.09

## Administration of Investigational Product, Titration Period          REP_TIT

**QUETIAPINE**

| | Total daily dose (mg) | Started |
|---|---|---|

|  | | year | mm | dd |
|---|---|---|---|---|
| Day 1 | | 1 | 0 | 0 | | 2 | 0 | 0 | | | | | | |
| Day 2 | | 2 | 0 | 0 | | 2 | 0 | 0 | | | | | | |
| Day 3 | | 3 | 0 | 0 | | 2 | 0 | 0 | | | | | | |
| Day 4 | | 4 | 0 | 0 | | 2 | 0 | 0 | | | | | | |
| Day 5 | | 6 | 0 | 0 | | 2 | 0 | 0 | | | | | | |
| Day 6 | | | | | | 2 | 0 | 0 | | | | | | |
| Day 7 | | | | | | 2 | 0 | 0 | | | | | | |
| Day 8 | | | | | | 2 | 0 | 0 | | | | | | |

**OLANZAPINE**

| | Total daily dose (mg) | Started |
|---|---|---|

|  | | year | mm | dd |
|---|---|---|---|---|
| Day 1 | | 0 | 1 | 0 | | 2 | 0 | 0 | | | | | | |
| Day 2 | | 0 | 1 | 0 | | 2 | 0 | 0 | | | | | | |
| Day 3 | | 0 | 1 | 0 | | 2 | 0 | 0 | | | | | | |
| Day 4 | | 0 | 1 | 0 | | 2 | 0 | 0 | | | | | | |
| Day 5 | | 0 | 1 | 5 | | 2 | 0 | 0 | | | | | | |
| Day 6 | | | | | | 2 | 0 | 0 | | | | | | |
| Day 7 | | | | | | 2 | 0 | 0 | | | | | | |
| Day 8 | | | | | | 2 | 0 | 0 | | | | | | |

**RISPERIDONE**

| | Total daily dose (mg) | Started |
|---|---|---|

|  | | year | mm | dd |
|---|---|---|---|---|
| Day 1 | | 0 | 0 | 2 | | 2 | 0 | 0 | | | | | | |
| Day 2 | | 0 | 0 | 4 | | 2 | 0 | 0 | | | | | | |
| Day 3 | | 0 | 0 | 6 | | 2 | 0 | 0 | | | | | | |
| Day 4 | | 0 | 0 | 6 | | 2 | 0 | 0 | | | | | | |
| Day 5 | | 0 | 0 | 6 | | 2 | 0 | 0 | | | | | | |
| Day 6 | | | | | | 2 | 0 | 0 | | | | | | |
| Day 7 | | | | | | 2 | 0 | 0 | | | | | | |
| Day 8 | | | | | | 2 | 0 | 0 | | | | | | |

☞ **If investigational therapy was prematurely stopped because of an adverse event, make sure that AELOG, Section Adverse Events, has been filled in**

2003-10-30

CONFIDENTIAL
AZSER12442878

Page Ins: 85

## INSTRUCTIONS FOR THE INVESTIGATOR

**Administration of Investigational Product, Flexible Dose Period**                    **DOSC**

**First dose of the flexible dose period**
For example, if Subject has taken a dose in the morning (am) from earlier visit,
enter the remaining dose to be taken in the afternoon (pm). If Subject already
has taken the total daily dose enter 0 mg and date.

**New dose**
Enter the total daily dose Subject will receive until next visit.

**Last dose**
Enter the last dose Subject has taken in the morning (am). If Subject has not
taken morning (am) dose enter 0 mg and date. Subject should return blister
pack(s)/bottle(s) with or without tablet(s) at each visit.

**NB:** For drug accountability reason, record for each visit.


**Main reason for dose change**
Enter the code for the main reason for any dose change.
1   = Fixed dose titration/tapering
2   = Response-related dose change
3   = Adverse event
99 = Other


For more detail instructions see Clinical Study Protocol 3.4.1.2.

2003-10-30

CONFIDENTIAL
AZSER12442879

AstraZeneca

Study code D1441C00125          Subj initials ..................................          E code  | E |  |  |  |  |  |  |  |

---

A201110

NA

AW2003-07-31

## Administration of Investigational Product, Flexible Dose Period          **DOSC**

**Flexible dose period**

|  | *Dose* | *Started* |  |  | *Main reason for dose change* | *If main reason = Other (99), please specify* |
|---|---|---|---|---|---|---|
|  | mg | year | mm | dd | (1-3, 99) |  |
| First dose in this period | \| \| \| \| | \|2\|0\| \| \| \| \| \| pm |  |  |  |  |
| New dose | \| \| \| \| | \|2\|0\| \| \| \| \| \| |  |  | \| \| \| | ....................................... |
| | | *Stopped* | | | | |
| Last dose in this period | \| \| \| \| | \|2\|0\| \| \| \| \| \| am |  |  |  |  |

|  | *Dose* | *Started* |  |  | *Main reason for dose change* | *If main reason = Other (99), please specify* |
|---|---|---|---|---|---|---|
|  | mg | year | mm | dd | (1-3, 99) |  |
| First dose in this period | \| \| \| \| | \|2\|0\| \| \| \| \| \| pm |  |  |  |  |
| New dose | \| \| \| \| | \|2\|0\| \| \| \| \| \| |  |  | \| \| \| | ....................................... |
| | | *Stopped* | | | | |
| Last dose in this period | \| \| \| \| | \|2\|0\| \| \| \| \| \| am |  |  |  |  |

|  | *Dose* | *Started* |  |  | *Main reason for dose change* | *If main reason = Other (99), please specify* |
|---|---|---|---|---|---|---|
|  | mg | year | mm | dd | (1-3, 99) |  |
| First dose in this period | \| \| \| \| | \|2\|0\| \| \| \| \| \| pm |  |  |  |  |
| New dose | \| \| \| \| | \|2\|0\| \| \| \| \| \| |  |  | \| \| \| | ....................................... |
| | | *Stopped* | | | | |
| Last dose in this period | \| \| \| \| | \|2\|0\| \| \| \| \| \| am |  |  |  |  |

☞ **If investigational therapy was prematurely stopped because of an adverse event, make sure that AELOG, Section Adverse Events, has been filled in**

continues

2003-10-30

CONFIDENTIAL
AZSER12442880

AstraZeneca

Page 85.02

Study code D1441C00125      Subj initials ...........................      E code  | E | | | | | | | |

A201110

NA

AW2003-07-31

## Administration of Investigational Product, Flexible Dose Period, continued                                                    DOSC

**Flexible dose period**

| | Dose | | Started | | | Main reason for dose change | If main reason = Other (99), please specify |
|---|---|---|---|---|---|---|---|
| | mg | | year | mm | dd | (1-3, 99) | |
| First dose in this period | \| \| \| | \|2\|0\| \| \| \| \| | | | pm | | |
| New dose | \| \| \| | \|2\|0\| \| \| \| \| | | | | \| \| \| | ........................... |
| | | | *Stopped* | | | | |
| Last dose in this period | \| \| \| | \|2\|0\| \| \| \| \| | | | am | | |

| | Dose | | Started | | | Main reason for dose change | If main reason = Other (99), please specify |
|---|---|---|---|---|---|---|---|
| | mg | | year | mm | dd | (1-3, 99) | |
| First dose in this period | \| \| \| | \|2\|0\| \| \| \| \| | | | pm | | |
| New dose | \| \| \| | \|2\|0\| \| \| \| \| | | | | \| \| \| | ........................... |
| | | | *Stopped* | | | | |
| Last dose in this period | \| \| \| | \|2\|0\| \| \| \| \| | | | am | | |

| | Dose | | Started | | | Main reason for dose change | If main reason = Other (99), please specify |
|---|---|---|---|---|---|---|---|
| | mg | | year | mm | dd | (1-3, 99) | |
| First dose in this period | \| \| \| | \|2\|0\| \| \| \| \| | | | pm | | |
| New dose | \| \| \| | \|2\|0\| \| \| \| \| | | | | \| \| \| | ........................... |
| | | | *Stopped* | | | | |
| Last dose in this period | \| \| \| | \|2\|0\| \| \| \| \| | | | am | | |

☞ **If investigational therapy was prematurely stopped because of an adverse event, make sure that AELOG, Section Adverse Events, has been filled in**

continues

2003-10-30

**193**

CONFIDENTIAL
AZSER12442881

AstraZeneca

Page 85.03

Study code D1441C00125          Subj initials ................................          E code  | E | | | | | | |

A201:10

NA

AW2003-07-31

## Administration of Investigational Product, Flexible Dose Period, continued

DOSC

**Flexible dose period**

| | Dose | Started | | | Main reason for dose change | If main reason = Other (99), please specify |
|---|---|---|---|---|---|---|
| | mg | year | mm | dd | (1-3, 99) | |
| First dose in this period | | 2 0 | | | pm | | |
| New dose | | 2 0 | | | | | ......................... |
| | | *Stopped* | | | | |
| Last dose in this period | | 2 0 | | | am | | |

| | Dose | Started | | | Main reason for dose change | If main reason = Other (99), please specify |
|---|---|---|---|---|---|---|
| | mg | year | mm | dd | (1-3, 99) | |
| First dose in this period | | 2 0 | | | pm | | |
| New dose | | 2 0 | | | | | ......................... |
| | | *Stopped* | | | | |
| Last dose in this period | | 2 0 | | | am | | |

| | Dose | Started | | | Main reason for dose change | If main reason = Other (99), please specify |
|---|---|---|---|---|---|---|
| | mg | year | mm | dd | (1-3, 99) | |
| First dose in this period | | 2 0 | | | pm | | |
| New dose | | 2 0 | | | | | ......................... |
| | | *Stopped* | | | | |
| Last dose in this period | | 2 0 | | | am | | |

☞ **If investigational therapy was prematurely stopped because of an adverse event, make sure that AELOG, Section Adverse Events, has been filled in**

2003-10-30

**194**

CONFIDENTIAL
AZSER12442882

Page Ins: 86

## INSTRUCTIONS FOR THE INVESTIGATOR

**Subject Drug Accountability, Investigational Product**          **SAC**

**Titration period**
Attach tear-off label from the blister pack for correct treatment.
Record dispensed date and initials.
Strike out the two remaining treatments.
*Returned*, record date, number of tablets for each strength and initials.

**Flexible dose period**
Attach tear-off label for Quetiapine.
Olanzapine and Risperidone have to be recorded manually for each pack(s).
Record E code, Visit, Centre, Drug, Strength and Batch number.
*Dispensed*, record date, number of tablets and initials.
*Returned*, record date, number of tablets and initials.

Make sure that the returned study drug is registered in the field with corresponding Visit No. and strength (if there has been two different strengths dispensed).

If **part** of the medication is returned on a later occasion, record this under *Additional return.*

Significant discrepancies should be commented on.

If Subject fails to return both unused drug and container, strike out the amount field and give a comment.

2003-10-30

***195***

CONFIDENTIAL
AZSER12442883

AstraZeneca

Page 86.01

Study code D1441C00125          Subj initials ..............................          E code | E | | | | | | |

## Subject Drug Accountability, Investigational Product
**Titration Period**

SAC

| Package ID | Dispensed | Returned | Additional return |
|---|---|---|---|
| Quetiapine<br><br>Attach label here | \|2\|0\| \| \| \| \| \|<br>year    mm    dd<br><br>No. of<br>100 mg tablets \|0\|0\|4\|<br><br>No. of<br>200 mg tablets \|0\|1\|3\|<br><br>Comment .........................<br>....................................<br>....................................<br>....................................<br>Initials ............................ | \|2\|0\| \| \| \| \| \|<br>year    mm    dd<br><br>No. of<br>100 mg tablets \| \| \| \|<br><br>No. of<br>200 mg tablets \| \| \| \|<br><br>Comment .........................<br>....................................<br>....................................<br>....................................<br>Initials ............................ | \|2\|0\| \| \| \| \| \|<br>year    mm    dd<br><br>No. of<br>100 mg tablets \| \| \| \|<br><br>No. of<br>200 mg tablets \| \| \| \|<br><br>Comment .........................<br>....................................<br>....................................<br>....................................<br>Initials ............................ |
| Olanzapine<br><br>Attach label here | \|2\|0\| \| \| \| \| \|<br>year    mm    dd<br><br>No. of<br>5 mg tablets \|0\|0\|4\|<br>No. of<br>10 mg tablets \|0\|0\|8\|<br><br>Comment .........................<br>....................................<br>....................................<br>....................................<br>Initials ............................ | \|2\|0\| \| \| \| \| \|<br>year    mm    dd<br><br>No. of<br>5 mg tablets \| \| \| \|<br>No. of<br>10 mg tablets \| \| \| \|<br><br>Comment .........................<br>....................................<br>....................................<br>....................................<br>Initials ............................ | \|2\|0\| \| \| \| \| \|<br>year    mm    dd<br><br>No. of<br>5 mg tablets \| \| \| \|<br>No. of<br>10 mg tablets \| \| \| \|<br><br>Comment .........................<br>....................................<br>....................................<br>....................................<br>Initials ............................ |
| Risperidone<br><br>Attach label here | \|2\|0\| \| \| \| \| \|<br>year    mm    dd<br><br>No. of<br>2 mg tablets \|0\|0\|7\|<br>No. of<br>4 mg tablets \|0\|0\|7\|<br><br>Comment .........................<br>....................................<br>....................................<br>....................................<br>Initials ............................ | \|2\|0\| \| \| \| \| \|<br>year    mm    dd<br><br>No. of<br>2 mg tablets \| \| \| \|<br>No. of<br>4 mg tablets \| \| \| \|<br><br>Comment .........................<br>....................................<br>....................................<br>....................................<br>Initials ............................ | \|2\|0\| \| \| \| \| \|<br>year    mm    dd<br><br>No. of<br>2 mg tablets \| \| \| \|<br>No. of<br>4 mg tablets \| \| \| \|<br><br>Comment .........................<br>....................................<br>....................................<br>....................................<br>Initials ............................ |

AW2003-07-31    AZ2002-12-03    AZ01110

2003-10-30

CONFIDENTIAL
AZSER12442884

AstraZeneca

Page 86.02

Study code D1441C00125          Subj initials ...........................          E code | E | | | | | | | |

## Subject Drug Accountability, Investigational Product          SAC
**Flexible Dose Period**

| Package ID | Dispensed | Returned | Additional Return |
|---|---|---|---|
| **D1441C00125**<br><br>E code<br>E.................<br>Visit.................<br>Centre.................<br>Drug.................<br>Strength.................<br>Batch................. | | 2 | 0 | | | | | |<br>year    mm    dd<br><br>No. of tablets | | | | |<br><br>Comment<br>.................<br>.................<br>.................<br>Initials ................. | | 2 | 0 | | | | | |<br>year    mm    dd<br><br>No. of tablets | | | | |<br><br>Comment<br>.................<br>.................<br>.................<br>Initials ................. | | 2 | 0 | | | | | |<br>year    mm    dd<br><br>No. of tablets | | | | |<br><br>Comment<br>.................<br>.................<br>.................<br>Initials ................. |
| **D1441C00125**<br><br>E code<br>E.................<br>Visit.................<br>Centre.................<br>Drug.................<br>Strength.................<br>Batch................. | | 2 | 0 | | | | | |<br>year    mm    dd<br><br>No. of tablets | | | | |<br><br>Comment<br>.................<br>.................<br>.................<br>Initials ................. | | 2 | 0 | | | | | |<br>year    mm    dd<br><br>No. of tablets | | | | |<br><br>Comment<br>.................<br>.................<br>.................<br>Initials ................. | | 2 | 0 | | | | | |<br>year    mm    dd<br><br>No. of tablets | | | | |<br><br>Comment<br>.................<br>.................<br>.................<br>Initials ................. |
| **D1441C00125**<br><br>E code<br>E.................<br>Visit.................<br>Centre.................<br>Drug.................<br>Strength.................<br>Batch................. | | 2 | 0 | | | | | |<br>year    mm    dd<br><br>No. of tablets | | | | |<br><br>Comment<br>.................<br>.................<br>.................<br>Initials ................. | | 2 | 0 | | | | | |<br>year    mm    dd<br><br>No. of tablets | | | | |<br><br>Comment<br>.................<br>.................<br>.................<br>Initials ................. | | 2 | 0 | | | | | |<br>year    mm    dd<br><br>No. of tablets | | | | |<br><br>Comment<br>.................<br>.................<br>.................<br>Initials ................. |

A20110    AZ22002-12-03    AW2003-07-31

continues

2003-10-30

CONFIDENTIAL
AZSER12442885

AstraZeneca

Page 86.03

Study code D1441C00125          Subj initials ..............................          E code | E | | | | | | | |

AW2003-07-31          AZ2002-12-03          AZ01110

## Subject Drug Accountability, Investigational Product, continued          SAC
### Flexible Dose Period

| Package ID | Dispensed | Returned | Additional Return |
|---|---|---|---|
| **D1441C00125**<br>E code<br>E...............<br>Visit ...............<br>Centre ...............<br>Drug ...............<br>Strength ...............<br>Batch............... | | 2 | 0 | | | | | | |<br>year   mm   dd<br>No. of tablets | | | |<br>Comment<br>...............<br>...............<br>...............<br>Initials ............... | | 2 | 0 | | | | | | |<br>year   mm   dd<br>No. of tablets | | | |<br>Comment<br>...............<br>...............<br>...............<br>Initials ............... | | 2 | 0 | | | | | | |<br>year   mm   dd<br>No. of tablets | | | |<br>Comment<br>...............<br>...............<br>...............<br>Initials ............... |
| **D1441C00125**<br>E code<br>E...............<br>Visit ...............<br>Centre ...............<br>Drug ...............<br>Strength ...............<br>Batch............... | | 2 | 0 | | | | | | |<br>year   mm   dd<br>No. of tablets | | | |<br>Comment<br>...............<br>...............<br>...............<br>Initials ............... | | 2 | 0 | | | | | | |<br>year   mm   dd<br>No. of tablets | | | |<br>Comment<br>...............<br>...............<br>...............<br>Initials ............... | | 2 | 0 | | | | | | |<br>year   mm   dd<br>No. of tablets | | | |<br>Comment<br>...............<br>...............<br>...............<br>Initials ............... |
| **D1441C00125**<br>E code<br>E...............<br>Visit ...............<br>Centre ...............<br>Drug ...............<br>Strength ...............<br>Batch............... | | 2 | 0 | | | | | | |<br>year   mm   dd<br>No. of tablets | | | |<br>Comment<br>...............<br>...............<br>...............<br>Initials ............... | | 2 | 0 | | | | | | |<br>year   mm   dd<br>No. of tablets | | | |<br>Comment<br>...............<br>...............<br>...............<br>Initials ............... | | 2 | 0 | | | | | | |<br>year   mm   dd<br>No. of tablets | | | |<br>Comment<br>...............<br>...............<br>...............<br>Initials ............... |

continues

2003-10-30

CONFIDENTIAL
AZSER12442886

AstraZeneca

Page 86.04

Study code D1441C00125          Subj initials ...........................          E code ⌐E⌐ ⌐ ⌐ ⌐ ⌐ ⌐ ⌐ ⌐¬

A201110
AZ2002-12-03
AW2003-07-31

## Subject Drug Accountability, Investigational Product, continued          SAC
Flexible Dose Period

| Package ID | Dispensed | Returned | Additional Return |
|---|---|---|---|
| **D1441C00125**<br>E code<br>E...............<br>Visit ...............<br>Centre ...............<br>Drug ...............<br>Strength ...............<br>Batch............... | 2 0 \| \| \| \| \|<br>year   mm   dd<br>No. of tablets \| \| \| \|<br>Comment<br>...............<br>...............<br>...............<br>Initials ............... | 2 0 \| \| \| \| \|<br>year   mm   dd<br>No. of tablets \| \| \| \|<br>Comment<br>...............<br>...............<br>...............<br>Initials ............... | 2 0 \| \| \| \| \|<br>year   mm   dd<br>No. of tablets \| \| \| \|<br>Comment<br>...............<br>...............<br>...............<br>Initials ............... |
| **D1441C00125**<br>E code<br>E...............<br>Visit ...............<br>Centre ...............<br>Drug ...............<br>Strength ...............<br>Batch............... | 2 0 \| \| \| \| \|<br>year   mm   dd<br>No. of tablets \| \| \| \|<br>Comment<br>...............<br>...............<br>...............<br>Initials ............... | 2 0 \| \| \| \| \|<br>year   mm   dd<br>No. of tablets \| \| \| \|<br>Comment<br>...............<br>...............<br>...............<br>Initials ............... | 2 0 \| \| \| \| \|<br>year   mm   dd<br>No. of tablets \| \| \| \|<br>Comment<br>...............<br>...............<br>...............<br>Initials ............... |
| **D1441C00125**<br>E code<br>E...............<br>Visit ...............<br>Centre ...............<br>Drug ...............<br>Strength ...............<br>Batch............... | 2 0 \| \| \| \| \|<br>year   mm   dd<br>No. of tablets \| \| \| \|<br>Comment<br>...............<br>...............<br>...............<br>Initials ............... | 2 0 \| \| \| \| \|<br>year   mm   dd<br>No. of tablets \| \| \| \|<br>Comment<br>...............<br>...............<br>...............<br>Initials ............... | 2 0 \| \| \| \| \|<br>year   mm   dd<br>No. of tablets \| \| \| \|<br>Comment<br>...............<br>...............<br>...............<br>Initials ............... |

continues

2003-10-30

CONFIDENTIAL
AZSER12442887

AstraZeneca

Page 86.05

Study code D1441C00125          Subj initials ...........................          E code | E | | | | | | |

A201110    A2Z2002-12-03    AW2003-07-31

## Subject Drug Accountability, Investigational Product, continued    SAC
**Flexible Dose Period**

| Package ID | Dispensed | Returned | Additional Return |
|---|---|---|---|
| **D1441C00125**<br>E code<br>E ........<br>Visit ........<br>Centre ........<br>Drug ........<br>Strength ........<br>Batch ........ | 2 0 \| \| \| \|<br>year mm dd<br>No. of tablets \| \| \| \|<br>Comment<br>..........<br>..........<br>Initials ........ | 2 0 \| \| \| \|<br>year mm dd<br>No. of tablets \| \| \| \|<br>Comment<br>..........<br>..........<br>Initials ........ | 2 0 \| \| \| \|<br>year mm dd<br>No. of tablets \| \| \| \|<br>Comment<br>..........<br>..........<br>Initials ........ |
| **D1441C00125**<br>E code<br>E ........<br>Visit ........<br>Centre ........<br>Drug ........<br>Strength ........<br>Batch ........ | 2 0 \| \| \| \|<br>year mm dd<br>No. of tablets \| \| \| \|<br>Comment<br>..........<br>..........<br>Initials ........ | 2 0 \| \| \| \|<br>year mm dd<br>No. of tablets \| \| \| \|<br>Comment<br>..........<br>..........<br>Initials ........ | 2 0 \| \| \| \|<br>year mm dd<br>No. of tablets \| \| \| \|<br>Comment<br>..........<br>..........<br>Initials ........ |
| **D1441C00125**<br>E code<br>E ........<br>Visit ........<br>Centre ........<br>Drug ........<br>Strength ........<br>Batch ........ | 2 0 \| \| \| \|<br>year mm dd<br>No. of tablets \| \| \| \|<br>Comment<br>..........<br>..........<br>Initials ........ | 2 0 \| \| \| \|<br>year mm dd<br>No. of tablets \| \| \| \|<br>Comment<br>..........<br>..........<br>Initials ........ | 2 0 \| \| \| \|<br>year mm dd<br>No. of tablets \| \| \| \|<br>Comment<br>..........<br>..........<br>Initials ........ |

2003-10-30

**200**

CONFIDENTIAL<br>AZSER12442888

# Medication

CONFIDENTIAL
AZSER12442889

MED

# INSTRUCTIONS FOR THE INVESTIGATOR

## Medication on Entry and During the Study

Record all medication including antipsychotic and anticholinergic medication taken by Subject at entry and during the preceding 3 months, as well as all new and changed concomitant medication during the study. See Clinical Study Protocol 3.4.4 for summary of permitted restricted and prohibited medications.

Hormonal contraceptives and additional study drugs, for example rescue medication, should also be recorded on MED.

Record also hormones, vitamins and herbal medications. If known, the generic substance(s) should be entered within brackets.

**None**
Tick the None-box at completion/discontinuation if no concomitant medication has been taken during the study nor during the preceding 3 months.

**Trade name**
If trade name is unknown, enter generic name.

**Route**
Examples: IV, oral, rectal, inhaled, cutaneous.

**Total daily dose or Multiple drug, PRN**
Record total daily dose or, for multiple ingredient drugs, tick the Multiple-drug box.
Examples:
2 tablets, strength 300 mg taken twice daily: total daily dose = 1200 mg
2 inhalations, strength 400 µg, three times a day: total daily dose = 2400 µg)
If dosage and/or the number of administrations per day is a range, for example, 2-4 tabl, 60 mg, taken 3-4 times a day, use the highest numbers to calculate total daily dose:
4 x 60 x 4 = 960 mg

Tick PRN for medication which is taken on an 'as needed' basis, in which case Total daily dose should not be filled in.
**NB:** Record each change in total daily dose on a new line.

**Treatment started**
'Treatment' refers to the current dose.
For medications on entry, record the date of first dose, or, if appropriate, tick the box indicating that the medication was started more than 3 months ago.
For new and changed medications during the study, record the date of first dose.
For PRN or Rescue medication, the start date should be the the day the medication was first taken by Subject, not the prescription date.
**NB:** Medication which is given/prescribed as Subject completes/discontinues the study is not to be recorded.

**Treatment stopped/At completion/discontinuation: continues**
If treatment has been stopped, enter date of last dose.
For medication which is ongoing at completion/discontinuation and is to be continued after the study, tick only the box, do not fill in the date field.

**Reason for therapy**
Specify diagnoses or symptoms as well as any worsening of disease.
If reason is prophylactic, this should also be noted.

202

AW2003-07-31  AZ2002-12-03  AZ02-12

2003-10-30

CONFIDENTIAL
AZSER12442890

Page 87.01

**AstraZeneca**

MED

Study code D1441C00125

Subj initials ................

E code |E|_|_|_|_|_|_|_|_|

## Medication on Entry and During the Study

None |_|₀

| | Trade name | Route | Total daily dose | Dose unit | Treatment started | Treatment stopped | Reason for therapy |
|---|---|---|---|---|---|---|---|
| 1 | | | Multiple drug |_|₁  or |_|₁ PRN | | year mm dd  — or > 3 months prior to study start |_|₁ | year mm dd  — or at completion/dis-continuation: continues |_|₁ | |
| 2 | | | Multiple drug |_|₁  or |_|₁ PRN | | year mm dd  — or > 3 months prior to study start |_|₁ | year mm dd  — or at completion/dis-continuation: continues |_|₁ | |
| 3 | | | Multiple drug |_|₁  or |_|₁ PRN | | year mm dd  — or > 3 months prior to study start |_|₁ | year mm dd  — or at completion/dis-continuation: continues |_|₁ | |
| 4 | | | Multiple drug |_|₁  or |_|₁ PRN | | year mm dd  — or > 3 months prior to study start |_|₁ | year mm dd  — or at completion/dis-continuation: continues |_|₁ | |
| 5 | | | Multiple drug |_|₁  or |_|₁ PRN | | year mm dd  — or > 3 months prior to study start |_|₁ | year mm dd  — or at completion/dis-continuation: continues |_|₁ | |

Is this the last completed MED page    No ◯    Yes ◯

☞ **If any changes in therapy were made because of an adverse event, make sure that AELOG, Section Adverse Events, has been filled in**

continues

202

AZ02-12   AW2003-07-31   AZ2002-12-03   2003-10-30

CONFIDENTIAL
AZSER12442891

AstraZeneca

Study code D1441C00125

Subj initials ....................

E code |E|_|_|_|_|_|_|_|_|

Page 87.02

MED

## Medication on Entry and During the Study, continued

| Trade name | Route | Total daily dose | Dose unit | Treatment started | Treatment stopped | Reason for therapy |
|---|---|---|---|---|---|---|
| | | | | year  mm  dd | year  mm  dd | |
| 6 | | Multiple drug □₁  or  PRN □₁ | | or > 3 months prior to study start □₁ | or at completion/dis-continuation: continues □₁ | |
| 7 | | Multiple drug □₁  or  PRN □₁ | | or > 3 months prior to study start □₁ | or at completion/dis-continuation: continues □₁ | |
| 8 | | Multiple drug □₁  or  PRN □₁ | | or > 3 months prior to study start □₁ | or at completion/dis-continuation: continues □₁ | |
| 9 | | Multiple drug □₁  or  PRN □₁ | | or > 3 months prior to study start □₁ | or at completion/dis-continuation: continues □₁ | |
| 10 | | Multiple drug □₁  or  PRN □₁ | | or > 3 months prior to study start □₁ | or at completion/dis-continuation: continues □₁ | |

Is this the last completed MED page      No ◯      Yes ◯

If any changes in therapy were made because of an adverse event, make sure that AELOG, Section Adverse Events, has been filled in

☞

continues

**204**

AWZ2003-07-31    AZZ2002-12-03    AZ02-12

2003-10-30

CONFIDENTIAL
AZSER12442892

Page 87.03

**AstraZeneca**

Study code D1441C00125

Subj initials ...................

E code |E|_|_|_|_|_|_|

MED

## Medication on Entry and During the Study, continued

| Trade name | Route | Total daily dose | Dose unit | Treatment started | Treatment stopped | Reason for therapy |
|---|---|---|---|---|---|---|
| | | | | year  mm  dd | year  mm  dd | |
| 11 | | Multiple drug ☐₁  or  PRN ☐₁ | | or > 3 months prior to study start ☐₁ | or at completion/dis-continuation: continues ☐₁ | |
| 12 | | Multiple drug ☐₁  or  PRN ☐₁ | | or > 3 months prior to study start ☐₁ | or at completion/dis-continuation: continues ☐₁ | |
| 13 | | Multiple drug ☐₁  or  PRN ☐₁ | | or > 3 months prior to study start ☐₁ | or at completion/dis-continuation: continues ☐₁ | |
| 14 | | Multiple drug ☐₁  or  PRN ☐₁ | | or > 3 months prior to study start ☐₁ | or at completion/dis-continuation: continues ☐₁ | |
| 15 | | Multiple drug ☐₁  or  PRN ☐₁ | | or > 3 months prior to study start ☐₁ | or at completion/dis-continuation: continues ☐₁ | |

Is this the last completed MED page    No ◯    Yes ◯

☞ If any changes in therapy were made because of an adverse event, make sure that AELOG, Section Adverse Events, has been filled in

AWZ2003-07-31   AZZ2002-12-03   AZ02-12

2003-10-30

205

CONFIDENTIAL
AZSER12442893

# Adverse Events

CONFIDENTIAL
AZSER12442894

AstraZeneca

# DEFINITIONS

AZ01-10

AZ2002-08-30

AW2003-07-31

## Adverse Events Definitions                                                    AEDEF

### Adverse Event (AE)
An adverse event is the development of an undesirable medical condition or the deterioration of a preexisting medical condition following or during exposure to a pharmaceutical product, whether or not considered causally related to the product.

An undesirable medical condition can be symptoms (eg nausea, chest pain), signs (eg tachycardia, enlarged liver) or the abnormal results of an investigation (eg laboratory findings, electrocardiogram).

In clinical studies an AE can include an undesirable medical condition occurring at any time, including run-in or wash-out periods, even if no study treatment has been administered.

### Serious Adverse Event (SAE)
A serious adverse event is an AE, occurring at any dose that fulfils one or more of the following:

- results in death
- is immediately life-threatening
- requires in-patient hospitalization or prolongation of existing hospitalization
- results in persistent or significant disability or incapacity
- is a congenital abnormality/birth defect
- is an important medical event that may jeopardise Subject or may require medical intervention to prevent one of the outcomes listed above

### Life-threatening
'Life-threatening' means that the Subject was at immediate risk of death from the adverse event as it occurred or it is suspected that use or continued use of the product would result in Subject's death. 'Life-threatening' does not mean that had an adverse event occurred in a more severe form it might have caused death (eg hepatitis that resolved without hepatic failure).

### Hospitalization
Out-patient treatment in an emergency room is not in itself a serious adverse event, although the reasons for it may be (eg bronchospasm, laryngeal oedema). Hospital admissions and/or surgical operations planned before or during a study are not considered adverse events if the illness or disease existed before Subject was enrolled in the study, provided that it did not deteriorate in an unexpected way during the study.

### Important Medical Event/Medical Intervention
Medical and scientific judgement should be exercised in deciding whether a case is serious in situations where important medical events may not be immediately life-threatening or result in death, hospitalization, disability or incapacity but may jeopardise Subject or may require medical intervention to prevent one or more outcomes listed in the definition of serious. These should usually be considered as serious.

Examples of such events are:

- Angioedema not severe enough to require intubation but requiring i.v. hydrocortisone treatment
- Hepatotoxicity caused by paracetamol (acetaminophen) overdose requiring treatment with N-acetylcysteine
- Intensive treatment in an emergency room or at home for allergic bronchospasm
- Blood dyscrasias (eg neutropenia or anaemia requiring blood transfusion etc) or convulsions that do not result in hospitalization
- Development of drug dependency or drug abuse.

CONFIDENTIAL
AZSER12442895

AstraZeneca

## DEFINITIONS

AZ01:10

AZ2002-08-30

AW2003-07-31

### Guide to Interpreting the Causality Question                    **AECAUS**

The following factors should be considered when deciding if there is a 'reasonable possibility' that an AE may have been caused by the drug.

**Time Course**
Exposure to suspect drug. Has Subject actually received the suspect drug?
Did the AE occur in a reasonable temporal relationship to the administration of the suspect drug?

**Consistency with known drug profile**
Was the AE consistent with the previous knowledge of the suspect drug (pharmacology and toxicology) or drugs of the same pharmacological class? OR could the AE be anticipated from its pharmacological properties?

**Dechallenge experience**
Did the AE resolve or improve on stopping or reducing the dose of the suspect drug?

**No alternative cause**
The AE cannot be reasonably explained by another aetiology such as the underlying disease, other drugs, other host or environmental factors.

**Rechallenge experience**
Did the AE reoccur if the suspected drug was reintroduced after having been stopped?
AstraZeneca would not normally recommend or support a rechallenge.

**Laboratory tests**
A specific laboratory investigation (if performed) has confirmed the relationship.

A 'reasonable possibility' could be considered to exist for an AE where one or more of these factors exist.

In contrast, there would not be a 'reasonable possibility' of causality if none of the above criteria apply or where there is evidence of exposure and a reasonable time course but any dechallenge (if performed) is negative or ambiguous or there is another more likely cause of the AE.

In difficult cases, other factors could be considered such as:

- is this a recognised feature of overdose of the drug?
- is there a known mechanism?

**Ambiguous cases**
Ambiguous cases should be considered as being a 'reasonable possibility' of a causal relationship unless further evidence becomes available to refute this. Causal relationship in cases where the disease under study has deteriorated due to lack of effect should be classified as no reasonable possibility.

CONFIDENTIAL
AZSER12442896

Page Ins: 88.01

## INSTRUCTIONS FOR THE INVESTIGATOR

**Adverse Events**                                                              **AELOG**

All AEs that occur during screening and treatment, whether or not related to the investigational product, must be recorded on AELOG.
In addition, spontaneously reported AEs occurring up to 30 days after the last dose of investigational product should be recorded together with concomitant medications on AELOG and MED.

See Section Adverse Events for definitions of Adverse Event and Serious Adverse Event.
All information on any one line relates only to that adverse event.

### None
Tick the None-box at completion/discontinuation if no AE has occurred during the study.

### Adverse Event
Record only one diagnosis/sign/symptom on each line. If a diagnosis is known, record the diagnosis.
If a diagnosis is known and there are other signs/symptoms which are not generally part of the diagnosis, record the diagnosis and each sign/symptom on a separate line.
If a diagnosis is not known, record signs/symptoms (each sign/symptom on a separate line).

### AE started
For recurring AEs ('AE stopped' has been filled in previously), record date when AE recurred. Record start date for each AE, if exact start day is not known, estimated date should be as closely as possible.

### Serious
Tick 'Yes' when AE meets criteria for Serious AE.
A serious AE which occurs during the study, whether or not considered causally related to the investigational product, **must be reported to the AstraZeneca Monitor within one day of when the Investigator became aware of the Serious AE.**
A completed SAE, Section Serious Adverse Events, together with supporting documentation, should be faxed to the AstraZeneca Monitor **for all fatal and life-threatening events by day one and for all other Serious AEs no later than by day five.**

**NB:** Note the AE number on SAE, Section Adverse Events.

### Action taken, investigational product
0 = None (use this code also in case of Subject's death if the drug was not actively stopped before).
1 = Dose of investigational product changed or not increased/decreased as per protocol
      (fill in DOSC, Section Investigational Products).
2 = Investigational product temporarily stopped (fill in DOSC, Section Investigational Products).
3 = Investigational product permanently stopped (fill in DOSC, Section Investigational Products,
      and TERM, Section Termination).

### AE caused Subject to discontinue the study
If Yes, fill in TERM, Section Termination.

### Maximum intensity
Maximum intensity refers to the complete course of the AE. Fill in either when AE is resolved or when Subject discontinues/completes the study.
1 = Mild: Awareness of sign or symptom, but easily tolerated.
2 = Moderate: Discomfort sufficient to cause interference with normal activities.
3 = Severe: Incapacitating, with inability to perform normal activities.

### Causality

Consider whether there is a reasonable possibility that the event may have been caused by the investigational product. See AECAUS (Section Adverse Events) for guidance on interpreting the question.                                                                        continues

2003-10-30

**209**

CONFIDENTIAL
AZSER12442897

AstraZeneca

## INSTRUCTIONS FOR THE INVESTIGATOR

### Adverse Events, continued

**AELOG**

**AE stopped; AE ongoing at completion/discontinuation**
If an AE is present at the last AE assessment, tick the box.

**Final outcome**
All AEs and SAEs, including those that are ongoing at Visit 9 or discontinuation will be followed up until resolution or until the Investigator decides that no further follow-up is necessary.

**NB:** Death must always be recorded under 'Final outcome' (Outcome = 2).

**Outcome**
0 = AE no longer present, no residual effects. Complete date AE stopped.
1 = AE still present and/or residual effects present. Leave date field blank.
2 = Death: Only used for AEs which led to Subject's death. Leave the date field blank and
    record date of death on SAE, Section Serious Adverse Events. For other AEs present at the time of death, record 1.

**Date of last contact**
The date should be completed for all AEs that were unresolved at the last visit.
In case all AEs cannot be followed up on the same date, give date of last contact on last AELOG page.

2003-10-30

*210*

CONFIDENTIAL
AZSER12442898



CONFIDENTIAL
AZSER12442899

AstraZeneca

**Adverse Events, continued**

AELOG

Page 88.02a

Page 88.02b

Study code D1441C00125

E code [E]_____

Study code D1441C00125

Subj initials _____

E code [E]_____

| AE No. | Adverse Event | AE started | | | Serious | | Action taken, invest product | AE caused Subject to discontinue the study | | Max intensity | Causality | | Investigator's Initials | AE stopped | | | AE ongoing at contact/ discont'n | Final outcome | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | year | mm | dd | No | Yes* | (0-3) | No | Yes | (1-3) | No | Yes | | year | mm | dd | | Out-come (0-2) | AE stopped (Outcome ≠ 0) year mm dd | | |

11
12
13
14
15
16
17
18
19
20

Is this the last completed AELOG page     No ◯   Yes ◯

\* If any Serious Adverse Event is indicated, contact the AstraZeneca Monitor within one day and fill in SAE, Section Serious Adverse Events

*Date of last contact*
year   mm   dd
continues

2003-10-30

2003-10-30

AMW2003-07-01   AZ2003-12-03   AZ02-72

**212**

CONFIDENTIAL
AZSER12442900

AstraZeneca

Study code D1441C00125

Page 88.03a   E code: [E|_|_|_|_|_]

Study code D1441C00125

Subj initials _____

Page 88.03b   E code: [E|_|_|_|_|_]

AELOG

## Adverse Events, continued

| AE No. | Adverse Event | AE started (year mm dd) | Serious (No/Yes*) | Action taken, invest product (0-3) | AE caused Subject to discontinue the study (No/Yes) | Max inten- sity (1-3) | Causality (No/Yes) | Investigator's Initials | AE stopped (year mm dd) | AE ongoing at contact/ hr discont'n | Final outcome — Out- come (0-2) | AE stopped (Outcome ≠ 0) (year mm dd) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | | | □0 □1 | | □0 □1 | | □0 □1 | | | □1 or | | |
| 22 | | | □0 □1 | | □0 □1 | | □0 □1 | | | □1 or | | |
| 23 | | | □0 □1 | | □0 □1 | | □0 □1 | | | □1 or | | |
| 24 | | | □0 □1 | | □0 □1 | | □0 □1 | | | □1 or | | |
| 25 | | | □0 □1 | | □0 □1 | | □0 □1 | | | □1 or | | |
| 26 | | | □0 □1 | | □0 □1 | | □0 □1 | | | □1 or | | |
| 27 | | | □0 □1 | | □0 □1 | | □0 □1 | | | □1 or | | |
| 28 | | | □0 □1 | | □0 □1 | | □0 □1 | | | □1 or | | |
| 29 | | | □0 □1 | | □0 □1 | | □0 □1 | | | □1 or | | |
| 30 | | | □0 □1 | | □0 □1 | | □0 □1 | | | □1 or | | |

Is this the last completed AELOG page   No ○   Yes ○

*If any Serious Adverse Event is indicated, contact the AstraZeneca Monitor within one day and fill in SAE, Section Serious Adverse Events

*Date of last contact* (year mm dd)

**213**

2003-10-30

2003-10-30

AWI2003-07-01   AZ'2003-12-03   AZ02.72

CONFIDENTIAL
AZSER12442901

# Serious Adverse Events

CONFIDENTIAL
AZSER12442902

## INSTRUCTIONS FOR THE INVESTIGATOR

**Serious Adverse Event Report**                                              **SAE**

**NB:** Only AEs ticked 'Serious' should be recorded on SAE.

**Randomization code**
If Subject has been allocated a randomization code, this must be recorded in the header.

**AE No.**
Use the same AE number as on AELOG.

**Adverse Event (AE)**
Use the same wording as on AELOG.
**NB:** If more than one AE is listed, all the following information must pertain to all AEs.

**AE is serious due to**
More than one criterion can be ticked.

**Causality**
Consider whether there is a reasonable possibility that the event may have been caused by
other medication. Please note that causality between the investigational product and the event
should be filled in under causality in AELOG. See AECAUS, Section Adverse Events, for
guidance on interpreting the question.

**Description of AE**
State

- Symptoms and course
- Diagnostic investigations and results (ECG, laboratory tests, X-ray, ultrasonography, etc)
- Treatment of AE (medication, surgical procedures, etc).
If the space on the SAE form is not sufficient, use a separate sheet of paper which must include
E code, Study code, and Investigator's initials.

**Reporting procedures**
See Section Adverse Events for the definition of Serious Adverse Event.
A serious AE which occurs during the study, whether or not considered causally related to the
investigational product, **must be reported to the AstraZeneca Monitor within one day of
when the Investigator became aware of the Serious AE.**
A completed SAE, together with supporting documentation, should be faxed to the
AstraZeneca Monitor **for all fatal and life-threatening events by day one and for all other
Serious AEs no later than by day five.**
If unable to fax, please send by courier.
**Make sure that the attachments are fully up to date before faxing them to the
AstraZeneca Monitor.**

**NB:** Use one SAE FAX Report Page for each initial report and each follow-up.

Supportive documents
*Always attach photocopy of*                    *Attach, if relevant, photocopy of*
- DEM, page 1                                   - Laboratory reports (related to the serious AE)
- HISM/HISS, page 2                             - Autopsy report
- AELOG, Section Adverse Events                 - ECG, relevant section
- MED, Section Medication
- DOSC, Section Investigational Products

2003-10-30

**215**

CONFIDENTIAL
AZSER12442903

AstraZeneca

Study code D1441C00125          Subj initials ................................          E code | E | | | | | | |

Randomization code | | | | | |

A202:12

AZ2002-12-03

AW2003-07-31

## Serious Adverse Event Report                                          **SAE**

**AE No.** (from AELOG) | | | |          Adverse Event ................................................................................

AE met criteria
for serious AE | | | | | | |          Investigator aware          | | | | | | |
              year    mm    dd          of serious AE             year   mm   dd

**AE is serious due to** (Tick all criteria that apply)

Death *  ☐₁          In-patient hospitalization or prolongation          A congenital
                    of existing in-patient hospitalization **  ☐₁          abnormality/birth defect  ☐₁

Life threatening  ☐₁          Persistent or significant disability/          Important medical event  ☐₁
                    incapacity

**** If hospitalized**

Date of hospitalization | | | | | | |          Date of discharge | | | | | | |
                year   mm   dd                     year   mm   dd

**\* If death**

Probable cause of death ................................................................................

Date of death | | | | | | |          Autopsy performed  No ☐₀  Yes ☐₁
        year   mm   dd

### Causality assessment

Do you consider that there is a reasonable possibility that the event may have been caused by other medication

**1 Other medication**  No ☐₀  Yes ☐₁          ...................................... specify, tradename(s)

### Description of AE (print)

Symptoms, course ................................................................................

Diagnostic
investigations,
results ................................................................................

Treatment of AE ................................................................................

Other comments ................................................................................

Investigator's initials ................................................................................

2003-10-30

**216**

CONFIDENTIAL
AZSER12442904



# SAE FAX REPORT PAGE

## To be retained with SAE

From: _____    Fax No.: _____

To: _____    Fax No.: _____

Number of pages (incl this page): _____    Fax date: _____

---

Study code    D1441C00125    Centre No.  | | | | |

Initial report  ◯    Follow-up report  ◯

E code  |E| | | | | | | | |    Randomization code  | | | | |

Country  ...........................................................

**Photocopies of supportive documents**
Always attach if initial report
If follow-up, tick those attached    Attach if relevant

| | | | |
|---|---|---|---|
| DEM ◯ | MED ◯ | | Lab report(s) ◯ |
| HISM/HISS ◯ | REP_TIT ◯ | | Autopsy report ◯ |
| AELOG ◯ | DOSC ◯ | | ECG ◯ |

...........................................................
OTHER ATTACHMENT

...........................................................
OTHER ATTACHMENT

Investigator .....................................................
　　　　　　Investigator's name (in block letters)

**Completed by AstraZeneca for internal purposes**

AZ first aware of serious AE, or AZ first aware of Follow-up  | | | | | | |
　　　　　　　　　　　　　　　　　　　　　　　　　　year    mm    dd

Amended 2004-10-06

**217**

CONFIDENTIAL
AZSER12442905

# Termination

CONFIDENTIAL
AZSER12442906

Page Ins: 90

## INSTRUCTIONS FOR THE INVESTIGATOR

A201:10

AW2003-07-31   rev: 2001-11-15

### Study Termination                                                    TERM

Study Termination must be filled in for all enrolled Subjects.

**Premature discontinuation**
If a decision to discontinue takes place during a treatment period and between visits, Subject should return for a final Visit 9 as soon as possible. For detail information see Clinical Study Protocol 3.3.5.2.

**Subject completed/prematurely discontinued study on**
The date of study completion or study discontinuation is the last day on which data, required according to protocol, was collected for this Subject.
Date of study completion/study discontinuation is not necessarily the same date as the date for last dose of investigational product.

**Study-specific discontinuation criteria**
- Voluntary discontinuation by the patients who are at any time free to discontinue their participation in the study, without prejudice to further treatment.
- Safety reasons as judged by the Investigator and/or AstraZeneca.
- Severe non-compliance to protocol as judged by the Investigator and/or AstraZeneca.
- Incorrect enrolment or randomization of the patient.
- Pregnancy.
- Any patient who, based on the Investigator's judgment, poses an imminent risk of suicide should be discontinued from the study.
- Deterioration in the patient's condition or insufficient clinical effect despite dose adjustments.
- The patient is being lost to follow-up (unable to reach the patient after 3 documented phone calls and one letter sent).
- The study is terminated by AstraZeneca, Regulatory Authorities or Independent Ethics Committees.
- A repeated neutrophil count of <0.5 x $10^9$/L.

**Condition under investigation worsened**
Definition: Schizophrenia

**NB:** Spontaneously reported AEs occurring up to 30 days after the last dose of investigational drug should be recorded together with concomitant medications.

2003-10-30

CONFIDENTIAL
AZSER12442907

AstraZeneca

Study code D1441C00125          Subj initials ...........................          E code | E | | | | | | |

AZ01\10

NA

AW2003-07-31

## Study Termination

**TERM**

Subject completed/prematurely
discontinued the study on          | 2 | 0 | | | | | |
                                     year      mm      dd

Was Subject's participation in the    No        Yes
study prematurely discontinued        ☐₀        ☐₁      If Yes, please specify below

**Main reason (one only) for premature discontinuation**

Eligibility criteria not fulfilled        ☐₁

Adverse event                             ☐₂      Please make sure that AELOG,
                                                   Section Adverse Events has been filled in

Lack of therapeutic response              ☐₄

Development of study-specific             ☐₆      Please specify ....................................................
discontinuation criteria

Subject not willing to                    ☐₇
continue study

Subject lost to follow-up                 ☐₈

Other                                     ☐₉₉     Please specify ....................................................

2003-10-30

**220**

CONFIDENTIAL
AZSER12442908

# Signature

CONFIDENTIAL
AZSER12442909

Page Ins: 91

## INSTRUCTIONS FOR THE INVESTIGATOR

### Signature Log                                                        SIGNL

The Signature form is to be signed and dated by an Investigator named on the
Clinical Study Agreement (CSA) for each Subject for visits and corresponding
log module pages which are brought to AstraZeneca during and at the end of the
study after 30 days spontaneously reported AE/SAE period.

Please note that supporting evaluations and test results (ECG printouts, lab
reports, etc) are considered to be part of the CRF.

**Instructions for the Monitor**
At study completion/discontinuation and before the Investigator signs the last
part of the CRF:
**Added pages:** Note the page numbers for any pages that have been added
during the course of the study, for example an extra AELOG page.
**Pages ... removed:** If the study has been prematurely discontinued, and part of
the CRF (one or more whole visits) has not been filled in, note the page numbers
of those pages and initial.
If the study has been duly completed, please strike through the line(s).
**NB:** Log module pages (for example a second AELOG page) or odd pages for
a visit which have been left blank are not to be removed from the CRF.

2003-10-30

CONFIDENTIAL
AZSER12442910

AstraZeneca

Page 91.01

Study code D1441C00125          Subj initials ...........................          E code | E | | | | | | |

## Signature Log

**SIGNL**

By signing and dating the specified pages for the study and Subject identified above, I declare that the information on those pages has been reviewed by me, and is accurate and complete.

This CRF consists of pages 1 – 91

---

AstraZeneca use only

Added pages ...................................................................................................

Pages ............... to ........... were never completed for this Subject
and have been removed                          | | | | | | |          ..........................
                                               year    mm    dd      Monitor´s initials

---

Pages  1  to  33          | | | | | | |          ..........................
                           year    mm    dd      Investigator's signature

---

AstraZeneca use only

Added pages ...................................................................................................

Pages ............... to ........... were never completed for this Subject
and have been removed                          | | | | | | |          ..........................
                                               year    mm    dd      Monitor´s initials

---

Pages  34  to  58          | | | | | | |          ..........................
                            year    mm    dd      Investigator's signature

---

AstraZeneca use only

Added pages ...................................................................................................

Pages ............... to ........... were never completed for this Subject
and have been removed                          | | | | | | |          ..........................
                                               year    mm    dd      Monitor´s initials

---

Pages  59  to  83          | | | | | | |          ..........................
                            year    mm    dd      Investigator's signature

continues

2003-10-30

**223**

CONFIDENTIAL
AZSER12442911



AstraZeneca

Page 91.02

Study code D1441C00125          Subj initials ..............................          E code | E | | | | | | | |

A201-10

**Signature Log, continued**                                                   **SIGNL**

NA

AW2003-07-31

AstraZeneca use only

Added pages ....................................................................................................................

Pages ............ to ............ were never completed for this Subject
                              and have been removed          | | | | | | | .............
                                                            year    mm    dd   Monitor´s initials

                          incl completed pages
                          in Sections Medication,
Pages  84  to  91         Adverse Events, Serious   | | | | | |   ..............................
                          Adverse Events            year   mm   dd   Investigator's signature

2003-10-30

**224**

CONFIDENTIAL
AZSER12442912

# Extra Visits

CONFIDENTIAL
AZSER12442913

## INSTRUCTIONS FOR THE INVESTIGATOR

### Visit

**VISIT**

Extra visits can be made if deemed necessary by the Investigator. This could be due to lack of efficacy despite dose increase, safety/tolerability issues, if further dose adjustments are needed etc.
An extra visit may also be needed during the titration phase (between Visit 2 and 3) to ensure correct dosing. An extra visit cannot replace an ordinary visit.

Please enclose the extra visit module in the right visit section as last page.

### Adverse Events, Reminder

**AERDR**

See Section Adverse Events for definitions of Adverse Event (AE) and Serious Adverse Event (SAE).

**Guide to the AE assessment**
*Spontaneously reported:*
The AE can be reported by other than Subject, for example family or hospital staff.
*Observed by Investigational team or other person:*
Examinations and assessments should also be considered.

**Has Subject been hospitalized...**
Pre-planned hospitalization is usually not an AE.

**Translation to local languages**

| | |
|---|---|
| Afrikaans: | Sedert u vorige besoek, he u enige probleme met u gesondheid ondervind? |
| Czech: | "Měl jste nějaké zdravotní potíže od předchozí návštěvy?" |
| German: | "Hatten Sie seit der vergangenen Untersuchung gesundheitliche Probleme?" |
| Norwegian: | "Har du hatt noen helseproblemer siden det forrige besøket?" |
| Romanian: | "Aţi avut probleme de sănătate de la ultima vizită?" |
| Slovak: | "Mali ste nejaké zdravotné problémy od predchádzajúcej návštevy?" |
| Bulgarian: | "Имахте ли здравословни проблеми след предишното посещение?" |
| Hungarian: | "Volt-e bármilyen egészséggel kapcsolatos problémája az előző vizit óta?" |

CONFIDENTIAL
AZSER12442914

AstraZeneca

Page |__|__|__|.|__|__|

Study code D1441C00125 Subj initials ................................ E code |E|__|__|__|__|__|__|__|

Extra Visit

AZ01:10 AZ2002-12-03 AW2003-07-31

## Visit

**VISIT**

Visit date |2|0|__|__|__|__|__|__|
year mm dd

AZ01:10 AZ2002-12-03 AW2003-07-31

## Adverse Events, Reminder

**AERDR**

Any adverse events
- ongoing at previous visit
- spontaneously reported
- observed by Investigational team or other person
- reported in reply to the standard question: ***"Have you had any health problems since the previous visit?"***

No ○ Yes ○ If Yes, go to AELOG, Section Adverse Events

Has Subject been hospitalized since previous visit

No ○ Yes ○ If Yes, and reason is AE, go to AELOG, Section Adverse Events

**If there has been any changes in Investigational Product or/and concomitant medication make sure that DOSC, Section Investigational Products or/and MED, Section Medication has been filled in.**

2003-10-30



CONFIDENTIAL
AZSER12442915

AstraZeneca

Page |___|___|___| . |___|___|

Study code D1441C00125          Subj initials .................................          E code |E|___|___|___|___|___|___|

Extra Visit

---

AZ01-10

**Visit**                                                                                    **VISIT**

AZ2002-12-03

Visit date  |2|0|___|___| |___|___| |___|___|
                      year        mm        dd

AW2003-07-31

---

AZ01-10

**Adverse Events, Reminder**                                                    **AERDR**

AZ2002-12-03

Any adverse events
- ongoing at previous visit
- spontaneously reported

AW2003-07-31

- observed by Investigational team or other person
- reported in reply to the standard question: ***"Have you          No   Yes          If Yes, go to AELOG,
  had any health problems since the previous visit?"***          ○     ○          Section x

Has Subject been hospitalized since previous visit          No   Yes          If Yes, and reason is
                                                            ○     ○          AE, go to AELOG,
                                                                              Section x

☞ **If there has been any changes in Investigational Product or/and concomitant medication make sure that DOSC, Section Investigational Products or/and MED, Section Medication has been filled in.**

---

2003-10-30

CONFIDENTIAL
AZSER12442916

AstraZeneca

Page |___|___|___| . |___|___|

Study code D1441C00125       Subj initials ..............................       E code |E |___|___|___|___|___|___|

Extra Visit

AZ01:10

## Visit                                                                 **VISIT**

AZ2002-12-03

Visit date  |_2_|_0_|___|___| |___|___| |___|___|
                 year        mm       dd

AW2003-07-31

AZ01:10

## Adverse Events, Reminder                                              **AERDR**

AZ2002-12-03

Any adverse events
- ongoing at previous visit
- spontaneously reported
- observed by Investigational team or other person

AW2003-07-31

- reported in reply to the standard question: ***"Have you***        No    Yes    If Yes, go to AELOG,
***had any health problems since the previous visit?"***             ◯     ◯     Section x

Has Subject been hospitalized since previous visit                   No    Yes    If Yes, and reason is
                                                                     ◯     ◯     AE, go to AELOG,
                                                                                 Section x

☞ **If there has been any changes in Investigational Product or/and concomitant
medication make sure that DOSC, Section Investigational Products or/and
MED, Section Medication has been filled in.**

2003-10-30

**229**

CONFIDENTIAL
AZSER12442917

Page Ins: 83.99

## INSTRUCTIONS FOR THE INVESTIGATOR

**Pharmacogenetic Sample**                                    **GENSAMP**

Genetic sampling is optional and not a requirement for study participation.

**NB:** For Subject to be qualified for the Optional Genetic Research Subject must not have had **previous bone marrow transplant** or **received blood transfusion** in the 120-day period preceding the date of genetic sample collection.
If any of these two exclusion criteria are present, Subject cannot participate in the Optional Genetic Research.

Label and fill sample tube according to laboratory instruction.

Tick box to confirm whether consent for pharmacogenetic sampling has been given or not.

Enter the date when consent for pharmacogenetic sampling has been given.

Tick box to confirm if sample is collected or not.

Record sampling date.

Amended 2005-03-03

**230**

CONFIDENTIAL
AZSER12442918

AstraZeneca

Page 83.99

Study code D1441C00125          Subj initials ..............................          E code ⌊E⎸ ⎸ ⎸ ⎸ ⎸ ⎸ ⎸ ⌋

SC04.02
SO2004-02-26
AW2004-12-02

## Pharmacogenetic Sample

**GENSAMP**

Has Subject given consent   No ☐₀   Yes ☐₁          If Yes, date of consent ⌊ ⎸ ⎸ ⎸ ⎸ ⎸ ⎸ ⌋
                                                              year      mm    dd

Sample collected   No ☐₀   Yes ☐₁

*Sampling date*

⌊ ⎸ ⎸ ⎸ ⎸ ⎸ ⌋
  year    mm    dd

Amended 2005-03-03

**231**

CONFIDENTIAL
AZSER12442919



| Clinical Study Report: Appendix 12.1.3. | |
| --- | --- |
| Drug Substance | quetiapine |
| Study Code | D1441C00125 |

## Appendix 12.1.3

## Independent Ethics Committees/Institutional Review Boards consulted, and samples of written Subject Information and Consent Form

CONFIDENTIAL
AZSER12442920

Clinical Study Report: Appendix 12.1.3.
Study Code: D1441C00125

## 12.1.3.1    Independent Ethics Committees/Institutional Review Boards
consulted

| Centre no. | Name and address of IEC/IRB | Chairman of IEC/IRB | Date of Approval |
|---|---|---|---|
| 1001 | Ethical Committee at MHAT Alexandrovska MHAT Alexandrovska 1 Georgi Sofyiski Str. 1431 Sofia Bulgaria | Ass. Prof. Regina Djerassi | 12 February 2004 |
| 1002 | SHATNP 'St. Naum' Psychiatry Dept. 1 Ljuben Russev St. 1113 Sofia Bulgaria | Dr. Pencho Kolev | 18 February 2004 |
| 1003 | Ethics Committee at Psychiatric Hospital St.Ivan Rilski Izgrev Novi Iskar 1282 Bulgaria | Dr. Iris Ikonomova | 02 March 2004 |
| 1004 | EC at DDPD Sofia city 59 Ekzarh Josif str. Sofia 1624 Bulgaria | Assoc. Prof. Irena Velcheva | 04 February 2004 |
| 1005 | Ethics Committee at Regional Dispensary for Psychiatric Disorders – Russe LTD 20 Tutrakan Blvd. Russe 7003 Bulgaria | Dr. Rudenko Yordanov | 06 February 2004 |
| 1006 | Ethics Committee at MHAT- Varna Multi-specialised Hospital for Active Treatment 1 Christo Smirnenski Str. Varna 9000 Bulgaria | Prof. Stefan Todorov | 02 February 2004 |

2

CONFIDENTIAL
AZSER12442921

Clinical Study Report: Appendix 12.1.3.
Study Code: D1441C00125

| Centre no. | Name and address of IEC/IRB | Chairman of IEC/IRB | Date of Approval |
|---|---|---|---|
| 1008 | Ethics Committee at DDPD "Prof. Ivan Temkov" "Lazur" - park "Ezero" Burgas 8000 Bulgaria | Dr. Antoaneta Glavanova | 09 July 2004 |
| 1009 | SHATNP 'St. Naum' Psychiatry Dept.1 Ljuben Russev St. 1113 Sofia Bulgaria | Dr. Pencho Kolev | 06 July 2004 |
| 1101 | Etická komise Psychiatrické centrum Praha Ústavní 91 Praha 8 181 02 Czech Republic | MUDr. Martin Bares | 18 February 2004 |
| 1102 | Etická komise NZZ Jagellonská 7 Plzeň 301 00 Czech Republic | MUDr. Ivan Pišl | 26 April 2004 |
| 1103 | Multicentrická etická komise FN Motol V Úvalu 84 150 06 Czech Republic | Vratislav Šmelhaus | 17 March 2004 |
| 1104 | Etická komise psychiatrická léčebna Havlíčkův Brod Rozkošská 2322 580 23 Havlíčkův Brod Czech Republic | David Neubauer | 10 March 2004 |
| 1105 | Multicentrická etická komise FN Motol V Úvalu 84 Praha 5 150 06 Czech Republic | Vratislav Šmelhaus | 17 March 2004 |

3

CONFIDENTIAL
AZSER12442922

Clinical Study Report: Appendix 12.1.3.
Study Code: D1441C00125

| Centre no. | Name and address of IEC/IRB | Chairman of IEC/IRB | Date of Approval |
|---|---|---|---|
| 1106 | Etická komise pro multicentrická klinická hodnoceni Fakuttni nemocnice Motol V Úvalu 84 150 06 Praha 5 Czech Republic | Ružena Pánková | 18 March 2004 |
| 1107 | Etická komise Ustredni vojenská nemocnice U vojenské nemoocnice 1200 169 02 Praha 6 Czech Republic | Janatka Jiři | 5 April 2004 |
| 1108 | Etická komise psychiatrické léčebna Dobřany Ústaví 2 334 41 Dobřany Czech Republic | Jarmila Hráchová | 23 March 2004 |
| 1109 | Etická komise pro multicentrická klinická hodnoceni Fakuttni nemocnice Motol V Úvalu 84 150 06 Praha 5 Czech Republic | Vratislav Šmelhaus | 20 October 2004 |
| 1110 | Etická komise psychiatrické léčebna Opava Olomoucká 88 746 01 Opava Czech Republic | Jiři Urban | 14 February 2005 |
| 1201 | Ethikkommission der Medizinischen Fakultät der Heinrich-Heine-Universität Düsseldorf Moorenstr. 5 Düsseldorf Nordrhein-Westfalen D-40225 Germany | Prof. Dr. Hans-Gerd Lenard | 15 March 2004 |

4

CONFIDENTIAL
AZSER12442923

Clinical Study Report: Appendix 12.1.3.
Study Code: D1441C00125

| Centre no. | Name and address of IEC/IRB | Chairman of IEC/IRB | Date of Approval |
|---|---|---|---|
| 1202 | Ethikkommission der Medizinischen Fakultät der Eberhard-Karls-Universtität Schleichstraße 8 Tübingen Baden-Württemberg D-72076 Germany | Prof. Dr, Dieter Luft | 29 April 2004 |
| 1203 | Ethikkommission der Medizinischen Fakultät der Otto-von-Guericke-Universität Magdeburg Leipziger Straße 44 Magdeburg Sachsen-Anhalt D-39120 Germany | Prof. Dr. D. Krause | 07 May 2004 |
| 1204 | Ethikkommission der Charité – Universitätsmedizin Berlin – Campus Benjamin Franklin Hindenburgdamm 30 Berlin D-12203 Germany | Prof. Dr. Ralf Stahlmann | 23 June 2004 |
| 1205 | Ethikkommission der Medizinischen Fakultät der Westfälischen Wilhelms-Universtität Münster und der Ärztekammer Westfalen-Lippe Von-Esmarch-Straße 62 Münster Nordrhein-Westfalen D-48149 Germany | Prof. Dr. Otmar Schober | 23 June 2004 |

CONFIDENTIAL
AZSER12442924

Clinical Study Report: Appendix 12.1.3.
Study Code: D1441C00125

| Centre no. | Name and address of IEC/IRB | Chairman of IEC/IRB | Date of Approval |
|---|---|---|---|
| 1206 | Ethikkommission der Medizinischen Fakultät der Ludwig-Maximilians-Universität München Marchioninistraße 15 München Bayern D-81377 Germany | Prof. Dr. Gustav Paumgartner | 19 May 2004 |
| 1207 | Ethikkommission der Medizinischen Fakultät der Technischen Universtität München Ismaninger Straße 22 München Bayern D-81675 Germany | Prof. Dr. A. Schömig | 30 March 2004 |
| 1208 | Ethikkommission an der Medizinischen Fakultät der Rheinischen Friedrich-Wilhelms-Universität Bonn Reuterstr. 2b Bonn Nordrhein-Westfalen D-53113 Germany | Prof. Dr. K. Racké | 03 May 2004 |
| 1801 | Ethics Committee of Semmelwies Egyetem Semmelweis Egyetem Regionális Intézményi Tudományos és Kutatásetikai Bizottság Üllői út 93. Budapest 1091 Hungary | Dr. Sótonyi Péter | 13 September 2004 |

6

CONFIDENTIAL
AZSER12442925

Clinical Study Report: Appendix 12.1.3.
Study Code: D1441C00125

| Centre no. | Name and address of IEC/IRB | Chairman of IEC/IRB | Date of Approval |
|---|---|---|---|
| 1802 | Ethics Committee of Kaposi Mór Hospital, Kaposvár Intézményi Kutatásetikai Bizottság (Dr. Viski Anna) Kaposi Mór Oktató Kórház Tallián Gyula u. 20-32 Kaposvár 7400 Hungary | Dr. Viski Anna | 19 October 2004 |
| 1803 | Ethics Committee of Kenessey Albert Hospital, Balassagyarmat Intézményi Kutatásetikai Bizottság Dr. Kenessey Albert Kórház Rákóczi út 125-127 Balassagyarmat 2660 Hungary | Dr. Péter Becságh | 02 August 2004 |
| 1804 | Ethics Committee of Szegedi Tudományegyetem SZTE Szent-Györgyi Albert Orvos- és Gyógyszert. Cent. Regionális Humán Orvosbiologiai Kutatásetikai Biz. Korányi fasor 8-10. (Prof. Dr. Wittmann Tibor) Szeged 6701 Hungary | Prof. Dr. Wittmann Tibor | 29 March 2005 |

7

CONFIDENTIAL
AZSER12442926

Clinical Study Report: Appendix 12.1.3.
Study Code: D1441C00125

| Centre no. | Name and address of IEC/IRB | Chairman of IEC/IRB | Date of Approval |
|---|---|---|---|
| 1805 | Ethics Committee of Nyírő Gyula Kh. Fővárosi Önkormányzat Nyírő Gyula Kórháza Intézményi Kutatásetikai Bizottság Lehel u. 59. (Dr. Lajtavári László) Budapest 1135 Hungary | Dr. László Lajtavári | 15 September 2004 |
| 1807 | Ethics Committee of Nyírő Gyula Kh. Fővárosi Önkormányzat Nyírő Gyula Kórháza Intézményi Kutatásetikai Bizottság Lehel u. 59. (Dr. Lajtavári László) Budapest 1135 Hungary | Dr. László Lajtavári | 15 September 2004 |
| 1808 | Ethics Committee of Győr – Regionális Egészségügyi Tudományos Tanács Regionális Kutatásetikai B. Győr-Moson-Sopron Megye, Esztergom-Komárom Megye Vasvári Pál u. 2. Győr 9002 Hungary | Dr. Haffner Zsolt | 29 September 2004 |

8

CONFIDENTIAL
AZSER12442927

Clinical Study Report: Appendix 12.1.3.
Study Code: D1441C00125

| Centre no. | Name and address of IEC/IRB | Chairman of IEC/IRB | Date of Approval |
|---|---|---|---|
| 1810 | Ethics Committee of Kecskemét Bács-Kiskun Megyei Önkormányzat Kórháza Intézményi Kutatásetikai Bizottsága (Dr. Cserni Gábor) yíri út 38. Kecskemét 6000 Hungary | Dr. Gábor Cserni | 8 September 2004 |
| 1811 | Ethics Committee of Szt. Imre Kh. Fővárosi Önkormányzat Szt. Imre Kórháza Intézményi Kutatásetikai Bizottság Tétényi út 12-16. Budapest 1115 Hungary | Dr. Orbán Imre | 01 December 2004 |
| 1813 | Ethics Committee of Eger Kh. Markhot Ferenc Kórház Intézeti Kutatásetikai Bizottsága Széchenyi u. 27-29. Eger 3300 Hungary | Dr. Hernádi László, Ph. D. | 13 October 2004 |
| 1814 | Ethics Committee of Cegléd Toldy Ferenc Kórház-Rendelőintézet Intézeti Kutatásetikai Bizottsága Törteli u. 1-3. Cegléd 2701 Hungary | Dr, Kecskés László | 29 November 2004 |

9

CONFIDENTIAL
AZSER12442928

Clinical Study Report: Appendix 12.1.3.
Study Code: D1441C00125

| Centre no. | Name and address of IEC/IRB | Chairman of IEC/IRB | Date of Approval |
|---|---|---|---|
| 1815 | Ethics Committee of DEOEC Debreceni Egyetem Orvos- és Egészségtudományi Centrum Intézményi Kutatásetikai Bizottsága (Dr. Horkay Irén) Nagyerdei krt. 98. Debrecen 4012 Hungary | Dr. Horkay Irén | 08 November 2004 |
| 1817 | Ethics Committee of Szolnok, Kh. Jász-Nagykun-Szolnok Megyei Hetényi Géza Kórház Rendelőintézet Etikai Bizottsága Tószegi út 21. Szolnok 5000 Hungary | Dr. Varga Dudás Pál | 23 November 2004 |
| 1301-1308 | Regional komité for medisinsk forskningsetikk,Vest-Norge (REK Vest) Universitetet i Bergen Det medisinske fakultet Postboks 7800 N-5020 Bergen Norway | Grethe Seppola Tell | Protocol and Amendment 1: 05 March 2004 Amendment 2: 15 September 2004 |
| 1401-1405 | Comisia Nationala de Etica str Av Sanatescu nr 48 sector 1, Bucuresti 71324 Romania | Prof. Dr. George Litarczek | 30 January 2004 |
| 1406-1407 | Comisia Nationala de Etica str Av Sanatescu nr 48 sector 1 Bucuresti 71324 Romania | Prof. Dr. George Litarczek | 21 February 2005 |

10

CONFIDENTIAL
AZSER12442929

Clinical Study Report: Appendix 12.1.3.
Study Code: D1441C00125

| Centre no. | Name and address of IEC/IRB | Chairman of IEC/IRB | Date of Approval |
|---|---|---|---|
| 1501 | Etická komisia pri FNsP Ružinov Ružinovská 6 Bratislava 826 06 Slovak Republic | MUDr. Anna Krechňáková | 12 December 2003 |
| 1502 | Etická komisia Lekárskej fakulty a Fakultnej nemocnice UK Mickiewiczova 13 Bratislava 813 69 Slovak Republic | MUDr. Ján Porubský | 8 January 2004 |
| 1503 | Etická komisia pri Fakultnej Nemocnici v Nitre PP41C Špitálska 6 Nitra 949 01 Slovak Republic | MUDr. Miroslav Murgaš | 22 December 2003 |
| 1504 | Etická komisia pri NsP Rimavská Sobota Šrobárova 1 Rimavská Sobota 979 12 Slovak Republic | MUDr. Juraj Ontko | 20 November 2003 |
| 1505 | Etická komisia pri FNsP Košice Trieda SNP 1 Košice 040 66 Slovak Republic | MUDr. Mária Pisarčíková | 7 January 2004 |
| 1506 | Etická komisia Psychiatrickej nemocnice v Michalovciach Hrehovčíka 1 Michalovce-Stráňany 071 01 Slovak Republic | MUDr Mária Krämerová | 19 December 2003 |

11

CONFIDENTIAL
AZSER12442930

Clinical Study Report: Appendix 12.1.3.
Study Code: D1441C00125

| Centre no. | Name and address of IEC/IRB | Chairman of IEC/IRB | Date of Approval |
|---|---|---|---|
| 1507 | Etická komisia pri NsP Žilina V.Spanyola 43 Žilina 012 07 Slovak Republic | MUDr. Popluhár Juraj | 4 December 2003 |
| 1508 | Etická komisia pri NsP Liptovský Mikuláš Palúčanská 25 Liptovský Mikuláš 031 01 Slovak Republic | MUDr. Roman Mojžiš | 9 December 2003 |
| 1509 | Etická komisia pri FNsP J.A.Reimana Prešov Hollého 14 Prešov 080 01 Slovak Republic | MUDr. Vladimír Goč | 20 January 2004 |
| 1511 | Etická komisia NsP Prievidza so sídlom v Bojniciach Nemocničná 2 Bojnice 972 01 Slovak Republic | Prof. Ernest Lányi | 31 May 2004 |
| 1512 | Etická komisia PN Hronovce Dr. Jána Zelenyaka 65 Hronovce 935 61 Slovak Republic | MUDr. Jan Celder | 5 November 2004 |
| 1513 | Etická komisia Úrad Bratislavského samosprávneho kraja Trnavská cesta 8/A Bratislava 25 820 05 Slovak Republic | MUDr. Oľga Veselá | 18 April 2005 |

CONFIDENTIAL
AZSER12442931

Clinical Study Report: Appendix 12.1.3.
Study Code: D1441C00125

| Centre no. | Name and address of IEC/IRB | Chairman of IEC/IRB | Date of Approval |
|---|---|---|---|
| 1601 | Ethics Committee for University of Stellenbosch Pharmaceutical Trial Advisory Committee Faculty of Medicine University of Stellenbosch, Tygerberg 7505 South Africa | Mr C. Van Tonder | 20 April 2004 |
| 1602 | Ethics Committee of University of Pretoria Faculty of Health Sciences Research Ethics Committee University of Pretoria, Pretoria Academic Hospital Soutpansberg Road, MRC Building, Level 2 -Room 19 Pretoria South Africa | Prof. B B Hoek | 16 March 2004 |
| 1603 | Ethics Committee of Medunsa Box 210 Medunsa Pretoria 0204 South Africa | Prof. GA Ogunbanjo | 03 March 2004 |
| 1604 | Ethics Committee of University of Orange Free State Research Division Seminar Room 3 1st Floor, Frik Scott Library, Internal Post Box G40 Bloemfontein 9300 South Africa | Prof. B B Hoek | 25 May 2004 |

CONFIDENTIAL
AZSER12442932

Clinical Study Report: Appendix 12.1.3.
Study Code: D1441C00125

| Centre no. | Name and address of IEC/IRB | Chairman of IEC/IRB | Date of Approval |
|---|---|---|---|
| 1605 | Ethics Committee of University of KwaZulu Natal Faculty of Health Sciences Medical Research Administration Private Bag 7 Congela. Durban 4013 South Africa | Prof A Dhai | 7 September 2004 |
| 1606 | Ethics Committee of WITS Health Consortium 8 Blackwood Ave. Parktown 2193 South Africa | Prof. Charles Feldman | 31 May 2004 |
| 1607 | Ethics Committee of WITS Health Consortium 8 Blackwood Ave. Parktown 2193 South Africa | Prof. Charles Feldman | 31 May 2004 |
| 1608 | Ethics Committee of WITS Health Consortium 8 Blackwood Ave. Parktown 2193 South Africa | Prof. Charles Feldman | 31 May 2004 |
| 1701 | North Birmingham Research Ethics Committee North Birmingham Research Ethics Committee Good Hope Hospital NHS Trust Rectory Road Sutton Coldfield West Midlands B75 7RR United Kingdom | Andrew Ball | 19 November 2003 |

14

CONFIDENTIAL
AZSER12442933

Clinical Study Report: Appendix 12.1.3.
Study Code: D1441C00125

## 12.1.3.2    Samples of written Subject Information and Consent Form

| Subject Information and Consent Form | Version No | Dated |
|---|---|---|
| Master Informed Consent Form | 1.0 | 26 August 2003 |
| Master Informed Consent Form | 4.0 | 19 December 2003 |
| Adult study patient information and consent form for use globally (except in the US) | 5.0 | 24 June 2004 |
| Genetic Research Addendum to Informed Consent Form [a, b] | 6.0 | 25 January 2005 |
| Patient Information and Consent Form Germany – English version | 4.0 | 19 December 2003 |
| Patient Information and Consent Form Germany – German version | 4.0 | 19 December 2003 |
| Patient Information and Consent Form Hungary – English version | 4.0 | 19 December 2003 |
| Patient Information and Consent Form Hungary – Hungarian version | 2.0 | 22 June 2004 |
| Patient Information and Consent Form Hungary – English version [c] | 5.0 | 24 June 2004 |
| Patient Information and Consent Form Hungary – Hungarian version | 3.0 | 22 July 2004 |
| Genetic Research Addendum to Informed Consent Form Hungary – English version | 6.0 | 25 January 2005 |
| Genetic Research Addendum to Informed Consent Form Hungary – Hungarian version | 1.0 | 21 February 2005 |
| Adult Study Patient Information and Consent Form UK | 4.0 | 16 February 2004 |
| Adult Study Patient Information and Consent Form UK | 5a | 30 November 2004 |

a    In UK it was version 1.0.

15

CONFIDENTIAL
AZSER12442934

Clinical  Study Report: Appendix 12.1.3.
Study Code: D1441C00125

b    Genetic consent with date 13 February 2005 for German version (it's exactly translated from master version, but later dated due to internal review process).

c    Certain patients enrolled before RA/CEC approval in Hungary signed the English version 4.0 (Hungarian Version 2.0).

16

CONFIDENTIAL
AZSER12442935

Adult Study Subject Information and Consent Form for use Globally (except in the US)
Study Code: D1441C00125
Version No: 1.0 Version Date: 26 August 2003

# ADULT STUDY PATIENT INFORMATION AND CONSENT FORM
# FOR USE GLOBALLY (EXCEPT IN THE US)

Study Code:          D1441C00125                    Subject Initials: << >>

Centre No:          << >>      Enrolment code and/or randomisation code: << >>

You are being asked to take part in a research study.  Before you decide it is important for you to understand why the research is being done, how your information will be used, what the study will involve and the possible benefits, risks and discomforts.  Please take time to read the following information carefully and discuss it with your family doctor, if you wish.

## WHAT IS THE BACKGROUND TO AND PURPOSE OF THE STUDY?

You have been asked to take part in this study since you suffer from schizophrenia and your doctor has considered it necessary that you should receive treatment for that illness.  This study is being carried out to see if treatment with a medicine used to treat schizophrenia, quetiapine, may also affect the way your body takes care of sugar and fat and, if so, how it compares with two other medications, olanzapine and risperidone. Unwanted effects on how the body takes care of sugar and fat could lead to an increased risk of cardiovascular disease or development of diabetes. Approximately 600 other patients like you will take part.

Quetiapine, olanzapine and risperidone are of a type of medication called "atypical antipsychotics".  All three study medications have been approved for treatment of schizophrenia by the regulatory authorities in many countries, including <<*insert country*>>. During the study treatment period you will receive treatment with one of these three study medications.  The comparison will be done by measuring the levels of sugar (glucose) and a hormone called insulin in your blood. To do this you will be required to stay over night at the hospital at three times during the study and a number of blood samples will be taken in the morning after.

## DO I HAVE TO TAKE PART?

It is up to you to decide whether or not to take part.  If you do decide to take part you will be given this Written Informed Consent Form to sign.  If you decide to take part you are still free to withdraw at any time and without giving a reason.  This will not affect the standard of care you receive.  Your primary physician will be informed about your participation in the study if you agree to this.

Likewise, the doctor conducting the study (the "Study Doctor") may decide that continued participation in the study is no longer in your best interest and you will be withdrawn.  This could happen if you no longer fulfil the criteria for participation in the study, if you do not follow the instructions the doctor gives to you, if the study personnel cannot get in touch with you, if your illness gets worse and your doctor decide that you need some other medication or if your doctor decides to withdraw you due to side effects or risks to your health in any way.  You may

1(9)                                  17

CONFIDENTIAL
AZSER12442936

Adult Study Subject Information and Consent Form for use Globally (except in the US)
Study Code: D1441C00125
Version No: 1.0 Version Date: 26 August 2003

also be withdrawn if the sponsoring company decides to terminate the study. If you do not want to continue with study medication or decide to withdraw from the study for other reasons, you should always speak to your doctor on how and when to stop taking the medication, as this may affect the symptoms of your disease. If you, or your doctor, decide that you will no longer take part you are asked to come for a final visit, complete the evaluations needed and return all unused medication. Your study doctor will provide care for your psychotic illness, and will assist you in obtaining follow-up treatment, including starting you on a new antipsychotic medication if indicated.

If you do not want to take part in the study there are a number of antipsychotic medications which are available to treat your condition, including the three medications that are tested in this study (quetiapine, olanzapine and risperidone). Your Study Doctor can explain the treatments that are available, and the risks and benefits of these treatments, to you if you choose not to take part.

**WHAT WILL HAPPEN TO ME IF I TAKE PART?**

The study involves nine visits to the clinic over a total period of up to 26 weeks. 24 weeks involves treatment with study medication. A summary of the visits can be found in the table and the procedures to be performed at each visit are described below.

| Visit no | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|
| **Weeks of treatment** | No study medication | Day 1 | 1 w | 4 w | 8 w | 12 w | 16 w | 20 w | 24 w Final visit |

**Visit 1**

At the first visit your Study Doctor needs to see if you can take part in this study. You will be given oral and written information of the study and can decide whether you want to participate or not. If you want to participate, a number of examinations and evaluations will be performed. In addition to the procedures described below that are done at all visits, the following will be performed:

- A physical examination, including an electrocardiogram (ECG, a tracing of the heart activity).

- You will be asked questions about your medical and surgical history, smoking habits and previous medications.

- A blood sample (12,5 mL) is taken for testing of red and white blood cells, blood salts, sugar, fats (e.g. cholesterol), some hormones and tests to control liver, kidney and thyroid function. A pregnancy test is part if the blood sample if you are female. A urine sample will also be taken for analysis of compounds in the urine, including a screening for drugs.

2(9)    18

CONFIDENTIAL
AZSER12442937

Adult Study Subject Information and Consent Form for use Globally (except in the US)
Study Code: D1441C00125
Version No: 1.0 Version Date: 26 August 2003

When your Doctor receives the results of the tests, he/she will decide if you can participate.  In some cases, you may need to take an extra blood sample in fasting condition (meaning no intake of food or any drink other than water a few hours before) to confirm the test results. If your Study Doctor decides that you can participate he/she will ask you to come for a second visit within 14 days of the first one.

**Study procedures performed at all visits**

- Your Study Doctor will evaluate the severity of your illness. For Visits 3-9 he/she will also evaluate whether your illness has improved or become worse since last study visit.

- Your Study Doctor will evaluate your movements with the help of two questionnaires.

- You will be asked questions about any medication you are taking or have been taking recently, including study medication.

- Your blood pressure, pulse (heart rate) and weight will be measured

- You will be asked questions regarding changes in your health since last study visit.

- Starting at Visit 3 you will return leftover study medication and empty containers from previous study period and receive new study medication (except at the final visit).

**Visits 2, 6 and 9 Oral Glucose Tolerance Test requiring overnight fasting hospitalisation**

The most important assessment is a so-called Oral Glucose Tolerance Test or OGTT. This test is done three times during the study: at Visit 2 before you get study medication, at Visit 6 after 12 weeks and at Visit 9, after 24 weeks of treatment or at discontinuation.  To ensure reliable results of this test, you have to have been fasting for 8-14 hours before the test.  This means that you will be asked to stay overnight in a hospital the night before the visit, either at the Study Site or a Day-care clinic, and that you cannot eat or drink anything but water for 8-14 hours during the night.  You must also refrain from smoking during this time.

In the morning when it is time for the Oral Glucose Tolerance Test a study nurse will carefully insert a catheter (a device that makes it easier to take blood samples) in your arm and take a blood sample. You will then be asked to drink a solution of 75 g sugar dissolved in 250-300 mL of water.  Additional blood samples will be taken after 30, 60, 90 and 120 minutes. In total 29,5 mL of blood will be collected. The study personnel will do everything possible to make it comfortable for you during this time but you will be asked to remain sitting and you cannot smoke, eat or drink anything else than water during the test.  The blood samples will be sent to a laboratory for analysis of blood sugar, a hormone called insulin, fats and other compounds.

The following will also be performed at Visits 2,6 and 9:

- When you arrive in the hospital, you will be asked to fill in a questionnaire called PETiT, answering questions on how you have been doing and feeling during the last week. This will take 2-5 minutes.

CONFIDENTIAL
AZSER12442938

Adult Study Subject Information and Consent Form for use Globally (except in the US)
Study Code: D1441C00125
Version No: 1.0 Version Date: 26 August 2003

- In the morning, study personnel will ask you questions about your attitude towards taking you medication based on a questionnaire called ROMI.

- A waist circumference measurement will be made in addition to the weight Visits 2 and 9.

At the final Visit 9 after 24 weeks of treatment, or if you are withdrawn from the study, the following will be performed in addition to the procedures above:

- A new electrocardiogram (ECG, a tracing of the heart activity) will be taken.

- An additional blood sample (12,5 mL) is taken for testing of red and white blood cells, blood salts, sugar, fats (e.g. cholesterol), some hormones and tests to control liver, kidney and thyroid function. A urine sample will also be taken for analysis of some compounds in the urine.

**Study medication**

When all the procedures are completed at Visit 2, including the Oral Glucose Tolerance Test, you will be assigned to one of the three study medications. You will either receive quetiapine, olanzapine or risperidone. You have an equal chance of receiving quetiapine, olanzapine or risperidone. Which treatment you receive is decided at random by a computerized list (purely by chance, like the tossing of a coin). Both you and the Study Site personnel will know which treatment you receive. Your Study Doctor, or other study personnel responsible for this, will explain carefully how to take the tablets and which dose to take. You will also be provided with written instructions. During the first five days of treatment the dose of the study medication will be slowly increased, while any antipsychotic medication you may have used before will be decreased and finally completely stopped by Day 5.

Study medication will be dispensed to you at each visit, except at the first and final visit. You will get it either from the study personnel or through the pharmacy, as agreed with your doctor. Your Doctor decides which dose you should take, and may decide to adjust the dose upward or downward depending on how you are feeling. The last visit is after 24 weeks of treatment, after that you will no longer receive study medication. When you have finished taking part in this study, your Study Doctor will decide how to continue to manage your illness.

**Extra visits if needed and a contact 30 days after last dose of study medication**

Your doctor may need to schedule extra visits during the study to adjust the dose or follow-up on any changes in your health. Your Study Doctor will also contact you, or ask you to come for a short visit, 30 days after the last dose of study medication was taken to see how you are doing and ask if you have had any health problems since the last visit. This is done even if you discontinue from the study.

**WHAT DO I HAVE TO DO?**

You must be willing to follow your study doctor's instructions, go through all the study related procedures described above, maintain your normal lifestyle and your normal physical activities or exercise and attend the scheduled visits. You will come to your study doctor's office on specified days and your appointments should be scheduled prior to your leaving each visit. It is

CONFIDENTIAL
AZSER12442939

Adult Study Subject Information and Consent Form for use Globally (except in the US)
Study Code: D1441C00125
Version No: 1.0 Version Date: 26 August 2003

also <u>important that you take the study medication as directed</u>.  Any left over medication that you do not take, and the container, even if it is empty, must be returned at each of your visits. It is also important that you tell the medical staff about any other medication you are taking before and during the study.  Some medications are not allowed during the study and your study doctor can tell you which you can or cannot take.

If you are a female, you must not be pregnant or breast-feeding, and you must not become pregnant during the study.  Your Study Doctor must be told immediately if pregnancy occurs. You will be asked to use a reliable birth control method such as birth control pills, intrauterine devices or condom together with diaphragm, foam or sponge during the study.

## WHAT ARE THE POSSIBLE SIDE EFFECTS, RISKS AND DISCOMFORTS OF TAKING PART?

There is a risk that the symptoms of your illness will not respond to the study medication.  Your condition may worsen if the study drug is ineffective for you. The withdrawal of your old medication, if any, may give unwanted side effects or a worsening of your condition.

The study medications may cause some side effects.  You may experience none, some or all of those listed below.  A common side effect of all three antipsychotic drugs when beginning treatment is sleepiness; that may also affect mental and physical abilities required to operate an automobile or machinery.  You may experience a decrease in blood pressure when standing up that might cause light-headedness or fainting.  This is most common early in the treatment and will usually pass with time.

For **quetiapine** the most common side effect apart from sleepiness is dizziness. Relatively common are also rapid heart beat, dry mouth, constipation, indigestion, feeling weak, swelling of arms and legs, weight gain, fainting and stuffy nose. In some cases a there may be a decrease in the amount of white blood cells or "eosinophilia", an increase in a type of white blood cells which is sometimes seen in allergic reactions. Some patients have shown an increase in the amount of liver enzymes or fatty substances such as triglycerides and cholesterol in the blood, or an increase in the amount of "creatine phosphokinase, a substance in the muscles. More uncommon side effects are allergic reactions and fits (seizures). Rare side effects that have been reported are fever, very marked drowsiness, muscle stiffness, marked increase in blood pressure or heart beat, reduced consciousness and priapism (long-lasting and painful erection).

For **olanzapine** common side effects are weight gain, dizziness, increased appetite, swelling of arms and legs, constipation, dry mouth, anxiety, abnormal movements, tremor, muscle stiffness or difficulties in speaking. Increased levels of the hormone prolactin blood glucose, the amount of liver enzymes or fatty substances such as cholesterol and triglycerides  have been observed, as well as a decrease in the amount of white blood cells or "eosinophilia". More uncommon side effects are allergic reactions, slow heart rate or sensitivity for sunlight. Very rare side effects that have been reported are liver disease, priapism (painful erection), difficulties in urinating, secretion of milk or irregularities in the menstruation cycle. Some patients have experienced high levels of blood sugar or a worsening in their diabetes. If the treatment with olanzapine is suddenly stopped symptoms like increased sweating, difficulties in sleeping, tremor, anxiety, nausea or vomiting may occur.

5(9)

CONFIDENTIAL
AZSER12442940

Adult Study Subject Information and Consent Form for use Globally (except in the US)
Study Code: D1441C00125
Version No: 1.0 Version Date: 26 August 2003

For **risperidone** common side effects are insomnia, dizziness, headache, agitation, anxiety, difficulties in concentrating, weight gain. Other well-known side effects are increased heart rate, increased salivation, muscle stiffness, abnormal movements. Some patients experience disturbances in sexual function or irregularities in the menstrual cycle. Constipation, difficulties in digestion, nausea, vomiting or abdominal pain have been reported, as well as rash, stuffy nose and blurred vision. Rare side effects include swelling of arms and legs, allergic reactions, increase in the amount of liver enzymes, breast enlargement, secretion of milk, difficulties in keeping the urine and elevated blood pressure.

There are very rare, but potentially serious, side effects associated with this class of drugs called neuroleptic malignant syndrome (NMS), a potentially life-threatening disorder that includes symptoms such as fever, tight muscles, changes in blood pressure and heart rate and confused thinking.  Antipsychotics may also cause a movement disorder called tardive dyskinesia (TD). Symptoms of this disorder is that certain muscle groups (e.g., the tongue and lip muscles) will move even if the person does not want them to move.  In most cases, the symptoms stop when the medication is withdrawn, but in some cases they are permanent.

There are some reports that some of these medications might affect unborn children, therefore, if you are female, you should not be pregnant or breastfeeding during the study.

There may be risks involved in taking this medication that have not been identified in the studies done so far.  There is always a risk involved in taking a new medication but every precaution will be taken and you are encouraged to report anything that is troubling you.  The taking of a blood sample may cause some discomfort. In connection with this, there may be a temporary discomfort and there is a small risk of bruising, infection or inflammation at the needle stick site. Some people may feel faint or dizzy.  The OGTT procedure requires 8-14 hours of fasting and non-smoking at three times during the study, which might cause some discomfort.  Your Study Doctor and the study staff will monitor your condition closely.  With your cooperation regarding the instructions given by your Study Doctor, frequent examinations and the performance of laboratory tests, the risk of unwanted side effects can be minimized.

If you experience a serious medical problem, the study sponsor will request access to your medical records until you condition is resolved, in order to determine the medical outcome.  This will be true even if you otherwise end participation in the study.  Your permission to review these records is granted by signing this form, but you may withdraw this consent at any time.

## WHAT ARE THE POSSIBLE BENEFITS OF TAKING PART?

It is hoped that the study treatment given during the study will help you.  However, this cannot be guaranteed.  The information we get from this study may help us to treat future subjects with the same illness as you better.

## WHAT IF NEW INFORMATION BECOMES AVAILABLE?

If any new information on the study medication(s) becomes available which may influence your decision to continue in the study you will be told.

CONFIDENTIAL
AZSER12442941

Adult Study Subject Information and Consent Form for use Globally (except in the US)
Study Code: D1441C00125
Version No: 1.0 Version Date: 26 August 2003

## WHAT ARE THE COSTS OF TAKING PART?

You will not be paid for taking part in this study.  If you need to take time off from work or other activities, this time or loss of wages will not be compensated.  However, the study medication (quetiapine, olanzapine or risperidone), study visits and laboratory tests will be provided at no cost to you during the study.  Your reasonable and necessary expenses in connection with this study, such as travel and parking, will be reimbursed if you have receipts for those expenses.  You, or your insurance provider, will be responsible for paying usual medical or psychiatric care during the study, including medication other than the study medication that is needed to treat your condition.  The study will pay for the hospitalisation required for the study procedures, but not for other costs related to hospitalisation that you might have.

If you are caused any injury directly by your participation in the study, the company will compensate you in accordance with the law of <<*country*>>.  The company has insurance to cover study related injuries.

## HOW WILL MY PERSONAL DATA BE USED?

By signing this form you consent to the Study Doctor and his staff collecting and processing your personal data, including the following:

- Your date of birth

- Your sex

- Your race or ethnic origin

- Personal data on your physical or mental health or condition

- Any other personal data obtained during your participation in the study or as a result of any follow up assessments.

The Study Doctor will use your personal data for the purposes of administering and conducting the study, research and statistical analysis.

The Study Doctor will share personal data collected during the study ("Study Data") with the pharmaceutical company sponsoring the study ("the Sponsoring Company").  The Sponsoring Company of this study is AstraZeneca <<*insert full legal name of AstraZeneca company sponsoring study (eg, AstraZeneca AB, AstraZeneca LLP, AstraZeneca UK Ltd) – contact Legal department for advice.*>>  Your Study Data shared with the Sponsoring Company does not (generally) include your name, address, or social security number.  Instead the Study Doctor uses your initials and assigns a code number to the Study Data sent to the Sponsoring Company.  Only the Study Doctor and his staff have access to the code key with which it is possible to connect your Study Data to you.  However, any of your personal data, which is available to the Study Doctor, may be reviewed at the Study Doctor's site by the Sponsoring Company and/or its representatives, its contractors, regulatory authorities, the Independent Ethics Committee or other supervisory bodies.  The purpose of these reviews is to assure the proper conduct of the study and/or the quality of your Study Data.

CONFIDENTIAL
AZSER12442942

Adult Study Subject Information and Consent Form for use Globally (except in the US)
Study Code: D1441C00125
Version No: 1.0 Version Date: 26 August 2003

The Sponsoring Company may use your Study Data for:

- Administration purposes

- Research and development of pharmaceutical products, diagnostics and/or medical aids

- Statistical analysis

- The approval, registration and marketing processes relating to its products/study medication

- Carrying out safety and efficacy evaluations.

The Sponsoring Company may share your Study Data with other companies within its group, with its service providers and its contractors who will use your Study Data only for the purposes described above. The Sponsoring Company may transfer your Study Data to countries outside the European Union for these purposes and for providing data to regulatory authorities.

You have the right to request information about any personal data that the Study Doctor or the Sponsoring Company may hold about you. You also have the right to request that any inaccuracies in your personal data be corrected. If you wish to make a request, then please contact the Study Doctor in the first instance, who can help you contact the Sponsoring Company if necessary. The Study Doctor's contact information is set out at the end of this form.

Please note, the results of the study may be published in medical literature, but your identity will not be revealed.

The Sponsoring Company is responsible for its own processing of your Study Data.

**WHOM SHOULD I CONTACT IF I NEED MORE INFORMATION OR HELP?**

If you want more information regarding the rights of patients participating in clinical studies, you may contact your local Ethic Committee. *<<Name of local IEC>> Phone No. << >>*

In case of a study-related injury or whenever you have questions about the study or your study medication, please contact:

Dr <<*name*>>                                          Nurse <<*name*>>

Phone No. << >>                                       Phone No. << >>

<<Address>>

I have received verbal information on the above study and have read the attached written information.

I have been given the chance to discuss the study and ask questions.

8(9)                                    24

CONFIDENTIAL
AZSER12442943

Adult Study Subject Information and Consent Form for use Globally (except in the US)
Study Code: D1441C00125
Version No: 1.0 Version Date: 26 August 2003

I consent to take part in the study and I am aware my participation is entirely voluntary.

I understand that I may withdraw at any time without giving a reason and without this affecting my future care.

By signing this information and consent form I agree that my personal data, including data relating to my physical or mental health or condition, and race or ethnic origin, may be used as described in this consent form.

I understand I will receive a copy of this information and consent form.


_____          _____
Signature of subject                                      Date of signature

**To be signed and dated by the subject**


_____
Printed name of subject (BLOCK CAPITALS)


_____          _____
Signature of person administering consent         Date of signature


_____
Printed name of person administering consent (BLOCK CAPITALS)

CONFIDENTIAL
AZSER12442944