Adult Study Subject Information and Consent Form for use Globally (except in the US)
Study Code: D1441C00125
Version No: 4.0 Final Version Date: 19 December 2003

# ADULT STUDY PATIENT INFORMATION AND CONSENT FORM FOR USE GLOBALLY (EXCEPT IN THE US)

Study Code:        D1441C00125                    Subject Initials: << >>

Centre No:        << >>    Enrolment code and/or randomisation code: << >>

You are being asked to take part in a research study.  Before you decide it is important for you to understand why the research is being done, how your information will be used, what the study will involve and the possible benefits, risks and discomforts.  Please take time to read the following information carefully and discuss it with your family doctor, if you wish.

## WHAT IS THE BACKGROUND TO AND PURPOSE OF THE STUDY?

You have been asked to take part in this study since you suffer from schizophrenia and your doctor has considered it necessary that you should receive treatment for that illness.  This study is being carried out to see if treatment with a medicine used to treat schizophrenia, quetiapine, may also affect the way your body takes care of sugar and fat and, if so, how it compares with two other medications, olanzapine and risperidone.  Unwanted effects on how the body takes care of sugar and fat could lead to an increased risk of cardiovascular disease or development of diabetes.  Approximately 600 other patients like you will take part.

Quetiapine, olanzapine and risperidone are of a type of medication called "atypical antipsychotics".  All three study medications have been approved for treatment of schizophrenia by the regulatory authorities in many countries, including <<*insert country*>>.  During the study treatment period you will receive treatment with one of these three study medications.  The comparison will be done by measuring the levels of sugar (glucose) and a hormone called insulin in your blood.  To do this you will be required to stay over night at the hospital at three times during the study and a number of blood samples will be taken in the morning after.

## DO I HAVE TO TAKE PART?

It is up to you to decide whether or not to take part.  If you do decide to take part you will be given this Written Informed Consent Form to sign.  If you decide to take part you are still free to withdraw at any time and without giving a reason.  This will not affect the standard of care you receive.  Your primary physician will be informed about your participation in the study if you agree to this.

Likewise, the doctor conducting the study (the "Study Doctor") may decide that continued participation in the study is no longer in your best interest and you will be withdrawn.  This could happen if you no longer fulfil the criteria for participation in the study, if you do not follow the instructions the doctor gives to you, if the study personnel cannot get in touch with you, if your illness gets worse and your doctor decide that you need some other medication or if your doctor decides to withdraw you due to side effects or risks to your health in any way.  You may

CONFIDENTIAL
AZSER12442945

Adult Study Subject Information and Consent Form for use Globally (except in the US)
Study Code: D1441C00125
Version No: 4.0 Final Version Date: 19 December 2003

also be withdrawn if the sponsoring company decides to terminate the study.  If you do not want to continue with study medication or decide to withdraw from the study for other reasons, you should always speak to your doctor on how and when to stop taking the medication, as this may affect the symptoms of your disease.  If you, or your doctor, decide that you will no longer take part you are asked to come for a final visit, complete the evaluations needed and return all unused medication.  Your study doctor will provide care for your psychotic illness, and will assist you in obtaining follow-up treatment, including starting you on a new antipsychotic medication if indicated.

If you do not want to take part in the study there are a number of antipsychotic medications which are available to treat your condition, including the three medications that are tested in this study (quetiapine, olanzapine and risperidone).  Your Study Doctor can explain the treatments that are available, and the risks and benefits of these treatments, to you if you choose not to take part.

**WHAT WILL HAPPEN TO ME IF I TAKE PART?**

The study involves nine visits to the clinic over a total period of up to 26 weeks. 24 weeks involves treatment with study medication.  A summary of the visits can be found in the table and the procedures to be performed at each visit are described below.

| Visit no | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|
| **Weeks of treatment** | No study medication | Day 1 | 1 w | 4 w | 8 w | 12 w | 16 w | 20 w | 24 w Final visit |

**Visit 1**

At the first visit your Study Doctor needs to see if you can take part in this study.  You will be given oral and written information of the study and can decide whether you want to participate or not.  If you want to participate, a number of examinations and evaluations will be performed. In addition to the procedures described below that are done at all visits, the following will be performed:

- A physical examination, including an electrocardiogram (ECG, a tracing of the heart activity).

- You will be asked questions about your medical and surgical history, smoking habits and previous medications.

- A blood sample (12,5 mL) is taken for testing of red and white blood cells, blood salts, sugar, fats (e.g. cholesterol), some hormones and tests to control liver, kidney and thyroid function.  A pregnancy test is part if the blood sample if you are female.  A urine sample will also be taken for analysis of compounds in the urine, including a screening for drugs.

CONFIDENTIAL
AZSER12442946

Adult Study Subject Information and Consent Form for use Globally (except in the US)
Study Code: D1441C00125
Version No: 4.0 Final Version Date: 19 December 2003

When your Doctor receives the results of the tests, he/she will decide if you can participate. If your Study Doctor decides that you can participate he/she will ask you to come for a second visit within 14 days of the first one. In some cases, you may need to continue to visit 2 and perform the procedures described below to confirm the test results before your Study Doctor can decide if you can participate or not.

**Study procedures performed at all visits**

- Your Study Doctor will evaluate the severity of your illness. For Visits 3-9 he/she will also evaluate whether your illness has improved or become worse since last study visit.

- Your Study Doctor will evaluate your movements with the help of two questionnaires.

- You will be asked questions about any medication you are taking or have been taking recently, including study medication.

- Your blood pressure, pulse (heart rate) and weight will be measured.

- You will be asked questions regarding changes in your health since last study visit.

- Starting at Visit 3 you will return leftover study medication and empty containers from previous study period and receive new study medication (except at the final visit).

**Visits 2, 6 and 9 Oral Glucose Tolerance Test requiring overnight fasting hospitalisation**

The most important assessment is a so-called Oral Glucose Tolerance Test or OGTT. This test is done three times during the study: at Visit 2 before you get study medication, at Visit 6 after 12 weeks and at Visit 9, after 24 weeks of treatment or at discontinuation. To ensure reliable results of this test, you have to have been fasting for 8-14 hours before the test. This means that you will be asked to stay overnight in a hospital the night before the visit, either at the Study Site or a Day-care clinic, and that you cannot eat or drink anything but water for 8-14 hours during the night. You must also refrain from smoking during this time.

In the morning when it is time for the Oral Glucose Tolerance Test a study nurse will carefully insert a catheter (a device that makes it easier to take blood samples) in your arm and take a blood sample. You will then be asked to drink a solution of 75 g sugar dissolved in approximately 300 mL of water. Additional blood samples will be taken after 30, 60, 90 and 120 minutes. In total approximately 35 mL of blood will be collected. The study personnel will do everything possible to make it comfortable for you during this time but you will be asked to remain sitting and you cannot smoke, eat or drink anything else than water during the test. The blood samples will be sent to a laboratory for analysis of blood sugar, a hormone called insulin, fats and other compounds.

The following will also be performed at Visits 2,6 and 9:

CONFIDENTIAL
AZSER12442947

Adult Study Subject Information and Consent Form for use Globally (except in the US)
Study Code: D1441C00125
Version No: 4.0 Final Version Date: 19 December 2003

- When you arrive in the hospital, you will be asked to fill in a questionnaire called PETiT, answering questions on how you have been doing and feeling during the last week.  This will take 2-5 minutes.

- In the morning, study personnel will ask you questions about your attitude towards taking your medication based on a questionnaire called ROMI.

**Additional procedures at some visits**

- A waist circumference measurement will be made in addition to the weight at Visits 2 and 9.

- At Visit 4, 5, 6 and 9 a blood sample (3 mL) is taken for testing of red and white blood cells.

At the final Visit 9 after 24 weeks of treatment, or if you are withdrawn from the study, the following will be performed in addition to the procedures above:

- A new electrocardiogram (ECG, a tracing of the heart activity) will be taken.

- An additional blood sample (9-10 mL) is taken for testing of blood salts and to control liver, kidney and thyroid function.  A urine sample will also be taken for analysis of some compounds in the urine.

Your doctor may need to schedule extra visits during the study to adjust the dose or follow-up on any changes in your health.

**Study medication**

When all the procedures are completed at Visit 2, including the Oral Glucose Tolerance Test, you will be assigned to one of the three study medications.  You will either receive quetiapine, olanzapine or risperidone.  You have an equal chance of receiving quetiapine, olanzapine or risperidone.  Which treatment you receive is decided at random by a computerized list (purely by chance, like the tossing of a coin).  Both you and the Study Site personnel will know which treatment you receive.  Your Study Doctor, or other study personnel responsible for this, will explain carefully how to take the tablets and which dose to take.  You will also be provided with written instructions.  During the first five days of treatment the dose of the study medication will be slowly increased, while any antipsychotic medication you may have used before will be decreased and finally completely stopped by Day 5.

Study medication will be dispensed to you at each visit, except at the first and final visit.  You will get it either from the study personnel or through the pharmacy, as agreed with your doctor.  Your Doctor decides which dose you should take, and may decide to adjust the dose upward or downward depending on how you are feeling.  The last visit is after 24 weeks of treatment, after that you will no longer receive study medication.  When you have finished taking part in this study, your Study Doctor will decide how to continue to manage your illness.

CONFIDENTIAL
AZSER12442948

Adult Study Subject Information and Consent Form for use Globally (except in the US)
Study Code: D1441C00125
Version No: 4.0 Final Version Date: 19 December 2003

## WHAT DO I HAVE TO DO?

You must be willing to follow your study doctor's instructions, go through all the study related procedures described above, maintain your normal lifestyle and your normal physical activities or exercise and attend the scheduled visits. You will come to your study doctor's office on specified days and your appointments should be scheduled prior to your leaving each visit. It is also important that you take the study medication as directed. Any left over medication that you do not take, and the container, even if it is empty, must be returned at each of your visits. It is also important that you tell the medical staff about any other medication you are taking before and during the study. Some medications are not allowed during the study and your study doctor can tell you which you can or cannot take.

If you are a female, you must not be pregnant or breast-feeding, and you must not become pregnant during the study. Your Study Doctor must be told immediately if pregnancy occurs. You will be asked to use a reliable birth control method such as birth control pills, intrauterine devices or condom together with diaphragm, foam or sponge during the study.

## WHAT ARE THE POSSIBLE SIDE EFFECTS, RISKS AND DISCOMFORTS OF TAKING PART?

There is a risk that the symptoms of your illness will not respond to the study medication. Your condition may worsen if the study drug is ineffective for you. The withdrawal of your old medication, if any, may give unwanted side effects or a worsening of your condition.

The study medications may cause some side effects. You may experience none, some or all of those listed below. A common side effect of all three antipsychotic drugs when beginning treatment is sleepiness; that may also affect mental and physical abilities required to operate an automobile or machinery. You may experience a decrease in blood pressure when standing up that might cause light-headedness or fainting. This is most common early in the treatment and will usually pass with time.

For **quetiapine** the most common side effect apart from sleepiness is dizziness. Relatively common are also rapid heart beat, dry mouth, constipation, indigestion, feeling weak, swelling of arms and legs, weight gain, fainting and stuffy nose. Some patients have shown changes in laboratory test values, such as changes in the amount of white blood cells or an increase in the amount of liver enzymes, fatty substances such as cholesterol in the blood, or in the amount of "creatine phosphokinase", a substance in the muscles. More uncommon side effects are allergic reactions and fits (seizures). Rare side effects that have been reported are fever, very marked drowsiness, muscle stiffness, marked increase in blood pressure or heart beat, reduced consciousness and priapism (long-lasting and painful erection).

For **olanzapine** common side effects are weight gain, dizziness, increased appetite, swelling of arms and legs, constipation, dry mouth, anxiety, abnormal movements, tremor, muscle stiffness or difficulties in speaking. Increased levels of the hormone prolactin, blood glucose, the amount of liver enzymes or fatty substances such as cholesterol and triglycerides have been observed, as well as changes in the amount of white blood cells. More uncommon side effects are allergic reactions, slow heart rate or sensitivity for sunlight. Very rare side effects that have been reported are liver disease, fits (seizures), priapism (painful erection), difficulties in urinating,

CONFIDENTIAL
AZSER12442949

Adult Study Subject Information and Consent Form for use Globally (except in the US)
Study Code: D1441C00125
Version No: 4.0 Final Version Date: 19 December 2003

secretion of milk or irregularities in the menstruation cycle.  Some patients have experienced high levels of blood sugar or a worsening in their diabetes.  If the treatment with olanzapine is suddenly stopped symptoms like increased sweating, difficulties in sleeping, tremor, anxiety, nausea or vomiting may occur.

For **risperidone** common side effects are insomnia, dizziness, headache, agitation, anxiety, difficulties in concentrating, weight gain.  Other well-known side effects are increased heart rate, increased salivation, muscle stiffness, abnormal movements.  Some patients experience disturbances in sexual function or irregularities in the menstrual cycle.  Constipation, difficulties in digestion, nausea, vomiting or abdominal pain have been reported, as well as rash, stuffy nose and blurred vision.  Rare side effects include swelling of arms and legs, allergic reactions, increase in the amount of liver enzymes, breast enlargement, secretion of milk, difficulties in keeping the urine, elevated blood pressure and fits (seizures).

There are very rare, but potentially serious, side effects associated with this class of drugs called neuroleptic malignant syndrome (NMS), a potentially life-threatening disorder that includes symptoms such as fever, tight muscles, changes in blood pressure and heart rate and confused thinking.  Antipsychotics may also cause a movement disorder called tardive dyskinesia (TD).  Symptoms of this disorder is that certain muscle groups (e.g., the tongue and lip muscles) will move even if the person does not want them to move.  In most cases, the symptoms stop when the medication is withdrawn, but in some cases they are permanent.

There are some reports that some of these medications might affect unborn children, therefore, if you are female, you should not be pregnant or breastfeeding during the study.

There may be risks involved in taking this medication that have not been identified in the studies done so far.  There is always a risk involved in taking a new medication but every precaution will be taken and you are encouraged to report anything that is troubling you.  The taking of a blood sample may cause some discomfort.  In connection with this, there may be a temporary discomfort and there is a small risk of bruising, infection or inflammation at the needle stick site.  Some people may feel faint or dizzy.  The OGTT procedure requires 8-14 hours of fasting and non-smoking at three times during the study, which might cause some discomfort.  Your Study Doctor and the study staff will monitor your condition closely.  With your cooperation regarding the instructions given by your Study Doctor, frequent examinations and the performance of laboratory tests, the risk of unwanted side effects can be minimized.

If you experience a serious medical problem, the study sponsor will request access to your medical records until you condition is resolved, in order to determine the medical outcome.  This will be true even if you otherwise end participation in the study.  Your permission to review these records is granted by signing this form, but you may withdraw this consent at any time.

## WHAT ARE THE POSSIBLE BENEFITS OF TAKING PART?

It is hoped that the study treatment given during the study will help you.  However, this cannot be guaranteed.  The information we get from this study may help us to treat future subjects with the same illness as you better.

CONFIDENTIAL
AZSER12442950

Adult Study Subject Information and Consent Form for use Globally (except in the US)
Study Code: D1441C00125
Version No: 4.0 Final Version Date: 19 December 2003

## WHAT IF NEW INFORMATION BECOMES AVAILABLE?

If any new information on the study medication(s) becomes available which may influence your decision to continue in the study you will be told.

## WHAT ARE THE COSTS OF TAKING PART?

You will not be paid for taking part in this study.  If you need to take time off from work or other activities, this time or loss of wages will not be compensated.  However, the study medication (quetiapine, olanzapine or risperidone), study visits and laboratory tests will be provided at no cost to you during the study.  Your reasonable and necessary expenses in connection with this study, such as travel and parking, will be reimbursed if you have receipts for those expenses. You, or your insurance provider, will be responsible for paying usual medical or psychiatric care during the study, including medication other than the study medication that is needed to treat your condition.  The study will pay for the hospitalisation required for the study procedures, but not for other costs related to hospitalisation that you might have.

If you are caused any injury directly by your participation in the study, the company will compensate you in accordance with the law of <<*country*>>.  The company has insurance to cover study related injuries.

## HOW WILL MY PERSONAL DATA BE USED?

By signing this form you consent to the Study Doctor and his staff collecting and processing your personal data, including the following:

- Your date of birth

- Your sex

- Your race or ethnic origin

- Personal data on your physical or mental health or condition

- Any other personal data obtained during your participation in the study or as a result of any follow up assessments

The Study Doctor will use your personal data for the purposes of administering and conducting the study, research and statistical analysis.

The Study Doctor will share personal data collected during the study ("Study Data") with the pharmaceutical company sponsoring the study ("the Sponsoring Company").  The Sponsoring Company of this study is AstraZeneca <<*insert full legal name of AstraZeneca company sponsoring study (e.g., AstraZeneca AB, AstraZeneca LLP, AstraZeneca UK Ltd) – contact Legal department for advice.*>>  Your Study Data shared with the Sponsoring Company does not (generally) include your name, address, or social security number.  Instead the Study Doctor uses your initials and assigns a code number to the Study Data sent to the Sponsoring Company. Only the Study Doctor and his staff have access to the code key with which it is possible to connect your Study Data to you.  However, any of your personal data, which is available to the

CONFIDENTIAL
AZSER12442951

Adult Study Subject Information and Consent Form for use Globally (except in the US)
Study Code: D1441C00125
Version No: 4.0 Final Version Date: 19 December 2003

Study Doctor, may be reviewed at the Study Doctor's site by the Sponsoring Company and/or its representatives, its contractors, regulatory authorities, the Independent Ethics Committee or other supervisory bodies.  The purpose of these reviews is to assure the proper conduct of the study and/or the quality of your Study Data.

The Sponsoring Company may use your Study Data for:

- Administration purposes

- Research and development of pharmaceutical products, diagnostics and/or medical aids

- Statistical analysis

- The approval, registration and marketing processes relating to its products/study medication

- Carrying out safety and efficacy evaluations

The Sponsoring Company may share your Study Data with other companies within its group, with its service providers and its contractors who will use your Study Data only for the purposes described above.  The Sponsoring Company may transfer your Study Data to countries outside the European Union for these purposes and for providing data to regulatory authorities.

You have the right to request information about any personal data that the Study Doctor or the Sponsoring Company may hold about you.  You also have the right to request that any inaccuracies in your personal data be corrected.  If you wish to make a request, then please contact the Study Doctor in the first instance, who can help you contact the Sponsoring Company if necessary.  The Study Doctor's contact information is set out at the end of this form.

Please note, the results of the study may be published in medical literature, but your identity will not be revealed.

The Sponsoring Company is responsible for its own processing of your Study Data.

**WHOM SHOULD I CONTACT IF I NEED MORE INFORMATION OR HELP?**

If you want more information regarding the rights of patients participating in clinical studies, you may contact your local Ethic Committee. <<*Name of local IEC*>> Phone No. << >>

In case of a study-related injury or whenever you have questions about the study or your study medication, please contact:

Dr <<*name*>>                                   Nurse <<*name*>>

Phone No. << >>                                 Phone No. << >>

<<Address>>

8(9)                                    33

CONFIDENTIAL
AZSER12442952

Adult Study Subject Information and Consent Form for use Globally (except in the US)
Study Code: D1441C00125
Version No: 4.0 Final Version Date: 19 December 2003

I have received verbal information on the above study and have read the attached written information.

I have been given the chance to discuss the study and ask questions.

I consent to take part in the study and I am aware my participation is entirely voluntary.

I understand that I may withdraw at any time without giving a reason and without this affecting my future care.

By signing this information and consent form I agree that my personal data, including data relating to my physical or mental health or condition, and race or ethnic origin, may be used as described in this consent form.

I understand I will receive a copy of this information and consent form.

_____          _____
Signature of subject                                          Date of signature

**To be signed and dated by the subject**

_____
Printed name of subject (BLOCK CAPITALS)

_____          _____
Signature of person administering consent            Date of signature

_____
Printed name of person administering consent (BLOCK CAPITALS)

9(9)                                                   34

CONFIDENTIAL
AZSER12442953

Adult Study Subject Information and Consent Form for use Globally (except in the US)
Study Code D1441C00125
Master Version Number 5.0  Master Version Date 24 June 2004
Local Version Number <<of Consent form used>> Local Version Date <<of Consent form used>>

# ADULT STUDY PATIENT INFORMATION AND CONSENT FORM FOR USE GLOBALLY (EXCEPT IN THE US)

Study Code:        D1441C00125                    Subject Initials: << >>

Centre No:         << >>                          Enrolment code: << >>

You are being asked to take part in a research study.  Before you decide it is important for you to understand why the research is being done, how your information will be used, what the study will involve and the possible benefits, risks and discomforts.  Please take time to read the following information carefully and discuss it with your family doctor, if you wish.

## WHAT IS THE BACKGROUND TO AND PURPOSE OF THE STUDY?

You have been asked to take part in this study since you suffer from schizophrenia and your doctor has considered it necessary that you should receive treatment for that illness.  This study is being carried out to see if treatment with a medicine used to treat schizophrenia, quetiapine, may also affect the way your body takes care of sugar and fat and, if so, how it compares with two other medications, olanzapine and risperidone.  Unwanted effects on how the body takes care of sugar and fat could lead to an increased risk of cardiovascular disease or development of diabetes.  Approximately 600 other patients like you will take part.

Quetiapine, olanzapine and risperidone are of a type of medication called "atypical antipsychotics".  All three study medications have been approved for treatment of schizophrenia by the regulatory authorities in many countries, including <<insert country>>.  During the study treatment period you will receive treatment with one of these three study medications.  The comparison will be done by measuring the levels of sugar (glucose) and a hormone called insulin in your blood.  To do this you will be required to stay over night at the hospital at three times during the study and a number of blood samples will be taken in the morning after.

## DO I HAVE TO TAKE PART?

It is up to you to decide whether or not to take part.  Even if you refuse to participate in the clinical study, you will not be disadvantaged in any way, including medical treatment and care you are entitled to receive.  If you do decide to take part you will be given this Written Informed Consent Form to sign.  If you decide to take part you are still free to withdraw at any time and without giving a reason.  This will not affect the standard of care you receive.  Your primary physician will be informed about your participation in the study if you agree to this.

Likewise, the doctor conducting the study (the "Study Doctor") may decide that continued participation in the study is no longer in your best interest and you will be withdrawn.  This

CONFIDENTIAL
AZSER12442954

Adult Study Subject Information and Consent Form for use Globally (except in the US)
Study Code D1441C00125
Master Version Number 5.0  Master Version Date 24 June 2004
Local Version Number <<of Consent form used>> Local Version Date <<of Consent form used>>

could happen if you no longer fulfil the criteria for participation in the study, if you do not follow the instructions the doctor gives to you, if the study personnel cannot get in touch with you, if your illness gets worse and your doctor decide that you need some other medication or if your doctor decides to withdraw you due to side effects or risks to your health in any way. You may also be withdrawn if the sponsoring company decides to terminate the study.  If you do not want to continue with study medication or decide to withdraw from the study for other reasons, you should always speak to your doctor on how and when to stop taking the medication, as this may affect the symptoms of your disease.  If you, or your doctor, decide that you will no longer take part you are asked to come for a final visit, complete the evaluations needed and return all unused medication.  Your study doctor will provide care for your psychotic illness, and will assist you in obtaining follow-up treatment, including starting you on a new antipsychotic medication if indicated.

If you do not want to take part in the study there are a number of antipsychotic medications which are available to treat your condition, including the three medications that are tested in this study (quetiapine, olanzapine and risperidone).  Your Study Doctor can explain the treatments that are available, and the risks and benefits of these treatments, to you if you choose not to take part.

**WHAT WILL HAPPEN TO ME IF I TAKE PART?**

The study involves nine visits to the clinic over a total period of up to 26 weeks. 24 weeks involves treatment with study medication.  A summary of the visits can be found in the table and the procedures to be performed at each visit are described below.

| Visit no | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|
| Weeks of treatment | No study medication | Day 1 | 1 w | 4 w | 8 w | 12 w | 16 w | 20 w | 24 w Final visit |

**Visit 1**

At the first visit your Study Doctor needs to see if you can take part in this study.  You will be given oral and written information of the study and can decide whether you want to participate or not.  If you want to participate, a number of examinations and evaluations will be performed.  In addition to the procedures described below that are done at all visits, the following will be performed:

- A physical examination, including an electrocardiogram (ECG, a tracing of the heart activity).

- You will be asked questions about your medical and surgical history, smoking habits and previous medications.

- A blood sample (12,5 mL) is taken for testing of red and white blood cells, blood salts, sugar, fats (e.g. cholesterol), some hormones and tests to control liver, kidney and thyroid

CONFIDENTIAL
AZSER12442955

Adult Study Subject Information and Consent Form for use Globally (except in the US)
Study Code D1441C00125
Master Version Number 5.0  Master Version Date 24 June 2004
Local Version Number <<of Consent form used>> Local Version Date <<of Consent form used>>

function.  A pregnancy test is part if the blood sample if you are female.  A urine sample will also be taken for analysis of compounds in the urine, including a screening for drugs.

When your Doctor receives the results of the tests, he/she will decide if you can participate.  If your Study Doctor decides that you can participate he/she will ask you to come for a second visit within 14 days of the first one.  In some cases, you may need to continue to visit 2 and perform the procedures described below to confirm the test results before your Study Doctor can decide if you can participate or not.

**Study procedures performed at all visits**

- Your Study Doctor will evaluate the severity of your illness.  For Visits 3-9 he/she will also evaluate whether your illness has improved or become worse since last study visit.

- Your Study Doctor will evaluate your movements with the help of two questionnaires.

- You will be asked questions about any medication you are taking or have been taking recently, including study medication.

- Your blood pressure, pulse (heart rate) and weight will be measured.

- You will be asked questions regarding changes in your health since last study visit.

- Starting at Visit 3 you will return leftover study medication and empty containers from previous study period and receive new study medication (except at the final visit).

**Visits 2, 6 and 9 Oral Glucose Tolerance Test requiring overnight fasting hospitalisation**

The most important assessment is a so-called Oral Glucose Tolerance Test or OGTT.  This test is done three times during the study: at Visit 2 before you get study medication, at Visit 6 after 12 weeks and at Visit 9, after 24 weeks of treatment or at discontinuation.  To ensure reliable results of this test, you have to have been fasting for 8-14 hours before the test.  This means that you will be asked to stay overnight in a hospital the night before the visit, either at the Study Site or a Day-care clinic, and that you cannot eat or drink anything but water for 8-14 hours during the night.  You must also refrain from smoking during this time.

In the morning when it is time for the Oral Glucose Tolerance Test a study nurse will carefully insert a catheter (a device that makes it easier to take blood samples) in your arm and take a blood sample.  You will then be asked to drink a solution of 75 g sugar dissolved in approximately 300 mL of water.  Additional blood samples will be taken after 30, 60, 90 and 120 minutes.  In total approximately 35 mL of blood will be collected.  The study personnel will do everything possible to make it comfortable for you during this time but you will be asked to remain sitting and you cannot smoke, eat or drink anything else than water during the test.  The blood samples will be sent to a laboratory for analysis of blood sugar, a hormone called insulin, fats and other compounds.

The following will also be performed at Visits 2,6 and 9:

CONFIDENTIAL
AZSER12442956

Adult Study Subject Information and Consent Form for use Globally (except in the US)
Study Code D1441C00125
Master Version Number 5.0  Master Version Date 24 June 2004
Local Version Number <<*of Consent form used*>> Local Version Date <<*of Consent form used*>>

- When you arrive in the hospital, you will be asked to fill in a questionnaire called PETiT, answering questions on how you have been doing and feeling during the last week.  This will take 2-5 minutes.

- In the morning, study personnel will ask you questions about your attitude towards taking your medication based on a questionnaire called ROMI.

**Additional procedures at some visits**

- A waist circumference measurement will be made in addition to the weight at Visits 2 and 9.

- At Visit 4, 5, 6 and 9 a blood sample (3 mL) is taken for testing of red and white blood cells.

At the final Visit 9 after 24 weeks of treatment, or if you are withdrawn from the study, the following will be performed in addition to the procedures above:

- A new electrocardiogram (ECG, a tracing of the heart activity) will be taken.

- An additional blood sample (9-10 mL) is taken for testing of blood salts and to control liver, kidney and thyroid function.  A urine sample will also be taken for analysis of some compounds in the urine.

Your doctor may need to schedule extra visits during the study to adjust the dose or follow-up on any changes in your health.

**Study medication**

When all the procedures are completed at Visit 2, including the Oral Glucose Tolerance Test, you will be assigned to one of the three study medications.  You will either receive quetiapine, olanzapine or risperidone.  You have an equal chance of receiving quetiapine, olanzapine or risperidone.  Which treatment you receive is decided at random by a computerized list (purely by chance, like the tossing of a coin).  Both you and the Study Site personnel will know which treatment you receive.  Your Study Doctor, or other study personnel responsible for this, will explain carefully how to take the tablets and which dose to take.  You will also be provided with written instructions.  During the first five days of treatment the dose of the study medication will be slowly increased, while any antipsychotic medication you may have used before will be decreased and finally completely stopped by Day 5.

Study medication will be dispensed to you at each visit, except at the first and final visit.  You will get it either from the study personnel or through the pharmacy, as agreed with your doctor.  Your Doctor decides which dose you should take, and may decide to adjust the dose upward or downward depending on how you are feeling.  The last visit is after 24 weeks of treatment, after that you will no longer receive study medication.  When you have finished taking part in this study, your Study Doctor will decide how to continue to manage your illness.

CONFIDENTIAL
AZSER12442957

Adult Study Subject Information and Consent Form for use Globally (except in the US)
Study Code D1441C00125
Master Version Number 5.0  Master Version Date 24 June 2004
Local Version Number <<of Consent form used>> Local Version Date <<of Consent form used>>

## WHAT DO I HAVE TO DO?

You must be willing to follow your study doctor's instructions, go through all the study related procedures described above, maintain your normal lifestyle and your normal physical activities or exercise and attend the scheduled visits.  You will come to your study doctor's office on specified days and your appointments should be scheduled prior to your leaving each visit.  It is also underline important that you take the study medication as directed.  Any left over medication that you do not take, and the container, even if it is empty, must be returned at each of your visits.  It is also important that you tell the medical staff about any other medication you are taking before and during the study.  Some medications are not allowed during the study and your study doctor can tell you which you can or cannot take.  If you are a female, you must not be pregnant or breast-feeding, and you must not become pregnant during the study.  Your Study Doctor must be told immediately if pregnancy occurs.  You will be asked to use a reliable birth control method such as birth control pills, intrauterine devices or condom together with diaphragm, foam or sponge during the study.

## WHAT ARE THE POSSIBLE SIDE EFFECTS, RISKS AND DISCOMFORTS OF TAKING PART?

There is a risk that the symptoms of your illness will not respond to the study medication.  Your condition may worsen if the study drug is ineffective for you.  The withdrawal of your old medication, if any, may give unwanted side effects or a worsening of your condition.

The study medications may cause some side effects.  You may experience none, some or all of those listed below.  A common side effect of all three antipsychotic drugs when beginning treatment is sleepiness; that may also affect mental and physical abilities required to operate an automobile or machinery.  You may experience a decrease in blood pressure when standing up that might cause light-headedness or fainting.  This is most common early in the treatment and will usually pass with time.

For **quetiapine** the most common side effect apart from sleepiness is dizziness.  Relatively common are also rapid heart beat, dry mouth, constipation, indigestion, feeling weak, swelling of arms and legs, weight gain, fainting and stuffy nose.  Some patients have shown changes in laboratory test values, such as changes in the amount of white blood cells or an increase in the amount of liver enzymes, fatty substances such as cholesterol in the blood, or in the amount of "creatine phosphokinase", a substance in the muscles.  If you experience symptoms such as fever and/or sore throat and sores on the tongue or inside of the mouth you should seek medical care.  More uncommon side effects are allergic reactions and fits (seizures).  Rare side effects that have been reported are fever, very marked drowsiness, muscle stiffness, marked increase in blood pressure or heart beat, reduced consciousness and priapism (long-lasting and painful erection).  Quetiapine contain lactose, which may cause discomfort if you are lactose intolerant.  There have been reports of hyperglycaemia (high blood sugar) and diabetes in patients treated with quetiapine and other drugs like it.

For **olanzapine** common side effects are weight gain, dizziness, increased appetite, swelling of arms and legs, constipation, dry mouth, anxiety, abnormal movements, tremor, muscle stiffness or difficulties in speaking.  Increased levels of the hormone prolactin, blood glucose,

CONFIDENTIAL
AZSER12442958

Adult Study Subject Information and Consent Form for use Globally (except in the US)
Study Code D1441C00125
Master Version Number 5.0  Master Version Date 24 June 2004
Local Version Number <<of Consent form used>> Local Version Date <<of Consent form used>>

the amount of liver enzymes or fatty substances such as cholesterol and triglycerides have been observed, as well as changes in the amount of white blood cells.  More uncommon side effects are allergic reactions, slow heart rate or sensitivity for sunlight.  Very rare side effects that have been reported are liver disease, fits (seizures), priapism (painful erection), difficulties in urinating, secretion of milk or irregularities in the menstruation cycle.  Some patients have experienced high levels of blood sugar or a worsening in their diabetes.  If the treatment with olanzapine is suddenly stopped symptoms like increased sweating, difficulties in sleeping, tremor, anxiety, nausea or vomiting may occur.

For **risperidone** common side effects are insomnia, dizziness, headache, agitation, anxiety, difficulties in concentrating, weight gain.  Other well-known side effects are increased heart rate, increased salivation, muscle stiffness, abnormal movements.  Some patients experience disturbances in sexual function or irregularities in the menstrual cycle.  Constipation, difficulties in digestion, nausea, vomiting or abdominal pain have been reported, as well as rash, stuffy nose and blurred vision.  Rare side effects include swelling of arms and legs, allergic reactions, increase in the amount of liver enzymes, breast enlargement, secretion of milk, difficulties in keeping the urine, elevated blood pressure and fits (seizures).

There are very rare, but potentially serious, side effects associated with this class of drugs called neuroleptic malignant syndrome (NMS), a potentially life-threatening disorder that includes symptoms such as fever, tight muscles, changes in blood pressure and heart rate and confused thinking.  Antipsychotics may also cause a movement disorder called tardive dyskinesia (TD).  Symptoms of this disorder is that certain muscle groups (e.g., the tongue and lip muscles) will move even if the person does not want them to move.  In most cases, the symptoms stop when the medication is withdrawn, but in some cases they are permanent.

There are some reports that some of these medications might affect unborn children, therefore, if you are female, you should not be pregnant or breastfeeding during the study.

There may be risks involved in taking this medication that have not been identified in the studies done so far.  There is always a risk involved in taking a new medication but every precaution will be taken and you are encouraged to report anything that is troubling you.  The taking of a blood sample may cause some discomfort.  In connection with this, there may be a temporary discomfort and there is a small risk of bruising, infection or inflammation at the needle stick site.  Some people may feel faint or dizzy.  The OGTT procedure requires 8-14 hours of fasting and non-smoking at three times during the study, which might cause some discomfort.  Your Study Doctor and the study staff will monitor your condition closely.  With your cooperation regarding the instructions given by your Study Doctor, frequent examinations and the performance of laboratory tests, the risk of unwanted side effects can be minimized.

If you experience a serious medical problem, the study sponsor will request access to your medical records until your condition is resolved, in order to determine the medical outcome.  This will be true even if you otherwise end participation in the study.  Your permission to review these records is granted by signing this form, but you may withdraw this consent at any time.

CONFIDENTIAL
AZSER12442959

Adult Study Subject Information and Consent Form for use Globally (except in the US)
Study Code D1441C00125
Master Version Number 5.0  Master Version Date 24 June 2004
Local Version Number <<of Consent form used>> Local Version Date <<of Consent form used>>

## WHAT ARE THE POSSIBLE BENEFITS OF TAKING PART?

It is hoped that the study treatment given during the study will help you.  However, this cannot be guaranteed.  The information we get from this study may help us to treat future subjects with the same illness as you better.

## WHAT IF NEW INFORMATION BECOMES AVAILABLE?

If any new information on the study medication(s) becomes available which may influence your decision to continue in the study you will be told.

## WHAT ARE THE COSTS OF TAKING PART?

You will not be paid for taking part in this study.  If you need to take time off from work or other activities, this time or loss of wages will not be compensated.  However, the study medication (quetiapine, olanzapine or risperidone), study visits and laboratory tests will be provided at no cost to you during the study.  Your reasonable and necessary expenses in connection with this study, such as travel and parking, will be reimbursed if you have receipts for those expenses.  You, or your insurance provider, will be responsible for paying usual medical or psychiatric care during the study, including medication other than the study medication that is needed to treat your condition.  The study will pay for the hospitalisation required for the study procedures, but not for other costs related to hospitalisation that you might have.

If you suffer any side effect or injury, notify your study doctor immediately so that you can receive appropriate medical treatment.  If you suffer any side effect or other physical injury resulting directly from the study medication, the study sponsor will pay for the reasonable costs of medical treatment to the extent permitted by the law of <<country>> if:

- you took the study medication as directed by the study doctor;

- your injury was not deliberately caused;

- the study doctor was immediately notified about your injury; and

- the medical advice of the study doctor was followed.

If you are caused any injury directly by your participation in the study, the company will compensate you in accordance with the law of <<country>>.  The company has insurance to cover study related injuries.

## HOW WILL MY PERSONAL DATA BE USED?

By signing this form you consent to the Study Doctor and his staff collecting and processing your personal data, including the following:

- your date of birth

CONFIDENTIAL
AZSER12442960

Adult Study Subject Information and Consent Form for use Globally (except in the US)
Study Code D1441C00125
Master Version Number 5.0  Master Version Date 24 June 2004
Local Version Number <<*of Consent form used*>> Local Version Date <<*of Consent form used*>>

- your sex

- your race or ethnic origin

- personal data on your physical or mental health or condition

- any other personal data obtained during your participation in the study or as a result of any follow up assessments.

The Study Doctor will use your personal data for the purposes of administering and conducting the study, research and statistical analysis.

The Study Doctor will share personal data collected during the study ("Study Data") with the pharmaceutical company sponsoring the study ("the Sponsoring Company"). The Sponsoring Company of this study is AstraZeneca <<*insert full legal name of AstraZeneca company sponsoring study (e.g., AstraZeneca AB, AstraZeneca LLP, AstraZeneca UK Ltd) – contact Legal department for advice.*>> Your Study Data shared with the Sponsoring Company does not (generally) include your name, address, or social security number. Instead the Study Doctor uses your initials and assigns a code number to the Study Data sent to the Sponsoring Company. Only the Study Doctor and his staff have access to the code key with which it is possible to connect your Study Data to you. However, any of your personal data, which is available to the Study Doctor, may be reviewed at the Study Doctor's site by the Sponsoring Company and/or its representatives, its contractors, regulatory authorities, the Independent Ethics Committee or other supervisory bodies. The purpose of these reviews is to assure the proper conduct of the study and/or the quality of your Study Data.

The Sponsoring Company may use your Study Data for:

- administration purposes

- research and development of pharmaceutical products, diagnostics and/or medical aids

- statistical analysis

- the approval, registration and marketing processes relating to its products/study medication

- carrying out safety and efficacy evaluations

The Sponsoring Company may share your Study Data with other companies within its group, with its service providers and its contractors who will use your Study Data only for the purposes described above.

<< *For European Economic Area Countries only)*>>The Sponsoring Company may transfer your Study Data to countries outside the European Union for these purposes and for providing data to regulatory authorities. Please be aware that the laws in such countries may not provide

8 (11)

CONFIDENTIAL
AZSER12442961

Adult Study Subject Information and Consent Form for use Globally (except in the US)
Study Code D1441C00125
Master Version Number 5.0  Master Version Date 24 June 2004
Local Version Number <<of Consent form used>> Local Version Date <<of Consent form used>>

the same level of data protection as the laws in the European Union and may not stop persons who you have agreed may see your study Data from sharing it with other persons.>>

<< *For non-European Economic Area Countries*) The Sponsoring Company may transfer your Study Data to countries outside << *country*>> for these purposes and for providing data to regulatory authorities.  Please be aware that the laws in such countries may not provide the same level of data protection as the laws in <<*country*>> and may not stop persons who you have agreed may see your study Data from sharing it with other persons.>>

You have the right to request information about any personal data that the Study Doctor or the Sponsoring Company may hold about you.  You also have the right to request that any inaccuracies in your personal data be corrected.  If you wish to make a request, then please contact the Study Doctor in the first instance, who can help you contact the Sponsoring Company if necessary.  The Study Doctor's contact information is set out at the end of this form.

Your consent to the use of your Study Data does not have a specific expiration date but you may withdraw it at any time by writing to the Study Doctor at the address below.  If you withdraw your consent, the Study Doctor will no longer use your Study Data (including information from this study recorded in your medical records) or share it with others, unless the Study Doctor needs to do so to ensure the validity of the Study Data.  However, the Sponsor Company may still use information about you that was shared with it before you withdrew your consent.  Remember, any continued use of Study Data by the Study Doctor or the Sponsor Company will only be for the purposes described in this form.

If you withdraw your consent to the use of your Study Data, you cannot continue to take part in the Study.

Please note, the results of the study may be published in medical literature, but your identity will not be revealed.

The Sponsoring Company is responsible for its own processing of your Study Data.

CONFIDENTIAL
AZSER12442962

Adult Study Subject Information and Consent Form for use Globally (except in the US)
Study Code D1441C00125
Master Version Number 5.0  Master Version Date 24 June 2004
Local Version Number <<of Consent form used>> Local Version Date <<of Consent form used>>

## WHOM SHOULD I CONTACT IF I NEED MORE INFORMATION OR HELP?

If you want more information regarding the rights of patients participating in clinical studies, you may contact your local Ethic Committee. <<*Name of local IEC*>>      Phone No. << >>

In case of a study-related injury or whenever you have questions about the study or your study medication, please contact:

Dr <<*name*>>                                          Nurse <<*name*>>

Phone No. << >>                                       Phone No. << >>

<<Address>>

I have received verbal information on the above study and have read the attached written information.

I have been given the chance to discuss the study and ask questions.

I consent to take part in the study and I am aware my participation is entirely voluntary.

I understand that I may withdraw at any time without giving a reason and without this affecting my future care.

By signing this information and consent form I agree that my personal data, including data relating to my physical or mental health or condition, and race or ethnic origin, may be used as described in this consent form.

I understand I will receive a copy of this information and consent form.

_____            _____
Signature of subject                                      Date of signature

**To be signed and dated by the subject**

_____
Printed name of subject (BLOCK CAPITALS)

_____            _____
Signature of person conducting the                Date of signature
informed consent discussion

_____
Printed name of person conducting the informed consent discussion  (BLOCK CAPITALS)

10 (11)

CONFIDENTIAL
AZSER12442963

Adult Study Subject Information and Consent Form for use Globally (except in the US)
Study Code D1441C00125
Master Version Number 5.0  Master Version Date 24 June 2004
Local Version Number <<*of Consent form used*>> Local Version Date <<*of Consent form used*>>

*The legally acceptable representative signature should be added if the subject is a minor, or is unable to sign for themselves.  The relationship between the subject and the legally acceptable representative should be stated.  The impartial witness signature should be added if the subject is unable to read or write.*

_____             _____
Signature of legally accepted representative             Date of Signature

_____
Printed name of legally accepted representative  (BLOCK CAPITALS)

_____
Relationship of legally accepted representative to subject  (BLOCK CAPITALS)

_____             _____
Signature of impartial witness             Date of Signature

_____
Printed name of impartial witness  (BLOCK CAPITALS)

CONFIDENTIAL
AZSER12442964

Genetic Research Addendum to Informed Consent Form for use Globally (except in the US)
Study Code D1441C00125

| Master Version Number  6.0 | Master Version Date 25 January 2005 |
|---|---|
| Local Version Number | Local Version Date |

# GENETIC RESEARCH ADDENDUM TO
# INFORMED CONSENT FORM

## A 24-Week, International, Multi-centre, Open-label, Flexible-dose, Randomised, Parallel-Group, Phase IV Study to Compare the Effect on Glucose Metabolism of Quetiapine, Olanzapine and Risperidone in the Treatment of Patients with Schizophrenia

Study Code: D1441C00125          Subject Initials:

Centre No:          Enrolment Code:

**An optional part of this study involves the collection of a blood sample from you for genetic (DNA) research.  Before you decide whether you would like participate in this part of the study we would like to give you some more information.**

**What is the Background to and Purpose of the Genetic Research?**

Cells in your body contain a type of molecule called deoxyribonucleic acid, or DNA for short. DNA is what your genes are made of.  Genes are inherited and direct growth, development, and how the body functions.  For example, some genes control the colour of your hair or eyes. Scientists have learned a lot about how genes work.  There are many differences, or variations, in DNA from one person to another.  These variations may affect a person's chance of suffering from a particular disease or the way a person responds to a particular drug.  You are being asked to donate a blood sample for genetic research that will determine part of the structure of your DNA and enable us to compare it to medical information about you.  You are being asked to do this because you are already taking part in a study of how the body takes care of sugar (glucose) and fat and whether that is influenced by treatment with medications for schizophrenia, in this case olanzapine, risperidone or quetiapine.  That study will be called "the main study" in the rest of this document.  We will use the words "this genetic research" for the genetic research we are now asking you to take part in.

We are asking you and other subjects participating in the main study to donate a blood sample because we want to study how genetic differences are involved in schizophrenia.  We also want to study how genetic differences may influence the way people respond to medication used in the treatment of this disease.  We will not use the blood sample you donate for other purposes.

You should be aware that the study sponsor does not have to conduct this genetic research, or any additional research on your blood sample or DNA.

CONFIDENTIAL
AZSER12442965

Genetic Research Addendum to Informed Consent Form for use Globally (except in the US)
Study Code D1441C00125
Master Version Number  6.0                      Master Version Date 25 January 2005
Local Version Number                            Local Version Date

**What will Happen to me if I take Part?**

If you decide to donate a sample, we will draw about 2 teaspoons (10 mL) of blood from you. This is usually done at the second visit, but can be done at a later visit if necessary or if you have already passed Visit 2.  DNA will be extracted from your blood sample.  In this process, most of the original blood sample will be used up but a small amount will be kept as a "backup" in case of problems in the testing of your DNA.

The DNA sample and the remaining blood sample will be stored with similar samples from other people at a secure central laboratory owned by AstraZeneca.  DNA and blood samples from this genetic research will be destroyed 15 years after the main study is completed.  Your DNA may be studied at any time before this.  The pattern of variations in your DNA may be compared with medical information collected in the main study, but only as this information relates to the research goals described above.  The results from this genetic research may be analysed along with results from other research.

**What are the Possible Risks and Inconveniences of Taking Part?**

These are no different from those experienced by you in having blood taken in the main study.

**What are the Possible Benefits of Taking Part?**

There is no direct benefit to you in taking part in this genetic research.  However, this research may contribute to our understanding of schizophrenia and its treatment, and may eventually lead to improvements in treatment.

**Do I have to Take Part?**

It is up to you whether to take part in this genetic research or not.  You may refuse to donate a sample at any time without penalty or loss of benefits to which you are otherwise entitled. You will receive the same treatment and care in the main study whether or not you donate a blood sample for genetic research as described in this document.  **If you decide not to donate a sample, you can still take part in the main study.**

**Do I Receive a Payment for Taking Part?**

You will not be paid for taking part in this research.

**What Rights do I have to see the Results of the Genetic Research and Personal Data?**

The purpose of this genetic study is not to provide you with test results. The study sponsor (AstraZeneca) will not make any results available to you, any insurance company, your employer, your family, the study doctor, or any other physician who treats you now or in the future.

You have the right to request information about any personal data that the Study Doctor or the Sponsoring Company may hold about you.  You also have the right to request that any inaccuracies in your personal data be corrected.  If you wish to make a request, then please contact the Study Doctor in the first instance, who can help you contact the Sponsoring

CONFIDENTIAL
AZSER12442966

Genetic Research Addendum to Informed Consent Form for use Globally (except in the US)
Study Code D1441C00125
Master Version Number  6.0              Master Version Date 25 January 2005
Local Version Number                    Local Version Date

Company if necessary.  <<*For EEA countries only, the following text must be included:*  The Sponsoring Company may transfer your Study Data to countries outside the European Union for these purposes and for providing data to regulatory authorities.>>

### What Rights Do I have to the Results of the Genetic Research?

Any information derived directly or indirectly from this genetic research, as well as any patents, diagnostic tests, drugs, or biological products developed directly or indirectly as a result of this genetic research, are the sole property of the study sponsor (and its successors, licensees, and assigns) and may be used for commercial purposes.  You have no right to this property or to any share of the profits that may be earned directly or indirectly as a result of this genetic research.  However, in signing this form and donating a blood sample for genetic research, you do not give up any rights that you would otherwise have as a participant in research.

### What Steps are Taken to Ensure the Genetic Results are Kept Confidential?

Special precautions are taken to ensure that the research in this genetic study will be carried out with a very high degree of confidentiality.  Your blood sample will be labelled with the same code that is given to you in the main study, but not with personal identifiers such as your name.  As an added level of security, your DNA when it is extracted from your blood sample, and the results of any research on your DNA will also receive a second code number.  A file linking the first and second codes will be kept in a secure place at AstraZeneca with restricted access.  If you change your mind about participating in this genetic research, this link will allow us to locate your sample and destroy it.

The coding of samples and results is to ensure that genetic research results are kept confidential by keeping your identity and these results separate.  Very few people will be able to connect your identity and the results of research on your DNA, and only for special reasons.  If there should be a medical emergency, an AstraZeneca doctor whose job it is to find out what caused the problem might know your identity and might also have access to the results of research on your DNA.  AstraZeneca staff whose job it is to make sure the research has been done properly by checking the records at the study doctor's site, will also be able to identify you from your medical files but will not have access to the results of the genetic research in this study.  Apart from these persons, other research staff at AstraZeneca will not know your identity.  Regulatory authorities, which also may wish to check that this genetic research has been done properly, will also have access to your files and know your identity.

The data and results of this genetic research may be reviewed with collaborators and published.  Neither your name nor any other information that identifies you personally will appear in any publications or reports.

### Can I Withdraw my Consent?

You may withdraw your consent to the use of your sample in genetic research at any time.  If you withdraw your consent **before** your blood sample is sent for genetic research, the study doctor will arrange to have it destroyed.  If you withdraw your consent **after** your blood

CONFIDENTIAL
AZSER12442967

Genetic Research Addendum to Informed Consent Form for use Globally (except in the US)
Study Code D1441C00125
Master Version Number  6.0                                Master Version Date 25 January 2005
Local Version Number                                       Local Version Date

sample has been sent for genetic research the study sponsor and the study doctor will ensure that your blood sample and any DNA that has been extracted from it are destroyed.  However, if genetic research has already been performed the study sponsor is not obliged to destroy results of this research.  In this case only the blood sample and any DNA extracted will be destroyed.

**WHOM SHOULD I CONTACT IF I NEED MORE INFORMATION OR HELP?**

In case of a study-related injury or whenever you have questions about the study or your study medication, please contact:


Dr                                                          Nurse

Phone No                                                    Phone No.

Address

If you have questions about your rights as a research subject, you may contact :

Name:                                                       Phone No

CONFIDENTIAL
AZSER12442968

Genetic Research Addendum to Informed Consent Form for use Globally (except in the US)
Study Code D1441C00125
Master Version Number  6.0            Master Version Date 25 January 2005
Local Version Number                  Local Version Date

## Informed Consent Statement

I, _____ (name of subject), have read and I understand all the information in this informed consent.  I have been given the chance to discuss it and ask questions.  All my questions have been answered to my satisfaction.  I voluntarily consent to take part in this genetic study.  I understand I will receive a copy of this informed consent.

By signing this informed consent, I have not given up any of the legal rights, which I otherwise would have as a subject in a research study.  I authorise the collection, use and disclosure of my medical information in accordance with this form.

_____            _____
Signature of Subject                                    Date of Signature

### To be signed and dated by the subject

_____
Printed name of Subject (BLOCK CAPITALS)

_____            _____
Signature of person conducting the                    Date of Signature
informed consent discussion

_____
Printed name of person conducting the informed consent discussion (BLOCK CAPITALS)

*The legally acceptable representative signature should be added if the subject is a minor, or is unable to sign for themselves.  The relationship between the subject and the legally acceptable representative should be stated.  The impartial witness signature should be added if the subject is unable to read or write.*

_____            _____
Signature of legally accepted representative          Date of Signature

_____
Printed name of legally accepted representative  (BLOCK CAPITALS)

CONFIDENTIAL
AZSER12442969

Genetic Research Addendum to Informed Consent Form for use Globally (except in the US)
Study Code D1441C00125
Master Version Number  6.0            Master Version Date 25 January 2005
Local Version Number                  Local Version Date

_____

Relationship of legally accepted representative to subject  (BLOCK CAPITALS)


_____                    _____

Signature of impartial witness                     Date of Signature


_____

Printed name of impartial witness  (BLOCK CAPITALS)

8(6)

CONFIDENTIAL
AZSER12442970

Patient Information and Informed Consent (Sections 40, 41 AMG)
Study Code: D1441C00125

E-Code/Pat. No.:

# PATIENT INFORMATION

**Please read this sheet carefully. It contains important information about this study. You
are free to choose whether or not you want to take part in this study and you can
terminate your participation at any time. If you decide not to take part this will not
affect your future medical care. You may also wish to discuss this with a relative or a
friend, before you decide if you want to take part. Please ask your study doctor to
explain anything that you do not understand.**

**Title:**
**A 24-Week, International, Multi-Center, Open-Label, Flexible-Dose, Randomised,
Parallel-Group Phase IV Study to Compare the Effect on Glucose Metabolism of
Quetiapine, Olanzapine and Risperidone in the Treatment of Patients with
Schizophrenia**

## 1. Objectives / Purpose of the Study

You have been asked to take part in this study since you suffer from schizophrenia and your
doctor has considered it necessary that you should receive treatment for that illness. You have
not taken any antipsychotic so far or have not tolerated previous treatments.  You have
experienced side-effects such as aggressions, thought disorders, mood changes, delusions etc.
The aim of this study is to evaluate the effect of the study medication, quetiapine, on the sugar
and fat content of the body and to compare it with that of two other medications, olanzapine
and risperidone. An impaired sugar or fat metabolism can increase the risk of cardiac disease
or diabetes mellitus.

Quetiapine, olanzapine and risperidone are of a type of medication called "atypical
antipsychotics." They have been approved for treatment of schizophrenia. During the study
you will receive treatment with one of these three medications for 24 weeks. The effects on
the sugar and fat content will be compared by measuring the levels of sugar and insulin and
the content of the body's own fats in the blood.
The study is part of a research project and it is planned to include approximately 600 patients
from Europe and South Africa in the study.

## 2. Procedures

The study involves 9 visits to the clinic over a total period of up to 26 weeks.The treatment
phase with one of the three study medication will take 24 weeks.

**Visit 1:**

At the first visit your study doctor will assess whether you are suitable to take part in the
study. If so and if you wish to take part, you will be asked to sign a consent form. The
following will then be performed:

- A physical examination, including an ECG
- You will be asked questions about your medical history, the medications you
  are taking and smoking habits,
- You will be asked questions about changes in your health since you gave your
  written consent to take part in the study,

52

CONFIDENTIAL
AZSER12442971

Patient Information and Informed Consent (Sections 40, 41 AMG)
Study Code: D1441C00125

- A blood sample of approximately 13 ml will be taken (for testing of blood cells and hormones, blood salts, sugar, fats, control of liver, kidney and thyroid function and a pregnancy test in female patients)
- A urine sample will be collected for analysis (including a screening for drugs).

If you fulfil all criteria for participation in the study, your doctor will agree with you an appointment for Visit 2 within the next 14 days.

**Visit 2:**

The most important assessment is a so-called *Oral Glucose Tolerance Test* (OGTT). This test will be done three times during the study: at Visit 2 (before you get study medication), at Visit 6 (after 12 weeks of treatment) and at Visit 9 (after 24 weeks of treatment or at discontinuation). This test requires that you have been fasting for 8-14 hours. This means that you will be asked to stay overnight in the hospital the night before the visit and that you cannot eat or drink anything but water. You must also refrain from smoking.

The next morning a catheter, i.e. a device that makes it easier to take blood samples, will be inserted in your arm and a blood sample taken. You will then be asked to drink a solution of 75 mg sugar dissolved in 300 ml of water. Additional blood samples will be taken after 30, 60, 90 and 120 minutes. In total approximately 35 ml of blood will be collected for each OGTT. The study personnel will do everything possible to make it comfortable for you during the test. However, you must remain sitting during all the time and must not smoke, eat or drink anything else than water.

When all the procedures are completed at Visit 2, you will be assigned to your study medication. However, if the results of your laboratory tests do not fulfil the criteria of the study, you will be withdrawn from the study after Visit 2.

**Study procedures performed at all visits:**

- Your study doctor will evaluate the severity of your illness. At Visits 3-9 he/she will also evaluate whether your illness has improved or become worse.
- Your study doctor will evaluate your movements.
- You will be asked questions about any medication you are taking or have been taking recently, including study medication.
- Your blood pressure, pulse and weight will be measured.
- You will be asked questions regarding changes in your health since your last study visit.
- Starting at Visit 3 you will be asked to return empty containers and leftover study medication at each visit and be given new tablets (except at the final visit).

The following will also be performed at **Visits 2, 6 and 9:**

- A new Oral Glucose Tolerance Test (see above)
- When you arrive in the hospital, you will be asked to fill in a questionnaire called PETiT, answering questions on how you have been doing and feeling during the last week. This will take about 2-5 minutes.
- The next morning you will be asked questions about your attitude towards taking your medication based on a questionnaire called ROMI.
- A waist circumference measurement will be made at Visits 2 and 9.

At Visits **4, 5 and 6** additional blood samples (of 3 ml each) will be taken for testing of red and white blood cells.

CONFIDENTIAL
AZSER12442972

Patient Information and Informed Consent (Sections 40, 41 AMG)
Study Code: D1441C00125

At the **final Visit 9** (after 24 weeks or if you are withdrawn from the study), the following will be performed in **addition** to the procedures above:

- a new ECG will be taken
- an additional blood sample of approximately 10 ml will be taken (for testing of blood cells, blood salts, hormones, blood sugar, fats (e.g. cholesterol), control of liver, kidney and thyroid function) and
- a urine sample will be collected for analysis.

Your study doctor **may schedule** extra visits during the study to adjust the dose or follow-up on problems of your **health**.

For the protection of **participants**, the conduct of clinical studies is subject to rigid regulations under the Medicines Act. This study has been reviewed by an independent ethics committee for compliance with **medical**, legal and ethical standards and scientific value and approved by a positive vote. Nevertheless, responsibility remains with the principle investigator.

## 3. Study Medication and Concomitant Medication

At Visit 2 you will be **allocated** at random to one of the study medications using a computer program. You have **an equal** chance of receiving quetiapine, olanzapine or risperidone. As this is an open study, **both** you and your study doctor will know which treatment you receive. Your doctor will explain how to take the tablets and which dose to take. You will also be provided with written instructions.

During the first **days** of treatment the dose of the study medication will be slowly increased, while any **antipsychotic** medication you may have used before will be decreased and finally completely **stopped** by Day 5. During the following 23 weeks the dose of your study medication **may be adjusted** at each visit upward or downward depending on how you are feeling.

New study medication will be dispensed to you at each visit (except the final visit). You will be asked to bring unused medication with you to each of your visits.

Your doctor will explain you at the beginning of the study what additional medications you may take during the **study** apart from the study medication and what medications are not permitted during the course of the study. Please inform your doctor about any other medications you receive from another doctor. He/she will tell you whether you can take them or not.

Be careful in the way **you handle** your study medication. Please keep them out of the reach of other persons, in particular children, in a dry place and at room temperature.

## 4. Activity and Adverse Effects

Quetiapine may frequently cause a drop in blood pressure when rising or standing, particularly during the initial increase in dosage. This may be associated with dizziness, rapid heart beat and, in some patients, **with** a short loss of consciousness.

During the first two **weeks** of treatment, mild sleepiness may be observed which usually passes during continued treatment with quetiapine. A very common side-effect, especially in the first two weeks of treatment, is a limited weight gain.

Mild muscular weakness, dry mouth, inflammation of nasal mucosa, indigestion or constipation have also been reported. More uncommon side-effects are seizures. However, clinical studies showed that their incidence was not higher compared with placebo (inactive drug).

As with other antipsychotics, a decrease in white blood cells was seen which reversed on discontinuation of therapy. No sustained dramatic decrease in white blood cells (neutropenia or agranulocytosis) was seen in clinical studies.

CONFIDENTIAL
AZSER12442973

Patient Information and Informed Consent (Sections 40, 41 AMG)
Study Code: D1441C00125

Occasionally an increase in eosinophils in the blood (eosinophilia) has been reported which is typical of allergic reactions or a slight increase in blood lipids (e.g. triglycerides or cholesterol) has been observed in patients living on normal diet. Very rarely hyperglycaemia or worsening of a pre-existing diabetes or the development of peripheral oedemas was seen.

An increase in some liver enzymes has been observed in some patients. This increase did not cause complaints and usually regressed during prolonged treatment with quetiapine. Rarely or very rarely jaundice or hepatitis were observed.

Treatment with quetiapine was associated with a small, dose-related decrease in thyroid hormones which was most marked in the first 2 -4 weeks. The levels did not further decrease during long-term therapy. In almost all cases the changes in thyroid hormones resolved after discontinuation of quetiapine, irrespective of the duration of therapy. There is no evidence that quetiapine causes a clinically significant thyroid hypofunction (hypothyroidism).

Very common side-effects of **Olanzapine** include sleepiness and weight gain. In clinical studies, abnormal gait was very commonly seen in patients with Alzheimer's disease, whereas patients with Parkinson's disease reported worsening of their symptoms and an increased incidence in hallucinations.

During treatment with olanzapine, mild and transient anticholinergic effects such as restlessness, tremor, muscle stiffness and difficulties in speaking as well as indigestion (constipation) and dry mouth may be observed. Common side-effects also include increased appetite, dizziness, swelling of arms and legs and orthostatic hypotension (drop in blood pressure when sitting or standing).

Clinical studies showed no significant difference in the incidence of Parkinson's disease (slowing of movement, poverty of speech, muscle stiffness and shaking) and dystonia (abnormal muscle tone) between olanzapine and placebo. However, it cannot yet be excluded that olanzapine may induce tardive dyskinesias (decreased motor function, e.g. of the muscles of the tongue and lips) or tardive extrapyramidal movement disorders. The latter are characterised by shaking (tremor), increased salivation, motor restlessness, slowing of movement and muscle stiffness.

Olanzapine may increase prolactin levels and thus induce galactorrhoea (spontaneous secretion of breastmilk), gynaecomastia (enlargement of the male breast) or menstruation disorders. The prolactin levels returned to normal in the majority of patients without discontinuation of treatment.

A common side-effect of olanzapine, especially at the beginning of treatment, is a transient increase in some liver enzymes. Increased levels of blood lipids (e.g. triglycerides and cholesterol) and an increase in eosinophils have also frequently been observed.

Occasionally bradycardia (cardiac rhythm disturbance with decreased heart rate) or fainting for a short time have been seen. Rare side-effects are allergic reactions (rash), sensitivity to light, hepatitis, priapism (persistent painful erection of the penis), difficulties in urinating and irregularities in the menstruation cycle. Rarely hyperglycaemia, a worsening of pre-existing diabetes or seizures have been observed. Occasionally an increase in creatinine phosphokinase was seen.

For **Risperidone** common side-effects are insomnia, headache, increased physical activity (agitation) and anxiety. More uncommon side-effects are sleepiness, weakness, light-headedness and difficulties in concentrating. Some patients reported indigestion and constipation, nausea, vomiting, abdominal pain and blurred vision. During treatment with risperidone erectile dysfunction, priapism, ejaculation disorders and orgasm disorders were seen. Difficulties in keeping the urine, rhinitis, rash and other allergic reactions have also been reported.

Occasionally a decrease in blood pressure associated with dizziness and increased heart rate, especially when changing from the lying to the sitting position, or an increase in blood pressure are seen.

Version 4.0 [Draft_A1_19-12-2003 ]
8133F 21.01.04

CONFIDENTIAL
AZSER12442974

Patient Information and Informed Consent (Sections 40, 41 AMG)
Study Code: D1441C00125

During treatment with risperidone you may experience extrapyramidal symptoms such as tremor, increased salivation, motor restlessness, slowing of movement and muscle stiffness. They are usually mild and reversible.

Drugs with dopamine receptor agonist properties are associated with the development of tardive dyskinesias. These are characterised by rhythmic, involuntary movements, especially of the tongue and/or the face. In most cases, the symptoms clear up upon discontinuation of medication, but in some cases they are permanent.

Further potential side-effects are weight gain, oedemas, increased liver enzymes and, very rarely, hyperglycaemia and worsening of pre-existing diabetes. Very rarely hypothermia is seen.

Risperidone may cause a dose-dependent increase in prolactin and induce galactorrhoea, gynaecomastia or menstruation disorders. Tissue culture tests showed that cell growth of human breast tumours is stimulated by prolactin. A clear association between the use of neuroleptics and breast cancer has not been demonstrated.

There have been isolated reports of impaired water balance following excessive fluid intake or insufficient secretion of the antidiuretic hormone. In addition, body temperature regulation disorders and seizures have been reported. Very rarely patients experienced pruritus (itching of the skin), exanthemas (inflammatory rashes), photosensitivity, muscle weakness, panic reactions and a decrease in leukocytes and/or platelets.

A very rare but serious side-effect associated with the use of antipsychotics is the **malignant neuroleptic syndrome**. Signs of this syndrome are elevated body temperature, muscle stiffness, changes in blood pressure and pulse rate and alternations between consciousness and reduced consciousness and confusion. This disease may be life-threatening and requires intensive medical care.

Quetiapine as well as olanzapine and risperidone contain lactose as excipient. This may cause side-effects in patients with lactose intolerability. All three medications may impair activities which require vigilance. For this reason you should not drive or operate machinery as long as your individual response to the study medication is unknown.

Please do not be worried about the potential side-effects described. It is quite possible that you experience none of them. However, you may quite as well develop unforeseeable side-effects. For this reason you will be closely monitored throughout the study for potential side-effects.

## 5. Discussion of Benefits and Risks

According to present knowledge, the benefit to be expected may be that the symptoms of your mental disease improve and the possibility of side-effects is reduced. You may however quite as well receive no personal benefit from your participation in the study for benefit cannot be guaranteed. By participating in this study you help us learn more about the treatment of your disease so that we will be able to further improve it in the future.

Potential risks of blood sampling during this study include pain, bruising, dizziness and, in very rare cases, infections. Moreover, the 8-14 hours of fasting and the need to refrain from smoking may mean some discomfort for you.

As with many medications, the effect of the study medication on an unborn or nursing infant is unknown, so pregnant women and nursing mothers must not participate in this study.

Your study doctor will ask you before the beginning of the study for the method of contraception you use. There are some methods that exclude you from participation. Your study doctor will decide whether you can take part in the study.

If pregnancy is suspected or confirmed during the study, please notify your doctor immediately. He/she will discuss with you your further medical care.

CONFIDENTIAL
AZSER12442975

Patient Information and Informed Consent (Sections 40, 41 AMG)
Study Code: D1441C00125

## 6. Other Therapies

If you do not wish to take part in this clinical trial, this will not affect your further medical care. Your doctor will discuss with you your further treatment.

## 7. Responsibilities of Participants

It is absolutely necessary that you inform your study doctor before the beginning of the study on previous diseases and the medications you use. You should also inform him/her if you experience allergic or hypersensitivity reactions and to what. Furthermore, you should inform him/her of all complaints, disturbances of well-being or changes in your treatment during the study, even if you think that a relationship with the use of the study medication is unlikely.

## 8. Insurance of Participants

For all patients participating in the study a special insurance has been taken out, as stipulated by law, with the Haftpflichtverband der Deutschen Industrie (Insurance Policy No. 20-003245-03081-390-1137). This insurance covers any damage to health arising from participation in the study.

**In order not to violate the insurance cover, you should observe the following:**

o   While the clinical trial is lasting the insured person shall only undergo a different medical treatment after consultation with the clinical investigator. This shall not apply in a medical urgency; the study doctor shall be immediately informed of any urgency treatment.
o   Any damage to health arising from participation in the clinical study must immediately be notified to the insurance company. Please directly contact the

HAFTPFLICHTVERBAND DER DEUTSCHEN INDUSTRIE,
Versicherungsverein auf Gegenseitigkeit,
Großer Burstah 45, 20457 Hamburg,
Phone: 040-361500

and inform your study doctor.

A copy of the complete insurance terms and conditions is available for inspection or can be made available to you upon request.

## 9. Confidentiality of Data / Data Protection

We will ask you to consent to the recording of medical data as part of the clinical study.

Correct recording of data is of fundamental importance for the research purpose and therefore for continued improvement of the safety of drugs. For the auditing of data, authorised persons who are bound to secrecy may inspect the medical records/source data of the participant at the clinic in as far as required for the auditing of this study. They include:

-   personnel authorised by the sponsor
-   representatives of regulatory authorities of Germany and elsewhere
-   representatives of the higher regulatory authority

For this we need your explicit consent before the beginning of the study by signing the written informed consent form.

CONFIDENTIAL
AZSER12442976

Patient Information and Informed Consent (Sections 40, 41 AMG)
Study Code: D1441C00125

The medical data are passed on for evaluation without mentioning your name, to the sponsor or persons authorised by them. They may also be made available to regulatory authorities of this country and elsewhere, including non-EU countries, for evaluation of the safety and efficacy of the study medication and for approval purposes. The data will not be disclosed or transmitted to any person or organisation other than those mentioned above. Your medical data will be treated according to the principles of data protection. If and when the results are published, you will not be identified in any report/publication. By signing the consent form you also agree that your family doctor is notified of your participation in the study.

### 10. Voluntary Participation / Withdrawal from the Study

Your participation in this trial is entirely voluntary. You may refuse to participate or withdraw from the study at any time without giving reasons and without any disadvantages for your future medical care. Your doctor can also take you out of the study if he or she thinks you should not continue - for example if your condition worsened or if you experience any other condition which meant it was no longer appropriate for you to be in the trial. The sponsor also reserves the right to terminate the study early or to withdraw you from the study.

### 11. New Information from this Study

If any new information becomes available during the study that may affect your willingness to continue in the study you will immediately be told by your doctor.

### 12. General Information

You must not donate blood or take part in another clinical trial during the course of this study.

You will be given a card at Visit 1 which indicates that you are taking part in a clinical study and be asked to carry it at all times during the study. This card shows the study medication and the scheduled visits to the clinic.

### Contact persons
**Whenever you want to get more information on this study or the study medication, please contact:**

**Dr. ...........................**                    **Phone ........................**

**Please keep this Information Sheet.**

CONFIDENTIAL
AZSER12442977

Patient Information and Informed Consent (Sections 40, 41 AMG)
Study Code: D1441C00125

Centre No.                E-Code/Pat. No. _____                    Initials:

## Written Informed Consent and Data Protection Declaration

I,           ...........................................................
             (Patient's name)

have been fully informed by .....................................................................
                             (Investigator's name)

about the nature, significance and scope of the clinical study. The procedure and aim of the study have been explained to me. I have been informed about the possible adverse drug reactions. I have read the Patient Information and Informed Consent Form. I feel fully informed and understand what the procedure involves. I have had sufficient time to ask further questions and I have had sufficient time to take my decision.

I have also been informed that an insurance has been taken out in my favour for any injury arising from treatment with the study medication, and I have been informed about my obligations in this respect.

I give my consent that my family doctor is informed on my participation in this study.

> **I have been informed and give my consent that the medical data collected during the study are stored and passed on to the sponsor and regulatory authorities of this country and elsewhere, including non-EU countries, provided that my name and address are not disclosed.**
> **I also agree that authorised representatives of the sponsor of the study and of regulatory authorities of this country and elsewhere inspect the relevant parts of my medical records at the clinic. I was assured that my medical data will be treated according to the principles of data protection.**

I have been informed that I may withdraw from the study at any time without giving reasons and without disadvantages for my future medical care.

A copy of the Patient Information and the signed Informed Consent Form has been given to me to keep.

**I hereby give my voluntary consent to take part in this clinical study.**


...............               .............................................. ...
Date                          Patient's signature
*(personally dated by the patient)*

The Patient named above has been informed by me in accordance with Section 40 Medicines Act [AMG].

...............               .................................................................
Date                          Investigator's Signature

CONFIDENTIAL
AZSER12442978

Patienteninformation und Patienteneinverständniserklärung (§ 40, 41 AMG)
Studiencode: D1441C00125

E-Code/Pat.-Nr.

# P A T I E N T E N I N F O R M A T I O N

**Bitte lesen Sie dieses Informationsblatt sorgfältig durch, es enthält wichtige Informationen über diese Studie. Sie können sich vollkommen frei entscheiden, ob Sie an der Studie teilnehmen möchten oder nicht, und Sie können Ihre Teilnahme jederzeit beenden. Wenn Sie sich gegen eine Teilnahme entscheiden, hat dies keinerlei Einfluß auf Ihre weitere medizinische Versorgung. Sie wollen vielleicht auch erst mit einem Familienangehörigen/Freund sprechen, bevor Sie sich zu einer Teilnahme entschließen. Bitten Sie Ihre Ärztin / Ihren Arzt, Ihnen alles, was Sie nicht verstehen, zu erklären.**

**Titel der Studie:**
**Eine 24-wöchige, internationale, multizentrische, offene, flexibel dosierte, randomisierte, parallelarmige Phase IV-Studie zum Vergleich der Wirkung von Quetiapin, Olanzapin und Risperidon auf den Glukosemetabolismus bei der Behandlung von Patienten mit Schizophrenie**

## 1. Zielsetzung/Zweck der Studie

Sie wurden gefragt, ob Sie an der Studie teilnehmen möchten, da Sie an einer schizophrenen Erkrankung leiden und Ihre Ärztin/Ihr Arzt es für notwenig erachtet, Ihre Erkrankung mit einem Medikament zu behandeln. Bislang haben Sie entweder noch kein antipsychotisch wirkendes Medikament eingenommen oder ihre bisherige Medikation hat nicht ausreichend gewirkt oder Sie haben die Einnahme früherer Medikamente nicht vertragen. Es können z.B. Nebenwirkungen wie Aggressionen, Denkstörungen, Gefühlsschwankungen, Wahnvorstellungen o.ä. aufgetreten sein.
Das Ziel der Studie besteht darin, die Wirkung des Studienmedikaments Quetiapin auf den Zucker- und Fettgehalt im Körper zu untersuchen und mit zwei anderen Medikamenten, Olanzapin und Risperidon, zu vergleichen. Eine Beeinträchtigung des Zucker- und Fettstoffwechsels kann das Risiko einer Herzerkrankung oder eines Diabetes Mellitus erhöhen.

Quetiapin, Olanzapin und Risperidon zählen zu den sogenannten „atypischen Antipsychotika". Sie sind zur Behandlung schizophrener Erkrankungen zugelassen. Während der Studie werden Sie über 24 Wochen mit einem der drei Medikamente behandelt. Um den Einfluss auf den Zucker- und Fettgehalt im Körper vergleichen zu können, werden der Zucker- bzw. der Insulinspiegel sowie der Gehalt an körpereigenen Fetten im Blut bestimmt.
Die Studie ist Teil eines Forschungsvorhabens und es werden ca. 600 Patienten in Europa und Südafrika an dieser Studie teilnehmen.

## 2. Studienablauf

Die Studie kann insgesamt bis zu 26 Wochen dauern. Innerhalb dieser Zeit werden 9 Studienvisiten stattfinden. Die Behandlungsphase mit einem der drei möglichen Studienmedikamente läuft über 24 Wochen.

**Visite 1:**

In der ersten Visite wird Ihre Ärztin/Ihr Arzt feststellen, ob Sie die Voraussetzungen zur Studienteilnahme erfüllen. Wenn dies gegeben ist und Sie teilnehmen möchten, werden Sie gebeten, eine Einwilligungserklärung zu unterschreiben. Danach wird Folgendes stattfinden:

- Körperliche Untersuchung mit Aufzeichnung eines EKG,
- Erfassen Ihrer Krankengeschichte, Medikamenteneinnahme und Rauchgewohnheiten,
- Erfragen von gesundheitlichen Beschwerden, die seit der schriftlichen Einwilligung zur Studienteilnahme aufgetreten sind,

Version 4.0 [Final_19-12-2003 ]                                         Seite 1 (von 8)

60

CONFIDENTIAL
AZSER12442979

Patienteninformation und Patienteneinverständniserklärung (§ 40, 41 AMG)
Studiencode: D1441C00125

- Entnahme einer Blutprobe von ca.13 mL (Bestimmung von Blutkörperchen und Hormonen, Blutsalzen, Blutzucker, Fetten, Kontrolle der Leber-, Nieren- und Schilddrüsenfunktion und Schwangerschaftstest bei Frauen)
- Abgabe einer Urinprobe zur Analyse (inkl. Drogenscreening).

Wenn Sie alle Kriterien für die Studienteilnahme erfüllen, wird Ihre Ärztin/Ihr Arzt mit Ihnen einen Termin für die Visite 2 innerhalb der nächsten 14 Tage vereinbaren.

**Visite 2:**

Die wichtigste Untersuchung ist der *orale Glukosetoleranztest* (OGTT). Dieser Test wird insgesamt dreimal durchgeführt: bei Visite 2 (vor Behandlung mit Studienmedikation), in Visite 6 (nach 12 Wochen Behandlung) und bei Visite 9 (nach 24 Wochen Behandlung oder bei vorzeitigem Studienabbruch). Der Test erfordert ein 8-14stündiges Fasten. Dafür werden Sie gebeten, die Nacht vor der Visite im Krankenhaus zu verbringen und nichts zu sich zu nehmen außer Wasser. Sie dürfen auch nicht rauchen.
Am nächsten Morgen wird Ihnen zur Vereinfachung der Blutentnahme ein Katheder am Arm gelegt und eine Blutprobe genommen. Danach werden Sie gebeten, eine Zuckerlösung (75 g Zucker in 300 mL Wasser) zu trinken. Nach 30, 60, 90 und 120 Minuten werden Ihnen weitere Blutproben entnommen. Insgesamt werden Ihnen bei jedem OGTT ca. 35 mL Blut abgenommen. Das Studienpersonal wird versuchen, Ihnen die Zeit während des Tests so angenehm wie möglich zu machen. Sie müssen allerdings die gesamte Zeit sitzen und dürfen weder rauchen noch essen oder etwas anderes trinken als Wasser.
Im Anschluss an die Untersuchungen der Visite 2 wird Ihnen Ihre Studienmedikation zugewiesen. Sollten die Laborergebnisse nicht den Studienkriterien entsprechen, kann es aber auch sein, das Sie die Studie nach Visite 2 beenden müssen.

**Schritte, die bei jeder Studienvisite erfolgen:**

- Ihre Ärztin/Ihr Arzt wird die Schwere der Erkrankung beurteilen. Bei Visite 3-9 wird sie/er zudem beurteilen, ob die Erkrankung besser oder schlechter geworden ist.
- Ihre Ärztin/Ihr Arzt wird Ihre Bewegungsfähigkeit beurteilen.
- Sie werden gefragt werden, welche Medikation Sie gerade nehmen oder zwischenzeitlich eingenommen haben (einschließlich der Studienmedikation).
- Blutdruck, Puls und Gewicht werden bestimmt.
- Sie werden gefragt, wie es Ihnen gesundheitlich seit der letzten Visite ergangen ist.
- Ab Visite 3 werden Sie zu jeder Visite leere Behälter und restliche Studienmedikation zurückbringen und neue Tabletten erhalten (außer bei der Abschlussvisite).

Bei **Visite 2, 6 und 9** wird außerdem Folgendes durchgeführt:

- der Orale Glukosetoleranztest (siehe oben)
- Wenn Sie im Krankenhaus ankommen, werden Sie gebeten, den sog. „PETiT"-Fragebogen auszufüllen. Sie werden gefragt, was Sie in der letzten Woche getan und wie Sie sich gefühlt haben. Das Beantworten dauert ca. 2-5 Minuten.
- Am nächsten Morgen werden Sie zu Ihrer Einstellung bezüglich Ihrer Medikation befragt werden. Der zugrundeliegende Fragebogen wird „ROMI" genannt.
- Ihr Taillenumfang wird bei Visite 2 und 9 gemessen.

Bei **Visite 4, 5 und 6** wird zusätzlich eine Blutprobe (je 3 mL) zur Bestimmung der Anzahl roter und weißer Blutkörperchen entnommen.

Bei **Abschlussvisite 9** (nach 24 Wochen oder bei vorzeitigem Studienende) werden zudem:

- ein EKG aufgezeichnet,

CONFIDENTIAL
AZSER12442980

Patienteninformation und Patienteneinverständniserklärung (§ 40, 41 AMG)
Studiencode: D1441C00125

- eine Blutprobe von ca. 10 mL genommen (Bestimmung von Blutkörperchen, Blut-salzen, Hormonen, Blutzucker, Fetten (z.B. Cholesterin), Kontrolle der Leber-, Nieren- und Schilddrüsenfunktion) und
- eine Urinprobe zur Analyse abgegeben.

Zusätzliche Visiten können vereinbart werden, um eine Dosisanpassung durchzuführen oder bei gesundheitlichen Problemen.
Die Durchführung von klinischen Studien ist zum Schutz der Patienten durch das Arznei-mittelgesetz strengen Regelungen unterworfen. Auch diese Studie ist von einer unabhängigen Ethikkommission hinsichtlich ihrer medizinischen, rechtlichen und ethischen Vertretbarkeit begutachtet und zustimmend beurteilt worden. Die Verantwortung für die Durchführung ver-bleibt jedoch beim Studienleiter.

### 3. Studienmedikation und Begleitmedikation

Bei Visite 2 wird Ihnen durch ein computerbasiertes Zufallsprinzip die Studienmedikation zu-gewiesen. Die Wahrscheinlichkeit entweder Quetiapin oder Olanzapin oder Risperidon zu erhalten, ist gleich groß. Da es sich um eine offene Studie handelt, werden Sie und Ihre Ärztin/ Ihr Arzt wissen, welches Medikament Sie erhalten. Ihre Ärztin/Ihr Arzt wird Ihnen erklären, wie und in welcher Dosis die Tabletten einzunehmen sind. Sie erhalten dazu auch schriftliche Informationen.
Während der ersten fünf Behandlungstage wird die Dosis der Studienmedikation langsam er-höht. Sollten Sie bereits antipsychotische Medikation einnehmen, so wird diese innerhalb dieser fünf Tage schrittweise abgesetzt. In den folgenden 23 Wochen wird die Dosis der Studienmedikation bei jeder Visite entsprechend Ihrem Befinden angepasst.
Ihre Ärztin/Ihr Arzt wird Ihnen bei jeder Visite neue Medikation ausgeben (außer bei der letzten Visite). Sie werden gebeten, zu jeder Visite die verbleibende Restmedikation zurückzugeben.

Ihre Ärztin/Ihr Arzt wird Ihnen zu Studienbeginn erklären, welche zusätzlichen Medikamente Sie während der Studie neben der Studienmedikation einnehmen dürfen und welche für den Zeitraum der Studie nicht erlaubt sind. Bitte informieren Sie Ihre Ärztin/Ihren Arzt, wenn Sie von einer anderen Ärztin/einem anderen Arzt neue Medikamente bekommen. Sie/Er wird Ihnen sagen, ob die Einnahme dieser Medikamente erlaubt ist.
Gehen Sie sorgsam mit Ihrer Studienmedikation um. Bewahren Sie sie für andere Personen, insbesondere für Kinder, unzugänglich auf und lagern Sie sie trocken bei Raumtemperatur.

### 4. Wirkungen und unerwünschte Wirkungen

**Quetiapin** kann, vor allem bei anfänglicher Dosissteigerung, einen Blutdruckabfall beim Auf-richten und Stehen auslösen, der mit Schwindelgefühl, schnellem Herzschlag und bei einigen Patienten mit kurzer Bewusstlosigkeit einhergeht.
Während der ersten zwei Behandlungswochen kann eine leichte Schläfrigkeit auftreten, die meist bei fortgesetzter Behandlung mit Quetiapin vorübergeht. Vor allem in den ersten Be-handlungswochen wird häufig auch eine begrenzte Gewichtszunahme verzeichnet.
Es kann zu leichter Muskelschwäche, Mundtrockenheit, Nasenschleimhautentzündung, Ver-dauungsstörungen oder Verstopfung kommen. Gelegentlich kam es zu Krampfanfällen, die in klinischen Studien aber nicht häufiger auftraten als bei Placebo-Behandlung (ohne Wirkstoff).

Wie bei anderen Antipsychotika wird eine Verringerung weißer Blutkörperchen beobachtet, die nach Therapieende umkehrbar war. In klinischen Untersuchungen gibt es keine Fälle von anhaltender drastischer Verringerung weißer Blutkörperchen (Neutropenie, Agranulozytose). Gelegentlich wird über eine Vermehrung der Eosinophilen im Blut (Eosinophilie) berichtet, die typisch für allergische Reaktionen ist, oder es wird ein leichter Anstieg der Blutfettwerte (z.B. Triglyzeride oder Cholesterin) bei Patienten mit normaler Nahrungsaufnahme

Version 4.0 [Final_19-12-2003  ]                                    Seite 3 (von 8)

CONFIDENTIAL
AZSER12442981

Patienteninformation und Patienteneinverständniserklärung (§ 40, 41 AMG)
Studiencode: D1441C00125

beobachtet. Eine Hyperglykämie oder eine Verschlechterung eines bestehenden Diabetes kommt ebenso wie das Auftreten peripherer Ödeme sehr selten vor.

Bei einigen Patienten wird ein Anstieg von Leberenzymen beobachtet. Dieser Anstieg verursacht keine Beschwerden und bildet sich gewöhnlich bei längerer Behandlung mit Quetiapin wieder zurück. Selten bzw. sehr selten tritt eine Gelbsucht oder eine Hepatitis auf.

Die Behandlung mit Quetiapin ist von einer geringen, dosisabhängigen Senkung der Schilddrüsenhormonspiegel begleitet, die in den ersten 2-4 Wochen ihr Maximum erreicht und die während einer Langzeitbehandlung nicht weiter abnimmt. In fast allen Fällen sind die Veränderungen der Schilddrüsenhormonspiegel nach Beenden der Quetiapineinnahme unabhängig von der Behandlungsdauer reversibel. Es gibt keine Hinweise darauf, dass Quetiapin eine klinisch relevante Schilddrüsenunterfunktion (Hypothyreose) hervorruft.

**Olanzapin** führt sehr häufig zu Schläfrigkeit und Gewichtszunahme. Bei Patienten mit Alzheimer-Krankheit wird in klinischen Untersuchungen sehr häufig ein abnormer Gang festgestellt, während Patienten mit Parkinsonscher Erkrankung von Verschlechterungen der Parkinsonsymptome und häufigeren Halluzinationen berichten.

Während der Behandlung mit Olanzapin können leichte, vorübergehende anticholinerge Effekte, wie Unruhe, Tremor, Muskelsteifheit und Sprachstörungen sowie Verdauungsstörungen (Verstopfung) und Mundtrockenheit auftreten. Häufig kommt es auch zu einer Zunahme des Appetits, einem Schwindelgefühl, Schwellungen der Extremitäten und dem Auftreten einer orthostatischen Hypotonie (Blutdruckabfall im Sitzen oder Stehen).

In klinischen Studien war die Häufigkeit von Parkinsonismus (Verlangsamung der Bewegung, Spracharmut, Muskelsteifheit und Zittern) und Dystonie (abnormaler Muskeltonus) unter Olanzapin nicht signifikant unterschiedlich zu Placebo. Es kann jedoch z.Z. nicht ausgeschlossen werden, dass Olanzapin Spätdyskinesien (motorische Fehlfunktionen, z.B. der Zungen- und Lippenmuskulatur) oder spät auftretende extrapyramidale Bewegungsstörungen hervorruft. Letztere sind durch Symptome wie Zittern (Tremor), erhöhtem Speichelfluss, motorische Unruhe, Verlangsamung der Bewegung und Muskelsteifheit gekennzeichnet.

Olanzapin kann zur Erhöhung des Prolaktinspiegel und dem damit verbundenen Auftreten einer Galaktorrhoe (spontane Milchabsonderung aus der Brust), Gynäkomastie (Vergrößerung der männlichen Brustdrüse) oder Menstruationsstörungen führen. Bei den meisten Patienten normalisieren sich die Prolaktinwerte ohne dass die Behandlung abgebrochen wird.

Besonders zu Beginn der Olanzapinbehandlung wird häufig eine vorübergehende Erhöhung bestimmter Leberenzyme registriert. Häufig werden auch erhöhte Blutfettwerte (z.B. Triglyzeride und Cholesterin) und eine gestiegene Zahl an Eosinophilen beobachtet.

Gelegentlich tritt eine Bradykardie (Herzrhythmusstörung mit verringerter Herzfrequenz) oder eine kurzzeitige Bewusstlosigkeit auf. In seltenen Fällen kommt es zu allergischen Reaktionen (Ausschlag), Lichtempfindlichkeit, Hepatitis, Priapismus (schmerzhafte Dauererektion des Penis), Problemen beim Harnlassen und Unregelmäßigkeiten im Menstruationszyklus. Selten werden eine Hyperglykämie, die Verschlechterung eines bestehenden Diabetes oder Krampfanfälle beobachtet. Gelegentlich ist der Kreatinin-Phosphokinase-Wert erhöht.

**Risperidon** führt häufig zu Schlaflosigkeit, Kopfschmerzen, einer gesteigerten körperlichen Erregbarkeit (Agitation) und Angstzuständen. Seltener sind Schläfrigkeit, Schwäche, Benommenheit und Konzentrationsstörungen. Einige Patienten berichten von Verdauungsstörungen und Verstopfung, Übelkeit, Brechreiz, Bauchschmerzen und verschwommenem Sehen. Unter der Therapie mit Risperidon sind Fälle mit erektiler Dysfunktion, Priapismus, Ejakulationsstörung und Orgasmusstörung aufgetreten. Es wurde auch von Harninkontinenz, Rhinitis, Hautausschlag sowie anderen allergischen Reaktionen berichtet.

Gelegentlich tritt ein niedriger Blutdruck mit Schwindel und beschleunigtem Herzschlag besonders beim Wechsel vom Liegen zum Stehen oder erhöhter Blutdruck auf.

Unter Risperidon können extrapyramidale Symptome, wie Tremor, erhöhter Speichelfluss, motorische Unruhe, Verlangsamung der Bewegung und Muskelsteifheit auftreten. Sie sind in der Regel gering ausgeprägt und reversibel.

CONFIDENTIAL
AZSER12442982

Patienteninformation und Patienteneinverständniserklärung (§ 40, 41 AMG)
Studiencode: D1441C00125

Arzneimittel mit Dopaminrezeptor-antagonistischen Eigenschaften stehen in Verbindung mit dem Auftreten von tardiven Dyskinesien. Diese äußern sich durch rhythmische, unwillkürliche Bewegungen, vor allem der Zunge und/oder des Gesichts. Meist klingen die Symptome nach Absetzen der Medikamente ab, aber in einigen Fällen bleiben sie bestehen.

Weitere Nebenwirkungen sind eine mögliche Gewichtszunahme, Ödembildung, erhöhte Leberwerte sowie sehr selten Hyperglykämie und Verschlechterung eines bestehenden Diabetes. In sehr seltenen Fällen tritt eine Hypothermie auf.

Risperidon kann dosisabhängig die Prolaktinspiegel erhöhen und zu Galaktorrhoe, Gynäkomastie oder Menstruationsstörungen führen. Untersungen an Gewebekulturen zeigen, dass das Zellwachstum menschlicher Brusttumore durch Prolaktin stimuliert wird. Ein deutlicher Zusammenhang zwischen Neuroleptika-Gabe und Brustkrebs ist nicht nachgewiesen.
Es gibt Einzelfälle von Störungen des Wasserhaushaltes durch übermäßige Flüssigkeitsaufnahme oder unzureichende Sekretion des antidiuretischen Hormons. Zudem wird von Regulationsstörungen der Körpertemperatur und von Krampfanfällen berichtet. Vereinzelt kommt es zu Pruritus (Hautjucken), Exanthemen (entzündliche Hautausschläge), Photosensitivität, Muskelschwäche, Panikreaktion sowie Abfall der Leukozyten und/oder Thrombozyten-Zahl.

Eine sehr seltene, aber ernstzunehmende Nebenwirkung, die in Verbindung mit der Einnahme von Antipsychotika gebracht wird, ist das **maligne neuroleptische Syndrom**. Anzeichen sind erhöhte Temperatur, Muskelsteifheit, Veränderungen von Blutdruck und Puls, ein Wechsel zwischen wachem und eingeschränktem Bewusstsein sowie Verwirrtheit. Diese Erkrankung kann lebensbedrohlich verlaufen und muss intensivmedizinisch versorgt werden.

Sowohl Quetiapin als auch Olanzapin und Risperidon enthalten als Tablettenzusatzstoff Laktose, was bei laktoseintoleranten Patienten zu Nebenwirkungen führen kann. Alle drei Medikamente können Tätigkeiten, die Wachsamkeit erfordern, beeinträchtigen. Daher sollten Sie vom Autofahren oder dem Bedienen von Maschinen so lange absehen, bis Ihr individuelles Ansprechen auf das Präparat bekannt ist.

Bitte seien Sie durch die genannten möglichen Nebenwirkungen nicht beunruhigt. Es kann durchaus sein, dass keine dieser Nebenwirkungen bei Ihnen auftritt. Es kann jedoch auch zu nicht vorhersehbaren Nebenwirkungen kommen. Sie werden deshalb während der gesamten Studiendauer wegen möglicher Nebenwirkungen genauestens überwacht.

## 5. Diskussion von Nutzen und Risiken

Nach heutigem Kenntnisstand kann der zu erwartende Nutzen darin liegen, dass sich die Anzeichen Ihrer seelischen Krankheit bessern und das Auftreten möglicher Nebenwirkungen verringert wird. Es kann aber auch sein, dass Sie durch die Studienteilnahme selbst keine Vorteile haben. Ein Erfolg kann nicht garantiert werden. Auf jeden Fall können Sie jedoch mithelfen, mehr über Ihre Krankheit zu lernen und deren Behandlung zukünftig zu verbessern.
Als mögliche Risiken können bei den in dieser Studie durchgeführten Blutentnahmen Schmerz, Bluterguss, Benommenheit und in äußerst seltenen Fällen Infektionen auftreten. Auch können das 8-14stündige Fasten und die gleichzeitige Nikotinkarenz Ihr subjektives Wohlbefinden beeinträchtigen.
Wie für viele Medikamente ist der Effekt des Studienmedikamentes auf ungeborenes Leben und Säuglinge unbekannt. Aus diesem Grund dürfen Schwangere und stillende Mütter an dieser Studie nicht teilnehmen.
Sie werden von Ihrer Ärztin/Ihrem Arzt vor Beginn der Studie gefragt werden, welche Methoden der Verhütung Sie anwenden. Bei einigen Methoden ist eine Teilnahme nicht möglich. Ihre Ärztin/Ihr Arzt wird dann entscheiden, ob Sie an der Studie teilnehmen können. Entsteht im Laufe der Studie der Verdacht auf eine Schwangerschaft oder bestätigt sich dieser, informieren Sie bitte unverzüglich Ihre Ärztin/Ihren Arzt. Sie/Er wird die weitere Behandlung mit Ihnen besprechen.

CONFIDENTIAL
AZSER12442983

Patienteninformation und Patienteneinverständniserklärung (§ 40, 41 AMG)
Studiencode: D1441C00125

## 6. Andere Therapien

Sollten Sie nicht an dieser klinischen Studie teilnehmen wollen, so hat dies keinerlei Einfluss auf Ihre weitere medizinische Versorgung. Ihre Ärztin/Ihr Arzt wird dann mit Ihnen Ihre weitere Behandlung besprechen.

## 7. Verpflichtungen des Studienteilnehmers

Es ist unbedingt erforderlich, dass Sie Ihre Studienärztin/Ihren Studienarzt vor Beginn der Studie über bisherige Erkrankungen und von Ihnen eingenommene Medikamente informieren. Geben Sie auch an, ob und wogegen Sie allergisch oder besonders empfindlich sind. Ebenso ist es notwendig, alle während der Studie auftretenden Gesundheitsbeeinträchtigungen, Störungen des Wohlbefindens oder Behandlungsänderungen Ihrer Studienärztin/ Ihrem Studienarzt mitzuteilen, auch wenn Sie einen Zusammenhang mit der Einnahme der Studienmedikation für unwahrscheinlich halten.

## 8. Patientenversicherung

Für alle Patienten, die an dieser Studie teilnehmen, besteht die gesetzlich vorgeschriebene Probandenversicherung beim Haftpflichtverband der Deutschen Industrie (PolicenNr. 20-003245-03081-390-1137). Diese Versicherung deckt alle gesundheitlichen Schäden ab, die aus der Teilnahme an dieser Studie resultieren können.

### Um den Versicherungsschutz nicht zu gefährden, müssen Sie Folgendes beachten:

o  Während der Dauer der klinischen Prüfung hat die versicherte Person vor einer anderweitigen medizinischen Behandlung Rücksprache mit dem klinischen Prüfer zu halten. Dies gilt nicht in einem medizinischen Notfall; der Studienarzt ist von einer Notfallbehandlung unverzüglich zu unterrichten.
o  Eine Gesundheitsschädigung, die als Folge der Studie eingetreten sein könnte, ist dem Versicherer unverzüglich anzuzeigen. Wenden Sie sich hierzu bitte direkt an den

HAFTPFLICHTVERBAND DER DEUTSCHEN INDUSTRIE
Versicherungsverein auf Gegenseitigkeit
Großer Burstah 45, 20457 Hamburg,
Tel.: 040-361500

und informieren Sie Ihre Ärztin / Ihren Arzt.

Eine Kopie der vollständigen Versicherungsbedingungen liegt zu Ihrer Einsichtnahme bereit und kann Ihnen auf Wunsch auch zur Verfügung gestellt werden.

## 9. Vertraulichkeit der Daten / Datenschutz

Wir werden Sie bitten, sich mit der im Rahmen der klinischen Prüfung erfolgenden Aufzeichnung von Krankheitsdaten einverstanden zu erklären.

Die richtige Aufzeichnung der Daten ist besonders wichtig für den Forschungszweck und damit für die weitere Verbesserung der Arzneimittelsicherheit. Zur Überprüfung dürfen deshalb autorisierte und zur Verschwiegenheit verpflichtete Personen beim Studienarzt Einblick in die persönlichen Krankheitsdaten/Originalaufzeichnungen des Studienteilnehmers nehmen, soweit dies für die Überprüfung der Studie notwendig ist. Dies sind:

- durch den Auftraggeber bevollmächtigte Personen,
- Beauftragte der zuständigen deutschen oder ausländischen Überwachungsbehörde
- Beauftragte der zuständigen Bundesoberbehörde.

Version 4.0 [Final_19-12-2003  ]          Seite 6 (von 8)

CONFIDENTIAL
AZSER12442984

Patienteninformation und Patienteneinverständniserklärung (§ 40, 41 AMG)
Studiencode: D1441C00125

Hierfür ist die ausdrückliche Zustimmung des Patienten vor Studienbeginn durch Unterzeichnung der schriftlichen Einwilligungserklärung erforderlich.

Die Krankheitsdaten werden ohne Nennung Ihres Namens an den Auftraggeber der Studie oder an durch ihn Bevollmächtigte zur Auswertung weitergeleitet. Sie können auch an in- und ausländische Behörden, auch außerhalb der EU, zur Auswertung der Wirksamkeit und Sicherheit sowie zu Zulassungszwecken übermittelt werden. Eine weitergehende Offenlegung oder Übermittlung der Patientendaten findet nicht statt. Beim Umgang mit den Krankheitsdaten werden die Grundsätze des Datenschutzes beachtet. Auch bei einer Veröffentlichung der Studienergebnisse wird die Identität des Studienteilnehmers nicht bekannt. Mit Ihrer Einwilligung stimmen Sie zu, dass Ihr Hausarzt/Ihre Hausärztin über Ihre Studienteilnahme informiert wird.

### 10. Freiwilligkeit/Studienabbruch

Ihre Teilnahme an dieser Studie ist freiwillig. Sie können jederzeit ohne Nennung von Gründen und ohne Nachteile für Ihre künftige Behandlung Ihr Einverständnis zur Teilnahme zurückziehen. Auch Ihre Ärztin/Ihr Arzt kann Sie aus der Studie herausnehmen, wenn sie/er zu der Auffassung kommt, dass es besser für Sie ist, weil sich zum Beispiel Ihr Zustand verschlechtert hat oder Sie eine andere Erkrankung entwickelt haben. Auch der Auftraggeber kann die Entscheidung treffen, die gesamte klinische Prüfung abzubrechen oder lediglich Ihre Teilnahme vorzeitig zu beenden.

### 11. Neue Erkenntnisse

Sollten im Verlauf der Studie wichtige neue Erkenntnisse bekannt werden, die Ihr Einverständnis zur Teilnahme beeinflussen können, wird Ihre Ärztin/Ihr Arzt Sie sofort informieren.

### 12. Allgemeines

Während der Studie sind das Blutspenden und die Teilnahme an anderen Studien verboten.

Sie werden bei der ersten Visite eine Patientenkarte ausgehändigt bekommen, die Sie über die Dauer der Studie stets bei sich führen sollten. Auf der Karte werden die Studienteilnahme, die Studienmedikation und die Zeitpunkte für Ihre Studienbesuche festgehalten.

### Kontaktpersonen
**Wenn Sie noch weitere Fragen im Zusammenhang mit der Studie oder der Studienmedikation haben, wenden Sie sich bitte an:**

Herrn/Frau Dr. ...........................          Tel. Nr. ...........................

**Bitte bewahren Sie dieses Informationsblatt auf**

CONFIDENTIAL
AZSER12442985

Patienteninformation und Patienteneinverständniserklärung (§ 40, 41 AMG)
Studiencode: D1441C00125

Zentrums-Nr.:                E-Code/Pat.-Nr.:                        Initialen:

## Schriftliche Einwilligung und datenschutzrechtliche Erklärung

Ich,        ............................................................
            (Name der/s Patientin/en)

wurde von   ............................................................
            (Name der/s aufklärenden Ärztin/Arztes)

über Wesen, Bedeutung und Tragweite der klinischen Studie eingehend aufgeklärt. Der Ablauf der Studie und der Zweck der Untersuchung wurden mir erläutert. Über die möglichen unerwünschten Arzneimittelwirkungen bin ich aufgeklärt worden. Ich habe die Patienteninformation und Einverständniserklärung gelesen. Ich fühle mich ausreichend informiert und habe verstanden, worum es geht. Meine Ärztin/ mein Arzt hat mir Gelegenheit gegeben, weitere Fragen zu stellen. Ich hatte ausreichend Zeit zu dieser Entscheidung.
Ferner wurde mir mitgeteilt, dass für den Fall einer Gesundheitsschädigung in Folge der Anwendung der Studienmedikation zu meinen Gunsten die gesetzliche Probandenversicherung besteht. Über die mir in diesem Zusammenhang obliegenden Verpflichtungen wurde ich informiert. Ich bin damit einverstanden, dass mein Hausarzt über meine Teilnahme an der klinischen Studie informiert wird.

---

**Ich wurde darüber informiert und bin damit einverstanden, dass meine im Rahmen der Arzneimittelprüfung erhobenen Daten aufgezeichnet und ohne Nennung meines Namens und meiner Anschrift an das auftraggebende Unternehmen und an die zuständigen in- und ausländische Behörden, auch außerhalb der EU, weitergegeben werden.**
**Ferner gebe ich mein Einverständnis, dass durch den Auftraggeber bevollmächtigte Personen sowie Vertreter der genannten Behörden beim Studienarzt Einblick in meine Krankenunterlagen nehmen können. Es wird mir versichert, dass beim Umgang mit den Daten die Grundsätze des Datenschutzes beachtet werden.**

---

Ich wurde darauf hingewiesen, dass ich meine Einwilligung jederzeit ohne Angabe von Gründen widerrufen kann, ohne dass mir dadurch Nachteile für meine weitere medizinische Versorgung entstehen.
Eine Kopie/ein Exemplar der Patienteninformation und der unterschriebenen Einverständniserklärung habe ich erhalten.

**Hiermit erkläre ich mich freiwillig bereit, an der Studie teilzunehmen.**


..............              ...........................................
Datum                      Unterschrift der/s Patientin/en
*(vom Patienten eigenhändig datiert)*

Die Patientin / der Patient wurde von mir gemäß § 40 AMG über die Studie aufgeklärt.


..............              ...........................................
Datum                      Unterschrift der aufklärenden Ärztin/des aufklärenden Arztes

CONFIDENTIAL
AZSER12442986

Adult Subject Information and Consent Form for Use Globally (except in the US)
Study Code: D1441C00125 STAGE
Version No:4.0 Final Version Date: 19 December 2003
Hungarian translation  ver 2.0 date: 22 June 2004

| RESPONSIBLE PERSONNEL: | STUDY CODE: | D1441C00125 |
| | | |
| | CENTRE NUMBER: | |
| | | |
| PHONE NUMBER OF THE CLINIC: | ENROLMENT CODE: | |
| LOCAL ETHIC COMMITTEE: | SUBJECT'S INITIALS: | |

NAME OF RESPONSIBLE PERSON:

PHONE NUMBER:

# 1. ADULT STUDY PATIENT INFORMATION AND CONSENT FORM FOR USE GLOBALLY (EXCEPT IN THE US)

## Backtranslation: SUBJECT INFORMATION FORM

2. Study Code:
**NA**

3. Subject Initials:
**NA**

4. Centre No:
**NA**

5. Enrolment code and/or randomisation code
**NA**

6. You are being asked to take part in a research study.

7. Before you decide it is importtant for you to understand why the research is being done, how your information will be used, what the study will involve and the possible benefits, risks and discomforts.

8. Please take time to read the following information carefully and discuss it with your family doctor, if you wish.

## 9. WHAT IS THE BACKGROUND TO AND PURPOSE OF THE STUDY?

10. You have been asked to take part in this study since you suffer from schizophrenia and your doctor has considered it necessary that you should receive treatment for that illness.

11. This study is being carried out to see if treatment with a medicine used to treat schizophrenia, quetiapine, may also affect the way your body takes care of sugar and fat and, if so, how it compares with two other medications, olanzapine and risperidone.

12. Unwanted effects on how the body takes care of sugar and fat could lead to an increased risk of cardiovascular disease or development of diabetes.

1(14)

CONFIDENTIAL
AZSER12442987

Adult Subject Information and Consent Form for Use Globally (except in the US)
Study Code: D1441C00125 STAGE
Version No:4.0 Final Version Date: 19 December 2003
Hungarian translation  ver 2.0 date: 22 June 2004

13. Approximately 600 other patients like you will take part.

14. Quetiapine, olanzapine and risperidone are of a type of medication called "atypical antipsychotics".

15. All three study medications have been approved for treatment of schizophrenia by the regulatory authorities in many countries, including <<insert country>>.

16. During the study treatment period you will receive treatment with one of these three study medications.

17. The comparison will be done by measuring the levels of sugar (glucose) and a hormone called insulin in your blood.

18. To do this you will be required to stay over night at the hospital at three times during the study and a number of blood samples will be taken in the morning after.

## 19. DO I HAVE TO TAKE PART?

20. It is up to you to decide whether or not to take part.

21. If you do decide to take part you will be given this Written Informed Consent Form to sign.
Back: If you decide to take part you will be given the Written Informed Consent Form to sign.

22. If you decide to take part you are still free to withdraw at any time and without giving a reason.

23. This will not affect the standard of care you receive.

24. Your primary physician will be informed about your participation in the study if you agree to this.

25. Likewise, the doctor conducting the study (the "Study Doctor") may decide that continued participation in the study is no longer in your best interest and you will be withdrawn.

26. This could happen if you no longer fulfill the criteria for participation in the study, if you do not follow the instructions the doctor gives to you, if the study personnel cannot get in touch with you, if your illness gets worse and your doctor decide that you need some other medication or if your doctor decides to withdraw you due to side effects or risks to your health in any way.

27. You may also be withdrawn if the sponsoring company decides to terminate the study.

28. If you do not want to continue with study medication or decide to withdraw from the study for other reasons, you should always speak to your doctor on how and when to stop taking the medication, as this may affect the symptoms of your disease.

2(14)

CONFIDENTIAL
AZSER12442988

Adult Subject Information and Consent Form for Use Globally (except in the US)
Study Code: D1441C00125 STAGE
Version No:4.0 Final Version Date: 19 December 2003
Hungarian translation  ver 2.0 date: 22 June 2004

29. If you, or your doctor, decide that you will no longer take part you are asked to come for a final visit, complete the evaluations needed and return all unused medication.

30. Your study doctor will provide care for your psychotic illness, and will assist you in obtaining follow-up treatment, including starting you on a new antipsychotic medication if indicated.

31. If you do not want to take part in the study there are a number of antipsychotic medications which are available to treat your condition, including the three medications that are tested in this study (quetiapine, olanzapine and risperidone).

32. Your Study Doctor can explain the treatments that are available, and the risks and benefits of these treatments, to you if you choose not to take part.

**33. WHAT WILL HAPPEN TO ME IF I TAKE PART?**

34. The study involves nine visits to the clinic over a total period of up to 26 weeks. 24 weeks involves treatment with study medication.

35. A summary of the visits can be found in the table and the procedures to be performed at each visit are described below.

36.

| Visit no | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|
| Weeks of treatment | No study medication | Day 1 | 1 w | 4 w | 8 w | 12 w | 16 w | 20 w | 24 w Final visit |

**37. Visit 1**

38. At the first visit your Study Doctor needs to see if you can take part in this study.

39. You will be given oral and written information of the study and can decide whether you want to participate or not.

40. If you want to participate, a number of examinations and evaluations will be performed.

41. In addition to the procedures described below that are done at all visits, the following will be performed:

- 42. A physical examination, including an electrocardiogram (ECG, a tracing of the heart activity).

3(14)

70

CONFIDENTIAL
AZSER12442989

Adult Subject Information and Consent Form for Use Globally (except in the US)
Study Code: D1441C00125 STAGE
Version No:4.0 Final Version Date: 19 December 2003
Hungarian translation  ver 2.0 date: 22 June 2004

- 43. You will be asked questions about your medical and surgical history, smoking habits and previous medications.

- 44. A blood sample (12,5 ml) is taken for testing of red and white blood cells, blood salts, sugar, fats (e.g. cholesterol), some hormones and tests to control liver, kidney and thyroid function.

  45. A pregnancy test is part if the blood sample if you are female.

  46. A urine sample will also be taken for analysis of compounds in the urine, including a screening for drugs.

47. When your Doctor receives the results of the tests, he/she will decide if you can participate.

48. If your Study Doctor decides that you can participate he/she will ask you to come for a second visit within 14 days of the first one.

49. In some cases, you may need to continue to visit 2 and perform the procedures described below to confirm the test results before your Study Doctor can decide if you can participate or not.

**50. Study procedures performed at all visits**

- 51. Your Study Doctor will evaluate the severity of your illness.

  52. For Visits 3-9 he/she will also evaluate whether your illness has improved or become worse since last study visit.

- 53. Your Study Doctor will evaluate your movements with the help of two questionnaires.

- 54. You will be asked questions about any medication you are taking or have been taking recently, including study medication.

- 55. Your blood pressure, pulse (heart rate) and weight will be measured.

- 56. You will be asked questions regarding changes in your health since last study visit.

- 57. Starting at Visit 3 you will return leftover study medication and empty containers from previous study period and receive new study medication (except at the final visit).
  **Backtranslation: Starting at Visit 3 you will return leftover study medication, even the empty containers, from previous study period and receive new study medication.**
  **58. Visits 2, 6 and 9 Oral Glucose Tolerance Test requiring overnight fasting hospitalisation**

4(14)

71

CONFIDENTIAL
AZSER12442990

Adult Subject Information and Consent Form for Use Globally (except in the US)
Study Code: D1441C00125 STAGE
Version No:4.0 Final Version Date: 19 December 2003
Hungarian translation  ver 2.0 date: 22 June 2004

59. The most important assessment is a so-called Oral Glucose Tolerance Test or OGTT.

60. This test is done three times during the study: at Visit 2 before you get study medication, at Visit 6 after 12 weeks and at Visit 9, after 24 weeks of treatment or at discontinuation.

61. To ensure reliable results of this test, you have to have been fasting for 8-14 hours before the test.

62. This means that you will be asked to stay overnight in a hospital the night before the visit, either at the Study Site or a Day-care clinic, and that you cannot eat or drink anything but water for 8-14 hours during the night.

63. You must also refrain from smoking during this time.

64. In the morning when it is time for the a study nurse will carefully insert a catheter (a device that makes it easier to take blood samples) in your arm and take a blood sample.

65. You will then be asked to drink a solution of 75 g sugar dissolved in approximately 300 ml of water.

66. Additional blood samples will be taken after 30, 60, 90 and 120 minutes.
Back: After drinking the sugar solution additional blood samples will be taken after 30, 60, 90 and 120 minutes.

67. In total approximately 35 ml of blood will be collected.

68. The study personnel will do everything possible to make it comfortable for you during this time but you will be asked to remain sitting and you cannot smoke, eat or drink anything else than water during the test.

69. The blood samples will be sent to a laboratory for analysis of blood sugar, a hormone called insulin, fats and other compounds.

70. The following will also be performed at Visits 2, 6 and 9:

- 71. When you arrive in the hospital, you will be asked to fill in a questionnaire called PETiT, answering questions on how you have been doing and feeling during the last week.

  72. This will take 2-5 minutes.

- 73. In the morning, study personnel will ask you questions about your attitude towards taking your medication based on a questionnaire called ROMI.

**74. Additional procedures at some visits**

- 75. A waist circumference measurement will be made in addition to the weight at Visits 2 and 9.

5(14)

CONFIDENTIAL
AZSER12442991

Adult Subject Information and Consent Form for Use Globally (except in the US)
Study Code: D1441C00125 STAGE
Version No:4.0 Final Version Date: 19 December 2003
Hungarian translation  ver 2.0 date: 22 June 2004

- 76. At Visit 4, 5, 6 and 9 a blood sample (3 ml) is taken for testing of red and white blood cells.
  .

77. At the final Visit 9 after 24 weeks of treatment, or if you are withdrawn from the study, the following will be performed in addition to the procedures above:

- 78. A new electrocardiogram (ECG, a tracing of the heart activity) will be taken.

- 79. An additional blood sample (9-10 ml) is taken for testing of blood salts and to control liver, kidney and thyroid function.

  80. A urine sample will also be taken for analysis of some compounds in the urine.

81. Your doctor may need to schedule extra visits during the study to adjust the dose or follow-up on any changes in your health.

**82. Study medication**

83. When all the procedures are completed at Visit 2, including the Oral Glucose Tolerance Test, you will be assigned to one of the three study medications.

84. You will either receive quetiapine, olanzapine or risperidone.

85. You have an equal chance of receiving quetiapine, olanzapine or risperidone.

86. Which treatment you receive is decided at random by a computerized list (purely by chance, like the tossing of a coin).

87. Both you and the Study Site personnel will know which treatment you receive.

88. Your Study Doctor, or other study personnel responsible for this, will explain carefully how to take the tablets and which dose to take.

89. You will also be provided with written instructions.

90. During the first five days of treatment the dose of the study medication will be slowly increased, while any antipsychotic medication you may have used before will be decreased and finally completely stopped by Day 5.

91. Study medication will be dispensed to you at each visit, except at the first and final visit.

6(14)

CONFIDENTIAL
AZSER12442992

Adult Subject Information and Consent Form for Use Globally (except in the US)
Study Code: D1441C00125 STAGE
Version No:4.0 Final Version Date: 19 December 2003
Hungarian translation  ver 2.0 date: 22 June 2004

92. You will get it either from the study personnel or through the pharmacy, as agreed with your doctor.

93. Your Doctor decides which dose you should take, and may decide to adjust the dose upward or downward depending on how you are feeling.

94. The last visit is after 24 weeks of treatment, after that you will no longer receive study medication.

95. When you have finished taking part in this study, your Study Doctor will decide how to continue to manage your illness.

**96. WHAT DO I HAVE TO DO?**

97. You must be willing to follow your study doctor's instructions, go through all the study related procedures described above, maintain your normal lifestyle and your normal physical activities or exercise and attend the scheduled visits.

98. You will come to your study doctor's office on specified days and your appointments should be scheduled prior to your leaving each visit.

99. It is also <u>important that you take the study medication as directed</u>.

100. Any left over medication that you do not take, and the container, even if it is empty, must be returned at each of your visits.

101. It is also important that you tell the medical staff about any other medication you are taking before and during the study.

102. Some medications are not allowed during the study and your study doctor can tell you which you can or cannot take.

103. If you are a female, you must not be pregnant or breast-feeding, and you must not become pregnant during the study.
**Backtranslation: Females who are pregnant, breast-feeding or plan to become pregnant in the following appr. 6 months - during the period they are involved in the study - are not allowed to take part in the study.**

104. Your Study Doctor must be told immediately if pregnancy occurs.
**Backtranslation: We ask female patients to contact their doctor immediately if they become aware of their pregnancy.**

105. You will be asked to use a reliable birth control method such as birth control pills, intrauterine devices or condom together with diaphragm, foam or sponge during the study.

7(14)

CONFIDENTIAL
AZSER12442993

Adult Subject Information and Consent Form for Use Globally (except in the US)
Study Code: D1441C00125 STAGE
Version No:4.0 Final Version Date: 19 December 2003
Hungarian translation  ver 2.0 date: 22 June 2004

## 106. WHAT ARE THE POSSIBLE SIDE EFFECTS, RISKS AND DISCOMFORTS OF TAKING PART?

107. There is a risk that the symptoms of your illness will not respond to the study medication.

108. Your condition may worsen if the study drug is ineffective for you.

109. The withdrawal of your old medication, if any, may give unwanted side effects or a worsening of your condition.

110. The study medications may cause some side effects.

111. You may experience none, some or all of those listed below.

112. A common side effect of all three antipsychotic drugs when beginning treatment is sleepiness; that may also affect mental and physical abilities required to operate an automobile or machinery.

113. You may experience a decrease in blood pressure when standing up that might cause light-headedness or fainting.

114. This is most common early in the treatment and will usually pass with time.

115. For **quetiapine** the most common side effect apart from sleepiness is dizziness.

116. Relatively common are also rapid heart beat, dry mouth, constipation, indigestion, feeling weak, swelling of arms and legs, weight gain, fainting and stuffy nose.

117. Some patients have shown changes in laboratory test values, such as changes in the amount of white blood cells or an increase in the amount of liver enzymes, fatty substances such as cholesterol in the blood, or in the amount of "creatine phosphokinase", a substance in the muscles.

118. More uncommon side effects are allergic reactions and fits (seizures).

119. Rare side effects that have been reported are fever, very marked drowsiness, muscle stiffness, marked increase in blood pressure or heart beat, reduced consciousness and priapism (long-lasting and painful erection).

120. For **olanzapine** common side effects are weight gain, dizziness, increased appetite, swelling of arms and legs, constipation, dry mouth, anxiety, abnormal movements, tremor, muscle stiffness or difficulties in speaking.

8(14)

CONFIDENTIAL
AZSER12442994