Adult Subject Information and Consent Form for Use Globally (except in the US)
Study Code: D1441C00125 STAGE
Version No:4.0 Final Version Date: 19 December 2003
Hungarian translation  ver 2.0 date: 22 June 2004

121. Increased levels of the hormone prolactin, blood glucose, the amount of liver enzymes or fatty substances such as cholesterol and triglycerides have been observed, as well as changes in the amount of white blood cells.

122. More uncommon side effects are allergic reactions, slow heart rate or sensitivity for sunlight.

123. Very rare side effects that have been reported are liver disease, fits (seizures), priapism (painful erection), difficulties in urinating, secretion of milk or irregularities in the menstruation cycle.

124. Some patients have experienced high levels of blood sugar or a worsening in their diabetes.

125. If the treatment with olanzapine is suddenly stopped symptoms like increased sweating, difficulties in sleeping, tremor, anxiety, nausea or vomiting may occur.

126. For **risperidone** common side effects are insomnia, dizziness, headache, agitation, anxiety, difficulties in concentrating, weight gain.

127. Other well-known side effects are increased heart rate, increased salivation, muscle stiffness, abnormal movements.

128. Some patients experience disturbances in sexual function or irregularities in the menstrual cycle.

129. Constipation, difficulties in digestion, nausea, vomiting or abdominal pain have been reported, as well as rash, stuffy nose and blurred vision.

130. Rare side effects include swelling of arms and legs, allergic reactions, increase in the amount of liver enzymes, breast enlargement, secretion of milk, difficulties in keeping the urine, elevated blood pressure and fits (seizures).

131. There are very rare, but potentially serious, side effects associated with this class of drugs called neuroleptic malignant syndrome (NMS), a potentially life-threatening disorder that includes symptoms such as fever, tight muscles, changes in blood pressure and heart rate and confused thinking.

132. Antipsychotics may also cause a movement disorder called tardive dyskinesia (TD).

133. Symptoms of this disorder is that certain muscle groups (e.g., the tongue and lip muscles) will move even if the person does not want them to move.

134. In most cases, the symptoms stop when the medication is withdrawn, but in some cases they are permanent.

9(14)

CONFIDENTIAL
AZSER12442995

Adult Subject Information and Consent Form for Use Globally (except in the US)
Study Code: D1441C00125 STAGE
Version No:4.0 Final Version Date: 19 December 2003
Hungarian translation  ver 2.0 date: 22 June 2004

135. There are some reports that some of these medications might affect unborn children, therefore, if you are female, you should not be pregnant or breastfeeding during the study.

136. There may be risks involved in taking this medication that have not been identified in the studies done so far.

137. There is always a risk involved in taking a new medication but every precaution will be taken and you are encouraged to report anything that is troubling you.
Back: Even in case of big guard there is always a risk involved in taking a new medication but every precaution will be taken and you are encouraged to report anything that is troubling you.

138. The taking of a blood sample may cause some discomfort.

139. In connection with this, there may be a temporary discomfort and there is a small risk of bruising, infection or inflammation at the needle stick site.

140. Some people may feel faint or dizzy.

141. The OGTT procedure requires 8-14 hours of fasting and non-smoking at three times during the study, which might cause some discomfort.
Back: The Oral Glucose Tolerance Test (OGTT) procedure requires 8-14 hours of fasting and non-smoking at three times during the study, which might cause some discomfort.

142. Your Study Doctor and the study staff will monitor your condition closely.

143. With your cooperation regarding the instructions given by your Study Doctor, frequent examinations and the performance of laboratory tests, the risk of unwanted side effects can be minimized.

144. If you experience a serious medical problem, the study sponsor will request access to your medical records until your condition is resolved, in order to determine the medical outcome.

145. This will be true even if you otherwise end participation in the study.

146. Your permission to review these records is granted by signing this form, but you may withdraw this consent at any time.

**147. WHAT ARE THE POSSIBLE BENEFITS OF TAKING PART?**

148. It is hoped that the study treatment given during the study will help you.

149. However, this cannot be guaranteed.

10(14)

CONFIDENTIAL
AZSER12442996

Adult Subject Information and Consent Form for Use Globally (except in the US)
Study Code: D1441C00125 STAGE
Version No:4.0 Final Version Date: 19 December 2003
Hungarian translation  ver 2.0 date: 22 June 2004

150. The information we get from this study may help us to treat future subjects with the same illness as you better.

## 151.WHAT IF NEW INFORMATION BECOMES AVAILABLE?

152. If any new information on the study medication(s) becomes available which may influence your decision to continue in the study you will be told.

## 153. WHAT ARE THE COSTS OF TAKING PART?

154. You will not be paid for taking part in this study.
**Deleted**

155. If you need to take time off from work or other activities, this time or loss of wages will not be compensated.
**Deleted**

156. However, the study medication (quetiapine, olanzapine or risperidone), study visits and laboratory tests will be provided at no cost to you during the study.
**Deleted**

157. Your reasonable and necessary expenses in connection with this study, such as travel and parking, will be reimbursed if you have receipts for those expenses.
**Deleted**

158. You, or your insurance provider, will be responsible for paying usual medical or psychiatric care during the study, including medication other than the study medication that is needed to treat your condition.
**Deleted**

159. The study will pay for the hospitalisation required for the study procedures, but not for other costs related to hospitalisation that you might have.
**Deleted**

160. **Backtranslation:**  Participating in this study will not cost you anything.

161. **Backtranslation:**   The study will pay for the hospitalisation required for the study procedures: the study medication (quetiapine, olanzapine or risperidone), study visits and laboratory tests will be provided at no cost to you during the study.
162.
**Backtranslation:** Extra travelling costs related to the study are going to be reimbursed on your request against invoice.

163. If you are caused any injury directly by your participation in the study, the company will compensate you in accordance with the law of <<*country*>>.

11(14)

CONFIDENTIAL
AZSER12442997

Adult Subject Information and Consent Form for Use Globally (except in the US)
Study Code: D1441C00125 STAGE
Version No:4.0 Final Version Date: 19 December 2003
Hungarian translation ver 2.0 date: 22 June 2004

164. The company has insurance to cover study related injuries.

**Backtranslation**: The company is insured in this respect at Generali-Providencia Biztosító Rt, (1066 Budapest, Teréz krt. 42-44. Hungary).

**165. HOW WILL MY PERSONAL DATA BE USED?**

166. By signing this form you consent to the Study Doctor and his staff collecting and processing your personal data, including the following:

- 167. Your date of birth

- 168. Your sex

- 169. Your race or ethnic origin

- 170. Personal data on your physical or mental health or condition

- 171. Any other personal data obtained during your participation in the study or as a result of any follow up assessments

172. The Study Doctor will use your personal data for the purposes of administering and conducting the study, research and statistical analysis.

173. The Study Doctor will share personal data collected during the study ("Study Data") with the pharmaceutical company sponsoring the study ("the Sponsoring Company").

174. The Sponsoring Company of this study is AstraZeneca <<*insert full legal name of AstraZeneca company sponsoring study (e.g., AstraZeneca AB, AstraZeneca LLP, AstraZeneca UK Ltd) – contact Legal department for advice.*>>

175. Your Study Data shared with the Sponsoring Company does not (generally) include your name, address, or social security number.

176. Instead the Study Doctor uses your initials and assigns a code number to the Study Data sent to the Sponsoring Company.

177. Only the Study Doctor and his staff have access to the code key with which it is possible to connect your Study Data to you.

178. However, any of your personal data, which is available to the Study Doctor, may be reviewed at the Study Doctor's site by the Sponsoring Company and/or its representatives, its contractors, regulatory authorities, the Independent Ethics Committee or other supervisory bodies.

179. The purpose of these reviews is to assure the proper conduct of the study and/or the quality of your Study Data.

180. The Sponsoring Company may use your Study Data for:

12(14)

CONFIDENTIAL
AZSER12442998

Adult Subject Information and Consent Form for Use Globally (except in the US)
Study Code: D1441C00125 STAGE
Version No:4.0 Final Version Date: 19 December 2003
Hungarian translation  ver 2.0 date: 22 June 2004

- 181. Administration purposes

- 182. Research and development of pharmaceutical products, diagnostics and/or medical aids

- 183. Statistical analysis

- 184. The approval, registration and marketing processes relating to its products/study medication

- 185. Carrying out safety and efficacy evaluations

186. The Sponsoring Company may share your Study Data with other companies within its group, with its service providers and its contractors who will use your Study Data only for the purposes described above.
187. The Sponsoring Company may transfer your Study Data to countries outside the European Union for these purposes and for providing data to regulatory authorities.

188. You have the right to request information about any personal data that the Study Doctor or the Sponsoring Company may hold about you.

189. You also have the right to request that any inaccuracies in your personal data be corrected.

190. If you wish to make a request, then please contact the Study Doctor in the first instance, who can help you contact the Sponsoring Company if necessary.

191. The Study Doctor's contact information is set out at the end of this form.
**Back: The Study Doctor's contact information is set out at the top of this form.**

192. Please note, the results of the study may be published in medical literature, but your identity will not be revealed.

193. The Sponsoring Company is responsible for its own processing of your Study Data.

**194. WHOM SHOULD I CONTACT IF I NEED MORE INFORMATION OR HELP?**

195. If you want more information regarding the rights of patients participating in clinical studies, you may contact your local Ethics Committee.
**Backtranslation: If you want more information regarding the rights of patients participating in clinical studies, you may contact the local Ethics Committee in the hospital.**

196. <<*Name of local IEC*>>          194. Phone No. << >
NA                                            NA

197. In case of a study-related injury or whenever you have questions about the study or your study medication, please contact:
**Backtranslation: In case of a study-related injury or whenever you have questions about the study or your study medication, please contact one of the persons indicated on the first page of the Subject Information Form.**

13(14)

CONFIDENTIAL
AZSER12442999

Adult Subject Information and Consent Form for Use Globally (except in the US)
Study Code: D1441C00125 STAGE
Version No:4.0 Final Version Date: 19 December 2003
Hungarian translation ver 2.0 date: 22 June 2004

198. **NA**

..........................

**Backtranslation: Signature of Patient**

199. **NA**

..........................

**Backtranslation: Signature of Principal Investigator or delegate**

14(14)

81

CONFIDENTIAL
AZSER12443000

Adult Subject Information and Consent Form for Use Globally (except in the US)
Study Code: D1441C00125 STAGE
Version No:4.0 Final Version Date: 19 December 2003
Hungarian translation  ver 2.0 date: 22 June 2004

| | |
|---|---|
| A VIZSGÁLATÉRT FELELŐS SZEMÉLYEK: | A VIZSGÁLAT KÓDSZÁMA: **D1441C00125** |
| …………………………………………………………… | |
| …………………………………………………………… | A VIZSGÁLÓHELYSZÁMA: |
| …………………………………………………………… | ……………………………… |
| AZ INTÉZET TELEFONSZÁMA:………………………… | BEVONÁSI SZÁM: ……………………………… |
| AZ INTÉZMÉNYI KUTATÁSETIKAI BIZOTTSÁG NEVE: | A BETEG NEVÉNEK KEZDŐBETŰI: |
| …………………………………………………………… | ……………………………… |
| ELNÖKÉNEK NEVE:………………………… | |
| ELÉRHETŐSÉGE:………………………… | |

# Betegtájékoztató

Arra szeretnénk Önt felkérni, hogy vegyen részt egy klinikai vizsgálatban. Mielőtt a vizsgálatban való részvételről döntene, fontos, hogy megértse, mi a vizsgálat célja, hogyan fog lezajlani, melyek a vizsgálat várható előnyei, illetve kockázatai és kellemetlenségei, továbbá, hogy miként fogják kezelni az Ön adatait. Kérjük, figyelmesen olvassa el az alábbi tájékoztatót, és ha szükségesnek tartja, beszélje meg a benne olvasottakat a háziorvosával is.

## MI A VIZSGÁLAT HÁTTERE, ÉS MIK A CÉLJAI?

Azért kérjük Önt fel e vizsgálatban való részvételre, mivel a skizofrénia nevű betegségben szenved, és kezelőorvosa szükségesnek látja, hogy gyógyszeres kezelést kapjon a betegségre. A vizsgálat fő célja megvizsgálni azt, hogy a quetiapin, a schizophrenia kezelésére használt gyógyszer befolyásolja-e a szervezet cukor- és zsírháztartását, és ha igen, hogyan viszonyul az ebben az irányban kifejtett hatás két másik gyógyszernek, az olanzapinnak és a risperidonnak a hatásához. A cukor- és zsírháztartásra gyakorolt nemkívánatos hatások ugyanis a szív- és érrendszeri betegségek, továbbá a cukorbetegség fokozott kockázatához vezethetnek. A vizsgálatban körülbelül 600, hasonló betegségben szenvedő ember fog részt venni.

A quetiapin, az olanzapin és a risperidon atípusos antipszichotikumoknak nevezett gyógyszerek. E három gyógyszer alkalmazását a skizofrénia kezelésében számos országban, így Magyarországon is, jóváhagyták a gyógyítást felügyelő hatóságok. A vizsgálat során a fenti három gyógyszer valamelyikét fogja kapni. Az összehasonlító vizsgálat úgy fog megvalósulni, hogy az Ön vércukor (glukóz) és inzulin (a vérben található egyik hormon) szintjeit fogják megmérni. Ennek érdekében a vizsgálat alatt Önnek három alkalommal a kórházban kell éjszakáznia, ahol reggelente több ízben vért fognak venni Öntől.

## KÖTELEZŐ RÉSZT VENNEM?

Ön dönti el, hogy részt akar-e venni a vizsgálatban. Amennyiben a részvétel mellett dönt, úgy aláírás céljából meg fogja kapni az Írásos Beleegyező Nyilatkozatot. Ha a részvétel mellett dönt is, bármikor kiléphet a vizsgálatból, anélkül hogy ezt külön meg kellene indokolnia. Mindez nem fogja befolyásolni az Ön egészségügyi ellátását. Amennyiben egyetért vele, úgy *háziorvosát* is tájékoztatjuk az Ön vizsgálatban való részvételéről.

Hasonlóképp, ha a vizsgálatot vezető orvos („kezelőorvos") úgy látja, hogy a vizsgálatban való részvétel kedvezőtlen az Ön számára és nem szolgálja az Ön érdekét, ő is dönthet úgy, hogy Ön ne vegyen részt tovább a vizsgálatban. Ez az alábbi esetekben történhet meg: ha Ön nem tesz eleget a vizsgálatban

1(8)

CONFIDENTIAL
AZSER12443001

Adult Subject Information and Consent Form for Use Globally (except in the US)
Study Code: D1441C00125 STAGE
Version No:4.0 Final Version Date: 19 December 2003
Hungarian translation  ver 2.0 date: 22 June 2004

való részvétel elvárásainak, ha nem követi az orvosa által adott előírásokat, ha a vizsgálat szakemberei nem tudják tartani a kapcsolatot Önnel, ha romlik az állapota és a kezelőorvosa úgy látja, hogy más gyógyszerekre van szüksége, ha a kezelőorvosa mellékhatások miatt vagy más, az Ön egészségét bármely módon veszélyeztető hatások miatt a vizsgálat befejezése mellett dönt. Akkor is abba kell hagynia a vizsgálatot, ha a szponzorcég (a vizsgálatot támogató cég) a vizsgálat egészének a befejezéséről dönt. Amennyiben nem akarja tovább szedni a vizsgálati gyógyszereket, vagy más okból nem akar tovább részt venni a vizsgálatban, úgy a kezelőorvosával meg kell beszélnie, hogy mikor és hogyan tudja abbahagyni a vizsgálati gyógyszerek szedését – mivel mindez hatással lehet betegségének tüneteire is. Amennyiben Ön vagy a kezelőorvosa a kilépés mellett dönt, úgy Önnek meg kell jelennie egy utolsó viziten, ahol egy befejező vizsgálat történik, a fel nem használt gyógyszert pedig vissza kell adnia. Kezelőorvosa gondoskodni fog az Ön pszichotikus betegsége további kezeléséről, segítségére lesz a további kezelés megadásában, s amennyiben szükséges új antipszichotikumot fog adni Önnek.

Ha nem akarna részt venni e vizsgálatban, akkor is számos antipszichotikum áll rendelkezésre, melyekkel Önt kezelni lehet. Ahhoz a három gyógyszerhez is hozzájuthat, amelyeket ebben a vizsgálatban tesztelünk (quetiapin, olanzapin és risperidon). Ha úgy dönt, hogy nem vesz részt a vizsgálatban, kezelő orvosa felvilágosítást ad a jelenleg hozzáférhető különböző kezelésekről, ezek kockázatairól és előnyeiről.

## MI TÖRTÉNIK VELEM, HA RÉSZT VESZEK A VIZSGÁLATBAN?

A vizsgálat 26 hete alatt kilenc viziten kell megjelennie, gyógyszerét pedig 24 héten át fogja kapni a vizsgálat keretében. A vizitekről az alábbi táblázatban látható összefoglaló; az egyes viziteken esedékes teendőket pedig alább részletezzük.

| A vizit száma | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|
| A kezelés hetei | Nincs vizsgálati gyógyszer | 1. nap | 1. hét | 4. hét | 8. hét | 12. hét | 16. hét | 20. hét | 24. hét, utolsó vizit |

**1. vizit**

Az első alkalommal kezelőorvosának el kell döntenie, hogy részt vehet-e Ön a vizsgálatban. Ön szóbeli és írásbeli tájékoztatást kap a vizsgálatról és eldöntheti, hogy részt kíván-e venni vagy nem. Ha részt kíván venni, akkor számos orvosi és laboratóriumi vizsgálatot fognak elvégezni Önnel. A későbbiekben majd részletezett eljárásokon túl, amelyeket minden vizit alkalmával elvégeznek, a következő vizsgálatok fognak történni ekkor:

* Fizikális vizsgálat, melynek során EKG-t is készítenek. (Az EKG-val a szív működését vizsgálják.)

* Kérdésekre kell majd válaszolnia korábbi betegségeiről, esetleges műtéteiről, valamint dohányzási szokásaival kapcsolatosan, és azt illetően is, hogy korábban milyen gyógyszereket szedett.

* Vért is fognak venni (12,5 milliliter), aminek segítségével ellenőrzik a vörös- és fehérvérsejteket, a különböző ionok, a vércukor, a vérzsírok (pl. koleszterin), és néhány hormon szintjét. Ezek mellett a máj-, a vese-, és a pajzsmirigyműködés jellemzőit is ellenőrzik a vérben. Nőbetegeknél terhességi tesztet is végeznek a levett vérmintából. Vizeletmintát is fognak Öntől kérni, hogy a vizelet alkotóelemeit (többek között gyógyszerek lebomlási termékeit) ellenőrizzék.

Miután kezelőorvosa megkapta a fenti laboreredményeket, eldönti, hogy résztvehet-e Ön a vizsgálatban. Ha kezelőorvosa úgy dönt, hogy részt vehet a vizsgálatban, úgy megkérik Önt, hogy az 1 vizitet követő

2(8)

CONFIDENTIAL
AZSER12443002

Adult Subject Information and Consent Form for Use Globally (except in the US)
Study Code: D1441C00125 STAGE
Version No:4.0 Final Version Date: 19 December 2003
Hungarian translation  ver 2.0 date: 22 June 2004

14 napon belül jelenjen meg egy 2. viziten. Előfordulhat, hogy a második viziten még el kell végezni bizonyos, alább leírt teendőket és újból el kell végezni bizonyos teszteket ahhoz, hogy a vizsgálati eredmények birtokában a kezelőorvosa el tudja dönteni, hogy Ön részt vehet-e a vizsgálatban.

**Teendők, melyeket minden vizit során elvégeznek:**

- Kezelőorvosa felméri a betegsége súlyosságát. A 3.-9. vizitek alkalmával azt is felméri a kezelőorvos, hogy a megelőző vizit óta javult-e vagy romlott az Ön betegsége.

- Kezelőorvosa két kérdőív segítségével fel fogja mérni az Ön mozgáskészségét.

- Kérdéseket fog kapni a jelenleg vagy a közelmúltban szedett gyógyszereiről, beleértve a vizsgálati gyógyszereket is.

- Megmérik a vérnyomását, a pulzusát (szívverését) és a súlyát is.

- Kérdéseket fog kapni arra vonatkozólag, hogy az előző vizit óta változott-e az egészségi állapota.

- A 3. vizittől kezdve minden vizitre vissza kell hoznia az előző időszakból megmaradt vizsgálati gyógyszereit, még az üres gyógyszeres tartályokat is, majd pedig megkapja az új vizsgálati gyógyszereket.

**A 2., a 6. és a 9. viziten úgynevezett orális cukor (glukóz) toleranciatesztet végeznek. Ennek elvégzéséhez az előző éjszakát a kórházban kell töltenie, mégpedig úgy, hogy ez idő alatt nem szabad ennie.**

Az úgynevezett orális glukóztolerancia teszt (orvosi rövidítése: OGTT) az egyik legfontosabb vizsgálat. Ezt a tesztet a teljes vizsgálat során három alkalommal végzik el: a második vizit során, mielőtt megkapná a vizsgálati gyógyszert, 12 hét elteltével a 6. vizit során, valamint a 9. viziten, 24 hetes kezelés után, illetve a kezelés megszakítása esetén. A teszt érvényességét garantálandó a tesztet megelőzően 8-14 óra hosszat éheznie kell. Ezt azt jelenti, hogy a kórházban kell töltenie a vizit előtti éjszakát, és az éjszaka során (8-14 órán át) víz kivételével semmit sem ihat vagy ehet. Ez idő alatt a dohányzástól is tartózkodnia kell.

Reggel a nővér óvatosan egy branült (hajlékony vérvételi eszköz, amely megkönnyíti vérvételt) helyez az Ön karjába, és ennek segítségével vért vesz Öntől. Ezt követően kb. 300 ml vízben feloldott 75 gramm cukrot kell meginnia. A cukros oldat megivása után 30, 60, 90 és 120 perccel további vérmintákat vesznek. Összesen kb. 35 milliliter vért fognak venni. A vizsgálat során a vizsgálati személyzet mindent megtesz az Ön kényelméért, de a teszt ideje alatt Önnek ülve kell maradnia, nem dohányozhat, semmit nem ihat és ehet, vizet kivéve. A levett vérmintákat laboratóriumba küldik, ahol megmérik a vércukor, az inzulin, és a vérzsiradékok szintjét, illetve megvizsgálják a többi vérösszetevőt is.

A 2., a 6. és a 9. vizit során a következők fognak még történni:

- Amikor a kórházba megérkezik, ki kell töltenie egy PETiT-t nevű kérdőívet, amelyben arról érdeklődnek, hogyan érezte magát a megelőző egy hét alatt. Ez kb. 2-5 percet vesz majd igénybe.

- A reggel folyamán a vizsgálati személyzet egy ROMI nevű kérdőív alapján kérdéseket tesz fel Önnek arról, hogy milyen érzései vannak a gyógyszer szedésével kapcsolatban.

3(8)

CONFIDENTIAL
AZSER12443003

Subject Information and Consent Form for Use Globally (except in the US)
Study Code: D1441C00125 STAGE
Version No:4.0 Final Version Date: 19 December 2003
Hungarian translation  ver 2.0 date: 22 June 2004

**Egyes vizitek további eseményei**

- A 2. és a 9. vizit során megmérik a testsúlyát és a derékbőségét is.

- A 4., 5., 6. és 9. viziten 3 milliliter vért vesznek Öntől, hogy ellenőrizzék a vörös- és fehérvérsejtszámot.

Az utolsó, 9. viziten – azaz 24 héttel a kezelés megkezdése után –, illetve korábban is, ha Ön megszakítaná a részvételét, a fentieken kívül a következő vizsgálatok várnak Önre:

- Egy újabb EKG-t (a szív működésének vizsgálata) készítenek.

- További, 9-10 milliliter vért vesznek, hogy ellenőrizzék az ionok szintjét, valamint a máj-, a vese-, és a pajzsmirigy funkciókat. Vizeletmintát is vesznek, hogy elemezzék a vizelet összetételét.

A vizsgálat során esetleg soron kívüli, extra-vizitekre is sor kerülhet. Ezek során kezelőorvosa tovább alakítja a gyógyszer adagolását és követi egészségi állapotának változását.

**A vizsgálati gyógyszerek**

Miután a 2. viziten minden vizsgálat elkészült, beleértve az OGTT-t is, kijelölik az Ön számára a három vizsgálati gyógyszer valamelyikét. Vagy quetiapint, vagy olanzapint, vagy risperidont fog kapni. Bármelyik gyógyszert ugyanakkora eséllyel kaphatja meg. Egy számítógép véletlenszerűen dönti majd el, hogy Ön melyik gyógyszert kapja (nagyjából úgy, mintha egy pénzérme feldobásával döntenénk). Ön is és a vizsgálati személyzet is tudni fogja, hogy melyik gyógyszert kapta meg a három közül. A kezelőorvosának vagy a vizsgálati személyzetnek kötelessége lesz pontosan elmagyarázni Önnek a vizsgálati gyógyszer szedésének mikéntjét, illetve, hogy milyen adagban szedje a gyógyszert. Minderről írásos tájékoztatást is kapni fog. Az első öt nap során fokozatosan emelni fogják a vizsgálati gyógyszer adagját, miközben a korábbiakban esetleg szedett antipszichotikum adagját fokozatosan csökkentik, míg aztán az ötödik napra a korábbi gyógyszert el is hagyják.

Az első és az utolsó vizit kivételével a vizsgálati gyógyszer szükséges mennyiségét mindegyik viziten oda fogják adni Önnek. A kezelőorvossal való megegyezés alapján a vizsgálati gyógyszert vagy a vizsgálati személyzettől vagy a gyógyszertárból fogja megkapni. Kezelőorvosa fogja eldönteni, milyen adagolással kell szednie a gyógyszert; annak függvényében, hogy Ön hogyan érzi magát, orvosa csökkenheti, illetve növelheti az adagot. 24 héttel a kezelés megkezdését követően, azaz az utolsó vizittől kezdve, már nem fog több vizsgálati gyógyszert kapni. Miután befejezte a vizsgálatot, a kezelőorvosa eldönti majd, hogy a továbbiakban hogyan folytassák a betegsége kezelését.

**MIT KELL TENNEM?**

Kövesse a kezelőorvosa utasításait, minden fentebb leírt, a vizsgálattal kapcsolatos vizsgálaton vegyen részt, és tartsa meg a szokásos életstílusát, megszokott fizikai aktivitását vagy testgyakorlatait és jelenjen meg az ütemezett viziteken! A kezelőorvosánál előre megbeszélt időpontokban fog megjelenni, és a következő találkozó időpontját még az Ön távozása előtt meg kell beszélniük minden egyes viziten. Nagyon fontos, hogy a megbeszélésnek megfelelően szedje a vizsgálati gyógyszert! Minden vizitre vissza kell hozni a fel nem használt gyógyszereket, valamint a gyógyszerek tárolóedényeit, még akkor is, ha azok már üresek. Nagyon fontos az is, hogy az orvosi személyzetnek elmondja, milyen más gyógyszereket szedett a vizsgálat előtt, illetve a vizsgálat folyamán. Vannak olyan gyógyszerek, amelyeket a vizsgálat ideje alatt nem szabad szedni. A kezelőorvosa el fogja mondani, hogy mely gyógyszereket szedhet és melyeket nem.

Állapotos, szoptató és olyan nőbetegek, akik az elkövetkező kb. fél évben - azaz a vizsgálatban való részvételük ideje alatt - terhességet terveznek, nem vehetnek részt a vizsgálatban. Megkérünk minden nőbeteget, hogy azonnal értesítse kezelőorvosát, ha kiderül, hogy a vizsgálat ideje alatt teherbe esett!

4(8)

CONFIDENTIAL
AZSER12443004

Subject Information and Consent Form for Use Globally (except in the US)
Study Code: D1441C00125 STAGE
Version No:4.0 Final Version Date: 19 December 2003
Hungarian translation  ver 2.0 date: 22 June 2004

Meg fogják kérni, hogy a vizsgálat ideje alatt megbízható fogamzásgátló módszert alkalmazzon. Ilyen a fogamzásgátló tabletta, a méhen belülre helyezhető eszköz, illetve a kondom diafragmával, habbal vagy mással, a teherbeesést gátló eszközzel kombinálva.

## MIK A VIZSGÁLATBAN VALÓ RÉSZVÉTEL LEHETSÉGES MELLÉKHATÁSAI, KOCKÁZATAI VAGY KELLEMETLENSÉGEI?

Megvan a kockázata annak, hogy betegségének tünetei nem reagálnak majd a vizsgálati gyógyszerre. Állapota akár rosszabbodhat is, ha a vizsgálati gyógyszer nem hatékony az Ön esetében. Régi gyógyszerének elvétele is okozhat nem kívánt mellékhatásokat vagy ronthat az állapotán.

A vizsgálati gyógyszer is okozhat néhány mellékhatást. Az alább olvashatók közül vagy egyiket sem, vagy néhányat, esetleg akár mindet is megtapasztalhatja. Mindhárom antipszichotikum szedésének megkezdésekor gyakori mellékhatás az álmosság, ami befolyásolhatja azokat a szellemi és fizikai képességeket, amelyek az autóvezetéshez vagy egy gép kezeléséhez kellenek. Ülésből, fekvésből való felálláskor vérnyomáscsökkenése lehet, ami feledékenységet vagy gyengeséget okoz. Ez leginkább a kezelés kezdetekor jelentkezhet és idővel el szokott múlni.

A **quetiapin** leggyakoribb mellékhatása az álmosságon kívül a szédülés. Viszonylag gyakori mellékhatás még a gyorsult szívverés, a szájszárazság, a székrekedés, az emésztési zavarok, a gyengeség érzése, a láb- és kardagadás, a súlynövekedés, ájulás és az orrdugulás. Néhány betegnek a laboratóriumi eredményeiben mutatkozott eltérés: megváltozott fehérvérsejtszám, emelkedett értékek a májenzimek, a vérzsiradékok (pl. koleszterin), vagy az izmokban lévő anyag, a kreatin foszfokináz szintjeit illetően. Sokkal ritkább mellékhatások az allergiás reakciók vagy az esetleges rohamok. Igen ritka mellékhatások a láz, a nagyon erős álmosság, az izommerevség, a jelentős vérnyomás-, vagy szívritmus-növekedés, a csökkent éberség vagy a priapizmus (sokáig tartó és fájdalmas hímvesszőmerevedés).

Az **olanzapin** esetén a következők lehetnek a gyakori mellékhatások: súlygyarapodás, szédülés, megnövekedett étvágy, láb- és kardagadás, székrekedés, szájszárazság, szorongás, mozgási zavarok, remegés, izommerevség vagy a beszéd nehezítettsége. A prolaktin nevű hormon, a vércukorszint, a májenzimek, a zsírösszetevők, mint a koleszterin és a trigliceridek megnövekedett szintje szintén előfordult, csakúgy, mint a fehérvérsejtek számának a megváltozása. Kevésbé gyakori mellékhatások az allergiás reakciók, az alacsony pulzusszám vagy a napfényre való túlérzékenység. Nagyon ritkán előforduló mellékhatások pedig a következők lehetnek: májbetegség, rohamok, kóros hímvesszőmerevedés (fájdalmas merevedés), vizelési nehézségek, a tejelválasztás megindulása vagy rendellenességek a menstruációs ciklusban. Néhány betegnél vércukor-emelkedést, illetve a már korábban is fennálló cukorbetegség rosszabbodását tapasztalták. Ha az olanzapin kezelést hirtelen hagyják abba, olyan tünetek jelentkezhetnek, mint izzadás, alvási nehézségek, remegés, szorongás, émelygés, hányás.

A **risperidon** esetében gyakori mellékhatás az álmatlanság, a szédülés, a fejfájás, az izgatottság, a szorongás, a koncentrációs nehézségek és a súlygyarapodás. További jól ismert mellékhatások a megnövekedett pulzusszám, a fokozott nyálzás, az izommerevség, a mozgási zavarok. Egyes betegek a szexuális életükben vagy a menstruációs ciklust illetően tapasztaltak rendellenességet. Székrekedésről, emésztési nehézségekről, émelygésről, hányásról, hasi fájdalomról ugyancsak beszámoltak már, csakúgy, mint bőrkiütésről, orrdugulásról vagy homályos látásról. A ritka mellékhatások közé sorolható a láb- és kardagadás, az allergiás reakció, a megemelkedett májenzim szint, a mellnövekedés, a tejelválasztás megindulása, a vizelettartási nehézségek, a megemelkedett vérnyomás és a rohamok.

Egy igen ritkán előforduló, de veszélyes mellékhatás is kapcsolódik ehhez a gyógyszercsoporthoz: a rosszindulatú neuroleptikus szindróma (orvosi rövidítése: NMS). Ez egy életveszélyes kóros állapot: lázzal, merev izmokkal, vérnyomás- és szívritmus-változással, zavartsággal jár. Okozhatnak az antipszichotikumok egy tardív diszkinézia (orvosi rövidítése: TD) nevű mozgási rendellenességet is. E betegség tüneteként bizonyos izomcsoportok, pl. a nyelv és az ajak izmai, akaratlanul is mozognak. A

5(8)

CONFIDENTIAL
AZSER12443005

Adult Subject Information and Consent Form for Use Globally (except in the US)
Study Code: D1441C00125 STAGE
Version No:4.0 Final Version Date: 19 December 2003
Hungarian translation  ver 2.0 date: 22 June 2004

legtöbb esetben e tünetek megszűnnek, amikor az adott gyógyszert elhagyják, de előfordulnak olyan esetek is, amikor a tünetek tartósak maradnak.

Vannak olyan adatok, amelyek arról számolnak be, hogy e gyógyszerek hatással vannak a magzatra is. Ezért állapotos és szoptató nők nem vehetnek részt a vizsgálatban.

A gyógyszer szedésével kapcsolatosan előfordulhatnak olyan kockázati tényezők is, amelyeket a korábbi vizsgálatok nem azonosítottak. Még nagy elővigyázatosság esetén is bizonyos kockázattal jár egy új gyógyszer szedése, e vizsgálatban azonban minden óvintézkedés meg fog történni, és Önt is arra bátorítjuk, hogy bármilyen fajta gondja, panasza támadna, tájékoztassa arról a vizsgálati személyzetet. A vérvétel is okozhat Önnek kellemetlenséget. Emiatt átmeneti rossz közérzete lehet, és van egy csekély kockázata annak is, hogy a tűszúrás véraláfutást, fertőzést, helyi gyulladást okoz. Vannak emberek, akik a vérvételkor szédülést éreznek vagy elájulnak. Az orális glukóz tolerancia teszt (OGTT) miatt három alkalommal 8-14 órán keresztül éheznie kell és tartózkodnia a dohányzástól – mindez kényelmetlenséget jelenthet. A kezelőorvos és a vizsgálati személyzet gondosan figyelemmel kíséri majd az Ön egészségi állapotát a vizsgálat folyamán. A nem kívánt mellékhatások kockázatát a kezelőorvos által adott utasítások megfelelő betartásával, a gyakori vizsgálatokkal, illetve a laboratóriumi tesztek segítségével a minimumra lehet csökkenteni.

Amennyiben Önnel bármi fajta súlyosabb orvosi gond adódna, úgy amíg az meg nem oldódik, addig a szponzorcég hozzáférést kér az Ön orvosi adataihoz, hogy megismerhessék az adott egészségügyi probléma lefolyását, kimenetelét. Ez még arra az esetre is fennáll, ha Ön egyébként befejezi a vizsgálatban való részvételt. E beleegyező nyilatkozat aláírásával Ön hozzájárul ahhoz, hogy az előbb említett egészségügyi kartotékba belenézhessenek. Beleegyezését azonban bármikor visszavonhatja.

## MIK A RÉSZVÉTEL LEHETSÉGES ELŐNYEI?

Remélhetőleg segíteni fog a betegségén a vizsgálat alatti kezelés. Mindazonáltal, ezt nem lehet szavatolni. A vizsgálat alapján nyert információk hozzásegíthetnek ahhoz, hogy az ugyanilyen betegségben szenvedőkön jobban tudjunk segíteni a jövőben.

## MI TÖRTÉNIK AKKOR, HA A VIZSGÁLATOT ÉRINTŐ ÚJ INFORMÁCIÓ JELENIK MEG?

Amennyiben a vizsgálati gyógyszerrel kapcsolatban bármilyen olyan új információ kerül napvilágra, amely hatással lehet az Ön abbéli döntésére, hogy folytassa-e a részvételt, arról tájékoztatjuk.

## MELYEK A RÉSZVÉTEL KÖLTSÉGEI?

A vizsgálatban való részvétele semmilyen költséget nem okoz Önnek. A cég kifizeti a vizsgálathoz szükséges kórházi ellátás költségeit. A vizsgálat ideje alatt a vizsgálati gyógyszer (quetiapine, olanzapine vagy risperidone), a viziteken való részvétel és a laborvizsgálatok ingyenesek. A vizsgálattal kapcsolatos utazási pluszköltségeket, amennyiben erre igényt tart, számla ellenében megtérítjük.

Amennyiben a vizsgálatban való részvétele miatt valamely sérülést, károsodást szenvedne el, úgy a cég a hatályos magyar jogszabályokban előírtak szerint fizet kártérítést Önnek. A gyógyszergyártó cég klinikai vizsgálatok végzésére vonatkozó érvényes biztosítással rendelkezik a Generali-Providencia Biztosító Rt-nél (1066 Budapest, Teréz krt. 42-44. Magyarország).

## HOGYAN FOGJÁK FELHASZNÁLNI SZEMÉLYES ADATAIMAT?

E dokumentum aláírásával Ön hozzájárul ahhoz, hogy a kezelőorvosa, illetve a vizsgálati személyzet összegyűjtse és tudományosan feldolgozza az Ön adatait, amelyek a következőket foglalják magukban:

6(8)

CONFIDENTIAL
AZSER12443006

Adult Subject Information and Consent Form for Use Globally (except in the US)
Study Code: D1441C00125 STAGE
Version No:4.0 Final Version Date: 19 December 2003
Hungarian translation ver 2.0 date: 22 June 2004

- az Ön születési dátuma;

- neme;

- etnikai hovatartozása, illetve származása;

- Fizikai / szellemi állapotára vonatkozó adatok;

- bármely más olyan adat, amelyet a vizsgálatban való részvételkor, vagy az utánkövetés során nyertek.

Kezelőorvosa a vizsgálat adminisztrációjához, lebonyolításához, tudományos és statisztikai elemzéshez fogja felhasználni az Ön adatait.

Kezelőorvosa a vizsgálat során nyert személyes adatokat (vizsgálati adatok) a vizsgálatot szponzoráló gyógyszercég (szponzor cég) rendelkezésére bocsátja. E vizsgálat szponzora az AstraZeneca R&D, Södertalje. A szponzor rendelkezésére bocsátott, Önre vonatkozó vizsgálati adatok nem tartalmazzák az Ön nevét, a címét és a társadalombiztosítási számát. Ezek helyett a kezelőorvosa az Ön nevének kezdőbetűit és egy meghatározott kódszámot tüntet fel a szponzor számára továbbított dokumentumokon. Csak a kezelőorvosa és a vizsgálati személyzet tudja összekapcsolni az Ön személyét és az Önről szolgáltatott vizsgálati adatokat. Mindazonáltal, bármely, a kezelőorvosa rendelkezésére álló személyes adatát a vizsgálóhelyen átnézhetik a szponzoráló gyógyszergyár képviselői, a cég megbízottjai, a felügyelő hatóságok, a Független Etikai Bizottság vagy más felügyeleti szervek. Ezen ellenőrzések célja az, hogy biztosítsák a vizsgálat előírás szerinti lefolytatását és/vagy a vizsgálati adatok megfelelő minőségét.

A szponzoráló cég az Ön vizsgálati adatait a következőkre használhatja fel:

- adminisztratív célokra;

- gyógyszerek, diagnosztikus eszközök és/vagy gyógyászati segédeszközök fejlesztésére, kutatására;

- statisztikai elemzésre;

- a vizsgálati gyógyszer/termék engedélyeztetésével, törzskönyveztetésével és forgalmazásával kapcsolatos eljárásokra;

- a vizsgálati gyógyszer biztonságosságát és hatékonyságát elemző értékelésekre.

A szponzoráló cég a vizsgálati adatokat a vele egy csoportban lévő további cégek, szolgáltatók és az általa megbízott további cégek számára kiszolgáltathatja, de a vizsgálati adatok csak a fent megjelölt célokra használhatók fel. A vizsgálati adatokat a szponzoráló cég a fenti célok érdekében az Európai Unión kívüli országokba is eljuttathatja, és az adatokat a szabályzó hatóságok rendelkezésére bocsáthatja. Önnek jogában áll tájékoztatást kérni bármely személyes adatáról, amellyel kezelőorvosa vagy a szponzoráló cég rendelkezik. Az is jogában áll, hogy bármilyen, a személyes adatait érintő pontatlanság/tévedés helyesbítését kérje. Ha kérése van, először a kezelőorvosával lépjen kapcsolatba, aki segít Önnek elérni a szponzoráló céget, amennyiben ez szükséges. E nyomtatvány elején megtalálható a kezelőorvos elérhetősége.

A vizsgálat eredményét orvosi szaklapban közzé tehetik, anélkül azonban, hogy felfednék az Ön személyazonosságát.

A szponzoráló cég felelős az Ön vizsgálati adatainak felhasználásáért.

7(8)

CONFIDENTIAL
AZSER12443007

Adult Subject Information and Consent Form for Use Globally (except in the US)
Study Code: D1441C00125 STAGE
Version No:4.0 Final Version Date: 19 December 2003
Hungarian translation  ver 2.0 date: 22 June 2004

**KIHEZ FORDULHATOK, HA TOVÁBBI INFORMÁCIÓRA VAGY SEGÍTSÉGRE VAN SZÜKSÉGEM?**

Ha arra vonatkozólag szeretne további információkhoz jutni, hogy a klinikai vizsgálatokban részt vevő betegeknek milyen jogaik vannak, úgy a kórházban működő Etikai Bizottsággal lépjen kapcsolatba.

Ha a vizsgálattal vagy a vizsgálati gyógyszerrel kapcsolatban kérdése merül fel, esetleg valamilyen, a vizsgálattal kapcsolatos károsodás éri, kérjük, lépjen kapcsolatba a betegtájékoztató első oldalán feltüntetett személyek egyikével.

………………………………………………          ………………………………………………
        *A beteg aláírása*                                          *A vizsgálatvezető / kezelőorvos aláírása*

8(8)

CONFIDENTIAL
AZSER12443008

Adult Subject Information and Consent Form for Use Globally (except in the U.S.)
Study Code: D1441C00125 STAGE
Version No:4.0 Final Version Date: 19 December 2003
Hungarian translation date: 24 March 2004

# ÍRÁSOS BELEEGYEZŐ NYILATKOZAT

A VIZSGÁLAT KÓDSZÁMA:            A VIZSGÁLÓHELY SZÁMA: ...................................................

A VIZSGÁLÓHELY NEVE:...................................................

TAJ SZÁM: ...............................            BEVONÁSI SZÁM:...................................................

A BETEG NEVÉNEK KEZDŐBETŰI: ...................................

SZÜLETÉSI HELY:....................................            SZÜLETÉSI IDŐ: ...................................................

LAKCÍM:..........................................................................................................................

Én,   ............................................................................................, a fenti vizsgálatról
*(a beteg neve nyomtatott betűkkel)*
szóbeli tájékoztatást kaptam, és elolvastam a hozzá csatolt írásos tájékoztatást.

Lehetőségem volt, hogy a vizsgálatról érdeklődjem, és azzal kapcsolatosan kérdéseket tegyek fel.

Beleegyezek a vizsgálatban való részvételbe, és tudatában vagyok annak, hogy részvételem teljes egészében önkéntes.

Megértettem, hogy indoklás nélkül, bármikor visszaléphetek, és ez a döntés nincs kihatással a jövőbeni kezelésemre.

Azzal, hogy aláírom e tájékoztatót és a beleegyező nyilatkozatot, beleegyezem abba, hogy személyes adataimat – beleértve a testi és szellemi egészségemmel vagy állapotommal, nemzeti, etnikai hovatartozásommal kapcsolatos adatokat is – a beleegyező nyilatkozatban leírtak értelmében felhasználhassák.

Tudomásul veszem, hogy e tájékoztatóról és a beleegyező nyilatkozatról másolatot fogok kapni.

Beleegyezem, hogy háziorvosomat értesítsék a vizsgálatban való részvételemről:

***Igen* ☐            *Nem* ☐**

_____            _____
*A beteg aláírása*                          *Az aláírás dátuma*

_____
*A beteg neve nyomtatott betűkkel*

Tájékoztattam a fent nevezett beteget a vizsgálatról, illetve annak céljáról.

_____            _____
*A vizsgálatvezető / kezelőorvos aláírása*            *Az aláírás dátuma*

_____
*A vizsgálatvezető / kezelőorvos neve nyomtatott betűkkel*

1(1)

CONFIDENTIAL
AZSER12443009

Adult Subject Information and Consent Form for Use Globally (except in the US)
Study Code: D1441C00125 STAGE
Version No:5.0 Date: 24 June 2004
Hungarian translation ver 4.0 date: 03 Jan 2005

| A VIZSGÁLATÉRT FELELŐS SZEMÉLYEK: **RESPONSIBLE PERSONNEL:** | A VIZSGÁLAT KÓDSZÁMA: **STUDY CODE:** | **D1441C00125** |
|---|---|---|
| ................................................................ | A VIZSGÁLÓHELYSZÁMA: **CENTRE NUMBER:** | ................................ |
| ................................................................ | | |
| ................................................................ | | |
| AZ INTÉZET TELEFONSZÁMA:.......................................... **PHONE NUMBER OF THE CLINIC:** | BEVONÁSI SZÁM: **ENROLMENT CODE:** | ................................ |
| AZ INTÉZMÉNYI KUTATÁSETIKAI BIZOTTSÁG NEVE: **LOCAL ETHIC COMMITTEE:** | A BETEG NEVÉNEK KEZDŐBETŰI: **SUBJECT'S INITIALS:** | ................................ |
| ................................................................ | | |
| ................................................................ | | |
| ELNÖKÉNEK NEVE:................................................... **NAME OF RESPONSIBLE PERSON:** | | |
| ELÉRHETŐSÉGE:..................................................... **PHONE NUMBER:** | | |

# ADULT STUDY PATIENT INFORMATION AND CONSENT FORM
# FOR USE GLOBALLY (EXCEPT IN THE US)

## BETEGTÁJÉKOZTATÓ
**Backtranslation: SUBJECT INFORMATION FORM**

Study Code:
**NA**

Subject Initials:
**NA**

Centre No:
**NA**

Enrolment code and/or randomisation code
**NA**

You are being asked to take part in a research study.  Before you decide it is important for you to understand why the research is being done, how your information will be used, what the study will involve and the possible benefits, risks and discomforts.  Please take time to read the following information carefully and discuss it with your family doctor, if you wish.

## WHAT IS THE BACKGROUND TO AND PURPOSE OF THE STUDY?

You have been asked to take part in this study since you suffer from schizophrenia and your doctor has considered it necessary that you should receive treatment for that illness.  This study is being carried out to see if treatment with a medicine used to treat schizophrenia, quetiapine, may also affect the way your body takes care of sugar and fat and, if so, how it compares with two other medications, olanzapine and risperidone.  Unwanted effects on how the body takes care of sugar and fat could lead to an increased risk of cardiovascular disease or development of diabetes.  Approximately 600 other patients like you will take part. Quetiapine, olanzapine and risperidone are of a type of medication called "atypical antipsychotics".  All three study medications have been approved for treatment of schizophrenia by the regulatory authorities in many countries, including <<insert country>>.

1(10)

CONFIDENTIAL
AZSER12443010

Adult Subject Information and Consent Form for Use Globally (except in the US)
Study Code: D1441C00125 STAGE
Version No:5.0 Date: 24 June 2004
Hungarian translation ver 4.0 date: 03 Jan 2005

During the study treatment period you will receive treatment with one of these three study medications.  The comparison will be done by measuring the levels of sugar (glucose) and a hormone called insulin in your blood.  To do this you will be required to stay over night at the hospital at three times during the study and a number of blood samples will be taken in the morning after.

## DO I HAVE TO TAKE PART?

It is up to you to decide whether or not to take part.  Even if you refuse to participate in the clinical study, you will not be disadvantaged in any way, including medical treatment and care you are entitled to receive.  If you do decide to take part you will be given this Written Informed Consent Form to sign.  If you decide to take part you are still free to withdraw at any time and without giving a reason.  This will not affect the standard of care you receive.  Your primary physician will be informed about your participation in the study if you agree to this.  Likewise, the doctor conducting the study (the "Study Doctor") may decide that continued participation in the study is no longer in your best interest and you will be withdrawn.  This could happen if you no longer fulfil the criteria for participation in the study, if you do not follow the instructions the doctor gives to you, if the study personnel cannot get in touch with you, if your illness gets worse and your doctor decide that you need some other medication or if your doctor decides to withdraw you due to side effects or risks to your health in any way.  You may also be withdrawn if the sponsoring company decides to terminate the study.  If you do not want to continue with study medication or decide to withdraw from the study for other reasons, you should always speak to your doctor on how and when to stop taking the medication, as this may affect the symptoms of your disease.  If you, or your doctor, decide that you will no longer take part you are asked to come for a final visit, complete the evaluations needed and return all unused medication.  Your study doctor will provide care for your psychotic illness, and will assist you in obtaining follow-up treatment, including starting you on a new antipsychotic medication if indicated.

If you do not want to take part in the study there are a number of antipsychotic medications which are available to treat your condition, including the three medications that are tested in this study (quetiapine, olanzapine and risperidone).  Your Study Doctor can explain the treatments that are available, and the risks and benefits of these treatments, to you if you choose not to take part.

## WHAT WILL HAPPEN TO ME IF I TAKE PART?

The study involves nine visits to the clinic over a total period of up to 26 weeks. 24 weeks involves treatment with study medication.  A summary of the visits can be found in the table and the procedures to be performed at each visit are described below.

| Visit no | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|
| Weeks of treatment | No study medication | Day 1 | 1 w | 4 w | 8 w | 12 w | 16 w | 20 w | 24 w Final visit |

### Visit 1

At the first visit your Study Doctor needs to see if you can take part in this study.  You will be given oral and written information of the study and can decide whether you want to participate

2(10)

92

CONFIDENTIAL
AZSER12443011

Adult Subject Information and Consent Form for Use Globally (except in the US)
Study Code: D1441C00125 STAGE
Version No:5.0 Date: 24 June 2004
Hungarian translation ver 4.0 date: 03 Jan 2005

or not.  If you want to participate, a number of examinations and evaluations will be performed.  In addition to the procedures described below that are done at all visits, the following will be performed:

- A physical examination, including an electrocardiogram (ECG, a tracing of the heart activity).

- You will be asked questions about your medical and surgical history, smoking habits and previous medications.

- A blood sample (12,5 mL) is taken for testing of red and white blood cells, blood salts, sugar, fats (e.g. cholesterol), some hormones and tests to control liver, kidney and thyroid function.  A pregnancy test is part if the blood sample if you are female.  A urine sample will also be taken for analysis of compounds in the urine, including a screening for drugs.

When your Doctor receives the results of the tests, he/she will decide if you can participate.  If your Study Doctor decides that you can participate he/she will ask you to come for a second visit within 14 days of the first one.  In some cases, you may need to continue to visit 2 and perform the procedures described below to confirm the test results before your Study Doctor can decide if you can participate or not.

**Study procedures performed at all visits**

- Your Study Doctor will evaluate the severity of your illness.  For Visits 3-9 he/she will also evaluate whether your illness has improved or become worse since last study visit.

- Your Study Doctor will evaluate your movements with the help of two questionnaires.

- You will be asked questions about any medication you are taking or have been taking recently, including study medication.

- Your blood pressure, pulse (heart rate) and weight will be measured.

- You will be asked questions regarding changes in your health since last study visit.

- Starting at Visit 3 you will return leftover study medication and empty containers from previous study period and receive new study medication (except at the final visit).

    **Backtranslation: Starting at Visit 3 you will return leftover study medication, even the empty containers, from previous study period and receive new study medication.**

-

**Visits 2, 6 and 9 Oral Glucose Tolerance Test requiring overnight fasting hospitalisation**

The most important assessment is a so-called Oral Glucose Tolerance Test or OGTT.  This test is done three times during the study: at Visit 2 before you get study medication, at Visit 6 after 12 weeks and at Visit 9, after 24 weeks of treatment or at discontinuation.  To ensure

3(10)

CONFIDENTIAL
AZSER12443012

Adult Subject Information and Consent Form for Use Globally (except in the US)
Study Code: D1441C00125 STAGE
Version No:5.0 Date: 24 June 2004
Hungarian translation ver 4.0 date: 03 Jan 2005

reliable results of this test, you have to have been fasting for 8-14 hours before the test.  This means that you will be asked to stay overnight in a hospital the night before the visit, either at the Study Site or a Day-care clinic, and that you cannot eat or drink anything but water for 8-14 hours during the night.  You must also refrain from smoking during this time.

In the morning when it is time for the Oral Glucose Tolerance Test a study nurse will carefully insert a catheter (a device that makes it easier to take blood samples) in your arm and take a blood sample.  You will then be asked to drink a solution of 75 g sugar dissolved in approximately 300 mL of water.  Additional blood samples will be taken after 30, 60, 90 and 120 minutes.  In total approximately 35 mL of blood will be collected.  The study personnel will do everything possible to make it comfortable for you during this time but you will be asked to remain sitting and you cannot smoke, eat or drink anything else than water during the test.  The blood samples will be sent to a laboratory for analysis of blood sugar, a hormone called insulin, fats and other compounds.

The following will also be performed at Visits 2,6 and 9:

- When you arrive in the hospital, you will be asked to fill in a questionnaire called PETiT, answering questions on how you have been doing and feeling during the last week.  This will take 2-5 minutes.

- In the morning, study personnel will ask you questions about your attitude towards taking your medication based on a questionnaire called ROMI.

**Additional procedures at some visits**

- A waist circumference measurement will be made in addition to the weight at Visits 2 and 9.

- At Visit 4, 5, 6 and 9 a blood sample (3 mL) is taken for testing of red and white blood cells.

At the final Visit 9 after 24 weeks of treatment, or if you are withdrawn from the study, the following will be performed in addition to the procedures above:

- A new electrocardiogram (ECG, a tracing of the heart activity) will be taken.

- An additional blood sample (9-10 mL) is taken for testing of blood salts and to control liver, kidney and thyroid function.  A urine sample will also be taken for analysis of some compounds in the urine.

Your doctor may need to schedule extra visits during the study to adjust the dose or follow-up on any changes in your health.

**Study medication**

When all the procedures are completed at Visit 2, including the Oral Glucose Tolerance Test, you will be assigned to one of the three study medications.  You will either receive quetiapine, olanzapine or risperidone.  You have an equal chance of receiving quetiapine, olanzapine or risperidone.  Which treatment you receive is decided at random by a computerized list (purely by chance, like the tossing of a coin).  Both you and the Study Site personnel will know which

4(10)

94

CONFIDENTIAL
AZSER12443013

Adult Subject Information and Consent Form for Use Globally (except in the US)
Study Code: D1441C00125 STAGE
Version No:5.0 Date: 24 June 2004
Hungarian translation ver 4.0 date: 03 Jan 2005

treatment you receive.  Your Study Doctor, or other study personnel responsible for this, will explain carefully how to take the tablets and which dose to take.  You will also be provided with written instructions.  During the first five days of treatment the dose of the study medication will be slowly increased, while any antipsychotic medication you may have used before will be decreased and finally completely stopped by Day 5.

Study medication will be dispensed to you at each visit, except at the first and final visit.  You will get it either from the study personnel or through the pharmacy, as agreed with your doctor.  Your Doctor decides which dose you should take, and may decide to adjust the dose upward or downward depending on how you are feeling.  The last visit is after 24 weeks of treatment, after that you will no longer receive study medication.  When you have finished taking part in this study, your Study Doctor will decide how to continue to manage your illness.

## WHAT DO I HAVE TO DO?

You must be willing to follow your study doctor's instructions, go through all the study related procedures described above, maintain your normal lifestyle and your normal physical activities or exercise and attend the scheduled visits.  You will come to your study doctor's office on specified days and your appointments should be scheduled prior to your leaving each visit.  It is also <u>important that you take the study medication as directed.</u>  Any left over medication that you do not take, and the container, even if it is empty, must be returned at each of your visits.  It is also important that you tell the medical staff about any other medication you are taking before and during the study.  Some medications are not allowed during the study and your study doctor can tell you which you can or cannot take.  If you are a female, you must not be pregnant or breast-feeding, and you must not become pregnant during the study.

**Backtranslation: Females who are pregnant, breast-feeding or plan to become pregnant in the following appr. 6 months - during the period they are involved in the study - are not allowed to take part in the study.**

Your Study Doctor must be told immediately if pregnancy occurs.

**Backtranslation: We ask female patients to contact their doctor immediately if they become aware of their pregnancy.**

You will be asked to use a reliable birth control method such as birth control pills, intrauterine devices or condom together with diaphragm, foam or sponge during the study.

## WHAT ARE THE POSSIBLE SIDE EFFECTS, RISKS AND DISCOMFORTS OF TAKING PART?

There is a risk that the symptoms of your illness will not respond to the study medication.  Your condition may worsen if the study drug is ineffective for you.  The withdrawal of your old medication, if any, may give unwanted side effects or a worsening of your condition.  The study medications may cause some side effects.  You may experience none, some or all of those listed below.  A common side effect of all three antipsychotic drugs when beginning treatment is sleepiness; that may also affect mental and physical abilities required to operate an automobile or machinery.  You may experience a decrease in blood pressure when standing

5(10)

95

CONFIDENTIAL
AZSER12443014

Adult Subject Information and Consent Form for Use Globally (except in the US)
Study Code: D1441C00125 STAGE
Version No:5.0 Date: 24 June 2004
Hungarian translation ver 4.0 date: 03 Jan 2005

up that might cause light-headedness or fainting.  This is most common early in the treatment and will usually pass with time.

For **quetiapine** the most common side effect apart from sleepiness is dizziness.  Relatively common are also rapid heart beat, dry mouth, constipation, indigestion, feeling weak, swelling of arms and legs, weight gain, fainting and stuffy nose.  Some patients have shown changes in laboratory test values, such as changes in the amount of white blood cells or an increase in the amount of liver enzymes, fatty substances such as cholesterol in the blood, or in the amount of "creatine phosphokinase", a substance in the muscles.  If you experience symptoms such as fever and/or sore throat and sores on the tongue or inside of the mouth you should seek medical care.  More uncommon side effects are allergic reactions and fits (seizures).  Rare side effects that have been reported are fever, very marked drowsiness, muscle stiffness, marked increase in blood pressure or heart beat, reduced consciousness and priapism (long-lasting and painful erection).  Quetiapine contain lactose, which may cause discomfort if you are lactose intolerant.  There have been reports of hyperglycaemia (high blood sugar) and diabetes in patients treated with quetiapine and other drugs like it.

For **olanzapine** common side effects are weight gain, dizziness, increased appetite, swelling of arms and legs, constipation, dry mouth, anxiety, abnormal movements, tremor, muscle stiffness or difficulties in speaking.  Increased levels of the hormone prolactin, blood glucose, the amount of liver enzymes or fatty substances such as cholesterol and triglycerides have been observed, as well as changes in the amount of white blood cells.  More uncommon side effects are allergic reactions, slow heart rate or sensitivity for sunlight.  Very rare side effects that have been reported are liver disease, fits (seizures), priapism (painful erection), difficulties in urinating, secretion of milk or irregularities in the menstruation cycle.  Some patients have experienced high levels of blood sugar or a worsening in their diabetes.  If the treatment with olanzapine is suddenly stopped symptoms like increased sweating, difficulties in sleeping, tremor, anxiety, nausea or vomiting may occur.

For **risperidone** common side effects are insomnia, dizziness, headache, agitation, anxiety, difficulties in concentrating, weight gain.  Other well-known side effects are increased heart rate, increased salivation, muscle stiffness, abnormal movements.  Some patients experience disturbances in sexual function or irregularities in the menstrual cycle.  Constipation, difficulties in digestion, nausea, vomiting or abdominal pain have been reported, as well as rash, stuffy nose and blurred vision.  Rare side effects include swelling of arms and legs, allergic reactions, increase in the amount of liver enzymes, breast enlargement, secretion of milk, difficulties in keeping the urine, elevated blood pressure and fits (seizures).

There are very rare, but potentially serious, side effects associated with this class of drugs called neuroleptic malignant syndrome (NMS), a potentially life-threatening disorder that includes symptoms such as fever, tight muscles, changes in blood pressure and heart rate and confused thinking.  Antipsychotics may also cause a movement disorder called tardive dyskinesia (TD).  Symptoms of this disorder is that certain muscle groups (e.g., the tongue and lip muscles) will move even if the person does not want them to move.  In most cases, the symptoms stop when the medication is withdrawn, but in some cases they are permanent.

There are some reports that some of these medications might affect unborn children, therefore, if you are female, you should not be pregnant or breastfeeding during the study.

There may be risks involved in taking this medication that have not been identified in the studies done so far.  There is always a risk involved in taking a new medication but every precaution will be taken and you are encouraged to report anything that is troubling you.  The

6(10)

CONFIDENTIAL
AZSER12443015

Adult Subject Information and Consent Form for Use Globally (except in the US)
Study Code: D1441C00125 STAGE
Version No:5.0 Date: 24 June 2004
Hungarian translation ver 4.0 date: 03 Jan 2005

taking of a blood sample may cause some discomfort.  In connection with this, there may be a temporary discomfort and there is a small risk of bruising, infection or inflammation at the needle stick site.  Some people may feel faint or dizzy.  The OGTT procedure requires 8-14 hours of fasting and non-smoking at three times during the study, which might cause some discomfort.  Your Study Doctor and the study staff will monitor your condition closely.  With your cooperation regarding the instructions given by your Study Doctor, frequent examinations and the performance of laboratory tests, the risk of unwanted side effects can be minimized.

If you experience a serious medical problem, the study sponsor will request access to your medical records until your condition is resolved, in order to determine the medical outcome.  This will be true even if you otherwise end participation in the study.  Your permission to review these records is granted by signing this form, but you may withdraw this consent at any time.

## WHAT ARE THE POSSIBLE BENEFITS OF TAKING PART?

It is hoped that the study treatment given during the study will help you.  However, this cannot be guaranteed.  The information we get from this study may help us to treat future subjects with the same illness as you better.

## WHAT IF NEW INFORMATION BECOMES AVAILABLE?

If any new information on the study medication(s) becomes available which may influence your decision to continue in the study you will be told.

## WHAT ARE THE COSTS OF TAKING PART?

You will not be paid for taking part in this study.  If you need to take time off from work or other activities, this time or loss of wages will not be compensated.  However, the study medication (quetiapine, olanzapine or risperidone), study visits and laboratory tests will be provided at no cost to you during the study.  Your reasonable and necessary expenses in connection with this study, such as travel and parking, will be reimbursed if you have receipts for those expenses.  You, or your insurance provider, will be responsible for paying usual medical or psychiatric care during the study, including medication other than the study medication that is needed to treat your condition.  The study will pay for the hospitalisation required for the study procedures, but not for other costs related to hospitalisation that you might have.

**Backtranslation:**  Participating in this study will not cost you anything.
:    The study will pay for the hospitalisation required for the study procedures: the study medication (quetiapine, olanzapine or risperidone), study visits and laboratory tests will be provided at no cost to you during the study.
Extra travelling costs related to the study are going to be reimbursed on your request against invoice.

If you suffer any side effect or injury, notify your study doctor immediately so that you can receive appropriate medical treatment.  If you suffer any side effect or other physical injury resulting directly from the study medication, the study sponsor will pay for the reasonable costs of medical treatment to the extent permitted by the law of <<*country*>> if:

7(10)

97

CONFIDENTIAL
AZSER12443016

Adult Subject Information and Consent Form for Use Globally (except in the US)
Study Code: D1441C00125 STAGE
Version No:5.0 Date: 24 June 2004
Hungarian translation ver 4.0 date: 03 Jan 2005

- you took the study medication as directed by the study doctor;

- your injury was not deliberately caused;

- the study doctor was immediately notified about your injury; and

- the medical advice of the study doctor was followed.

If you are caused any injury directly by your participation in the study, the company will compensate you in accordance with the law of <<*country*>>. The company has insurance to cover study related injuries.

**Backtranslation**: The company is insured in this respect at Generali-Providencia Biztosító Rt, (1066 Budapest, Teréz krt. 42-44. Hungary).


## HOW WILL MY PERSONAL DATA BE USED?

By signing this form you consent to the Study Doctor and his staff collecting and processing your personal data, including the following:

- your date of birth

- your sex

- your race or ethnic origin

- personal data on your physical or mental health or condition

- any other personal data obtained during your participation in the study or as a result of any follow up assessments.

The Study Doctor will use your personal data for the purposes of administering and conducting the study, research and statistical analysis.

The Study Doctor will share personal data collected during the study ("Study Data") with the pharmaceutical company sponsoring the study ("the Sponsoring Company"). The Sponsoring Company of this study is AstraZeneca <<*insert full legal name of AstraZeneca company sponsoring study (e.g., AstraZeneca AB, AstraZeneca LLP, AstraZeneca UK Ltd) – contact Legal department for advice.*>> Your Study Data shared with the Sponsoring Company does not (generally) include your name, address, or social security number. Instead the Study Doctor uses your initials and assigns a code number to the Study Data sent to the Sponsoring Company. Only the Study Doctor and his staff have access to the code key with which it is possible to connect your Study Data to you. However, any of your personal data, which is available to the Study Doctor, may be reviewed at the Study Doctor's site by the Sponsoring Company and/or its representatives, its contractors, regulatory authorities, the Independent Ethics Committee or other supervisory bodies. The purpose of these reviews is to assure the proper conduct of the study and/or the quality of your Study Data.

The Sponsoring Company may use your Study Data for:

- administration purposes

8(10)

98

CONFIDENTIAL
AZSER12443017

Adult Subject Information and Consent Form for Use Globally (except in the US)
Study Code: D1441C00125 STAGE
Version No:5.0 Date: 24 June 2004
Hungarian translation ver 4.0 date: 03 Jan 2005

- research and development of pharmaceutical products, diagnostics and/or medical aids

- statistical analysis

- the approval, registration and marketing processes relating to its products/study medication

- carrying out safety and efficacy evaluations

The Sponsoring Company may share your Study Data with other companies within its group, with its service providers and its contractors who will use your Study Data only for the purposes described above.

<< *For European Economic Area Countries only)>>*The Sponsoring Company may transfer your Study Data to countries outside the European Union for these purposes and for providing data to regulatory authorities.  Please be aware that the laws in such countries may not provide the same level of data protection as the laws in the European Union and may not stop persons who you have agreed may see your study Data from sharing it with other persons.>>

<< *For non-European Economic Area Countries)* The Sponsoring Company may transfer your Study Data to countries outside << *country*>> for these purposes and for providing data to regulatory authorities.  Please be aware that the laws in such countries may not provide the same level of data protection as the laws in <<*country*>> and may not stop persons who you have agreed may see your study Data from sharing it with other persons.>>

You have the right to request information about any personal data that the Study Doctor or the Sponsoring Company may hold about you.  You also have the right to request that any inaccuracies in your personal data be corrected.  If you wish to make a request, then please contact the Study Doctor in the first instance, who can help you contact the Sponsoring Company if necessary.  The Study Doctor's contact information is set out at the end of this form.

**Backtranslation: The Study Doctor's contact information is set out at the top of this form.**


Your consent to the use of your Study Data does not have a specific expiration date but you may withdraw it at any time by writing to the Study Doctor at the address below.  If you withdraw your consent, the Study Doctor will no longer use your Study Data (including information from this study recorded in your medical records) or share it with others, unless the Study Doctor needs to do so to ensure the validity of the Study Data.  However, the Sponsor Company may still use information about you that was shared with it before you withdrew your consent.  Remember, any continued use of Study Data by the Study Doctor or the Sponsor Company will only be for the purposes described in this form.

If you withdraw your consent to the use of your Study Data, you cannot continue to take part in the Study.

Please note, the results of the study may be published in medical literature, but your identity will not be revealed.

The Sponsoring Company is responsible for its own processing of your Study Data.


9(10)

CONFIDENTIAL
AZSER12443018

Adult Subject Information and Consent Form for Use Globally (except in the US)
Study Code: D1441C00125 STAGE
Version No:5.0 Date: 24 June 2004
Hungarian translation ver 4.0 date: 03 Jan 2005

## WHOM SHOULD I CONTACT IF I NEED MORE INFORMATION OR HELP?

If you want more information regarding the rights of patients participating in clinical studies, you may contact your local Ethic Committee. *<<Name of local IEC>>*    Phone No. <<>>
**Backtranslation: If you want more information regarding the rights of patients participating in clinical studies, you may contact the local Ethics Committee in the hospital.**

In case of a study-related injury or whenever you have questions about the study or your study medication, please contact:

Dr *<<name>>*                                  Nurse *<<name>>*
Phone No. << >>                              Phone No. << >>
<<Address>>

**Backtranslation: In case of a study-related injury or whenever you have questions about the study or your study medication, please contact one of the persons indicated on the first page of the Subject Information Form.**

………………………                        …………………………
**Backtranslation: Signature of Patient**      **Backtranslation: Signature of Principal Investigator or delegate**

10(10)

100

CONFIDENTIAL
AZSER12443019

Adult Subject Information and Consent Form for Use Globally (except in the US)
Study Code: D1441C00125 STAGE
Version No:5.0 Date: 24 June 2004
Hungarian translation date: 24 March 2004

I have received verbal information on the above study and have read the attached written information.

I have been given the chance to discuss the study and ask questions.

I consent to take part in the study and I am aware my participation is entirely voluntary.

I understand that I may withdraw at any time without giving a reason and without this affecting my future care.

By signing this information and consent form I agree that my personal data, including data relating to my physical or mental health or condition, and race or ethnic origin, may be used as described in this consent form.

I understand I will receive a copy of this information and consent form.

_____        _____
Signature of subject                              Date of signature
                              **To be signed and dated by the subject**

_____
Printed name of subject (BLOCK CAPITALS)

_____        _____
Signature of person conducting the        Date of signature
informed consent discussion

_____
Printed name of person conducting the informed consent discussion  (BLOCK CAPITALS)


*The legally acceptable representative signature should be added if the subject is a minor, or is unable to sign for themselves.  The relationship between the subject and the legally acceptable representative should be stated.  The impartial witness signature should be added if the subject is unable to read or write.*

_____        _____
Signature of legally accepted representative        Date of Signature

_____
Printed name of legally accepted representative  (BLOCK CAPITALS)

_____
Relationship of legally accepted representative to subject  (BLOCK CAPITALS)

_____        _____
Signature of impartial witness                Date of Signature

_____
Printed name of impartial witness  (BLOCK CAPITALS)

**Backtranslation: Written Informed Consent Form**

101

CONFIDENTIAL
AZSER12443020

Adult Subject Information and Consent Form for Use Globally (except in the US)
Study Code: D1441C00125 STAGE
Version No:5.0 Date: 24 June 2004
Hungarian translation date: 24 March 2004

**Backtranslation: Study Code:**                    **Backtranslation:Centre No:**

                                                    **Backtranslation: Centre Name:**

**Backtranslation: social insurance number**        **Backtranslation: Enrolment Code:**

                                                    **Backtranslation: Patient Initials:**

**Backtranslation: place of birth**                 **Backtranslation: date of birth**

…
**Backtranslation: address**

---

 I,
**Backtranslation: I, ……………………………………………………………………………,**
                    ***(Subject´s name, block letters)***

have received verbal information on the above study and have read the attached written information.


 I have been given the chance to discuss the study and ask questions.


I consent to take part in the study and I am aware my participation is entirely voluntary.


I understand that I may withdraw at any time without giving a reason and without this affecting my future care.


By signing this information and consent form I agree that my personal data, including data relating to my physical or mental health or condition, and race or ethnic origin, may be used as described in this consent form.


 I understand I will receive a copy of this information and consent form.


 NA
**Backtranslation: I agree that my family doctor will be informed about my participation in this study:**
                        ***Yes*** ☐          ***No*** ☐

102

CONFIDENTIAL
AZSER12443021

Adult Subject Information and Consent Form for Use Globally (except in the US)
Study Code: D1441C00125 STAGE
Version No:5.0 Date: 24 June 2004
Hungarian translation date: 24 March 2004

_____          _____
Signature of subject                                      Date of signature

**To be signed and dated by the subject**
**NA**

_____
. Printed name of subject (BLOCK CAPITALS)
**Deleted from here**

NA
**Backtranslation: I have explained the nature and the purpose of the study to the Patient named above.**

_____          _____
Signature of person administering consent          Date of signature
**Backtranslation: Signature of Principal Investigator/ Investigator**

_____
Printed name of person administering consent (BLOCK CAPITALS)
**Backtranslation: Printed Name of Principal Investigator/ Investigator**

103

CONFIDENTIAL
AZSER12443022

Adult Subject Information and Consent Form for Use Globally (except in the US)
Study Code: D1441C00125 STAGE
Version No:3.0 Date: 24 June 2004
Hungarian translation ver 3.0 date: 22 July 2004

| A VIZSGÁLATÉRT FELELŐS SZEMÉLYEK: | A VIZSGÁLAT KÓDSZÁMA: | D1441C00125 |
|---|---|---|
| ....................................................... | A VIZSGÁLÓHELYSZÁMA: | |
| ....................................................... | | ................................. |
| AZ INTÉZET CÍME:.............................. | BEVONÁSI SZÁM: | ................................. |
| AZ INTÉZET TELEFONSZÁMA:............... | | |
| AZ INTÉZMÉNYI KUTATÁSETIKAI BIZOTTSÁG NEVE: | A BETEG NEVÉNEK KEZDŐBETŰI: | ................................. |
| ....................................................... | | |
| ELNÖKÉNEK NEVE:............................. | | |
| ELÉRHETŐSÉGE:................................ | | |

# Betegtájékoztató

Arra szeretnénk Önt felkérni, hogy vegyen részt egy klinikai vizsgálatban. Mielőtt a vizsgálatban való részvételről döntene, fontos, hogy megértse, mi a vizsgálat célja, hogyan fog lezajlani, melyek a vizsgálat várható előnyei, illetve kockázatai és kellemetlenségei, továbbá, hogy miként fogják kezelni az Ön adatait. Kérjük, figyelmesen olvassa el az alábbi tájékoztatót, és ha szükségesnek tartja, beszélje meg a maga orvosottakat a háziorvosával is.

## MI A VIZSGÁLAT HÁTTERE, ÉS MIK A CÉLJAI?

Azért kérjük Önt fel e vizsgálatban való részvételre, mivel a skizofrénia nevű betegségben szenved, és kezelőorvosa szükségesnek látja, hogy gyógyszeres kezelést kapjon a betegségre. A vizsgálat fő célja megvizsgálni azt, hogy a quetiapin, a schizophrenia kezelésére használt gyógyszer befolyásolja-e a szervezet cukor- és zsírháztartását, és ha igen, hogyan viszonyul az ebben az irányban kifejtett hatás két másik gyógyszernek, az olanzapinnak és a risperidonnak a hatásához. A cukor- és zsírháztartásra gyakorolt nemkívánatos hatások ugyanis a szív- és érrendszeri betegséget, továbbá a cukorbetegség fokozott kockázatához vezethetnek. A vizsgálatban körülbelül 600, hasonló betegségben szenvedő ember fog részt venni.

A quetiapin, az olanzapin és a risperidon atípusos antipszichotikumoknak nevezett gyógyszerek. E három gyógyszer alkalmazását a skizofrénia kezelésében számos országban, így Magyarországon is, jóváhagyták a gyógyítást felügyelő hatóságok. A vizsgálat során a fenti három gyógyszer valamelyikét fogja kapni. Az összehasonlító vizsgálat úgy fog megvalósulni, hogy az Ön vércukor (glukóz) és inzulin (a vérben található egyik hormon) szintjeit fogják megmérni. Ennek érdekében a vizsgálat alatt Önnek három alkalommal a kórházban kell éjszakáznia, ahol reggelente több ízben vért fognak venni Öntől.

## KÖTELEZŐ RÉSZT VENNEM?

Ön dönti el, hogy részt akar-e venni a vizsgálatban. Amennyiben a részvétel mellett dönt, úgy aláírás céljából meg fogja kapni az Írásos Beleegyező Nyilatkozatot. Ha a részvétel mellett dönt is, bármikor kiléphet a vizsgálatból, anélkül hogy ezt külön meg kellene indokolnia. Mindez nem fogja befolyásolni az Ön egészségügyi ellátását. Amennyiben egyetért vele, úgy *háziorvosát* is tájékoztatjuk az Ön vizsgálatban való részvételéről.

1(8)

CONFIDENTIAL
AZSER12443023

Adult Subject Information and Consent Form for Use Globally (except in the US)
Study Code: D1441C00125 STAGE
Version No: 5.0 Date: 24 June 2004
Hungarian translation ver 3.0 date: 22 July 2004

Hasonlóképp, ha a vizsgálatot vezető orvos ("kezelőorvos") úgy látja, hogy a vizsgálatban való részvétel kedvezőtlen az Ön számára és nem szolgálja az Ön érdekeit, ő is dönthet úgy, hogy Ön ne vegyen részt tovább a vizsgálatban. Ez az alábbi esetekben történhet meg: ha Ön nem tesz eleget a vizsgálatban való részvétel elvárásainak, ha nem követi az orvosa által adott előírásokat, ha a vizsgálat szakemberei nem tudják tartani a kapcsolatot Önnel, ha romlik az állapota és a kezelőorvosa úgy látja, hogy más gyógyszerekre van szüksége, ha a kezelőorvosa mellékhatások miatt vagy más, az Ön egészségét bármely módon veszélyeztető hatások miatt a vizsgálat befejezése mellett dönt. Akkor is abba kell hagynia a vizsgálatot, ha a szponzorcég (a vizsgálatot támogató cég) a vizsgálat egészének a befejezéséről dönt. Amennyiben nem akarja tovább szedni a vizsgálati gyógyszereket, vagy más okból nem akar tovább részt venni a vizsgálatban, úgy a kezelőorvosával meg kell beszélnie, hogy mikor és hogyan tudja abbahagyni a vizsgálati gyógyszerek szedését – mivel mindez hatással lehet betegségének tüneteire is. Amennyiben Ön vagy a kezelőorvosa a kilépés mellett dönt, úgy Önnek meg kell jelennie egy utolsó viziten, ahol egy befejező vizsgálat történik, a fel nem használt gyógyszert pedig vissza kell adni. Kezelőorvosa gondoskodni fog az Ön pszichotikus betegsége további kezeléséről, segítségére lesz a további kezelés megadásában, s amennyiben szükséges új antipszichotikumot fog adni Önnek.

Ha nem akarna részt venni e vizsgálatban, akkor is számos antipszichotikum áll rendelkezésre, melyekkel Önt kezelni lehet. Ahhoz a három gyógyszerhez is hozzájuthat, amelyeket ebben a vizsgálatban tesztelünk (quetiapin, olanzapin és risperidon). Ha úgy dönt, hogy nem vesz részt a vizsgálatban, kezelő orvosa felvilágosítást ad a jelenleg hozzáférhető különböző kezelésekről, ezek kockázatairól és előnyeiről.

## MI TÖRTÉNIK VELEM, HA RÉSZT VESZEK A VIZSGÁLATBAN?

A vizsgálat 26 hete alatt kilenc viziten kell megjelennie, gyógyszerét pedig 24 héten át fogja kapni a vizsgálat keretében. A vizitekről az alábbi táblázatban látható összefoglaló; az egyes viziteken esedékes teendőket pedig alább részletezzük.

| A vizit száma | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|
| A kezelés hetei | Nincs vizsgálati gyógyszer | 1. nap | 1. hét | 4. hét | 8. hét | 12. hét | 16. hét | 20. hét | 24. hét, utolsó vizit |

**1. vizit**

Az első alkalommal kezelőorvosának el kell döntenie, hogy részt vehet-e Ön a vizsgálatban. Ön szóbeli és írásbeli tájékoztatást kap a vizsgálatról és eldöntheti, hogy részt kíván-e venni vagy nem. Ha részt kíván venni, akkor számos orvosi és laboratóriumi vizsgálatot fognak elvégezni Önnel. A későbbiekben majd részletezett eljárásokon túl, amelyeket minden vizit alkalmával elvégeznek, a következő vizsgálatok fognak történni ekkor:

- Fizikális vizsgálat, melynek során EKG-t is készítenek. (Az EKG-val a szív működését vizsgálják.)

- Kérdésekre kell majd válaszolnia korábbi betegségeiről, esetleges műtéteiről, valamint dohányzási szokásaival kapcsolatosan, és azt illetően is, hogy korábban milyen gyógyszereket szedett.

- Vért is fognak venni (12,5 milliliter), aminek segítségével ellenőrzik a vörös- és fehérvérsejteket, a különböző ionok, a vércukor, a vérzsírok (pl. koleszterin), és néhány hormon szintjét. Ezek mellett a máj-, a vese-, és a pajzsmirigyműködés jellemzőit is ellenőrzik a vérben. Nőbetegeknél terhességi tesztet is végeznek a levett vérmintából. Vizeletmintát is fognak Öntől kérni, hogy a vizelet alkotóelemeit (többek között gyógyszerek lebomlási termékeit) ellenőrizzék.

2(8)

105

CONFIDENTIAL
AZSER12443024

Adult Subject Information and Consent Form for Use Globally (except in the US)
Study Code: D1441C00125 STAGE
Version No.:5.0 Date: 24 June 2004
Hungarian translation ver 3.0 date: 22 July 2004

Miután kezelőorvosa megkapta a fenti laboreredményeket, eldönti, hogy résztvehet-e Ön a vizsgálatban. Ha kezelőorvosa úgy dönt, hogy részt vehet a vizsgálatban, úgy megkérik Önt, hogy az 1 vizitet követő 14 napon belül jelenjen meg egy 2. viziten. Előfordulhat, hogy a második viziten még el kell végezni bizonyos, alább leírt teendőket és újból el kell végezni bizonyos teszteket ahhoz, hogy a vizsgálati eredmények birtokában a kezelőorvosa el tudja dönteni, hogy Ön részt vehet-e a vizsgálatban.

**Teendők, melyeket minden vizit során elvégeznek:**

- Kezelőorvosa felméri a betegsége súlyosságát. A 3.-9. vizitek alkalmával azt is felméri a kezelőorvos, hogy a megelőző vizit óta javult-e vagy romlott az Ön betegsége.

- Kezelőorvosa két kérdőív segítségével fel fogja mérni az Ön mozgáskészségét.

- Kérdéseket fog kapni a jelenleg vagy a közelmúltban szedett gyógyszereiről, beleértve a vizsgálati gyógyszereket is.

- Megmérik a vérnyomását, a pulzusát (szívverését) és a súlyát is.

- Kérdéseket fog kapni arra vonatkozólag, hogy az előző vizit óta változott-e az egészségi állapota.

- A 3. vizittől kezdve minden vizitre vissza kell hoznia az előző időszakból megmaradt vizsgálati gyógyszereit, még az üres gyógyszeres tartályokat is, majd pedig megkapja az új vizsgálati gyógyszereket.

**A 2., a 6. és a 9. viziten úgynevezett orális cukor (glukóz) toleranciatesztet végeznek. Ennek elvégzéséhez az előző éjszakát a kórházban kell töltenie, mégpedig úgy, hogy ez idő alatt nem szabad ennie.**

Az úgynevezett orális glukóztolerancia teszt (orvosi rövidítése: OGTT) az egyik legfontosabb vizsgálat. Ezt a tesztet a teljes vizsgálat során három alkalommal végzik el: a második vizit során, mielőtt megkapná a vizsgálati gyógyszert, 12 hét elteltével a 6. vizit során, valamint a 9. viziten, 24 hetes kezelés után, illetve a kezelés megszakítása esetén. A teszt érvényességét garantálandó a tesztet megelőzően 8-14 óra hosszat éheznie kell. Ezt azt jelenti, hogy a kórházban kell töltenie a vizit előtti éjszakát, és az éjszaka során (8-14 órán át) víz kivételével semmit sem ihat vagy ehet. Ez idő alatt a dohányzástól is tartózkodnia kell.

Reggel a nővér óvatosan egy branült (hajlékony vérvételi eszköz, amely megkönnyíti vérvételt) helyez az Ön karjába, és ennek segítségével vért vesz Öntől. Ezt követően kb. 300 ml vízben feloldott 75 gramm cukrot kell meginnia. A cukros oldat megivása után 30, 60, 90 és 120 perccel további vérmintákat vesznek. Összesen kb. 35 milliliter vért fognak venni. A vizsgálat során a vizsgálati személyzet mindent megtesz az Ön kényelméért, de a teszt ideje alatt Önnek ülve kell maradnia, nem dohányozhat, semmit nem ihat és ehet, vizet kivéve. A levett vérmintákat laboratóriumba küldik, ahol megmérik a vércukor, az inzulin, és a vérzsiradékok szintjét, illetve megvizsgálják a többi vérösszetevőt is.

A 2., a 6. és a 9. vizit során a következők fognak még történni:

- Amikor a kórházba megérkezik, ki kell töltenie egy PETiT-t nevű kérdőívet, amelyben arról érdeklődnek, hogyan érezte magát a megelőző egy hét alatt. Ez kb. 2-5 percet vesz majd igénybe.

- A reggel folyamán a vizsgálati személyzet egy ROMI nevű kérdőív alapján kérdéseket tesz fel Önnek arról, hogy milyen érzései vannak a gyógyszer szedésével kapcsolatban.

CONFIDENTIAL
AZSER12443025

Adult Subject Information and Consent Form for Use Globally (except in the US)
Study Code: D1441C00125 STAGE
Version No:5.0 Date: 24 June 2004
Hungarian translation ver 3.0 date: 22 July 2004

**Egyes vizitek további eseményei**

- A 2. és a 9. vizit során megmérik a testsúlyát és a derékbőségét is.

- A 4., 5., 6. és 9. viziten 3 milliliter vért vesznek Öntől, hogy ellenőrizzék a vörös- és fehérvérsejtszámot.

Az utolsó, 9. viziten – azaz 24 héttel a kezelés megkezdése után –, illetve korábban is, ha Ön megszakítaná a részvételét, a fentieken kívül a következő vizsgálatok várnak Önre:

- Egy újabb EKG-t (a szív működésének vizsgálata) készítenek.

- További, 9-10 milliliter vért vesznek, hogy ellenőrizzék az ionok szintjét, valamint a máj-, a vese-, és a pajzsmirigy funkciókat. Vizeletmintát is vesznek, hogy elemezzék a vizelet összetételét.

A vizsgálat során esetleg soron kívüli, extra-vizitekre is sor kerülhet. Ezek során kezelőorvosa tovább alakítja a gyógyszer adagolását és követi egészségi állapotának változását.

**A vizsgálati gyógyszerek**

Miután a 2. viziten minden vizsgálat elkészült, beleértve az OGTT-t is, kijelölik az Ön számára a három vizsgálati gyógyszer valamelyikét. Vagy quetiapint, vagy olanzapint, vagy risperidont fog kapni. Bármelyik gyógyszert ugyanakkora eséllyel kaphatja meg. Egy számítógép véletlenszerűen dönti majd el, hogy Ön melyik gyógyszert kapja (nagyjából úgy, mintha egy pénzérme feldobásával döntenénk). Ön is és a vizsgálati személyzet is tudni fogja, hogy melyik gyógyszert kapta meg a három közül. A kezelőorvosának vagy a vizsgálati személyzetnek kötelessége lesz pontosan elmagyarázni Önnek a vizsgálati gyógyszer szedésének mikéntjét, illetve, hogy milyen adagban szedje a gyógyszert. Minderről írásos tájékoztatást is kapni fog. Az első öt nap során fokozatosan emelni fogják a vizsgálati gyógyszer adagját, miközben a korábbiakban esetleg szedett antipszichotikum adagját fokozatosan csökkentik, míg aztán az ötödik napra e korábbi gyógyszert el is hagyják.

Az első és az utolsó vizit kivételével a vizsgálati gyógyszer szükséges mennyiségét mindegyik viziten oda fogják adni Önnek. A kezelőorvossal való megegyezés alapján a vizsgálati gyógyszert vagy a vizsgálati személyzettől vagy a gyógyszertárból fogja megkapni. Kezelőorvosa fogja eldönteni, milyen adagolással kell szednie a vizsgálati gyógyszert; annak függvényében, hogy Ön hogyan érzi magát, orvosa csökkenheti, illetve növelheti az adagot. 24 héttel a kezelés megkezdését követően, azaz az utolsó vizittől kezdve, már nem fog több vizsgálati gyógyszert kapni. Miután befejezte a vizsgálatot, a kezelőorvosa eldönti majd, hogy a továbbiakban hogyan folytassák a betegsége kezelését.

**MIT KELL TENNEM?**

Kövesse a kezelőorvosa utasításait, minden fentebb leírt, a vizsgálattal kapcsolatos vizsgálaton vegyen részt, és tartsa meg a szokásos életstílusát, megszokott fizikai aktivitását vagy testgyakorlatait és jelenjen meg az ütemezett viziteken! A kezelőorvosánál előre megbeszélt időpontokban fog megjelenni, és a következő találkozó időpontját még az Ön távozása előtt meg kell beszélniük minden egyes viziten. Nagyon fontos, hogy a megbeszélésnek megfelelően szedje a vizsgálati gyógyszert! Minden vizitre vissza kell hozni a fel nem használt gyógyszereket, valamint a gyógyszerek tárolóedényeit, még akkor is, ha azok már üresek. Nagyon fontos az is, hogy az orvosi személyzetnek elmondja, milyen más gyógyszereket szedett a vizsgálat előtt, illetve a vizsgálat folyamán. Vannak olyan gyógyszerek, amelyeket a vizsgálat ideje alatt nem szabad szedni. A kezelőorvosa el fogja mondani, hogy mely gyógyszereket szedhet és melyeket nem.

Az a kezelés, melyet Ön a vizsgálat során kap, nem helyettesíti az orvosától kapott ellátást. Önnek szükség esetén, illetve az utasítások szerint továbbra is fel kell keresnie orvosát.

4(8)

CONFIDENTIAL
AZSER12443026

Adult Subject Information and Consent Form for Use Globally (except in the US)
Study Code: D1441C00125 STAGE
Version No.:5.0 Date: 24 June 2004
Hungarian translation ver 5.0 date: 22 July 2004

Állapotos, szoptató és olyan nőbetegek, akik az elkövetkező kb. fél évben - azaz a vizsgálatban való részvételük ideje alatt - terhességet terveznek, nem vehetnek részt a vizsgálatban. Megkérünk minden nőbeteget, hogy azonnal értesítse kezelőorvosát, ha kiderül, hogy a vizsgálat ideje alatt teherbe esett! Meg fogják kérni, hogy a vizsgálat ideje alatt megbízható fogamzásgátló módszert alkalmazzon. Ilyen a fogamzásgátló tabletta, a méhen belülre helyezhető eszköz, illetve a kondom diafragmával, habbal vagy más, a teherbeesést gátló eszközzel kombinálva.

## MIK A VIZSGÁLATBAN VALÓ RÉSZVÉTEL LEHETSÉGES MELLÉKHATÁSAI, KOCKÁZATAI VAGY KELLEMETLENSÉGEI?

Megvan a kockázata annak, hogy betegségének tünetei nem reagálnak majd a vizsgálati gyógyszerre. Állapota akár rosszabbodhat is, ha a vizsgálati gyógyszer nem hatékony az Ön esetében. Régi gyógyszerének elvétele is okozhat nem kívánt mellékhatásokat vagy ronthat az állapotán.

A vizsgálati gyógyszer is okozhat néhány mellékhatást. Az alább olvashatók közül vagy egyiket sem, vagy néhányat, esetleg akár mindet is megtapasztalhatja. Mindhárom antipszichotikum szedésének megkezdésekor gyakori mellékhatás az álmosság, ami befolyásolhatja azokat a szellemi és fizikai képességeket, amelyek az autóvezetéshez vagy egy gép kezeléséhez kellenek. Ülésből, fekvésből való felálláskor vérnyomáscsökkenése lehet, ami feledékenységet vagy gyengeséget okoz. Ez leginkább a kezelés kezdetekor jelentkezhet és idővel el szokott múlni. Ha olyan tüneteket észlel, mint a láz és/vagy torokfájás, sebek a nyelven vagy a szájban, keresse fel az orvost.

A **quetiapin** leggyakoribb mellékhatása az álmosságon kívül a szédülés. Viszonylag gyakori mellékhatás még a gyorsult szívverés, a szájszárazság, a székrekedés, az emésztési zavarok, a gyengeség érzése, a láb- és kardagadás, a súlynövekedés, ájulás és az orrdugulás. Néhány betegnek a laboratóriumi eredményeiben mutatkozott eltérés: megváltozott fehérvérsejtszám, emelkedett értékek a májenzimek, a vérzsiradékok (pl. koleszterin), vagy az izmokban lévő anyag, a kreatin foszfokináz szintjeit illetően. Sokkal ritkább mellékhatások az allergiás reakciók vagy az esetleges rohamok. Igen ritka mellékhatások a láz, a nagyon erős álmosság, az izommerevség, a jelentős vérnyomás-, vagy szívritmus-növekedés, a csökkent ébersség vagy a priapizmus (sokáig tartó és fájdalmas hímvessző-merevedés). A quetiapine lactose-t tartalmaz, ami okozhat kellemetlenséget, ha érzékeny rá.

Az **olanzapin** esetén a következők lehetnek a gyakori mellékhatások: súlygyarapodás, szédülés, megnövekedett étvágy, láb- és kardagadás, székrekedés, szájszárazság, szorongás, mozgási zavarok, remegés, izommerevség vagy a beszéd nehezítettsége. A prolaktin nevű hormon, a vércukorszint, a májenzimek, a zsírösszetévők, mint a koleszterin és a trigliceridek megnövekedett szintje szintén előfordult, csakúgy, mint a fehérvérsejtek számának a megváltozása. Kevésbé gyakori mellékhatások az allergiás reakciók, az alacsony pulzusszám vagy a napfényre való túlérzékenység. Nagyon ritkán előforduló mellékhatások pedig a következők lehetnek: májbetegség, rohamok, kóros hímvessző-merevedés (fájdalmas merevedés), vizelési nehézségek, a tejelválasztás megindulása vagy rendellenességek a menstruációs ciklusban. Néhány betegnél vércukor-emelkedést, illetve a már korábban is fennálló cukorbetegség rosszabbodását tapasztalták. Ha az olanzapin kezelést hirtelen hagyják abba, olyan tünetek jelentkezhetnek, mint izzadás, alvási nehézségek, remegés, szorongás, émelygés, hányás.

A **risperidon** esetében gyakori mellékhatás az álmatlanság, a szédülés, a fejfájás, az izgatottság, a szorongás, a koncentrációs nehézségek és a súlygyarapodás. További jól ismert mellékhatások a megnövekedett pulzusszám, a fokozott nyálzás, az izommerevség, a mozgási zavarok. Egyes betegek a szexuális életükben vagy a menstruációs ciklust illetően tapasztaltak rendellenességet. Székrekedésről, emésztési nehézségekről, émelygésről, hányásról, hasi fájdalomról ugyancsak beszámoltak már, csakúgy, mint bőrkiütésről, orrdugulásról vagy homályos látásról. A ritka mellékhatások közé sorolható a láb- és kardagadás, az allergiás reakció, a megemelkedett májenzim szint, a mellnövekedés, a tejelválasztás megindulása, a vizelettartási nehézségek, a megemelkedett vérnyomás és a rohamok.

CONFIDENTIAL
AZSER12443027

Adult Subject Information and Consent Form for Use Globally (except in the US)
Study Code: D1441C00125 STAGE
Version No:5.0 Date: 24 June 2004
Hungarian translation ver 3.0 date: 22 July 2004

Egy igen ritkán előforduló, de veszélyes mellékhatás is kapcsolódik ehhez a gyógyszercsoporthoz: a rosszindulatú neuroleptikus szindróma (orvosi rövidítése: NMS). Ez egy életveszélyes kóros állapot: lázzal, merev izmokkal, vérnyomás- és szívritmus-változással, zavartsággal jár. Okozhatnak az antipszichotikumok egy tardív diszkinézia (orvosi rövidítése: TD) nevű mozgási rendellenességet is. E betegség tüneteként bizonyos izomcsoportok, pl. a nyelv és az ajak izmai, akaratlanul is mozognak. A legtöbb esetben e tünetek megszűnnek, amikor az adott gyógyszert elhagyják, de előfordulnak olyan esetek is, amikor a tünetek tartósak maradnak.

Vannak olyan adatok, amelyek arról számolnak be, hogy e gyógyszerek hatással vannak a magzatra is. Ezért állapotos és szoptató nők nem vehetnek részt a vizsgálatban.

A gyógyszer szedésével kapcsolatosan előfordulhatnak olyan kockázati tényezők is, amelyeket a korábbi vizsgálatok nem azonosítottak. Még nagy elővigyázatosság esetén is bizonyos kockázattal jár egy új gyógyszer szedése, e vizsgálatban azonban minden óvintézkedés meg fog történni, és Önt is arra bátorítjuk, hogy bármilyen fajta gondja, panasza támadna, tájékoztassa arról a vizsgálati személyzetet. A vérvétel is okozhat Önnek kellemetlenséget. Emiatt átmeneti rossz közérzete lehet, és van egy csekély kockázata annak is, hogy a tűszúrás véraláfutást, fertőzést, helyi gyulladást okoz. Vannak emberek, akik a vérvételkor szédülést éreznek vagy elájulnak. A orális glükóz tolerancia teszt (OGTT) miatt három alkalommal 8-14 órán keresztül éheznie kell és tartózkodnia a dohányzástól – mindez kényelmetlenséget jelenthet. A kezelőorvos és a vizsgálati személyzet gondosan figyelemmel kíséri majd az Ön egészségi állapotát a vizsgálat folyamán. A nem kívánt mellékhatások kockázatát a kezelőorvos által adott utasítások megfelelő betartásával, a gyakori vizsgálatokkal, illetve a laboratóriumi tesztek segítségével a minimumra lehet csökkenteni.

Amennyiben Önnel bármi fajta súlyosabb orvosi gond adódna, úgy amíg az meg nem oldódik, addig a szponzorcég hozzáférést kér az Ön orvosi adataihoz, hogy megismerhessék az adott egészségügyi probléma lefolyását, kimenetelét. Ez még arra az esetre is fennáll, ha Ön egyébként befejezi a vizsgálatban való részvételt. E beleegyező nyilatkozat aláírásával Ön hozzájárul ahhoz, hogy az előbb említett egészségügyi kartotékba belenézhessenek. Beleegyezését azonban bármikor visszavonhatja.

## MIK A RÉSZVÉTEL LEHETSÉGES ELŐNYEI?

Remélhetőleg segíteni fog a betegségén a vizsgálat alatti kezelés. Mindazonáltal, ezt nem lehet szavatolni. A vizsgálat alapján nyert információk hozzásegíthetnek ahhoz, hogy az ugyanilyen betegségben szenvedőkön jobban tudjunk segíteni a jövőben.

## MI TÖRTÉNIK AKKOR, HA A VIZSGÁLATOT ÉRINTŐ ÚJ INFORMÁCIÓ JELENIK MEG?

Amennyiben a vizsgálati gyógyszerrel kapcsolatban bármilyen olyan új információ kerül napvilágra, amely hatással lehet az Ön abbéli döntésére, hogy folytassa-e a részvételt, arról tájékoztatjuk.

## MELYEK A RÉSZVÉTEL KÖLTSÉGEI?

A vizsgálatban való részvétele semmilyen költséget nem okoz Önnek. A cég kifizeti a vizsgálathoz szükséges kórházi ellátás költségeit. A vizsgálat ideje alatt a vizsgálati gyógyszer (quetiapine, olanzapine vagy risperidone), a viziteken való részvétel és a laborvizsgálatok ingyenesek. A vizsgálattal kapcsolatos utazási pluszköltségeket, amennyiben erre igényt tart, számla ellenében megtérítjük.

Ha bármilyen mellékhatás vagy károsodás érné, azonnal értesítse kezelőorvosát, hogy megfelelő kezelést kaphasson. A vizsgálati gyógyszerrel közvetlen összefüggésben levő bármilyen mellékhatás vagy más, fizikai károsodás esetén a szponzoráló cég a magyar jogszabályok által megszabott mértékben fedezi a kezelésének költségeit, amennyiben

- Ön a kezelőorvosa utasítása szerint használta a vizsgálati gyógyszert;

- károsodása nem szándékos;

6(8)

109

CONFIDENTIAL
AZSER12443028

Adult Subject Information and Consent Form for Use Globally (except in the US)
Study Code: D1441C00125 STAGE
Version No:5.0 Date: 24 June 2004
Hungarian translation: ver 3.0 date: 22 July 2004

- kezelőorvosát azonnal értesítette a károsodásról; és

- követte kezelőorvosa tanácsait.

Amennyiben a vizsgálatban való részvétele miatt valamely sérülést, károsodást szenvedne el, úgy a cég a hatályos magyar jogszabályokban előírtak szerint fizet kártérítést Önnek. A gyógyszergyártó cég klinikai vizsgálatok végzésére vonatkozó érvényes biztosítással rendelkezik a Generali-Providencia Biztosító Rt-nél (1066 Budapest, Teréz krt. 42-44. Magyarország).

## HOGYAN FOGJÁK FELHASZNÁLNI SZEMÉLYES ADATAIMAT?

E dokumentum aláírásával Ön hozzájárul ahhoz, hogy a kezelőorvosa, illetve a vizsgálati személyzet összegyűjtse és tudományosan feldolgozza az Ön adatait, amelyek a következőket foglalják magukban:

- az Ön születési dátuma;

- neme;

- etnikai hovatartozása, illetve származása;

- Fizikai / szellemi állapotára vonatkozó adatok;

- bármely más olyan adatt, amelyet a vizsgálatban való részvételkor, vagy az utánkövetés során nyertek.

Kezelőorvosa a vizsgálat adminisztrációjához, lebonyolításához, tudományos és statisztikai elemzéshez fogja felhasználni az Ön adatait.

Kezelőorvosa a vizsgálat során nyert személyes adatokat (vizsgálati adatok) a vizsgálatot szponzoráló gyógyszercég (szponzor cég) rendelkezésére bocsátja. E vizsgálat szponzora az AstraZeneca R&D, Södertalje. A szponzor rendelkezésére bocsátott, Önre vonatkozó vizsgálati adatok nem tartalmazzák az Ön nevét, a címét és a társadalombiztosítási számát. Ezek helyett a kezelőorvosa az Ön nevének kezdőbetűit és egy meghatározott kódszámot tüntet fel a szponzor számára továbbított dokumentumokon. Csak a kezelőorvosa és a vizsgálati személyzet tudja összekapcsolni az Ön személyét és az Önről szolgáltatott vizsgálati adatokat. Mindazonáltal, bármely, a kezelőorvosa rendelkezésére álló személyes adatát a vizsgálóhelyen átnézhetik a szponzoráló gyógyszergyár képviselői, a cég megbízottjai, a felügyelő hatóságok, a Független Etikai Bizottság vagy más felügyeleti szervek. Ezen ellenőrzések célja az, hogy biztosítsák a vizsgálat előírás szerinti lefolytatását és/vagy a vizsgálati adatok megfelelő minőségét.

A szponzoráló cég az Ön vizsgálati adatait a következőkre használhatja fel:

- adminisztratív célokra;

- gyógyszerek, diagnosztikus eszközök és/vagy gyógyászati segédeszközök fejlesztésére, kutatására;

- statisztikai elemzésre;

- a vizsgálati gyógyszer/termék engedélyeztetésével, törzskönyveztetésével és forgalmazásával kapcsolatos eljárásokra;

- a vizsgálati gyógyszer biztonságosságát és hatékonyságát elemző értékelésekre.

CONFIDENTIAL
AZSER12443029

Adult Subject Information and Consent Form for Use Globally (except in the US)
Study Code: D1441C00125 STAGE
Version No.:5.0 Date: 24 June 2004
Hungarian translation ver 3.0 date: 22 July 2004

A szponzoráló cég a vizsgálati adatokat a vele egy csoportban lévő további cégek, szolgáltatók és az általa megbízott további cégek számára kiszolgáltathatja, de a vizsgálati adatok csak a fent megjelölt célokra használhatók fel. A vizsgálati adatokat a szponzoráló cég a fenti célok érdekében az Európai Unión kívüli országokba is eljuttathatja, és az adatokat a szabályzó hatóságok rendelkezésére bocsáthatja. Felhívjuk a figyelmét, hogy ezekben az országokban az adatvédelmi törvények különbözhetnek az Európai Unió törvényeitől és így estleg nem akadályozzák meg, hogy azon személyek, akik az Ön beleegyezésével láthatják az adatait, továbbadják azokat másoknak.

Önnek jogában áll tájékoztatást kérni bármely személyes adatáról, amellyel kezelőorvosa vagy a szponzoráló cég rendelkezik. Az is jogában áll, hogy bármilyen, a személyes adatait érintő pontlanság/tévedés helyesbitését kérje. Ha kérése van, előszőr a kezelőorvosával lépjen kapcsolatba, aki segit Önnek elérni a szponzoráló céget, amennyiben ez szükséges. E nyomtatvány elején megtalálható a kezelőorvos elérhetősége. Az Ön vizsgálati adatainak használatára vonatkozó beleegyezése nem veszti hatályát, de Ön bármikor visszavonhatja azt, ha írásban értesíti kezelőorvosát a Betegtájékoztató elején megadott cimen. Ha visszavonja a beleegyezését, kezelőorvosa nem fogja tovább felhasználni, sem pedig másokkal megosztani az Ön vizsgálati adatait (azokat sem, amelyek a vizsgálatról az Önnel kapcsolatos orvosi feljegyzésekben találhatók), hacsak ez nem az adatok hitelességének biztosításához szükséges. A szponzoráló cég azonban használhatja azokat az adatokat, melyek a beleegyező nyilatkozat visszavonása előtt kerültek a birtokába. Ne feledje, hogy mind kezelőorvosa, mind a sponzoráló cég ezután is csak az e tájékoztatóban leírt célokra fogja felhasználni az Ön vizsgálati adatait.

Ha Ön visszavonja a vizsgálati adatainak használatára vonatkozó beleegyezését, akkor a vizsgálatban sem vehet tovább részt.

A vizsgálat eredményét orvosi szaklapban közzé tehetik, anélkül azonban, hogy felfednék az Ön személyazonosságát.

A szponzoráló cég felelős az Ön vizsgálati adatainak felhasználásáért.

**KIHEZ FORDULHATOK, HA TOVÁBBI INFORMÁCIÓRA VAGY SEGÍTSÉGRE VAN SZÜKSÉGEM?**

Ha arra vonatkozólag szeretne további információhoz jutni, hogy a klinikai vizsgálatokban részt vevő betegeknek milyen jogaik vannak, úgy a kórházban működő Etikai Bizottsággal lépjen kapcsolatba.

Ha a vizsgálattal vagy a vizsgálati gyógyszerrel kapcsolatban kérdése merül fel, esetleg valamilyen, a vizsgálattal kapcsolatos károsodás éri, kérjük, lépjen kapcsolatba a betegtájékoztató első oldalán feltüntetett személyek egyikével.

| | |
|---|---|
| A beteg aláírása | Az aláírás dátuma |

8(8)

111

CONFIDENTIAL
AZSER12443030

Adult Subject Information and Consent Form for Use Globally (except in the US)
Study Code: D1441C00125 STAGE
Version No:4.0 Final Version Date: 19 December 2003
Hungarian translation date: 24 March 2004

# ÍRÁSOS BELEEGYEZŐ NYILATKOZAT

A VIZSGÁLAT KÓDSZÁMA:          A VIZSGÁLÓHELY SZÁMA:………………………

                                          A VIZSGÁLÓHELY NEVE:…………………….

TAJ SZÁM:…………………………………,      BEVONÁSI SZÁM:…………………………….

                                          A BETEG NEVÉNEK KEZDŐBETŰI:………

SZÜLETÉSI HELY:……………………….,      SZÜLETÉSI IDŐ:…………………………………

LAKCÍM:…………………………………………………………………………………… .

Én, ……………………………………………………………, a fenti vizsgálatról
*(a beteg neve nyomtatott betűkkel)*
szóbeli tájékoztatást kaptam, és elolvastam a hozzá csatolt írásos tájékoztatást.

Lehetőségem volt, hogy a vizsgálatról érdeklődjem, és azzal kapcsolatosan kérdéseket
tegyek fel.

Beleegyezek a vizsgálatban való részvételbe, és tudatában vagyok annak, hogy részvételem
teljes egészében önkéntes.

Megértettem, hogy indoklás nélkül, bármikor visszaléphetek, és ez a döntés nincs kihatással
a jövőbeni kezelésemre.

Azzal, hogy aláírom e tájékoztatót és a beleegyező nyilatkozatot, beleegyezem abba, hogy
személyes adataimat – beleértve a testi és szellemi egészségemmel vagy állapotommal,
nemzeti, etnikai hovatartozásommal kapcsolatos adatokat is – a beleegyező nyilatkozatban
leírtak értelmében felhasználhassák.

Tudomásul veszem, hogy e tájékoztatóról és a beleegyező nyilatkozatról másolatot fogok
kapni.

Beleegyezem, hogy háziorvosomat értesítsék a vizsgálatban való részvételemről:

                 **Igen** ☐      **Nem** ☐

_____          _____

A beteg aláírása                            Az aláírás dátuma

_____

A beteg neve nyomtatott betűkkel

Tájékoztattam a fent nevezett beteget a vizsgálatról, illetve annak céljáról.

_____          _____

A vizsgálatvezető / kezelőorvos aláírása      Az aláírás dátuma

_____

A vizsgálatvezető / kezelőorvos neve nyomtatott betűkkel

1(1)

112

CONFIDENTIAL
AZSER12443031

Genetic Research Addendum to Informed Consent Form for use Globally (except in the US)
Study Code D1441C00125
Master Version Number 6.0          Master Version Date 25 January 2005
Local Version Number 1             Local Version Date 21 February 2005

# GENETIC RESEARCH ADDENDUM TO INFORMED CONSENT FORM

## A 24-Week, International, Multi-centre, Open-label, Flexible-dose, Randomised, Parallel-Group, Phase IV Study to Compare the Effect on Glucose Metabolism of Quetiapine, Olanzapine and Risperidone in the Treatment of Patients with Schizophrenia

Study Code: D1441C00125                    Subject Initials:

Deleted from here                          Deleted from here

Centre No:                                 Enrolment Code:

Deleted from here                          Deleted from here

Backtranslation: GENETIC RESEARCH ADDENDUM TO THE SUBJECT INFORMATION

Backtranslation: A 24-Week, International, Multi-centre, Open-label, Flexible-dose, Randomised, Parallel-Group, Phase III Study to Compare the Effect on Glucose Metabolism of Quetiapine, Olanzapine and Risperidone in the Treatment of Patients with Schizophrenia

Explanation: The study was approved as Phase III in Hungary by the CA

:
RESPONSIBLE PERSONNEL:                     STUDY CODE:          D1447C00126
……………………………………………………………
…………………………………………………
…………………………………………………         :
                                           CENTRE NUMBER        ………………………
                                           CENTRE NAME          ………………………

1(6)

CONFIDENTIAL
AZSER12443032

Genetic Research Addendum to Informed Consent Form for use Globally (except in the US)
Study Code D1441C00125
Master Version Number 6.0          Master Version Date 25 January 2005
Local Version Number 1            Local Version Date 21 February 2005

:.........................       ........................

PHONE NUMBER TO THE CLINIC               ENROLMENT CODE:

I:
LOCAL ETHICS COMMITTEE:                  :
                                         SUBJECT'S INITIALS:        ........................
...................................................
...................................................

NAME OF CHAIRMAN:

PHONE NUMBER:

THE HEADER IS ADDED TO THE ORIGINAL TEXT

**An optional part of this study involves the collection of a blood sample from you for genetic (DNA) research. Before you decide whether you would like participate in this part of the study we would like to give you some more information.**

**What is the Background to and Purpose of the Genetic Research?**

Cells in your body contain a type of molecule called deoxyribonucleic acid, or DNA for short. DNA is what your genes are made of.

Genes are inherited and direct growth, development, and how the body functions. For example, some genes control the colour of your hair or eyes. Scientists have learned a lot about how genes work. There are many differences, or variations, in DNA from one person to another. These variations may affect a person's chance of suffering from a particular disease or the way a person responds to a particular drug. You are being asked to donate a blood sample for genetic research that will determine part of the structure of your DNA and enable us to compare it to medical information about you.

.

You are being asked to do this because you are already taking part in a study of how the body takes care of sugar (glucose) and fat and whether that is influenced by treatment with medications for schizophrenia, in this case olanzapine, risperidone or quetiapine. That study will be called "the main study" in the rest of this document. We will use the words "this genetic research" for the genetic research we are now asking you to take part in.

We are asking you and other subjects participating in the main study to donate a blood sample because we want to study how genetic differences are involved in schizophrenia. We also want to study how genetic differences may influence the way people respond to medication used in the treatment of this disease.

**Backtranslation: We are asking you and other subjects participating in the main study to donate a blood sample because we want to study how genetic differences are involved in schizophrenia and the way people respond to medication used in the treatment of this disease.**

2(6)

114

CONFIDENTIAL
AZSER12443033

Genetic Research Addendum to Informed Consent Form for use Globally (except in the US)
Study Code D1441C00125
Master Version Number  6.0          Master Version Date 25 January 2005
Local Version Number 1               Local Version Date 21 February 2005

We will not use the blood sample you donate for other purposes.

You should be aware that the study sponsor does not have to conduct this genetic research, or any additional research on your blood sample or DNA.

**What will Happen to me if I take Part?**

If you decide to donate a sample, we will draw about 2 teaspoons (10 mL) of blood from you. This is usually done at the second visit, but can be done at a later visit if necessary or if you have already passed Visit 2.  .

DNA will be extracted from your blood sample.  In this process, most of the original blood sample will be used up but a small amount will be kept as a "backup" in case of problems in the testing of your DNA.

The DNA sample and the remaining blood sample will be stored with similar samples from other people at a secure central laboratory owned by AstraZeneca.  DNA and blood samples from this genetic research will be destroyed 15 years after the main study is completed.  Your DNA may be studied at any time before this.  The pattern of variations in your DNA may be compared with medical information collected in the main study, but only as this information relates to the research goals described above.  The results from this genetic research may be analysed along with results from other research.

**What are the Possible Risks and Inconveniences of Taking Part?**

These are no different from those experienced by you in having blood taken in the main study.

**What are the Possible Benefits of Taking Part?**

There is no direct benefit to you in taking part in this genetic research.  However, this research may contribute to our understanding of schizophrenia and its treatment, and may eventually lead to improvements in treatment.

**Do I have to Take Part?**

It is up to you whether to take part in this genetic research or not.  You may refuse to donate a sample at any time without penalty or loss of benefits to which you are otherwise entitled.

3(6)

CONFIDENTIAL
AZSER12443034

Genetic Research Addendum to Informed Consent Form for use Globally (except in the US)
Study Code D1441C00125
Master Version Number  6.0            Master Version Date 25 January 2005
Local Version Number 1                Local Version Date 21 February 2005

You will receive the same treatment and care in the main study whether or not you donate a blood sample for genetic research as described in this document.  **If you decide not to donate a sample, you can still take part in the main study.**

### Do I Receive a Payment for Taking Part?

You will not be paid for taking part in this research.

### What Rights do I have to see the Results of the Genetic Research and Personal Data?

The purpose of this genetic study is not to provide you with test results. The study sponsor (AstraZeneca) will not make any results available to you, any insurance company, your employer, your family, the study doctor, or any other physician who treats you now or in the future.

You have the right to request information about any personal data that the Study Doctor or the Sponsoring Company may hold about you.  You also have the right to request that any inaccuracies in your personal data be corrected.  If you wish to make a request, then please contact the Study Doctor in the first instance, who can help you contact the Sponsoring Company if necessary.  *<<For EEA countries only, the following text must be included:*  The Sponsoring Company may transfer your Study Data to countries outside the European Union for these purposes and for providing data to regulatory authorities.>>

### What Rights Do I have to the Results of the Genetic Research?

Any information derived directly or indirectly from this genetic research, as well as any patents, diagnostic tests, drugs, or biological products developed directly or indirectly as a result of this genetic research, are the sole property of the study sponsor (and its successors, licensees, and assigns) and may be used for commercial purposes.  You have no right to this property or to any share of the profits that may be earned directly or indirectly as a result of this genetic research.  However, in signing this form and donating a blood sample for genetic research, you do not give up any rights that you would otherwise have as a participant in research.

### What Steps are Taken to Ensure the Genetic Results are Kept Confidential?

4(6)

116

CONFIDENTIAL
AZSER12443035

Genetic Research Addendum to Informed Consent Form for use Globally (except in the US)
Study Code D1441C00125
Master Version Number  6.0                     Master Version Date 25 January 2005
Local Version Number 1                         Local Version Date 21 February 2005

Special precautions are taken to ensure that the research in this genetic study will be carried out with a very high degree of confidentiality.  Your blood sample will be labelled with the same code that is given to you in the main study, but not with personal identifiers such as your name.  As an added level of security, your DNA when it is extracted from your blood sample, and the results of any research on your DNA will also receive a second code number.  A file linking the first and second codes will be kept in a secure place at AstraZeneca with restricted access.  If you change your mind about participating in this genetic research, this link will allow us to locate your sample and destroy it.

The coding of samples and results is to ensure that genetic research results are kept confidential by keeping your identity and these results separate.  Very few people will be able to connect your identity and the results of research on your DNA, and only for special reasons.  If there should be a medical emergency, an AstraZeneca doctor whose job it is to find out what caused the problem might know your identity and might also have access to the results of research on your DNA.  AstraZeneca staff whose job it is to make sure the research has been done properly by checking the records at the study doctor's site, will also be able to identify you from your medical files but will not have access to the results of the genetic research in this study.  Apart from these persons, other research staff at AstraZeneca will not know your identity.  Regulatory authorities, which also may wish to check that this genetic research has been done properly, will also have access to your files and know your identity.

The data and results of this genetic research may be reviewed with collaborators and published.  Neither your name nor any other information that identifies you personally will appear in any publications or reports.

**Can I Withdraw my Consent?**

You may withdraw your consent to the use of your sample in genetic research at any time.  If you withdraw your consent **before** your blood sample is sent for genetic research, the study doctor will arrange to have it destroyed.  If you withdraw your consent **after** your blood sample has been sent for genetic research the study sponsor and the study doctor will ensure that your blood sample and any DNA that has been extracted from it are destroyed.  However, if genetic research has already been performed the study sponsor is not obliged to destroy results of this research.  In this case only the blood sample and any DNA extracted will be destroyed.

**WHOM SHOULD I CONTACT IF I NEED MORE INFORMATION OR HELP?**

5(6)

CONFIDENTIAL
AZSER12443036

Genetic Research Addendum to Informed Consent Form for use Globally (except in the US)
Study Code D1441C00125
Master Version Number  6.0              Master Version Date 25 January 2005
Local Version Number 1                  Local Version Date 21 February 2005

In case of a study-related injury or whenever you have questions about the study or your study medication, please contact:

**Backtranslation:If you have questions about the study, your study medication, donating a sample, any study-related injury, or your rights as a subject, please contact one of the persons indicated on the first page of this Genetic Research Addendum to Informed Consent Form.**

*Dr*                                    *Nurse*

*Phone No*                              *Phone No.*

*Address*

*If you have questions about your rights as a research subject, you may contact :*

*Name:*                                 *Phone No*

**Deleted from here**


............................              ...............................


**Backtranslation: Signature and date of the patient investigator**              **Signature and date of the**


6(6)


118

CONFIDENTIAL
AZSER12443037

Genetic Research Addendum to Informed Consent Form for use Globally (except in the US)
Study Code D1441C00125
Master Version Number  6.0
Local Version Number 1

Master Version Date 25 January 2005
Local Version Date 21 February 2005

**Informed Consent Statement**

**BACKTRANSLATION: WRITTEN INFORMED CONSENT FORM
(COMMENT: THE SUBJECT INFORMATION AND THE CONSENT FORM IS
HANDLED AS SEPARATE DOCUMENTS)**

**Study Code: D1441C00125**              **Centre No:**
                                          **Centre Name:**

**Social insurance number**               **Enrolment Code**

…………………………..
**Subject Initials:**                      **Name of Mother ……………………….**

**Place of birth**                        **Date of birth**

………………………………..…………………………………………………………………………
**Address**

The header is added to the original text.

I, _____ (name of subject),
**Backtranslation: I, …………………………………………………………………………………**
                              (name of subject, **in block capital letters**)

have read and I understand all the information in this informed consent.
**Backtranslation: have read and I understand all the information in the document named
GENETIC RESEARCH ADDENDUM TO THE INFORMED CONSENT FORM.**
I have been given the chance to discuss it and ask questions.  All my questions have been
answered to my satisfaction.  I voluntarily consent to take part in this genetic study.

I understand I will receive a copy of this informed consent.

**Backtranslation: I understand I will receive a copy of the addendum and this informed
consent.**

By signing this informed consent, I have not given up any of the legal rights, which I
otherwise would have as a subject in a research study.  I authorise the collection, use and
disclosure of my medical information in accordance with this form.

119

CONFIDENTIAL
AZSER12443038

Genetic Research Addendum to Informed Consent Form for use Globally (except in the US)
Study Code D1441C00125
Master Version Number  6.0                                                    Master Version Date 25 January 2005
Local Version Number 1                                                         Local Version Date 21 February 2005

_____          _____

_____
Signature of Subject                                         Date of Signature
                    **To be signed and dated by the subject**
                                                    **Backtranslation: Date (with the patient's hand**
**writing)**


_____
Printed name of Subject (BLOCK CAPITALS)




**Backtranslation: I have informed the subject about the study and its purpose.**


_____          _____
Signature of person conducting the                    Date of Signature
informed consent discussion
**Backtranslation: Signature of Investigator**


_____
Printed name of person conducting the informed consent discussion (BLOCK CAPITALS)

**Backtranslation: Printed Name of Investigator**


*The legally acceptable representative signature should be added if the subject is a minor, or is unable to sign for themselves.  The relationship between the subject and the legally acceptable representative should be stated.  The impartial witness signature should be added if the subject is unable to read or write.*


_____          _____
Signature of legally accepted representative          Date of Signature
NA. Deleted.
_____
Printed name of legally accepted representative  (BLOCK CAPITALS)
NA. Deleted.



120

CONFIDENTIAL
AZSER12443039

Genetic Research Addendum to Informed Consent Form for use Globally (except in the US)
Study Code D1441C00125
Master Version Number  6.0                                                                  Master Version Date 25 January 2005
Local Version Number 1                                                                        Local Version Date 21 February 2005

_____

Relationship of legally accepted representative to subject  (BLOCK CAPITALS)
NA. Deleted.


_____                    _____

Signature of impartial witness                                 Date of Signature
NA. Deleted.


_____

Printed name of impartial witness  (BLOCK CAPITALS)
NA. Deleted.

121

CONFIDENTIAL
AZSER12443040

Genetic Research Addendum to Informed Consent Form for use Globally (except in the US)
Study Code D1441C00125
Master Version Number  6.0                    Master Version Date 25 January 2005
Local Version Number 1                         Local Version Date 21 February 2005

---

| A VIZSGÁLATÉRT FELELŐS SZEMÉLYEK: | A VIZSGÁLAT KÓDSZÁMA: | D1441C00125 |
|---|---|---|

……………………………………………………

…………………………………………………… A VIZSGÁLÓHELY SZÁMA: ………………………

…………………………………………………… A VIZSGÁLÓHELY NEVE ………………………

AZ INTÉZET TELEFONSZÁMA:……………………….. BEVONÁSI SZÁM: ………………………

INTÉZMÉNYI KUTATÁSETIKAI BIZOTTSÁG NEVE:

…………………………………………………… A BETEG NEVÉNEK KEZDŐBETŰI: ………………………

……………………………………………………

ELNÖKÉNEK NEVE: …………………………………

ELÉRHETŐSÉGE:…………………………………

---

## A GENETIKAI VIZSGÁLATRÓL SZÓLÓ KIEGÉSZÍTÉS A BETEGTÁJÉKOZTATÓHOZ

A VIZSGÁLAT CÍME:

**„24 hetes, nemzetközi, több centrumos, nyílt, rugalmas adagolású, randomizált, párhuzamos csoportú, III fázisú vizsgálat a quetiapin, az olanzapin és a risperidon glukózanyagcserére gyakorolt hatásának összehasonlítására, schizofréniában szenvedő betegek kezelése során."**

Ennek a vizsgálatnak van egy szabadon választható része, melynek során vért vesznek Öntől genetikai (DNS) vizsgálat céljára. Szeretnénk több információval szolgálni, mielőtt eldöntené, hogy részt kíván-e venni ebben.

**Mi a háttere és a célja a genetikai vizsgálatnak?**

Az Ön sejtjei tartalmaznak egy bizonyos típusú molekulát, amit dezoxiribonukleinsavnak (röviden: DNS-nek) hívnak. Ebből állnak a gének.

A gének öröklődnek és a növekedést, fejlődést és a szervezet működését irányítják. Például egyes gének határozzák meg a haj vagy a szem színét is. A tudósok sokat megtudtak a gének működéséről. Számos különbség és eltérés van az egyes emberek DNS-e között. Ezek a különbségek hatással lehetnek arra, hogy valakinek mekkora az esélye bizonyos betegségekre vagy arra, hogy hogyan reagál bizonyos gyógyszerekre. Arra kérjük Önt, hogy adjon vérmintát genetikai vizsgálatra, melynek során az Ön DNS-ének egy részét vizsgálják meg, illetve tegye lehetővé, hogy ezt összevessük az Önről rendelkezésre álló orvosi információkkal.

1(5)

122

CONFIDENTIAL
AZSER12443041

Genetic Research Addendum to Informed Consent Form for use Globally (except in the US)
Study Code D1441C00125
Master Version Number  6.0                    Master Version Date 25 January 2005
Local Version Number 1                        Local Version Date 21 February 2005

Azért kérjük erre Önt, mert már egyébként is részt vesz egy vizsgálatban, mely azt vizsgálja, hogy a szervezet hogyan dolgozza fel a cukrot (glukózt) és a zsírt, és hogy ezt befolyásolja-e a szkizofrénia gyógyszeres kezelése, jelen esetben az olanzapine, a risperidone vagy a quetiapine. A továbbiakban ezt "alapvizsgálatnak" fogjuk nevezni. Azt a genetikai kutatást, amelyben való részvételre kérjük most Önt, a továbbiakban "genetikai vizsgálatnak" fogjuk hívni.

Azért kérjük Önt és az alapvizsgálatban részt vevő többi beteget a vérminta adására, mert tanulmányozni szeretnénk, hogy a genetikai sajátosságok hogyan függenek össze a szkizofréniával, valamint azzal, ahogyan erre a betegségre használt gyógyszerekre reagálnak az emberek.

Az Öntől kapott vérmintát egyéb célokra nem használjuk fel.

Tudnia kell, hogy a szponzoráló cégnek nem kötelező elvégeznie ezt a genetikai vizsgálatot, sem egyéb járulékos vizsgálatokat az Ön vérmintájával vagy DNS-ével.

**Mi történik, ha részt veszek?**

Ha úgy dönt, hogy részt vesz, akkor körülbelül 2 teáskanálnyi (10 milliliter) vért veszünk Öntől. Ez rendszerint a második vizit alkalmával történik, de szükség esetén, vagy amennyiben Ön már túl van a második viziten, egy későbbi vizit alkalmával is elvégezhető.

Ebből a vérmintából kivonják a DNS-t. Ezen eljárás során a vérminta nagy részét felhasználják, de egy kis mennyiség megmarad tartaléknak ara az esetre, ha valami probléma történne a DNS vizsgálat során.

A DNS-mintát és a tartalék vérmintát más hasonló mintákkal együtt az Európai Unió területén az AstraZeneca egy biztonságos laboratóriumában fogják tárolni.

Az alapvizsgálat befejezése után 15 évvel az összes DNS- és vérmintát megsemmisítik.

Ezt megelőzően bármikor tanulmányozhatják az Ön DNS-mintáját.  Az Ön DNS-ének sajátosságait összevetik az alapvizsgálatból nyert orvosi információkkal, amennyiben az információ a fent leírt kutatási célokra  vonatkozik. Az eredményeket, melyek ebből a genetikai vizsgálatból származnak, elemezhetik más vizsgálatokkal összefüggésben is.

**Mik a lehetséges veszélyek és kellemetlenségek?**

Ezek nem különböznek attól, amit a fő vizsgálatban végzendő vérvétellel kapcsolatban észlelhet.

2(5)

CONFIDENTIAL
AZSER12443042

Genetic Research Addendum to Informed Consent Form for use Globally (except in the US)
Study Code D1441C00125
Master Version Number  6.0                    Master Version Date 25 January 2005
Local Version Number 1                        Local Version Date 21 February 2005

**Mik a lehetséges előnyök?**

Önnek közvetlen előnye nem származik a részvételből. Ez a kutatás azonban hozzájárulhat a szkizofréniának és kezelésének jobb megértéséhez, s ezáltal előrelépést hozhat a kezelésben.

**Részt kell-e vennem?**

Ön dönti el, hogy részt vesz-e ebben a vizsgálatban vagy sem. Bármikor, következmények nélkül visszautasíthatja vagy megszüntetheti a részvételét anélkül, hogy elvesztené a máskülönben Önnek járó kedvezményeket.

Ugyanazt a kezelést és ellátást fogja kapni az alapvizsgálat során akár ad, akár nem ad vérmintát az itt ismertetett genetikai kutatás céljára. **Ha úgy dönt, hogy nem ad vért erre a célra még részt vehet az alapvizsgálatban.**

**Fizetnek-e a részvételemért?**

A genetikai vizsgálatban való részvételért nem fizetnek Önnek.

**Milyen jogaim vannak a genetikai kutatás eredményeinek és a személyes adatoknak a megismerésével kapcsolatban?**

Ennek a genetikai vizsgálatnak nem célja az, hogy a vizsgálati eredményeket az Ön tudomására hozzák. A vizsgálat szponzora (az AstraZeneca) nem közli a kapott eredményt, sem Önnel, sem bármely biztosító társasággal, sem munkáltatójával, sem családjával, sem kezelőorvosával vagy bármely más orvossal, aki jelenleg vagy a jövőben kezeli Önt.

Joga van ahhoz, hogy információt kérjen azokról a személyes adatairól, melyeket a vizsgálatot végző kezelőorvosa vagy a szponzor tárol. Joga van kérni azt is, hogy az Ön személyes adataiban az esetleges pontatlanságokat kijavítsák. Amennyiben ilyen kérése lenne, először forduljon a vizsgálatot végző kezelőorvosához, aki szükség esetén segíthet felvenni a kapcsolatot a szponzorral.

A szponzor e célból valamint a felügyelő hatóságok tájékoztatása céljából az Európai Unión kívülre is továbbíthatja az Ön vizsgálattal kapcsolatos adatait.

**Milyen jogaim vannak a genetikai vizsgálat eredményeivel kapcsolatban?**

A genetikai vizsgálatokból közvetlenül vagy közvetve származó bármely információ csakúgy, mint bármilyen szabadalom, diagnosztikus teszt, gyógyszer vagy biológiai termék, mely közvetlenül vagy közvetve ezen kutatás eredményeként jön létre, a szponzor (és annak jogutódja, meghatalmazottai, az ő licence engedélyével rendelkezők) kizárólagos tulajdonát képezi és kereskedelmi célokra felhasználható. Önnek ehhez a tulajdonhoz illetve a vizsgálatból közvetve vagy közvetlenül származó profit-részesedéshez nincsen joga.

3(5)

124

CONFIDENTIAL
AZSER12443043

Genetic Research Addendum to Informed Consent Form for use Globally (except in the US)
Study Code D1441C00125
Master Version Number  6.0          Master Version Date 25 January 2005
Local Version Number 1              Local Version Date 21 February 2005

Azonban ezen nyilatkozat aláírásával és a vérminta genetikai vizsgálatra való adásával Ön nem mond le azon jogáról, amely egy tudományos vizsgálatban való részvétele kapcsán egyébként megilleti.

**Milyen módon biztosítják a genetikai eredmények bizalmas kezelését?**

Különleges intézkedésekkel biztosítjuk, hogy ezt a genetikai vizsgálatot a legmagasabb szintű titoktartás mellett végezzük. Az Ön vérmintáját ugyanazzal a kódszámmal fogjuk ellátni, amely az alapvizsgálatban is azonosítja Önt, de személyes azonosítók, mint például az Ön neve, nem szerepelnek. További biztonsági szintet jelent az, hogy a vérből való kivonás után az Ön DNS-mintája, valamint minden, a DNS-en végzett minden vizsgálat eredménye egy második kódszámot fog kapni. Az első és a második kód közötti összeköttetést az AstraZeneca egy biztonságos területén tárolják majd, ahová korlátozott a belépés. Ha meggondolja magát és visszavonja a genetikai vizsgálatban való részvételét, akkor ez az összeköttetés teszi lehetővé azt is, hogy megkeressük és megsemmisítsük az Ön mintáját.

A minták és az eredmények kódolása biztosítja a genetikai vizsgálati eredmények bizalmas kezelését, azáltal, hogy az Ön személyazonosságát és az eredményeket elkülönítve tartja. Nagyon kevés embernek lesz lehetősége arra, hogy az Ön személyazonosságát és a DNS-vizsgálatának eredményeit összekapcsolhassa, és ezt csak különleges indokkal teheti meg. Amennyiben orvosi szükséghelyzet állna elő, akkor az AstraZeneca egy orvosa – akinek az a feladata, hogy feltárja a baj okát - megismerheti az Ön személyazonosságát és hozzáférhet az Ön DNS-vizsgálatának eredményeihez. Azok az AstraZeneca alkalmazottak, akiknek az a munkájuk, hogy a vizsgálat megfelelő végrehajtását ellenőrizzék a kezelőorvosa munkahelyén levő feljegyzések áttekintésével, szintén azonosítani tudják Önt az orvosi irataiból, de nem lesz hozzáférésük a genetikai vizsgálatok eredményeihez.  Más AstraZeneca alkalmazottak nem fogják tudni azonosítani Önt. A felügyelő hatóságok, melyek ellenőrizhetik a vizsgálat megfelelő lebonyolítását, szintén hozzáférhetnek az Ön irataihoz és megismerhetik a személyazonosságát.

A genetikai vizsgálat adatait és eredményeit ellenőrizhetik együttműködő szakértők, és azokat publikálhatják is. Sem az Ön neve, sem egyéb azonosító adata nem jelenik meg semmilyen közleményben vagy jelentésben.

**Visszavonhatom-e a beleegyezésemet?**

Bármikor visszavonhatja a beleegyezését. Ha még **azelőtt** vonja vissza a beleegyezését, hogy a vérmintáját elküldték volna genetikai vizsgálatra, akkor a vizsgálatot végző kezelőorvosa intézkedik annak megsemmisítéséről. Ha **azután** vonja vissza a beleegyezését, hogy a vérmintáját elküldték genetikai vizsgálatra, akkor a vizsgálatot végző kezelőorvosa és a szponzor intézkednek vérmintájának és az esetlegesen már kivont DNS-mintájának megsemmisítéséről. Ha azonban a genetikai vizsgálatot már elvégezték, a szponzor nem köteles az eredményt megsemmisíteni.

4(5)

CONFIDENTIAL
AZSER12443044