Genetic Research Addendum to Informed Consent Form for use Globally (except in the US)
Study Code D1441C00125
Master Version Number  6.0          Master Version Date 25 January 2005
Local Version Number 1             Local Version Date 21 February 2005

**Kitől kaphatok további információt vagy segítséget?**

Amennyiben kérdései lennének a vizsgálattal, a gyógyszeres kezeléssel, a vérminta adásával, a vizsgálattal kapcsolatban felmerült károsodással vagy a vizsgálatban részt vevők jogaival kapcsolatban, akkor kérjük, lépjen kapcsolatba a betegtájékoztató első oldalán feltüntetett személyek valamelyikével.

...........................                          ...............................

a beteg aláírása / dátum                    a vizsgálatvezető/kezelőorvos aláírása / dátum

CONFIDENTIAL
AZSER12443045

Genetic Research Addendum to Informed Consent Form for use Globally (except in the US)
Study Code D1441C00125
Master Version Number  6.0
Local Version Number 1

Master Version Date 25 January 2005
Local Version Date 21 February 2005

# ÍRÁSOS BELEEGYEZÉSI NYILATKOZAT

A VIZSGÁLAT KÓDSZÁMA:    D1441C00125

A VIZSGÁLÓHELY NEVE:                                    A VIZSGÁLÓHELY SZÁMA:…………………

………………………………………………………

TAJ SZÁM:……………………………………,              BEVONÁSI SZÁM:……………………………

A BETEG NEVÉNEK KEZDŐBETŰI:…………             ANYJA NEVE: ………………………………

SZÜLETÉSI HELY:…………………………,               SZÜLETÉSI IDŐ:……………………………

LAKCÍM:  …………………………….........……………………………………………………………

Én, …………………………………………………………………………………
*(a beteg neve nyomtatott betűkkel)*

elolvastam a mellékelt „A GENETIKAI VIZSGÁLATRÓL SZÓLÓ KIEGÉSZÍTÉS A BETEGTÁJÉKOZTATÓHOZ" című dokumentumot, és megértettem minden benne foglalt információt.
Lehetőségem volt a kapott információkat megbeszélni, kérdéseket feltenni. Minden kérdésemre kielégítő választ kaptam. Önként vállalom, hogy részt veszek a genetikai vizsgálatban.

Tudomásul veszem, hogy **a kiegészítő dokumentum** és ezen aláírt Írásos Beleegyezési Nyilatkozat egy példányát kézhez kapom.

Ezen írásos beleegyező nyilatkozat aláírásával nem mondok le semmilyen jogomról, amely egy tudományos vizsgálatban való részvételem kapcsán egyébként megillet. Az írásos betegtájékoztatóban foglaltaknak megfelelően hozzájárulok a velem kapcsolatos orvosi információk gyűjtéséhez, felhasználásához és nyilvánosságra hozásához.

………………………………………………………                     …………………………………………….
*a beteg aláírása*                                                  *dátum (a beteg saját kézírásával)*

………………………………………………………
*a beteg neve nyomtatott betűkkel*

Tájékoztattam a fent nevezett beteget a vizsgálatról, illetve annak céljáról.

…………………………………………………….                    ………………………………….
*a vizsgálatvezető/kezelőorvos aláírása*                           *dátum*

…………………………………………………….
*a vizsgálatvezető/kezelőorvos neve nyomtatott betűkkel*

127

CONFIDENTIAL
AZSER12443046

**Birmingham and Solihull NHS**

Mental Health NHS Trust

## PATIENT INFORMATION SHEET

### A 24-Week, International, Multi-centre, Open-label, Flexible-dose, Randomised, Parallel-Group, Phase IV Study to Compare the Effect on Glucose Metabolism of Quetiapine, Olanzapine and Risperidone in the Treatment of Patients with Schizophrenia

| | | |
|---|---|---|
| Study Code: | D1441C00125 | Subject Initials: |
| Centre No: | Enrolment code and/or randomisation code: | |

You are being asked to take part in a research study.  Before you decide it is important for you to understand why the research is being done, how your information will be used, what the study will involve and the possible benefits, risks and discomforts.  Please take time to read the following information carefully and discuss it with your family doctor, if you wish.

### WHAT IS THE BACKGROUND TO AND PURPOSE OF THE STUDY?

You have been asked to take part in this study since you suffer from schizophrenia and your doctor has considered it necessary that you should receive treatment for that illness.  This study is being carried out to see if treatment with a medicine used to treat schizophrenia, quetiapine, may also affect the way your body takes care of sugar and fat and, if so, how it compares with two other medications, olanzapine and risperidone. Unwanted effects on how the body takes care of sugar and fat could lead to an increased risk of cardiovascular disease or development of diabetes. Approximately 600 other patients like you will take part.

Quetiapine, olanzapine and risperidone are of a type of medication called "atypical antipsychotics".  All three study medications have been approved for treatment of schizophrenia by the regulatory authorities in many countries, including the UK. During the study treatment period you will receive treatment with one of these three study medications. The comparison will be done by measuring the levels of sugar (glucose) and a hormone called insulin in your blood. To do this you will be required to stay over night at the hospital at three times during the study and a number of blood samples will be taken in the morning after.

### DO I HAVE TO TAKE PART?

It is up to you to decide whether or not to take part.  If you do decide to take part you will be given the attached Written Informed Consent Form to sign.  If you decide to take part you are still free to withdraw at any time and without giving a reason.  This will not affect the standard of care you receive.  Your GP will be notified about your participation in this study, but only after we have agreement from you to contact them.

Likewise, the doctor conducting the study (the "Study Doctor") may decide that continued participation in the study is no longer in your best interest and you will be withdrawn.  This could happen if you no longer fulfil the criteria for participation in the study, if you do not follow the instructions the doctor gives to you, if the study personnel cannot get in touch with you, if your illness gets worse and your doctor decide that you need some other medication or if your doctor

1(8)

CONFIDENTIAL
AZSER12443047

Adult Study Subject Information and Consent Form for use Globally (except in the US)
Study Code: D1441C00125
UK Version No: 4 Version Date: 16 February 2004

decides to withdraw you due to side effects or risks to your health in any way. You may also be withdrawn if the sponsoring company decides to terminate the study. If you do not want to continue with study medication or decide to withdraw from the study for other reasons, you should always speak to your doctor on how and when to stop taking the medication, as this may affect the symptoms of your disease. If you, or your doctor, decide that you will no longer take part you are asked to come for a final visit, complete the evaluations needed and return all unused medication. Your study doctor will provide care for your psychotic illness, and will assist you in obtaining follow-up treatment, including starting you on a new antipsychotic medication if indicated.

If you do not want to take part in the study there are a number of antipsychotic medications which are available to treat your condition, including the three medications that are tested in this study (quetiapine, olanzapine and risperidone). Your Study Doctor can explain the treatments that are available, and the risks and benefits of these treatments, to you if you choose not to take part.

**WHAT WILL HAPPEN TO ME IF I TAKE PART?**

The study involves nine visits to the clinic over a total period of up to 26 weeks. 24 weeks involves treatment with study medication. A summary of the visits can be found in the table and the procedures to be performed at each visit are described below.

| Visit no | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|
| Weeks of treatment | No study medication | Day 1 | 1 w | 4 w | 8 w | 12 w | 16 w | 20 w | 24 w Final visit |

**Visit 1**

At the first visit your Study Doctor needs to see if you can take part in this study. You will be given oral and written information of the study and can decide whether you want to participate or not. If you want to participate, a number of examinations and evaluations will be performed. In addition to the procedures described below that are done at all visits, the following will be performed:

- A physical examination, including an electrocardiogram (ECG, a tracing of the heart activity).

- You will be asked questions about your medical and surgical history, smoking habits and previous medications.

- A blood sample (12,5 mL) is taken for testing of red and white blood cells, blood salts, sugar, fats (e.g. cholesterol), some hormones and tests to control liver, kidney and thyroid function. A pregnancy test is part if the blood sample if you are female. A urine sample will also be taken for analysis of compounds in the urine, including a screening for drugs.

When your Doctor receives the results of the tests, he/she will decide if you can participate. If your Study Doctor decides that you can participate he/she will ask you to come for a second visit within 14 days of the first one. In some cases, you may need to continue to visit 2 and perform the procedures described below to confirm the test results before your Study Doctor can decide if you can participate or not.

2(8)

CONFIDENTIAL
AZSER12443048

Adult Study Subject Information and Consent Form for use Globally (except in the US)
Study Code: D1441C00125
UK Version No: 4 Version Date: 16 February 2004

**Study procedures performed at all visits**

- Your Study Doctor will evaluate the severity of your illness. For Visits 3-9 he/she will also evaluate whether your illness has improved or become worse since last study visit.

- Your Study Doctor will evaluate your movements with the help of two questionnaires.

- You will be asked questions about any medication you are taking or have been taking recently, including study medication.

- Your blood pressure, pulse (heart rate) and weight will be measured

- You will be asked questions regarding changes in your health since last study visit.

- Starting at Visit 3 you will return leftover study medication and empty containers from previous study period and receive new study medication (except at the final visit).

**Visits 2, 6 and 9 Oral Glucose Tolerance Test requiring overnight fasting hospitalisation**

The most important assessment is a so-called Oral Glucose Tolerance Test or OGTT. This test is done three times during the study: at Visit 2 before you get study medication, at Visit 6 after 12 weeks and at Visit 9, after 24 weeks of treatment or at discontinuation. To ensure reliable results of this test, you have to have been fasting for 8-14 hours before the test. This means that you will be asked to stay overnight in a hospital the night before the visit, either at the Study Site or a Day-care clinic, and that you cannot eat or drink anything but water for 8-14 hours during the night. You must also refrain from smoking during this time.

In the morning when it is time for the Oral Glucose Tolerance Test a study nurse will carefully insert a catheter (a device that makes it easier to take blood samples) in your arm and take a blood sample. You will then be asked to drink a solution of 75 g sugar dissolved in approximately 300 mL of water. Additional blood samples will be taken after 30, 60, 90 and 120 minutes. In total 35 mL of blood will be collected. The study personnel will do everything possible to make it comfortable for you during this time but you will be asked to remain sitting and you cannot smoke, eat or drink anything other than water during the test. The blood samples will be sent to a laboratory for analysis of blood sugar, a hormone called insulin, fats and other compounds.

The following will also be performed at Visits 2,6 and 9:

- When you arrive in the hospital, you will be asked to fill in a questionnaire called PETiT, answering questions on how you have been doing and feeling during the last week. This will take 2-5 minutes.

- In the morning, study personnel will ask you questions about your attitude towards taking your medication based on a questionnaire called ROMI.

**Additional procedures at some visits**

- A waist circumference measurement will be made in addition to the weight at Visits 2 and 9.

- At Visit 4, 5, 6 and 9 a blood sample (3mL) is taken for testing of red and white blood cells.

At the final Visit 9 after 24 weeks of treatment, or if you are withdrawn from the study, the following will be performed in addition to the procedures above:

3(8)

130

CONFIDENTIAL
AZSER12443049

Adult Study Subject Information and Consent Form for use Globally (except in the US)
Study Code: D1441C00125
UK Version No: 4 Version Date: 16 February 2004

- A new electrocardiogram (ECG, a tracing of the heart activity) will be taken.

- An additional blood sample (9-10 mL) is taken for testing of red and white blood cells, blood salts, sugar, fats (e.g. cholesterol), some hormones and tests to control liver, kidney and thyroid function. A urine sample will also be taken for analysis of some compounds in the urine.

Your doctor may need to schedule extra visits during the study to adjust the dose or follow-up on any changes in your health.

### Study medication

When all the procedures are completed at Visit 2, including the Oral Glucose Tolerance Test, you will be assigned to one of the three study medications. You will either receive quetiapine, olanzapine or risperidone. You have an equal chance of receiving quetiapine, olanzapine or risperidone. Which treatment you receive is decided at random by a computerized list (purely by chance, like the tossing of a coin). Both you and the Study Site personnel will know which treatment you receive. Your Study Doctor, or other study personnel responsible for this, will explain carefully how to take the tablets and which dose to take. You will also be provided with written instructions. During the first five days of treatment the dose of the study medication will be slowly increased, while any antipsychotic medication you may have used before will be decreased and finally completely stopped by Day 5.

Study medication will be dispensed to you at each visit, except at the first and final visit. You will get it either from the study personnel or through the pharmacy, as agreed with your doctor. Your Doctor decides which dose you should take, and may decide to adjust the dose upward or downward depending on how you are feeling. The last visit is after 24 weeks of treatment, after that you will no longer receive study medication. When you have finished taking part in this study, your Study Doctor will decide how to continue to manage your illness.

Your doctor may need to schedule extra visits during the study to adjust the dose or follow-up on any changes in your health.

You should also notify your study doctor if you experience any health problems within 30 days after the last dose of study medication. This also applies if you discontinue from the study.

### WHAT DO I HAVE TO DO?

You must be willing to follow your study doctor's instructions, go through all the study related procedures described above, maintain your normal lifestyle and your normal physical activities or exercise and attend the scheduled visits. You will come to your study doctor's office on specified days and your appointments should be scheduled prior to your leaving each visit. It is also important that you take the study medication as directed. Any left over medication that you do not take, and the container, even if it is empty, must be returned at each of your visits. It is also important that you tell the medical staff about any other medication you are taking before and during the study. Some medications are not allowed during the study and your study doctor can tell you which you can or cannot take.

If you are a female, you must not be pregnant or breast-feeding, and you must not become pregnant during the study. Your Study Doctor must be told immediately if pregnancy occurs. You will be asked to use a reliable birth control method such as birth control pills, intrauterine devices or condom together with diaphragm, foam or sponge during the study.

4(8)

CONFIDENTIAL
AZSER12443050

Adult Study Subject Information and Consent Form for use Globally (except in the US)
Study Code: D1441C00125
UK Version No: 4 Version Date: 16 February 2004

## WHAT ARE THE POSSIBLE SIDE EFFECTS, RISKS AND DISCOMFORTS OF TAKING PART?

There is a risk that the symptoms of your illness will not respond to the study medication. Your condition may worsen if the study drug is ineffective for you. The withdrawal of your old medication, if any, may give unwanted side effects or a worsening of your condition.

The study medications may cause some side effects. You may experience none, some or all of those listed below. A common side effect of all three antipsychotic drugs when beginning treatment is sleepiness; that may also affect mental and physical abilities required to operate an automobile or machinery. You may experience a decrease in blood pressure when standing up that might cause light-headedness or fainting. This is most common early in the treatment and will usually pass with time.

For **quetiapine** the most common side effect apart from sleepiness is dizziness. Relatively common are also rapid heart beat, dry mouth, constipation, indigestion, feeling weak, swelling of arms and legs, weight gain, fainting and stuffy nose. Some patients have shown changes in laboratory test values, such as changes in the amount of white blood cells or an increase in the amount of liver enzymes, fatty substances such as cholesterol in the blood, or in the amount of "creatine phosphokinase", a substance in the muscles. More uncommon side effects are allergic reactions and fits (seizures). Rare side effects that have been reported are fever, very marked drowsiness, muscle stiffness, marked increase in blood pressure or heart beat, reduced consciousness and priapism (long-lasting and painful erection).

For **olanzapine** common side effects are weight gain, dizziness, increased appetite, swelling of arms and legs, constipation, dry mouth, anxiety, abnormal movements, tremor, muscle stiffness or difficulties in speaking. Increased levels of the hormone prolactin blood glucose, the amount of liver enzymes or fatty substances such as cholesterol and triglycerides have been observed, as well as changes in the amount of white blood cells. More uncommon side effects are allergic reactions, slow heart rate or sensitivity for sunlight. Very rare side effects that have been reported are liver disease, fits (seizures), priapism (painful erection), difficulties in urinating, secretion of milk or irregularities in the menstruation cycle. Some patients have experienced high levels of blood sugar or a worsening in their diabetes. If the treatment with olanzapine is suddenly stopped symptoms like increased sweating, difficulties in sleeping, tremor, anxiety, nausea or vomiting may occur.

For **risperidone** common side effects are insomnia, dizziness, headache, agitation, anxiety, difficulties in concentrating, weight gain. Other well-known side effects are increased heart rate, increased salivation, muscle stiffness, abnormal movements. Some patients experience disturbances in sexual function or irregularities in the menstrual cycle. Constipation, difficulties in digestion, nausea, vomiting or abdominal pain have been reported, as well as rash, stuffy nose and blurred vision. Rare side effects include swelling of arms and legs, allergic reactions, increase in the amount of liver enzymes, breast enlargement, secretion of milk, difficulties in keeping the urine, elevated blood pressure and fits (seizures).

There are very rare, but potentially serious, side effects associated with this class of drugs called neuroleptic malignant syndrome (NMS), a potentially life-threatening disorder that includes symptoms such as fever, tight muscles, changes in blood pressure and heart rate and confused thinking. Antipsychotics may also cause a movement disorder called tardive dyskinesia (TD). Symptoms of this disorder is that certain muscle groups (e.g., the tongue and lip muscles) will

5(8)

CONFIDENTIAL
AZSER12443051

Adult Study Subject Information and Consent Form for use Globally (except in the US)
Study Code: D1441C00125
UK Version No: 4 Version Date: 16 February 2004

move even if the person does not want them to move. In most cases, the symptoms stop when the medication is withdrawn, but in some cases they are permanent.

There are some reports that some of these medications might affect unborn children, therefore, if you are female, you should not be pregnant or breastfeeding during the study.

There may be risks involved in taking this medication that have not been identified in the studies done so far. There is always a risk involved in taking a new medication but every precaution will be taken and you are encouraged to report anything that is troubling you. The taking of a blood sample may cause some discomfort. In connection with this, there may be a temporary discomfort and there is a small risk of bruising, infection or inflammation at the needle stick site. Some people may feel faint or dizzy. The OGTT procedure requires 8-14 hours of fasting and non-smoking at three times during the study, which might cause some discomfort. Your Study Doctor and the study staff will monitor your condition closely. With your cooperation regarding the instructions given by your Study Doctor, frequent examinations and the performance of laboratory tests, the risk of unwanted side effects can be minimized.

If you experience a serious medical problem, the study sponsor will request access to your medical records until your condition is resolved, in order to determine the medical outcome. This will be true even if you otherwise end participation in the study. Your permission to review these records is granted by signing this form, but you may withdraw this consent at any time.

## WHAT ARE THE POSSIBLE BENEFITS OF TAKING PART?

It is hoped that the study treatment given during the study will help you. However, this cannot be guaranteed. The information we get from this study may help us to treat future subjects with the same illness as you better.

## WHAT IF NEW INFORMATION BECOMES AVAILABLE?

If any new information on the study medication(s) becomes available which may influence your decision to continue in the study you will be told.

## WHAT ARE THE COSTS OF TAKING PART?

You will not be paid for taking part in this study. If you need to take time off from work or other activities, this time or loss of wages will not be compensated. However, the study medication (quetiapine, olanzapine or risperidone), study visits and laboratory tests will be provided at no cost to you during the study. Your reasonable and necessary expenses in connection with this study, such as travel and parking, will be reimbursed if you have receipts for those expenses. .

If you are caused any injury directly by your participation in the study, the company will compensate you in accordance with the law of the UK. The company has insurance to cover study related injuries.

## HOW WILL MY PERSONAL DATA BE USED?

By signing this form you consent to the Study Doctor and his staff collecting and processing your personal data, including the following:

- Your date of birth

- Your sex

6(8)

133

CONFIDENTIAL
AZSER12443052

Adult Study Subject Information and Consent Form for use Globally (except in the US)
Study Code: D1441C00125
UK Version No: 4 Version Date: 16 February 2004

- Your race or ethnic origin

- Personal data on your physical or mental health or condition

- Any other personal data obtained during your participation in the study or as a result of any follow up assessments.

The Study Doctor will use your personal data for the purposes of administering and conducting the study, research and statistical analysis.

The Study Doctor will share personal data collected during the study ("Study Data") with the pharmaceutical company sponsoring the study ("the Sponsoring Company"). The Sponsoring Company of this study is AstraZeneca UK Ltd. Your Study Data shared with the Sponsoring Company does not (generally) include your name, address, or social security number. Instead the Study Doctor uses your initials and assigns a code number to the Study Data sent to the Sponsoring Company. Only the Study Doctor and his staff have access to the code key with which it is possible to connect your Study Data to you. However, any of your personal data, which is available to the Study Doctor, may be reviewed at the Study Doctor's site by the Sponsoring Company and/or its representatives, its contractors, regulatory authorities, the Independent Ethics Committee or other supervisory bodies. The purpose of these reviews is to assure the proper conduct of the study and/or the quality of your Study Data.

The Sponsoring Company may use your Study Data for:

- Administration purposes
- Research and development of pharmaceutical products, diagnostics and/or medical aids
- Statistical analysis
- The approval, registration and marketing processes relating to its products/study medication
- Carrying out safety and efficacy evaluations.

The Sponsoring Company may share your Study Data with other companies within its group, with its service providers and its contractors who will use your Study Data only for the purposes described above. The Sponsoring Company may transfer your Study Data to countries outside the European Union for these purposes and for providing data to regulatory authorities.

You have the right to request information about any personal data that the Study Doctor or the Sponsoring Company may hold about you. You also have the right to request that any inaccuracies in your personal data be corrected. If you wish to make a request, then please contact the Study Doctor in the first instance, who can help you contact the Sponsoring Company if necessary. The Study Doctor's contact information is set out at the end of this form.

Please note, the results of the study may be published in medical literature, but your identity will not be revealed.

The Sponsoring Company is responsible for its own processing of your Study Data.

7(8)

CONFIDENTIAL
AZSER12443053

Adult Study Subject Information and Consent Form for use Globally (except in the US)
Study Code: D1441C00125
UK Version No: 4 Version Date: 16 February 2004

## WHOM SHOULD I CONTACT IF I NEED MORE INFORMATION OR HELP?

In case of a study-related injury or whenever you have questions about the study or your study medication, please contact:

Dr Singh                                          Nurse Geraldine Hughes

Phone No. 0121 685 6050                           Phone No. 0121 685 6825

Soho House
362-364 Soho Rd
Handsworth
BIRMINGHAM
B21 9QL

If you wish to seek some independent advice then please contact:

    Name
    Address
    Telephone number

Thank you for taking part in this study. You will be given a copy of the patient information sheet and consent form to keep.

8(8)

135

CONFIDENTIAL
AZSER12443054

**Birmingham and Solihull** NHS

Mental Health NHS Trust

## PATIENT CONSENT FORM

**A 24-Week, International, Multi-centre, Open-label, Flexible-dose, Randomised, Parallel-Group, Phase IV Study to Compare the Effect on Glucose Metabolism of Quetiapine, Olanzapine and Risperidone in the Treatment of Patients with Schizophrenia**

Study Code:        D1441C00125                    Subject Initials:

Centre No:                      Enrolment code and/or randomisation code:

I have received verbal information on the above study and have read the Patient Information Sheet, version 4, dated 16 February 2004. I have been given the chance to discuss the study and ask questions.

I understand that a letter will be sent to my GP informing him/her of my participation in this study.

I consent to take part in the study and I am aware my participation is entirely voluntary. I understand that I may withdraw at any time without giving a reason and without this affecting my future care.

By signing this information and consent form I agree that my personal data, including data relating to my physical or mental health or condition, and race or ethnic origin, may be used as described in this consent form.

I understand I will receive a copy of this information and consent form.

_____          _____
Signature of subject                                  Date of signature

**To be signed and dated by the subject**

_____
Printed name of subject (BLOCK CAPITALS)

_____          _____
Signature of person obtaining consent             Date of signature

_____
Printed name of person obtaining consent (BLOCK CAPITALS)

Adult Study Subject Consent Form
Study Code: D1441C00125
UK Version No: 4 Version Date: 16 February 2004

1(1)

CONFIDENTIAL
AZSER12443055

Birmingham and Solihull **NHS**

Mental Health NHS Trust

# PATIENT INFORMATION SHEET

**A 24-Week, International, Multi-centre, Open-label, Flexible-dose, Randomised, Parallel-Group, Phase IV Study to Compare the Effect on Glucose Metabolism of Quetiapine, Olanzapine and Risperidone in the Treatment of Patients with Schizophrenia**

| | | |
|---|---|---|
| Study Code: | D1441C00125 | Subject Initials: |
| Centre No: | | Enrolment code and/or randomisation code: |

You are being asked to take part in a research study.  Before you decide it is important for you to understand why the research is being done, how your information will be used, what the study will involve and the possible benefits, risks and discomforts.  Please take time to read the following information carefully and discuss it with your family doctor, if you wish.

## WHAT IS THE BACKGROUND TO AND PURPOSE OF THE STUDY?

You have been asked to take part in this study since you suffer from schizophrenia and your doctor has considered it necessary that you should receive treatment for that illness.  This study is being carried out to see if treatment with a medicine used to treat schizophrenia, quetiapine, may also affect the way your body takes care of sugar and fat and, if so, how it compares with two other medications, olanzapine and risperidone. Unwanted effects on how the body takes care of sugar and fat could lead to an increased risk of cardiovascular disease or development of diabetes. Approximately 600 other patients like you will take part.

Quetiapine, olanzapine and risperidone are of a type of medication called "atypical antipsychotics".  All three study medications have been approved for treatment of schizophrenia by the regulatory authorities in many countries, including the UK. During the study treatment period you will receive treatment with one of these three study medications. The comparison will be done by measuring the levels of sugar (glucose) and a hormone called insulin in your blood. To do this you will be required to stay over night at the hospital at three times during the study and a number of blood samples will be taken in the morning after.

## DO I HAVE TO TAKE PART?

It is up to you to decide whether or not to take part. If you decide not to take part, your medical treatment will not be affected in any way. If you do decide to take part you will be given the attached Written Informed Consent Form to sign.  If you decide to take part you are still free to withdraw at any time and without giving a reason.  This will not affect the standard of care you receive.  Your GP will be notified about your participation in this study, but only after we have agreement from you to contact them.

Likewise, the doctor conducting the study (the "Study Doctor") may decide that continued participation in the study is no longer in your best interest and you will be withdrawn.  This could happen if you no longer fulfil the criteria for participation in the study, if you do not follow the instructions the doctor gives to you, if the study personnel cannot get in touch with you, if your

1(9)

137

CONFIDENTIAL
AZSER12443056

Adult Study Subject Information and Consent Form for use Globally (except in the US)
Study Code: D1441C00125
UK Version No: 5a Version Date: 30th November 2004 (local amendment)

illness gets worse and your doctor decide that you need some other medication or if your doctor decides to withdraw you due to side effects or risks to your health in any way.  You may also be withdrawn if the sponsoring company decides to terminate the study. If you do not want to continue with study medication or decide to withdraw from the study for other reasons, you should always speak to your doctor on how and when to stop taking the medication, as this may affect the symptoms of your disease.  If you, or your doctor, decide that you will no longer take part you are asked to come for a final visit, complete the evaluations needed and return all unused medication.  Your study doctor will provide care for your psychotic illness, and will assist you in obtaining follow-up treatment, including starting you on a new antipsychotic medication if indicated.

If you do not want to take part in the study there are a number of antipsychotic medications which are available to treat your condition, including the three medications that are tested in this study (quetiapine, olanzapine and risperidone).  Your Study Doctor can explain the treatments that are available, and the risks and benefits of these treatments, to you if you choose not to take part.

**WHAT WILL HAPPEN TO ME IF I TAKE PART?**

The study involves nine visits to the clinic over a total period of up to 26 weeks. 24 weeks involves treatment with study medication. A summary of the visits can be found in the table and the procedures to be performed at each visit are described below.

| Visit no | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|
| **Weeks of treatment** | No study medication | Day 1 | 1 w | 4 w | 8 w | 12 w | 16 w | 20 w | 24 w Final visit |

**Visit 1**

At the first visit your Study Doctor needs to see if you can take part in this study.  You will be given oral and written information of the study and can decide whether you want to participate or not.  If you want to participate, a number of examinations and evaluations will be performed. In addition to the procedures described below that are done at all visits, the following will be performed:

- A physical examination, including an electrocardiogram (ECG, a tracing of the heart activity).

- You will be asked questions about your medical and surgical history, smoking habits and previous medications.

- A blood sample (12,5 mL) is taken for testing of red and white blood cells, blood salts, sugar, fats (e.g. cholesterol), some hormones and tests to control liver, kidney and thyroid function. A pregnancy test is part if the blood sample if you are female. A urine sample will also be taken for analysis of compounds in the urine, including a screening for drugs.

When your Doctor receives the results of the tests, he/she will decide if you can participate. If your Study Doctor decides that you can participate he/she will ask you to come for a second visit within 14 days of the first one.  In some cases, you may need to continue to visit 2 and perform

2(9)

CONFIDENTIAL
AZSER12443057

Adult Study Subject Information and Consent Form for use Globally (except in the US)
Study Code: D1441C00125
UK Version No: 5a Version Date: 30th November 2004 (local amendment)

the procedures described below to confirm the test results before your Study Doctor can decide if you can participate or not.

**Study procedures performed at all visits**

- Your Study Doctor will evaluate the severity of your illness. For Visits 3-9 he/she will also evaluate whether your illness has improved or become worse since last study visit.

- Your Study Doctor will evaluate your movements with the help of two questionnaires.

- You will be asked questions about any medication you are taking or have been taking recently, including study medication.

- Your blood pressure, pulse (heart rate) and weight will be measured

- You will be asked questions regarding changes in your health since last study visit.

- Starting at Visit 3 you will return leftover study medication and empty containers from previous study period and receive new study medication (except at the final visit).

**Visits 2, 6 and 9 Oral Glucose Tolerance Test requiring overnight fasting hospitalisation**

The most important assessment is a so-called Oral Glucose Tolerance Test or OGTT. This test is done three times during the study: at Visit 2 before you get study medication, at Visit 6 after 12 weeks and at Visit 9, after 24 weeks of treatment or at discontinuation.  To ensure reliable results of this test, you have to have been fasting for 8-14 hours before the test.  This means that you will be asked to stay overnight in a hospital the night before the visit, either at the Study Site or a Day-care clinic, and that you cannot eat or drink anything but water for 8-14 hours during the night. You must also refrain from smoking during this time.

In the morning when it is time for the Oral Glucose Tolerance Test a study nurse will carefully insert a catheter (a device that makes it easier to take blood samples) in your arm and take a blood sample. You will then be asked to drink a solution of 75 g sugar dissolved in approximately 300 mL of water.  Additional blood samples will be taken after 30, 60, 90 and 120 minutes. In total 35 mL of blood will be collected. The study personnel will do everything possible to make it comfortable for you during this time but you will be asked to remain sitting and you cannot smoke, eat or drink anything other than water during the test.  The blood samples will be sent to a laboratory for analysis of blood sugar, a hormone called insulin, fats and other compounds.

The following will also be performed at Visits 2,6 and 9:

- When you arrive in the hospital, you will be asked to fill in a questionnaire called PETiT, answering questions on how you have been doing and feeling during the last week. This will take 2-5 minutes.

- In the morning, study personnel will ask you questions about your attitude towards taking your medication based on a questionnaire called ROMI.

**Additional procedures at some visits**

- A waist circumference measurement will be made in addition to the weight at Visits 2 and 9.

- At Visit 4, 5, 6 and 9 a blood sample (3mL) is taken for testing of red and white blood cells.

CONFIDENTIAL
AZSER12443058

Adult Study Subject Information and Consent Form for use Globally (except in the US)
Study Code: D1441C00125
UK Version No: 5a Version Date: 30th November 2004 (local amendment)

At the final Visit 9 after 24 weeks of treatment, or if you are withdrawn from the study, the following will be performed in addition to the procedures above:

- A new electrocardiogram (ECG, a tracing of the heart activity) will be taken.

- An additional blood sample (9-10 mL) is taken for testing of red and white blood cells, blood salts, sugar, fats (e.g. cholesterol), some hormones and tests to control liver, kidney and thyroid function. A urine sample will also be taken for analysis of some compounds in the urine.

Your doctor may need to schedule extra visits during the study to adjust the dose or follow-up on any changes in your health.

**Study medication**

When all the procedures are completed at Visit 2, including the Oral Glucose Tolerance Test, you will be assigned to one of the three study medications. You will either receive quetiapine, olanzapine or risperidone. You have an equal chance of receiving quetiapine, olanzapine or risperidone. Which treatment you receive is decided at random by a computerized list (purely by chance, like the tossing of a coin). Both you and the Study Site personnel will know which treatment you receive. Your Study Doctor, or other study personnel responsible for this, will explain carefully how to take the tablets and which dose to take. You will also be provided with written instructions. During the first five days of treatment the dose of the study medication will be slowly increased, while any antipsychotic medication you may have used before will be decreased and finally completely stopped by Day 5.

Study medication will be dispensed to you at each visit, except at the first and final visit. You will get it either from the study personnel or through the pharmacy, as agreed with your doctor. Your Doctor decides which dose you should take, and may decide to adjust the dose upward or downward depending on how you are feeling. The last visit is after 24 weeks of treatment, after that you will no longer receive study medication. When you have finished taking part in this study, your Study Doctor will decide how to continue to manage your illness.

Your doctor may need to schedule extra visits during the study to adjust the dose or follow-up on any changes in your health.

You should also notify your study doctor if you experience any health problems within 30 days after the last dose of study medication. This also applies if you discontinue from the study.

**WHAT DO I HAVE TO DO?**

You must be willing to follow your study doctor's instructions, go through all the study related procedures described above, maintain your normal lifestyle and your normal physical activities or exercise and attend the scheduled visits. You will come to your study doctor's office on specified days and your appointments should be scheduled prior to your leaving each visit. It is also important that you take the study medication as directed. Any left over medication that you do not take, and the container, even if it is empty, must be returned at each of your visits. It is also important that you tell the medical staff about any other medication you are taking before and during the study. Some medications are not allowed during the study and your study doctor can tell you which you can or cannot take.

4(9)

CONFIDENTIAL
AZSER12443059

Adult Study Subject Information and Consent Form for use Globally (except in the US)
Study Code: D1441C00125
UK Version No: 5a Version Date: 30th November 2004 (local amendment)

If you are a female, you must not be pregnant or breast-feeding, and you must not become pregnant during the study.  Your Study Doctor must be told immediately if pregnancy occurs. You will be asked to use a reliable birth control method such as birth control pills, intrauterine devices or condom together with diaphragm, foam or sponge during the study.

## WHAT ARE THE POSSIBLE SIDE EFFECTS, RISKS AND DISCOMFORTS OF TAKING PART?

There is a risk that the symptoms of your illness will not respond to the study medication.  Your condition may worsen if the study drug is ineffective for you. The withdrawal of your old medication, if any, may give unwanted side effects or a worsening of your condition.

The study medications may cause some side effects.  You may experience none, some or all of those listed below.  A common side effect of all three antipsychotic drugs when beginning treatment is sleepiness; that may also affect mental and physical abilities required to operate an automobile or machinery.  You may experience a decrease in blood pressure when standing up that might cause light-headedness or fainting.  This is most common early in the treatment and will usually pass with time.

For **quetiapine** the most common side effect apart from sleepiness is dizziness.  Relatively common are also rapid heart beat, dry mouth, constipation, indigestion, feeling weak, swelling of arms and legs, weight gain, fainting and stuffy nose.  Some patients have shown changes in laboratory test values, such as changes in the amount of white blood cells or an increase in the amount of liver enzymes, fatty substances such as cholesterol in the blood, or in the amount of "creatine phosphokinase", a substance in the muscles.  If you experience symptoms such as fever and/or sore throat and sores on the tongue or inside of the mouth you should seek medical care. More uncommon side effects are allergic reactions and fits (seizures).  Rare side effects that have been reported are fever, very marked drowsiness, muscle stiffness, marked increase in blood pressure or heart beat, reduced consciousness and priapism (long-lasting and painful erection). Quetiapine contains lactose, which may cause discomfort if you are lactose intolerant.  There have been reports of hyperglycaemia (high blood sugar) and diabetes in patients treated with quetiapine and other drugs like it. Your blood sugar will be monitored during the study.

For **olanzapine** common side effects are weight gain, dizziness, increased appetite, swelling of arms and legs, constipation, dry mouth, anxiety, abnormal movements, tremor, muscle stiffness or difficulties in speaking.  Increased levels of the hormone prolactin blood glucose, the amount of liver enzymes or fatty substances such as cholesterol and triglycerides have been observed, as well as changes in the amount of white blood cells.  More uncommon side effects are allergic reactions, slow heart rate or sensitivity for sunlight.  Very rare side effects that have been reported are liver disease, fits (seizures), priapism (painful erection), difficulties in urinating, secretion of milk or irregularities in the menstruation cycle.  Some patients have experienced high levels of blood sugar or a worsening in their diabetes.  If the treatment with olanzapine is suddenly stopped symptoms like increased sweating, difficulties in sleeping, tremor, anxiety, nausea or vomiting may occur.

For **risperidone** common side effects are insomnia, dizziness, headache, agitation, anxiety, difficulties in concentrating, weight gain.  Other well-known side effects are increased heart rate, increased salivation, muscle stiffness, abnormal movements.  Some patients experience disturbances in sexual function or irregularities in the menstrual cycle.  Constipation, difficulties in digestion, nausea, vomiting or abdominal pain have been reported, as well as rash, stuffy nose and blurred vision.  Rare side effects include swelling of arms and legs, allergic reactions,

5(9)

141

CONFIDENTIAL
AZSER12443060

Adult Study Subject Information and Consent Form for use Globally (except in the US)
Study Code: D1441C00125
UK Version No: 5a Version Date: 30th November 2004 (local amendment)

increase in the amount of liver enzymes, breast enlargement, secretion of milk, difficulties in keeping the urine, elevated blood pressure and fits (seizures).

There are very rare, but potentially serious, side effects associated with this class of drugs called neuroleptic malignant syndrome (NMS), a potentially life-threatening disorder that includes symptoms such as fever, tight muscles, changes in blood pressure and heart rate and confused thinking.  Antipsychotics may also cause a movement disorder called tardive dyskinesia (TD).  Symptoms of this disorder is that certain muscle groups (e.g., the tongue and lip muscles) will move even if the person does not want them to move.  In most cases, the symptoms stop when the medication is withdrawn, but in some cases they are permanent.

There are some reports that some of these medications might affect unborn children, therefore, if you are female, you should not be pregnant or breastfeeding during the study.

There may be risks involved in taking this medication that have not been identified in the studies done so far.  There is always a risk involved in taking a new medication but every precaution will be taken and you are encouraged to report anything that is troubling you.  The taking of a blood sample may cause some discomfort. In connection with this, there may be a temporary discomfort and there is a small risk of bruising, infection or inflammation at the needle stick site.  Some people may feel faint or dizzy.  The OGTT procedure requires 8-14 hours of fasting and non-smoking at three times during the study, which might cause some discomfort.  Your Study Doctor and the study staff will monitor your condition closely.  With your cooperation regarding the instructions given by your Study Doctor, frequent examinations and the performance of laboratory tests, the risk of unwanted side effects can be minimized.

If you experience a serious medical problem, the study sponsor will request access to your medical records until your condition is resolved, in order to determine the medical outcome.  This will be true even if you otherwise end participation in the study.  Your permission to review these records is granted by signing this form, but you may withdraw this consent at any time.

## WHAT ARE THE POSSIBLE BENEFITS OF TAKING PART?

It is hoped that the study treatment given during the study will help you.  However, this cannot be guaranteed.  The information we get from this study may help us to treat future subjects with the same illness as you better.

## WHAT IF NEW INFORMATION BECOMES AVAILABLE?

If any new information on the study medication(s) becomes available which may influence your decision to continue in the study you will be told.

## WHAT ARE THE COSTS OF TAKING PART?

You will not be paid for taking part in this study.  If you need to take time off from work or other activities, this time or loss of wages will not be compensated.  However, the study medication (quetiapine, olanzapine or risperidone), study visits and laboratory tests will be provided at no cost to you during the study.  Your reasonable and necessary expenses in connection with this study, such as travel and parking, will be reimbursed if you have receipts for those expenses.

If you suffer any side effect or injury, notify your study doctor immediately so that you can receive appropriate medical treatment.

6(9)

CONFIDENTIAL
AZSER12443061

Adult Study Subject Information and Consent Form for use Globally (except in the US)
Study Code: D1441C00125
UK Version No: 5a Version Date: 30th November 2004 (local amendment)

If you suffer any side effect or other physical injury resulting directly from the study medication, the study sponsor will pay for the reasonable costs of medical treatment to the extent permitted by the laws of England if:

- You took the study medication as directed by the study doctor

- Your injury was not deliberately caused

- The study doctor was immediately notified about your injury, and

- The medical advice of the study doctor was followed.

If you are caused any injury directly by your participation in the study, the company will compensate you in accordance with the laws of England. The company has insurance to cover study related injuries.

## HOW WILL MY PERSONAL DATA BE USED?

By signing this form you consent to the Study Doctor and his staff collecting and processing your personal data, including the following:

- Your date of birth

- Your sex

- Your race or ethnic origin

- Personal data on your physical or mental health or condition

- Any other personal data obtained during your participation in the study or as a result of any follow up assessments.

The Study Doctor will use your personal data for the purposes of administering and conducting the study, research and statistical analysis.

The Study Doctor will share personal data collected during the study ("Study Data") with the pharmaceutical company sponsoring the study ("the Sponsoring Company"). The Sponsoring Company of this study is AstraZeneca UK Ltd. Your Study Data shared with the Sponsoring Company does not (generally) include your name, address, or social security number. Instead the Study Doctor uses your initials and assigns a code number to the Study Data sent to the Sponsoring Company. Only the Study Doctor and his staff have access to the code key with which it is possible to connect your Study Data to you. However, any of your personal data, which is available to the Study Doctor, may be reviewed at the Study Doctor's site by the Sponsoring Company and/or its representatives, its contractors, regulatory authorities, the Independent Ethics Committee or other supervisory bodies. The purpose of these reviews is to assure the proper conduct of the study and/or the quality of your Study Data.

The Sponsoring Company may use your Study Data for:

- Administration purposes
- Research and development of pharmaceutical products, diagnostics and/or medical aids
- Statistical analysis

7(9)

CONFIDENTIAL
AZSER12443062

Adult Study Subject Information and Consent Form for use Globally (except in the US)
Study Code: D1441C00125
UK Version No: 5a Version Date: 30th November 2004 (local amendment)

- The approval, registration and marketing processes relating to its products/study medication
- Carrying out safety and efficacy evaluations.

The Sponsoring Company may share your Study Data with other companies within its group, with its service providers and its contractors who will use your Study Data only for the purposes described above. The Sponsoring Company may transfer your Study Data to countries outside the European Union for these purposes and for providing data to regulatory authorities. Please be aware that the laws in such countries may not provide the same level of data protection as the laws in the European Union and may not stop persons who you have agreed may see your study Data from sharing it with other persons.

You have the right to request information about any personal data that the Study Doctor or the Sponsoring Company may hold about you. You also have the right to request that any inaccuracies in your personal data be corrected. If you wish to make a request, then please contact the Study Doctor in the first instance, who can help you contact the Sponsoring Company if necessary. The Study Doctor's contact information is set out at the end of this form.

Your consent to the use of your Study Data does not have a specific expiration date but you may withdraw it at any time by writing to the Study Doctor at the address below. If you withdraw your consent, the Study Doctor will no longer use your Study Data (including information from this study recorded in your medical records) or share it with others, unless the Study Doctor needs to do so to ensure the validity of the Study Data. However, the Sponsor Company may still use information about you that was shared with it before you withdrew your consent. Remember, any continued use of Study Data by the Study Doctor or the Sponsor Company will only be for the purposes described in this form.

If you withdraw your consent to the use of your Study Data, you cannot continue to take part in the Study.

Please note, the results of the study may be published in medical literature, but your identity will not be revealed.

The Sponsoring Company is responsible for its own processing of your Study Data.

**WHOM SHOULD I CONTACT IF I NEED MORE INFORMATION OR HELP?**

In case of a study-related injury or whenever you have questions about the study or your study medication, please contact:

Dr Singh                                          Nurse Geraldine Hughes

Phone No. 0121 685 6050                           Phone No. 0121 685 6825

Soho House
362-364 Soho Rd
Handsworth
BIRMINGHAM
B21 9QL

8(9)

CONFIDENTIAL
AZSER12443063

Adult Study Subject Information and Consent Form for use Globally (except in the US)
Study Code: D1441C00125
UK Version No: 5a Version Date: 30th November 2004 (local amendment)

If you wish to seek some independent advice then please contact:

Name Mr Andrew Esson

Address: Handsworth Home treatment, Birmingham and Solihull Mental health NHS Trust, 176 Soho Hill, Handsworth, Birmingham, B19 1AG

Telephone number 07985 882887

Thank you for taking part in this study. You will be given a copy of the patient information sheet and consent form to keep.

9(9)

CONFIDENTIAL
AZSER12443064



## PATIENT CONSENT FORM

**A 24-Week, International, Multi-centre, Open-label, Flexible-dose, Randomised, Parallel-Group, Phase IV Study to Compare the Effect on Glucose Metabolism of Quetiapine, Olanzapine and Risperidone in the Treatment of Patients with Schizophrenia**

Study Code:          D1441C00125                    Subject Initials:

Centre No:                          Enrolment code and/or randomisation code:

I have received verbal information on the above study and have read the Patient Information Sheet, version 5a, dated 30th November 2004.  I have been given the chance to discuss the study and ask questions.

I understand that a letter will be sent to my GP informing him/her of my participation in this study.

I consent to take part in the study and I am aware my participation is entirely voluntary.  I understand that I may withdraw at any time without giving a reason and without this affecting my future care.

By signing this information and consent form I agree that my personal data, including data relating to my physical or mental health or condition, and race or ethnic origin, may be used as described in this consent form.

I understand I will receive a copy of this information and consent form.

_____            _____
Signature of subject                                      Date of signature

**To be signed and dated by the subject**

_____
Printed name of subject (BLOCK CAPITALS)

_____            _____
Signature of person conducting the                     Date of signature
informed consent discussion

_____
Printed name of person conducting the informed consent discussion  (BLOCK CAPITALS)

CONFIDENTIAL
AZSER12443065



| Clinical Study Report: Appendix 12.1.4. | |
|---|---|
| Drug Substance | quetiapine |
| Study Code | D1441C00125 |

**Appendix 12.1.4**
**Participants in the study**

CONFIDENTIAL
AZSER12443066

Clinical Study Report: Appendix 12.1.4.
Study Code: D1441C00125

## 12.1.4.1    List of staff at investigational site(s)

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---|---|---|---|---|---|---|
| Bulgaria | 1001 | Vihra Milanova | Alexandrovska, Female Psychiatric Clinic Female Psychiatric Clinic 1 Georgi Sofiyski str Sofia 1431 Phone No: + 359 2 9230 456 Fax No: + 359 2 9230 675 | Assoc. Prof. | | Principal Investigator |
| Bulgaria | 1001 | Vesela Stoyanova | | Dr. | | Co Investigator |
| Bulgaria | 1001 | Rositsa Vladimirova | | Dr. | | Co Investigator |
| Bulgaria | 1001 | Stefan Krastev | | Dr. | | Co Investigator |
| Bulgaria | 1001 | Gabriela Borisova | | Nurse | | Study nurse |
| Bulgaria | 1001 | Rumiana Atanasova | | Nurse | | Study nurse |
| Bulgaria | 1002 | Ognian Tanchev | SHATNP 'St. Naum' Psychiatry Dept. Tzarigradsko shose IV km Sofia 1113 Phone No: + No: 359 2 9702 238 Fax No: + 359 2 9702 238 | Assoc. Prof. | | Principal Investigator |
| Bulgaria | 1002 | Ivanka Krastnikova | | Dr. | | Co Investigator |
| Bulgaria | 1002 | Iliana Dimitrova | | Dr. | | Co Investigator |
| Bulgaria | 1002 | Assen karadaliev | | Dr. | | Co Investigator |
| Bulgaria | 1002 | Tzvetanka Jovkova | | Nurse | | Study nurse |

2

CONFIDENTIAL
AZSER12443067

Clinical Study Report: Appendix 12.1.4.
Study Code: D1441C00125

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| Bulgaria | 1003 | Ivan Gerdzhikov | I. Rilski Psychiatric Hospital Male and Female Sofia 1282 Novi Iskar Sofia-NoviIskar 1281 Phone No: +359 2 9876591 Fax No: +359 2 9914210 | Dr. | | Principal Investigator |
| Bulgaria | 1003 | Tsveteslava Ivanova | | Dr. | | Co/Sub Investigator |
| Bulgaria | 1003 | Yuri Pulchev | | Dr. | | Co/Sub Investigator |
| Bulgaria | 1003 | Eleonora Minkova | | | | Nurse |
| Bulgaria | 1003 | Galina Georgieva | | | | Nurse |
| Bulgaria | 1003 | Rumiana Stancheva | | | | Nurse |
| Bulgaria | 1004 | Ljubomir Jivkov | Regional Dispensary for Psychiatric Disorders - Sofia city Regional Dispensary for Psychiatric Disorders -Sofia city 59 Ekzarh Josif Str Sofia 1624 Phone No: +359 2 981 600 621 Fax: No: +359 2 981 81 66 | Dr. | | Principal Investigator |
| Bulgaria | 1004 | Diana Shkodrova | | Dr. | | Co/Sub Investigator |
| Bulgaria | 1004 | Svetlinka Koleva | | Dr. | | Co/Sub Investigator |

3

CONFIDENTIAL
AZSER12443068

Clinical Study Report: Appendix 12.1.4.
Study Code: D1441C00125

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| Bulgaria | 1004 | Veselin Secoulov | | Dr. | | Co/Sub Investigator |
| Bulgaria | 1004 | Vesselina Slavcheva | | Dr. | | Co/Sub Investigator |
| Bulgaria | 1004 | Kamelia Dimitrova | | Dr. | | Co/Sub Investigator |
| Bulgaria | 1004 | Anelia Angelova | | Nurse | | Study nurse |
| Bulgaria | 1005 | Temenuzhka Mateva | Regional Dispensary for Psychiatric Disorders Russe 20 Tutrakan Blvd Ruse 7003 Phone No: +359 82 845 379 Fax No: +359 82 845 379 | Dr. | | Principal Investigator |
| Bulgaria | 1005 | Biliana Mechkunova | | Dr. | | Co/Sub Investigator |
| Bulgaria | 1005 | Boyko Ivanov | | Dr. | | Co/Sub Investigator |
| Bulgaria | 1005 | Plamen Panayotov | | Dr. | | Co/Sub Investigator |
| Bulgaria | 1005 | Rositsa Vacheva | | Dr. | | Co/Sub Investigator |
| Bulgaria | 1005 | Silvya Pancheva | | Dr. | | Co/Sub Investigator |
| Bulgaria | 1005 | Mariana Zhelyazkova | | Nurse | | Lab |
| Bulgaria | 1005 | Nikolina Nacheva | | Nurse | | Study nurse |

4

CONFIDENTIAL
AZSER12443069

Clinical Study Report: Appendix 12.1.4.
Study Code: D1441C00125

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| Bulgaria | 1006 | Stefan Todorov | MHAT "St. Marina" Psychiatric Clinic 1 Hristo Smirnenski Str. Varna 9002 Phone No: +359 52 301427 Fax No: +359 52 302964 | Professor | | Principal Investigator |
| Bulgaria | 1006 | Alexander Popov | | Dr. | | Co/Sub Investigator |
| Bulgaria | 1006 | Koralia Todorova | | Dr. | | Co/Sub Investigator |
| Bulgaria | 1006 | Mariana Arnaudova-Jekova | | Dr. | | Co/Sub Investigator |
| Bulgaria | 1006 | Violeta Stankova | | | | Lab |
| Bulgaria | 1006 | Mimi Madjarova | | | | Nurse |
| Bulgaria | 1008 | Loris Sayan | District Dispensary for Psychiatric Disorders –Burgas District Dispensary for Psychiatric Disorders "Prof. IvanTemkov" - Burgas Lazur park lake Burgas 8000 Phone No: + 359 56 812 350 Fax No: + 359 56 812 351 | Dr. | | Principal Investigator |
| Bulgaria | 1008 | Dejan Stoyanov | | Dr. | | Co/Sub Investigator |
| Bulgaria | 1008 | Rumiana Boneva | | Dr. | | Co/Sub Investigator |

5

CONFIDENTIAL
AZSER12443070

Clinical Study Report: Appendix 12.1.4.
Study Code: D1441C00125

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| Bulgaria | 1008 | Antonia Ivanova | | | | Nurse |
| Bulgaria | 1008 | Svetlana Tomova | | | | Nurse |
| Bulgaria | 1008 | Nedka Marcheva | | | | Lab assistant |
| Bulgaria | 1009 | Petar Marinov | Psychiatry Dept. Tzarigradsko shose IV km<br>Sofia<br>1113<br>Phone No: +359 2 722491<br>Fax No: +359 2 700559 | Dr. | | Principal Investigator |
| Bulgaria | 1009 | Svetlana Nikolkova | | Dr. | | Co/Sub Investigator |
| Bulgaria | 1009 | Svetla Jotzeva | | | | Nurse |
| Czech Republic | 1101 | Miloslav Kopeček | PCP Psychiatrické centrum Praha<br>Ústavní 91<br>Praha 8 - Bohnice<br>181 03<br>Phone No: +420 776073120<br>Fax No: +420 266003366 | Dr. | | Principal Investigator |
| Czech Republic | 1101 | Pavel Mohr | | Dr. | | Co/Sub Investigator |
| Czech Republic | 1101 | Tomáš Novák | | Dr. | | Co/Sub Investigator |
| Czech Republic | 1101 | Věra Štrunzová | | Dr. | | Co/Sub Investigator |

6

CONFIDENTIAL
AZSER12443071

Clinical Study Report: Appendix 12.1.4.
Study Code: D1441C00125

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| Czech Republic | 1102 | Jaroslav Hronek | Psychiatrická ordinace Jagellonská 7 301 00 Plzeň Phone No: +420 603315335 Fax No: +420 371781700 | Dr. | | Principal Investigator |
| Czech Republic | 1102 | Václav Fait | | Dr. | | Co/Sub Investigator |
| Czech Republic | 1103 | Tibor Mikloš | Privátní psychiatrická ambulance Jabloňová 8 100 00 Praha 10 Phone No: +420 728615400 Fax No: +420 267295242 | Dr. | | Principal Investigator |
| Czech Republic | 1104 | Markéta Zemanová | Psychiatrická léčebna Havlíčkův Brod Rozkošská 2322 Havlíčkův Brod 580 01 Phone No: +420 777333459 Fax No: +420 569421842 | Dr. | | Principal Investigator |
| Czech Republic | 1104 | Jaromír Mašek | | Dr. | | Co/Sub Investigator |
| Czech Republic | 1104 | Michal Mikolaj | | Dr. | | Co/Sub Investigator |
| Czech Republic | 1105 | Dagmar Nováková | Psychiatrická ordinace Boloňská 312 110 00 Praha 10 Horní Měcholupy Phone No: +420 606316513 Fax No: +420 244911152 | Dr. | | Principal Investigator |

7

CONFIDENTIAL
AZSER12443072

Clinical Study Report: Appendix 12.1.4.
Study Code: D1441C00125

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---|---|---|---|---|---|---|
| Czech Republic | 1106 | Jiří Raboch | Všeobecná fakultní nemocnice Psychiatrická klinika Ke Karlovu 11 128 11 Praha 2 Phone No: +420 224916858 Fax No: +420 224923077 | Professor | | Principal Investigator |
| Czech Republic | 1106 | Michal Wimmer | | Dr. | | Co/Sub Investigator |
| Czech Republic | 1106 | Pavel Fridrich | | Dr. | | Co/Sub Investigator |
| Czech Republic | 1107 | Vlastimil Tichý | Ústřední vojenská nemocnice Psychiatrické oddělení U vojenské nemocnice 1200 169 02 Praha 6 Phone No: +420 603251759 Fax No: +420 224316213 | Dr. | | Principal Investigator |
| Czech Republic | 1107 | Petr Navrátil | | Dr. | | Co/Sub Investigator |
| Czech Republic | 1107 | Stanislav Morávek | | Dr. | | Co/Sub Investigator |
| Czech Republic | 1108 | Petr Žižka | Psychiatrická léčebna Dobřany Ústavní 2 334 41 Dobřany Phone No: +420 728366945 Fax No: +420 377972089 | Dr. | | Principal Investigator |
| Czech Republic | 1108 | Jana Píšlová | | Dr. | | Co/Sub Investigator |
| Czech Republic | 1108 | Tatjana Hudcová | | Dr. | | Co/Sub Investigator |

8

CONFIDENTIAL
AZSER12443073

Clinical Study Report: Appendix 12.1.4.
Study Code: D1441C00125

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---|---|---|---|---|---|---|
| Czech Republic | 1108 | Milena Malíková | | | | Nurse |
| Czech Republic | 1109 | Zdeněk Šolle | Privátní psychiatrická ambulance Uruguayská 6 Praha 2 120 00 Phone No: +420222 510 607 Fax No: +420 222 510 666 | Dr. | | Principal Investigator |
| Czech Republic | 1109 | Alena Matěchová | | Dr. | | Co/Sub Investigator |
| Czech Republic | 1109 | Martin Houdek | | Dr. | | Co/Sub Investigator |
| Czech Republic | 1109 | Vít Horažďovský | | Dr. | | Co/Sub Investigator |
| Czech Republic | 1109 | Lucie Houdová | | | | Nurse |
| Czech Republic | 1110 | Vlasta Hanušková | Psychiatrická léčebna Opava Olomoucká 88 Opava 746 01 Phone No: + 420 553 695 111 Fax: +420 553612797 | Dr. | | Principal Investigator |
| Czech Republic | 1110 | Nina Drábková | | Dr. | | Co/Sub Investigator |

9

CONFIDENTIAL
AZSER12443074

Clinical Study Report: Appendix 12.1.4.
Study Code: D1441C00125

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---|---|---|---|---|---|---|
| Germany | 1201 | Wolfgang Gaebel | Klinikum der Heinrich-Heine Universität Düsseldorf Klinik und Poliklinik für Psychiatrie und Psychotherapie Bergische Landstraße 2 Düsseldorf D-40629 Phone No: +49 211 922 2000 Fax No: +49 211 922 2020 | Prof. Dr. Med. | | Principal Investigator |
| Germany | 1201 | Joachim Cordes | Phone No: +49 211 3402 Fax No: +49 211 922 3444 | Dr. Med. | | Co/Sub Investigator |
| Germany | 1201 | Klaus-Dieter Willenborg | Phone No: +49 211 922 3410 or 3413 Fax No: +49 211 922 3444 | Dr. Med. | | Co/Sub Investigator |
| Germany | 1201 | Verena Schlemper | Phone No: +49 211 922 3410 or 3413 Fax No: +49 211 922 3444 | Dr. Med. | | Co/Sub Investigator |
| Germany | 1202 | Andreas Stevens | Klinikum der Eberhard-Karls-Universität Tübingen Klinik für Psychiatrie und Psychotherapie Osianderstr. 24 Tübingen D-72076 Phone No: +49 7071 298 23 22 Fax No: +49 7071 294 141 | Prof. Dr. Med. | | Principal Investigator |
| Germany | 1202 | Frank Schwärzler | Phone No: +49 7071 298 23 22 Fax No: +49 7071 294 141 | Dr. Med. | | Co/Sub Investigator |
| Germany | 1202 | Raoul Borbé | Phone No: +49 7071 298 22 98 Fax No: +49 7071 294 141 | Dr. Med. | | Co/Sub Investigator |

10

CONFIDENTIAL
AZSER12443075

Clinical Study Report: Appendix 12.1.4.
Study Code: D1441C00125

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| Germany | 1202 | Sylvia Rometsch | Phone No: +49 7071 298 72 05<br>Fax No: +49 7071 294 141 | | | Nurse |
| Germany | 1203 | Georg Northoff | Otto-von-Guericke Universität Magdeburg<br>Klinik für Psychiatrie, Psychotherapie und Psychosomatik<br>Leipziger Str. 44<br>Magdeburg<br>D-39120<br>Phone No: +49 391 67 14234<br>Fax No: +49 391 67 15233 | Dr. Dr. Med | | Principal Investigator |
| Germany | 1203 | Johann Steiner | Phone No: +49 391 67 15019 or 13479<br>Fax No: +49 391-67 13483 | Dr. Med. | | Co/Sub Investigator |
| Germany | 1203 | D. Onnasch | Phone No: +49 391 67 15019 or 13479<br>Fax No: +49 391 67 13483 | Dr. Med. | | Co/Sub Investigator |
| Germany | 1204 | Isabella Heuser | Universitätsklinikum Charité Berlin<br>Campus Benjamin Franklin<br>Klinik für Psychiatrie und Psychotherapie<br>Eschenallee 3<br>Berlin<br>D-14050<br>Phone No: +49 30 8445 8707<br>Fax No: +49 30 8445 8341 | Prof. Dr. Med. | | Principal Investigator |
| Germany | 1204 | Caroline Opgen-Rhein | Phone No: +49 30 8445 8707<br>Fax No: +49 30 8445 8341 | Dr. Med. | | Co/Sub Investigator |
| Germany | 1204 | Kathrin Körtner | Phone No: +49 30 8445 8707<br>Fax No: +49 30 8445 8341 | Dr. Med. | | Co/Sub Investigator |

11

CONFIDENTIAL
AZSER12443076

Clinical Study Report: Appendix 12.1.4.
Study Code: D1441C00125

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| Germany | 1204 | Maria Jockers-Scherübl | Phone No: +49 30 8445 8707 Fax No: +49 30 8445 8341 | Dr. Med. | | Co/Sub Investigator |
| Germany | 1205 | Luc Turmes | Westfälisches Zentrum Herten Psychiatrie- Psychotherapie Im Schlosspark 20 Herten D-45699 Phone No: +49 2366 802 202 Fax No: +49 2366 802 460 | Dr. Med. | | Principal Investigator |
| Germany | 1205 | Peter Wolff | Phone No: +49 2366 802 146 or 185 Fax No: +49 2366 802 460 | Dr. Med. | | Co/Sub Investigator |
| Germany | 1205 | Stefan Jerominski | Phone No: +49 2366 802 146 or 185 Fax No: +49 2366 802 460 | Dr. Med. | | Co/Sub Investigator |
| Germany | 1205 | Stephanie Thiele | Phone No: +49 2366 802 146 or 185 Fax No: +49 2366 802 460 | Dr. Med. | | Co/Sub Investigator |
| Germany | 1206 | Hans-Jürgen Möller | Klinikum der LMU München Psychiatrische Klinik und Poliklinik Nußbaumstr. 7 München D-80336 Phone No: +49 89 51601 Fax: +49 89 5160 5188 | Prof. Dr. | | Principal Investigator |
| Germany | 1206 | Barbara Goldstein-Müller | Phone No: +49 89 5160 5328 Fax No: +49 89 5160 5348 | Dr. Med. | | Co/Sub Investigator |
| Germany | 1206 | Katja Maino | Phone No: +49 89 5160 5886 Fax No: +49 89 5160 4490 | Dr. Med. | | Co/Sub Investigator |
| Germany | 1206 | Markus Opgen-Rhein | Phone No: +49 89 5160 5328 Fax No: +49 89 5160 5348 | Dr. Med. | | Co/Sub Investigator |

12

CONFIDENTIAL
AZSER12443077

Clinical Study Report: Appendix 12.1.4.
Study Code: D1441C00125

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| Germany | 1206 | Michael Riedel | Phone No: +49 89 5160 5755<br>Fax No: +49 89 5160 5188 | Dr. Med. | | Co/Sub Investigator |
| Germany | 1206 | Richard Musil | Phone No: +49 89 5160 5328<br>Fax No: +49 89 5160 5348 | Dr. Med. | | Co/Sub Investigator |
| Germany | 1206 | Iluga Spellmann | Phone No: +49 89 5160 5328<br>Fax No: +49 89 5160 5348 | Dr. Med. | | Co/Sub Investigator |
| Germany | 1206 | Anette Müller-Arends | Phone No: +49 89 5160 5328<br>Fax No: +49 89 5160 5348 | Dr. Med. | | Co/Sub Investigator |
| Germany | 1206 | Anja Ceravecki | Phone No: +49 89 5160 5328<br>Fax No: +49 89 5160 5348 | Dr. Med. | | Co/Sub Investigator |
| Germany | 1206 | Sandra Dehmig | Phone No: +49 89 5160 5328<br>Fax No: +49 89 5160 5348 | Dr. Med. | | Co/Sub Investigator |
| Germany | 1207 | Werner Kissling | Klinikum rechts der Isar<br>Klinik und Poliklinik für Psychiatrie und Psychotherapie<br>Möhlstr. 26<br>München<br>D-81675<br>Phone No: +49 89 4140 4207<br>Fax No: +49 89 41 40 7339 | Dr. Med. | | Principal Investigator |
| Germany | 1207 | Christine Rummel | Phone No: +49 89 4140 4227 or 4207<br>Fax No: +49 89 4140 4898 | Dr. Med. | | Co/Sub Investigator |
| Germany | 1207 | Johannes Hamann | Phone No: +49 89 4140 4227 or 4207<br>Fax No: +49 89 4140 4898 | Dr. Med. | | Co/Sub Investigator |
| Germany | 1207 | Michaela Stiegler | Phone No: +49 89 4140 4227 or 4207<br>Fax No: +49 89 4140 4898 | Dr. Med. | | Co/Sub Investigator |
| Germany | 1207 | Christian Schwarz | Phone No: +49 89 4140 4227 or 4207<br>Fax No: +49 89 4140 4898 | Dr. Med. | | Co/Sub Investigator |

13

CONFIDENTIAL
AZSER12443078

Clinical Study Report: Appendix 12.1.4.
Study Code: D1441C00125

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| Germany | 1207 | Stephan Heres | Phone No: +49 89 4140 4227 or 4207<br>Fax No: +49 89 4140-4898 | Dr. Med. | | Co/Sub Investigator |
| Germany | 1207 | Werner Hablitzel | Phone No: +49 89 4140 4260<br>Fax No: +49 89 4140 4898 | Dr. Med. | | Co/Sub Investigator |
| Germany | 1208 | Wolfgang Maier | Universitätsklinik der Rheinischen Friedrich-Wilhelms-Universität Bonn Klinik und Poliklinik für Psychiatrie und Psychotherapie<br>Sigmund-Freud-Straße 25<br>Bonn<br>D-53105<br>Phone No: +49 228 2875722<br>Fax No: +49 228 2876097 | Prof. Dr. | | Principal Investigator |
| Germany | 1208 | Richard Stelzenmüller | Phone No: +49 288 287 5683<br>Fax No: +49 288 287 6949 | Dr. Med. | | Co/Sub Investigator |
| Germany | 1208 | Hatice Yokusoglou | Phone No: +49 288 287 9316<br>Fax No: +49 288 287 6949 | Dr. Med. | | Co/Sub Investigator |
| Germany | 1208 | Kai-Uwe Kühn | Phone No: +49 228 287 5681<br>Fax No: - | Dr. Med. | | Co/Sub Investigator |
| Germany | 1208 | Gabriele Hermann | Phone No: -<br>Fax No: - | Dr. Med. | | Nurse |
| Hungary | 1801 | István Bitter | Semmelweis Egyetem Pszichiátriai KlinikaSemmelweis Egyetem Pszichiátriai és Pszichoterápiás Klinika Balassa u. 6<br>Budapest<br>1083<br>Phone No: +36 1 210 0330<br>Fax No: +36 1 303 2352 | Prof Dr | | Principal Investigator |

14

CONFIDENTIAL
AZSER12443079

Clinical Study Report: Appendix 12.1.4.
Study Code: D1441C00125

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| Hungary | 1801 | Csilla Bolyós | | Dr. | | Co/Sub Investigator |
| Hungary | 1801 | Judit Tolna | | Dr. | | Co/Sub Investigator |
| Hungary | 1801 | Mónika Nagy | | | | Nurse |
| Hungary | 1802 | Ferenc Boldizsár | Kaposvár Kh. Pszichiátria Kaposi Mór Oktató Kórház Pszichiátria Tallián Gyula utca 20-34 Kaposvár 7400 Phone No: +36 82 411 511 Fax No: +36 82 310 588 | Dr | | Principal Investigator |
| Hungary | 1802 | Ágnes Kertész | | Dr. | | Co/Sub Investigator |
| Hungary | 1802 | András Sümegi | | Dr. | | Co/Sub Investigator |
| Hungary | 1802 | Zoltán Terényi | | Dr. | | Co/Sub Investigator |
| Hungary | 1803 | László Csekey | Dr. Kenessey Albert Kórház-Rendelőintézet I. Pszich.I. Pszichiátria Rákóczi út 125-127 Balassagyarmat 2660 Phone No: +36 35 505 000 Fax No: +36 35 505 092 | Dr | | Principal Investigator |

15

CONFIDENTIAL
AZSER12443080

Clinical Study Report: Appendix 12.1.4.
Study Code: D1441C00125

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---|---|---|---|---|---|---|
| Hungary | 1803 | Róbert Szilágyi | | Dr. | | Co/Sub Investigator |
| Hungary | 1803 | Fehér Eszter | | | | Nurse |
| Hungary | 1804 | Zoltan Janka | SZTE Pszich. Klinika Semmelweis u. 6 Szeged 6720 Phone No: +36 62 455 359 Fax No: +36 62 420 752 | Dr | | Principal Investigator |
| Hungary | 1804 | György Szekeres | | Dr. | | Co/Sub Investigator |
| Hungary | 1804 | Zoltán Ambrus Kovács | | Dr. | | Co/Sub Investigator |
| Hungary | 1804 | Erzsébet Maglóczky | | | | Nurse |
| Hungary | 1805 | Ákos Kassai-Farkas | Fővárosi Önkormányzat Nyirő Gyula Kórházal. Pszichiátria és Rehabilitáció Lehel u. 59 Budapest 1135 Phone No: +36 1 451 26 58 Fax: +36 1451 2601 | Dr | | Principal Investigator |
| Hungary | 1805 | Zsuzsanna Winter | | Dr. | | Co/Sub Investigator |
| Hungary | 1805 | László Lajtavári | | | | Co/Sub Investigator |
| Hungary | 1805 | Jenő Ott | | | | Study Nurse |

16

CONFIDENTIAL
AZSER12443081

Clinical Study Report: Appendix 12.1.4.
Study Code: D1441C00125

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| Hungary | 1805 | Marcel Pop | | | | Study Coordinator |
| Hungary | 1807 | Attila Németh | Főváros Önkormányzat Nyírő Gyula KórházaII Pszichiátria Lehel u. 59. Budapest 1135 Phone No: +36 1 451 26 00, +36 1 451 266 Fax: +36 1 452 9404 | Dr | | Principal Investigator |
| Hungary | 1807 | Ágnes Fuchs | | Dr. | | Co/Sub Investigator |
| Hungary | 1807 | Éva Mórik | | Dr. | | Co/Sub Investigator |
| Hungary | 1807 | Katalin Dolmányos | | Dr. | | Co/Sub Investigator |
| Hungary | 1807 | Gál Józsefné | | | | Nurse |
| Hungary | 1808 | György Ostorharics Horvath | Petz Aladár Megyei Kórház Pszichiátria Petz Aladár Megyei Kórház Pszichiátria Vasvári Pál u. 2. Győr 9024 Phone No: +36 96 418 244 Fax No: +36 96 418 244 | Dr | | Principal Investigator |
| Hungary | 1808 | Gábor Feller | | Dr. | | Co/Sub Investigator |
| Hungary | 1808 | László Králik | | Dr. | | Co/Sub Investigator |

17

CONFIDENTIAL
AZSER12443082

Clinical Study Report: Appendix 12.1.4.
Study Code: D1441C00125

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| Hungary | 1808 | Mónika Miklós | | | | Nurse |
| Hungary | 1808 | Péresyné Krisztina | | | | Nurse |
| Hungary | 1810 | Attila Szűcs | Bács-Kiskun Megyei Kórház Pszichiátriai osztály·Bács-Kiskun Megyei Önkormányzat Kórháza PszichiátriaiOsztály Izsaki út 5. Kecskemét 6000 Phone No: +36 76 516 700 Fax No: +36 76 481 219 | Dr | | Principal Investigator |
| Hungary | 1810 | Gabriella Baka | | | | Nurse |
| Hungary | 1810 | Orsolya Nagy | | | | Nurse |
| Hungary | 1810 | Tamás László | | Dr. | | Co/Sub Investigator |
| Hungary | 1810 | Zoltán Kákonyi | | Dr. | | Co/Sub Investigator |
| Hungary | 1811 | János Vizi | Phamaproject Kft. Pszichopraxis Kecskeméti u. 11. Budapest 1053 Phone No: +36 1 317 5684 (+36 1 458 4537) Fax: +36 1 267 0509 | Dr | | Principal Investigator |
| Hungary | 1811 | Éva Ambrus | | Dr. | | Co/Sub Investigator |
| Hungary | 1811 | Andrea Tomai | | | | Nurse |
| Hungary | 1811 | Andrea Somogyi | | Dr. | | Coordinator |

18

CONFIDENTIAL
AZSER12443083

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---|---|---|---|---|---|---|
| Hungary | 1813 | Ákos Balogh | Markhot Ferenc Kórház I. Pszichiátria<br>Baktai út 38.<br>Eger<br>3300<br>Phone No: + 36 36 510 233<br>Fax No: + 36 36 510 233 | Dr. | | Principal Investigator |
| Hungary | 1813 | Andrea Juhász | | Dr. | | Co/Sub Investigator |
| Hungary | 1813 | Rezső Kovács | | Dr. | | Co/Sub Investigator |
| Hungary | 1813 | Katalin Nagy | | Dr. | | Co/Sub Investigator |
| Hungary | 1813 | Adrienn Slezák | | Dr. | | Co/Sub Investigator |
| Hungary | 1813 | Julianna Kiss | | | | Nurse |
| Hungary | 1814 | Attila Bojtos | Toldy Ferenc Kórház-Rendelőintézet<br>Pszichiátria Törteli út 1-3<br>Cegléd<br>2700<br>Phone No: +36 53310011, +3653311011<br>Fax: +36 53 310 860 | Dr | | Principal Investigator |
| Hungary | 1814 | Klára Baranyi | | Dr. | | Co/Sub Investigator |
| Hungary | 1814 | László Sági | | Dr. | | Co/Sub Investigator |

Clinical Study Report: Appendix 12.1.4.
Study Code: D1441C00125

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| Hungary | 1817 | Ilona Juhász | Jász-Nagykun-Szolnok Megyei Hetényi Géza KórházJász-Nagykun-Szolnok Megyei Hetényi Géza Kórház I.Pszichiátria Tószegi út 21. Szolnok 5004 Phone No: +36 56 503 603 Fax No: +36 56 422 412 | Dr. | | Principal Investigator |
| Hungary | 1817 | Edit Deli | | Dr. | | Co/Sub Investigator |
| Hungary | 1817 | Edit Kriment | | Dr. | | Co/Sub Investigator |
| Hungary | 1817 | Ildikó Berkecz | | Dr. | | Co/Sub Investigator |
| Norway | 1303 | Arvid Nedal | Psykiatrien i Vestfold HF Örsnesalleen 14 Tonsberg 3120 Phone No: +33345140 Fax No: +33345152 | Dr. | | Principal Investigator |
| Norway | 1303 | Anne Lise Hansson | | | | Nurse |
| Romania | 1401 | Mihai Gheorghe | Bucharest, Bucharest Clinical Central Military Emergency Hospital Department of Psychiatry Str. Mircea Vulcanescu No. 88 sector 1 Bucharest 77108 Phone No: +40 21 312 19 44 Fax No: +40 21 312 19 44 | Prof. Dr. | | Principal Investigator |

20

CONFIDENTIAL
AZSER12443085

Clinical Study Report: Appendix 12.1.4.
Study Code: D1441C00125

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| Romania | 1401 | Alexandrina Baloescu | | Dr. | | Co Principal Investigator |
| Romania | 1401 | Daniel Vasile | | Dr. | | Co/Sub Investigator |
| Romania | 1401 | Rodica Sandu | | Nurse | | Nurse |
| Romania | 1402 | Petru Boisteanu | IASI, Psych. Hospital SOCOLA Soseaua Bucium nr.36 IASI 6600 Phone No: +40 232 136 847 Fax No: +40 232 230 990 | Prof. Dr. | | Principal Investigator |
| Romania | 1402 | Ana Maria Grigorescu | | Dr. | | Co/Sub Investigator |
| Romania | 1402 | Draguta Nicolae | | Dr. | | Co/Sub Investigator |
| Romania | 1402 | Mihaela Miron | | Dr. | | Co/Sub Investigator |
| Romania | 1403 | Victoria Burtea | Brasov, Neuropsychiatric Hospital Department II Psychiatry Str.M. Eminescu Nr.18 Brasov 2200 Phone No: +40 268 511 481 Fax No: +40 268 411632 | Dr. | | Principal Investigator |
| Romania | 1403 | Corneliu Mosoiu | | Dr. | | Co/Sub Investigator |
| Romania | 1403 | Petru Ifteni | | Dr. | | Co/Sub Investigator |

21

CONFIDENTIAL
AZSER12443086

Clinical Study Report: Appendix 12.1.4.
Study Code: D1441C00125

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| Romania | 1403 | Tiberiu Pora | | | | Nurse |
| Romania | 1404 | Irina Dan | Bucuresti, "Prof.Dr.Alexandru Obregia" Hospital Psychiatric Department 10 Clinic Soseaua Berceni 10-12 sector 4 Bucharest Phone No: + 40 21 338 442 Fax No: +40 21 334 442 | Dr. | | Principal Investigator |
| Romania | 1404 | Mihaela Grimberg | | Dr. | | Co/Sub Investigator |
| Romania | 1404 | Dorina Sima | | Dr. | | Co/Sub Investigator |
| Romania | 1404 | Elisabeta Simionescu | | Nurse | | Co/Sub Investigator |
| Romania | 1405 | Adrian Ionescu | BUZAU Psych.Hospital NIFON Localitatea Magura BUZAU Phone No: +40744 346 660 Fax No: +40238 52 45 45 | Dr. | | Principal Investigator |
| Romania | 1405 | Adrian Cristea | | Dr. | | Co/Sub Investigator |
| Romania | 1405 | Elena Burlacu | | Pharm. | | Co/Sub Investigator |
| Romania | 1405 | Luminita Radu | | Nurse | | Nurse |
| Romania | 1405 | Raluca Santion | | | | Nurse |

22

CONFIDENTIAL
AZSER12443087

Clinical Study Report: Appendix 12.1.4.
Study Code: D1441C00125

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| Romania | 1406 | Mirela Manea | Bucuresti "Prof.Dr.Alexandru Obregia" Hospital Psych IV Sos. Berceni 10-12 Bucharest sector 4 041914 Phone No: +40744 358 399 Fax No: +40 21 334 79 66 | Conf. Dr. | | Principal Investigator |
| Romania | 1406 | Madalina Stanescu | | Dr. | | Co/Sub Investigator |
| Romania | 1406 | Veronica Rusanu | | Dr. | | Co/Sub Investigator |
| Romania | 1406 | Ionita Elena | | Nurse | | Nurse |
| Romania | 1406 | Vasilescu Alexandrina | | Nurse | | Nurse |
| Romania | 1407 | Elena Gherman | Bucuresti "Prof.Dr.Alexandru Obregia" Hospital Psych IV Sos. Berceni 10-12 Bucharest sector 4 041914 Phone No: +40722 975 475 Fax No: +40 21 334 79 66 | Dr. | | Principal Investigator |
| Romania | 1407 | Corina Panzaru | | Dr. | | Co/Sub Investigator |
| Romania | 1407 | Razvan Vajoaica | | Nurse | | Nurse |

23

CONFIDENTIAL
AZSER12443088

Clinical Study Report: Appendix 12.1.4.
Study Code: D1441C00125

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| Slovakia | 1501 | Lívia Vavrušová | Psychiatrická klinika SZU FNsP Ružinov Ružinovská 6 806 06 Bratislava Phone No: +421 2 482 34 751 Fax No:+ 421 2 434 11 985 | Dr. | | Principal Investigator |
| Slovakia | 1501 | Andrej Mayer | | Dr. | | Co/Sub Investigator |
| Slovakia | 1501 | Dagmar Dziaková | | Dr. | | Co/Sub Investigator |
| Slovakia | 1501 | Ján Števlík | | Dr. | | Co/Sub Investigator |
| Slovakia | 1501 | Mariana Koniková | | Dr. | | Co/Sub Investigator |
| Slovakia | 1501 | Peter Molčan | | Dr. | | Co/Sub Investigator |
| Slovakia | 1501 | Alena Jurkovičová | | | | Nurse |
| Slovakia | 1501 | Milena Sekyrová | | | | Nurse |
| Slovakia | 1502 | Ján Pečeňák | Psychiatrická klinika LF a FN UK Bratislava Mickiewiczova 13 813 69 Bratislava Phone No: +421 2 572 90 495 Fax No: +421 2 572 90 187 | Dr. | | Principal Investigator |
| Slovakia | 1502 | Barbora Vašečková | | Dr. | | Co/Sub Investigator |
| Slovakia | 1502 | Juraj Frolkovič | | Dr. | | Co/Sub Investigator |

24

CONFIDENTIAL
AZSER12443089

Clinical Study Report: Appendix 12.1.4.
Study Code: D1441C00125

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| Slovakia | 1502 | Lucia Žlnayová | | Dr. | | Co/Sub Investigator |
| Slovakia | 1502 | Renáta Pastrnková | | Dr. | | Co/Sub Investigator |
| Slovakia | 1502 | Ľudovít Gašpar | | Dr. | | Co/Sub Investigator |
| Slovakia | 1502 | Mária Svítková | | | | Nurse |
| Slovakia | 1502 | Vlasta Beladičová | | | | Nurse |
| Slovakia | 1503 | František Kuzma | Psychiatrické oddelenie FN Špitálska 6 949 01 Nitra Phone No: +421 37 654 55 49 Fax No: +421 37 654 55 49 | Dr. | | Principal Investigator |
| Slovakia | 1503 | Boris Čech | | Dr. | | Co/Sub Investigator |
| Slovakia | 1503 | Ján Balla | | Dr. | | Co/Sub Investigator |
| Slovakia | 1503 | Jozef Semetko | | Dr. | | Co/Sub Investigator |
| Slovakia | 1503 | Dana Zrubcová | | | | Nurse |
| Slovakia | 1503 | Mária Hulanová | | | | Nurse |
| Slovakia | 1504 | Peter Korcsog | Psychiatrické oddelenie NsP Kraskova 1 979 12 Rimavská Sobota Phone No: +421 47 562 13 27 Fax No: +421 47 563 43 14 | Dr. | | Principal Investigator |

25

CONFIDENTIAL
AZSER12443090

Clinical Study Report: Appendix 12.1.4.
Study Code: D1441C00125

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| Slovakia | 1504 | Abdul Shinwari | | Dr. | | Co/Sub Investigator |
| Slovakia | 1504 | Róbert Sliva | | Dr. | | Co/Sub Investigator |
| Slovakia | 1504 | Tatiana Slezáková | | Dr. | | Co/Sub Investigator |
| Slovakia | 1504 | Eleonóra Kováčová-Farská | | | | Nurse |
| Slovakia | 1504 | Zuzana Hašková | | | | Nurse |
| Slovakia | 1505 | Eva Pálová | Psychiatrická klinika FNsP Trieda SNP 1 040 66 Košice Phone No: +421 55 640 27 27 Fax No: +421 55 640 45 91 | Dr. | | Principal Investigator |
| Slovakia | 1505 | Dagmar Breznoščáková | | Dr. | | Co/Sub Investigator |
| Slovakia | 1505 | Ingrid Duľová | | Dr. | | Co/Sub Investigator |
| Slovakia | 1505 | Martin Medvecký | | Dr. | | Co/Sub Investigator |
| Slovakia | 1505 | Katarína Lenártová | | | | Nurse |
| Slovakia | 1506 | Ľudovít Virčík | Doliečovacie odd. Psychiatrickej nemocnice, Hrehovčíka 1 071 01 Michalovce - Stráňany Phone No: +421 56 644 22 66 Fax No: +421 56 643 14 21 | Dr. | | Principal Investigator |

26

CONFIDENTIAL
AZSER12443091

Clinical Study Report: Appendix 12.1.4.
Study Code: D1441C00125

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---|---|---|---|---|---|---|
| Slovakia | 1506 | Erika Rusinová | | Dr. | | Co/Sub Investigator |
| Slovakia | 1506 | Monika Biačková | | Dr. | | Co/Sub Investigator |
| Slovakia | 1506 | Ľubomír Rohoň | | Dr. | | Co/Sub Investigator |
| Slovakia | 1506 | Marta Fedorová | | | | Nurse |
| Slovakia | 1507 | Dagmar Štrocholcová | Psychiatrické oddelenie NsP Žilina 010 09 Žilina-Bytčica Phone No: +421 41 568 94 59 Fax No: +421 41 568 95 93 | Dr. | | Principal Investigator |
| Slovakia | 1507 | Iveta Durmisová | | Dr. | | Co/Sub Investigator |
| Slovakia | 1507 | Mária Urbanová | | Dr. | | Co/Sub Investigator |
| Slovakia | 1507 | Martina Hanzelová | | Dr. | | Co/Sub Investigator |
| Slovakia | 1507 | Stanislav Kollár | | Dr. | | Co/Sub Investigator |
| Slovakia | 1507 | Anna Rajčoková | | | | Nurse |
| Slovakia | 1507 | Lýdia Gašpieriková | | | | Nurse |
| Slovakia | 1508 | Homayun Shahpesandy was replaced 1 December 2005 by Zuzana Janiková | Psychiatrická klinika NsP Palúčanská 25 031 01 Liptovský Mikuláš Phone No: +421 44 556 33 70 Fax No: +421 44 552 38 42 | Dr. | | Principal Investigator |

27

CONFIDENTIAL
AZSER12443092

Clinical Study Report: Appendix 12.1.4.
Study Code: D1441C00125

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---|---|---|---|---|---|---|
| Slovakia | 1508 | Elena Dorociaková | | Dr. | | Co/Sub Investigator |
| Slovakia | 1508 | Ján Olej | | Dr. | | Co/Sub Investigator |
| Slovakia | 1508 | Jaroslava Pristášová | | Dr. | | Co/Sub Investigator |
| Slovakia | 1508 | Zuzana Janíková | | Dr. | | Co/Sub Investigator |
| Slovakia | 1508 | Jana Harmanová | | | | Nurse |
| Slovakia | 1509 | Kvetoslav Moravčík | Psychiatrické oddelenie FNsP Hollého 14 080 01 Prešov Phone No: +421 51 772 28 61 Fax No: +421 51 772 14 52 | Dr. | | Principal Investigator |
| Slovakia | 1509 | Gabriela Kubová | | Dr. | | Co/Sub Investigator |
| Slovakia | 1509 | Ivo Kundrát | | Dr. | | Co/Sub Investigator |
| Slovakia | 1509 | Mária Krišková | | Dr. | | Co/Sub Investigator |
| Slovakia | 1509 | Richard Pabiš | | Dr. | | Co/Sub Investigator |
| Slovakia | 1509 | Jana Peregrinová | | | | Nurse |
| Slovakia | 1509 | Ján Verešpej | | | | Nurse |
| Slovakia | 1509 | Jaroslav Jakubčo | | | | Nurse |
| Slovakia | 1509 | Mária Nachajová | | | | Nurse |

28

CONFIDENTIAL
AZSER12443093

Clinical Study Report: Appendix 12.1.4.
Study Code: D1441C00125

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| Slovakia | 1511 | Vladimír Garaj | Psychiatrické oddelenie, NsP Prievidza so sídlom v Bojniciach Nemocničná 2 972 01 Bojnice Phone No: +421 46 543 06 48 Fax: +421 46 543 06 48 | Dr. | | Principal Investigator |
| Slovakia | 1511 | Andrej Smetanka | | Dr. | | Co/Sub Investigator |
| Slovakia | 1511 | Dagmar Daruľová | | Dr. | | Co/Sub Investigator |
| Slovakia | 1511 | Jozef Vičan | | Dr. | | Co/Sub Investigator |
| Slovakia | 1511 | Danka Svitková | | | | Nurse |
| Slovakia | 1511 | Mária Poláčeková | | | | Nurse |
| Slovakia | 1512 | Marek Zelman was replaced 1 September 2005 by Daniela Madajová | Psychiatrická nemocnica Hronovce ul. Dr. Jána Zelenyaka 65 936 61 Hronovce Phone No: +421 36 77 96 192 Fax No: +421 36 77 96 194 | Dr. Dr. | | Principal Investigator |
| Slovakia | 1512 | Eva Kosorinová | | Dr. | | Co/Sub Investigator |
| Slovakia | 1512 | Gabriela Vrbová | | Dr. | | Co/Sub Investigator |
| Slovakia | 1512 | Tibor Nagy | | Dr. | | Co/Sub Investigator |
| Slovakia | 1512 | Katarína Dubová | | | | Nurse |
| Slovakia | 1512 | Katarína Ďuricová | | | | Nurse |

29

CONFIDENTIAL
AZSER12443094

Clinical Study Report: Appendix 12.1.4.
Study Code: D1441C00125

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|------------|------------------------------|----------------|----------------|------------------|-------------------|
| Slovakia | 1512 | Magdaléna Nagyová | | | | Nurse |
| Slovakia | 1513 | Rudolf Múdry | Psychiatrická ambulancia NZZ Poliklinika FNsP Antolská 11 850 01 Bratislava Phone No: +421 2 686 725 28 Fax No: +421 2 686 725 34 | Dr. | | Principal Investigator |
| Slovakia | 1513 | Miroslava Slamková | | | | Nurse |
| South Africa | 1601 | Robin Emsley | CT, Belville Stikland Hospital Stikland Hospital Research Unit 1st Floor Room 11 Old Paarl Road Belville CapeTown 7531 Phone No: +021 9404471 Fax No: +021 9191272 | Prof. | | Principal Investigator |
| South Africa | 1601 | Gerhard Jordaan | | Dr. | | Co/Sub Investigator |
| South Africa | 1601 | Jadri Turner | | Dr. | | Co/Sub Investigator |
| South Africa | 1601 | Lizel Koen | | Dr. | | Co/Sub Investigator |
| South Africa | 1601 | S Brink | | Dr. | | Co/Sub Investigator |
| South Africa | 1601 | Jennifer Neath | | Sr. | | Nurse |

30

CONFIDENTIAL
AZSER12443095

Clinical Study Report: Appendix 12.1.4.
Study Code: D1441C00125

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| South Africa | 1601 | Retha Smit | | Sr. | | Nurse |
| South Africa | 1602 | Herman Pretorius | Pta, Pta West Weskoppies Hospital Weskoppies Hospital Out Patients Department Ketjenstreet Pretoria West Pretoria 0001 Phone No: +012 3199756 Fax No: +012 3199757 | Prof. | | Principal Investigator |
| South Africa | 1602 | Christa Kruger | | Dr. | | Co/Sub Investigator |
| South Africa | 1602 | C W Van Staden | | Dr. | | Co/Sub Investigator |
| South Africa | 1602 | Francois Esterhuizen | | Dr. | | Co/Sub Investigator |
| South Africa | 1602 | Renata Du Preez | | Dr. | | Co/Sub Investigator |
| South Africa | 1602 | J L Roos | | Prof. | | Co/Sub Investigator |
| South Africa | 1602 | Ria Van Wyk | | Sr. | | Nurse |

31

CONFIDENTIAL
AZSER12443096

Clinical Study Report: Appendix 12.1.4.
Study Code: D1441C00125

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---|---|---|---|---|---|---|
| South Africa | 1603 | Soloman Rataemane | Ga-Rankuwa Medunsa Dept of Psychiatry MEDUNSA Department of Psychiatry Ga-Rankuwa Hospital Molotlegi Street Ga-Rankuwa 0204 Phone No: +27 12 521 4143/6 Fax No: +27 12 521 3869 | Prof. | | Principal Investigator |
| South Africa | 1603 | A Motojesi | | Dr. | | Co/Sub Investigator |
| South Africa | 1603 | K M Kato-Kalule | | Dr. | | Co/Sub Investigator |
| South Africa | 1603 | Salumu Selemani | | Dr. | | Co/Sub Investigator |
| South Africa | 1603 | T E Katunzi | | Dr. | | Co/Sub Investigator |
| South Africa | 1603 | M D Molete | | Sr. | | Nurse |
| South Africa | 1603 | Seipati Meselane | | Sr. | | Nurse |

32

CONFIDENTIAL
AZSER12443097

Clinical Study Report: Appendix 12.1.4.
Study Code: D1441C00125

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| South Africa | 1604 | Richard Nichol | Bloemfontein Orange Hospital Dept of Psychiatry Oranje Hospital Research Unit Department of Psychiatry President Brandt Street Bloemfontein 9300 Phone No: +27 51 407 9257 Fax No: +27 52 448 3092 | Dr. | | Principal Investigator |
| South Africa | 1604 | Janus Pretorius | | Dr. | | Co/Sub Investigator |
| South Africa | 1604 | Mamakhelelise Matete | | Dr. | | Co/Sub Investigator |
| South Africa | 1604 | Ina Calitz | | Sr. | | Nurse |
| South Africa | 1605 | Dan Mkize | Dbn, Sydenham King George Hospital King George Hospital Gate 5 Stanley Coperty Road Sydenham Durban 4000 Phone No: +1731 2087121 Fax No: +2731 2604322 | Prof. | | Principal Investigator |
| South Africa | 1605 | Saeeda Paruk | | Dr. | | Co/Sub Investigator |
| South Africa | 1605 | Suvira Ramlall | | Dr. | | Co/Sub Investigator |

33

CONFIDENTIAL
AZSER12443098

Clinical Study Report: Appendix 12.1.4.
Study Code: D1441C00125

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| South Africa | 1605 | Kay Maharaj | | Sr. | | Nurse |
| South Africa | 1606 | Sebolelo Scape | Krugersdorp Sterkfontein Hospital Research Unit Sterkfontein Hospital Research Unit Ward 8 SterkfonteinRoad Krugersdorp 1740 Phone No: +011 9518413 Fax No: +011 9566007 | Dr. | | Principal Investigator |
| South Africa | 1606 | Eddie Pak | | Dr. | | Co/Sub Investigator |
| South Africa | 1606 | Mary Dzimwasha | | Dr. | | Co/Sub Investigator |
| South Africa | 1606 | Vusi Khanyile | | Dr. | | Co/Sub Investigator |
| South Africa | 1606 | Felicia Nel | | | | Nurse |
| South Africa | 1607 | Fatima Jeenah | Jhb, Chris Hani Baragwanath Hospital Dept of Psychiatry Chris Hani Baragwanath Hospital Department of Psychiatry Block 85 Old Potch Road Johannesburg 2013 Phone No: +27 11 933 9239 Fax No: +27 11 933 8271 | Prof. | | Principal Investigator |

34

CONFIDENTIAL
AZSER12443099

Clinical Study Report: Appendix 12.1.4.
Study Code: D1441C00125

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| South Africa | 1607 | Cathy Christie | | Dr. | | Co/Sub Investigator |
| South Africa | 1607 | C Rascher | | Dr. | | Co/Sub Investigator |
| South Africa | 1607 | Wendy Duncan | | Dr. | | Co/Sub Investigator |
| South Africa | 1607 | Maureen Pheto | | Sr. | | Nurse |
| South Africa | 1608 | Mohamed Moosa | Jhb, Johannesburg Hospital Department of Psychiatry Johannesburg Hospital Department of Psychiatry Ward 487 Parktown Johannesburg 2001 Phone No: +27 11 488 3487 Fax No: +27 11 717 2423 | Dr. | | Principal Investigator |
| South Africa | 1608 | A Pillay | | Dr. | | Co/Sub Investigator |
| South Africa | 1608 | M Voster | | Dr. | | Co/Sub Investigator |
| South Africa | 1608 | Makhosana Maseko | | Sr. | | Nurse |

35

CONFIDENTIAL
AZSER12443100

Clinical Study Report: Appendix 12.1.4.
Study Code: D1441C00125

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| United Kingdom | 1701 | Vinod Singh | Handsworth Home Treatment Birmingham and Solihull Mental Health NHS Trust 176 Soho Hill Handsworth BIRMINGHAM B19 1AG Phone No: +44 7985 882888 Fax No: +44 121 685 6091 | Dr. | Consultant Psychiatrist | Principal Investigator |
| United Kingdom | 1701 | Andrew Esson | Phone No: +44 7985 882887 Fax No: +44 121 685 6091 | RMN | | Nurse |
| United Kingdom | 1701 | Isaac Nyemitei-Addo | Phone No: +44 7985 882996 Fax No: +44 121 685 6091 | Dr | Staff grade psychiatrist | Co-Investigator |

36

CONFIDENTIAL
AZSER12443101

Clinical Study Report: Appendix 12.1.4.
Study Code: D1441C00125

**Non active centres**

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| Hungary | 1815 | István Degrell | DEOEC Pszichiátriai Tanszék Nagyerdei körút 98 Debrecen 4012 Phone No: +36 52 415 176 Fax No.: +36 52 453 590 | Prof. | | Principal Investigator |
| Norway | 1301 | Terje Houeland | Psykiatrisk klinikk Postboks 1163 Hillevåg 4095 Stavanger Phone No: +47 51 51 51 51 Fax No: +47 51 51 50 75 | | | National Principal Investigator |
| Norway | 1301 | Arne Leif Pedersen | | | | Co-investigator |
| Norway | 1301 | Jone Selvåg | | | | Lab-personnel |
| Norway | 1302 | Henrik Rogge | Askviknes VPS Hagavik 5217 Phone No: +47 56 56 57 00 Fax No: +47 56 56 57 01 | Dr. | | Principal Investigator |
| Norway | 1302 | Linda Hevrøy | | | | Nurse |
| Norway | 1302 | Line Nokland | | | | Nurse |

37

CONFIDENTIAL
AZSER12443102

Clinical Study Report: Appendix 12.1.4.
Study Code: D1441C00125

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| Norway | 1304 | Trond Sætre | Voksenpsykiatrisk poliklinikk Halogalandssykehuset Sondregate 19 STOKMARKNES 8452 Phone No: +4775425000 Fax No: +4775425009 | Dr. | | Principal Investigator |
| Norway | 1304 | Jack Edvardsen | | Dr | | Co/Sub Investigator |
| Norway | 1304 | Anders Lauritsen | | | | Lab-personnel |
| Norway | 1305 | Bjørn Øi | Fjell og Årstad DPS Seksjon Fjell STRAUME 5353 Phone No: +4756313050 Fax No: +4756313051 | Dr. | | Principal Investigator |
| Norway | 1305 | Egil Madsen | | | | Nurse |
| Norway | 1305 | Gerd Doskeland | | | | Nurse |
| Norway | 1307 | Øystein Christoffersen | Sykehuset Buskerud HF Psykosteamet Broholt Dronningens gt. 28 Drammen 3004 Phone No: +4732861912 Fax No: +4732861922 | Dr. | | Principal Investigator |
| Norway | 1307 | Anne Lise Emblem | | Dr | | Co/Sub Investigator |
| Norway | 1307 | Ferencz Laszlo | | Dr | | Co/Sub Investigator |

38

CONFIDENTIAL
AZSER12443103

Clinical Study Report: Appendix 12.1.4.
Study Code: D1441C00125

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| Norway | 1307 | Gerd Høien | | | | Nurse |
| Norway | 1307 | Janne Toft Engerud | | | | Nurse |
| Norway | 1308 | Jo Erik Brøyn | SABHF (Sykehuset Asker og Bærum)Prosjektteam for ungdom Postboks 83 1309 Rud Phone No: +4767575090 Fax No: +4767575101 | Dr. | | Principal Investigator |
| Norway | 1308 | Ida Skram | | | | Lab personnel |

39

CONFIDENTIAL
AZSER12443104

Clinical Study Report: Appendix 12.1.4.
Study Code: D1441C00125

## 12.1.4.2   AstraZeneca study personnel

| Name (First name, Last name) | Address | Qualifications | Present Position | Role in the study |
|---|---|---|---|---|
| Julia Leonova Edlund | AstraZeneca R&D Södertälje Clinical Information Science SE-151 85 Södertälje Sweden | MSc, MA. | Med Com Scientist | Medical Communication Scientist / Report Author |
| Sofia Risberg | AstraZeneca R&D Södertälje Study Delivery II SE-151 85 Södertälje Sweden | MSc. Pharm. | Clinical Study Delivery Leader | Clinical Study Delivery Leader, Study Report Delivery Team Leader |
| Didier Meulien was replaced 12 August 2004 by | AstraZeneca R&D Södertälje Clinical Medical Neuroscience SE-151 85 Södertälje Sweden | MD and Master of Science | Senior Clinical Research Physician | Senior Clinical Research Physician |
| Janet Post was replaced January 2006 by | | MD, MBA | Clinical Research Physician | Clinical Study Delivery Team Physician |
| Ivan Eggens | | MD, PhD. Assoc Prof | Senior Research Physician | Study Physician |
| Frank Miller | AstraZeneca R&D Södertälje Clinical Information Science SE-151 85 Södertälje Sweden | PhD | Statistician | Clinical Study Delivery Team Statistician and Clinical Study Report Delivery Team Leader |
| Leif Jörgensen (from 4 November 2005) | AstraZeneca Sverige AB Local Clinical Trials, Medical SE-151 85 Södertälje Sweden | | Marketing Company statistician | Study statistician |

40

CONFIDENTIAL
AZSER12443105

Clinical Study Report: Appendix 12.1.4.
Study Code: D1441C00125

| Name (First name, Last name) | Address | Qualifications | Present Position | Role in the study |
|---|---|---|---|---|
| Birgitta Kumlin | AstraZeneca R&D Södertälje Study Delivery II SE-151 85 Södertälje Sweden | | Senior Study Delivery Operation Specialist | Senior Study Delivery Operation Specialist |
| Margaretha Hellborg | AstraZeneca R&D Södertälje Study Delivery II SE-151 85 Södertälje Sweden | | Study Delivery Operations Specialist | Study Delivery Operations Specialist |
| Christina Andersson (15 March 2004 – 1 October 2004) | AstraZeneca R&D Södertälje Study Delivery II SE-151 85 Södertälje Sweden | | Study Delivery Operation Specialist | Study Delivery Operations Specialist |
| Ann Weichert (2003-2004 worked as a Clinical Data Associate) | AstraZeneca R&D Södertälje Study Delivery II SE-151 85 Södertälje Sweden | | Study Delivery Operations Specialist | Study Delivery Operations Specialist |
| Ann-Christin Selin | AstraZeneca R&D Södertälje Study Delivery II SE-151 85 Södertälje Sweden | | Clinical Study Delivery Associate | Clinical Study Delivery Associate |
| Anna-Karin Näslund | AstraZeneca R&D Södertälje Data Managemetn Technoolgy SE-151 85 Södertälje Sweden | | Senior Data Management Technology Analyst | Clinical Study Team Data Manager |
| Ida Gunnarsson (13 May 2004 – 31 March 2005) | AstraZeneca R&D Södertälje Study Delivery II SE-151 85 Södertälje Sweden | | Study Delivery Operations Specialist | Clinical Study Team Data Manager |

41

CONFIDENTIAL
AZSER12443106

Clinical Study Report: Appendix 12.1.4.
Study Code: D1441C00125

| Name (First name, Last name) | Address | Qualifications | Present Position | Role in the study |
|---|---|---|---|---|
| Abdul Aziz Ali was replaced 28 May 2004 by | AstraZeneca R&D Södertälje Clinical Information Science SE-151 85 Södertälje Sweden | MSc (Statistics) | Statistician, Quintiles Ltd. England UK | Clinical Study Delivery Team Programmer |
| Annika Zettergren | | Master's degree in Statistics | Senior Programmer | Lead programmer |
| Jonathan Wiktorsson 3 October 2005 – 3 February 2006 | AstraZeneca R&D Södertälje Clinical Information Science SE-151 85 Södertälje Sweden | | Senior Project Programming Leader | Programmer |
| Susanna Näsman (12 May 2003 – 3 February 2005) | AstraZeneca R&D Södertälje Clinical Drug Safety SE-151 85 Södertälje Sweden | MSc Pharm | Drug Safety Specialist | Clinical Study Team Drug Safety representative |
| Karen Masheder was replaced 24 April 2004 by Chris Nelson | AstraZeneca Pharmaceuticals PAR&D IPS Facility Silk Road Business Park Charter Way Macclesfield Cheshire England SK10 2NA | English Literature BAEd BSc Manufacturing Management | Senior Co-ordinator IPS Supply Coordinator | Drug Supply Drug Supply |
| Sarah Nordell-Friberg (15 May 2003 – 13 February 2004) | AstraZeneca R&D Södertälje Health Economics and Outcomes Research SE-151 85 Södertälje Sweden | MSc | Health Economist & Outcomes Research Scientist | Health Economist & Outcomes Research Scientist/ Sr Outcomes |
| was replaced 15 May 2004 by Alessio Degl' Innocenti | AstraZeneca R&D Health Economics and Outcomes Research SE-431 83 Mölndal Sweden | MSc, PhD | | Research Scientist |

42

CONFIDENTIAL
AZSER12443107

Clinical Study Report: Appendix 12.1.4.
Study Code: D1441C00125

| Name (First name, Last name) | Address | Qualifications | Present Position | Role in the study |
|---|---|---|---|---|
| Martin Brecher | AstraZeneca Pharmaceuticals – US Clinical Neuroscience 1800 Concord Pike P. O. Box 15437 Wilmington, DE 19850-5437 U.S.A. | MD, DMSc, MBA | Medical Science Director | Protocol design and medical responsibility |
| Angela Groves | AstraZeneca Research & Development AstraZeneca Regulatory Affairs FW1 H/2 Parklands DDRA, AZ Regulatory Affairs Macclesfield, Cheshire England SK10 4TG | BA Hons Business | | Associate Regulatory Affairs Manager (ARAM)) |
| Jan Eriksson | AstraZeneca R&D Mölndal Discovery Medicine, CVGI, KC 4, Pepparedsleden 1 SE-431 83  Mölndal Sweden | MD PhD Prof | Disease Area Clinical Expert, Principal Scientist | Medical advisor, result interpretation |
| Göran Walldius | AstraZeneca R&D Mölndal Medical Science – CV Pepparedsleden 1 SE-431 83  Mölndal Sweden | Senior Principal Scientist, MD, PhD, Professor | Medical advisor | Medical advisor, result interpretation |
| Peter Öhman | AstraZeneca Pharmaceuticals – US R&D Wilmington Clinical Science, PO Box 15437 Wilmington, DE 19850-5437 U.S.A. | Specialist internal medicine and endocrinology. 7 years in drug development on diabetes treatment drug (GALIDA) | Senior Medical Director, US Medical Lead GALIDA | Medical advisor, result interpretation |

43

CONFIDENTIAL
AZSER12443108

Clinical Study Report: Appendix 12.1.4.
Study Code: D1441C00125

## 12.1.4.3    Study committee(s) – Not Applicable

## 12.1.4.4    Other participants

| Name (First name, Last name) | Organisation and address | Qualifications | Present position | Role in study |
|---|---|---|---|---|
| Robin Emsley | Department of Psychiatry Faculty of Health Sciences University of Stellenbosch PO Box 19063 Tygerberg 7505 Cape Town South Africa | Professor, MBChB, MMed, FCPsych, MD | | International Principal Investigator |
| John W. Newcomer | Department of Psychiatry Washington University School of Medicine 660 S. Euclid St Louis, MO 63110, USA | MD, Associate Professor | | Medical Advisor, protocol review |
| Robert E. Ratner | MedStar Research Institute 6495 New Hampshire Avenue, Suite 201 Hyattsville, Maryland 20783, USA | M.D. | Vice President for Scientific Affairs | Medical Advisor, result interpretation and report review |

44

CONFIDENTIAL
AZSER12443109

Clinical Study Report: Appendix 12.1.4.
Study Code: D1441C00125

| Name (First name, Last name) | Organisation and address | Qualifications | Present position | Role in study |
|---|---|---|---|---|
| Thierry Nicloux | Covance Central Laboratory Services S.A. 7, rue Moise-Marcinhes 1217 Meyrin Geneva Switzerland | | | Project manager, Central laboratory / Covance |
| Kate Andrews | ClinPhone Ltd Lady Bay House Meadow Grove Nottingham NG2 3HF U.K. | | | Clinical Project Manager |
| Emma Lindley | ClinPhone Ltd Lady Bay House Meadow Grove Nottingham NG2 3HF U.K. | | | Clinical Project Manager, Interactive Response System (IVRS) provider |
| Kevin Drake | ClinPhone Ltd Lady Bay House Meadow Grove Nottingham NG2 3HF U.K. | | | Technical Project Manager |

45

CONFIDENTIAL
AZSER12443110

Clinical Study Report: Appendix 12.1.4.
Study Code: D1441C00125

| Name (First name, Last name) | Organisation and address | Qualifications | Present position | Role in study |
|---|---|---|---|---|
| Sheila Doyle | Tepnel Life Science PLC<br>Heron House<br>Oaks Business Park<br>Crewe Road<br>Wythenshawe<br>Manchester M23 9HZ<br>United Kingdom | | | Laboratory performing genetic analysis |

46

CONFIDENTIAL
AZSER12443111

Clinical Study Report: Appendix 12.1.4.
Study Code: D1441C00125

## 12.1.4.5    CVs of investigators and other medically qualified participants

| Centre Number | Name of investigator or other medically qualified participants |
|---|---|
| 1001 | Vihra Milanova |
| 1002 | Ognian Tanchev |
| 1003 | Ivan Gerdzhikov |
| 1004 | Ljubomir Jivkov |
| 1005 | Temenuzhka Mateva |
| 1006 | Stefan Todorov |
| 1008 | Loris Sayan |
| 1009 | Petar Marinov |
| 1101 | Miloslav Kopeček |
| 1102 | Jaroslav Hronek |
| 1103 | Tibor Mikloš |
| 1104 | Markéta Zemanová |
| 1105 | Dagmar Nováková |
| 1106 | Jirí Raboch |
| 1107 | Vlastimil Tichý |
| 1108 | Petr Žižka |
| 1109 | Zdenek Šolle |
| 1110 | Vlasta Hanušková |
| 1201 | Wolfgang Gaebel |
| 1202 | Andreas Stevens |
| 1203 | Georg Northoff |
| 1204 | Isabella Heuser |
| 1205 | Luc Turmes |
| 1206 | Hans-Jürgen Möller |
| 1207 | Werner Kissling |
| 1208 | Wolfgang Maier |
| 1301 [a] | Terje Houeland |
| 1302 [a] | Henrik Rogge |
| 1303 | Arvid Nedal |
| 1304 [a] | Trond Sætre |
| 1305 [a] | Bjørn Øi |

47

CONFIDENTIAL
AZSER12443112

Clinical Study Report: Appendix 12.1.4.
Study Code: D1441C00125

| Centre Number | Name of investigator or other medically qualified participants |
|---|---|
| 1307 [a] | Øystein Christoffersen |
| 1308 [a] | Jo Erik Brøyn |
| 1401 | Mihai Gheorghe |
| 1402 | Petru Boisteanu |
| 1403 | Victoria Burtea |
| 1404 | Irina Dan |
| 1405 | Adrian Ionescu |
| 1406 | Mirela Manea |
| 1407 | Elena Gherman |
| 1501 | Lívia Vavrušová |
| 1502 | Ján Pečeňák |
| 1503 | František Kuzma |
| 1504 | Peter Korcsog |
| 1505 | Eva Pálová |
| 1506 | Ľudovít Virčík |
| 1507 | Dagmar Štrocholcová |
| 1508 | Homayun Shahpesandy |
| 1508 | Zuzana Janíková |
| 1509 | Kvetoslav Moravčík |
| 1511 | Vladimír Garaj |
| 1512 | Marek Zelman |
| 1512 | Daniela Madajová |
| 1513 | Rudolf Múdry |
| 1601 | Robin Emsley |
| 1602 | Herman Pretorius |
| 1603 | Soloman Rataemane |
| 1604 | Richard Nichol |
| 1605 | Dan Mkize |
| 1606 | Sebolelo Seape |
| 1607 | Fatima Jeenah |
| 1608 | Mohamed Moosa |
| 1701 | Vinod Singh |

48

CONFIDENTIAL
AZSER12443113

Clinical Study Report: Appendix 12.1.4.
Study Code: D1441C00125

| Centre Number | Name of investigator or other medically qualified participants |
|---|---|
| 1801 | István Bitter |
| 1802 | Ferenc Boldizsár |
| 1803 | László Csekey |
| 1804 | Zoltán Janka |
| 1805 | Ákos Kassai-Farkas |
| 1807 | Attila Németh |
| 1808 | György Ostorharics Horvath |
| 1810 | Attila Szőcs |
| 1811 | János Vizi |
| 1813 | Ákos Balogh |
| 1814 | Attila Bojtos |
| 1815 [a] | István Degrell |
| 1817 | Ilona Juhász |

[a]   Non active centres.

49

CONFIDENTIAL
AZSER12443114

| Study Code | D1441C00125 |
|---|---|
| Country | Bulgaria |
| Centre No. | 1001 |

# Curriculum Vitae

Please complete this form in English

| | |
|---|---|
| **First and family name** | Vihra Milanova |
| **Present position** | Head of Psychiatric Clinic at MHAT "Alexandrovska", |
| **Address**<br>(Full office address incl. postal/zip code) | 1 Georgi Sofiiski St. 1431 Sofia |

**Medical education**

| | |
|---|---|
| Name of school | Medical Academy |
| City, Country | Sofia, Bulgaria |
| Duration of education | 6 years |
| Degree attained | M.D. |
| Education completed in year | 1979 |
| **Physician's reference/license number (if applicable)** | Diploma for M.D. Degree No ................ / 1979 |

**Postgraduate training**

| | |
|---|---|
| Type of training | Specialisation in Psychiatry |
| Name of institution | Medical Academy |
| City, Country | Sofia, Bulgaria |
| Duration of training | 4 years |
| Degree attained | specialist |
| Training completed in year | 1983 |

| | |
|---|---|
| **Publications**<br>(number of written publications in relevans area(s) of research) | 12 |
| **Experience of clinical research**<br>(number of clinical studies sponsored by the pharmaceutical industry to which the individual has contributed) | 10 |

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data protection laws may not exist or be as developed as in the European Economic Area.

| Signature | *Wirlaming* | Date of signature | 2/10/2003 |
|---|---|---|---|

50

CONFIDENTIAL
AZSER12443115

| Study Code | D1441C00125 |
| --- | --- |
| Country | Bulgaria |
| Centre No. | 1002 |

# Curriculum Vitae

Please complete this form in English

**First and family name**    Assoc. prof. Ognian Tanchev

**Present position**    Head of the Clinic of Psychiatry; Specialised Hospital for Active Treatment of Neurological and Psychiatric Diseases "Saint Naum"

**Address**
(Full office address incl. postal/zip code)    1 Liuben Russev St. 1113 Sofia

**Medical education**
    Name of school    Medical University
    City, Country    Sofia, Bulgaria
    Duration of education    6 yearsand 3 months
    Degree attained    M.D.
    Education completed in year    1968

**Physician's reference/license number (if applicable)**    Diploma for M.D. Degree No 019159 / 15 Jan. 1968

**Postgraduate training**
    Type of training    Specialisation in Psychiatry
    Name of institution    "Queen Joanna" Hospital
    City, Country    Sofia, Bulgaria
    Duration of training    3 years, 6 months
    Degree attained    specialist
    Training completed in year    1971

**Publications**
(number of written publications in relevans area(s) of research)    At least 60

**Experience of clinical research**
(number of clinical studies sponsored by the pharmaceutical industry to which the individual has contributed)    12

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data protection laws may not exist or be as developed as in the European Economic Area.

**Signature**    _[signature]_    **Date of signature**    08. 01. 2004

51

CONFIDENTIAL
AZSER12443116

| Study Code | D1441C00125 |
|---|---|
| Country | Bulgaria |
| Centre No. | ۱۵۵ |

# Curriculum Vitae

Please complete this form in English

| **First and family name** | Ivan Gerdjikov |
|---|---|
| **Present position** | Director of State Psychiatric Hospital 'St. Ivan Rilski' |
| **Address**<br>(Full office address incl. postal/zip code) | Novi Iskar, 1282 Sofia |

**Medical education**

| Name of school | Medical University |
|---|---|
| City, Country | Sofia, Bulgaria |
| Duration of education | 6 years |
| Degree attained | M.D. |
| Education completed in year | 1969 |

| **Physician's reference/license number (if applicable)** | Diploma for M.D. Degree No 14339 / 1969 |
|---|---|

**Postgraduate training**

| Type of training | Specialisation in Psychiatry |
|---|---|
| Name of institution | Medical University |
| City, Country | Sofia, Bulgaria |
| Duration of training | 3 years |
| Degree attained | specialist |
| Training completed in year | 1973 |

| **Publications**<br>(number of written publications in relevans area(s) of research) | 9 |
|---|---|
| **Experience of clinical research**<br>(number of clinical studies sponsored by the pharmaceutical industry to which the individual has contributed) | 5 |

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data protection laws may not exist or be as developed as in the European Economic Area.

| **Signature** | **Date of signature** 11.10.2003 |
|---|---|

52

CONFIDENTIAL
AZSER12443117

| Study Code | D1441C00125 |
|---|---|
| Country | Bulgaria |
| Centre No. | 1004 |

## Curriculum Vitae

Please complete this form in English

| | |
|---|---|
| **First and family name** | Lubomir Jivkov |
| **Present position** | Director of City Psychiatric Dispensary - Sofia |
| **Address**<br>(Full office address incl. postal/zip code) | 59 Ekzarh Yossif St. 1624 Sofia |

**Medical education**

| | |
|---|---|
| Name of school | Medical University |
| City, Country | Sofia, Bulgaria |
| Duration of education | 6 years |
| Degree attained | M.D. |
| Education completed in year | 1970 |
| **Physician's reference/license number (if applicable)** | Diploma for M.D. Degree No 019684 / 1970 |

**Postgraduate training**

| | |
|---|---|
| Type of training | Specialisation in Psychiatry |
| Name of institution | Medical Academy |
| City, Country | Sofia, Bulgaria |
| Duration of training | 3 years |
| Degree attained | Specialist |
| Training completed in year | 1978 |

| | |
|---|---|
| **Other specialisations** | 1983 - University for Psycho-Social and Neurological Sciences, Faculty of Medicine, Bobigny, Paris, France (Prof. S. Lebovici)<br><br>1996 – International Hospital, Psychiatric Department, Paris, France<br><br>(Prof. F. Jeammet ) |
| **Publications**<br>(number of written publications in relevans area(s) of research) | More than 30 |
| **Experience of clinical research**<br>(number of clinical studies sponsored by the pharmaceutical industry to which the individual has contributed) | 13 |

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data protection laws may not exist or be as developed as in the European Economic Area.

| **Signature** | | **Date of signature** | 12. 01 2004 |
|---|---|---|---|

53

CONFIDENTIAL
AZSER12443118

| Study Code | 5077IL/0125 (D1441C00125) ₂₀₆ Oct. 03 T.M. |
|---|---|
| Country | Bulgaria |
| Centre No. | 1005 |

# Curriculum Vitae

Please complete this form in English

| | |
|---|---|
| **First and family name** | Temenuzhka Mateva |
| **Present position** | Director of Regional Psychiatric Hospital - Russe |
| **Address** (Full office address incl. postal/zip code) | 20 Tutrakan, 7003 Russe |

**Medical education**

| | |
|---|---|
| Name of school | Higher Medical Institute |
| City, Country | Pleven, Bulgaria |
| Duration of education | 6 years |
| Degree attained | M.D. |
| Education completed in year | 1982 |

| | |
|---|---|
| **Physician's reference/license number (if applicable)** | Diploma for M.D. Degree No 000368 / 1982 |

**Postgraduate training**

| | |
|---|---|
| Type of training | Specialisation in Psychiatry |
| Name of institution | Medical Academy |
| City, Country | Sofia, Bulgaria |
| Duration of training | 5 years |
| Degree attained | specialist |
| Training completed in year | 1987 |

| | |
|---|---|
| Type of training | Health Management |
| Name of institution | International Development of Management Institute |
| City, Country | London, UK |
| Duration of training | 3 years |
| Degree attained | Health manager |
| Training completed in year | … |

| | |
|---|---|
| Type of training | Specialisation in Psychotherapy |
| Name of institution | Positive Psychotherapy - Wiesbaden |
| City, Country | Wiesbaden, Germany |
| Duration of training | 4 years |
| Degree attained | psychotherapist |
| Training completed in year | 1995 |

54

CONFIDENTIAL
AZSER12443119

Curriculum Vitae
Study Code 5077IL/0125

**Publications**                    4
(number of written publications in
relevans area(s) of research)

**Experience of clinical research**          7
(number of clinical studies sponsored
by the pharmaceutical industry to
which the individual has contributed)

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data protection laws may not exist or be as developed as in the European Economic Area.

Signature _____          Date of signature  05. 09 2003.

CONFIDENTIAL
AZSER12443120

| Study Code | D1441C00125 |
|---|---|
| Country | Bulgaria |
| Centre No. | 1006 |

## Curriculum Vitae

Please complete this form in English

**First and family name**  Stefan Todorov

**Present position**  Head of Dept. of Psychiatry and Medical Psychology at the Medical University

      Head of First Psychiatric Clinic, MHAT 'St. Marina'

**Address**
(Full office address incl. postal/zip code)  1 Hristo Smirnenski St, 9010 Varna, Bulgaria

**Medical education**
| | |
|---|---|
| Name of school | Medical Academy |
| City, Country | Sofia, Bulgaria |
| Duration of education | 6 years |
| Degree attained | M.D. |
| Education completed in year | 1963 |

**Physician's reference/license number (if applicable)**  Diploma for M.D. Degree No 014113 / 1963

**Postgraduate training**
| | |
|---|---|
| Type of training | Specialisation in Psychiatry |
| Name of institution | Medical University |
| City, Country | Varna, Bulgaria |
| Duration of training | 4 years |
| Degree attained | specialist |
| Training completed in year | 1973 |

| | |
|---|---|
| Type of training | Specialisation |
| Name of institution | Centre Hospitalo-Universitaire 'St. Anne' |
| City, Country | Paris, France |
| Duration of training | 2 months |
| Degree attained | no |
| Training completed in year | 1985 |

56

CONFIDENTIAL
AZSER12443121

Curriculum Vitae
Study Code D1441C00125

**Publications**                                    Over 50
(number of written publications in
relevans area(s) of research)

**Experience of clinical research**                 15
(number of clinical studies sponsored
by the pharmaceutical industry to
which the individual has contributed)

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data protection laws may not exist or be as developed as in the European Economic Area.

Signature _____          Date of signature _____

57                    2(2)

CONFIDENTIAL
AZSER12443122



AstraZeneca

| Study Code | D1441C00125 |
|---|---|
| Centre Number | 1008 |

## Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | Loris Sayan |
| **Date of birth** (dd/mm/yyyy) | REDACT |
| **Present appointment**<br>(Job title/Department) | Director of the<br>District Dispensary for Psychiatric Disorders with Stationary "Prof. Ivan Temkov" (DDPDS) |
| **Address**<br>(Full work address including post/zip code) | Complex "Lazur" – park "Ezero"<br>8000 Bourgas, Bulgaria |
| **Qualifications**<br>(Degree and other professional qualifications)<br>(✓ relevant qualifications, or specify) | MD, Year: 1971<br>Specialist, Field  Psychiatry  Year:  1980<br>PhD ☐  MSc ☐  BSc ☐<br>Other<br>(specify) |
| **Physician's reference/licence number**<br>(if applicable) | M.D. ref. No 00357 / 1971<br>Licence in Psychiatry No 21831 / 1980 |
| **Previous appointments/experience**<br>(include only relevant therapeutic/ practical experience after gaining qualifications) | 1991 – 2004 Director of DDPDS "Prof. Ivan Temkov", Bourgas;<br>1976 – 1991 Psychiatrist at DDPDS "Prof. Ivan Temkov", Bourgas<br>1972 – 1976 General Practitioner at |
| **Publications** (✓ appropriate box)<br>(Number of articles published) | 0 ☐  1-5 ☐  6-10 ☐  11-20 ☐  >20 ☐ |
| **Previous experience in clinical trials and type of GCP training received**<br>(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies) | GCP training during an Investigators Meetings<br>Phase I - 3 trials; Phase II (with antipsychotic) - 5 trials; Phase II (with antidepressant) – 2 trials; Phase III (with antipsychotic) – 4 trials; Phase III (with mood stabilizer) – 1 trial; Phase III (with antidepressant) – 1 trial. |
| **Date of signature** | 25 / 06 / 2004 |
| **Signature** | |

58

CONFIDENTIAL<br>AZSER12443123



| Study Code | D1441C00125 |
|---|---|
| Centre Number | 1009 |

## Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | Petar Marinov |
| **Date of birth** (dd/mm/yyyy) | REDACTE |
| **Present appointment** (Job title/Department) | Psychiatrist at SHATNP "St. Naum" Department of forensics |
| **Address** (Full work address including post/zip code) | 1 Ljuben Russev St. 1113 Sofia, Bulgaria |

**Qualifications**
(Degree and other professional qualifications)
(✓ relevant qualifications, or specify)

MD, Year:  1988

Specialist, Field  Psychiatry  Year:  1996

PhD ☐  MSc ☐  BSc ☐

Other (specify)

**Physician's reference/licence number**
(if applicable)

MD Degree No 008155/21.11.1988
Psychiatrist Degree No 41954/20.06.1996

**Previous appointments/ experience**
(include only relevant therapeutic/ practical experience after gaining qualifications)

**Publications** (✓ appropriate box)
(Number of articles published)

0 ☐  1-5 ☐  6-10 ☐  11-20 ☐  >20 ✔

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

GCP Training received.

**Date of signature**

**Signature**

59

CONFIDENTIAL
AZSER12443124

| | |
|---|---|
| Study Code | D1441C00125 |
| Country | Czech Republic |
| Centre No. | 1101 |

## Curriculum Vitae

Please complete this form in English

**First and family name**            Miloslav Kopecek, MD

**Present position**                 Specialist registrar

**Address**                          Psychiatrické centrum Praha
(Full office address incl. postal/zip code)

Ústavní 91

Praha 8 – Bohnice

Czech republic

**Medical education**

Name of school                 3rd School of Medicine,  Charles University, Prague

City, Country                  Prague, Czech republic
Duration of education          6     year(s),   month(s)
Degree attained                MD
Education completed in year    1998

**Physician's reference/license**    NA
**number (if applicable)**

**Postgraduate training**

Type of training               Board examination 1st Degree in Psychiatry
Name of institution            Institute of Postgradual Eduaction
City, Country                  Prague, Czech republic
Duration of training               4  year(s),   month(s)
Degree attained                Psychiatrist
Training completed in year     2002

Type of training               PhD study in neuroscience
Name of institution            3rd School of Medicine,  Charles University, Prague
City, Country                  Prague, Czech republic
Duration of training           5  Year(s),   month(s)
Degree attained                Not yet finish
Training completed in year     Not yet finish

60

CONFIDENTIAL
AZSER12443125

Curriculum Vitae
Study Code D1441C00125

Type of training
Name of institution
City, Country
Duration of training                          year(s),        month(s)
Degree attained
Training completed in year

**Publications**                              Psychiatry - 17
(number of written publications in
relevant area(s) of research)

**Experience of clinical research**           2
(number of clinical studies sponsored
by the pharmaceutical industry to
which the individual has contributed)

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of
the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data
protection laws may not exist or be as developed as in the European Economic Area.

**Signature** _____    **Date of signature**   27th January 2004

61

2(2)

CONFIDENTIAL
AZSER12443126



| Study Code | D1441C00125 |
| --- | --- |
| Centre Number | 1102 |

---

## Curriculum Vitae

---

*Please fill in this form in English*

**First and Family Name**          Jaroslav Hronek

**Date of birth** (dd/mm/yyyy)     REDACTED

**Present appointment**
(Job title/Department)             Consultant, private specialist in
                                   psychiatry

**Address**
(Full work address including post/zip code)   NZZ-psychiatrická ambulance, Jagellonská 7
                                              ~~301 36  Plzeň~~

**Qualifications**                 MD, Year:  1963
(Degree and other professional
qualifications)                    Specialist, Field  psychiatri   Year:  1966

(✓ relevant qualifications, or specify)   PhD ☐   MSc ☐   BSc ☐

                                   Other
                                   (specify)   _____

**Physician's reference/licence number**
(if applicable)

**Previous appointments/**         I. degree in psychiatry 1966
**experience**                     II.degree in psychiatry 1970
(include only relevant therapeutic/ practical
experience after gaining qualifications)

**Publications** (✓ appropriate box)   0 ☐   1-5 ☐   6-10 ☐   11-20 ☐   >20 ☒
(Number of articles published)

**Previous experience in clinical trials
and type of GCP training received**       31
(eg, 3 trials in the cardiovascular field and 2
in the respiratory field, GCP training at        Investigators meetings
investigators meetings for 3 of these
studies)

**Date of signature**             12/05/2004

**Signature**

62

CONFIDENTIAL
AZSER12443127

| | |
|---|---|
| Study Code | D1441C00125 |
| Country | Czech Republic |
| Centre No. | *1103* |

# Curriculum Vitae

Please complete this form in English

| | |
|---|---|
| **First and family name** | Tibor Miklos |
| **Present position** | Head of 1st department of Psychiatric hospital Prague |
| **Address**<br>(Full office address incl. postal/zip code) | Psychiatricka lecebna Praha, Ustavni 91, 181 02 Praha 8 |

**Medical education**

| | |
|---|---|
| Name of school | 3d Medical Faculty of Charles University Prague |
| City, Country | Prague, Czech Republic |
| Duration of education | 6        year(s),   month(s) |
| Degree attained | MD |
| Education completed in year | 1992 |
| **Physician's reference/license number (if applicable)** | NA |

**Postgraduate training**

| | |
|---|---|
| Type of training | Board examination 1st degree in Psychiatry |
| Name of institution | Institute of Postgraduate Education Prague |
| City, Country | Prague, Czech Republic |
| Duration of training | 3        year(s),   month(s) |
| Degree attained | Specialist in Psychiatry 1st degree |
| Training completed in year | 1995 |

| | |
|---|---|
| Type of training | Consultant in Psychiatry |
| Name of institution | Institute of Postgraduate Education Prague |
| City, Country | Prague, Czech Republic |
| Duration of training | 3        year(s),   month(s) |
| Degree attained | Specialist in Psychiatry 2nd degree |
| Training completed in year | 1998 |

| | |
|---|---|
| Type of training | |
| Name of institution | |
| City, Country | |
| Duration of training | year(s),   month(s) |
| Degree attained | |
| Training completed in year | |

63

CONFIDENTIAL<br>AZSER12443128

Curriculum Vitae
Study Code D1441C00125

**Publications**
(number of written publications in
relevant area(s) of research)

**Experience of clinical research**        15
(number of clinical studies sponsored
by the pharmaceutical industry to
which the individual has contributed)

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of
the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data
protection laws may not exist or be as developed as in the European Economic Area.

**Signature** _____        **Date of signature** _____

2(2)

64

CONFIDENTIAL
AZSER12443129

| Study Code | D1441C00125 |
|---|---|
| Country | Czech Republic |
| Centre No. | *1104* |

# Curriculum Vitae

**Please complete this form in English**

**First and family name**   Marketa Zemanová

**Present position**   Consultant in psychiatry

**Address**
(Full office address incl. postal/zip code)   Psychiatric Hospital, Rozkošská 2322
580 23 Havlíčkův Brod, Czech republic

**Medical education**

Name of school   Charles University Prague, Medical Faculty Hradec Králové
City, Country   Hradec Králové, Czech rep.
Duration of education   1979-1985   year(s),   month(s)
Degree attained   MD
Education completed in year   1985

**Physician's reference/license number (if applicable)**

**Postgraduate training**

Type of training   Board examination 1st Degree in psychiatry
Name of institution   Institute for postgraduate education
City, Country   Prague, Czech rep.
Duration of training   2,6   year(s), 30   month(s)
Degree attained
Training completed in year   1990

Type of training   Consultant in psychiatry /2nd degree/ in psychiatry
Name of institution   Institute for postgraduate education
City, Country   Prague, Czech rep.
Duration of training   3 years   year(s),   month(s)
Degree attained
Training completed in year   1996

Type of training   electroencephalography course
Name of institution   Institute for postgraduate education
City, Country   Brno, Czech rep.
Duration of training   1993-1995   year(s),   month(s)
Degree attained
Training completed in year   1995

65

CONFIDENTIAL
AZSER12443130

Curriculum Vitae
Study Code D1441C00125

**Publications**
(number of written publications in
relevant area(s) of research)                none

**Experience of clinical research**
(number of clinical studies sponsored              5
by the pharmaceutical industry to
which the individual has contributed)

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of
the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data
protection laws may not exist or be as developed as in the European Economic Area.

**Signature** _____          **Date of signature**  04/mar/2004

2(2)

66

CONFIDENTIAL
AZSER12443131

**AstraZeneca**

| Study Code | D1441C00125 |
|---|---|
| Centre Number | 1105 |

## Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | *JACHAL   NUVÁKCVA, MD* |
| **Date of birth** (dd/mm/yyyy) | REDACTED |
| **Present appointment** (Job title/Department) | *CONSULTANT IN PSYCHIATRY* |
| **Address** (Full work address including post/zip code) | *7A, BELIČULA , PRAHA 4, 146 00* |
| **Qualifications** (Degree and other professional qualifications) | MD, Year: *1986* |
| | Specialist, Field _____ Year: _____ |
| | PhD       MSc          BSc |
| | Other |
| **Previous appointments/ experience** (include all relevant therapeutic/ practical experience after gaining qualifications) | |
| **Publications** (Number of articles published) | (0)   1-5   6-10   11-20   >20 |
| **Previous experience in clinical trials** (eg, 3 trials in the cardiovascular field and 2 in the respiratory field) | |
| **GCP training** (number of days, year) | |
| **Date of signature** | *1. 3. 2004* |
| **Signature** | |

CONFIDENTIAL
AZSER12443132

| Study Code | D1441C00125 |
|---|---|
| Country | Czech Republic |
| Centre No. | 1106 |

## Curriculum Vitae

Please complete this form in English

**First and family name**  Jiří Raboch Prof. MUDr. DrSc.

**Present position**  Head of Psychiatric Department, 1st. Medical School

**Address**  Psychiatrická klinika, Ke Karlovu 11, 128 21 Praha 2, Czech Republic
(Full office address incl. postal/zip code)

**Medical education**  medical faculty
    Name of school  1st. Medical School, Charles University
    City, Country  Czech Republic
    Duration of education  6 year(s),  month(s)
    Degree attained  MD
    Education completed in year  1975

**Physician's reference/license number (if applicable)**

**Postgraduate training**  Board examination 1st and
    Type of training
    Name of institution  Institute for Postgraduate Training of Physicians
    City, Country  Prague, Czech Republic
    Duration of training  3 year(s),  month(s)
    Degree attained
    Training completed in year  1st. Degree 1979

    Type of training  2nd Degree in Psychiatry
    Name of institution  Institute for Postgraduate Training of Physicians
    City, Country  Prague, Czech Republic
    Duration of training  3 year(s),  month(s)
    Degree attained
    Training completed in year  2nd Degree 1983

    Type of training
    Name of institution
    City, Country
    Duration of training  year(s),  month(s)
    Degree attained
    Training completed in year

68

CONFIDENTIAL
AZSER12443133

Curriculum Vitae
Study Code D1441C00125

**Publications**                                    320
(number of written publications in
relevant area(s) of research)

**Experience of clinical research**         about 20
(number of clinical studies sponsored
by the pharmaceutical industry to
which the individual has contributed)

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data protection laws may not exist or be as developed as in the European Economic Area.

**Signature** _____    **Date of signature** 2004-02-03

69

2(2)

CONFIDENTIAL
AZSER12443134

AstraZeneca

| Study Code | D1441C00125 |
| --- | --- |
| Centre Number | 1107 |

## Curriculum Vitae

*Please fill in this form in English*

| **First and Family Name** | Vlastimil Tichý |
| --- | --- |
| **Date of birth** (dd/mm/yyyy) | REDACTED |
| **Present appointment**<br>(Job title/Department) | MD, psychiatrist, head of Psychiatric Department of Central Military Hospital Prague |
| **Address**<br>(Full work address including post/zip code) | Psychiatric Department of Central Military Hospital<br>U vojenské nemocnice 1200<br>169 02 Prague 6<br>Czech republic |

**Qualifications**
(Degree and other professional qualifications)

(✓ relevant qualifications, or specify)

MD, Year:  1984

Specialist, Field  psychiatrist      Year:  1990

PhD ☐      MSc ☐      BSc ☐

Other
(specify)  _____

**Physician's reference/licence number**
(if applicable)

**Previous appointments/experience**
(include only relevant therapeutic/ practical experience after gaining qualifications)

Psychiatrist of Institute of Air Medicine, psychiatrist of Central Military Hospital, psychiatrist of field hospital of Czech Army- Croatia, Albania, Turkey, Afganistan

**Publications** (✓ appropriate box)
(Number of articles published)

0 ☐   1-5 ☐   6-10 ☐   11-20 [x]   >20 ☐

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

28.05.2004

**Date of signature**

70

CONFIDENTIAL
AZSER12443135

Curriculum Vitae
Study Code D1441C00125
Centre Number 1107

**Signature**

71

CONFIDENTIAL
AZSER12443136

| Study Code | *D 14412 00125* |
|---|---|
| Country | Czech Republic |
| Centre No. | *1108* |

# Curriculum Vitae

Please complete this form in English

| | |
|---|---|
| **First and family name** | Petr Žižka, MD |
| **Present position** | Head Doctor of Pedopsychiatric Ward |
| **Address**<br>(Full office address incl. postal/zip code) | Mental Health Hospital Dobřany, Ústavní 341, 334 41 Dobřany, Czech Republic |

**Medical education**

| | |
|---|---|
| Name of school | Charles University, Faculty of Medicine |
| City, Country | Prague, Czech Republic |
| Duration of education | 6   year(s),   -   month(s) |
| Degree attained | Doctor of Medicine |
| Education completed in year | 1993 |

| | |
|---|---|
| **Physician's reference/license number (if applicable)** | NA |

**Postgraduate training**

| | |
|---|---|
| Type of training | Board examination - I.st  degree – 1996  in Psychiatry |
| Name of institution | Institute for postgraduate schooling |
| City, Country | Prague, Czech Republic |
| Duration of training | 3   year(s),   -   month(s) |
| Degree attained | Specialist registrar |
| Training completed in year | 1996 |

| | |
|---|---|
| Type of training | Board examination - II.nd  degree – 1999 in Pedopsychiatry |
| Name of institution | Institute for postgraduate schooling |
| City, Country | Prague, Czech Republic |
| Duration of training | 3   year(s),   -   month(s) |
| Degree attained | Consultant in Pedopsychiatry |
| Training completed in year | 1999 |

72

CONFIDENTIAL
AZSER12443137

Curriculum Vitae
Study Code

Type of training                                                        -
Name of institution
City, Country
Duration of training                          year(s).              month(s)
Degree attained
Training completed in year

**Publications**                                                       -
(number of written publications in
relevant area(s) of research)

**Experience of clinical research**      Alaptid – 1996
(number of clinical studies sponsored
by the pharmaceutical industry to       Escitalopram ( LU 26-054) – 2000
which the individual has contributed)
                                        Galantamin (GAL-INT -18) - 2001-2003

                                        Galantamin (GAL-MCI – 301) -  2003-2004

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of
the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data
protection laws may not exist or be as developed as in the European Economic Area.

**Signature**                                          **Date of signature**      19/01/2004

73
2(2)

CONFIDENTIAL
AZSER12443138

AstraZeneca

| Study Code | D1441C00125 |
|---|---|
| Centre Number | 1109 |

## Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | Zdenek Solle |
| **Date of birth** (dd/mm/yyyy) | REDACTE |
| **Present appointment** (Job title/Department) | Privat Concultant in Psychiatry |
| **Address** (Full work address including post/zip code) | Soukroma psychiatricka ambulance, Uruguayska 6, Praha 2, 120 00, Czech republic |
| **Qualifications** (Degree and other professional qualifications) | MD, Year:  1989 |
| | Specialist, Field _____  Year: |
| | PhD        MSc           BSc |
| | Other _____ |
| **Previous appointments/ experience** (include all relevant therapeutic/ practical experience after gaining qualifications) | Board examination 1 st.Degree in Psychiatry 1992 |
| | Consultant in Psychiatry 1995 |
| **Publications** (Number of articles published) | 1-5 |
| **Previous experience in clinical trials** (eg, 3 trials in the cardiovascular field and 2 in the respiratory field) | 8 trials in psychiatric field |
| **GCP training** (number of days, year) | 12 days, 2001-2004 |
| **Date of signature** | 24.11.2004 |
| **Signature** | *[signature]* |

SOP-04A-G-T18 CV Template
Version 3, Date: 25 February 2004

74

CONFIDENTIAL
AZSER12443139

**AstraZeneca**

| Study Code | D1441C00125 |
|---|---|
| Centre Number | 1110 |

## Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | Vlasta Hanušková |
| **Date of birth** (dd/mm/yyyy) | REDACTED |
| **Present appointment** (Job title/Department) | Head physician of female department of psychiatric hospital |
| **Address** (Full work address including post/zip code) | Psychiatric hospital, Olomoucká 88 746 01 Opava, Czech republic |
| **Qualifications** (Degree and other professional qualifications) (✓ relevant qualifications, or specify) | MD, Year: 1982 Specialist, Field  psychiatry  Year: 1993 PhD ☐   MSc ☐   BSc ☐ Other (specify) |
| **Physician's reference/licence number** (if applicable) | |
| **Previous appointments/ experience** (Include only relevant therapeutic/ practical experience after gaining qualifications) | Board examination 1st degree in psychiatry 1986 Consultant in psychiatry 1993 |
| **Publications** (✓ appropriate box) (Number of articles published) | 0 ☐   1-5 ☐   6-10 [x]   11-20 ☐   >20 ☐ |
| **Previous experience in clinical trials and type of GCP training received** (eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies) | 8 clinical trials in psychiatry |
| **Date of signature** | 28.01.2005 |
| **Signature** | *[signature]* |

SOP-04A-G-T18 CV Template
Version 5, Date: 19 March 2004

75

CONFIDENTIAL
AZSER12443140



| | |
|---|---|
| Study Code | D1441C00125 |
| Centre Number | 1201 |

## Curriculum Vitae

*Please fill in this form in English*

**First and Family Name** — Prof. Dr. med. Wolfgang Gaebel

**Date of birth** (dd/mm/yyyy) — 1947

**Present appointment**
(Job title/Department) — Director of the Department of Psychiatry and Psychotherapy of the Heinrich-Heine-Universität Düsseldorf

**Address**
(Full work address including post/zip code) — Uniklinikum Düsseldorf
Rheinische Kliniken Düsseldorf
Klinik und Poliklinik für Psychiatrie und Psychotherapie der HHU

**Qualifications**
(Degree and other professional qualifications)

(✓ relevant qualifications, or specify)

MD, Year: 1972

Specialist, Field — Specialisation in Neurology and Psychiatry — Year: 1980

Specialisation in Psychotherapy — 1990

PhD ☐   MSc ☐   BSc ☐

Other (specify)

**Physician's reference/licence number** (if applicable)

**Previous appointments/ experience**
(include only relevant therapeutic/ practical experience after gaining qualifications)

1974 – 1977: Medical Assistant at the Rudolf-Virchow-Hospital Berlin, Neurological Department

1977-1983: Research Assistant at the Department of Psychiatry of the Free University of Berlin

1979: German Red Cross-Day/Night-Hospital Phoenix, Berlin

1983-1992: Senior Psychiatrist at the Department of Psychiatry of the Free University of Berlin

1984-1992: State Physician for Mentally and Psychologically Handicapped Persons for the Senator for Health and Social Affairs, Berlin

CONFIDENTIAL
AZSER12443141

Curriculum Vitae
Study Code D1441C00125
Centre Number 1201

| | |
|---|---|
| | 1989: Call for the Chair at the Department of Psychiatry at the Heinrich-Heine-University of Düsseldorf |
| **Publications** (✓ appropriate box)<br>(Number of articles published) | 0 ☐   1-5 ☐   6-10 ☐   11-20 ☐   >20 ☒ |
| **Previous experience in clinical trials and type of GCP training received**<br>(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies) | Clinical, Pharmacological and Neurobiological Aspects of Schizophrenia Experimental Psychopathology, Neuropsychology, Psychophysiology Quality Assurance in Psychiatry, Fighting Stigma and Discrimination in Schizophrenia<br><br>GCP-training within the following studies:<br><br>1983-1989: Coordinator, German Multicenter (ANI-) Study on "Neuroleptic Long-term Treatment in Schizophrenia" (BMFT)<br><br>1988-1992: Principal Investigator, Study on "Behavioral Analysis of Negative Symptoms in Schizophrenia under Different Treatment Strategies" (BMFT)<br><br>1989-1994: Initiator and Co-Coordinator, German Priority Program on "Neurobiological Determinants of Sensorimotor and Cognitive Dysfunction in Schizophrenia" (DFG)<br><br>1995- Principal Investigator, Study on "Diagnosis, Treatment and Course in Alcoholism" (BMBF)<br><br>1997-1998: Principal Investigator, German Multicenter Study on "Trace Diagnosis Schizophrenia in Quality Assurance" (BMG)<br><br>1999: Initiator and Coordinator, "German Research Network on Schizophrenia" (BMBF)<br><br>1999- Principal Investigator, German Mulitcenter Study on "Optimization of long-term treatment in first episode schizophrenia" (BMBF)<br><br>1999- Principal Investigator, German Mulitcenter Study on "In-patient quality management according to clinical guidelines" (BMBF)<br><br>1999- Principal Investigator, German Mulitcenter Study on "Quality management in psychiatric practice" (BMBF)<br><br>2003- Principal Investigator, German Mulitcenter Study on "Brenchmarking in Clinical Psychiatry" (BMGS) |

**Date of signature** *17.01.2004*

**Signature** Prof. Dr. W. Gaebel

SOP-04A-G-T18 CV Template
Version 5, Date: 19 March 2004

77

CONFIDENTIAL
AZSER12443142


AstraZeneca

| Study Code | D1441C00125 |
| Centre Number | 1202 |

---

## Curriculum Vitae

---

*Please fill in this form in English*

**First and Family Name**     Prof. Dr. med. Andrea Stevens

**Date of birth** (dd/mm/yyyy)     REDACTED

**Present appointment**     Professor of psychiatry at the university of tübingen
(Job title/Department)     (germany)

**Address**     Klinik für Psychiatrie und Psychotherapie
(Full work address including post/zip code)     Univerität Tübingen

Osiander Str. 22

D-72076 Tübingen

**Qualifications**     MD, Year:    1985
(Degree and other professional qualifications)

Specialist, Field    Neurologist    Year:   1991

(✓ relevant qualifications, or specify)    Psychiatrist    1992

Psychotherapist    1996

PhD ☐    MSc ☐    BSc ☐

Other    2002 Professor of Psychiatry
(specify)

**Physician's reference/licence number**
(if applicable)

**Previous appointments/ experience**
(include only relevant therapeutic/ practical experience after gaining qualifications)

1986-1991: Resident at the Dept. of Neurology, University of Tübingen ; Training in Electrophysiology (EEG, evoked potentials), Sonography

Scientific work on experimental allergic neuritis (EAN) and gumann CNS autoimmune disease

1991: Certified at Neurologist

1991 – today: Resident and Consultant at the Department of Psychiatry, University of Tübingen

1992: Certified as a Psychiatrist

1996: Certified as a Psychotherapist ( Psychoanalysis)

1996: Lecture, Member of the Medical Faculty of the

SOP-04A-G-T18 CV Template
Version 5, Date: 19 March 2004

CONFIDENTIAL
AZSER12443143

Curriculum Vitae
Study Code D1441C00125
Centre Number 1202

| | University of Tübingen |
|---|---|
| | 2002: Professor of Psychiatry |

**Publications** (✓ appropriate box)
(Number of articles published)

0 ☐   1-5 ☐   6-10 ☐   11-20 ☐   >20 ☒

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

Since 1994 several research projects. Investigation of clinical response to neuroleptics, benzodiazepines and psychophysiology of schizophrenia, dementia and obsessive compulsive disorder.

GCP trained at initiation visit 16.06.2004 and by self-training

**Date of signature**        *16/06/04*

**Signature**        *Prof. Andreas Stevens*

CONFIDENTIAL
AZSER12443144