
**AstraZeneca**

| | |
|---|---|
| Study Code | <<>> D1441C00125 |
| Centre Number | <<>> 1203 |

## Curriculum Vitae

*Please fill in this form in English*

**First and Family Name**   NORTHOFF  GEORG

**Date of birth** (dd/mm/yyyy)   REDACTED

**Present appointment**
(Job title/Department)   Deputy Director ; Leoclery Attenslury - Dep of Psychiat University of Magdeburg

**Address**
(Full work address including post/zip code)   Leipzige Str. 44 , 39120 Magdeburg

**Qualifications**
(Degree and other professional qualifications)
(✓ relevant qualifications, or specify)

MD, Year: 1989

Specialist, Field  Ph.D Medicine   Year: 1999

PhD [X]   MSc [ ]   BSc [ ]

Other
(specify)   Ph.D Philosophy 1999

**Physician's reference/licence number**
(if applicable)

**Previous appointments/ experience**
(include only relevant therapeutic/ practical experience after gaining qualifications)

**Publications** (✓ appropriate box)
(Number of articles published)

0 [ ]   1-5 [ ]   6-10 [ ]   11-20 [ ]   >20 [X]

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

9 trials in psychiatric field ; GCP training for all 9

**Date of signature**   24.05.2004

**Signature**



| Study Code | D1441C00125 |
|---|---|
| Centre Number | 1204 |

## Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | Prof. Dr. Isabella Heuser-Gervais |
| **Date of birth** (dd/mm/yyyy) | |
| **Present appointment** (Job title/Department) | Director of the Department of Psychiatry |
| **Address** (Full work address including post/zip code) | Charité – University Medicine Berlin<br>Campus Benjamin Franklin,<br>Eschenallee 3<br>14050 Berlin |

**Qualifications**
(Degree and other professional qualifications)

(✓ relevant qualifications, or specify)

MD, Year:    1982

Specialist, Field    Board certification    Year:    1989
in psychiatry

PhD [x]    MSc [ ]    BSc [ ]

Other
(specify)    1994: Habilitation and Venia
Legendi , Degree: University
Professor

**Physician's reference/licence number**
(if applicable)

**Previous appointments/ experience**
(include only relevant therapeutic/ practical experience after gaining qualifications)

12/82-05/86: Residency in psychiatry at the Department of Psychiatry, University of Mainz/Germany (Head: Prod. Dr. O. Benkert)

07/86-08/88: Visiting Fellow with the Experimental Therapeutics Branch (Head: Dr. T. N. Chase) of the NINDS at the National Institutes of Health, Bethesda, Maryland/USA

05/89 Board certification in Psychiatry

08/88-12/89: Attending psychiatrist at the Department of Psychiatry, University of Freiburg/Germany (Head: Prof. Dr. Dr. Holsboer)

08/88-02/96: Head of a clinical research group to study

SOP-04A-G-T18 CV Template
Version 5, Date: 19 March 2004

81

CONFIDENTIAL
AZSER12443146

depression, dementia and aging

01/90-02/96: Attending psychiatrist at the Max-Planck-Institute of Psychiatry, Clinical Institute, Munich/Germany

04/94: Habilitation and Venia legendi for psychiatry at the Ludwig-Maximillian-University, Munich/Germany

01/91-02/96: Head of memory clinic at the Max-Planck-Institute of Psychiatry, Munich/Germany

08/95: Board Certification in Clinical Geriatrics

03/96-03/01:Deputy head of the Department of Psychiatry at the Central Institute of Mental Health, Mannheim/Germany

03/96-03/01: Head of the memory clinic at the Central Institute of Mental Health, Mannheim/Germany

03/96-03/01: Head of the sleep-laboratory at the Central Institute of Mental Health, Mannheim/Germany

07/97-03/01: Professor of Psychiatry at the University of Heidelberg/Germany

since 04/01: Director of the Department of Psychiatry, Charité-University Medicine Berlin, Campus Benjamin Franklin

**Publications** (✓ appropriate box)
(Number of articles published)

0 ☐   1-5 ☐   6-10 ☐   11-20 ☐   >20 ☒

**Previous experience in clinical trials and type of GCP training received** (eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

GCP experience from conduction of various studies.

**Date of signature**

Berlin 10/4/04

**Signature**

SOP-04A-G-T18 CV Template
Version 5, Date: 19 March 2004

82

CONFIDENTIAL
AZSER12443147

**AstraZeneca**

| Study Code | D1441C00125 |
|---|---|
| Centre Number | 1205 |

## Curriculum Vitae

*Please fill in this form in English*

**First and Family Name**
*Dr. LUC TURMES*

**Date of birth** (dd/mm/yyyy)
REDACTED

**Present appointment**
(Job title/Department)
*Aerztlicher Leiter 42 Herten*

**Address**
(Full work address including post/zip code)
*Im Schloßpark 20, 45699 Herten*

**Qualifications**
(Degree and other professional qualifications)
(✓ relevant qualifications, or specify)

MD, Year: *1993*
Specialist, Field *PSYCHIARY* Year: *1990*
PhD [✓]   MSc [ ]   BSc [ ]
Other (specify) *MS*

**Physician's reference/licence number**
(if applicable)

**Previous appointments/ experience**
(include only relevant therapeutic/ practical experience after gaining qualifications)

**Publications** (✓ appropriate box)
(Number of articles published)
0 [ ]   1-5 [ ]   6-10 [ ]   11-20 [✓]   >20 [ ]

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

*Several trials in Psychopharmacology GCP-training 2003*

**Date of signature**
*18.08.2004*

**Signature**

CONFIDENTIAL
AZSER12443148



AstraZeneca

| Study Code | D1441C00125 |
|---|---|
| Centre Number | 1206 |

## Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | Prof. Dr. Hans-Jürgen Möller |
| **Date of birth** (dd/mm/yyyy) | |
| **Present appointment** (Job title/Department) | since 1994: Full Professor of Psychiatry and Chairman of the Psychiatric Department at the LMU Munich |
| **Address** (Full work address including post/zip code) | Klinik für Psychiatrie und Psychotherapie der LMU München |
| | Nußbaumstr. 7 80336 München |

**Qualifications**
(Degree and other professional qualifications)

(✓ relevant qualifications, or specify)

MD, Year:    1972

Specialist, Field    Specialisation in Psychiatry and scientific postgraduate training at the Max- Plank-Institue of Psychiatry in Munich    Year:    1972

PhD ☐    MSc ☐    BSc ☐

Other (specify) _____

**Physician's reference/licence number**
(if applicable)

**Previous appointments/ experience**
(include only relevant therapeutic/ practical experience after gaining qualifications)

1979: Senior psychiatrist at the Psychiatric Department of the Technical University in Munich

1980: Postdoctoral thesis in psychiatry

1981-1988: Professor of Psychiatry at the Psychiatric Department of the Technical University Munich

1988-1994: Full Professor of Psychiatry and Chairman of the Psychiatric Department at the University Bonn

SOP-04A-G-T18 CV Template
Version 5, Date: 19 March 2004

CONFIDENTIAL
AZSER12443149

Curriculum Vitae
Study Code D1441C00125
Centre Number 1206

**Publications** (✓ appropriate box)
(Number of articles published)

| 0 | 1-5 | 6-10 | 11-20 | >20 |
|---|-----|------|-------|-----|
|   |     |      |       | x   |

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

Methodology of clinical research in psychiatry, biological psychiatry of schizophrenia and depression, clinical psychopharmacology and psychogeriatrics

GCP training received at several investigators meeting

**Date of signature**

**Signature**

CONFIDENTIAL
AZSER12443150



| Study Code | D1441C00125 |
|---|---|
| Centre Number | 1208 |

## Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | Dr. med. Werner Kissling |
| **Date of birth** (dd/mm/yyyy) | |
| **Present appointment**<br>(Job title/Department) | since 1980: Attending psychiatrist at the University Hospital in Munich (TU)<br><br>Head of a clinical research group on schizophrenia |
| **Address**<br>(Full work address including post/zip code) | Klinik Rechts der Isar<br>Klinik und Poliklinik für Psychiatrie und Psychotherapie<br><br>Möhlstr. 26<br>81675 München |

**Qualifications**
(Degree and other professional qualifications)

(✓ relevant qualifications, or specify)

| | | |
|---|---|---|
| MD, Year: | 1977 | |
| Specialist, Field | 1977-1980: Residency in psychiatry | Year: |

PhD ☐   MSc ☐   BSc ☐

Other (specify) _____

**Physician's reference/licence number**
(if applicable)

**Previous appointments/ experience**
(include only relevant therapeutic/ practical experience after gaining qualifications)

**Publications** (✓ appropriate box)
(Number of articles published)

0 ☐   1-5 ☐   6-10 ☐   11-20 ☐   >20 ☒

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

Organizer of the International Consensus Conference on Guidelines of Neuroleptic Relapse Prevention in Schizophrenia (Bruges), editor of the Guidelines for neuroleptic relapse prevention in schizophrenia (Springer 1991)

Co-Investigator at the first "Cost of schizophrenia study in Germany"

CONFIDENTIAL<br>AZSER12443151

Curriculum Vitae
Study Code D1441C00125
Centre Number 1208

Investigator in more than 20 phase III studies and 30
clinical studies

GCP-training ROM 2002 and other various training
sessions

**Date of signature**                    23. 6. 04

**Signature**

CONFIDENTIAL
AZSER12443152



| Study Code | << >> D1441C00125 |
| Centre Number | << >> 1208 |

---

## Curriculum Vitae

---

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | Prof. Dr. Wolfgang Maier |
| **Date of birth** (dd/mm/yyyy) | REDACTE |
| **Present appointment** (Job title/Department) | Professor and Chairman Department of Psychiatry, University of Bonn |
| **Address** (Full work address including post/zip code) | Klinik und Poliklinik für Psychiatrie und Psychotherapie des Universitätsklinikum Bonn, Sigmund-Freud-Straße 25 53127 Bonn |

**Qualifications**
(Degree and other professional qualifications)
(✓ relevant qualifications, or specify)

MD, Year: **1983**

Specialist, Field **Senior Physician**   Year: 1992

PhD ☒   MSc ☐   BSc ☐

Other (specify) _____

**Physician's reference/licence number** (if applicable)

**Previous appointments/ experience**
(include only relevant therapeutic/ practical experience after gaining qualifications)

Deputy Director
Department of Psychiatry
University of Mainz

**Publications** (✓ appropriate box)
(Number of articles published)

0 ☐   1-5 ☐   6-10 ☐   11-20 ☐   >20 ☒

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

several clinical trials of mental diseases

GCP trainings at several investigator meetings

**Date of signature**   24.06.04

**Signature**

SOP-04A-G-T18 CV Template
Version 5, Date: 19 March 2004

88

CONFIDENTIAL
AZSER12443153

| Study Code | D1441C00125 Seroquel |
|------------|----------------------|
| Country | Norway |
| Centre No. | 1301 |

## Curriculum Vitae

Please complete this form in English

| | |
|---|---|
| **First and family name** | TERJE HOUELAND |
| **Present position** | Head of Department at |
| **Address**<br>(Full office address incl. postal/zip code) | Psykiatrisk klinikk<br>Helse Stavanger HF<br>Sykehuset i Rogaland<br>N-4095  STAVANGER<br>Norway |

**Medical education**

| | |
|---|---|
| Name of school | Oslo University School of Medicine |
| City, Country | Oslo, Norway |
| Duration of education | 6 years |
| Degree attained | MD |
| Education completed in year | 1977 |

**Physician's reference/license number (if applicable)**

**Postgraduate training**

| | |
|---|---|
| Type of training | Board certified in Psychiatry and Medical Genetics |
| Name of institution | Norwegian Medical Association |
| City, Country | Oslo, Norway |
| Duration of training | 10 years |
| Degree attained | Specialist (Board certified) in Psychiatry and in Medical Genetics |
| Training completed in year | 1985, 2000 |

| | |
|---|---|
| **Publications**<br>(number of written publications in relevant area(s) of research) | 2 |
| **Experience of clinical research**<br>(number of clinical studies sponsored by the pharmaceutical industry to which the individual has contributed) | 2 |

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data protection laws may not exist or be as developed as in the European Economic Area.

| Signature | _[signature]_ | Date of signature | 19.04.2005 |
|---|---|---|---|

89

CONFIDENTIAL
AZSER12443154

| Study Code | D1141C00125 |
|---|---|
| Country | Norway |
| Centre No. | 1302 |

## Curriculum Vitae

Please complete this form in English

| **First and family name** | Henrik Rogge |
|---|---|
| **Present position** | Senior Consultant |
| **Address**<br>(Full office address incl. postal/zip code) | Askviknes VPS<br>N-5217 Hagavik |

**Medical education**

| Name of school | University of Freiburg |
|---|---|
| City, Country | Freiburg, Germany |
| Duration of education | year(s),          month(s) |
| Degree attained | MD |
| Education completed in year | 1973 |

**Physician's reference/license number (if applicable)**

**Postgraduate training**

| Type of training | |
|---|---|
| Name of institution | |
| City, Country | |
| Duration of training | |
| Degree attained | Specialist Psychiatry 1982 |
| Training completed in year | |

**Publications**
(number of written publications in relevant area(s) of research)

**Experience of clinical research**
(number of clinical studies sponsored by the pharmaceutical industry to which the individual has contributed)

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data protection laws may not exist or be as developed as in the European Economic Area.

| Signature | _[signature]_ | Date of signature | 7-02-04 |
|---|---|---|---|

90

CONFIDENTIAL
AZSER12443155

| Study Code | D1141C00125 |
|---|---|
| Country | Norway |
| Centre No. | 1303 |

# Curriculum Vitae

Please complete this form in English

| | |
|---|---|
| **First and family name** | Arvid Nedal |
| **Present position** | Senior Consultant |
| **Address**<br>(Full office address incl. postal/zip code) | Psykiatrien i Vestfold HF<br>Ørsnesalleen 14<br>N-3120 Tønsberg |

**Medical education**

| | |
|---|---|
| Name of school | University of Vienna |
| City, Country | Vienna, Austria |
| Duration of education | 10 |
| Degree attained | MD |
| Education completed in year | 1977 |

| | |
|---|---|
| **Physician's reference/license number (if applicable)** | ID 2096684 |

**Postgraduate training**

| | |
|---|---|
| Type of training | Mandatory training to become specialist in spychiatry |
| Name of institution | University Hospital of Trondheim |
| City, Country | Trondheim, Norway |
| Duration of training | 6 years |
| Degree attained | Specialist in Psychiatry 1988 |
| Training completed in year | 1987 |

| | |
|---|---|
| **Publications**<br>(number of written publications in relevant area(s) of research) | 0 |
| **Experience of clinical research**<br>(number of clinical studies sponsored by the pharmaceutical industry to which the individual has contributed) | 0 |

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data protection laws may not exist or be as developed as in the European Economic Area.

| Signature | _[signature]_ | Date of signature | _030804_ |
|---|---|---|---|

CONFIDENTIAL
AZSER12443156

**AstraZeneca**

| Study Code | D1441C00125 |
|---|---|
| Centre Number | 1304 |

## Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | Trond Sætre |
| **Date of birth** (dd/mm/yyyy) | REDACTE |
| **Present appointment**<br>(Job title/Department) | Chief physician |
| **Address**<br>(Full work address including post/zip code) | Hålogalandssykehuset Stokmarknes<br>Søndregate 19<br>N-8452  STOKMARKNES |
| **Qualifications**<br>(Degree and other professional qualifications)<br>(✓ relevant qualifications, or specify) | MD, Year:   1973<br>Specialist, Field   Community   Year:   1985<br>                         Medicine<br>PhD ☐   MSc ☐   BSc ☐<br>Other (specify)   Psychiatry , year 1995 |
| **Previous appointments/ experience**<br>(include all relevant therapeutic/ practical experience after gaining qualifications) | |

**Publications** (✓ appropriate box)
(Number of articles published)

| 0 ☐ | 1-5 [X] | 6-10 ☐ | 11-20 ☐ | >20 ☐ |
|---|---|---|---|---|

| | |
|---|---|
| **Previous experience in clinical trials**<br>(eg, 3 trials in the cardiovascular field and 2 in the respiratory field) | 1 trial in psychopharmacology |
| **GCP training**<br>(number of days, year) | 10/6-04 |
| **Date of signature** | 10/6-04 |
| **Signature** | |

92

CONFIDENTIAL
AZSER12443157

**AstraZeneca**

| Study Code | D1141C00125 |
|---|---|
| Centre Number | 1305 |

## Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | Bjørn Øi |
| **Date of birth** (dd/mm/yyyy) | REDACTED |
| **Present appointment** (Job title/Department) | Senior Consultant |
| **Address** (Full work address including post/zip code) | Fjell og Årstad DPS Seksjon Fjell N-5353  STRAUME |

**Qualifications**
(Degree and other professional qualifications)

(✓ relevant qualifications, or specify)

MD, Year:    1989

Specialist, Field    Psychiatry          Year:    1998

PhD ☐      MSc ☐      BSc ☐

Other (specify)

**Physician's reference/licence number** (if applicable)

**Previous appointments/ experience**
(include only relevant therapeutic/ practical experience after gaining qualifications)

**Publications** (✓ appropriate box)
(Number of articles published)

0 [X]    1-5 ☐    6-10 ☐    11-20 ☐    >20 ☐

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

No experience with trials.
1 day GCP training 27.04.04.

**Date of signature**
27/12-04

**Signature**

Bjørn Øi
Lege

SOP-04A-G-T18 CV Template
Version 5, Date: 19 March 2004

93

CONFIDENTIAL
AZSER12443158

AstraZeneca

| Study Code | D1441C00125 |
|---|---|
| Centre Number | 1307 |

## Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | Øystein Christoffersen |
| **Date of birth** (dd/mm/yyyy) | REDACTED |
| **Present appointment**<br>(Job title/Department) | Head Senior Consultant |
| **Address**<br>(Full work address including post/zip code) | Sykehuset Buskerud Hf<br>Psykoseteamet<br>Dronninggata 28<br>N-3204 Drammen |

**Qualifications**
(Degree and other professional
qualifications)

(✓ relevant qualifications, or specify)

MD, Year:      1989

Specialist, Field      Psychiatry      Year:   1999

PhD ☐   MSc ☐   BSc ☐

Other
(specify)

**Physician's reference/licence number**      2167778
(if applicable)

**Previous appointments/
experience**
(include only relevant therapeutic/ practical
experience after gaining qualifications)

**Publications** (✓ appropriate box)      0 ☐   1-5 ☐   6-10 ☐   11-20 ☐   >20 ☐
(Number of articles published)

**Previous experience in clinical trials
and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2
in the respiratory field, GCP training at
investigators meetings for 3 of these
studies)

**Date of signature**      2/9 - 04

**Signature**      *Øystein Christoffersen*

94

CONFIDENTIAL
AZSER12443159

**AstraZeneca**

| Study Code | D1441C00125 |
|---|---|
| Centre Number | 1308 |

## Curriculum Vitae

*Please fill in this form in English*

| **First and Family Name** | Jo Erik Brøyn |
|---|---|
| **Date of birth** (dd/mm/yyyy) | REDACTE |
| **Present appointment** (Job title/Department) | Senior Consultant /Project Team for Adolescents DPS |
| **Address** (Full work address including post/zip code) | SABHF (Sykehuset Asker og Bærum) Prosjektteam for ungdom Postboks 83 N-1309 Rud |

**Qualifications**
(Degree and other professional qualifications)

(✓ relevant qualifications, or specify)

| MD, Year: | 1990 | | |
|---|---|---|---|
| Specialist, Field | Psychiatry | Year: | 2000 |
| PhD ☐ | MSc ☐ | BSc ☐ | |
| Other (specify) | Psychiatrist for children and adolescents | | |

**Physician's reference/licence number** (if applicable)

**Previous appointments/ experience**
(include only relevant therapeutic/ practical experience after gaining qualifications)

**Publications** (✓ appropriate box)
(Number of articles published)

| 0 ☒ | 1-5 ☐ | 6-10 ☐ | 11-20 ☐ | >20 ☐ |
|---|---|---|---|---|

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

1 trial in psychiatric field

**Date of signature**

**Signature**

CONFIDENTIAL
AZSER12443160

**AstraZeneca**

| Study Code | D1441COO125 |
|---|---|
| Centre Number | 1401 |

## Curriculum Vitae

*Please fill in this form in English*

**First and Family Name**  *MIHAI GHEORGHE*

**Date of birth** (dd/mm/yyyy)  REDACTED

**Present appointment**
(Job title/Department)  *HEAD OF PSYCHIATRIC DEPARTMENT*

**Address**
(Full work address including post/zip code)  *137, CALEA PLEVNEI, BUCHAREST*

**Qualifications**
(Degree and other professional qualifications)

(✓ relevant qualifications, or specify)

MD, Year: *1991*

Specialist, Field *PSYCHIATRY* Year: *1984*

PhD [✓]  MSc [ ]  BSc [ ]

Other
(specify)

**Physician's reference/licence number**
(if applicable)  *N. 1577/21.03.1978*

**Previous appointments/experience**
(include only relevant therapeutic/ practical experience after gaining qualifications)

**Publications** (✓ appropriate box)
(Number of articles published)

0 [ ]  1-5 [ ]  6-10 [ ]  11-20 [ ]  >20 [✓]

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

*3 GCP Training*

**Date of signature**  *17 MAY 2004*

**Signature**

SOP-04A-G-T18 CV Template
Version 5, Date: 19 March 2004

96

CONFIDENTIAL
AZSER12443161



| Study Code | D1441C00125 |
|---|---|
| Centre Number | 1402 |

## Curriculum Vitae

*Please fill in this form in English*

**First and Family Name**    PETRU BOISTEANU

**Date of birth** (dd/mm/yyyy)    REDACTED

**Present appointment**
(Job title/Department)    PROF., SENIOR PSYCHIATRIST, GENERAL MANAGER

**Address**
(Full work address including post/zip code)    SOS BUCIUM NR. 36, IASI - 700282

**Qualifications**
(Degree and other professional qualifications)
(✓ relevant qualifications, or specify)

MD, Year: 1972

Specialist, Field PSYCHIATRY    Year: 1977

PhD [✓]    MSc [ ]    BSc [ ]

Other
(specify)

**Physician's reference/licence number**
(if applicable)

**Previous appointments/ experience**
(include only relevant therapeutic/ practical experience after gaining qualifications)

**Publications** (✓ appropriate box)
(Number of articles published)

0 [ ]   1-5 [ ]   6-10 [ ]   11-20 [ ]   >20 [✓]

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

16 studies with GCP training (6 schizophrenia; 3 bipolar disorder; 2 dementia & anxiety disorders; 3 depressive disorder)

**Date of signature**    19-MAI-2004

**Signature**

SOP-04A-G-T18 CV Template
Version 5, Date: 19 March 2004

97

CONFIDENTIAL
AZSER12443162

**AstraZeneca**

| Study Code | D1441C00125 |
|---|---|
| Centre Number | 1403 |

## Curriculum Vitae

*Please fill in this form in English*

**First and Family Name**

VICTORIA BURTEA

**Date of birth** (dd/mm/yyyy)

REDACTED

**Present appointment**
(Job title/Department)

ASSOC. PROF OF PSYCHIATRY – HEAD OF CLINICAL PSYCHIATRY DEPARTMENT

**Address**
(Full work address including post/zip code)

PSYCHIATRY AND NEUROLOGY HOSPITAL BRAȘOV, 18 MIHAI EMINESCU STREET, 500079

**Qualifications**
(Degree and other professional qualifications)
(✓ relevant qualifications, or specify)

MD, Year:      1977

Specialist, Field   **PSYCHIATRY**   Year:   1982

PhD  [√]   MSc  [ ]   BSc  [ ]

Other
(specify)  _____

**Physician's reference/licence number**
(if applicable)

627986

**Previous appointments/experience**
(include only relevant therapeutic/ practical experience after gaining qualifications)

SENIOR PSYCHIATRIST SINCE 1991

**Publications** (✓ appropriate box)
(Number of articles published)

0 [ ]   1-5 [ ]   6-10 [ ]   11-20 [√]   >20 [ ]

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

7 trials in psychiatry
7 GCP training at investigator meeting

**Date of signature**

17.05.2004

**Signature**

CONFIDENTIAL
AZSER12443163

**AstraZeneca**

| Study Code | D1441COO125 |
|---|---|
| Centre Number | 1404 |

## Curriculum Vitae

*Please fill in this form in English*

**First and Family Name**   IRINA - ANA DAN

**Date of birth** (dd/mm/yyyy)

**Present appointment**   Head of Department 10, Obregia Hospital
(Job title/Department)

**Address**   10 Berceni Sos., 041914, Bucharest, Romania
(Full work address including post/zip code)

**Qualifications**
(Degree and other professional qualifications)

(✓ relevant qualifications, or specify)

MD, Year:   1977

Specialist, Field   Psychiatry   Year:   1989

PhD ☐   MSc ☐   BSc ☐

Other   Senior psychiatrist - 1990
(specify)

**Physician's reference/licence number**
(if applicable)

**Previous appointments/ experience**
(include only relevant therapeutic/ practical experience after gaining qualifications)

**Publications** (✓ appropriate box)   0 ☐   1-5 ☐   6-10 ✓   11-20 ☐   >20 ☐
(Number of articles published)

**Previous experience in clinical trials and type of GCP training received**
(eg. 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

2 TRIALS - BIPOLAR DISORDERS.
3 TRIALS - SCHISOPHRENIA
2 TRIALS - MOOD DISORDERS.
GCP TRAINING FOR ALL OF ABOVE

**Date of signature**   15. 05. 2004

**Signature**

CONFIDENTIAL
AZSER12443164


AstraZeneca

| Study Code | D1441C00125 |
|---|---|
| Centre Number | 1405 |

## Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | **Adrian S. Ionescu** |
| **Date of birth** (dd/mm/yyyy) | REDACTED |
| **Present appointment** (Job title/Department) | **Psychiatrist, Nifon Psyhiatric Hospital** |
| **Address** (Full work address including post/zip code) | **Nifon Psychiatric Hospital, Măgura city, Buzău county, ROMANIA, zip code 127320** |
| **Qualifications** (Degree and other professional qualifications) (✓ relevant qualifications, or specify) | MD, Year: **1959**  Specialist, Field **psychiatry**     Year: **1970**  PhD [√]   MSc [ ]   BSc [ ]  Other (specify) |
| **Physician's reference/licence number** (if applicable) | **144421** |
| **Previous appointments/ experience** (include only relevant therapeutic/ practical experience after gaining qualifications) | **organized the first Mental Health Laboratory of România** |
| **Publications** (✓ appropriate box) (Number of articles published) | 0 [ ]  1-5 [ ]  6-10 [ ]  11-20 [ ]  >20 [√] |
| **Previous experience in clinical trials and type of GCP training received** (eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies) | **4 trials in the psychiatry field, and training at investigator meetings for these studies** |
| **Date of signature** | **20.05.2004** |
| **Signature** | |

SOP-04A-G-T18 CV Template
Version 5, Date: 19 March 2004

100

CONFIDENTIAL
AZSER12443165

AstraZeneca

| | |
|---|---|
| Study Code | D1441C00125 |
| Centre Number | 1406 |

## Curriculum Vitae

*Please fill in this form in English*

**First and Family Name**   MIRELA MANEA

**Date of birth** (dd/mm/yyyy)   REDACTED

**Present appointment**
(Job title/Department)   MD; PhD: Chief of Department

**Address**
(Full work address including post/zip code)   Al. Obregia Hospital, Berceni St. 10

**Qualifications**
(Degree and other professional qualifications)
(✓ relevant qualifications, or specify)

MD, Year: 1987

Specialist, Field _____   Year: _____

PhD [X]   MSc [ ]   BSc [ ]

Other (specify) _____

**Physician's reference/licence number**
(if applicable)

**Previous appointments/ experience**
(include only relevant therapeutic/ practical experience after gaining qualifications)

**Publications** (✓ appropriate box)
(Number of articles published)   0 [ ]   1-5 [ ]   6-10 [ ]   11-20 [ ]   >20 [X]

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

**Date of signature**   17 03 2005

**Signature**   *[signature]*

SOP-04A-G-T18 CV Template
Version 5. Date: 19 March 2004

101

CONFIDENTIAL
AZSER12443166

**AstraZeneca**

| Study Code | D1441C00125 |
|---|---|
| Centre Number | 1407 |

---

## Curriculum Vitae

---

*Please fill in this form in English*

**First and Family Name**    ELENA   GHERMAN.

**Date of birth** (dd/mm/yyyy)    [REDACTED]

**Present appointment**
(Job title/Department)    DOCTOR   PSYCHIATRIST

**Address**
(Full work address including post/zip code)    ALEX. OBREGIA HOSPITAL — BERCENI STREET # 10.

**Qualifications**
(Degree and other professional qualifications)
(✓ relevant qualifications, or specify)

MD, Year:    MD  2001.

Specialist, Field   PSYCHIATRY    Year:   1978

PhD ☐    MSc ☒    BSc ☐

Other
(specify)    _____

**Physician's reference/licence number**
(if applicable)    JERIE  B  #  0000795.

**Previous appointments/
experience**
(include only relevant therapeutic/ practical experience after gaining qualifications)

**Publications** (✓ appropriate box)
(Number of articles published)    0 ☐  1-5 ☐  6-10 ☐  11-20 ☒  >20 ☐

**Previous experience in clinical trials
and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2
in the respiratory field, GCP training at
investigators meetings for 3 of these
studies)

**Date of signature**    16. 03. 2005.

**Signature**

SOP-04A-G-T18 CV Template
Version 5, Date: 19 March 2004

102

CONFIDENTIAL
AZSER12443167

| Study Code | D1441C00125 |
|------------|-------------|
| Country | SLOVAKIA |
| Centre No. | 1507 |

# Curriculum Vitae

Please complete this form in English

| | |
|---|---|
| **First and family name** | Livia Vavrusova, Dr |
| **Present position** | Psychiatrist |
| **Address**<br>(Full office address incl. postal/zip code) | University Hospital – Department of Psychiatry<br>Ruzinovska 6, 826 06 Bratislava, Slovak Republic |

**Medical education**

| | |
|---|---|
| Name of school | Comenius University |
| City, Country | Bratislava, Slovak Republic |
| Duration of education | 6 years |
| Degree attained | Medicinae Universae Doctor   (Dr.) |
| Education completed in year | 1984 |

| **Physician's reference/license number (if applicable)** | Not applicable |
|---|---|

**Postgraduate training**

| | |
|---|---|
| Type of training | Specilization examination for psychiatry I-st and II-nd degree |
| Name of institution | Postrgraduate Medical Institution |
| City, Country | Bratislava, Slovak Republic |
| Duration of training | 5 years |
| Degree attained | Not applicable |
| Training completed in year | 1990 |

| | |
|---|---|
| Type of training | Psychopharmacology and General Psychiatry |
| Name of institution | Cornell University N.Y. |
| City, Country | Salzburg, Austria |
| Duration of training | 1 month |
| Degree attained | |
| Training completed in year | 1992 |

| | |
|---|---|
| Type of training | |
| Name of institution | |
| City, Country | |
| Duration of training | |
| Degree attained | |
| Training completed in year | |

103

CONFIDENTIAL
AZSER12443168

Curriculum Vitae
Study Code D1441C00125

| | |
|---|---|
| **Publications**<br>(number of written publications in<br>relevans area(s) of research) | 112 |

**Experience of clinical research**
(number of clinical studies sponsored
by the pharmaceutical industry to
which the individual has contributed)

Two II. Phase clinical trials – schizophrenia

Eleven III. Phase clinical trials (multicentric, placebo controlled, double-blind) – Dementia, Anxiety Disorders, Depression, Schizophrenia, Bipolar Disorder

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data protection laws may not exist or be as developed as in the European Economic Area.

Signature _____  Date of signature 10.SEP.2003 _____

2(2)

104

CONFIDENTIAL
AZSER12443169

| | |
|---|---|
| Study Code | D1441C00125 |
| Country | SLOVAKIA |
| Centre No. | 1502 |

## Curriculum Vitae

Please complete this form in English

| | |
|---|---|
| **First and family name** | Ján Pečeňák |
| **Present position** | Assistant professor |
| **Address**<br>(Full office address incl. postal/zip code) | Department of Psychiatry, University Hospital<br>Mickiewiczova St.13th , 813 69 Bratislava |
| **Medical education** | |
| Name of school | Medical Faculty, Comenius University |
| City, Country | Bratislava, Slovakia |
| Duration of education | year(s), 6    month(s) |
| Degree attained | MD |
| Education completed in year | 1981 |
| **Physician's reference/license number (if applicable)** | NA |
| **Postgraduate training** | |
| Type of training | Postgraduate specialisation |
| Name of institution | Slovak Academy of Postgraduate Medicine, |
| City, Country | Bratislava, Slovakia |
| Duration of training | year(s),     month(s) |
| Degree attained | <<>> attestations (examinations) |
| Training completed in year | Pediatrics 1985, Child Psychaitry 1989, general psychiatry 1st degree<br>1995, general psychiatry 2nd degree 1999 |
| | |
| Type of training | PhD |
| Name of institution | Medical Faculty |
| City, Country | Bratislava, Slovakia |
| Duration of training | year(s), 7    month(s) |
| Degree attained | PhD |
| Training completed in year | 1995 |

105

CONFIDENTIAL
AZSER12443170

Curriculum Vitae
Study Code D1441C00125

| | |
|---|---|
| Type of training | |
| Name of institution | |
| City, Country | |
| Duration of training | year(s),     month(s) |
| Degree attained | |
| Training completed in year | |

**Publications**
(number of written publications in
relevans area(s) of research)          About 20 publication, about 100 oral presentation

**Experience of clinical research**        1 industry sponsored study
(number of clinical studies sponsored
by the pharmaceutical industry to       2 investigator initiated
which the individual has contributed)

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of
the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data
protection laws may not exist or be as developed as in the European Economic Area.

**Signature** _____        **Date of signature**    13. 70. 2003

106

2(2)

CONFIDENTIAL
AZSER12443171

| Study Code | D1441C00125 |
|---|---|
| Country | SLOVAKIA |
| Centre No. | 1T0J |

## Curriculum Vitae

Please complete this form in English

| First and family name | František Kuzma |
|---|---|
| Present position | Deputy head of psych. department |
| Address<br>(Full office address incl. postal/zip code) | Špitálske 6, 94901 Nitra |

**Medical education**

| Name of school | Comenius University |
|---|---|
| City, Country | Bratislava |
| Duration of education | <<6>> year(s), <<>> month(s) |
| Degree attained | doctor of gen. medicine |
| Education completed in year | 1992 |

| Physician's reference/license<br>number (if applicable) | <<>> |
|---|---|

**Postgraduate training**

| Type of training | Specialisation Exam-psychiatry I |
|---|---|
| Name of institution | Slovak Postgraduate University of Medicine |
| City, Country | Bratislava |
| Duration of training | <<3>> year(s), <<>> month(s) |
| Degree attained | psychiatrist |
| Training completed in year | <<1995 |

| Type of training | Specialisation Exam- psychiatry II |
|---|---|
| Name of institution | Slovak Postgraduate University of Medicine |
| City, Country | Bratislava |
| Duration of training | <<5>> year(s), <<>> month(s) |
| Degree attained | psychiatrist |
| Training completed in year | 2000 |

| Type of training | <<>> |
|---|---|
| Name of institution | <<>> |
| City, Country | <<>> |
| Duration of training | <<>> year(s), <<>> month(s) |
| Degree attained | <<>> |
| Training completed in year | <<>> |

107

CONFIDENTIAL
AZSER12443172

Curriculum Vitae
Study Code D1441C00125

**Publications**                          < 2 >
(number of written publications in
relevant area(s) of research)

**Experience of clinical research**      < 3 >
(number of clinical studies sponsored
by the pharmaceutical industry to
which the individual has contributed)

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of
the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data
protection laws may not exist or be as developed as in the European Economic Area.

Signature _____       Date of signature    10. 9. 2003

2(2)

108

CONFIDENTIAL
AZSER12443173

| Study Code | D1441C00125 |
|------------|-------------|
| Country | SLOVAKIA |
| Centre No. | 工 04 |

# Curriculum Vitae

Please complete this form in English

| **First and family name** | Peter Korcsog |
|---|---|

| **Present position** | Head of Department of Psychiatry, Hospital and Policlinic Rimavská Sobota |
|---|---|

| **Address**<br>(Full office address incl. postal/zip code) | Department of Psychiatry |
|---|---|
| | Hospital and Policlinic  Rimavská Sobota |
| | Kraskova 1 |
| | 979 12 Rimavská Sobota |
| | Slovak Republic |

**Medical education**

| Name of school | Medical Faculty  o Comenius University Bratislava |
|---|---|
| City, Country | Martin, Slovak Republic |
| Duration of education | 6 years |
| Degree attained | MD |
| Education completed in year | 1982 |

**Physician's reference/license number (if applicable)**

**Postgraduate training**

| Type of training | Specialisation in Psychiatry |
|---|---|
| Name of institution | IVZ Bratislava  /Institut of Postgraduate Education in Medicine/ |
| City, Country | Bratislava, Slovak Repuiblic |
| Duration of training | 8  years |
| Degree attained | I. degree  1986, II. Degree 1990 |
| Training completed in year | 1990 |

| Type of training | Long term Course in Psychotherapy |
|---|---|
| Name of institution | Federal Commmunity II. |
| City, Country | Prague |
| Duration of training | 5 years |
| Degree attained | |
| Training completed in year | 1989 |

CONFIDENTIAL
AZSER12443174

Curriculum Vitae
Study Code D1441C00125

| | |
|---|---|
| Type of training | Psychotherapy |
| Name of institution | European Training Standard Committee |
| City, Country | Vienna |
| Duration of training | |
| Degree attained | European Certificate in Psychotherapy |
| Training completed in year | 1999 |

**Publications**
(number of written publications in
relevans area(s) of research)

12 written and poster publications in Domestic Professional Journals
and more than 100 professional presentations

**Experience of clinical research**
(number of clinical studies sponsored
by the pharmaceutical industry to
which the individual has contributed)

Since 1997

7 Randomised, Double Blind, Placebo-Controlled Clinical Trials as a
Principal Investigator  / 4 Subinvestigators  /

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of
the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data
protection laws may not exist or be as developed as in the European Economic Area.

Signature _____     Date of signature _____

2(2)

110

CONFIDENTIAL
AZSER12443175



| Study Code | D1441C00125 STAGE |
|---|---|
| Centre Number | 1505 |

## Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | Eva Pálová |
| **Date of birth** (dd/mm/yyyy) | REDACTED |
| **Present appointment** (Job title/Department) | Psychiatrist, head of the Dept. of Psychiatry UPJŠ |
| **Address** (Full work address including post/zip code) | Department of Psychiatry University of P.J.Š, SNP č. 1, 040 11 Košice, Slovakia |
| **Qualifications** (Degree and other professional qualifications) (✓ relevant qualifications, or specify) | MD, Year: 1981 |
| | Specialist, Field  psychiatry         Year:  1984 |
| | PhD [X]   MSc [ ]   BSc [ ] |
| | Other (specify) |
| **Physician's reference/licence number** (if applicable) | N.A. |
| **Previous appointments/ experience** (include only relevant therapeutic/ practical experience after gaining qualifications) | Dept. of Psych., Karolinska Institutet, Stockholm-Danderyd's Hospital, 1993 |
| **Publications** (✓ appropriate box) (Number of articles published) | 0 [ ]   1-5 [ ]   6-10 [ ]   11-20 [X]   >20 [ ] |
| **Previous experience in clinical trials and type of GCP training received** (eg. 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies) | 6 trials in schizophrenia, 3 trials in bipolar disorder, 6 trials in depression, 1 trial in panic disorder. |
| **Date of signature** | 21-07-2004 |
| **Signature** | |

CONFIDENTIAL
AZSER12443176

| Study Code | D1441C00125 |
|---|---|
| Country | SLOVAKIA |
| Centre No. | 1506 |

# Curriculum Vitae

Please complete this form in English

**First and family name**          Ludovit Vircik

**Present position**               Head physician

**Address**                        Psychiatric hospital, Stranany, Hrehovcika 1,
(Full office address incl. postal/zip code)     071 01 Michalovce, Slovakia

**Medical education**
    Name of school             University of P.J.Safarik
    City, Country              Kosice, Slovakia
    Duration of education      6 year(s),      month(s)
    Degree attained            medical doctor
    Education completed in year  1986

**Physician's reference/license
number (if applicable)**

**Postgraduate training**
    Type of training           Psychiatry
    Name of institution        Postgraduate institute
    City, Country              Bratislava, Slovakia
    Duration of training       3 year(s),    month(s)
    Degree attained            I.
    Training completed in year  1990

    Type of training           Psychiatry
    Name of institution        Postgraduate institute
    City, Country              Bratislava, Slovakia
    Duration of training       4 year(s),    month(s)
    Degree attained            II.
    Training completed in year  1994

    Type of training
    Name of institution
    City, Country
    Duration of training       year(s),    month(s)
    Degree attained
    Training completed in year

CONFIDENTIAL
AZSER12443177

Curriculum Vitae
Study Code D1441C00125

**Publications**
(number of written publications in
relevans area(s) of research)                                    10

**Experience of clinical research**
(number of clinical studies sponsored
by the pharmaceutical industry to                                20
which the individual has contributed)

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of
the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data
protection laws may not exist or be as developed as in the European Economic Area.

**Signature** _____          **Date of signature**   5. 2. 2004

2(2)

113

CONFIDENTIAL
AZSER12443178

| Study Code | D1441C00125 |
|---|---|
| Country | SLOVAKIA |
| Centre No. | 1507 |

## Curriculum Vitae

Please complete this form in English

**First and family name**   Dagmar Štrocholcová

**Present position**   psychiatrist

**Address**   Department of psychiatry
(Full office address incl. postal/zip code) Hospital with polyclinic Žilina
010 09 Bytčica, Slovakia

**Medical education**

Name of school   Medical faculty of Comenius University in Bratislava
City, Country   Martin, Slovakia
Duration of education   6   year(s),   month(s)
Degree attained   M.D.
Education completed in year   1988

**Physician's reference/license number (if applicable)**

**Postgraduate training**

Type of training   specialization in psychiatry
Name of institution   SPAM
City, Country   ·  Bratislava, Slovakia
Duration of training   11   year(s),   month(s)
Degree attained   second degree
Training completed in year   2000

Type of training   training in cognitive- behavioural psychotherapy
Name of institution   ABC institution
City, Country   Liptovský Mikuláš, Slovakia
Duration of training   3   year(s),   month(s)
Degree attained   cognitive- bahavioural psychotherapeutist
Training completed in year   1999

Type of training
Name of institution
City, Country
Duration of training   year(s),   month(s)
Degree attained
Training completed in year

114

CONFIDENTIAL
AZSER12443179

Curriculum Vitae
Study Code D1441C00125

**Publications**
(number of written publications in        2
relevans area(s) of research)

**Experience of clinical research**
(number of clinical studies sponsored        /
by the pharmaceutical industry to
which the individual has contributed)

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data protection laws may not exist or be as developed as in the European Economic Area.

Signature _____        Date of signature   4.12.2003

2(2)
115

CONFIDENTIAL
AZSER12443180

| Study Code | D1441C00125 |
|---|---|
| Country | SLOVAKIA |
| Centre No. | 150 8 |

# Curriculum Vitae

Please complete this form in English

| **First and family name** | Homayun Shahpesandy |
|---|---|
| **Present position** | Head of the Department |
| **Address**<br>(Full office address incl. postal/zip code) | NsP Liptovksy Mikulas, Palucanska 25, 031 01, Slovakia |

**Medical education**

| Name of school | Medical Faculty of Jozef Pavol Šafarik University, Košice |
|---|---|
| City, Country | Košice, Slovakia |
| Duration of education | 6 year(s),      month(s) |
| Degree attained | M.D., MUDr. |
| Education completed in year | 1992 |

| **Physician's reference/license number (if applicable)** | 000022 |
|---|---|

**Postgraduate training**

116

CONFIDENTIAL
AZSER12443181

Curriculum Vitae
Study Code D1441C00125

| | |
|---|---|
| Type of training | **10. 05. 1995:** 1st degree Qualification examination in the Slovak Postgraduate Academy of Medicine in Bratislava - Specialist in General Psychiatry. |

**22. 06. 1998:** 2nd degree Qualification examination in the Slovak Postgraduate Academy of Medicine in Bratislava - Specialist in General Psychiatry.

**1. 4. – 30. 6. 1994 :** Department of Internal Medicine, University Hospital Košice.

**1. 9. – 30. 11. 1994:** Department of Surgical Medicine, University Hospital Košice.

**1. 12. – 30. 12. 1994:** Department of Neurological Medicine, University Hospital Košice.

**1.9.– 31. 11. 1997:** Department of Neurological Medicine, University Hospital  Košice.

**31. 3. – 17. 6. 1998:** Department of Psychiatry of the Postgradual Academy of Medicine in Bratislava,

**4. 1. – 31. 3. 1999:** Department of Geriatry and Gerontology of the Medical Faculty of Pavol J.Š. University in Košice.

**January 26 - 30, 1998:** Certificate of Attendance, " Neuropsychiatry " in the Slovak Postgradual Academy of Medicine (SPAM) Bratislava.

**May 11 - 15, 1998:** Certificate of Attendance, " Alcoholism and Drug Addiction " in SPAM Bratislava.

**January 11 - 15, 1999:** Certificate of Attendance, " Geriatric Psychiatry " in the SPAM Bratislava.

**April 26- 28, 2002:** Certificate of Attendance, "2nd International Schizophrenia Forum", Warsaw, Poland.

**June 9 - 15, 2002:** Certificate of Attendance, " the Salzburg-Cornell Seminar in Psychiatry " Salzburg, Austria.

**March 7-8, 2003:** Certificate of Attendence, " International Symposium From Receptor to Reintegration: A Decade of Success and Innovation ". Monte Carlo.

**May 24 – 25,2003:** „ A Choice To Remember. Ebixa – effective even in severe Alzheier' disease ". Madrid, Spanielsko.

**June 07 – 08, 2003:** "4th International Psychiatry Forum, Schizophrenia ", Budapest, Hungary.

**June 27, – July 2, 2003:** "European Certificate in Anxiety and Mood Disorders", Portofino, Italy.

| | |
|---|---|
| Name of institution | |
| City, Country | |
| Duration of training | year(s),     month(s) |
| Degree attained | |

2(3)

117

CONFIDENTIAL
AZSER12443182

Curriculum Vitae
Study Code D1441C00125

Training completed in year

Type of training
Name of institution
City, Country
Duration of training                    year(s),     month(s)
Degree attained
Training completed in year

Type of training
Name of institution
City, Country
Duration of training                    year(s),     month(s)
Degree attained
Training completed in year

**Publications**                        6
(number of written publications in
relevans area(s) of research)

**Experience of clinical research**     1)  Somatosensory evoked potentials in patients with syndrome of alcohol
(number of clinical studies sponsored        dependence (1996).
by the pharmaceutical industry to       2)  Transcranial Doppler sonography in patients with syndrome of alcohol
which the individual has contributed)        dependence (1996).
                                        3)  Apolipoprotein E4 in Patients with Alzheimer´s Disease and other
                                             Dementia in cooperation with the Department of Biology of Medical
                                             Faculty of PJŠ University, Kosice (1998 - 2001).
                                        4)  The Efficacy and Safety of M100907 in Long – term Treatment of
                                             Patients with Psychotic Disorders. A Multinational, Multicenter Open
                                             – labelled Treatment Study. Hoechst Marion Roussel (M100907/3006),
                                             2000.
                                        5)  Duloxetine Versus Placebo and Paroxetine in the Treatment of Major
                                             Depression (2001)
                                        6)  A Double Blind, Placebo -Controlled, Parallel-Group  Comparison of
                                             Venlafaxine Extended Release Capsul and Paroxetine in Outpatiens
                                             with Panic Disorder.(2002)
                                        7)  A Double -Blind, European, Multicenter, Placebo-And Active-
                                             Controlled, , Randomized, 5-Arm Parallel Group, 7 week Dose-
                                             Finding Clinical Trial Evaluating the Efficacy and Safety of tree Fixed
                                             Doses of SR48968C (30 mg, 100 mg,  300 mg), versus Fluoxetine in
                                             Patients with Major Depressive Disorder.(2003)

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of
the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data
protection laws may not exist or be as developed as in the European Economic Area.

Signature        _Pro[signature]_          Date of signature    _17. 02. 2004_

3(3)

118

CONFIDENTIAL
AZSER12443183

| Study Code | D1441C00125 |
|---|---|
| Country | SLOVAKIA |
| Centre No. | 1108 |

## Curriculum Vitae

**Please complete this form in English**

**First and family name**   Zuzana Janikova

**Present position**   Assistant of the Head of Department of Psychiatry

**Address**
(Full office address incl. postal/zip code)   Department of Psychiatry of General Hospital
Palucanska 25, Liptovsky Mikulas, Slovakia, 03101

**Medical education**

Name of school   Medical Faculty of Jesenius of Comenianis University
City, Country   Martin, Slovakia
Duration of education   6   year(s),   month(s)
Degree attained   M.D.
Education completed in year   1996

**Physician's reference/license number (if applicable)**

**Postgraduate training**

Type of training   1st degree qualification examination in the
Name of institution   Slovak Postgraduate Academy of Medicine
City, Country   in Bratislava, Slovak Republic
Duration of training   3   year(s),   month(s)
Degree attained
Training completed in year   2000

Type of training
Name of institution
City, Country
Duration of training   year(s),   month(s)
Degree attained
Training completed in year

Type of training
Name of institution
City, Country
Duration of training   year(s),   month(s)
Degree attained
Training completed in year

119

CONFIDENTIAL
AZSER12443184

Curriculum Vitae
Study Code D1441C00125

**Publications**
(number of written publications in
relevans area(s) of research)

**Experience of clinical research**                    060055398EV , Wyeth - Ayerst
(number of clinical studies sponsored
by the pharmaceutical industry to
which the individual has contributed)

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of
the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data
protection laws may not exist or be as developed as in the European Economic Area.

**Signature**   _Jawidova_          **Date of signature**   17/02/2004

2(2)

120

CONFIDENTIAL
AZSER12443185

| | |
|---|---|
| Study Code | D1441C00125 |
| Country | SLOVAKIA |
| Centre No. | 1509 |

## Curriculum Vitae

Please complete this form in English

**First and family name**                Kvetoslav  Moravčík

**Present position**                      physician

**Address**
(Full office address incl. postal/zip code)   FNsP Prešov, dept. of psychiatry
                                          Hollého 14, PREŠOV, 08001 Slovak republic
**Medical education**
  Name of school                         University of P.J. Šafárik
  City, Country                          Košice, Slovak republic
  Duration of education    year(s),  month(s)        6 years
  Degree attained                        dr.med.
  Education completed in year            1999

**Physician's reference/license
number (if applicable)**

**Postgraduate training**
  Type of training                       psychiatry
  Name of institution                    Psychiatric hospital
  City, Country                          Prešov
  Duration of training    year(s),  month(s)   3 years
  Degree attained                        psychiater
  Training completed in year             2003

  Type of training
  Name of institution
  City, Country
  Duration of training    year(s),     month(s)
  Degree attained
  Training completed in year

  Type of training
  Name of institution
  City, Country
  Duration of training    year(s),     month(s)
  Degree attained
  Training completed in year

121

CONFIDENTIAL
AZSER12443186

Curriculum Vitae
Study Code D1441C00125

**Publications**
(number of written publications in
relevans area(s) of research)                    3

**Experience of clinical research**
(number of clinical studies sponsored
by the pharmaceutical industry to               0
which the individual has contributed)

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of
the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data
protection laws may not exist or be as developed as in the European Economic Area.

Signature _____     Date of signature   11. Dec 2003

2(2)

122

CONFIDENTIAL
AZSER12443187



| Study Code | D1441C00125 STAGE |
|---|---|
| Centre Number | 9T11 |

---

## Curriculum Vitae

---

*Please fill in this form in English*

**First and Family Name**      Vladimír GARAJ

**Date of birth** (dd/mm/yyyy)      REDACTE

**Present appointment**
(Job title/Department)      Head of Psychiatric Department , Hospital General

**Address**
(Full work address including post/zip code)      Nemocničná 2,  971 01  PRIEVIDZA, Bojnice

**Qualifications**
(Degree and other professional qualifications)

(✓ relevant qualifications, or specify)

MD, 1972:

Specialist, Field    Psychiatry I, II      Year:    1977,1983

PhD ☑     MSc ☐     BSc ☐

Other
(specify)

**Physician's reference/licence number**
(if applicable)

**Previous appointments/ experience**
(include only relevant therapeutic/ practical experience after gaining qualifications)      Teacher in psychiatry on the Medical Scool in Martin

**Publications** (✓ appropriate box)
(Number of articles published)      0 ☐   1-5 ☐   6-10 ☐   11-20 ☑   >20 ☐

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

3 trials in the psychiatry field,

Training Sessioin in GCP and Clinical Trials , February 1995 , Piešťany. State Institut of Drug Control Bratislava, Consulting Center for GCP  Vienna. Investigators meetings: Prague 2001, Warsovie 2003, Paris 2003

**Date of signature**      29.7.2004

**Signature**

SOP-04A-G-T18 CV Template
Version 5, Date: 19 March 2004

123

CONFIDENTIAL
AZSER12443188

**AstraZeneca**

| Study Code | D1441C00125 STAGE |
|---|---|
| Centre Number | 1512 |

## Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | Marek Zelman |
| **Date of birth** (dd/mm/yyyy) | REDACTE |
| **Present appointment** (Job title/Department) | Deputy Director Psychiatric Hospital Hronovce |
| **Address** (Full work address including post/zip code) | Ul. Dr. Jána Zelenyaka 65, 935 61 Hronovce |

**Qualifications**
(Degree and other professional qualifications)

(✓ relevant qualifications, or specify)

MD, Year:   1997

Specialist, Field   Psychiatry          Year:   2001

PhD ☐     MSc ☐     BSc ☐

Other
(specify) _____

**Physician's reference/licence number**
(if applicable)

**Previous appointments/ experience**
(include only relevant therapeutic/ practical experience after gaining qualifications)

**Publications** (✓ appropriate box)
(Number of articles published)

0 ☐     1-5 ☒     6-10 ☐     11-20 ☐     >20 ☐

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

3 GCP trainings at Investigators` Meetings
3 Trials in the Psychiatric Field

**Date of signature**      19/10/2004

**Signature**

SOP-04A-G-T18 CV Template
Version 5, Date: 19 March 2004

124

CONFIDENTIAL
AZSER12443189


**AstraZeneca**

| Study Code | D1441C00125 STAGE |
|---|---|
| Centre Number | 1512 |

## Curriculum Vitae

*Please fill in this form in English*

**First and Family Name**  DANIELA MADAJOVA

**Date of birth** (dd/mm/yyyy)  REDACTED

**Present appointment**  PSYCHIATRIST / ACUTE MAN'S DEPARTMENT
(Job title/Department)

**Address**  PN HRONOVCE    93561
(Full work address including post/zip code)

**Qualifications**
(Degree and other professional qualifications)

MD, Year: 1999

Specialist, Field  PSYCHIATRY    Year: 2003

(✓ relevant qualifications, or specify)

PhD ☐    MSc ☐    BSc ☐

Other _____
(specify)

**Physician's reference/licence number**
(if applicable)

**Previous appointments/ experience**
(include only relevant therapeutic/ practical experience after gaining qualifications)

**Publications** (✓ appropriate box)    0 ☑    1-5 ☐    6-10 ☐    11-20 ☐    >20 ☐
(Number of articles published)

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

**Date of signature**  14.12.2004

**Signature**

CONFIDENTIAL
AZSER12443190


AstraZeneca

| Study Code | D1441C00125 STAGE |
|---|---|
| Centre Number | 1513 |

## Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | Rudolf Múdry |
| **Date of birth** (dd/mm/yyyy) | REDACTED |
| **Present appointment** (Job title/Department) | MD, Private Psychiatrist |
| **Address** (Full work address including post/zip code) | Psychiatrická ambulancia, Neštátne zdravotnícke zariadenie, Poliklinika FNsP, Antolská 11, 850 01 Bratislava |

**Qualifications**
(Degree and other professional qualifications)

(✓ relevant qualifications, or specify)

| | | | |
|---|---|---|---|
| MD, Year: | 1983 | | |
| Specialist, Field | Psychiatry | Year: | 1996 |
| PhD ☐ | MSc ☐ | BSc ☐ | |
| Other (specify) | General Psychiatry gr.I, gr.II | | |
| | Internal Medicine gr.I | | |

| | |
|---|---|
| **Physician's reference/licence number** (if applicable) | NA |
| **Previous appointments/ experience** (include only relevant therapeutic/ practical experience after gaining qualifications) | |
| **Publications** (✓ appropriate box) (Number of articles published) | 0 ☐   1-5 ☒   6-10 ☐   11-20 ☐   >20 ☐ |
| **Previous experience in clinical trials and type of GCP training received** (eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies) | Psychiatric Hospital of P. Pinell – Indic.Depression, Ph.IV, 1996

Department of Psychiatry, Faculty Hospital Bratislava – set-up on depot.Risperidone, monitoring, Ph.IV, 2001-2002

Department of Psychiatry, Faculty Hospital Bratislava – Clinical Trial Wyeth DVS-233SR, Depressive Relapse, Ph.III, 2004 - ongoing |
| **Date of signature** | 4/11/2004 |
| **Signature** | |

SOP-04A-G-T18 CV Template
Version 5, Date: 19 March 2004

CONFIDENTIAL
AZSER12443191



| Study Code | D1441C00125 |
|---|---|
| Centre Number | 1601 |

## Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | Prof. Robin Alexander Emsley |
| **Date of birth** (dd/mm/yyyy) | REDACTED |
| **Present appointment** (Job title/Department) | Principal Investigator |
| **Address** (Full work address including post/zip code) | University of Stellenbosch<br>Room 2004 – Department of Psychiatry<br>Faculty of Health Medicines<br>Francie van Zyl Avenue<br>TYGERBERG<br>7500<br>South Africa<br>Tel:    +27 21 938 9227     Fax:    +27 21 919 1272<br>Cell:  REDACTED     Email:  REDACTED |
| **Qualifications** (Degree and other professional qualifications) (✓ relevant qualifications, or specify) | MD, Year:    MB.CH.B          1974<br>Specialist, Field   M.Med (Psych)    Year:    1981<br>PhD ☐     MSc ☐     BSc ☐<br>Other (specify)    2000    -    F.C.Psych (SA) |
| **Physician's reference/licence number** (if applicable) | MP.0173975 |
| **Previous appointments/ experience** (include only relevant therapeutic/ practical experience after gaining qualifications) | January 1975    Provincial Administration of the Western Cape – South Africa |
| **Publications** (✓ appropriate box) (Number of articles published) | 0 ☐   1-5 ☐   6-10 ☐   11-20 ☐   >20 ✓ |
| **Previous experience in clinical trials and type of GCP training received** (eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies) | 2003-Ongoing    Schizophrenia with Tardive Dyskinesia<br>Principal Investigator<br>1999-2003    Tardive Dyskinesia<br>Principal Investigator<br>2002    Bioploar Mood Disorder<br>Principal Investigator |

SOP-04A-G-T18 CV Template
Version 5, Date: 19 March 2004

CONFIDENTIAL
AZSER12443192

Curriculum Vitae
Study Code D1441C00125
Centre Number 1601

| | |
|---|---|
| 2000-2001 | Psychotic Disorders<br>Principal Investigator |
| 1999-2001 | Schizophrenia or Schizoaffective<br>Disorder who are at risk of Suicide<br>Principal Investigator |
| 1999-2001 | Schizophrenia with Schizoaffective<br>Disorder - Principal Investigator |
| 1998-2001 | Early Psychotic Subjects<br>Principal Investigator |
| 2000-2001 | Psychotic Disorders<br>Principal Investigator |
| 2001 | Schizophrenia<br>Principal Investigator |
| 1999-2000 | Schizophrenia<br>Principal Investigator |
| 1999-2000 | Acute Mania<br>Principal Investigator |
| 1999-2000 | Bipolar Mood Disorder<br>Principal Investigator |
| 2000 | Schizophrenia<br>Principal Investigator |

**GCP Training**

| | |
|---|---|
| 2002 | International Investigators Meeting<br>Amsterdam |

Date of signature       28/APR/ 2004

Signature

SOP-04A-G-T18 CV Template
Version 5, Date: 19 March 2004

128

CONFIDENTIAL
AZSER12443193



AstraZeneca

| Study Code | D1441C00125 |
| Centre Number | 1602 |

## Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | Prof. Herman Walter Pretorius |
| **Date of birth** (dd/mm/yyyy) | REDACTED |
| **Present appointment** (Job title/Department) | Principal Investigator |
| **Address** (Full work address including post/zip code) | Weskoppies Hospital<br>Ketjen Street<br>PRETORIA<br>0001<br>South Africa<br>Tel:   +27 12 319 9756       Fax:   +27 12 319 9757<br>Cell:  REDACTED              Email: |
| **Qualifications** (Degree and other professional qualifications)<br><br>(✓ relevant qualifications, or specify) | MD, Year:  ~~1993~~  1975   1978/04<br>Specialist, Field  Psychiatry   Year:  1993.<br>PhD ☐   MSc ✓   BSc ☐<br>Other (specify)   -   MB.Ch.B<br>   -   M.Med (Psych) |
| **Physician's reference/licence number** (if applicable) | MP.0183326 |
| **Previous appointments/ experience** (include only relevant therapeutic/ practical experience after gaining qualifications) | Assistant Professor<br>-   Psychiatrist<br>-   Senior Psychiatrist<br>-   Principal Psychiatrist<br><br>1981   Principal Investigator – Clinical Trials |
| **Publications** (✓ appropriate box) (Number of articles published) | 0 ☐   1-5 ☐   6-10 ☐   11-20 ☐   >20 ✓ |
| **Previous experience in clinical trials and type of GCP training received** (eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies) | Principal Investigator   Acute Schizophrenia CN.138003<br><br>Principal Investigator   Schizophrenia Disorders RIS.INT63 |

SOP-04A-G-T18 CV Template
Version 5, Date: 19 March 2004

129

CONFIDENTIAL
AZSER12443194

Curriculum Vitae
Study Code D1441C00125
Centre Number 1602

| | Principal Investigator | Chronic Schizophrenia Protocol : 31-97-303 |
|---|---|---|
| | **GCP Training** | July 2003 |

**Date of signature**            1 June 2004

**Signature**

CONFIDENTIAL
AZSER12443195



| Study Code | D1441C00125 |
|---|---|
| Centre Number | 1603 |

---

## Curriculum Vitae

---

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | Professor Solomon Tshimong Rataemane |
| **Date of birth** (dd/mm/yyyy) | REDACTED |
| **Present appointment** (Job title/Department) | Principal Investigator |
| **Address** (Full work address including post/zip code) | MEDUNSA<br>Department of Psychiatry<br>4th Floor – Room 440<br>Ga-Rankuwa Hospital<br>Molotlegi Street<br>GA-RANKUWA<br>0204<br>Pretoria<br>South Africa<br>Tel:    +27 12 521 4143      Fax:    +27 12 521 3869<br>Cell:  REDACTED<br>Email: |

**Qualifications**
(Degree and other professional qualifications)

(✓ relevant qualifications, or specify)

MD, Year:

Specialist, Field                                   Year:

PhD ☐     MSc ☐     BSc ☐

Other (specify)

| | | |
|---|---|---|
| 1991 | – | FF.Psych (SA) |
| 1988 | – | Diploma (Child Psychiatry) |
| 1986 | – | M.Med (Psych) |
| 1980 | – | MBCHB |

**Physician's reference/licence number** (if applicable)    MP.0235423

**Previous appointments/ experience**
(include only relevant therapeutic/ practical experience after gaining qualifications)

1998-2003      Head of Department – Clinical Trials

**Publications** (✓ appropriate box)
(Number of articles published)

0 ☐   1-5 ☐   6-10 ☐   11-20 ☐ ✓   >20 ☐

131

CONFIDENTIAL
AZSER12443196

Curriculum Vitae
Study Code D1441C00125
Centre Number 1603

**Previous experience in clinical trials and type of GCP training received** (eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

**GCP Training**          June 2002

**Date of signature**

**Signature**

132

CONFIDENTIAL
AZSER12443197

AstraZeneca

| Study Code | D1441C00125 |
|---|---|
| Centre Number | 1604 |

## Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | Richard John Nichol |
| **Date of birth** (dd/mm/yyyy) | REDACTED |
| **Present appointment**<br>(Job title/Department) | Principal Investigator<br>Research Unit, Department of Psychiatry |
| **Address**<br>(Full work address including post/zip code) | Research Unit, Department of Psychiatry, Free State Psychiatric Complex, President Brandt Street, Bloemfontein, 9301, South Africa |

**Qualifications**
(Degree and other professional qualifications)

(✓ relevant qualifications, or specify)

MD, Year:   1979 – MBChB

Specialist, Field  Psychiatry   Year:  1992

PhD ☐   MSc ☐   BSc ☐

Other
(specify)   1984 - Diploma in Tropical Medicine & Hygiene

1985 – Diploma in Public Health

1992 – M.Med (Psychiatry)

**Physician's reference/licence number**
(if applicable)   MP.222127

**Previous appointments/ experience**
(include only relevant therapeutic/ practical experience after gaining qualifications)

**Publications** (✓ appropriate box)
(Number of articles published)

0 ☐   1-5 ☐   6-10 ✓   11-20 ☐   >20 ☐

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

2003 - PK Study – 40 Patients

GCP Training – October 2002

**Date of signature**   19 04 2004

133

CONFIDENTIAL
AZSER12443198

Curriculum Vitae
Study Code D1441C00125
Centre Number

**Signature**

SOP-04A-G-T18 CV Template
Version 5, Date: 19 March 2004

CONFIDENTIAL
AZSER12443199



| Study Code | D1441C00125 |
|---|---|
| Centre Number | 1605 |

## Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | Professor D.L. Mkize |
| **Date of birth** (dd/mm/yyyy) | REDACTED |
| **Present appointment** (Job title/Department) | Principal Investigator |
| **Address** (Full work address including post/zip code) | Nelson R. Mandela School of Medicine Department of Psychiatry 719 Umbilo Road DURBAN 4001 South Africa Tel: +27 31 260 4321    Fax: +27 31 260 4322 Cell: REDACTED    Email: REDACTED |

**Qualifications**
(Degree and other professional qualifications)

(✓ relevant qualifications, or specify)

| | |
|---|---|
| MD, Year: | 1972 |
| Specialist, Field psychiatry | Year: 1991 |

PhD ☐    MSc ☐    BSc ☐

Other (specify)
- MB.Ch.B
- F.C.Psych (SA)
- M.Med (Psych)

**Physician's reference/licence number** (if applicable)

MP.0154741

**Previous appointments/ experience**
(include only relevant therapeutic/ practical experience after gaining qualifications)

Head – Department of Psychiatry

**Publications** (✓ appropriate box)
(Number of articles published)

0 ☐    1-5 ☐ ✓    6-10 ☐    11-20 ☐    >20 ☐

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

None

**GCP Training**    June 2003
Prague, Czech Republic
October 2004, Johannesburg,
South Africa

135

CONFIDENTIAL
AZSER12443200

Curriculum Vitae
Study Code D1441C00125
Centre Number 1605

**Date of signature**                    03. 11. 2004

**Signature**                    03. 11. 2004

136

CONFIDENTIAL
AZSER12443201



| Study Code | D1441C00125 |
|---|---|
| Centre Number | 1606 |

## Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | Dr. Sebolelo L. Seape |
| **Date of birth** (dd/mm/yyyy) | REDACTED |
| **Present appointment** (Job title/Department) | Principal Investigator Department of Psychiatry |
| **Address** (Full work address including post/zip code) | Sterkfontein Hospital Research Centre – Ward 8 Sterkfontein Road KRUGERSDORP 1740 South Africa Tel:   +27 11 951 8283       Fax:    +27 11 956 6007 Cell:  REDACTED Email: |

**Qualifications**
(Degree and other professional qualifications)

(✓ relevant qualifications, or specify)

MD, Year:    1988

Specialist, Field   Psychiatry          Year:   1995

PhD ☐   MSc ☐   BSc ☐

Other   -  FC Psych (SA)
(specify)

**Physician's reference/licence number**
(if applicable)

MP.0350850

**Previous appointments/ experience**
(include only relevant therapeutic/ practical experience after gaining qualifications)

**Publications** (✓ appropriate box)
(Number of articles published)

0 [x]   1-5 ☐   6-10 ☐   11-20 ☐   >20 ☐

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

**GCP Training**          October 2003

137

CONFIDENTIAL
AZSER12443202

Curriculum Vitae
Study Code D1441C00125
Centre Number 1606

**Date of signature**                    _25th Jan 2005_

**Signature**

138


AstraZeneca

| Study Code | D1441C00125 |
|---|---|
| Centre Number | 1607 |

## Curriculum Vitae

*Please fill in this form in English*

**First and Family Name**  Professor F.Y. Jeenah

**Date of birth** (dd/mm/yyyy)  REDACTED

**Present appointment**  Principal Investigator
(Job title/Department)  Department of Psychiatry

**Address**  Chris Hani Baragwanath Hospital
(Full work address including post/zip code)  Department of Psychiatry
Block 85
Old Potch Road
SOWETO
2013
South Africa
Tel:   +27 11 933 9239       Fax:   +27 11 933 8271
Cell:   REDACTED
Email:

**Qualifications**  MD, Year:   *1981*
(Degree and other professional qualifications)
Specialist, Field _____  Year: ____

(✓ relevant qualifications, or specify)

PhD ☐   MSc ☐   BSc ☐

Other   -   MB.Ch.B (Natal)
(specify)   -   M.Med (Psych) (Wits)

**Physician's reference/licence number**  MP.0246476
(if applicable)

**Previous appointments/experience**  ~~Head – Department of Johannesburg Hospital~~ *HEAD – COMMUNITY PSYCHIATRIC SERVICES SOUTHERN GAUTENG.*  18 *18/06/2004*
(include only relevant therapeutic/ practical experience after gaining qualifications)  *14/06/2004*

**Publications** (✓ appropriate box)  0 ☐   1-5 ☑   6-10 ☐   11-20 ☑   >20 ☐
(Number of articles published)

**Previous experience in clinical trials and type of GCP training received**  Principal Investigator   International Multicentre Trial Efficacy of Seroquel as ADD in Therapy
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)  Protocol:   5077IL/0100

**GCP Training**   August 2003 – Wits Health

SOP-04A-G-T18 CV Template
Version 5, Date: 19 March 2004

139

CONFIDENTIAL
AZSER12443204

Curriculum Vitae
Study Code D1441C00125
Centre Number 1607

**Date of signature**

_18/06/2004_

**Signature**

SOP-04A-G-T18 CV Template
Version 5, Date: 19 March 2004

140

CONFIDENTIAL
AZSER12443205

**AstraZeneca**

| Study Code | D1441C00125 |
|---|---|
| Centre Number | 1608 |

---

## Curriculum Vitae

---

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | Dr. M.Y.H. Moosa |
| **Date of birth** (dd/mm/yyyy) | REDACTE |
| **Present appointment** (Job title/Department) | Principal Investigator Ward 487 – Department of Psychiatry |
| **Address** (Full work address including post/zip code) | Johannesburg Hospital Department of Psychiatry Ward 487 - Green Block - 8th Floor Jubilee Street PARKTOWN 2193 South Africa Tel:   +27 11 488 3846      Fax:   +27 11 717 2423 Cell:   REDACTED Email: |

**Qualifications** (Degree and other professional qualifications)

(✓ relevant qualifications, or specify)

| | | | | |
|---|---|---|---|---|
| MD, Year: | 1981 - MBChB | | | |
| Specialist, Field | | | Year: | |
| PhD ☐ | MSc ☐ | BSc ✓ | 1977 | |
| Other (specify) | 2002 - MMed (Psych) 2001 - FC Psych 1998 - MCFP | | | |

| | |
|---|---|
| **Physician's reference/licence number** (if applicable) | MP.0264423 |
| **Previous appointments/ experience** (include only relevant therapeutic/ practical experience after gaining qualifications) | Head of Psychiatric Unit – Johannesburg Hospital |

**Publications** (✓ appropriate box) (Number of articles published)

0 ☐    1-5 ☐    6-10 ☐    11-20 ☐    >20 ☐

**Previous experience in clinical trials and type of GCP training received** (eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these)

| | |
|---|---|
| Co-Investigator | Actamesa Organon Protocol:      25517 |
| GCP Training | 2003 |

SOP-04A-G-T18 CV Template
Version 5, Date: 19 March 2004

141

CONFIDENTIAL
AZSER12443206

Curriculum Vitae
Study Code D1441C00125
Centre Number 1608

studies)

**Date of signature**          15/06/2004

**Signature**

CONFIDENTIAL
AZSER12443207

| | |
|---|---|
| Study Code | D1441C0125 / 1701 / 2.10a |
| Country | UK |
| Centre No. | 1701 |

# Curriculum Vitae

Please complete this form in English

| **First and family name** | Vinod Singh |
|---|---|
| **Present position** | Consultant Psychiatrist |
| **Address** (Full office address incl. postal/zip code) | Soho House |
| | 362-364 Soho Rd |
| | Handsworth |
| | BIRMINGHAM B21 9QL |
| | United Kingdom |

**Medical education**

| | |
|---|---|
| Name of school | University of Delhi |
| City, Country | Delhi, India |
| Duration of education | 7 year(s) |
| Degree attained | MBBS |
| Education completed in year | 1977 |

| **Physician's reference/license number (if applicable)** | <<>> |
|---|---|

**Postgraduate training**

| | |
|---|---|
| Type of training | MRCPsych |
| Name of institution | Barnet General Hospital |
| City, Country | London, UK |
| Duration of training | |
| Degree attained | MRCPsych |
| Training completed in year | 1986 |

| **Publications** (number of written publications in relevant area(s) of research) | 11 published papers in relevant area |
|---|---|
| **Experience of clinical research** (number of clinical studies sponsored by the pharmaceutical industry to which the individual has contributed) | I have been involved with many clinical trials – 4 industry sponsored studies within the last 2-3 years. |

143

CONFIDENTIAL
AZSER12443208

Curriculum Vitae
Study Code D1441C0125

I consent to the transfer of my
personal data disclosed to
AstraZeneca herein (or subsequently)
to one or more of the AstraZeneca
group of companies and to the Food
and Drug Administration in the USA,
where the data protection laws may
not exist or be as developed as in the
European Economic Area.

**Signature**

12·02·04

2(2)

144

CONFIDENTIAL
AZSER12443209

| Study Code | D1441C00125 |
|---|---|
| Country | Hungary |
| Centre No. | 4801 |

# Curriculum Vitae

Please complete this form in English

| | |
|---|---|
| **First and family name** | István Bitter MD, Phd |
| **Present position** | Professor of Psychiatry |
| **Address**<br>(Full office address incl. postal/zip code) | Semmelweis Egyetem, Pszichiátriai és Pszichiterápiás Klinika<br>1083 Budapest Balassa u. 6. Hungary |

**Medical education**

| | |
|---|---|
| Name of school | Semmelweis University of Medicine |
| City, Country | Budapest, Hungary |
| Duration of education | 6 years |
| Degree attained | M.D. |
| Education completed in year | 1974 |

**Physician's reference/license number (if applicable)**

**Postgraduate training**

| | |
|---|---|
| Type of training | Phd |
| Name of institution | Hungarian Academy of Science |
| City, Country | Budapest, Hungary |
| Duration of training | 3 years |
| Degree attained | |
| Training completed in year | 1992 |

| | |
|---|---|
| Type of training | Psychotherapy |
| Name of institution | |
| City, Country | Budapest, Hungary |
| Duration of training | 6 years |
| Degree attained | Specialist in Psychoterpy |
| Training completed in year | 1986 |

| | |
|---|---|
| Type of training | Psychiatrist |
| Name of institution | Semmelweis University of Medicine |
| City, Country | Budapest, Hungary |
| Duration of training | 4 years |
| Degree attained | Specialist in Psychiatrist |
| Training completed in year | 1982 |

145

CONFIDENTIAL
AZSER12443210

Curriculum Vitae
Study Code D1441C00125

| Type of training | Neurology |
| Name of institution | Semmelweis University of Medicine |
| City, Country | Budapest, Hungary |
| Duration of training | 5 years |
| Degree attained | Specialist in Neurology |
| Training completed in year | 1979 |

**Publications**                              107
(number of written publications in
relevant area(s) of research)

**Experience of clinical research**           50
(number of clinical studies sponsored
by the pharmaceutical industry to
which the individual has contributed)

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data protection laws may not exist or be as developed as in the European Economic Area.

Signature _____        Date of signature _____11/03/2004_____

2(2)

146

CONFIDENTIAL
AZSER12443211

# Curriculum Vitae of clinical trial staff

Site Address: Institution and Dept.: **County Hospital Kaposi Mór**
**Dept. of Psychiatry**
Street:  **Tallián Gy.**
Town:  **Kaposvár**
Country:  **Hungary**
Registration No/s

| | | | |
|---|---|---|---|
| **Full Name:** | dr. Ferenc **Boldizsár** | | |
| **Academic title** | - | | |
| **Date of birth:** | REDACTED | | |
| **Trial responsibility** | Investigator | | |
| **Qualification/ Work Area** | MD | | |
| | Work Area: Psychiatry | | |
| **Education/graduation:** | University/Institution | | |
| | Medical University of Pécs Pécs Hungary | MD | 1971 |
| | Medical University of Pécs Pécs Hungary | special examen in Psychiatry | 1975 |
| | Medical University of Pécs Pécs Hungary | special examen in Neurology | 1978 |
| | University of Health Sciences „Haynal Imre" Budapest Hungary | special examen in Addictology | 1992 |
| **Professional experience** | **Position** | | **Period** |
| | clinical doctor, assistant lecturer (Clinic of Neurology and Psychiatry, Medical University of Pécs) | | 1971-1976 |
| | head physician (Hosp. of County Somogy, Dept. Neurology, Neurosurgery and Psychiatry) | | 1976-1987 |
| | chief (County Hospital Kaposi Mór, Dept. of Psychiatry) | | 01.01.1988- |
| **Clinical research experience with GCP (past 5 years)** | antipsychotics   phase III | | 1999 |
| **Further GCP experience** | Courses | | |

page 1 of 2

CONFIDENTIAL
AZSER12443212

**(past 5 years)**

**Other relevant activities**      Lecturer on Psychiatry and Mental Health at the Medical University of Pécs, Faculty of Health Sciences, Branch of Kaposvár (1992-)
Head of Ad Hoc Committee (to investigate the status of psychiatric and mental health care in Hungary) at Ministry of Health, Social and Family Affairs (11.2002-02.2003)

**Date:  01.03.2004**              **Signature:**

page 2 of 2

148

CONFIDENTIAL
AZSER12443213

| Study Code | D1441C00125 |
|---|---|
| Country | Hungary |
| Centre No. | 1803 |

## Curriculum Vitae

Please complete this form in English

| | |
|---|---|
| **First and family name** | László Csekey |
| **Present position** | Head of Department |
| **Address**<br>(Full office address incl. postal/zip code) | Dr. Kenessey Albert Kórház , I. Pszichiátria |
| | 2660 Balassagyarmat, Rákóczi út 125-127. |
| **Medical education** | |
| Name of school | Semmelweis Medical university |
| City, Country | Budapest, Hungary |
| Duration of education | 6 years |
| Degree attained | MD |
| Education completed in year | 1972 |
| **Physician's reference/license number (if applicable)** | |
| **Postgraduate training** | |
| Type of training | Psychiatry |
| Name of institution | OTKI |
| City, Country | Budapest, Hungary |
| Duration of training | 5 years |
| Degree attained | Psychiatrist |
| Training completed in year | 1977 |
| Type of training | Neurology |
| Name of institution | OTKI |
| City, Country | Budapest, Hungary |
| Duration of training | 5 years |
| Degree attained | Neurologist |
| Training completed in year | 1982 |
| Type of training | Psychotherapy |
| Name of institution | OTKI |
| City, Country | Budapest, Hungary |
| Duration of training | 5 years |
| Degree attained | Psychotherapist |
| Training completed in year | 1994 |

1(2)

CONFIDENTIAL
AZSER12443214

Curriculum Vitae
Study Code: D1441C00125

**Publications**
(number of written publications in
relevant area(s) of research)
_____

**Experience of clinical research**    10-12
(number of clinical studies sponsored
by the pharmaceutical industry to
which the individual has contributed)    _____


I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of
the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data
protection laws may not exist or be as developed as in the European Economic Area.

**Signature** _____    **Date of signature** 27. 02. 2004

1973 - 83    OIE ( OPNI)    psychiatrist
1983 -    dr. Karassey A. Kh. Balassogaicer
    Head    of dep. psych.

REDACTED

2(2)

150

| Study Code | D1441C00125 |
|---|---|
| Country | Hungary |
| Centre No. | 1804 |

## Curriculum Vitae

Please complete this form in English

| | |
|---|---|
| **First and family name** | Zoltan Janka M.D., Ph.D. |
| **Present position** | Professor Chairman |
| **Address** (Full office address incl. postal/zip code) | Department of Psychiatry Albert Szent-Györgyi Centre Faculty of Medicine, University of Szeged |
| | 6 Semmelweis St., Szeged, H-6725 Hungary |

**Medical education**

| | |
|---|---|
| Name of school | Medical Faculty of University Medical School |
| City, Country | Szeged, Hungary |
| Duration of education | 6 years |
| Degree attained | Physician |
| Education completed in year | 1974 |

**Physician's reference/license number (if applicable)** — 29750

**Postgraduate training**

| | |
|---|---|
| Type of training | Specialization in Neurology |
| Name of institution | |
| City, Country | Budapest, Hungary |
| Duration of training | 5 years |
| Degree attained | neurology |
| Training completed in year | 1978 |

| | |
|---|---|
| Type of training | Specialization in Psychiatry |
| Name of institution | |
| City, Country | Budapest, Hungary |
| Duration of training | 4 years |
| Degree attained | Psychiatrist |
| Training completed in year | 1983 |

| | |
|---|---|
| Type of training | Ph.D. |
| Name of institution | Hungarian academy of Science, university of Szeged |
| City, Country | Szeged, Hungary |
| Duration of training | 4 years |
| Degree attained | |
| Training completed in year | 1985 |

1(2)

151

CONFIDENTIAL
AZSER12443216

Curriculum Vitae
Study Code: D1441C00125

| | |
|---|---|
| **Publications** (number of written publications in relevant area(s) of research) | 231 |
| **Experience of clinical research** (number of clinical studies sponsored by the pharmaceutical industry to which the individual has contributed) | 21 |

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data protection laws may not exist or be as developed as in the European Economic Area.

**Signature** _Zoltan Janka_     **Date of signature** _26th February 2004_

2(2)

152

CONFIDENTIAL
AZSER12443217

| Study Code | D1441C00125 |
|------------|-------------|
| Country | Hungary |
| Centre No. | 1805 |

## Curriculum Vitae

Please complete this form in English

| | |
|---|---|
| **First and family name** | Ákos Kassai-Farkas |
| **Present position** | PI |
| **Address**<br>(Full office address incl. postal/zip code) | Nyírő Gyula Hospital<br>H-1135 Budapest, Lehel u. 59. |
| **Medical education** | |
| Name of school | Semmelweis University |
| City, Country | Budapest, Hungary |
| Duration of education | 6 years |
| Degree attained | MD |
| Education completed in year | 1975 |
| **Physician's reference/license number (if applicable)** | 32334 |
| **Postgraduate training** | |
| Type of training | Neurology |
| Name of institution | Semmelweis University |
| City, Country | Budapest, Hungary |
| Duration of training | 4 years |
| Degree attained | Neurologist |
| Training completed in year | 1979 |
| | |
| Type of training | Psychiatry |
| Name of institution | Semmelweis University |
| City, Country | Budapest, Hungary |
| Duration of training | 4 years |
| Degree attained | Psychiatrist |
| Training completed in year | 1985 |
| | |
| Type of training | Addoictology |
| Name of institution | Semmelweis University |
| City, Country | Budapest, Hungary |
| Duration of training | 3 years |
| Degree attained | Addictologist |
| Training completed in year | 1994 |

1(2)

153

CONFIDENTIAL
AZSER12443218

Curriculum Vitae
Study Code: D1441C00125

**Publications**                                    4
(number of written publications in
relevant area(s) of research)

**Experience of clinical research**                 23
(number of clinical studies sponsored
by the pharmaceutical industry to
which the individual has contributed)

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data protection laws may not exist or be as developed as in the European Economic Area.

**Signature**                                       **Date of signature**  03. 03. 2004.

2(2)

154

CONFIDENTIAL
AZSER12443219



| Study Code | D1441C00125 |
|---|---|
| Centre Number | |

# Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | ATTILA NEMETH  M.D. Ph.D. |
| **Date of birth** (dd/mm/yyyy) | REDACTE |
| **Present appointment** (Job title/Department) | Head of Department |
| **Address** (Full work address including post/zip code) | Nyiro Gyula General Hospital, Dep. of Psychiatry II. 1135 Budapest, Lehel u. 59. |

**Qualifications**
(Degree and other professional qualifications)

| | | |
|---|---|---|
| MD, Year: | 1978 | |
| Specialist, Field | Psychiatry | 1985 |
| | Neurology | 1982 |
| | Clinical Pharmacology | 1998 |
| PhD: 1995    MSc | BSc | |
| Other | | |

| | |
|---|---|
| **Previous appointments/ experience** (include all relevant therapeutic/ practical experience after gaining qualifications) | 1978-83 Ujpest General Hospital, Dep. Neurology 1983-86 National Institute of Psychiatry and Neurology 1986-1998 Postgraduate Medical University, Dep. Psychiatry 1998-present: Nyiro Gyula General Hospital, Dep. Psychiatry |
| **Publications** (Number of articles published) | 80 |
| **Previous experience in clinical trials** (eg. 3 trials in the cardiovascular field and 2 in the respiratory field) | About 12-15 trials in psychiatric field |
| **GCP training** (number of days, year) | 3 days   1995 3 days   1998 |
| **Date of signature** | 03/03/2004 |
| **Signature** | |

155

CONFIDENTIAL
AZSER12443220

# CURRICULUM VITAE

Personal data:
    Name: György Ostorharics-Horváth M.D. Ph.D.
    Birth:
     - date: REDACTED
     - place: Budapest, Hungary

Current:

    Petz Aladár County Teaching Hospital,
    9024-Győr, Zrínyi u. 13.
    Department of Psychiatry II.
    Head of Department

Education:
    1959-1965: Medical University Budapest
          General Medical Faculty
    1969.    : special examination in neurology
    1971.    : special examination in psychiatry
    1981.    : special examination in elektroencephalography
    1992.    : special examination in addictology

    Language: English
    Skills: biological psychiatry
    Scientific Work: psychopharmacology, anxiety disorders, epileptology

Job: psychiatrist, neurologist
    Deputy Medical Director

I worked in 8 placebo controlled studies.

I deal with mainly psychopharmacology very intensively for years.

156

CONFIDENTIAL
AZSER12443221

Since 1989 regularly I am a participant in international psychopharmacological studies /I deal with schizophrenic patients and patients who suffered in affective disorders and anxiety/ and on international psychopharmacological conferences, and regularly present a paper on these conferences /XX.C.I.N.P. - Melbourne, VI. Congress of Biological Psychiatry, Nice, County Medical and Pharmaceutical Days, Nation-wide Psychiatric Congress/.

Regularly I give a paper about psychopharmacological drugs /e. g. antipsychotic and antidepressant drugs, about neuropharmacology of old-age illnesses/ to invitation of Scientific Association, e-g. Nation-wide Meeting of Family Doctors, Association of Hungarian Medical Scientific Societies.

Regularly I present a paper about psychopharmacological projects to other psychiatrists and family doctors /about antidepressant drugs, neuroleptical agents, antiparkinson drugs/. I deal with further vocational training of family doctors and nurses in psychiatry - psychopharmacology and psychotherapy too.

Győr, 23. március 2004.

Dr. Ostorharics-Horváth György Ph.D.

157

CONFIDENTIAL
AZSER12443222

AstraZeneca

| Study Code | D1441C00125 |
|---|---|
| Centre Number | 1810 |

## Curriculum Vitae

*Please fill in this form in English*

**First and Family Name**

Attila Szűcs

**Date of birth** (dd/mm/yyyy)

REDACTED

**Present appointment**
(Job title/Department)

Head of Department

**Address**
(Full work address including post/zip code)

Bács–Kiskun Megyei Önkormányzat Kórháza
Izsáki út 5. sz. Kecskemét, 6000

**Qualifications**
(Degree and other professional qualifications)

MD, Year: 1965

Specialist, Field Psychiatry   Year: 1971

PhD  x   MSc        BSc

Other   Professor

**Previous appointments/ experience**
(include all relevant therapeutic/ practical experience after gaining qualifications)

Neurology 1969
Radiology 1981
Psychotherapy 1993

**Publications**
(Number of articles published)

0     1-5     6-10     11-20     >20  x

**Previous experience in clinical trials**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field)

20 Phase III and IV. clinical trials
involving antipsychotics, anxiolytics,
antidepressents, antiparkinson antidementia and
nootropics.

**GCP training**
(number of days, year)

GCP training in 2004

**Date of signature**

29. Sept. 2004.

**Signature**

A. [signature]

158

CONFIDENTIAL
AZSER12443223

| Study Code | D1441C00125 |
|---|---|
| Country | Hungary |
| Centre No. | |

## Curriculum Vitae

Please complete this form in English

| | |
|---|---|
| **First and family name** | János Vizi |
| **Present position** | medical director |
| **Address**<br>(Full office address incl. postal/zip code) | PharmaProject Kft.<br>H-1053 Budapest<br>Kecskeméti u. 11. 2. emelet<br>Hungary |

**Medical education**

| | |
|---|---|
| Name of school | Semmelweis University of Medicine |
| City, Country | Budapest,Hungary |
| Duration of education | 6          year(s),          month(s) |
| Degree attained | MD |
| Education completed in year | 1985 |

| | |
|---|---|
| **Physician's reference/license number (if applicable)** | M/41765 |

**Postgraduate training**

| | |
|---|---|
| Type of training | Residency training |
| Name of institution | Haynal Imre Postgraduate University of Health Sciences |
| City, Country | Budapest,Hungary |
| Duration of training | 4          year(s),          month(s) |
| Degree attained | Specialist in Psychiatry |
| Training completed in year | 1989 |

| | |
|---|---|
| Type of training | Residency training |
| Name of institution | Haynal Imre Postgraduate University of Health Sciences |
| City, Country | Budapest,Hungary |
| Duration of training | 2          year(s),          month(s) |
| Degree attained | Specialist in Clinical Pharmacology |
| Training completed in year | 1997 |

| | |
|---|---|
| Type of training | |
| Name of institution | "Eötvös Lóránd" Univ. of Sciences, Faculty of Law |
| City, Country | Budapest,Hungary |
| Duration of training | 5          year(s),          month(s) |
| Degree attained | LD |
| Training completed in year | 2003 |

1(2)

159

CONFIDENTIAL
AZSER12443224

Curriculum Vitae
Study Code: SD-039-0735

| | |
|---|---|
| **Publications**<br>(number of written publications in<br>relevant area(s) of research) | 20 |
| **Experience of clinical research**<br>(number of clinical studies sponsored<br>by the pharmaceutical industry to<br>which the individual has contributed) | 12 |

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data protection laws may not exist or be as developed as in the European Economic Area.

Signature _____     Date of signature _02/MAR/2004_

2(2)

160

CONFIDENTIAL
AZSER12443225

AstraZeneca

| Study Code | D1441C00125 |
|---|---|
| Centre Number | |

## Curriculum Vitae

*Please fill in this form in English*

**First and Family Name**  Ákos BALOGH

**Date of birth** (dd/mm/yyyy)  REDACTED

**Present appointment**
(Job title/Department)  Head of the 1-st Dept.Psychiat, Markhot F.Hosp.

**Address**
(Full work address including post/zip code)  EGER, Baktai út 38.  H-3300.

**Qualifications**
(Degree and other professional qualifications)

MD, Year: 1969.

Specialist, Field  psychiatry   Year: 1976.

PhD        MSc        BSc

Other  neurology, 1974.

**Previous appointments/ experience**
(include all relevant therapeutic/ practical experience after gaining qualifications)

Two Ph.III. double blind multicentric anti-psychotic study.
3o years inpatient psychiatric experience

**Publications**
(Number of articles published)

0    1-5    6-10    11-20    >20

**Previous experience in clinical trials**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field)

2 trials in antipsychotic field.

**GCP training**
(number of days, year)

5 days, 1989, Semmelweis Univ.

**Date of signature**   8.July, 2004

**Signature**

161

CONFIDENTIAL
AZSER12443226

## Presentations of Ákos BALOGH M.D.

1. Neuroradiological aspects of cerebral arterial malformations. (Regional Symposium of Hungarian Neurologic and Psychiatric Assn. 1975. Debrecen)

2. EEG examinations of spontaneous and drog induced sleep (Atropine, Leponex). Regional Symposium of Hungarian Neurologic and Psychiatric Assn, 1975. Debrecen.

3. Changes in psychotic symptoms during Atropine coma therapy. (Regional Symposium of Hungarian Neurologic and Psychiatric Assn., 1977. Eger).

4. Experiences with a new antidepressant (amineptine).(Regional Symposium of Hungarian Neurological and Psychiatric Assn. Kaposvár, 1983.).

5. Preliminary data to Atropine coma therapy - a psychological aspect. WPA Regional Symposium, Helsinki, 1984.

6. Experienses with coma therapies in our practice in the last 20 years. Pasten MPT. National Congress, 2003.

162

CONFIDENTIAL
AZSER12443227



| Study Code | D1441C00125 |
|---|---|
| Centre Number | |

## Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | Dr. Bojtos Attila |
| **Date of birth** (dd/mm/yyyy) | REDACTED |
| **Present appointment** (Job title/Department) | Toldy Ferenc Kórház, I. Psychiatriai Osztály Cegléd |
| **Address** (Full work address including post/zip code) | 2701 Cegléd, Törteli u. 1-3. |

**Qualifications**
(Degree and other professional qualifications)

MD, Year: 1972

| Specialist, Field | | Year: | |
|---|---|---|---|
| | Neurology | | 1976 |
| | Psychiatry | | 1978 |
| | Addictology | | 1989 |

PhD        MSc              BSc

Other

| | |
|---|---|
| **Previous appointments/ experience** (include all relevant therapeutic/ practical experience after gaining qualifications) | Vezsprém Megyei II. Kórház, Sümeg 1972-1976 |
| **Publications** (Number of articles published) | 0 |
| **Previous experience in clinical trials** (eg, 3 trials in the cardiovascular field and 2 in the respiratory field) | 4 phasis III. trials in psychopharrmacotherapy 5 phasis IV. trials in psychopharmacotherapy |
| **GCP training** (number of days, year) | 1996. two days |
| **Date of signature** | 29.06.2004 |
| **Signature** | |

163

CONFIDENTIAL
AZSER12443228



| Study Code | D1441C00125 |
|---|---|
| Centre Number | |

# Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | PROF. ISTVÁN DEGRELL   MD.,PhD.,DSc. |
| **Date of birth** (dd/mm/yyyy) | REDACTED |
| **Present appointment** (Job title/Department) | Head of Deparment , Department of Psychiatry |
| **Address** (Full work address including post/zip code) | Nagyerdei krt.98., 4012 Debrecen, Hungary |

**Qualifications**
(Degree and other professional qualifications)

| | | | | |
|---|---|---|---|---|
| MD, Year: | 1971 | | | |
| Specialist, Field | Psychiatry | Year: | 1975 |
| PhD | MSc | BSc | |
| Other | DSc., MA. | | | |

**Previous appointments/ experience**
(include all relevant therapeutic/ practical experience after gaining qualifications)

1971-1990 Assistant Professor of Psychiatry
1990-1994 Docent
1996-    Head of Dept.

**Publications**
(Number of articles published)

| 0 | 1-5 | 6-10 | 11-20 | >20 |
|---|---|---|---|---|

**Previous experience in clinical trials**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field)

Schizophrenia, GAD, Dementia ( Phasis II., III. )

**GCP training**
(number of days, year)

1997

**Date of signature**

15/06/2004

**Signature**

CONFIDENTIAL
AZSER12443229

**AstraZeneca**

| | |
|---|---|
| Study Code | D1441C00125 |
| Centre Number | 2, |

---

## Curriculum Vitae

---

*Please fill in this form in English*

**First and Family Name** ILONA Dʳ FURÁSZ

**Date of birth** (dd/mm/yyyy)  ▉ REDACTED ▉

**Present appointment**
(Job title/Department)  HETÉNYI COUNTY HOSPITAL

**Address**
(Full work address including post/zip code)  SZOLNOK 5000 TÓSZEGi u. 21 HUNGARY

**Qualifications**
(Degree and other professional qualifications)

MD, Year: 1978

Specialist, Field PSYCHIATRIST    Year: 1985

PhD       MSc       BSc

Other   FORENSIC PSYCHIATRIST   1988

**Previous appointments/ experience**
(include all relevant therapeutic/ practical experience after gaining qualifications)

HOSPITAL SÜMEG
JUSTITUT FORENSIC MED. EXPERT SZOLNOK
I PARTICIPATED IN A SOCIAL-ECONOMIC TRIAL

**Publications**
(Number of articles published)

(0)   1-5   6-10   11-20   >20  (4 da PHASE

**Previous experience in clinical trials**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field)

**GCP training**
(number of days, year)  24.03.2003

**Date of signature**  02.08 2004

**Signature**

165

CONFIDENTIAL
AZSER12443230



**Clinical Study Report: Appendix 12.1.5**

| | |
|---|---|
| Drug Substance | quetiapine |
| Study Code | D1441C00125 |

# Appendix 12.1.5
# Signatures

CONFIDENTIAL
AZSER12443231

Clinical Study Report: Appendix 12.1.5
Study Code: D1441C00125

| Title | Version ID |
|---|---|
| Main body of document | CNS.000-092-261.2.0 |
| Appendix 12.1 Study information | CNS.000-098-751.2.0 |
| Appendix 12.1.1 Protocol and protocol amendments | CNS.000-121-465.2.0 |
| Appendix 12.1.2 Sample Case Report Form | CNS.000-121-466.2.0 |
| Appendix 12.1.3 Independent Ethics Committees/Institutional Review Boards consulted and sample of written Subject Information and Consent Form | CNS.000-121-467.2.0 |
| Appendix 12.1.4 Participants in the study | CNS.000-121-468.2.0 |
| Appendix 12.1.5 Signatures | CNS.000-121-469.2.0 |
| Appendix 12.1.6 Listing of subjects receiving the various batches of investigational product(s) | CNS.000-098-759.2.0 |
| Appendix 12.1.7 Randomisation scheme and codes | CNS.000-121-471.2.0 |
| Appendix 12.1.8 Audit certificates | CNS.000-098-755.2.0 |
| Appendix 12.1.9 Documentation of statistical methods and supporting statistical analysis | CNS.000-121-473.2.0 |
| Appendix 12.1.10 Documentation of assay-methods, inter-laboratory standardisation methods and related quality assurance procedures | CNS.000-121-474.2.0 |
| Appendix 12.1.11 Publications based on the study | CNS.000-098-767.2.0 |
| Appendix 12.1.12 Important publications referenced in the report | CNS.000-121-476.2.0 |
| Appendix 12.2 Subject data listings | CNS.000-098-772.2.0 |
| Appendix 12.2.1 Disposition of each subject (completion/ discontinuation) | CNS.000-124-981.2.0 |
| Appendix 12.2.2 Protocol deviations | CNS.000-124-982.2.0 |
| Appendix 12.2.3 Subjects and data excluded from efficacy analysis | CNS.000-124-983.2.0 |
| Appendix 12.2.4 Demographic and baseline characteristics | CNS.000-124-984.2.0 |
| Appendix 12.2.5 Treatment compliance (for each randomised subject) | CNS.000-124-985.3.0 |
| Appendix 12.2.6 Individual efficacy and pharmacokinetics response data | CNS.000-124-986.2.0 |
| Appendix 12.2.7 Adverse event listing by subject | CNS.000-124-987.3.0 |
| Appendix 12.2.8 Listing of individual laboratory measurements, by subject, per visit | CNS.000-124-988.2.0 |
| Appendix 12.2.9 Listing of vital signs | CNS.000-124-989.2.0 |
| Appendix 12.2.10 Listing of other safety data | CNS.000-124-993.2.0 |
| Appendix 12.3 Case Report Forms | CNS.000-098-776.2.0 |
| Appendix 12.4 Individual subject data listings | CNS.000-098-778.2.0 |

CONFIDENTIAL
AZSER12443232

Clinical Study Report: Appendix 12.1.5
Study Code: D1441C00125

# SIGNATURE OF SPONSOR'S RESPONSIBLE MEDICAL OFFICER

**A 24-Week, International, Multi-centre, Open-label, Flexible-dose, Randomised, Parallel-Group, Phase IV Study to Compare the Effect on Glucose Metabolism of Quetiapine, Olanzapine and Risperidone in the Treatment of Patients with Schizophrenia**

I have read this report and confirm that to the best of my knowledge it accurately describes the conduct and results of the study

Signature:

Martin Brecher, MD, DMSc, MBA

15 June 2006
Date
(Day Month Year)

AstraZeneca Pharmaceuticals – US
Clinical Neuroscience
1800 Concord Pike
P. O. Box 15437
Wilmington, DE
19850-5437
U.S.A.

3

CNS.000-121-469.2.0 (Version Created 15 Jun 2006 14:36:52)

CONFIDENTIAL
AZSER12443233

Clinical Study Report: Appendix 12.1.5
Study Code: D1441C00125

# SIGNATURE OF SPONSOR'S GLOBAL PRODUCT STATISTICIAN

**A 24-Week, International, Multi-centre, Open-label, Flexible-dose, Randomised, Parallel-Group, Phase IV Study to Compare the Effect on Glucose Metabolism of Quetiapine, Olanzapine and Risperidone in the Treatment of Patients with Schizophrenia**

I have read this report and confirm that to the best of my knowledge it accurately describes the conduct and results of the study

Signature:

Mårten Vågerö, Ph.D.

Statistical Science Director
AstraZeneca R&D Södertälje
Biostatistics
SE-151 85 Södertälje
Sweden

19 June 2006

Date
(Day Month Year)

CONFIDENTIAL
AZSER12443234

Clinical Study Report Appendix 12.1.5
Study Code: D1441C00125

# SIGNATURE OF
# INTERNATIONAL CO-ORDINATING INVESTIGATOR

**A 24-Week, International, Multi-centre, Open-label, Flexible-dose, Randomised, Parallel-Group, Phase IV Study to Compare the Effect on Glucose Metabolism of Quetiapine, Olanzapine and Risperidone in the Treatment of Patients with Schizophrenia**

I have read this report and confirm that to the best of my knowledge it accurately describes the conduct and results of the study

Signature:

Robin Emsley, Professor, MBChB, MMed,
FCPsych, MD

18 JUNE 2006

Date
(Day Month Year)

Department of Psychiatry
Faculty of Health Sciences
University of Stellenbosch
PO Box 19063
Tygerberg 7505
Cape Town
South Africa

5
CNS.000-121-469.2.0 (Version Created 15 Jun 2006 14:36:52)

CONFIDENTIAL
AZSER12443235



| Clinical Study Report: Appendix 12.1.6. | |
| --- | --- |
| Drug Substance | quetiapine |
| Study Code | D1441C00125 |

# Appendix 12.1.6

# Listing of subjects receiving the various batches of investigational product(s)

CONFIDENTIAL
AZSER12443236

Clinical Study Report: Appendix 12.1.6.
Study Code: D1441C00125

| Centre | Enrolment number | Patient number | Drug * | Batch number for titration and medication |
|---|---|---|---|---|
| 1001 | E1001002 | 10005 | R | PO E02681-006L17 + 03BL406 + 04DL343 |
| 1001 | E1001004 | 30019 | R | PO E02681-006L17 + 03BL406  + 03DL343 |
| 1001 | E1001006 | 30022 | R | PO E02681-025L02  + 03DL343 +03BL406 |
| 1001 | E1001010 | 50022 | O | PO E02681-026L02 + AO96118 |
| 1001 | E1001009 | 60181 | Q | PO E02681-006L01 + PO10032921 + PO10034681 |
| 1001 | E1001005 | 70085 | O | PO E02681-006L09 + A063481 + AO96118 |
| 1001 | E1001011 | 70098 | O | PO E02681-006L09 + AO96118 + A063481 |
| 1001 | E1001001 | 80035 | Q | PO E02681-006L01 + PO10022201 + PO10029799 + PO10032921 |
| 1001 | E1001003 | 80038 | Q | PO E02681-006L01 + PO10022201 |
| 1001 | E1001008 | 80055 | Q | PO E02681-006L01 + PO10032921 +PO10034681 |
| 1001 | E1001007 | E1001007 | NA | NA |
| 1002 | E1002002 | 20014 | Q | PO E02681-006L01 + PO10022201 + PO10032921 |
| 1002 | E1002011 | 30020 | Q | PO E02681-006L01 + PO10022201 + PO10032921 |
| 1002 | E1002003 | 40008 | O | PO E02681-006L09 + A060551 + AO63481 + AO81533 + AO89689 + AO96118 |
| 1002 | E1002005 | 40009 | O | PO E02681-006L09 + A060551 + AO63481 + AO81533 + AO89689 + AO96118 |
| 1002 | E1002014 | 50025 | R | PO E02681-006L17 + 04DL343 + 03BL406 |
| 1002 | E1002001 | 60080 | R | PO E02681-006L17 + 03BL406 + 03EL872 |
| 1002 | E1002004 | 60125 | Q | PO E02681-006L01 + PO10022201 + PO10029799 + PO10032921 |
| 1002 | E1002006 | 60126 | R | PO E02681-006L17 + 03BL406 + 04DL343 |
| 1002 | E1002009 | 60135 | O | PO E02681-006L09 + A060551 +AO63481 + AO81533 + AO89689 + AO96118 |
| 1002 | E1002007 | 70061 | R | PO E02681-006L17 + 03BL406 + 03EL872 + 04DL343 |
| 1002 | E1002010 | 70073 | R | PO E02681-006L17 + 03BL406 + 03EL872 + 04DL343 |
| 1002 | E1002008 | 80039 | O | PO E02681-006L09 + TA4115 |
| 1002 | E1002013 | 80044 | O | PO E02681-006L09 + A081533 + AO89689 + AO96118 |
| 1002 | E1002012 | E1002012 | NA | NA |

2

CONFIDENTIAL
AZSER12443237

Clinical Study Report: Appendix 12.1.6.
Study Code: D1441C00125

| Centre | Enrolment number | Patient number | Drug [*] | Batch number for titration and medication |
|---|---|---|---|---|
| 1003 | E1003003 | 20010 | O | PO E02681-006L09 + A060551 + A063481 + A077869 + A081533 |
| 1003 | E1003014 | 20021 | Q | PO E02681-006L01 + PO10032921 + PO10029799 + PO10034681 |
| 1003 | E1003025 | 20035 | Q | PO E02681-006L01 + PO10034681 + PO10032921 |
| 1003 | E1003015 | 30018 | R | PO E02681-006L17 + 03BL406 + 03EL872 |
| 1003 | E1003016 | 40010 | R | PO E02681-006L17 + 03EL872 + 04DL343 + 03BL406 |
| 1003 | E1003019 | 50018 | Q | POE02681-006L01 + PO10032921 + PO10034681 |
| 1003 | E1003020 | 50020 | R | PO E02681-025L02  + 04DL343 + 03BL406 |
| 1003 | E1003001 | 60033 | Q | PO E02681-006L01 + PO10022201 + PO10029799 |
| 1003 | E1003004 | 60049 | O | PO E02681-006L09 + A060551 |
| 1003 | E1003005 | 60050 | O | PO E02681-006L09 + A060551 |
| 1003 | E1003006 | 60066 | Q | PO E02681-006L01 + PO10022201 + PO10029799 |
| 1003 | E1003007 | 60067 | Q | PO E02681-006L01 + PO10022201 |
| 1003 | E1003010 | 60084 | Q | PO E02681-006L01 + PO10022201 + PO10029799 + PO10032921 |
| 1003 | E1003011 | 60093 | R | PO E02681-006L17 +  03BL406 + 03EL872 +  04DL343 |
| 1003 | E1003013 | 60114 | R | PO E02681-006L17 +  03BL406 + 03EL872 +  04DL343 |
| 1003 | E1003017 | 60134 | Q | PO E02681-006L01 + PO10034681 + PO10029799 + PO10032921 |
| 1003 | E1003022 | 60198 | O | PO E02681-006L09 + AO96118 + AO69755 |
| 1003 | E1003028 | 60207 | O | PO E02681-006L09 + AO69755 + AO96118  + AO90651 + A11501 |
| 1003 | E1003029 | 60208 | R | POE02681-025L02 + 04DL343  + 03LL441 + 04EL592 + 03BL406 + 5BL0200 |
| 1003 | E1003027 | 60209 | Q | PO E02681-025L01 + PO10032921 + PO10034681 |
| 1003 | E1003008 | 70026 | O | PO E02681-006L09 + A063481 + A060551 +  AO69755 + A081533 |
| 1003 | E1003012 | 70041 | Q | PO E02681-006L01 + PO10022201 +PO10029799 + PO10032921 |
| 1003 | E1003018 | 70078 | O | PO E02681-006L09 + AO96118 + AO89689 + AO77869 + A081533 |
| 1003 | E1003021 | 70097 | R | PO E02681-025L02 + 04DL343  + 03LL411 |
| 1003 | E1003024 | 70109 | R | PO E02681-026L03 + 04DL343 + 5BL0200 + 03LL441 |

3

CONFIDENTIAL
AZSER12443238

Clinical Study Report: Appendix 12.1.6.
Study Code: D1441C00125

| Centre | Enrolment number | Patient number | Drug * | Batch number for titration and medication |
|---|---|---|---|---|
| 1003 | E1003026 | 70111 | O | PO E02681-006L09 + AO96118 + AO89689 + AO69755 + A114501 + AO90651 |
| 1003 | E1003009 | 80023 | R | PO E02681-006L17 + 03BL406 + 03EL872 + 04DL343 |
| 1003 | E1003002 | E1003002 | N/A | N/A |
| 1003 | E1003023 | E1003023 | N/A | N/A |
| 1004 | E1004001 | 20018 | R | PO E02681-006L17  +03BL406 + 04DL343 |
| 1004 | E1004007 | 20027 | R | PO E02681-006L17 + 04DL343 +  03EL872 +03BL406 |
| 1004 | E1004008 | 30029 | R | PO E02681-006L17 + 04DL343 + 03EL872 +  03BL406  + 5BL0200 |
| 1004 | E1004010 | 40016 | R | POE02681-006L17 + 04DL343 +  03BL406  +  5BL0200 |
| 1004 | E1004003 | 60133 | O | PO E02681-006L09 + A060551 + AO77869 + A089689 + AO96118 |
| 1004 | E1004002 | 70053 | Q | PO E02681-006L01 + PO10022201 |
| 1004 | E1004006 | 70067 | O | PO E02681-006L09 + A060551 + A089689 +AO96118 |
| 1004 | E1004005 | 70068 | Q | PO E02681-006L01 + PO10022201 + PO10034681 |
| 1004 | E1004009 | 80057 | R | POE02681-006L17 + 04DL343 + 03EL872 + 03BL406 + 5BL0200 |
| 1004 | E1004004 | E1004004 | NA | NA |
| 1005 | E1005027 | 20016 | O | PO E02681-006L09 + A060551 + A063481 + A081533 + A089689 |
| 1005 | E1005039 | 40013 | R | PO E02681-006L17 + 04DL343 |
| 1005 | E1005002 | 50004 | Q | PO E02681-006L01 + PO10022201 |
| 1005 | E1005001 | 60037 | R | PO E02681-006L17 + 03BL406 + 04EL592 |
| 1005 | E1005005 | 60048 | Q | PO E02681-006L01 + PO10022201 |
| 1005 | E1005007 | 60054 | R | PO E02681-006L17 + 03BL406 |
| 1005 | E1005011 | 60059 | Q | PO E02681-006L01 + PO10022201 + PO10029799 |
| 1005 | E1005014 | 60064 | Q | PO E02681-006L01 + PO10022201 + PO10029799 |
| 1005 | E1005010 | 60068 | R | PO E02681-006L17 + 03BL406 + 04EL872 |
| 1005 | E1005015 | 60070 | O | PO E02681-006L09 + A060551 +  A063481 + A081533 |
| 1005 | E1005016 | 60072 | Q | PO E02681-006L01 + PO10022201 + PO10029799 |
| 1005 | E1005018 | 60074 | Q | PO E02681-006L01 + PO10022201 + PO10029799 |
| 1005 | E1005020 | 60077 | R | PO E02681-006L17 + 03BL406 + 03EL872 +04DL343 |

4

CONFIDENTIAL
AZSER12443239

Clinical Study Report: Appendix 12.1.6.
Study Code: D1441C00125

| Centre | Enrolment number | Patient number | Drug [*] | Batch number for titration and medication |
|---|---|---|---|---|
| 1005 | E1005021 | 60078 | O | PO E02681-006L09 + AO60551+ A069755 + A080429 |
| 1005 | E1005022 | 60079 | R | PO E02681-006L17 + 03BL406 + 04EL592 +03LL441 |
| 1005 | E1005024 | 60083 | O | PO E02681-006L09 + A063481 + A069755 +A080429 + A067055 + A060551 |
| 1005 | E1005025 | 60097 | R | PO E02681-006L17 + 03BL406 + 04EL592 + 03EL872 + 04DL343 |
| 1005 | E1005028 | 60101 | R | PO E02681-006L17 + 03BL406 + 04EL592 + 03LL441 |
| 1005 | E1005037 | 60155 | O | PO E02681-006L09+ A081533 +  AO89689 +  AO96118 + AO90651 + AO95634 |
| 1005 | E1005040 | 60159 | Q | PO E02681-019L01 + PO10022201 + PO10032921 + PO10034681 |
| 1005 | E1005043 | 60163 | O | PO E02681-019L02 + A077869 + AO89689 + AO96118 + AO90651 + AO95634 |
| 1005 | E1005004 | 70020 | Q | PO E02681-006L01 + PO10022201 + PO10029799 |
| 1005 | E1005006 | 70022 | O | PO E02681-006L09 + A060551 + A063481 +A081533 |
| 1005 | E1005012 | 70025 | Q | PO E02681-006L01 + PO10022201 + PO10029799 |
| 1005 | E1005013 | 70030 | R | PO E02681-006L17 + 03BL406 + 04EL592 |
| 1005 | E1005019 | 70033 | R | PO E02681-006L17 + 03BL406 + 04DL343 |
| 1005 | E1005023 | 70035 | O | PO E02681-006L09 + A060551 + A063481 +A081533 |
| 1005 | E1005029 | 70046 | R | PO E02681-006L17 + 03BL406 + 04EL592 + 03LL441 |
| 1005 | E1005032 | 70049 | R | PO E02681-006L17 + 03BL406 + 03EL872 +04DL343 |
| 1005 | E1005033 | 70056 | R | PO E02681-006L17 + 03BL406 + 03EL872 + 04EL592 + 03LL441 +  04DL343 |
| 1005 | E1005034 | 70060 | Q | PO E02681-006L01 + PO10022201 +PO10029799 + PO10032921 |
| 1005 | E1005035 | 70074 | Q | PO E02681-006L01 + PO10029799 +  PO10022201 + PO10032921 + PO10034681 |
| 1005 | E1005038 | 70081 | O | PO E02681-006L09 + AO67055 + AO90651 + AO84499 + AO95634 |
| 1005 | E1005041 | 70082 | O | PO E02681-019L02 + AO81533 + AO77869 + AO89689 + AO96118 |
| 1005 | E1005008 | 80016 | O | PO E02681-006L09 + A060551 + A063481 + AO69755 |
| 1005 | E1005017 | 80021 | R | PO E02681-006L17 + 03BL406 + 04EL592 + 04DL343 + 04DL343 |

5

CONFIDENTIAL
AZSER12443240

Clinical Study Report: Appendix 12.1.6.
Study Code: D1441C00125

| Centre | Enrolment number | Patient number | Drug [*] | Batch number for titration and medication |
|---|---|---|---|---|
| 1005 | E1005030 | 80032 | O | PO E02681-006L09 + AO69755 + AO61324+ AO67055 + AO89689 |
| 1005 | E1005031 | 80034 | R | PO E02681-006L17 + 03BL406 + 04EL592 +03LL441 |
| 1005 | E1005036 | 80048 | O | POE02681-019L02 + AO67055 + AO80429 + AO90651 + AO84499 + AO95634 |
| 1005 | E1005044 | 80050 | Q | PO E02681-006L01 + PO10022201 + PO10032921 + PO10034681 |
| 1005 | E1005003 | E1005003 | NA | NA |
| 1005 | E1005009 | E1005009 | NA | NA |
| 1005 | E1005026 | E1005026 | NA | NA |
| 1005 | E1005042 | E1005042 | NA | NA |
| 1006 | E1006005 | 20013 | Q | POE02681-006L01 + PO10022201 |
| 1006 | E1006010 | 20025 | O | PO E02681-006L09 + AO67055 + AO77869 + AO89689 + AO90651 + AO84499 + AO96118 +  A060551 + AO95634 |
| 1006 | E1006024 | 20036 | O | PO E02681-027L03 + AO96118 + AO84499 + AO90651 + AO95634 |
| 1006 | E1006002 | 30010 | O | PO E02681-006L09 + A060551 + A063481 + AO69755 + A081533 |
| 1006 | E1006008 | 30016 | Q | PO E02681-006L01 + PO10022201 + PO10029799 + PO10032921 |
| 1006 | E1006019 | 30025 | O | PO E02681-027L03 AO96118 + AO84499 + AO95634 + |
| 1006 | E1006023 | 30030 | Q | PO E02681-025L01 + PO10032921 + PO10034681 |
| 1006 | E1006013 | 50017 | O | PO E02681-026L02 + AO89689 + AO67055 + AO96118 + AO77869 + AO84499 + AO09651 + AO95634 |
| 1006 | E1006021 | 50024 | O | PO E02681-027L03 + AO96118 + AO84499 +  AO90651 + AO95634 |
| 1006 | E1006001 | 60047 | Q | PO E02681-006L01 + PO10022201 |
| 1006 | E1006003 | 60069 | O | PO E02681-006L09 + AO60551 + AO69555 +  AO69755 |
| 1006 | E1006006 | 60085 | R | PO E02681-006L17 + 03BL406 |
| 1006 | E1006007 | 60099 | Q | PO E02681-006L01 + PO10022201 + PO10032921 |
| 1006 | E1006009 | 60145 | O | POE02681-006L09 + AO81533 + AO67055 + AO90651 + AO84499 |
| 1006 | E1006011 | 60164 | O | POE02681-006L09 + AO77869 + AO67055 + AO89689 + AO96118 + AO84499 + AO90651 + AO95634 |

6

CONFIDENTIAL
AZSER12443241

Clinical Study Report: Appendix 12.1.6.
Study Code: D1441C00125

| Centre | Enrolment number | Patient number | Drug [*] | Batch number for titration and medication |
|---|---|---|---|---|
| 1006 | E1006012 | 60174 | R | PO E02681-006L17 + 03BL406 + 04DL343 |
| 1006 | E1006014 | 60177 | O | PO E02681-019L02 + AO89689 + AO90651 + AO96118 + AO84499 + AO95634 |
| 1006 | E1006015 | 60178 | O | PO E02681-026L02 + AO89689 + AO90651 + AO96118 + AO84499 + AO69755 + AO95634 |
| 1006 | E1006016 | 60179 | Q | PO E02681-006L01 + PO10032921 + PO10034681 |
| 1006 | E1006017 | 60182 | O | PO E02681-026L02 + AO89689 + AO67055 + AO84499 + AO96118 + AO95634 |
| 1006 | E1006018 | 60184 | O | POE02681-027L03 + AO89689 + AO69755 + AO84499 + AO96118 + AO90651 |
| 1006 | E1006020 | 60195 | R | PO E02681-006L17 + 03BL406 + 04DL343 + 03LL441 |
| 1006 | E1006026 | 60213 | Q | PO E02681-006L01 + PO10032921 + PO10034681 |
| 1006 | E1006004 | 70031 | Q | PO E02681-006L01 + PO10022201 + PO10029799 |
| 1006 | E1006025 | 70110 | O | PO E02681- 027L03  + AO90651 + AO95634 |
| 1006 | E1006022 | 80056 | R | PO E02681-006L17 + 03BL406 + 04DL343 + 03LL441 |
| 1008 | E1008010 | 10004 | Q | PO E02681-006L01 + PO10022201 |
| 1008 | E1008001 | 30009 | Q | PO E02681-006L01 + PO10022201 |
| 1008 | E1008014 | 30012 | R | PO E02681-006L17 + 03BL406 + 04DL343 |
| 1008 | E1008012 | 40007 | Q | PO E02681-006L01 + PO10022201 + PO10032921 |
| 1008 | E1008009 | 50008 | R | PO E02681-006L17 + 04DL343 + 03EL872 + 03BL406 |
| 1008 | E1008011 | 60105 | Q | PO E02681-006L01 + PO10022201 |
| 1008 | E1008015 | 60110 | Q | PO E02681-006L01 + PO10022201 |
| 1008 | E1008017 | 60111 | O | PO E02681-006L09 + AO60551 + AO63481  + AO89689 + AO96118 |
| 1008 | E1008018 | 60121 | R | PO E02681-006L17 + 03BL406 + 03EL872 +04DL343 |
| 1008 | E1008019 | 60124 | O | PO E02681-006L09 + AO81533 + AO89689 + AO63481+ AO96118 |
| 1008 | E1008021 | 60142 | Q | PO E02681-006L01 + PO10022201 |
| 1008 | E1008020 | 60143 | O | PO E02681-006L09 + AO63481 +AO89689 +  AO96118 |
| 1008 | E1008002 | 70034 | O | PO E02681-006L09 + AO60551 + AO63481 |
| 1008 | E1008003 | 70037 | R | PO E02681-006L17 + 03BL406 |
| 1008 | E1008007 | 70038 | Q | PO E02681-006L01 + PO10022201 |
| 1008 | E1008008 | 70039 | O | PO E02681-006L09 + AO60551 |

7

CONFIDENTIAL
AZSER12443242

Clinical Study Report: Appendix 12.1.6.
Study Code: D1441C00125

| Centre | Enrolment number | Patient number | Drug [*] | Batch number for titration and medication |
|--------|------------------|----------------|----------|-------------------------------------------|
| 1008 | E1008016 | 70048 | O | PO E02681-006L09 + AO89689 + AO63481 + AO96118 + AO60551 |
| 1008 | E1008005 | 80024 | O | PO E02681-006L09 + AO60551 + AO63481 + AO81533 + AO89689 |
| 1008 | E1008006 | 80025 | R | PO E02681-006L17 + 03BL406 + O3EL872 |
| 1008 | E1008004 | E1008004 | NA | NA |
| 1008 | E1008013 | E1008013 | NA | NA |
| 1009 | E1009001 | 70036 | R | No titration pack used + 03BL406 + 04EL592 + 03EL872 |
| 1101 | E1101001 | E1101001 | N/A | N/A |
| 1102 | E1102003 | 60176 | R | PO E02681-020L03 + 03JL657 + 02LL848 |
| 1102 | E1102001 | 70086 | O | PO E02681-006L10 + A043220 + A044502 |
| 1102 | E1102002 | 70088 | R | PO E02681-006L18 + 02LL848 + 03JL657 |
| 1103 | E1103001 | 70066 | R | PO E02681-006L18 + 03JL657 |
| 1104 | E1104009 | 20017 | O | PO E02681-006L10 + A043220 |
| 1104 | E1104001 | 30004 | Q | PO E02681-006L02 + PO10022203 |
| 1104 | E1104002 | 30005 | O | PO E02681-006L10 + A043220 + A044502 |
| 1104 | E1104007 | 30008 | Q | PO E02681-006L02 + PO10022203 |
| 1104 | E1104006 | 60018 | O | PO E02681-006L10 + A044502 + A043220 |
| 1104 | E1104011 | 60148 | Q | PO E02681-006L02 + PO10022203 +PO10030959 + PO10032992 |
| 1104 | E1104012 | 60149 | R | PO E02681-006L18 + 03JL657 + 02LL848 |
| 1104 | E1104013 | 60185 | R | PO E02681-006L18 + 02LL848  + 03JL657 |
| 1104 | E1104008 | 70028 | R | PO E02681-006L18 + 03JL657 + 02LL848 |
| 1104 | E1104003 | 80005 | Q | PO E02681-006L02  + PO10022203 |
| 1104 | E1104005 | 80007 | Q | PO E02681-006L02  + PO10022203 |
| 1104 | E1104010 | 80030 | O | PO E02681-006L10  + A043220 |
| 1104 | E1104004 | E1104004 | N/A | N/A |
| 1105 | E1105001 | 60214 | R | PO E02681-006L18 + 03JL657 + 02LL848 |
| 1108 | E1108001 | 30001 | R | PO E02681-006L18  + 03JL657 |
| 1108 | E1108005 | 30002 | Q | PO E02681-006L02 + PO10022203 |
| 1108 | E1108008 | 30003 | O | PO E02681-006L10 + AO44502 + AO43220 |
| 1108 | E1108010 | 40001 | O | PO E02681-006L10 + AO44502 + AO43220 |

8

CONFIDENTIAL
AZSER12443243

Clinical Study Report: Appendix 12.1.6.
Study Code: D1441C00125

| Centre | Enrolment number | Patient number | Drug * | Batch number for titration and medication |
|---|---|---|---|---|
| 1108 | E1108011 | 50026 | O | PO E02681-006L10  + AO45174 + AO44502 |
| 1108 | E1108012 | 50027 | Q | PO E02681-006L02 + PO10030959 |
| 1108 | E1108002 | 60002 | R | PO E02681-006L18 + 03JL657 |
| 1108 | E1108004 | 60003 | O | PO E02681-006L10 + AO44502 + AO43220 |
| 1108 | E1108006 | 60004 | Q | PO E02681-006L02 + PO10022203 |
| 1108 | E1108013 | 60197 | O | PO E02681-006L10 + AO44502 + AO45174 + AO95816 |
| 1108 | E1108014 | 60200 | O | PO E02681-006L10 + AO45174 + AO44502  + AO95816 |
| 1108 | E1108003 | 70001 | O | PO E02681-006L10 + AO44502 + AO43220 |
| 1108 | E1108007 | 70002 | R | PO E02681-006L18 + 03JL657 +02LL848 |
| 1108 | E1108009 | 80001 | R | PO E02681-006L18 + 03JL657 +02LL848 |
| 1109 | E1109007 | 30027 | R | PO E02681-020L03  + 03JL657 |
| 1109 | E1109002 | 70090 | Q | PO E02681-020L01 + PO10030959 + PO10032992 |
| 1109 | E1109006 | 70100 | Q | PO E02681-020L01 + PO10030959 + PO10032992 |
| 1109 | E1109001 | 80052 | O | PO E02681-0020L02 + AO43220 + AO44502 + AO45174 + AO95816 |
| 1109 | E1109003 | 80053 | Q | PO E02681-006L02 + PO10030959 + PO10032992 |
| 1109 | E1109004 | 80054 | R | PO E02681-020L03 + 02LL848 +  03JL657 |
| 1109 | E1109005 | E1109005 | N/A | N/A |
| 1110 | E1110001 | 20029 | Q | PO E02681-006L02 + PO10030959 |
| 1110 | E1110002 | 30031 | R | Label was lost + 03JL657 + 02LL848 |
| 1201 | E1201003 | 50012 | O | PO E02681-009L01 + PO482DE040026 + PO482DE040025 |
| 1201 | E1201002 | 60107 | R | Labels were lost – can not get any further information |
| 1201 | E1201004 | 60152 | N/A | N/A |
| 1201 | E1201001 | 80031 | O | PO E02681-009L01 + PO482DE040026 +PO482DE040025 |
| 1203 | E1203001 | 60112 | R | PO E02681-009L02 + PO482DE040023 +PO482DE040024 |
| 1203 | E1203002 | 60113 | Q | PO E02681-006L03 + PO10022205 |
| 1203 | E1203003 | 60132 | O | PO E02681-009L01 + PO482DE040025 +PO482DE040026 |
| 1204 | E1204003 | 30013 | R | PO E02681-009L02 + PO482DE040024 +PO482DE040023 |
| 1204 | E1204005 | 30028 | O | PO E02681-009L01 + PO482DE040026 +PO482DE040025 |
| 1204 | E1204001 | 60053 | Q | PO E02681-006L03 + PO10022205 |

9

CONFIDENTIAL
AZSER12443244