

## ACCURACY

Glucose accuracy is evaluated by comparison with College of American Pathologists (CAP) Chemistry Survey.  The following survey results were obtained from July 2005:

| Survey Sample | CCLS (mg/dL) | CAP Mean | CAP SD | SDI |
|---|---|---|---|---|
| C-06 | 105 | 103.3 | 2.3 | +0.7 |
| C-07 | 211 | 209.5 | 4.3 | +0.4 |
| C-08 | 51 | 50.0 | 1.2 | +0.8 |
| C-09 | 186 | 182.8 | 3.6 | +0.9 |
| C-10 | 295 | 289.8 | 5.8 | +0.9 |

## QUALITY CONTROL

Three levels of commercial quality control material (BioRad Liquichek) are used for start-up.  For within run quality control, Level I and Level II are run at the beginning and end of each load.  The maximum load size is 100 specimens.

## REPORTABLE RANGE

The Glucose linearity is evaluated and updated with each new shipment of reagent or every six months.  The linear range of the assay is 20 - 1000 mg/dL.  If the value is greater than the linearity of the assay, the instrument automatically reruns the sample in the dilution mode and multiplies the results by the appropriate dilution factor.

## REFERENCE RANGE

| Age | Both sexes, (mg/dL) |
|---|---|
| 0-1 M | 40 – 110 |
| 1M – 18 yrs | 70 – 115 |
| 18 - 59 yrs | 70 – 115 |
| ≥ 59 years | 70 - 120 |

CONFIDENTIAL
AZSER12443395


THE DEVELOPMENT SERVICES COMPANY

## <u>SPECIFICITY</u>

The manufacturer states no significant icterus interference up to an I index of 60, no significant hemolysis interference up to an H index of 1000 and no significant interference from lipemia up to an L index of 1000.

13Dec2005 CF                    Glucose                    Page 4 of 4

CONFIDENTIAL
AZSER12443396

## Covance Central Laboratory Services
## Method Summary - Hemoglobin A1c

### CLINICAL SIGNIFICANCE

Diabetes Mellitus, a condition affecting more than 5% of the world population, is considered to be the fifth leading cause of death in the United States. It has been clinically defined as an absolute or relative deficiency of insulin that may progress to hyperglycemia, and is often associated with specific micro- and macrovascular complications. Neuropathy, retinopathy, and nephropathy have been shown to be most prevalent in patients with poor glucose control and least prevalent in patients with good glucose control.

The aim of therapy in diabetes is to maintain a constant, normal (or near normal) level of glucose in the blood. As blood glucose levels rise, the increase in non-enzymatic glycosylation of proteins is proportional to both the level of glucose and the life span of the protein in the circulation or tissues. Because the average half-life of a red blood cell is 60 days, glycosylated hemoglobin has been accepted as a measurement that reflects, better than fasting blood sugar concentration, the mean daily blood sugar concentrations and the degree of carbohydrate imbalance over the preceding two months.

### METHOD

The hemoglobin A1c assay is performed at Covance Central Laboratory Services (CLS) on the FDA-approved Bio-Rad Variant™ analyzer. This analyzer utilizes the principles of ion-exchange high performance liquid chromatography (HPLC) and microcomputer technology. The analyzer uses two dual piston pumps, which deliver a programmed buffer gradient of increasing ionic strength to the system. Prepared samples are automatically injected into the analytical flow path and applied to the cation exchange column, where the hemoglobin is separated based upon the attraction of the hemoglobin to the column material. The separated hemoglobin then passes through the flow cell of the filter photometer, where changes in the absorbance are measured. Detection is performed at two wavelengths, 415 nm and 690 nm, to insure a stable baseline. A chromatogram of the changes in the absorbance is plotted versus the retention time. Each chromatogram printout is accompanied by a report identifying each peak detected, plus the relative percent and retention times of each peak.

The Variant™ system is certified by the National Glycohemoglobin Standardization Program and is traceable to the DCCT (Diabetes Control and Complications Trial) Reference Method and Values. Covance Central Laboratory Services has achieved distinction as a Level I NGSP certified laboratory. More details of this certification are found in the "Accuracy" section.

CONFIDENTIAL
AZSER12443397

## SPECIMEN

Whole blood specimens containing EDTA anticoagulant for hemoglobin A1c are stable for 72 hours ambient or 7 days refrigerated at 2-8°C. Whole blood samples are stable for 2 years if stored at -70°C or below. Frozen storage at -20°C is not acceptable due to degradation of Hemoglobin A1c. Hemoglobin A1c testing is performed daily and a minimum volume of 0.2 mL is required for testing.

BioRad manufacturers an alternate collection device for Hemoglobin A1c analysis called the Capillary Collection System. The device allows for fingerstick blood collection and enhances the stability of patient samples during storage and transportation. Ambient stability is extended to 14 days and refrigerated stability is 28 days. Frozen stability is limited to 72 hours when stored at -70°C or below.

## REAGENTS

Hemolysis reagent; Elution buffers; Wash solution, Whole Blood Primer, Calibrator (Bio-Rad, Hercules, CA)

## STANDARDIZATION

The analyzer is calibrated daily according to the manufacturer's specifications using the manufacturer's calibration materials (Hemoglobin A1c Calibrator).

## ACCURACY

Accuracy is assessed by comparison with College of American Pathologist's (CAP) Glycohemoglobin survey. The following results are from April 2004. The Standard Deviation Index (SDI) is an index of agreement of Covance CLS results with the results of all other users of the same method. Covance was compared with 46 laboratories.

| Sample | CCLS (%) | CAP Mean (%) | CAP SD | SDI |
|--------|----------|--------------|--------|------|
| GH2-01 | 12.2 | 12.00 | 0.44 | +0.4 |
| GH2-02 | 9.0 | 5.98 | 0.27 | +0.1 |
| GH2-03 | 5.2 | 5.08 | 0.20 | +0.6 |

CONFIDENTIAL
AZSER12443398

Covance Laboratories located in Indianapolis, Singapore, Sydney and Geneva have achieved Level I certification with the National Glycohemoglobin Standardization Program. The CCLS method is now considered traceable to the Diabetes Control and Complications Trial (DCCT) Reference Method and we have been issued a certificate documenting that traceability. To achieve this certification, CCLS participated in precision evaluation, method comparison and bias estimation with secondary reference laboratories and continues to participate in quarterly monitoring.

The following is a summary of the precision and method comparison results with an explanation of each parameter

| Method | Total Imprecision (%CV) low, hi level (limit ≤3%) | Assessment of Agreement CI; lower 95%, upper 95% (limit ±0.75%) |
|---|---|---|
| Covance Central Laboratories, US, Variant, March 2004 – March 2005 | 1.35, 2.14 | -0.46, 0.73 |

Column 2, Total imprecision:  The total imprecision for the low and high level sample are calculated from data submitted by the laboratory (2 runs per day for 20 days). The NGSP acceptable limit is ≤5% for Level II Laboratory Certification and ≤3% for Level I Laboratory Certification.

Column 3, Assessment of Agreement CI of diff, lower and upper 95%:  95% Confidence Interval of the difference between methods (test method vs. SRL) must fall within the clinically significant limits of ± 1% GHB for manufacturer methods and Level II Laboratory methods and ± 0.75% for Level I Laboratory methods.

## INTER-ASSAY PRECISION

The manufacturer states expected inter-assay precision as 1.7 – 2.1%CV. The following shows global inter-assay precision determined by analysis of commercial quality control materials from Bio-Rad (March 2004):

| | Level I | Level II |
|---|---|---|
| Global Target Mean | 5.66 | 10.36 |
| Global Mean (%) | 5.62 | 10.34 |
| SD | 0.15 | 0.22 |
| %CV | 2.59% | 2.14% |
| N | 215 | 214 |

CONFIDENTIAL
AZSER12443399

## INTRA-ASSAY PRECISION

The manufacturer states expected intra-assay precision as 0.9 – 1.1%CV. The following shows intra-assay precision determined by assaying 15 replicate assays of a sample then evaluating the coefficient of variation (Validation Report, February 1995):

| Sample | N | Mean (%) | SD | CV |
|--------|---|----------|-----|------|
| Specimen 1 | 15 | 8.55 | 0.10 | 1.2% |

## REFERENCE RANGES

The hemoglobin A1c reference range for non-diabetic adults 18 years old and above is 4.3 - 6.1%. The reference range for stable diabetics adults 18 years old and above is 4.2 - 11.2%.

## REPORTABLE RANGE

The measurable concentration of hemoglobin A1c is up to 18.0%. When the results exceed that upper limit, the specimen is diluted with a normal patient sample and reassayed. The normal patient sample value is determined and a calculation is performed to correct for the dilution. The lower detection limit of the hemoglobin A1c assay is 3.0%.

## SPECIFICITY

Samples from patients with hemolytic anemia exhibit decreased hemoglobin A1c values due to shortened life span of red cells. Samples from patients with polycythemia or post-splenectomy exhibit increased hemoglobin A1c values due to a somewhat longer life span of the red cells.

Levels of fetal hemoglobin (Hb F) up to 5% do not affect test results. At levels greater than 5%, hemoglobin A1c values are corrected to compensate for the elevated Hb F levels (not exceeding a Hb F of 30%). Samples from patients having increased hemoglobin A2 levels (>1.5%) may exhibit slightly decreased hemoglobin A1c values.

Under ideal conditions, abnormal hemoglobins S and C have no effect on the assay when they exist in the heterozygous state. In rare homozygous forms SS or CC, there is virtually no

CONFIDENTIAL
AZSER12443400

hemoglobin A present. In addition, the presence of other abnormal hemoglobin variants found in some Thalassemia conditions may cause interference in the Hb A1c measurement.  These situations necessitate the need for other criteria for the assessment of long-term glucose control.

CONFIDENTIAL
AZSER12443401



THE DEVELOPMENT SERVICES COMPANY

**Covance Central Laboratory Services**

**Method Summary**

**Ultrasensitive Insulin**

## CLINICAL SIGNIFICANCE

Insulin is a hormone secreted by the beta cells of the pancreas. Insulin regulates the uptake and utilization of glucose, and is also involved in the regulation of protein synthesis and triglyceride storage. An increase in the amount of glucose in circulation stimulates insulin secretion. Insulin in turn stimulates the uptake of glucose into the tissues and inhibits the breakdown of glycogen in the liver. As the glucose level comes back to baseline so does insulin.

One of Insulin's primary clinical uses is in the diagnosis and management of diabetes mellitus, a disease arising when glucose is not adequately taken up into the tissues. Diabetes has been divided into 2 major categories based on the secretion of insulin. The first is insulin dependent diabetes mellitus or Type I diabetes. It is brought on by the autoimmune destruction of the insulin secreting beta cells in the pancreas. Insulin secretion gradually declines to an insignificant level as ultimately all beta cells are destroyed. The patient must receive insulin injections in order to survive.

The second category is non-insulin dependent diabetes mellitus or Type II. In Type II diabetes, beta cells can still secrete insulin but the body has developed resistance to the hormone. When the concentration of glucose in circulation rises, the insulin response is slow and of insufficient magnitude. As the disease progresses more and more insulin may be required to obtain the same level of glucose control. Type II diabetes is associated with genetic factors, obesity, sedentary lifestyle, and other unknown factors. It can often be controlled by proper diet and adequate exercise.

The measurement of insulin is used in the diagnosis of diabetes, early detection of diabetes, follow-up and stabilization of insulin-treated diabetics, predicting complications of Type II diabetes and diagnosis of insulinoma.

## METHOD

The Beckman Coulter Ultrasensitive Insulin assay is a simultaneous one-step immunoenzymatic (sandwich) assay. A sample is added to a reaction vessel along with mouse monoclonal anti-insulin alkaline phosphatase conjugate and paramagnetic particles coated with mouse monoclonal anti-insulin antibody. The serum or plasma insulin binds to the antibody on the solid phase, while conjugate reacts with a different antigenic site on the insulin molecule. Separation in a magnetic field and washing removes materials not bound to the solid phase. A chemiluminescent substrate, Lumi-Phos 530, is added to the reaction vessel and light generated by the reaction is measured with a luminometer.
The light production is proportional to the amount of conjugate bound to the solid support. The

CONFIDENTIAL
AZSER12443402



amount of analyte in the sample is determined by means of a stored, multi-point calibration curve.


## SPECIMEN

Covance requires serum or EDTA plasma for the Insulin Assay. Samples are not stable at ambient temperature and stable for 168 hours at refrigerated temperature. Samples are shipped to Covance frozen on dry ice and are stable for 6 months when stored frozen at -20°C or below. Insulin testing is performed every 2 days and a minimum volume of 400 µL is required for analysis.


## REAGENTS

Beckman Coulter Inc., Brea, CA, manufacturers the Ultrasensitive Insulin reagent pack components:

1.  R1a: Mouse monoclonal anti-insulin coupled to paramagnetic particles, Tris buffer, bovine serum albumin (BSA), < 0.1% sodium azide, and 0.1% ProClin 300.

2.  R1b: Mouse monoclonal anti-insulin conjugated to bovine alkaline phosphatase, Tris buffer, BSA, < 0.1% sodium azide, and 0.1% ProClin 300.

3.  R1c: Mouse IgG in HEPES buffer, BSA, < 0.1% sodium azide, and 0.1% ProClin 300.


## CALIBRATION

Beckman Coulter provides all Calibration material for the Access / DxI 800 instrument; approximate values are 0, 1.0, 10, 50, 150, and 300 uIU/mL. The instrument is calibrated every 28 days or whenever a new lot of reagent is put into use. Insulin Calibrators are referenced to the WHO 1st IRP 66/304.


## INTRA-ASSAY PRECISION

The manufacturer states expected intra-assay precision of 2.0 – 4.2 % CV. The following shows intra-assay precision determined by replicate assays then evaluating the coefficient of variation (Validation Report, July 2003):

| I | II | III | Serum | Plasma |
|---|----|-----|-------|--------|

CONFIDENTIAL
AZSER12443403



| Mean (uIU/mL) | 16.16 | 43.70 | 105.09 | 7.37 | 15.78 |
|---|---|---|---|---|---|
| SD | 0.14 | 0.36 | 2.72 | 0.11 | 0.14 |
| %CV | 0.9 | 0.8 | 2.6 | 1.5 | 0.9 |
| N | 12 | 12 | 12 | 12 | 12 |

## INTER-ASSAY PRECISION

The manufacturer states expected inter-assay precision of $3.1 - 5.6 \%$ CV. The following shows inter-assay precision determined by analysis of quality control material (December 2004):

| | I | II | III |
|---|---|---|---|
| Target Mean | 24.46 | 48.30 | 105.68 |
| Mean (uIU/mL) | 24.30 | 48.75 | 105.67 |
| SD | 0.91 | 1.53 | 3.50 |
| %CV | 3.74% | 3.14% | 3.31% |
| N | 21 | 21 | 21 |

## ACCURACY

Insulin Accuracy is assessed by comparison with College of American Pathologists (CAP) Ligand Special Survey. The following results are from December 2004 and are representative of Covance's agreement with other users of the same method:

| Survey Sample | CCLS (uIU/mL) | Mean | CAP SD | SDI |
|---|---|---|---|---|
| ING-05 | 38.3 | 37.66 | 2.27 | +0.3 |
| ING-06 | 90.1 | 90.04 | 4.95 | 0.0 |

## REFERENCE RANGE

Both sexes, $\geq 18$ years: $1.90 - 23.00$ uIU/mL

CONFIDENTIAL
AZSER12443404



## QUALITY CONTROL

Three levels of quality control material are analyzed on every run.

## REPORTABLE RANGE

The reportable range for the Insulin assay is 0.03 – 300.00 uIU/mL. Results greater than the highest standard are diluted and reassayed. The obtained value is multiplied by the dilution factor to obtain the reportable patient result.

## SPECIFICITY

According to the manufacturer, proinsulin and C-peptide were spiked into the S2 calibrator that contains 10 uIU/mL insulin. Bovine and porcine insulin were spiked into the zero calibrator. The following cross-reactivity data was obtained.

| Substance | Analyte Added (pmol/l) | Cross Reactivity (%) |
|---|---|---|
| Proinsulin | 4000 | -0.26 |
| C-Peptide | 20000 | Not detectable |
| Bovine Insulin | 350 | 30 |
| Porcine Insulin | 350 | 97 |

CONFIDENTIAL
AZSER12443405



**COVANCE**
THE DEVELOPMENT SERVICES COMPANY

**Covance Central Laboratory Services**
**Method Summary**
**C-Peptide – Adaltis RIA**

## CLINICAL SIGNFICANCE

Human insulin and C-peptide originate as a single polypeptide chain, known as proinsulin.  Proinsulin is then transported to the Golgi complex of the beta cells, where it is packed into granules.  In these granules, proinsulin is cleaved proteolytically into insulin and C-peptide that are then stored until their secretion is stimulated.  Because of differences in uptake in the liver and in clearance times of these peptides, peripheral levels of C-Peptide are higher than insulin.

While insulin has a pervasive influence on the body, C-peptide has no known physiologic function.  Insulin administration in diabetics frequently causes the formation of antibodies against insulin, which also bind proinsulin; this interferes with the insulin assay.  However, because C-peptide and insulin levels usually show strong correlation, measurement of C-peptide provides an evaluation of beta cell function.  By performing a preliminary precipitation of insulin antibodies, an evaluation of endogenous insulin secretion can be made.

In transient diabetes mellitus, the return of C-peptide levels to the normal range could provide evidence of remission.  C-peptide measurement can be used to separate insulin-dependent diabetics into groups of those with, and without, some residual islet function.

C-peptide measurements are useful in detecting suppression of insulin secretion following a challenge of exogenous insulin administration.  It has been suggested that this test is useful in the diagnosis of insulin-secreting islet tumors or cancer. C-peptide measurement can also replace the measurement of insulin in most provocative tests of islet function, including glucose tolerance and  tolbutamide tolerance.

A less common use of C-peptide measurement is in the diagnosis of hypoglycemia brought on by insulin administration.  These cases can be identified by high insulin levels with coexisting low C-peptide levels, in contrast to elevated levels of both in endogenous hyperinsulinism.

## METHOD

The Adaltis C-peptide is a radioimmunoassay procedure.  Samples are incubated with the $^{125}$I C-peptide tracer and C-peptide primary antibody.  Following incubation, a second antibody complex is added to precipitate the bound tracer.

CONFIDENTIAL
AZSER12443406



**THE DEVELOPMENT SERVICES COMPANY**

After centrifugation, the tubes are decanted. The bound tracer in the pellet is counted with a gamma counter. Counts are inversely proportional to the amount of C-peptide present in each sample; C-peptide concentrations are determined from a standard curve.

## SPECIMEN

Serum specimens are shipped and stored frozen at -20°C or colder. Specimens are stable up to 90 days at -20°C or colder. Testing is performed every 3 days and a minimum volume of 500 µL is required for analysis.

## REAGENTS

The Adaltis (formerly BioChem, formerly BioData) C-peptide kit is manufactured by Adaltis Italia, Rome, Italy and consists of $^{125}$I-labeled C-peptide, C-peptide antiserum, and PEG solution (20% polyethylene glycol with Tween 20 and 0.1% sodium azide).

## STANDARDIZATION

Calibration material is included in the kit. The analytical run is standardized using the manufacturer's calibrators at the approximate concentrations of 0, 0.3, 0.6, 1.0, 2.0, 4.0, 8.0, and 20.0 ng/mL.

## INTRA-ASSAY PRECISION

The manufacturer states expected intra-assay precision as 3.3 – 7.0%CV. The following shows intra-assay precision determined by analysis of control samples 20 times in a single run. (Validation Report, November 1996)

| Control | Mean (ng/mL) | SD | CV (%) |
|---------|--------------|------|--------|
| I | 1.77 | 0.05 | 3.0 |
| II | 4.97 | 0.25 | 5.0 |
| III | 11.24 | 0.76 | 6.8 |

## INTER-ASSAY PRECISION

The manufacturer states expected inter-assay precision as 3.2 – 6.2%CV. The following shows inter-assay precision from December 2003 determined by analysis of commercial quality control materials:

CONFIDENTIAL
AZSER12443407



THE DEVELOPMENT SERVICES COMPANY

|  | Level I | Level II | Level III |
|---|---|---|---|
| Target Mean | 1.66 | 6.25 | 12.59 |
| Mean (ng/mL) | 1.72 | 6.36 | 12.89 |
| SD | 0.11 | 0.34 | 1.44 |
| %CV | 6.1% | 5.3% | 11.2% |
| N | 13 | 13 | 13 |

## ACCURACY

Accuracy is assessed by comparison with College of American Pathologists (CAP) Ligand –Special survey.  The following survey results are from December 2003:

| Specimen | Covance Result | Mean (ng/mL) | SDI |
|---|---|---|---|
| ING-05 | 8.4 | 6.7 | +0.2 |
| ING-06 | 5.6 | 4.5 | +0.2 |

## REFERENCE RANGE

Both sexes, ≥ 18 years: 1.00 – 3.00 ng/mL.

## REPORTABLE RANGE

The Adaltis C-peptide assay is linear up to 20.0 ng/mL (or the concentration of the highest calibrator used in the analytical run).  If the result exceeds this value, the specimen is diluted with 0 calibrator and reassayed.  The result is multiplied by the dilution factor.  The lower detection limit of the assay is 0.3 ng/mL.

## SPECIFICITY

The manufacturer states the specificity was assessed by measuring the apparent response of the assay to potentially cross-reactive analytes:

CONFIDENTIAL
AZSER12443408



**THE DEVELOPMENT SERVICES COMPANY**

|  | <u>% Cross-reactivity</u> |
|---|---|
| Glucagon | absent up to 100,000 ng |
| Gastrin 1-17 | absent up to 100,000 ng |
| Gastrin 1-13 | absent up to 100,000 ng |
| Gastrin 1-14 | absent up to 100,000 ng |
| Bovine proinsulin | absent up to 100,000 ng |
| Pork proinsulin | absent up to 100,000 ng |
| Bovine insulin | absent up to 100,000 ng |
| Human insulin | absent up to 100,000 ng |
| Human proinsulin | 3.2% |

Lipemia causes mechanical interference with the assay. The fatty material makes the centrifuged button slide down the tube when inverted and gives falsely elevated results. Hemolyzed and uncleared lipemic samples are unsuitable for testing.

CONFIDENTIAL
AZSER12443409

# The College of American Pathologists

certifies that the laboratory named below

## Covance Central Laboratory Services, SA

### Veronique P. Michel-Treil, PhD

### Jean-Marc Leroux, PhD

LAP Number: 4658701
AU-ID: 1190700

has met all applicable standards for accreditation and is hereby fully accredited by the College of American Pathologists' Laboratory Accreditation Program. Reinspection should occur within 30 days prior to March 3, 2005 to maintain accreditation.

Accreditation does not automatically survive a change in director, ownership, or location and assumes that all interim requirements are met.

Chair, Commission on Laboratory Accreditation

President, College of American Pathologists

## Accredited Laboratory

**Covance CLS**

CONFIDENTIAL
AZSER12443410

 

RÉPUBLIQUE ET     CANTON DE GENÈVE

## ARRÊTÉ

relatif à l'autorisation d'exploiter un laboratoire destiné à analyser du matériel humain,
sis Rue Moïse-Marcinhes 7, 1217 Meyrin, délivrée à la société anonyme COVANCE
CENTRAL LABORATORY SERVICES

du 11 septembre 2002

# LE CONSEIL D'ÉTAT

vu son arrêté du 23 août 1999 autorisant la société anonyme COVANCE CENTRAL
LABORATORY SERVICES à exploiter un laboratoire destiné à analyser du matériel humain
prélevé exclusivement dans le cadre d'essais cliniques multicentriques de médicaments, sis
Rue Moïse-Marcinhes 7, 1217 Meyrin, sous la direction et la responsabilité scientifique de
Madame Véronique MICHEL TREIL, docteur en pharmacie, à titre temporaire;

vu la lettre du 20 décembre 2001 par laquelle la société anonyme COVANCE CENTRAL
LABORATORY SERVICES sollicite l'autorisation de confier la direction générale de son
laboratoire à Monsieur Jean-Marc LEROUX, docteur en pharmacie et la direction technique
à Madame Véronique MICHEL TREIL, née MICHEL, docteur en pharmacie;

vu les arrêtés des 17 avril 1996 et 23 août 1999 au terme desquels Madame Véronique
MICHEL TREIL, née MICHEL, a déjà été autorisée à assumer la responsabilité scientifique
et la direction dudit laboratoire;

vu la loi du 11 mai 2001 sur l'exercice des professions de la santé, les établissements
médicaux et diverses entreprises du domaine médical et son règlement d'exécution;

vu le préavis favorable du médecin cantonal du 26 avril 2002;

vu le règlement sur les émoluments de l'administration cantonale du 15 septembre 1976,

## ARRÊTE :

La société anonyme COVANCE CENTRAL LABORATORY SERVICES est autorisée à
exploiter un laboratoire destiné à analyser du matériel humain prélevé exclusivement dans le
cadre d'essais cliniques multicentriques de médicaments, sis Rue Moïse-Marcinhes 7,
1217 Meyrin.

Il est pris acte que Monsieur Jean-Marc LEROUX, docteur en pharmacie, et Madame
Véronique MICHEL TREIL, née MICHEL, docteur en pharmacie, sont respectivement
directeur général et directrice technique dudit laboratoire.

Tout changement concernant les personnes responsables du laboratoire ou celles
responsables des diverses analyses, ainsi que toute modification apportée aux locaux, à
l'activité ou à la structure du laboratoire doivent être immédiatement communiqués au
service du médecin cantonal.

Il est perçu un émolument de Fr. 350.-- (trois cent cinquante francs) pour le présent arrêté
qui annule et remplace celui du 23 août 1999.

Communiqué à :

| | |
|---|---|
| DASS | 4 ex. |
| OCP | 1 ex. |
| Intéressé | 1 ex. |

Certifié conforme,
Le chancelier d'État :

CONFIDENTIAL
AZSER12443411

# The College of American Pathologists

*certifies that the laboratory named below*

## Covance Central Laboratory Services, SA
### Veronique P. Michel-Treil, PhD
### Jean-Marc Leroux, PhD

LAP Number: 4658701
AU-ID: 1190700

has met all applicable standards for accreditation and is hereby fully accredited by the College of American Pathologists' Laboratory Accreditation Program.  Reinspection should occur within 30 days prior to March 3, 2007 to maintain accreditation.

Accreditation does not automatically survive a change in director, ownership, or location and assumes that all interim requirements are met.

*Chair, Commission on Laboratory Accreditation*

*President, College of American Pathologists*

## Accredited Laboratory

*Advancing Excellence*

CONFIDENTIAL
AZSER12443412



| Clinical Study Report: Appendix 12.1.11. | |
|---|---|
| Drug Substance | quetiapine |
| Study Code | D1441C00125 |

**Appendix 12.1.11**

**Publications based on the study – Not Applicable at the time of the Report**

CONFIDENTIAL
AZSER12443413



| Clinical Study Report: Appendix 12.1.12. | |
| --- | --- |
| Drug Substance | quetiapine |
| Study Code | D1441C00125 |

**Appendix 12.1.12**

**Important publications referenced in the report**

Clinical Study Report: Appendix 12.1.12.
Study Code: D1441C00125

**Publication**

Adult Treatment Panel III – Expert Panel on Detection, Evaluation, and Treatment of High Blood Cholesterol in Adults: Executive Summary of the Third Report of the National Cholesterol Education Program (NCEP). JAMA 2001;285:2486-2497

American Diabetes Association, Clinical practice Recommendation: Screening for Diabetes. Diabetes Care 2002, 25;suppl.  1:S21-S24

Baldessarini RJ, Lipinski JF.  Toxicity and side effects of antipsychotic, antimanic, and antidepressant medications.  Psychiatr Annals 1976;6:484-493

Baptista T, Lacruz A, Angeles F, Silvera R, de Mendoza S, Mendoza MT, Hernández L. Endocrine and Metabolic Abnormalities Involved in Obesity Associated with Typical Antipsychotic Drug Administration.  Pharmacopsychiatry 2001; 34:223-231

Barnes TRE.  A Rating Scale for drug-induced akathisia.  Br J Psychiatry 1989;154:672-6

Barnes TRE. Clinical assessment of the extrapyramidal side effects of antipsychotic drugs. J Psychopharmacol. 1992; 6:214-221

Barr RG, Nathan DM, Meiggs JB, Singer DE. Tests of Glycemia for the Diagnosis of Type Diabetes Mellitus. Ann Intern Med 2002; 137:263-272

Bonanno DG, Davydov L, Botts SR.  Olanzapine-induced diabetes mellitus.  Ann Pharmacother 2001; 35: 563–5

Castelli WP. Cholseterol and lipids in the risk of coronary artery disease – the Framingham Heart Study. Can J Cardiol 1988; 4 (suppl A):5A-10A

Colli A., Cocciolo, M., Francobandiera, G., Rogantin, F.  and Cattalini, N., 1999.  Diabetic ketoacidosis associated with clozapine treatment.  Diabetes Care 22, pp. 176–177

Czobor P, Volavka J, Sheitman B, Lindenmayer JP, Citrome L, McEvoy J, Cooper TB, Chakos M, Lieberman J.  Antipsychotic-Induced Weight Gain and Therapeutic Response: A differential Association.  J Clin Psychopharmacology 2002;22(3):244-251

Davidson MB, Schriger DL, Peters AL, Lorber B. Relationship between fasting plasma glucose and glycosylated hemoglobin: potential for false-positive diagnoses of type 2 diabetes using new diagnostic criteria. JAMA 1999;281:103-10

Definition, Diagnosis and Classification of Diabetes Mellitus and its Complication WHO/NCD/NCS/99.2 OGTT

2

CONFIDENTIAL
AZSER12443415

Dixon L, Weiden P, Delahanty J, Golberg R, Postrado L, Lucksted A.  Lehman A.  Prevalence and correlates of diabetes in national schizophrenia samples.  Schizophr Bull 2000;26:903-912

Gianfrancesco F, Pesa J, Wang R, Nasrallah H. Assessment of Antipsychotic-related diabetes mellitus in a medicaid population: Sensitivity to study design. Am J Health-Syst Pharm 2006;63:431-441

Goldstein LE, Sporn J, Brown S, et al.  New-onset diabetes mellitus and diabetic ketoacidosis associated with olanzapine treatment.  Psychosomatics 1999; 40: 438–43

Guy W.  ECDEU assessment manual for psychopharmacology publication; ADM 76-338. Washington DC, US.  Department of Health, Education and Welfare (CGI)

Haffner SM, Rosenthal M, Hazuda HP, Stern MP, Franco LJ.  Evaluation of three potential screening tests for diabetes mellitus in a biethnic population.  Diabetes Care 1984;7:347-353

Haupt DW, Newcomer JW.  Risperidone-associated diabetic ketoacidosis.  Psychosomatics. 2001;42:279-280

Henderson DC, Cagliero F, Gray C, et al.  Clozapine, diabetes mellitus, weight gain, and lipid abnormalities: a five-year naturalistic study.  Am J Psychiatry 2000; 157: 975–81

Kilpatrick ES, Maylor PW, Keevil BG. Biological variation of glycated hemoglobin. Implication for diabetes screening and monitoring. Diabetes Care 1998;21:261-4

Kinon BJ, Basson BR, Gilmore JA, Tollefson GD.  Long-Term Olanzapine Treatment : Weight Change and Weight-Related Health Factors in Schizophrenia.  J Clin Psychiatry 2001;62(2):92-100

Koller EA, Doraiswamy PN.  Olanzapine-associated diabetes mellitus.  Pharmacotherapy 2002;22(7):841-52

Korenyi C, Lowenstein B: Chlorpromazine induced diabetes.  Dis Nerv Syst 1968;29:827-828

Kwong K, Cavazzoni P, Hornbuckle K, Hutchins D, Signa W, Kotsanos J, Breier A: Higher incidences of diabetes mellitus during exposure to antipsychotics—findings from a retrospective cohort study in the US, in Abstracts of the 41st New Clinical Drug Evaluation Unit Meeting.  Rockville, Md, National Institute of Mental Health, 2001, poster III-8

Liebzeit KA, Markowitz JS, Caley CF.  New onset diabetes and atypical antipsychotics.  Eur Neuropsychopharmacol 2001; 11: 25–32

Lindenmayer J.P.  and Patel, R., 1999.  Olanzapine-induced ketoacidosis with diabetes mellitus.  Am.  J.  Psychiatry 156, p.  1471

CONFIDENTIAL
AZSER12443416

Clinical Study Report: Appendix 12.1.12.
Study Code: D1441C00125

Lindenmayer JP, Czobor P, Volavka J, Citrome L, Sheitman B, McEvoy JP, Cooper TB, Chakos M, Lieberman JA.  Changes in Glucose and Cholesterol Levels in Patients With Typical and Atypical Antipsychotics.  Am J Psychiatry 2003, 160 (2):290-296

Lund BC, Perry PJ, Brooks JM, Arndt S: Clozapine use in patients with schizophrenia and the risk of diabetes, hyperlipidemia, and hypertension.  Arch Gen Psychiatry 2001; 58:1172-1176

Mari A, Pacini G, Murphy E, Ludvik B, Nolan JJ.  A Model-Based Method for Assessing Insulin Sensitivity From the Oral Glucose Tolerance Test.  Diabetes Care 2001 24:539-548

Matsuda M, Defronzo R.  Insulin Sensitivity Indices Obtained From Oral Glucose Tolerance Testing.  Comparison with the euglycemic insulin clamp.  Diabetes Care 1999 22(9): 1462-1470

Matthews DR, Hosker JP, Rudenski AS, Naylor BA, Treacher DF, Turner RC.  Homeostasis model assessment: insulin resistance and b-cell function from fasting plasma glucose and insulin concentration in man.  Diabetologica 1985,28:412-419

Newcomer JW, Haupt DW, Fucetola R, Melson AK, Schweiger JA, Cooper BP, Selke G.  Abnormalities in Glucose Regulation During Antipsychotic Treatment of Schizophrenia.  Arch Gen Psychiatry 2002, 59:33-345

Peters AL, Davidson MB, Schriger DL, Hasselblad V. A clinical approach for the diagnosis of diabetes mellitus: an analysis using glycosylated hemoglobin levels. Meta-analysis Resaerch Group on the Diagnosis of Diabetes Using Glycated Hemoglobin Levels. JAMA 1996; 276:1246-52

Physicians Desk Reference 2003 57th edition

Procyshin RM, Pande S, Tse G.  New-onset diabetes mellitus associated quetiapine.  Can J Psychiatry 2000;45:668-669

Puddu PE, Jouve R, Mariotti S, Giampaoli S, Lanti M, Reale A, et al.   Evaluation of 10 QT prediction formulas in 881 middle-aged men from the Seven Countries Study: emphasis on the cubic root Fridericia's equation.  J Electrocardiol.  1988, 21:219-29

Russel JM, Mackell JA.  Bodyweight Gain Associated with Atypical Antipsychotics.  Epidemiology and Therapeutic Implications.  CNS Drugs 2001;15(7):537-551

Seltzer H, Allen W, Herron A, Brennan M. Insulin secretion in response to glycemic stimulus: Relation of delayed initial release to carbohydrate intolerance in mild diabetes mellitus. J. Clin. Invest. 1967;46:323-353

Sernyak MJ, Leslie DL, Alarcon RD, et al.  Association of diabetes mellitus with use of atypical neuroleptics in the treatment of schizophrenia.  Am J Psychiatry 2002;159:561-566

CONFIDENTIAL
AZSER12443417

Clinical Study Report: Appendix 12.1.12.
Study Code: D1441C00125

Shiloah E, Witz S, Abramovitch Y, et al.   Effect of acute psychotic stressin nondiabetic subjects on b-cell function and insulin sensitivity.  Diabetes Care 2003 26:1462-1467

Simpson G.M., Angus J.W.S. A rating scale for extrapyramidal side effects. Acta Psychiatr Scan 1970;212(supp44):11-19

Simpson GM, Lee JH, Zoubok B, Gardos G.  A rating scale for tardive dyskinesia. Psychopharmacology. 1979;64:171-179.

The Expert Committee on the Diagnosis and Classification of Diabetes Mellitus – Report of the Expert Committee on the Diagnosis and Classification of Diabetes Mellitus.  Diabetes Care 2002;25:S1:S5-S20

U.S.  Department of Health and Human Services.  Healthy People 2010.  2nd ed.  With Understanding and Improving Health and Objectives for Improving Health.  2 vols. Washington, DC: U.S.  Government Printing Office, November 2000

Voruganti L, Awad G.  Personal evaluation of transitions in treatment (PETiT): a scale to measure patient-reported aspects of antipsychotic drug therapy in schizophrenia. Schizophrenia Research 56 2002; 37-46

Walldius G, Jungner I, Holme I, Aastveit AH, Kolar W, Steiner E. High apolipoprotein B, low apolipoprotein A-I, and improvement in the prediction of  fatal myocardial infarction (AMORIS study): a prospective study. Lancet 2001; 358:2026-33

Weiden P et al.  Rating of Medication Influences Scale in Schizophrenia, Schizophrenia Bulletin.  Vol 20, No 2, 1994

WHO Report: Measuring obesity-classification and description of antropometric data.  Report on a WHO consultation on the epidemiology of obesity, Warsaw: WHO.  1987:2-7

Wilson DR, Hammond C, D'Souza L, Sarkar N: New-onset diabetes and ketoacidosis with atypical antipsychotics, in Proceedings of the 39th Annual Meeting of the American College of Neuropsychopharmacology.  Nashville, Tenn, ACNP, 2000

World Health Organization: Diabetes Mellitus: Report of a WHO Study Group. Geneva, World Health Org., 1985, Tech.  Rep.  Ser., No.  727

CONFIDENTIAL
AZSER12443418

■■■■ SPECIAL COMMUNICATION

# Executive Summary of the Third Report of the National Cholesterol Education Program (NCEP) Expert Panel on Detection, Evaluation, and Treatment of High Blood Cholesterol in Adults (Adult Treatment Panel III)

Expert Panel on Detection,
Evaluation, and Treatment
of High Blood Cholesterol in Adults

THE THIRD REPORT OF THE Expert Panel on Detection, Evaluation, and Treatment of High Blood Cholesterol in Adults (Adult Treatment Panel III, or ATP III) constitutes the National Cholesterol Education Program's (NCEP's) updated clinical guidelines for cholesterol testing and management. The full ATP III document is an evidence-based and extensively referenced report that provides the scientific rationale for the recommendations contained in the executive summary. ATP III builds on previous ATP reports and expands the indications for intensive cholesterol-lowering therapy in clinical practice. It should be noted that these guidelines are intended to inform, not replace, the physician's clinical judgment, which must ultimately determine the appropriate treatment for each individual.

## BACKGROUND

The third ATP report updates the existing recommendations for clinical management of high blood cholesterol. The NCEP periodically produces ATP clinical updates as warranted by advances in the science of cholesterol management. Each of the guideline reports—ATP I, II, and III—

See also p 2508 and Patient Page.

has a major thrust. ATP I outlined a strategy for primary prevention of coronary heart disease (CHD) in persons with high levels of low-density lipoprotein (LDL) cholesterol (≥160 mg/dL) or those with borderline high LDL cholesterol (130-159 mg/dL) and multiple (2+) risk factors. ATP II affirmed the importance of this approach and added a new feature: the intensive management of LDL cholesterol in persons with established CHD. For patients with CHD, ATP II set a new, lower LDL cholesterol goal of ≤100 mg/dL. ATP III adds a call for more intensive LDL-lowering therapy in certain groups of people, in accord with recent clinical trial evidence, but its core is based on ATP I and ATP II. Some of the important features shared with previous reports are shown in **Table A** in the APPENDIX.

While ATP III maintains attention to intensive treatment of patients with CHD, its major new feature is a focus on primary prevention in persons with multiple risk factors. Many of these persons have a relatively high risk for CHD and will benefit from more intensive LDL-lowering treatment than recommended in ATP II. **Table 1** shows the new features of ATP III. (Note: To convert cholesterol to mmol/L, divide values by 38.7.)

## LDL CHOLESTEROL: THE PRIMARY TARGET OF THERAPY

Research from experimental animals, laboratory investigations, epidemiol-ogy, and genetic forms of hypercholesterolemia indicate that elevated LDL cholesterol is a major cause of CHD. In addition, recent clinical trials robustly show that LDL-lowering therapy reduces risk for CHD. For these reasons, ATP III continues to identify elevated LDL cholesterol as the primary target of cholesterol-lowering therapy. As a result, the primary goals of therapy and the cutpoints for initiating treatment are stated in terms of LDL.

## RISK ASSESSMENT: FIRST STEP IN RISK MANAGEMENT

A basic principle of prevention is that the intensity of risk-reduction therapy should be adjusted to a person's absolute risk. Hence, the first step in selection of LDL-lowering therapy is to assess a person's risk status. Risk assessment requires measurement of LDL cholesterol as part of lipoprotein analysis and identification of accompanying risk determinants.

In all adults aged 20 years or older, a fasting lipoprotein profile (total cholesterol, LDL cholesterol, high-density lipoprotein [HDL] cholesterol, and triglyceride) should be obtained once every 5 years. If the testing opportunity is non-fasting, only the values for total choles-

**Corresponding Author and Reprints:** James I. Cleeman, MD, National Cholesterol Education Program, National Heart, Lung, and Blood Institute (NHLBI), 31 Center Dr, Room 4A16, MSC 2480, Bethesda, MD 20892-2480 (e-mail: cleemanj@nih.gov).
**The Full Report of ATP III** is available online on the NHLBI Web site at www.nhlbi.nih.gov.
**Members of the NCEP Expert Panel** are listed at the end of this article.

©2001 American Medical Association. All rights reserved.

Downloaded from www.jama.com at Astrazenica, on June 19, 2005

CONFIDENTIAL
AZSER12443419

terol and HDL cholesterol will be usable. In such a case, if total cholesterol is ≥200 mg/dL or HDL is <40 mg/dL, a follow-up lipoprotein profile is needed for appropriate management based on LDL. The relationship between LDL cholesterol levels and CHD risk is continuous over a broad range of LDL levels from low to high. Therefore, ATP III adopts the classification of LDL cholesterol levels shown in TABLE 2, which also shows the classification of total and HDL cholesterol levels.

Risk determinants in addition to LDL cholesterol include the presence or absence of CHD, other clinical forms of atherosclerotic disease, and the major risk factors other than LDL (TABLE 3). (LDL is not counted among the risk factors in Table 3 because the purpose of counting those risk factors is to modify the treatment of LDL.) Based on these other risk determinants, ATP III identifies 3 categories of risk that modify the goals and modalities of LDL-lowering therapy. TABLE 4 defines these categories of risk and shows corresponding LDL cholesterol goals.

The category of highest risk consists of CHD and CHD risk equivalents. The latter carry a risk for major coronary events equal to that of established CHD, ie, >20% per 10 years (ie, more than 20 of 100 such individuals will develop CHD or have a recurrent CHD event within 10 years). CHD risk equivalents comprise:
- Other clinical forms of atherosclerotic disease (peripheral arterial disease, abdominal aortic aneurysm, and symptomatic carotid artery disease)
- Diabetes
- Multiple risk factors that confer a 10-year risk for CHD >20%.

Diabetes counts as a CHD risk equivalent because it confers a high risk of new CHD within 10 years, in part because of its frequent association with multiple risk factors. Furthermore, because persons with diabetes who experience a myocardial infarction have an unusually high death rate either immediately or in the long term, a more intensive prevention strategy is war-

### Table 1. New Features of ATP III*

**Focus on Multiple Risk Factors**
- Raises persons with diabetes without CHD, most of whom have multiple risk factors, to the risk level of CHD risk equivalent
- Uses Framingham projections of 10-year absolute CHD risk (ie, the percent probability of having a CHD event in 10 years) to identify certain patients with multiple (2+) risk factors for more intensive treatment
- Identifies persons with multiple metabolic risk factors (metabolic syndrome) as candidates for intensified therapeutic lifestyle changes

**Modifications of Lipid and Lipoprotein Classification**
- Identifies LDL cholesterol <100 mg/dL as optimal
- Raises categorical low HDL cholesterol from <35 mg/dL to <40 mg/dL because the latter is a better measure of a depressed HDL
- Lowers the triglyceride classification cutpoints to give more attention to moderate elevations

**Support for Implementation**
- Recommends a complete lipoprotein profile (total, LDL, and HDL cholesterol and triglycerides) as the preferred initial test, rather than screening for total cholesterol and HDL alone
- Encourages use of plant stanols/sterols and viscous (soluble) fiber as therapeutic dietary options to enhance lowering of LDL cholesterol
- Presents strategies for promoting adherence to therapeutic lifestyle changes and drug therapies
- Recommends treatment beyond LDL lowering for persons with triglycerides ≥200 mg/dL.

*ATP indicates Adult Treatment Panel; CHD, coronary heart disease; LDL, low-density lipoprotein; and HDL, high-density lipoprotein.

### Table 2. ATP III Classification of LDL, Total, and HDL Cholesterol (mg/dL)*

| LDL cholesterol | |
|---|---|
| <100 | Optimal |
| 100-129 | Near or above optimal |
| 130-159 | Borderline high |
| 160-189 | High |
| ≥190 | Very high |
| **Total cholesterol** | |
| <200 | Desirable |
| 200-239 | Borderline high |
| ≥240 | High |
| **HDL cholesterol** | |
| <40 | Low |
| ≥60 | High |

*ATP indicates Adult Treatment Panel; LDL, low-density lipoprotein; and HDL, high-density lipoprotein.

### Table 3. Major Risk Factors (Exclusive of LDL Cholesterol) That Modify LDL Goals*

- Cigarette smoking
- Hypertension (blood pressure ≥140/90 mm Hg or on antihypertensive medication)
- Low HDL cholesterol (<40 mg/dL)†
- Family history of premature CHD (CHD in male first-degree relative <55 years; CHD in female first-degree relative <65 years)
- Age (men ≥45 years; women ≥55 years)

*Diabetes is regarded as a coronary heart disease (CHD) risk equivalent. CHD indicates low-density lipoprotein; HDL, high-density lipoprotein.
†HDL cholesterol ≥60 mg/dL counts as a "negative" risk factor; its presence removes 1 risk factor from the total count.

### Table 4. Three Categories of Risk That Modify LDL Cholesterol Goals

| Risk Category | LDL Goal (mg/dL) |
|---|---|
| CHD and CHD risk equivalents | <100 |
| Multiple (2+) risk factors* | <130 |
| 0-1 risk factor | <160 |

*Risk factors that modify the low-density lipoprotein (LDL) goal are listed in Table 3. CHD indicates coronary heart disease.

ranted. Persons with CHD or CHD risk equivalents have the lowest LDL cholesterol goal (<100 mg/dL).

The second category consists of persons with multiple (2+) risk factors in whom 10-year risk for CHD is ≤20%. Risk is estimated from Framingham risk scores (see Appendix). The major risk factors, exclusive of elevated LDL cholesterol, are used to define the presence of multiple risk factors that modify the goals and cutpoints for LDL-lowering treatment, and these are listed in Table 3. The LDL cholesterol goal for persons with multiple (2+) risk factors is <130 mg/dL.

The third category consists of persons having 0-1 risk factor; with few exceptions, persons in this category have a 10-year risk <10%. Their LDL cholesterol goal is <160 mg/dL.

### Method of Risk Assessment: Counting Major Risk Factors and Estimating 10-Year CHD Risk

Risk status in persons without clinically manifest CHD or other clinical forms of atherosclerotic disease is determined by a 2-step procedure. First, the number of risk factors is counted (Table 3). Second, for persons with multiple (2+) risk factors, 10-year risk assessment is carried out with Framingham scoring (see Appendix) to identify individuals whose short-term (10-

©2001 American Medical Association. All rights reserved.

Downloaded from www.jama.com at Astrazenica, on June 19, 2005

CONFIDENTIAL
AZSER12443420

year) risk warrants consideration of intensive treatment. Estimation of the 10-year CHD risk adds a step to risk assessment beyond risk factor counting, but this step is warranted because it allows better targeting of intensive treatment to people who will benefit from it. When 0-1 risk factor is present, Framingham scoring is not necessary because 10-year risk rarely reaches levels for intensive intervention; a very high LDL level in such a person may nevertheless warrant consideration of drug therapy to reduce long-term risk. Risk factors used in Framingham scoring include age, total cholesterol, HDL cholesterol, blood pressure, and cigarette smoking. Total cholesterol is used for 10-year risk assessment because of a larger and more robust Framingham database for total than for LDL cholesterol, but LDL cholesterol is the primary target of therapy. Framingham scoring divides persons with multiple risk factors into those with 10-year risk for CHD of >20%, 10%-20%, and <10%. It should be noted that this 2-step sequence can be reversed with essentially the same results. (If Framingham scoring is carried out before risk factor counting, persons with <10% risk are then divided into those with 2+ risk factors and 0-1 risk factor by risk factor counting to determine the appropriate LDL goal [Table 4].) Initial risk assessment in ATP III uses the major risk factors to define the core risk status. Only after the core risk status has been determined should any other risk modifiers be taken into consideration for adjusting the therapeutic approach.

### Role of Other Risk Factors in Risk Assessment

ATP III recognizes that risk for CHD is influenced by other factors not included among the major, independent risk factors (Table 3). Among these are life-habit risk factors and emerging risk factors. The former include obesity, physical inactivity, and atherogenic diet; the latter consist of lipoprotein(a), homocysteine, prothrombotic and proinflammatory factors, impaired fast-

ing glucose, and evidence of subclinical atherosclerotic disease. The life-habit risk factors are direct targets for clinical intervention but are not used to set a lower LDL cholesterol goal of therapy. The emerging risk factors do not categorically modify LDL cholesterol goals; however, they appear to contribute to CHD risk to varying degrees and can have utility in selected persons to guide intensity of risk-reduction therapy. Their presence can modulate clinical judgment when making therapeutic decisions.

### Metabolic Syndrome

Many persons have a constellation of major risk factors, life-habit risk factors, and emerging risk factors that constitute a condition called the metabolic syndrome. Factors characteristic of the metabolic syndrome are abdominal obesity, atherogenic dyslipidemia (elevated triglyceride, small LDL particles, low HDL cholesterol), raised blood pressure, insulin resistance (with or without glucose intolerance), and prothrombotic and proinflammatory states. ATP III recognizes the metabolic syndrome as a secondary target of risk-reduction therapy, after the primary target—LDL cholesterol. Diagnosis and treatment of the metabolic syndrome is described below under "Benefit Beyond LDL Lowering: The Metabolic Syndrome as a Secondary Target of Therapy."

### The Link Between Risk Assessment and Cost-effectiveness

In ATP III, a primary aim is to match intensity of LDL-lowering therapy with absolute risk. Everyone with elevated LDL cholesterol is treated with lifestyle changes that are effective in lowering LDL levels. Persons at relatively high risk are also candidates for drug treatment, which is very effective but entails significant additional expense. The cutpoints for drug treatment are based primarily on risk-benefit considerations: those at higher risk are likely to get greater benefit. However, cutpoints for recommended management based on therapeutic effi-

cacy are checked against currently accepted standards for cost-effectiveness. Lifestyle changes are the most cost-effective means to reduce risk for CHD. Even so, to achieve maximal benefit, many persons will require LDL-lowering drugs. Drug therapy is the major expense of LDL-lowering therapy and it dominates cost-effectiveness analysis. However, the costs of LDL-lowering drugs are currently in flux and appear to be declining. This report recognizes that as drug prices decline it will be possible to extend drug use to lower-risk persons and still be cost-effective. In addition, ATP III recognizes that some persons with high long-term risk are candidates for LDL-lowering drugs even though use of drugs may not be cost-effective by current standards.

### PRIMARY PREVENTION WITH LDL-LOWERING THERAPY

Primary prevention of CHD offers the greatest opportunity for reducing the burden of CHD in the United States. The clinical approach to primary prevention is founded on the public health approach that calls for lifestyle changes, including (1) reduced intakes of saturated fat and cholesterol, (2) increased physical activity, and (3) weight control, to lower population cholesterol levels and reduce CHD risk, but the clinical approach intensifies preventive strategies for higher-risk persons. One aim of primary prevention is to reduce long-term risk (>10 years) as well as short-term risk (≤10 years). LDL goals in primary prevention depend on a person's absolute risk for CHD (ie, the probability of having a CHD event in the short term or the long term)—the higher the risk, the lower the goal. Therapeutic lifestyle changes are the foundation of clinical primary prevention. Nonetheless, some persons at higher risk because of high or very high LDL cholesterol levels or because of multiple risk factors are candidates for LDL-lowering drugs. Recent primary prevention trials show that LDL-lowering drugs reduce risk for major

©2001 American Medical Association. All rights reserved.

Downloaded from www.jama.com at Astrazenica, on June 19, 2005

CONFIDENTIAL
AZSER12443421

coronary events and coronary death even in the short term.

> Any person with elevated LDL cholesterol or other form of hyperlipidemia should undergo clinical or laboratory assessment to rule out secondary dyslipidemia before initiation of lipid-lowering therapy. Causes of secondary dyslipidemia include:
> - Diabetes
> - Hypothyroidism
> - Obstructive liver disease
> - Chronic renal failure
> - Drugs that increase LDL cholesterol and decrease HDL cholesterol (progestins, anabolic steroids, and corticosteroids).
>
> Once secondary causes have been excluded or, if appropriate, treated, the goals for LDL-lowering therapy in primary prevention are established according to a person's risk category (Table 4).

## SECONDARY PREVENTION WITH LDL-LOWERING THERAPY

Recent clinical trials demonstrate that LDL-lowering therapy reduces total mortality, coronary mortality, major coronary events, coronary artery procedures, and stroke in persons with established CHD. As shown in Table 2, an LDL cholesterol level of <100 mg/dL is optimal; therefore, ATP III specifies an LDL cholesterol level of <100 mg/dL as the goal of therapy in secondary prevention. This goal is supported by clinical trials with both clinical and angiographic end points and by prospective epidemiological studies. The same goal should apply for persons with CHD risk equivalents. When persons are hospitalized for acute coronary syndromes or coronary procedures, lipid measures should be taken on admission or within 24 hours. These values can guide the physician on initiation of LDL-lowering therapy before or at discharge. Adjustment of therapy may be needed after 12 weeks.

## LDL-LOWERING THERAPY IN 3 RISK CATEGORIES

The 2 major modalities of LDL-lowering therapy are therapeutic lifestyle changes (TLC) and drug therapy. Both are described in more detail later. The TLC Diet stresses reductions in saturated fat and cholesterol intakes. When the metabolic syndrome or its associated lipid risk factors (elevated triglyceride or low HDL cholesterol) are present, TLC also stresses weight reduction and increased physical activity. TABLE 5 defines LDL cholesterol goals and cutpoints for initiation of TLC and for drug consideration for persons with 3 categories of risk: CHD and CHD risk equivalents; multiple (2+) risk factors (10-year risk 10%-20% and <10%); and 0-1 risk factor.

### CHD and CHD Risk Equivalents

For persons with CHD and CHD risk equivalents, LDL-lowering therapy greatly reduces risk for major coronary events and stroke and yields highly favorable cost-effectiveness ratios. The cutpoints for initiating lifestyle and drug therapies are shown in Table 5.

*If baseline LDL cholesterol is ≥130 mg/dL*, intensive lifestyle therapy and maximal control of other risk factors should be started. Moreover, for most patients, an LDL-lowering drug will be required to achieve an LDL cholesterol level of <100 mg/dL; thus an LDL-cholesterol lowering drug can be started simultaneously with TLC to attain the goal of therapy.

*If LDL cholesterol levels are 100-129 mg/dL*, either at baseline or on LDL-lowering therapy, several therapeutic approaches are available:

- Initiate or intensify lifestyle and/or drug therapies specifically to lower LDL.
- Emphasize weight reduction and increased physical activity in persons with the metabolic syndrome.
- Delay use or intensification of LDL-lowering therapies and institute treatment of other lipid or nonlipid risk factors; consider use of other lipid-modifying drugs (eg, nicotinic acid or fibric acid) if the patient has elevated triglyceride or low HDL cholesterol.

*If baseline LDL cholesterol is <100 mg/dL*, further LDL-lowering therapy is not required. Patients should nonetheless be advised to follow the TLC Diet on their own to help keep the LDL level optimal. Several clinical trials are currently under way to assess benefit of lowering LDL cholesterol to well below 100 mg/dL. At present, emphasis should be placed on controlling other lipid and nonlipid risk factors and on treatment of the metabolic syndrome, if present.

### Multiple (2+) Risk Factors and 10-Year Risk of ≤20%

For persons with multiple (2+) risk factors and 10-year risk ≤20%, intensity of therapy is adjusted according to 10-year risk and LDL cholesterol level. The treatment approach for each category is summarized in Table 5.

*Multiple (2+) Risk Factors and a 10-Year Risk of 10%-20%.* In this category, the goal for LDL cholesterol is <130 mg/dL. The therapeutic aim is to reduce short-term risk as well as long-term risk for CHD. If baseline LDL cholesterol is ≥130 mg/dL, TLC is initiated and maintained for 3 months. If LDL remains ≥130 mg/dL after 3 months of TLC, consideration can be given to starting an LDL-lowering drug to achieve the LDL goal of <130 mg/dL. Use of LDL-lowering drugs at this risk level reduces CHD risk and is cost-effective. If the LDL falls to less than 130 mg/dL on TLC alone, TLC can be continued without adding drugs. In older persons (≥65 years), clinical judgment is required for how intensively to apply these guidelines; a variety of factors, including concomitant illnesses, general health status, and social issues, may influence treatment decisions and may suggest a more conservative approach.

*Multiple (2+) Risk Factors and a 10-Year Risk of <10%.* In this category, the goal for LDL cholesterol also is <130 mg/dL. The therapeutic aim, however, is primarily to reduce longer-term risk. If baseline LDL cholesterol is ≥130 mg/dL, the TLC Diet is initiated to reduce LDL cholesterol. If LDL

©2001 American Medical Association. All rights reserved.

Downloaded from www.jama.com at Astrazenica, on June 19, 2005

CONFIDENTIAL
AZSER12443422

**Table 5.** LDL Cholesterol Goals and Cutpoints for Therapeutic Lifestyle Changes (TLC) and Drug Therapy in Different Risk Categories*

| Risk Category | LDL Goal (mg/dL) | LDL Level at Which to Initiate Therapeutic Lifestyle Changes (mg/dL) | LDL Level at Which to Consider Drug Therapy (mg/dL) |
|---|---|---|---|
| CHD or CHD risk equivalents (10-year risk >20%) | <100 | ≥100 | ≥130 (100-129: drug optional)† |
| 2+ Risk factors (10-year risk ≤20%) | <130 | ≥130 | 10-year risk 10%-20%: ≥130<br>10-year risk <10%: ≥160 |
| 0-1 Risk factor‡ | <160 | ≥160 | ≥190 (160-189: LDL-lowering drug optional) |

*LDL indicates low-density lipoprotein; CHD, coronary heart disease.
†Some authorities recommend use of LDL-lowering drugs in this category if an LDL cholesterol level of <100 mg/dL cannot be achieved by therapeutic lifestyle changes. Others prefer use of drugs that primarily modify triglycerides and HDL, eg, nicotinic acid or fibrate. Clinical judgment also may call for deferring drug therapy in this subcategory.
‡Almost all people with 0-1 risk factor have a 10-year risk <10%; thus, 10-year risk assessment in people with 0-1 risk factor is not necessary.

**Table 6.** Nutrient Composition of the Therapeutic Lifestyle Changes (TLC) Diet

| Nutrient | Recommended Intake |
|---|---|
| Saturated fat* | <7% of total calories |
| Polyunsaturated fat | Up to 10% of total calories |
| Monounsaturated fat | Up to 20% of total calories |
| Total fat | 25%-35% of total calories |
| Carbohydrate† | 50%-60% of total calories |
| Fiber | 20-30 g/d |
| Protein | Approximately 15% of total calories |
| Cholesterol | <200 mg/d |
| Total calories‡ | Balance energy intake and expenditure to maintain desirable body weight/prevent weight gain |

*Trans fatty acids are another LDL-raising fat that should be kept at a low intake.
†Carbohydrates should be derived predominantly from foods rich in complex carbohydrates including grains, especially whole grains, fruits, and vegetables.
‡Daily energy expenditure should include at least moderate physical activity (contributing approximately 200 kcal/d).

is <160 mg/dL on TLC alone, it should be continued. LDL-lowering drugs generally are not recommended because the patient is not at high short-term risk. On the other hand, if LDL cholesterol is ≥160 mg/dL, drug therapy can be considered to achieve an LDL cholesterol level of <130 mg/dL; the primary aim is to reduce long-term risk. Cost-effectiveness is marginal, but drug therapy can be justified to slow development of coronary atherosclerosis and to reduce long-term risk for CHD.

**0-1 Risk Factor**

Most persons with 0-1 risk factor have a 10-year risk <10%. They are managed according to Table 5. The goal for LDL cholesterol in this risk category is <160 mg/dL. The primary aim of therapy is to reduce long-term risk. First-line therapy is TLC. If after 3 months of TLC the LDL cholesterol is <160 mg/dL, TLC is continued. However, if LDL choles-

terol is 160-189 mg/dL after an adequate trial of TLC, drug therapy is optional depending on clinical judgment. Factors favoring use of drugs include:

• A severe single risk factor (heavy cigarette smoking, poorly controlled hypertension, strong family history of premature CHD, or very low HDL cholesterol)

• Multiple life-habit risk factors and emerging risk factors (if measured)

• 10-year risk approaching 10% (if measured; see Appendix). If LDL cholesterol is ≥190 mg/dL despite TLC, drug therapy should be considered to achieve the LDL goal of <160 mg/dL.

The purpose of using LDL-lowering drugs in persons with 0-1 risk factor and elevated LDL cholesterol (≥160 mg/dL) is to slow the development of coronary atherosclerosis, which will reduce long-term risk. This aim may conflict with cost-effectiveness considerations; thus, clinical judgment is re-

quired in selection of persons for drug therapy, although a strong case can be made for using drugs when LDL cholesterol is ≥190 mg/dL after TLC.

For persons whose LDL cholesterol levels are already below goal levels upon first encounter, instructions for appropriate changes in life habits, periodic follow-up, and control of other risk factors are needed.

**THERAPEUTIC LIFESTYLE CHANGES IN LDL-LOWERING THERAPY**

ATP III recommends a multifaceted lifestyle approach to reduce risk for CHD. This approach is designated therapeutic lifestyle changes (TLC). Its essential features are:

• Reduced intakes of saturated fats (<7% of total calories) and cholesterol (<200 mg/d) (see TABLE 6 for overall composition of the TLC Diet)

• Therapeutic options for enhancing LDL lowering such as plant stanols/sterols (2 g/d) and increased viscous (soluble) fiber (10-25 g/d)

• Weight reduction

• Increased physical activity.

A model of steps in TLC is shown in FIGURE 1. To initiate TLC, intakes of saturated fats and cholesterol are reduced first to lower LDL cholesterol. To improve overall health, ATP III's TLC Diet generally contains the recommendations embodied in the Dietary Guidelines for Americans 2000. One exception is that total fat is allowed to range from 25%-35% of total calories provided saturated fats and trans fatty acids are kept low. A higher intake of total fat, mostly in the form of unsaturated fat, can help to reduce triglycerides and raise HDL cholesterol in persons with the metabolic syndrome. In accord with the Dietary Guidelines, moderate physical activity is encouraged. After 6 weeks, the LDL response is determined; if the LDL cholesterol goal has not been achieved, other therapeutic options for LDL lowering such as plant stanol/sterols and viscous fiber can be added.

After maximum reduction of LDL cholesterol with dietary therapy, emphasis shifts to management of the

 ©2001 American Medical Association. All rights reserved.

Downloaded from www.jama.com at Astrazenica, on June 19, 2005

10

CONFIDENTIAL
AZSER12443423

metabolic syndrome and associated lipid risk factors. The majority of persons with these latter abnormalities are overweight or obese and sedentary. Weight reduction therapy for overweight or obese patients will enhance LDL lowering and will provide other health benefits including modifying other lipid and nonlipid risk factors. Assistance in the management of overweight and obese persons is provided by the *Clinical Guidelines on the Identification, Evaluation, and Treatment of Overweight and Obesity in Adults* from the NHLBI Obesity Education Initiative (1998). Additional risk reduction

can be achieved by simultaneously increasing physical activity.

At all stages of dietary therapy, physicians are encouraged to refer patients to registered dietitians or other qualified nutritionists for *medical nutrition therapy*, which is the term for the nutritional intervention and guidance provided by a nutrition professional.

## DRUG THERAPY TO ACHIEVE LDL CHOLESTEROL GOALS

A portion of the population whose short-term or long-term risk for CHD is high will require LDL-lowering drugs in addition to TLC to reach the desig-

nated goal for LDL cholesterol (see Table 5). When drugs are prescribed, attention to TLC should always be maintained and reinforced. Currently available drugs that affect lipoprotein metabolism and their major characteristics are listed in TABLE 7.

Some cholesterol-lowering agents are currently available over-the-counter (OTC) (eg, nicotinic acid), and manufacturers of several classes of LDL-lowering drugs (eg, statins, bile acid sequestrants) have applied to the Food and Drug Administration (FDA) to allow these agents to become OTC medications. At the time of publication of ATP III, the FDA has not granted permission for OTC status for statins or bile acid sequestrants. If an OTC cholesterol-lowering drug is or becomes available, patients should continue to consult with their physicians about whether to initiate drug treatment, about setting the goals of therapy, and about monitoring for therapeutic responses and side effects.

### Secondary Prevention: Drug Therapy for CHD and CHD Risk Equivalents

For persons with CHD and CHD risk equivalents, the goal is to attain an LDL cholesterol level of <100 mg/dL. The cutpoints for initiating lifestyle and drug

**Figure 1.** Model of Steps in Therapeutic Lifestyle Changes (TLC)



LDL indicates low-density lipoprotein.

**Table 7.** Drugs Affecting Lipoprotein Metabolism*

| Drug Class, Agents, and Daily Doses | Lipid/Lipoprotein Effects | Side Effects | Contraindications | Clinical Trial Results |
|---|---|---|---|---|
| HMG-CoA reductase inhibitors (statins)† | LDL ↓18%-55%<br>HDL ↑5%-15%<br>TG ↓7%-30% | Myopathy; increased liver enzymes | Absolute: active or chronic liver disease<br>Relative: concomitant use of certain drugs§ | Reduced major coronary events, CHD deaths, need for coronary procedures, stroke, and total mortality |
| Bile acid sequestrants‡ | LDL ↓15%-30%<br>HDL ↑3%-5%<br>TG No change or increase | Gastrointestinal distress; constipation; decreased absorption of other drugs | Absolute: dysbetalipoproteinemia; TG >400 mg/dL<br>Relative:TG >200 mg/dL | Reduced major coronary events and CHD deaths |
| Nicotinic acid‖ | LDL ↓5%-25%<br>HDL ↑15%-35%<br>TG ↓20%-50% | Flushing; hyperglycemia; hyperuricemia (or gout); upper gastrointestinal distress; hepatotoxicity | Absolute: chronic liver disease; severe gout<br>Relative: diabetes; hyperuricemia; peptic ulcer disease | Reduced major coronary events, and possibly total mortality |
| Fibric acids¶ | LDL ↓5%-20% (may be increased in patients with high TG)<br>HDL ↑10%-20%<br>TG ↓20%-50% | Dyspepsia; gallstones; myopathy; unexplained non-CHD deaths in WHO study | Absolute: severe renal disease; severe hepatic disease | Reduced major coronary events |

*HMG-CoA indicates 3-hydroxy-3-methylglutaryl coenzyme A; LDL, low-density lipoprotein; HDL, high-density lipoprotein; TG, triglycerides; ↓, decrease; ↑, increase; and CHD, coronary heart disease.
†Lovastatin (20-80 mg), pravastatin (20-40 mg), simvastatin (20-80 mg), fluvastatin (20-80 mg), atorvastatin (10-80 mg), and cerivastatin (0.4-0.8 mg).
‡Cholestyramine (4-16 g), colestipol (5-20 g), and colesevelam (2.6-3.8 g).
§Cyclosporine, macrolide antibiotics, various antifungal agents, and cytochrome P-450 inhibitors (fibrates and niacin should be used with appropriate caution).
‖Immediate-release (crystalline) nicotinic acid (1.5-3 g), extended-release nicotinic acid (1-2 g), and sustained-release nicotinic acid (1-2 g).
¶Gemfibrozil (600 mg twice daily), fenofibrate (200 mg), and clofibrate (1000 mg twice daily).

©2001 American Medical Association. All rights reserved.

Downloaded from www.jama.com at Astrazenica, on June 19, 2005

CONFIDENTIAL
AZSER12443424

SUMMARY OF THE NCEP ADULT TREATMENT PANEL III REPORT



**Figure 2.** Progression of Drug Therapy in Primary Prevention

LDL indicates low-density lipoprotein.

therapies are shown in Table 5. Most patients with CHD will need LDL-lowering drug therapy. Other lipid risk factors may also warrant consideration of drug treatment. Whether or not lipid-modifying drugs are used, non-lipid risk factors require attention and favorable modification.

In patients admitted to the hospital for a major coronary event, LDL cholesterol should be measured on admission or within 24 hours. This value can be used for treatment decisions. In general, persons hospitalized for a coronary event or procedure should be discharged on drug therapy if the LDL cholesterol is ≥130 mg/dL. If the LDL is 100-129 mg/dL, clinical judgment should be used in deciding whether to initiate drug treatment at discharge, recognizing that LDL cholesterol levels begin to decline in the first few hours after an event and are significantly decreased by 24 to 48 hours and may remain low for many weeks. Thus, the initial LDL cholesterol level obtained in the hospital may be substantially lower than is usual for the patient. Some authorities hold that drug therapy should be initiated whenever a patient hospitalized for a CHD-related illness is found to have an LDL cholesterol >100 mg/dL. Initiation of drug therapy at the time of hospital discharge has 2 advantages. First, at that time patients are particularly motivated to undertake and adhere to risk-lowering interventions; and second, failure to initiate indicated therapy early is one of the causes of a large "treatment gap," because outpatient follow-up is often less consistent and more fragmented.

### LDL-Lowering Drug Therapy for Primary Prevention

Table 5 shows the cutpoints for considering drug treatment in primary prevention. The general approach to management of drug therapy for primary prevention is outlined in FIGURE 2.

When drug therapy for primary prevention is a consideration, the third visit of dietary therapy (see Figure 1) will typically be the visit to initiate drug treatment. Even if drug treatment is started, TLC should be continued. As with TLC, the first priority of drug therapy is to achieve the goal for LDL cholesterol. For this reason, an LDL-lowering drug should be started. The usual drug will be a statin, but alternatives are a bile acid sequestrant or nicotinic acid. In most cases, the statin should be started at a moderate dose. In many patients, the LDL cholesterol goal will be achieved, and higher doses will not be necessary. The patient's response should be evaluated about 6 weeks after starting drug therapy. If the goal of therapy has been achieved, the current dose can be maintained. However, if the goal has not been achieved, LDL-lowering drug therapy can be intensified, either by increasing the dose of statin or by combining a statin with a bile acid sequestrant or nicotinic acid.

After 12 weeks of drug therapy, the response to therapy should again be assessed. If the LDL cholesterol goal is still not achieved, consideration can be given to further intensification of drug therapy. If the LDL goal cannot be attained by standard lipid-lowering therapy, consideration should be given to seeking consultation from a lipid spe-

cialist. Once the goal for LDL cholesterol has been attained, attention can turn to other lipid risk factors and nonlipid factors. Thereafter, patients can be monitored for response to therapy every 4 to 6 months, or more often if considered necessary.

## BENEFIT BEYOND LDL LOWERING: THE METABOLIC SYNDROME AS A SECONDARY TARGET OF THERAPY

Evidence is accumulating that risk for CHD can be reduced beyond LDL-lowering therapy by modification of other risk factors. One potential secondary target of therapy is the metabolic syndrome, which represents a constellation of lipid and nonlipid risk factors of metabolic origin. This syndrome is closely linked to a generalized metabolic disorder called *insulin resistance* in which the normal actions of insulin are impaired. Excess body fat (particularly abdominal obesity) and physical inactivity promote the development of insulin resistance, but some individuals also are genetically predisposed to insulin resistance.

The risk factors of the metabolic syndrome are highly concordant; in aggregate they enhance risk for CHD at any given LDL cholesterol level. For purposes of ATP III, the diagnosis of the metabolic syndrome is made when 3 or more of the risk determinants shown in TABLE 8 are present. These determinants include a combination of categorical and borderline risk factors that can be readily measured in clinical practice.

Management of the metabolic syndrome has a 2-fold objective: (1) to reduce underlying causes (ie, obesity and physical inactivity) and (2) to treat associated nonlipid and lipid risk factors.

### Management of Underlying Causes of the Metabolic Syndrome

First-line therapies for all lipid and nonlipid risk factors associated with the metabolic syndrome are weight reduction and increased physical activity,

©2001 American Medical Association. All rights reserved.

Downloaded from www.jama.com at Astrazenica, on June 19, 2005

12

CONFIDENTIAL
AZSER12443425

which will effectively reduce all of these risk factors. Therefore, after appropriate control of LDL cholesterol, TLC should stress weight reduction and physical activity if the metabolic syndrome is present.

*Weight Control.* In ATP III overweight and obesity are recognized as major, underlying risk factors for CHD and identified as direct targets of intervention. Weight reduction will enhance LDL lowering and reduce all of the risk factors of the metabolic syndrome. The recommended approaches for reducing overweight and obesity are contained in the clinical guidelines of the Obesity Education Initiative.

*Physical Activity.* Physical inactivity is likewise a major, underlying risk factor for CHD. It augments the lipid and nonlipid risk factors of the metabolic syndrome. It further may enhance risk by impairing cardiovascular fitness and coronary blood flow. Regular physical activity reduces very low-density lipoprotein (VLDL) levels, raises HDL cholesterol, and in some persons, lowers LDL levels. It also can lower blood pressure, reduce insulin resistance, and favorably influence cardiovascular function. Thus, ATP III recommends that regular physical activity become a routine component in management of high serum cholesterol. The evidence base for this recommendation is contained in the US Surgeon General's Report on Physical Activity.

### Specific Treatment of Lipid and Nonlipid Risk Factors

Beyond the underlying risk factors, therapies directed against the lipid and nonlipid risk factors of the metabolic syndrome will reduce CHD risk. These include treatment of hypertension, use of aspirin in patients with CHD to reduce the prothrombotic state (guidelines for aspirin use in primary prevention have not been firmly established), and treatment of elevated triglycerides and low HDL cholesterol as discussed below under "Management of Specific Dyslipidemias."

## SPECIAL ISSUES
### Management of Specific Dyslipidemias

*Very High LDL Cholesterol (≥190 mg/dL).* Persons with very high LDL cholesterol usually have genetic forms of hypercholesterolemia: monogenic familial hypercholesterolemia, familial defective apolipoprotein B, and polygenic hypercholesterolemia. Early detection of these disorders through cholesterol testing in young adults is needed to prevent premature CHD. Family testing is important to identify similarly affected relatives. These disorders often require combined drug therapy (statin + bile acid sequestrant) to achieve the goals of LDL-lowering therapy.

*Elevated Serum Triglycerides.* Recent meta-analyses of prospective studies indicate that elevated triglycerides are also an independent risk factor for CHD. Factors contributing to elevated (higher than normal) triglycerides in the general population include obesity and overweight, physical inactivity, cigarette smoking, excess alcohol intake, high-carbohydrate diets (>60% of energy intake), several diseases (eg, type 2 diabetes, chronic renal failure, nephrotic syndrome), certain drugs (eg, corticosteroids, estrogens, retinoids, higher doses of β-adrenergic blocking agents), and genetic disorders (familial combined hyperlipidemia, familial hypertriglyceridemia, and familial dysbetalipoproteinemia).

In clinical practice, elevated serum triglycerides are most often observed in persons with the metabolic syndrome, although secondary or genetic factors can heighten triglyceride levels. ATP III adopts the following classification of serum triglycerides:

- Normal triglycerides: <150 mg/dL
- Borderline-high triglycerides: 150-199 mg/dL
- High triglycerides: 200-499 mg/dL
- Very high triglycerides: ≥500 mg/dL

(To convert triglyceride values to mmol/L, divide by 88.6.)

The finding that elevated triglycerides are an independent CHD risk factor suggests that some triglyceride-rich lipoproteins are atherogenic. The latter are partially degraded VLDL, commonly called *remnant lipoproteins.* In clinical practice, VLDL cholesterol is the most readily available measure of atherogenic remnant lipoproteins. Thus, VLDL cholesterol can be a target of cholesterol-lowering therapy. ATP III identifies the sum of LDL+VLDL cholesterol (termed *non-HDL cholesterol* [total cholesterol – HDL cholesterol]) as a secondary target of therapy in persons with high triglycerides (≥200 mg/dL). The goal for non-HDL cholesterol in persons with high serum triglycerides can be set at 30 mg/dL higher than that for LDL cholesterol (TABLE 9) on the premise that a VLDL cholesterol level ≤30 mg/dL is normal.

The treatment strategy for elevated triglycerides depends on the causes of the elevation and its severity. For all persons

**Table 8.** Clinical Identification of the Metabolic Syndrome

| Risk Factor | Defining Level |
|---|---|
| • Abdominal obesity* (waist circumference)† | |
|   Men | >102 cm (>40 in) |
|   Women | >88 cm (>35 in) |
| • Triglycerides | ≥150 mg/dL |
| • High-density lipoprotein cholesterol | |
|   Men | <40 mg/dL |
|   Women | <50 mg/dL |
| • Blood pressure | ≥130/≥85 mm Hg |
| • Fasting glucose | ≥110 mg/dL |

*Overweight and obesity are associated with insulin resistance and the metabolic syndrome. However, the presence of abdominal obesity is more highly correlated with the metabolic risk factors than is an elevated body mass index (BMI). Therefore, the simple measure of waist circumference is recommended to identify the body weight component of the metabolic syndrome.

†Some male patients can develop multiple metabolic risk factors when the waist circumference is only marginally increased, eg, 94-102 cm (37-40 in). Such patients may have strong genetic contribution to insulin resistance and they should benefit from changes in life habits, similarly to men with categorical increases in waist circumference.

**Table 9.** Comparison of LDL Cholesterol and Non-HDL Cholesterol Goals for 3 Risk Categories*

| Risk Category | LDL Goal (mg/dL) | Non-HDL Goal (mg/dL) |
|---|---|---|
| CHD and CHD risk equivalent (10-year risk for CHD >20%) | <100 | <130 |
| Multiple (2+) risk factors and 10-year risk ≤20% | <130 | <160 |
| 0-1 Risk factor | <160 | <190 |

*LDL indicates low-density lipoprotein; HDL, high-density lipoprotein; and CHD, coronary heart disease.

©2001 American Medical Association. All rights reserved.

Downloaded from www.jama.com at Astrazenica, on June 19, 2005

13

CONFIDENTIAL
AZSER12443426

with borderline high or high triglycerides, the primary aim of therapy is to achieve the target goal for LDL cholesterol. When triglycerides are borderline high (150-199 mg/dL), emphasis should also be placed on weight reduction and increased physical activity. For high triglycerides (200-499 mg/dL), non-HDL cholesterol becomes a secondary target of therapy. Aside from weight reduction and increased physical activity, drug therapy can be considered in high-risk persons to achieve the non-HDL cholesterol goal. There are 2 approaches to drug therapy. First, the non-HDL cholesterol goal can be achieved by intensifying therapy with an LDL-lowering drug; second, nicotinic acid or fibrate can be added, if used with appropriate caution, to achieve the non-HDL cholesterol goal by further lowering VLDL cholesterol. In rare cases in which triglycerides are very high (≥500 mg/dL), the initial aim of therapy is to prevent acute pancreatitis through triglyceride lowering. This approach requires very low-fat diets (≤15% of calorie intake), weight reduction, increased physical activity, and usually a triglyceride-lowering drug (fibrate or nicotinic acid). Only after triglyceride levels have been lowered to <500 mg/dL should attention turn to LDL lowering to reduce risk for CHD.

*Low HDL Cholesterol.* Low HDL cholesterol is a strong independent predictor of CHD. In ATP III, low HDL cholesterol is defined categorically as a level <40 mg/dL, a change from the level of <35 mg/dL in ATP II. In the present guidelines, low HDL cholesterol both modifies the goal for LDL-lowering therapy and is used as a risk factor to estimate 10-year risk for CHD.

Low HDL cholesterol levels have several causes, many of which are associated with insulin resistance, ie, elevated triglycerides, overweight and obesity, physical inactivity, and type 2 diabetes. Other causes are cigarette smoking, very high carbohydrate intakes (>60% of calories), and certain drugs (eg, β-blockers, anabolic steroids, progestational agents).

ATP III does not specify a goal for HDL raising. Although clinical trial results sug-

gest that raising HDL will reduce risk, the evidence is insufficient to specify a goal of therapy. Furthermore, currently available drugs do not robustly raise HDL cholesterol. Nonetheless, a low HDL should receive clinical attention and management according to the following sequence. In all persons with low HDL cholesterol, the primary target of therapy is LDL cholesterol; ATP III guidelines should be followed to achieve the LDL cholesterol goal. Second, after the LDL goal has been reached, emphasis shifts to weight reduction and increased physical activity (when the metabolic syndrome is present). When a low HDL cholesterol is associated with high triglycerides (200-499 mg/dL), secondary priority goes to achieving the non-HDL cholesterol goal, as outlined earlier. Also, if triglycerides are <200 mg/dL (isolated low HDL cholesterol), drugs for HDL raising (fibrates or nicotinic acid) can be considered; however, treatment for isolated low HDL is mostly reserved for persons with CHD and CHD risk equivalents.

*Diabetic Dyslipidemia.* This disorder is essentially atherogenic dyslipidemia in persons with type 2 diabetes. Although elevated triglycerides, low HDL cholesterol, or both are common in persons with diabetes, clinical trial results support the identification of LDL cholesterol as the primary target of therapy, as it is in those without diabetes. Since diabetes is designated a CHD risk equivalent in ATP III, the LDL cholesterol goal of therapy for most persons with diabetes will be <100 mg/dL. Furthermore, when LDL cholesterol is ≥130 mg/dL, most persons with diabetes will require initiation of LDL-lowering drugs simultaneously with TLC to achieve the LDL goal. When LDL cholesterol levels are in the range of 100-129 mg/dL at baseline or on treatment, several therapeutic options are available: increasing intensity of LDL-lowering therapy, adding a drug to modify atherogenic dyslipidemia (fibrate or nicotinic acid), or intensifying control of other risk factors including hyperglycemia. When triglyceride levels are ≥200 mg/dL, non-HDL cholesterol becomes a secondary target of cholesterol-

lowering therapy. Several ongoing clinical trials (eg, Antihypertensive and Lipid Lowering Heart Attack Trial [ALLHAT]) will better quantify the magnitude of the benefit of LDL-lowering treatment in older individuals with diabetes. In older persons (≥65 years) with diabetes but no additional CHD risk factors other than age, clinical judgment is required for how intensively to apply these guidelines. A variety of factors, including concomitant illnesses, general health status, and social issues, may influence treatment decisions and may suggest a more conservative approach.

**Special Considerations for Different Population Groups**

*Middle-Aged Men (35-65 Years).* In general, men have a higher risk for CHD than do women. Middle-aged men in particular have a high prevalence of the major risk factors and are predisposed to abdominal obesity and the metabolic syndrome. A sizable fraction of all CHD in men occurs in middle age. Thus, many middle-aged men carry a relatively high risk for CHD, and for those who do, intensive LDL-lowering therapy is needed.

*Women Aged 45-75 Years.* In women, onset of CHD generally is delayed by some 10 to 15 years compared with that in men; thus, most CHD in women occurs after age 65 years. All risk factors contribute to CHD in women, and most premature CHD in women (<65 years) occurs in those with multiple risk factors and the metabolic syndrome. Despite the previous belief that the sex difference in risk for CHD reflects a protective effect of estrogen in women, recent secondary and primary prevention trials cast doubt on the use of hormone replacement therapy to reduce CHD risk in postmenopausal women. In contrast, the favorable effects of statin therapy in women in clinical trials make a cholesterol-lowering drug preferable to hormone replacement therapy for CHD risk reduction. Women should be treated similarly to men for secondary prevention. For primary prevention, ATP III's general approach is similarly applicable for women and men. However, the later on-

©2001 American Medical Association. All rights reserved.

Downloaded from www.jama.com at Astrazenica, on June 19, 2005

14

CONFIDENTIAL
AZSER12443427

**Table 10.** Interventions to Improve Adherence

**Focus on the Patient**

- Simplify medication regimens
- Provide explicit patient instruction and use good counseling techniques to teach the patient how to follow the prescribed treatment
- Encourage the use of prompts to help patients remember treatment regimens
- Use systems to reinforce adherence and maintain contact with the patient
- Encourage the support of family and friends
- Reinforce and reward adherence
- Increase visits for patients unable to achieve treatment goal
- Increase the convenience and access to care
- Involve patients in their care through self-monitoring

**Focus on the Physician and Medical Office**

- Teach physicians to implement lipid treatment guidelines
- Use reminders to prompt physicians to attend to lipid management
- Identify a patient advocate in the office to help deliver or prompt care
- Use patients to prompt preventive care
- Develop a standardized treatment plan to structure care
- Use feedback from past performance to foster change in future care
- Remind patients of appointments and follow up missed appointments

**Focus on the Health Delivery System**

- Provide lipid management through a lipid clinic
- Utilize case management by nurses
- Deploy telemedicine
- Utilize the collaborative care of pharmacists
- Execute critical care pathways in hospitals

set of CHD for women in general should be factored into clinical decisions about use of cholesterol-lowering drugs.

*Older Adults (Men ≥65 Years and Women ≥75 Years).* Overall, most new CHD events and most coronary deaths occur in older persons (≥65 years). A high level of LDL cholesterol and low HDL cholesterol still carry predictive power for the development of CHD in older persons. Nevertheless, the finding of advanced subclinical atherosclerosis by noninvasive testing can be helpful for confirming the presence of high risk in older persons. Secondary prevention trials with statins have included a sizable number of older persons, mostly in the age range of 65 to 75 years. In these trials, older persons showed significant risk reduction with statin therapy. Thus, no hard-and-fast age restrictions appear necessary when selecting persons with established CHD for LDL-lowering therapy. For pri-

mary prevention, TLC is the first line of therapy for older persons. However, LDL-lowering drugs can also be considered when older persons are at higher risk because of multiple risk factors or advanced subclinical atherosclerosis.

*Younger Adults (Men 20-35 Years; Women 20-45 Years).* In this age group, CHD is rare except in those with severe risk factors, eg, familial hypercholesterolemia, heavy cigarette smoking, or diabetes. Even though clinical CHD is relatively rare in young adults, coronary atherosclerosis in its early stages may progress rapidly. The rate of development of coronary atherosclerosis earlier in life correlates with the major risk factors. In particular, long-term prospective studies reveal that elevated serum cholesterol detected in young adulthood predicts a higher rate of premature CHD in middle age. Thus, risk factor identification in young adults is an important aim for long-term prevention. The combination of early detection and early intervention on elevated LDL cholesterol with life-habit changes offers the opportunity for delaying or preventing onset of CHD later in life. For young adults with LDL cholesterol levels of ≥130 mg/dL, TLC should be instituted and emphasized. Particular attention should be given to young men who smoke and have a high LDL cholesterol (160-189 mg/dL); they may be candidates for LDL-lowering drugs. When young adults have very high LDL cholesterol levels (≥190 mg/dL), drug therapy should be considered, as in other adults. Those with severe genetic forms of hypercholesterolemia may require LDL-lowering drugs in combination (eg, statin+bile acid sequestrant).

*Racial and Ethnic Groups.* African Americans have the highest overall CHD mortality rate and the highest out-of-hospital coronary death rates of any ethnic group in the United States, particularly at younger ages. Although the reasons for the excess CHD mortality among African Americans have not been fully elucidated, it can be accounted for, at least in part, by the high prevalence of coronary risk factors. Hy-

pertension, left ventricular hypertrophy, diabetes mellitus, cigarette smoking, obesity, physical inactivity, and multiple CHD risk factors all occur more frequently in African Americans than in whites. Other ethnic groups and minority populations in the United States include Hispanics, Native Americans, Asian and Pacific Islanders, and South Asians. Although limited data suggest that racial and ethnic groups vary somewhat in baseline risk for CHD, this evidence did not appear sufficient to lead the ATP III panel to modify general recommendations for cholesterol management in these populations.

## ADHERENCE TO LDL-LOWERING THERAPY

Adherence to the ATP III guidelines by both patients and providers is a key to approximating the magnitude of the benefits demonstrated in clinical trials of cholesterol lowering. Adherence issues have to be addressed to attain the highest possible levels of CHD risk reduction. Thus, ATP III recommends the use of state-of-the-art multidisciplinary methods targeting the patient, clinicians, and health delivery systems to achieve the full population effectiveness of the guidelines for primary and secondary prevention (TABLE 10).

---

**National Cholesterol Education Program Expert Panel on Detection, Evaluation, and Treatment of High Blood Cholesterol in Adults (Adult Treatment Panel III)**

**Members:** Scott M. Grundy, MD, PhD (Chair of the panel), Diane Becker, RN, MPH, ScD, Luther T. Clark, MD, Richard S. Cooper, MD, Margo A. Denke, MD, Wm. James Howard, MD, Donald B. Hunninghake, MD, D. Roger Illingworth, MD, PhD, Russell V. Luepker, MD, MS, Patrick McBride, MD, MPH, James M. McKenney, PharmD, Richard C. Pasternak, MD, Neil J. Stone, MD, Linda Van Horn, PhD, RD

**Ex-officio Members:** H. Bryan Brewer, Jr, MD, James I. Cleeman, MD (Executive Director of the panel), Nancy D. Ernst, PhD, RD, David Gordon, MD, PhD, Daniel Levy, MD, Basil Rifkind, MD, Jacques E. Rossouw, MD, Peter Savage, MD

**Consultants:** Steven M. Haffner, MD, David G. Orloff, MD, Michael A. Proschan, PhD, J. Sanford Schwartz, MD, Christopher T. Sempos, PhD

**Staff:** Susan J. Shero, RN, MS, Elaine Z. Murray

©2001 American Medical Association. All rights reserved.

Downloaded from www.jama.com at Astrazenica, on June 19, 2005

15

CONFIDENTIAL
AZSER12443428

SUMMARY OF THE NCEP ADULT TREATMENT PANEL III REPORT

**Financial Disclosure:** Dr Grundy has received honoraria from Merck, Pfizer, Sankyo, Bayer, and Bristol-Myers Squibb. Dr Hunninghake has current grants from Merck, Pfizer, Kos Pharmaceuticals, Schering Plough, Wyeth Ayerst, Sankyo, Bayer, AstraZeneca, Bristol-Myers Squibb, and G. D. Searle; he has also received consulting honoraria from Merck, Pfizer, Kos Pharmaceuticals, Sankyo, AstraZeneca, and Dr McBride has received grants and/or research support from Pfizer, Merck, Parke-Davis, and AstraZeneca; has served as a consultant for Kos Pharmaceuticals, Abbott, and Merck; and has received honoraria from Abbott, Bristol-Myers Squibb, Novartis, Merck, Kos Pharmaceuticals, Parke-Davis, Pfizer, and DuPont. Dr Pasternak has served as a consultant for and received honoraria from Merck, Pfizer, and Kos Pharmaceuticals, and has received grants from Merck and Pfizer. Dr Stone has served as a consultant and/or received honoraria for lectures from Abbott, Bayer, Bristol-Myers Squibb, Kos Pharmaceuticals, Merck, Novartis, Parke-Davis/Pfizer, and Sankyo. Dr Schwartz has served as a consultant for and/or conducted research funded by Bristol-Myers Squibb, AstraZeneca, Merck, Johnson & Johnson-Merck, and Pfizer.

**Executive Committee Liaison to the Panel:** Stephen Havas, MD, MPH, MS

**Reviewers of the Full Report of ATP III:** Eugene Braunwald, MD, W. Virgil Brown, MD, Alan Chait, MD, James E. Dalen, MD, Valentin Fuster, MD, PhD, Henry N. Ginsberg, MD, Antonio M. Gotto, MD, DPhil, Ronald M. Krauss, MD, John C. LaRosa, MD, Thomas H. Lee, Jr, MD, Linda Meyers, PhD, Michael Newman, MD, Thomas Pearson, MD, PhD, Daniel J. Rader, MD, Frank M. Sacks, MD, Ernst J. Schaefer, MD, Sheldon G. Sheps, MD, Lynn A. Smaha, MD, PhD, Sidney C. Smith, Jr, MD, Jeremiah Stamler, MD, Daniel Steinberg, MD, PhD, Nanette K. Wenger, MD

**National Cholesterol Education Program Coordinating Committee:** The Third Report of the Expert Panel on Detection, Evaluation, and Treatment of High Blood Cholesterol in Adults was approved by the National Cholesterol Education Program Coordinating Committee, which comprises the following organizational representatives:

**Member Organizations:** *National Heart, Lung, and Blood Institute:* Claude Lenfant, MD (Chair), James I. Cleeman, MD (Coordinator); *American Academy of Family Physicians:* Theodore G. Ganiats, MD; *American Academy of Insurance Medicine:* Gary Graham, MD; *American Academy of Pediatrics:* Ronald E. Kleinman, MD; *American Association of Occupational Health Nurses:* Pamela Hixon, BSN, RN, COHN-S; *American College of Cardiology:* Richard C. Pasternak, MD; *American College of Chest Physicians:* Gerald T. Gau, MD; *American College of Nutrition:* Harry Preuss, MD; *American College of Obstetricians and Gynecologists:* Thomas C. Peng, MD; *American College of Occupational and Environmental Medicine:* Ruth Ann Jordan, MD; *American College of Preventive Medicine:* Lewis H. Kuller, MD, DrPH; *American Diabetes Association, Inc:* Alan J. Garber, MD, PhD; *American Dietetic Association:* Linda Van Horn, PhD, RD; *American Heart Association:* Scott M. Grundy, MD, PhD; *American Hospital Association:* Sandra Cornett, RN, PhD; *American Medical Association:* Yank D. Coble, Jr, MD; *American Nurses Association:* to be named; *American Osteopathic Association:* Michael Clearfield, DO; *American Pharmaceutical Association:* James M. McKenney, PharmD; *American Public Health Association:* Stephen Havas, MD, MPH, MS; *American Red Cross:* Donald Vardell, MS; *Association of Black Cardiologists:* Karol Watson, MD, PhD; *Association of State and Territorial Health Officials:* Joanne Mitten, MHE; *Citizens for Public Action on Blood Pressure and Cholesterol, Inc:* Gerald J. Wilson, MA, MBA; *National Black Nurses Association, Inc:* Linda Burnes-Bolton, DrPH, RN, MSN; *National Medical Association:* Luther T. Clark, MD; *Society for Nutrition Education:* Darlene Lansing, MPH, RD; *Society for Public Health Education:* Donald O. Fedder, DrPH, MPH.

**Associate Member Organization:** *American Association of Office Nurses:* Joyce Logan.

**Federal Agencies:** *NHLBI Ad Hoc Committee on Minority Populations:* Yvonne L. Bronner, ScD, RD, LD; *Agency for Healthcare Research and Quality:* Francis D. Chesley, Jr, MD; *Centers for Disease Control and Prevention:* Wayne Giles, MD, MPH; *Coordinating Committee for the Community Demonstration Studies:* Thomas M. Lasater, PhD; *Department of Agriculture:* Alanna Moshfegh, MS, RD; *Department of Defense:* Col Robert Dana Bradshaw, MD, MPH; *Food and Drug Administration:* Elizabeth Yetley, PhD; *Health Resources and Services Administration:* Celia Hayes, MPH, RD; *National Cancer Institute:* Carolyn Clifford, PhD; *National Center for Health Statistics:* Clifford Johnson, MPH; *Office of Disease Prevention and Health Promotion:* Elizabeth Castro, PhD; *Department of Veterans Affairs:* Pamela Steele, MD.

## APPENDIX

### Shared Features of ATP III and ATP II

Adult Treatment Panel (ATP) III shares a set of core features with ATP II, shown in Table A.

**Table A.** Shared Features of ATP III and ATP II*

- Continued identification of LDL cholesterol lowering as the primary goal of therapy
- Consideration of high LDL cholesterol (≥160 mg/dL) as a potential target for LDL-lowering drug therapy, specifically as follows:
  For persons with multiple risk factors whose LDL levels are high (≥160 mg/dL) after dietary therapy, consideration of drug therapy is recommended
  For persons with 0-1 risk factor, consideration of drug therapy (after dietary therapy) is optional for LDL 160-189 mg/dL and recommended for LDL ≥190 mg/dL.
- Emphasis on intensive LDL-lowering therapy in persons with established CHD
- Identification of 3 categories of risk for different LDL goals and different intensities of LDL-lowering therapy:
  CHD and CHD risk equivalents† (other forms of clinical atherosclerotic disease)
  Multiple (2+) risk factors‡
  0-1 risk factor
- Identification of subpopulations, besides middle-aged men, for detection of high LDL cholesterol (and other lipid risk factors) and for clinical intervention. These include:
  Young adults
  Postmenopausal women
  Older persons
- Emphasis on weight loss and physical activity to enhance risk reduction in persons with elevated LDL cholesterol

*ATP indicates Adult Treatment Panel; LDL, low-density lipoprotein; and CHD, coronary heart disease.
†A CHD risk equivalent is a condition that carries an absolute risk for developing new CHD equal to the risk for having recurrent CHD events in persons with established CHD.
‡Risk factors that continue to modify the LDL goal include cigarette smoking, hypertension, low HDL cholesterol, family history of premature CHD, age (male ≥45 years and female ≥55 years), and diabetes (in ATP III diabetes is regarded as a CHD risk equivalent).

### Estimating 10-Year Risk for Men and Women

Risk assessment for determining the 10-year risk for developing CHD is carried out using Framingham risk scoring (Table B1 for men and Table B2 for women). The risk factors included in the Framingham calculation of 10-year risk are age, total cholesterol, HDL cholesterol, systolic blood pressure, treatment for hypertension, and cigarette smoking. The first step is to calculate the number of points for each risk factor. For initial assessment, values for total cholesterol and HDL cholesterol are required. Because of a larger database, Framingham estimates are more robust for total cholesterol than for LDL cholesterol. Note, however, that the LDL cholesterol level remains the primary target of therapy. Total cholesterol and HDL cholesterol values should be the average of at least 2 measurements obtained from lipoprotein analysis. The blood pressure value used is that obtained at the time of assessment, regardless of whether the person is on antihypertensive therapy. However, if the person is on antihypertensive treatment, an extra point is added beyond points for the blood pressure reading because treated hypertension carries residual risk (Tables B1 and B2). The average of several blood pressure measurements, as recommended by the Joint National Committee (JNC), is needed for an accurate measure of baseline blood pressure. The designation "smoker" means any cigarette smoking in the past month. The total risk score sums the points for each risk factor. The 10-year risk for myocardial infarction and coronary death (hard CHD) is estimated from total points, and the person is categorized according to absolute 10-year risk as indicated above (see Table 5).

©2001 American Medical Association. All rights reserved.

Downloaded from www.jama.com at Astrazenica, on June 19, 2005

16

CONFIDENTIAL
AZSER12443429

**Table B1.** Estimate of 10-Year Risk for **Men** (Framingham Point Scores)

| Age, y | Points |
|---|---|
| 20-34 | −9 |
| 35-39 | −4 |
| 40-44 | 0 |
| 45-49 | 3 |
| 50-54 | 6 |
| 55-59 | 8 |
| 60-64 | 10 |
| 65-69 | 11 |
| 70-74 | 12 |
| 75-79 | 13 |

| Total Cholesterol, mg/dL | Points | | | | |
|---|---|---|---|---|---|
| | Age 20-39 y | Age 40-49 y | Age 50-59 y | Age 60-69 y | Age 70-79 y |
| <160 | 0 | 0 | 0 | 0 | 0 |
| 160-199 | 4 | 3 | 2 | 1 | 0 |
| 200-239 | 7 | 5 | 3 | 1 | 0 |
| 240-279 | 9 | 6 | 4 | 2 | 1 |
| ≥280 | 11 | 8 | 5 | 3 | 1 |

| | Points | | | | |
|---|---|---|---|---|---|
| | Age 20-39 y | Age 40-49 y | Age 50-59 y | Age 60-69 y | Age 70-79 y |
| Nonsmoker | 0 | 0 | 0 | 0 | 0 |
| Smoker | 8 | 5 | 3 | 1 | 1 |

| HDL, mg/dL | Points |
|---|---|
| ≥60 | −1 |
| 50-59 | 0 |
| 40-49 | 1 |
| <40 | 2 |

| Systolic BP, mm Hg | If Untreated | If Treated |
|---|---|---|
| <120 | 0 | 0 |
| 120-129 | 0 | 1 |
| 130-139 | 1 | 2 |
| 140-159 | 1 | 2 |
| ≥160 | 2 | 3 |

| Point Total | 10-Year Risk, % |
|---|---|
| <0 | <1 |
| 0 | 1 |
| 1 | 1 |
| 2 | 1 |
| 3 | 1 |
| 4 | 1 |
| 5 | 2 |
| 6 | 2 |
| 7 | 3 |
| 8 | 4 |
| 9 | 5 |
| 10 | 6 |
| 11 | 8 |
| 12 | 10 |
| 13 | 12 |
| 14 | 16 |
| 15 | 20 |
| 16 | 25 |
| ≥17 | ≥30 |

**Table B2.** Estimate of 10-Year Risk for **Women** (Framingham Point Scores)

| Age, y | Points |
|---|---|
| 20-34 | −7 |
| 35-39 | −3 |
| 40-44 | 0 |
| 45-49 | 3 |
| 50-54 | 6 |
| 55-59 | 8 |
| 60-64 | 10 |
| 65-69 | 12 |
| 70-74 | 14 |
| 75-79 | 16 |

| Total Cholesterol, mg/dL | Points | | | | |
|---|---|---|---|---|---|
| | Age 20-39 y | Age 40-49 y | Age 50-59 y | Age 60-69 y | Age 70-79 y |
| <160 | 0 | 0 | 0 | 0 | 0 |
| 160-199 | 4 | 3 | 2 | 1 | 1 |
| 200-239 | 8 | 6 | 4 | 2 | 1 |
| 240-279 | 11 | 8 | 5 | 3 | 2 |
| ≥280 | 13 | 10 | 7 | 4 | 2 |

| | Points | | | | |
|---|---|---|---|---|---|
| | Age 20-39 y | Age 40-49 y | Age 50-59 y | Age 60-69 y | Age 70-79 y |
| Nonsmoker | 0 | 0 | 0 | 0 | 0 |
| Smoker | 9 | 7 | 4 | 2 | 1 |

| HDL, mg/dL | Points |
|---|---|
| ≥60 | −1 |
| 50-59 | 0 |
| 40-49 | 1 |
| <40 | 2 |

| Systolic BP, mm Hg | If Untreated | If Treated |
|---|---|---|
| <120 | 0 | 0 |
| 120-129 | 1 | 3 |
| 130-139 | 2 | 4 |
| 140-159 | 3 | 5 |
| ≥160 | 4 | 6 |

| Point Total | 10-Year Risk, % |
|---|---|
| <9 | <1 |
| 9 | 1 |
| 10 | 1 |
| 11 | 1 |
| 12 | 1 |
| 13 | 2 |
| 14 | 2 |
| 15 | 3 |
| 16 | 4 |
| 17 | 5 |
| 18 | 6 |
| 19 | 8 |
| 20 | 11 |
| 21 | 14 |
| 22 | 17 |
| 23 | 22 |
| 24 | 27 |
| ≥25 | ≥30 |

©2001 American Medical Association. All rights reserved.

Downloaded from www.jama.com at Astrazenica, on June 19, 2005

17

CONFIDENTIAL
AZSER12443430

# Screening for Diabetes

AMERICAN DIABETES ASSOCIATION

Diabetes mellitus is a group of metabolic diseases characterized by hyperglycemia resulting from defects in insulin secretion, insulin action, or both. Type 2 diabetes, the most prevalent form of the disease, is often asymptomatic in its early stages and can remain undiagnosed for many years.

The chronic hyperglycemia of diabetes is associated with long-term dysfunction, damage, and failure of various organs, especially the eyes, kidneys, nerves, heart, and blood vessels. Individuals with undiagnosed type 2 diabetes are also at significantly higher risk for stroke, coronary heart disease, and peripheral vascular disease than the nondiabetic population. They also have a greater likelihood of having dyslipidemia, hypertension, and obesity. Because early detection and prompt treatment may reduce the burden of diabetes and its complications, screening for diabetes may be appropriate under certain circumstances. This position statement provides recommendations for diabetes screenings performed in physicians' offices and in other health care settings.

This position statement does not address screening for type 1 diabetes or gestational diabetes mellitus (GDM). Because of the acute onset of symptoms, most cases of type 1 diabetes are detected soon after symptoms develop. Widespread clinical testing of asymptomatic individuals for the presence of autoantibodies related to type 1 diabetes cannot be recommended at this time as a means to identify persons at risk. Reasons for this include the following: 1) cutoff values for some of the immune marker assays have not been completely established in clinical settings; 2) there is no consensus as to what action should be taken when a positive autoantibody test result is obtained; and 3) because the incidence of type 1 diabetes is low, testing of healthy children will identify only a very small number (<0.5%) who at that moment may be "prediabetic." Clinical studies are being conducted to test various methods of preventing type 1 diabetes in high-risk individuals (e.g., siblings of type 1 diabetic patients). These studies may uncover an effective means of preventing type 1 diabetes, in which case targeted screening may be appropriate in the future.

For information on screening for GDM, refer to the American Diabetes Association's position statement "Gestational Diabetes Mellitus."

## DIABETES PREVALENCE AND RISK FACTORS — The estimated prevalence of diabetes among adults was 7.4% in 1995; this is expected to rise to ~9% in 2025. However, specific population subgroups have a much higher prevalence of the disease than the population as a whole. These subgroups have certain attributes or risk factors that either directly cause diabetes or are associated with it.

The correlation of a risk factor(s) with development of diabetes is never 100%. However, the greater the number of risk factors present in an individual, the greater the chance of that individual developing or having diabetes. Conversely, the chance of an asymptomatic individual without any risk factors having or developing diabetes is relatively low.

The risk of developing type 2 diabetes increases with age, obesity, and lack of physical activity. Type 2 diabetes is more common in individuals with a family history of the disease and in members of certain racial/ethnic groups. It occurs more frequently in women with prior GDM or polycystic ovary syndrome and in individuals with hypertension, dyslipidemia, impaired glucose tolerance (IGT), or impaired fasting glucose (IFG).

## PRINCIPLES TO ASSESS THE VALUE OF SCREENING FOR TYPE 2 DIABETES — There is a major distinction between diagnostic testing and screening. When an individual exhibits symptoms or signs of the disease, diagnostic tests are performed, and such tests do not represent screening. The purpose of screening is to identify asymptomatic individuals who are likely to have diabetes. Separate diagnostic tests using standard criteria are required after positive screening tests to establish a definitive diagnosis.

Generally, screening in asymptomatic populations is appropriate when seven conditions are met: 1) the disease represents an important health problem that imposes a significant burden on the population; 2) the natural history of the disease is understood; 3) there is a recognizable preclinical (asymptomatic) stage during which the disease can be diagnosed; 4) tests are available that can detect the preclinical stage of the disease, and the tests are acceptable and reliable; 5) treatment after early detection yields benefits superior to those obtained when treatment is delayed; 6) the costs of case finding and treatment are reasonable and are balanced in relation to health expenditures as a whole, and facilities and resources are available to treat newly diagnosed cases; and 7) screening will be a systematic ongoing process and not merely an isolated one-time effort.

For diabetes, conditions 1–4 are met. Conditions 5–7 have not been met entirely because there are no randomized clinical trials documenting the effectiveness of screening programs in decreasing mortality and morbidity from diabetes, and some controversy exists regarding the cost-effectiveness of screening and

The recommendations in this paper are based on the evidence reviewed in the following publication: Screening for type 2 diabetes (Technical Review). *Diabetes Care* 23:1563–1580, 2000.

The paper was peer-reviewed, modified, and approved by the Professional Practice Committee and the Executive Committee, October 2000.

**Abbreviations:** DPP, Diabetes Prevention Program; FPG, fasting plasma glucose; GDM, gestational diabetes mellitus; IFG, impaired fasting glucose; IGT, impaired glucose tolerance; OGTT, oral glucose tolerance test.

CONFIDENTIAL
AZSER12443431

*Position Statement*

**Table 1—***Major risk factors for type 2 diabetes*

Family history of diabetes (i.e., parents or siblings with diabetes)
Overweight (BMI $\geq 25$ kg/m$^2$)
Habitual physical inactivity
Race/ethnicity (e.g., African-Americans, Hispanic-Americans, Native Americans, Asian-
   Americans, and Pacific Islanders)
Previously identified IFG or IGT
Hypertension ($\geq 140/90$ mmHg in adults)
HDL cholesterol $\leq 35$ mg/dl (0.90 mmol/l) and/or a triglyceride level $\geq 250$ mg/dl
   (2.82 mmol/l)
History of GDM or delivery of a baby weighing $>9$ lbs
Polycystic ovary syndrome

whether screening as currently carried out is a systematic and ongoing process.

Randomized clinical trials would be the best means to evaluate the benefits and risks of diabetes screening and early treatment. However, rigorous studies that apply currently available treatments to a screened group but not to a control group have not been done and are unlikely to be performed soon because of feasibility, ethical concerns, and costs. Thus, while it is well established that treating diabetes diagnosed through standard clinical practice is effective in reducing diabetic microvascular complications, it is unknown whether the additional years of treatment that might be received by individuals diagnosed through screening would result in clinically important improvements in diabetes-related outcomes. A large clinical trial, the Diabetes Prevention Program (DPP), is underway in the U.S. It is designed to answer the question of whether treatment with lifestyle interventions or metformin for patients with IGT or IFG detected through a screening program will reduce the incidence of type 2 diabetes. If the DPP demonstrates a reduction in the incidence of type 2 diabetes as a result of one or more of the interventions, then more widespread screening for these conditions, which would incidentally detect many cases of asymptomatic diabetes, may be justified.

The effectiveness of screening may also depend on the setting in which it is performed. In general, community screening outside a health care setting may be less effective because of the failure of people with a positive screening test to seek and obtain appropriate follow-up testing and care or, conversely, to ensure appropriate repeat testing for individuals who screen negative. That is, screening outside of clinical settings may yield ab-

normal tests that are never discussed with a primary care provider, low compliance with treatment recommendations, and a very uncertain impact on long-term health. Community screening may also be poorly targeted, i.e., it may fail to reach the groups most at risk and inappropriately test those at low risk (the worried well) or even those already diagnosed.

## GENERAL RECOMMENDATIONS FOR THE EVALUATION OF HIGH-RISK INDIVIDUALS —
Based on the lack of data from prospective studies on the benefits of screening and the relatively low cost-effectiveness of screening suggested by existing studies, the decision to test for diabetes should ultimately be based on clinical judgment and patient preference.

On the basis of expert opinion, evaluation of the general population should be considered by their health care provider at 3-year intervals beginning at age 45. The rationale for this interval is that false negatives will be repeated before substantial time elapses, and there is little likelihood of an individual developing any of the complications of diabetes to a

significant degree within 3 years of a negative screening test result. Testing should be considered at a younger age or be carried out more frequently in individuals with one or more of the risk factors shown in Table 1.

Patients presenting to health care providers with symptoms of marked hyperglycemia, including polyuria, polydipsia, weight loss (sometimes with polyphagia) and blurred vision, should receive diagnostic testing for diabetes, as should those with potential complications of diabetes or with any other clinical presentation in which diabetes is included in the differential diagnosis. Such diagnostic testing, however, does not constitute screening.

The incidence of type 2 diabetes in children and adolescents has been shown to be increasing. Consistent with screening recommendations for adults, only children and youth at substantial risk for the presence or the development of type 2 diabetes should be tested. Although there are insufficient data to make definite recommendations, the American Diabetes Association consensus statement titled "Type 2 Diabetes in Children and Adolescents" recommends that overweight (defined as BMI $>85$th percentile for age and sex, weight for height $>85$th percentile, or weight $>120\%$ of ideal [50th percentile] for height) youths with any two of the risk factors listed below be screened. Testing should be done every 2 years starting at age 10 years or at the onset of puberty if it occurs at a younger age. Testing may be considered in other high-risk patients who display any of the following characteristics:

- Have a family history of type 2 diabetes in first- and second-degree relatives;
- Belong to a certain race/ethnic group

**Table 2—***Criteria for the diagnosis of diabetes*

| Normoglycemia | IFG or IGT | Diabetes* |
|---|---|---|
| FPG $<110$ mg/dl | FPG $\geq 110$ and $<126$ mg/dl (IFG) | FPG $\geq 126$ mg/dl |
| 2-h PG† $<140$ mg/dl | 2-h PG† $\geq 140$ and $<200$ mg/dl (IGT) | 2-h PG† $\geq 200$ mg/dl |
| | | Symptoms of diabetes and casual plasma glucose concentration $\geq 200$ mg/dl |

*A diagnosis of diabetes must be confirmed, on a subsequent day, by measurement of FPG, 2-h PG, or random plasma glucose (if symptoms are present). The FPG test is greatly preferred because of ease of administration, convenience, acceptability to patients, and lower cost. Fasting is defined as no caloric intake for at least 8 h. †This test requires the use of a glucose load containing the equivalent of 75 g anhydrous glucose dissolved in water. 2-h PG, 2-h postload glucose.

CONFIDENTIAL
AZSER12443432

**Table 3—*Summary of major recommendations***

| Recommendations | Evidence grading* |
|---|---|
| Evaluation for type 2 diabetes should be performed within the health care setting. Patients should be screened at 3-year intervals beginning at age 45; testing should be considered at an earlier age or be carried out more frequently if diabetes risk factors are present. | E |
| Diabetes risk factors include a family history of diabetes; overweight defined as BMI ≥25 kg/m²; habitual physical inactivity; belonging to a high-risk ethnic or racial group; previously identified IFG or IGT; hypertension; dyslipidemia; history of GDM or delivery of a baby weighing >9 lbs; and polycystic ovary syndrome. | B |
| The FPG is the recommended screening test. The OGTT may be necessary for the diagnosis of diabetes when the FPG is normal. The FPG is preferred for screenings because it is faster and easier to perform, more convenient, acceptable to patients, and less expensive. | C |
| Diagnostic testing should be performed in any clinical situation in which such testing is warranted; health care providers should not consider whether a person meets screening criteria in such cases. | E |
| Screening outside of health care settings, or community screening, has not been shown to be beneficial and may result in some harm; this type of screening is not recommended. | E |

*Scientific evidence was ranked based on the American Diabetes Association's grading system. The highest ranking (A) was assigned when there is supportive evidence from well-conducted generalizable randomized controlled trials that are adequately powered, including evidence from a meta-analysis that incorporated quality ratings in the analysis. An intermediate ranking (B) was given to supportive evidence from well-conducted cohort studies, registries, or case-control studies. A lower rank (C) was assigned to evidence from uncontrolled or poorly controlled studies or when there is conflicting evidence with the weight of the evidence supporting the recommendation. Expert consensus (E) is indicated, as appropriate. For a detailed description of this grading system, refer to *Diabetes Care* 25 (Suppl. 1):S1, 2002.

(Native Americans, African-Americans, Hispanic Americans, Asians/South Pacific Islanders);
• Have signs of insulin resistance or conditions associated with insulin resistance (acanthosis nigricans, hypertension, dyslipidemia, polycystic ovary syndrome).

**TESTS** — The best screening test for diabetes, the fasting plasma glucose (FPG), is also a component of diagnostic testing. The FPG test and the 75-g oral glucose tolerance test (OGTT) are both suitable tests for diabetes; however, the FPG test is preferred in clinical settings because it is easier and faster to perform, more convenient and acceptable to patients, and less expensive. An FPG ≥126 mg/dl (7.0 mmol/l) is an indication for retesting, which should be repeated on a different day to confirm a diagnosis. If the FPG is <126 mg/dl (7.0 mmol/l) and there is a high suspicion for diabetes, an OGTT should be performed. A 2-h postload value in the OGTT ≥200 mg/dl (11.1 mmol/l) is a positive test for diabetes and should be confirmed on an alternate day. Table 2 presents the diagnostic criteria for diabetes. Fasting is defined as no consumption of food or beverage other than water for at least 8 h before testing.

Nondiabetic individuals with an FPG ≥110 mg/dl (6.1 mmol/l) but <126 mg/dl (7.0 mmol/l) are considered to have IFG, and those with 2-h values in the OGTT ≥140 mg/dl (7.8 mmol/l) but <200 mg/dl (11.1 mmol/l) are defined as having IGT. Both IFG and IGT are risk factors for future diabetes. Normoglycemia is defined as plasma glucose levels <110 mg/dl (6.1 mmol/l) in the FPG test and a 2-h postload value <140 mg/dl (7.8 mmol/l) in the OGTT.

If necessary, plasma glucose testing may be performed on individuals who have taken food or drink shortly before testing. Such tests are referred to as casual plasma glucose measurements and are given without regard to time of last meal. A casual plasma glucose level ≥200 mg/dl (11.1 mmol/l) with symptoms of diabetes is considered diagnostic of diabetes. A confirmatory FPG test or OGTT should be completed on a different day if the clinical condition of the patient permits.

Laboratory measurement of plasma glucose concentration is performed on venous samples with enzymatic assay techniques, and the above-mentioned values are based on the use of such methods. The A1C test values remain a valuable tool for monitoring glycemia, but it is not currently recommended for the screening or diagnosis of diabetes. Pencil and paper tests, such as the American Diabetes Association's risk test, may be useful for educational purposes but do not perform well as stand-alone tests. Capillary blood glucose testing using a reflectance blood glucose meter has also been used but because of the imprecision of this method, it is better used for self-monitoring rather than as a screening tool.

**OTHER CONSIDERATIONS** — In screening for disease, it is crucial that an interpretation of the screening test results be provided to the patient and that follow-up evaluation and treatment are made available. Also, it is important to consider that certain drugs, including glucocorticoids and nicotinic acid, may produce hyperglycemia.

**COMMUNITY SCREENING** — Although there is ample scientific evidence showing that certain risk factors predispose individuals to development of diabetes (Table 1), there is insufficient evidence to conclude that community screening is a cost-effective approach to reduce the morbidity and mortality associated with diabetes in presumably healthy individuals. While community screening programs may provide a means to enhance public awareness of the seriousness of diabetes and its complications, other less costly approaches may be more appropriate, particularly because the potential risks are poorly defined. Thus, based on the lack of scientific evidence, community screening for diabetes, even in high-risk populations, is not recommended.

**CONCLUSION** — Diabetes is frequently not diagnosed until complications appear, and approximately one-third of all people with diabetes may be undiagnosed. Although the burden of diabetes is well known, the natural history is well characterized, and there is good evidence for benefit from treating cases diagnosed through usual clinical care, there are no randomized trials demonstrating the benefits of early diagnosis through screening of asymptomatic indi-

CONFIDENTIAL
AZSER12443433

*Position Statement*

viduals. Nevertheless, there is sufficient indirect evidence to justify opportunistic screening in a clinical setting of individuals at high risk. Also, clinicians should be vigilant in evaluating clinical presentations suggestive of diabetes.

A summary of screening recommendations is included in Table 3.

**Bibliography**

Adler AI, Neil HA, Manley SE, Holman RR, Turner RC: Hyperglycemia and hyperinsulinemia at diagnosis of diabetes and their association with subsequent cardiovascular disease in the United Kingdom Prospective Diabetes Study (UKPDS 47). *Am Heart J* 138:S353–S359, 1999

Adler AI, Stratton IM, Neil H, Andrew W, Yudkin JS, Matthews DR, Cull CA, Wright AD, Turner RC, Holman RR: Association of systolic blood pressure with macrovascular and microvascular complications of type 2 diabetes (UKPDS 36): prospective observational study BMJ 321:412–419, 2000

American Diabetes Association: Gestational diabetes mellitus (Position Statement). *Diabetes Care* 25 (Suppl. 1):S94–S96, 2002

American Diabetes Association: Standards of medical care for patients with diabetes mellitus (Position Statement). *Diabetes Care* 25 (Suppl.):S33–S49, 2002

American Diabetes Association: Type 2 diabetes in children and adolescents (Consensus Statement). *Diabetes Care* 23:381–389, 2000

Colwell JA: Aspirin therapy in diabetes (Technical Review). *Diabetes Care* 20:1767–1771, 1997

Diabetes Prevention Program Research Group: The Diabetes Prevention Program: design and methods for a clinical trial in the prevention of type 2 diabetes. *Diabetes Care* 22:623–634, 1999

Engelgau ME, Narayan KMV, Herman WH: Screening for type 2 diabetes (Technical Review). *Diabetes Care* 10:1563–1580, 2000

Expert Committee on the Diagnosis and Classification of Diabetes Mellitus: Report of the Expert Committee on the Diagnosis and Classification of Diabetes Mellitus. *Diabetes Care* 24 (Suppl. 1):S5–S20, 2001

Haffner SM: Management of dyslipidemia in adults with diabetes (Technical Review). *Diabetes Care* 21:160–178, 1998

Hansson L, Zanchetti A, Carruthers SG, Dahlof B, Elmfeldt D, Julius S, Menard J, Rahn KH, Wedel H, Westerling S: Effects of intensive blood-pressure lowering and low-dose aspirin in patients with hypertension: principal results of the Hypertension Optimal Treatment (HOT) randomised trial: HOT Study Group. *Lancet* 351:1755–1762, 1998

HDS Study Group: Hypertension in Diabetes Study (HDS). I. Prevalence of hypertension in newly presenting type 2 diabetic patients and the association with risk factors for cardiovascular and diabetic complications. *J Hypertens* 11:309–317, 1993

Klein R, Klein BE: Relation of glycemic control to diabetic complications and health outcomes. *Diabetes Care* 21 (Suppl. 3):C39–C43, 1998

Ohkubo Y, Kishikawa H, Araki E, Miyata T, Isami S, Motoyoshi S, Kojima Y, Furuyoshi N, Shichiri M: Intensive insulin therapy prevents the progression of diabetic microvascular complications in Japanese patients with non-insulin-dependent diabetes mellitus: a randomized prospective 6-year study. *Diabetes Res Clin Pract* 28:103–117, 1995

Shichiri M, Kishikawa H, Ohkubo Y, Wake N: Long-term results of the Kumamoto Study on optimal diabetes control in type 2 diabetic patients. *Diabetes Care* 23 (Suppl. 2): B21–B29, 2000

Stratton IM, Adler AI, Neil HAW, Matthews DR, Manley SE, Cull CA, Hadden D, Turner RC, Holman R: Association of glycaemia with macrovascular and microvascular complications of type 2 diabetes (UKPDS 35): prospective observational study: BMJ 321:405–412, 2000

U.K. Prospective Diabetes Study (UKPDS) Group: Intensive blood-glucose control with sulphonylureas or insulin compared with conventional treatment and risk of complications in patients with type 2 diabetes (UKPDS 33) Lancet 352:837–853, 1998

U.K. Prospective Diabetes Study Group: Tight blood pressure control and risk of macrovascular and microvascular complications in type 2 diabetes (UKPDS 38). *BMJ* 317: 703–713, 1998

Wake N, Hisashige A, Katayama T, Kishikawa, H, Ohkubo Y, Sakai M, Araki E, Shichiri M: Cost-effectiveness of intensive insulin therapy for type 2 diabetes: a 10-year follow-up of the Kumamoto study: *Diabetes Res Clin Pract* 48:201–210, 2000

Weir GC, Nathan DM, Singer DE: Standards of care for diabetes (Technical Review). *Diabetes Care* 17:1514–1522, 1994

CONFIDENTIAL
AZSER12443434



# Toxicity and Side Effects of Antipsychotic, Antimanic and Antidepressant Medications

By ROSS J. BALDESSARINI, M.D., and
JOSEPH F. LIPINSKI, M.D.

## INTRODUCTION

The past two decades have included almost revolutionary changes in the pattern of care of psychiatric patients. Important features of this revolution are the striking decrease in psychiatric hospitalization, the phasing out of many public mental institutions, the early return of

Supported in part by U.S. Public Health Service (NIMH) Research Grants MH-16874, MH-25515, and MH-24104; a Research Career Scientist Award, MH-74370 (to Dr. Baldessarini); and an award from the Scottish Rite Benevolent Foundation, Supreme Council 33° AA, Scottish Rite, Northern Masonic Jurisdiction of the U.S.A.

CONFIDENTIAL
AZSER12443435

*PSYCHIATRIC ANNALS 6:10 / OCTOBER 1976*
**PROBLEMS CREATED BY ADVANCED MEDICAL TECHNOLOGY**

485/**53**

psychotic patients to home and work, the development of open psychiatric units in general hospitals, and an increased reliance on local community and outpatient treatment facilities even for patients with such psychotic illnesses as schizophrenia and manic or depressive disorders.

These changes almost certainly are the result of a complex interplay among new forms of medical treatment of psychiatric patients, administrative decisions, social and philosophic changes in medicine, and cultural and historical factors that are still poorly understood.[1]

Among these factors the introduction of effective and relatively safe new antipsychotic, antimanic, and antidepressant medications and the rise of the new discipline of psychopharmacology since the early 1950s have surely had an important effect. The new psychopharmaceuticals lead to rapid control of psychotic symptoms and behavior and have profound preventive effects, both of a direct pharmacologic type and by preventing the untoward complications of prolonged institutionalization. This article deals only with the shortcomings and hazards of psychotropic medications. But it is in the public interest to emphasize that chemotherapy in psychiatry has had extremely beneficial direct effects on patient care and has also helped draw psychiatry closer to medicine. The result has been the requirement for greater emphasis on careful differential diagnosis and substantial support for biologic approaches in psychiatry that complement earlier psychosocial theories and therapies.

## ANTIPSYCHOTIC AGENTS

The antipsychotic agents are among the safest drugs available in medicine.[1-5] This relative safety contributes to their enormous popularity and widespread use. Common effects that are more annoying than dangerous include feelings of sluggishness, weakness or faintness, and mild anticholinergic autonomic effects, including dry mouth and blurred vision.

More troublesome side effects involve movements and posture, presumably reflecting the "neuroleptic" actions of the antipsychotic agents on the extrapyramidal motor system.[6] The extrapyramidal syndromes associated with the use of neuroleptic-antipsychotic agents include acute dystonias, parkinsonism and motor restlessness (akathisia), and late or tardive dyskinesia. Except for parkinsonism, their pathophysiologic bases are not clear.

**Acute dystonias** occur within the first few days of treatment. They involve hyperkinesias of the branchiomeric musculature of the neck, mouth, and tongue and may include opisthotonos or oculogyric crises. The main problem with this syndrome is to recognize it and not to ascribe it to a seizure disorder, tetany or tetanus, or "hysteria." Treatment by injection of an antiparkinson agent is usually dramatically effective; diphenhydramine (Benadryl,® 25 or 50 mg. given intramuscularly or 25 mg. intravenously) and benztropine mesylate (Cogentin,® 2 mg. given intravenously) are currently popular choices. If dystonic reactions recur frequently, calcium metabolism should be evaluated.

**Drug-induced parkinsonism** is similar to other forms of the disease, except that tremor is less prominent. The onset of the syndrome is usually after the first week of treatment but within the first month. There appears to be some "tolerance" to this effect, as the signs usually fade away over two or three months, with a decreasing requirement for antiparkinson medications. Antipychotic medications with higher milligram potency induce dystonic reactions and parkinsonism with greater frequency than less potent agents, while the latter tend more often to induce sedation and autonomic effects. Agents with low potency and relatively strong central anticholinergic effects, notably thioridazine (Mellaril®), are particularly unlikely to induce extrapyramidal effects. Severe akinetic, catatonic reactions and mutism have also been associated with relatively high doses of potent antipsychotics, such as fluphenazine (Prolixin®) and haloperidol (Haldol®). While the temptation is to suspect worsening functional psychosis and give even higher doses of the offending agent, improvement usually follows *reduction* in its dosage. The antiparkinson agents, including anticholinergics or amantadine (Symmetrel®), may also help.

**Akathisia** — motor restlessness, fidgeting, pacing, "restless legs," and the drive to move about — is a common early motor symptom complex. This syndrome, like other extrapyramidal reactions, should not be mistaken for in-

*continued*

23

CONFIDENTIAL
AZSER12443436

Case 6:06-md-01769-ACC-DAB   Document 1349-18   Filed 03/11/09   Page 43 of 50 PageID 42065

creasing psychotic anxiety or agitation or treated by increasing the dose of the antipsychotic drug. It can sometimes be managed by reducing the dose or changing to a different chemical class of antipsychotic agent. Antiparkinson drugs may have a beneficial effect, as may anxiolytic agents with muscle-relaxing properties, such as diazepam (Valium®). Unfortunately, many cases respond poorly to treatment and a clinical decision must be made, weighing the distress of the akathisia against the need for antipsychotic medication.

**Tardive dyskinesia** (late and persistent dyskinesia) is the late-developing extrapyramidal syndrome that has led to a reappraisal of the value of uninterrupted and indefinitely prolonged antipsychotic therapy.[7] The syndrome consists of involuntary or semivoluntary movements of a choreiform (ticlike) nature, sometimes with an athetotic or dystonic component. These classically affect the tongue, facial, and neck muscles but often also affect the extremities and muscles that control posture and sometimes those used in breathing. Early signs of tardive dyskinesia are movements of the tongue or the floor of the mouth. Oral-buccal-masticatory movements are common in older patients; it is usual to find abnormalities of posture and at least subtle choreiform movements of the fingers and toes as well, especially in younger patients.

The movements of tardive dyskinesia are much less voluntary and purposeful and more classically choreoathetotic than the stereotyped behavior of schizophrenia. They usually become worse if the antipsychotic agent is withdrawn and can be suppressed, at least temporarily, by readministering an antipsychotic or an amine-depleting agent (reserpine, tetrabenazine, or alpha-methyltyrosine). The syndrome appears to represent a functional overactivity of central dopamine mechanisms, possibly arising in compensation for prolonged blockade of dopaminergic synaptic transmission by the antipsychotic drug. Since the syndrome may be irreversible or persist for many months even after withdrawal of antipsychotic agents, it seems probable that other irreversible neurotoxic effects on central neurons also occur. Although painless, the syndrome can be quite embarrassing and distressing, especially in rela-

tively well-functioning outpatients; in some cases it is as disabling as the impaired movement control of Huntington's chorea.

A thorough neurologic examination of patients with tardive dyskinesia includes a vigorous attempt to exclude other forms of choreiform disease, such as Huntington's disease, rheumatic chorea, Wilson's disease, and other rare toxic or degenerative dyskinetic syndromes. The incidence of the syndrome has varied widely among several epidemiologic studies but has averaged between 5 and 15 per cent of patients chronically maintained on antipsychotic medication for several years. It is unusual to develop the syndrome in less than a few months, and we have some evidence that if antipsychotic agents are withdrawn early, the signs of tardive dyskinesia may fade away within several months.

The treatment of tardive dyskinesia is highly unsatisfactory. Antiparkinson agents usually *worsen* the condition. The most effective short-term treatment is to suppress the manifestations with potent antipsychotic or amine-depleting agents. But this approach usually requires increasing doses of the suppressing agent and eventually fails. And in principle it seems irrational, since it could contribute further to the underlying problem (although evidence is lacking that continued suppression of the symptoms results in their eventual worsening). The best means of dealing with the problem, as the search for "nonneuroleptic" antipsychotic agents continues, is to seek to avoid it by the thoughtful and conservative use of antipsychotic medications in effective but not excessive doses, and only as indicated by *objectively discernible and clinically responsive* signs of psychotic thought, mood, or behavior disorders.

*continued*

**Dr. Baldessarini** is Chief of Neuropharmacology Laboratories at Massachusetts General Hospital and Associate Professor of Psychiatry at Harvard Medical School.

CONFIDENTIAL
AZSER12443437

**58** / 487

**Seizures.** There is some evidence that low-potency phenothiazines slightly increase the incidence of seizures in epileptic patients, while the piperazines and haloperidol may have somewhat less tendency to do this. Usually a clinical decision will have to be made in attempting to balance the patient's need for antipsychotic medication with his need for anticonvulsants for effective seizure control, and the dosage of the latter may need to be increased.

**"Hypothalamic crises."** Antipsychotic agents have also been associated with severe crises that are marked mainly by hyperthermia but that may also include sweating, drooling, tachycardia, dypsnea, seizures, and unstable blood pressure. Similar reactions have been ascribed to the tricyclic antidepressants.

**"Sudden death."** Rare instances of unexplained sudden death — presumably, cardiac arrest — have been ascribed to both antipsychotic and tricyclic antidipressant medications.

In contrast to almost all other central nervous system depressants, the antipsychotic agents' lethality and their potential for inducing deep and prolonged coma and respiratory depression are limited. That is, they have a very high therapeutic index (ratio of toxic or lethal dose to effective dose). The lethal doses for most of these agents are not known. Patients have survived ingestions of many grams of these drugs, and it is virtually impossible to commit suicide by taking an overdose of an antipsychotic agent.[8]

On the other hand, it is essential to consider the possibility of more lethal and treatable forms of acute intoxication, since ingestions are often mixed.[9] For example, the patient may also have taken barbiturates or agents with important central anticholinergic activity, such as the tricyclic antidepressants and common an-

tiparkinson drugs, as well as some antipsychotic agents, such as thioridazine or the experimental agent clozapine. Dialysis can be used to remove barbiturates, but it is not useful in removing antipsychotic or antidepressant medications, because of their strong binding to protein and lipids. The central anticholinesterase agent physostigmine (eserine or Antilirium®) can be administered for the central anticholinergic (atropinelike) syndrome.[10]

The peripheral anticholinergic action of most antipsychotic agents is modest. Side effects are usually limited to annoying symptoms — dry mouth and blurred vision, for example. However, ileus and urinary retention can occur, particularly in older patients.

Attempts to induce vomiting after overdoses of antipsychotic agents may be unsuccessful, owing to their antiemetic effects. One indication of the antipsychotic agents' limited toxicity and addiction potential is the fact that large quantities of these drugs can be prescribed with relative impunity, even for patients with impaired judgment or little impulse control.

**Ophthalmologic side effects.** Irreversible degenerative pigmentary retinopathy has occurred from prolonged exposure to large doses of thioridazine — above 900 mg. daily for at least several weeks. Prolonged high doses of low-potency phenothiazines and thioxanthenes have also been associated with the deposit of drug substances and pigment in the cornea and lens, as well as in the skin.

**Cardiovascular side effects.** The risk of serious cardiovascular toxicity from antipsychotic agents is not high. Although severe hypotension is not frequently encountered, orthostatic hypotension can be a problem, especially with the less potent phenothiazines and in elderly patients. The hypotensive effects of these agents are idiosyncratic and poorly correlated with dose. Hypotension can usually be managed by bed rest, elastic stockings, and elevation of the legs. If a vasoactive agent is required (and most of the time it will not be), a purely alpha-adrenergic pressor amine, such as metaraminol (Aramine®), is the logical choice. Levarterenol (Levophed®) is rarely needed.

The deleterious effects of antipsychotic agents on blood pressure during anesthesia are potentially significant but still unproven. Because of



**Dr. Lipinski,** Director of the Schizophrenia Research Unit and Assistant Psychiatrist at McLean Hospital, is Assistant Professor of Psychiatry at Harvard Medical School.

25

CONFIDENTIAL
AZSER12443438

*PSYCHIATRIC ANNALS 6:10 / OCTOBER 1976*
**PROBLEMS CREATED BY ADVANCED MEDICAL TECHNOLOGY**

488/**59**

such a possibility and the slight risk of increasing the patient's vulnerability to cardiac arrhythmias, as well as the potential for adverse drug reactions (Table 1), it is probably best to omit medication for a day or two before electroconvulsive treatment with barbiturate anesthesia, and also before surgery, if the patient's mental state permits. (The risk of cardiac arrhythmias is, of course, a much more serious problem with the tricyclic antidepressants.)

Haloperidol and possibly also the potent piperazine phenothiazines and molindone (Moban®) seem to be relatively safe for cardiac patients; they are less likely to react badly with

continued

---

## TABLE 1

### INTERACTIONS OF PSYCHOPHARMACEUTICALS WITH OTHER AGENTS[5,6,9,12,15]

| Agents | Neuroleptic Antipsychotics | Tricyclic Antidepressants | MAO Inhibitors |
|---|---|---|---|
| Alcohol, barbiturates, anxiolytics, antihistaminics | more sedation (barbiturates can increase metabolism) | more sedation and anticholinergic (barbiturates can increase metabolism) | more sedation |
| Anesthetics | potentiate | cardiac arrhythmias (?) | potentiate |
| Narcotics, especially meperidine | potentiate | some potentiation | dangerous CNS depression or excitation and fever |
| Anticonvulsants | less effective | less effective | more CNS depression |
| Anticholinergics, antiparkinson agents | worsen parkinsonism (absorption decreased) | potentiate | potentiate + CNS intoxication |
| Levodopa | antagonize | decrease absorption | may induce hypertension |
| Stimulants | antagonize.each other but decrease metabolism | potentiation. hypertension, decreased metabolism | CNS excitation, hypertension, fever |
| Reserpine | some potentiation of each other | some antagonism, hypertension, acutely | paradoxical hypertension + CNS excitation acutely |
| alpha-Methyldopa | potentiate each other | may antagonize | paradoxical hypertension |
| Guanethidine, bethanidine, debrisoquine | some antagonism + withdrawal hypotension | antagonize, severe withdrawal hypotension | potentiate, with guanethidine acutely, hypertension |
| Diuretics | ——— | | more hypotension |
| Any agent with MAO inhibitory action (e.g., Eutonyl,® Furoxone®) | potentiate | seizures, hyperpyrexia | additive toxicity |
| Norepinephrine | less effective | potentiate | potentiate |
| Indirect sympathomimetic amines (e.g., tyramine in food, metaraminol) | some antagonism | antagonize | hypertension, CNS excitation, stroke |
| Steroids | ——— | unpredictable | ? |
| Insulin and oral hypoglycemics | potentiate or inhibit | unpredictable, may potentiate | potentiate |
| Oral alkalis (e.g., Amphojel®) and resins — e.g., cholestyramine (Questran®) | absorption decreased | absorption decreased | ? |

Unless otherwise stated in parentheses, interaction implies what the psychopharmaceutical does to the action of the medical agent in the first column.

CONFIDENTIAL
AZSER12443439

**62**/489

digitalis and other cardiovascular and diuretic agents.[4,11]

**Other side effects.** There are a number of other side effects that are more annoying than dangerous. These include the effects we presume to be autonomic or hypothalamic — changes in appetite, weight gain, fluid retention, breast enlargement and engorgement in both men and women, changes in libido, ejaculatory incompetence. These effects are

> *"Signs of lithium intoxication include increasing tremor, weakness, ataxia, giddiness, drowsiness, slurred speech, blurred vision, and tinnitus"*

more often associated with the less potent phenothiazines, particularly thioridazine.

There has been a great deal of concern about the possibilities that jaundice and agranulocytosis are caused by antipsychotic agents. But actually such problems are infrequently encountered. The jaundice is almost always of an allergic cholestatic type, usually transient, appearing within the first month of treatment. Although leukocyte counts may be moderately depressed in many patients given neuroleptic agents, frank agranulocytosis is rare (incidence less than 0.01 per cent) and has a peak incidence within the first two months of treatment, particularly in older women. It is a potentially catastrophic and rapidly developing medical emergency with a high mortality. Although some hematologists advise weekly leukocyte counts for at least the first eight weeks of treatment with antipsychotic agents, agranulocytosis can rarely be predicted from routine white cell counts. The condition must be *suspected* and evaluated promptly in cases of malaise, fever, or sore throat that occur *early* in the course of antipsychotic chemotherapy.

The question of antipsychotics' safety in pregnancy and lactation is not resolved. The agents do pass the placental barrier as readily as the blood-brain barrier, and they appear in human milk. Some evidence exists that they can induce a mild degree of sedation followed by motoric excitement in the newborn, but there is no indication that they are responsible for an increased incidence of fetal malformations.

## LITHIUM SALTS[12]

The most important early means of detecting serious intoxication with lithium are the clinical signs; blood assays should be considered only as secondary and confirmatory. Early signs of intoxication include increasing tremor, weakness, ataxia, giddiness, drowsiness, slurred speech, blurred vision, and tinnitus. More severe intoxication symptoms are increased neuromuscular irritability, hyperactive deep tendon reflexes, nystagmus, lethargy and stupor leading to frank coma, and sometimes generalized seizures. Toxicity can be expected at blood levels of 2-4 mEq./l., and levels much above 5 mEq./l. may be fatal. In acute overdoses of lithium, the usual causes of death are the secondary complications of coma. It is particularly important to watch for subtle forms of organic brain syndrome in elderly patients receiving prolonged lithium treatment.

Cardiovascular problems are unusual in patients given controlled quantities of lithium salts that produce appropriate blood levels of lithium ion. Hypotension and arrhythmias are rare, although ECG changes can occur, especially dose-dependent and reversible flattening and even inversion of the T waves.

Although frank renal tubular damage due to lithium rarely if ever occurs, nephrogenic diabetes insipidus can develop, owing to the lithium ion's ability to interfere with the activity of antidiuretic hormone on the renal tubules. This syndrome is usually mild, transient, and of little significance. More severe or persistent cases of diabetes insipidus are best managed conservatively by reducing or discontinuing the intake of lithium. One extremely important aspect of the renal handling of lithium ion is its tendency to be reabsorbed in the proximal tubules in competition with sodium. In situations where there is a deficiency of sodium or saluresis (e.g., fever, high environmental temperatures, diarrhea, dietary salt restriction, diuretic therapy, the abrupt shift in sodium clearance at the termination of pregnancy, or even the rapid resolution

CONFIDENTIAL
AZSER12443440

*PSYCHIATRIC ANNALS 6:10 / OCTOBER 1976*   **PROBLEMS CREATED BY ADVANCED MEDICAL TECHNOLOGY**

490/ **63**

of a manic episode), lithium may suddenly accumulate, with subsequent intoxication.

Another metabolic abnormality is the development of goiter in patients receiving lithium salts for prolonged periods. The patients almost always remain chemically and functionally euthyroid or slightly hypothyroid, although an increase in the circulating levels of thyroid-stimulating hormone may occur, resulting in a form of benign, diffuse, nontoxic goiter. Lithium can interfere with thyroid metabolism at several points, including responsiveness to thyroid-stimulating hormone and the iodination and release of thyroxin, and possibly with thyroxin's actions on target tissues. Rarely will significant functional hypothyroidism or myxedema occur, although adding thyroxin will often lead to regression of the goiter and the maintenance of a euthyroid status while lithium therapy is pursued. Lithium has even been suggested as a treatment for hyperthyroidism.

Lithium is occasionally associated with the development of localized edema, skin eruptions, and even ulcerations. An antihistamine may be helpful for rashes and topical steroids for the rare skin ulcers. Hepatic and bone-marrow toxicity is rarely associated with lithium therapy, although it is not unusual to find moderate elevations of the blood leukocyte count (rarely over 20,000 cells/cu. mm.); these are of uncertain significance.

Much concern exists about the use of lithium in pregnancy and lactation. Along with other alterations in fluid and electrolyte metabolism in pregnancy, lithium clearance increases, but with the diuresis after delivery there is increased *retention* of lithium and increased risk of intoxication. There is evidence that fetal distress may occur when lithium is used near term, and that hypotonia and listlessness followed by hyperkinesis occur in infants born to mothers taking lithium. Fetal abnormalities (especially cardiac) associated with the use of lithium in pregnancy have been reported. There is enough circumstantial evidence about the potential fetal toxicity of lithium in animals and man to urge avoidance of its use in the early months of pregnancy, to advise caution and discontinuation of lithium before term, and to permit the use of lithium in pregnancy at all only for the most urgent indications.

## TRICYCLIC ANTIDEPRESSANTS

The agents used in the treatment of mood disorders (tricyclic antidepressants, MAO inhibitors, and lithium salts) are all much more toxic in acute overdosage than the antipsychotic agents, and unfortunately must be given to patients at increased risk of attempting suicide. The most common toxic side effects of the tricyclics are extensions of their pharmacologic activities. These include anticholinergic actions leading to dry mouth, sweating, and ophthalmologic effects — variable but usually mild mydriasis and impairment of visual accommodation. One should worry about the chance of precipitating an acute attack of glaucoma with any agent possessing anticholinergic activity, but even with antidepressant drugs this event is rare. It is usually associated with narrow-angle glaucoma, which itself is unusual. Acute glaucoma is an emergency calling for immediate ophthalmologic treatment. Chronic glaucoma can almost always be managed with cholinomimetic eyedrops, even while anticholinergic agents are used.

More serious antivagal effects of this highly anticholinergic class of agents include paralytic ileus and urinary retention. These call for extra caution in administering these drugs to elderly patients and to men with prostatism, and urgent medical intervention is required when the effects occur. Treatment includes eliminating or

> *"Agents used in the treatment of mood disorders are all more toxic in acute overdosage than the antipsychotic agents"*

reducing the dose of antidepressant and giving cholinergic smooth-muscle stimulant agents such as bethanechol (Urecholine®), typically in doses of 2.5 or 5.0 mg. subcutaneously. In cases where gastrointestinal or urinary function is severely inhibited even after small doses of several tricyclics have been tried, it may be necessary to change the treatment to electroconvul-

*continued*

28

CONFIDENTIAL
AZSER12443441

**64/**491

sive therapy or an MAO inhibitor. Among the tricyclic agents, desipramine is somewhat less antimuscarinic, while amitriptyline is the most potently anticholinergic — about 5 per cent as potent as atropine, but given in much larger doses.

Tricyclic antidepressants also have some degree of cardiac toxicity, partly as a consequence of their anticholinergic action but also because of direct quinidinelike cardiac depressant effects.[13] Tachycardia and arrhythmias are not unusual and are to be expected in acute overdosage. The ECG changes usually include tachycardia, prolongation of the Q-T interval, and flattening of the T waves. There is often

---

*"Only physostigmine has both central and peripheral cholinergic activity"* -

---

decreased strength of contraction (negative inotropic effect) and some risk of syncope. Postural hypotension is not unusual, although the mechanisms underlying it are unclear. Steroids have produced beneficial effects for postural hypotension due to tricyclic antidepressants or MAO inhibitors when more conservative management did not suffice, although it is rarely necessary to resort to steroids. Owing to the increased risk of malignant ventricular arrhythmias, cardiac arrest, and congestive heart failure, the tricyclics are used cautiously in lower doses in elderly patients at risk for myocardial infarction and stroke.

The tricyclic antidepressants are highly toxic when taken in large doses. Doses as low as a few hundred milligrams, especially of amitriptyline, have been severely toxic in adults as well as children, and acute doses in excess of 2,000 mg. can be fatal. Because of the relatively low therapeutic index of all tricyclics, it is unwise to dispense more than a week's supply, and certainly never more than 1,000 mg. of imipramine or the equivalent of another agent. Severe CNS depression and coma (rarely lasting more than

24 hours) can result from large doses of the antidepressants, but it is common to see signs of anticholinergic poisoning[10] early — restless agitation, confusion, disorientation, perhaps seizures and hyperthermia, dry and sometimes flushed skin, tachycardia, sluggish and at least moderately dilated pupils, decreased bowel sounds, and often acute urinary retention. These effects are probably due to peripheral and central anticholinergic actions of these potent muscarinic blocking agents.

The cardiac toxicity can be particularly dangerous and may include severe depression of myocardial conduction, with various forms of heart block, atrial fibrillation, and more malignant ventricular arrhythmias or cardiac arrest. A peculiarity of tricyclic poisoning is that the risk of cardiac arrhythmias continues for a week or more after the initial organic mental syndrome has cleared. Many of the agents commonly employed to manage ventricular arrhythmias can lead to further conduction blockade and cardiac depression. Electrical defibrillation, conversion, and cardiac pacing may be necessary, and cases of moderate to severe tricyclic poisoning should be managed in a medical intensive-care unit. It is wise to continue cardiac monitoring for several days after the initial recovery of consciousness and orientation.

It is impossible to remove these agents by dialysis; forced diuresis adds little and may contribute to cardiac failure. Moreover, many cardiac drugs (including digitalis) are contraindicated or dangerous. However, it is possible to treat successfully both the cardiac and the CNS manifestations of anticholinergic poisoning with reversible anticholinesterase agents. Only physostigmine has both central and peripheral cholinergic activity. Physostigmine is therefore the treatment of choice in managing such cases.[10]

Other pharmacologic properties of the tricyclics should also be appreciated in management of their overdoses.[3,8,9,11,14,15] For example, the ability of these compounds to potentiate directly sympathomimetic amines such as norepinephrine complicates the use of such pressor substances in the management of hypotension and shock in tricyclic poisoning. Furthermore, the tricyclics can potentiate and prolong the actions of barbiturates, probably through competition

*continued*

29

CONFIDENTIAL
AZSER12443442

Case 6:06-md-01769-ACC-DAB   Document 1349-18   Filed 03/11/09   Page 49 of 50 PageID 42071

for hepatic microsomal enzymes that are particularly important in inactivating the shorter-acting barbiturates.[18] Although small doses of very short-acting barbiturates have been advocated for the control of seizures associated with tricyclic poisoning, diazepam is a safer anticonvulsant in this situation and is less likely to induce respiratory depression.

Tricyclic agents have considerable ability to interact with other drugs (Table 1). They can increase the CNS depression brought about by alcohol, barbiturates, and some minor tranquilizers, as well as antipsychotic agents and anticonvulsants.[8,14,17] The barbiturates and glutethimide (Doriden®), much more than the benzodiazepines, can also reduce hepatic enzymes required for the metabolism of the tricyclic agents,[16] possibly decreasing drug efficacy. The seizure threshold may be lowered, requiring increased doses of anticonvulsants. The effects of any anticholinergic agent, including antiparkinson drugs, will be additively increased, owing to the antimuscarinic activity of the tricyclics; the combination has a risk of inducing toxic confusional organic mental syndrome, agitation, and sometimes hyperpyrexia. Moreover, antipsychotic agents, which have moderate anticholinergic actions, are contraindicated for patients with toxic agitation associated with tricyclic overdose.

**Depression and hypertension.** When these two conditions exist in the same patient at the same time, successful management can be difficult. Antihypertensive agents have been associated with depression, possibly because of their central antiadrenergic properties. And the association may occur unpredictably, at any point in the treatment of the depression, although it is most common in patients with a history of depression. Antihypertensive-induced depression has been reported most frequently with the use of reserpine (Serpasil®) and methyldopa (Aldomet®).

Guanethidine is one of the few antihypertensive agents with little effect on the central nervous system, and there are only a few reports associating it with depression. But using guanethidine to treat depressed patients with hypertension usually does not work out well, because when a tricyclic is administered for the depression it blocks the uptake of guanethidine

into the postganglionic sympathetic nerve fibers.[14,17] The same phenomenon occurs to some extent when phenothiazines are used, less often when haloperidol or molindone is administered.

Claims have been made that doxepin (Sinequan®) does this much less than the other antidepressants. But this is true only when small doses of the antidepressant (less than 150 mg. per day) are given for brief periods — i.e., less than two or three weeks.

Antihypertensive effects of many other agents — including reserpine and the *Veratrum* alkaloids — can also be diminished by the tricyclic antidepressants. It is relatively safe to use diuretics with tricyclic antidepressants. The combination of beta-adrenergic blocking agents such as propranolol (Inderal®) and the vascular smooth-muscle relaxant hydralazine (Apresoline®) as antihypertensive agents with tricyclics might be useful, although it has not yet been evaluated; propranolol can produce

---

> "*Tricyclic agents have considerable ability to interact with other drugs*"

---

central sedative effects and hydralazine has occasionally induced toxic psychoses, and there is some evidence that propranolol may induce frank clinical depression.

One other approach to the management of depression with hypertension might be to take advantage of the hypotensive effects of the MAO inhibitors, particularly the drug pargyline (Eutonyl®), which was initially withdrawn as an antidepressant because of its hypotensive effects and later marketed as an antihypertensive agent. However, this use of pargyline has not yet been specifically and adequately evaluated; moreover, it must be used *alone*, because of the risk of potentially severe toxic interactions of an MAO inhibitor and tricyclic antidepressant marked by hypertension, seizures, and hyperthermia (Table 1).

*continued*

30

CONFIDENTIAL
AZSER12443443

Case 6:06-md-01769-ACC-DAB   Document 1349-18   Filed 03/11/09   Page 50 of 50 PageID 42072

**68/**493

The safety of antidepressant drugs in pregnancy and lactation is not established, although they pass the placental barrier and can be secreted at low levels in human milk. Electroconvulsive therapy can be used safely for severe pre- and postpartum depression.

A review of the toxicology of less popular or more controversial treatments of depression — including the MAO inhibitors, stimulants, and sedatives — is beyond the scope of this discussion and is available elsewhere.[1] Some drug interactions involving MAO inhibitors are outlined in Table 1.

**CONCLUSION**

The agents currently used in psychiatry have been exposed to unusually thorough and rigorous development and testing to demonstrate their efficacy and safety. Despite the record of therapeutic success and relative safety of these agents, a number of untoward effects remain. Notable are the neurologic ("neuroleptic") side effects of virtually all currently available antipsychotic agents. This nearly inevitable association between neurologic and mental effects probably results from the methods used for screening new potentially antipsychotic agents, which usually look for essentially neurologic-motor effects in animals. Since there are now a few experimental agents that appear to be effectively antipsychotic with minimal acute neurologic side effects (e.g., clozapine), we need better methods of predicting such desirable characteristics in new chemicals.

Another serious problem is that the agents most often prescribed for patients with severe mood disorders are those that are most toxic — e.g., the antidepressants and lithium salts. And such patients, of course, are the very ones who are at high risk for suicidal overdosage. So there is an urgent need for antidepressants that are both less toxic and more effective. One common toxic effect of several agents used in psychiatry (tricyclic antidepressants, antiparkinson agents, and some antipsychotic drugs) is the central anticholinergic syndrome, which is rapidly and strikingly responsive to treatment with the only centrally active reversible anticholinesterase agent, physostigmine.

There have been few fundamentally new developments in psychiatric chemotherapy since the late 1950s, and during the past decade the rate of introduction of new agents has diminished greatly. There is a need today for even greater cooperation between clinical psychiatrists and academic psychopharmacologists and the pharmaceutical industry — a need that is consistent with the interests of improved medical therapeutics and thus clearly in the public interest. ▪

**BIBLIOGRAPHY**

1. Baldessarini, R. J. *Chemotherapy in Psychiatry.* Cambridge, Mass.: Harvard University Press (in press).
2. Baldessarini, R. J. The use of chemotherapy in psychiatry. In Nicholi, A. (ed.), *Brief Textbook of Modern Psychiatry.* Cambridge, Mass.: Harvard University Press (in press).
3. Hollister, L. E. Adverse reactions to psychotherapeutic drugs. In Simpson, L. L. (ed.). *Drug Treatment of Mental Disorders.* New York: Raven Press, 1976, ch. 16, pp. 267-288.
4. Shader, R. I., and DiMascio, A. (eds.). *Psychotropic Drug Side Effects: Clinical and Theoretical Perspectives.* Baltimore: The Williams & Wilkins Company, 1970.
5. Shader, R. I. (ed.) *Manual of Psychiatric Therapeutics: Practical Psychiatry and Psychopharmacology.* Boston: Little, Brown and Company, 1975.
6. Marsden, C. D., Tarsy, D., and Baldessarini, R. J. Spontaneous and drug-induced movement disorders in psychiatric patients. In Benson, D. F., and Blumer, D. (eds.). *Psychiatric Aspects of Neurologic Disease.* New York: Grune & Stratton, 1975, ch. 12, pp. 219-265.
7. Tarsy, D., and Baldessarini, R. J. The tardive dyskinesia syndrome. In Klawans, H. (ed.). *Clinical Neuropharmacology.* New York: Raven Press, 1976, pp. 29-61.
8. Davis, J. M., Bartlett, E., and Termini, B. A. Overdosage of psychotropic drugs: A review. *Dis. Nerv. Syst.* 29 (1968), 157-164, 246-256.
9. Wilkinson, G. R. Treatment of drug intoxications: A review of some scientific principles. *Clin. Toxicol.* 3 (1970), 249-265.
10. Granacher, R. P., Jr., and Baldessarini, R. J. Physostigmine: Its use in acute anticholinergic syndrome with antidepressant and antiparkinson drugs. *Arch. Gen. Psychiatry* 32 (1975), 375-380.
11. Kaufmann, J. S. Drug interactions involving psychotherapeutic agents. In Simpson, L. L. (ed.). *Drug Treatment of Mental Disorders.* New York: Raven Press, 1976, ch. 17, pp. 289-309.
12. Baldessarini, R. J., and Lipinski, J. F. Lithium salts: 1970-1975. *Ann. Intern. Med.* 83 (1975), 527-533.
13. Moir, D. C. Tricyclic antidepressants and cardiac disease. *Am. Heart J.* 86 (1973), 841-842.
14. Fann, W. E. Some clinically important interactions of psychotropic drugs. *South. Med. J.* 66 (1973), 661-665.
15. Raisfeld, I. H. Clinical pharmacology of drug interactions. *Annu. Rev. Med.* 24 (1973), 385-418.
16. Sher, S. P. Drug enzyme induction and drug interactions: Literature tabulation. *Toxicol. Appl. Pharmacol.* 18 (1973), 780-834.
17. Davis, J. M., Sekerke, J., and Janowsky, D. S. Drug interactions involving drugs of abuse. *Drug Intell. Clin. Pharmacol.* 8 (1974), 120-142.

31

CONFIDENTIAL
AZSER12443444