*Original Paper*

# Endocrine and Metabolic Abnormalities Involved in Obesity Associated with Typical Antipsychotic Drug Administration

*T. Baptista[1], A. Lacruz[1], F. Angeles[2], R. Silvera[2], S. de Mendoza[3], M. T. Mendoza[4], L. Hernández[1]*

[1] Department of Physiology, Los Andes University Medical School, Merida, Venezuela
[2] Department of Psychiatry, Los Andes University Medical School, Merida, Venezuela
[3] Metabolism Center, Merida, Venezuela
[4] Santiago de Leon Clinic, Nirgua, Carabobo, Venezuela

In this study, the authors assessed the endocrine system and glucose tolerance in obese and non-obese women chronically treated with typical antipsychotic drugs (AP). In particular, we tested the hypotheses that these subjects display hypogonadism and increased insulin resistance compared to healthy weight-matched controls, as these abnormalities create a tendency towards excessive body weight gain. Twenty-six AP-treated women were matched with 26 healthy women by age, body mass index and day of the menstrual cycle. The following serum variables were evaluated in each subject: glucose tolerance after an oral glucose overload, insulin, leptin, β-endorphin, reproductive hormones, adrenal steroids and lipids. Compared to controls, AP-treated women displayed significantly higher levels of basal glucose, insulin after 60 min of the glucose overload, prolactin, thyroid stimulating hormone and β-endorphin, with lower levels of C-Peptide, progesterone, 17-OH progesterone, androstenedione and high-density lipoprotein cholesterol. The levels of estradiol, estrone and leptin did not differ between the groups. Thus, women treated with typical AP appeared to display more insulin resistance than healthy controls, predisposing them to excessive weight gain. Insulin sensitivity might be further impaired when the subject switches to atypical AP administration. Metformin and related agents may reduce body weight in these subjects. The high levels of the opiate β-endorphin suggest that opiate antagonists such as naloxone and naltrexone might be useful as well. Even though the luteal phase of the menstrual cycle appears to be severely disturbed, the normal serum levels of estradiol and estrone do not support the proposal derived from animal experimental studies about the use of estrogens or tamoxifen to counteract AP-induced obesity.

## Introduction

Excessive weight gain frequently observed during prolonged treatment with typical and atypical antipsychotic drugs (AP) might impair general health and interfere with treatment compliance [1,5,35,69,71]. The frequency of clinically relevant obesity (20% or more above the upper limit of the acceptable weight range) in an inpatient sample of AP-treated patients was 36% in women and 16% in men. This was significantly more frequent than figures observed in the general British population at that time [34]. In addition, subjects with schizophrenia (particularly women) display higher body mass index than healthy controls [2]. The magnitude of the weight gain varies considerably according to type of AP, but it appears to be superior in the case of clozapine, olanzapine and thioridazine [1].

APs constitute a heterogeneous group of drugs exerting diverse effects on the endocrine system and brain monoamines and peptides [19,37]. Hence, these drugs may increase body weight (BW) by several mechanisms, such as direct interaction with histaminergic, serotonergic and dopaminergic receptors in brain areas related to feeding and drinking behaviors [5,54,67,78] and by endocrine/metabolic effects possibly associated with hyperprolactinemia [5].

Elevated serum prolactin levels are often observed during treatment with typical APs, and excessive weight gain is associated to hyperprolactinemia in humans [25,32] and rats [29,50]. Prolactin may promote weight gain by decreasing gonadal steroid synthesis [4,10,21], impairing insulin sensitivity [17,27,45,59,61,65], adrenal function [30,43], and by interacting with neuromodulators involved in feeding regulation such as galanin and β-endorphin [42].

Despite extensive experimental data that support the above mechanisms, few studies have directly tested these drugs in obese psychiatric patients undergoing AP treatment. As regards the brain monoamines, *Goodall* et al. [33] and *Correa* et al. [18] found that the serotonergic agonist fenfluramine and the dopaminergic agonist and NMDA receptor antagonist amantadine decreased BW and appetite in AP-treated obese subjects. On the other hand, *Silverstone* et al. reported that the AP pimozide, a potent dopamine receptor blocker, did not counteract the anorectic effects of amphetamine in humans [66]. Thus, the latter questioned the role of the brain dopaminergic system in the effects of AP on feeding. Even though the endocrine profile of AP-treated patients has been described, few studies have attempted to correlate it with the body weight regulation system [4,13,14,52,60] or have been conducted after short-term AP administration [7,8,10].

The primary aim of the present study was to assess the endocrine system in obese and non-obese women under prolonged treatment with typical AP and in matched controls.

Pharmacopsychiatry 2001; 34: 223 – 231
© Georg Thieme Verlag Stuttgart · New York
ISSN 0176-3679

| | |
|---|---|
| Received: | 14. 8. 2000 |
| Revised: | 19. 1. 2001 |
| Accepted: | 10. 3. 2001 |

CONFIDENTIAL
AZSER12443445

**224** Pharmacopsychiatry 2001; 34

Secondly, we wanted to test the following main hypotheses derived from clinical and preclinical studies [5]: *Obesity in women treated with typical AP is associated to hypogonadism and more insulin resistance than in control subjects.* We also predicted increased levels of $\beta$-endorphin [11]. And lastly, we anticipated abnormalities in serum leptin levels, because regulation of this important body weight modulator is strongly influenced by reproductive hormones, insulin and glucose metabolism [64,75].

## Method

The Ethics Committee of the Medical School of Los Andes University approved this study. The subjects were non-pregnant inpatients or outpatients that had been receiving typical APs for more than 6 consecutive months, and were not under medical treatment for any chronic disease other than the mental disorder, and had not been receiving hormone replacement therapy. Each patient was matched by age ($\pm$ 2 years) and body mass index (BMI = weight in kg/height in $m^2$) ($\pm$ 1 kg/$m^2$) with healthy, drug-free control women. The waist/hip ratio (WHR) was also assessed, but not included in the matching protocol.

## Procedure

Each subject received a complete medical clinical and psychiatric examination before entering the study. The date of the last menstruation was carefully recorded, so, both patient and control were assessed in the same day of the menstrual cycle.

Two blood samples from peripheral venous were obtained at 7 a.m. after 12 h fasting. In the first sample, an oral glucose tolerance test (after oral administration of glucose, 75 g/100 cc) was conducted. The serum levels of glucose (mg/dl), insulin (mIU/ml) and leptin (ng/ml) were assessed in basal conditions and after the glucose overload. The areas under the glucose or insulin curves were also assessed. The C-peptide levels (C-Pep, ng/ml) were only assessed in the basal and 30 min samples, as the volume serum level at the other time-points was insufficient for the assay requirement. In the basal samples, the following compounds were measured: estradiol ($E_2$, pg/ml), progesterone ($P_5$, ng/ml), estrone (EST, pg/ml), steroid hormone binding globulin (SHBG, nmol/L), prolactin (ng/ml), luteinizing hormone (LH, mIU/ml), follicle-stimulating hormone (FSH, mIU/ml), androstenedione (AND, ng/dl), dehydroepiandrosterone sulfate (DHEA-S, $\mu$g/dl), 17-hydroxyprogesterone (17-OHPG, ng/ml), total testosterone ($T_5$, ng/dl), free testosterone (free $T_5$, pg/ml), thyrotropic hormone (TSH, $\mu$IU/ml), tetra-iodothyroxine ($T_4$, ng/dl), beta endorphin ($\beta$-END, pmol/l), cortisol (cortisol A.M.) ($\mu$g/dl), total cholesterol (mg/dl), low-density lipoprotein cholesterol (LDL, mg/dl) high-density lipoprotein cholesterol (HDL, mg/dl), and tryglicerides (TG, mg/dl). On the same day of the first blood sample, the serum levels of cortisol were determined at 5 p.m. (cortisol P.M.). At 7 p.m., subjects received a single dose of oral dexamethasone (Decadron, 1 mg) in order to evaluate the post-suppression cortisol levels at 7 a.m. the next day.

A second blood sample was obtained 15 days later, and serum levels of $E_2$, $P_5$, LH, and FSH were assessed. So, the gonadal steroids and the pituitary gonadotropins were measured twice, two weeks apart during the same menstrual cycle. With this protocol, we aimed at measuring average hormone serum levels along the whole cycle. When amenorrhea was detected in an AP-treated subject, the blood samples in her respective control were obtained at days 5 and 20 of the menstrual cycle.

### Hormone and glucose analysis

Hormones were measured by radioimmunoassay with commercial kits (DPC, Los Angeles, CA). The kit for leptin was obtained from Linco (St. Charles, MO). Glucose was measured by an enzymatic method from Boehringer (Mannheim, Germany). The inter- and intra-assay variability was below 10% for all hormone determinations.

### Data analysis

Statistical analyses were conducted with the SPSS program, version 8.0. A two-tailed *t*-test for related (paired) samples was used for univariate comparisons between patients and their matched controls. Serum levels of leptin, glucose and insulin were also compared *within* each group (obese vs. non-obese, AP-treated or control) by a two-tailed *t*-test for unrelated samples. Single and multiple linear regression analysis was also conducted, taking the BMI as the dependent variable.

Results were considered significant at $p \leq 0.05$. Analysis were carried out in the whole sample of patients and matched controls, and after dividing them in obese (BMI $\geq$ 27.5 kg/$m^2$) and non-obese (BMI < 27.5 kg/$m^2$) subjects.

## Results

We studied 26 women undergoing chronic AP treatment and 26 healthy controls. In each group, 11 subjects were obese and 15 were non-obese. Age, BMI, and WHR are shown in Table 1.

**Table 1**   Age, body mass index (BMI) and waist/hip ratio (WHR) in AP-treated patients and healthy controls

|  | Obese | | Non-obese | | Total | |
|---|---|---|---|---|---|---|
|  | AP group n = 11 | Control n = 11 | AP group n = 15 | Control n = 15 | AP group n = 26 | Control n = 26 |
| Age (years) | 36.0 ± 2.3 | 35.7 ± 2.3 | 33.8 ± 1.8 | 33.4 ± 1.9 | 34.7 ± 1.4 | 34.3 ± 1.5 |
| BMI | 31.7 ± 1.1 | 31.3 ± 1.1 | 23.3 ± 0.6 | 23.3 ± 0.5 | 26.9 ± 11.1 | 26.7 ± 0.9 |
| WHR | 0.84 ± 0.03 | 0.86 ± 0.02 | 0.84 ± 0.02 (a) | 0.79 ± 0.02 | 0.84 ± 0.01 | 0.82 ± 0.01 |

Values are presented as the mean ± SEM (a) t (14) = 2.17, p = 0.047.

CONFIDENTIAL
AZSER12443446

The clinical diagnosis (DSM-IV) of the AP-treated patients was as follows: schizophrenia, paranoid type, 5 subjects; schizophrenia, undifferentiated type, 16 subjects; and chronic psychotic disorder due to brain dysfunction (probably epilepsy) in 5 subjects. All patients had been on long-term treatment with one or more of the following typical APs: trifluoperazine, levomepromazine, depot fluphenazine, oral and depot haloperidol, thioridazine, chlorpromazine or thioproperazine. Only three subjects received just one AP. The daily AP dose (mg of chlorpromazine) was $398.8 \pm 62$, ranging from $25 - 1200$ mg/day. Four of 11 obese patients and 7 of 15 non-obese subjects had also been receiving carbamazepine ($200 - 400$ mg/day). This was taken into account in the statistical analysis (see below). Seven out of the 26 patients presented with amenorrhea, which was probably related to the AP treatment.

### Glucose, insulin, C-peptide and leptin (Table 2)

The basal glucose levels were significantly higher in the obese patients ($p = 0.011$) and in the whole group of AP-treated subjects ($p = 0.021$). However, the levels at the other points of the glucose tolerance test and the area under the glucose curve did not vary between the groups.

Insulin levels after 60 minutes of the glucose overload were significantly higher in the obese patients ($p = 0.035$), and the area under the insulin curve showed a trend towards being higher in this group ($p = 0.09$). No differences were observed in the other time-points of the glucose overload.

The basal levels of C-Pep were significantly lower in the whole sample of AP-treated patients ($p = 0.05$), and it was close to significance in the AP obese group ($p = 0.08$). After 30 min of glucose overload, it was only observed a trend for lower levels in the AP non-obese group ($p = 0.055$).

Leptin levels did not differ between the groups in the whole sample or after dividing subjects into obese and non-obese categories.

As expected, leptin levels were significantly higher in the obese than in the non-obese subjects – obese vs. non-obese AP-treated patients: t (24) = 2.39, $p = 0.025$; obese vs. non-obese control subjects: t (24) = 2.3, $p = 0.03$. The area under the glucose curve did not differ *within* each treatment group: obese vs. non-obese AP-treated patients: t (24) = 1.4, $p = 0.16$; obese vs. non-obese control subjects: t (24) = 1.7, $p = 0.1$. However, the area under the insulin curve was significantly higher in the obese subjects in the AP group but not in the controls – obese vs. non-obese AP-treated patients: t (24) = 2.37, $p = 0.026$; obese vs. non-obese control subjects: t (24) = 0.3, $p = 0.7$.

### Reproductive hormones, steroid binding globulin and adrenal steroids (Table 3)

As expected, serum prolactin levels were significantly higher in the obese ($p = 0.013$), non-obese ($p = 0.0046$) and the whole sample ($p = 0.0001$) of AP-treated subjects. $P_5$ and ANDR levels were significantly lower in AP-treated patients – for $P_5$ and ANDR respectively: obese group ($p = 0.014$ and $0.01$); non-obese group ($p = 0.006$ and $0.0021$); the whole sample ($p = 0.0002$ and $0.0001$). The levels of 17-OH-PG were also significantly lower in the AP group: non-obese ($p = 0.028$), the whole sample ($p = 0.01$).

Total $T_5$ levels were significantly higher in the AP-group – obese ($p = 0.039$); non-obese ($p = 0.0035$); whole sample ($p = 0.0005$). However, a trend was observed towards lower levels of free $T_5$ in the AP group: non-obese ($p = 0.07$), whole sample ($p = 0.06$). In these groups, the SBGH levels were significantly higher: non-obese ($p = 0.011$), whole sample ($p = 0.0029$).

**Table 2**   Serum levels of glucose, insulin, leptin and C-peptide in AP-treated patients and healthy controls in basal conditions and after an oral glucose overload

| | Time | Obese | | Non-obese | | Total | |
|---|---|---|---|---|---|---|---|
| | | AP group n = 11 | Control n = 11 | AP group n = 15 | Control n = 15 | AP group n = 26 | Control n = 26 |
| Glucose | Basal | 100.7 ± 3.1(a) | 94.4 ± 2.8 | 98.7± 3.5 | 92.5± 3.1 | 99.6± 2.4(b) | 93.3 ± 2.1 |
| | 30 min | 146.1 ± 8.2 | 146.6 ± 8.6 | 143.5± 6.3 | 141.4± 5.9 | 146.6± 4.9 | 143.6 ± 4.9 |
| | 60 min | 156 ± 17.4 | 147.6 ± 11.7 | 131.7± 7.5 | 126.9± 7.4 | 142 ± 8.7 | 135.7 ± 6.7 |
| | 120 min | 140.8 ± 9.2 | 131.7 ± 10.7 | 104.9± 8.1 | 113.3± 6.4 | 120.1± 6.9 | 121.1 ± 6.1 |
| | Area | 248.3 ± 18.1 | 242.8 ± 12.9 | 221.4± 9.3 | 217.3± 8.6 | 232.8± 9.5 | 227.1 ± 8.1 |
| Insulin | Basal | 16.17± 2.1 | 14.6 ± 1.5 | 15.2± 1.5 | 11.9± 11.9 | 15.6± 1.2 | 13.1 ± 1.3 |
| | 30 min | 81.1 ± 13.6 | 69.1 ± 12.8 | 60.9± 7.1 | 77.3± 16.6 | 69.5± 7.2 | 73.8 ± 10.9 |
| | 60 min | 104.9 ± 16(c) | 67.4 ± 7.9 | 61.6± 7.6 | 57 ± 6.7 | 79.8± 9.1 | 61.4 ± 5.1 |
| | 120 min | 79.2 ± 16.1 | 65.3 ± 11.6 | 43.8± 8 | 56.3± 7.4 | 58.8± 8.8 | 60.1 ± 6.4 |
| | Area | 143 ± 21.5(d) | 105 ± 13.5 | 91.4± 10.5 | 98.5± 13.5 | 113.2± 11.9 | 101.3 ± 9.5 |
| Leptin | Basal | 26.1 ± 3.9 | 21.7 ± 2.4 | 14.3± 3.1 | 15.9± 1.5 | 18.7± 2.6 | 18.4 ± 2.9 |
| | 30 min | 26.4 ± 3.4 | 25.2 ± 2.9 | 11.8± 2.9 | 16.5± 1.5 | 18.2± 2.6 | 20.4 ± 1.8 |
| | 60 min | 26.8 ± 4.2 | 24.2 ± 3.3 | 13.1± 2.9 | 15.8± 1.3 | 18.8± 2.8 | 19.3 ± 1.7 |
| | 120 min | 27.2 ± 3.9 | 21.1 ± 2.7 | 13.9± 2.9 | 15.7± 1.1 | 19 ± 2.7 | 17.8 ± 1.3 |
| Peptide C | Basal | 1.19± 0.2(e) | 1.64± 0.2 | 1.1 ± 0.3 | 1.5 ± 0.13 | 1.1 ± 0.18(f) | 1.58± 0.11 |
| | 30 min | 15.1 ± 2.1 | 13.2 ± 2.8 | 11.2± 2.1(g) | 17.3± 1.8 | 12.7± 1.5 | 15.6 ± 1.6 |

Values are represented as the mean ± SEM. (a) t (10) = 3.1, $p = 0.011$; (b) t (25) + (25) = 2.45, $p = 0.021$; (c) t (10) = 2.43, $p = 0.035$; (d) t (10) = 1.8, $p = 0.09$; (e) t (10) = 1.9, $p = 0.08$; (f) t (24) = 2.15, $p = 0.05$; (g) t (13) = 2.1, $p = 0.055$.

CONFIDENTIAL
AZSER12443447

226   Pharmacopsychiatry 2001; 34   Baptista T et al

**Table 3**   Serum hormone and steroid binding globulin levels in AP-treated patients and healthy controls

| Hormone | Obese | | Non-obese | | Total | |
|---|---|---|---|---|---|---|
| | AP group n = 11 | Control n = 11 | AP group n = 15 | Control n = 15 | AP group n = 26 | Control n = 26 |
| Prolactin | 42.7 ± 9.9(a) | 14.3 ± 2.3 | 46.8 ± 10.6(b) | 10.6 ± 1.4 | 45.1 ± 7.2(c) | 12.2 ± 1.3 |
| Progesterone | 2.28 ± 0.6(d) | 5.8 ± 1.1 | 2.1 ± 0.5(e) | 6.2 ± 1.1 | 2.2 ± 0.4(f) | 6.03 ± 0.8 |
| Luteinizing Hormone | 3.39 ± 0.7 | 4.4 ± 1.3 | 4.4 ± 1.1 | 4.9 ± 0.8 | 3.99 ± 0.7 | 4.71 ± 0.7 |
| Follicle Stimulating Hormone | 6.53 ± 1.1 | 6.1 ± 0.7 | 5.58 ± 0.7 | 5.2 ± 0.8 | 5.98 ± 0.6 | 5.54 ± 0.6 |
| Estradiol | 68.5 ± 12 | 74.4 ± 12 | 72.7 ± 6.7 | 64.3 ± 7.4 | 70.9 ± 6.3 | 68.5 ± 6.6 |
| Estrone | 49.1 ± 8.4 | 48.2 ± 9.4 | 52.9 ± 8.2 | 58.9 ± 5.4 | 51.3 ± 4.9 | 54.4 ± 5.1 |
| Androstenedione | 1.74± 0.35(g) | 3.93± 0.64 | 1.58± 0.32(h) | 3.32± 0.28 | 1.65± 0.23(i) | 3.58± 0.31 |
| 17 hydroxyprogesterone | 2.36± 0.35 | 3.2 ± 0.5 | 2.19± 0.2(j) | 3.1 ± 0.3 | 2.26± 0.19(k) | 3.2 ± 0.28 |
| Dehydroepiandrosterone-S | 102.5 ±32 | 78.4 ±16.9 | 137.2 ±59.4 | 74.9 ±12.9 | 122.5 ±35.3 | 76.4 ±10.1 |
| Total testosterone | 32.8 ± 4.2(l) | 19.6 ± 3.4 | 25.3 ± 2.7(m) | 15.1 ± 1.3 | 28.5 ± 2.4(n) | 17.1 ± 1.6 |
| Free Testosterone | 0.72± 0.14 | 0.96± 0.25 | 0.65± 0.12(o) | 1.06± 0.19 | 0.68± 0.08(p) | 1.02± 0.15 |
| Steroid Binding Globulin | 29.4 ± 5.8 | 19.1 ± 3.5 | 41.6 ± 6.7(q) | 32.2 ± 2.8 | 34.6 ± 4.6(r) | 21.9 ± 2.3 |
| Cortisol AM | 11.1 ± 1.3 | 14.1 ± 1.6 | 11.5 ± 1.1 | 13.7 ± 1.4 | 11.3 ± 0.8(s) | 13.9 ± 1.1 |
| Cortisol PM | 6.3 ± 1.1(t) | 2.7 ± 0.5 | 4.14± 0.5 | 5.3 ± 0.8 | 5.1 ± 0.6 | 4.21± 0.6 |
| Cortisol Post-Suppression | 1.0 ± 0.76 | 0.34± 0.03 | 3.04± 1.0(u) | 1.2 ± 0.6 | 2.18± 0.7(v) | 0.8 ± 0.3 |
| Beta Endorphin | 7.7 ± 2.2(w) | 3.2 ± 0.3 | 4.96± 1.2 | 2.9 ± 0.14 | 6.14± 1.2(x) | 3.1 ± 0.14 |
| Thyrotropic hormone | 1.79± 0.28 | 1.86± 0.2 | 2.66± 0.4(y) | 1.34± 0.1 | 2.29± 0.26(z) | 1.56± 0.12 |
| Tetraiodothyroxine | 0.84± 0.08 | 0.9 ± 0.07 | 0.72± 0.04 | 0.89± 0.04 | 0.77± 0.04 | 0.89± 0.03 |

Values are presented as the mean ± SEM. Values of estradiol, progesterone, luteinizing hormone and follicle stimulating hormone are the average of two, 15-day actual samples. (a) t (10) = 2.9, p = 0.013; (b) t (14) = 3.42, p = 0.0046; (c) t (25) = 4.5, p = 0.0001; (d) t (10) = 2.9, p = 0.014; (e) t (14) = 3.2, p = 0.006; (f) t (25) = 4.4, p = 0.0002; (g) t (10) = 3.12, p = 0.01; (h) t (14) = 3.75, p = 0.0021, (i) t (25) = 4.21, p = 0.0001; (j) t (14) 2.4, p = 0.028; (k) t (25) = 2.5, p = 0.01; (l) t (10) = 2.36, p = 0.039; (m) t (14) = 3.5, p = 0.0035; (n) t (25) = 4.03, p = 0.0005; (o) t (14) = 1.8, p = 0.07; (p) t (24) = 1.9, p = 0.06; (q) t (14) = 2.92, p = 0.011; (r) t (25) = 3.3, p = 0.0029; (s) t (25) = 1.9, p = 0.06; (t) t (10) = 2.7, p = 0.02, (u) t (14) = 1.8, p = 0.09; (v) t (25) = 1.98, p = 0.059; (w) t (10) = 1.97, p = 0.07; (x) t (25) = 2.5, p = 0.001; (y) t (14) = 2.2, p = 0.045; (z) t (25) = 1.85, p = 0.07.

No significant differences between the AP and control groups were observed in the levels of $E_2$, LH, FSH, EST, and DHEA-S.

The A.M. cortisol levels (Table 3) tended to be lower in the whole AP group (p = 0.06). However, the PM cortisol levels were significantly higher in the obese AP group (p = 0.02). The post-suppression cortisol levels also tended to be higher in the non-obese (p = 0.09) and whole sample (p = 0.059) of AP-treated subjects.

### β-Endorphin, thyroid hormones and blood lipids (Table 3)

The β-END levels were significantly higher in the whole AP group (p = 0.001), and marginally higher in the obese AP group (p = 0.07).

The TSH levels were significantly higher in the non-obese AP group (p = 0.045) and marginally higher in the whole AP sample (p = 0.07). However, no differences were observed in the $T_4$ levels.

The HDL levels tended to be lower in the obese patients and in the whole sample of AP-treated patients: obese vs. controls: 43.6 ± 2.1 vs. 53.2 ± 3.5, t (10) = 2.1, p = 0.058. All patients vs. all controls: 42.9 ± 1.2 vs. 48.1 ± 2.4, t (25) = 1.91, p = 0.06. No significant differences were observed in the other blood lipids (data not shown).

### Multivariate correlation analysis

In the whole sample of AP-treated subjects, the BMI correlated positively with the insulin area (β-coefficient = 0.59, f (1, 24) = 13.2, p = 0.0013); with the glucose area (β-coeffi-

cient = 0.43, f (1, 24) = 5.4, p = 0.027); with basal leptin (β-coefficient = 0.62, f (1, 24) = 14.9, p = 0.0007), and correlated negatively with the SHBG levels (β-coefficient = -0.44, f (1, 24) = 5.8, p = 0.023).

In the whole sample of control subjects, the BMI correlated positively with the basal leptin levels (β-coefficient = 0.61, f (1, 24) = 13.8, p = 0.001); with TSH levels (β-coefficient = 0.39, f (1, 24) = 4.3, p = 0.048). BMI attained a marginally significant correlation with the basal C-Pep levels (β-coefficient = 0.39, f (1, 24) = 4.1, p = 0.053), and correlated negatively with the cortisol p.m. levels (β-coefficient = -0.5, f (1, 24) = 8.45, p = 0.007.

### Discussion

#### Glucose, insulin and leptin

The obese patients treated with APs displayed significantly higher basal glucose levels, insulin levels after 60 min of the glucose overload, and a trend toward greater area under the insulin curve. The high insulin levels after 60 min resembles the delayed insulin secretion pattern described by Brambilla et al. in haloperidol-treated subjects [15]. Interestingly, basal insulin levels were similar in both groups, but basal C-Pep levels were significantly lower in the AP-treated subjects; this trend was particularly evident in obese subjects. The low C-Pep levels suggest decreased insulin secretion. However, the basal insulin levels might be kept at a normal level due to insulin resistance in the hormone target tissues, which not only impairs physiological insulin effects, but may also delay the hormone's degradation. Collectively, these results appear to confirm the hypothesis of enhanced insulin resistance in these subjects. The assumption that insulin secretion may be impaired during the

CONFIDENTIAL
AZSER12443448

AP treatment is supported by the fact that C-Pep levels correlated positively with the BMI in the control group but not in the AP-treated subjects. This means that only in the control group, is insulin production proportionally adjusted to the actual body weight.

Several preclinical and clinical studies have strongly suggested that hyperprolactinemia impairs insulin sensitivity in peripheral tissues [17,27,45,59,61,65]. However, the molecular mechanisms of such insulin resistance have not been clarified, and the question of whether it is similar to that observed in subjects with primary obesity remains controversial [5]. In addition, hyperglycemia and hyperinsulinemia have also been observed in patients treated with atypical APs such as clozapine and olanzapine [36,47,71,80], which induce minimal or brief hyperprolactinemia [19,49]. Hence, other mechanisms besides prolactin effects must be explored in the actions of APs on glucose metabolism.

Three additional points deserve attention when dealing with this subject. First, the mechanism of insulin resistance may differ between typical and atypical APs since increased insulin and C-Pep levels were observed during clozapine administration [47,80], whereas in our study with typical drugs, low C-Pep levels (therefore decreased insulin production) were observed. In fact, it has been reported that chlorpromazine decreases insulin secretion in humans [24] and rats [3]. Second, given the well-known diabetogenic effects of obesity [38], it has yet to be clarified whether AP treatment may induce insulin resistance in any subject, or primarily in prediabetic ones. And thirdly, a tendency for insulin resistance may be an inherent confounding trait of schizophrenia and/or institutionalization, which may be partially independent of AP administration [20,62]. Further studies must clarify these important subjects.

Insulin appears to play a prominent role in the development and maintenance of obesity. Increased insulin sensitivity predicts excessive body weight gain in lean subjects [58], and insulin resistance seems to perpetuate a vicious cycle – on the one hand, it prevents additional weight gain [22]; but on the other, it enhances the androgen synthesis, which in turn promotes abdominal fat deposition in women [57].

To summarize, women that developed obesity during AP treatment appear to display more insulin resistance (and perhaps decreased insulin production) than their age- and weight-matched controls. The therapeutic implications of this finding are discussed below.

The functioning of the leptin system appears to be preserved during AP administration since (a) the serum leptin levels were significantly higher in obese than in non-obese patients, (b) a positive correlation between basal leptin levels and BMI was observed, and (c) leptin levels were remarkably similar between patients and controls. Thus, in patients treated with typical APs, leptin levels increase correlatively with BMI, as has been shown during administration of atypical drugs such as clozapine and olanzapine in psychiatric patients [16,40] and in sulpiride-treated healthy volunteers [12]. Interestingly, such a leptin level increase has not been observed during the development of obesity in AP-treated rats [41], which suggests profound species-related differences in the relationship between leptin and body weight regulation during AP administration.

*Reproductive hormones and adrenal steroids*

The AP-treated patients displayed hyperprolactinemia, a significant decrease in $P_5$, AND, and 17-OHPG, and a significant increase in total $T_5$ coupled to a marginally significant decrease in free $T_5$.

The results obtained in $P_5$, AND and 17-OHPG suggest an impairment in ovarian steroid synthesis, particularly in the luteal phase, which might be related to direct effects of hyperprolactinemia on the gonads [21,44] and drug effects on pituitary gonadotropin cyclicity [46]. The method used in this study does not allow discrimination between gonadal and adrenal steroid production. However, even though the levels of DHEA-S were normal, it can not be discarded as an adrenal hypofunction, as the cortisol a.m. levels tended to be lower in AP-treated patients. Hence, the predicted prolactin-induced increase in androgen levels was not confirmed. However, AP-treated women displayed significantly high cortisol p.m. levels and marginally significant high levels of cortisol post-suppression, suggesting a subtle impairment in adrenal function. This interesting point warrants further dynamic studies of cortisol metabolism (see below). The elevation in total $T_5$ and the trend towards a decrement in free $T_5$ might be related to the high levels of SHBG. The mechanisms of the SHBG increase can not inferred in this study, but could be related to hyperinsulinemia and normal or low androgen levels [31]. In any case, the significantly low levels of free $T_5$ and AND along with the normal DHEA-S levels suggest that, in contrast to women with primary obesity [31], AP-treated women do not display hyperandrogenicity.

Given the effects of prolactin on the pituitary-ovary axis [21,44,46] and the important role of gonadal steroids on weight regulation [74], we predicted that severe hypogonadism might be observed during chronic AP administration. However, while $P_5$ levels were significantly decreased, $E_2$ and EST levels did not differ among the groups, as it has been reported for $E_2$ by other authors [4]. Hence, it appears that a robust suppression of ovarian steroid synthesis is in fact observed during short-term administration of typical AP [7,8,10]. Furthermore, after prolonged AP administration, $E_2$ levels normalize, possibly assisted by a compensatory synthesis increase in the peripheral adipose tissue [55]. Interestingly, in contrast to these obese women, significantly high levels of EST have been observed in women with primary obesity [31]. In conclusion, the ovarian function in AP-treated women is severely impaired as regards $P_5$ levels, but not when considering $E_2$ levels. These results argue against the proposal that prolactin-induced hypoestrogenemia plays a critical role in AP-induced obesity. This suggestion arose from experimental studies in female rats rendered obese during AP treatment, where excessive weight gain was counteracted by simultaneous administration of $E_2$ [53] or by the estradiol agonist/antagonist tamoxifen [10].

*β-Endorphin, thyroid hormones and blood lipids*

Obese patients show elevated serum levels of the opiate β-endorphin [28,56]. Brain opiates play a prominent role in feeding regulation – opiate agonists stimulate, whereas

CONFIDENTIAL
AZSER12443449

antagonists inhibit food intake in experimental animals and humans [11]. Dopamine and opiates are interrelated. For example, dopamine inhibits the synthesis and release of proopiomelanocortin hormone, which is the precursor of β-endorphin [76]. Hence, the chronic blockade of dopamine receptors by the APs might increase opiate levels. In addition, chronic dopamine receptor blockade with the AP haloperidol enhanced morphine-induced feeding in rats [72]. And lastly, hyperprolactinemia is often observed during prolonged opioid administration [11]. Based on these findings, we predicted elevated β-endorphin levels in AP-treated women. This hypothesis was confirmed for the entire group, and such a trend was observed in obese AP-treated subjects. As the opioid antagonist Naltrexone has been found to decrease body weight in psychiatric patients undergoing chronic treatment with antidepressants or lithium [81], opioid antagonists might be tested to counteract AP-induced obesity.

With regard to the pituitary-thyroid axis, a small but significant increase in TSH levels was detected in the AP group. No single value was above the normal hormone range; hence, hypothyroidism was not detected in any subject. Decrease in thyroid function has not been reported during AP administration, but it is frequently observed during carbamazepine (CBZ) treatment [23]. However, it is unlikely that our findings may be related to this treatment, as TSH and $T_4$ levels did not differ between CBZ-treated and CBZ-free subjects (see below). An alternative explanation for this slight TSH decrease is inadequate iodine intake that might be related to deficient dietary habits. In any case, provided the prominent role of thyroid hormones in modulating brain feeding-related areas, the metabolic rate and the uncoupling proteins [79], the thyroid function must be systematically assessed in overweight subjects.

Subjects with primary obesity often display elevated serum levels of triglycerides, total cholesterol and low-density lipoproteins, and decreased high-density lipoproteins (HDL) [39]. The AP-treated subjects displayed a trend for lower levels of HDL than controls, which may be related to diminished lipoprotein lipase activity secondary to hyperinsulinemia [39]. The decrease in HDL levels that was also reported by a Japanese group [70] may increase the risk for cardiovascular diseases, and supports the claim of Allison et al. [2] on the potential deleterious effects of body weight increase induced by AP.

### Effects of carbamazepine

Eleven subjects in the AP group also received (CBZ) chronically. Hence, an additional analysis was conducted by comparing the serum variables between CBZ-treated and CBZ-free subjects. SHBG levels were significantly higher in CBZ-treated patients – 47.9 ± 9.1 vs. 28.1 ± 3.4, t (24) = 2.27, p = 0.031. By contrast, the glucose area was significantly higher in the CBZ-free subjects – 248.7 ± 10.9 vs. 211 ± 14.9, t (24) = 2.08, p = 0.048.

Elevated SHBG levels during CBZ administration have been previously reported [51]; this finding is relevant to our discussion, as the increase in total $T_5$, and decrease in free $T_5$ which were observed in the AP group may be related to the CBZ instead of the AP treatment. However, neither $T_5$ fraction differed between CBZ-treated and CBZ-free subjects. Thus, this result awaits replication.

Increased basal glucose levels were observed in AP-treated subjects (Table 2). This finding does not appear to be related to CBZ treatment, as the area under the glucose curve was significantly higher in the CBZ-free subjects.

### Limitations of this study

1. As the number of AP-treated subjects with a BMI above 30 kg/m² was small (n = 6), we could not use the recommended classification of obesity (BMI > 30). Hence, we selected BMI > 27.5 as a cut-off point as has been recommended for Latin-American populations [68]. In addition, subjects could not be matched by WHR. Such considerations in further studies may refine the observed differences between obese and non-obese patients.
2. This sample comprised patients with diverse psychiatric diagnosis and various kinds of APs. Provided the postulated endocrine-metabolic abnormalities in schizophrenia [52,60,62], and the important differences among the APs [19,37], future studies should be conducted in more homogeneous populations.
3. We only evaluated the basal levels of adrenal and gonadal steroids. Dynamic studies, such as the metabolic clearance rate, should be conducted in order to replicate and expand our findings. In addition, a direct measure of insulin sensitivity is warranted.
4. Future studies must include a significant proportion of patients receiving atypical APs such as clozapine, olanzapine, risperidone and quetiapine.
5. Given the substantial contribution of heredity factors in the development of obesity [39], family history should be considered a discriminative factor in the study design.
6. While the short-term course of AP-induced weight gain has been well documented, prospective studies must clarify the psychological and behavioral events that promote the development of stable obesity in psychiatric patients [2].

### Therapeutic implications

Pharmacological interventions in AP-induced obesity have been based on drugs that counteract hyperprolactinemia [18] and anorectic agents such as d-fenfluramine [33]. Agents in the former group such as amantadine or bromocriptine may impair the mental status in psychosis-prone patients [5]. D-fenfluramine was withdrawn from the market because of the high risk of valvular heart disease and pulmonary hypertension, perhaps related to its potent serotonergic effects [5]. Therefore, new approaches are needed.

Our findings regarding the increased insulin resistance and elevated β-endorphin levels in AP-treated patients suggest novel drug treatments in this specific population. Agents that improve insulin sensitivity such as metformin have been shown to significantly decrease weight in women with primary obesity [26] and polycystic ovaries [73]. As for the brain opiate system, the opiate antagonist naltrexone decreased body weight and carbohydrate craving in obese subjects under lithium or antidepressants, as previously described [81]. The safety and efficacy of metformin, naltrexone and related drugs, in modifying body weight in psychiatric populations during AP administration have not been reported, and deserves further investigation.

CONFIDENTIAL
AZSER12443450

Finally, these endocrine-metabolic abnormalities occurring in subjects treated with typical AP might predispose them to *additional* weight gain and/or glucose intolerance after switching to atypical APs such as clozapine or olanzapine. As the benefits of these atypical APs clearly outweigh their side-effect profile, frequent glucose and insulin monitoring is recommended.

## Acknowledgments

This work was supported by CONICIT, Caracas, Venezuela, Grant S1-96000775. Part of these results were presented in the Society for Neuroscience Annual Meeting, New Orleans, 2000.

## References

[1] Allison DB, Mentore JL, Heo M, Chandler LP, Cappelleri, JC, Infante MC, Weiden PJ. Antipsychotic-induced weight gain: a comprehensive research synthesis. Am J Psychiatry 1999; 156: 1686–1696

[2] Allison DB, Fontaine KR, Heo M, Mentore JL, Cappelleri JC, Chandler LP, Weiden PJ, Cheskin LJ. The distribution of body mass index among individuals with and without schizophrenia. J Clin Psychiatry 1999 ; 60 : 215–220

[3] Ammon HPT, Orci I, Steinke J. Effect of chlorpromazine on insulin release in vivo and in vitro in the rat. J Pharmacol Exp Ther 1973; 187: 423–429

[4] Ataya K, Mercado A, Kartaginer J, Abbasi J, Moghissi KS. Bone density and reproductive hormones in patients with neuroleptic-induced hyperprolactinemia. Fertil & Steril 1988; 50: 876–881

[5] Baptista T. Body weight gain induced by antipsychotic drugs: mechanisms and management. Acta Psychiat Scand 1999; 100: 3–16

[6] Baptista T, Parada MA, Hernández L. Long-term administration of some antipsychotic drugs increases body weight and feeding in rats: Are D$_2$ dopamine receptors involved? Pharmacol Biochem Behav 1987; 27: 399–405

[7] Baptista T, Alastre T, Contreras Q, Martinez JL, Araujo de Baptista E, Páez X, Hernández L. Effects of the antipsychotic drug sulpiride on reproductive hormones in healthy men: relationship with body weight regulation. Pharmacopsychiat 1997; 30: 250–255

[8] Baptista T, Molina MG, de Quijada M, Calanche I, Acosta A, Páez X, Martinez JL, Martinez JM, Hernández L. Effects of the antipsychotic drug sulpiride on reproductive hormones in healthy women: relationship with body weight regulation. Pharmacopsychiatry 1997; 30: 256–262

[9] Baptista T, Araujo de Baptista E, Altemus M, Weiss SRB, Teneud L, Hernández L. Tamoxifen prevents sulpiride-induced obesity in rats. Pharmacol Biochem Behav 1997; 57: 215–222

[10] Baptista T, Reyes D, Hernández L. Antipsychotic drugs and reproductive hormones: relationship to body weight regulation. Pharmacol Biochem Behav 1999; 62: 409–417

[11] Baptista T, Lacruz A, Acosta A, Colasante C, de Quijada M, de Mendoza S, Mendoza JM, Hernandez L. Naltrexone does not prevent the weight gain and hyperphagia induced by the antipsychotic drug sulpiride in rats. Appetite 2000; 34: 77–86

[12] Baptista T, Lacruz A, Silvera R, Angeles F, Mendoza S, Mendoza JM, Mendoza MT, Hernández L. Body weight gain after administration of antipsychotic drugs: correlation with leptin, insulin and reproductive hormones. Pharmacopsychiat 2000; 33: 81–88

[13] Beumont PJV, Gelder MG, Friesen HG, Harris GW, MacKinnin PCB, Mandelbrote BM, Wiles DH. The effects of phenothiazines on endocrine function: I: patients with inappropriate lactation and amenorrhoea. Brit J Psychiatry 1974; 124: 413–419

[14] Beumont PJV, Corker CS, Friesen HG, Kolakowska T, Mandelbrote BM, Marshall J, Murray MAF, Wiles DH. The effects of phenothiazines on endocrine function: II: effects in men and postmenopausal women. Brit J Psychiatry 1974; 124: 420–430

[15] Brambilla F, Guastalla A, Guerini A, Riggi F, Rovere C, Zanoboni A, Zanoboni-Muciaccia W. Glucose-insulin metabolism in chronic schizophrenia. Dis Nerv Sys 1976; 37: 98–103

[16] Bromel T, Blum WF, Zeigler A, Schulz W, Bender M, Fleisbacher C, Remmsschmidth H, Krieg JC, Heberbrand J. Serum leptin levels increase rapidly after initiation of clozapine therapy. Mol Psychiat 1998; 3: 76–80

[17] Cabrera R, Mayor P, Fernández-Ruiz J, Calle C. Insulin binding and action on adipocytes from female rats with experimentally-induced chronic hyperprolactinemia. Mol Cell Endocrinol 1988; 58: 167–173

[18] Correa N, Opler LA, Kay SR, Birmaher B. Amantadine in the treatment of neuroendocrine side effects of neuroleptics. J Clin Psychopharmacol 1987; 7: 91–95

[19] Crawford AMK, Beasley CHM, Tollefson GD. The acute and long-term effect of olanzapine compared with placebo and haloperidol on serum prolactin concentration. Schizophr Res 1997; 26: 41–54

[20] Dixon L, Weiden P, Delahanty J, Goldberg R, Postgrado L, Lucksted A, Lehman A. Prevalence and correlates of diabetes in national schizophrenia samples. Schizophr Bull 2000; 26: 903–912

[21] Dorrington J, Gore-Langton I. Prolactin inhibits oestrogen synthesis in the ovary. Nature 1981; 290: 600–602

[22] Eckel RH. Insulin resistance: an adaptation for weight maintenance. Lancet 1992; 340: 1452–1453

[23] Erhardt VR, Goldman MB. Adverse Endocrine Effects. In: Keshavan MS, Kennedy JS, editors: Drug-Induced Dysfunction in Psychiatry. New York. Hemisphere Publishing Corporation 1992: 296–297

[24] Erle G, Basso M, Federspil G, Sicolo N, Scandellari C. Effect of chlorpromazine on blood glucose and plasma insulin in man. Eur J Clin Pharmacol 1977; 11: 15–18

[25] Ferreira MF, Sobrinho LG, Santos MA, Sousa MF, Uvnas-Mogberg K. Rapid weight gain, at least in some women, is an expression of a neuroendocrine state characterized by reduced hypothalamic dopaminergic tone. Psychoneuroendocrinol 1998; 23: 1005–1013

[26] Fontbonne A, Charles MA, Juhan Vague I, Bard JM, André P, Isnard F, Cohen JM, Granmottet P, Vague P, Safer ME, Eschwege E. The effects of metformin on the metabolic abnormalities associated with upper-body fat distribution. BIGPRO Study Group. Diabetes Care 1996; 19: 920–926

[27] Foss MC, Paula FJ, Paccola GM, Piccinato CE. Peripheral glucose metabolism in human hyperprolactinemia. Clin Endocrinol 1995; 43: 721–726

[28] Genazzani AR, Facchinetti F, Petraglia F, Pintor C, Corda R. Hyperendorphinemia in obese children and adolescents. J Clin Endocrinol Metab 1986; 62: 36–40

[29] Gerardo-Gettens T, Moore BJ, Stern JS, Horwitz BA. Prolactin stimulates food intake in a dose-dependent manner. Am J Physiol 1989; 256: R276–R280

[30] Giusti G, Bassi F, Forti G. Effects of prolactin on androgens secretion by the human adrenal cortex. In: Harter RC, editors: Progress in Prolactin Physiology and Pathology. Amsterdam. Elsevier 1978

[31] Givens JR. Reproductive and hormonal alterations in obesity. In: Bjorntorp P, Brodoff BN, eds.: Obesity. Philadelphia. J. B. Lippincott Company 1992: 540–550

[32] Greenman Y, Tordjman K, Stern N. Increased body weight associated with prolactin secreting pituitary adenomas: weight loss with normalization of prolactin levels. Clin Endocrinol 1998; 48: 547–553

[33] Goodall E, Oxtoby C, Richards R, Watkinson G, Brown D, Silverstone T. A clinical trial on the efficacy and acceptability of

CONFIDENTIAL
AZSER12443451

D-fenfluramine in the treatment of neuroleptic-induced obesity. Br J Psychiatry 1988; 153: 208–213

[34] Gopalaswamy AK, Morgan R. Too many chronic mentally disabled patients are too fat. Acta Psychiat Scand 1985; 72: 254–258

[35] Green AI, Patel JK, Goisman RM, Allison DB, Blackburn G. Weight gain from novel antipsychotic drugs: need for action. Gen Hosp Psychiat 2000; 22: 224–235

[36] Hagg S, Joelsson L, Mjorndal T, Spigset O, Oja G, Dahlqvist R. Prevalence of diabetes and impaired glucose tolerance in patients treated with clozapine compared with patients treated with conventional depot neuroleptic medications. J Clin Psychiatry 1998; 59: 294–299

[37] Hartman DS, Civelli O. Molecular attributes of dopamine receptors: new potential for antipsychotic drug development. Ann Med 1996; 28: 211–219

[38] Kissebah AH, Krakower GR. Regional adiposity and morbidity. Physiol Rev 1994; 74: 761–811

[39] Kopelman PG. Obesity as a medical problem. Nature 2000; 404: 635–643

[40] Kraus T, Haack M, Schuld A, Hinze-Selch D, Kuhn M, Uhr M, Pollmacher T. Body weight and leptin plasma levels during treatment with antipsychotic drugs. Am J Psychiat 1999; 156: 314–321

[41] Lacruz A, Baptista T, de Mendoza S, Mendoza-Guillén JM, Hernández L. Antipsychotic drug-induced obesity in rats: correlation between leptin, insulin and body weight during sulpiride treatment. Mol Psychiat 2000; 5: 70–76

[42] Leibowitz SF, Hoebel BG. Behavioral Neuroscience of Obesity. In: Bray GA, Bouchard C, James WPT, eds.: Handbook of Obesity. New York. Marcel Dekker, Inc 1998: 313–358

[43] Lobo R, Kletzky O. Normalization of androgen and sex hormone binding globulin levels after treatment of hyperprolactinemia. J Clin Endocrinol Metab 1982; 56: 562–568

[44] MacNatty KP, Sawers RS, McNeilly AS. A possible role for prolactin in control of steroid secretion by the human Graafian follicle. Nature 1975; 250: 653–655

[45] Matsuda M, Mori T. Effect of estrogen on hyperprolactinemia-induced glucose intolerance in SHN mice. Proc Soc Exp Biol Med 1996; 212: 243–247

[46] Matsuzaki T, Azuma K, Irahara M, Yasui T, Aono T. Mechanism of anovulation in hyperprolactinemic amenorrhea determined by pulsatile gonadotropin-releasing hormone injection combined with human chorionic gonadotropin. Fertil Steril 1994; 62: 1143–1149

[47] Melkerson KI, Hulting AL, Brismar KE. Different influences of classical antipsychotics and clozapine on glucose-insulin homeostasis in patients with schizophrenia or related psychoses. J Clin Psychiatry 1999; 60: 783–791

[48] Melkerson KI, Hulting AL, Brismar KE. Elevated levels of insulin, leptin, and blood lipids in olanzapine-treated patients with schizophrenia or related psychoses. J Clin Psychiatry 2000; 61: 742–749

[49] Meltzer HY, Goode D, Schyve PM, Young M, Fang V. Effect of clozapine on human serum prolactin levels. Am J Psychiatry 1979; 136: 1550–1555

[50] Moore BJ, Gerardo-Gettens T, Horwitz BA, Stern JS. Hyperprolactinemia stimulates food intake in the female rat. Brain Res Bull 1986; 17: 563–569

[51] Murialdo G, Galimberti CA, Gianelli MV, Rollero A, Polleri A, Copello F, Magri F, Ferrari E, Sampaolo P, Manni R, Tartara A. Effects of valproate, phenobarbital, and carbamazepine on sex steroid setup in women with epilepsy. Clin Neuropharmacol 1998; 21: 52–58

[52] Oades RD, Schepker R. Serum gonadal steroid hormones in young schizophrenic patients. Psychoneuroendocrinology 1994; 19: 373–385

[53] Parada MA, Hernández L, Páez X, Baptista T, Puig de Parada M, Quijada M. Mechanism of the sulpiride-induced obesity in rats. Pharmacol Biochem Behav 1989; 33: 45–50

[54] Paykel ES, Mueller PS, De La Vergne PM. Amitryptiline, weight gain and carbohydrate craving: a side effect. Brit J Psychiat 1973; 123: 501–507

[55] Peiris A, Kissebah A. Endocrine abnormalities in morbid obesity. Gastroenterol Clin N Amer 1987; 16: 389–398

[56] Percheron C, Colette C, Mariano-Goulart D, Avignon A, Capeyron O, Boniface H, Bressot N, Monnier L. Relationship between insulin sensitivity, obesity, body fat distribution and beta-endorphinemia in obese women. Int J Obes Relat Metab Disord 1998; 22: 143–148

[57] Poretsky L, Cartin MF. The gonadotropic function of insulin. Endocrinol Rev 1987; 8: 132–136

[58] Ravussin E. Metabolic differences and the obese phenotype. Metabolism 1995; 44: 12–14

[59] Reiss FM, Ribeiro de Oliveira JR, Guerra RM, Reiss AM, Coimbra CC. Blood glucose and prolactin in hyperprolactinemic rats exposed to restraint and surgical stress. Life Sci 1996; 58: 155–161

[60] Rinieris P, Markianos M, Hatzimanolis J, Stefanis C. A psychoendocrine study in male paranoid schizophrenic patients with delusional ideas of homosexual content. Acta Psychiatr Scand 1985; 3: 309–314

[61] Schernthaner G, Prager R, Punzengruber C, Luger A. Severe hyperprolactinemia is associated with decreased insulin binding in vitro and insulin resistance in vitro. Diabetol 1985; 28: 138–142

[62] Schimmelbusch WH, Mueller PS, Sheps J. The positive correlation between insulin resistance and duration of hospitalization in untreated schizophrenia. Brit J Psychiatry 1971; 118: 429–436

[63] Schultz SK, Arndt S, Ho BC, Oliver SE, Andreasen NC. Impaired glucose tolerance and abnormal movements in patients with schizophrenia. Am J Psychiatry 1999; 156: 640–642

[64] Schwartz MW, Woods SC, Porte D, Seeley RJ, Baskin DG. Central nervous system control of food intake. Nature 2000; 404: 661–671

[65] Serri O, Beauregard H, Rasio E, Hardy J. Decreased sensitivity to insulin in women with microprolactinomas. Fertil Steril 1986; 45: 572–574

[66] Silverstone T, Finchman J, Wells B, Kyriakides M. The effect of the dopamine receptor-blocking drug pimozide on the stimulant and anorectic actions of dextroamphetamine in man. Neuropharmacology 1980; 19: 1235–1237

[67] Sletten IW, Gershon S. The effect of chlorpromazine on water and electrolyte balance. J Nerv Ment Dis 1966; 142: 25–31

[68] Sociedad Venezolana de Cardiología. Recomendaciones de ILIB para el diagnóstico y tratamiento de las dislipidemias en Latinoamérica. Avances Cardiología 1994; XIV ( Suppl. 1): 12–15

[69] Stanton JM. Weight gain associated with neuroleptic medication: a review. Schiz Bull 1995; 21: 463–472

[70] Taylor DM, Mcaskill R. Atypical antipsychotics and weight gain – a systematic review. Acta Psychiat Scand 2000; 101: 416–432

[71] Tabata H, Kikuoka M, Kikuoka H, Bessho H, Hirayama J, Hanabusa T, Kubo K, Momotami Y, Sanke T, Nanjo K. Characteristics of diabetes mellitus in schizophrenic patients. J Med Assoc Thai 1987; 70(Suppl 2): 90–93

[72] Vaccarino FJ, Mogil JS, Stinus L. Chronic dopamine antagonism facilitates opiate-induced feeding. J Psychiat Neurosci 1995; 20: 210–214

[73] Velasquez E, Mendoza S, Harner T, Sosa F, Glueck CJ. Metformin therapy in polycystic ovary syndrome reduces hyperinsulinemia, insulin resistance, hyperandrogenemia, and systolic blood pressure, while facilitating normal menses and pregnancy. Metabolism 1994; 5: 647–654

[74] Wade GN, Schneider JE. Metabolic fuels and reproduction in female mammals. Neurosci Biobehav Rev 1992; 16: 235–272

CONFIDENTIAL
AZSER12443452

[75] Wang J, Liu R, Hawkins M, Barzilai N, Rossetti L. A nutrient-sensing pathway regulates leptin gene expression in muscle and fat. Nature 1998; 393: 684 – 688

[76] West JB. Physiological Basis of Medical Practice, 12th Edition. Baltimore. Williams & Wilkins 1991: Chap. 53

[77] Wirshing DA, Spelberg BJ, Erhart SM, Marder SR, Wirshing WC. Novel antipsychotics and new onset diabetes. Biol Psychiatry 1998; 44: 778 – 783

[78] Wirshing DA, Wirshing WC, Kysar L, Berisford MA, Goldstein D, Pashdag J, Mintz J, Marder SR. Novel antipsychotics: comparison of weight gain liabilities. J Clin Psychiatry 1999; 60: 358 – 363

[79] Woods SC, Seeley RJ, Porte D, Schwartz MW. Signals that regulate food intake and energy homeostasis. Science 1998; 280: 1378 – 1382

[80] Yazici KM, Erbas T, Yazici AH. The effect of clozapine on glucose metabolism. Exp Clin Endocrinol Diabetes 1998; 106: 475 – 477

[81] Zimmermann U, Rechlin TH, Plaskacewicz GJ, Barocka A, Wildt L, Kaschka P. Effect of Naltrexone on weight gain and food craving induced by tricyclic antidepressants and lithium: an open study. Biol Psychiat 1997; 41: 747 – 749

Trino Baptista, M.D.

Douglas Hospital Research Center (F1116)
6875 Lasalle Blvd
Verdun
Quebec, Canada H4H 1R3

Tel. (514) 761 61 31 ext. 34 52
Fax (514) 888 40 64
E-mail: baptri@douglas.mcgill.ca

CONFIDENTIAL
AZSER12443453

*British Journal of Psychiatry* (1989), **154**, 672–676

# A Rating Scale for Drug-Induced Akathisia

## THOMAS R. E. BARNES

A rating scale for drug-induced akathisia has been derived that incorporates diagnostic criteria for pseudoakathisia, and mild, moderate, and severe akathisia. It comprises items for rating the observable, restless movements which characterise the condition, the subjective awareness of restlessness, and any distress associated with the akathisia. In addition, there is an item for rating global severity. A standard examination procedure is recommended. The inter-rater reliability for the scale items (Cohen's $\kappa$) ranged from 0.738 to 0.955. Akathisia was found in eight of 42 schizophrenic in-patients, and nine had pseudoakathisia, where the typical sense of inner restlessness was not reported.

Akathisia is probably the commonest and one of the more distressing of the movement disorders associated with antipsychotic drugs (Lancet, 1986; Barnes, 1987). Following the original descriptions of drug-induced akathisia (Sigwald et al, 1947; Steck, 1954), there was little further work on the phenomenology of akathisia, and no consistent or clear operational definition emerged. The diagnosis of akathisia tended to rest upon systematic questioning regarding a patient's inner restlessness. However, reliance on a patient's subjective report alone does not allow for reliable diagnosis (Van Putten & Marder, 1986, 1987).

The lack of delineation of the associated motor behaviour created difficulty in separating akathisia from other movement disorders seen in drug-treated schizophrenic patients. These include Parkinsonian tremor, dystonia, tardive dyskinesia, tics, stereotypies and mannerisms. The distinction between tardive dyskinesia and akathisia is complicated by the common coexistence of the two conditions (Barnes et al, 1983). Descriptions of tardive dyskinesia have consistently mentioned motor restlessness, and subjective distress has been found to correlate rather better with trunk and limb movements than with orofacial movement (Rosen et al, 1982).

The lack of diagnostic criteria may partly account for the wide range of prevalence figures reported in the literature (Marsden et al, 1985): although a figure of around 20% is commonly accepted (Ayd, 1961; Braude et al, 1983), Freyhan (1958), for example, found a prevalence of only 12.5%, while Van Putten (1975) recorded a figure of 45%. Furthermore, in a sample of drug-free schizophrenic patients who received haloperidol (10 mg) at bedtime for seven days, Van Putten et al (1984) found that 75% experienced akathisia.

In addition, the absence of a precise clinical definition might be partly responsible for the failure of clinicians to recognise the condition consistently (Weiden et al, 1987). It may also contribute to the common misinterpretation of motor phenomena of akathisia as the signs and symptoms of psychiatric illness (Van Putten, 1975; Braude et al, 1983). If akathisia is misdiagnosed as an exacerbation of agitation or psychotic excitement, this error may prompt an increase in antipsychotic drug dose, which would almost certainly aggravate the problem.

### Validity of the scale

The validity of the rating scale (see Appendix) derives from its basis in signs and symptoms found to be characteristic of the condition in our previous studies of both acute psychiatric admissions receiving antipsychotic medication (Braude et al, 1983) and schizophrenic out-patients on maintenance medication (Barnes & Braude, 1985).

### Subjective item

These studies found that against the background of a relatively non-specific sense of inner restlessness or mental unease, sufferers were often particularly aware of tension and discomfort in their limbs, sometimes with paraesthesia and unpleasant pulling or drawing sensations in their legs. These complaints are akin to symptoms found in the 'restless legs', or Ekbom's, syndrome (Blom & Ekbom, 1961; Lancet, 1986).

In addition, the patients with akathisia would typically experience a desire to move, an awareness that they were unable to keep their legs still, or a compulsion to move which was often particularly referable to the legs. Many patients complained that the condition was least tolerable when they were required to stand still, for example when queueing for meals or medication on the ward, waiting at the supermarket checkout, or standing in the kitchen

672

41

CONFIDENTIAL
AZSER12443454

while cooking. These symptoms constitute the subjective diagnostic criteria for akathisia included in the item 'awareness of restlessness' of the scale.

The inner restlessness and emotional unease experienced by patients with akathisia is often distressing for patients, and may lead them to refuse further medication. The importance of akathisia as a cause of poor compliance with antipsychotic drugs has been emphasised by Van Putten (1974). The overwhelming and intense nature of the subjective experience in severe cases is illustrated by reports where akathisia has been thought to have contributed to violent, aggressive behaviour (Kekich, 1978; Kumar, 1979; Schulte, 1985) or impulsive suicidal behaviour (Shear et al, 1983; Schulte, 1985; Drake & Erlich, 1985; Shaw et al, 1986). An item for distress related to restlessness was included in the scale. Any distress associated with akathisia can usually be elicited without difficulty, and is commonly complained of spontaneously.

**Objective criterion**

The study by Braude et al (1983) and a similar investigation by Gibb & Lees (1986) also found that particular patterns of restless leg movements were observed in association with the subjective experience of akathisia. The most characteristic signs that emerged were rocking from foot to foot or walking on the spot when standing. Van Putten & Marder (1987) agree that these foot movements are easily recognisable, and are present in all patients with moderate or severe akathisia. Braude et al (1983) observed other patterns of restless movement in seated patients, which accompanied the typical subjective experience of akathisia. They described these as shuffling or tramping of the legs. With severe akathisia, patients appeared to be unable to stand without walking or pacing. Gibb & Lees (1986) generally confirmed these findings, and suggested further that fast walking and swinging of one leg when sitting should also be considered as part of the akathisia syndrome.

These motor phenomena were considered to be observable diagnostic criteria for akathisia, and are included in the 'objective' item of the rating scale.

**Global item**

The rating of 'absent' refers to the failure of the rater to elicit any subjective awareness or complaint of restlessness. However, in the absence of any report of a sense of inner restlessness or a compulsion to move, some patients may manifest obvious, complex, repetitive movements resembling those seen in akathisia (Barnes & Braude, 1985). A common feature is rocking from foot to foot while standing. These movements seem to be of a volitional rather than choreic nature, and appear to represent motor restlessness. This syndrome has been called pseudo-akathisia (Munetz & Cornes, 1982; Barnes & Braude, 1985), and its relationship with akathisia and tardive dyskinesia is a matter for speculation (Barnes & Braude, 1985; Stahl, 1985; Munetz, 1986).

The signs of motor restlessness are not invariably present in mild cases of acute akathisia (Braude et al, 1983). The typical subjective experience of akathisia in the absence of restless movements has been referred to as 'subjective akathisia' (Van Putten & Marder, 1986). In practice, it may be difficult to differentiate between this condition and subtle manifestations of anxiety or emotional distress unrelated to akathisia. This difficulty is acknowledged by the 'questionable' rating in the global item of the scale, and the existence of subjective akathisia is reflected in the 'mild akathisia' rating, as it does not demand the presence of the characteristic restless phenomena.

The ratings for moderate, marked, and severe akathisia reflect increasing degrees of subjective distress and the desire or compulsion to move, an increasing inability to remain sitting comfortably, and an increasing amount of time spent exhibiting restless movements, such as rocking from foot to foot when standing, and pacing up and down.

**Reliability**

**Patients and method**

Forty-two chronic in-patients, all of whom fulfilled DSM–III criteria (American Psychiatric Association, 1980) for schizophrenia, and were receiving antipsychotic medication, were each assessed by two raters during the same examination period using the rating scale (Barnes & Halstead, 1988). The age range of the sample was 32–65 (median 52) years, and 13 were women.

*Examination procedure*

Each patient was observed seated for at least five minutes while consent to take part in the study was obtained and the patient completed a self-rating scale for anxiety, modified from the Leeds Anxiety Scale (Snaith et al, 1976). The patient was then asked to stand up, and was examined for evidence of Parkinsonism using the Extrapyramidal Rating Scale (Simpson & Angus, 1970). Still standing, patients were then engaged in conversation on neutral topics for several minutes while being observed, and finally were asked specific questions about inner restlessness, and awareness of the features of akathisia. For example, inquiry was made as to whether they experienced a sense of inner restlessness, and whether restless, fidgety feelings could

CONFIDENTIAL
AZSER12443455

674                                    BARNES

TABLE I
Inter-rater reliability

| Rating scale item | Linearly weighted Cohen's $\kappa$ |
|---|---|
| Objective | 0.738 |
| Subjective | |
|    Awareness of restlessness | 0.827 |
|    Distress related to restlessness | 0.901 |
| Global clinical assessment | 0.955 |

be localised to any part of their body. Further, they were asked if they had any awareness of difficulty sitting comfortably for long periods, an increasing restlessness and tension when required to stand still, or a compulsive desire to move.

If akathisia was present, additional information was collected regarding any diurnal variation of symptoms, and whether the patient was aware of any particular situations which seemed to provoke or exacerbate the restlessness and any associated distress.

**Inter-rater reliability**

The agreement between the two raters on the akathisia scale was calculated. There was high inter-rater reliability on the scores for the four items, expressed in terms of Cohen's $\kappa$ (Table I).

There was complete agreement between the two raters on the presence of akathisia, that is a rating of two or more on the global clinical assessment item. There was disagreement between the raters on the scores for the severity of akathisia in only two patients. The scores differed by one in both cases.

According to the global rating, akathisia was found in eight (19%) of 42 patients. The condition was rated as being of mild or moderate severity in six patients, and marked or severe in only two. Five (12%) of the 42 patients received a rating of 'questionable' akathisia. They manifested non-specific restless movements and described a vague sense of inner tension, but these features were unconvincing for a diagnosis of akathisia.

Nine (21%) patients were rated as having pseudo-akathisia. These patients exhibited akathisic movements, that is, they scored one or more on the 'objective' item, but did not apparently experience any associated inner restlessness or desire to move their legs, that is, they scored 0 on the 'subjective' item.

**Discussion**

In this small reliability study, the rating scale was found to be viable and practical, and a high level of inter-rater reliability was achieved. The results confirm both the relatively high prevalence of akathisia in chronic schizophrenic patients receiving maintenance antipsychotic drugs, and the existence in a proportion of such patients of pseudoakathisia,

where the characteristic movements of akathisia are observed in the absence of the subjective symptoms.

It is envisaged that the rating on the global item alone should be sufficient for diagnostic purposes, and for measuring change in the overall severity of akathisia in response to treatment. Nevertheless, to rate the global item accurately the elements of the three other items need to be taken into account, and these items should be completed first.

The individual ratings on the two subjective items, 'awareness of restlessness' and 'distress related to restlessness', and the 'objective' item may be of value if an investigator wishes to detect whether the objective and subjective components of akathisia are differentially affected by particular drug treatments, or change independently over time. Also, when assessing a patient with pseudoakathisia, either over time or in the context of a treatment trial, the main measure of the condition is the rating on the 'objective' item. However, the emergence of a score for the 'awareness of restlessness' item might warrant a change in diagnosis to akathisia.

It is recommended that the scale is completed after observation of the patient in more than one setting. Preferably, the patient should be unobtrusively watched in a natural setting, for example while involved in activity on the ward, as well as during a formal interview. Experience with the assessment of patients with akathisia suggests that the situation in which the characteristic restless movements of rocking from foot to foot or treading on the spot are most likely to be observed is when the patient is standing with the rater, engaged in casual conversation on some neutral topic.

We are currently using this scale in a placebo-controlled study of $\beta$-adrenoceptor-blocking drugs in akathisia, and in a prevalence study in a population of chronic schizophrenic in-patients. The scale is also being employed in studies by other research groups in the UK and internationally. We plan to examine the reliability of the scale further in these studies, and also hope to test the validity of the scale by using an electronic movement meter to quantify the restless activity of patients, to provide an objective measure of the condition.

**Appendix: Rating scale for drug-induced akathisia**

Patient name:
Patient research no.:
Hospital no.:
Ward:
Rater:

Patients should be observed while they are seated, and then standing while engaged in neutral conversation (for a

43

CONFIDENTIAL
AZSER12443456

minimum of two minutes in each position). Symptoms observed in other situations, for example, while engaged in activity on the ward, may also be rated. Subsequently, the subjective phenomena should be elicited by direct questioning.

**Objective**

0   Normal, occasional fidgety movements of the limbs
1   Presence of characteristic restless movements: shuffling or tramping movements of the legs/feet, or swinging of one leg, while sitting, *and/or* rocking from foot to foot or 'walking on the spot' when standing, *but* movements present for less than half the time observed
2   Observed phenomena, as described in (1) above, which are present for at least half the observation period
3   The patient is constantly engaged in characteristic restless movements, *and/or* has the inability to remain seated or standing without walking or pacing, during the time observed.

**Subjective**

*Awareness of restlessness*

0   Absence of inner restlessness
1   Non-specific sense of inner restlessness
2   The patient is aware of an inability to keep the legs still, or a desire to move the legs, *and/or* complains of inner restlessness aggravated specifically by being required to stand still
3   Awareness of an intense compulsion to move most of the time *and/or* reports a strong desire to walk or pace most of the time

*Distress related to restlessness*

0   No distress
1   Mild
2   Moderate
3   Severe

**Global clinical assessment of akathisia**

0   Absent
    No evidence of awareness of restlessness. Observation of characteristic movements of akathisia in the absence of a subjective report of inner restlessness or compulsive desire to move the legs should be classified as pseudoakathisia
1   Questionable
    Non-specific inner tension and fidgety movements
2   Mild akathisia
    Awareness of restlessness in the legs *and/or* inner restlessness worse when required to stand still. Fidgety movements present, but characteristic restless movements of akathisia not necessarily observed. Condition causes little or no distress
3   Moderate akathisia
    Awareness of restlessness as described for mild akathisia above, combined with characteristic restless movements

such as rocking from foot to foot when standing. Patient finds the condition distressing
4   Marked akathisia
    Subjective experience of restlessness includes a compulsive desire to walk or pace. However, the patient is able to remain seated for at least five minutes. The condition is obviously distressing
5   Severe akathisia
    The patient reports a strong compulsion to pace up and down most of the time. Unable to sit or lie down for more than a few minutes. Constant restlessness which is associated with intense distress and insomnia

**References**

AMERICAN PSYCHIATRIC ASSOCIATION (1980) *Diagnostic and Statistical Manual of Mental Disorders* (3rd edn) (DSM–III). Washington, DC: APA.

AYD, F. J. (1961) A survey of drug-induced extrapyramidal reactions. *Journal of the American Medical Association*, 175, 1054–1060.

BARNES, T. R. E. (1987) The present status of tardive dyskinesia and akathisia in the treatment of schizophrenia. *Psychiatric Developments*, 4, 301–319.

——, KIDGER, T. & GORE, S. M. (1983) Tardive dyskinesia: a three-year follow-up study. *Psychological Medicine*, 13, 71–81.

—— & BRAUDE, W. M. (1985) Akathisia variants and tardive dyskinesia. *Archives of General Psychiatry*, 42, 874–878.

—— & HALSTEAD, S. M. (1988) A scale for rating drug-induced akathisia (abstract: Bi-Ennial Winter Workshop on Schizophrenia, Badgastein, Austria, January 1988). *Schizophrenia Research*, 1, 249.

BLOM, S. & EKBOM, K. A. (1961) Comparison between akathisia developing on treatment with phenothiazine derivatives and the restless legs syndrome. *Acta Medica Scandinavica*, 170, 689–694.

BRAUDE, W. M., BARNES, T. R. E. & GORE, S. M. (1983) Clinical characteristics of akathisia. A systematic investigation of acute psychiatric inpatient admissions. *British Journal of Psychiatry*, 143, 139–150.

DRAKE, R. E. & EHRLICH, J. (1985) Suicide attempts associated with akathisia. *American Journal of Psychiatry*, 142, 599–601.

FREYHAN, F. A. (1958) *Extrapyramidal Symptoms and Other Side Effects of Trifluoperazine. Clinical and Pharmacological Aspects.* Philadelphia: Lea and Febiger.

GIBB, W. R. G. & LEES, A. J. (1986) The clinical phenomenon of akathisia. *Journal of Neurology, Neurosurgery and Psychiatry*, 49, 861–866.

KEKICH, W. A. (1978) Violence as a manifestation of akathisia. *Journal of the American Medical Association*, 240, 2185.

KUMAR, B. B. (1979) An unusual case of akathisia. *American Journal of Psychiatry*, 136, 1088.

LANCET (1986) Akathisia and antipsychotic drugs (editorial). *Lancet*, ii, 1131–1132.

MARSDEN, C. D., TARSY, D. & BALDESSARINI, R. J. (1985) Spontaneous and drug-induced movement disorders. In *Psychiatric Aspects of Neurological Disease* (eds D. F. Benson & D. Blumer). New York: Grune and Stratton.

MUNETZ, M. R. (1986) Akathisia variants and tardive dyskinesia (letter). *Archives of General Psychiatry*, 43, 1015.

—— & CORNES, C. L. (1982) Akathisia, pseudoakathisia and tardive dyskinesia. *Comprehensive Psychiatry*, 23, 345–352.

ROSEN, A. M., MUKHERJEE, S., OLARTE, S., *et al* (1982) Perception of tardive dyskinesia in outpatients receiving maintenance neuroleptics. *American Journal of Psychiatry*, 139, 372–373.

SCHULTE, J. R. (1985) Homicide and suicide associated with akathisia and haloperidol. *American Journal of Forensic Psychiatry*, 6, 3–7.

CONFIDENTIAL
AZSER12443457

676                                     BARNES

Shaw, E. D., Mann, J. J., Weiden, P. J., *et al* (1986) A case of suicidal and homicidal ideation and akathisia in a double-blind neuroleptic crossover study (letter). *Journal of Clinical Psychopharmacology*, 6, 196–197.

Shear, K., Frances, A. & Weiden, P. (1983) Suicide associated with akathisia and depot fluphenazine treatment. *Journal of Clinical Psychopharmacology*, 3, 235–236.

Sigwald, J., Groissiord, A., Duriel, P., *et al* (1947) Le traitement de la maladie de Parkinson et des manifestations extrapyramidales par le diethylaminoethyl n-thiodiphenylamine (2987 RP): resultats d'une anee d'application. *Review Neurological (Paris)*, 79, 683–687.

Simpson, G. M. & Angus, J. W. S. (1970) A rating scale for extrapyramidal side-effects. *Acta Psychiatrica Scandinavica*, 212 (suppl. 44), 11–19.

Snaith, R. P., Bridge, G. W. K. & Hamilton, M. (1976) The Leeds scales for the self-assessment of anxiety and depression. *British Journal of Psychiatry*, 128, 156–165.

Stahl, F. M. (1985) Akathisia and tardive dyskinesia. *Archives of General Psychiatry*, 42, 915–917.

Steck, H. (1954) Le syndrome extrapyramidal et diencephalique au cours des traitements au Largactil et au Serpasil. *Annales Medico-Psychologiques* (Paris), 112, 734–743.

Van Putten, T. (1974) Why do schizophrenic patients refuse to take their drugs? *Archives of General Psychiatry*, 31, 67–72.

—— (1975) The many faces of akathisia. *Comprehensive Psychiatry*, 16, 43–47.

——, May, P. R. A. & Marder, S. R. (1984) Akathisia with haloperidol and thiothixene. *Archives of General Psychiatry*, 41, 1036–1039.

—— & Marder, S. R. (1986) Toward a more reliable diagnosis of akathisia. *Archives of General Psychiatry*, 43, 1015–1016.

—— & —— (1987) Behavioral toxicity of antipsychotic drugs. *Journal of Clinical Psychiatry*, 48 (suppl.), 13–19.

Weiden, P., Mann, J. J., Haas, G., *et al* (1987) Clinical non-recognition of neuroleptic-induced movement disorders: a cautionary study. *American Journal of Psychiatry*, 144, 1148–1153.

Thomas R. E. Barnes, *Charing Cross and Westminster Medical School, Academic Unit, Horton Hospital, Epsom, Surrey KT19 8PZ*

CONFIDENTIAL
AZSER12443458

Journal of Psychopharmacology 6(2) (1992) 214–221                    ©1992 British Association for Psychopharmacology

# Clinical assessment of the extrapyramidal side effects of antipsychotic drugs

Thomas R. E. Barnes

*Reader in Psychiatry, Charing Cross and Westminster Medical School, Horton Hospital, Epsom, Surrey, UK*

**Key words: antipsychotic drugs; side effects; parkinsonism; dystonia; akathisia; tardive dyskinesia**

## Introduction

Antipsychotic drugs remain an essential element of the acute and chronic treatment of a range of psychotic disorders, particularly schizophrenia. While the therapeutic efficacy of these drugs is not in doubt, the clinical management of patients receiving these drugs involves weighing up the potential benefits and risks. One major disadvantage is the development of a variety of movement disorders. These are relatively common, can be disabling and distressing and are a disincentive to good compliance with treatment. Further, the motor phenomena may be misinterpreted as signs and symptoms of psychiatric illness and thus confound clinical assessment of the mental state.

The term extrapyramidal side effects usually refers to the disorders such as parkinsonism, acute akathisia and acute dystonia that develop as early-onset side effects. These are relatively discrete conditions, often transient, with characteristic motor phenomena. The main late-onset condition is tardive dyskinesia, a diagnosis that has been applied relatively loosely to a range of abnormal involuntary movements occurring in older patients receiving maintenance treatment with antipsychotic drugs (Barnes, 1990). Aetiological explanations for tardive dyskinesia refer to the consequences of chronic medication, the disease process of the psychotic illness and the effects of advancing age, or an interaction between these variables. The quantitative and qualitative assessment of these movement disorders can be difficult, not least because they are influenced by the degree of arousal. Thus, the circumstances of the assessment can influence the severity of the condition. If a patient feels stressed or agitated the condition is exacerbated while the movements may be ameliorated if the patient is relaxed or sedated.

Further, there is a problem in distinguishing between drug-related movements and motor phenomena related to the psychotic illness for which the antipsychotic drugs were originally administered. Although the drug-induced motor syndromes have been carefully delineated, their identification depends upon the classification of abnormal involuntary movements as choreiform, dystonic, tremor, the restless movements of akathisia, parkinsonian rigidity and tremor. Such a distinction may be difficult in practice, especially as there is an overlap with the movements occurring as an inherent part of the psychotic illness. These cover a wide range of motor disturbance, from a lack of coordination, simple tic-like disturbances and grimacing to chorea and dystonia (Marsden, Tarsy and Baldessarini, 1975; Casey and Hansen, 1984).

Nevertheless, the systematic and reliable assessment of the drug-induced movement disorders is essential in both research and clinical settings. In research, the ability to measure these conditions reliably is necessary for treatment studies, for the evaluation of the side effect profiles of antipsychotic drugs and for the investigation of the relationships between the various movement disorders and relevant clinical variables. Clinically, rating instruments may be a diagnostic aid and allow more systematic monitoring of movement disorders during individual therapeutic trials. This review describes the characteristic features of the drug-induced movement disorders, some of the problems in their assessment and the clinical utility of a few, selected rating scales.

## Parkinsonism

Drug-induced parkinsonism resembles idiopathic Parkinson's disease in many respects, being manifest as rigidity, tremor, postural abnormalities and bradykinesia. However, some authors suggest that the typical festinant gait and pill-rolling (3–5 Hz) tremor of the idiopathic disease are not characteristic of drug-induced parkinsonism (Schwab and England, 1968; Hershey, Gift and Rivera-Calimlin, 1982). Perhaps the most obvious feature of the latter condition is rigidity of the limbs, which are resistant to passive movement. This resistance may be sustained, described as 'lead pipe' rigidity, or a succession of resistances that are rapidly overcome, so-called 'cog-wheel' rigidity. Mild rigidity may sometimes be detectable

214

CONFIDENTIAL
AZSER12443459

only on activation. Activation is a useful technique when an examiner is uncertain about the presence of rigidity in a limb. The rigidity will tend to become more obvious if the subject is asked to actively move the opposite limb. During examination to elicit muscle rigidity, passive movement of the limb should not be executed in too predictable or rhythmic a fashion as the patient may then confuse the assessment by either moving their limb in synchrony with the passive movements or resisting the examiner's movements. There is less opportunity for the test to be confounded in this way if the passive movements are switched from joint to joint and varied in rate.

Signs of parkinsonism may develop within days of starting antipsychotic medication. According to the literature, the incidence in routine clinical practice seems to vary widely, with figures up to 40%. However, as McClelland (1976) points out in this regard, high prevalence figures do not necessarily reflect morbidity; "when a patient might be said to be suffering from drug-induced parkinsonism is quite a different matter". Although the natural history of the condition is poorly documented, the condition is said to improve spontaneously within 3 months in many cases, due to the development of tolerance in the nigro-striatal system to the dopamine-receptor antagonism of these drugs.

## Rating scales

A number of general scales for extrapyramidal symptoms have been developed which incorporate items for rating drug-induced parkinsonism. These include the Chouinard Extrapyramidal Rating Scale (Chouinard et al., 1980), the Targeting of Abnormal Kinetic Effects (TAKE) scale (Wojcik et al., 1980) and the Extrapyramidal Symptoms Scale (Adler et al., 1989). However, the Extrapyramidal Side Effects (EPSE) rating scale developed by Simpson and Angus (1970) remains the most popular instrument. This scale was specifically devised to measure drug-induced parkinsonism, providing standardized clinical assessment of rigidity, tremor and salivation. It consists of 10 items rated on a 5-point scale (0–4).

Simpson and Angus validated the scale by demonstrating that it effectively separated three groups of patients on different doses of antipsychotic medication. They also measured the inter-rater reliability of the scale items. In a sample of 14 patients examined on two occasions by two doctors, virtually all items achieved an acceptable level of agreement, although ratings on the rigidity items tended to show the highest correlation coefficients between the raters. The mean correlation coefficients ranged from 0.87 for glabella tap and 0.78 for shoulder shaking to 0.56 for the tremor item and 0.52 for gait.

Perhaps the main disadvantage of the scale is that it is not particularly comprehensive in the symptoms and signs measured, being heavily weighted on items rating rigidity. For example, a scale by Webster (1968) also has 10 items, but only one refers to rigidity: other items rate bradykinesia, parkinsonian posture, arm swing, gait, tremor, facies, seborrhoea, speech and self care. The Webster scale was devised for rating Parkinson's disease although it has been employed in studies of drug-induced parkinsonism (Casey et al., 1980).

Seven of the 10 items of the EPSE, such as arm dropping, shoulder shaking, elbow rigidity, wrist rigidity and neck rigidity, essentially rate rigidity. The recommended procedure for assessing neck rigidity is that the patient "lies on a well-padded examining table and his head is raised by the examiner's hand. The hand is then withdrawn and the head allowed to drop. In the normal subject the head will fall upon the table. The movement is delayed in extrapyramidal system disorder, and in extreme parkinsonism it is absent". Another explanation for the failure of the head to drop could be the 'psychological pillow' seen in catatonic schizophrenia. However, the main problem encountered with this procedure is that it tends to work only once. If testing is necessary on subsequent occasions, the element of surprise is lost and subjects tend to keep their heads up after the examiner's supporting hand is removed so as to avoid hitting the table.

The EPSE has only one item for tremor. A rating of 1 or 2 refers to observed tremor of the fingers and arm, and whole body tremor is necessary to obtain a maximum score. There is no separate rating for signs such as titubation or tongue tremor. Tremor is a protean symptom and a rater may experience difficulty discriminating between minimal parkinsonian tremor, tremor related to anxiety or medication such as lithium and benign essential tremor. The EPSE recommends that the patient "is observed walking into the examining room and then re-examined for this item". This suggests that it is observable resting tremor that is being rated, rather than postural tremor elicited by a specific examination procedure. Postural tremor is relatively common in psychiatric patients on medication and if taken by a rater as a sign of parkinsonism could inflate the score on this item quite dramatically compared with a rater limiting the rating to obvious resting tremor.

Pooling of saliva in the mouth is another feature of drug-induced parkinsonism. The relevant EPSE item rates salivation from normal (scoring 0) to 'speaking with difficulty because of excess salivation' (3), and most severely, 'frank drooling' (4). One explanation for this sign is that saliva accumulates in the mouth because the patient is swallowing less frequently than usual. However, hypersalivation can occur with antipsychotic drugs, unrelated to obvious parkinsonism, although the mechanism is unclear. While this problem is relatively uncommon with conventional antipsychotic drugs, it

CONFIDENTIAL
AZSER12443460

occurs in approximately a third of patients receiving the 'atypical' neuroleptic, clozapine.

The Simpson and Angus scale does not include a direct rating for bradykinesia, or akinesia, a component of drug-induced parkinsonism that is characterized by features such as paucity of gesture, a mask-like facies and slow monotonous speech. These features may be mistaken for retarded depression, so-called 'akinetic depression', and there is also a potential overlap between these symptoms and negative features of schizophrenia such as affective flattening, poverty of speech and lack of drive (Prosser *et al.*, 1987; Barnes *et al.*, 1989). Assessment of affective flattening particularly requires a careful consideration of facial mobility and expressiveness and this will be hampered by a lack of facial movement as a manifestation of parkinsonism.

A modified version of the EPSE was presented by Mindham in 1976. One of the changes from the original is the inclusion of an item for lack of facial expression. Other major differences are that the Mindham scale uses a four-point (0–3) rating, allows for ratings of lateralized signs and possesses an additional item for the global rating of parkinsonism. This global assessment item rates both moderate and severe parkinsonism at the maximum score (3) and therefore may not be particularly sensitive for monitoring change in severity. For the EPSE, the convention for calculating the global score is to sum all the item ratings and divide by the total number of items. Simpson and Angus considered that a final score of up to 0.3 was 'within the normal range'.

## Dystonia

### Acute dystonia

Acute dystonic reactions are involuntary movements dominated by sustained muscle contraction causing contorting, twisting, repetitive movements or abnormal postures (Fahn, Marsden and Calne, 1987). These are often bizarre, grotesque and invariably uncomfortable or painful. The muscles of the head and neck are most commonly affected. Symptoms can include sustained contraction of the masticatory muscles (trismus), forceful, sustained eye closure (blepharospasm), facial grimacing, oculogyric crisis (characterized by a brief, fixed stare, followed by upward and lateral rotation of the eyes so that only the sclera remain visible) dysarthria, dysphagia, glossopharyngeal contractions and torticollis. Abnormal movements of the limbs with dystonic arm movements or a dystonic gait are sometimes seen.

These muscle spasms are often distressing and frightening, and patients will complain spontaneously. Nevertheless, they may be misdiagnosed or misinterpreted as dissociative phenomena, malingering or even as misguided attempts to persuade doctors to prescribe anticholinergic agents. More subtle forms of dystonia, such as tightness of the neck and shoulder muscles or even difficulties in speaking or chewing with mild lingual dystonia or glossopharyngeal spasm may go unnoticed.

Traditionally, acute dystonic reactions in patients receiving antipsychotic drugs have a reported incidence of ~2–5% (Rupniak, Jenner and Marsden, 1986), although a study by Addonzio and Alexopoulos (1988) suggested a much higher overall figure of 25%. Children and young adults are the most commonly affected. The reactions usually occur within 24–48 h of starting antipsychotic treatment, with 48% of cases occurring in the first 48 h and 90% developing within 4–5 days of beginning the drug withdrawal, and may be delayed 24 h or more after stopping drugs.

Acute dystonias are usually relatively transient phenomena, and respond rapidly to anticholinergic medication. No systematic, multi-item scale has been developed to rate acute dystonia.

### Tardive dystonia

Late-onset, persistent dystonia, called tardive dystonia, may be seen in patients on chronic antipsychotic treatment (Burke *et al.*, 1982). In terms of distribution of the dystonia, if it is confined to one body site, the condition may be referred to as focal dystonia. If localized to more than one adjacent body region, the term segmental dystonia is used, and dystonia involving all four limbs and axial structures is generalized dystonia. The phenomena of tardive dystonia do not seem to be clearly distinguishable from acute dystonia except by duration. Like acute dystonia, focal and segmental dystonia of the face and neck muscles are the most common manifestations. Davis, Cummings and Hierholzer (1988) have reported rarer manifestations such as laryngospasm and spasmodic dysphonia which may present as difficulties in talking such as hypophonia, a 'strained, strangled hoarse whisper' and speech limited to 'gutteral inflections'. Another relatively uncommon presentation is unilateral axial dystonia. In such cases, the trunk tends to lean laterally, a presentation of tardive dystonia that has been referred to as the Pisa syndrome (Ekbom, Lindholm and Ljunberg, 1972; Yassa, 1985).

The reported prevalence in patients receiving long-term antipsychotic treatment is ~1.5–2% (Yassa, Nair and Dimitry, 1986). These low figures may reflect the presence of cases where the dystonic phenomena are relatively obvious or disabling. Within populations of psychiatric patients receiving long-term antipsychotic medication, subtle dystonic movements and postural abnormalities are

CONFIDENTIAL
AZSER12443461

likely to co-exist with a variety of other abnormal involuntary movements (Barnes, Rossor and Trauer, 1983) and risk being overlooked or misdiagnosed. A more recent detailed and systematic study (Sethi, Hess and Harp, 1990) revealed a relatively high prevalence figure, with dystonia exhibited by 13 out of 53 patients under the age of 40 and 14 out of 72 patients over this age. No specific rating scales exist for tardive dystonia, but Sethi, Hess and Harp (1990) used the Fahn–Marsden scale for idiopathic dystonia (Burke et al., 1985).

## Akathisia

Akathisia is a syndrome of motor restlessness that is perhaps the most common and most distressing of all the drug-induced movement disorders (Barnes, 1987; Van Putten and Marder, 1987). The absence of established diagnostic criteria in the past, particularly the lack of delineation of the associated motor behaviour, may have been partly responsible for the wide range of prevalence figures reported, the failure of clinicians to consistently recognize the condition (Weiden et al., 1987) and the common misdiagnosis of the motor phenomena of akathisia as signs and symptoms of psychiatric illness, such as an exacerbation of agitation or psychotic excitement (Van Putten and Marder, 1987).

Characteristically, patients with akathisia describe a subjective sense of inner restlessness, mental unease or dysphoria which can be intense. Typically, they also report that they are unable to keep their legs still or feel a compulsion to move. Many patients complain that the condition is least tolerable when they are required to stand still (Braude, Barnes and Gore, 1983). Also, patients with akathisia are sometimes aware of tension and discomfort in their limbs, with parasthesiae and unpleasant pulling or drawing sensations in their legs. These complaints are akin to symptoms found in the Restless Legs, or Ekbom's, syndrome (Blom and Ekbom, 1961; Barnes, 1987). Diagnosis will involve specific enquiry to elicit the subjective experience of akathisia. Patients can be asked about the experience of inner restlessness, and whether they can locate restless, fidgety feelings to any part of their body. Symptoms referrable to the lower limbs seem to be the most characteristic (Braude, Barnes and Gore, 1983; Barnes and Braude, 1985). Further, patients can be asked if they have any awareness of difficulty sitting comfortably for long periods, an increasing restlessness and tension when required to stand still or a compulsive desire to move.

However, reliance on subjective report alone may not be particularly reliable (Van Putten and Marder 1986). The diagnosis also rests on the observation of characteristic movements that are not dyskinetic in nature but rather recognizable patterns of normal, restless movement. Perhaps the commonest movements associated with the subjective experience of akathisia are rocking from foot to foot and walking on the spot when standing (Braude, Barnes and Gore, 1983; Gibb and Lees, 1986). Seated patients with akathisia tend to shuffle or tramp their feet and swing one leg on the other. With severe akathisia, patients are unable to stand without walking or pacing. In addition to restless movements in the lower limbs, trunk rocking and fidgety movements of the upper limbs may be seen (Burke et al., 1989; Walters et al., 1989), although such movements are less typical of the syndrome (Braude, Barnes and Gore, 1983; Van Putten and Marder, 1987).

The motor phenomena of akathisia are more likely to be observed in naturalistic situations rather than during a formal interview. If patients are concentrating on some motor activity, or being physically examined, the movements may be suppressed. Nevertheless, akathisic movements sometimes can be elicited effectively by standing with the patient and engaging him in casual conversation.

Akathisia is recognized most commonly as an acute, dose-related side effect of antipsychotic drugs. However, it may also occur as a chronic problem in patients on maintenance drug therapy (Barnes and Braude, 1985; Barnes, 1990) and in some cases may even persist after drug withdrawal (Weiner and Luby, 1983; Burke et al., 1989). There are no obvious differences in the motor phenomena of acute and chronic akathisia although the accompanying subjective sense of restlessness is perhaps less marked in the latter.

### Rating scales

The general extrapyramidal rating scales already mentioned, and the Hillside/LIJ modification of the EPSE, contain items for rating akathisia. The use of a single scale item may be appropriate if akathisia is not the main focus of the movement disorder assessment. If more careful diagnosis and scrutiny of the akathisia syndrome is required, the scale used should allow for rating of both the subjective experience and the observable, restless movements.

Subjective and objective criteria for the condition were incorporated in some of the earlier scales specifically devised for akathisia (Bartels et al., 1987; Friis, Christensen and Gerlach, 1982). A visual analogue scale, a 100 mm line with anchor points, has also been successfully employed in treatment studies (Adler et al., 1986).

Two more comprehensive rating instruments are the Barnes akathisia rating scale (Barnes, 1989; Adler et al., 1989) and the Hillside akathisia scale (Fleischhaker et al., 1989). The first of these comprises items for rating the objective features of motor restlessness, the subjective complaints of restlessness and the associated distress.

CONFIDENTIAL
AZSER12443462

There is also a global severity rating on a six-point (0–5) scale, with operational definitions for each scale point. The scale incorporates diagnostic criteria for mild, moderate and severe akathisia as well as pseudoakathisia (a condition where the characteristic restless movements are present but there is no report of the typical sense of restlessness), and includes a recommended examination procedure. In a sample of 42 chronic schizophrenic inpatients, the inter-rater reliability for the scale items, expressed in terms of Cohen's kappa, ranged from 0.738 to 0.955.

The Hillside scale also consists of subjective and objective items and a global item. During the assessment, patients are observed while they are sitting, standing and lying down. The characteristic movements of akathisia are not defined, so the rater decides whether the movements seen qualify as manifestations of the condition. Satisfactory inter-rater reliability has been reported (Fleischhaker et al., 1989).

## Tardive dyskinesia

The most familiar and prevalent feature of this condition is orofacial dyskinesia, or the bucco-linguo-masticatory triad. This refers to involuntary movements of the tongue, face, lips, jaw and face, including movements of the peri-orbital muscles. The movements described include protrusion or twisting of the tongue, smacking, pursing and sucking movements of the lips, puffing of the cheeks and chewing and lateral motion of the jaw. The particular combinations of movement exhibited will vary considerably between patients but tend to be relatively consistent for each individual.

A major consideration in the assessment of orofacial tardive dyskinesia is that indistinguishable movements, so-called spontaneous or idiopathic orofacial dyskinesia, are seen in 5–15% of elderly individuals who have never received antipsychotic drugs (Blowers et al., 1981; Kane et al., 1982). Movements in this area are more obvious in edentulous patients, although in some cases the presence of dyskinesia may explain partly why they have not persisted with dentures.

In addition to these orofacial phenomena, most descriptions of tardive dyskinesia include a variety of trunk and limb movements, although there is accumulating evidence that orofacial and trunk and limb dyskinesia should be considered as discrete subsyndromes of tardive dyskinesia that may be pathophysiologically distinct (Barnes, 1990). The involuntary limb movements seen are purposeless, jerky and often rather stereotypic in nature, and usually described as choreiform or choreo-athetoid. Athetosis of the extremities, and axial and limb dystonia, are also included sometimes as part of the syndrome, as are grunting and respiratory arrhythmias and abnormalities of gait and trunk posture, such as lordosis, rocking and swaying, shoulder shrugging and rotary movements of the pelvis.

## Spontaneous dyskinesia

In the clinical assessment of tardive dyskinesia in schizophrenic patients receiving antipsychotic medication, perhaps the main problem is the classification of trunk and limb movements. On the characteristics of the movements observed, it may be difficult to differentiate between the choreiform, or choreo-athetoid, dyskinesia considered characteristic of the condition, and the variety of other trunk and limb movements that may be present. These include other movement syndromes associated with antipsychotic drugs, such as tardive dystonia and chronic akathisia, and 'spontaneous' motor disturbance related to the psychotic illness being treated. The latter includes disturbances of voluntary motor activity such as stereotypies, mannerisms, posturing (Marsden, Tarsy and Baldessarini, 1975) and choreiform and dystonic movements (Casey and Hansen, 1984). Spontaneous dyskinesia, as an expression of the schizophrenic illness, may appear identical to tardive dyskinesia, and the two conditions may share an association with similar clinical features. The designation of abnormal movements as either drug related or intrinsically related to the schizophrenic illness on the basis of their characteristics is problematic (Owens, 1985; Barnes, 1988).

Casey and Hansen (1984) suggest that the Abnormal Involuntary Movement Scale (AIMS) (Guy, 1976) is an appropriate instrument for the assessment of spontaneous dyskinesia in schizophrenic patients. However, rating scales that only allow for simple, quantitative measures of frequency, amplitude or duration of movement may have limitations in this context. The Rogers Motor Disorder Scale was specifically developed to assess movement disorders in schizophrenic patients, and designed to avoid assumptions about a psychiatric or neurological aetiology (Rogers, 1985; Lund et al., 1990). Items are grouped under headings such as disturbance of posture, tone, purposive movement and speech. While some of the movements rated would be regarded as drug-induced, others are more typical of the classical catatonic features of schizophrenia. However, the scale also covers phenomena that do not readily fit into either category, such as abnormal eye movements, tic-like movements and abruptness and rapidity of spontaneous movements.

The Rogers Motor Disorder Scale has also been used to study the range of motor disorders in mental handicap (Rogers et al., 1991) where similar diagnostic difficulties exist. Antipsychotic drugs are often prescribed for individuals with mental handicap, and in such a population, dyskinesia compatible with a diagnosis of tardive dyskinesia must be distinguished from other abnormal movements displayed, such as stereotypies, psychotic

CONFIDENTIAL
AZSER12443463

gestures and mannerisms and imitating movements. The AIMS scale has also been employed in surveys of tardive dyskinesia in mentally-handicapped persons. However, the Dyskinesia Identification System—Coldwater (DIS-Co) and a revised version, the Dyskinesia Identification System: Condensed User Scale (DISCUS) were specifically designed for the assessment of mentally-retarded individuals (Kalachnik, Sprague and Slaw, 1988; Sprague, Kalachnik and Shaw, 1989). Similarly, Stone et al. (1989) developed the Sonoma Involuntary Movement Assessment System (SIMAS) to examine the prevalence and interrelationships of five movement disorders, dyskinesia, dystonia, akathisia, parkinsonism and paroxysms, occurring within a large population of developmentally-disabled individuals.

## Multi-item scales

The multi-item scales are the most widely used form of assessment instrument for tardive dyskinesia, and the most popular of these is the 12-item AIMS. Several other scales are commonly used, such as the Simpson/Rockland scale (Simpson et al., 1979) and the Chouinard Extrapyramidal Rating Scale (Chouinard et al., 1980). The main advantage of these multi-item scales is that they provide a comprehensive rating of the abnormal involuntary movements at the various body sites. Further, many of the scales incorporate a recommended examination procedure, so that the assessment is standardized to some extent and data from different studies and centres can be considered relatively comparable. There are several versions of the guidelines for conducting the AIMS examination (Lane et al., 1985; Munetz and Benjamin, 1988). Gardos and Cole (1980) summarized the reliability of multi-item scales as 'variable', but satisfactory levels of inter-rater have been demonstrated for the more widely-used scales such as the AIMS (Smith et al., 1979; Lane et al., 1985) and the Simpson/Rockland rating scale (Simpson et al., 1979).

These scales may be particularly suitable for screening populations for tardive dyskinesia (Munetz and Schulz, 1986; Ahrens et al., 1988) in that they are relatively inexpensive and unobtrusive, take only a short time to administer and may be applied to almost all patients. However, individual patients may show a wide variation in the site and severity of dyskinesia, related to alteration of medication and change in level of physiological arousal, posture and mobility. Also, apparently spontaneous fluctuations in severity of dyskinesia may occur from day to day or even within hours or minutes. This intra-patient variability is great enough to contribute to the likelihood of false negative assessments of tardive dyskinesia, particularly if patients are observed for only brief periods (Richardson, Craig and Branchey, 1982). It also suggests that for repeated ratings over time, the assessment

procedure should be standardized and, as far as possible, carried out at the same time of day by the same rater. Even then, some degree of intra-rater variability must be taken into consideration. When Bergen et al. (1984) used the AIMS to quantify the spontaneous fluctuations in tardive dyskinesia in a small group of patients, they found that intra-rater variability dominated intra-patient variability.

One disadvantage of the multi-item scales is that most of them were not designed as diagnostic instruments, although they usefully quantify the motor phenomena present and thereby contribute to the diagnostic process. For these scales to function as diagnostic instruments, threshold scores must be employed. These may be relatively arbitrary if detailed criteria for rating severity are not provided and abnormal involuntary movements at any body site can contribute to the total score. The use of such a diagnostic cut-off score to identify subjects for research could yield a sample of patients qualifying for a diagnosis of tardive dyskinesia, but markedly heterogeneous with regard to type and distribution of dyskinesia. The regional distribution of movements may be a critical issue in the light of evidence suggesting that orofacial and trunk and limb dyskinesia are subsyndromes of tardive dyskinesia that are pathophysiologically distinct, with different clinical correlates and a differential response to drug treatments (Barnes, 1990).

## Video tape assessment

Video recordings of subjects would seem to have several practical advantages, not least being their availability for reassessment at any convenient time. Video tapes are particularly useful for training raters and establishing some degree of inter-rater agreement on a particular scale before starting a research study. In treatment trials or follow-up studies where subjects have been video taped on more than one occasion, the tapes may be presented to raters in random order so that the raters remain blind to the timing of the assessments.

Close and prolonged observation can be less intrusive with a video camera than a clinical observer, although some patients may find a camera particularly intimidating. Subtle abnormal movements may be more easily detected by a rater viewing a monitor screen than during a clinical examination, thus increasing diagnostic sensitivity (Asnis et al., 1977). However, assessment is necessarily restricted by the quality and length of the recording, with fine movements perhaps only rateable in those body sites selected for close-up. Fann et al. (1977) used a standard procedure for video taping patients, following the order of the AIMS examination. Two scales have been specifically designed for repeated evaluation,

CONFIDENTIAL
AZSER12443464

using standard video tape examination procedures: the Sct. Hans Rating Scale for Extrapyramidal Syndromes (Gerlach, 1979) and the Tardive Dyskinesia Videotape Rating Scale (Barnes and Trauer, 1982). For both scales and associated video recording examinations, satisfactory inter-rater reliability has been demonstrated (Gerlach and Korsgaard, 1983; Firth and Ardern, 1985; Fisk and York, 1987). The examination procedure for the Tardive Dyskinesia Videotape Rating Scale originally included asking patients to quietly read a sheet of large-type standard prose, as a distraction from the true purpose of the assessment. This was later abandoned and instead patients were asked to memorize a picture, a strategy also used in a more recent study (Brown and White, 1991).

## Address for correspondence

Dr T. R. E. Barnes
Reader in Psychiatry, Honorary Consultant
Charing Cross and Westminster Medical School
Horton Hospital
Long Grove Road
Epsom
Surrey
UK

## References

Addonzio G, Alexopoulos G S (1988) Drug-induced dystonia in young and elderly patients. Am J Psychiatr 145: 869–871

Adler L, Angrist B, Peselow E, Corwin J, Maslansky R, Rotrosen J (1986) A controlled assessment of propranolol in the treatment of neuroleptic-induced akathisia. Br J Psychiatr 149: 42–45

Adler L A, Angrist B, Reiter S, Rotrosen J (1989) Neuroleptic-induced akathisia: a review. Psychopharmacology 97: 1–11

Ahrens T N, Sramek J J, Herrera J M, Jewett C M, Akorn V E (1988) Pharmacy-based screening program for tardive dys-kinesia. Drug Intell Clin Pharm 22: 205–208

Asnis G M, Leopold M A, Duvoisin R C, Schwartz A H (1977) A survey of tardive dyskinesia in psychiatric outpatients. Am J Psychiatr 134: 1367–1370

Ayd F (1961) A survey of drug-induced extrapyramidal reactions. J Am Med Assoc 175: 1054–1060

Barnes T R E (1987) The present status of tardive dys-kinesia and akathisia in the treatment of schizophrenia. Psychiatr Dev 5: 301–319

Barnes T R E (1988) Tardive dyskinesia: risk factors, pathophysiology and treatment. In Granville-Grossman K (ed.), Recent advances in clinical psychiatry, volume 6. Churchill Livingstone, London, pp. 185–207

Barnes T R E (1989) A rating scale for drug-induced akathisia. Br J Psychiatr 154: 672–676

Barnes T R E (1990) Movement disorder associated with antipsychotic drugs: the tardive syndromes. Int Rev Psychiatr 2: 355–366

Barnes T R E, Trauer T (1982) Reliability and validity of a tardive dyskinesia videotape rating technique. Br J Psychiatr 140: 508–515

Barnes T R E, Braude W M (1985) Akathisia variants and tardive dyskinesia. Arch Gen Psychiatr 42: 874–878

Barnes T R E, Rossor M, Trauer T (1983) A comparison of purposeless movements in psychiatric patients treated with antipsychotic drugs, and normal individuals. J Neurol, Neurosurg Psychiatr 46: 540–546

Barnes T R E, Liddle P F, Curson D A, Patel M (1989) Negative symptoms, tardive dyskinesia and depression in chronic schizophrenia. Br J Psychiatr (Suppl 7): 99–103

Bartels M, Heide K, Mann K, Schied H W (1987) Treatment of akathisia with lorazepam. An open clinical trial. Pharmacopsychiatry 20: 51–53

Bergen J A, Griffiths D A, Rey J M, Beumont P J V (1984) Tardive dyskinesia: fluctuating patient or fluctuating rater. Br J Psychiatr 144: 498–502

Blom S, Ekbom K A (1961) Comparison between akathisia developing on treatment with phenothiazine derivatives and the restless legs syndrome. Acta Med Scand 170: 689–694

Blowers A J, Borison R L, Blowers C M, Bicknell D J (1981) Abnormal involuntary movements in the elderly. Br J Psychiatr 139: 363–364

Brown K W, White T (1991) The psychological consequences of tardive dyskinesia: the effect of drug-induced parkinson-ism and the topography of the dyskinetic movements. Br J Psychiatr 159: 399–403

Braude W M, Barnes T R E, Gore S M (1983) Clinical characteristics of akathisia: a systematic investigation of acute psychiatric inpatient admissions. Br J Psychiatr 143: 139–150

Burke R E, Fahn S, Jankovic, J, Marsden C D, Lang A E, Gollomp F, Ilson J (1982) Tardive dystonia: late-onset and persistent dystonia caused by antipsychotic drugs. Neurology 32: 1335–1346

Burke R E, Fahn S, Marsden C D, Bressman S B, Moskowitz G, Friedman J (1985) Validity and reliability of a rating scale for the primary torsion dystonias. Neurology 35: 73–77

Burke R E, Kang U J, Jankovic J, Miller L G, Fahn S (1989) Tardive akathisia: an analysis of clinical features and response to open therapeutic trials. Movement Disorders 4: 157–175

Casey D E, Gerlach J, Magelund G, Christensen T R (1980) r-acetylenic GABA in tardive dyskinesia. Arch Gen Psychiatr 37: 1376–1379

Casey D E, Hansen T E (1984) Spontaneous dyskinesias. In Jeste, D V, Wyatt R J (eds), Neuropsychiatric movement disorders. American Psychiatric Press, Washington DC, pp. 68–95

Chouinard G, Ross-Chouinard A, Annable L, Jones B D (1980) Extrapyramidal rating scale. Can J Neurol Sci 7: 233

Davis R J, Cummings J L, Hierholzer R W (1988) Tardive dystonia: clinical spectrum and novel manifestations. Behav Neurol 1: 41–47

Ekbom K, Lindholm H, Ljunberg L (1972) New dys-tonic syndrome associated with butyrophenone therapy. Neurology 202: 94–103

Fahn S, Marsden C D, Calne D B (1987) Classification and investigation of dystonia. In Marsden C D, Fahn S (eds), Movement disorders. Butterworths, Boston, pp. 332–358

Fann W E, Stafford J E, Malone R L, Frost J D, Richman B W (1977) Clinical research techniques in tardive dyskinesia. Am J Psychiatr 134: 759–762

Firth W R, Ardern M H (1985) Measuring abnormal movements in tardive dyskinesia: a pilot study. Br J Psychiatr 147: 723–726

CONFIDENTIAL
AZSER12443465

Fisk G G, York S M (1986) The effect of sodium valproate on tardive dyskinesia—revisited. Br J Psychiatr 150: 542-546

Fleischhaker W, Bergmann K J, Perovich R, Pestreich L K, Borenstein M, Lieberman J A, Kane J M (1989) The Hillside akathisia scale: a new rating instrument for neuroleptic-induced akathisia, parkinsonism and hyperkinesia. Psychopharmacol Bull 25: 222-226

Friis T, Christensen T R, Gerlach J (1982) Sodium valproate and biperiden in neuroleptic-induced akathisia, parkinsonism and hyperkinesia. Acta Psychiatr Scand 67: 178-187

Gardos G, Cole J O (1980) Problems in the assessment of tardive dyskinesia. In Fann W E, Smith R C, Davis J M, Domino E F (eds), Tardive dyskinesia: research and treatment. Spectrum Publications, New York, pp. 201-214

Gerlach J (1979) Tardive dyskinesia. Danish Med Bull 26: 209-245

Gerlach J, Korsgaard S (1983) Classification of abnormal involuntary movements in psychiatric patients. Neuropsychiatr Clin 2: 201-208

Gibb W R G, Lees A J (1986) The clinical phenomenon of akathisia. J Neurol, Neurosurg Psychiatr 49: 861-866

Guy W (1976) ECDEU Assessment manual for psychopharmacology, revised edition. US Department of Health, Education and Welfare, Washington DC

Hershey L A, Gift T, Rivera-Calimlin L (1982) Not Parkinson's disease. Lancet 2: 49

Kalachnik J E, Sprague R L, Slaw K M (1988) Training clinical personnel to assess for tardive dyskinesia. Prog Neuropsychopharmacol Biol Psychiatr 12: 749-762

Kane J M, Weinhold P, Kinon B, Wegner J, Leader M (1982) Prevalence of abnormal involuntary movements ("spontaneous dyskinesias") in the normal elderly. Psychopharmacology 77: 105-108

Lane R D, Glazer W M, Hansen T E, Berman W H, Kramer S I (1985) Assessment of tardive dyskinesia using the Abnormal Involuntary Movements Scale. J Nervous Mental Dis 173: 353-357

Lund C E, Mortimer A M, Rogers D, McKenna P J (1991) Motor, volitional and behavioural disorders in schizophrenia. I: Assessment using the Modified Rogers Scale. Br J Psychiatr 158: 323-327

Marsden C D, Tarsy D, Baldessarini R J (1975) Spontaneous and drug-induced movement disorders in psychotic patients. In Benson D F, Blumer D (eds), Psychiatric aspects of neurological disease. Grune and Stratton, New York, pp. 219-266

McClelland H A (1976) Discussion on assessment of drug-induced extrapyramidal reactions. Br J Clin Pharmacol Suppl : 401-403

Mindham R H S (1976) Assessment of drug-induced extrapyramidal reactions and of drugs given for their control. Br J Clin Pharmacol Suppl : 395-400

Munetz M R, Schulz S C (1986) Screening for tardive dyskinesia. J Clin Psychiatr 47: 75-77

Munetz M, Benjamin S (1988) How to examine patients using the Abnormal Involuntary Movement Scale. Hosp Community Psychiatr 39: 1172-1177

Owens D G C (1985) Involuntary disorders of movement in chronic schizophrenia—the role of the illness and its treatment. In Casey D E, Christensen A V, Gerlach J (eds), Dyskinesia—research and treatment. Springer-Verlag, Berlin, pp. 79-87

Prosser E S, Csernansky J G, Kaplan J, Thiemann S, Becker T J, Hollister L E (1987) Depression, parkinsonian symptoms and negative symptoms in schizophrenics treated with neuroleptics. J Nervous Mental Dis 175: 100-105

Richardson M A, Craig T J, Branchey M H (1982) Intra-patient variability in the measurement of tardive dyskinesia. Psychopharmacology 76: 269-227

Rogers D (1985) The motor disorders of severe psychiatric illness: a conflict of paradigms. Br J Psychiatr 147: 221-232

Rogers D, Karki C, Bartlett C, Pocock P (1991) The motor disorders of mental handicap: an overlap with the motor disorders of severe psychiatric illness. Br J Psychiatr 158: 97-102

Rupniak N M J, Jenner P, Marsden C D (1986) Acute dystonia induced by neuroleptic drugs. Psychopharmacology 88: 403-419

Schwab R S, England A C Jr (1968) Parkinson symptoms due to various specific causes. In Vinken P J, Bruyn G W (eds), Handbook of clinical neurology, diseases of the basal ganglia, Volume 6. North Holland, Amsterdam, pp. 227-247

Sethi K D, Hess D C, Harp R J (1990) Prevalence of dystonia in veterans on chronic antipsychotic therapy. Movement Disorders 5: 319-321

Simpson G M, Angus J W S (1970) A rating scale for extrapyramidal side effects. Acta Psychiatr Scand 212 (suppl 44): 11-19

Simpson G M, Lee J H, Zoubok B, Gardos G (1979) A rating scale for tardive dyskinesia. Psychopharmacology 64: 171-179

Smith J M, Kucharski L T, Oswald W T, Waterman L J (1979) A systematic investigation of tardive dyskinesia in schizophrenic inpatients. Am J Psychiatr 136: 918-922

Sprague R L, Kalachnik J E, Shaw M (1989) Psychometric properties of the Dyskinesia Identification System: Condensed User Scale (DISCUS). Mental Retardation 27: 141-148

Stone R K, May J E, Alvarez W F, Ellman D (1989) Prevalence of dyskinesia and related movements in a developmentally-disabled population. J Ment Defic Res 33: 41-53

Van Putten T, Marder S R (1986) Toward a more reliable diagnosis of akathisia. Arch Gen Psychiatr 43: 1015-1016

Van Putten T, Marder S R (1987) Behavioural toxicity of antipsychotic drugs. J Clin Psychiatr 48 (suppl 9): 13-19

Walters A S, Hening W, Chokroverty S, Duvoisin R (1989). Restlessness of the arms as the principal manifestation of neuroleptic-induced akathisia (letter). J Neurol 236: 435

Webster D D (1968) Clinical analysis of the disability in Parkinson's disease. Modern Treatments 5: 257-282

Wieden P J, Mann J J, Haas G, Mattson M, Frances A (1987) Clinical nonrecognition of neuroleptic-induced movement disorders: a cautionary study. Am J Psychiatr 144: 1148-1153

Weiner W J, Luby E D (1983) Persistent akathisia following neuroleptic withdrawal. Ann Neurol 13: 466-467

Wojcik J, Gelenberg A, La Brie R A, Mieske M (1980) Prevalence of tardive dyskinesia in an outpatient population. Comp Psychiatr 21: 370-379

Yassa R (1985) The Pisa syndrome: a report of two cases. Br J Psychiatr 146: 93-95

Yassa R, Nair V, Dimitry R (1986) The prevalence of tardive dystonia. Acta Psychiatr Scand 73: 629-633

CONFIDENTIAL
AZSER12443466

COMMON DIAGNOSTIC TESTS
Series Editors: Allan Garber, MD, PhD, and Harold Sox, MD

# ACADEMIA AND CLINIC

# Tests of Glycemia for the Diagnosis of Type 2 Diabetes Mellitus

R. Graham Barr, MD, MPH; David M. Nathan, MD; James B. Meigs, MD, MPH; and Daniel E. Singer, MD

This paper discusses tests of glycemia for the diagnosis of type 2 diabetes mellitus, with particular reference to the 1997 diagnostic criteria of the American Diabetes Association. The potential benefits of the lower diagnostic threshold for fasting plasma glucose are not well defined. However, the change in the diagnostic cutoff for diabetes mellitus affects as many as 1.9 million persons in the United States; therefore, the medical and social costs of the lower threshold may be considerable.

Type 2 diabetes mellitus is defined by a threshold imposed on the continuous distribution of glycemic levels, typically with respect to risk for microvascular complications. However, the burden of type 2 diabetes relates more to macrovascular than microvascular complications. Because no clear threshold exists for macrovascular complications, a formal balancing of direct and indirect costs with both microvascular and macrovascular complications may be appropriate to establish glycemic thresholds.

Because fasting plasma glucose, hemoglobin $A_{1c}$, and the oral glucose tolerance test all predict diabetic complications yet test reliability is better for fasting plasma glucose and hemoglobin $A_{1c}$ than for the oral glucose tolerance test, we suggest an alternative diagnostic approach: If random plasma glucose is elevated ($\geq$11.1 mmol/L [200 mg/dL]) and the hemoglobin $A_{1c}$ level is more than 2 SDs above the laboratory mean, then diabetes mellitus should be diagnosed, and management should be based on the hemoglobin $A_{1c}$ level. If the result of only one of these tests is positive, then fasting plasma glucose should be tested to evaluate the patient for impaired fasting glucose and diabetes mellitus.

The glycemic threshold for type 2 diabetes should be established by cost-effectiveness analysis. The clinical diagnosis of diabetes mellitus could be streamlined by incorporation of hemoglobin $A_{1c}$ into established criteria.

*Ann Intern Med. 2002;137:263-272.*                                    www.annals.org
For author affiliations, see end of text.
See editorial comment on pp 288-289.

The diagnosis of type 2 diabetes mellitus has evolved over the past 100 years as new tests of glycemia have emerged. This article covers current issues in the diagnosis of type 2 diabetes mellitus in nonpregnant adults, with particular reference to the 1997 American Diabetes Association (ADA) criteria and to the utility of using hemoglobin $A_{1c}$ measurement as a diagnostic tool.

## IMPORTANCE OF THE DISEASE

Diabetes is the seventh leading cause of death in the United States (1). Of approximately 15.6 million U.S. persons with diabetes (2), more than 50% report diabetes-related limitation of activities. Diabetic retinopathy and diabetic nephropathy are the leading causes of blindness and end-stage renal disease, respectively, in adults, and patients with diabetes have a twofold to fourfold increased risk for cardiovascular disease (3). The cost of diabetes in the United States was approximately $98.2 billion in 1997, comprising $44.1 billion in direct medical costs and $54.1 billion in indirect costs (4).

## CLASSIFICATION

The 1997 ADA guidelines divide diabetes mellitus into clinical and pathophysiologic types (5). Type 2 diabetes (formerly called non–insulin-dependent diabetes mellitus) is characterized by insulin resistance and relatively decreased insulin secretion. It accounts for more than 90% of diabetes cases usually among obese adults older than 45 years of age. Type 1 diabetes (formerly known as insulin-dependent diabetes mellitus) usually occurs in younger people and accounts for 2% to 5% of cases. Gestational diabetes is defined by glucose intolerance on the oral glucose tolerance test (OGTT) with onset during pregnancy.

Other secondary types of diabetes result from genetic defects of $\beta$-cell function or insulin action, other endocrinopathies, and pancreatic destruction.

## DIAGNOSIS OF DIABETES AND IMPAIRED FASTING GLUCOSE

The Expert Committee on the Diagnosis and Classification of Diabetes Mellitus of the ADA revised the criteria for the diagnosis of diabetes in 1997 (5) to maximize reproducibility and to eliminate a perceived discrepancy between the cut-offs for fasting plasma glucose level and 2-hour plasma glucose level measured after an OGTT in the 1979 National Diabetes Data Group (NDDG) and 1985 World Health Organization (WHO) criteria (6, 7). The ADA's changes in threshold for fasting plasma glucose level were mirrored by the WHO in 1998 (8).

Table 1 shows the revised ADA and NDDG criteria. For clinical diagnosis, the revised ADA criteria and NDDG criteria each require testing on two separate occasions, except in cases of extreme metabolic decompensation. The ADA Expert Committee explicitly recommended against the routine clinical use of the OGTT, thereby making fasting plasma glucose testing the principal tool for the diagnosis of diabetes mellitus in nonpregnant adults. In addition, the 1997 ADA guidelines defined a new category, impaired fasting glucose, as a fasting plasma glucose level of at least 6.1 mmol/L ($\geq$110 mg/dL) and lower than 7.0 mmol/L (<126 mg/dL). This category effectively replaced impaired glucose tolerance, which was defined by results of the OGTT.

## EPIDEMIOLOGIC ESTIMATES

The prevalence of self-reported diagnosed diabetes (according to NDDG criteria) in the United States is 5.1%

© 2002 American College of Physicians–American Society of Internal Medicine **E-263**

CONFIDENTIAL
AZSER12443467

*Table 1.* **1997 American Diabetes Association Criteria and 1979 National Diabetes Data Group Criteria for the Diagnosis of Diabetes Mellitus in Nonpregnant Adults**

| 1997 American Diabetes Association Criteria* | 1979 National Diabetes Data Group Criteria† |
|---|---|
| In the absence of unequivocal hyperglycemia with acute metabolic decompensation, these criteria should be confirmed by repeated testing on a different day to establish the diagnosis of diabetes mellitus. | Any one of the following are considered diagnostic of diabetes: |
| 1. Symptoms of diabetes plus casual plasma glucose level ≥ 11.1 mmol/L (200 mg/dL). "Casual" is defined as any time of day without regard to time since last meal. The classic symptoms of diabetes include polyuria, polydipsia, and unexplained weight loss. | 1. Presence of the classic symptoms of diabetes (such as polyuria, polydipsia, ketonuria, and rapid weight loss) together with gross and unequivocal elevation of plasma glucose level. |
| 2. Fasting plasma glucose level ≥ 7.0 mmol/L (126 mg/dL). Fasting is defined as no caloric intake for at least 8 hours. | 2. Elevated level of fasting plasma glucose on more than one occasion: <br> Venous plasma level ≥ 7.8 mmol/L (140 mg/dL) <br> Venous whole-blood level ≥ 6.7 mmol/L (120 mg/dL) <br> Capillary whole-blood level ≥ 6.7 mmol/L (120 mg/dL) |
| 3. 2-hour plasma glucose level ≥ 11.1 mmol/L (200 mg/dL) during an oral glucose tolerance test. The test should be performed as described by the World Health Organization (7) by using a glucose load containing the equivalent of 75 g of anhydrous glucose dissolved in water. | If the fasting glucose level meets these requirements, the oral glucose tolerance test is *not required*. Indeed, in almost all persons with fasting plasma glucose > 7.8 mmol/L (140 mg/dL), results on oral glucose tolerance test will meet or exceed criteria 3. |
| However, the oral glucose tolerance test is not recommended for routine clinical use. | 3. Fasting plasma glucose level below the level diagnostic of diabetes (criteria 2), but sustained elevated glucose level during the oral glucose tolerance test on more than one occasion. Results on analysis of *both* the 2-hour sample *and* some other sample taken between administration of the 75 g of glucose and 2 hours later must meet the following criteria: <br> Venous plasma level ≥ 11.1 mmol/L (200 mg/dL) <br> Venous whole-blood level ≥ 10.0 mmol/L (180 mg/dL) <br> Capillary whole-blood level ≥ 11.1 mmol/L (200 mg/dL) |

* Information from reference 5.
† Information from reference 6.

(95% CI, 4.7% to 5.6%) among adults older than 19 years of age (2). In addition, the prevalence of undiagnosed diabetes (according to 1997 ADA criteria) for U.S. persons in this age range is approximately 2.7% (2). The prevalence of diabetes mellitus has risen by 25% to 38% in the United States over the past 12 to 14 years (2, 9) and is projected to increase by 35% worldwide over the next 25 years (10). The incidence of diabetes in the United States and other industrialized countries is increasing according to some reports (11–14) but stable according to others (15–17).

An additional estimated 6.9% of U.S. persons have impaired fasting glucose (2). Although not a disease per se, impaired fasting glucose strongly predicts a subsequent diagnosis of diabetes. In the absence of interventions, the cumulative incidence of diabetes among persons with this disorder is 37% to 38% over 5 to 6 years (18, 19).

Estimates of the prevalence of diabetes and subdiabetic impaired glycemia depend on the criteria and tests used. For example, the population-based estimate of prevalence of undiagnosed diabetes among U.S. persons 40 to 74 years of age is 6.4% by using the OGTT and 4.4% by using a fasting plasma glucose test (20). This difference has been greater in some cohorts (21–24), negligible in others (25), and reversed in another (26). Furthermore, the two tests do not identify precisely the same individuals as having diabetes. Differences relate to phenotype and measurement error. The OGTT is generally considered more sensitive for impaired glycemia because it detects changes in postprandial glycemia that tend to precede changes in fasting glucose. On the other hand, the OGTT has considerably worse reproducibility than fasting plasma glucose testing (27–30). Poor reproducibility overestimates the prevalence of clinically defined diabetes, because epidemiologic estimates of prevalence are almost always based on one-time testing rather than the repeated testing of initial positive results required to confirm the clinical diagnosis of diabetes (5, 6). For example, prevalence decreased from 19.3% with one OGTT to 11.3% on repeated testing of initial positive results in one population-based study (31, 32).

## DIAGNOSTIC THRESHOLDS

Since the advent of a test for glycosuria in 1841 (33), the diagnosis of diabetes has related as much to biochemical analysis as to clinical symptoms. All current diagnostic criteria for diabetes depend on a threshold value imposed on a continuous distribution of blood glucose levels. Yet, the correct glycemic threshold that discriminates "normal" from diabetic is not obvious.

Three strategies to identify a threshold have been used. The original, statistical approach identified the threshold as the mean value of blood glucose plus 2 SDs in a given population (34–36). However, this cut-off did not correlate well with symptoms (37). An alternative statistical approach attempted to separate diabetic and nondiabetic population distributions and to use the intersection, or antimode, as the threshold. When this approach is used,

55

CONFIDENTIAL
AZSER12443468

thresholds for hemoglobin $A_{1c}$ level have characteristics similar to those of fasting plasma glucose level and values on the OGTT (**Figure 1**) (38–40). However, the antimode of a bimodal distribution varies with the relative sizes of the populations; therefore, antimodal thresholds from high-prevalence groups, such as Pima Indians, may not be generalizable to the general population.

A more clinical approach estimates a threshold above which diabetic complications occur at an increased rate. Microvascular complications are considered most frequently because of their specificity for diabetes and markedly nonlinear relationship to glycemia. Many studies have shown increased risk for retinopathy above thresholds of about 11.1 mmol/L (200 mg/dL) 2 hours after an OGTT (41–49). Other studies have estimated a threshold for retinopathy at a fasting plasma glucose level of 7.8 mmol/L (140 mg/dL) (50, 51). However, in these studies, the comparable threshold for 2-hour plasma glucose was approximately 13.9 mmol/L (250 mg/dL).

Similarly, recent work has identified a threshold for hemoglobin $A_{1c}$ above which the risk for retinopathy is increased. Cross-sectional, population-based studies among Egyptians, Pima Indians, and a general sample of U.S.

persons showed generally consistent relationships among the three measures of glycemia and retinopathy (**Figure 2**) (5, 38, 39). In each group, the proportion of persons with retinopathy begins to increase at a fasting glucose level of 5.5 to 6.4 mmol/L (99 to 116 mg/dL), at a 2-hour postprandial glucose level of 6.9 to 10.3 mmol/L (125 to 185 mg/dL), and at a hemoglobin $A_{1c}$ level of 0.059 to 0.060 (5.9% to 6.0%).

## PROBLEMS IN THRESHOLD ESTIMATION

Diagnosing diabetes on the basis of these apparent thresholds remains problematic. First, the exact values of the thresholds are not clear. Second, if the goal of diagnosing diabetes is to prevent sequelae, then macrovascular complications as well as microvascular complications should be considered. However, although there appears to be a monotonic relationship between glycemia and cardiovascular risk (52–55), this association extends well into the subdiabetic range (56, 57), implying the absence of a meaningful glycemic threshold for cardiovascular disease (58). A similar pattern is evident for peripheral artery disease (59–61) and all-cause mortality (62). Moreover, un-

*Figure 1.* **Frequency distributions and prevalence of retinopathy and proteinuria in Pima Indians 35 years of age or older.**



These data are from a report by Knowler and colleagues (40), in which the study sample was selected without regard to previously diagnosed diabetes or hypoglycemic therapy. **Left.** Fasting plasma glucose level. **Middle.** Two-hour plasma glucose level on the oral glucose tolerance test. **Right.** Hemoglobin $A_{1c}$ levels. For each test, the bars in the top half of the panel show frequencies by intervals that are equally spaced on a logarithmic scale. The smoothed curves represent a mathematical model of two overlapping normal distributions with a common variance, which was fit by maximum likelihood. The left curve for each test represents the distribution in the nondiabetic population; the right curve shows distribution in the separate diabetic population. The antimode for each test is the intersection of these two distributions. The bottom half of the panel shows the prevalence of retinopathy (*solid line*) and proteinuria (*dashed line*) in the same participants. To convert glucose levels from mmol/L to mg/dL, divide by 0.05551. Adapted from reference 40 with permission from John Wiley and Sons, Ltd.

CONFIDENTIAL
AZSER12443469

ACADEMIA AND CLINIC | Tests for the Diagnosis of Diabetes Mellitus

*Figure 2.* Prevalence of retinopathy by deciles of the distribution of values on tests for fasting plasma glucose (*circles*), oral glucose tolerance (*squares*), and hemoglobin A₁c (*triangles*).



Top. A cohort of Pima Indians. Middle. A sample of Egyptian participants. Bottom. Participants in the National Health and Nutrition Examination Survey (NHANES) III. Because the prevalence of retinopathy differs among the three study groups, the scales of the axes are not identical. To convert glucose levels from mg/dL to mmol/L, multiply by 0.05551. Adapted from reference 5 with permission from the American Diabetes Association.

like microvascular complications, the risk for macrovascular disease is not specific to diabetes and is not related to duration of diabetes (63, 64). Third, there should be clear evidence of net benefit for initiating treatment at one threshold of glycemia instead of another. The results of the

Diabetes Control and Complications Trial in patients with type 1 diabetes (65) and the United Kingdom Prospective Diabetes Study (UKPDS) 33 (66) in patients with type 2 diabetes have provided convincing evidence that intensive hypoglycemic therapy reduces the risk for microvascular

www.annals.org

CONFIDENTIAL
AZSER12443470

complications. However, the results of these trials do not directly inform upon whether making a diagnosis at a fasting plasma glucose level of 7.0 mmol/L (126 mg/dL) results in better clinical outcomes than making the diagnosis at 7.8 mmol/L (140 mg/dL). In the UKPDS, the median fasting plasma glucose level at baseline was 7.7 mmol/L (144 mg/dL). No report, to our knowledge, has stratified analyses according to lower thresholds of fasting plasma glucose level.

Last, the level at which a diagnostic test result is considered positive should be determined by a broader consideration of the clinical implications of false-positive and false-negative results. If indeed the marginal risk for complications is extremely low, the potentially large medical, social, and economic costs of falsely diagnosing diabetes may justify higher diagnostic cut-offs.

## DIAGNOSTIC TESTS FOR DIABETES
### Random Plasma Glucose

Random, or "casual," plasma glucose measurement is inexpensive, easily accomplished, and free of risk and discomfort, except for risks from phlebotomy. The test can be performed at the same clinic visit as the patient evaluation. Sources of error relate to technical problems, such as delayed centrifugation (67), and medications that alter serum glucose levels (6). In the absence of metabolic decompensation, a patient with a random plasma glucose level of 11.1 mmol/L or higher ($\geq$200 mg/dL) and classic symptoms of diabetes should have a second confirmatory test to diagnose diabetes (**Table 1**).

### Fasting Plasma Glucose

Measurement of fasting plasma glucose level requires the patient to fast overnight for at least 8 hours, which can be inconvenient and requires a follow-up clinic visit. Otherwise, it is inexpensive and risk-free. The accuracy of test results may be compromised by patient nonadherence to fasting or laboratory error; moreover, use of certain medications can affect test results (6).

Fasting plasma glucose levels vary considerably within individuals over the long term (68) but are relatively stable over the short term. The results of fasting plasma glucose measurement are substantially more reproducible than those of the OGTT. Studies that have directly compared the two tests have found intra-individual coefficients of variation of 6.4% to 11.4% for measurement of fasting plasma glucose and 14.3% to 16.7% for measurement of 2-hour plasma glucose (27–30).

The implications for the overall prevalence of diabetes inherent in lowering the fasting plasma glucose threshold from 7.8 mmol/L (140 mg/dL) to 7.0 mmol/L (126 mg/dL) are somewhat unclear. Given universal screening (for example, in one epidemiologic study), use of one fasting plasma glucose value with the lower threshold would lead to fewer diagnoses of diabetes than would use of the OGTT. However, because the OGTT is infrequently used

in clinical practice (69), the lowering of the fasting plasma glucose threshold will probably increase the prevalence of diabetes diagnosed in clinical practice.

### Oral Glucose Tolerance Test

The OGTT was originally described in 1922 as a measure of the ability to tolerate a supraphysiologic glucose load (34). The test was defined in its current form in 1979 (6), but the ADA no longer recommends it for routine use in nonpregnant adults (5).

The OGTT ascended to gold-standard status for the diagnosis of diabetes because of its longstanding use in many studies, not because of its qualities as a test. The overall test–retest reproducibility of the OGTT in one large study was 65.6%; this percentage did not improve in subgroups with high values for hemoglobin $A_{1c}$, body mass index, and waist-to-hip ratio (32).

### Hemoglobin $A_{1c}$

The ADA currently recommends measurement of hemoglobin $A_{1c}$ for the monitoring of glycemic control in patients with known diabetes (70) but not for the diagnosis of diabetes. The ADA cites the lack of standardization of hemoglobin $A_{1c}$ values and the imperfect correlation between hemoglobin $A_{1c}$ and fasting plasma glucose levels (5). However, several researchers have argued for its diagnostic utility (71–74).

Tests of glycated hemoglobin concentration yield a measure of chronic glycemia from the slow, post-translational, nonenzymatic glycation of hemoglobin (75). Glycated hemoglobin provides a moving average of blood glucose levels integrated over time, weighted proportionally toward recent levels (76). Clinical studies have shown a strong correlation between the concentration of glycated hemoglobin and the mean level of blood glucose over the preceding 1 to 3 months (76–78). Whole-blood samples for glycated hemoglobin can be obtained regardless of prandial state. Conditions that decrease erythrocyte survival also decrease the concentration of glycated hemoglobin. Hemoglobinopathies, such as hemoglobin-S (sickle cell) and persistent hemoglobin-F (fetal), interfere with some assays (79). Other methods, such as the boronate affinity method, produce acceptable results for all hemoglobin variants (79).

The introduction of many assays led to poor interlaboratory coefficients of variation in the early 1990s (80). However, the National Glycohemoglobin Standardization Program has established and promulgated standardized assays based on data from the Diabetes Control and Complications Trial (70), and these steps have led to considerable improvements. In 1999, 78% of U.S. laboratories used standardized methods (81), resulting in interlaboratory coefficients of variation of less than 5% (82).

Hemoglobin $A_{1c}$ measurement has excellent reliability (intra-individual coefficient of variation was 4.2% over the short term in persons with diabetes [83] and was 1.9% over the long term in persons without diabetes [84]), par-

CONFIDENTIAL
AZSER12443471

ticularly compared with the reliability of other tests of glycemia. Glycosylated hemoglobin levels correlate well with fasting plasma glucose levels, mean postprandial plasma glucose levels, and 2-hour plasma glucose levels (77, 78, 85–88). Hemoglobin $A_{1c}$ levels also predict diabetes-specific complications (**Figures 1** and **2**) (89, 90) and provide the current basis for diabetic treatment decisions (91). In addition, small elevations in hemoglobin $A_{1c}$ levels predict future diabetes among persons with impaired glucose tolerance and among persons with even milder impairments in glycemia.

As with any diagnostic test, the sensitivity and specificity depend on the threshold chosen to define the limits of normality. In a meta-analysis of 10 studies that used a statistical cut-off of 2 SDs, hemoglobin $A_{1c}$ measurement had a sensitivity of 66% and a specificity of 98% with OGTT as the gold standard (93). However, because hemoglobin $A_{1c}$ measurement is much more reliable than OGTT, use of OGTT as the gold standard may be inappropriate. Therefore, analyses were repeated using the antimode, or intersection, of diabetes and nondiabetes distributions in the meta-analysis sample as the gold standard, which considerably improved the sensitivity and increased the specificity of hemoglobin $A_{1c}$ measurement (93).

Other than the issue of standardization, the major problem with the use of hemoglobin $A_{1c}$ measurement as a diagnostic test is its limited sensitivity for very mildly elevated levels of glycemia, particularly postprandial hyperglycemia. However, this limitation has a very modest clinical effect because the diagnosis of diabetes at such low levels of hemoglobin $A_{1c}$ does not usually lead to pharmacologic intervention. Moreover, whether specifically treating postchallenge hyperglycemia decreases the incidence of complications beyond the risk reductions seen with overall reduction of glycemic values remains to be determined (94).

The ADA recommends sequential testing to make the diagnosis of type 2 diabetes without the measurement of hemoglobin $A_{1c}$ level (**Table 1**). Davidson and colleagues (74) have advocated an alternative approach. These investigators have suggested that in patients with fasting plasma glucose values of 6.1 to 7.7 mmol/L (110 to 139 mg/dL), the next step should be to measure the hemoglobin $A_{1c}$ level rather than to obtain a second measurement of the fasting plasma glucose level. To receive a diagnosis of diabetes, the patient must have a hemoglobin $A_{1c}$ level that is at least 1% above the upper limit of normal (for example, a hemoglobin $A_{1c}$ level > 7.1% in the National Health and Nutrition Examination Survey [NHANES]) on two sequential occasions. Patients with fasting plasma glucose values of 6.1 to 7.7 mmol/L (110 to 139 mg/dL) whose hemoglobin $A_{1c}$ level is less than this limit would receive a diagnosis of impaired fasting glucose, not diabetes. Davidson and colleagues (74) have suggested that this approach would minimize the number of patients who receive a diagnosis of diabetes but gain no medical benefit from the

diagnosis, because patients with impaired fasting glucose would still receive counseling on diet and exercise.

## POTENTIAL CHANGES IN HEALTH OUTCOMES

The 1997 change in diagnostic criteria for diabetes should be assessed in terms of impact on the health, medical costs, and well-being of affected persons. A formal cost-effectiveness analysis is beyond the scope of this article, but we outline here the likely outcomes of the change in diagnostic criteria. For simplicity, we assumed that the real-world clinical impact of the change in criteria depends solely on lowering the diagnostic threshold for fasting plasma glucose level from 7.8 mmol/L (140 mg/dL) to 7.0 mmol/L (126 mg/dL). We sought to estimate the number of additional cases of retinopathy requiring treatment that would be revealed by diagnosing diabetes in patients with a fasting plasma glucose level between 7.0 and 7.7 mmol/L (126 to 139 mg/dL). We assumed that all patients with newly diagnosed diabetes would be screened for retinopathy, as is currently recommended (91).

Data on the risk for retinopathy among persons with a fasting plasma glucose level of 7.0 to 7.7 mmol/L (126 to 139 mg/dL) were available from studies of Pima Indian and Egyptian cohorts, although the pertinent samples were small. In these studies, among 953 Pima Indians without known diabetes, 2 of 37 persons with a fasting plasma glucose level in the range of 7.0 to 7.7 mmol/L (126 to 139 mg/dL) had retinopathy (defined as presence of at least one microaneurysm or hemorrhage) (73; Knowler W. Personal communication). This corresponds to a 5.4% prevalence of retinopathy (CI, 0.7% to 18.2%) that would have been missed by using the higher threshold. In the Egyptian cohort of 767 persons without previously diagnosed diabetes, 3 of 25 persons with a fasting plasma glucose level of 7.0 to 7.7 mmol/L (125 to 139 mg/dL) had retinopathy (Engelgau M. Personal communication), yielding a prevalence of 12% (CI, 2.5% to 31.2%).

Although these prevalences of retinopathy are sizable, the impact of these findings is uncertain. First, the small numbers of participants involved yielded wide CIs. Second, nearly all the cases of diagnosed retinopathy were cases of background retinopathy, a condition that does not require treatment; thus, it is possible that these patients' fasting plasma glucose levels might exceed the 7.8 mmol/L (140 mg/dL) threshold before retinopathy would require laser photocoagulation (95). Third, these data are one-time, cross-sectional assessments and therefore overestimate the probability of undetected retinopathy compared with longitudinal studies with repeated population screening.

In addition to detection of retinopathy, there may be other potential benefits of the lower threshold for fasting plasma glucose. It is possible that initiation of hypoglycemic therapy at lower fasting plasma glucose levels might further reduce the incidence of microvascular complications. Currently, little high-quality evidence supports this

CONFIDENTIAL
AZSER12443472

Tests for the Diagnosis of Diabetes Mellitus | ACADEMIA AND CLINIC

*Table 2.* **Recommendations for the Diagnosis of Type 2 Diabetes Mellitus in Nonpregnant Adults**

1. In patients with suspected type 2 diabetes, the diagnosis can be established by repeated (two) measurements of either of the following:
   Random plasma glucose level ≥ 11.1 mmol/L (200 mg/dL) plus classic symptoms (polyuria, polydipsia, and unexplained weight loss)
   Fasting plasma glucose level 7.0 mmol/L (≥126 mg/dL)

2. Alternatively, at centers where it is standardized, test of hemoglobin $A_{1c}$ measurement has better test characteristics than those of the other tests of glycemia and should be included in the diagnostic armamentarium for type 2 diabetes. A single hemoglobin $A_{1c}$ level > mean +2 SDs is highly suggestive of type 2 diabetes but should be confirmed with one of the tests listed in 1.

3. A fasting plasma glucose measurement is required for diagnosis of impaired fasting glucose (fasting plasma glucose level ≥ 6.1 mmol/L (110 mg/dL) and < 7.0 mmol/L (126 mg/dL).

4. The oral glucose tolerance test is not recommended in routine clinical practice.

position. Further follow-up and analysis of the Diabetes Prevention Program trial, which showed a reduction in incident type 2 diabetes mellitus with lifestyle or pharmacologic interventions in persons with glucose intolerance but not frank diabetes (96), will address these issues and their economic implications. The lower threshold for fasting plasma glucose level might also intensify screening and treatment efforts for macrovascular risk factors, such as hypertension and dyslipidemia. Guidelines recommend more aggressive treatment of these disorders among patients with diabetes because the rates of cardiovascular disease in these patients are high (97, 98). Increased cardiovascular risk affects persons with a fasting plasma glucose level below 7.8 mmol/L (<140 mg/dL), including persons with impaired glucose tolerance (99–102) but probably not including persons with impaired fasting glucose (102). A recent meta-analysis of clinical trials that assessed patients with diabetes found a 25% decrease (CI, 7% to 39%) in cardiovascular events from intensive reduction of lipid levels and a 27% decrease (CI, 6% to 43%) from intensive reduction in blood pressure (103). Relative risk reductions are similar among all groups, but absolute cardiovascular risk reductions are as much as two to seven times greater among patients with diabetes than among patients without diabetes (103–106).

Lowering the fasting plasma glucose threshold for diabetes diagnosis is associated with costs and risks. Approximately 2.0% of U.S. persons 40 to 74 years of age (1.9 million people persons) have a fasting plasma glucose level between 7.0 and 7.8 mmol/L (126 to 140 mg/dL) (20, 107). Additional medical costs would include increased physician visits and laboratory monitoring. The psychological and social costs of receiving a diagnosis of diabetes are not trivial; these costs can range from increased anxiety to very real difficulties in obtaining life and health insurance. Although labeled with a diagnosis of diabetes, many, if not most, patients in the 7.0- to 7.7-mmol/L (126 to 139 mg/dL) range for fasting plasma glucose level have hemoglobin $A_{1c}$ levels below the currently recommended treatment goal of 7% (91) without pharmacologic intervention. In light of these trade-offs, a formal cost-effectiveness analysis incorporating costs, risks, and benefits may be the

most appropriate approach to establishing the threshold of glycemia for the diagnosis of diabetes.

## DIAGNOSIS OF DIABETES IN THE CLINICAL SETTING

Table 2 summarizes our recommendations. In the absence of pregnancy or extreme metabolic decompensation, one fasting plasma glucose measurement of 7.0 mmol/L or higher (≥126 mg/dL) or one random plasma glucose level of 11.1 mmol/L or higher (≥200 mg/dL) should prompt a repeat measurement of either test on a separate day. Alternatively, a hemoglobin $A_{1c}$ test (level > 2 SDs higher than the mean in a given reference laboratory) can be ordered with the initial measurement of fasting plasma glucose or random plasma glucose to establish the diagnosis of diabetes. Hemoglobin $A_{1c}$ measurements can then guide management decisions. If impaired fasting glucose is a consideration, one of the measurements obtained should be that of fasting plasma glucose levels.

Alternatively, it may be reasonable to measure random plasma glucose and hemoglobin $A_{1c}$ simultaneously. These two tests can be performed in the office on the same day, without patient preparation. If the results of both tests are positive (random plasma glucose level ≥ 11.1 mmol/L [≥200 mg/dL] and hemoglobin $A_{1c}$ > the mean + 2 SDs in a given reference laboratory), then diabetes is diagnosed and management is based on the hemoglobin $A_{1c}$ value. If the results of only one of these tests is positive, then fasting plasma glucose level should be measured to evaluate for diabetes and impaired fasting glucose.

If a fasting plasma glucose level is 6.1 mmol/L or higher (≥110 mg/dL) and less than 7.0 mmol/L (<126 mg/dL), the patient has impaired fasting glucose. It is prudent to provide dietary and exercise counseling to such patients (96, 108) and to perform repeated testing for diabetes in 1 to 3 years (109–112). Screening for cardiovascular risk factors is particularly important among patients in whom a diagnosis of diabetes is being considered.

If a nonpregnant adult has a fasting plasma glucose level of less than 6.1 mmol/L (<110 mg/dL) on two measurements, then he or she should generally be considered not to have diabetes and no further testing is necessary at

20 August 2002 | Annals of Internal Medicine | Volume 137 • Number 4 | **E-269**

60

CONFIDENTIAL
AZSER12443473

that time. Repeated measurement of fasting plasma glucose level might be warranted in 1 to 3 years. The OGTT is not recommended for routine clinical use in nonpregnant adults (5).

From Massachusetts General Hospital, Harvard Medical School, Boston, Massachusetts; and College of Physicians and Surgeons, Columbia University, New York, New York.

Grant Support: Dr. Barr performed this work while supported by a grant from the U.S. National Institutes of Health (NRSA grant PE-11001).

Requests for Single Reprints: R. Graham Barr, MD, MPH, Division of General Medicine, Columbia–Presbyterian Medical Center, PH-9 East 105, 622 West 168th Street, New York, NY 10032; e-mail, rgb9@columbia.edu.

Current Author Addresses: Dr. Barr: Division of General Medicine, Columbia–Presbyterian Medical Center, PH-9 East 105, 622 West 168th Street, New York, NY 10032.
Dr. Nathan: Diabetes Center, Massachusetts General Hospital, 50 Staniford Street, 3rd floor, Boston, MA 02114.
Drs. Meigs and Singer: General Medicine Division, Massachusetts General Hospital, 50 Staniford Street, 9th Floor, Boston, MA 02114.

Current author addresses are available at www.annals.org.

## References

1. Mortality patterns—United States, 1997. MMWR Morb Mortal Wkly Rep. 1999;48:664-8. [PMID: 10488783]
2. Harris MI, Flegal KM, Cowie CC, Eberhardt MS, Goldstein DE, Little RR, et al. Prevalence of diabetes, impaired fasting glucose, and impaired glucose tolerance in U.S. adults. The Third National Health and Nutrition Examination Survey, 1988-1994. Diabetes Care. 1998;21:518-24. [PMID: 9571335]
3. National Diabetes Data Group (U.S.). Diabetes in America. 2nd ed. Bethesda, MD: National Institutes of Health, National Institute of Diabetes and Digestive and Kidney Diseases; 1995:1-14. [Series: NIH publication; no. 95-1468]
4. Economic consequences of diabetes mellitus in the U.S. in 1997. American Diabetes Association. Diabetes Care. 1998;21:296-309. [PMID: 9539999]
5. Report of the Expert Committee on the Diagnosis and Classification of Diabetes Mellitus. Diabetes Care. 1997;20:1183-97. [PMID: 9203460]
6. Classification and diagnosis of diabetes mellitus and other categories of glucose intolerance. National Diabetes Data Group. Diabetes. 1979;28:1039-57. [PMID: 510803]
7. WHO Study Group on Diabetes Mellitus. Diabetes Mellitus: Report of a WHO Study Group. Geneva: World Health Organization; 1985. [World Health Organization technical report series, 727]
8. Alberti KG, Zimmet PZ. Definition, diagnosis and classification of diabetes mellitus and its complications. Part 1: diagnosis and classification of diabetes mellitus provisional report of a WHO consultation. Diabet Med. 1998;15:539-53. [PMID: 9686693]
9. Harris MI, Hadden WC, Knowler WC, Bennett PH. Prevalence of diabetes and impaired glucose tolerance and plasma glucose levels in U.S. population aged 20-74 yr. Diabetes. 1987;36:523-34. [PMID: 3817306]
10. King H, Aubert RE, Herman WH. Global burden of diabetes, 1995-2025: prevalence, numerical estimates, and projections. Diabetes Care. 1998;21:1414-31. [PMID: 9727886]
11. Trends in the prevalence and incidence of self-reported diabetes mellitus—United States, 1980-1994. MMWR Morb Mortal Wkly Rep. 1997;46:1014-8. [PMID: 9367135]
12. Ford ES, Williamson DF, Liu S. Weight change and diabetes incidence: findings from a national cohort of US adults. Am J Epidemiol. 1997;146:214-22.

[PMID: 9247005]
13. Leibson CL, O'Brien PC, Atkinson E, Palumbo PJ, Melton LJ 3rd. Relative contributions of incidence and survival to increasing prevalence of adult-onset diabetes mellitus: a population-based study. Am J Epidemiol. 1997;146:12-22. [PMID: 9215219]
14. Ruwaard D, Gijsen R, Bartelds AI, Hirasing RA, Verkleij H, Kromhout D. Is the incidence of diabetes increasing in all age-groups in The Netherlands? Results of the second study in the Dutch Sentinel Practice Network. Diabetes Care. 1996;19:214-8. [PMID: 8742564]
15. National Diabetes Data Group (U.S.). Diabetes in America. 2nd ed. Bethesda, MD: National Institutes of Health, National Institute of Diabetes and Digestive and Kidney Diseases; 1995:47-68. [Series: NIH publication; no. 95-1468]
16. Vilbergsson S, Sigurdsson G, Sigvaldason H, Hreidarsson AB, Sigfusson N. Prevalence and incidence of NIDDM in Iceland: evidence for stable incidence among males and females 1967-1991—the Reykjavik Study. Diabet Med. 1997;14:491-8. [PMID: 9212317]
17. Blanchard JF, Ludwig S, Wajda A, Dean H, Anderson K, Kendall O, et al. Incidence and prevalence of diabetes in Manitoba, 1986-1991. Diabetes Care. 1996;19:807-11. [PMID: 8842595]
18. de Vegt F, Dekker JM, Jager A, Hienkens E, Kostense PJ, Stehouwer CD, et al. Relation of impaired fasting and postload glucose with incident type 2 diabetes in a Dutch population: The Hoorn Study. JAMA. 2001;285:2109-13. [PMID: 11311100]
19. Gabir MM, Hanson RL, Dabelea D, Imperatore G, Roumain J, Bennett PH, et al. The 1997 American Diabetes Association and 1999 World Health Organization criteria for hyperglycemia in the diagnosis and prediction of diabetes. Diabetes Care. 2000;23:1108-12. [PMID: 10937506]
20. Harris MI, Eastman RC, Cowie CC, Flegal KM, Eberhardt MS. Comparison of diabetes diagnostic categories in the U.S. population according to the 1997 American Diabetes Association and 1980-1985 World Health Organization diagnostic criteria. Diabetes Care. 1997;20:1859-62. [PMID: 9405907]
21. Wahl PW, Savage PJ, Psaty BM, Orchard TJ, Robbins JA, Tracy RP. Diabetes in older adults: comparison of 1997 American Diabetes Association classification of diabetes mellitus with 1985 WHO classification. Lancet. 1998; 352:1012-5. [PMID: 9759743]
22. Lu FH, Yang YC, Wu JS, Wu CH, Chang CJ. A population-based study of the prevalence and associated factors of diabetes mellitus in southern Taiwan. Diabet Med. 1998;15:564-72. [PMID: 9686696]
23. Mannucci E, Bardini G, Ognibene A, Rotella CM. Screening for diabetes in obese patients using the new diagnostic criteria [Letter]. Diabetes Care. 1998;21: 468-9. [PMID: 9540043]
24. Shaw JE, de Courten M, Boyko EJ, Zimmet PZ. Impact of new diagnostic criteria for diabetes on different populations. Diabetes Care. 1999;22:762-6. [PMID: 10332678]
25. de Vegt F, Dekker JM, Stehouwer CD, Nijpels G, Bouter LM, Heine RJ. The 1997 American Diabetes Association criteria versus the 1985 World Health Organization criteria for the diagnosis of abnormal glucose tolerance: poor agreement in the Hoorn Study. Diabetes Care. 1998;21:1686-90. [PMID: 9773731]
26. Unwin N, Alberti KG, Bhopal R, Harland J, Watson W, White M. Comparison of the current WHO and new ADA criteria for the diagnosis of diabetes mellitus in three ethnic groups in the UK. American Diabetes Association. Diabet Med. 1998;15:554-7. [PMID: 9686694]
27. Feskens EJ, Bowles CH, Kromhout D. Intra- and interindividual variability of glucose tolerance in an elderly population. J Clin Epidemiol. 1991;44:947-53. [PMID: 1890437]
28. McDonald GW, Fisher GF, Burnham C. Reproducibility of the oral glucose tolerance test. Diabetes. 1965;14:473-80.
29. Olefsky JM, Reaven GM. Insulin and glucose responses to identical oral glucose tolerance tests performed forty-eight hours apart. Diabetes. 1974;23:449-53. [PMID: 4830180]
30. Mooy JM, Grootenhuis PA, de Vries H, Kostense PJ, Popp-Snijders C, Bouter LM, et al. Intra-individual variation of glucose, specific insulin and proinsulin concentrations measured by two oral glucose tolerance tests in a general Caucasian population: the Hoorn study. Diabetologia. 1996;39:298-305. [PMID: 8721775]
31. Cockram CS, Woo J, Lau E, Chan JC, Chan AY, Lau J, et al. The preva-

CONFIDENTIAL
AZSER12443474

lence of diabetes mellitus and impaired glucose tolerance among Hong Kong Chinese adults of working age. Diabetes Res Clin Pract. 1993;21:67-73. [PMID: 8253025]

32. Ko GT, Chan JC, Woo J, Lau E, Yeung VT, Chow CC, et al. The reproducibility and usefulness of the oral glucose tolerance test in screening for diabetes and other cardiovascular risk factors. Ann Clin Biochem. 1998;35 (Pt 1):62-7. [PMID: 9463740]

33. Mitscherlich E. Unterscheidung von Gummi, Dextrin, Traubenzucker, und Rohrzucker [Abstract]. Annalen der Chermie und Pharmacie. 1841;39:360.

34. John H. Glucose tolerance and its value in diagnosis. J Metabolic Res. 1922; 1:497-548.

35. Fajans SS, Conn JW. The early recognition of diabetes mellitus. Ann N Y Acad Sci. 1959;82:208-18.

36. Mosenthal HO, Barry E. Criteria for and interpretation of normal glucose tolerance tests. Ann Intern Med. 1950;33:1175-94.

37. Siperstein MD. The glucose tolerance test: a pitfall in the diagnosis of diabetes mellitus. Adv Intern Med. 1975;20:297-323. [PMID: 1090122]

38. Engelgau MM, Thompson TJ, Herman WH, Boyle JP, Aubert RE, Kenny SJ, et al. Comparison of fasting and 2-hour glucose and HbA₁ₑ levels for diagnosing diabetes. Diagnostic criteria and performance revisited. Diabetes Care. 1997;20:785-91. [PMID: 9135943]

39. McCance DR, Hanson RL, Charles MA, Jacobsson LT, Pettitt DJ, Bennett PH, et al. Comparison of tests for glycated haemoglobin and fasting and two hour plasma glucose concentrations as diagnostic methods for diabetes. BMJ. 1994;308:1323-8. [PMID: 8019217]

40. Knowler WC, Pettitt DJ, Saad MF, Bennett PH. Diabetes mellitus in the Pima Indians: incidence, risk factors and pathogenesis. Diabetes Metab Rev. 1990;6:1-27. [PMID: 2192853]

41. McCartney P, Keen H, Jarrett RJ. The Bedford Survey: observations on retina and lens of subjects with impaired glucose tolerance and in controls with normal glucose tolerance. Diabete Metab. 1983;9:303-5. [PMID: 6667765]

42. Bennett PH, Rushforth NB, Miller M, LeCompte PM. Epidemiologic studies of diabetes in the Pima Indians. Recent Prog Horm Res. 1976;32:333-76. [PMID: 986678]

43. Five-year follow-up report on the Birmingham diabetes survey of 1962. Report by the Birmingham Diabetes Survey Working Party. Br Med J. 1970;3: 301-5. [PMID: 5451951]

44. Ten-year follow-up report on Birmingham Diabetes Survey of 1961. Report by the Birmingham Diabetes Survey Working Party. Br Med J. 1976;2:35-7. [PMID: 938889]

45. Keen H, Jarrett J, eds. Complications of Diabetes. London: Arnold; 1975.

46. Early Diabetes. Camerini-Dávalos RA, Cole HS, eds. New York: Academic Press; 1970.

47. Jarrett RJ, Keen H. Hyperglycaemia and diabetes mellitus. Lancet. 1976;2: 1009-12. [PMID: 62224]

48. Al Sayegh HA, Jarrett RJ. Oral glucose tolerance tests and the diagnosis of diabetes: results of a prospective study based on the Whitehall survey. Lancet. 1979;2:431-3. [PMID: 89497]

49. Jarrett RJ, Keen H, Fuller JH, McCartney M. Worsening to diabetes in men with impaired glucose tolerance ("borderline diabetes"). Diabetologia. 1979;16: 25-30. [PMID: 761734]

50. Pettitt DJ, Knowler WC, Lisse JR, Bennett PH. Development of retinopathy and proteinuria in relation to plasma-glucose concentrations in Pima Indians. Lancet. 1980;2:1050-2. [PMID: 6107679]

51. Rushforth NB, Miller M, Bennett PH. Fasting and two-hour post-load glucose levels for the diagnosis of diabetes. The relationship between glucose levels and complications of diabetes in the Pima Indians. Diabetologia. 1979;16:373-9. [PMID: 467847]

52. Donahue RP, Abbott RD, Reed DM, Yano K. Postchallenge glucose concentration and coronary heart disease in men of Japanese ancestry. Honolulu Heart Program. Diabetes. 1987;36:689-92. [PMID: 3569669]

53. Feskens EJ, Kromhout D. Glucose tolerance and the risk of cardiovascular disease: the Zutphen Study. J Clin Epidemiol. 1992;45:1327-34. [PMID: 1432012]

54. Singer DE, Nathan DM, Anderson KM, Wilson PW, Evans JC. Association of HbA₁ₑ with prevalent cardiovascular disease in the original cohort of the Framingham Heart Study. Diabetes. 1992;41:202-8. [PMID: 1733810]

55. Meigs JB, Nathan DM, Wilson PW, Cupples LA, Singer DE. Metabolic risk factors worsen continuously across the spectrum of nondiabetic glucose tolerance. The Framingham Offspring Study. Ann Intern Med. 1998;128:524-33. [PMID: 9518396]

56. Balkau B, Shipley M, Jarrett RJ, Pyörälä K, Pyörälä M, Forhan A, et al. High blood glucose concentration is a risk factor for mortality in middle-aged nondiabetic men. 20-year follow-up in the Whitehall Study, the Paris Prospective Study, and the Helsinki Policemen Study. Diabetes Care. 1998;21:360-7. [PMID: 9540016]

57. Coutinho M, Gerstein HC, Wang Y, Yusuf S. The relationship between glucose and incident cardiovascular events. A metaregression analysis of published data from 20 studies of 95,783 individuals followed for 12.4 years. Diabetes Care. 1999;22:233-40. [PMID: 10333939]

58. Harris MI, Eastman RC. Is there a glycemic threshold for mortality risk? [Editorial] Diabetes Care. 1998;21:331-3. [PMID: 9540010]

59. Yudkin JS, Forrest RD, Jackson CA. Misclassification of diabetic subjects may account for the increased vascular risk of impaired glucose tolerance: the Islington Diabetes Survey. Diabetes Res Clin Pract. 1991;13:1-13. [PMID: 1773706]

60. Jackson CA, Yudkin JS, Forrest RD. A comparison of the relationships of the glucose tolerance test and the glycated haemoglobin assay with diabetic vascular disease in the community. The Islington Diabetes Survey. Diabetes Res Clin Pract. 1992;17:111-23. [PMID: 1425145]

61. Beks PJ, Mackaay AJ, de Neeling JN, de Vries H, Bouter LM, Heine RJ. Peripheral arterial disease in relation to glycaemic level in an elderly Caucasian population: the Hoorn study. Diabetologia. 1995;38:86-96. [PMID: 7744233]

62. Balkau B, Bertrais S, Ducimetiere P, Eschwege E. Is there a glycemic threshold for mortality risk? Diabetes Care. 1999;22:696-9. [PMID: 10332668]

63. Joint discussion: the International Collaborative Group. J Chronic Dis. 1979; 32:829-37. [PMID: 511969]

64. Prosnitz LR, Mandell GL. Diabetes mellitus among Navajo and Hopi indians: the lack of vascular complications. Am J Med Sci. 1967;253:700-5. [PMID: 6026692]

65. The effect of intensive treatment of diabetes on the development and progression of long-term complications in insulin-dependent diabetes mellitus. The Diabetes Control and Complications Trial Research Group. N Engl J Med. 1993;329:977-86. [PMID: 8366922]

66. Intensive blood-glucose control with sulphonylureas or insulin compared with conventional treatment and risk of complications in patients with type 2 diabetes (UKPDS 33). UK Prospective Diabetes Study (UKPDS) Group. Lancet. 1998;352:837-53. [PMID: 9742976]

67. McIntyre S, Crowther CA, Hiller JE, McPhee AJ. Lag times between blood sampling, spinning and plasma glucose estimation. Aust N Z J Obstet Gynaecol. 1997;37:286-8. [PMID: 9325506]

68. Muggeo M, Verlato G, Bonora E, Zoppini G, Corbellini M, de Marco R. Long-term instability of fasting plasma glucose, a novel predictor of cardiovascular mortality in elderly patients with non-insulin-dependent diabetes mellitus: the Verona Diabetes Study. Circulation. 1997;96:1750-4. [PMID: 9323057]

69. Orchard TJ. From diagnosis and classification to complications and therapy. DCCT. Part II? Diabetes Control and Complications Trial. Diabetes Care. 1994; 17:326-38. [PMID: 8026291]

70. American Diabetes Association: Tests of glycemia in diabetes. Diabetes Care. 2001;24(Suppl 1):80-2.

71. Goldstein DE. Isn't it time to retire the oral glucose tolerance test for diabetes screening and diagnosis? [Editorial] Diabetes Care. 1998;21:1215-6. [PMID: 9702421]

72. Stolk RP, Orchard TJ, Grobbee DE. Why use the oral glucose tolerance test? Diabetes Care. 1995;18:1045-9. [PMID: 7555541]

73. McCance DR, Hanson RL, Pettitt DJ, Bennett PH, Hadden DR, Knowler WC. Diagnosing diabetes mellitus—do we need new criteria? Diabetologia. 1997;40:247-55. [PMID: 9084961]

74. Davidson MB, Schriger DL, Peters AL, Lorber B. Relationship between fasting plasma glucose and glycosylated hemoglobin: potential for false-positive diagnoses of type 2 diabetes using new diagnostic criteria. JAMA. 1999;281: 1203-10. [PMID: 10199430]

75. Goldstein D, Parker K, England J, et al. Clinical application of the glycosylated hemoglobin. Diabetes. 1982;31:70-8.

CONFIDENTIAL
AZSER12443475

76. Tahara Y, Shima K. Kinetics of HbA$_{1c}$, glycated albumin, and fructosamine and analysis of their weight functions against preceding plasma glucose level. Diabetes Care. 1995;18:440-7. [PMID: 7497851]

77. Svendsen PA, Lauritzen T, Seegaard U, Nerup J. Glycosylated haemoglobin and steady-state mean blood glucose concentration in Type 1 (insulin-dependent) diabetes. Diabetologia. 1982;23:403-5. [PMID: 6757030]

78. Nathan DM, Singer DE, Hurxthal K, Goodson JD. The clinical information value of the glycosylated hemoglobin assay. N Engl J Med. 1984;310:341-6. [PMID: 6690962]

79. Schnedl WJ, Krause R, Halwachs-Baumann G, Trinker M, Lipp RW, Krejs GJ. Evaluation of HbA$_{1c}$ determination methods in patients with hemoglobinopathies. Diabetes Care. 2000;23:339-44. [PMID: 10868862]

80. Gillery P, Dumont G, Vassault A. Evaluation of GHb assays in France by national quality control surveys. Diabetes Care. 1998;21:265-70. [PMID: 9539994]

81. Little RR. Recent progress in glycohemoglobin (HbA$_{1c}$) testing. [Editorial] Diabetes Care. 2000;23:265-6. [PMID: 10868848]

82. College of American Pathologists: Glycohemoglobin Survey 1999. Northfield, IL: College of American Pathologists; 1999 (Set GH-2).

83. Phillipou G, Phillips PJ. Intraindividual variation of glycohemoglobin: implications for interpretation and analytical goals. Clin Chem. 1993;39:2305-8. [PMID: 8222225]

84. Kilpatrick ES, Maylor PW, Keevil BG. Biological variation of glycated hemoglobin. Implications for diabetes screening and monitoring. Diabetes Care. 1998;21:261-4. [PMID: 9539993]

85. Cederholm J, Ronquist G, Wibell L. Comparison of glycosylated hemoglobin with the oral glucose tolerance test. A study in subjects with normoglycemia, glucose intolerance and non-insulin-dependent diabetes mellitus. Diabetes Metab. 1984;10:224-9. [PMID: 6510543]

86. Forrest RD, Jackson CA, Yudkin JS. The glycohaemoglobin assay as a screening test for diabetes mellitus: the Islington Diabetes Survey. Diabet Med. 1987;4:254-9. [PMID: 2956031]

87. Boucher BJ, Welch SG, Beer MS. Glycosylated haemoglobins in the diagnosis of diabetes mellitus and for the assessment of chronic hyperglycaemia. Diabetologia. 1981;21:34-6. [PMID: 7274614]

88. Lev-Ran A. Glycohemoglobin. Its use in the follow-up of diabetes and diagnosis of glucose intolerance. Arch Intern Med. 1981;141:747-9. [PMID: 7235783]

89. Klein R, Klein BE, Moss SE, Davis MD, DeMets DL. Glycosylated hemoglobin predicts the incidence and progression of diabetic retinopathy. JAMA. 1988;260:2864-71. [PMID: 3184351]

90. The relationship of glycemic exposure (HbA$_{1c}$) to the risk of development and progression of retinopathy in the diabetes control and complications trial. Diabetes. 1995;44:968-83. [PMID: 7622004]

91. Standards of medical care for patients with diabetes mellitus. American Diabetes Association. Diabetes Care. 2001;24(Suppl 1):33-43.

92. Yoshinaga H, Kosaka K. High glycosylated hemoglobin levels increase the risk of progression to diabetes mellitus in subjects with glucose intolerance. Diabetes Res Clin Pract. 1996;31:71-9. [PMID: 8792104]

93. Peters AL, Davidson MB, Schriger DL, Hasselblad V. A clinical approach for the diagnosis of diabetes mellitus: an analysis using glycosylated hemoglobin levels. Meta-analysis Research Group on the Diagnosis of Diabetes Using Glycated Hemoglobin Levels. JAMA. 1996;276:1246-52. [PMID: 8849753]

94. Postprandial blood glucose [Review]. American Diabetes Association. Diabetes Care. 2001;24:775-8. [PMID: 11315848]

95. Diabetic retinopathy. American Diabetes Association. Diabetes Care. 2001; 24(Suppl 1):73-6.

96. Knowler WC, Barrett-Connor E, Fowler SE, Hamman RF, Lachin JM, Walker EA, et al. Reduction in the incidence of type 2 diabetes with lifestyle intervention or metformin. N Engl J Med 2002;346:393-403. [PMID: 11832527]

97. The sixth report of the Joint National Committee on prevention, detection, evaluation, and treatment of high blood pressure. Arch Intern Med. 1997;157: 2413-46. [PMID: 9385294]

98. Haffner SM. Management of dyslipidemia in adults with diabetes. Diabetes Care. 1998;21:160-78. [PMID: 9538988]

99. Glucose tolerance and mortality: comparison of WHO and American Diabetes Association diagnostic criteria. The DECODE study group. European Diabetes Epidemiology Group. Diabetes Epidemiology: Collaborative analysis Of Diagnostic criteria in Europe. Lancet. 1999;354:617-21. [PMID: 10466661]

100. Barzilay JI, Spiekerman CF, Wahl PW, Kuller LH, Cushman M, Furberg CD, et al. Cardiovascular disease in older adults with glucose disorders: comparison of American Diabetes Association criteria for diabetes mellitus with WHO criteria. Lancet. 1999;354:622-5. [PMID: 10466662]

101. Shaw JE, Hodge AM, de Courten M, Chitson P, Zimmet PZ. Isolated post-challenge hyperglycaemia confirmed as a risk factor for mortality. Diabetologia. 1999;42:1050-4. [PMID: 10447514]

102. Tominaga M, Eguchi H, Manaka H, Igarashi K, Kato T, Sekikawa A. Impaired glucose tolerance is a risk factor for cardiovascular disease, but not impaired fasting glucose. The Funagata Diabetes Study. Diabetes Care. 1999;22: 920-4. [PMID: 10372242]

103. Huang ES, Meigs JB, Singer DE. The effect of interventions to prevent cardiovascular disease in patients with type 2 diabetes mellitus. Am J Med. 2001; 111:633-42. [PMID: 11755507]

104. Mortality findings for stepped-care and referred-care participants in the hypertension detection and follow-up program, stratified by other risk factors. The Hypertension Detection and Follow-up Program Cooperative Research Group. Prev Med. 1985;14:312-35. [PMID: 2865725]

105. Curb JD, Pressel SL, Cutler JA, Savage PJ, Applegate WB, Black H, et al. Effect of diuretic-based antihypertensive treatment on cardiovascular disease risk in older diabetic patients with isolated systolic hypertension. Systolic Hypertension in the Elderly Program Cooperative Research Group. JAMA. 1996;276: 1886-92. [PMID: 8968014]

106. Pyörälä K, Pedersen TR, Kjekshus J, Faergeman O, Olsson AG, Thorgeirsson G. Cholesterol lowering with simvastatin improves prognosis of diabetic patients with coronary heart disease. A subgroup analysis of the Scandinavian Simvastatin Survival Study (4S). Diabetes Care. 1997;20:614-20. [PMID: 9096989]

107. Dinneen SF, Maldonado D 3rd, Leibson CL, Klee GG, Li H, Melton LJ 3rd, et al. Effects of changing diagnostic criteria on the risk of developing diabetes. Diabetes Care. 1998;21:1408-13. [PMID: 9727885]

108. Tuomilehto J, Lindström J, Eriksson JG, Valle TT, Hämäläinen H, Ilanne-Parikka P, et al. Prevention of type 2 diabetes mellitus by changes in lifestyle among subjects with impaired glucose tolerance. N Engl J Med. 2001; 344:1343-50. [PMID: 11333990]

109. Keen H, Jarrett RJ, McCartney P. The ten-year follow-up of the Bedford survey (1962-1972): glucose tolerance and diabetes. Diabetologia. 1982;22:73-8. [PMID: 7060852]

110. Sasaki A, Suzuki T, Horiuchi N. Development of diabetes in Japanese subjects with impaired glucose tolerance: a seven year follow-up study. Diabetologia. 1982;22:154-7. [PMID: 7075915]

111. King H, Zimmet P, Raper LR, Balkau B. The natural history of impaired glucose tolerance in the Micronesian population of Nauru: a six-year follow-up study. Diabetologia. 1984;26:39-43. [PMID: 6706044]

112. Edelstein SL, Knowler WC, Bain RP, Andres R, Barrett-Connor EL, Dowse GK, et al. Predictors of progression from impaired glucose tolerance to NIDDM: an analysis of six prospective studies. Diabetes. 1997;46:701-10. [PMID: 9075814]

63

CONFIDENTIAL
AZSER12443476

BEST COPY AVAILABLE

# Olanzapine-Induced Diabetes Mellitus

Danielle Graci Bonanno, Liya Davydov, and Sheila R Botts

As an atypical antipsychotic, olanzapine's mechanism of action is somewhat different than that of typical antipsychotics (i.e., haloperidol, fluphenazine). It antagonizes serotonin (5-HT$_2$) receptors as well as dopamine (D1, D2, D4), with greater affinity for serotonergic than dopaminergic receptors. In addition, olanzapine binds to muscarinic, cholinergic, histaminic, and $\alpha$-adrenergic receptors. Adverse effects associated with this drug include but are not limited to central nervous system effects (headache, somnolence, dizziness, agitation, extrapyramidal symptoms), anticholinergic effects (dry mouth, constipation), and weight gain.[1] Olanzapine also appears to adversely affect blood glucose concentrations, and there are several cases in the literature describing the onset of diabetes mellitus with olanzapine treatment. We report the onset of diabetes mellitus in two individuals receiving olanzapine for the treatment of their psychiatric illnesses.

## CASE REPORTS

### CASE 1

In April 1997, a 31-year-old, overweight, African-American man with a history of schizoaffective disorder and polysubstance abuse was admitted because of a suicide attempt. He had been hospitalized several times in the past for the treatment of the psychiatric conditions. His medical history was significant for asthma, angina, and a myocardial infarction secondary to cocaine use. His family history included diabetes mellitus, type unknown. The patient was prescribed nitroglycerin, albuterol, and fluoxetine prior to admission, but was noncompliant with fluoxetine due to sexual dysfunction. During this hospital stay, the patient was treated with various psychotropic medications and was ultimately stabilized on divalproex sodium 1500 mg/d (started May 12, 1997), mirtazapine 30 mg/d (started May 27, 1997), olanzapine 10 mg/d (started May 28, 1997), benztropine 4 mg/d, and temazepam 15 mg/d. On admission, the patient weighed 100 kg; however, he lost about 8 kg over six weeks prior to olanzapine therapy. Blood glucose concentrations were reported as normal both on admission (85 mg/dl) and five days prior to olanzapine initiation (85 mg/dl).

Three months after admission and six weeks after starting olanzapine, the patient developed polyuria, polydipsia, blurred vision, and dry mouth. His weight had increased by approximately 12 kg (body mass index [BMI] 32 kg/m$^2$, height 5'11'', weight 104 kg) since starting olanzapine. Laboratory tests done at that time revealed a random blood glucose concentration of 509 mg/dL, urine glucose >1000 mg/dL (normal <300 mg/d), and glycosolated hemoglobin 10.7% (normal 3–5%), which probably reflected several weeks of elevated glucose concentrations. Other tests, with normal results, included morning cortisol and C-peptide concentrations, and undetectable islet cell antibodies.

Treatment with a sliding scale of insulin and glipizide 10 mg twice daily before breakfast and dinner was initiated. Over the course of one week, NPH and regular insulins were added to the regimen twice daily. A subsequent diagnosis of diabetes mellitus

Author information provided at the end of the text.

CONFIDENTIAL
AZSER12443477