BEST COPY AVAILABLE

was made, termed insulin-dependent in the chart. After several days of insulin titration, the diabetes was stabilized with insulin alone (12 units of NPH insulin plus 4 units of regular insulin one-half hour before breakfast and one-half hour before dinner) in addition to management with a diabetic diet. The neuroleptic therapy was changed from olanzapine to perphenazine and he was discharged three weeks later with no change in his diabetic condition. The patient was readmitted approximately seven months later (March 1998), again with depressive symptoms and suicidal ideation. A random blood glucose concentration at that time was 468 mg/dL. Three months prior to admission, he had stopped all of his medications, including insulin. He had lost 18 kg (BMI 25 kg/m$^2$) since the previous admission. Olanzapine 15 mg at bedtime, and NPH insulin 12 units in the morning and 8 units in the evening were restarted. Blood glucose concentrations remained elevated, and reached a high of 853 mg/dL the day after olanzapine was restarted despite increasing insulin requirements.

Once glucose concentrations somewhat stabilized, the olanzapine dose was increased to 20 mg orally at bedtime. His fasting blood glucose remained high (235–358 mg/dL), and 70/30 insulin 32 units twice daily was started. The patient was subsequently discharged against medical advice with prescriptions for olanzapine 20 mg at bedtime, nortriptyline 50 mg at bedtime, 70/30 insulin 32 units twice daily, and nitroglycerin 0.4 mg sublingually as needed for chest pain. One day prior to discharge, the patient's fasting blood glucose was still elevated at 235 mg/dL. He was lost to follow-up after that hospitalization.

### CASE 2

A 44-year-old, white man with a 20-year history of schizoaffective disorder was hospitalized October 1997 after a visit to the outpatient psychiatric clinic revealed a random blood glucose concentration of 936 mg/dL and a dipstick acetone level of "moderate." The patient reported polyuria, polydipsia, fatigue, weight loss, and blurred vision, which began about one month prior to this clinic visit. His BMI on admission was 26 kg/m$^2$ (height 5'9", weight 81 kg); his weight prior to that is unknown. He was being treated with divalproex 1000 mg twice daily (started sometime in 1996), sertraline 50 mg/d (started October 1996), olanzapine 15 mg/d (started June 1997), and propranolol 40 mg/d. Olanzapine 5 mg/d was initiated four months prior to this visit and the dosage was titrated to 15 mg/d over the course of eight weeks. One month prior to treatment with olanzapine (May 1997), the patient was reported to have had a normal fasting blood glucose concentration (82 mg/dL). His medical history was significant for cerebral palsy, and his family history was positive for diabetes mellitus (type unknown).

The patient was diagnosed with diabetes mellitus type 2 and was treated with glyburide 2.5 mg once daily and a sliding scale of insulin. All other medications were continued, and the olanzapine dose was reduced to 10 mg orally at bedtime. Within two days, the patient's blood glucose concentrations stabilized and he was maintained on glyburide alone. The patient was discharged taking the same medications to treat the schizoaffective disorder, in addition to glyburide 5 mg/d and troglitazone 400 mg/d. Since that hospitalization, the patient has been followed in our aftercare clinic. During this time, troglitazone and sertraline were discontinued, and bupropion was initiated. The glyburide dose was reduced to 1.25 mg/d taken orally; and his diabetes is presently controlled with this dose despite continued administration of olanzapine 15 mg taken orally at bedtime.

## Discussion

Olanzapine has been implicated in causing hyperglycemia, ketoacidosis, and new-onset diabetes.[2-7] The development of new-onset diabetes due to olanzapine in our patients is consistent with reports in the literature. The patient described in our first case is similar to the one reported by Fertig et al.[2] Although this patient was taking other medications that may have caused weight gain and/or hyperglycemia, the temporal relationship suggests that olanzapine is the most likely causative agent. This was further supported when rechallenge with olanzapine resulted in an increase of his already elevated glucose concentrations and the need for higher doses of insulin to control the hyperglycemia.

Our second case is consistent with those reported by Goldstein et al.[6] Our patient responded to oral hypoglycemic agents and was able to continue olanzapine. The likelihood that both of our cases were drug-induced is possible based on the Naranjo probability scale.[8]

While the mechanism of olanzapine-induced hyperglycemia is unknown, it has been hypothesized[6] that damage to pancreatic islet cells, weight gain, dysregulation of sympathetic system, and insulin resistance may play a role. Risk factors such as obesity, a family history of diabetes, and concomitant medications may also predispose an individual to developing diabetes while taking olanzapine. It is not known if this phenomenon is dose- or serum concentration-dependent. Of the concomitant medications that these patients were taking, divalproex and mirtazapine have been identified as possible contributing factors. Divalproex sodium has been reported to cause weight gain at frequencies of 8–59%, with a mean increase of 7.5–14.5 kg.[9-17] An increase in appetite has been reported[15] in 46% of valproate-treated patients, with a 35% increase in food consumption. Mirtazapine has been reported[18] to increase appetite in approximately 17% of patients and cause weight gain ≥7% of baseline body weight in >7.5% of patients.

It is important to remember, however, that the patient in case 1 did not experience weight gain or hyperglycemia with divalproex and mirtazapine prior to olanzapine treatment. In addition, the hyperglycemia did not resolve when the patient discontinued taking all of his medications, and worsened when he was rechallenged solely with olanzapine. In case 2, the patient was treated with divalproex for at least one year prior to his hospitalization, and did not experience hyperglycemia until olanzapine was initiated. For these reasons, the contribution of the drugs given with olanzapine to the adverse effect described is minimal at most.

## Summary

Increased awareness of the development of diabetes mellitus in patients taking olanzapine is essential, especially in those who are at greater risk for glucose intolerance and hyperglycemia. Clinicians may want to consider periodic serum glucose monitoring in such patients.

**Danielle Graci Bonanno** PharmD, at time of writing, Clinical Coordinator, Pharmacy Department, North Shore University Hospital, Manhasset, NY; now, Medical Science Liason, Wyeth-Ayerst Pharmaceuticals, Massapequa Park, NY

**Liya Davydov** PharmD, Pharmacy Practice Resident, Mount Sinai Medical Center, New York, NY

**Sheila R Botts** PharmD BCPP, Assistant Professor, College of Pharmacy, University of Kentucky, University of Kentucky Mental Health Research Center, Eastern State Hospital, Lexington, KY

CONFIDENTIAL
AZSER12443478

BEST COPY AVAILABLE

**Reprints:** Danielle Graci Bonanno PharmD, Wyeth-Ayerst Pharmaceuticals, 27 Abbey St., Massapequa Park, NY 11762, FAX 516/799/3322, E-mail dgraci@hotmail.com

We thank Ken Sokol BS Pharm, Director of Pharmacy, Hillside Hospital, for his help in retrieving the medical charts of the patients discussed in this article.

## References

1. Package insert. Zyprexa (olanzapine). Indianapolis, IN: Eli Lilly, November 1998.
2. Fertig MK, Brooks VG, Shelton PS, English CW. Hyperglycemia associated with olanzapine. J Clin Psychiatry 1998;59:687-9.
3. Ober SK, Hudak R, Rusterholtz A. Hyperglycemia and olanzapine (letter). Am J Psychiatry 1999;156:970.
4. Gatta B, Rigalleau V, Gin H. Diabetic ketoacidosis with olanzapine treatment. Diabetes Care 1999;22:1002-3.
5. Lindenmayer JP, Patel R. Olanzapine-induced ketoacidosis with diabetes mellitus (letter). Am J Psychiatry 1999;156:1471.
6. Goldstein LE, Sporn J, Brown S, Kim H, Finkelstein J, Gaffey GK, et al. New-onset diabetes mellitus and diabetic ketoacidosis associated with olanzapine treatment. Psychosomatics 1999;40:438-43.
7. Wirshing DA, Spellberg BJ, Erhart SM, Marder SR, Wirshing WC. Novel antipsychotics and new onset diabetes. Biol Psychiatry 1998;44:778-83.
8. Naranjo CA, Busto U, Sellers EM, Sandor P, Ruiz I, Roberts EA, et al. A method for estimating the probability of adverse drug reactions. Clin Pharmacol Ther 1981;30:239-45.
9. Richens A, Davidson DLW, Cartlidge NEF, Easter DJ. A multicentre comparative trial of sodium valproate and carbamazepine in adult onset epilepsy. J Neurol Neurosurg Psychiatry 1994;57:682-7.
10. Mattson RH, Cramer JA, Collins JF, Department of Veterans Affairs Epilepsy Cooperative Study No. 264 Group. A comparison of valproate with carbamazepine for the treatment of complex partial seizures and secondarily generalized tonic-clonic seizures in adults. N Engl J Med 1992;327:765-71.
11. Egger J, Brett EM. Effects of sodium valproate in 100 children with special reference to weight. Br Med J 1981;283:577-81.
12. Egger J, Brett EM. Effects of sodium valproate with special reference to weight (letter). Br Med J 1981;283:1189.
13. Bourgeois B, Beaumanoir A, Blajev B, de la Cruz N, Despland PA, Egli M, et al. Monotherapy with valproate in primary generalized epilepsies. Epilepsia 1987;28(suppl 2):S8-11.
14. Covanis A, Gupta AK, Jeavons PM. Sodium valproate: monotherapy and polytherapy. Epilepsia 1982;23:693-720.
15. Dinesen H, Gram L, Andersen T, Dam M. Weight gain during treatment with valproate. Acta Neurol Scand 1984;70:65-9.
16. Laljee HCK, Parsonage MJ. Unwanted effects of sodium valproate (Epilim) in the treatment of adult patients with epilepsy. In: Parsonage MJ, Caldwell ADS, eds. The place of sodium valproate in the treatment of epilepsy. Royal Society of Medicine International Congress and Symposium #30. London: Academic Press, 1980:141-58.
17. Spitz MC, Deasy DN. Conversion of valproate monotherapy in nonretarded adult with primary generalized tonic-clonic seizures. J Epilepsy 1991;4:33-8.
18. Package insert. Remeron (mirtazapine). West Orange, NJ: Organon, July 1998.

EXTRACTO

**OBJETIVO:** Reportar dos casos nuevos de diabetes mellitus causados por olanzapina.

**RESUMEN DEL CASO:** Dos hombres con esquizofrenia, uno de raza negra de 31 años de edad y uno de raza blanca de 44 años de edad, desarrollaron diabetes de semanas a meses luego de haber sido tratados con olanzapina. Estos casos son similares a otros casos clínicos reportados en la literatura biomédica. El mecanismo de este efecto no ha sido claramente establecido. Se cree que los pacientes desarrollan diabetes debido al daño causado en el pancreas por el medicamento, el aumento en peso que se observa con el tratamiento, la desregulación del sistema simpatético o la resistencia a insulina que se observa con el tratamiento con olanzapina.

**CONCLUSIONES:** La incidencia de diabetes mellitus causada por la olanzapina es rara. Sin embargo, algunos factores de riesgo como lo son la obesidad, historial familiar de diabetes y el uso de medicamentos que predisponen a los pacientes a diabetes aumentan la probabilidad de que los pacientes desarrollen diabetes cuando usan olanzapina. Es importante el crear conciencia del potencial de esta reacción. Un examen frecuente de glucosa en la sangre resulta importante en estos pacientes.

Magaly Rodríguez de Bittner

RÉSUMÉ

**OBJECTIF:** Discuter de l'apparition de deux cas de diabètes mellitus suite à l'introduction d'un traitement à l'olanzapine.

**RÉSUMÉ:** Il s'agit de deux hommes, le premier de 31 ans, d'origine africaine-américaine et le deuxième de 44 ans, d'origine caucasienne, tous deux souffrant d'une désordre schizoaffectif, qui ont développé un diabète mellitus après une période allant de quelques semaines à quelques mois d'un traitement à l'olanzapine.

**DISCUSSION:** Ces deux cas d'apparition de diabètes mellitus dues à l'olanzapine sont en accord avec d'autres cas rapportés dans la littérature. Même si le mécanisme exact causant cet effet indésirable n'est pas connu, certains mentionnent qu'il pourrait y avoir des facteurs de risques comme des dommages aux îlots pancréatiques, un gain de poids, un mauvais fonctionnement du système sympathique et une résistance à l'insuline.

**CONCLUSIONS:** L'apparition d'un diabète mellitus causé par l'olanzapine est somme toute assez rare. Cependant, certains facteurs de risques comme l'obésité, l'histoire familiale et la médication concommitante peuvent prédisposer un individu à développer un diabète suite à la prise de l'olanzapine. Donc l'utilisation de l'olanzapine chez des patients présentant ces facteurs de risques devra se faire avec prudence. Des contrôles périodiques de la glycémie devraient donc être effectués chez ces patients.

Pierre Dion

CONFIDENTIAL
AZSER12443479

THE CANADIAN JOURNAL OF CARDIOLOGY/VOL. 4 SUPPLEMENT A; JULY 1988: 5A-10A

# Cholesterol and lipids in the risk of coronary artery disease – The Framingham Heart Study

WILLIAM P. CASTELLI, MD

**ABSTRACT:** The USA is about to launch a massive campaign to identify those members of the population at risk for coronary artery disease (CAD). A screening process based on the high blood pressure campaign started in the 1970s aims at identifying those people with elevated cholesterol so measures can be taken to prevent fatal or nonfatal heart attacks. Data from 35 years of the Framingham Heart Study have shown that factors other than total or low density lipoprotein (LDL) cholesterol must be considered when evaluating CAD risk. In fact low levels of high density lipoprotein (HDL) cholesterol are as much a risk factor for CAD as high LDL cholesterol. The best simple test for predicting CAD is the ratio of total:HDL cholesterol and using this criterion, approximately half the population of North America is at risk for heart attack. This highlights the necessity for a screening program of cholesterol levels, and as there are tests available which can measure cholesterol in under 10 mins, the time should soon be here that everyone knows their CAD risk.

**Key Words:** *Coronary artery disease, Cholesterol, Framingham Heart Study, HDL cholesterol, LDL cholesterol, Screening program*

*Correspondence and reprints: Dr W.P. Castelli, Medical Director, Framingham Heart Study, National Heart, Lung and Blood Institute, 118 Lincoln Street, Framingham, Massachusetts 01701, USA. Telephone (617) 872 6556*

ABOUT THREE-QUARTERS OF THE population of the USA older than 30 years, has some lesion related to atherosclerosis in the arterial tree. This lesion gets worse almost every day in all these people and will eventually result in closure of a vital artery in half of them, causing their death.

The USA is about to launch a massive campaign relating to cholesterol, to identify those people who are most likely to die from atherosclerotic disease, particularly coronary artery disease (CAD) and cerebrovascular disease, in order to help these people lower their cholesterol and so improve their prognoses.

This paper examines the use of blood lipids in predicting CAD with

CONFIDENTIAL
AZSER12443480

Case 6:06-md-01769-ACC-DAB Document 1349-20 Filed 03/11/09 Page 4 of 33 PageID 42109

**Figure 1)** *Incidence rate of coronary artery disease, related to age and cholesterol levels, in men in the Framingham Heart Study over 30 years of follow-up*

**Figure 2)** *Incidence rate of coronary artery disease, related to age and cholesterol levels, in women in the Framingham Heart Study over 30 years of follow-up*

**Figure 3)** *Relative risk of coronary artery disease related to LDL cholesterol levels (Sf 0 to 20) in men and women in the Framingham Heart Study over 30 years of follow-up*

the aim of determining those people in whom aggressive therapy to lower blood lipids by diet or drugs is justified. Most of the data used in this study have been collected in Framingham, Massachusets over the past 35 years, where a roughly 50% random sample of the population has been studied.

## PATIENTS AND METHODS

Since the Framingham Heart Study began in 1948, 5127 people aged 30 to 62 years have been examined every two years to assess their cardiovascular disease status. All these people were free from clinically apparent atherosclerotic disease at entry to the study. While the study focused particularly on CAD, stroke, peripheral vascular disease and congestive heart failure, all other identifiable diseases were also recorded. The details of the procedures used, including the types of statistical analyses have been recorded previously (1).

The cholesterols were measured using the Abell-Kendall method (2). Lipoproteins were first measured in Framingham by John Gofman in an ultracentrifuge (just Sf 0-20 and Sf 20-400) (3); later lipoproteins were analyzed, starting in 1967, using the protocol that was eventually adopted by the Lipid Research Clinics Program (4).

## RESULTS

One of the first findings relative to lipids and risk of CAD in the Framingham study was the relationship of total cholesterol to the subsequent development of CAD. Figure 1 shows the rise in rate of CAD in men with age and with level of cholesterol. What is new in this figure is the now emerging relationship of cholesterol to coronary disease in older men.

The data for this figure were derived from a two-year follow-up using the 30-year data base. The cholesterol was significantly related to coronary disease by multivariate analysis ($P < 0.001$) for the first three age groups (35 to 44, 45 to 54 and 55 to 64); it was not significantly related for the older two age groups (65 to 74 and 75 to 84). However, Garrison (5) followed-up these older patients for 10 years and then, even in the over 50 age group, cholesterol was significantly related to CAD in multivariate analysis ($P < 0.001$).

Figure 2 shows the equivalent data for women. As many women in Framingham eventually develop CAD as men, they just run the same rates about six to 10 years later. If one groups the ages below and above 65, the relationship of cholesterol to CAD reaches $P < 0.001$ on multivariate analysis for women in both age categories in a two-year follow-up analysis. Summing up these total cholesterol results in men and women, for a 1% rise in cholesterol there is a 2% rise in CAD.

Total cholesterol is not a simple entity. It is in fact carried in blood in five different particles; the lipoproteins. Of these, three play an inordinate role in the epidemic of CAD. These are the very low density lipoproteins (VLDL), where most of the triglycerides are carried, the low density lipoproteins (LDL), where most of the cholesterol is carried, and the high density lipoproteins (HDL), which are apparently trying to reverse the damage done by the other two.

Figure 3 shows the relation of LDL measured as the Sf 0-20 at entry into Framingham to the rate of CAD in 30

**Figure 4)** *Relative risk of coronary artery disease related to VLDL triglyceride levels (Sf 20 to 400) in men and women in the Framingham Heart Study over 30 years of follow-up*

CONFIDENTIAL
AZSER12443481

**Figure 5)** *Age-adjusted coronary artery disease incidence rates related to triglyceride and HDL levels in men over 14 years of follow-up. Age range at baseline is 50 to 84 years. Triglyceride tertiles ■ 32 to 92 mg/dL; ▨ 93 to 138 mg/dL; ☰ 139 to 1452 mg/dL*

**Figure 6)** *Age-adjusted coronary artery disease incidence rates related to triglyceride and HDL levels in women over 14 years of follow-up. Age range at baseline is 50 to 84 years. Triglyceride tertiles ■ 27 to 82 mg/dL; ▨ 83 to 122 mg/dL; ☰ 123 to 611 mg/dL*

years follow-up. For both men and women this represents a statistically significant finding. Figure 4 shows the raw data for triglycerides in the Framingham population and there was a significant relationship of triglycerides to risk of CAD in women on multivariate analysis but not in men. However, in men and women there was a subgroup of subjects who had high triglyceride (over 150 mg/dL) and low HDL (less than 40 mg/dL) who ran an excess of CAD (Figures 5 and 6). While this was statistically significant for women on multivariate analysis, it was not for men. However, about 30% of all heart attack patients have elevated triglycerides.

The men and women with the highest triglycerides had the highest blood sugars in Framingham (Figure 7) and the people with the highest triglycerides eventually ran about twice the risk of diabetes mellitus. The people with high triglycerides also had the highest uric acids (Figure 8); uric acid is a significant risk factor for CAD in men and women in Framingham (6). Thus it appears that there is a new syndrome associated with increased rates of CAD which is characterized by high triglycerides (over 150 mg/dL), low HDL cholesterol (under 40 mg/dL), high uric acid and blood sugars at the upper end of normal, which leads to diabetes mellitus later in life.

HDL cholesterol was inversely related to CAD; the higher the level of HDL, the lower the rate of CAD (Figure 9). This was also highly statistically significant on multivariate analysis in men and women. For about a 1% rise in HDL there was a 2% fall in CAD.

Thus there are 'bad' cholesterols, like LDL and VLDL, increasing the rate of coronary disease and 'good' ones, like HDL, which lessen these rates. Why, then, is there so much debate about cholesterol. One reason is that it is not easy to translate simple total cholesterol into risk for CAD. People seem to ignore the levels of total cholesterol at which most of the heart attacks occur in our society. Figure 10 shows the serum cholesterol levels of all men in Framingham who had a heart attack in the first 16 years of the study. Most physicians in the USA, according to surveys by the National Heart, Lung and Blood Institute, will only treat patients 'aggressively' if their serum cholesterol is more than 300 mg/dL. The bulk of heart attacks, however, occur in patients with cholesterol levels between 200 and 250 mg/dL. The men in Framingham who did not suffer heart attacks in the first 16 years of the study had cholesterol levels of between 180 and 240 mg/dL (1378 men with mean ± SD cholesterol of 219 ± 41 mg/dL) (Figure 10), overlapping with those who had heart attacks (193 men with mean ± SD

**Figure 7)** *Linear model correlations of blood sugar and triglycerides in men and women in the Framingham Heart Study*

**Figure 8)** *Linear model correlations of uric acid and triglycerides in men and women in the Framingham Heart Study*

CONFIDENTIAL
AZSER12443482

**Figure 9)** *Coronary artery disease risk and HDL cholesterol levels (mg/dL) in the men and women of the Framingham Heart Study*

**Figure 10)** *Serum cholesterol levels in men in Framingham during the first 16 years of the study. Age at entry to the study was 30 to 49 years. - - - Suffered heart attack; — Did not suffer heart attack*

cholesterol of 244 ± 51 mg/dL). Is it possible to identify people at risk for heart attack if their cholesterol levels are more than 200 mg/dL? The best indicator of CAD risk at all levels of serum cholesterol is HDL cholesterol. When HDL cholesterol is less than 40 mg/dL, the rate of CAD is the same for people with total cholesterol less than 200 mg/dL as for people with cholesterols over 260 mg/dL (Figure 11). However, people with total cholesterol less than 200 mg/dL will not be targets for the forthcoming campaign to control CAD.

HDL cholesterol is a far better indicator of heart attack risk than LDL cholesterol (Table 1). The best simple combination of tests for predicting CAD is the ratio of total cholesterol to HDL cholesterol as both levels can be measured in the nonfasting state. The ideal ratio is probably under 3.5 but the present goal is 4.5 (Figure 12). Using this criterion, about half the men and women in North America are at risk for CAD. Half the population of North America will die from this disease so it is crucial that those at risk are identified in order to stem the tide of this epidemic.

## DISCUSSION

In the USA, definition of 'high risk' for CAD is being altered to identify the population which suffers most heart attacks. The consensus statement (7) essentially is saying to be concerned if serum cholesterol is more than 200 mg/dL. Recently, there has been a position paper issued by the National Cholesterol Education Program which explains strategies for interpreting total cholesterol results from screening (8). It is now possible to measure cholesterol in a matter of 3 to 10 mins, so virtually everyone can know their serum cholesterol.

The campaign aimed at lowering cholesterol will be similar to that for lowering high blood pressure which was very successful in identifying, through screening, people who had asymptomatic elevations of blood pressure, so these people could be referred for treatment. In the cholesterol screening campaign, people will be referred to their physician if their cholesterol level exceeds 200 mg/dL and they have two other risk factors or existing atherosclerotic disease. People with cholesterol above 240 mg/dL will be referred for treatment regardless of other risk factors.

According to the latest strategy, physicians will only measure LDL cholesterol. If LDL cholesterol is under 130 mg/dL (equivalent to total cholesterol of 200 mg/dL) a prudent diet will be recommended as well as exercise, relaxation and smoking cessation. Cholesterol levels should then be checked every five years. LDL cholesterol above 160 mg/dL is considered serious and a program of LDL cholesterol lowering will be instituted. If there is also coronary disease, stroke, peripheral vascular disease or any two risk factors (male, premature family history of CAD, smoking, high blood pressure, HDL cholesterol less than 35 mg/dL, obesity or diabetes) the goal of therapy is to lower LDL cholesterol to less than 130 mg/dL.

HDL cholesterol plays a role in predicting risk for CAD at all levels of LDL cholesterol, even less than 130 mg/dL (Figure 13). For example, someone with an ideal LDL cholesterol level of 100 mg/dL with an HDL cholesterol of 25 mg/dL, is running the same risk for CAD as someone with LDL cholesterol at 220 mg/dL and HDL cholesterol at 45 mg/dL. The current guidelines

**Figure 11)** *Risk of coronary artery disease by HDL cholesterol according to total cholesterol levels in Framingham Heart Study subjects aged 48 to 83. (Reproduced with permission from reference 5)*

CONFIDENTIAL
AZSER12443483

TABLE 1
Likelihood ratios for various lipid profiles of coronary artery disease (Framingham Study)

| Lipid | Men | Women |
|---|---|---|
| HDL cholesterol | 14.03‡ | 21.21‡ |
| LDL cholesterol | 4.39* | 4.53* |
| Triglyceride | 0.51 | 9.52† |
| Total cholesterol | 1.98 | 2.26 |
| HDL cholesterol/total cholesterol | 17.11‡ | 20.41‡ |
| LDL and total cholesterol, triglyceride | 8.26* | 19.69† |
| HDL and total cholesterol, triglyceride | 19.19‡ | 24.21‡ |
| HDL and LDL cholesterol, triglyceride | 18.90‡ | 24.73‡ |
| HDL and LDL cholesterol | 18.66‡ | 23.70‡ |
| HDL cholesterol/total cholesterol, LDL cholesterol | 17.16‡ | 20.77‡ |

*$P<0.05$; †$P<0.01$; ‡$P<0.001$

**Figure 13)** *Risk of coronary artery disease in men aged 50 to 70 according to HDL and LDL cholesterol levels over four years of follow-up in the Framingham Heart Study*

insist that all people with an LDL cholesterol level of 220 mg/dL are practically a 'medical emergency'. If these people do not respond to dietary therapy within six months, drug therapy will be instituted. There are, however, people with LDL levels below 130 mg/dL who will also require treatment as their total cholesterol to HDL cholesterol ratio is high.

People who are presently considered to be 'high risk' have LDL cholesterols and triglycerides in the upper 10 percentile for their age. They will get CAD early in life; virtually all men and women who develop CAD at younger than 40 years will have at least one of these lipid elevations. This group includes people with defective Brown and Goldstein LDL receptors. It is imperative that these people are identified as teenagers at the latest to help them survive to their 40s. With the newer drug therapies used in combination, it is possible to lower the high blood lipids in these people to levels of very slow progression of their disease.

There has long been evidence that it is possible to treat lipid disorders but it has been misunderstood or ignored. The major diet trials indicate that for each 1% decrease in cholesterol there is a 2% fall in heart attack rate (Figure 14), in contrast to the Framingham study finding that for each 1% increase in cholesterol there is a 2% increase in CAD risk. Some of these trials, however, were flawed. For instance, the New York Anticoronary Club Study (9) had inadequate controls. The better Oslo MRFIT study (10) showed that for a 15% fall in cholesterol there was a 47% decrease in CAD. The UK MRFIT study (11) suffered from poor execution. This showed only a slight fall in CAD with lowered cholesterol levels, but there was only a 0.4% reduction in cholesterol which cannot be distinguished from placebo effect.

The major drug trials showed similar results to the diet trials (Figure 15). The Lipid Research Clinics Coronary Prevention Trial (12) was a well executed random allocation, multicentre, double blind, placebo controlled trial which showed that for a 9% fall in cholesterol there is a 19% fall in CAD. It seems that no matter how poor the trial, a 1% fall in cholesterol results in a 2% fall in CAD.

The more recent Helsinki Heart Study (13) showed a 4% fall in CAD for a 1% decrease in cholesterol. However, this study also showed a 10% rise in HDL cholesterol which was instrumental in reducing CAD.

Presently, more than 90% of patients in North America who suffer heart attack, have bypass surgery or coronary angioplasty, etc, are discharged from hospital without any treatment for lipid elevations. However, a host of recent studies shows that the only way to prevent the progression of CAD lesions is to lower serum lipids to more favourable levels (14). It is hoped that cholesterol can be screened in much the same way as blood pressure so that the majority of people at risk for CAD can be identified and treated before they succumb to the disease.

**Figure 12)** *Ratios of total cholesterol to HDL cholesterol in varying risk groups*

CONFIDENTIAL
AZSER12443484

**Figure 14)** *Diet intervention trials. Fall in coronary artery disease rates according to percentage change in cholesterol. (Adapted from reference 12)*

**Figure 15)** *Comparison of results in 11 cholesterol lowering trials with experience of Lipid Research Clinics Coronary Prevention Trial (LRC-CCPT) cholestyramine group. (Adapted from reference 12)*

## REFERENCES

1. Dawber TR, Kannel WB, Lyell LP. An approach to longitudinal studies in a community: The Framingham Study. Ann NY Acad Sci 1963; 107: 539-56.
2. Abell LL, Levy BB, Brodie BB, Kendall FE. A simplified method for the estimation of total cholesterol in serum and demonstration of its specificity. J Biol Chem 1952; 195:357-66.
3. Gofman JW, the Joint Technical Group of the Committee of Lipoproteins and Atherosclerosis. Evaluation of serum lipoproteins and cholesterol measurements as predictors of clinical complications of atherosclerosis. Circulation 1956; 14:691-741.
4. Lipid Research Clinics Program. Manual of Laboratory Operations, Vol 1. Lipid and Lipoprotein Analysis. DHEW publication no (NIH) 75-628. Bethesda: National Institutes of Health, 1976.
5. Castelli WP, Garrison RJ, Wilson PWF, et al. Incidence of coronary heart disease and lipoprotein cholesterol levels: The Framingham Study. JAMA 1986; 256:2835-8.
6. Brand FN, McGee DL, Kannel WB, Stokes III J, Castelli WP. Hyperuricemia as a risk factor of coronary heart disease: The Framingham Study. Am J Epidemiol 1985; 121:11-8.
7. NIH Consensus Panel on Lowering Blood Cholesterol. JAMA 1985; 253:2080-6.
8. 1987 National Cholesterol Education Program Adult Treatment Panel. Cholesterol treatment recommendations for adults. National Institutes of Health. October 5, 1987. Arch Int Med 1988; 148:38-69.
9. Rinzler SH. Primary prevention of coronary heart disease by diet. Bull NY Acad Med 1968; 44:936-49.
10. Hjermann I, Velve Byre K, Holme I, et al. Effect of diet and smoking intervention on the incidence of coronary heart disease: Report from the Oslo Study Group of a randomized trial in healthy men. Lancet 1981; ii: 1303-10.
11. Rose B, Tunstall-Pedoe HD, Heller RF. UK Heart Disease Prevention Project: Incidence and mortality results. Lancet 1983; i:1062-5.
12. Lipid Research Clinic Program. The Lipid Research Clinics Coronary Primary Prevention Trial results: I. Reduction in incidence of coronary disease. JAMA 1984; 251:351-64.
13. Frick MH, Elo O, Haapa K, et al. Helsinki Heart Study: Primary prevention trial with gemfibrozil in middle-aged men with dyslipidemia. N Engl J Med 1987; 317:1237-45.
14. Campeau L, Enjalbert M, Lesperance J, Bourassa MG, Kwiterovich P Jr, Sniderman A. The relation of risk factors to the development of atherosclerosis in saphenous-vein bypass and the progression of disease in the native circulation. N Engl J Med 1984; 311:1329-32.

glutamic acid decarboxylase in diagnosis and prediction of insulin dependency. *Diabet Med* 11:299–303, 1994
3. Turner R, Stratton I, Horton V, Manley S, Zimmet P, Mackay IP, Shattock M, Bottazzo GF, Holman R: UKPDS 25: autoantibodies to islet-cell cytoplasm and glutamic acid decarboxylase for prediction of insulin requirement in type 2 diabetes. *Lancet* 350:1288–1293, 1997
4. Sanjeevi CB, Shtauvere A, Ramachandran A, Snehalatha C, Falorni AI: Prevalence of GAD65 autoantibodies in south Indian patients with insulin dependent diabetes mellitus, and in their parents. *Diabetes Nutr Metab* 10:60–64, 1997
5. Hagopian WA, Sanjeevi CB, Kockum I, Landin-Olsson M, Karlsen AE, Sundkvist G, Dahlquist G, Palmer J, Lernmark A: Glutamate decarboxylase insulin and islet cell antibodies and HLA typing to detect diabetes in a general population based study of Swedish children. *J Clin Invest* 95:1505–1511, 1995
6. Madsbad S, Krarup T, MacNair P, Christiansen C, Faber OK, Transbol I, Binder C: Practical clinical value of the C-peptide response to glucagon stimulation in the choice of treatment in diabetes mellitus. *Acta Med Scand* 210:153–156, 1981
7. Petersen JS, Hejnaes KR, Moody A, Karlsen AE, Marshall M, Holer-Madsen M, Boel E, Michelsen BK, Dyrberg T: Detection of $GAD_{65}$ antibodies in diabetes and other autoimmune disease using a simple radioligand assay. *Diabetes* 43:459–467, 1994

## Thrifty Gene and Hunting as a Way of Life Are Evident in a Paleoindian Burial

Though the high prevalence of obesity and NIDDM in American Indians, Australian Aborigines, and Pacific Islanders often has been ascribed to a thrifty genotype, the hypothesis has been difficult to prove or disprove (1). Now deleterious, the thrifty gene may once have provided a selective advantage during periods of fluctuating food availability by promoting fat deposition. Among American Indians, NIDDM is most prevalent among the Pima, who are descendants of the Paleoindians (2). The Paleoindians migrated into Alaska from Siberia ~25,000 years ago (3), then moved south into what is now the U.S. ~12,000 years ago. The thrifty gene may have been selected among the Paleoindians because of frequent food shortages resulting from a life of hunting in parts of North America ~11,000 years ago (4).

A rare and surprisingly well-preserved 10,600-year-old burial found recently near Buhl, Idaho shows that food shortages frequently occurred during Paleoindian times. The Buhl burial contained a few grave goods and the nearly complete skeleton of a 17- to 21-year-old woman. The overall health appeared to be good and the cause of death was not evident. Radiographic analysis of the right femur showed 15 radiopaque transverse Harris lines in the distal segment. Since Harris lines are believed to occur in cases of periodic growth arrest caused by nutritional deficiencies, the Buhl woman evidently experienced numerous food shortages during her growth and development (5).

Carbon and nitrogen isotopic analysis showed that the Buhl woman had a diet of meat and fish consistent with a hunting way of life. The −19.5% value for carbon reflects a dietary dependence on terrestrial or aquatic resources, and the 15.5% value for $d^{15}N$ is evidence of a substantial reliance on meat and fish in the diet (5).

Though Harris lines in archaeological populations should be approached with caution (6), the overall good health and the unusually high number of Harris lines in the Buhl Paleoindian are evidence of frequent food shortages that could have selected for the thrifty gene in Paleoindian populations thousands of years ago. Recent changes in diet and/or lifestyle are now evidently interacting with the thrifty gene to cause high rates of NIDDM in descendants of the Paleoindians.

MICHAEL WENDORF, PHD

From Kaiser Permanente Medical Care Program, Walnut Creek, California.

Address correspondence to Kaiser Permanente Medical Care Program, Etiology Research, 25 North Via Monte, Walnut Creek, CA 94598.

### References

1. Zimmet PZ: The pathogenesis and prevention of diabetes in adults: genes, autoimmunity, and demography. *Diabetes Care* 18:1050–1064, 1995
2. Knowler WC, Saad MF, Pettitt DJ, Nelson RG, Bennett PH: Determinants of diabetes mellitus in the Pima Indians. *Diabetes Care* 16:216–227, 1993
3. Forster P, Harding R, Torroni A, Bandelt HJ: Origin and evolution of Native American mtDNA variation: a reappraisal. *Am J Hum Genet* 59:935–945, 1996
4. Wendorf M, Goldfine ID: Archaeology of NIDDM: excavation of the "thrifty" genotype. *Diabetes* 40:161–165, 1991
5. Green TJ, Cochran B, Fenton T, Woods JC, Titmus G, Tieszen L, Davis MA, Miller SJ: The Buhl burial: a Paleoindian woman from southern Idaho. *Am Antiquity* 63:437–456, 1998
6. Martin DL, Goodman AH, Armelagos GJ: Skeletal pathologies as indicators of quality and quantity of diet. In *The Analysis of Prehistoric Diets*. Gilbert RI, Mielke JH, Eds. New York, Academic, 1985, p 227–279

## Diabetic Ketoacidosis Associated With Clozapine Treatment

Clozapine is an atypical antipsychotic drug used for the management of psychotic disorders in patients who cannot tolerate or do not respond to traditional neuroleptics. Serious adverse effects include hematologic deficiencies, sedation, seizures, sialorrhea, weight gain, and orthostatic hypotension. Some cases of severe hyperglycemia have been recently reported (1–4). We report a 31-year-old Caucasian man affected by schizoaffective disorder, bipolar type, who developed diabetic ketoacidosis while on clozapine.

The patient started 3 months before admission (October 1997) on a regimen of 200 mg of clozapine daily to control repeated psychotic episodes refractory to treatment with traditional neuroleptics. No concomitant drug was assumed. He was found to be obtunded and dehydrated. Laboratory data showed severe hyperglycemia (42 mmol/l), acidosis (pH 6.9, $HCO_3$ 3.1 mmol/l), and hyperosmolality (Na 153 mmol/l, K 3 mmol/l, blood urea nitrogen 38.2 mmol/l); serum and urinary ketones were positive. He had no family or prior history, and no laboratory evidence of diabetes or glucose intolerance. His BMI was 29 kg/m², and only slight weight gain (3 kg) was noted during treatment. After metabolic compensation with intravenous insulin and fluids, he was still taking clozapine, and required a regimen of 40 U of regular insulin. We found some case reports suggesting impairment of glucose tolerance associated with clozapine therapy (1–4), and

CONFIDENTIAL
AZSER12443486

thus 10 days after admission stopped clozapine under psychiatric surveillance. His blood sugar levels rapidly normalized, and insulin requirements decreased. Insulin was later discontinued, and the patient was discharged on an 1,800 kcal diabetic diet and carbamazerpine (800 mg daily). He remained metabolically stable, and 2 months later his $HbA_{1c}$ was 5.9%, fasting glycemia was 5.16 mmol/l, insulinemia was 6.95 mU/l, and the homeostasis model insulin resistance index (HOMA-R) (fasting glucose [mmol/l] × fasting insulin [mU/l]/22.5) (5) was 1.59. We reinstituted clozapine therapy with the patient's informed consent and under clinical surveillance: after 72 h, fasting glucose increased to 8.49 mmol/l, insulinemia to 38 mU/l, and HOMA-R to 14.79.

Clozapine was discontinued. At 10 months of follow-up, the patient continued to have normal glucose indices, and even his psychiatric disorder was stabilized on a regimen of carbamazepine.

Severe hyperglycemia during clozapine treatment has been previously observed in five patients; moreover, in three other patients, impaired glucose tolerance has been reported, but the strength of the association is mitigated by the concomitant use of drugs that may alter glucose indices (4). Interestingly, six of eight reported cases are African-American, a race with a higher prevalence of NIDDM at all ages. Apart from slight obesity, our patient had no predisposing factor. His weight gain during treatment was marginal and cannot be implicated in the onset of ketoacidosis. Moreover, only 72 h after drug reexposure, we observed increased fasting glycemia, insulinemia, and HOMA-R, suggesting increased insulin resistance as the underlying mechanism.

As of now, clinicians should consider monitoring glucose levels in patients on clozapine, even if they do not have preexisting diabetes or a family history of diabetes.

AGOSTINO COLLI, MD
MASSIMO COCCIOLO, MD
GIORGIO FRANCOBANDIERA, MD
FRANCO ROGANTIN, MD
NADIA CATTALINI, MD

From the Division of Medicine (A.C., M.C., F.R., N.C.) and the Psychiatry Service (G.F.), Morbegno Hospital, Morbegno, Sondrio, Italy.

Address correspondence and reprint requests to Giorgio Francobandiera, MD, Servizio di Psichiatria, Ospedale Civile, Piazza S. Antonio, 2, Morbegno (Sondrio), I-23017, Italy.

**References**

1. Kamran A, Doraiswamy PM, Jane JL, Hammett EB, Dunn L: Severe hyperglycemia associated with high doses of clozapine (Letter). *Am J Psychiatry* 151:1395, 1994
2. Koval MS, Rames LJ, Christie S: Diabetes ketoacidosis associated with clozapine treatment. *Am J Psychiatry* 151:1520–1521, 1994
3. Kostakoglu AE, Yazici KM, Erbas T, Guvener N: Ketoacidosis as a side-effect of clozapine: a case report. *Acta Psychiatr Scand* 93:217–218, 1996
4. Popli AP, Konicki PE, Jurjus GJ, Fuller MA, Jaskiw GE: Clozapine and associated diabetes mellitus. *J Clin Psychiatry* 58:108–111, 1997
5. Matthews DR, Hosker JP, Rudenski AS, Naylor BA, Treacher DF, Turner RC: Homeostasis model assessment: insulin resistance and β-cell function from fasting plasma glucose and insulin concentrations in man. *Diabetologia* 28:412–419, 1985

## Heterozygous Hemoglobin Hamadan Affects $HbA_{1c}$ Assay

An otherwise healthy 36-year-old woman was seen with newly diagnosed gestational diabetes. $HbA_{1c}$ was measured by ion-exchange high-performance liquid chromatography (HPLC) following the method of Jeppsson et al. (1). The initial result was 0.0%, and the repeat result was 1.2%. Further blood was collected for Hb electrophoresis, which showed HbA, 53.6%; $HbA_2$, 3.2%; HbF, 0.4%; and an Hb variant, 42.8%. No HbH was seen. The variant had electrophoretic characteristics of HbD.

DNA sequencing of the β-globin gene was performed. (Hb electrophoresis and sequencing were performed by the Institute of Clinical Pathology and Medical Research, Westmead, New South Wales, Australia.) Sequencing showed a heterozygous mutation β-56 (D7) Gly → Arg. This is Hb Hamadan. Hb Hamadan is a variant first reported in 1975 in an Iranian family (2). The abnormality has been found in French Caucasians (3), Turkish (4), and several Japanese families. It has previously been thought to be clinically silent.

Hb Hamadan therefore joins the list of hemoglobinopathies that affect HPLC measurement of $HbA_{1c}$. Others include decreased results with homozygous or heterozygous HbS, HbC, and HbG (5). Variably decreased or increased results are found with HbE. Results are increased by HbJ Cape Town (6) and increased quantities of HbF, including hereditary persistence of fetal Hb.

It is reasonable to expect that otherwise clinically silent hemoglobinopathies may occur with greater frequency than currently realized. If discrepant results are found on $HbA_{1c}$ assay (either higher or lower than expected), hemoglobinopathy should be considered as a possible cause.

JENNY E. GUNTON, MBBS
AIDAN MCELDUFF, MBBS, PHD, FRACP

From the Department of Endocrinology, Royal North Shore Hospital, St. Leonards, New South Wales, Australia.

Address correspondence to Jenny E. Gunton, MBBS, Department of Endocrinology, Royal North Shore Hospital, St. Leonards, New South Wales, 2065, Australia. E-mail: jennyg@easy.com.au.

**References**

1. Jeppsson JO, Jerntorp P, Sundkvist G, Englund H, Nyland V: Measurement of hemoglobin A1c by a new liquid-chromatographic assay: methodology, clinical utility, and relation to glucose tolerance evaluated. *Clin Chem* 32:1867–1872, 1986
2. Rahbar S, Nowzari G, Haydari H, Daneshmand P: Haemoglobin hamadan: alpha-2A beta-2 56 (D7) glycine yields arginine. *Biochim Biophys Acta* 379:645–648, 1975
3. Blouquit Y, Galacteros F, Arous N, Touboul A, Braconnier F, Riou J, Rosa J. In *Abstracts of the 19th Congress of the International Society of Haematology and the 17th Congress of the International Society of Blood Transfusion, Budapest, August 1–7, 1982*. Budapest, Akademiai Nyomda, 1982, abstract 221
4. Dincol G, Aksoy M, Dincol K, Kutlar A, Wilson JB, Huisman THJ: Hemoglobin Hamadan or alpha 2 beta 256(D7)Gly → Arg in a Turkish family. *Hemoglobin* 8:423–425, 1984
5. Wolfsdorf JI, Anderson BJ, Pasquarello C: Treatment of the child with diabetes. In *Joslin's Diabetes Mellitus*. 13th ed. Philadelphia, Lea & Febiger, 1994, p. 538
6. Horiuchi T, Nakamura T, Tsutsumi H, Miyao M, Inoue J, Araki A, Hattori A, Harano A, Mori M, Ito H: A case of abnormal hemoglobin (HbJ Cape Town) with high serum levels of $HbA_{1c}$ (in Japanese). *Nippon Ronen Igakkai Zasshi* 33:110–115, 1996

CONFIDENTIAL
AZSER12443487

0271-0749/02/2203-0244/0
Journal of Clinical Psychopharmacology
Vol. 22, No. 3
Printed in U.S.A.
Copyright © 2002 by Lippincott Williams & Wilkins, Inc.

# Antipsychotic-Induced Weight Gain and Therapeutic Response: A Differential Association

PÁL CZOBOR, PHD*†‡‡, JAN VOLAVKA, MD, PHD*†, BRIAN SHEITMAN, MD‡§, JEAN-PIERRE LINDENMAYER, MD†¶, LESLIE CITROME, MD, MPH*†, JOSEPH MCEVOY, MD**, THOMAS B. COOPER, MA*††, MIRANDA CHAKOS, MD‡§, AND JEFFREY A. LIEBERMAN, MD‡

**Nathan S. Kline Institute for Psychiatric Research, Orangeburg, New York; †New York University, New York, New York; ‡University of North Carolina, Chapel Hill, North Carolina; §Dorothea Dix Hospital, Raleigh, North Carolina; ¶Manhattan Psychiatric Center, Wards Island, New York; **Duke University, Durham, North Carolina, John Umstead Hospital, Butner, North Carolina; ††Psychiatric Institute and Columbia University, New York, New York; and ‡‡DOV Pharmaceutical, Inc., Hackensack, New Jersey*

**This study investigated the association between antipsychotic-induced weight gain and therapeutic response to haloperidol and three commonly used atypical neuroleptic medications in schizophrenia and schizoaffective disorder. The subjects were 151 patients enrolled in a double-blind experiment with a duration of 14 weeks comparing the therapeutic efficacy of haloperidol (n = 36), clozapine (n = 38), olanzapine (n = 38), and risperidone (n = 39). Absolute and relative (%) gain in body weight and body mass index (BMI) was determined for the entire duration of the double-blind treatment period; therapeutic response was assessed by the total score and the individual subscales of the Positive and Negative Symptom Scale. Compared with the pretreatment baseline, results indicated that for olanzapine and clozapine, therapeutic response was closely related to an absolute and relative gain in weight and to a gain in BMI. No association between weight gain and therapeutic response was found for risperidone and haloperidol. These findings suggest that patients who are likely to have the maximal benefits of olanzapine or clozapine treatment for symptom alleviation are at the highest risk of a clinically significant increase in weight gain. (J Clin Psychopharmacol 2002;22:244–251)**

Weight gain is an important side effect of antipsychotic treatment. Obesity is associated with diabetes, hypertension, pulmonary disease, and other diseases that increase mortality rate; furthermore, weight gain leads to noncompliance with treatment. The propensity of certain novel atypical antipsychotics to induce a clinically significant gain in body weight has been documented.[1–6] Surprisingly, however, limited information is available about whether such a weight gain is associated with therapeutic response and whether the association varies with the type of treatment.

Four small studies[7–10] reported a positive association between symptom improvement and gain in body weight during clozapine treatment. One larger study that investigated clozapine[3] detected no difference in weight gain between clozapine treatment responders and nonresponders, although the direction of the association between Brief Psychiatric Rating Scale improvement and weight gain was consistent with that found in the four small studies. One small study of olanzapine suggested an association between weight gain and improvement of symptoms.[11] Two larger but unpublished studies appear to confirm such an association.[12–14]

The purpose of this study was to investigate relationship between antipsychotic-induced weight gain and therapeutic response to clozapine, olanzapine, and risperidone; haloperidol was used as a comparator.

## Methods

The data for this investigation were collected in a randomized, 14-week clinical trial of clozapine, olanzapine, risperidone, and haloperidol in patients with schizophrenia and schizoaffective disorder. The primary purpose of the trial was to investigate the comparative efficacy of atypical antipsychotics in a treatment-resistant sample. The results reported were obtained from secondary analyses for the main trial. A brief description of relevant details of the parent study is provided here; the complete report of the trial is submitted elsewhere.

Received January 26, 2001; accepted after revision September 19, 2001.

Address requests for reprints to: Pál Czobor, PhD, Nathan S. Kline Institute for Psychiatric Research, 140 Old Orangeburg Road, Orangeburg, NY 10962. Address e-mail to: czobor@NKI. RFMH.ORG

CONFIDENTIAL
AZSER12443488

### *Study design*

The prospective, double-blind trial consisted of period 1 (fixed dose, 8 weeks) and period 2 (variable dose, 6 weeks). In period 1, the planned duration of dose escalation (and gradual discontinuation of previous treatments) was 7 days for olanzapine, risperidone, and haloperidol, and 24 days for clozapine. The fixed dose target level was 500, 20, 8, and 20 mg/day for the clozapine, olanzapine, risperidone, and haloperidol groups, respectively. The actual average dose levels (mg/day, mean + SD) at the end of period 1 were 401.6 + 160.4 for clozapine, 19.6 + 2.1 for olanzapine, 7.9 + 2.1 for risperidone, and 18.9 + 3.1 for haloperidol. In period 2, the dose levels were adjusted on the basis of the patients' clinical status (e.g., lack of adequate improvement, side effects). Psychiatrists blindly made the adjustments within the allowed dose ranges of 200 to 800 mg/day for clozapine, 10 to 40 mg/day for olanzapine, 4 to 16 mg/day for risperidone, and 10 to 30 mg/day for haloperidol. The average observed daily doses (mg/day) at the end of period 2 were 526.6 + 140.3, 30.4 + 6.6, 11.6 + 3.2, and 25.7 + 5.7 for the clozapine, olanzapine, risperidone, and haloperidol groups, respectively.

### *Subjects*

Patients were enrolled in the study at four participating hospitals, two in New York and two in North Carolina. Patients included in the study met the DSM-IV criteria for chronic schizophrenia or schizoaffective disorder, were inpatients throughout the period of the trial, and met both of the following criteria for treatment resistance: (1) presence of persistent positive symptoms (hallucinations, delusions, or marked thought disorder) after at least 6 contiguous weeks with one or more typical antipsychotics at dosages equivalent or greater than 600 mg/day of chlorpromazine, and (2) a poor level of functioning over the past 2 years (i.e., lack of competitive employment, no enrollment in an academic or vocational program, lack of age-expected interpersonal relations with someone outside the biologic family of origin with whom ongoing, regular contacts are maintained). In addition to treatment resistance, patients had to display sufficient initial overall symptom severity as defined by a total score greater than 60 on the Positive and Negative Syndrome Scale (PANSS)[15] and provide written informed consent. Patients were excluded from the trial if they had (1) history of failure to respond to clozapine, risperidone, or olanzapine; (2) history of clozapine, olanzapine, risperidone, or haloperidol intolerance (e.g., clinically significant leukopenia or agranulocytosis, or severe dystonic reactions); or (3) depot antipsychotic treatment within 30 days before randomization. After complete description of the study to the subjects, written informed consent was obtained.

### *Assessments*

Positive and Negative Syndrome Scale ratings and assessments for the Nurses' Observation Scale (NOSIE)[16] were performed (1) at baseline, (2) each week during the first month of the study, and (3) every other week thereafter. At baseline and at the end of period 1 and period 2, the PANSS ratings were performed by two independent, blind raters; the average of the two ratings was used for the analyses. In general, the same raters performed all ratings in each patient. Rater training was provided by a designated key rater at each of the four participating sites. The threshold interrater reliability of 0.8 with the key rater, as measured by the intraclass correlation coefficient for the PANSS total score, had to be obtained by each rater in order to participate in the study. Patients' weight was determined at baseline and endpoint. Patients' height was measured at the time of the enrollment in the study.

### *Variables*

The total score on PANSS was used as the primary measure of clinical efficacy. Secondary measures included the PANSS positive symptoms, negative symptoms, and general psychopathology subscales, and the sedation factor of the NOSIE. Weight gain was computed as the absolute and relative (%) change of body weight (kg) between baseline and study end point. Body mass index (BMI) was computed as the quotient of body weight (kg) divided by the square of height (m).

### *Statistical analyses*

Relationship between weight gain and overall therapeutic response was investigated by analysis of covariance. Change in symptom severity over time, as indexed by total score on the PANSS, was used as the dependent variable. Weight gain and type of medication (treatment group) were used as independent variables. Symptom severity at baseline and initial (pretreatment) body weight were used as covariates. Interaction between weight gain and medication group constituted the main interest of the study (differential association between weight gain and type of medication). A separate regression analysis, using baseline severity and initial body weight as covariates, was conducted for each medication group in order to investigate a significant interaction further. Additional exploratory analyses used analyses of variance (ANOVAs) for continuous and $\chi^2$ analyses for categorical variables; time to onset and attrition data were investigated by survival analysis.

Lippincott Williams & Wilkins Unauthorized Use Prohibited

CONFIDENTIAL
AZSER12443489

## Results

### *Demographic and descriptive data*

Altogether, 157 subjects entered the double-blind trial and provided evaluable PANSS data for the analyses of clinical efficacy. Weight data were not available in six subjects who prematurely terminated the trial (n = 3 at week 1, n = 2 at week 2, and n = 1 at week 4); thus, data from a total of 151 subjects were used for the current investigation. Basic descriptive characteristics of the study sample are displayed in Table 1. An analysis of variance revealed a statistically significant difference among the four groups in age ($F = 3.0$; $df = 3{,}150$; $p < 0.05$) and baseline severity ($F = 3.4$; $df = 3{,}150$; $p < 0.03$) as indexed by the total score on the PANSS. Post hoc analyses (Tukey's studentized range test for pairwise comparisons) for age showed that subjects in the haloperidol group were significantly ($p < 0.05$) younger than those in the risperidone group. Analogous post hoc analyses for the baseline symptom severity indicated that clozapine subjects displayed significantly higher severity ($p < 0.05$) than risperidone subjects. No other group baseline difference obtained statistical significance in the analyses.

### *Patient attrition*

The completion rate for the full 14-week trial was 60.3% (n = 91) among the 151 subjects included in the current investigation. Survival analysis (Kaplan-Meier method) indicated no difference among the four treatment groups in attrition rates (logrank test $\chi^2 = 1.33$, $df = 3$, $p = 0.72$). As estimated from the survival analysis, the median survival times (weeks) in the study were 9.5 (SE = 0.5), 10.1 (SE = 0.6), 8.8 (SE = 0.7) and 9.5 (SE = 0.6) for the clozapine, olanzapine, risperidone and haloperidol groups, respectively. The two most frequent reasons for early termination were consent withdrawal (total N = 20; clozapine = 5, olanzapine = 4, risperidone = 6, haloperidol = 5) and clinical deterioration (total N = 14; clozapine = 2, olanzapine = 4, risperidone = 2, haloperidol = 6). The remaining early terminations (N = 20) were attributable to administrative reasons, protocol violations, intercurrent illnesses, hematologic problems, and seizures.

### *Change in body weight over time*

Basic descriptive data on BMI and body weight are shown in Table 2. As the table indicates, at baseline, haloperidol subjects on average had lower body weight and lower BMI than the rest of the patients, although the difference among groups failed to reach statistical significance. Paired *t*-tests showed statistically significant increases in weight and BMI over time for all three atypicals, but not for haloperidol. The analysis of covariance (ANCOVA) comparison of weight increase, using baseline weight as a covariate, indicated a statistically significant overall difference among the four treatment groups ($F = 5.8$, $df = 3{,}150$, $p = 0.001$). Post hoc pairwise comparisons among the individual treatments (Tukey's tests) revealed that olanzapine and clozapine (but not risperidone) produced significantly greater weight increases than haloperidol. The relative (%) increases in weight were 6.3 (SD = 4.2), 7.1 (SD = 4.7), 2.8 (SD = 3.0), and 0.3 (SD = 0.2) for the clozapine, olanzapine, risperidone, and haloperidol groups, respectively. Analogous analyses for the BMI data indicated an overall group difference (ANCOVA, $F = 5.1$, $df = 3{,}149$, $p = 0.002$) and significantly greater increases in BMI for clozapine and olanzapine than for haloperidol (Tukey's tests).

We examined the proportion of subjects in each study group that obtained a marked weight gain over the treatment period. Following the approach used in the literature,[4,8] marked weight gain was defined as a greater than 10% increase in body weight over the baseline. Because our study subjects weighed approximately 80 kg at baseline, the relative weight gain, in absolute terms,

TABLE 1. Demographic characteristics*

| Characteristic | Clozapine group (n = 38) n | % | Olanzapine group (n = 38) n | % | Risperidone group (n = 39) n | % | Haloperidol group (n = 36) n | % |
|---|---|---|---|---|---|---|---|---|
| Male gender | 34 | 89 | 33 | 87 | 33 | 85 | 28 | 78 |
| Diagnosis | | | | | | | | |
| Schizophrenia | 36 | 95 | 32 | 84 | 36 | 92 | 27 | 75 |
| Schizoaffective | 2 | 5 | 6 | 16 | 3 | 8 | 9 | 25 |
| Obesity† | 13 | 33 | 12 | 32 | 17 | 42 | 14 | 38 |
| | Mean | SD | Mean | SD | Mean | SD | Mean | SD |
| Age, yr‡ | 42.6 | 7.5 | 41.0 | 7.3 | 42.9 | 9.7 | 37.3 | 11.0 |
| Length of illness, yr | 21.9 | 7.5 | 18.7 | 8.1 | 20.8 | 10.1 | 17.1 | 7.5 |
| PANSS total score at baseline‡ | 98.5 | 17.1 | 90.6 | 13.4 | 89.5 | 14.0 | 90.2 | 11.7 |

*PANSS, Positive and Negative Syndrome Scale.
†Clinically significant obesity defined as Body Mass Index > 30 kg/m$^2$.
‡Significant ($p < 0.05$) baseline difference.

Unauthorized Use Prohibited

CONFIDENTIAL
AZSER12443490

TABLE 2. Weight and body mass index averages and standard deviations*

| | Baseline | | Endpoint | | Gain | |
|---|---|---|---|---|---|---|
| Drug | Weight, kg | BMI, kg/m² | Weight, kg | BMI, kg/m² | Weight, kg | BMI, kg/m² |
| CLO (n = 38) | 82.3 ± 18.3 | 27.7 ± 5.8 | 86.6 ± 16.6 | 29.2 ± 5.2 | 4.2 ± 4.7[‡,§] | 1.4 ± 1.9[‡,§] |
| OLZ (n = 38)[†] | 82.6 ± 19.7 | 29.0 ± 5.6 | 88.0 ± 20.0 | 30.8 ± 5.5 | 5.4 ± 4.6[‡,§] | 1.8 ± 2.6[‡,§] |
| RIS (n = 39) | 87.9 ± 15.7 | 30.1 ± 6.3 | 90.2 ± 16.1 | 30.9 ± 6.7 | 2.3 ± 2.8[‡] | 0.8 ± 1.7[‡] |
| HAL (n = 36) | 78.6 ± 12.1 | 27.5 ± 4.8 | 78.8 ± 13.6 | 27.6 ± 5.4 | 0.2 ± 0.2 | 0.1 ± 2.0 |

*BMI, body mass index; CLO, clozapine; HAL, haloperidol; OLZ, olanzapine; RIS, risperidone.
[†]n = 37 for BMI because of missing data.
[‡]Significant increase from baseline (paired *t*-tests, $p \leq 0.05$).
[§]Significant difference from haloperidol in change from baseline (Tukey's studentized range tests, $p \leq 0.05$)

corresponds to a greater than 8-kg increase in body weight. Our results indicated that the proportion of subjects with marked weight gain was significantly higher for olanzapine than for haloperidol ($\chi^2 = 7.3$, $df = 1$, $p = 0.01$) or risperidone ($\chi^2 = 6.4$, $df = 1$, $p = 0.007$); no other group difference reached statistical significance. The proportion of subjects with marked weight gain was 13 of 38 (34%) in the olanzapine group, 7 of 38 (18%) in the clozapine group, 4 of 39 (10%) in the risperidone group, and 3 of 36 (8%) in the haloperidol group.

*Change in psychopathology over time*

A modest average reduction of psychopathology was found in each of the four treatment groups. The overall improvement at study endpoint, as indexed by the total score on the PANSS, reached statistical significance with olanzapine and clozapine. Results in the subset of patients (n = 151) included in the current investigation were similar to those found in the entire set (N = 157). In particular, reduction of psychopathology was significant with olanzapine (paired-$t = 3.0$, $df = 37$, $p = 0.005$) and marginally significant with clozapine (paired-$t = 1.92$, $df = 37$, $p = 0.06$); results did not reach statistical significance with risperidone and haloperidol. The mean (SD) improvements over time, expressed in PANSS total score units, were 8.9 (SD = 18.2), 6.5 (SD = 20.9), 3.8 (SD = 17.8), and 2.0 (SD = 15.5) for the olanzapine, clozapine, risperidone, and haloperidol groups, respectively.

*Relationship between weight gain and overall clinical improvement*

The ANCOVA analysis indicated that therapeutic response during the double-blind treatment period interacted with change in body weight (kg) and type of antipsychotic treatment (interaction $F = 5.45$, $df = 4{,}150$, $p < 0.0004$). Because of the statistically significant interaction, post hoc analyses were conducted to investigate the association between therapeutic effect and weight gain in each of the four treatment groups separately. These analyses indicated a significant positive relationship between therapeutic response and gain in body weight for olanzapine (partial $R = 0.57$, $t = 3.98$, $df = 37$, $p < 0.0003$) and clozapine (partial $R = 0.39$, $t = 2.45$, $df = 37$, $p < 0.02$), but no association for risperidone (partial $R = 0.00$, $t = 0.38$, $df = 37$, not significant) and haloperidol (partial $R = 0.30$, $t = 1.9$, $df = 35$, $p < 0.06$). The investigation of relative (%) change in body weight and change in BMI over the treatment period yielded results similar to those for absolute weight gain. In particular, relative weight gain and increase in BMI were associated with a more favorable therapeutic response in the olanzapine (partial $R$ for relative change = 0.56, $t = 3.94$, $df = 37$, $p < 0.0004$; partial $R$ for change in BMI = 0.54, $t = 3.66$, $df = 36$, $p < 0.0009$) and clozapine groups (partial $R = 0.38$, $t = 2.41$, $df = 37$, $p < 0.02$; partial $R$ for change in BMI = 0.35, $t = 2.16$, $df = 37$, $p < 0.038$). No relationship was detected among patients treated with risperidone or haloperidol.

In order to investigate the potential clinical significance of this association further, we contrasted patients who demonstrated clear clinical improvement with those who deteriorated (by any amount) by the end of the study. These analyses (ANOVA) revealed that the mean differences in absolute weight gain between patients who improved and patients who deteriorated was approximately 9 kg and 5 kg in the olanzapine and clozapine groups, respectively. In contrast, in the risperidone and haloperidol groups, the weight gain was essentially the same in improvers and in patients who deteriorated (Table 3).

Consistent with these findings, in the olanzapine and clozapine groups, the probability of undergoing a marked (> 10%) weight increase during treatment was significantly higher in patients who improved than in patients who deteriorated. In particular, in the olanzapine group, more than half the improvers (11/20 [55%]) displayed a marked weight gain, whereas none of the patients who got worse during treatment (0/10 [0%]) obtained such an increase (Fisher's exact test for improvers vs. nonimprovers, $p < 0.001$). In the clozapine group, 40% of the improvers (6/15) demonstrated a marked weight gain, whereas none of the patients who got worse (0/12 [0%]) had a similar increase (Fisher's exact test, $p = 0.02$).

CONFIDENTIAL
AZSER12443491

TABLE 3. Symptom change and weight gain*

| | Patients with improvement > 20% PANSS | | | Patients with deterioration | | | |
|---|---|---|---|---|---|---|---|
| | | Increase in body weight, kg | | | Increase in body weight, kg | | |
| Drug | n | Mean | SD | n | Mean | SD | *F*, *p* |
| CLO† | 15 | 6.70 | 6.8 | 12 | 1.30 | 3.2 | 9.9, 0.005 |
| OLZ† | 20 | 9.04 | 7.4 | 10 | 0.17 | 3.1 | 11.6, 0.002 |
| RIS | 13 | 1.50 | 6.7 | 13 | 1.04 | 4.2 | 0.1, NS |
| HAL | 9 | 1.80 | 4.1 | 16 | −1.10 | 7.4 | 1.1, NS |

*CLO, clozapine; *F*, analysis of variance; HAL, haloperidol; NS, not significant; OLZ, olanzapine; PANSS, Positive and Negative Syndrome Scale; RIS, risperidone.

†A significant association between weight gain and symptom change was detected in the analyses when the entire sample was investigated ($p < 0.05$, multiple regression).

*Relationship between weight gain and individual PANSS subscales*

The purpose of these analyses was to investigate whether the observed association between global clinical improvement and weight gain in the olanzapine and the clozapine groups was specifically linked to positive or negative symptoms or related more to the improvement of general psychopathology. In order to accomplish this, ANCOVA analyses analogous to those for the total score were conducted for each of the three individual subscales of PANSS (positive symptoms, negative symptoms, and general psychopathology). For both olanzapine and clozapine, the strongest association occurred for general psychopathology, although for olanzapine, the association obtained statistical significance with each of the three subscales. As indicated by the multiple regression analysis, in the olanzapine group, the partial correlation between weight gain and improvement was 0.61 ($p = 0.0001$) for general psychopathology, 0.55 ($p = 0.0001$) for positive symptoms, and 0.34 ($p = 0.042$) for negative symptoms. The analogous values in the clozapine group were 0.39 ($p = 0.018$) for general psychopathology, 0.31 ($p = 0.07$) for positive symptoms, and 0.25 (NS) for negative symptoms.

*Effect of covariates on the association*

Previous studies identified several variables,[17–19] including age, length of illness, initial BMI, medication dose, and increased sedation, as potentially important covariates for weight gain produced by typical and atypical neuroleptics. The purpose of the analyses described here was to explore the impact of these covariates on our principal findings. In order to accomplish this, we performed a separate regression analysis for each of the variables to examine whether they were associated with weight gain among patients taking olanzapine or clozapine. In case a significant effect was found, we investigated whether the introduction of the variable as an additional covariate (compared with baseline symptom severity and initial weight) in the multiple regression analysis had an impact on our main findings (i.e., association of weight gain with overall improvement in the olanzapine and clozapine group).

Results indicated that age, duration of illness, medication dose, and change in sedation over time were unrelated to weight gain. In contrast, lower initial BMI was significantly related to greater weight gain over time in the clozapine group ($R = 0.52$, $t = -3.65$, $p = 0.0008$) and marginally significantly in the olanzapine group ($R = 0.32$, $t = -2.03$, $p = 0.0503$). However, when this variable (initial BMI) was added as an additional covariate to the analyses, the results remained essentially unchanged.

Because some of our study subjects terminated the trial prematurely, we also examined the impact of early termination on the results. We excluded patients who failed to complete the entire 8-week duration of the fixed-dose study period and repeated our principal analyses with the remaining subjects (i.e., multiple regressions examining relationship between weight gain and overall clinical improvement). The effect size in this sample of subjects (n = 31 for olanzapine, n = 29 for clozapine) was similar to that in the entire set (partial $R = 0.63$ and 0.34 for olanzapine and clozapine, respectively). The association was significant for olanzapine ($t = 4.18$, $p = 0.0003$) and reached marginal significance for clozapine ($t = 1.8$, $p = 0.076$). Finally, we noted that the effect size was virtually unchanged in the limited subset of patients who completed all 14 weeks of the trial (partial $R = 0.59$ [n = 26] and 0.34 [n = 22] for olanzapine and clozapine, respectively).

## Discussion

The possibility of an association between weight gain and favorable clinical response to neuroleptic treatment was raised in the early literature.[20] Weight gain is emerging as one of the most important side effects of most currently used atypical antipsychotics. Overall,

CONFIDENTIAL
AZSER12443492

clozapine and olanzapine appear to have the highest weight gain liability and ziprasidone the lowest[21] (with an average weight gain of 1.3–1.4 kg in long term trials, according to package label information). An important clinical question is whether the weight gain is associated with greater antipsychotic efficacy; the study that we report here is the first one to provide comparative empirical data for the three most commonly used atypicals.

The present clinical trial, consistent with previous studies in the literature,[2, 4, 19] found that all three atypical neuroleptics, but not haloperidol, produced a statistically significant increase in body weight in a sample of patients resistant to typical neuroleptics, and that the greatest weight gain occurred in patients treated with olanzapine or clozapine. Furthermore, results indicate that greater therapeutic responses to olanzapine and clozapine are associated with a greater weight gain during treatment.

For risperidone, the association did not reach statistical significance. Because a 2-year study reported an association,[13, 14] it is possible that our negative result was caused by the relatively short trial duration (14 weeks), a significant limitation of the current experiment. In addition, it is conceivable that the lack of association resulted from the fact that risperidone elicited less improvement in the current sample than did clozapine or olanzapine. However, we think that this explanation is unlikely, because responders and nonresponders in the risperidone group were virtually indistinguishable (as opposed to the olanzapine and clozapine groups, Table 3) in terms of change in body weight over time from baseline to endpoint.

Could a greater improvement in positive symptoms and agitation (as opposed to improvement in negative symptoms) lead to a decreased caloric expenditure and increased nutrition, causing higher weight gain? The results did not suggest that this was the mechanism. For both olanzapine and clozapine, the association between therapeutic response and weight gain was most pronounced for general symptomatology; no specific relationship emerged with the positive or the negative symptoms. These findings are consistent with other results for clozapine,[7] indicating a lack of differential relationship between weight gain and positive or negative symptoms. Nevertheless, because many patients who gain weight during antipsychotic treatment report increased appetite and carbohydrate craving,[21] prospective studies assessing longitudinal changes in caloric intake and expenditure during treatment are needed to examine this issue further.

Because atypical antipsychotics have a high affinity to the histamine-$H_1$ receptors and antihistamines have been shown to elicit weight gain, histamine blockade has been implicated as potential mediator of the weight gain generated by atypical neuroleptics.[4, 17, 19] A recent study concluded that weight gain liability of atypical neuroleptics showed a stronger correlation with an $H_1$ blockade as compared with the blockade of $5HT_2$-receptors.[4] Because pharmacologic agents with antihistaminic activity increase sedation, it is conceivable that weight gain would occur secondary to a reduced mobility (which could be the result of a higher sedation). However, this hypothesis is unlikely to explain our results, because we found a lack of association between weight gain during treatment and change in sedation, as indexed by the sedation factor on the NOSIE.

Because a recent positron emission tomography study[22] revealed a close relationship between obesity and a decreased availability of dopamine-$D_2$ receptors in the striatal system, the role of the dopaminergic system in our findings requires consideration. In particular, typical neuroleptics such as haloperidol produce a powerful blockade of the dopamine-$D_2$ receptors,[23–26] and antipsychotic effects are thought mediated by a decrease in dopaminergic neurotransmission[27] by these compounds. In addition, the neurotransmitter dopamine is thought to play a modulating role in the reward circuits of the brain[28] and to participate in the regulation of food intake.[29, 30] Furthermore, genetic studies indicate an interaction between the dopamine-$D_2$ receptor gene and genetic variants of the human obesity gene.[31] However, we think it is unlikely that our findings were attributable to dopaminergic effects, because haloperidol produced no overall effect on body weight, and improvers and nonimprovers were not different in weight gain.

Because (1) weight gain was related to greater improvement among patients taking clozapine or olanzapine and (2) the blockade of serotonergic receptors is considered critical for their atypical antipsychotic action,[32, 33] we assume that serotonergic effects play an important role in the mediation of the weight gain produced by these drugs. This assumption is consistent with data indicating that changes in serotonergic neurotransmission are closely related to changes in body weight and food intake.[1, 34–37]

Furthermore, patients enrolled in our study displayed a clear resistance to typical neuroleptics. However, as indicated by the results, some of these treatment-resistant patients could derive a clear benefit from treatment with atypical agents, which produce an antagonism of the serotonin system. As suggested in the literature,[38] patients who gain more benefits from this treatment may display a more pronounced dysfunction of the serotonin system; such a dysfunction (e.g., an increased serotonergic neurotransmission) could be responsible for the treatment resistance to typical neuroleptics. In addition, a greater responsivity to the serotonergic blockade in

CONFIDENTIAL
AZSER12443493

these patients could underlie both a better therapeutic response to atypical neuroleptics and a greater susceptibility to weight gain. However, because the regulation of body weight involves a complex interaction between clinical, environmental, behavioral, and neurochemical factors, additional studies are needed to clarify the mechanism that might mediate the association we describe in this report. Such studies should involve long-term clinical assessment, more detailed evaluation of psychopathology and social interaction, specific indices for multiple neurotransmitter and receptor systems, and investigation of potential influence of peptides (e.g., leptin[39–41]) and hormones (e.g., prolactin) that may contribute to our findings.

In conclusion, we found that patients who are more likely to gain the maximal therapeutic benefits of clozapine and olanzapine are also at the highest risk to undergo a substantial weight increase during treatment. In the current study, approximately 55% and 45% of the improvers in the olanzapine and clozapine group (respectively) developed a marked weight gain during the 14-week duration of the trial. Because such a weight gain may represent the first step in a cascade of events resulting in insulin resistance, glucose intolerance, type 2 diabetes, and cardiovascular disease,[21] our results suggest that physicians should routinely monitor body weight in clinical practice. Potential preventative measures that are particularly suitable for patients with schizophrenia,[42] including dietary interventions, behavior modification, and pharmacologic strategies (e.g., adjunctive treatment,[43] switching to compounds with lower weight gain potential[21]) should be considered as part of the treatment.

The fact that antipsychotic response was robustly related to weight gain—which can lead, in turn, to noncompliance and clinical deterioration—raises many questions.[44, 45] Most importantly, if weight gain and antipsychotic response are mechanistically related (e.g., they are both attributable to effects on the same receptor system), can we achieve successful weight control without substantially reducing the beneficial therapeutic effects of these medications? Future research should address this issue.

## Acknowledgments

US National Institute of Mental Health grant (R10 MH53550) provided the principal support for this project. Eli Lilly and Co. contributed supplemental funding. The authors thank Janssen Research Foundation, Eli Lilly and Co., Novartis Pharmaceuticals Corp., and Merck and Co. for their generous gifts of medications.

## References

1. Baptista T. Body weight gain induced by antipsychotic drugs: mechanisms and management. Acta Psychiatr Scand 1999;100:3–16.
2. Allison DB, Mentore JL, Heo M, et al. Antipsychotic-induced weight gain: a comprehensive research synthesis. Am J Psychiatry 1999;156:1686–96.
3. Umbricht DSG, Pollack S, Kane JM. Clozapine and weight gain. J Clin Psychiatry 1994;55[suppl B]:157–60.
4. Wirshing DA, Wirshing WC, Kysar L, et al. Novel antipsychotics: comparison of weight gain liabilities. J Clin Psychiatry 1999;60: 358–63.
5. Taylor DM, McAskill R. Atypical antipsychotics and weight gain: a systematic review. Acta Psychiatr Scand 2000;101:416–32.
6. Henderson DC, Cagliero E, Gray C, et al. Clozapine, diabetes mellitus, weight gain, and lipid abnormalities: a five-year naturalistic study. Am J Psychiatry 2000;157:975–81.
7. Bustillo JR, Buchanan RW, Irish D, et al. Differential effect of clozapine on weight: a controlled study. Am J Psychiatry 1996;153:817–9.
8. Leadbetter R, Shutty M, Pavalonis D, et al. Clozapine-induced weight gain: prevalence and clinical relevance. Am J Psychiatry 1992;149:68–72.
9. Dobmeier M, Haen E, Mueller J, et al. Therapeutic drug monitoring of olanzapine [abstract]. Presented at the 153rd Annual Meeting of the American Psychiatric Association. Chicago, IL: New Research Abstracts, 2000.
10. Jalenques I, Tauveron I, Albuisson E, et al. Weight gain and clozapine [in French]. Encephale 1996;22(spec no 3):77–79.
11. Gupta S, Droney T, Al-Samarrai S, et al. Olanzapine: weight gain and therapeutic efficacy [letter]. J Clin Psychopharmacol 1999;19: 273–5.
12. Ritter LM, Meador-Woodruff JH, Dalack GW. Weight gain and response to olanzapine treatment in schizophrenia [abstract]. Biol Psychiatry 2000;47:48S.
13. Basson BR, Kinon BJ, Taylor CC, et al. Factors influencing acute weight change in patients with schizophrenia treated with olanzapine, haloperidol, or risperidone. J Clin Psychiatry 2001;62:231–8.
14. Jones B, Basson BR, Walker DJ, et al. Weight change and atypical antipsychotic treatment in patients with schizophrenia. J Clin Psychiatry 2001;62[suppl 2]:41–4.
15. Kay SR, Opler LA, Lindenmayer JP. The Positive and Negative Syndrome Scale (PANSS): rationale and standardisation. Br J Psychiatry Suppl 1989;155:59–65.
16. Honigfeld G. Nosie-30: history and current status of its use in pharmacopsychiatric research. Mod Probl Pharmacopsychiatry 1974;7:238–63.
17. Wetterling T, Mussigbrodt HE. Weight gain: side effect of atypical neuroleptics? J Clin Psychopharmacol 1999;19:316–21.
18. Ganguli R. Weight gain associated with antipsychotic drugs. J Clin Psychiatry 1999;60[suppl 21]:20–24.
19. Stanton JM. Weight gain associated with neuroleptic medication: a review. Schizophr Bull 1995;21:463–72.
20. Planansky K, Heilizer F. Weight changes in relation to the characteristics of patients on chlorpromazine. J Clin Exp Psychopathol Q Rev Psychiatry Neurol 1959;20:53–7.
21. McIntyre RS, McCann SM, Kennedy SH. Antipsychotic metabolic effects: weight gain, diabetes mellitus, and lipid abnormalities. Can J Psychiatry 2001;46:273–81.
22. Wang G-J, Volkow ND, Logan J, et al. Brain dopamine and obesity. Lancet 2001;357:354–7.
23. Kapur S, Remington G, Jones C, et al. High levels of dopamine d2 receptor occupancy with low-dose haloperidol treatment: a PET study. Am J Psychiatry 1996;153:948–50.
24. Leysen JE, Gommeren W, Schotte A. Serotonin receptor subtypes: possible roles and implications in antipsychotic drug action. In: Kane JM, Moller HJ, Awouters F, eds. Serotonin in antipsychotic treatment. New York: Marcel Dekker, 1996:51–75.
25. Kapur S, Zipursky RB, Remington G, et al. 5-HT2 and D2 receptor occupancy of olanzapine in schizophrenia: a PET investigation. Am J Psychiatry 1998;155:921–8.
26. Kapur S, Zipursky RB, Remington G. Clinical and theoretical implications of 5-HT2 and D2 receptor occupancy of clozapine, risperidone, and olanzapine in schizophrenia. Am J Psychiatry 1999;156:286–93.
27. Seeman P, Lee T. Antipsychotic drugs: direct correlation between clinical potency and presynaptic action on dopamine neurons. Science 1975;188:1217–9.

CONFIDENTIAL
AZSER12443494

Case 6:06-md-01769-ACC-DAB Document 1349-20 Filed 03/11/09 Page 18 of 33 PageID 42123

28. Berridge KC, Robinson TE. What is the role of dopamine in reward: hedonic impact, reward learning, or incentive salience? Brain Res Brain Res Rev 1998;28:309–69.
29. Balcioglu A, Wurtman RJ. Effects of phentermine on striatal dopamine and serotonin release in conscious rats: in vivo microdialysis study. Int J Obes Relat Metab Disord 1998;22:325–8.
30. Martel P, Fantino M. Mesolimbic dopaminergic system activity as a function of food reward: a microdialysis study. Pharmacol Biochem Behav 1996;53:221–6.
31. Comings DE, Gade R, MacMurray JP, et al. Genetic variants of the human obesity (OB) gene: association with body mass index in young women, psychiatric symptoms, and interaction with the dopamine D2 receptor (DRD2) gene. Mol Psychiatry 1996;1:325–35.
32. Meltzer HY. The mechanism of action of novel antipsychotic drugs. Schizophr Bull 1991;17:263–87.
33. Fulton B, Goa KL. Olanzapine: a review of its pharmacological properties and therapeutic efficacy in the management of schizophrenia and related psychoses. Drugs 1997;53:281–98.
34. Samanin R, Garattini S. Neurochemical mechanism of action of anorectic drugs. Pharmacol Toxicol 1993;73:63–8.
35. Parada MA, Hernandez L, Degoma E. Serotonin may play a role in the anorexia induced by amphetamine injections into the lateral hypothalamus. Brain Res 1992;577:218–25.
36. Strombom U, Krotkiewski M, Blennow K, et al. The concentrations of monoamine metabolites and neuropeptides in the cerebrospinal fluid of obese women with different body fat distribution. Int J Obes Relat Metab Disord 1996;20:361–8.
37. Goodall E, Oxtoby C, Richards R, et al. A clinical trial of the efficacy and acceptability of D-fenfluramine in the treatment of neuroleptic-induced obesity. Br J Psychiatry 1988;153:208–13.
38. Bleich A, Brown SL, Kahn R, et al. The role of serotonin in schizophrenia. Schizophr Bull 1988;14:297–315.
39. Kraus T, Haack M, Schuld A, et al. Body weight and leptin plasma levels during treatment with antipsychotic drugs. Am J Psychiatry 1999;156:312–4.
40. Yanovski JA, Yanovski SZ. Recent advances in basic obesity research. JAMA 1999;282:1504–6.
41. Campfield LA, Smith FJ, Guisez Y, et al. Recombinant mouse OB protein: evidence for a peripheral signal linking adiposity and central neural networks. Science 1995;269:546–9.
42. Green AI, Patel JK, Goisman RM, et al. Weight gain from novel antipsychotic drugs: need for action. Gen Hosp Psychiatry 2000;22:224–35.
43. Sacchetti E, Guarneri L, Bravi D. H2 antagonist nizatidine may control olanzapine-associated weight gain in schizophrenic patients. Biol Psychiatry 2000;48:167–8.
44. Blackburn GL. Weight gain and antipsychotic medication. J Clin Psychiatry 2000;61[suppl 8]:36–41.
45. Sachs GS, Guille C. Weight gain associated with use of psychotropic medications. J Clin Psychiatry 1999;60[suppl 21]:16–9.

CONFIDENTIAL
AZSER12443495

SPECIAL COMMUNICATION

# Relationship Between Fasting Plasma Glucose and Glycosylated Hemoglobin

## Potential for False-Positive Diagnoses of Type 2 Diabetes Using New Diagnostic Criteria

Mayer B. Davidson, MD
David L. Schriger, MD, MPH
Anne L. Peters, MD
Brett Lorber, MPH

**Context** New criteria for the diagnosis of type 2 diabetes mellitus have recently been introduced that lowered the diagnostic fasting plasma glucose (FPG) concentration from 7.8 to 7.0 mmol/L (140 to 126 mg/dL).

**Objective** To determine if individuals with diabetes diagnosed by the new FPG concentration criterion would have excessive glycosylation (elevated hemoglobin [$HbA_{1c}$] levels).

**Definitions** We determined the distribution of $HbA_{1c}$ levels in individuals using 4 classifications: (1) normal by the new criterion (FPG concentration <6.1 mmol/L [110 mg/dL]); (2) impaired fasting glucose by the new criterion (FPG concentration of 6.1-6.9 mmol/L [110-125 mg/dL]); (3) diabetes diagnosed solely by the new FPG concentration criterion of 7.0 through 7.7 mmol/L (126-139 mg/dL); and (4) diabetes diagnosed by the previous FPG concentration criterion of 7.8 mmol/L (140 mg/dL) or higher.

**Design** Cross-sectional analysis of 2 large data sets (NHANES III and Meta-Analysis Research Group [MRG] on the Diagnosis of Diabetes Using Glycated Hemoglobin) that contained individuals in whom FPG concentrations, 2-hour glucose concentrations using an oral glucose tolerance test, and an $HbA_{1c}$ level were simultaneously measured. We cross-tabulated FPG concentrations (<6.1 mmol/L [110 mg/dL], 6.1-6.9 mmol/L [110-125 mg/dL], 7.0-7.7 mmol/L [126-139 mg/dL], and ≥7.8 mmol/L [140 mg/dL]) and $HbA_{1c}$ levels separated into 3 intervals: normal, less than the upper limit of normal (ULN); slightly elevated, ULN to ULN plus 1%; and high, higher than ULN plus 1%.

**Results** Among subjects with normal FPG concentrations, $HbA_{1c}$ levels in the NHANES III (and the MRG) data sets were normal in 97.3% (96.2%), slightly elevated in 2.7% (3.6%), and high in 0.1% (0.2%). Among individuals with impaired fasting glucose, $HbA_{1c}$ concentrations were normal in 86.7% (81.4%), slightly elevated in 13.1% (16.4%), and high in 0.2% (2.2%). Among diabetic patients diagnosed by the new FPG criterion only, $HbA_{1c}$ levels were normal in 60.9% (59.6%), slightly elevated in 35.8% (32.8%), and high in 3.4% (7.6%). In diabetic patients diagnosed by the former FPG criterion, $HbA_{1c}$ levels were normal in 18.6% (16.7%), slightly elevated in 32.5% (21.0%), and high in 48.9% (62.3%).

**Conclusions** About 60% of the new cohort of diabetic patients in both data sets have normal $HbA_{1c}$ levels. We believe that diabetes should not be diagnosed in those with FPG concentrations less than 7.8 mmol/L (140 mg/dL) unless excessive glycosylation is evident. Individuals without excessive glycosylation but with moderate elevations of FPG concentrations (6.1-7.7 mmol/L [110-139 mg/dL]) should be diagnosed as having impaired fasting glucose and treated with an appropriate diet and exercise. This diagnostic labeling achieves the goal of early intervention without subjecting these persons to the potentially negative insurance, employment, social, and psychological consequences of a diagnosis of diabetes mellitus.

*JAMA. 1999;281:1203-1210* www.jama.com

The rationale for the former diagnostic criteria of diabetes, which have been accepted by both the National Diabetes Data Group[1] and the World Health Organization,[2] was that the specific microvascular complication of retinopathy would subsequently develop in a much larger proportion of individuals whose glucose concentrations exceeded the values defining diabetes mellitus than those with lower levels. Specifically, the previous World Health Organization criteria for diabetes were a fasting plasma glucose (FPG) concentration of 7.8 mmol/L (140 mg/dL) or more, or an oral glucose tolerance test (OGTT) result (2-hour plasma glucose concentration following 75 g of oral glucose) of 11.1 mmol/L (200 mg/dL) or more. The corresponding criteria for impaired glucose tolerance were an FPG concentration of less than 7.8 mmol/L (140 mg/dL) and a 2-hour value from the OGTT of 7.8 to 11.0 mmol/L (140-199 mg/dL). The cutpoints selected were based on 3 prospective studies in which 1213 subjects were given an OGTT, 77 of whom developed retinopathy 3 to 8 years later.[3-5]

**For editorial comment see p 1222.**

**Author Affiliations** are listed at the end of this article.
**Corresponding Author and Reprints:** Mayer B. Davidson, MD, Charles R. Drew University of Medicine and Science, AFH Bldg, Mailpoint 30, 1731 E 120th St, Los Angeles, CA 90059.

CONFIDENTIAL
AZSER12443496

We agree with the logic that the diagnosis of diabetes should be based on levels of glycemia that are associated with the development of specific microvascular complications (eg, retinopathy). In recent years, excessive glycosylation of a variety of proteins[6-33] has been widely accepted to be a major (albeit probably not the sole) pathogenic factor in the microvascular and neuropathic complications of diabetes. Of more importance, aminoguanidine, a molecule that inhibits advanced glycosylation before irreversible cross-linking occurs, prevented or lessened the formation of both advanced glycosylation end products and diabetes-related complications in vivo in diabetic animals.[6] Two other inhibitors of advanced glycosylation, a monoclonal antibody against Amadori-modified glycosylated albumin[34,35] and a novel thiazolidine derivative,[36] significantly reduced advanced glycosylation end products and slowed the development of diabetic nephropathy and retinopathy in 2 animal models of diabetes. Although intervention trials in humans have not been completed, there is a strong association in both humans and animals between the microvascular and neuropathic complications of diabetes and excessive glycosylation, as well as proof of causation in animals. Finally, there was a quantitative in-vivo link between glycosylated hemoglobin ($HbA_{1c}$) levels and advanced glycosylation end product formation in human red blood cells.[37] This compelling evidence is the basis for physicians to use glycosylated hemoglobin levels to monitor the results of treatment.

In 1995, the Expert Committee (EC) on the Diagnosis and Classification of Diabetes Mellitus, convened by the American Diabetes Association, reexamined both the diagnosis and classification of diabetes in light of any new information available since the 1979 report of the National Diabetes Data Group.[1] The classic symptoms of diabetes include polyuria, polydipsia, and unexplained weight loss. The new criteria[38] for the diagnosis of diabetes are: (1) symptoms of diabetes and casual plasma glucose concentration of 11.1 mmol/L (200 mg/dL) or higher (casual is defined as any time of day without regard to time since last meal); or (2) FPG of 7.0 mmol/L (126 mg/dL) or higher (fasting is defined as no energy intake for at least 8 hours); or (3) 2-hour plasma glucose of 11.1 mmol/L (200 mg/dL) or more during an OGTT (the test should be performed as described by the World Health Organization[2] using a glucose load containing the equivalent of 75 g of anhydrous glucose dissolved in water). In the absence of unequivocal hyperglycemia with acute metabolic decompensation, these criteria should be confirmed by repeat testing on a different day. The third measure listed above is not recommended for routine clinical use. The new approach eliminates the OGTT in routine clinical practice and lowers the threshold for diagnosing diabetes by the FPG concentration from 7.8 to 7.0 mmol/L (140 to 126 mg/dL). The EC also defined a normal FPG concentration as less than 6.1 mmol/L (110 mg/dL) and values of 6.1 to 6.9 mmol/L (110-125 mg/dL) as impaired fasting glucose (IFG).[38]

Due to the importance of glycosylation in the pathogenesis of the microvascular complications and the development of these (especially retinopathy) to define the criteria for diabetes, individuals with normal glycosylated hemoglobin levels, in our view, should not be considered to have diabetes. Because glycosylated hemoglobin levels are used to judge therapy, their treatment with diet and exercise would be no different than in those with lower FPG concentrations. Labeling these individuals as people with diabetes exposes them to potentially negative insurance, employment, social, and psychological consequences and creates more harm than benefit. Therefore, we examined the distribution of $HbA_{1c}$ levels in the patients diagnosed as having diabetes by the new criterion only (ie, those with FPG concentrations of 7.0-7.7 mmol/L [126-139 mg/dL]). We also compared the distribution of $HbA_{1c}$ levels in those whose diagnosis was changed from diabetes to IFG by the new criteria. For example, a patient with 2-hour value from the OGTT of 11.1 mmol/L (200 mg/dL) or more but whose FPG concentration was lower than 7.0 mmol/L (126 mg/dL) was diagnosed as having diabetes by the old criteria but IFG by the new vs a patient with a 2-hour OGTT value that was lower than 11.1 mmol/L (200 mg/dL) but with an FPG concentration of 7.0 to 7.7 mmol/L (126-139 mg/dL) who was diagnosed as having diabetes by the new criterion.

## METHODS

We used 2 data sets to examine the consequences of the change in definition of diabetes. The third National Health and Nutrition Examination Survey (NHANES III) conducted from 1988 to 1994 was designed to assess the health of the nation.[39,40] The other data set used was the Meta-Analysis Research Group (MRG) on the Diagnosis of Diabetes using Glycated Hemoglobin containing the pooled results of 10 studies in which FPG concentrations, 2-hour values from OGTT, and $HbA_{1c}$ levels were simultaneously measured.[41]

NHANES III is a national health survey that includes historical, physical, and laboratory examination of subjects selected through a stratified multistage, probability-cluster sampling design. It is designed to provide data representative of the US population. Subjects in NHANES III who met the following criteria were identified using STATA 5.0 (STATA Corp, College Station, Tex) in accordance with the method described by Harris et al[39,40]: (1) age between 40 and 74 years, (2) no known history of diabetes (other than gestational diabetes), (3) appropriately fasted overnight, and (4) fasting, 2-hour 75-g postglucose load and $HbA_{1c}$ measurements taken according to protocol.

Subjects were identified in the 11 276 population MRG data set if they had fasting and 2-hour postglucose load measurements and whose glycosylated hemoglobin levels were measured by ion exchange chromatography ($HbA_{1c}$). When required (because some of the studies used 50-g glucose

CONFIDENTIAL
AZSER12443497

loads or measured capillary whole blood glucose), values were transformed to represent venous plasma values before and 2 hours after 75 g of glucose.[41] We defined normal glucose tolerance according to the new criteria[38] (ie, an FPG concentration <6.1 mmol/L [110 mg/dL] and a 2-hour glucose value following a 75-g oral glucose load of <7.8 mmol/L [140 mg/dL]). We defined the normal range for $HbA_{1c}$ in each data set separately, including only those subjects who met these fasting and 2-hour criteria. The upper limit of normal (ULN) of $HbA_{1c}$ was defined as mean plus 2 SDs.

For each data set, we cross-tabulated FPG concentrations lower than 6.1 mmol/L (110 mg/dL), 6.1 to 6.9 mmol/L (110 to 125 mg/dL), 7.0 to 7.7 mmol/L (126 to 139 mg/dL), and 7.8 mmol/L (140 mg/dL) or higher with $HbA_{1c}$ levels of less than ULN, ULN to ULN plus 1%, and greater than ULN plus 1%. In the MRG data set there was no weighting, each subject contributed equally. In NHANES III, we used their WTPFSD6 weighting variable to render $HbA_{1c}$ distributions representative of the US population in this age group.[39,40] This variable adjusts the distribution to account for the intentional oversampling of minority populations and reconstitutes a distribution representative of the age and ethnic and racial makeup of the United States. We divided elevated $HbA_{1c}$ values into 2 intervals of ULN to ULN plus 1% and more than ULN plus 1% for the following reasons: (1) patients whose glycosylated hemoglobin levels are less than ULN plus 1% do not have or have little development or progression of retinopathy or nephropathy,[42-46] (2) patients with glycosylated hemoglobin levels of 1% above the ULN or more have 90% to 95% chance of meeting the OGTT criteria for diabetes,[41,47] and (3) individuals with lesser degrees of hyperglycemia (ie, those with IFG or impaired glucose tolerance) almost always have glycosylated hemoglobin levels of less than 1% above the ULN.

We were interested in 2 theoretical groups of patients whose diagnostic status would differ whether they presented for diabetes screening before or after implementation of the new recommendations. For example, if patients in the first group had FPG levels of less than 7.0 mmol/L (126 mg/dL) their levels would not meet the criterion for diabetes. But if they had elevated 2-hour glucose values from OGTTs of more than 11.1 mmol/L (200 mg/dL) their values would meet the old critera for a diagnosis of diabetes. However, if these patients presented for screening under the new recommendations, the OGTT would not be performed, their 2-hour value would remain unknown, and they would be deemed not to have diabetes on the basis of their FPG concentrations. We call these persons the newly normal group. If the second group has FPG concentrations of 7.0 to 7.7 mmol/L (126-139 mg/dL) with 2-hour glucose values from the OGTT of less than 11.1 mmol/L (200 mg/dL), they would not have diabetes by the old criteria (since their FPG concentrations are <7.8 mmol/L [140 mg/dL] and their 2-hour glucose values on the OGTT are <11.1 mmol/L [200 mg/dL]), but would be diagnosed as having diabetes by the new criterion (since their fasting glucose concentrations are ≥7.0 mmol/L [126 mg/dL]). We refer to these persons as the newly diabetic group. Thus, we wanted to compare the prevalence of excessive glycosylation in the newly diabetic with the newly normal group. If the new diagnostic recommendations represent an improvement, the prevalence of excessive glycosylation should be higher in the newly diabetic group than in the newly normal group. To perform this analysis, we identified subjects in the 2 databases who met these fasting and 2-hour criteria and compared the number of subjects and the distribution of $HbA_{1c}$ levels in each group.

## RESULTS

There were 2836 persons in the NHANES III data set who met inclusion criteria. There was a mean (SD) of 5.3% (0.4%) $HbA_{1c}$ level of the 1846 subjects with normal glucose tolerance (FPG <6.1 mmol/L [110 mg/dL] and 2-hour glucose values <11.1 mmol/L [140 mg/dL]). Therefore, the normal range (mean ± 2 SD) was 4.4% to 6.1% in the NHANES III population. After weighting the population sample, these normal subjects represented 71% of the US population not already known to have diabetes. A normal glucose tolerance was found in 6952 (78%) of the 8917 subjects in the MRG data set, whose glycosylated hemoglobin levels were measured in an $HbA_{1c}$ assay. The mean (SD) $HbA_{1c}$ level in these subjects was 5.1% (0.6%). Therefore, the normal range in the MRG population was 3.9% to 6.3%.

The relationship of FPG concentrations to $HbA_{1c}$ levels was similar in the 2 data sets (TABLE and FIGURE 1). For simplicity, and because they are population-based, only NHANES III data are presented in the text. Excessive glycosylation was rare in those with normal FPG concentrations (<3% of the population), and while 13% of those with IFG (FPG concentrations 6.1-6.9 mmol/L [110-125 mg/dL]) had mild elevations in $HbA_{1c}$ levels (6.2%-7.0%), less than 0.2% of this group had marked elevations in $HbA_{1c}$ levels (≥7.1%). The distribution of $HbA_{1c}$ levels in subjects diagnosed as having diabetes with FPG values between 7.0 and 7.7 mmol/L (126-139 mg/dL) (the newly diabetic group was defined as those with 2-hour values <200 mg/dL, but some had 2-hour values >200 mg/dL) was closer in shape to the distribution of those with IFG (FPG concentrations 6.1-6.9 mmol/L [110-125 mg/dL]) than those with unquestionable diabetes (FPG concentrations >7.7 mmol/L [139 mg/dL]). While the prevalence of mildly increased glycosylation is similar in this group and those having diabetes by the old fasting criterion (about 34%), the prevalence of high $HbA_{1c}$ levels in the new cohort of diabetic patients is roughly 3%, which is a value much closer to the 0.2% seen in those with IFG than the 49% seen in those with FPG concentrations of more than 7.7 mmol/L (139 mg/dL).

Seventy-three percent of individuals who would be diagnosed as having dia-

CONFIDENTIAL
AZSER12443498

**Table.** Distribution of Hemoglobin $A_{1c}$ Levels According to Fasting Plasma Glucose Concentrations*

| Diagnosis | Fasting Plasma Glucose Level, mmol/L (mg/dL) | NHANES III: No. of Subjects† (%) | NHANES III Glucose Level, mmol/L: ≤6.1 | 6.2-7.0 | ≥7.1 | Meta-Analysis Research Group: No. of Subjects† (%) | MRG Glucose Level, mmol/L: ≤6.3 | 6.4-7.2 | ≥7.3 |
|---|---|---|---|---|---|---|---|---|---|
| Normal | <6.1 (110) | 2284 (84) | 97.3 | 2.7 | 0.1 | 7908 (89) | 96.2 | 3.6 | 0.2 |
| Impaired fasting glucose | 6.1-6.9 (110-125) | 373 (11) | 86.7 | 13.1 | 0.2 | 602 (7) | 81.4 | 16.4 | 2.2 |
| Diabetes by new fasting criterion only | 7.0-7.7 (126-139) | 77 (2) | 60.9 | 35.8 | 3.4 | 131 (1) | 59.6 | 32.8 | 7.6 |
| Diabetes by old and new fasting criterion | ≥7.8 (140) | 102 (3) | 18.6 | 32.5 | 48.9 | 276 (3) | 16.7 | 21.0 | 62.3 |

Column groups: Hemoglobin $A_{1c}$, % — National Health and Nutrition Examination Survey (NHANES III) Data Set; Meta-Analysis Research Group Data Set.

*To convert hemoglobin $A_{1c}$ from percentage of total hemoglobin to proportion of total hemoglobin, multiply by 0.01.
†Based on the US population after weighting the population actually studied, which oversampled minorities.

**Figure 1.** Distribution of Hemoglobin $A_{1c}$ Levels by Fasting Plasma Glucose

The third National Health and Nutrition Examination Survey (NHANES III) data set had 2836 subjects and the Meta-Analysis Research Group data set had 8917. To convert hemoglobin $A_{1c}$ from percentage of total hemoglobin to proportion of total hemoglobin, multiply by 0.01. See Table for percentage of subjects in each strata of fasting plasma glucose concentrations and "Methods" for description of study population and for determination of upper limits of normal of hemoglobin $A_{1c}$ levels.

**Figure 2.** Distribution of Hemoglobin $A_{1c}$ Levels in Those Diagnosed as Having Diabetes Mellitus by New and Old Criteria

Diagnosis based on fasting plasma glucose concentrations of 7.0 to 7.7 mmol/L (126-139 mg/dL) and 2-hour glucose concentrations of less than 11.1 mmol/L (200 mg/dL) and by the old criteria (the cohort of patients diagnosed as having diabetes mellitus by 2-hour glucose concentrations of 11.1 mmol/L (200 mg/dL) or higher but with FPG concentrations <7.0 mmol/L [126 mg/dL]). To convert hemoglobin $A_{1c}$ from percentage of total hemoglobin to proportion of total hemoglobin, multiply by 0.01.

betes under the new criterion only (ie, the newly diabetic group with FPG concentrations from 7.0-7.7 mmol/L [126-139 mg/dL] and 2-hour OGTT values <11.1 mmol/L [200 mg/dL]) had normal glycosylated hemoglobin levels (FIGURE 2). Twenty-seven percent of this group had mildly elevated $HbA_{1c}$ levels and none had $HbA_{1c}$ levels above the ULN plus 1% (7.1%). By comparison, 82% of individuals in the newly normal group (2-hour OGTT values ≥11.1 mmol/L [200 mg/dL] and FPG concentration <7.0 mmol/L [126 mg/dL]) had normal glycosylation, with 18% having mild elevations and only 0.3% with high values. Based on the number of individuals in each data set who had the FPG and 2-hour values described above, we estimated that implementation of the new criteria labels 1 additional person as having diabetes by virtue of an FPG concentration from 7.0 to 7.7 mmol/L (126-139 mg/dL) and a 2-hour OGTT glucose value of less than 11.1 mmol/L (200 mg/dL) for every 3 individuals who had diabetes solely by the 2-hour OGTT glucose value (≥11.1 mmol/L [200 mg/dL]) but not by the new FPG concentration criterion (ie, fasting values <7.0 mmol/L [126 mg/dL]). Of course, these latter patients were mostly unidentified because OGTT results were often not used to make the diagnosis of diabetes.

## COMMENT

Despite their disparate origins (the NHANES III data set was a population-based sample whereas the MRG data set was aggregated from 10 published studies), the results from each were remarkably similar. Sixty percent of individuals in both data sets diagnosed as having diabetes by the new criterion only (ie, those with FPG concentrations of 7.0-7.7 mmol/L [126-139 mg/dL]) had a normal $HbA_{1c}$ level (Table). This congruence gives added credibility to these findings. Furthermore, these cohorts had only a 3.4% to 7.6% chance of having a level of glycosylation that is associated with much development or progression of the microvascular complications.[42-46] As stated in the EC's report,[38] "determining the optimal diagnostic level of hyperglycemia depends on a balance between the medical, social, and economic costs of making a diagnosis in someone who is not truly at substantial

CONFIDENTIAL
AZSER12443499

risk of the adverse effects of diabetes and those of failing to diagnose someone who is." Since treatment is linked to measures of excessive glycosylation, we believe that giving individuals with normal glycosylated hemoglobin levels the diagnosis of diabetes will lead to more harm than benefit (eg, employment, insurance, and possibly social and psychological disadvantages).[48,49] In fact, people diagnosed as having diabetes are 8 times more likely to be unable to obtain medical insurance because of poor health or illness than people without diabetes.[50]

Three studies (FIGURES 3 through 5) were offered in support of the lowered FPG concentration to make the diagnosis of diabetes in the EC's report.[38] The most apparent aspect of all 3 studies is that unlike blood pressure and cholesterol levels for which risk increases continuously even in the normal range, there is a threshold above which the risk for diabetic retinopathy increases markedly. The value of that threshold is the issue. In the EC's report,[38] only the minimum values of each decile were presented. Although we do not know the individual values of those patients with retinopathy in the initial decile of increased prevalence, it is extremely unlikely that most of them congregated at the lower end of the decile. We have included the mean and maximum values for each decile as well as the number of individuals within each decile in Figures 3 through 5.

In the Pima Indian study[51] depicted in Figure 3, both longitudinal and cross-sectional data were compiled in 960 subjects aged 25 years or older. The increase in retinopathy occurred in the ninth decile in which the minimum and mean FPG concentrations were 7.6 mmol/L (136 mg/dL) and 9.3 mmol/L (168 mg/dL), respectively. Although the minimum value might be considered consistent with the EC's recommendation that the diagnosis of diabetes could be made by FPG concentrations below 7.8 mmol/L (140 mg/dL), the mean value, which is much more likely to reflect the threshold value for retinopathy in this decile, is certainly not.

In the Egyptian study[52] shown in Figure 4, cross-sectional data were collected in 1018 subjects. The prevalence of diabetic retinopathy increased in the eighth decile in which the minimum and mean FPG concentrations were 7.2 mmol/L (130 mg/dL) and 8.6 mmol/L (155 mg/dL), respectively. Again, although the minimum value could be considered consistent with the new FPG concentration criterion for the diagnosis of diabetes, the mean value is more consistent with the older one of 7.8 mmol/L (140 mg/dL).

In unpublished results from the NHANES III study[38] depicted in Figure 5, cross-sectional data were collected on 2821 subjects between the ages of 40 and 74 years. The increase in retinopathy occurred in the 10th decile whose lowest value for the FPG concentration was 6.7 mmol/L (120 mg/dL). The mean value for the FPG concentration in the 10th decile was 9.2 mmol/L (165 mg/dL). The minimum FPG value would seem to be the strongest support for the EC's recommendation. However, as noted in the other 2 studies[51,52] in Figures 3 and 4, the less misleading mean value validates the older FPG criterion.

Note that these deciles and the prevalence rates of retinopathy differ considerably among the studies, especially the Egyptian study, in which diabetic subjects were oversampled. Retinopathy was ascertained by different methods in each study. Therefore, the absolute prevalence rates are not comparable among studies, but their relationships with FPG, 2-hour plasma glucose, and $HbA_{1c}$ levels are similar within each population.

What would be lost by classifying people whose FPG concentrations are 7.0 to 7.7 mmol/L (126-139 mg/dL), but with normal $HbA_{1c}$ levels, as having IFG instead of diabetes? Most clinicians

**Figure 3.** Prevalence of Retinopathy in Pima Indians




| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Fasting Plasma Glucose, mg/dL** | | | | | | | | | | |
| Minimum | 70 | 89 | 93 | 97 | 100 | 105 | 109 | 116 | 136 | 226 |
| Mean | 85 | 90 | 94 | 98 | 102 | 106 | 111 | 123 | 167 | 275 |
| Maximum | 88 | 92 | 96 | 99 | 104 | 108 | 115 | 135 | 224 | 364 |
| No. of Subjects | 101 | 75 | 113 | 83 | 114 | 85 | 97 | 96 | 94 | 95 |
| **2-h Plasma Glucose, mg/dL** | | | | | | | | | | |
| Minimum | 38 | 94 | 106 | 116 | 126 | 138 | 156 | 185 | 244 | 364 |
| Mean | 81 | 100 | 111 | 120 | 132 | 146 | 168 | 209 | 298 | 434 |
| Maximum | 93 | 105 | 115 | 125 | 137 | 155 | 184 | 241 | 362 | 560 |
| No. of Subjects | 99 | 90 | 96 | 96 | 96 | 96 | 93 | 97 | 97 | 93 |
| **Hemoglobin $A_{1c}$, %** | | | | | | | | | | |
| Minimum | 3.4 | 4.8 | 5.0 | 5.2 | 5.3 | 5.5 | 5.7 | 6.0 | 6.7 | 9.5 |
| Mean | 4.5 | 4.9 | 5.1 | 5.2 | 5.3 | 5.5 | 5.8 | 6.2 | 7.8 | 11.2 |
| Maximum | 4.7 | 4.9 | 5.1 | 5.2 | 5.4 | 5.6 | 5.9 | 6.6 | 9.4 | 14.1 |
| No. of Subjects | 92 | 92 | 105 | 67 | 117 | 93 | 105 | 93 | 95 | 94 |

To convert hemoglobin $A_{1c}$ from percentage of total hemoglobin to proportion of total hemoglobin, multiply by 0.01. To convert glucose from milligrams per deciliter to millimoles per liter, multiply by 0.05551. Data adapted from McCance et al.[51]





CONFIDENTIAL
AZSER12443500

Case 6:06-md-01769-ACC-DAB Document 1349-20 Filed 03/11/09 Page 24 of 33 PageID 42129

would agree that if a patient's glycosylated hemoglobin level were less than 1% above the ULN for the assay used (<7.1% in the NHANES III population), control is satisfactory and no change in therapy is necessary. Therefore, the diabetic patients diagnosed solely by the new criterion would be given nutritional counseling and exercise advice, not pharmacological agents. This would occur whether they carried the diagnosis of diabetes or IFG.

The virtually identical distributions of $HbA_{1c}$ levels in patients newly diagnosed as having diabetes and those whose diagnosis is now changed from diabetes to either IFG or normal (Figure 2) supports this approach. We have not changed the therapy in either group, only their diagnoses. The disadvantages of the diagnosis of diabetes are removed from one cohort and imposed on the other. We do not favor the return of the OGTT, but do favor an approach to the diagnosis of diabetes that consistently identifies equal risks for the microvascular and neuropathic consequences of hyperglycemia and one that can justify the potentially negative insurance, employability, and social and psychological costs.[48-50]

The NHANES data set (Table) and the latest available census data[53] allow calculation of the number of individuals in the population between ages 40 and 74 years who would now be diagnosed as having diabetes because their FPG concentrations are 7.0 to 7.7 mmol/L (126-139 mg/dL). There were 260 million people living in the United States in 1994, of whom 90 million fell in the 40- to 74-year age range. Two percent or 1.8 million of them now have diabetes but 60% or 1.1 million have normal glycosylated hemoglobin levels and 36% or 648 000 have mildly elevated $HbA_{1c}$ levels of a degree that would require only nonpharmaceutical intervention. It is likely that the percentage of people in this category would be even higher in the population exceeding age 74 years.

Given the importance of excessive glycosylation in the genesis and development of diabetic complications[6-37] in determining the threshold values for the diagnosis of diabetes, we would like to suggest an alternative approach to the diagnosis of diabetes (FIGURE 6). This approach uses measurements of FPG concentrations followed by glycosylated hemoglobin levels in individuals whose values are neither normal (<6.1 mmol/L [110 mg/dL]) nor meet the old criterion for the diagnosis of diabetes (≥7.8 mmol/L [140 mg/dL]). A glycosylated hemoglobin level determines whether an individual with an FPG concentration of 6.1 to 7.7 mmol/L (110-139 mg/dL) has diabetes or a milder degree of hyperglycemia. A persistent glycosylated hemoglobin level of 1% above the ULN or more for the assay used makes the diagnosis of diabetes. A lower value makes the diagnosis of IFG, which is a high-risk category for the future development of diabetes (and possibly cardiovascular disease). In this approach, individuals with FPG concentrations of 7.0 to 7.7 mmol/L (126-139 mg/dL) will be identified and treated appropriately with diet and exercise, but they will not be given the diagnosis of diabetes.

Although it is argued that current glycosylated hemoglobin assays are not yet standardized and therefore should not be used for the diagnosis of diabetes,[38] the potential error certainly cannot approach 60%. This is the proportion of the cohort of diabetic patients diagnosed solely by the new criterion who have normal glycosylated hemoglobin levels. These individuals, in our view, will carry a false-positive diagnosis of diabetes. In regard to using $HbA_{1c}$ levels to diagnose diabetes in people with elevated FPG concentrations (Figure 6), it is of interest that the mean values in the deciles in which retinopathy markedly increased in the Pima Indian,[51] Egyptian,[52] and unpublished data from the NHANES III[38] studies were 7.8%, 7.5%, and 7.4%, re-

**Figure 4.** Prevalence of Retinopathy in Egyptians

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Fasting Plasma Glucose, mg/dL** | | | | | | | | | | |
| Minimum | 57 | 79 | 84 | 89 | 93 | 99 | 108 | 130 | 178 | 258 |
| Mean | 74 | 81 | 86 | 90 | 95 | 103 | 116 | 154 | 219 | 328 |
| Maximum | 79 | 83 | 88 | 92 | 98 | 108 | 130 | 177 | 255 | 548 |
| No. of Subjects | 102 | 102 | 101 | 102 | 102 | 102 | 102 | 101 | 102 | 102 |
| **2-h Plasma Glucose, mg/dL** | | | | | | | | | | |
| Minimum | 39 | 80 | 90 | 99 | 110 | 125 | 155 | 218 | 304 | 386 |
| Mean | 70 | 85 | 94 | 104 | 117 | 136 | 178 | 256 | 342 | 461 |
| Maximum | 79 | 90 | 99 | 110 | 124 | 155 | 217 | 299 | 384 | 654 |
| No. of Subjects | 102 | 102 | 101 | 102 | 102 | 102 | 102 | 101 | 102 | 102 |
| **Hemoglobin $A_{1c}$, %** | | | | | | | | | | |
| Minimum | 2.2 | 4.7 | 4.9 | 5.1 | 5.4 | 5.6 | 6.0 | 6.9 | 8.5 | 10.3 |
| Mean | 4.3 | 4.8 | 5.0 | 5.2 | 5.5 | 5.8 | 6.3 | 7.5 | 9.3 | 11.9 |
| Maximum | 4.7 | 4.9 | 5.1 | 5.3 | 5.6 | 6.0 | 6.8 | 8.4 | 10.2 | 16.3 |
| No. of Subjects | 102 | 102 | 101 | 102 | 102 | 102 | 102 | 101 | 102 | 102 |

To convert hemoglobin $A_{1c}$ from percentage of total hemoglobin to proportion of total hemoglobin, multiply by 0.01. To convert glucose from milligrams per deciliter to millimoles per liter, multiply by 0.05551. Data adapted from Engelgau et al.[52]

CONFIDENTIAL
AZSER12443501

spectively. All these values are more than 1% above the ULN. Finally, using the NHANES III data, Rohlfing and colleagues[54] suggest that a precise glycosylated hemoglobin assay is both sensitive and specific for detecting diabetes.

Several limitations of our data are noteworthy. First, the data are cross-sectional and although the NHANES III study is population-based, we are unable to longitudinally determine the relationship of glucose or $HbA_{1c}$ levels to the development of microvascular complications of diabetes. Second, both data sets only measured glucose concentrations once. Since the diagnostic criterion requires 2 independent fasting samples above 6.9 mmol/L (125 mg/dL) to diagnose diabetes, this could lead to misclassification of some individuals as having diabetes. However, the magnitude of this phenomenon is insufficient to appreciably change our results.

In conclusion, 60% of the cohort of diabetic patients diagnosed solely by the new diagnostic criterion (ie, those with FPG concentrations of 7.0-7.7 mmol/L [126-139 mg/dL]) will have normal glycosylated hemoglobin levels and one third will have values less than 1% above the ULN. Because excessive glycosylation plays such a prominent role in the pathogenesis of diabetic microvascular complications,[6-37] the development of which are used to set the diagnostic criteria, we feel that a diagnosis of diabetes in this setting is a false-positive one. A reasonable alternative approach (albeit not yet rigorously tested) to the diagnosis of diabetes is using measurements of FPG concentrations followed by $HbA_{1c}$ levels in individuals whose FPG values are 6.1 to 7.7 mmol/L (110-139 mg/dL).

**Figure 5.** Prevalence of Retinopathy in the Third National Health and Nutrition Examination Survey

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Fasting Plasma Glucose, mg/dL** | | | | | | | | | | |
| Minimum | 42 | 87 | 90 | 93 | 96 | 98 | 101 | 104 | 109 | 120 |
| Mean | 83 | 87 | 92 | 95 | 97 | 99 | 102 | 106 | 113 | 165 |
| Maximum | 86 | 89 | 92 | 95 | 97 | 100 | 103 | 108 | 119 | 446 |
| No. of Subjects | 257 | 223 | 279 | 267 | 253 | 256 | 275 | 305 | 332 | 374 |
| **2-h Plasma Glucose, mg/dL** | | | | | | | | | | |
| Minimum | 34 | 75 | 86 | 94 | 102 | 112 | 120 | 133 | 154 | 195 |
| Mean | 64 | 80 | 90 | 98 | 107 | 116 | 126 | 142 | 170 | 292 |
| Maximum | 74 | 85 | 93 | 101 | 111 | 119 | 132 | 153 | 194 | 632 |
| No. of Subjects | 222 | 235 | 221 | 269 | 284 | 272 | 303 | 303 | 305 | 407 |
| **Hemoglobin $A_{1c}$, %** | | | | | | | | | | |
| Minimum | 3.3 | 4.9 | 5.1 | 5.2 | 5.4 | 5.5 | 5.6 | 5.7 | 5.9 | 6.2 |
| Mean | 4.6 | 5.0 | 5.1 | 5.2 | 5.4 | 5.5 | 5.6 | 5.8 | 6.0 | 7.4 |
| Maximum | 4.9 | 5.1 | 5.2 | 5.4 | 5.5 | 5.6 | 5.7 | 5.9 | 6.2 | 15.7 |
| No. of Subjects | 265 | 260 | 164 | 417 | 211 | 229 | 223 | 341 | 309 | 402 |

Taken from unpublished data on 40- to 74-year-old participants (Katherine Flegal, PhD, written communication, July 1997). To convert hemoglobin $A_{1c}$ from percentage of total hemoglobin to proportion of total hemoglobin, multiply by 0.01. To convert glucose from milligrams per deciliter to millimoles per liter, multiply by 0.05551.

**Figure 6.** Alternative Approach to the Diagnosis of Diabetes Mellitus

**Author Affiliations:** Clinical Trials Unit, Charles R. Drew University of Medicine and Science (Dr Davidson), Department of Medicine (Drs Davidson and Peters), Emergency Medical Center (Dr Schriger and Mr Lorber), and School of Medicine (Drs Davidson, Schriger, and Peters and Mr Lorber), University of California, Los Angeles.

**Acknowledgment:** We thank William C. Knowler, MD, for providing us with the decile data for the Pima Indian study, Ted Thompson, MS, for the Egyptian study, and Katherine Flegal, PhD, for the unpublished data from the NHANES III study.

**REFERENCES**

1. National Diabetes Data Group. Classification and diagnosis of diabetes mellitus and other categories of glucose intolerance. *Diabetes.* 1979;28:1039-1057.
2. World Health Organization. *World Health Organization Expert Committee on Diabetes Mellitus: Second Report.* Geneva, Switzerland: World Health Organization; 1980. Technical report 646.
3. Jarrett RJ, Keen H. Hyperglycaemia and diabetes mellitus. *Lancet.* 1976;2:1009-1012.
4. Sayegh HA, Jarrett RJ. Oral glucose-tolerance tests and the diagnosis of diabetes: results of a prospec-

CONFIDENTIAL
AZSER12443502

tive study based on the Whitehall survey. *Lancet.* 1979;2:431-433.
5. Pettitt DJ, Knowler WC, Lisse JR, Bennett PH. Development of retinopathy and proteinuria in relation to plasma-glucose concentrations in Pima Indians. *Lancet.* 1980;2:1050-1052.
6. Bucala R, Cerami A, Vlassara H. Advanced glycosylation end products in diabetic complications. *Diabetes Rev.* 1995;3:258-268.
7. Cefalu WT, Wang ZQ, Bell-Farrow A, Ralapati S. Liver and kidney tissue membranes as tissue markers for nonenzymatic glycosylation. *Diabetes.* 1991;40:902-907.
8. Mitsuhashi T, Nakayama H, Itoh T, et al. Immunochemical detection of advanced glycation end products in renal cortex from STZ-induced diabetic rat. *Diabetes.* 1993;42:826-832.
9. Tarsio JF, Wigness B, Rhode TD, Rupp WM, Buchwal H, Furcht LT. Nonenzymatic glycation of fibronectin and alterations in the molecular association of cell matrix and basement membrane components in diabetes mellitus. *Diabetes.* 1985;34:477-484.
10. McLennan S, Yue DK, Swanson MB, Delbridge L, Reeve T, Turtle JR. The prevention and reversibility of tissue non-enzymatic glycosylation in diabetes. *Diabet Med.* 1986;3:141-146.
11. Vlassara H, Brownlee M, Cerami A. Nonenzymatic glycosylation of peripheral nerve protein in diabetes mellitus. *Proc Natl Acad Sci U S A.* 1981;78:5190-5192.
12. Vlassara H, Brownlee M, Cerami A. Excessive nonenzymatic glycosylation of peripheral and central nervous system myelin components in diabetic rats. *Diabetes.* 1983;32:670-674.
13. Sensi M, Pricci F, Pugliese G, et al. Role of advanced glycation end-products (AGE) in late diabetic complications. *Diabetes Res Clin Pract.* 1995;28:9-17.
14. Uitto J, Perejda AJ, Grant GA, Rowold EA, Kilo C, Williamson JR. Glycosylation of human glomerular basement membrane collagen: increased content of hexose in ketoamine linkage and unaltered hydroxylysine-o-glycosides in patients with diabetes. *Connect Tissue Res.* 1982;10:287-296.
15. Garlick RL, Bunn HF, Spiro RG. Nonenzymatic glycation of basement membranes from human glomeruli and bovine sources. *Diabetes.* 1988;37:1144-1150.
16. Stevens VJ, Rouzer CA, Monnier VM, Cerami A. Diabetic cataract formation: potential role of glycosylation of lens crystallins. *Proc Natl Acad Sci U S A.* 1978;75:2918-2922.
17. Garlick RL, Mazer JS, Chylack LT Jr, Tung WH, Bunn HF. Nonenzymatic glycation of human lens crystallin. *J Clin Invest.* 1984;74:1742-1749.
18. Lyons TJ, Silvestri G, Dunn JA, Dyer DEG, Baynes JW. Role of glycation in modification of lens crystallins in diabetic and nondiabetic senile cataracts. *Diabetes.* 1991;40:1010-1015.
19. Nakayami H, Mitsuhashi T, Kuwajima S, et al. Immunochemical detection of advanced glycation end products in lens crystallins from streptozocin-induced diabetic rat. *Diabetes.* 1993;42:345-350.
20. Paisey RB, Clamp JR, Kent MJC, Light ND, Hopton M, Hartog M. Glycosylation of hair: possible measure of chronic hyperglcaemia. *BMJ.* 1984;288:669-671.
21. Lyons TJ, Kennedy L. Non-enzymatic glycosylation of skin collagen in patients with type 1 (insulin-dependent) diabetes mellitus and limited joint mobility. *Diabetologia.* 1985;28:2-5.
22. Monnier VM, Vishwanath V, Frank KE, Elmets CA, Dauchot P, Kohn RR. Relation between complications of type 1 diabetes mellitus and collagen-linked fluorescence. *N Engl J Med.* 1986;314:403-408.
23. Vishwanath V, Frank KE, Elmets CA, Dauchot PJ, Monnier VM. Glycation of skin collagen in type I diabetes mellitus. *Diabetes.* 1986;35:916-921.
24. Dominiczak MH, Bell J, Cox NH, et al. Increased collagen-linked fluorescence in skin of young patients with type 1 diabetes mellitus. *Diabetes Care.* 1990;13:468-472.
25. Sell DR, Lapolla A, Odetti P, Fogarty J, Monnier VM. Pentosidine formation in skin correlates with severity of complications in individuals with long-standing IDDM. *Diabetes.* 1991;41:1286-1292.
26. Dyer DG, Dunn JA, Thorpe SR, et al. Accumulation of Maillard reaction products in skin collagen in diabetes and aging. *J Clin Invest.* 1993;91:2463-2469.
27. McCance DR, Dyer DG, Dunn JA, et al. Maillard reaction products and their relation to complications in insulin-dependent diabetes mellitus. *J Clin Invest.* 1993;91:2470-2478.
28. Beisswenger PJ, Makita Z, Curphey TJ, et al. Formation of immunochemical advanced glycosylation end products precedes and correlates with early manifestations of renal and retinal disease in diabetes. *Diabetes.* 1995;44:824-829.
29. Makita Z, Radoff S, Rayfield EJ, et al. Advanced glycosylation end products in patients with diabetic nephropathy. *N Engl J Med.* 1991;325:836-842.
30. Bucala R, Makita Z, Koschinsky T, Cerami A, Vlassara H. Lipid advanced glycosylation: pathway for lipid oxidation in vivo. *Proc Natl Acad Sci U S A.* 1993;90:6434-6438.
31. Kaneshige H. Nonenzymatic glycosylation of serum IgG and its effect on antibody activity in patients with diabetes mellitus. *Diabetes.* 1987;36:822-828.
32. Lutjens A, Te Velde AA, Te Veen EA, Meer J. Glycosylation of human fibrinogen in vivo. *Diabetologia.* 1985;28:87-89.
33. Ono Y, Aoki S, Ohnishi K, et al. Increased serum levels of advanced glycation end-products and diabetic complications. *Diabetes Res Clin Pract.* 1998;41:131-137.
34. Cohen MP, Sharma K, Jin Y, et al. Prevention of diabetic nephropathy in db/db mice with glycated albumin antagonists. *J Clin Invest.* 1995;95:2338-2345.
35. Clements RS Jr, Robson WG Jr, Cohen MP. Antiglycated albumin therapy ameliorates early retinal microvascular pathology in db/db mice. *J Diabetes Complications.* 1998;12:28-33.
36. Nakamura S, Makita Z, Ishikawa S, et al. Progression of nephropathy in spontaneous diabetic rats is prevented by OPB-9195, a novel inhibitor of advanced glycation. *Diabetes.* 1997;46:895-899.
37. Wolffenbuttel BHR, Giordano D, Founds HW, Bucala R. Long-term assessment of glucose control by haemoglobin-AGE measurement. *Lancet.* 1996;347:513-515.
38. Report of the Expert Committee on the Diagnosis and Classification of Diabetes Mellitus. *Diabetes Care.* 1997;20:1183-1197.
39. Harris MI, Eastman RC, Cowie CC, Flegal KM, Eberhardt MS. Comparison of diabetes diagnostic categories in the US population according to 1997 American Diabetes Association and 1980-1985 World Health Organization Diagnostic criteria. *Diabetes Care.* 1997;20:1859-1862.
40. Harris MI, Flegal KM, Cowie CC, et al. Prevalence of diabetes, impaired fasting glucose, and impaired glucose tolerance in US adults. *Diabetes Care.* 1998;21:518-524.
41. Peters AL, Davidson MB, Schriger DL, Hasselblad V. A clinical approach for the diagnosis of diabetes mellitus. *JAMA.* 1996;276:1246-1252.
42. DCCT Research Group. The effect of intensive diabetes treatment on the development and progression of long-term complications in insulin-dependent diabetes mellitus. *N Engl J Med.* 1993;329.977-986.
43. Ohkubo Y, Kishikawa H, Araki E, et al. Intensive insulin therapy prevents the progression of diabetic microvascular complications in Japanese patients with non-insulin-dependent diabetes mellitus: a randomized prospective 6-year study. *Diabetes Res Clin Pract.* 1995;28:103-117.
44. Diabetes Control and Complications Trial Research Group. The relationship of glycemic exposure ($HgbA_{1c}$) to the risk of development and progression of retinopathy in the Diabetes Control and Complications Trial. *Diabetes.* 1995;44:968-983.
45. Krolewski AS, Laffel LMB, Krolewski M, Quinn M, Warram JH. Glycosylated hemoglobin and the risk of microalbuminuria in patients with insulin-dependent diabetes mellitus. *N Engl J Med.* 1995;332:1251-1255.
46. Tanaka Y, Atsumi Y, Matsuoka K, Onuma T, Tohjima T, Kawamori R. Role of glycemic control and blood pressure in the development and progression of nephropathy in elderly Japanese NIDDM patients. *Diabetes Care.* 1998;21:116-120.
47. Davidson MB, Peters AL, Schriger DL. An alternative approach to the diagnosis of diabetes with a review of the literature. *Diabetes Care.* 1995;18:1065-1071.
48. Tattersall RB, Jackson JGL. Social and emotional complications of diabetes. In: Keen H, Jarrett J, eds. *Complications of Diabetes.* Chicago, Ill: Year Book Medical Publishers Inc; 1982:271.
49. Knowler WC. Screening for NIDDM: opportunities for detection, treatment and prevention. *Diabetes Care.* 1994;17:445-450.
50. Harris MI. Health insurance and diabetes. In: National Diabetes Data Group, ed. *Diabetes in America.* 2nd ed. Bethesda, Md: NIH Publications; 1995:591-600. No. 95-1468.
51. McCance DR, Hanson RL, Charles MA, et al. Comparison of tests for glycated haemoglobin and fasting and two hour plasma glucose concentrations as diagnostic methods for diabetes. *BMJ.* 1994;308:1323-1328.
52. Engelgau MM, Thompson TJ, Herman WH, et al. Comparison of fasting and 2-hour glucose and $HbA_{1c}$ levels for diagnosing diabetes: diagnostic criteria and performance revisited. *Diabetes Care.* 1997;20:785-791.
53. Bureau of Census. *Current Population Reports: Series P23-189, Population Profile of the United States, 1995.* Washington, DC: US Government Printing Office; 1995.
54. Rohlfing C, Little R, Wiedmeyer HM, Madsen R, Goldstein D. Is glycohemoglobin useful for diabetes screening? NHANES III data [abstract]. *Diabetes.* 1998;47(suppl 1):70A.

CONFIDENTIAL
AZSER12443503

a67460

WHO/NCD/NCS/99.2
Original: English
Distr.: General

# Definition, Diagnosis and Classification of Diabetes Mellitus and its Complications

Report of a WHO Consultation

## Part 1: Diagnosis and Classification of Diabetes Mellitus

**World Health Organization**
**Department of Noncommunicable Disease Surveillance**
**Geneva**

CONFIDENTIAL
AZSER12443504

© World Health Organization 1999

This document is not a formal publication of the World
Health Organization (WHO), and all rights are reserved by
the Organization. The document may, however, be freely
reviewed, abstracted, reproduced and translated, in part
or in whole, but not for sale nor for use in conjunction
with commercial purposes.

The views expressed in documents by named authors are
solely the responsibility of those authors

CONFIDENTIAL
AZSER12443505

## Contents

1. Introduction . . . . . . . . . . 1

2. Definition and diagnostic criteria for diabetes mellitus and other categories of glucose intolerance . . . . . . . . . . 2
   2.1 Definition . . . . . . . . . . 2
   2.2 Diagnosis and diagnostic criteria . . . . . . . . . . 3
      2.2.1 Diagnosis . . . . . . . . . . 3
      2.2.2 Diabetes in children . . . . . . . . . . 4
   2.3 Diagnostic criteria . . . . . . . . . . 4
      2.3.1 Change in diagnostic value for fasting plasma/blood glucose concentrations . . . . . . . . 5
      2.3.2 Epidemiological studies . . . . . . . . . . 6
      2.3.3 Individual diagnosis . . . . . . . . . . 7

3. Classification . . . . . . . . . . 8
   3.1 Earlier classifications . . . . . . . . . . 8
   3.2 Revised classification . . . . . . . . . . 9
      3.2.1 Application of the new classification . . . . . . . . . 9
   3.3 Terminology (Table 2) . . . . . . . . . . 11

4. Clinical staging of diabetes mellitus and other categories of glucose tolerance *(Figure 2)*. . . . . . . . . . 14
   4.1 Diabetes mellitus . . . . . . . . . . 14
   4.2 *Impaired glucose regulation* – Impaired Glucose Tolerance and Impaired Fasting Glycaemia . . . . . . . . 14
   4.3 Normoglycaemia . . . . . . . . . . 16

5. Aetiological types *(see also section 7. and Table 2)* . . . . . . 17
   5.1 Type 1 . . . . . . . . . . 17
   5.2 Type 2 . . . . . . . . . . 18
   5.3 Other specific types (Table 3) . . . . . . . . . . 18

6. Gestational Hyperglycaemia and Diabetes . . . . . . . . . . 19
   6.1 Diagnosis of gestational diabetes . . . . . . . . . . 20

CONFIDENTIAL
AZSER12443506

7. Description of aetiological types . . . . . . . . . . . . . . . . . . . . . 21
7.1 Type 1 (beta–cell destruction, usually leading to absolute insulin deficiency) . . . . . . . . . . . . . . . . . . . . 21
7.1.1 Autoimmune Diabetes Mellitus . . . . . . . . . . . 21
7.1.2 Idiopathic . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
7.2 Type 2 (predominantly insulin resistance with relative insulin deficiency or predominantly an insulin secretory defect with/without insulin resistance). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
7.3 Other Specific Types . . . . . . . . . . . . . . . . . . . . . . . 25
7.3.1 Genetic defects of beta–cell function . . . . . . 25
7.3.2 Genetic defects in insulin action . . . . . . . . . . 26
7.3.3 Diseases of the exocrine pancreas . . . . . . . . . 27
7.3.4 Endocrinopathies . . . . . . . . . . . . . . . . . . . . . 27
7.3.5 Drug– or chemical–induced diabetes . . . . . . 28
7.3.6 Infections . . . . . . . . . . . . . . . . . . . . . . . . . . . 28
7.3.7 Uncommon but specific forms of immune–mediated diabetes mellitus . . . . . . . 29
7.3.8 Other genetic syndromes sometimes associated with diabetes . . . . . . . . . . . . . . . . 30

8. The Metabolic Syndrome . . . . . . . . . . . . . . . . . . . . . . . . . 31
8.1 Definition . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32
8.2 Future needs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33

References . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34

Annex 1 The Oral Glucose Tolerance Test . . . . . . . . . . . . . . . . 48

Annex 2 Methods for measuring substances in blood and urine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49

CONFIDENTIAL
AZSER12443507

## Members

KGMM Alberti, University of Newcastle upon Tyne, UK
(Co–Chairman)

P Aschner, ACD and Javerlana University, Bogota, Colombia

J–P Assal, University Hospital, Geneva, Switzerland

PH Bennett, NIDDK, Phoenix, AZ, USA

L Groop, University of Lund, Malmö, Sweden

J Jervell, Rikshospitalet, Oslo, Norway

Y Kanazawa, Jichi Medical School, Omiya, Japan

H Keen, Guy's Hospital and Medical School, London, UK

R Klein, University of Wisconsin Medical School, Madison, WI,
USA

J–C Mbanya, Centre Hospitalier et Universitaire de Yaoundé,
Cameroon

D McCarty, International Diabetes Institute, Caulfield, Australia
(Rapporteur)

A Motala, University of Natal, Congella, South Africa

Pan X–R, China–Japan Friendship Hospital, Beijing, China PR
(deceased 8 July 1997)

A Ramachandran, Diabetes Research Centre, Madras, India

N Samad, Dow Medical College & Civil Hospital, Karachi, Pakistan

N Unwin, University of Newcastle upon Tyne, UK (Rapporteur)

P Vardi, Schneider Children's Centre, Petah–Tikvah, Israel

PZ Zimmet, International Diabetes Institute, Caulfield, Australia
(Co–Chairman)

## Secretariat

A Alwan, World Health Organization, Geneva, Switzerland

H King, World Health Organization, Geneva, Switzerland

CONFIDENTIAL
AZSER12443508

## Observers

M Berrens, Bayer, Germany

R Kahn, American Diabetes Association, USA

J Nolan, Institute for Diabetes Discovery, USA

S Pramming, Novo Nordisk, Denmark

RA Rizza, American Diabetes Association, USA

CONFIDENTIAL
AZSER12443509

# 1. Introduction

In the late 1970s both WHO (1) and the National Diabetes Data Group (2) produced new diagnostic criteria and a new classification system for diabetes mellitus. This brought order to a chaotic situation in which nomenclature varied and diagnostic criteria showed enormous variations using different oral glucose loads. In 1985 WHO slightly modified their criteria to coincide more closely with the NDDG values (3). There are now many data available, and also much more aetiological information has appeared. It seemed timely to re–examine the issues and to update and refine both the classification and the criteria, and to include a definition of the "Metabolic Syndrome".

An American Diabetes Association (ADA) expert group was convened to discuss these issues. It published its recommendations in 1997 (4). WHO convened a Consultation on the same subject in London, United Kingdom, in December 1996. In general, the ADA and WHO groups reached similar conclusions.

The provisional report of the WHO Consultation (5) solicited comments which were considered in preparing the present report. Both the provisional and the present report were prepared by Professor K.G.M.M. Alberti and Professor P.Z. Zimmet on behalf of the members of the Consultation. The meeting was made possible with financial support from Bayer, UK; Bayer, Germany; Novo Nordisk, Copenhagen, Denmark; and The Institute for Diabetes Discovery, New Haven, USA.

CONFIDENTIAL
AZSER12443510