13. Harris MI, Eastman RC, Cowie CC, Flegal KM, Eberhardt MS. Comparison of diabetes diagnostic categories in the US population according to 1997 American Diabetes Association and 1980–1985 World Health Organization diagnostic criteria. *Diabetes Care* 1997; **20**: 1859–62.

14. Ramachandran A, Snehalatha C, Latha E, Vijay V. Evaluation of the use of fasting plasma glucose as a new diagnostic criterion for diabetes in Asian Indian population (Letter). *Diabetes Care* 1998; **21**: 666–67.

15. Kuzuya T, Matsuda A. Classification of diabetes on the basis of etiologies versus degree of insulin deficiency. *Diabetes Care* 1997; **20**: 219–20.

16. Hoet JJ, Tripathy BB, Rao RH, Yajnik CS. Malnutrition and diabetes in the tropics. *Diabetes Care* 1996; **19**: 1014–17.

17. Tripathy BB, Samal KC. Overview and consensus statement on diabetes in tropical areas. *Diabetes Metab Rev* 1997; **13**: 63–76.

18. Shaw JE, Zimmet PZ, de Courten M, Dowse GK, Gareeboo H, Hemraj F *et al*. IFG or IGT: what best predicts future diabetes? A view of the new ADA recommendations. *Diabetes Care* 1999 (In press)

19. Larsson H, Berglund G, Lindgärde F, Ahrén B. Comparison of ADA and WHO criteria for diagnosis of diabetes and glucose intolerance. *Diabetologia* 1998; **41**: 1124–1125.

20. Fuller JH, Shipley MJ, Rose G, Jarrett RJ, Keen H. Coronary heart disease risk and impaired glucose tolerance: the Whitehall Study. *Lancet* 1980; **i**: 1373–76.

**36**

CONFIDENTIAL
AZSER12443545

21. Alberti KGMM. The clinical implications of Impaired Glucose Tolerance. *Diabet Med* 1996; **13**: 927–37.

22. Reaven GM. Role of insulin resistance in human disease. *Diabetes* 1988; **37**: 1595–607.

23. McCance DR, Hanson RL, Pettitt DJ, Bennett PH, Hadden DR, Knowler WC. Diagnosing diabetes mellitus – do we need new criteria? *Diabetologia* 1997; **40**: 247–55.

24. Zimmet PZ, Tuomi T, Mackay R, Rowley MJ, Knowles W, Cohen M *et al*. Latent autoimmune diabetes mellitus in adults (LADA): the role of antibodies to glutamic acid decarboxylase in diagnosis and prediction of insulin dependency. *Diabetic Med* 1994; **11**: 299–303.

25. Humphrey ARG, McCarty DJ, Mackay IR, Rowley MJ, Dwyer T, Zimmet P. Autoantibodies to glutamic acid decarboxylase and phenotypic features associated with early insulin treatment in individuals with adult–onset diabetes mellitus. *Diabetic Med* 1998; **15**: 113–19.

26. Japan and Pittsburgh Childhood Diabetes Research Groups. Coma at onset of young insulin–dependent diabetes in Japan: the result of a nationwide survey. *Diabetes* 1985; **34**: 1241–46.

27. Zimmet PZ. The pathogenesis and prevention of diabetes in adults. *Diabetes Care* 1995; **18**: 1050–64.

28. Willis JA, Scott RS, Brown LJ, Forbes LV, Schmidli RS, Zimmet PZ *et al*. Islet cell antibodies and antibodies against glutamic acid decarboxylase in newly diagnosed adult–onset diabetes mellitus. *Diabetes Res Clin Pract* 1996; **33**: 89–97.

**37**

CONFIDENTIAL
AZSER12443546

29. Hother–Nielsen O, Faber O, Sørensen NS, Beck–Nielsen H. Classification of newly diagnosed diabetic patients as insulin–requiring or non–insulin–requiring based on clinical and biochemical variables. *Diabetes Care* 1988; **11:** 531–37.

30. Verge CF, Gianani R, Kawasaki E, Yu L, Pietropaolo M, Jackson RA *et al*. Predicting type I diabetes in first–degree relatives using a combination of insulin, GAD, and ICA512bdc/IA–2 autoantibodies. *Diabetes* 1996; **45:** 926–33.

31. Mølbak AG, Christau B, Marner B, Borch–Johnsen K, Nerup J. Incidence of insulin–dependent diabetes mellitus in age groups over 30 years in Denmark. *Diabet Med* 1994; **11:** 650–55.

32. Betterle C, Zanette F, Pedini B, Presotto F, Rapp LB, Monsciotti CM *et al*. Clinical and subclinical organ–specific autoimmune manifestations in type 1 (insulin–dependent) diabetic patients and their first–degree relatives. *Diabetologia* 1983; **26:** 431–36.

33. McLarty DG, Athaide I, Bottazzo GF, Swai ABM, Alberti KGMM. Islet cell antibodies are not specifically associated with insulin–dependent diabetes in rural Tanzanian Africans. *Diabetes Res Clin Pract* 1990; **9:** 219–24.

34. Ahrén B, Corrigan CB. Intermittent need for insulin in a subgroup of diabetic patients in Tanzania. *Diabet Med* 1984; **2:** 262–64.

38

CONFIDENTIAL
AZSER12443547

35. DeFronzo RA, Bonadonna RC, Ferrannini E. Pathogenesis of NIDDM. In: Alberti KGMM, Zimmet P, DeFronzo RA, eds. *International Textbook of Diabetes Mellitus.* 2nd edn. Chichester: John Wiley, 1997: pp 635–712.

36. Lillioja S, Mott DM, Spraul M, Ferraro R, Foley JE, Ravussin E *et al.* Insulin resistance and insulin secretory dysfunction as precursors of non–insulin–dependent diabetes. Prospective Study of Pima Indians. *N Engl J Med* 1993; **329:** 1988–92.

37. Mooy JM, Grootenhuis PA, de Vries H, Valkenburg HA, Bouter LM, Kostense PJ *et al.* Prevalence and determinants of glucose intolerance in a Dutch population. The Hoorn Study. *Diabetes Care* 1995; **18:** 1270–73.

38. Harris MI. Undiagnosed NIDDM; clinical and public health issues. *Diabetes Care* 1993; **16:** 642–52.

39. Campbell PJ, Carlson MG. Impact of obesity on insulin action in NIDDM. *Diabetes* 1993; **42:** 405–10.

40. Bogardus C, Lillioja S, Mott DM, Hollenbeck C, Reaven G. Relationship between degree of obesity and in vivo insulin action in man. *Am J Physiol* 1985; **248:** E286–E291.

41. Kissebah AH, Vydelingum N, Murray R, Evans DF, Hartz AJ, Kalkhoff RK *et al.* Relationship of body fat distribution to metabolic complications of obesity. *J Clin Endocrinol Metab* 1982; **54:** 254–60.

**39**

CONFIDENTIAL
AZSER12443548

42. Banerji MA, Chaiken RI, Huey H, Tuomi T, Norin AJ, MacKay IR *et al*. GAD antibody negative NIDDM in adult black subjects with diabetic ketoacidosis and increased frequency of human leukocyte antigen DR3 and DR4: flatbush diabetes. *Diabetes* 1994; **43:** 741–45.

43. Umpierrez GE, Casals MMC, Gebhardt SSP, Mixon PS, Clark WS, Phillips LS. Diabetic ketoacidosis in obese African–Americans. *Diabetes* 1995; **44:** 790–95.

44. Polonsky KS, Sturis J, Bell GI. Non–insulin–dependent diabetes mellitus: a genetically programmed failure of the beta cell to compensate for insulin resistance. *N Engl J Med* 1996; **334:** 777–84.

45. Simonson DC, Ferrannini E, Bevilacqua S, Smith D, Barrett E, Carlson R *et al*. Mechanism of improvement in glucose metabolism after chronic glyburide therapy. *Diabetes* 1984; **33:** 838–45.

46. Wing RR, Blair EH, Bononi P, Marcus MD, Watanabe R, Bergman RN. Caloric restriction per se is a significant factor in improvements in glycemic control and insulin sensitivity during weight loss in obese NIDDM patients. *Diabetes Care* 1994; **17:** 30–36.

47. Zimmet PZ. Kelly West Lecture 1991: challenges in diabetes epidemiology: from West to the rest. *Diabetes Care* 1992; **15:** 232–52.

48. Harris MI, Cowie CC, Stern MP, Boyko ES, Reiber GE, Bennett PH, eds. *Diabetes in America*. 2nd edn. Washington DC: US Government Printing Office, 1995 (NIH publ. No. 95–1468).

40

CONFIDENTIAL
AZSER12443549

49. Valle T, Tuomilehto J, Eriksson J. Epidemiology of NIDDM in Europids. In: Alberti KGMM, Zimmet P, DeFronzo RA, eds. *International Textbook of Diabetes Mellitus*. 2nd edn. Chichester: John Wiley, 1997: pp 125–42.

50. de Courten M, Bennett PH, Tuomilehto J, Zimmet P. Epidemiology of NIDDM in Non–Europids. In: Alberti KGMM, Zimmet P, DeFronzo RA, eds. *International Textbook of Diabetes Mellitus*. 2nd edn. Chichester: John Wiley, 1997: pp 143–70.

51. Knowler WC, Nelson RG, Saad M, Bennett PH, Pettitt DJ. Determinants of diabetes mellitus in the Pima Indians. *Diabetes Care* 1993; **16:** 216–27.

52. Byrne MM, Sturis J, Menzel S, Yamagata K, Fajans SS, Dronsfield MJ *et al*. Altered insulin secretory response to glucose in diabetic and nondiabetic subjects with mutations in the diabetes susceptibility gene MODY 3 on chromosome 20. *Diabetes* 1996; **45:** 1503–10.

53. Clement K, Pueyo ME, Vaxillaire M, Rakotoambinina B, Thuillier F, Passa P *et al*. Assessment of insulin sensitivity in glucokinase–deficient subjects. *Diabetologia* 1996; **39:** 82–90.

54. Yamagata K, Oda N, Kaisaki PJ, Menzel S, Furuta H, Vaxillaire M *et al*. Mutations in the hepatocyte nuclear factor–1α gene in maturity–onset diabetes of the young (MODY 3). *Nature* 1996; **384:** 455–58.

55. Froguel P, Vaxillaire M, Sun F, Velho G, Zouali H, Butel MO *et al*. Close linkage of glucokinase locus on chromosome 7p to early–onset non–insulin–dependent diabetes. *Nature* 1992; **356:** 162–64.

**41**

CONFIDENTIAL
AZSER12443550

56. Vionnet N, Stoffel M, Takeda J, Yasuda K, Bell GI, Zouali H *et al*. Nonsense mutation in the glucokinase gene causes early–onset non–insulin–dependent diabetes. *Nature* 1992; **356**: 721–22.

57. Yamagata K, Furuta H, Oda N, Kaisaki PJ, Menzel S, Cox NJ *et al*. Mutations in the hepatocyte nuclear factor–4α gene in maturity–onset diabetes of the young (MODY 1). *Nature* 1996; **384**: 458–60.

58. Stoffers DA, Ferrer J, Clarke WL, Habener JF. Early–onset type–II diabetes mellitus (MODY4) linked to *IPF1*. *Nature Genetics* 1997; **117**: 138–39.

59. Walker M, Turnbull DM. Mitochondrial related diabetes: a clinical perspective. *Diabet Med* 1997; **14**: 1007–09.

60. Johns DR. Mitochondrial DNA and disease. *N Engl J Med* 1995; **333**: 638–44.

61. Gruppuso PA, Gorden P, Kahn CR, Cornblath M, Zeller WP, Schwartz R. Familial hyperproinsulinemia due to a proposed defect in conversion of proinsulin to insulin. *N Engl J Med* 1984; **311**: 629–34.

62. Robbins DC, Shoelson SE, Rubenstein AH, Tager HS. Familial hyperproinsulinemia: two cohorts secreting indistinguishable type II intermediates of proinsulin conversion. *J Clin Invest* 1984; **73**: 714–19.

63. Haneda M, Polonsky KS, Bergenstal RM, Jaspan JB, Shoelson SE, Blix PM *et al*. Familial hyperinsulinemia due to a structurally abnormal insulin. Definition of an emerging new clinical syndrome. *N Engl J Med* 1984; **310**: 1288–94.

42

CONFIDENTIAL
AZSER12443551

64.  Sanz N, Karam JH, Horita S, Bell GI. Prevalence of insulin–gene mutations in non–insulin–dependent diabetes mellitus. *N Engl J Med* 1986; **314:** 1322–23.

65.  Kahn CR, Flier JS, Bar RS, Archer JA, Gorden P, Martin MM *et al.* The syndromes of insulin resistance and acanthosis nigricans. *N Engl J Med* 1976; **294:** 739–45.

66.  Taylor SI. Lilly Lecture: molecular mechanisms of insulin resistance: lessons from patients with mutations in the insulin–receptor gene. *Diabetes* 1992; **41:** 1473–90.

67.  Gullo L, Pezzilli R, Morselli–Labate AM, and the Italian Pancreatic Cancer Study Group. Diabetes and the risk of pancreatic cancer. *N Engl J Med* 1994; **331:** 81–84.

68.  Larsen S, Hilsted J, Tronier B, Worning H. Metabolic control and B cell function in patients with insulin–dependent diabetes mellitus secondary to chronic pancreatitis. *Metabolism* 1987; **36:** 964–67.

69.  Permert J, Larsson J, Westermark GT, Herrington MK, Christmanson L, Pour PM *et al.* Islet amyloid polypeptide in patients with pancreatic cancer and diabetes. *N Engl J Med* 1994; **330:** 313–18.

70.  Moran A, Pyzdrowski KL, Weinreb J, Kahn BB, Smith SA, Adams KS *et al.* Insulin sensitivity in cystic fibrosis. *Diabetes* 1994; **43:** 1020–26.

71.  Phelps G, Chapman I, Hall P, Braund W, Mackinnon M. Prevalence of genetic haemochromatosis among diabetic patients. *Lancet* 1989; **ii:** 233–34.

**43**

CONFIDENTIAL
AZSER12443552

72. Yajnik CS, Shelgikar KM, Naik SS, Kanitkar SV, Orskov H, Alberti KGMM *et al*. The ketoacidosis–resistance in fibro–calculous–pancreatic–diabetes. *Diabetes Res Clin Pract* 1992; **15**: 149–56.

73. MacFarlane IA. Endocrine diseases and diabetes mellitus. In: Pickup JC, Williams G, eds. *Textbook of Diabetes*. 2nd edn. Oxford: Blackwell, 1997: pp 64.1–64.20.

74. Krejs GJ, Orci L, Conlon JM, Ravazzola M, Davis GR, Raskin P *et al*. Somatostatinoma syndrome. *N Engl J Med* 1979; **301**: 285–92.

75. Conn JW. Hypertension, the potassium ion and impaired carbohydrate tolerance. *N Engl J Med* 1965; **273**: 1135–43.

76. Pandit MK, Burke J, Gustafson AB, Minocha A, Peiris AN. Drug–induced disorders of glucose tolerance. *Ann Intern Med* 1993; **118**: 529–40.

77. O'Byrne S, Feely J. Effects of drugs on glucose tolerance in non–insulin–dependent diabetes (parts I and II). *Drugs* 1990; **40**: 203–19.

78. Gallanosa AG, Spyker DA, Curnow RT. Diabetes mellitus associated with autonomic and peripheral neuropathy after Vacor poisoning: a review. *Clin Toxicol* 1981; **18**: 441–49.

79. Esposti MD, Ngo A, Myers MA. Inhibition of mitochondrial complex I may account for IDDM induced by intoxication with rodenticide Vacor. *Diabetes* 1996; **45**: 1531–34.

**44**

CONFIDENTIAL
AZSER12443553

80. Assan R, Perronne C, Assan D, Chotard L, Mayaud C, Matheron S *et al*. Pentamidine–induced derangements of glucose homeostasis. *Diabetes Care* 1995; **18:** 47–55.

81. Forrest JA, Menser MA, Burgess JA. High frequency of diabetes mellitus in young patients with congenital rubella. *Lancet* 1971; **ii:** 332–34.

82. King ML, Bidwell D, Shaikh A, Voller A, Banatvala JE. Coxsackie–B–virus–specific IgM responses in children with insulin–dependent (juvenile–onset; type 1) diabetes mellitus. *Lancet* 1983; **i:** 1397–99.

83. Karjalainen J, Knip M, Hyoty H, Linikki P, Ilonen J, Kaar M–L *et al*. Relationship between serum insulin antibodies, islet cell antibodies and Coxsackie–B4 and mumps virus–specific antibodies at the clinical manifestation of type 1 (insulin–dependent) diabetes. *Diabetologia* 1988; **31:** 146–52.

84. Pak CY, Eun H, McArthur RG, Yoon J. Association of cytomegalovirus infection with autoimmune type 1 diabetes. *Lancet* 1988; **ii:** 1–4.

85. Hirata Y, Ishizu H, Ouchi N *et al*. Insulin autoimmunity in a case of spontaneous hypoglycaemia. *J Jpn Diabet Soc* 1970; **13:** 312–20.

86. Bodansky HJ, Grant PJ, Dean BM, McNally J, Bottazzo GF, Hambling MH *et al*. Islet–cell antibodies and insulin autoantibodies in association with common viral infections. *Lancet* 1986; **ii:** 1351–53.

87. Solimena M, De Camilli P. Autoimmunity to glutamic acid decarboxylase (GAD) in Stiff–Man syndrome and insulin–dependent diabetes mellitus. *Trends Neurosci* 1991; **14:** 452–57.

**45**

CONFIDENTIAL
AZSER12443554

88. Fabris P, Betterle C, Floreani A, Greggio NA, de
    Lazzari F, Naccarato R *et al*. Development of type 1
    diabetes mellitus during interferon alfa therapy for
    chronic HCV hepatitis (Letter). *Lancet* 1992; **340:** 548.

89. Flier JS. Lilly Lecture: syndromes of insulin resistance:
    from patient to gene and back again. *Diabetes* 1992;
    **41:** 1207–19.

90. Kahn CR, Baird KL, Flier JS, Jarrett DB. Effects of
    autoantibodies to the insulin receptor on isolated
    adipocytes. *J Clin Invest* 1977; **60:** 1094–106.

91. Tsokos GC, Gorden P, Antonovych T, Wilson CB,
    Balow JE. Lupus nephritis and other autoimmune
    features in patients with diabetes mellitus due to
    autoantibody to insulin receptors. *Ann Intern Med*
    1985; **102:** 176–81.

92. Barrett TG, Bundey SE, Macleod AF.
    Neurodegeneration and diabetes: UK nationwide study
    of Wolfram (DIDMOAD) syndrome. *Lancet* 1995; **346:**
    1458–63.

93. Stern MP. The insulin resistance syndrome. In: Alberti
    KGMM, Zimmet P, DeFronzo RA, eds. *International
    Textbook of Diabetes Mellitus*. 2nd edn. Chichester:
    John Wiley, 1997: pp 255–83.

94. Haffner SM, Valdez RA, Hazuda HP, Mitchell BD,
    Morales PA, Stern MP. Prospective analysis of the
    insulin resistance syndrome (Syndrome X). *Diabetes*
    1992; **41:** 715–22.

95. Kaplan NM. The deadly quartet: upper body adiposity,
    glucose intolerance, hypertriglyceridaemia and
    hypertension. *Arch Intern Med* 1989; **149:** 1514–20.

**46**

CONFIDENTIAL
AZSER12443555

96. European Arterial Risk Policy Group on behalf of the
International Diabetes Federation (European Region).
A strategy for arterial risk assessment and
management in Type 2 (non–insulin–dependent)
diabetes. *Diabet Med* 1997; **14:** 611–21.

97. Mykkänen L, Kuusisto J, Pyörälä K, Laakso M.
Cardiovascular disease risk factors as predictors of
Type 2 (non–insulin–dependent) diabetes mellitus in
elderly subjects. *Diabetologia* 1993; **36:** 553–59.

98. Eriksson KF, Lindegärde F. Prevention of Type 2
(non–insulin–dependent) diabetes mellitus by diet and
physical exercise. *Diabetologia* 1991; **34:** 891–98.

**47**

CONFIDENTIAL
AZSER12443556

# Annex 1

### The Oral Glucose Tolerance Test

The oral glucose tolerance test (OGTT) is principally used for diagnosis when blood glucose levels are equivocal, during pregnancy, or in epidemiological studies.

The OGTT should be administered in the morning after at least three days of unrestricted diet (greater than 150 g of carbohydrate daily) and usual physical activity. Recent evidence suggests that a reasonable (30–50g) carbohydrate containing meal should be consumed on the evening before the test. The test should be preceded by an overnight fast of 8–14 hours, during which water may be drunk. Smoking is not permitted during the test. The presence of factors that influence interpretation of the results of the test must be recorded (e.g. medications, inactivity, infection, etc.).

After collection of the fasting blood sample, the subject should drink 75 g of anhydrous glucose or 82.5 g of glucose monohydrate (or partial hydrolysates of starch of the equivalent carbohydrate content) in 250–300 ml of water over the course of 5 minutes. For children, the test load should be 1.75 g of glucose per kg body weight up to a total of 75 g of glucose. Timing of the test is from the beginning of the drink. Blood samples must be collected 2 hours after the test load.

Unless the glucose concentration can be determined immediately, the blood sample should be collected in a tube containing sodium fluoride (6 mg per ml whole blood) and immediately centrifuged to separate the plasma; the plasma should be frozen until the glucose concentration can be estimated. For interpretation of results, refer to Table 1.

**48**

CONFIDENTIAL
AZSER12443557

# Annex 2

## Methods for measuring substances in blood and urine

Measurement of glucose in blood

Reductiometric methods (the Somogyi–Nelson, the ferricyanide and neocuprine autoanalyser methods) are still in use for blood glucose measurement. The o–toluidine method also remains in use but enzyme–based methods are widely available, for both laboratory and near–patient use. Highly accurate and rapid (1–2 min) devices are now available based on immobilized glucose oxidase electrodes. Hexokinase and glucose dehydrogenase methods are used for reference.

Whole blood samples preserved with fluoride show an initial rapid fall in glucose of up to 10 % at room temperature, but subsequent decline is slow; centrifugation prevents the initial fall. Whole blood glucose values are 15 % lower than corresponding plasma values in patients with a normal haematocrit reading, and arterial values are about 7 % higher than corresponding venous values.

The use of reagent–strip glucose oxidase methods has made bedside estimation of blood glucose very popular. However, the cost of the reagent–strips remains high. Some methods still require punctilious technique, accurate timing, and storage of strips in airtight containers. Reasonably quantitative results can be obtained even with visual colour–matching techniques. Electrochemical and reflectance meters can give coefficients of variation of well under 5 %. Reagent–strip methods have been validated under tropical conditions, but are sensitive to extreme climatic conditions. Diabetes may be strongly suspected from the results of reagent–strip glucose estimation, but the diagnosis cannot be confidently excluded by the use of this method. Confirmation of diagnosis requires estimation by laboratory methods.

Patients can easily collect small blood samples themselves (either in specially prepared plastic or glass capillary tubes or on

**49**

CONFIDENTIAL
AZSER12443558

filter–paper), and self–monitoring using glucose reagent–strips with direct colour–matching or meters is now widely practised. Patients should be properly trained in the appropriate techniques to avoid inaccurate or misleading results.

The insulin–treated patient is commonly requested to build up a "glycaemic profile" by self–measurement of blood glucose at specific times of the day (and night). A "7–point profile" is useful, with samples taken before and 90 min after breakfast, before and 90 min after lunch, before and 90 min after an evening meal, and just before going to bed. Occasionally patients may arrange to wake at 0300 h to collect and measure a nocturnal sample. The complete profile rarely needs to be collected within a single 24–hour period, and it may be compiled from samples collected at different times over several days.

Measurement of glucose in urine

Insulin–treated patients who do not have access to facilities for self–measurement of blood glucose should test urine samples passed after rising, before main meals, and before going to bed. Non–insulin–dependent patients do not need to monitor their urine so frequently. Urine tests are of somewhat limited value, however, because of the great variation in urine glucose concentration for given levels of blood glucose. The correlation between blood and urine glucose may be improved a little by collecting short–term fractions (15–30 min) of the urine output. Benedict's quantitative solution or self–boiling, caustic soda/copper sulphate tablets may be used or the more convenient, but costly, semi–quantitative enzyme–based test–strips.

Ketone bodies in urine and blood

The appearance of persistent ketonuria associated with hyperglycaemia or high levels of glycosuria in the diabetic patient points to an unacceptably severe level of metabolic disturbance and indicates an urgent need for corrective action. The patient should be advised to test for ketone bodies (acetone and aceto–acetic acid) when tests for glucose are

**50**

146

CONFIDENTIAL
AZSER12443559

repeatedly positive, or when there is substantial disturbance of
health, particularly with infections. Rothera's sodium
nitroprusside test may be used or, alternatively, reagent−strips
that are sensitive to ketones. In emergency situations such as
diabetic ketoacidosis, a greatly raised concentration of plasma
ketones can be detected with a reagent−strip and roughly
quantified by serial 1 in 2 dilution of plasma with water.

**51**

147

CONFIDENTIAL
AZSER12443560

**Table 1: Values for diagnosis of diabetes mellitus and other categories of hyperglycaemia**

| | Glucose concentration, mmol l⁻¹ (mg dl⁻¹) | | Plasma* |
| | Whole blood | | |
| | Venous | Capillary | Venous |
|---|---|---|---|
| **Diabetes Mellitus:** | | | |
| Fasting  or | ≥ 6.1 (≥ 110) | ≥ 6.1 (≥ 110) | ≥ 7.0 (≥ 126) |
| 2-h post glucose load | ≥ 10.0 (≥ 180) | ≥ 11.1 (≥ 200) | ≥ 11.1 (≥ 200) |
| **Impaired Glucose Tolerance (IGT):** | | | |
| Fasting (if measured) *and* | <6.1 (<110) and | <6.1 (<110) and | <7.0 (<126) and |
| 2-h post glucose load | ≥ 6.7 (≥ 120) | ≥ 7.8 (≥ 140) | ≥ 7.8 (≥ 140) |
| **Impaired Fasting Glycaemia (IFG):** | | | |
| Fasting | ≥ 5.6 (≥ 100) and | ≥ 5.6 (≥ 100) and | ≥ 6.1 (≥ 110) and |
| | <6.1 (<110) | <6.1 (<110) | <7.0 (<126) |
| and (if measured) | | | |
| 2-h post glucose load | <6.7 (<120) | <7.8 (<140) | <7.8 (<140) |

*Corresponding values for capillary plasma are: for Diabetes Mellitus, fasting ≥ 7.0 (≥ 126), 2-h ≥ 12.2 (≥ 220); for Impaired Glucose Tolerance, fasting < 7.0 (< 126) and < 12.2 (≥ 160) and < 12.2 (< 220); and for Impaired Fasting Glycaemia ≥ 6.1 (≥ 110) and < 7.0 (< 126) and if measured, 2-h < 8.9 (< 160).

For epidemiological or population screening purposes, the fasting or 2-h value after 75 g oral glucose may be used alone. For clinical purposes, the diagnosis of diabetes should always be confirmed by repeating the test on another day unless there is unequivocal hyperglycaemia with acute metabolic decompensation or obvious symptoms.

Glucose concentrations should not be determined on serum unless red cells are immediately removed, otherwise glycolysis will result in an unpredictable under-estimation of the true concentrations. It should be stressed that glucose preservatives do not totally prevent glycolysis. If whole blood is used, the sample should be kept at 0–4 °C or centrifuged immediately, or assayed immediately.

52

CONFIDENTIAL
AZSER12443561

**Table 2.   Aetiological Classification of Disorders of Glycaemia\***

---

**Type 1** *(beta–cell destruction, usually leading to absolute insulin deficiency)*

      Autoimmune

      Idiopathic

**Type 2** *(may range from predominantly insulin resistance with relative insulin deficiency to a predominantly secretory defect with or without insulin resistance)*

**Other specific types**  (see Table 3)

      Genetic defects of beta–cell function

      Genetic defects in insulin action

      Diseases of the exocrine pancreas

      Endocrinopathies

      Drug– or chemical–induced

      Infections

      Uncommon forms of immune–mediated diabetes

      Other genetic syndromes sometimes associated with diabetes

**Gestational diabetes\*\***

---

  \*As additional subtypes are discovered it is anticipated that they will be reclassified within their own specific category.

  \*\*Includes the former categories of gestational impaired glucose tolerance and gestational diabetes.

**53**

CONFIDENTIAL
AZSER12443562

## Table 3. Other Specific Types of Diabetes

**Genetic defects of beta–cell function**
    Chromosome 20, HNF4$\alpha$ (MODY1)
    Chromosome 7, glucokinase (MODY2)
    Chromosome 12, HNF1$\alpha$ (MODY3)
    Chromosome 13, IPF–1 (MODY4)
    Mitochondrial DNA 3243 mutation
    Others

**Genetic defects in insulin action**
    Type A insulin resistance
    Leprechaunism
    Rabson–Mendenhall syndrome
    Lipoatrophic diabetes
    Others

**Diseases of the exocrine pancreas**

    Fibrocalculous pancreatopathy
    Pancreatitis
    Trauma / pancreatectomy
    Neoplasia
    Cystic fibrosis
    Haemochromatosis
    Others

**Endocrinopathies**

    Cushing's syndrome
    Acromegaly
    Phaeochromocytoma
    Glucagonoma
    Hyperthyroidism
    Somatostatinoma
    Others

*(Continued on page 55)*

54

150

CONFIDENTIAL
AZSER12443563

**Table 3** *(continued)*

---

**Drug– or chemical–induced**  (see Table 4)

**Infections**

    Congenital rubella
    Cytomegalovirus
    Others

**Uncommon forms of immune–mediated diabetes**

    Insulin autoimmune syndrome (antibodies to insulin)
    Anti–insulin receptor antibodies
    "Stiff Man" syndrome
    Others

**Other genetic syndromes**  (see Table 5)

---

**55**

CONFIDENTIAL
AZSER12443564

**Table 4. Drug– or Chemical–induced Diabetes**

Nicotinic acid
Glucocorticoids
Thyroid hormone
Alpha–adrenergic agonists
Beta–adrenergic agonists
Thiazides
Dilantin
Pentamidine
Vacor
Interferon–alpha therapy
Others

56

CONFIDENTIAL
AZSER12443565

**Table 5.  Other Genetic Syndromes Sometimes
Associated with Diabetes**

Down's syndrome
Friedreich's ataxia
Huntington's chorea
Klinefelter's syndrome
Lawrence–Moon–Biedel syndrome
Myotonic dystrophy
Porphyria
Prader–Willi syndrome
Turner's syndrome
Wolfram's syndrome
Others

**57**

153

CONFIDENTIAL
AZSER12443566



**Figure 1:** Unstandardized (casual, random) blood glucose values in the diagnosis of diabetes in mmol $l^{-1}$ (mg $dl^{-1}$). Taken from the 1985 WHO Study Group Report (3).

58

154

CONFIDENTIAL
AZSER12443567

**Figure 2:**   Disorders of glycaemia: aetiological types and
clinical stages.

| Stages / Types | Normoglycaemia | Hyperglycaemia | | | |
|---|---|---|---|---|---|
| | Normal glucose tolerance | Impaired glucose regulation | Diabetes Mellitus | | |
| | | IGT and/or IFG | Not insulin requiring | Insulin requiring for control | Insulin requiring for survival |
| Type 1<br>• Autoimmune<br>• Idiopathic | ◄─────────────────────────────────────────► | | | | |
| Type 2*<br>• Predominantly insulin resistance<br>• Predominantly insulin secretory defects | ◄────────────────────────────────► | | | ▪▪▪▪► | |
| Other specific types* | ◄───────────────────────────► | | | ▪▪▪▪► | |
| Gestational diabetes* | ◄──────────────────────► | | | ▪▪▪▪► | |

\* In rare instances patients in these categories (e.g. Vacor Toxicity, Type 1 presenting in
pregnancy, etc.) may require insulin for survival.

**59**

155

CONFIDENTIAL
AZSER12443568

# Prevalence and Correlates of Diabetes in National Schizophrenia Samples

*by Lisa Dixon, Peter Weiden, Janine Delahanty, Richard Goldberg, Leticia Postrado, Alicia Lucksted, and Anthony Lehman*

## Abstract

**People with schizophrenia may be at increased risk for Type II diabetes because of the side effects of antipsychotic medication, poorer overall physical health, less healthy lifestyles, and poorer health care. The present study uses data bases collected by the Schizophrenia Patient Outcomes Research Team (PORT) to assess the prevalence and demographic and clinical correlates of diabetes within large populations of persons receiving treatment for schizophrenia. In the Schizophrenia PORT, Medicaid and Medicare data from 1991 and more recent interview data were collected regarding the comorbidity of schizophrenia and diabetes: prevalence, quality of life, physical health, and services utilization and costs. The study found that rates of diagnosed diabetes exceeded general population statistics well before the widespread use of the new antipsychotic drugs. Risk factors for diabetes were similar to those observed in the general population. The linkage of diabetes to poor physical health, medical morbidity, and increased service use and cost requires attention. This study of diabetes in the early 1990s suggests that even before the widespread use of the atypical antipsychotic drugs, diabetes was a major problem for persons with schizophrenia.**

**Keywords: Schizophrenia, diabetes, antipsychotics, hyperglycemia, health services.**

***Schizophrenia Bulletin, 26(4):903–912, 2000.***

People diagnosed with schizophrenic disorders have significantly higher mortality rates than the general population (Alleback 1989; Mortensen and Juel 1993; Saku et al. 1995; Baxter 1996; Felker et al. 1996; Jeste et al. 1996; Simpson and Tsuang 1996). Increased prevalence and severity of a number of medical conditions are important contributing factors (Tsuang et al. 1983; Dalmau et al. 1997; Dixon et al. 1999). Among these, diabetes is of particular interest. Previous research has suggested that peo-

ple diagnosed with schizophrenia are more likely to develop type II diabetes (Dynes 1969; McKee et al. 1986; Felker et al. 1996; Mukherjee et al. 1996).

Schizophrenia has been associated with impaired glucose tolerance and insulin resistance (Brambilla et al. 1976; Holden and Mooney 1994; Holden 1995a, 1995b). A family history of type II diabetes has been found in 18–19 percent of people with schizophrenia (Dynes 1969; Mukherjee et al. 1989). Another risk factor is iatrogenic—namely, the additional burden of weight gain caused by antipsychotics. A recent meta-analysis conducted by Allison and colleagues (1998) ranks the liability of different antipsychotic drugs to cause weight gain. This comprehensive study included 78 primary studies and found that at 10 weeks, clozapine and olanzapine caused the most weight gain, followed by thioridazine, sertindole, chlorpromazine, and risperidone. Other investigators have confirmed the increased weight gain with the atypical antipsychotic drugs, especially clozapine and olanzapine (Wetterling and Murigbrodt 1999; Wirshing et al. 1999).

Further, the new atypical drugs may contribute directly to hyperglycemia (McKee et al. 1986; deBoer and Gaete 1992; Kamran et al. 1994). Hagg et al. (1998) compared 63 psychotic patients taking clozapine with 67 psychotic patients not taking clozapine. A total of 22 percent of patients in the clozapine group had diabetes or impaired glucose tolerance compared with 10 percent in the nonclozapine group. This was a near significant difference. Wirshing and others (1998) describe six cases of acute onset of diabetes that occurred after starting olanzapine (two cases) and clozapine (four cases). The majority of these patients were African-American men. Most, but not all, experienced significant weight gain after starting treatment. Other case reports have appeared in the literature linking olanzapine to diabetes (Lindenmayer and

Send reprint requests to Dr. L. Dixon, University of Maryland, Dept. of Psychiatry, 701 West Pratt St., Rm. 476, Baltimore, MD 21201; e-mail: ldixon@umaryland.edu.

CONFIDENTIAL
AZSER12443569

*Schizophrenia Bulletin,* Vol. 26, No. 4, 2000

L. Dixon et al.

Patel 1999; Goldstein et al., in press) and even quetiapine as well (Sobol et al. 1999). Histaminic and serotonergic antagonism are hypothesized to induce weight gain and subsequent changes in glucose homeostatis (Wirshing et al. 1998). Leptin may mediate the increased overeating of persons on atypical antipsychotics (Kraus et al. 1999). Serotonin 1A antagonism is also hypothesized to decrease pancreatic beta-cell responsiveness (Wirshing et al. 1998). Of note, a four-case series reported reduced glycemic control with clozapine not related to weight gain (Popli et al. 1997).

Although antipsychotic drugs appear to increase vulnerability to diabetes among persons with schizophrenia, poor health behaviors are also likely to be important in both the development of diabetes and its impact once diagnosed. It is not surprising that persons with schizophrenia have been found to engage in fewer health-promoting behaviors than nonpsychiatric samples (Holmberg and Kane 1999). Brown and colleagues (1999) evaluated 102 middle-aged persons with schizophrenia residing in the community and found that patients exercised less, smoked more, and ate less healthy diets than normal controls. Multiple studies have shown that persons with schizophrenia smoke cigarettes at almost double the rate of the general population (Lyons 1999). Poverty, unstable living situations, and lower than expected educational attainment are associated with schizophrenia and increase the risk of obesity and other adverse medical sequelae (Dixon et al., in press).

Diabetes is thus an important medical comorbidity in schizophrenia that requires our greater attention and understanding. Most of the previous work on diabetes and schizophrenia has been done with limited samples in narrow geographic regions. The present study takes advantage of large national data bases collected by PORT to assess the prevalence and demographic and clinical correlates of diabetes within large populations of persons receiving treatment for schizophrenia. The PORT contract required collection of claims-based data and direct patient surveys. While each has limitations when considered separately, together such data provide a confluence of evidence about diabetes in schizophrenia. The PORT data permits examination of diabetes prevalence and correlates within national and regional populations that are much more representative of persons with schizophrenia than work that has previously been published.

## Methods

The PORT study was designed to examine patterns of treatment for persons with schizophrenia in usual care and the implications of variations in care in light of current scientific knowledge of treatment efficacy. Administrative claims data from the national Medicare program, Medicaid data from one state, and primary data collected via a field study of patient interviews in two states were used in this study. Examination of these samples was required of the PORT contract, and allows for examination of three different and potentially cross-validating populations.

**Medicare.** Medicare covers disabled persons with previous work experience who are under age 65 and almost all Americans over age 65. The study population consisted of all Medicare enrollees who had at least one service claim during 1991 and who were diagnosed with schizophrenia, which includes the schizoaffective and schizophreniform disorders (International Classification of Diseases–9–Clinical Modification 1989; ICD–9–CM code of 295.xx), in any care setting. Using this selection criterion, the Health Care Financing Administration identified 402,954 subscribers from a total Medicare enrollment of 34.9 million in 1991. The study population was then limited to individuals who were 18 years of age or older, resided in the United States, had Parts A and B coverage during all of 1991, and survived through the end of 1991. Additional exclusions resulted from the identification of persons who had diagnoses on interim claims only, a subscriber number change, or an admitting diagnosis but no discharge diagnosis of schizophrenia during 1991. From the final study population of 331,617 enrollees, a 5 percent systematic random sample was drawn. This sample yielded 16,480 claimants.

To guard against the potential inclusion of persons without schizophrenia in this sample, an algorithm identified those individuals whose records did not show a schizophrenia diagnosis for at least one of the following: (1) an inpatient hospital or physician claim, (2) a clinic or office visit claim, or (3) a physician visit claim in a skilled nursing or custodial care facility. The final sample, based on the exclusion of patients identified by the algorithm as least likely to be diagnosed with schizophrenia, resulted in 14,182 Medicare enrollees with schizophrenia who utilized services during 1991. The analysis sample group thus included 14,182 persons who are representative of the Medicare enrollees who utilized services for schizophrenia in 1991. Persons with a paid inpatient or outpatient claim for diabetes were identified. The age, gender, race, and overall cost of care for persons with a paid claim for diabetes were also obtained from the data base.

**Medicaid.** Medicaid data from 1991 from a southern state were subjected to the same sample selection criterion used for Medicare. Only persons continuously enrolled for the full year were included, but persons who were dually eligible for Medicare were excluded because their claims would be incomplete. The final sample

904

CONFIDENTIAL
AZSER12443570

*Schizophrenia Bulletin*, Vol. 26, No. 4, 2000

included 6,066 persons. As in the Medicare sample, we assessed the proportion and demographic characteristics as well as the cost of care of people with a paid claim for diabetes care.

## Field Study

**Overview.** The PORT Patient Survey conducted face-to-face interviews with a random sample of 719 persons with a clinical diagnosis of schizophrenia who were currently under usual care in two states, one in the South and the other in the Midwest. The surveys were conducted from 1994 to 1996. After complete description of the study to the subjects, all subjects provided written informed consent for the study and were paid $10 for their time. They completed a 90-minute face-to-face survey conducted by lay interviewers. The details of this procedure are documented elsewhere (Phase II Primary Data Analysis 1997). This study utilized parts of the survey related to presence of medical problems, quality of life, physical health functioning, and medications.

**Sampling.** A random, though not necessarily epidemiologically representative, sample of persons currently under treatment for schizophrenia in usual care settings served as subjects for this study. These settings included acute inpatient and outpatient programs and spanned the public, private, and Department of Veterans Affairs sectors of care. The sampling strategy was conducted at four levels: (1) state, (2) community, (3) provider, and (4) patient. Once states were selected and agreement to participate was obtained, communities were chosen. Treatment patterns in five communities were sampled across the two states, and at least one rural community was included in each state. Finally, within each provider setting, patients with a diagnosis of schizophrenia were selected at random from treatment rosters. All subjects met the following criteria: having a current clinical diagnosis of schizophrenia, speaking English, being at least 18 years old, being legally competent, and living within the local community sampled.

A total of 663 inpatients were screened as initially eligible for the survey, and 69.1 percent (458) agreed to allow the treatment program to release their names to the study. Of these, 398 met a more detailed eligibility assessment, and 279 of the 398 (70.1%) completed the survey. A total of 1,017 community-based patients met an initial eligibility screen, and 584 (57.4%) of these gave permission to their treatment program to release their names to the study. Subsequent assessments revealed that 550 were actually eligible for the survey and 440 of the 550 (80.0%) completed the survey. Hence two types of sample attrition were encountered: (1) at the point of patients' consent for their treatment providers to release their names to the study, and (2) at the point of consent and completion of the actual survey. The former type of attrition was more substantial than the latter, especially among the community sample.

There were no significant gender, race, or age differences between persons who gave permission to release their names and persons who refused permission to release their names. Staff project coordinators at each site were able to provide information to the research program on the age, gender, and race of persons who refused to release their names without revealing the identity of the refusing individual. Further, among those who released their names, there were no significant gender, race, or age differences between those who consented to participate and those who refused to participate in the study.

## Instruments and Measures

**Medical comorbidity.** Individuals were asked if they have ever been told by a physician that they had any of 12 physical health problems ("lifetime comorbidity"). The 12 physical health problems were high blood pressure, diabetes, sexually transmitted diseases, cancer, breathing problems, heart problems, bowel problems, hearing problems, eyesight problems, teeth problems, skin problems, and seizures. Individuals were also asked to report whether they currently have any of these conditions ("current comorbidity") and if they were currently receiving treatment for any of these disorders. Persons were divided into four diabetes groups to assess the impact of diabetes on overall physical health status, symptoms, life satisfaction, and use of services. These groups were (1) no diabetes, (2) current diabetes receiving treatment, (3) current diabetes not receiving treatment, and (4) lifetime but not current diabetes. We assessed differences among these groups on subjective quality of life and physical health status.

**Physical health status.** Two measures were used to determine physical health status. The first measure was obtained from respondents' ratings of their physical health on a five-point scale (1 = poor, 5 = excellent) in response to the question "Compared to other people your age, would you say your physical health is excellent, very good, good, fair, or poor?" The second measure was based upon respondents' ratings of their satisfaction with their physical condition on a seven-point (1 = terrible, 7 = delighted) rating scale. This item was taken from the Lehman Quality of Life Interview (LQLI; Lehman, 1983, 1988).

**Mental and emotional health.** This measure consisted of a single item that asked respondents to rate on a five-point scale (1 = poor, 5 = excellent) their level of mental or emotional health.

CONFIDENTIAL
AZSER12443571

*Schizophrenia Bulletin*, Vol. 26, No. 4, 2000    L. Dixon et al.

**General life satisfaction.** This measure represents the mean of responses to two items placed near the beginning and close to the end of the interview. These items asked respondents to rate their overall satisfaction with their lives "as a whole" on a seven-point rating scale (1 = delighted, 7 = terrible). These items were taken from the LQLI.

**Medications.** All patients were asked if they take any medicine for an emotional problem or problem with their nerves. If they responded yes, they were then asked what medicine they take. Individuals were dichotomized into those receiving antipsychotics with a greater risk for weight gain (in this sample risperidone or clozapine—other atypical antipsychotics were not yet approved) and those who were not prescribed these drugs.

## Results

**Prevalence and Demographics.** Tables 1, 2, and 3 show the prevalence and demographic characteristics of persons with diabetes in the three samples under study. The prevalence of current treated diabetes varied from 9 to 14 percent. The rate of lifetime diabetes reported in the field survey was 15 percent; 86 percent ($n = 67$) of patients with current diabetes were currently receiving diabetes treatment. As indicated in tables 2 and 3, in all three samples, being older, female, and African-American or "other" race was associated with increased likelihood of diabetes. Logistic regression performed on the field study sample indicated that age, race, and gender remained significantly predictive of diabetes. Women were 2.1 times more likely to have diabetes than men, and whites were half as likely to have diabetes as nonwhites. In the field study, lifetime diabetes was associated with lower educational attainment (maximum education 11.2 years [standard deviation (SD) = 2.4] vs. 12.0 [SD = 2.4], $t = 3.03$, $df = 715$, $p < 0.01$) and marital status (never married: $n = 38/367$ [10.35%], ever married: $n = 69/350$ [19.71%], $\chi^2 = 12.36$, $df = 1$, $p < 0.001$).

**Diabetes, Physical Health, and Quality of Life.** In the field study, physical health status and global life satisfaction were significantly related to membership in diabetes groups (table 4). Persons with current diabetes who are not receiving treatment have the poorest health status, those with current diabetes who are receiving treatment and those with past diabetes are roughly comparable, and those without diabetes report the best health status. Post hoc analyses revealed that persons without diabetes significantly differ on physical health status from those with diabetes but not receiving treatment. Life satisfaction is greatest in persons receiving diabetes treatment and poorest in those with diabetes but not receiving treatment. Post hoc tests on life satisfaction revealed that persons with diabetes who receive treatment have significantly greater life satisfaction than patients without diabetes and those with past but not current diabetes. General life satisfaction was not related to age, gender, or race.

Persons with diabetes reported a greater number of other physical illnesses (3.4 [1.9] vs. 2.2 [1.8], $t = 6.0$, $df = 1,717$, $p < 0.001$). Table 5 shows the comparison of the presence of different illnesses among persons with diabetes compared with persons not reporting diabetes. Persons with diabetes were more likely to have hypertension, heart problems, seizures, hearing problems, and vision problems than persons without diabetes.

**Service Utilization and Cost.** In the field study, having seen a health professional in the past year was significantly related to membership in diabetes groups (table 4). Persons receiving treatment for diabetes were more likely to have seen a health professional than those without diabetes. Total Medicaid costs were significantly higher for persons with diabetes ($6,566 [SD = 9,097] vs. $8,759 [SD = 9,823], $t = 5.8$, $p < 0.001$). This difference was accounted for by excess somatic care costs for people with diabetes. Total Medicare costs were significantly higher for persons with diabetes ($9,820 [SD = 18,624] vs. $14,851 [SD = 24,236], $t = 8.057$, $df = 11,445$, $p <$

**Table 1. Prevalence of diabetes in field study, Medicaid, and Medicare samples**

| Sample | Prevalence, $n$ (%) | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Lifetime | Current | Current (with treatment) | Any diabetes claim | Inpatient diabetes claim | Outpatient diabetes claim |
| Field study ($n = 719$) | 107 (14.9) | 78 (10.8) | 67 (9.3) | | | |
| Medicaid ($n = 6,066$) | | | | 673 (11.1) | 130 (2.1) | 661 (10.9) |
| Medicare ($n = 14,182$) | | | | 1,766 (12.5) | 564 (4.0) | 1,685 (11.9) |

CONFIDENTIAL
AZSER12443572

*Schizophrenia Bulletin*, Vol. 26, No. 4, 2000

**Table 2. Gender and race correlates of diabetes in field study, Medicaid, and Medicare samples**

| Sample | Gender | | | Race | | | |
|---|---|---|---|---|---|---|---|
| | Men with diabetes, n (%) | Women with diabetes, n (%) | Statistics | Whites with diabetes, n (%) | Blacks with diabetes, n (%) | Persons of other race with diabetes, n (%) | Statistics |
| Field study (n = 719) | 49/454 (10.8) | 58/265 (21.9) | $\chi^2 = 16.3$, $df = 1$, $p < 0.001$ | 43/374 (11.5) | 54/292 (18.5) | 9/51 (17.7) | $\chi^2 = 6.8$, $df = 2$, $p < 0.05$ |
| Medicaid (n = 6,066) | 94/2,212 (4.3) | 579/3,854 (15.0) | $\chi^2 = 164$, $df = 1$, $p < 0.001$ | 170/1,812 (9.4) | 414/3,581 (11.6) | 89/673 (13.2) | $\chi^2 = 9.27$, $df = 2$, $p = 0.01$ |
| Medicare (n = 14,182) | 675/7,660 (8.8) | 1,091/6,522 (16.7) | $\chi^2 = 202$, $df = 1$, $p < 0.001$ | 1,225/10,457 (11.7) | 436/2,807 (15.5) | 105/918 (11.4) | $\chi^2 = 30.5$, $df = 2$, $p < 0.001$ |

**Table 3. Age correlates of diabetes in field study, Medicaid, and Medicare samples**

| Sample | People with diabetes, mean age (SD) | People without diabetes, mean age (SD) | Age 18–44 with diabetes, n (%) | Age 45–64 with diabetes, n (%) | Age 65+ with diabetes, n (%) | Statistics |
|---|---|---|---|---|---|---|
| Field study (n = 719) | 50.2 (12.5) | 42.0 (11.4) | | | | $t = 6.8$, $df = 717$, $p < 0.001$ |
| Medicaid (n = 6,066) | | | 259/3,866 (6.7) | 395/2,099 (18.8) | 19/101 (18.8) | $\chi^2 = 208$, $df = 2$, $p < 0.001$ |
| Medicare (n = 14,182) | | | 348/6,221 (5.6) | 608/4,070 (14.9) | 810/3,891 (20.8) | $\chi^2 = 541$, $df = 2$, $p < 0.001$ |

*Note.*—SD = standard deviation.

CONFIDENTIAL
AZSER12443573

*Schizophrenia Bulletin*, Vol. 26, No. 4, 2000

L. Dixon et al.

**Table 4. Health status, life satisfaction, and service use of diabetics: Results of analysis of variance on independent variables with least significant difference**

| Subject group | Physical health status,[a] mean[1] (SD) | Global life satisfaction,[b] mean (SD) | Seen a health professional in past year,[c] n (%) |
|---|---|---|---|
| No diabetes, past or current (n = 612) | 2.97 (1.11) [a] | 4.51 (1.52) [a] | 321 (52) [a] |
| Past diabetes, not current (n = 26) | 3.35 (1.16) [ab] | 4.40 (1.65) [ab] | 18 (69) [ab] |
| Current diabetes, receiving treatment (n = 67) | 3.23 (1.04) [ab] | 5.14 (1.33) [b] | 48 (72) [b] |
| Current diabetes, not receiving treatment (n = 11) | 3.90 (1.38) [b] | 4.36 (1.42) [ab] | 7 (64) [ab] |

*Note.*—SD = standard deviation.

[1] Means with common letters are not significantly different.

[a] Higher scores reflect poorer health status: $F = 4.31$; $df = 3,710$; $p < 0.005$.

[b] Higher scores reflect greater life satisfaction: $F = 3.66$; $df = 3,712$; $p < 0.0$.

[c] $F = 390$, $df = 3,712$, $p < 0.01$.

**Table 5.  Physical conditions and diabetes**

| Physical Condition | People With Co-occuring Condition, n (%) | | $\chi^2$, df, p |
|---|---|---|---|
| | Presence in persons with lifetime diabetes (n = 107) | Presence in persons without lifetime diabetes (n = 612) | |
| Hypertension | 68 (64) | 177 (29) | 48.6, 1, $p < 0.001$ |
| Sexually transmitted disease | 10 (9) | 61 (10) | ns |
| Cancer | 7 (7) | 26 (4) | ns |
| Breathing problems | 29 (27) | 119 (19) | ns |
| Heart problems | 27 (25) | 85 (14) | 8.9, 1, $p < 0.01$ |
| Bowel problems | 32 (30) | 140 (23) | ns |
| Seizures | 20 (19) | 64 (10) | 6.0, 1, $p < 0.05$ |
| Hearing problems | 25 (23) | 68 (11) | 12.4, 1, $p < 0.001$ |
| Teeth problems | 49 (46) | 227 (37) | ns |
| Skin problems | 18 (17) | 89 (15) | ns |
| Vision problems | 76 (71) | 316 (52) | 13.7, 1, $p < 0.001$ |

*Note.*—ns = nonsignificant.

0.001). For persons aged 18–44 and 45–64, the difference in costs was $4,494 ($11,435 vs. $15,929) and $5,246 ($10,057 vs. $15,303), respectively. For persons over 65 years old, the difference was $8,407 ($12,600 vs. $21,007).

**Antipsychotic Medications.** In the field study, 112 (16.4%) of patients reported being prescribed risperidone. A total of 71 (9.8%) reported being prescribed clozapine. Neither lifetime nor current diabetes were related to risperidone or clozapine use.

## Discussion

This study found a significant prevalence and impact of diabetes in schizophrenia during the period of time preceding the widespread use of novel antipsychotic medications. While our study did not include a control group, we can compare morbidity rates in our schizophrenia sample to rates of medical conditions reported in the literature. The National Health Interview Survey (NHIS) provides estimates of self-reported rates of selected chronic conditions in the United States noninstitutionalized population

CONFIDENTIAL
AZSER12443574

*Schizophrenia Bulletin*, Vol. 25, No. 4, 2000

by age, race, and gender (Adams and Marano 1995). The NHIS 1994 diabetes rate was 1.2 percent for persons aged 18–44 and 6.3 percent for persons aged 45–64. In our field study sample (mean age = 43 years), the rate of life-time diabetes was 14.9 percent and current diabetes was 10.8 percent. The rate of diabetes thus far exceeded the general population. Further, the consistency between the Medicaid, Medicare, and primary data suggests the valid-ity of the patient self-report.

The associations of being older, being African-American, and being female with the presence of diabetes were consistent across the three data sets. These patterns are consistent with current literature regarding diabetes in the general population (Casparie 1991; Cantor et al. 1995; Haffner 1998). Of particular relevance to this study's sam-ple, African-Americans are at particular risk for diabetes and tend to experience more cardiovascular and other complications (Shaten et al. 1993; Byrne et al. 1994; Galliard et al. 1997). Diabetes is also high among Native American and Latino populations (Harris 1998; Centers for Disease Control and Prevention 1999). Such differ-ences may be due to correlations between race or ethnic-ity and other risk factors in the United States, although genetic contributions are likely as well (Stern 1993; Byrne et al. 1994; Galliard et al. 1997). The association of lower educational attainment and female gender with diabetes are also consistent with the previous literature indicating poorer diabetes treatment and more complications among women and people with lower socioeconomic status or lower education levels (Connolly and Kesson 1996; Will and Casper 1996; Nilsson et al. 1998; van der Meer and Mackenbach 1999).

A total of 14 percent of persons with current diabetes were not receiving treatment. Further, 27 percent of patients reporting lifetime diabetes reported not having diabetes at the time of the study. It is not possible to ascer-tain from these data whether the diagnoses of diabetes were correct. However, it is interesting to note that patients' self-reported physical health status was lowest in the group of patients reporting that they have diabetes but were not receiving treatment and was highest in those without diabetes. The enhanced general life satisfaction among persons with diabetes and receiving treatment is somewhat puzzling but may reflect a general nonspecific impact of the receipt of care on perceptions of quality of life.

A diagnosis of diabetes was clearly associated with greater use of services and cost of care. This increase may be due to the diabetes or perhaps to the association of dia-betes with other physical illnesses and conditions. Previous work in the 1992 Medicare population suggests that persons with diabetes had costs of care that were 1.5 times greater than costs for other Medicare beneficiaries

in 1992 (Krop et al. 1998). Roughly the same overall ratio was observed for patients in this study. However, a break-down of the differential costs of care for different age groups was revealing: the ratio of the costs of care for persons with diabetes to the costs of care for persons without diabetes increased with age. The relative increased costs of care for older persons with schizophre-nia and diabetes may be greater than the increased costs of care due to diabetes for persons who do not have schiz-ophrenia. The cost of diabetes care appeared to become relatively more expensive with age for persons with schiz-ophrenia. Perhaps the burden of additional chronic dis-eases increases over time. In any event, the implications of diabetes for costs and service are considerable.

Diabetes is a chronic condition that requires active self-care for optimal management (American Diabetes Association 1999). The cognitive, memory, and social functioning dysfunctions common in schizophrenia (e.g., Neuchterlein and Dawson 1984; Braff et al. 1991; Seidman et al. 1992) make it likely that many people with both disorders have trouble understanding, retaining, organizing, and acting on diabetes treatment and self-care recommendations (Adler and Griffith 1991). Communicating effectively with health care providers about symptoms and questions is also of particular impor-tance with diabetes and is also likely to be problematic (Morrison and Bellack 1987; Pary and Barton 1988; Bellack et al. 1990; Krach 1993). Furthermore, tobacco use may interfere with glucose metabolism (Holden 1995a), and sedentary, isolated lifestyles and poor diet may increase diabetes risk. These are all too common in the lives of people with schizophrenia. Pilot work on the impact of exercise programs and dietary counseling sug-gest that these health behaviors can be changed to improve a range of health outcomes (Aquila and Emanuel 1999; Dixon et al., in press).

The possible increased risk of diabetes and weight gain with new atypical antipsychotic drugs is worrisome and requires careful surveillance. We did not find an asso-ciation between a patient's awareness of a diagnosis of diabetes and use of risperidone and clozapine in the mid-1990s when the interview was conducted. This lack of association could be due to problems with the validity of patient self-report. It could also be that the hypothesized increased incidence of diabetes with clozapine in particu-lar takes some time to develop. However, the elevated rates of treated diabetes found in the Medicare and Medicaid claims coupled with the similarly elevated rates in the primary study of the PORT suggest that one should use caution in attributing problems with diabetes to any single phenomenon (e.g., antipsychotic drug use). Diabetes and schizophrenia clearly have a complex his-tory and relationship that requires further attention. The

CONFIDENTIAL
AZSER12443575

*Schizophrenia Bulletin,* Vol. 26, No. 4, 2000

implications for health screening, treatment planning, costs, and locus of care delivery are considerable.

# References

Adams, P.F., and Marano, M.A. Current estimates for the national health interview survey, 1994. *National Center for Health Statistics, Vital Health Statistics,* 10(193), 1995.

Adler, L.E., and Griffith, J.M. Concurrent medical illness in the schizophrenic patient: Epidemiology, diagnosis, and management. *Schizophrenia Research,* 4:91–107, 1991.

Allebeck, P. Schizophrenia: A life-threatening disease. *Schizophrenia Bulletin,* 15(1):81–89, 1989.

Allison, D.B.; Mentore, J.L.; Heo, M.; Weiden, P.J.; Cappelleri, J.; and Chandler, L.P. "Weight Gain Associated with Conventional and Newer Antipsychotics: A Meta-analysis." Poster presented at the 38th annual meeting of the New Clinical Drug Evaluation Unit, Boca Raton, FL, June 10–13, 1998.

American Diabetes Association. National standards for diabetes self-management education programs and American Diabetes Association review criteria. *Diabetes Care,* 22(Suppl 1):S111–S114, 1999.

Aquila, R., and Emanuel, M. Weight gain and antipsychotic medications. *Journal of Clinical Psychiatry,* 60:336–337, 1999.

Baxter, D.N. The mortality experience of individuals on the Salford psychiatric case register: I. All-cause mortality. *British Journal of Psychiatry,* 168:772–779, 1996.

Bellack, A.S.; Morrsion, R.L.; Wixted, J.T.; and Mueser, K.T. An analysis of social competence in schizophrenia. *British Journal of Psychiatry,* 156:809–818, 1990.

Braff, D.L.; Heaton, R.; Kuck, J.; Cullum, M.; Moranville, J.; Grant, I.; and Zisook, S. The generalized pattern of neuropsychological deficits in outpatients with chronic schizophrenia with heterogeneous Wisconsin Card Sorting Test results. *Archives of General Psychiatry,* 48:891–898, 1991.

Brambilla, F.; Guastalla, A.; Guerrini, A.; Riggi, F.; Rovere, C.; Zanaboni, A.; and Zanaboni-Muciaccia, W. Glucose-insulin metabolism in chronic schizophrenia. *Diseases of the Nervous System,* 37:98–103, 1976.

Brown, S.; Birtwistle, J.; Roe, L.; and Thompson, C. The unhealthy lifestyle of people with schizophrenia. *Psychological Medicine,* 29:697–701, 1999.

Byrne, C.; Nedelman, J.; and Luke, R.G. Race, socioeconomic status, and the development of end-stage renal disease. *American Journal of Kidney Disease,* 23:16–22, 1994.

Cantor, A.B.; Krischer, J.P.; Cuthbertson, D.D.; Schatz, D.A.; Riley, W.J.; Malone, J.; Schwartz, S.; Quattrin, T.; and Maclaren, N.K. Diabetes-mellitus (IDDM) in relatives of patients with IDDM. *Journal of Clinical Endocrinology and Metabolism,* 80:3739–3743, 1995.

Casparie, A. Epidemiology of type II diabetes mellitus and aging of the population: Health policy implications and recommendations for epidemiological research. *International Journal of Epidemiology,* 20(Suppl 1):S25–S29, 1991.

Centers for Disease Control and Prevention. Self-reported prevalence of diabetes among Hispanics—United States, 1994–1997. *Morbidity and Mortality Weekly Report,* 48:8–12, 1999.

Connolly, V.M., and Kesson, C.M. Socioeconomic status and clustering of cardiovascular disease risk factors in diabetic patients. *Diabetes Care,* 19:419–422, 1996.

Dalmau, A.; Bergman, B.; and Brismar, B. Somatic morbidity in schizophrenia—A case control study. *Public Health,* 111:393–397, 1997.

de Boer, C., and Gaete, H.P. Neuroleptic malignant syndrome and diabetic keto-acidosis. *British Journal of Psychiatry,* 161:856–858, 1992.

Dixon, L.; Postrado, L.; Delahanty, J.; Fisher, P.; and Lehman, A. The association of medical comorbidity in schizophrenia with poor physical and mental health. *Journal of Nervous and Mental Disease,* 187:496–502, 1999.

Dixon, L.; Wohlheiter, K.; and Thompson, D. Medical management of schizophrenia. In: Lieberman, J., and Murray, R., eds. *Comprehensive Care of Schizophrenia.* London, U.K.: Martin Dunitz, in press.

Dynes, J.B. Diabetes in schizophrenia and diabetes in nonpsychotic medical patients. *Diseases of the Nervous System,* 30:341–344, 1969.

Felker, B.; Yazel, J.J.; and Short, D. Mortality and medical comorbidity among psychiatric patients: A review. *Psychiatric Services,* 47:1356–1363, 1996.

Gaillard, T.R.; Schuster, D.P.; Bossetti, B.M.; Green, P.A.; and Osei, K. The impact of socioeconomic status on cardiovascular risk factors in African-Americans at high risk for type II diabetes: Implications for syndrome X. *Diabetes Care,* 20:745–752, 1997.

Goldstein, L.E.; Sporn, J.; Brown, S.; Kim, H.; Finkelstein, J.; Gaffey, G.K.; Sachs, G.; and Stern, T.A. New-onset diabetes mellitus and diabetic ketoacidosis associated with olanzapine treatment. *Psychosomatics,* 40:438–443, 1999.

Haffner, S.M. Epidemiology of type 2 diabetes: Risk factors. *Diabetes Care,* 21(Suppl 3): C3–6, 1998.

CONFIDENTIAL
AZSER12443576

Hagg, S.; Joelsson, L.; Mjorndal, T.; Spigset, O.; Oja, G.; and Dahlqvist, R. Prevalence of diabetes and impaired glucose tolerance in patients treated with clozapine compared with patients treated with conventional depot neuroleptic medications. *Journal of Clinical Psychiatry*, 59:294–299, 1998.

Harris, M.I. Diabetes in America: Epidemiology and scope of the problem. *Diabetes Care*, 21(Suppl 3):C11–C14, 1998.

Holden, R.J. The estrogen connection: The etiological relationship between diabetes, cancer, rheumatoid arthritis and psychiatric disorders. *Medical Hypotheses*, 45:169–189, 1995a.

Holden, R.J. Schizophrenia, suicide and the serotonin story. *Medical Hypotheses*, 44:379–391, 1995b.

Holden, R.J., and Mooney, P.A. Schizophrenia is a diabetic brain state: An elucidation of impaired neurometabolism. *Medical Hypotheses*, 43:420–435, 1994.

Holmberg, S.K., and Kane, C. Health and self-care practices of persons with schizophrenia. *Psychiatric Services*, 50:827–829, 1999.

Jeste, D.V.; Gladsjo, J.A.; Lindamer, L.A.; and Lacro, J.P. Medical comorbidity in schizophrenia. *Schizophrenia Bulletin*, 22(3):413–430, 1996.

Kamran, A.; Doraiswamy, P.M.; Jane, J.L.; Hammett, E.B.; and Dunn, L. Severe hyperglycemia associated with high doses of clozapine. [Letter] *American Journal of Psychiatry*, 151:1395, 1994.

Krach, P. Nursing implications: Functional status of older persons with schizophrenia. *Journal of Gerontology Nursing*, 19(8):21–27, 1993.

Kraus, T.; Haack, M; Schuld, A; Hinze-Selch, D; Kuhn, M; Uhr, M; and Pollmacher, T: Body weight and leptin plasma levels during treatment with antipsychotic drugs. *American Journal of Psychiatry*, 156:312–314, 1999.

Krop, J.S.; Powe, N.R.; Weller, W.E.; Shaffer, T.J.; Saudek, C.D.; and Anderson, G.F. Patterns of expenditures and use of services among older adults with diabetes: Implications for the transition to capitated managed care. *Diabetes Care*, 21:747–752, 1998.

Lehman, A.F. The well-being of chronic mental patients. *Archives of General Psychiatry*, 40:369–373, 1983.

Lehman, A.F. Quality of life interview for chronically mentally ill. *Evaluation and Program Planning*, 11:51–62, 1988.

Lindenmayer, J.P., and Patel, R. Olanzapine-induced ketoacidosis with diabetes mellitus. [Letter] *American Journal of Psychiatry*, 156:1471, 1999.

Lyon, E.R. A review of the effects of nicotine on schizophrenia and antipsychotic medications. *Psychiatric Services*, 50:1346–1350, 1999.

McKee, H.A.; D'Arcy, P.F.; and Wilson, P.J. Diabetes and schizophrenia—A preliminary study. *Journal of Clinical Hospital Pharmacology*, 11:297–299, 1986.

Morrison, R.L., and Bellack, A.S. Social functioning of schizophrenic patients: Clinical and research issues. *Schizophrenia Bulletin*, 13(4):715–725, 1987.

Mortensen, P.B., and Juel, K. Mortality and causes of death in first admitted schizophrenic patients. *British Journal of Psychiatry*, 163:183–189, 1993.

Mukherjee, S.; Decina, P.; Bocola ,V.; Saraceni, F.; and Scapicchio, P.L. Diabetes mellitus in schizophrenic patients. *Comparative Psychiatry*, 37:68–73, 1996.

Mukherjee, S.; Schnur, D.B.; and Reddy, R. Family history of type 2 diabetes in schizophrenic patients. [Letter] *Lancet*, 1:495, 1989.

Neuchterlein, K.H., and Dawson, M.E. Information processing and attentional functioning in the developmental course of schizophrenic disorders. *Schizophrenia Bulletin*, 10(2):160–203, 1984.

Nilsson, P.M.; Johansson, S.E.; and Sundquist, J. Low educational status is a risk factor for mortality among diabetic people. *Diabetic Medicine*, 15:213–219, 1998.

Pary, R.J., and Barton, S.N. Communication difficulty of patients with schizophrenia and physical illness. *Southern Medical Journal*, 81:489–490, 1988.

Phase II Primary Data Analysis. Analysis of patterns of treatment and indicators of outcomes based on primary data. Schizophrenia Patient Outcomes Research Team. Prepared for Agency for Health Care Policy and Research Contract No. 282-0054. 1997.

Popli, A.P.; Konicki, P.E.; and Jurjus, G.J. Clozapine and associated diabetes mellitus. *Journal of Clinical Psychiatry*, 58:108–111, 1997.

Saku, M.; Tokudome, S.; Ikeda, M.; Kono, S.; Makimoto, K.; Uchimura, H.; Mukai, A.; and Yoshimura, T. Mortality in psychiatric patients, with a specific focus on cancer mortality associated with schizophrenia. *International Journal of Epidemiology*, 24:366–372, 1995.

Seidman, L.J.; Cassens, G.P.; Kremen, W.S.; and Pepple, J.R. Neuropsychology in schizophrenia. In: While, R.F., ed. *Clinical Syndromes in Adult Neuropsychology: The Practitioner's Handbook.* New York, NY: Elsevier, 1992. pp. 381–449.

Shaten, B.J.; Smith, G.D.; Kuller, L.H.; and Neaton, J.D. Risk-factors for the development of type II diabetes among men enrolled in the usual care group of the multiple risk factor intervention trial. *Diabetes Care*, 16:1331–1339, 1993.

Simpson, J.C., and Tsuang, M.T. Mortality among patients with schizophrenia. *Schizophrenia Bulletin*, 22(3):485–499, 1996.

CONFIDENTIAL
AZSER12443577