*Schizophrenia Bulletin*, Vol. 26, No. 4, 2000

L. Dixon et al.

Sobel, M.; Jaggers, E.D.; and Franz, M.A. New-onset diabetes mellitus associated with the initiation of quetiapine. *Journal of Clinical Psychiatry*, 60:556–557, 1999.

Stern, M.P. Invited commentary: do risk factors explain ethnic differences in type II diabetes? *American Journal of Epidemiology*, 137:733–734, 1993.

Tsuang, M.T.; Perkins, K.; and Simpson, J.C. Physical diseases in schizophrenia and affective disorder. *Journal of Clinical Psychiatry*, 44:42–46, 1983.

van der Meer, J.B.W., and Mackenbach, J.P. The care and course of diabetes: Differences according to level of education. *Health Policy*, 46:127–141, 1999.

Wetterling, T., and Mubigbrodt, H.E. Weight gain: Side effect of atypical neuroleptics? *Journal of Clinical Psychopharmacology*, 19:316–321, 1999.

Will, J.C., and Casper, M. The contribution of diabetes to early deaths from ischemic heart disease: U.S. gender and racial comparisons. *American Journal of Public Health*, 86:576–579, 1996.

Wirshing, D.A.; Spellberg, B.J.; Erhart, S.M.; Marder, S.R.; and Wirshing, W.C. Novel antipsychotics and new onset diabetes. *Biological Psychiatry*, 44:778–783, 1998.

Wirshing, D.A.; Wirshing, W.C.; Kysar, L.; Berisford, M.A.; Goldstein, D.; Pashdag, J.; Mintz, J.; and Marder, S.R. Novel antipsychotics: Comparison of weight gain liabilities. *Journal of Clinical Psychiatry*, 60:358–363, 1999.

## Acknowledgments

This work was supported by the Schizophrenia PORT (see below) and NIMH Grant K20–MH01250–01 to Dr. Dixon. The Schizophrenia PORT was funded by the Agency for Health Care Policy and Research and the National Institute of Mental Health (AHCPR contract #282–92–0054). The Principal Investigator and Co-Principal Investigator are, respectively, Anthony F. Lehman, M.D., M.S.P.H., at the Center for Mental Health Services Research, University of Maryland, and Donald M. Steinwachs, Ph.D., at the Health Services Research and Development Center of the Johns Hopkins University School of Hygiene and Public Health. PORT Co-Investigators include Robert W. Buchanan, M.D., William T. Carpenter, Jr., M.D., and Jerome Levine, M.D., of the Maryland Psychiatric Research Center; Lisa B. Dixon, M.D., M.P.H., Howard H. Goldman, M.D., Ph.D., Fred Osher, M.D., Leticia Postrado, Ph.D., Jack E. Scott, Sc.D., and James Thompson, M.D., M.P.H., at the Center for Mental Health Services Research, University of Maryland School of Medicine; Susan dosReis, B.S. Pharm., and Julie A. Kreyenbuhl, Pharm.D. candidate, at the University of Maryland School of Pharmacy, Department of Pharmacy Practice and Science; Maureen Fahey, M.L.A., Judith D. Kasper, Ph.D., Alan Lyles, Sc.D., M.P.H., Elizabeth A. Skinner, M.S.W., and Andrew D. Shore, Ph.D., at the Health Services Research and Development Center, Department of Health Policy and Management, The Johns Hopkins University School of Hygiene and Public Health; Pamela J. Fischer, Ph.D., at the Department of Psychiatry and Behavioral Sciences, The Johns Hopkins University School of Medicine; Elizabeth McGlynn, Ph.D., at the RAND Corporation; Robert Rosenheck, M.D., with the Veterans Affairs Northeast Program Evaluation Center and Yale University; and Julie Magno Zito, Ph.D., at both the Center for Mental Health Services Research, University of Maryland School of Medicine, and the University of Maryland School of Pharmacy, Department of Pharmacy Practice and Science.

## The Authors

Lisa Dixon, M.D., M.P.H., is Associate Professor of Pyschiatry; Janine Delahanty, M.A., is Research Associate; Richard Goldberg, Ph.D., is Assistant Professor; Leticia Postrado, Ph.D., is Assistant Professor; Alicia Lucksted, Ph.D., is Research Associate; and Anthony Lehman, M.D., M.S.P.H., is Professor, all at the Department of Psychiatry, University of Maryland, Baltimore, MD. Peter Weiden, M.D., is Professor of Psychiatry, State University of New York Health Science Center, Brooklyn, New York.

CONFIDENTIAL
AZSER12443578

Alexander Glassman, MD

# Assessment of Antipsychotic-Related Diabetes Mellitus in a Medicaid Population: Sensitivity to Study Design

Frank Gianfrancesco, PhD[1]; Henry A. Nasrallah, MD[2]; Jacqueline Pesa, MSEd, PhD, MPH[3]; Ruey-hua Wang, MS[1]

[1]HECON Associates, Inc., Montgomery Village, MD; [2]University of Cincinnati Medical Center, Cincinnati, OH; [3]AstraZeneca Pharmaceuticals LP, Wilmington, DE

## Abstract

**Objective:** Retrospective studies using large patient databases have reported conflicting findings regarding diabetes risks associated with antipsychotics. Sensitivity of findings to study design was assessed within a Medicaid psychosis population.

**Methods:** Administrative data were analyzed for more than 100,000 Ohio Medicaid patients with claims for psychoses both treated and untreated with antipsychotics. Screening for preexisting diabetes, identification of diabetes with prescription claims only, and antipsychotic monotherapy provide better control for confounding influences and represent a stronger study design. Diabetes odds ratios for patients treated with clozapine, olanzapine, quetiapine, risperidone, ziprasidone, or conventional antipsychotics versus untreated patients were estimated varying the above criteria. Patients untreated with antipsychotics included those who were not treated with antipsychotics for extended periods of time and had at least 2 claims for schizophrenia, bipolar disorder, or major depressive disorder. Logistic regression controlled for patient age, sex, type of psychosis, length of observation/treatment, antipsychotic dosage, preexisting excess weight or dyslipidemia, and use of other drugs with potential diabetogenic effects. Selection bias was also assessed for risperidone, olanzapine, and quetiapine.

**Results:** Under the weakest study design (no prescreening, use of medical or prescription claims, and no monotherapy requirement), all of the antipsychotics were associated with statistically significant ($P<0.05$) higher odds of diabetes relative to untreated patients with psychoses. Estimated odds ratios were: clozapine 1.468 (95% CI: 1.333-1.617), olanzapine 1.108 (95% CI: 1.050-1.170), quetiapine 1.270 (95% CI: 1.197-1.348), risperidone 1.232 (95% CI: 1.169-1.299), ziprasidone 1.226 (95% CI: 1.100-1.367), and conventionals 1.159 (95% CI: 1.098-1.224). Under the strongest study design (screening for preexisting diabetes 8 months prior to observation, use of prescription claims only, antipsychotic monotherapy), odds ratios relative to patients untreated with antipsychotics were significant for clozapine (1.484, 95% CI: 1.138-1.934) and olanzapine (1.149, 95% CI: 1.001-1.319), while those for quetiapine (0.998, 95% CI: 0.834-1.195), risperidone (1.124, 95% CI: 0.983-1.284), ziprasidone (0.717, 95% CI: 0.415-1.239), and conventionals (1.025, 95% CI: 0.885-1.187) were nonsignificant. Based on comparison of antipsychotics with respect to trends in diabetes frequency, antipsychotic dosage, and proportion of patients with preexisting diabetes, it appears that risperidone in particular and quetiapine were adversely affected by selection bias, which favored olanzapine. Evidence from case reports, chart reviews, and clinical trials do suggest differential risks of excessive weight gain and diabetes/hyperglycemia among the atypical antipsychotics and may have contributed to selection bias by affecting practitioner prescribing behavior.

**Conclusions:** In large database studies, estimated risks of diabetes among antipsychotics are affected by study design. When a more rigorous design was employed, clozapine and olanzapine alone among the atypical antipsychotics appear to be associated with diabetes risk that was significantly greater than that in untreated patients with psychoses. These findings were made despite evidence indicating selection bias favoring olanzapine and disfavoring risperidone and quetiapine.

## Introduction

- A number of case reports and studies suggest that some antipsychotics are associated with an increased risk of impaired glucose metabolism and diabetes mellitus.[1-4]
- Based on case reports and other clinical evidence, clozapine and olanzapine among the atypical antipsychotics appear to be associated with the greatest risk of diabetes,[2,3,5-11] but these findings are limited by the small number of patients studied. Retrospective studies of insurance claims provide data on large numbers of patients but have produced varied results, likely due to differences in study design.
- Some study designs may not account for real-world practices of switching antipsychotics and prolonged periods of nonuse of antipsychotics. Consequently, the time of antipsychotic use may not match the time of diabetes onset, yielding false links between specific antipsychotics and diabetes risk.
- Other aspects of study design that can influence results are screening for preexisting diabetes, the use of medical or prescription claims to identify diabetes, and the inclusion/exclusion of concurrent multiple antipsychotic use.
- Screening patients for preexisting diabetes is important because diabetic patients are more likely to be prescribed antipsychotics perceived as safer by the clinician.
- Prescription claims for oral hyperglycemic drugs or insulin are a definite indicator of significant glucose elevation; medical claims with diabetes codes may simply reflect testing for diabetes, including tests with negative results and those showing only slight glucose elevation.
- In patients taking more than 1 antipsychotic concurrently, association of diabetes with both drugs is unavoidable and can overestimate the risk of diabetes associated with the safer product.

## Objective

- To provide estimates of diabetes risk associated with antipsychotics using different study designs to assess the sensitivity of findings to study design.

## Methods

- Retrospective analysis of claims data from 1999 through March 2003 obtained from patients enrolled in the Ohio Medicaid program.

1

CONFIDENTIAL
AZSER12443579

- Data were collected from patients with schizophrenia, bipolar and manic disorders, or major depression who were treated with clozapine, risperidone, olanzapine, quetiapine, ziprasidone, or conventional antipsychotics.
- Data were collected on all cases of diabetes. Although the clinical concern is type 2, reporting of diabetes in claims data is often nonspecific and may be inaccurate. In the data we reviewed, diabetes type was not specified or both types were reported on different claims in a substantial percentage of patients. Also, at least one study[12] suggests that decreased insulin production, a primary feature of type 1 diabetes, may be associated with some antipsychotics, and the type 1 code may have been used in these instances.
- Treatment episodes (continuous or fairly continuous periods of antipsychotic use) were stipulated as the sampling unit for measuring diabetes risk in treated patients. Treatment episodes were measured from the fill date of the first prescription for a specific antipsychotic to the end date of treatment, which was determined by adding the last prescription's quantity to its fill date unless preceded by patient disenrollment or data termination. Treatment episodes were required to consist of at least 2 contiguous prescriptions for the defining antipsychotic, with patient eligibility for Medicaid intact for at least 8 months before the start of the treatment episode.
- The control population consisted of patients with psychoses never treated with antipsychotics or not treated for extended periods of time. To avoid confounding the presence or

absence of treatment with the duration of observation, observation periods for control patients were made to vary in length, similar to antipsychotic treatment episodes.

## Statistical Analysis

- Logistic regression was used to estimate diabetes risk associated with specific antipsychotics. The odds ratios (ORs) for each antipsychotic indicated the added risk of developing or exacerbating diabetes relative to an untreated patient.
- Logistic models controlled for duration of treatment or observation, antipsychotic dosage level, and various demographic and clinical characteristics that might have an independent effect on diabetes risk. Antipsychotic dosage level (low, medium, or high) was based on the bottom, middle, and top third of the observed daily dose range for each antipsychotic category, determined separately for men and women, and adults and children. Risperidone equivalents were used for situations of concurrent treatment with multiple antipsychotics.
- To demonstrate the sensitivity of results to study design, statistical comparisons were made using 3 designs reflecting progressively stronger controls for confounding influences:
  - ‣ Study design 1: No screening for preexisting diabetes, antipsychotic monotherapy not required, diabetes identified with medical or prescription claims.

**Table 1.   Patient Characteristics**

| | No Antipsychotic Treatment | Clozapine | Risperidone | Olanzapine | Quetiapine | Ziprasidone | Conventional Antipsychotics |
|---|---|---|---|---|---|---|---|
| Maximum n | 37,867 | 3313 | 27,143 | 28,152 | 17,190 | 3400 | 23,585 |
| **Age, y** | | | | | | | |
| Mean (SD) | 40.0 (18.2) | 46.2 (13.5) | 44.2 (19.4) | 46.0 (17.2) | 41.8 (16.8) | 38.2 (15) | 50.4 (15.7) |
| Median | 39 | 45 | 44 | 45 | 42 | 39 | 49 |
| **Sex, %** | | | | | | | |
| Women | 72.7 | 46.9 | 58.2 | 57.2 | 63.4 | 61.5 | 58.6 |
| Men | 27.3 | 53.1 | 41.8 | 42.8 | 36.6 | 38.5 | 41.4 |
| **Diagnosis, %** | | | | | | | |
| Schizophrenia | 7.3 | 85.8 | 44.5 | 48.9 | 38.6 | 51.5 | 62.6 |
| Bipolar/manic | 20.3 | 10.1 | 27.2 | 27.1 | 31.7 | 28.8 | 17.9 |
| Major depression | 72.4 | 4.1 | 28.3 | 24.0 | 29.9 | 19.8 | 19.5 |
| **Race, %** | | | | | | | |
| Black | 21.2 | 17.3 | 25.7 | 25.3 | 20.0 | 20.3 | 26.4 |
| Hispanic | 2.0 | 0.8 | 1.4 | 1.4 | 1.4 | 1.3 | 1.2 |
| White/other | 76.8 | 81.9 | 72.9 | 73.3 | 78.6 | 78.4 | 72.4 |
| **Observation/treatment duration, mo** | | | | | | | |
| Mean (SD) | 13.6 (8.6) | 30.8 (19.7) | 15.9 (15.1) | 15.9 (15.4) | 12.2 (11.5) | 78 (5.9) | 18.5 (16.4) |
| Median | 11.0 | 32.7 | 9.7 | 9.4 | 7.8 | 5.8 | 11.9 |
| **Antipsychotic dose level*, %** | | | | | | | |
| Low | NA | 14.6 | 36.0 | 26.1 | 37.1 | 15.0 | 36.2 |
| Medium | NA | 36.3 | 33.9 | 38.6 | 27.2 | 31.4 | 27.6 |
| High | NA | 49.1 | 30.1 | 34.3 | 35.7 | 53.6 | 36.2 |
| **Use of other psychotropic drugs and drugs with suspected diabetogenic effects, %** | | | | | | | |
| Valproate sodium | 0.25 | 4.1 | 2.4 | 2.2 | 2.0 | 1.0 | 2.7 |
| Lithium | 3.0 | 12.5 | 11.8 | 12.3 | 12.6 | 12.0 | 13.5 |
| SSRIs | 39.5 | 44.1 | 50.3 | 47.2 | 51.6 | 46.4 | 40.9 |
| Beta-blockers | 9.8 | 19.4 | 13.6 | 14.3 | 14.6 | 10.9 | 15.4 |
| Thiazide diuretics | 4.8 | 4.5 | 6.1 | 6.6 | 5.5 | 4.5 | 6.7 |
| Protease inhibitors | 0.31 | 0.03 | 0.19 | 0.25 | 0.14 | 0.06 | 0.39 |
| **Substance abuse/dependence, %** | 17.6 | 26.7 | 20.2 | 23.6 | 24.1 | 21.4 | 23.4 |
| **Prior excess weight problem, %** | 4.1 | 6.4 | 7.9 | 6.2 | 10.0 | 14.0 | 6.6 |
| **Prior use of statins, %** | 7.0 | 7.3 | 8.6 | 8.6 | 10.6 | 11.2 | 9.8 |
| **Antipsychotic monotherapy, %** | NA | 34.3 | 55.1 | 51.6 | 46.4 | 32.6 | 38.0 |
| **Switch from other antipsychotic, %** | NA | 45.0 | 33.0 | 37.0 | 51.5 | 73.5 | 37.0 |

*Defined as the bottom, middle, and top third of the observed daily dose range for each antipsychotic category, determined separately for men and women, and adults and children.
NA=not applicable; SD=standard deviation; SSRI=selective serotonin reuptake inhibitor.

2

167

CONFIDENTIAL
AZSER12443580

- ‣ Study design 2: Screening for preexisting diabetes 8 months before observation/treatment, antipsychotic monotherapy required, diabetes identified with medical or prescription claims.
- ‣ Study design 3: Screening for preexisting diabetes 8 months before observation/treatment, antipsychotic monotherapy required, diabetes identified with prescription claims only.
- Selection Bias
  - ‣ Patterns of diabetes frequency, dosage, and preexisting diabetes suggestive of selection bias were assessed over time among the atypical antipsychotics risperidone, olanzapine, and quetiapine. Ziprasidone was excluded because of its unavailability in the earlier time period; clozapine was excluded primarily because of special circumstances surrounding its use, limiting susceptibility to selection bias.

## Results

### Sample and Patient Demographics

- Among patients treated with clozapine, risperidone, olanzapine, quetiapine, ziprasidone, or conventional antipsychotics, 102,783 treatment episodes were initiated between 1999 and March 2003, consisting of at least 2 contiguous prescriptions for the defining antipsychotic and for which patient eligibility for Medicaid was intact for at least 8 months before the start of the treatment episode.
- The control group consisted of 37,867 patients with psychoses. These patients were untreated in the database, but we do not know whether they were treated during periods not encompassed by the data.
- Patient characteristics are shown in **Table 1**. Of particular note are the relatively low percentages of patients on antipsychotic monotherapy. There is also considerable variation in treatment duration and diagnostic mix among treatment categories.

### Diabetes Frequencies

- Unadjusted frequencies of diabetes occurrence for patients in the different treatment groups compared with each other and with those of control patients under the 3 progressively stronger study designs are shown in **Table 2**. These are stratified by duration of treatment or observation.
- Diabetes frequencies generally increased with duration of treatment or observation and generally were lower for untreated patients than for treated patients.
- Although patients treated with clozapine had the highest diabetes frequency, and those treated with ziprasidone had the lowest under all 3 study designs, rankings of the other antipsychotic categories varied. For example, quetiapine's ranking improved from study design 1 (the weakest) to study design 3 (the strongest), while that for olanzapine deteriorated. Differences among antipsychotic categories also became more pronounced from study design 1 to study design 3, with quetiapine and ziprasidone at the lower end.

### Odds Ratio

- Odds ratios adjusted for differing patient characteristics are presented in **Table 3**.
- Under study design 1, ORs were statistically significant for all antipsychotic categories ($P<0.05$), with olanzapine (OR=1.108; 95% CI=1.050-1.170) and conventional antipsychotics (OR=1.159; CI=1.098-1.224) at the lower end and clozapine (OR=1.468; CI=1.333-1.617), quetiapine (OR=1.270; CI=1.197-1.348), and risperidone (OR=1.232; CI=1.169-1.299) at the higher end.

- Under study design 2, only clozapine had a significantly higher diabetes risk compared with no treatment (OR=1.272; CI=1.024-1.579); ORs for the other antipsychotics fell to 1 or below, indicating no significant increased risk of diabetes.
- Under study design 3, ORs increased for all antipsychotics, with those of clozapine (OR=1.484; CI=1.138-1.934) and olanzapine (OR=1.149; CI=1.001-1.319) reaching statistical significance. The OR for risperidone was 1.124 (CI=0.983-1.284) but was not statistically significant. Estimated ORs for quetiapine and ziprasidone remained below 1 and were not significant.

**Table 2. Frequency of Diabetes by Study Design and Treatment Duration**

| Months' Observation | Study Design 1 | | Study Design 2 | | Study Design 3 | |
|---|---|---|---|---|---|---|
| | n | % Diabetic | n | % Diabetic | n | % Diabetic |
| **Untreated psychosis patients** | | | | | | |
| ≤4 | 4791 | 10.58 | 4244 | 1.53 | 4357 | 0.64 |
| >4-≤8 | 8257 | 12.10 | 7343 | 2.52 | 7529 | 1.31 |
| >8-≤12 | 9148 | 7.12 | 8589 | 2.21 | 8747 | 1.23 |
| >12-≤20 | 8613 | 13.06 | 7806 | 5.06 | 8015 | 2.76 |
| >20 | 7058 | 26.44 | 5837 | 12.40 | 6077 | 7.16 |
| Average | | 13.86 | | 4.74 | | 2.62 |
| **Clozapine** | | | | | | |
| ≤4 | 361 | 17.45 | 104 | 3.85 | 111 | 2.70 |
| >4-≤8 | 349 | 16.62 | 75 | 8.00 | 80 | 5.00 |
| >8-≤12 | 200 | 18.00 | 48 | 8.33 | 49 | 2.04 |
| >12-≤20 | 336 | 23.51 | 98 | 8.16 | 101 | 5.94 |
| >20 | 2067 | 30.00 | 649 | 18.80 | 665 | 10.98 |
| Average | | 21.11 | | 9.43 | | 5.93 |
| **Risperidone** | | | | | | |
| ≤4 | 5725 | 16.19 | 2998 | 2.30 | 3100 | 2.00 |
| >4-≤8 | 6245 | 16.20 | 3169 | 2.43 | 3288 | 1.95 |
| >8-≤12 | 3437 | 19.70 | 1632 | 4.90 | 1691 | 3.43 |
| >12-≤20 | 4050 | 20.40 | 1707 | 6.56 | 1782 | 3.82 |
| >20 | 7686 | 27.91 | 3058 | 13.47 | 3188 | 8.28 |
| Average | | 20.48 | | 5.93 | | 3.90 |
| **Olanzapine** | | | | | | |
| ≤4 | 6535 | 13.21 | 3495 | 1.89 | 3612 | 1.41 |
| >4-≤8 | 6171 | 15.49 | 3094 | 3.65 | 3187 | 2.26 |
| >8-≤12 | 3429 | 18.08 | 1567 | 5.87 | 1635 | 3.24 |
| >12-≤20 | 3956 | 21.23 | 1619 | 7.04 | 1674 | 4.66 |
| >20 | 8061 | 28.04 | 2819 | 15.47 | 2914 | 9.47 |
| Average | | 19.21 | | 6.78 | | 4.21 |
| **Quetiapine** | | | | | | |
| ≤4 | 4074 | 12.45 | 2007 | 1.49 | 2100 | 0.90 |
| >4-≤8 | 4691 | 14.38 | 2044 | 2.30 | 2113 | 1.80 |
| >8-≤12 | 2504 | 17.23 | 965 | 3.94 | 995 | 2.91 |
| >12-≤20 | 2720 | 21.20 | 944 | 5.51 | 974 | 3.39 |
| >20 | 3201 | 27.75 | 840 | 12.86 | 867 | 6.34 |
| Average | | 20.16 | | 6.01 | | 3.07 |
| **Ziprasidone** | | | | | | |
| ≤4 | 1104 | 14.58 | 353 | 1.13 | 363 | 1.10 |
| >4-≤8 | 1122 | 15.33 | 333 | 1.50 | 342 | 0.88 |
| >8-≤12 | 470 | 17.87 | 112 | 3.57 | 116 | 2.59 |
| >12-≤20 | 490 | 19.80 | 113 | 4.42 | 120 | 0.83 |
| >20 | 214 | 23.83 | 42 | 11.90 | 44 | 6.82 |
| Average | | 18.28 | | 4.50 | | 2.44 |
| **Conventional antipsychotics** | | | | | | |
| ≤4 | 4261 | 17.55 | 1631 | 3.76 | 1718 | 2.21 |
| >4-≤8 | 4733 | 19.29 | 1592 | 4.51 | 1670 | 2.63 |
| >8-≤12 | 2881 | 20.55 | 890 | 6.84 | 928 | 2.69 |
| >12-≤20 | 3367 | 23.85 | 862 | 8.21 | 919 | 4.13 |
| >20 | 8343 | 27.08 | 2302 | 16.31 | 2388 | 8.54 |
| Average | | 21.66 | | 7.92 | | 4.04 |

3

CONFIDENTIAL
AZSER12443581

**Table 3.   Odds Ratio for Each Antipsychotic Category Versus Untreated Psychosis**

| | Study Design 1 OR (95% CI) | Study Design 2 OR (95% CI) | Study Design 3 OR (95% CI) |
|---|---|---|---|
| Clozapine | 1.468 (1.333-1.617) | 1.272 (1.024-1.579) | 1.484 (1.138-1.934) |
| Risperidone | 1.232 (1.169-1.299) | 0.920 (0.824-1.028) | 1.124 (0.983-1.284) |
| Olanzapine | 1.108 (1.050-1.170) | 1.001 (0.894-1.120) | 1.149 (1.001-1.319) |
| Quetiapine | 1.270 (1.197-1.348) | 0.890 (0.770-1.030) | 0.998 (0.834-1.195) |
| Ziprasidone | 1.226 (1.100-1.367) | 0.673 (0.438-1.036) | 0.717 (0.415-1.239) |
| Conventional antipsychotics | 1.159 (1.098-1.224) | 0.885 (0.785-0.997) | 1.025 (0.885-1.187) |

CI=confidence interval; OR=odds ratio.

- Among the control variables included in the logistic regression models, the following contributed significantly ($P<0.05$) to an increased risk of diabetes: age; female sex; major depression; nonwhite race; preexisting excess weight problem; prior statin use; substance dependence/abuse; use of selective serotonin reuptake inhibitors, beta-blockers, or thiazide diuretics; medium or high antipsychotic dose; and longer duration of treatment or observation.

*Selection Bias*

- Comparisons over time of diabetes frequencies, antipsychotic dosage levels, and proportions of patients with preexisting diabetes (**Table 4**) suggest selection bias favoring olanzapine and disfavoring risperidone and possibly quetiapine.

**Table 4.   Comparison Among Antipsychotics of Changes Over Time in Diabetes Frequencies Adjusted for Treatment Duration (Study Design 3), Dose Levels, and Percentage of Patients With Preexisting Diabetes**

| Antipsychotic | 1999–2000 | 2001–March 2003 | Change (%) |
|---|---|---|---|
| **Risperidone** | | | |
| Diabetes frequency, % | 3.52 | 4.17 | 18.5 |
| Average, mg/d | | | |
| Schizophrenia | 3.0 | 2.8 | −6.7 |
| Bipolar/manic | 1.9 | 1.7 | −10.5 |
| Major depression | 1.7 | 1.5 | −11.8 |
| Patients with preexisting diabetes: | | | |
| Prescription claims only, % | 11.8 | 13.6 | 15.3 |
| Prescription and medical claims, % | 14.5 | 16.5 | 13.8 |
| **Olanzapine** | | | |
| Diabetes frequency, % | 4.41 | 3.55 | −19.5 |
| Average, mg/d | | | |
| Schizophrenia | 10.7 | 12.3 | 15.0 |
| Bipolar/manic | 8.6 | 9.7 | 12.8 |
| Major depression | 7.4 | 7.7 | 4.1 |
| Patients with preexisting diabetes: | | | |
| Prescription claims only, % | 10.8 | 9.2 | −14.8 |
| Prescription and medical claims, % | 13.4 | 12.4 | −7.7 |
| **Quetiapine** | | | |
| Diabetes frequency, % | 2.51 | 2.89 | 15.1 |
| Average, mg/d | | | |
| Schizophrenia | 192 | 263 | 37.0 |
| Bipolar/manic | 142 | 188 | 32.4 |
| Major depression | 127 | 149 | 17.3 |
| Patients with preexisting diabetes: | | | |
| Prescription claims only, % | 10.4 | 11.7 | 12.5 |
| Prescription and medical claims, % | 13.0 | 14.7 | 13.1 |

# Conclusions

- In a Medicaid patient population, findings of antipsychotic-related diabetes risk were influenced by study design. This result is similar to that of our earlier study, in which we assessed the influence of study design on antipsychotic-related diabetes risk in patients insured by commercial health plans.[13]
- With the weakest study design, all antipsychotics were associated with a significantly higher risk of diabetes compared with no treatment.
- With the strongest study design, only clozapine and olanzapine were associated with a significantly higher risk of diabetes compared with no treatment. Estimates for quetiapine and ziprasidone showed no additional risk.
- Because of apparent selection bias, actual diabetes risk associated with olanzapine may be higher and that associated with risperidone may be lower than reflected in the estimates.

# References

1. Leslie DL, et al. *Am J Psychiatry.* 2004;161:1709-1711.
2. Lindenmayer JP, et al. *Am J Psychiatry.* 2003;160:290-296.
3. Wirshing DA, et al. *J Clin Psychiatry.* 2002;63:856-865.
4. Sernyak MJ, et al. *Am J Psychiatry.* 2002;159:561-566.
5. Liebzeit KA, et al. *Eur Neuropsychopharmacol.* 2001;11:25-32.
6. Mir S, et al. *Int Clin Psychopharmacol.* 2001;16:63-73.
7. Jin H, et al. *Ann Clin Psychiatry.* 2002;14:59-64.
8. Newcomer JW, et al. *Arch Gen Psychiatry.* 2002;59:337-345.
9. Reinstein M, et al. *Clin Drug Invest.* 1999;18:99-104.
10. Wilson DR, et al. *Schizophr Res.* 2003;59:1-6.
11. Meyer JM. *J Clin Psychiatry.* 2002;63:425-433.
12. Henderson DC, et al. *Int Rev Neurobiol.* 2002;51:481-501.
13. Gianfrancesco FD, et al. Influence of study design on assessing diabetes risk with antipsychotic therapy.

This research was supported by AstraZeneca Pharmaceuticals LP.

Presented at the American College of Neuropsychopharmacology 43rd Annual Meeting

December 12–16, 2004

San Juan, PR

4

CONFIDENTIAL
AZSER12443582

*H H*
1 2 4 7 1

**Omeprazole**

# New-Onset Diabetes Mellitus and Diabetic Ketoacidosis Associated With Olanzapine Treatment

LEE E. GOLDSTEIN, M.D., PH.D., JONATHAN SPORN, M.D.
SUSAN BROWN, M.D., HELEN KIM, M.D.
JOAN FINKELSTEIN, M.D., GAIL K. GAFFEY, R.N.
GARY SACHS, M.D., THEODORE A. STERN, M.D.

Olanzapine, a new, commonly prescribed atypical antipsychotic medication, is highly effective for the treatment of schizophrenia, schizoaffective disorder, and other psychotic disorders. Structurally related to the prototype atypical antipsychotic clozapine, olanzapine exhibits a similar profile for receptor affinity and shares many of its behavioral, neuroendocrine, and electrophysiological properties.[1]

Here, we describe seven cases of new-onset diabetes mellitus (DM) that developed soon after initiation of olanzapine treatment. Two of these cases presented with diabetic ketoacidosis (DKA). Although recent case reports have documented an association between chronic treatment with clozapine and hyperglycemia,[2–7] this report is the first to describe the development of new-onset DM with DKA during treatment with olanzapine. It expands upon a recent report[8] of two cases of olanzapine-associated, new-onset DM. Possible mechanisms for the development of DM and DKA are discussed. The present case series includes five cases previously presented in abstract form.[9]

---

*Case 1.*

---

Ms. A., a 42-year-old white woman with a 20-year history of schizoaffective disorder, did not have a history of DM. Laboratory studies before olanzapine treatment revealed normal ran-

Received December 14, 1998; accepted February 10, 1999. From the Department of Psychiatry, Massachusetts General Hospital, Boston, MA; the Department of Psychiatry, University of Massachusetts Medical Center, Worcester, MA; and the Department of Psychiatry, Boston Veterans Affairs Outpatient Clinic, Boston, MA. Address correspondence and reprint requests to Dr. Goldstein, Dept. of Psychiatry, Wang Ambulatory Care Center, Room 812, Massachusetts General Hospital, Boston, MA 02114; email: goldstle@helix.mgh.harvard.edu

Copyright © 1999 The Academy of Psychosomatic Medicine.

dom serum glucose levels. Ms. A.'s mother and maternal grandmother had a history of type II diabetes.

Ms. A.'s psychiatric symptoms were controlled with valproic acid and risperidone, each of which she had been taking for approximately 1½ years. Paranoid delusions about her risperidone led to a trial of olanzapine (10 mg qhs). Before starting olanzapine, Ms. A. weighed 138 pounds (height: 5'3"; body mass index [BMI]: 24.5 kg/m²; normal range: 20–25 kg/m²).

After 6 months of olanzapine treatment, Ms. A. had gained 71 pounds (to a weight of 209 pounds; BMI: 36). She complained to her internist of 3 weeks of polydipsia, polyuria, "feeling dazed," decreased appetite, diffuse abdominal pain, and malaise. Routine outpatient blood chemistries revealed a serum glucose of 1,274 mg/dl and a bicarbonate of 19.8 mmol/L. She was contacted and instructed to return to her local community hospital, where she was found to have a glucose level of 882 mg/dl, a bicarbonate of 15 mmol/L, and an anion gap of 30. She was admitted for management of DKA and treated with hydration and insulin. Subsequently, Ms. A. was transferred to a tertiary-care hospital for further care, where she was found to have a positive serum acetone screen without dilution, an elevated white blood cell (WBC) count of 12.1/mm³ without eosinophilia, and 4+ glucose, with 3+ ketones and 4+ protein on urinalysis. An HbA₁c measurement was 11.60% (normal range: 3.8%–6.4%). Physical examination revealed evidence of oral thrush and vaginal candidiasis. Ms. A. was hydrated, started on an intravenous (IV) insulin drip, and treated for a fungal infection.

Ms. A. was discharged on Hospital Day 7 on a subcutaneous (sc) insulin regimen of NPH (150 U q A.M. and 70 U q P.M.), and regular insulin (70 U q A.M. and 35 U q P.M.). Over the next 2 months, Ms. A. was tapered off olanzapine and started on quetiapine. Her insulin regimen was decreased (to NPH insulin 30 U q A.M. and 10 U q P.M., and regular insulin 10 U q A.M.) with normalization of her fasting serum glucose measurements.

---

*Case 2.*

---

Ms. B., a 40-year-old, mildly obese (130 pounds; height: 4'10"; BMI: 27.2 kg/m²) white woman with an 18-year history of

CONFIDENTIAL
AZSER12443583

Pharmacotherapy
2002;22(7):841-52

PL-00305619

# REVIEWS OF THERAPEUTICS

## Olanzapine-Associated Diabetes Mellitus

Elizabeth A. Koller, M.D., and P. Murali Doraiswamy, M.D.

**Study Objective.** To explore the clinical characteristics of hyperglycemia in patients treated with olanzapine.

**Design.** Retrospective, epidemiologic survey of spontaneously reported adverse events related to olanzapine therapy.

**Setting.** Government-affiliated drug evaluation center.

**Patients.** Two hundred thirty-seven patients with olanzapine-associated diabetes or hyperglycemia.

**Intervention.** One hundred ninety-six cases from January 1994–May 15, 2001, were identified with the United States Food and Drug Administration's MedWatch Drug Surveillance System, and 41 cases published through May 15, 2001, were identified with MEDLINE or through meeting abstracts.

**Measurements and Main Results.** Of the 237 cases, 188 were new-onset diabetes, 44 were exacerbations of preexistent disease, and 5 could not be classified. Mean patient age for newly diagnosed cases was $40.7 \pm 12.9$ years and male:female ratio was 1.8. Seventy-three percent of all cases of hyperglycemia appeared within 6 months of start of olanzapine therapy. Eighty patients had metabolic acidosis or ketosis, 41 had glucose levels of 1000 mg/dl or greater, and 15 patients died. When olanzapine was discontinued or the dosage decreased, 78% of patients had improved glycemic control. Hyperglycemia recurred in 8 of 10 cases with rechallenge.

**Conclusions.** Number of reports, temporal relationship to start of olanzapine therapy, relatively young age, and improvement on drug withdrawal suggest that olanzapine may precipitate or unmask diabetes in susceptible patients.

(Pharmacotherapy 2002;22(7):841–852)

OUTLINE

Methods
Results
    Nature of Hyperglycemia Reports

Demographic Features
Time to Onset
Olanzapine Dosages
Serious Outcomes
Metabolic Acidosis
Mental Status Changes
Setting
Pancreatitis or Hyperamylasemia
Deaths
Additional Risk Factors
Concomitant Drugs
Olanzapine Withdrawal and Rechallenge
Discussion

From the Division of Metabolic and Endocrine Drug Products, Center for Drug Evaluation and Review, Food and Drug Administration, Rockville, Maryland (Dr. Koller); and the Departments of Psychiatry and Medicine, Duke University Medical Center, Durham, North Carolina (Dr. Doraiswamy).

The contents of this publication represent the views of the authors and do not necessarily constitute an official position of the U.S. Food and Drug Administration or the U.S. Government.

Address reprint requests to Elizabeth Koller, M.D., 5600

CONFIDENTIAL
AZSER12443584

## Case Reports

tropic regimen, Mr. D. decompensated psychiatrically, which resulted in hospitalization. On admission, olanzapine (10 mg qhs) and clonazepam (2 mg tid) were initiated. After discharge, carbamazepine (400 mg qd) was added to his regimen.

Five weeks after starting olanzapine, Mr. D. developed progressive somnolence, polyuria, and polydipsia. Serum chemistries revealed a serum glucose of 878 mg/dl, normal thyroid indices, and no anion gap. A complete blood cell count showed a WBC count of 8,200/mm³. He weighed 293 pounds (BMI: 40 kg/m²), having gained about 30 pounds since olanzapine was begun. Mr. D. was admitted to an intensive-care unit and treated with hydration and IV insulin. Olanzapine was continued.

Mr. D. was discharged on daily doses of olanzapine (10 mg), clonazepam (6 mg), carbamazepine (800 mg), and Humulin (70/30 insulin twice daily) with poor glucose control. Five months later, he was readmitted for psychiatric symptoms. At that time, he reported having stopped all of his medications for the month prior to the admission. Despite a further weight gain, to 314 pounds, Mr. D. did not require medication for glucose control. In fact, both his fasting serum glucose and hemoglobin $A_{1c}$ levels were normal. He was restarted on olanzapine (10 mg qd) and carbamazepine (800 mg qd). His psychiatric symptoms resolved, and he was discharged from the hospital.

After this discharge, Mr. D. became psychotic again, and olanzapine was increased (to 20 mg qd). His fasting serum glucose levels again rose despite a modest decrease in weight. Several weeks after reinstitution of olanzapine, his fasting serum glucose had risen to 242 mg/dl, and his glycosylated hemoglobin was 10% (normal range: 3.1%–5.5%). An insulin (sc) regimen was begun. Olanzapine was decreased (to 10 mg qd), and gabapentin (1,500 mg qd) was added.

Mr. D. was lost to follow-up for 2 months, during which time he discontinued his use of psychotropics. However, he continued to take Humulin (70/30) and metformin (1 g bid). His daily morning fasting serum glucose levels during this time period averaged 125 mg/dl. Six months later, he was started on quetiapine (300 mg qd) and restarted on clonazepam (6 mg qd). Despite having discontinued olanzapine, Mr. D. still requires insulin.

---

*Case 5.*

---

Mr. E., a 43-year-old, obese, white man with a long history of bipolar disorder requiring multiple psychiatric hospitalizations had neither a personal nor family history of DM. Laboratory studies conducted before treatment with olanzapine revealed normal random serum glucose levels.

Mr. E.'s psychiatric symptoms were treated with lamotrigine (400 mg qd) and lithium (1,200 mg qd). At the time of Mr. E.'s most recent psychiatric hospitalization, he was severely depressed, with suicidal ideation, irritability, affective lability, and paranoia. Paroxetine (20 mg qd) and olanzapine (10 mg qd) were added to his regimen. Mr. E.'s psychiatric symptoms

markedly improved. While on olanzapine, his weight increased from 185 to 210 pounds (BMI: 32 kg/m²).

After 5 months on this regimen, Mr. E. complained of restless sleep, morning fatigue, hypersomnia (sleeping 12–15 hours per day), and inattentiveness. He denied feeling depressed or losing interest in his normal activities. Laboratory studies revealed a normal TSH and a lithium level of 0.7 mEq/L. His wife noted that he snored so loudly she would often have to leave the bedroom. Evaluation in a sleep laboratory revealed significant apneas and hypopneas, with an apnea index of 40/hour. Oxygen desaturations to 86% were noted; continuous positive airway pressure was administered, which abolished apneic episodes and desaturations.

One month later, he complained of polyuria and polydipsia. When a serum glucose level of 567 mg/dl was detected, he was admitted to the hospital. On admission, Mr. E. was afebrile and had a normal WBC count. His hemoglobin $A_{1C}$ was markedly elevated (10.4%; normal range: 3.1%–5.5%). He was briefly treated with IV insulin and switched to glyburide, which normalized his fasting serum glucose levels. Six months later, quetiapine was substituted for olanzapine; however, he still required treatment with glyburide.

---

*Case 6.*

---

Mr. F., a 39-year-old white man with a long history of schizoaffective disorder, obesity (272 pounds; height: 5′10″, BMI: 39.1 kg/m²), elevated triglycerides, hypertension, and hypothyroidism secondary to lithium treatment, did not have a history of DM. However, despite recent normal random serum glucose values (95 mg/dl) before treatment with olanzapine, Mr. F. had two documented random serum glucose levels above the normal range (217 mg/dl and 120 mg/dl). Several of his second-degree relatives have type II diabetes.

Mr. F.'s psychiatric symptoms were controlled with haloperidol (2–20 mg qd), lithium (1,800 mg qd), and valproic acid (1,750 mg qd). His medical regimen included hydrochlorothiazide/triamterene (75/30 mg qd), lisinopril (20 mg bid), levothyroxine (0.25 mg qd), atorvastatin (10 mg qd), and lorazepam (0.5–1.0 mg prn). He was started on olanzapine (5 mg qhs) as an adjunct to haloperidol (10 mg qhs). The dose of olanzapine was slowly increased (to 10 mg qhs) over 1½ months, while his haloperidol was tapered and discontinued over a 4-month period.

Three and one-half months after starting olanzapine, Mr. F. presented to his primary-care physician (an endocrinologist) with a complaint of 3–4 weeks of polydipsia, polyuria, and blurry vision. He had lost 6 pounds since starting olanzapine. A random serum glucose measurement was 686 mg/dl. A repeated level was 571 mg/dl. Mr. F. was treated as an outpatient with hydration, a diabetic diet, and glyburide (500 mg po bid). Fasting serum glucose measurements continued in the 120–220 mg/dl range. Mr. F. was then switched to metformin (500 mg bid), which achieved better glucose control.

Over the next several months, Mr. F.'s olanzapine was ta-

---

CONFIDENTIAL
AZSER12443585

Case Reports

pered, and he was started on risperidone (4 mg qd). Symptoms of polydipsia, polyuria, and blurry vision resolved with the diabetic treatment program. Mr. F.'s psychiatric symptoms remained stable after the switch to risperidone.

---

### Case 7.

Mr. G., a 38-year-old white man with a 20-year history of schizophrenia and obsessive-compulsive disorder (OCD), had no history of DM and only a remote family history (greatgrandmother) of type II diabetes. His medical history was notable for hypercholesterolemia and obesity. Mr. G. had numerous psychotropic trials for debilitating OCD symptoms and delusions.

Before beginning olanzapine, he took sertraline (50 mg qd) and clozapine (50 mg qd) for approximately 3½ years. Symptom control was fair, and he persistently refused to increase medication dosage. During this period, his weight increased by 21 pounds (to 230 pounds; BMI: 31.3). Random serum glucose measurements were within normal limits.

When the frequency of blood draws and clinic visits associated with clozapine administration began to interfere with his work schedule, he requested that a switch be made to olanzapine. Olanzapine (5 mg qd) was started, and he continued on sertraline (50 mg qd). Mr. G.'s weight remained stable on this regimen.

After 8 months, Mr. G. discontinued olanzapine against medical advice, citing concerns over sexual dysfunction. Two and one-half months later, Mr. G. was admitted to a psychiatric unit with worsening psychotic symptoms—his first psychiatric hospitalization in 5 years. Mr. G. was restarted on olanzapine (5 mg qd) just prior to admission, and his dose was increased (to 10 mg qd) during the hospitalization. A random serum glucose level 1 week after admission was normal.

He was discharged with outpatient follow-up. Three months later, Mr. G. complained of polyuria with urgency, polydipsia, and blurred vision of about 2 weeks' duration. A fasting serum glucose was 372 mg/dl. Olanzapine was discontinued, and dietary changes were initiated. Within 10 days, Mr. G. reported an improvement in symptoms, but continued to have elevated fasting serum glucose levels (316 mg/dl; 323 mg/dl). Referral was made to his primary care physician for continued glucose monitoring and treatment.

---

### Discussion

To our knowledge, this is the first report of an association between olanzapine and the development of potentially life-threatening DKA in the setting of new-onset DM. The present case series corroborates and extends a recent report of two cases of new-onset DM associated with olanzapine treatment.[8] Details of our cases are summarized in Table 1. Three of our patients were diagnosed

with schizoaffective disorder, two had schizophrenia, and two had bipolar disorder. Our patients developed new-onset DM between 5 weeks and 17 months (mean 26 weeks; median 20 weeks) after initiation of treatment with olanzapine. Five of these patients required hospitalization to manage hyperglycemia. Roughly half of our patients had known family histories of type II DM, and four patients experienced weight gain while taking olanzapine. Two patients presented with DKA (initial serum glucose values of 1,274 mg/dl, 1,160 mg/dl), a presentation unusual for adults with new-onset DM. One of these patients had symptoms consistent with chemical pancreatitis in a fashion similar to two other case reports of clozapine-associated pancreatitis.[10,11] Two patients had an apparent remission of DM after discontinuation of olanzapine treatment; one exhibited a return of hyperglycemia after rechallenge with olanzapine. Of our seven cases, four continue to require medical treatment for DM.

A literature review revealed 13 cases of hyperglycemia or DKA associated with the use of a structurally similar atypical antipsychotic, clozapine, a piperazinyl dibenzo-diazepine.[2–8] Clozapine-treated patients with hyperglycemia or DKA were predominantly male (12 cases) and black (10 cases). Nine cases had no history of glucose abnormalities, and two cases had preexisting stable type II DM. Four clozapine-treated cases had a family history of DM. Glucose abnormalities typically developed within the first 2 months of treatment with clozapine and ranged from mild hyperglycemia to fulminant ketoacidotic coma. Of these 13 cases, 11 did not require insulin treatment after the resolution of the acute hyperglycemic event. One patient, previously stabilized on an oral hypoglycemic agent for preexisting type II DM, continued on clozapine and required insulin maintenance.

Mechanisms postulated to account for clozapine-induced hyperglycemia include primary damage to the pancreatic islet cells and/or sympathetic nervous system dysregulation, and a secondary phenomenon related to weight gain and insulin resistance. These same putative mechanisms may also apply to hyperglycemia and DKA secondary to olanzapine. Both clozapine and olanzapine may exacerbate subclinical diabetes or promote glucose metabolic abnormalities (e.g., insulin resistance in a patient with a diabetic diathesis). Because weight gain is a common side effect of many antipsychotics,[12–16] including olanzapine,[17–21] some of our findings may be explained by this factor alone. Since all of our patients were treated with multiple medications, hyperglycemia could be secondary to combinations of medications (e.g., olanzapine coadmin-

CONFIDENTIAL
AZSER12443586

Case Reports

istered with either lithium or valproic acid). Indeed, valproic acid alone has caused dramatic increases in weight and levels of androgens, as well as insulin resistance, in women.[22]

Postmarketing surveillance has documented 139 cases of diabetes associated with olanzapine treatment; roughly 10% (14 cases) had no clear diabetic risk factors (Eli Lilly, Indianapolis, IN; data on file). The present case series must be interpreted with caution. Given that olanzapine has been administered to more than 1.2 million patients, chance associations between new-onset DM and initiation of treatment with olanzapine will likely occur. What is unclear is whether the number of cases of olanzapine-related diabetes exceeds the expected incidence for development of diabetes in this patient population. Nevertheless, we were struck by the number of olanzapine-treated patients who developed diabetic complications. It may be prudent to consider periodic serum glucose monitoring in olanzapine-treated patients who have risk factors for diabetes.

Appropriately controlled epidemiological and physiological studies are needed to determine whether a causal relationship exists between treatment with atypical antipsychotics and the development of disordered glucose metabolism.

TABLE 1.   Summary of olanzapine patients

| | Case 1 | Case 2 | Case 3 | Case 4 | Case 5 | Case 6 | Case 7 |
|---|---|---|---|---|---|---|---|
| Psychiatric diagnosis | schizoaffective disorder | schizophrenia | bipolar disorder | schizoaffective disorder | bipolar disorder | schizoaffective disorder | schizophrenia; OCD |
| Race/Sex | W/F | W/F | W/F | W/M | W/M | W/M | W/M |
| Age, years | 42 | 40 | 41 | 47 | 43 | 39 | 38 |
| Family history of DM | yes | no | no | yes | no | yes | remote |
| Pretreatment obesity | no | yes | yes | yes | yes | yes | yes |
| Maximum dose olanzapine, mg | 10 | 10 | 10 | 20 | 10 | 10 | 10 |
| Concurrent use of valproic acid | yes | no | yes | no | no | yes | no |
| Duration of treatment with olanzapine before onset of DM, weeks | 24 | 68 | 20 | 5 | 24 | 14 | 12 |
| Weight change on olanzapine, pounds | +71 | +10–15 | N/A | +30 | +25 | −6 | 0 |
| Maximum serum glucose, mg/dl | 1,274 | 1,160 | 766 | 878 | 567 | 686 | 372 |
| Diabetic ketoacidosis | yes | yes | no | no | no | no | no |
| Olanzapine continued after DM onset | no | no | no | no | yes→no | yes→no | no |
| DM treatment regimen | insulin | insulin→ no agent | insulin→ glipizide→ troglitazone→ no agent | insulin→ insulin + metformin | insulin→ glyburide | glyburide→ metformin | diet control |

*Note:*  W/F = white female; W/M = white male; OCD = obsessive-compulsive disorder; DM = diabetes mellitus.

References

1. Janicak P, Davis J, Preskorn S, et al: Principles and Practice of Psychopharmacology, 2nd Edition. Baltimore, MD, Williams & Wilkins, 1997
2. Kamran A, Doraiswamy PM, Jane JL, et al: Severe hyperglycemia associated with high doses of clozapine (letter). Am J Psychiatry 1994; 151:1395
3. Koval MS, Rames LJ, Christie S: Diabetic ketoacidosis associated with clozapine treatment. Am J Psychiatry 1994; 151:1520–1521
4. Kostakoglu AE, Yazici KM, Erbas T, et al: Ketoacidosis as a side-effect of clozapine: a case report. Acta Psychiatr Scand 1996; 93:217–218
5. Peterson GA, Byrd SL: Diabetic ketoacidosis from clozapine and lithium cotreatment. Am J Psychiatry 1996; 153:737–738
6. Koren W, Kreis Y, Duchowiczny K, et al: Lactic acidosis and fatal myocardial failure due to clozapine. Ann Pharmacother 1997; 41:168–170
7. Popli AP, Konicki PE, Jurjus GJ, et al: Clozapine and associated diabetes mellitus. J Clin Psychiatry 1997; 58:108–111

CONFIDENTIAL
AZSER12443587

Case Reports

8. Wirthing DA, Spellberg BJ, Erhart SM, et al: Novel antipsychotics and new-onset diabetes. Biol Psychiatry 1998; 44:778–783

9. Sporn J, Goldstein L, Brown S, et al: Hyperglycemia associated with olanzapine (abstract). Annual Meeting of the American Psychiatric Association, May 30–June 4, 1998; Toronto, Canada, p. 250

10. Martin A: Acute pancreatitis associated with clozapine use (letter). Am J Psychiatry 1992; 149:714

11. Jubert P: Clozapine-related pancreatitis: Ann Intern Med 1994; 121:722–723 (published erratum appears in Ann Intern Med 1995; 122:397)

12. Allison DB, Mentore JL, Heo M, et al: Weight gain associated with conventional and newer antipsychotics: a meta-analysis (abstract). Annual Meeting of the New Clinical Drug Evaluation Unit Program, June 10–13, 1998; Boca Raton, FL, p. 113

13. Stanton JM: Weight gain associated with neuroleptic medication: a review. Schizophr Bull 1995; 21:463–472

14. Masand PS: Weight gain associated with atypical antipsychotics. Journal of Psychotic Disorders 1998; 2:4–6

15. Leadbetter R, Shutty M, Pavalonis D, et al: Clozapine-induced weight gain: prevalence and clinical relevance. Am J Psychiatry 1992; 149:68–72

16. Frankenburg FM, Zanarini MC, Kando J, et al: Clozapine and body mass change. Biol Psychiatry 1998; 43:520–524

17. Kraus T, Haack M, Schuld A, et al: Body weight and leptin plasma levels during treatment with antipsychotic drugs. Am J Psychiatry 1999; 156:312–314

18. Gupta S, Droney T, Al-Samarrai S, et al: Olanzapine-induced weight gain. Ann Clin Psychiatry 1998; 10:39

19. Beasley CM, Hamilton SH, Crawford AM, et al: Olanzapine vs. haloperidol: acute phase results of the international double-blind olanzapine trial. Eur Neuropsychopharmacol 1997; 7:125–137

20. Osser DN, Najarian D, Berman I, et al: Olanzapine increases weight gain and triglyceride levels (abstract). Annual Meeting of the American Psychiatric Association, 1998, NR688, p. 254

21. Casey DE: Side effect profiles of new antipsychotic agents. J Clin Psychiatry 1996; 11:40–45

22. Isojarvi JIT, Laatikainen TJ, Knip M, et al: Obesity and endocrine disorders in women taking valproate for epilepsy. Ann Neurol 1996; 39:579–584

CONFIDENTIAL
AZSER12443588

# <u>ECDEU</u> ASSESSMENT MANUAL FOR PSYCHOPHARMACOLOGY Revised, 1976

**William Guy, Ph.D.**

**Biometric Laboratory**
**The George Washington University**
**Kensington, Maryland**

**U.S. DEPARTMENT OF HEALTH, EDUCATION, AND WELFARE**
Public Health Service
Alcohol, Drug Abuse, and Mental Health Administration

National Institute of Mental Health
Psychopharmacology Research Branch
Division of Extramural Research Programs
5600 Fishers Lane
Rockville, Maryland  20852

176

CONFIDENTIAL
AZSER12443589

# 028  CGI CLINICAL GLOBAL IMPRESSIONS

CONFIDENTIAL
AZSER12443590

---

## CLINICAL GLOBAL IMPRESSIONS

**INSTRUCTIONS:** *Mark these items on General Scoring Sheet coded 01.*

Complete Item 1 —SEVERITY OF ILLNESS at the initial and subsequent assessments.
Items 2 and 3 may be omitted at the initial assessment by marking 0 — "Not Assessed".

Mark on the left half of the scoring sheet on rows 38 — 41.

---

| ROW NO. | CLINICAL GLOBAL IMPRESSIONS |
|---|---|
| 38 | **1.  SEVERITY OF ILLNESS** |

Considering your total clinical experience with this particular population, how mentally ill is the patient at this time?

0 = Not assessed      4 = Moderately ill
1 = Normal, not at all ill      5 = Markedly ill
2 = Borderline mentally ill      6 = Severely ill
3 = Mildly ill      7 = Among the most extremely ill patients

---

*THE NEXT TWO ITEMS MAY BE OMITTED AT THE INITIAL ASSESSMENT BY MARKING "NOT ASSESSED" FOR BOTH ITEMS*

---

| | |
|---|---|
| 39 | **2.  GLOBAL IMPROVEMENT** — Rate total improvement whether or not, in your judgment, it is due entirely to drug treatment. |

Compared to his condition at admission to the project, how much has he changed?

0 = Not assessed      4 = No change
1 = Very much improved      5 = Minimally worse
2 = Much improved      6 = Much worse
3 = Minimally improved      7 = Very much worse

---

| | |
|---|---|
| 40 & 41 | **3.  EFFICACY INDEX** — Rate this item on the basis of DRUG EFFECT ONLY. |

Select the terms which best describe the degrees of therapeutic effect and side effects and record the number in the box where the two items intersect.

EXAMPLE: Therapeutic effect is rated as "Moderate" and side effects are judged "Do not significantly interfere with patient's functioning". Record 06 in rows 40 and 41.

| THERAPEUTIC EFFECT | SIDE EFFECTS | | | |
|---|---|---|---|---|
| | None | Do not significantly interfere with patient's functioning | Significantly interfere with patient's functioning | Outweigh therapeutic effect |
| **MARKED** — Vast improvement.  Complete or nearly complete remission of all symptoms | 01 | 02 | 03 | 04 |
| **MODERATE** — Decided improvement. Partial remission of symptoms | 05 | 06 | 07 | 08 |
| **MINIMAL** — Slight improvement which doesn't alter status of care of patient | 09 | 10 | 11 | 12 |
| **UNCHANGED OR WORSE** | 13 | 14 | 15 | 16 |
| Not Assessed = 00 | | | | |

Scoring sheet rows:

```
38  ::0::  ::1::  ::2::  ::3::  ::4::        ::5::  ::6::  ::7::  ::8::  ::9::
39  ::0::  ::1::  ::2::  ::3::  ::4::        ::5::  ::6::  ::7::  ::8::  ::9::
40  ::0::  ::1::  ::2::  ::3::  ::4::        ::5::  ::6::  ::7::  ::8::  ::9::
41  ::0::  ::1::  ::2::  ::3::  ::4::        ::5::  ::6::  ::7::  ::8::  ::9::
Cols: 1   2     3     4     5          6     7     8     9    10
```

218

CONFIDENTIAL
AZSER12443591

Clinical Global Impressions (CGI), developed during the PRB collaborative schizophrenic studies ,consists of 3 global scales (items) formatted for use with the General Scoring Sheet.  Since the items are "universal", the CGI is included in both the Pediatric and Adult packets.  Two of the items, Severity of Illness and Global Improvement, are rated on a 7-point scale; while the third, Efficacy Index, requires a rating of the interaction of therapeutic effectiveness and adverse reactions.

| | |
|---|---|
| APPLICABILITY | For all research populations |
| UTILIZATION | For Severity of Illness:  Once at pretreatment and at least one post-treatment assessment.  Additional ratings are at the discretion of the investigator.  For Global Improvement and Efficacy Index:  No pretreatment (baseline) assessment is required.  At least one post-treatment assessment should be made.  Additional post-treatment ratings are at the discretion of the investigator. |
| TIME SPAN RATED | For Severity of Illness:  Now or within the last week.  For Global Improvement:  Since admission to the study.  For Efficacy Index:  Now or within the last week. |

CARD FORMAT - ITEMS      CARD 01 = (19x, 2I1, I2)

| Item | Column |
|---|---|
| Severity of Illness | 20 |
| Global Improvement | 21 |
| Efficacy Index | 22 - 23 |

SPECIAL INSTRUCTIONS

The contexts under which the 3 CGI items are to be rated have been modified to increase the reliability and precision of the items.  Veteran ECDEU raters should be alert to these new contexts.

Item 1 - Severity of Illness - For this item, the modification for rating context is:

OLD       Considering your total clinical experience, how mentally ill is the patient at this time?

NEW       Considering your total clinical experience with this particular population, how mentally ill is the patient at this time?

The old version asked the rater to judge the severity of illness of a given subject in the context of that rater's total experience with all types of patients; i.e., regardless of diagnosis, chronicity, age, etc.  The present version restricts the judgment within the range of the specific population under study.  Thus, an anxious neurotic subject is judged in the context of the rater's experience with anxious

219

CONFIDENTIAL
AZSER12443592

neurotics – not, as was the case in the past – against a clinical background which
may have included schizophrenics, brain damaged, and depressive subjects as well as
anxious ones.

Item 2 – Global Improvement – The modification here involves the relationship between
this item and Efficacy Index (Item 3). In the past, no distinction between
TOTAL clinical improvement and that portion of the TOTAL which, in the
opinion of the rater, is the direct result of the drug administered. The
present contexts are:

Global Improvement

GLOBAL IMPROVEMENT – Rate total improvement whether or not,
in your judgment, it is due entirely to drug treatment.

Efficacy Index

EFFICACY INDEX – Rate this item on the basis of DRUG EFFECT
ONLY.

In many studies, of course, TOTAL improvement and improvement due to drug will be
one and the same; nevertheless, the new contexts allow a distinction to be made
when it is present.

Raters are cautioned to observe the unique time span rated for Global Improvement.
For most other ECDEU items, the time span to be rated is either a specified number of
days or since the last rating. The time span for Global Improvement – at each and
every rating – is "since admission to the project (study)" – NOT from the last rating
period.

Item 3 – Efficacy Index – In addition to the contextual modification mentioned above,
the matrix of therapeutic vs. side effects has been changed as follows:

| THERAPEUTIC EFFECT | SIDE EFFECTS | | | |
|---|---|---|---|---|
| | None | Do not significantly interfere with patient's functioning | Significantly interfere with patient's functioning | Outweighs therapeutic effect |
| MARKED – Vast improvement. Complete or nearly complete remission of all symptoms | 01 | 02 | 03 | 04 |
| MODERATE – Decided improvement. Partial remission of symptoms | 05 | 06 | 07 | 08 |
| MINIMAL – Slight improvement which doesn't alter status of care of patient | 09 | 10 | 11 | 12 |
| UNCHANGED OR WORSE | 13 | 14 | 15 | 16 |
| Not Assessed = 00 | | | | |

220

180

CONFIDENTIAL
AZSER12443593

The new matrix has been made symmetrical (4 x 4) by combining 2 therapeutic categories, "Unchanged" and "Worse" into one category. Category 4 of Side Effects has also been reworded.

Efficacy Index is an attempt to relate therapeutic effects and side effects. Therapeutic effect is regarded as gross profit; side effects as cost. The Index, then, is analogous to net profit. The Index is derived by dividing therapeutic effect score by side effect score as follows:

| | | Side Effects | | |
|---|---|---|---|---|
| Therapeutic Effect | None 1 | No Significant Interference 2 | Significant Interference 3 | Outweighs 4 |
| 4 Marked | 4.00* | 2.00 | 1.33 | 1.00 |
| 3 Moderate | 3.00 | 1.50 | 1.00 | 0.75 |
| 2 Minimal | 2.00 | 1.00 | 0.67 | 0.50 |
| 1 Unchanged or Worse | 1.00 | 0.50 | 0.33 | 0.25 |

\* Example: $\dfrac{\text{Therapeutic Score (4)}}{\text{Side Effect Score (1)}}$ = Efficacy Index (4.00)

The transformation procedure for Efficacy Index (EI) is:

| Number Encoded = | Transformed Score = | EI |
|---|---|---|
| 01 | 41 | 4.00 |
| 02 | 42 | 2.00 |
| 03 | 43 | 1.33 |
| 04 | 44 | 1.00 |
| 05 | 31 | 3.00 |
| 06 | 32 | 1.50 |
| 07 | 33 | 1.00 |
| 08 | 34 | 0.75 |
| 09 | 21 | 2.00 |
| 10 | 22 | 1.00 |
| 11 | 23 | 0.67 |
| 12 | 24 | 0.50 |
| 13 | 11 | 1.00 |
| 14 | 12 | 0.50 |
| 15 | 13 | 0.33 |
| 16 | 14 | 0.25 |
| 00 | 00 | 0.00 |

221

181

CONFIDENTIAL
AZSER12443594

Employing the cross tabulation scheme (page 478) to interpret EI, indices falling on the diagonal CB would indicate that the therapeutic and toxic effects of a treatment are equivalent.  Those in the upper left quadrant would indicate some degree of "profit" - the profit increasing as pole A is approached.  The converse is true of indices falling in the lower right quadrant and, in fact, in all of the last column.  The treatment with the greatest efficacy fills the cell at Pole A; the worst at Pole D.  The cell at Pole C contains the "inert" treatment.  Pole B represents a paradoxical and "theoretical" cell - not one likely to be encountered in the real world.

DOCUMENTATION

    a.  Raw score printout
    b.  Means and standard deviations
    c.  Frequencies and crosstabulations
    d.  Variance analyses

222

182

CONFIDENTIAL
AZSER12443595

# Evaluation of Three Potential Screening Tests for Diabetes Mellitus in a Biethnic Population

STEVEN M. HAFFNER, M.D., MARC ROSENTHAL, Dr.P.H., HELEN P. HAZUDA, Ph.D., MICHAEL P. STERN, M.D., AND LAERCIO J. FRANCO, M.D.

We tested the ability of three potential screening tests for diabetes (fasting plasma glucose value ≥140 mg/dl, 1-h postglucose (PG) load value ≥200 mg/dl, and 2-h PG value ≥200 mg/dl) to detect non-insulin-dependent diabetes in 130 diabetic Mexican Americans (MAs) and 50 diabetic Anglo Americans (AA) using the National Diabetes Data Group criteria as the standard. The sensitivity of the fasting plasma glucose (FPG) cutpoint in detecting diabetes was low in both AAs (36.0%) and MAs (59.3%) and was related to the age-adjusted prevalence rates of diabetes in the two ethnic groups (AAs, 4.9%; MAs, 10.9%). The 2-h PG load cutpoint had good sensitivity (>93%) and specificity (>99%) in both ethnic groups. The ethnic difference in the sensitivity of the FPG cutpoint appeared to be related to the greater hyperglycemia of diabetic MAs compared with diabetic AAs. Nearly 30% of diabetic MAs had FPG values ≥200 mg/dl as contrasted with only 10% of diabetic AAs. The difference in severity of hyperglycemia between the ethnic groups appears to be unrelated to ethnic differences in adiposity, pharmacologic treatment, or delay in diagnosis, although longer disease duration in MAs may explain part of the difference. DIABETES CARE 1984; 7:347–53.

Recently, both the National Diabetes Data Group[1] (NDDG) and the World Health Organization[2] (WHO) have recommended new criteria for the diagnosis of diabetes. The NDDG criteria require either that the fasting plasma glucose (FPG) be ≥140 mg/dl, or that both the 2-h postglucose (PG) load value and at least one intervening glucose value be ≥200 mg/dl. The WHO criteria are similar: they require that an FPG be ≥140 mg/dl or that the 2-h PG load value be ≥200 mg/dl. Both the NDDG and WHO suggest that, for clinical diagnosis, at least two glucose tolerance tests (GTTs) be done because of concern about the reproducibility of a single test.[3,4] In epidemiologic studies, however, it is common to use only a single GTT to reduce costs. Furthermore, multiple survey visits, which are required by repeated GTTs, are likely to reduce response rates in an epidemiologic setting.

While the NDDG and WHO criteria are important in that they provide a standardized method for the diagnosis of diabetes, they have several disadvantages for use in epidemiologic work, in that both require the administration of a glucose load, multiple venipunctures, and a prolonged visit to a survey site. The use of FPG, which does not have these

disadvantages, would make screening for diabetes much simpler.

We examined the adequacy of three potential screening tests for diabetes (fasting, 1-, and 2-h postoral load plasma glucose concentration) using the NDDG criteria as the gold standard. We also analyzed the effects on sensitivity and specificity of varying the cutpoint for FPG.

## METHODS

The subjects for this study are participants in the San Antonio Heart Study (SAHS), a population-based survey of diabetes and cardiovascular risk factors involving 1269 Mexican Americans (MAs) and 911 Anglo Americans (AAs), ages 25–64 yr, residing in three socioeconomically distinct neighborhoods of San Antonio, Texas. Informed consent was obtained from all subjects before participation. Detailed descriptions of the methods used in the SAHS have been previously published.[5,6] A single GTT was performed in the morning on each participant, using a 75-g glucose equivalent load (Glucola, Ames Company, Elkhart, Indiana). Individuals were instructed to fast for 12–14 h before the drawing

183

CONFIDENTIAL
AZSER12443596

TABLE 1
Distribution of non-insulin-dependent diabetic subjects in the San Antonio Heart Study

|  | Mexican Americans | Anglo Americans |
|---|---|---|
| Total diabetic subjects | 130 | 50 |
| Newly diagnosed | 74 | 30 |
| Previously diagnosed |  |  |
| Diet | 17 | 12 |
| Oral agents | 27 | 4 |
| Insulin | 9 | 3 |
| Incomplete information | 3 | 1 |
| Age range | 25–64 | 25–64 |
| Age-adjusted prevalence (1970 U.S. census) | 10.9% | 4.9% |

of a fasting blood specimen. At the time of survey visit, the time of last food intake was ascertained; if the subject had eaten in the last 12 h he was rescheduled. Additional specimens were drawn 1 and 2 h post PG load. Plasma glucose concentrations were measured using an Abbot Bichromatic Analyzer (Abbot Laboratories, South Pasadena, California). Of the 180 diabetic individuals identified in the study, only 23 did not have a full GTT. These individuals were excluded from analyses for which full GTTs were required. A history of type of treatment was obtained from those individuals who were previously diagnosed as having diabetes. Individuals were asked to bring their medicines to the survey examination site for identification by a clinic worker. Eighty percent of diabetic subjects on pharmacologic treatment either brought their medicines to the clinic or were able to recall the exact name of their medicines. Four of 180 subjects did not have recorded information concerning whether they had been previously diagnosed. These individuals are listed under incom-

plete information in Table 1. Glucose sum (sum of fasting, 1-, and 2-h PG load values) was computed as a measure of the severity of hyperglycemia.

In the present study we considered individuals to be diabetic only if they met the NDDG criteria. Tables 1–5 use the NDDG criteria, although Table 2 also presents data using the WHO criteria. Ten individuals who were on either oral antidiabetic agents or insulin but did not meet the NDDG criteria are thus excluded from the analyses. Inclusion of these individuals should bias the sensitivity downward. However, when these individuals were included in the analysis, the basic conclusion of greater sensitivity of an FPG > 140 mg/dl in MAs than AAs was not altered. An additional 10 individuals (insulin-takers) were considered to have insulin-dependent diabetes mellitus (IDDM) on the basis of age of onset <40 yr and body mass index (BMI) <27 kg/m$^2$. Since the diagnosis of diabetes is not usually considered a problem in patients with IDDM, these individuals were also excluded. However, inclusion of these individuals did not alter the results substantially. Since the prevalence of diabetes and the sensitivity of the screening tests were similar in men and women, the two sexes have been pooled in the analyses.

We evaluated the sensitivity, specificity, and predictive value[7] of three potential screening tests for diabetes: the FPG, using the NDDG cutpoint of 140 mg/dl; the 1-h postload plasma glucose, using the NDDG cutpoint of 200 mg/dl; and the 2-h postload plasma glucose, also using the NDDG cutpoint of 200 mg/dl. Sensitivity is defined as the proportion of individuals who truly have the disease (diabetes) who are correctly identified by a screening test (i.e., true positives). Specificity is the proportion of individuals who truly do not have the disease who are correctly identified by a screening test (i.e., true negatives). Predictive value of a positive test is the proportion of individuals with a positive screening test who actually have the disease. Predictive value of a negative

TABLE 2
Sensitivity and specificity of fasting, 1-h, and 2-h plasma glucose in diagnosing diabetes (NDDG criteria)

|  | Mexican Americans | | Anglo Americans | |
|---|---|---|---|---|
|  | Sensitivity | Specificity | Sensitivity | Specificity |
| FPG ≥ 140 mg/dl | 59.3% | 100%* | 36.0% | 100%* |
| 1-h PG ≥ 200 mg/dl | 94.8% | 89.2% | 93.6% | 90.4% |
| 2-h PG ≥ 200 mg/dl | 94.8% | 99.6% | 93.6% | 99.5% |

Sensitivity and specificity of fasting, 1-h, and 2-h plasma glucose in diagnosing diabetes (WHO criteria)

|  | Mexican Americans | | Anglo Americans | |
|---|---|---|---|---|
|  | Sensitivity | Specificity | Sensitivity | Specificity |
| FPG ≥ 140 mg/dl | 55.0% | 100%† | 31.6% | 100%† |
| 1-h PG ≥ 200 mg/dl | 92.5% | 88.8% | 87.0% | 90.3% |
| 2-h PG ≥ 200 mg/dl | 93.4% | 100%‡ | 90.4% | 100%‡ |

*Since FPG ≥ 140 mg/dl is a sufficient criterion by the NDDG criteria, the specificity is 100% by definition.
†Since FPG ≥ 140 mg/dl is a sufficient criterion by the WHO criteria, the specificity is 100% by definition.
‡Since 2-h PG ≥ 200 mg/dl is a sufficient criterion by the WHO criteria, the specificity is 100% by definition.

CONFIDENTIAL
AZSER12443597

Case 6:06-md-01769-ACC-DAB   Document 1349-23   Filed 03/11/09   Page 21 of 33 PageID 42226

test is the proportion of individuals with a negative screening test who actually do not have the disease.

Technically, sensitivity and specificity cannot be computed for the screening tests considered here since the proposed tests and cutpoints are themselves part of the standard (i.e., the NDDG criteria) and are thus not independent tests. However, since sensitivity and specificity are commonly understood concepts, we have elected to use these concepts and terminology in this article. It should also be noted that the specificity of the fasting cutpoint is equal to 100% by definition, since a fasting level $\geq 140$ mg/dl is by itself a sufficient criterion for the diagnosis of diabetes by the NDDG criteria. The specificity of the 1- and 2-h cutpoints, however, can be less than 100%. For the fasting criterion we also calculated the predictive value of a positive and negative test and the proportion of the entire population that would have to be recalled for definitive testing after a positive result on the initial screening test. The proportion needing to be recalled (i.e., for a full GTT) was computed using several different cutpoints for the initial screening test.

Measurements of height and weight were made with the participant wearing an examining gown after removal of shoes and upper garments. Body mass index (BMI) was calculated by dividing weight by height squared (kg/m²). Adiposity was assessed by measuring skinfolds. The triceps skinfold was measured directly posteriorly over the right triceps muscle and the subscapular skinfold was measured just below the inferior angle of the right scapula. A Lange skinfold caliper (Cambridge Scientific Industries, Cambridge, Massachusetts) was used and the average of three readings, each made to the nearest 0.5 mm, was taken as the measurement for each skinfold.

Ethnic classification was performed using an algorithm that included Spanish and non-Spanish surname of parents (maiden name for the mother), birthplace of parents, ethnic self-identity, and stated ethnicity of all four grandparents. Non-Mexican American Hispanics (e.g., Puerto Ricans, Cubans, etc.), offspring of interethnic marriages, and members of other racial groups (blacks, Orientals, etc.) are excluded from the analyses reported in this article.

A test for differences in proportions using the Z test was used to compare differences in sensitivity.[8] Analysis of covariance and three-way analysis of variance were used in analyses involving glucose sums, BMI, sum of skinfolds, and age.[9] Analysis of variance was done with the P2V program (BMDP), and analysis of covariance was done with the P1V program (BMDP). Analysis of variance tested the main effects of ethnicity, sex (gender), and diagnostic status (newly versus previously diagnosed), and also considered interaction terms between these variables. A statistically significant interaction term for ethnicity and sex, for example, indicates that the ethnic difference in glucose sums varies across the two sexes. If the interaction term is nonsignificant, it may be presumed that the ethnic difference is similar in both sexes. Analogous interpretations may be made for the other interaction terms. In the analyses to be presented, none of the interaction terms were statistically significant and therefore are not discussed in RESULTS. Plasma glucose levels and BMI were log transformed to reduce skewness. Log-transformed values were then back transformed and are presented in natural units in the tables. Age adjustment was performed by the direct method using the U.S. population for 1970 as the standard population.

## RESULTS

The ethnic-specific distribution of diabetes, whether newly discovered at the time of the survey or previously diagnosed, and the type of therapy for previously diagnosed cases are shown in Table 1. Also shown in this table are the age-adjusted prevalence rates of non-insulin-dependent diabetes mellitus which, as we have reported previously,[5,6] are higher in MAs than in AAs (10.9% versus 4.9%).

Table 2 shows the sensitivity and specificity of the three potential screening tests using either the NDDG or the WHO

TABLE 3
Sensitivity, specificity, and predictive values (NDDG criteria) with changes in cutpoints for fasting plasma glucose

| | Cutpoint for plasma glucose | Sensitivity | Specificity | PV+ | PV− | % Population to be recalled |
|---|---|---|---|---|---|---|
| Mexican Americans | $\geq 100$ mg/dl | 90.7% | 83.5% | 39.7% | 98.7% | 24.4% |
| | $\geq 110$ mg/dl | 80.0% | 95.6% | 68.4% | 97.5% | 12.6% |
| | $\geq 120$ mg/dl | 67.7% | 98.6% | 86.3% | 97.1% | 8.4% |
| | $\geq 130$ mg/dl | 63.1% | 99.8% | 97.6% | 95.7% | 6.9% |
| | $\geq 140$ mg/dl | 59.2% | 100%* | 100%* | 95.3% | 6.4% |
| Anglo Americans | $\geq 100$ mg/dl | 96.0% | 83.7% | 26.1% | 99.7% | 20.8% |
| | $\geq 110$ mg/dl | 80.0% | 96.1% | 54.8% | 98.8% | 8.5% |
| | $\geq 120$ mg/dl | 60.0% | 98.8% | 75.0% | 97.6% | 4.5% |
| | $\geq 130$ mg/dl | 44.0% | 99.5% | 84.6% | 96.7% | 2.9% |
| | $\geq 140$ mg/dl | 36.0% | 100%* | 100%* | 96.3% | 2.0% |

*Since FPG $\geq 140$ mg/dl is a sufficient criteria by NDDG criteria, the specificity definition is 100%.

185

CONFIDENTIAL
AZSER12443598

THREE POTENTIAL SCREENING TESTS FOR DIABETES/STEVEN M. HAFFNER AND ASSOCIATES

**TABLE 4**
Hyperglycemia and obesity in Mexican American and Anglo American diabetic subjects

| | Newly diagnosed | | | | | Previously diagnosed | | | | | ANOVA, overall contrast (P value) | | |
| | Men | | Women | | P value MA vs. AA | Men | | Women | | P value MA vs. AA | Ethnicity | Sex | Diagnostic status |
| Diagnostic status (N) | MA (38) | AA (16) | MA (36) | AA (14) | | MA (20) | AA (7) | MA (22) | AA (10) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Glucose sum (mg/dl) mean ± SE | 724.4 ± 1.4 | 602.6 ± 1.3 | 660.7 ± 1.4 | 630.9 ± 1.4 | 0.049 | 851.2 ± 1.3 | 720.0 ± 1.1 | 831.8 ± 1.3 | 707.9 ± 1.2 | 0.040 | 0.005 | 0.517 | 0.000 |
| BMI (kg/m²) mean ± SE | 29.5 ± 1.2 | 28.8 ± 1.2 | 29.1 ± 1.2 | 28.6 ± 1.2 | 0.604 | 30.2 ± 1.2 | 29.2 ± 1.2 | 29.0 ± 1.2 | 30.1 ± 1.2 | 0.978 | 0.660 | 0.796 | 0.269 |
| Sum of skinfolds (mm) mean ± SE | 38.5 ± 1.4 | 40.9 ± 1.6 | 56.8 ± 1.1 | 56.9 ± 1.6 | 0.700 | 49.9 ± 1.5 | 36.6 ± 1.7 | 60.3 ± 1.5 | 56.8 ± 1.6 | 0.262 | 0.598 | 0.000 | 0.060 |
| Age (yr) mean ± SE | 51.7 ± 1.0 | 54.4 ± 1.2 | 50.1 ± 1.4 | 56.6 ± 1.4 | 0.026 | 53.2 ± 1.2 | 57.3 ± 1.6 | 52.3 ± 1.2 | 56.4 ± 1.4 | 0.043 | 0.003 | 0.631 | 0.205 |

criteria. The sensitivity of the fasting cutpoint using the NDDG criteria was 59.3% in MAs and 36.0% in AAs. This difference was statistically significant at $P < 0.005$. As noted in METHODS, the specificity of the fasting cutpoint is 100% by definition. The sensitivity of the 1- and 2-h PG load cutpoints are both substantially higher than the sensitivity of the fasting cutpoint in both ethnic groups. Also, in contrast to the fasting cutpoint, there were no ethnic differences in the sensitivity of the 1- and 2-h cutpoints. The 2-h cutpoint has better specificity than the 1-h cutpoint. Conclusions from analysis using the WHO criteria were very similar to those given above.

The sensitivity of the NDDG cutpoint was also computed separately for newly diagnosed and previously diagnosed diabetic subjects. The sensitivity in newly diagnosed subjects was 44.5% in MAs and 20.0% in AAs ($P < 0.05$), while the sensitivity in previously diagnosed diabetic subjects was 79.3% in MAs and 63.2% in AAs ($P = NS$). These results show that the sensitivity of the fasting cutpoint of 140 mg/dl is higher in MAs than in AAs.

Since the results presented above indicate that, because of low sensitivity, the FPG cutpoint of 140 mg/dl is an inadequate screening test, we examined whether a lower fasting cutpoint might be acceptably sensitive, with lower but still adequate specificity. The effect on sensitivity of changing the fasting cutpoint is shown in Table 3. In the low-prevalence population for diabetes (i.e., AAs), lowering the cutpoint to 100 mg/dl raised the sensitivity to 96.0%, although the predictive value of a positive test was very low (26.1%). In the higher prevalence population (i.e., MAs), the same cutpoint resulted in a sensitivity of 90.7%, with a still low-positive predictive value of 39.7%. We also ascertained the proportion of the population that would have to be recalled for a definitive GTT if a lowered cutpoint for fasting glucose was adopted for screening. With a cutpoint of 100 mg/dl, 24.4% of the MAs and 20.8% of AAs would have to be recalled.

We next addressed the question of why the sensitivity of the fasting cutpoint was higher in MA diabetic subjects than in AA diabetic subjects. We postulated that this might result from more severe hyperglycemia in the former group. To evaluate this possibility we performed three-way analysis of variance on glucose sums with ethnicity, sex, and diagnostic category (newly versus previously diagnosed) as the grouping variable. The results of these analyses are presented in Table 4. In both newly diagnosed and previously diagnosed MA diabetic subjects of both sexes the glucose sum was significantly higher than in the corresponding AA diabetic subjects. The P value for ethnicity is 0.005, indicating that the overall ethnic effect is statistically significant even after controlling for sex and diagnostic status. As mentioned in METHODS, the interaction terms were nonsignificant.

Another way of assessing whether MA diabetic subjects have more severe hyperglycemia than do AA diabetic subjects is to determine what proportion of the population falls into each of three groups: mildly (FPG < 140 mg/dl), moderately (140–199 mg/dl), and severely (≥200 mg/dl) hyper-

CONFIDENTIAL
AZSER12443599

glycemic. As shown in Table 5, for newly diagnosed diabetic subjects, 18.9% of the MAs were in the most severe category (FPG ≥ 200 mg/dl) in contrast to 3.3% of AAs (P < 0.05). For previously diagnosed diabetic subjects, 43.4% of the MAs were in the most severe category in contrast to 21.1% of AAs (P = 0.084, not significant). We also trichotomized the diabetic subjects on the basis of their 2-h PG values into mildly (2-h PG < 200 mg/dl), moderately (200–299 mg/dl), and severely (≥300 mg/dl) hyperglycemic groups. Again, a greater proportion of MA diabetic subjects than AA diabetic subjects were in the most severe category for both the newly diagnosed and previously diagnosed groups, although the difference was statistically significant only for the newly diagnosed diabetic subjects (P < 0.01). When we combined the newly diagnosed and previously diagnosed groups for the FPG values, nearly 30% of the diabetic MAs were in the most severe group, in contrast with 10% of AAs (P < 0.001). For 2-h PG values, nearly 50% of MA diabetic subjects were in the most severe category, in contrast with 23% of the AA

diabetic subjects (P < 0.01). Tables 4 and 5 also demonstrate that previously diagnosed diabetic subjects were more hyperglycemic than newly discovered diabetic subjects. Thus it appears that diabetic MAs are more severely hyperglycemic than diabetic AAs. This difference explains why the FPG criterion is more sensitive in MA than in AA diabetic subjects.

We next explored several possible explanations for the greater hyperglycemia of MA diabetic subjects. The first possibility is that the diabetic MAs are older than the diabetic AAs and hence might be more hyperglycemic on that basis. However, as shown in Table 4, diabetic MAs are actually younger than diabetic AAs (P = 0.003). Also shown in Table 4, MAs and AAs with diabetes have similar BMIs and sums of skinfolds; thus, the greater hyperglycemia of MAs with diabetes does not appear to be due to differences in obesity. (This lack of an ethnic difference in obesity among diabetic subjects is in contrast to the results for the overall SAHS population in which MAs were more obese than

TABLE 5
Severity of hyperglycemia among Mexican American and Anglo American diabetic subjects

| Fasting plasma glucose category | <140 mg/dl | 140–199 mg/dl | >200 mg/dl | Total |
|---|---|---|---|---|
| Newly diagnosed | | | | |
| MA (N) | (41) | (19) | (14) | (74) |
| % Diabetic subjects | 55.4% | 25.6% | 18.9% | 100% |
| AA (N) | (24) | (5) | (1) | (30) |
| % Diabetic subjects | 80.0% | 16.7% | 3.3% | 100% |
| Previously diagnosed | | | | |
| MA (N) | (11) | (19) | (23) | (53) |
| % Diabetic subjects | 20.8% | 35.8% | 43.4% | 100% |
| AA (N) | (7) | (8) | (4) | (19) |
| % Diabetic subjects | 36.8% | 42.1% | 21.1% | 100% |
| All diabetic subjects | | | | |
| MA (N) | (53) | (39) | (38) | (130) |
| % Diabetic subjects | 40.2% | 30.0% | 29.2% | 100% |
| AA (N) | (32) | (13) | (5) | (50) |
| % Diabetic subjects | 64.0% | 26.0% | 10.0% | 100% |

| 2-H postglucose load category | <200 mg/dl | 200–299 mg/dl | >300 mg/dl | Total |
|---|---|---|---|---|
| Newly diagnosed | | | | |
| MA (N) | (2) | (44) | (28) | (74) |
| % Diabetic subjects | 2.7% | 59.5% | 37.8% | 100% |
| AA (N) | (2) | (25) | (3) | (30) |
| % Diabetic subjects | 6.7% | 83.3% | 10.0% | 100% |
| Previously diagnosed | | | | |
| MA (N) | (4) | (8) | (30) | (42) |
| % Diabetic subjects | 9.5% | 19.0% | 71.5% | 100% |
| AA (N) | (3) | (7) | (7) | (17) |
| % Diabetic subjects | 17.6% | 41.2% | 41.2% | 100% |
| All diabetic subjects | | | | |
| MA (N) | (6) | (53) | (57) | (116) |
| % Diabetic subjects | 5.2% | 46.7% | 49.1% | 100% |
| AA (N) | (3) | (33) | (11) | (47) |
| % Diabetic subjects | 6.4% | 70.2% | 23.4% | 100% |

CONFIDENTIAL
AZSER12443600

AAs.)[5,6] Alternatively, the MA diabetic subjects might receive less adequate medical care and thus be more hyperglycemic on this basis. However, as shown in Table 1, the proportion of previously diagnosed diabetic subjects who were on pharmacologic treatment was actually greater for MAs than for AAs ($^{36}/_{53}$ = 68% for MAs versus $^7/_{19}$ = 37% for AAs, P < 0.01 by $\chi^2$ test). In addition, the percentage of diabetic subjects previously diagnosed, itself a measure of health care utilization, was similar in the two ethnic groups ($^{53}/_{127}$ = 42% for MAs versus $^{19}/_{49}$ = 39% for AAs). Finally, the adequacy of treatment should not affect the degree of hyperglycemia among cases who were newly diagnosed at the time of the survey. As shown in Table 4, diabetic MAs still had more severe hyperglycemia than diabetic AAs when the analysis of variance was performed separately in newly and previously diagnosed diabetic subjects. Another possible explanation for the greater hyperglycemia in MA diabetic subjects might be that they are diagnosed later in the course of the disease because of less adequate medical care. However, among diabetic subjects who had been diagnosed before SAHS survey visit, MAs had a mean age of diagnosis of 43 ± 2 yr (N = 51), while AAs had a mean age of diagnosis of 49 ± 2 yr (N = 19) (P < 0.01 by t test). Although not definitive, these data do not support the idea that later diagnosis is an explanation for the greater hyperglycemia of MA diabetic individuals. The known duration of diabetes among previously diagnosed subjects was slightly but not significantly longer for MAs than for AAs (9.4 ± 1.3 yr versus 7.5 ± 1.6 yr, respectively, P = 0.340, t test).

## DISCUSSION

As mentioned previously, screening for diabetes with full GTTs has several disadvantages in epidemiologic studies, including the administration of a glucose load, multiple venipunctures, and prolonged survey visits. Since a cutpoint of >140 mg/dl for the FPG has an unacceptably low sensitivity, one alternative might be to reduce the cutpoint and then recall selected individuals for a full GTT. However, to achieve an acceptable sensitivity in our population, we would have had to reduce the cutpoint to 100 mg/dl, in which case >20% of the population would have to have been recalled for the GTT. An alternative possibility would be to use a PG load value of >200 mg/dl at either the 1-h or 2-h time as the screening test. This approach avoids multiple venipunctures, but still has many of the same limitations as the full GTT: administration of a glucose load and a prolonged survey visit. We found that both the 1-h and 2-h PG load had similar sensitivity in diagnosing diabetes but that the 2-h cutpoint had better specificity. Additional supporting evidence for the superiority of the 2-h value comes from work by Rushforth et al.,[9] who found evidence of bimodality in the Pima Indians, a very high prevalence population for diabetes. These workers found that the 2-h PG load value gave better separation of the first mode (normal) from the second mode (diabetic) than did the 1-h value, which is consistent with

greater specificity of the former as found in our study. Rushforth et al. also found that the 2-h level had better reproducibility when two GTTs were done several weeks apart. Our belief is that, whenever possible, a full GTT should be done but if this is not possible, a single 2-h PG load value will serve adequately, due to its good sensitivity and specificity in diagnosing diabetes (Table 2).

The sensitivity and specificity of screening tests are generally considered to be invariant parameters of a test and, unlike predictive values, are not ordinarily thought to be dependent on the prevalence of the condition in the population under study. This is because sensitivity is calculated exclusively among the cases, and specificity is calculated exclusively among the controls. In the present study, when an insensitive screening test (FPG) was used on two populations with different prevalences of disease, a higher sensitivity was found in the population with the higher prevalence of diabetes (i.e., MAs). This unexpected finding resulted from the fact that the severity of the hyperglycemia was directly related to the prevalence. More severe hyperglycemia does not seem to be explained by differences in obesity, differences in time of diagnosis, or proportion of individuals on pharmacologic treatment. Although there was no statistically significant difference in duration, the younger age of diagnosis of MAs together with longer duration (2 yr) of disease suggest that greater duration could partially explain the greater hyperglycemia. A full explanation of the greater severity of hyperglycemia in diabetic MAs, however, is not yet available. It is possible, for instance, that diet may play a role. Recent data suggest that diets rich in simple carbohydrates,[10] and certain types of complex carbohydrates,[11,12] may worsen hyperglycemia in diabetes. We have previously shown in our population that AAs tend to avoid sugar more than do MAs.[13] We are currently investigating whether the greater hyperglycemia in diabetic MAs may be related to greater consumption of sucrose and/or certain types of complex carbohydrates.

In the usual cases the invariant nature of sensitivity and specificity relative to changes in disease prevalence has been conceptualized with diseases that can be categorized as discrete entities (e.g., presence or absence of cancer). Blood glucose, however, has a continuous distribution and thus a high-prevalence population might have a distribution that is shifted to the right, which could explain the higher sensitivity of a screening test in such a population. However, we believe that this high-prevalence population is characterized by bimodality of glucose distributions rather than by a unimodal distribution that is merely shifted to the right. Bimodality of glucose distributions has been reported in Pima Indians,[14,15] Nauruans in Micronesia,[16] Samoans,[17] and Asian Indians who have migrated to South Africa.[18] We have also found evidence of bimodality in Mexican Americans in our population.[19] These findings imply that diabetes in these populations is a discrete entity and that the changing sensitivity and specificity with increasing prevalence cannot simply be attributed to a shifting of the glucose distribution to the right in high-prevalence populations.

CONFIDENTIAL
AZSER12443601

Taylor et al.,[20] in a study of new-world populations in the South Pacific, also found that the sensitivity of the FPG increased with rising prevalence. However, these workers did not investigate the severity of hyperglycemia in their populations in relation to differences in diabetes prevalence.

Although the onset of non-insulin-dependent diabetes is difficult to ascertain, our data based on clinical diagnosis suggest that not only do MAs have more severe hyperglycemia, but they develop the disease at an earlier age. An important consideration is whether the MA diabetic subjects have a greater prevalence of diabetic complications. The microvascular complications of diabetes (retinopathy and proteinuria) have been shown to be related to both degree of hyperglycemia[21] and duration of diabetes.[22] We are currently planning an investigation on the frequency of microvascular complications in diabetic individuals among these two ethnic groups.

ACKNOWLEDGMENTS: This research was supported by a grant from the National Heart, Lung and Blood Institute (HL 24799).

From the Division of Clinical Epidemiology, Department of Medicine, University of Texas Health Science Center at San Antonio, San Antonio, Texas (S.M.H., M.R., H.P.H., M.P.S.) and the Department of Preventive Medicine, Escola Paulista de Medicina, San Paulo, Brazil (L.J.F.).
Address reprint requests to Steven M. Haffner, M.D., Division of Clinical Epidemiology, Department of Medicine, University of Texas Health Science Center at San Antonio, San Antonio, Texas 78284.

## REFERENCES

[1] National Diabetes Data Group: Classification and diagnosis of diabetes mellitus and other categories of glucose intolerance. Diabetes 1979; 28:1039–57.

[2] Expert Committee on Diabetes Mellitus, World Health Organization. WHO Technical Report 1980:646.

[3] O'Sullivan, J. B., and Mahan, C. M.: Glucose tolerance test variability in pregnant and non-pregnant women. Am. J. Clin. Nutr. 1966; 19:345–50.

[4] Ganda, O. P., Day, J. L., Soeldner, J. S., Connon, J. J., and Gleason, R. E.: Reproducibility and comparative analysis of repeated intravenous and oral glucose tolerance tests. Diabetes 1978; 27:715–25.

[5] Stern, M. P., Gaskill, S. P., Hazuda, H. P., Gardner, L. I., and Haffner, S. M.: Does obesity explain excess prevalence of diabetes among Mexican Americans? Results of the San Antonio Heart Study. Diabetologia 1983; 24:272–77.

[6] Gardner, L. I., Stern, M. P., Haffner, S. M., Gaskill, S. P., Hazuda, H. P., Relethford, J. H., and Eifler, C. W.: Prevalence of diabetes in Mexican Americans: relationship to percent of gene pool derived from native American sources. Diabetes 1984; 33:86–92.

[7] Fleiss, J. L.: Statistical Methods for Rates and Proportions, 2d edit. New York, Wiley, 1981:4–7.

[8] Snedecor, G. W., and Cochran, W. G.: Statistical Methods, 7th edit. Ames, Iowa, Iowa State University Press, 1980:215, 365.

[9] Rushforth, N. B., Bennett, P. H., Steinberg, A. G., and Miller, M.: Comparison of the value of the two and one-hour glucose levels of the oral GTT in the diagnosis of diabetes in Pima Indians. Diabetes 1975; 24:538–45.

[10] Crapo, P. A., Reaven, G., and Olefsky, J.: Plasma glucose and insulin responses to orally administered simple and complex carbohydrates. Diabetes 1976; 25:741–47.

[11] Crapo, P. A., Insel, T., Sperling, M., and Kolterman, O. G.: Comparison of serum glucose, insulin, and glucagon responses to different types of complex carbohydrate in non-insulin dependent diabetic patients. Am. J. Clin. Nutr. 1981; 34:184–90.

[12] Ionescu-Tirgoviste, C., Popa, E., Sintu, E., Mihalache, D., Cheta, D., and Mincu, I.: Blood glucose and plasma insulin responses to various carbohydrates in type 2 (non-insulin-dependent) diabetes. Diabetologia 1983; 24:80–84.

[13] Stern, M. P., Pugh, J. A., Gaskill, S. P., and Hazuda, H. P.: Knowledge, attitudes and behavior related to obesity and dieting in Mexican Americans and Anglos: the San Antonio Heart Study. Am. J. Epidemiol. 1982; 115:917–28.

[14] Rushforth, N. B., Miller, M., and Bennett, P. H.: Fasting and two-hour post-load glucose levels for the diagnosis of diabetes: the relationship between glucose levels and complications of diabetes in the Pima Indians. Diabetologia 1979; 16:373–79.

[15] Rushforth, N. B., Bennett, P. H., Steinberg, A. G., Burch, T. A., and Miller, M.: Diabetes in the Pima Indians: evidence of bimodality in glucose tolerance distributions. Diabetes 1971; 20:756–65.

[16] Steinberg, A. G., Rushforth, N. B., Bennett, P. H., Burch, T. A., and Miller, M.: On the genetics of diabetes mellitus. Nobel Symposium 13. The Pathogenesis of Diabetes Mellitus. Cerasi, E., and Luft, R., Eds. New York, John Wiley, 1970:237–64.

[17] Zimmet, P., and Whitehouse, S.: Bimodality of fasting and two-hour glucose tolerance distributions in a Micronesian population. Diabetes 1978; 27:793–800.

[18] Zimmet, P., Milne, B., Raper, L. R., Taylor, R., and Balkan, B.: Bimodality in glucose tolerance distributions in the urban Polynesian population of western Samoa (personal communication).

[19] Rosenthal, M., McMahan, C. A., Stern, M. P., et al.: Evidence for a mixture of two normally distributed sub-populations in the two-hour response to an oral glucose challenge in Mexican Americans: results from the San Antonio Heart Study. Submitted for publication.

[20] Taylor, R., and Zimmet, P.: Limitations of fasting plasma glucose for the diagnosis of diabetes mellitus. Diabetes Care 1981; 4:556–58.

[21] Pettitt, D. J., Knowler, W. C., Lisse, J. R., and Bennett, P. H.: Development of retinopathy and proteinuria in relation to plasma glucose concentrations in Pima Indians. Lancet 1980; 2:1050–52.

[22] Rate, R. G., Knowler, W. C., Morse, H. G., Bonnell, M. D., McVey, J., Chervenak, C. L., Smith, M. G., and Pavanich, G.: Diabetes mellitus in Hopi and Navajo Indians. Diabetes 1983; 32:894–99.

CONFIDENTIAL
AZSER12443602

hyperkinesia in Parkinson's disease. J Neurol Neurosurg Psychiatry 1989; 52:805–807

10. Serra-Mestres J, Shapleske J, Tym E: Treatment of palilalia with trazodone (letter). Am J Psychiatry 1996; 153:580–581

## Risperidone-Associated Diabetic Ketoacidosis

TO THE EDITOR: In the July-August issue of *Psychosomatics*, Croarkin et al.[1] reported what is described as the first case of risperidone-associated diabetic ketoacidosis and what to our knowledge is the first published report of new-onset diabetes associated with risperidone treatment. Multiple case reports have previously described disturbances in glucose metabolism, including diabetic ketoacidosis during the treatment of psychotic disorders with clozapine[2] and olanzapine,[3,4] including a fatality attributed to diabetic ketoacidosis during olanzapine use.[5] Conventional antipsychotic medications can also have adverse effects on glucose metabolism. Given the acute and long-term complications of diabetes, it is important to clarify the risk associated with different medications in different patient populations. The report from Croarkin et al. concerned a 42-year-old HIV + male with a history of chronic major depressive disorder with psychotic features. The interpretation of this adverse event, and the possible contribution of risperidone therapy, is confounded by the presence of major risk factors for diabetes in this particular patient that the authors did not discuss in their report.

Not mentioned is that a major depressive disorder itself approximately doubles the risk of developing diabetes mellitus.[6] Glucose intolerance and diabetes are also associated with HIV infection,[7] further increasing this patient's risk for diabetic complications independent of antipsychotic treat-

ment. It was also not mentioned in the report whether this patient was taking a protease inhibitor as part of highly active antiretroviral therapy (HAART). Protease inhibitors are strongly associated with hyperglycemia, glucose intolerance, new-onset diabetes mellitus, and exacerbation of existing diabetes mellitus,[8] with the Food and Drug Administration issuing an advisory in 1997 on this topic. The interpretation of risperidone's role in this event is thus confounded by the additional major risk factors of depression, HIV infection, and possible protease inhibitor therapy.

Clinicians should be aware that antipsychotic medications, particularly some newer agents, have been associated with hyperglycemia, exacerbation of existing diabetes mellitus, new-onset diabetes mellitus, and diabetic ketoacidosis; However, the magnitude of this effect appears to vary across individual medications, with risperidone appearing to have smaller effects on glucose metabolism than either clozapine or olanzapine.[9,10] At this time the only other published reports involving risperidone describe its uncomplicated use in patients diagnosed with diabetes.[11–13] Although more information concerning possible adverse metabolic effects of antipsychotic medications is needed, it will be most useful when relevant information is analyzed and discussed within the context of other established factors that impact glucose metabolism (e.g., adiposity, ethnicity, concomitant illnesses, and other medication effects). Regarding Croarkin et al.'s comment that blood glucose should be periodically tested in patients on risperidone, we feel that patients taking any antipsychotic medication should undergo periodic evaluation of plasma glucose (e.g., annual fasting glucose, baseline, and serial samples

when starting and titrating new medications).

Dan W. Haupt, M.D.

John W. Newcomer, M.D.

### References

1. Croarkin PE, Jacobs KM, Bain BK: Diabetic ketoacidosis associated with risperidone treatment? (letter) Psychosomatics 2000; 41:369– 370

2. Colli A, Cocciolo M, Francobandiera F, et al: Diabetic ketoacidosis associated with clozapine treatment (letter). Diabetes Care 1999; 2:176– 177

3. Paizis M, Cavaleri S, Schwarz ME, et al: Acute-onset ketoacidosis during olanzapine treatment in a patient without pretreatment obesity or treatment- associated weight gain. Primary Psychiatry 1999; 6:37– 38

4. Goldstein LE, Sporn J, Brown S, et al: New-onset diabetes mellitus and diabetic ketoacidosis associated with olanzapine treatment. Psychosomatics 1999; 40:438– 443

5. Von Hayek D, Huttl V, Reiss J, et al: Hyperglycemia and ketoacidosis associated with olanzapine. Nervenarzt 1999; 70:836– 837

6. Eaton WW, Armenian H, Gallo J, et al: Depression and risk for onset of type II diabetes: a prospective population-based study. Diabetes Care 1996; 19:1097–1102

7. Carr A, Samaras K, Thorisdottir A, et al: Diagnosis, prediction, and natural course of HIV-1 protease-inhibitor- associated lipodystrophy, hyperlipidaemia, and diabetes mellitus: a cohort study. Lancet 1999; 353:2093–2099

8. Vigouroux C, Gharakhanian S, Salhi Y, et al: Diabetes, insulin resistance and dyslipidaemia in lipodystrophic HIV-infected patients on highly active antiretroviral therapy (HAART). Diabetes Metab 1999; 25:225–232

9. Henderson DC, Cagliero E, Borbs CP, et al: Atypical antipsychotic agents and glucose metabolism: Bergman's MINMOD Analysis. NCDEU Poster 2000

10. Selke GJ, Newcomer JW, Fucetola R, et al: Atypical antipsychotic-induced differences in glucose regulation in schizophrenia independent of differences in adiposity. Society for Neuroscience Abstracts 2000; 26:275

11. Wirshing DA, Spellberg BJ, Erhart SM, et al: Novel antipsychotics and new onset diabetes. Biol Psychiatry 1998; 44:778–783

12. Melamed Y, Mazeh D, Elizur A: Risperidone treatment for a patient suffering from

CONFIDENTIAL
AZSER12443603

Letters to the Editor

schizophrenia and IDDM (letter). Can J Psychiatry 1998; 43:956

13. Madhusoodanan S, Brenner R, Araujo L, et al: Efficacy of risperidone treatment for psychoses associated with schizophrenia, schizoaffective disorder, bipolar disorder, or senile dementia in 11 geriatric patients: a case series. J Clin Psychiatry 1995; 56:514–518

## Reply to Drs. Haupt and Newcomer

TO THE EDITOR: We appreciate Drs. Haupt and Newcomer's interest in this fascinating yet unfortunate case of a 42-year-old, HIV positive, male Caucasian with major depressive disorder and what is likely the first reported instance of a risperidone-associated diabetic ketoacidosis. They present many enlightening concerns and ideas regarding "major risk factors for diabetes in this particular patient." However, these concepts are either superficial or unsupported by an assiduous review of the literature. We are grateful for the opportunity to discuss these concerns.

The assertion that depressed patients have twice the risk of developing diabetes mellitus is debatable and difficult to glean from the study referenced. This was a prospective study addressing the possibility that depression increases the risk of developing type II diabetes mellitus.[1] The association of diabetes mellitus and depression is often supported by research.[2] What is not clear is the temporal relationship of these two chronic (in some cases insidious) conditions. Other researchers have found no connection between psychiatric morbidity (including depression) and diabetes mellitus.[3] Furthermore, upon reviewing the literature, no known study has supported the idea that depression is a risk factor for the development of diabetic ketoacidosis.

The remark that glucose intolerance and diabetes are coupled with HIV infection is also not supported by the study referenced, which involved 113 patients on protease inhibitors. Unfortunately, no contrast to drug-naive patients was made.[4] Another study involving 1,392 HIV-infected patients proposed that hyperglycemia in HIV infection is rare. This study was conducted before the prevalent use of protease inhibitors and suggested that less than 2% of the 1,392 HIV-infected patients developed severe hyperglycemia. This is less than the frequency of diabetes mellitus in the adult population of America.[5] The concerns and proclamations regarding protease inhibitors are informative but irrelevant in this specific case. To clarify, the patient we described had never been treated with protease inhibitors or medication to address his HIV. He was asymptomatic with respect to HIV. For these reasons, HIV and its treatment (which again was nonexistent in this patient) should not complicate the thinking involved in this case.

We agree wholeheartedly that more data are needed regarding the potential metabolic actions of antipsychotic medications. This information should be examined with germane risk factors in mind. Given the large number of people on antipsychotics, one would hope that risk could be definitively stratified in the future. Our patients deserve nothing less.

Paul E. Croarkin, D.O.
Brian K. Bain, M.D.

### References

1. Eaton WW, Armenian H, Gallo J, et al: Depression and risk for the onset of type II diabetes: a prospective population-based study. Diabetes Care 1996; 19:1097–1102
2. Gavard JA, Lustman PJ, Clouse RE: Prevalence of depression in adults with diabetes: an Epidemiologic evaluation. Diabetes Care 1993; 16:1167–1178
3. Kymissis P, Shatin L, Brown W: Relationship between high fasting blood sugar and depression in a mental hygiene clinic population. Can J Psychiatry 1979; 24:133–138
4. Carr A, Samaras K, Thorisdottir A, et al: Diagnosis, prediction, and natural course of HIV-1 protease inhibitor-associated lipodystrophy, hyperlipidemia, and diabetes mellitus: a cohort study. Lancet 1999; 353:2093–2099
5. Kilby MJ, Tabereaux PB: Severe hyperglycemia in an HIV clinic: preexisting versus drug-associated diabetes mellitus. Journal of Acquired Immune Deficiency Syndromes 1998; 17:46–50

## Priapism After a Suicide Attempt by Ingestion of Olanzapine and Gabapentin

TO THE EDITOR: Priapism from any cause is an uncommon event. Of the 15%–41% of cases in which medications have been implicated, phenothiazine, antipsychotics, and heterocyclic antidepressants are among the most commonly associated.[1] Because of their favorable side effect profile, atypical neuroleptics are being used more frequently; however, there have been several disturbing cases of priapism developing in association with the use of atypical neuroleptics. We describe here a case of priapism that occurred after ingestion of olanzapine and gabapentin.

### Case Report

Mr. T., a 51-year-old man with schizoaffective disorder, had been treated with multiple medication combinations. He had experienced prolonged and painful erection once before, which occurred while taking trazodone. Fortunately, trazodone was immediately discontinued, and normal erectile function returned without further medical attention. For 3 months prior to admission, Mr. T. had been stable on olanzapine (5 mg/night), gabapentin (900 mg/day), and paroxetine (20 mg/night). After an argument with his girlfriend,

CONFIDENTIAL
AZSER12443604

## Article

# Clozapine, Diabetes Mellitus, Weight Gain, and Lipid Abnormalities: A Five-Year Naturalistic Study

David C. Henderson, M.D.

Enrico Cagliero, M.D.

Colin Gray

Rima A. Nasrallah, B.S.

Doug L. Hayden, M.A.

David A. Schoenfeld, Ph.D.

Donald C. Goff, M.D.

**Objective:** The goal of this 5-year naturalistic study of patients treated with clozapine was to examine the incidence of treatment-emergent diabetes mellitus in relation to other factors, including weight gain, lipid abnormalities, age, clozapine dose, and treatment with valproate.

**Method:** Data on age, gender, race, diagnosis, family history of diabetes, and age at clozapine initiation were collected from medical records of 82 outpatients with schizophrenia or schizoaffective disorder. Clozapine dose, data on use of valproate, and laboratory test results were recorded at 6-month intervals.

**Results:** The mean age at the time of clozapine initiation of the 82 patients was 36.4 years; 26.8% of the patients were women, and 91.5% were Caucasian. The mean baseline weight was 175.5 lb, and the mean body mass index was 26.9 kg/m². Thirty patients (36.6%) were diagnosed with diabetes during the 5-year follow-up. Weight gain, use of valproate, and total daily dose of clozapine were not significant risk factors for developing diabetes mellitus. Patients experienced significant weight gain that continued until approximately month 46 from initiation of clozapine. There was a nonsignificant increase in total serum cholesterol and a significant increase in serum triglycerides level.

**Conclusions:** The results support the hypotheses that patients treated with clozapine experience significant weight gain and lipid abnormalities and appear to be at increased risk for developing diabetes.

(Am J Psychiatry 2000; 157:975–981)

Clozapine remains the most effective agent for the treatment of refractory schizophrenia, producing response in 30% of patients with treatment-resistant schizophrenia in a 6-week trial (1) and up to 60% at 6 months (2). Although clozapine produces fewer extrapyramidal side effects than conventional neuroleptics, clozapine is not without side effects, and they include agranulocytosis, seizures, sedation, weight gain, constipation, and hypersalivation (3). A program of weekly blood monitoring coordinated by the Clozapine National Registry is credited with reducing the incidence of agranulocytosis from approximately 1%–2% to 0.38% over a 5-year period in the United States (4, 5).

Clozapine is reported to reduce violence, aggression, and suicide in schizophrenia (6, 7). Treatment with clozapine has been reported to reduce the lifetime risk of suicide in patients with schizophrenia from 10%–15% to levels that approach the lifetime risk in general population (8, 9). Walker and colleagues (9) found that mortality from all causes was decreased by clozapine, except for respiratory diseases, pulmonary embolism, and cardiac conduction disorders. Overall, it appears that clozapine reduces a number of factors associated with a high rate of morbidity and mortality in patients with schizophrenia.

However, clozapine has recently been linked to hypertriglyceridemia (10), obesity (11–14), and diabetes (15–19), all risk factors for cardiovascular diseases (20). Several studies have reported substantial weight gain with clozapine (11–14), and weight gain was significantly correlated with clinical response to clozapine in two studies (13, 21). Obesity is associated with an increased risk for hypertension, dyslipidemia, insulin resistance, type 2 (non-insulin-dependent) diabetes mellitus, cardiovascular disease, respiratory dysfunction, and gallstones (22).

Recent case reports have linked clozapine to diabetic ketoacidosis (15–17, 23) and hyperglycemia (24). Popli and colleagues (18) described four cases in which clozapine was associated with exacerbation of diabetes mellitus or new-onset diabetes mellitus not attributable to weight gain. Wirshing and colleagues (19) described four cases of clozapine-associated diabetes and two cases of olanzapine-associated diabetes. Finally, Hagg and colleagues (25) recently reported that 12% of patients treated with clozapine developed type 2 diabetes mellitus and 10% developed impaired glucose tolerance, compared to 6% and 3%, respectively, of patients treated with conventional depot neuroleptics. Although the increased rates of diabetes and impaired glucose tolerance with clozapine did not achieve statistical significance in that study, patients in the conventional neuroleptic group were older, which may have influenced the results. For example, Mukherjee and colleagues (26) found a 15.8% overall prevalence of diabetes in 95 schizophrenia patients. Diabetes occurred in none of the patients younger than 50 years old, in 12.9% of pa-

CONFIDENTIAL
AZSER12443605

tients age 50–59 years, in 18.9% of patients age 60–69, and in 16.7% of patients age 70–74. Diabetes was significantly more common in neuroleptic-free patients than in patients treated with neuroleptics, after controlling for age, sex, and cumulative duration of neuroleptic treatment. These results exceeded expected rates of type 2 diabetes in the general population, which are 1.3% in persons age 18–44 years, 6.2% in persons age 45–64, and 10.4% in persons age 65 and older (27). Several additional studies have also found increased rates of diabetes or hyperglycemia in schizophrenia but no association with conventional antipsychotic agents (28–30). It is not clear if the increased rates are secondary to increases in insulin-dependent or non-insulin-dependent diabetes mellitus.

Medications have been implicated as potentially impairing glucose metabolism include centrally acting $\alpha$ blockers, $\beta$ blockers, corticosteroids, cyclosporine, phenytoin, phenothiazines, thiazide diuretics, and oral contraceptives containing norgestrel (28, 31–36). Valproate has been found to induce a metabolic syndrome characterized by centripetal obesity, hyperinsulinemia, lipid abnormalities, polycystic ovaries, and hyperandrogenism in women with epilepsy (37, 38).

The goal of this 5-year naturalistic study was to examine, in patients started on clozapine, the incidence of treatment-emergent impaired glucose tolerance and diabetes mellitus in relation to other factors, including weight gain, serum triglycerides and cholesterol levels, age, and treatment with valproate.

## Method

This study was conducted in the outpatient clinic of an urban mental health center. The clinic's clozapine program began in 1991 after clozapine was introduced to the U.S. market, and by 1993 the program had expanded to care for more than 100 patients. The clinic offers a comprehensive one-stop program in which patients have their blood sampled, attend a psychoeducational group meeting, meet with their psychiatrist or clinical nurse specialist, and receive clozapine from a pharmacist before leaving the clinic. Patients' vital signs and weight are measured weekly for 4 weeks after initiation of clozapine and then monthly for as long as they are treated with the medication. Screening laboratory tests, performed at baseline and every 6 months, include fasting blood glucose level, electrolytes levels, renal function test, liver function tests, and cholesterol and triglycerides levels. Most patients begin taking clozapine as outpatients.

Data for this study were collected from the medical records and included age, gender, race, diagnosis, family history of diabetes, and age at clozapine initiation. Data on vital signs at 1-month intervals and data on clozapine dose, use of valproate, and laboratory test results at 6-month intervals were recorded from clinical charts. When data were not available, additional information was sought in relevant inpatient records and general medical records.

The diagnosis of diabetes was based on the American Diabetes Association criterion of a fasting blood glucose level equal to or greater than 140 mg/dl on two occasions (39, 40). Patients who experienced one fasting blood glucose equal to or greater than 140 mg/dl were given a nonconfirmed diagnosis of diabetes. Treating psychiatrists were expected to intervene when a fasting blood glucose equal to or greater than 140 mg/dl was reported.

Although patients were instructed to fast before the morning blood sampling, it is possible that some of the values were random blood glucose. The data were analyzed by combining definitive cases of diabetes with nonconfirmed cases.

The Expert Committee on the Diagnosis and Classification of Diabetes Mellitus in 1997 modified the diagnostic criteria for the diagnosis of diabetes as follows: symptoms of diabetes plus a casual plasma glucose concentration equal to or greater than 200 mg/dl; or a fasting blood glucose level equal to or greater than 126 mg/dl or a 2-hour blood glucose level equal to or greater than 200 mg/dl during an oral glucose tolerance test (41). For epidemiological studies, estimates of diabetes should be based on a fasting blood glucose equal to or greater than 126 mg/dl. Therefore, the data were also analyzed by using this criterion.

This study examines the course of diabetes and weight gain associated with clozapine treatment at 6-month intervals over a 5-year period. Time to development of diabetes or nonconfirmed diabetes, defined as the first follow-up visit at which fasting blood glucose was greater than or equal to 140 mg/dl, was analyzed by means of survival methods. We also present data on patients who were diagnosed and treated for diabetes by their primary care physicians during the 6-month intervals between our fasting blood glucose determinations. Changes in weight, serum cholesterol, and serum triglycerides were treated as continuous variables and analyzed in all patients by means of longitudinal methods.

Proportional hazards regression was used to test the association between the covariates and the development of diabetes. Age and gender were analyzed as baseline covariates, and body mass index, cholesterol level, clozapine total daily dose, triglycerides level, and weight were analyzed as time-dependent covariates. In addition, change from baseline in body mass index, cholesterol and triglycerides levels, and weight were analyzed as time-dependent covariates. Each covariate was analyzed separately by using time as a stratum and handling times with the discrete option in the SAS phreg procedure. This procedure replaces the proportional hazards model with the discrete logistic model so that odds ratios rather than hazard ratios are computed. The Kaplan-Meier estimate of time to development of diabetes was computed. Changes from baseline in weight and cholesterol and triglycerides levels were analyzed by using a mixed-effects model. This model has fixed linear and quadratic terms for time and random intercept and linear and quadratic terms for time for each patient. The fixed effects estimate the mean parabolic trajectory of the change from baseline, and the random effects allow a separate trajectory for each patient.

To test for an association of time-dependent covariates (weight gain, triglycerides level, cholesterol level) with changes from baseline, the mixed-effects model was augmented with a fixed and a random covariate effect. This model tests for a dependency of change from baseline with the covariate beyond that already explained by passage of time. To test for an association between treatment for diabetes and change from baseline, the mixed-effects model was augmented with fixed treatment-by-time and treatment-by-time squared terms. These terms allow a different mean parabolic trajectory in each treatment group. All p values are two-tailed at the significance level of 0.05.

Baseline and follow-up descriptive statistics were tabulated. The incidence of abnormal fasting blood glucose level at each time point was tabulated.

## Results

Demographic information and baseline measures are shown in Table 1. Data were obtained for 101 patients who had been treated with clozapine for at least 1 year. Nineteen patients were eliminated from the glucose analysis

CONFIDENTIAL
AZSER12443606

TABLE 1. Characteristics of 101 Patients Treated With Clozapine for at Least 1 Year Who Were Included in or Excluded From a 5-Year Study of Treatment-Emergent Diabetes Mellitus

| Characteristic | Included Patients | | | | Excluded Patients[a] | | | |
|---|---|---|---|---|---|---|---|---|
| | N | % | Mean | SD | N | % | Mean | SD |
| Age (years)[b] | 82 | | 36.35 | 7.78 | 19 | | 38.88 | 9.72 |
| Sex | | | | | | | | |
| Female | 22 | 26.8 | | | 7 | 36.8 | | |
| Male | 60 | 73.2 | | | 12 | 63.2 | | |
| Race | | | | | | | | |
| African American | 3 | 3.7 | | | 2 | 10.5 | | |
| Asian | 1 | 1.2 | | | 0 | 0.0 | | |
| Caucasian | 75 | 91.5 | | | 16 | 84.2 | | |
| Hispanic | 3 | 3.7 | | | 1 | 5.3 | | |
| Diagnosis | | | | | | | | |
| Schizophrenia | 55 | 67.1 | | | 9 | 47.4 | | |
| Schizoaffective disorder | 27 | 32.9 | | | 10 | 52.6 | | |
| Known family history of diabetes | | | | | | | | |
| No | 80 | 97.6 | | | 16 | 84.2 | | |
| Yes | 2 | 2.4 | | | 3 | 15.8 | | |
| Baseline measures | | | | | | | | |
| Weight (lb) | 82 | | 175.54 | 34.17 | 6 | | 199.58 | 24.72 |
| Body mass index (kg/m$^2$) | 82 | | 26.88 | 5.04 | 4 | | 30.97 | 2.68 |
| Cholesterol (mg/dl) | 67 | | 193.30 | 46.56 | 10 | | 212.80 | 47.11 |
| Glucose (mg/dl) | 82 | | 92.94 | 11.81 | 12 | | 145.67 | 58.43 |
| Triglycerides (mg/dl) | 62 | | 165.26 | 107.58 | 9 | | 235.89 | 174.92 |

[a] Five patients excluded because of a history of diabetes before initiation of clozapine, six because of an elevated serum glucose value at baseline, and eight because baseline data on weight or serum glucose level were not available.
[b] Age when treatment with clozapine began.

because of a known history of diabetes mellitus before initiation of clozapine (N=5) or a baseline fasting blood glucose greater than or equal to 140 ng/ml (N=6) or because data on baseline fasting blood glucose or weight were not available (N=8). Of the five patients with a known history of diabetes, two were treated with insulin and three with an oral hypoglycemic agent. Both of the insulin-treated patients required an almost twofold increase in their insulin requirements after initiation of clozapine. Two of the three patients treated with oral agents went on to require insulin after clozapine initiation.

### Glucose Analysis

**Fasting blood glucose equal to or greater than 140 mg/dl.** During the 60-month study, 43 of the 82 patients (52.4%) experienced at least one episode of elevated fasting blood glucose (fasting blood glucose value greater than or equal to 140 mg/dl). Twenty-four patients (29.3%) had one elevated fasting blood glucose value, and 19 (23.2%) had two or more abnormal values. After initiation of clozapine, 25 of the 82 patients (30.5%) were diagnosed with adult-onset type 2 diabetes mellitus by primary care physicians. Seven patients were treated with dietary interventions to manage the diabetes. One of these patients had no abnormal fasting blood glucose values according to our data, but was diagnosed and treated by his primary care physician. Of the seven patients initially treated with dietary interventions, four subsequently required an oral agent.

Fourteen patients were treated with an oral agent. Four patients required treatment with insulin. One of these four patients had only one abnormal fasting blood glucose value, and his condition appeared to be well controlled with insulin treatment. The remaining three had numerous abnormal values and required frequent clinical interventions to manage their diabetes. One patient, a 19-year-old Hispanic man, experienced two episodes of diabetic ketoacidosis within 6 months after initiation of clozapine and required hospitalization in an intensive care unit. His condition may have been unrelated to clozapine and may represent a case of type 1 diabetes mellitus. After this patient's first episode of diabetic ketoacidosis, his clozapine dose was lowered from 400 mg/day to 200 mg/day and a conventional neuroleptic was added. One month later, the clozapine dose was increased to 300 mg/day because of psychiatric decompensation. Within 4 weeks of the increase, he experienced the second episode of diabetic ketoacidosis. Subsequently, the patient has remained stable on 200 mg/day clozapine, haloperidol decanoate, 100 mg i.m. every 4 weeks, and insulin.

All four patients requiring treatment with insulin gained more than 40% of their body weight (the patient with diabetic ketoacidosis gained more than 100 lb) and experienced abdominal obesity, elevated serum triglycerides, and hypertension.

Surprisingly, 15 patients with one abnormal fasting blood glucose value and five patients with two or more abnormal values had received no treatment or attention related to these findings before data for this study were collected. The five patients with two or more abnormal values were subsequently referred, diagnosed, and treated for diabetes (two were treated with dietary intervention and three with an oral agent). Overall, 30 of 82 patients were diagnosed with diabetes and treated by their primary care physicians (confirmed cases) during the 60-month period.

194

CONFIDENTIAL
AZSER12443607

FIGURE 1. Cumulative Percentage of Patients Diagnosed With Diabetes Mellitus (N=30) Over a 60-Month Period Among 82 Patients Receiving Clozapine



Figure 1 shows the cumulative percentage of patients diagnosed with diabetes mellitus at 6-month intervals during the 60-month period.

Although the small number of non-Caucasian patients precluded an analysis based on race, two of three African American patients and two of three Hispanic patients had abnormal fasting blood glucose values and required treatment for diabetes. One of the two African American patients and one of the two Hispanic patients were treated with insulin, and the others were treated with oral agents.

The proportional hazards regression analysis indicated that age was significantly correlated with the development of diabetes or nonconfirmed diabetes; the odds ratio was 1.07 per year of age (proportional hazards regression, $\chi^2$=7.77, df=1, p<0.01). For example, a patient receiving clozapine who was 50 years old has a 3.52 greater chance of developing diabetes than a patient receiving clozapine who is 30 years old (odds ratio[n], where n=the unit (years) difference; in this example, $1.065^{20}$=3.52).

Sex was not a significant risk factor for the development of diabetes or nonconfirmed diabetes in this population. Neither were weight, change in weight, body mass index, or change in body mass index associated with the development of diabetes or nonconfirmed diabetes. Overall total serum cholesterol was not associated with development of diabetes or nonconfirmed diabetes. The change in cholesterol over time (1-month units) was nonsignificantly associated with development of diabetes or nonconfirmed diabetes; the odds ratio was 1.01 per mg/dl cholesterol (proportional hazards regression; $\chi^2$=3.73, df=1, p=0.054). For example, an increase in cholesterol of 40 mg/dl increased the risk of developing diabetes to 1.38 ($1.008^{40}$). Overall serum triglycerides level was nonsignificantly associated with development of diabetes or nonconfirmed diabetes (proportional hazards regression, $\chi^2$=2.81, df=1, p=0.094; odds ratio=1.00 per mg/dl), and change in serum triglycer-

ides was also nonsignificantly associated with development of diabetes or nonconfirmed diabetes (proportional hazards regression, $\chi^2$=3.76, df=1, p=0.053; odds ratio=1.00 per mg/dl). For example, a patient whose level of serum triglycerides increased by 60 mg/dl had a 1.13 chance of developing diabetes ($1.001^{60}$) relative to a patient who did not have an increase in serum triglycerides.

There was no association between the daily dose of clozapine (mg/day) or the use of valproate and the development of diabetes or nonconfirmed diabetes. Although family history is a strong predictor in the general population, only two of the 82 patients reported a family history of diabetes.

**Fasting blood glucose equal to or greater than 126 mg/dl.** During the 60-month study, 55 of 82 patients (67.1%) experienced at least one episode of elevated fasting blood glucose (fasting blood glucose equal to or greater than 126 mg/dl). Twenty-seven (32.9%) had one elevated fasting blood glucose value, and 28 (34.1%) had two or more elevated fasting blood glucose values. Age, sex, weight, change in weight, body mass index, change in body mass index, cholesterol, change in cholesterol, clozapine daily dose, or the use of valproate were not associated with the development of diabetes or nonconfirmed diabetes in this group. Development of diabetes or nonconfirmed diabetes was significantly associated with serum triglycerides level (proportional hazards regression, $\chi^2$=4.96, df=1, p=0.03; odds ratio=1.00 per mg/dl) and nonsignificantly associated with change in serum triglycerides level (proportional hazards regression, $\chi^2$=3.28, df=1, p=0.07; odds ratio=1.00 per mg/dl).

*Weight*

The mixed-effects model indicated that weight significantly increased over time among the 82 study patients; the linear coefficient was 1.16 lb/month (SE=0.18) (mixed-effects model, t=6.62, df=80, p=0.0001), and the quadratic coefficient was –0.01 lb/month$^2$ (SE=0.00) (mixed-effects model, t=–4.53, df=79, p=0.0001) (Figure 2). Weight gain also significantly correlated with change in total serum cholesterol (linear coefficient=0.09 lb/mg/dl, SE=0.04; mixed effects model, t=2.41, df=53, p=0.02) and with change in serum triglycerides (linear coefficient=0.02 lb/mg/dl, SE=0.01; mixed-effects model, t=2.86, df=49, p=0.006), when the analysis controlled for time and time squared. Clozapine daily dose (mg/day) did not correlate with weight change nor did any treatment for diabetes. To examine whether weight gain leveled off over time, we analyzed the data from 12 months to 60 months after initiation of clozapine. There was a significant linear coefficient of 0.34 lb/month (SE=0.08) in weight gain from 12 to 60 months (mixed-effects model, t=4.07, df=60, p=0.0001). Patients continued to gain weight until approximately month 46, when weight gain appeared to level off.

CONFIDENTIAL
AZSER12443608

### Other Variables

There was a nonsignificant increase in total serum cholesterol over the 60-month study period (linear coefficient=0.32 mg/dl per month, SE=0.12; mixed-effects model, t=1.61, df=67, p=0.11). There was a significant increase in serum triglycerides level (linear coefficient=2.75 mg/dl per month, SE=1.28) (mixed-effects model, t=2.14, df=61, p=0.04), which was associated with change in total serum cholesterol (linear coefficient=1.64 mg/dl per mg/dl of total serum cholesterol, SE=0.36) (mixed-effects model, t=4.61, df=60, p=0.0001). The change in serum triglycerides also showed a nonsignificant association with daily clozapine dose (linear coefficient=0.11 mg/dl per mg of clozapine, SE=0.05) (mixed-effects model, t=1.98, df=60, p=0.054). The change in serum triglycerides was not affected by treatment for diabetes.

### Discussion

The results of this 5-year naturalistic study confirm our clinical observation and reports in the literature of relatively high rates of new-onset diabetes mellitus during treatment with clozapine. The rate of new-onset diabetes was constant over the 5-year follow-up period and totaled 52% at the end of 5 years, as defined by a single fasting blood glucose equal to or greater than 140 mg/dl, or 67%, as defined by a fasting blood glucose equal to or greater than 126 mg/dl. Perhaps the most compelling finding is that 25 of 82 patients who began taking clozapine (30.5%) were subsequently diagnosed and treated for diabetes by their primary care physicians and an additional five patients were diagnosed after completion of data collection for this study. All told, 30 of 82 patients (36.6%) were diagnosed with diabetes.

In the absence of a comparison group in this study, we must rely on previous studies to estimate the degree to which clozapine elevates rates of diabetes above baseline in patients with schizophrenia. Although some work indicates that patients with schizophrenia have an increased risk of diabetes, it appears that diabetes is uncommon in schizophrenia patients younger than 50 years of age (25). The mean age of the patients in our study was 36.4 years (SD=7.8), and only four (4.9%) were older than age 50. However, schizophrenia may be associated with an increased prevalence of diabetes that is not entirely explained by pharmacological treatment (26). This area requires further clarification with prospective studies.

One difficulty with our method is that we cannot be certain that all glucose determinations were fasting values. This limitation may have resulted in an overestimation of the incidence of diabetes or nonconfirmed diabetes. On the other hand, several patients were diagnosed with diabetes and treated during the 6-month periods between the fasting blood glucose measurements done for this study; after initiation of treatment some of these patients did not have abnormal blood glucose values. A reasonable esti-



FIGURE 2. Change in Weight From Baseline During a 60-Month Study in 82 Patients Receiving Clozapine[a]

[a] Solid curve shows the quadratic fit to all available data.

mate of the true incidence of new cases of diabetes during the 60-month study period is 36.6%, which is based on the total number of cases diagnosed during the 60-month period (N=25) plus additional cases diagnosed by primary care physicians after data collection (N=5). The rate of onset of diabetes was similar during each of the 6-month intervals throughout the 5-year study period.

The 1997 changes in criteria for the diagnosis of diabetes by the Expert Committee on the Diagnosis and Classification of Diabetes Mellitus were intended to more accurately identify patients with diabetes (41). In general, in the United States, diabetes is underdiagnosed. The use of the criterion of a fasting blood glucose value equal to or greater than 126 mg/dl likely resulted in an overestimation of diabetes or nonconfirmed diabetes in this study.

It is surprising that weight gain was not a significant risk factor for developing diabetes. We observed patients who did not gain weight while taking clozapine, but who did develop diabetes, suggesting that mechanisms other than obesity may be involved in non-insulin-dependent diabetes associated with clozapine treatment. However, weight gain was characteristic of patients who developed insulin-requiring diabetes.

Weight gain with clozapine has been well documented (11–14, 21). Patients in our study gained the greatest amount of weight during the first 12 months taking clozapine, and, in contrast to previous reports, they continued to gain weight until approximately month 46. This weight

CONFIDENTIAL
AZSER12443609

CLOZAPINE AND DIABETES

gain occurred despite active weight loss programs involving diet and exercise.

The roles of two important potential risk factors, race and genetics, could not be adequately examined in this study. The majority of published case reports of clozapine-associated diabetes have involved African Americans, who appear to be at a higher risk for diabetes compared to the general population (15–18, 24).

Another potential risk factor is the lack of physical activity. Patients are frequently less active because of the sedating quality of clozapine. Exercise may be a protective factor for type 2 (non-insulin-dependent) diabetes mellitus and glucose intolerance (42). Our patients generally had a diet high in fat and carbohydrate with minimum exercise. During the 5-year period, a number of initiatives to improve dietary habits and exercise were minimally successful and short-lived.

The role of dietary factors also merits further study. Increased dietary intake of saturated fat has been observed in subjects who subsequently develop type 2 (non-insulin-dependent) diabetes mellitus (43, 44). The significant increase in serum triglycerides in our study is consistent with the finding of Ghaeli and Dufresne (10) that subjects taking clozapine had a higher serum triglycerides level than subjects taking conventional antipsychotic agents. Plasma triglycerides may be an independent risk factor for coronary atherosclerosis (45). Many patients in our study received treatment with lipid-lowering agents, which may have affected the results.

The mechanism by which clozapine produces diabetes is not known but could involve suppression of insulin release, insulin resistance, or impairment of glucose utilization. Wirshing and colleagues (19) suggested that clozapine's interaction with specific serotonin receptors may result in these metabolic abnormalities.

The data suggest that, if clozapine affects glucose metabolism, the elevated risk of developing diabetes continues as long as the treatment. Further controlled studies are required to determine the magnitude and mechanism of clozapine's impairment of glucose metabolism. We recommend that patients who take clozapine be screened every 6 months for diabetes and lipid abnormalities with a fasting blood glucose determination. When such an assessment is difficult because of the timing of the blood sampling or poor patient compliance with fasting, random blood glucose measurement should be used. Any abnormal result should be followed up with more accurate tests, such as a fasting blood glucose test, measurement of glycohemoglobin, or an oral glucose tolerance test. We were struck by how often the treating psychiatrist ignored abnormal blood glucose results, and we suspect this pattern may occur in other mental health centers. We encourage psychiatrists to play an active role in the medical care of their patients with chronic mental illness, which includes monitoring and responding to regular screening laboratory tests as well as recording weight and blood pressure monthly. Appropriate interventions in addition to health education and smoking cessation programs may further reduce medical morbidity and mortality in patients treated with clozapine.

Received April 12, 1999; revisions received Aug. 19 and Oct. 14, 1999; accepted Dec. 14, 1999. From the Psychotic Disorders Program, Diabetes Clinical Research Center, and Biostatistics Program, Massachusetts General Hospital, Boston; and Northeastern University, Boston. Address reprint requests to Dr. Henderson, Freedom Trail Clinic, Harvard Medical School, 25 Staniford Street, Boston, MA 02114; hend@med.mit.edu (e-mail)

The authors thank Christina P. Borba and Christine E. Connolly.

References

1. Kane J, Honigfeld G, Singer J, Meltzer H: Clozapine for the treatment-resistant schizophrenic: a double-blind comparison with chlorpromazine. Arch Gen Psychiatry 1988; 45:789–796
2. Meltzer HY, Burnett S, Bastani B, Ramirez LF: Effect of six months of clozapine treatment on the quality of life of chronic schizophrenic patients. Hosp Community Psychiatry 1990; 41:892–897
3. Kane JM: Clinical efficacy of clozapine in treatment-refractory schizophrenia: an overview. Br J Psychiatry Suppl 1992; 17:41–45
4. Honigfeld G: The Clozapine National Registry system: forty years of risk management. J Clin Psychiatry Monograph 1996; 14:29–32
5. Honigfeld G, Arellano F, Sethi J, Bianchini A, Schein J: Reducing clozapine-related morbidity and mortality: 5 years of experience with the Clozapine National Registry. J Clin Psychiatry 1998; 59(suppl 3):3–7
6. Glazer WM, Dickson RA: Clozapine reduces violence and persistent aggression in schizophrenia. J Clin Psychiatry 1998; 59(suppl 3):8–14
7. Meltzer HY: Suicide in schizophrenia: risk factors and clozapine treatment. J Clin Psychiatry 1998; 59(suppl 3):15–20
8. Harris EC, Barraclough B: Excess mortality of mental disorder. Br J Psychiatry 1998; 173:11–53
9. Walker AM, Lanza LL, Arellano F, Rothman KJ: Mortality in current and former users of clozapine. Epidemiology 1997; 8:671–677
10. Ghaeli P, Dufresne RL: Serum triglyceride levels in patients treated with clozapine. Am J Health Syst Pharm 1996; 53:2079–2081
11. Umbricht DSG, Pollack S, Kane JM: Clozapine and weight gain. J Clin Psychiatry 1994; 55(Sept suppl B):157–160
12. Bustillo JR, Buchanan RW, Irish D, Breier A: Differential effect of clozapine on weight: a controlled study. Am J Psychiatry 1996; 153:817–819
13. Lamberti JS, Bellnier T, Schwarzkopf SB: Weight gain among schizophrenic patients treated with clozapine. Am J Psychiatry 1992; 149:689–690
14. Cohen S, Chiles J, MacNaughton A: Weight gain associated with clozapine. Am J Psychiatry 1990; 147:503–504
15. Koval MS, Rames LJ, Christie S: Diabetic ketoacidosis associated with clozapine treatment (letter). Am J Psychiatry 1994; 151:1520–1521
16. Kostakoglu AE, Yazici KM, Erbas T, Guvener N: Ketoacidosis as a side-effect of clozapine: a case report. Acta Psychiatr Scand 1996; 93:217–218
17. Peterson GA, Byrd SL: Diabetic ketoacidosis from clozapine and lithium cotreatment (letter). Am J Psychiatry 1996; 153:737–738

CONFIDENTIAL
AZSER12443610