18. Popli AP, Konicki PE, Jurjus GJ, Fuller MA, Jaskiw GE: Clozapine and associated diabetes mellitus. J Clin Psychiatry 1997; 58: 108–111

19. Wirshing DA, Spellberg BJ, Erhart SM, Marder SR, Wirshing WC: Novel antipsychotics and new onset diabetes. Biol Psychiatry 1998; 44:778–783

20. Amdisen A: Drug-produced obesity: experiences with chlorpromazine, perphenazine, and clopenthixol. Dan Med Bull 1964; 11:182–189

21. Leadbetter R, Shutty M, Pavalonis D, Viewig V, Higgins P, Downs M: Clozapine-induced weight gain: prevalence and clinical relevance. Am J Psychiatry 1992; 149:68–72

22. Pi-Sunyer FX: Medical hazards of obesity. Ann Intern Med 1993; 119(7, part 2):655–660

23. Smith H, Kenney-Herbert J, Knowles L: Clozapine-induced diabetic ketoacidosis. Aust NZ J Psychiatry 1999; 33:121–122

24. Kamran A, Doraiswamy PM, Jane JL, Hammett EB, Dunn L: Severe hyperglycemia associated with high doses of clozapine (letter). Am J Psychiatry 1994; 151:1395

25. Hagg S, Joelsson L, Mjorndal T, Spigset O, Oja G, Dahlqvist R: Prevalence of diabetes and impaired glucose tolerance in patients treated with clozapine compared with patients treated with conventional depot neuroleptic medications. J Clin Psychiatry 1998; 59:294–299

26. Mukherjee S, Decina P, Bocola V, Saracini F, Scapicchio PL: Diabetes mellitus in schizophrenic patients. Compr Psychiatry 1996; 37:68–73

27. Kenny SJ, Aubert RE, Geiss LS: Prevalence and incidence of non-insulin-dependent diabetes, in Diabetes in America, 2nd ed: NIH Publication 95-1468. Bethesda, Md, National Institute of Diabetes and Digestive and Kidney Diseases, 1995, pp 47–68

28. Keskiner A, el-Toumi A, Bousquet T: Psychotropic drugs, diabetes and chronic mental patients. Psychosomatics 1973; 14: 176–181

29. Mukherjee S, Roth SD, Sandyk R, Shnur DB: Persistent tardive dyskinesia and neuroleptic effects on glucose tolerance. Psychiatry Res 1989; 29:17–27

30. Schwartz L, Munoz R: Blood sugar levels in patients treated with chlorpromazine. Am J Psychiatry 1968; 125:253–255

31. Pandit MK, Burke J, Gustafson AB, Minocha A, Peiris AN: Drug-induced disorders of glucose tolerance. Ann Intern Med 1993; 118:529–539

32. Bowes WA, Katta LR, Droegemueller W, Bright TG: Triphasic randomized clinical trial: comparison of effects on carbohydrate metabolism. Am J Obstet Gynecol 1989; 161:1402–1407

33. Wynn V: Effects of duration of low-dose oral contraceptive administration on carbohydrate metabolism. Am J Obstet Gynecol 1982; 162:739–746

34. Thonnard-Neuman E: Phenothiazines and diabetes in hospitalized women. Am J Psychiatry 1968; 124:978–982

35. Proakis AG, Mennear JH, Miya TS, Borowitz JL: Phenothiazine-induced hyperglycemia: relation to CNS and adrenal effects. Proc Soc Exp Biol Med 1971; 137:1385–1388

36. Tollefson G, Lesar T: Nonketotic hyperglycemia associated with loxapine and amoxapine: case report. J Clin Psychiatry 1983; 44:347–348

37. Isojarvi JIT, Rattya J, Myllyla VV, Knip M, Koivunen R, Pakarinen AJ, Tekay A, Tapanainen JS: Valproate, lamotrigine, and insulin-mediated risks in women with epilepsy. Ann Neurol 1998; 43: 446–451

38. Isojarvi JI, Laatikainen TJ, Pakarinen AJ, Juntunen KT, Myllyla VV: Polycystic ovaries and hyperandrogenism in women taking valproate for epilepsy. N Engl J Med 1993; 329:1383–1388

39. National Diabetes Data Group: Classification and diagnosis of diabetes mellitus and other categories of glucose intolerance. Diabetes 1979; 28:1039–1057

40. World Health Organization: Diabetes Mellitus: Report of a WHO Study Group: Technical Report 727. Geneva, WHO, 1985

41. Expert Committee on the Diagnosis and Classification of Diabetes Mellitus: Report of the Expert Committee on the Diagnosis and Classification of Diabetes Mellitus. Diabetes Care 1997; 20: 1183–1197

42. Zimmet PZ: Kelly West Lecture 1991: Challenges in diabetes epidemiology—from West to the rest. Diabetes Care 1992; 15: 232–252

43. Marshall JA, Shetterly S, Baxter J, Murmman RF: Dietary fat as a risk factor for conversion from impaired glucose tolerance (IGT) to non-insulin dependent diabetes mellitus (NIDDM): the San Luis Valley Diabetes Study (abstract). Diabetes 1990; 40(suppl 1):1500A

44. Feskens EJM, Krombout D: Habitual dietary intake and glucose intolerance in euglycaemic men: the Zutphen Study. Int J Epidemiol 1990; 19:953–959

45. Drexel H, Amann FW, Beran J, Rentsch K, Candinas R, Muntwyler J, Luethy A, Gasser T, Follath F: Plasma triglycerides and three lipoprotein cholesterol fractions are independent predictors of the extent of coronary atherosclerosis. Circulation 1994; 90:2230–2235

CONFIDENTIAL
AZSER12443611

Emerging Treatments and Technologies
ORIGINAL ARTICLE

# Biological Variation of Glycated Hemoglobin

## Implications for diabetes screening and monitoring

Eric S. Kilpatrick, md
Paul W. Maylor, bsc
Brian G. Keevil, frcpath

**OBJECTIVE** — To assess the inherent potential of glycated hemoglobin as a screening test for type 2 diabetes by determining the biological variation in nondiabetic subjects.

**RESEARCH DESIGN AND METHODS** — $HbA_{1c}$ values were measured by high-performance liquid chromatography (HPLC) in 12 nondiabetic subjects (7 men and 5 women; median age, 40 years [range, 21–55 years]) on 10 fortnightly occasions. The nondiabetic index of individuality (IOI) for $HbA_{1c}$ (i.e., the square root of the ratio of intra- to interindividual variance) was determined. Any test with an IOI of 1.4 has the most potential in disease screening, while one of 0.6 will be of little value.

**RESULTS** — The analytical variance contributed to 9% of the total test variance, intraindividual variance, 6%; and interindividual variance, 85%. The IOI was, therefore, only 0.27. Thus, nondiabetic $HbA_{1c}$ values vary markedly between subjects, while values in the same individual change little with time. As such, to lie outside the assay reference range, the $HbA_{1c}$ values of some nondiabetic subjects must exceed 12 SD from their usual mean value, while in others a change of only 2 SD will be sufficient.

**CONCLUSIONS** — This fundamental characteristic of $HbA_{1c}$ means that even if analytical methods improve, glycated hemoglobin measurements will always be of limited value when screening for type 2 diabetes. If similar interindividual differences also exist in diabetic subjects, then patients with the same glycemic control may vary by at least 1–2%, which has implications in setting glycated hemoglobin targets.

The measurement of glycated hemoglobin in the form of $HbA_{1c}$ has become a popular and important tool in assessing the glycemic control of diabetic patients. Its popularity is partly due to the fact that it gives clinicians an objective assessment of glucose control over the past 6–8 weeks (1). In addition, the test has been clinically validated by such studies as the Diabetes Control and Complications Trial (DCCT), which has shown that improved glycemic control, as measured by $HbA_{1c}$, can reduce the risk of developing microvascular complications of diabetes (2).

There remains considerable interest in extending the use of glycated hemoglobin to the diagnosis rather than simply the monitoring of diabetes. Numerous studies have been conducted to assess the effectiveness of the assay in distinguishing normoglycemia from both impaired glucose tolerance (IGT) and diabetes. However, a meta-analysis of 34 such studies (3) has shown that the test is limited by the large number of subjects who have either IGT or diabetes but have $HbA_{1c}$ values within the nondiabetic reference range. Much of this inability to discriminate between patient

groups has been attributed to either the imprecision of the glycated hemoglobin assay or to the difficulties associated with comparing $HbA_{1c}$ values to the largely non-physiological oral glucose tolerance test (OGTT). The recent changes in the diagnostic criteria for diabetes (4) are likely to lead to further reevaluations of the test's usefulness.

The present study eschews comparisons between glycated hemoglobin and the OGTT in favor of taking a more fundamental approach to assessing the potential of measuring $HbA_{1c}$ as a screening test for diabetes by determining its biological variability in nondiabetic subjects.

## RESEARCH DESIGN AND METHODS — Twelve nondiabetic and apparently healthy laboratory staff members (seven men and five women; median age, 40 years [range, 21–55]) participated in the study. Each was normoglycemic by the American Diabetes Association fasting plasma glucose criteria (4). Data on age, sex, BMI, physical activity index (5), and family history of diabetes were also obtained. Venous blood was collected into $K^+$EDTA vacutainers (Becton Dickinson, Oxford, U.K.) on 10 fortnightly occasions at the same time each day (between 1400 and 1500). Samples were analyzed for $HbA_{1c}$ within 24 h of collection. $HbA_{1c}$ was measured by high-performance liquid chromatography (HPLC) on a Mono S column (Pharmacia, Milton Keynes, U.K.), using the Shimadzu LC10 system (Shimadzu, Cambridge, U.K.) (6). The total analytical (intra- and interassay) coefficient of variation (CV) during the period of the study, using internal control hemolysate (Bio-Rad, Hemel Hempstead, U.K.), was 2.20% at a mean $HbA_{1c}$ value of 3.97% (n = 64).

Reference ranges were defined as mean $HbA_{1c}$ values ± 2 SD. The analytical, intraindividual, and interindividual components of variation for $HbA_{1c}$ were estimated by simple nested analysis of variance (ANOVA). The biological components of the intraindividual and total test (intra- and interindividual) variance were derived by subtracting the analytical variance. The

From the Department of Chemical Pathology, South Manchester Hospitals University NHS Trust, Manchester, U.K.

Address correspondence and reprint requests to Dr. Eric S. Kilpatrick, Department of Chemical Pathology, Withington Hospital, Nell Lane, Manchester M20 2LR, U.K.

Received for publication 29 August 1997 and accepted in revised form 13 October 1997.

Abbreviations: CV, coefficient of variation; DCCT, Diabetes Control and Complications Trial; HPLC, high-performance liquid chromatography; IGT, impaired glucose tolerance; IOI, index of individuality; OGTT, oral glucose tolerance test.

261

199

CONFIDENTIAL
AZSER12443612

*Biological variation of HbA$_{1c}$*

Table 1—*Subject characteristics*

| Subject number | Sex | Age (years) | BMI (kg/m²) | Current smoker | Family history of diabetes | Physical activity index | Fasting plasma glucose (mmol/l) |
|---|---|---|---|---|---|---|---|
| 1 | Female | 42 | 20.3 | No | No | 29.3 | 5.0 |
| 2 | Male | 21 | 24.1 | No | No | 32.2 | 5.2 |
| 3 | Male | 41 | 21.8 | No | No | 26.8 | 5.9 |
| 4 | Male | 55 | 22.7 | No | No | 27.6 | 5.5 |
| 5 | Male | 32 | 23.5 | No | No | 28.8 | 5.7 |
| 6 | Male | 43 | 30.6 | No | Yes† | 25.9 | 5.8 |
| 7 | Female | 26 | 24.5 | No | No | 27.3 | 5.6 |
| 8 | Male | 40 | 26.6 | No | No | 26.2 | 5.2 |
| 9 | Male | 44 | 26.2 | No | No | 32.2 | 4.7 |
| 10 | Female | 37 | 23.7 | No | No | 27.1 | 5.2 |
| 11 | Female | 38 | 22.7 | No | Yes‡ | 25.4 | 4.6 |
| 12 | Female | 39 | 26.0 | Yes* | No | 32.8 | 5.6 |

*20 cigarettes/day; †father has type 2 diabetes; ‡mother has type 2 diabetes.

index of individuality (IOI) of HbA$_{1c}$ was derived from the square root of the ratio of intra- to interindividual variance (7). When the IOI for an analyte is 0.6, the probability of having results below the upper limit of the test reference range will, for the large majority of healthy individuals, be greater than the expected 97.5%. Conversely, when the IOI is 1.4, this probability will reflect the expected one much more closely (7).

**RESULTS** — Table 1 lists the characteristics of the 12 individuals who participated in the study. Figure 1 shows the mean and range of HbA$_{1c}$ values obtained from them during the study period. The mean HbA$_{1c}$ value was 4.01 ± 0.296%. This result compares with the locally derived nondiabetic distribution of the assay (mean HbA$_{1c}$, 4.10 ± 0.272%; $n$ = 50). The analytical variance contributed to 9% (CV, 2.2%) of the total test variance; intraindividual variance, 6% (CV, 1.9%); and interindividual variance, 85% (CV, 6.8%). As a consequence, the IOI for the test was only 0.27. No linear relationship existed between the mean HbA$_{1c}$ value of a subject and his or her fasting plasma glucose value ($r$ = 0.072, $P$ = 0.82). Likewise, the relationship between a mean HbA$_{1c}$ value and the magnitude of intraindividual variance was also not significant ($r$ = 0.47, $P$ = 0.21).

The mean intraindividual SD in the study, after taking account of analytical variation, was 0.073%. The locally derived reference range, after subtracting the analytical variation, gave a biological reference range of 3.58–4.62%.

Figure 2 shows the distribution of HbA$_{1c}$ values in two theoretical nondia-

betic subjects (A and B) who both had an intraindividual variation identical to the mean biological value found in this study (i.e., an SD of 0.073%). The lower limit (−2 SD) of subject A's distribution coincides with the lower limit (−2 SD) of the biological reference range (3.58%), while the upper limit (2 SD) of subject B's distribution coincides with the upper limit of the biological reference range (4.62%). This means that in health, the HbA$_{1c}$ value of both subjects would usually lie within the nondiabetic reference range. However, a movement of only 2 SD would render the mean HbA$_{1c}$ value of subject B at the upper limit of the reference range, while for subject A this would require a move of 12.2 SD from his or her normal mean value.

**CONCLUSIONS** — This study has clearly shown that nondiabetic HbA$_{1c}$ values vary markedly between subjects, while values in the same individual change little over time (i.e., the interindividual variation for HbA$_{1c}$ is well in excess of the intraindividual variation). This implies that the nondiabetic reference range for HbA$_{1c}$ measurements is composed of subjects who each have their own narrow "reference range" and that each of these personal reference ranges differ substantially between individuals.

The mean intraindividual CV for an HbA$_{1c}$ of 1.88% found here is consistent with the 1.8% found in a previous report measuring HbA$_{1}$ over a similar period of time (8). Most other studies examining the biological variation of glycated hemoglobin have been performed on diabetic rather than nondiabetic subjects and have, not surprisingly, found intraindividual CVs to

be higher between 4.2 and 9.8% (9,10). Little longitudinal data exists on the variation of glycated hemoglobin over intervals of time longer than the present study. However, two studies have found that HbA$_{1c}$ samples taken from nondiabetic subjects four years apart show remarkably good concordance (11,12).

The findings of this study have two important clinical implications. The first is the test's potential as a screening test for



**Figure 1**—*Mean and range for HbA$_{1c}$ values, unadjusted for analytical variation, in study subjects.*

DIABETES CARE, VOLUME 21, NUMBER 2, FEBRUARY 1998

CONFIDENTIAL
AZSER12443613



**Figure 2**—*Gaussian models of biological variation in local nondiabetic individuals (——) and in two nondiabetic subjects A and B (- - -). Y-axis measured in arbitrary units.*

diabetes. The concept of IOI (i.e., the square root of the ratio of intra- to interindividual variance) was introduced as a means of objectively assessing the suitability of a biological test for disease screening when the separation between disease and health is not marked (7). Any test with an IOI of 1.4 has the most potential for screening, while one of 0.6 will be of little value. In this study, the IOI for HbA$_{1c}$ was only 0.27, indicating that even if analytical methods were to improve, glycated hemoglobin measurements will always be of limited value as a test for diagnosing diabetes. This point is demonstrated in Fig. 2 where it can be seen that to lie beyond the upper limit of the HbA$_{1c}$ assay reference range, some nondiabetic subjects with high HbA$_{1c}$ values need only move a small amount (2 SD) outside their own personal reference range, while others, who have normally low HbA$_{1c}$ values, must move >12 SD from their usual mean value. Thus, it seems pertinent to assume that an HbA$_{1c}$ test would detect deteriorating glucose tolerance in the former subjects before it would in the latter and may, therefore, explain why "normal" HbA$_{1c}$ values are common in patients with either IGT or diabetes.

This argument would not hold true if variations in glucose tolerance largely accounted for the differences in HbA$_{1c}$ found between normoglycemic subjects. However, this report, with its comparatively small number of subjects, has shown a lack of relationship between fasting plasma glucose and HbA$_{1c}$ values. In addition, larger studies suggest that only 2–30% of the nondiabetic variance of glycated hemoglobin can be explained on the basis of fasting or postload blood glucose (11,12), while the remainder is presumably related to other factors that are independent of glycemia, such as differences in red cell survival or rates of glycation.

A second important implication of this study exists if the data in nondiabetic subjects is also applicable to diabetic patients. It has already been suggested that if the glycated hemoglobin of nondiabetic subjects can vary by up to 2% (as it did in the DCCT), then the HbA$_{1c}$ values of diabetic patients with identical glucose control may vary by the same amount (13). The findings of this study add weight to such a theory by showing that the 2% HbA$_{1c}$ variation is mainly a function of differences between individuals rather than within

individuals. Moreover, if this interindividual variation is indeed mostly due to a wide distribution of glycation rates or erythrocyte survival, then at the higher HbA$_{1c}$ values found in diabetic patients, it might be expected that the differences between subjects will become proportionately greater. If this is the case, then it has considerable consequences in setting glycated hemoglobin targets to reduce microvascular complications. It may also partly explain why some diabetic patients only achieve low HbA$_{1c}$ levels with difficulty, while in others it is met with apparent ease.

In conclusion, this study of HbA$_{1c}$ biological variation in nondiabetic subjects shows that measuring glycated hemoglobin has inherent limitations as a screening test for diabetes. The large interindividual differences between subjects may also help to explain why diabetic patients with apparently similar glycemia do not necessarily have matching HbA$_{1c}$ values.

## References

1. Goldstein D, Little R, Wiedmeyer H, England J, McKenzie E: Glycated hemoglobin: methodologies and clinical applications. Clin Chem 32 (Suppl):864–870, 1986
2. The DCCT Research Group: The effect of intensive treatment of diabetes on the development and progression of long-term complications in insulin-dependent diabetes mellitus. N Engl J Med 329:977–986, 1993
3. Peters AL, Davidson MB, Schringer DL, Hasselblad V: A clinical approach for the diagnosis of diabetes mellitus: an analysis using glycosylated hemoglobin levels. JAMA 276:1246–1252, 1996
4. American Diabetes Association: Report of the Expert Committee on the Diagnosis and Classification of Diabetes Mellitus. Diabetes Care 20:1183–1197, 1997
5. Kannel WB, Sorlie P: Some health benefits of physical activity: the Framingham Study. Arch Intern Med 139:857–861, 1979
6. Keevil BG, Maylor PW, Rowlands D: A rapid anion exchange high-performance liquid chromatography method for the measurement of HbA$_2$ in whole blood. Ann Clin Biochem 33:253–256, 1996
7. Harris EK: Effects of intra- and interindividual variation on the appropriate use of normal ranges. Clin Chem 12:1535–1542, 1974
8. Gosland IF: Intra-individual variation: significant changes in parameters of lipid and carbohydrate metabolism in the individual and intra-individual variation in different test populations. Ann Clin Biochem 22:618–624, 1985
9. Howey JEA, Bennet WM, Browning MCK, Jung RT, Fraser CG: Clinical utility of assays

CONFIDENTIAL
AZSER12443614

*Biological variation of HbA$_{1c}$*

of glycosylated hemoglobin and serum fructosamine compared: use of data on biological variation. *Diabet Med* 6:793–796, 1989

10. Phillipou G, Phillips PJ: Intraindividual variation of glycohemoglobin: implications for interpretation and analytical goals. *Clin Chem* 39:2305–2308, 1993

11. Yudkin JS, Forrest RD, Jackson CA, Ryle AJ, Davie S, Gould BJ: Unexplained variability of glycated hemoglobin in nondiabetic subjects not related to glycemia. *Diabetologia* 33:208–215, 1990

12. Modan M, Meytes D, Roseman P, Yosef SB, Sehayek E, Yosef NB: Significance of high HbA$_1$ levels in normal glucose tolerance. *Diabetes Care* 11:422–428, 1988

13. Goldstein DE, Little RR, Lorenz RA, Malone JI, Nathan D, Peterson CM: Tests of glycemia in diabetes. *Diabetes Care* 18:896–909, 1995

CONFIDENTIAL
AZSER12443615

# Long-Term Olanzapine Treatment: Weight Change and Weight-Related Health Factors in Schizophrenia

Bruce J. Kinon, M.D.; Bruce R. Basson, M.S.;
Julie A. Gilmore, Ph.D.; and Gary D. Tollefson, M.D., Ph.D.

**Background:** Weight change and the weight-related health factors of nonfasting serum glucose, serum cholesterol, and diastolic blood pressure levels were analyzed in patients with DSM-III-R schizophrenia and related disorders who received treatment with olanzapine for up to 3 years, and comparisons were made to patients treated with haloperidol. Baseline body mass index (BBMI; kg/m²) and dose (mg/day) were investigated as predictors of long-term weight change experienced during olanzapine treatment.

**Method:** This analysis retrospectively examined 573 patients receiving olanzapine and 103 patients receiving haloperidol for 39 weeks or more from a study of 1996 patients randomly assigned 2:1 to either olanzapine, 5 to 20 mg/day, or haloperidol, 5 to 20 mg/day. After 6 weeks of acute therapy, patients continued for 1 year or more with either double-blind or open-label olanzapine therapy or double-blind haloperidol therapy.

**Results:** Mean weight gain for olanzapine-treated patients observed for a median of 2.54 years trended toward a plateau after the first 39 weeks of treatment with a last-observation-carried-forward mean weight change of 6.26 kg (13.8 lb) and a median of 5.90 kg (13.0 lb). This was significantly higher than that for haloperidol-treated patients, whose mean weight gain was 0.69 kg (1.5 lb) after 1.15 years (p < .001). Patients with higher BBMI (> 27.6) gained significantly less weight during treatment with olanzapine than their lighter counterparts (BBMI < 27.6) (p < .001). The effect of olanzapine dose on weight was not significant (p ≥ .183). Median serum glucose at endpoint was not significantly associated (p = .096) with weight change for olanzapine. Median serum cholesterol and diastolic blood pressure for olanzapine-treated patients at endpoint showed a relationship with weight change that was statistically (p ≤ .001) but not clinically significant. The difference in incidence of elevated serum glucose, cholesterol, or diastolic blood pressure between olanzapine and haloperidol therapy groups was not different (p > .05).

**Conclusion:** Mean weight gain during olanzapine treatment trended toward a plateau after the initial 39 weeks of treatment with no further significant gain out to 3 years. Higher BBMI was predictive of a lower long-term weight gain, while dose was not a significant predictor of greater longer term weight change. The relationship between weight change and glucose was not statistically significant. The association between weight change and changes in cholesterol as well as changes in diastolic blood pressure was statistically significant but not considered clinically relevant based on the ranges observed.

*(J Clin Psychiatry 2001;62:92–100)*

*Received March 21, 2000; accepted Dec. 21, 2000. From Lilly Research Laboratories, Eli Lilly and Company, Lilly Corporate Center, Indianapolis, Ind.*

*Sponsored by Eli Lilly and Company.*

*Reprint requests to: Bruce J. Kinon, M.D., Lilly Research Laboratories, Eli Lilly and Company, Lilly Corporate Center, Drop Code 4133, Indianapolis, IN 46285.*

An improved treatment for schizophrenia has emerged with the development of novel atypical antipsychotic drugs. Unlike conventional antipsychotic drugs, novel agents have been shown to improve positive, negative, and mood symptoms of schizophrenia. Olanzapine is an atypical antipsychotic drug and has been demonstrated to safely and effectively decrease each of these dimensions of the overall psychopathology of schizophrenia,[1–3] and there are preliminary indications of efficacy in the cognitive symptoms of schizophrenia.[4] However, as with several of its conventional and atypical counterparts, weight change has occurred after olanzapine treatment in a proportion of patients undergoing pharmacotherapy.[5,6]

Weight change has been a reported side effect of antipsychotic drug use for over 30 years[7] and has been shown to occur during both conventional (for example, haloperidol and chlorpromazine) and novel (for example, risperidone, sertindole, quetiapine, and clozapine) antipsychotic drug treatment,[8] although in general the phenomenon is self-limiting in that it appears to plateau over time.[9,10] Recent reports suggest an association between antipsychotic drug treatment and diabetes mellitus[11,12] and cardiovascular disease.[13,14] It is, however, important to note that the base rate of such disorders in schizophrenia has been speculated to be higher than that seen in the general population.[15–17] In fact, a recently published study found that

CONFIDENTIAL
AZSER12443616

Kinon et al.

the rates of diagnosed diabetes in schizophrenia exceeded the trend of the general population well before the widespread use of the new antipsychotic medications.[18] It therefore remains unclear whether any possible association between olanzapine and diabetes exceeds the expected incidence of diabetes in the general population. Moreover, previous reports have been confined to relatively short observation periods and relatively small sample sizes, and there is a paucity of published information on the long-term effects of novel antipsychotic drug treatment and weight change or weight-related health factors.

The objective of the present study was to investigate weight changes in patients with schizophrenia or related disorders who received treatment with olanzapine for up to 3 years, the most extensive observation period to date, and to determine whether 2 commonly implicated factors, baseline body mass index (BBMI) and dose, were significant predictors of long-term weight change. Contrasts with haloperidol were considered to provide meaningful comparisons between an atypical antipsychotic drug and a conventional antipsychotic drug, and these comparisons were made whenever possible depending on the availability of patients at relevant timepoints. An additional goal of this analysis was to determine whether there was an association between the amount of weight gained and patients' endpoint nonfasting serum glucose, serum cholesterol, and diastolic blood pressure levels. The use of endpoint analyses may provide a relevant outcome risk after chronic treatment over time. These analyses are limited to the more specific effects of olanzapine treatment and weight change and do not necessarily lend themselves to further inference of metabolic issues related to olanzapine treatment in general or to haloperidol treatment in general.

## METHOD

### Study Design and Patient Population

These analyses retrospectively examined a sample of patients from a study of 1996 patients diagnosed with DSM-III-R schizophrenia, schizoaffective, or schizophreniform disorders. Six hundred seventy-six patients (35%) of 1936 patients with evaluable weight-change data were included in this analysis; 573 received olanzapine and 103 received haloperidol. Patients were randomly assigned in a 2:1 ratio to either olanzapine, 5 to 20 mg/day, or haloperidol, 5 to 20 mg/day. Patients began 6 weeks of double-blind therapy with a minimum Brief Psychiatric Rating Scale (BPRS) total score of 36 (1 to 7 scale) and/or intolerance to current antipsychotic therapy (excluding haloperidol), after which patients who met predetermined response criteria (40% decrease from baseline in BPRS [0 to 6 scale] and at least 3 study weeks completed) were eligible to continue double-blind olanzapine or haloperidol treatment. Patients not meeting the response criteria were eligible to enter an open-label extension dur-

ing which they received olanzapine only. Three years of study data were deemed an adequately long follow-up period with a sufficiently large number of olanzapine-treated patients ($N = 147$) observed at the 3-year timepoint to draw meaningful conclusions. Written informed consent was obtained from all participants, and institutional review board approval was given at each of the study sites.

### Statistical Method

SAS version 6.09 (SAS Institute, Cary, N.C.) was used for all statistical analyses. Observed case weight-change data were analyzed using repeated measures analysis of variance (ANOVA) with time included as a class variable. Weight, glucose, cholesterol, and standing diastolic blood pressure data from weekly, monthly, or bimonthly timepoints were grouped into 3- to 6-month intervals (labeled as 13, 26, and 39 weeks and 1, 1.5, 2, 2.5, and 3 years) in order to facilitate model convergence. For each patient, the last recorded observation in each interval was used. To further characterize weight gain, the percentage of patients experiencing an increase of 7% or more of body weight was determined.

Body mass index (BMI; weight [kg]/height [$m^2$]) data were collected and categorized into thirds based on the distribution of values at baseline (BBMI) in this population: $\leq 23.6$ (low), $> 23.6$ to 27.6 (medium), and $> 27.6$ (high). Mean daily dose was determined for each patient over the entire observation period and categorized according to the nearest $5 \pm 2.5$-mg increment (5, 10, 15, and $> 15$ mg/day). Both dose and BBMI factors were then evaluated as predictors of weight change.

Prevalence and incidence of laboratory and vital sign parameters above cutoff ($\geq 160$ mg/dL random nonfasting glucose,[19] $\geq 240$ mg/dL random nonfasting blood cholesterol,[20] diastolic blood pressure $\geq 90$ mm Hg[20]) and median values at baseline and endpoint for these parameters were calculated. The relationship between last-observation-carried-forward (LOCF) weight change and LOCF laboratory and vital sign values was determined using the Kruskal-Wallis test,[21] and the relationship between weight change and incidence of elevated laboratory/vital sign parameters was determined using the Cochran-Mantel-Haenszel test.[22] Fasting laboratory values were not measured in this study due in part to the difficulty of obtaining reliable samples in this clinical population and because it was not required in the objective of the original protocol.

## RESULTS

### Weight Change During Long-Term Treatment

Of 573 olanzapine-treated patients, 293 were observed for between 2.5 and 3 years, with 147 observed at the final 3-year timepoint. Of 103 haloperidol-treated patients, the maximum time observed was 100 weeks (1.9 years). Study group characteristics are presented in Table 1.

J Clin Psychiatry 62:2, February 2001

CONFIDENTIAL
AZSER12443617

Table 1. Study Group Characteristics[a]

| Characteristic | Haloperidol (N = 103) | Olanzapine (N = 573) |
|---|---|---|
| Length of treatment, median, wk | 60 | 132 |
| Age, mean ± SD, y | 38.4 ± 11.7 | 39.4 ± 11.5 |
| Gender | | |
| Male, N (%) | 64 (62%) | 367 (64%) |
| Female, N (%) | 39 (38%) | 206 (36%) |
| Baseline BPRS score, mean ± SD | 33.5 ± 11.6 | 32.2 ± 10.2 |
| Baseline BMI, mean ± SD | 26.9 ± 5.9 | 26.2 ± 5.0 |
| Daily dose (mg/d), mean ± SD | 12.7 ± 5.0 | 15.1 ± 4.7 |

[a]There were no statistically significant differences in patients' characteristics between olanzapine and haloperidol groups except for median length of treatment (p < .001). Abbreviations: BMI = body mass index, BPRS = Brief Psychiatric Rating Scale.

Figure 1. Mean Change in Body Weight (kg) of Patients Treated With Olanzapine (N = 573) or Haloperidol (N = 103) From Baseline Out to 3 Years (observed cases)



Figure 2. Mean Change in Body Weight (kg) of Patients Treated With Olanzapine (N = 147) Who Completed the Entire 3-Year Observation Period (observed cases)



Figure 3. Mean Change in Body Weight (kg) of Olanzapine-Treated Patients (N = 573) and Haloperidol-Treated Patients (N = 103) at Endpoint[a]



[a]Patients were observed for 39 weeks or more (last observation carried forward [LOCF]; median = 2.54 years).

Figure 1 illustrates the mean weight change over the 3-year period. A plateau in the olanzapine weight-change data was defined to be that timepoint after which no further significant pairwise differences in weight-change data were seen. Accordingly, the within-group mean weight change for olanzapine-treated patients at 39 weeks was not significantly different from that seen at any of the subsequent timepoints (p ≥ .077). Furthermore, there were no significant differences in mean weight change during olanzapine treatment seen between any of the timepoints between 1 and 3 years, inclusively (p ≥ .140 for all comparisons). Weight change experienced during haloperidol treatment remained below that of olanzapine at all timepoints. Among 147 olanzapine-treated patients who completed the entire 3-year observation period, no significant differences between adjacent timepoints were seen after 39 weeks (p ≥ .186 for all comparisons) (Figure 2), and a level of plateau was similar to that demonstrated in Figure 1.

Mean LOCF weight change for olanzapine-treated patients at endpoint after a median of 2.54 years of treatment was 6.26 kg (13.8 lb) with a median of 5.90 kg (13.0 lb).

This was significantly higher than that for haloperidol-treated patients, who gained a mean of 0.69 kg (1.5 lb) after a median of 1.15 years (p < .001). As shown in Figure 3, 26% of olanzapine-treated patients lost weight or gained no weight, 44% of patients gained > 0 to 10 kg, 22% gained > 10 to 20 kg, and 9% gained more than 20 kg. For haloperidol, 47% of patients lost weight or gained no weight, 44% gained > 0 to 10 kg, 9% gained >10 to 20 kg, and 3% gained more than 20 kg. Fifty-two percent of olanzapine-treated patients gained > 7% of their body weight, compared with 26% of haloperidol-treated patients.

### Influence of BBMI and Dose on Weight Change With Olanzapine

The effect of BBMI on weight change in olanzapine-treated patients was significant at all timepoints after 13 weeks (p ≤ .002) (Figure 4). Patients with high BBMI values (> 27.6) had a mean weight change that was significantly less than that for patients with medium BBMI

94

CONFIDENTIAL
AZSER12443618

Figure 4. Mean Change in Body Weight (kg) by Baseline Body Mass Index (BBMI) of Olanzapine-Treated Patients Observed for 39 Weeks or More[a]



Figure 5. Mean Change in Body Weight (kg) by Mean Olanzapine Dose (mg/day) of Olanzapine-Treated Patients Observed 39 Weeks or More[a]



[a]Patients were categorized by BBMI tertiles: low (≤ 23.6; N = 187), medium (> 23.6 to 27.6; N = 192), and high (> 27.6; N = 186) (observed cases).
*High BBMI group gained significantly less weight than low or medium groups (p < .001).

[a]5 ± 2.5 mg/day: N = 47; 10 ± 2.5 mg/day: N = 124; 15 ± 2.5 mg/day: N = 147; > 17.5 mg/day: N = 255 (observed cases). No significant differences over the entire study period.

Table 2. Median Baseline/Endpoint Glucose, Cholesterol, and Diastolic Blood Pressure Levels for Corresponding Weight Changes for Olanzapine-Treated Patients Observed for 39 Weeks or More (LOCF)

| | Glucose, mg/dL | | | | | Cholesterol, mg/dL | | | | | Diastolic Blood Pressure, mm Hg | | | | |
| | Baseline | | Endpoint | | | Baseline | | Endpoint | | | Baseline | | Endpoint | | |
| Weight Change | N | Median | Interquartile Range | Median | Interquartile Range | N | Median | Interquartile Range | Median | Interquartile Range | N | Median | Interquartile Range | Median | Interquartile Range |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lost to 0 | 147 | 91.9 | 20.5 | 97.3 | 26.5 | 147 | 211.0 | 62.0 | 199.5 | 57.4 | 145 | 80.0 | 16.0 | 80.0 | 14.0 |
| >0 to 10 | 252 | 93.0 | 20.8 | 99.3 | 25.9 | 252 | 199.5 | 61.5 | 203.4 | 58.3 | 249 | 80.0 | 16.0 | 80.0 | 18.0 |
| >10 to 20 | 123 | 92.0 | 19.8 | 99.1 | 24.1 | 124 | 206.0 | 59.9 | 216.0 | 61.8 | 123 | 80.0 | 14.0 | 82.0 | 16.0 |
| >20 to 30 | 38 | 89.5 | 19.8 | 104.7 | 27.3 | 38 | 193.5 | 45.5 | 226.3 | 57.1 | 38 | 80.0 | 20.0 | 85.5 | 13.0 |
| >30 to 40 | 10 | 88.5 | 14.9 | 103.1 | 18.0 | 10 | 211.0 | 58.0 | 247.5 | 54.1 | 10 | 82.0 | 16.0 | 89.0 | 18.0 |
| >40 to 50 | 1 | 86.5 | 0 | 100.9 | 0 | 1 | 269.9 | 0 | 288.9 | 0 | 1 | 70.0 | 0 | 80.0 | 0 |
| Total | 571 | 92.0 | 20.5 | 99.1 | 25.3 | 572 | 205.0 | 61.4 | 205.7 | 61.0 | 566 | 80.0 | 18.0 | 80.0 | 18.5 |

values (>23.6 to 27.6) or low BBMI values (≤ 23.6) (p < .001; both). Mean LOCF weight changes were 3.82 kg, 6.88 kg, and 8.07 kg for patients with high, medium, and low BBMI, respectively. Of patients with low BBMI, 85.0% had an endpoint BMI of either low or medium.

Dose was not a significant predictor of long-term changes in weight with olanzapine treatment. As shown in Figure 5, there were no significant differences in weight change between flexible mean daily dose categories up to 3 years (p ≥ .183).

Because of the minimal weight gain experienced by a minority of haloperidol-treated patients, predictive analyses of BBMI and dose on weight gain were not reported for haloperidol.

**Weight Change and Nonfasting Serum Glucose, Serum Cholesterol, and Diastolic Blood Pressure Levels**

Median nonfasting serum glucose for olanzapine-treated patients (Table 2) at endpoint was significantly higher than for haloperidol-treated patients (Table 3) (99.1

mg/dL vs. 93.7 mg/dL, respectively; p = .010). Of 545 olanzapine-treated patients whose nonfasting glucose was < 160 mg/dL at baseline, 4.6% had a nonfasting glucose level ≥ 160 mg/dL at endpoint irrespective of loss or gain in weight. For haloperidol-treated patients, of 100 patients whose nonfasting glucose was < 160 mg/dL at baseline, 5.0% had a nonfasting glucose level ≥ 160 mg/dL at endpoint irrespective of loss or gain in weight. The difference in incidence of glucose levels ≥ 160 mg/dL at endpoint (in patients with glucose levels < 160 mg/dL at baseline) between the therapy groups was not significant (p = .798). Because of the minimal weight gain experienced by a minority of haloperidol-treated patients, analyses exploring the relationship between weight change and nonfasting glucose, cholesterol, and diastolic blood pressure were not statistically analyzed for the haloperidol treatment group but are shown descriptively in Table 3. No significant association was observed among olanzapine-treated patients between weight change and median nonfasting blood glucose at endpoint (p = .096). The association between weight change and the incidence of

95

CONFIDENTIAL
AZSER12443619

Table 3. Median Baseline/Endpoint Glucose, Cholesterol, and Diastolic Blood Pressure Levels for Corresponding Weight Changes for Haloperidol-Treated Patients Observed for 39 Weeks or More (LOCF)

| Weight Change | N | Glucose, mg/dL | | Cholesterol, mg/dL | | Diastolic Blood Pressure, mm Hg | |
|---|---|---|---|---|---|---|---|
| | | Median Baseline | Median Endpoint | Median Baseline | Median Endpoint | Median Baseline | Median Endpoint |
| Lost to 0 | 46 | 93.7 | 94.2 | 210.9 | 214.6 | 80.0 | 80.0 |
| >0 to 10 | 45 | 95.5 | 94.0 | 193.0 | 189.9 | 80.0 | 80.0 |
| >10 to 20 | 9 | 91.0 | 91.0 | 176.7 | 180.6 | 80.0 | 82.0 |
| >20 to 30 | 2 | 287.1 | 135.4 | 191.1 | 241.2 | 85.0 | 80.0 |
| >30 to 40 | 1 | 94.0 | 91.0 | 155.0 | 211.0 | 74.0 | 80.0 |
| >40 to 50 | 0 | ... | ... | ... | ... | ... | ... |
| Total | 103 | 94.0 | 93.7 | 197.6 | 189.9 | 80.0 | 80.0 |

nonfasting glucose ≥ 160 mg/dL at endpoint was also not significant (p = .091), nor was the incidence of glucose ≥ 160 mg/dL for patients gaining ≤ 10 kg (4.0%) significantly different from that for patients gaining > 10 kg (6.0%) (p = .299).

Median nonfasting serum cholesterol at endpoint was significantly higher for olanzapine-treated patients (Table 2) than for haloperidol-treated patients (Table 3) (205.7 mg/dL vs. 189.9 mg/dL, respectively; p = .002). Of 447 olanzapine-treated patients whose cholesterol was < 240 mg/dL at baseline, 15.7% had a cholesterol level ≥ 240 mg/dL at endpoint irrespective of loss or gain in weight. For haloperidol-treated patients, of 84 patients whose cholesterol was < 240 mg/dL at baseline, 8.3% had a cholesterol level ≥ 240 mg/dL at endpoint irrespective of loss or gain in weight. The difference in incidence of cholesterol levels ≥ 240 mg/dL at endpoint between the therapy groups was not significant (p = .091). There was a statistically significant association observed among olanzapine-treated patients between weight gain and median serum cholesterol at endpoint (p = .001). The incidence of cholesterol ≥ 240 mg/dL at endpoint was significantly more likely in the group gaining > 10 kg compared with those gaining ≤ 10 kg (24.3% vs. 11.6%; p < .001). In the respective groups with incident high cholesterol, for those gaining < 10 kg (N = 35), the median cholesterol at endpoint was 251.0 mg/dL (range, 240.1–399.0 mg/dL), while in the group gaining > 10 kg (N = 35), the median cholesterol at endpoint was 257.0 mg/dL (range, 241.0–297.8 mg/dL).

Median diastolic blood pressure at endpoint was not significantly different for olanzapine-treated patients (Table 2) compared with haloperidol-treated patients (Table 3) (80 mm Hg vs. 80 mm Hg, respectively; p = .994). Of 437 olanzapine-treated patients whose diastolic blood pressure was < 90 mm Hg at baseline, 20.4% had a diastolic blood pressure level ≥ 90 mm Hg at endpoint irrespective of loss or gain in weight. For haloperidol-treated patients, of 81 patients whose diastolic blood pressure was < 90 mm Hg at baseline, 18.5%

had a diastolic blood pressure ≥ 90 mm Hg at endpoint irrespective of loss or gain in weight. The difference in incidence of diastolic blood pressure levels ≥ 90 mm Hg at endpoint between the therapy groups was not significant (p = .765). There was also a statistically significant association observed among olanzapine-treated patients between weight gain and endpoint diastolic blood pressure (p < .001). The incidence of diastolic blood pressure ≥ 90 mm Hg at endpoint was significantly more likely among patients gaining > 10 kg compared with patients gaining ≤ 10 kg (29.5% vs. 16.1%; p < .001). In the respective groups with incident high diastolic blood pressure, for those gaining ≤ 10 kg (N = 48), the median endpoint diastolic blood pressure was 92 mm Hg (range, 90–100 mm Hg), while in the group gaining > 10 kg (N = 41), the median endpoint diastolic blood pressure was also 92 mm Hg (range, 90–106 mm Hg).

## DISCUSSION

The population of individuals with schizophrenia, in general, exhibits a higher prevalence of obesity than individuals without schizophrenia.[23] The prevalence of obesity (BMI ≥ 30) in the general population worldwide has been increasing significantly over the past 10 years and trends are generally similar for all age, gender, and race-ethnic groups.[24] The proportion of adults of both sexes defined as "overweight" has changed from 1 in 4 in the early 1970s to 1 in 3 in 1990 (25% to 33%),[25] and this has raised the subject of being overweight as a public health problem.

However, despite literature reports associating both conventional and novel antipsychotic drug use with weight change,[5] antipsychotic agents remain the cornerstone of therapy for individuals suffering from schizophrenia and related disorders. It also may be inferred that since weight loss can accompany acute psychotic decompensation,[26] restorative weight gain may accompany effective antipsychotic drug treatment. One possible mechanism for weight gain during antipsychotic treatment may be related to specific receptor antagonism. Drugs that block serotonergic transmission have been shown to increase food consumption and may cause weight gain.[27–30] While some clinical reports have shown no relationship between 5-HT$_{2C}$ and weight change,[31] more recent preclinical data in 5-HT$_{2C}$ receptor null mutant mice have suggested a role for 5-HT$_{2C}$ receptors in the serotonergic regulation of body weight and food intake.[32]

More detailed between-drug comparisons of basic pharmacology, efficacy profile, and longer term compliance patterns will be necessary to better characterize the relative risk of weight gain. The present post hoc analyses were performed to investigate weight changes in patients with schizophrenia or related disorders who received treatment with olanzapine or haloperidol for up to 3 years,

96

207

CONFIDENTIAL
AZSER12443620

Kinon et al.

and to determine whether BBMI and dose were significant predictors of long-term weight change. Further, these analyses were performed to determine whether there was an association between weight gain and endpoint nonfasting serum glucose, serum cholesterol, and diastolic blood pressure. Patients treated with haloperidol, a conventional antipsychotic drug reported to have minimal effect on weight change, were included in this study to determine whether weight gain experienced during olanzapine treatment affected these laboratory parameters differently from treatment with a conventional antipsychotic. These analyses offer clinicians the unique opportunity to investigate the effects of long-term antipsychotic drug treatment on a large cohort of patients with schizophrenia.

**Weight Change During Long-Term Treatment**

Olanzapine-treated patients gained significantly more weight than haloperidol-treated patients (6.26 kg after 2.54 years of olanzapine treatment vs. 0.69 kg after 1.15 years of haloperidol treatment). Fifty-two percent of olanzapine-treated patients gained ≥7% of their body weight, compared with 26% of haloperidol-treated patients. This differential emphasizes one of the challenges posed by utilization of one of the novel antipsychotic drugs as compared with the older conventional antipsychotic drugs.

There is a certain amount of confusion in the literature regarding the time course of weight gain during antipsychotic drug treatment. In general, the literature indicates that the majority of weight gain occurs during the first 3 months.[9,33] However, in one report[34] weight gain occurred most frequently after longer term exposure (> 18 months). In addition, plateauing of weight gain during antipsychotic drug treatment has been reported.[35] The present study indicates that mean weight gain during olanzapine treatment for this population trended toward a plateau after approximately 39 weeks of treatment and remained stable thereafter up to 3 years of observation. The rate of weight gain appeared most rapid during the first 12 weeks of olanzapine treatment. This relatively rapid onset of weight gain may suggest the importance of early intervention for weight gain mitigation. Methods of weight management should emphasize this early rapid weight gain and utilize psychoeducational strategies to control appetite, make healthy dietary choices, and encourage appropriate exercise regimens. The benefits of proactive interventions may result in weight stabilization at a lower plateau. The effectiveness of these interventions needs to be studied further. In addition, the potential for rapid and excessive weight gain suggests that clinicians should consider monitoring glucose and lipid levels and vital signs as clinically indicated.

Since this report focuses on the weight changes seen in a subgroup of olanzapine-treated patients, an important question is whether the choice of subgroup was appropriate and especially whether patients observed for shorter periods gained more weight before dropping out of the trial. A comparison of the olanzapine-treated patients treated > 39 weeks (N = 573) described in this report compared with the olanzapine-treated patients observed ≤ 39 weeks (N = 731; not shown) revealed that the mean weight gain for shorter term patients at comparable timepoints was significantly lower than that of longer term patients. This information helps to establish that patients were not discontinuing the study due to weight gain.

A second question is whether, among the patients selected for analysis, a dropout phenomenon contributed to the appearance of a weight gain plateau. However, since the subgroup of patients (N = 147) completing 3 years of observation show a similar plateauing of weight change to that seen in the full sample, the notion of dropouts as a reason for the plateau is discounted.

Together, these data suggest that after an acute period of relatively rapid weight gain, olanzapine-treated patients tend to be at progressively lower risk for further weight gain as they continue into maintenance pharmacotherapy at least up to 3 years.

A previous study of acute weight change during antipsychotic drug treatment suggests that one of the most robust predictors of weight gain is low BBMI.[36] This observation is supported by the present study in that lighter-set patients gained significantly more weight and plateaued with a higher increase than heavier-set patients. While part of this result may be due to a regression to the mean phenomenon (i.e., greater likelihood that patients with room for greater weight change will thus demonstrate the greatest weight change), this observation is still important since, among some low BBMI patients, favorable antipsychotic drug–response may drive a process of weight restoration. However, the unique non-overlapping plateau curves associated with each BBMI category (see Figure 4) suggest that a regression to a single population mean is unlikely. Similarly, this phenomenon may be explained by low BBMI patients experiencing a greater weight shift even though their caloric intake increases to the same extent as the high BBMI patients; this interpretation would need further investigation to validate. Furthermore, the population already at risk of longer term cardiovascular health risks (higher BBMI) also appears to be the population that gains the least amount of weight.

Dose is a second factor of interest surrounding weight change. In this study, olanzapine maintenance dose was not found to be significantly predictive of changes in weight. This absence of a dose-response relationship is consistent with previous olanzapine reports[36] and, in general, with reports of other antipsychotic drugs.[33] This information is especially important in clinical practice in that it suggests the ineffectiveness of dosage reduction as a means of attenuating or reversing weight gain.

J Clin Psychiatry 62:2, February 2001

CONFIDENTIAL
AZSER12443621

## Weight Change and Nonfasting Serum Glucose, Serum Cholesterol, and Diastolic Blood Pressure Levels

*Effect of weight change on serum glucose.* For many years, case reports have associated conventional and, more recently, novel antipsychotic drugs with new onset or exacerbation of diabetes.[11,12,33,37,38] Clozapine has been among the most widely investigated of the class, although case reports also describe diabetes occurring in olanzapine-treated patients,[39] risperidone-treated patients,[40] and quetiapine-treated patients.[41] Although a review of these studies suggests that many of these patients entered therapy with existing risk factors for diabetes, the significance of these reports awaits further study.

In the present report, neither endpoint nonfasting serum glucose levels nor the incidence of nonfasting glucose $\geq 160$ mg/dL at endpoint was significantly associated with weight change during olanzapine treatment. The incidence of nonfasting glucose levels above this cutoff ($\geq 160$ mg/dL) was 4.6% for olanzapine-treated patients after 2.54 years and 5.0% for haloperidol-treated patients after 1.15 years, irrespective of weight change. These data suggest that the incidence of endpoint hyperglycemia in a schizophrenic patient cohort is similar whether exposed to long-term treatment with an atypical antipsychotic drug or a conventional antipsychotic drug. Since this criterion is less strict than that required for a diagnosis of diabetes, that is, a random nonfasting blood glucose of $\geq 160$ mg/dL confirmed with fasting plasma glucose levels $\geq 126$ mg/dL on 2 subsequent days,[19] weight change as noted in this study does not seem to be associated with an abnormality of glycemic control.

*Effect of weight change on serum cholesterol.* Excess weight is one of the correlates of an elevated blood cholesterol.[25] In the present study, median endpoint values in serum cholesterol were comparable to those seen at baseline. However, there was a significant association between weight gain during olanzapine treatment and median serum cholesterol at endpoint, and additionally, median nonfasting serum cholesterol at endpoint was significantly higher for olanzapine-treated patients than for haloperidol-treated patients (205.7 mg/dL versus 189.9 mg/dL, respectively; p = .002). These data indicate that the proportion of patients experiencing greater weight gain were more at risk for elevated serum total cholesterol. Although most olanzapine-treated patients (97%) did not have elevations above 300 mg/dL, a minority did experience levels reaching 400 mg/dL. The association between weight gain and cholesterol on olanzapine therapy does not appear to be the predominant driver of increased cholesterol in treated schizophrenic patients, as the incidence of elevated cholesterol was not significantly different between olanzapine and haloperidol. In any event, increasing weight should alert the clinician to the possibility of rising cholesterol. Furthermore, the 8% to 16% incidence of elevated choles-

terol irrespective of treatment suggests that schizophrenia may be associated with a substantial risk of hypercholesterolemia over time.

*Effect of weight change on diastolic blood pressure.* Hypertension has an estimated prevalence of 24% in the U.S. population, and it has been reported that increased levels of BMI may be associated with the increased cardiovascular risk factor of high blood pressure.[25] In this study, although median endpoint values in diastolic blood pressure were comparable to those seen at baseline, there was also a statistically significant association between weight gain and endpoint diastolic blood pressure. Additionally, the median diastolic blood pressure at endpoint was significantly higher for olanzapine-treated patients than for haloperidol-treated patients. Although the majority (97%) of olanzapine-treated patients' diastolic blood pressure did not go above 100 mm Hg, increasing weight with treatment would indicate the prudence of monitoring such patients for hypertension. In addition, the approximately 20% incidence of elevated diastolic blood pressure in this study population after long-term olanzapine or haloperidol treatment suggests a further health risk associated with schizophrenia in general.

## Study limitations

This retrospective data analysis has several limitations. Results were obtained from a flexible-dose clinical trial as opposed to a usual clinical practice setting. As a result, concomitant medications, such as antidepressants and mood stabilizers that may possibly contribute to weight gain, were generally proscribed. Further, because dose was not fixed, the lack of a relationship between dosing and weight change during this clinical trial is not a definitive finding.

Also, only a routine laboratory panel including random glucose and cholesterol was performed in this study. Obtaining verifiable fasting glucose and cholesterol measurements in this patient population might be difficult due to dietary compliance issues, specifically with those patients who are outpatients. The scope of these analyses was limited to weight gain and its potential association with glucose, cholesterol, and diastolic blood pressure. It was not the intent of these analyses to explore the consequences of long-term olanzapine treatment in general on these metabolic factors. Future studies should implement more definitive laboratory assessments to better examine the relationship between weight and health-related factors.

Patients were followed with regular weight assessments, and this may have identified subjects with particular weight management problems that may have initiated a therapeutic dialogue around appetite, diet, and exercise. Such an intervention may have had a more significant impact on the responding patients who continued in the long-term extension clinical study, as contrasted with nonresponding patients who would have been excluded from

CONFIDENTIAL
AZSER12443622

Kinon et al.

participating in this study but not necessarily from treatment in the community. It should be noted that the literature does contain reports of weight gain during antipsychotic drug treatment that may be managed by dietary control[7] and also cases in which weight gain appeared to be reversible.[42-44] Also important to note is the lack of equally distributed long-term data across treatment groups. Of olanzapine-treated patients, 293 were observed for between 2.5 and 3 years, with 147 observed at the final 3-year timepoint, compared with 103 haloperidol-treated patients for whom the maximum time observed was 100 weeks (1.9 years).

Although the size and scope of this investigation are the most comprehensive to date, it may be argued that a longer period of observation may be needed to make more definitive conclusions regarding weight change and weight-related health factors. Further prospective studies of long-term weight change during antipsychotic drug treatment and its clinical consequences are indicated. Such studies should utilize more detailed assessments of appetitive behaviors and more comprehensive assessments of individual disease-specific risk factors and of relevant laboratory parameters. Finally, the results presented relate to generalized findings from a controlled clinical trial; any individual experiencing excessive weight change should be medically evaluated for glucose, lipid, and vital sign changes as clinically indicated.

## CONCLUSION

Olanzapine-treated patients gained significantly more weight than haloperidol-treated patients. Further characterization of weight gain during olanzapine treatment indicated that weight gain trended toward a plateau, patients with lower BBMI tended to gain more weight than those with higher BBMI, and dose was not a significant predictor of weight gain. The relationship between nonfasting serum glucose levels and weight gain was not significant; however, the association between weight increase and elevation in nonfasting serum cholesterol and diastolic blood pressure was statistically significant. The incidence of elevated serum glucose, cholesterol, or diastolic blood pressure levels was not statistically different from that seen with haloperidol therapy. These data indicate that the greater weight gain experienced during olanzapine treatment is not necessarily the predominant driver of laboratory changes seen in schizophrenic patients nor of the increased values of glucose, cholesterol, or diastolic blood pressure occurring over time regardless of atypical or conventional antipsychotic drug treatment. Further prospective studies of long-term weight change during antipsychotic drug treatment and its clinical consequences are indicated. The present study findings offer clinicians a global overview of the effects of long-term olanzapine treatment and weight change and may aid the develop-

ment of weight interventions for patients. In view of the initial rapid increase in weight that can be experienced by olanzapine-treated patients, early interventions including therapeutic dialogue regarding weight management techniques and healthier lifestyle choices may be prudent.

*Drug names:* chlorpromazine (Thorazine and others), clozapine (Clozaril and others), haloperidol (Haldol and others), olanzapine (Zyprexa), quetiapine (Seroquel), risperidone (Risperdal).

## REFERENCES

1. Beasley CM Jr, Tollefson GD, Tran PV, et al. Efficacy of olanzapine: an overview of pivotal clinical trials. J Clin Psychiatry 1997;58(suppl 10):7–12
2. Beasley CM Jr, Tollefson GD, Tran PV, et al. Safety of olanzapine. J Clin Psychiatry 1997;58(suppl 10):13–17
3. Tollefson GD, Beasley CM, Tran P, et al. Olanzapine versus haloperidol in the treatment of schizophrenia and schizoaffective and schizophreniform disorders: results of an international collaborative trial. Am J Psychiatry 1997;154:457–465
4. Purdon SE, Jones BDW, Stip E, et al. Neuropsychological change in early phase schizophrenia over twelve months of treatment with olanzapine, risperidone, or haloperidol. Arch Gen Psychiatry 2000;57:249–258
5. Silverstone T, Smith G, Goodall E. Prevalence of obesity in patients receiving depot antipsychotics. Br J Psychiatry 1998;153:214–217
6. Rockwell WJK, Ellinwood EH Jr, Trader DW. Psychotropic drugs promoting weight gain: health risks and treatment implications. South Med J 1983;76:1407–1412
7. Stanton JM. Weight gain associated with neuroleptic medication: a review. Schizophr Bull 1995;21:463–472
8. Allison DB, Mentore JL, Heo M, et al. Antipsychotic-induced weight gain: a comprehensive research synthesis. Am J Psychiatry 1999;156:1686–1696
9. Lamberti JS, Bellnier T, Schwarzkopf SB. Weight gain among schizophrenic patients treated with clozapine. Am J Psychiatry 1992;149:689–690
10. Leadbetter R, Shutty M, Pavalonis D, et al. Clozapine-induced weight gain: prevalence and clinical relevance. Am J Psychiatry 1992;149:68–72
11. Koval MS, Rames LJ, Christie S. Diabetic ketoacidosis associated with clozapine treatment. Am J Psychiatry 1994;151:1520–1521
12. Popli AP, Konicki PE, Jurjus GJ, et al. Clozapine and associated diabetes mellitus. J Clin Psychiatry 1997;58:108–111
13. Casey DE. The relationship of pharmacology to side effects. J Clin Psychiatry 1997;58(suppl 10):55–62
14. Burgraf GW. Are psychotropic drugs at therapeutic levels a concern for cardiologists? Can J Cardiol 1997;13:75–80
15. McKee HA, D'Arcy PF, Wilson PJK. Diabetes and schizophrenia: a preliminary study. J Clin Hosp Pharm 1986;11:297–299
16. Muckherjee S, Decina P, Bocola V, et al. Diabetes mellitus in schizophrenic patients. Compr Psychiatry 1996;37:68–73
17. Keskiner A, Toumi AE, Bousquet T. Psychotropic drugs, diabetes and chronic mental patients. Psychosomatics 1973;16:176–181
18. Dixon L, Weiden P, Delahanty J, et al. Prevalence and correlates of diabetes in national schizophrenia samples. Schizophr Bull 2000;26:903–912
19. American Diabetes Association. Screening for type 2 diabetes. Diabetes Care 2000;23(1, suppl):S20–S23
20. Schwartz LM, Woloshin S. Changing disease definitions: implications for disease prevalence. Analysis of the Third National Health and Nutrition Examination Survey, 1988–1994. Eff Clin Pract 1999;2:76–85
21. Kruskal WH, Wallis WA. Use of ranks in one-criterion variance analysis. J Am Stat Assoc 1952;47:583–621
22. Mantel N, Haenszel W. Statistical aspects of the analysis of data from retrospective studies of disease. J Natl Cancer Inst 1959;22:719–748
23. Allison DB, Fontaine KR, Heo M, et al. The distribution of body mass index among individuals with and without schizophrenia. J Clin Psychiatry 1999;60:215–220
24. Flegal KM, Carroll MD, Kuczmarski RJ, et al. Overweight and obesity in the United States: prevalence and trends, 1990–1994. Int J Obes Relat Metab Disord 1998;22:39–47
25. Ernst ND, Obarzanek E, Clark MB, et al. Cardiovascular health risks related to overweight. J Am Diet Assoc 1997;97(7, suppl):S47–S51

99

CONFIDENTIAL
AZSER12443623

Long-Term Weight Change With Olanzapine

26. Krypsin-Exner W. Beitrage zum verlauf des korpergewichtes bei psychosen. Wien Klin Wochenschr 1947;59:531–534

27. Goodall E, Oxtoby C, Richards R, et al. A clinical trial of the efficacy and acceptability of D-fenfluramine in the treatment of neuroleptic-induced obesity. Br J Psychiatry 1998;153:208–213

28. Silverstone T, Goodall E. Serotoninergic mechanisms in human feeding: pharmacologic evidence. Appetite 1986;7:85–97

29. Fletcher PJ. Increased food intake in satiated rats induced by the 5-HT antagonists methysergide, metergoline and ritanserin. Psychopharmacology (Berl) 1988;96:237–242

30. Bernstein JG. Psychotic drug induced weight gain: mechanism and management. Clin Neuropharmacol 1988;11:S194–S206

31. Rietschel M, Naber D, Fimmers R, et al. Efficacy and side-effects of clozapine not associated with variation in the 5-HT$_{2C}$ receptor. Neuroreport 1997;8:1999–2003

32. Heisler LK, Chu HM, Tecott LH. Epilepsy and obesity in serotonin 5-HT$_{2C}$ receptor mutant mice. Ann N Y Acad Sci 1998;861:74–78

33. Hummer M, Kemmler G, Kurz M, et al. Weight gain induced by clozapine. Eur Neuropsychopharmacol 1995;5:437–440

34. Harris E, Eth S. Weight gain during neuroleptic treatment. Int J Nurs Stud 1981;18:171–175

35. Klett CJ, Caffey EMJ. Weight changes during treatment with phenothia-zine derivatives. J Neuropsychiatry 1960;2:102–108

36. Basson BR, Kinon BJ, Taylor CC, et al. Factors influencing weight change in patients with schizophrenia treated with olanzapine versus haloperidol or risperidone [abstract]. Presented at the 51st Institute on Psychiatric Services; Oct 29, 1999; New Orleans, La

37. Kamran A, Doraiswamy PM, Jane JL, et al. Severe hyperglycemia associated with high doses of clozapine [letter]. Am J Psychiatry 1994;151:1395

38. Tollefson G, Lesar T. Nonketotic hyperglycemia associated with loxapine and amoxapine: case report. J Clin Psychiatry 1983;44:347–348

39. Wirshing DA, Spellberg BJ, Erhart SM, et al. Novel antipsychotics and new onset diabetes. Biol Psychiatry 1998;44:778–783

40. Croarkin PE. Diabetic ketoacidosis associated with risperidone treatment? Psychosomatics 2000;41:369–370

41. Sobel M, Jaggers ED, Franz MA. New-onset diabetes mellitus associated with the initiation of quetiapine treatment [letter]. J Clin Psychiatry 1999; 60:556–557

42. Ayd FJ. Prolonged administration of chlorpromazine (Thorazine) hydrochloride. JAMA 1959;169:1296–1301

43. Gordon HL, Groth C. Weight change during and after hospital treatment. Arch Gen Psychiatry 1964;10:187–191

44. Amdisen A. Drug-produced obesity: experiences with chlorpromazine, perphenazine and clopenthixol. Dan Med Bull 1964;11:182–189

Copyright 2001 Physicians Postgraduate Press, Inc.
One personal copy may be printed

CONFIDENTIAL
AZSER12443624

Pharmacotherapy
2002;22(7):841-52

PL-00305619

# REVIEWS OF THERAPEUTICS

## Olanzapine-Associated Diabetes Mellitus

Elizabeth A. Koller, M.D., and P. Murali Doraiswamy, M.D.

**Study Objective.** To explore the clinical characteristics of hyperglycemia in patients treated with olanzapine.

**Design.** Retrospective, epidemiologic survey of spontaneously reported adverse events related to olanzapine therapy.

**Setting.** Government-affiliated drug evaluation center.

**Patients.** Two hundred thirty-seven patients with olanzapine-associated diabetes or hyperglycemia.

**Intervention.** One hundred ninety-six cases from January 1994–May 15, 2001, were identified with the United States Food and Drug Administration's MedWatch Drug Surveillance System, and 41 cases published through May 15, 2001, were identified with MEDLINE or through meeting abstracts.

**Measurements and Main Results.** Of the 237 cases, 188 were new-onset diabetes, 44 were exacerbations of preexistent disease, and 5 could not be classified. Mean patient age for newly diagnosed cases was $40.7 \pm 12.9$ years and male:female ratio was 1.8. Seventy-three percent of all cases of hyperglycemia appeared within 6 months of start of olanzapine therapy. Eighty patients had metabolic acidosis or ketosis, 41 had glucose levels of 1000 mg/dl or greater, and 15 patients died. When olanzapine was discontinued or the dosage decreased, 78% of patients had improved glycemic control. Hyperglycemia recurred in 8 of 10 cases with rechallenge.

**Conclusions.** Number of reports, temporal relationship to start of olanzapine therapy, relatively young age, and improvement on drug withdrawal suggest that olanzapine may precipitate or unmask diabetes in susceptible patients.

(Pharmacotherapy 2002;22(7):841–852)

OUTLINE

Methods
Results
   Nature of Hyperglycemia Reports

Demographic Features
Time to Onset
Olanzapine Dosages
Serious Outcomes
Metabolic Acidosis
Mental Status Changes
Setting
Pancreatitis or Hyperamylasemia
Deaths
Additional Risk Factors
Concomitant Drugs
Olanzapine Withdrawal and Rechallenge
Discussion

From the Division of Metabolic and Endocrine Drug Products, Center for Drug Evaluation and Review, Food and Drug Administration, Rockville, Maryland (Dr. Koller); and the Departments of Psychiatry and Medicine, Duke University Medical Center, Durham, North Carolina (Dr. Doraiswamy).

The contents of this publication represent the views of the authors and do not necessarily constitute an official position of the U.S. Food and Drug Administration or the U.S. Government.

Address reprint requests to Elizabeth Koller, M.D., 5600

212

CONFIDENTIAL
AZSER12443625

PHARMACOTHERAPY Volume 22, Number 7, 2002

Olanzapine (Zyprexa; Eli Lilly and Company, Indianapolis, IN), marketed in the United States since 1996, is a psychotropic agent indicated for the management of schizophrenia[1, 2] and short-term treatment of acute manic episodes in bipolar disorder in adults.[1] In addition to approved indications, it has been administered for the treatment of a variety of other conditions including psychosis in dementia and Parkinson's disease, delusional or resistant depression, conduct disorders, aggression, agitation, resistant anxiety disorders, and delirium.[3–6] Known adverse reactions to olanzapine include orthostatic hypotension, weight gain, akathisia, increased salivation, and somnolence.[1] Published reports of hyperglycemia occurring in association with olanzapine began occurring in 1998.[7–28] The spectrum of reported illness ranged from mild glucose intolerance to diabetic ketoacidosis and nonketotic hyperosmolar coma. To gain further insight into the clinical characteristics of diabetes reported in association with olanzapine, we attempted to identify all such cases that had been submitted to the Food and Drug Administration's (FDA) MedWatch surveillance program.

## Methods

We identified cases by querying the FDA MedWatch Drug Surveillance System (January 1994–May 15, 2001). Published cases were identified by means of MEDLINE (through May 15, 2001). Selected abstracts from national psychiatry meetings also were reviewed. We combined reports occurring in multiple identification systems. Drug utilization data were obtained from the National Prescription Audit Plus (IMS Health, Inc., Plymouth Meeting, PA) and the National Disease and Therapeutic Index (IMS Health, Inc.) databases.

We assessed documentation of diabetes, severity of hyperglycemia, whether the hyperglycemia was newly diagnosed, demographic features, time to onset of hyperglycemia, and effect of drug discontinuation. We defined "documentation" of newly diagnosed diabetes on the basis of a fasting glucose level of 126 mg/dl (7 mmol/L) or greater, a random glucose level of 200 mg/dl (11 mmol/L) or greater, or elevated glycohemoglobin values; and/or presence of metabolic acidosis or ketosis; and/or physician institution of an antidiabetic drug. Patients without definitive documentation were classified separately. Because individual MedWatch reports

and published cases vary in the completeness of the demographic and clinical information provided, we have specified where such data were missing. Hence, this is a descriptive report based primarily on summary statistics.

We used correlation coefficients, $\chi^2$ tests, and unpaired $t$ tests (all two-tailed) to assess the relationship between certain variables or groups; p values of 0.05 or less were viewed as significant.

## Results

We identified 237 distinct cases of olanzapine-associated diabetes or hyperglycemia, including 41 cases in 22 publications.[7–28] Of these reports, 215 originated in the United States and 22 were from international sources.

### Nature of Hyperglycemia Reports

Among the 237 reports, there were 188 (79%) cases of newly diagnosed hyperglycemia, 44 (19%) cases of exacerbation of established preexistent diabetes, and 5 (2%) cases that could not be classified. Of the 188 cases of newly diagnosed hyperglycemia, 153 cases fit the serum glucose or glycohemoglobin criteria for the diagnosis of diabetes. Of the patients whose diabetes was determined by fasting blood glucose level, all but two had fasting glucose levels of 140 mg/dl or greater. Of the 35 patients with new-onset hyperglycemia whose reports did not include sufficient glucose data for the diagnosis of diabetes, 19 received antidiabetic drug therapy. Five of the 19 patients were also reported to be acidotic or ketotic. Another three patients were acidotic or ketotic at the time of hyperglycemia, but lacked additional diagnostic data. In addition to these 188 newly diagnosed cases, there were 44 reports of patients with established diabetes in whom metabolic status worsened after starting olanzapine. As stated previously, there were five additional cases in which it was unclear whether the diabetes was newly diagnosed or preexistent.

### Demographic Features

At the time of the adverse event, those with newly diagnosed hyperglycemia were younger than those with an exacerbation of preexistent diabetes (Table 1). Among the 153 cases (151 with age data) of newly diagnosed diabetes that were diagnosed by serum glucose or glycohemoglobin levels, the mean ± SD age was

213

CONFIDENTIAL
AZSER12443626

Table 1. Age Distribution of 226 Patients with Olanzapine-Associated Hyperglycemia

| Nature of Hyperglycemia Report | Age (yrs)[a] | Distribution by Age Cohort (yrs), no. | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 11–20 | 21–30 | 31–40 | 41–50 | 51–60 | 61–70 | ≥ 70 |
| Newly diagnosed hyperglycemia (n=184) | 40.7 ± 12.9 | 12 | 23 | 60 | 55 | 20 | 10 | 4 |
| Glucose or glycohemoglobin level (n=151) | 39.8 ± 12.4 | 9 | 20 | 55 | 45 | 11 | 8 | 3 |
| Drug therapy ± acidosis or ketosis (n=20) | 47.4 ± 12.4 | 0 | 2 | 3 | 8 | 5 | 1 | 1 |
| Less well documented (n=13) | 41.3 ± 17.0 | 3 | 1 | 2 | 2 | 4 | 1 | 0 |
| Exacerbation of preexistent diabetes (n=38) | 51.7 ± 15.4 | 2 | 0 | 7 | 11 | 8 | 4 | 6 |
| Unknown if new onset or exacerbation (n=4) | 38.8 ± 5.4 | 0 | 0 | 3 | 1 | 0 | 0 | 0 |
| Totals | 42.6 ± 13.8 | 14 | 23 | 70 | 67 | 28 | 14 | 10 |

[a]Data are mean ± SD.
Age was unknown for 11 patients.  Age range of the 226 patients was 13–79 years.  Hyperglycemic events were categorized by type of documentation available and patient's age in years at the time of the event.

39.8 ± 12.4 years (range 13–75 yrs), and 68% of these cases occurred before the age of 45 years. Fifty percent of these cases occurred in the third and fourth decades of life. There were twice as many men as women in this subgroup. Twelve cases of newly diagnosed hyperglycemia occurred in the 11–20-year age group, and six of these cases were pediatric patients younger than 18 years. Of the 44 patients (38 with age data) with exacerbation of preexistent diabetes, mean age was 51.7 ± 15.4 years (range 17–79 years), with a male:female ratio of 1.5.

Information on race was available for 150 patients, and of these, 84 (56%) were Caucasian, 58 (39%) were of African descent, 5 (3%) were Hispanic, and 3 (2%) were Asian.



Figure 1. Time to hyperglycemic event. Hyperglycemic events were categorized by the time to occurrence after start of olanzapine therapy. Data were available for 209 (88%) of the 237 patients. Among these, hyperglycemia was identified within the first 6 months of olanzapine therapy in 153 patients (73%). A notable number of cases had delayed onset up to 45 months.

## Time to Onset

The time to diagnosis of hyperglycemia for all subjects for whom these data were available (209 patients) ranged from 2 days to 45 months, but for 73% (153 patients), it was 6 months or less from the time olanzapine therapy was started (Figure 1). Among those with newly diagnosed diabetes documented by glucose or glycohemoglobin levels and for whom adequate time-to-onset information was available (142 patients), the onset of diabetes occurred within the first month of olanzapine therapy in 18 patients (13%). Forty-seven percent of such cases occurred within the first 3 months, and 70% of such cases occurred within 6 months of drug exposure. Time-to-onset information was available for 38 of 44 patients with exacerbation of preexistent diabetes. In these patients, the glycemic exacerbation was observed within the first month of olanzapine therapy in 55% of cases, within the first 3 months in 84%, and within the first 6 months in 97%.

## Olanzapine Dosages

Dosage information was available for 202 (85%) of the 237 cases. In these patients, the mean ± SD olanzapine dosage was 15.6 ± 7.0 mg/day (range 2.5–40 mg/day). Mean daily doses did not differ by sex (male patients 15.3 ± 6.8 mg, female patients 15.6 ± 7.2 mg). Mean daily doses were lower for patients with preexistent diabetes (13.2 ± 6.2 mg) versus those with new-onset hyperglycemia (16.1 ± 7.0 mg) (p=0.02) and tended to be higher in those with ketosis or acidosis (16.6 ± 6.8 mg) than in those without (15.0 ± 7.0 mg) (p=0.12). There was no significant correlation between dose and the reported glucose level or between dose and time

CONFIDENTIAL
AZSER12443627

Case 6:06-md-01769-ACC-DAB   Document 1349-24   Filed 03/11/09   Page 18 of 34 PageID 42256

to onset. Drug levels, which may be more predictive of clinical effects, typically were not available.

## Serious Outcomes

Metabolic abnormalities ranged from mild glucose intolerance to diabetic ketoacidosis and hyperosmolar coma. In 69 cases, the blood glucose level was 700 mg/dl or greater. Of these, at least 65 (94%) had newly diagnosed diabetes and 2 (3%) had exacerbation of preexistent diabetes. Two other cases could not be classified because of incomplete information. (In two additional cases, the patients progressed to hyperosmolar coma with glucose values of 1676 mg/dl and 800 mg/dl, respectively. Eight months earlier, the first patient had a fasting glucose of 131 mg/dl and a hemoglobin $A_{1c}$ of 6.4%. The second patient developed hyperglycemia again with rechallenge.) Of these 69 patients, 41 (59%) had blood glucose levels of 1000 mg/dl or greater. Thirty-eight (93%) of the 41 cases were newly diagnosed diabetes. At least 43 (62%) of the cases with high glucose levels occurred within 6 months of the start of olanzapine therapy. (Hyperglycemia [800 mg/dl] occurred within 3.5 months of rechallenge in an additional patient.) The mean age of these patients was 42.4 ± 12.7 years (if glucose ≥ 700 mg/dl but < 1000 mg/dl) or 41.4 ± 9.4 years (if glucose ≥ 1000 mg/dl). Information on ethnic background was available for 50 of those with high glucose levels (≥ 700 mg/dl). Forty-two percent (21 patients) were African-American, whereas 54% (27 patients) were Caucasian.

## Metabolic Acidosis

There were 80 cases of ketosis or metabolic acidosis; 92% (74 patients) of these cases were newly diagnosed diabetes. In three patients, whether the diabetes was newly diagnosed or preexistent was unclear. Although the degree of acidosis was generally mild, the presenting glucose value was 500 mg/dl or greater in 57 patients. In 41 patients, the acidosis or ketosis was accompanied by glucose values of 700 mg/dl or greater.

## Mental Status Changes

In 43 patients, mental status changes (obtundation or confusion) occurred in conjunction with the hyperglycemia. Of these, 42 patients had newly diagnosed diabetes and 1 had exacerbation of preexistent diabetes.

Table 2. Characteristics of the 15 Patients Who Died

| Characteristic | Data |
|---|---|
| Age, mean ± SD (yrs) | 43.1 ± 16.3 |
| M/F (no.) | 8/7 |
| Ethnic background (no.) | |
| Caucasian | 6 |
| African-American | 1 |
| Asian | 1 |
| Unknown | 7 |
| Hyperglycemia presentation (no.) | |
| Newly diagnosed | 14 |
| Exacerbation | 1 |
| Time to onset < 3 mo. (no.) | 8 |
| Olanzapine dose, mean ± SD (mg) | 17.9 ± 10.3 |
| Glucose level ≥ 700 mg/dl (no.) | 3 |
| Acidotic (no.) | 9 |

## Setting

Most cases occurred in the community setting. In four patients, hyperglycemia was identified during incarceration in a prison. In two of these patients, glucose levels were 1622 and 1299 mg/dl, respectively. In a third patient, the glycohemoglobin was 13%, and the patient subsequently died. The fourth patient, with a history of diabetes, had a glucose level of 800 mg/dl and was reported to be "unresponsive to high insulin doses." Whether the mental status changes that can occur with hyperglycemia were the reason for incarceration was not known.

## Pancreatitis or Hyperamylasemia

Pancreatitis or hyperamylasemia in association with hyperglycemia was reported in 17 patients. Of the 10 patients with concomitant acidosis or ketosis, 7 had elevated lipase levels, diagnostic computed tomographic findings, and/or treatment with pancreatic enzymes. Six patients with reported pancreatitis or hyperamylasemia had glucose values of 700 mg/dl or greater, and four of these patients had elevated lipase levels or confirmatory imaging studies. One case occurred in a 15-year-old boy who died of necrotizing pancreatitis 1 month after diabetes mellitus was diagnosed.

## Deaths

Fifteen patients (8 male and 7 female patients, 6 Caucasian) died, including the 15-year-old boy (Table 2). Fourteen of these deaths occurred in patients with newly diagnosed diabetes. For eight of these patients, the time to onset was less

215

CONFIDENTIAL
AZSER12443628

than 3 months. The mean daily dose of olanzapine was $17.9 \pm 10.3$ mg. Of the 15 deaths, 13 occurred during or shortly after a hyperglycemic episode, with acidosis or ketosis reported in 9 of the 13 cases. In the other two cases, the patients died a month after the hyperglycemia was identified, one with necrotizing pancreatitis and the other of unknown causes. Often, these patients had many medical problems at the time of death, making it difficult to assign a primary role for the hyperglycemia in their deterioration. One of the patients, a 39-year-old woman with symptoms of polydipsia and blurred vision, died after 8 months of olanzapine therapy. At autopsy, the vitreal glucose level was 867 mg/dl, and the patient was acidotic.

### Additional Risk Factors

The reports did not uniformly provide systematic information on risk factors for diabetes. Limited body weight data were available for 169 patients. Approximately 24% of these patients did not appear either to be overweight or to have had sustained weight gain. Of the 80 patients with newly diagnosed hyperglycemia for whom family history information was provided, 43 (54%) had a positive family history (in 2 cases, it was remote), and 37 (46%) had a negative family history for diabetes. Hepatitis, a putative risk factor,[29, 30] was reported in six patients (five with hepatitis C and one with hepatitis B). There was also no systematic pattern of concomitant drug therapy, as reported below.

### Concomitant Drugs

There was no consistent pattern of concomitant drug therapy that emerged from the data reported for these patients. Only a limited number of patients were receiving drugs known to induce hyperglycemia. One patient received systemic steroids for sinusitis, two others received nonsystemic steroids as a cream or inhaler, one had been taking niacin, and nine had been taking thiazide diuretics. Of note, eight patients had been taking another atypical antipsychotic (risperidone [three patients], clozapine [four], or quetiapine [one]). Treatment with valproate, a controversial putative risk factor for hyperglycemia,[31-34] was reported for 59 of the 190 patients with some information on serial or concomitant drug therapy. The frequency of known valproate therapy in those

with glucose levels of 700 mg/dl or greater (35%), however, did not differ from that in patients with glucose levels less than 700 mg/dl (33%) ($\chi^2=0.1$, degrees of freedom $[df]=1$, p=0.75). Valproate therapy was reported in seven cases (41%) of pancreatitis or hyperamylasemia. The other most frequently reported concurrent drugs were lithium, benztropine, conventional antipsychotics, thyroid hormone, antidepressants (fluoxetine, paroxetine, sertraline, venlafaxine), and clonazepam. A trend for a higher frequency of lithium therapy in those with glucose levels of 700 mg/dl or greater (20%) than that in patients with lower glucose levels (9%) failed to reach significance ($\chi^2=3.4$, $df=1$, p=0.06).

### Olanzapine Withdrawal and Rechallenge

Complete data on the course of diabetes were lacking in many cases. Olanzapine was discontinued for various reasons in 105 cases, but follow-up data were available only for 76 of these cases. Of the 76 cases, 60 patients (79%) were reported to have improved, and 16 (21%) did not improve. Complete follow-up information was not available to determine how many of the patients who improved had glucose levels that returned to normal or how many of these patients required continuing therapy. Nonetheless, some of the cases with more complete information were compelling. A thin, otherwise healthy, 72-year-old man with a negative family history of diabetes was hospitalized for psychiatric decompensation after self-discontinuation of drug therapy. His glucose levels were normal, and he was started on olanzapine 10 mg/day. Approximately 2 months later, for behavioral changes, his dosage was decreased to 5 mg/day. Shortly thereafter, the patient became polydipsic and somnolent. He was hospitalized with a glucose level of 1600 mg/dl. Olanzapine was discontinued. The patient was treated initially with insulin and later with oral antidiabetic agents. Subsequently, these also were discontinued. The patient remained normoglycemic without antidiabetic agents for 8 months after the hyperglycemic episode—although subsequently a low dosage of an oral antidiabetic was required.

Of the nine patients switched from olanzapine to another identified atypical antipsychotic, glucose control improved in five of seven patients switched to risperidone and in one of two patients switched to quetiapine. Two patients who developed diabetes while taking olanzapine also had a history of hyperglycemia with

CONFIDENTIAL
AZSER12443629

clozapine.

The olanzapine dosage was reduced in at least six patients. Follow-up data were available only for five patients because one patient died of complications before a response to the lower dosage could be assessed. Of the five patients, three improved and two had no change. For patients in whom olanzapine was not discontinued, insufficient data were available to determine the course of their diabetes.

Ten patients were rechallenged with olanzapine. Of these, eight (80%) experienced deterioration in glycemic control. This occurred within 3 days of rechallenge for two patients. In two others patients, deterioration in glycemic control occurred 7 and 8 days after rechallenge. Approximately 5–6 months after reinstitution of olanzapine, another patient developed diabetic ketoacidosis and hyperamylasemia complicated by diffuse clotting and death. Among the 10 patients, outcome was unknown for one patient. The one other patient who did not have a recurrence of hyperglycemia had an interval weight loss of at least 24 pounds. Glycemic control again improved after olanzapine discontinuation in three patients.

## Discussion

We identified 237 cases of newly diagnosed hyperglycemia or diabetes mellitus, or diabetic exacerbation, associated with olanzapine. These reports are most notable for the number of patient in whom glucose levels equaled or exceeded 700 mg/dl and for the relatively young age of these patients. In contrast to our findings, the hyperosmolar diabetic state typically is found in elderly patients, often living alone, who decompensate because of a stroke, infection, or drug therapy and who are unable to ingest sufficient fluid.[35, 36] We also identified other significant outcomes, including metabolic acidosis or ketosis in 80 patients, obtundation or confusion in 43, pancreatitis or hyperamylasemia in 17, and death in close temporal proximity to the hyperglycemic episode in 13. The gravity of these outcomes highlights the need to further examine this potential association.

Several of our findings suggest a relationship between olanzapine therapy and diabetes. These include the number of cases reported, the temporal relationship to the start of olanzapine therapy, and the prompt reversibility of hyperglycemia with drug withdrawal in some cases. Furthermore, the mean age in the newly diagnosed cases in our sample (40.7 yrs) is considerably less than the typical mean age of patients with newly diagnosed type 2 diabetes. Data from the National Health Interview Surveys (NHIS) indicate that the overwhelming majority of newly diagnosed cases of type 2 diabetes occurs in older individuals, with the highest incidence in the 65–74-year age cohort (8.6/1000/yr).[37] In the U.S. population, prevalence also increases with age: 81% of diabetes cases are in people older than 44 years. Indeed, in the 65–74-year and the 75-year and older age groups, 11% and 10%, respectively, have diabetes. In contrast, the incidence of diabetes in people aged 25–45 years is 1.79/1000/year, and only 1% in that age group have the disease.[37] Figure 2 illustrates an indirect comparison of the cumulative relative frequency of new-onset diabetes cases by age in our study with that of the U.S. population. The frequency of newly diagnosed cases in the 0–44-year age group appears to be twice as high among olanzapine-treated patients (66%) than in the U.S. population (33%). When we compared the distribution of olanzapine-associated new-onset cases with that of the NHIS using the same age groups, we determined that the difference was statistically significant ($\chi^2$=113.6, $df$=5, p<0.0001). These data suggest that the onset of diabetes mellitus occurs earlier in life among



Figure 2. Distribution by age. Age distribution of olanzapine-associated new-onset diabetes was compared with the distribution of new-onset diabetes cases in the U.S. population.[37] The National Disease and Therapeutic Index drug appearance data from office visits for 1996–2000 were used to assess olanzapine treatment by age.[38] Drug appearances include new and refill prescriptions, as well as samples provided to patients by physicians. Patient age was unspecified for 2.8% of drug appearances. There were twice as many cases of diabetes associated with olanzapine in the 0–44-year age range as there were in the U.S. population survey, demonstrating the relatively young age of these cases. The two distributions were different (p<0.0001).

CONFIDENTIAL
AZSER12443630

those receiving olanzapine than it does in the general population, with the sharpest rise in those younger than 44 years. The age distribution of patients with olanzapine-associated newly diagnosed hyperglycemia is also to the left of the age distribution for all olanzapine prescription recipients (based on utilization data from IMS Health, Inc.[38]). This suggests that the distribution of cases is unlikely to simply reflect the age distribution of the population that receives the drug. This relatively young age at the time of onset of hyperglycemia also was observed with another atypical antipsychotic, clozapine.[39]

In addition to the relative youth of the olanzapine-associated cases, the observed imbalance between the sexes is atypical of diabetes. The male:female ratio for all cases of newly diagnosed hyperglycemia in our series was 1.8. Data from NHIS indicate a male:female prevalence ratio of 0.8 and a male:female incidence ratio of 0.7.[37] There is no known sex disparity for the prevalence of schizophrenia or bipolar disease.[40–42] The National Disease and Therapeutic Index data indicate that the male:female ratio of olanzapine therapy is 0.8 (Figure 3).[38] This same sex disparity was observed with clozapine-associated hyperglycemia.[39]

No other clear risk factors for olanzapine-associated hyperglycemia emerged from this study other than possibly race and lithium therapy. African-Americans compose about 10% of patients receiving olanzapine (Figure 4) but compose nearly 39% (58 of 150) of cases of diabetes with ethnic heritage information in this report. Although the prevalence of diabetes was higher among African-Americans than among Caucasians for all age groups, the disparity in prevalence increases with age. The prevalence of diabetes is approximately 1.3 times higher in the 25–44-year age group and is only 2-fold higher in older age groups.[17] We did not find a clear dose effect, although there was a trend for newly diagnosed cases and cases with ketosis or acidosis to have higher mean olanzapine daily doses. There was a weak association between concomitant lithium therapy and very high glucose levels. Lithium can cause diabetes insipidus and weight gain[43] and, as such, increase the risk for hyperosmolar states.

There is no obvious mechanism by which olanzapine might impair carbohydrate metabolism. Although weight gain can occur during therapy,[1] the prompt onset of diabetes in many



Figure 3.  Sex of patients with olanzapine-associated hyperglycemia (A) and sex of patients treated with olanzapine (B). National Disease and Therapeutic Index drug appearance data from office visits for 1996–2000 were used.[38] Drug appearances include new and refill prescriptions, as well as samples provided to patients by physicians. The patterns do not explain the sex differences observed in the adverse event reports. Curiously, these data indicate that 58% of the men versus 44% of the women receiving olanzapine were younger than 45 years. Diabetes in this age group is more common in women.[17]

CONFIDENTIAL
AZSER12443631

patients (six cases within the first week of treatment) argues against a primary role for weight gain in the development of olanzapine-associated diabetes. Weight gain may contribute to the late-onset hyperglycemia that was observed. The variations in the time to onset of hyperglycemia may reflect several mechanisms of action (e.g., direct islet cell toxic reaction vs interference with non–insulin-mediated glucose utilization vs insulin resistance). There is no overt chemical similarity between olanzapine and other compounds known to be islet cell toxins (Figure 5).[44, 45] Olanzapine also may be unmasking diabetes in genetically vulnerable patients. The metabolism of olanzapine in sensitive individuals may differ from that in unaffected individuals as well.

There are limitations to this report. The MedWatch database relies on spontaneous adverse event reporting. Substantial under-reporting is characteristic of systems such as MedWatch.[46–53] Indeed, olanzapine does not require specific routine laboratory monitoring, and the symptoms of diabetes may be missed in low-functioning patients. Distortions in reporting may occur over time as prescribers become aware of a particular adverse event from experience, literature, and/or changes to product labels. Also, clinicians possibly were more attuned to hyperglycemia because weight gain is a known adverse effect[1] and glucose monitoring may have been more common in such patients. Although we know the total number of prescriptions, approximately 15 million between 1996 and 2000 inclusive, we cannot determine patient-year-exposure (i.e., we have no precise estimates on patient carryover from year to year or the numbers of patients who received olanzapine in the populations who contributed to these reports).[54] Furthermore, control populations were absent, and case descriptions may be incomplete. Even indirect comparisons of age distribution of our cases with population patterns derived from another study can be biased by several factors. Hence, we cannot determine causality or incidence. The possibility that other factors (e.g., detection bias, preexistent risk factors, prior drug therapy, or concomitant drugs) contributed to the hyperglycemia cannot be excluded. Nonetheless, the MedWatch surveillance system can provide signals for adverse events, including those that might not be



**Figure 4.** Ethnic background of patients with olanzapine-associated hyperglycemia for whom such information was available (A) and ethnic background of patients treated with olanzapine (B). National Disease and Therapeutic Index drug appearance data from office visits for 1996–2000 were used.[38] Drug appearances include new and refill prescriptions, as well as samples provided to patients by physicians. The patterns do not explain the racial differences observed in the adverse event reports.

CONFIDENTIAL
AZSER12443632

Case 6:06-md-01769-ACC-DAB   Document 1349-24   Filed 03/11/09   Page 23 of 34 PageID 42261

identified during relatively short efficacy trials.

Indeed, preliminary findings from a retrospective analysis of a large prescription claims database suggest that the risk for incident diabetes (defined as starting antidiabetic pharmacotherapy) was comparably higher (about 3-fold) in patients receiving a number of antipsychotic agents, including olanzapine, than in those who did not.[55] These findings, in turn, are supported by results of smaller studies suggesting that antipsychotic agents, including some conventional neuroleptics, are associated with altered glucose tolerance and insulin response, especially in the setting of tardive dyskinesia,[56, 57] and that glucose tolerance improves with the discontinuation of antipsychotic agents.[56] Finally, hyperglycemia associated with many of the newer antipsychotics has been reported,[56–61] although the majority of published cases implicate clozapine or olanzapine.

A drug that potentially precipitates diabetes in patients with chronic mental illness has implications for the patients and their families and clinicians.[25, 58] Low-functioning patients may lack sufficient insight to recognize the symptoms of diabetes or may lack access to medical care. Because olanzapine is known to cause weight gain, dry mouth, and sedation,[1] laboratory evaluation of patients with weight loss or polydipsia could be delayed. Mental status changes associated with hyperglycemia or hypoglycemia may be mistaken for psychotic or antisocial behavior and result in improper management or incarceration. The availability of insulin can magnify the lethality of suicide attempts.[25] Further, switching to another antipsychotic agent or noncompliance with the offending agent while a patient is taking antidiabetic pharmacotherapy may result in hypoglycemia.[58]

In patients with olanzapine-associated diabetes, the decision to switch to another antipsychotic versus continuing olanzapine is a difficult one. In the absence of prospective, direct-comparison studies, whether substantive differences exist in the hyperglycemic risk for the various atypical antipsychotic agents is not known. Moreover, changing to another drug carries the risk of a psychotic flare.

## Conclusion

These results suggest a causal relationship between olanzapine and development or worsening of diabetes. The onset of hyperglycemia may be rapid and severe, the association is not dose dependent, and the risk does not



Figure 5. Chemical structures. The physical chemical properties of olanzapine that could contribute to B cell toxic reaction are unknown. Alloxan, streptozocin, and pentamidine are chemical compounds known to induce glucose intolerance through islet cell damage. Chlorpromazine, a classic antipsychotic agent, also has been associated with diabetes,[4] and haloperidol alters the insulin response to a carbohydrate load.[45] Although these compounds all have ring structures, the rings are not uniformly planar nor are any of the side chains common to all.

220

CONFIDENTIAL
AZSER12443633

OLANZAPINE-ASSOCIATED DIABETES MELLITUS *Koller and Doraiswamy*   851

diabetes mellitus. Ann Pharmacother 2001;35:563–5.

9. Ter Braak GL. Het hyperglykemisch dehydratiesyndroom [commentl. Ned Tijdschr Geneeskd 1998;142:2262.

10. Doucette DE, Grenier JP, Robertson PS. Olanzapine-induced acute pancreatitis. Ann Pharmacother 2000;34:1128–31.

11. Fertig MK, Brooks VG, Shelton PS, English CW. Hyperglycemia associated with olanzapine. J Clin Psychiatry 1998;59:687–9.

12. Goldstein LE, Sporn J, Brown S, et al. New-onset diabetes mellitus and diabetic ketoacidosis associated with olanzapine treatment. Psychosomatics 1999;44:778–83.

13. Gatta B, Rigalleau V, Gin H. Diabetic ketoacidosis with olanzapine treatment [letter]. Diabetes Care 1999;22:1002–3.

14. Iqbal N, Oldan RL, Baird G, et al. Atypical antipsychotic-induced diabetes mellitus. Poster presentation at the annual meeting of the American Psychiatric Association, Chicago, May 13–18, 2000.

15. Johnson RP, Al-Taher MT, Madlock LW, Guo M, Nasdahl CL. Increasing insulin dose for olanzapine-related diabetes. Am J Psychiatry 2002;159:150–1.

16. Koller E, Malozowski S, Doraiswamy PM. Atypical antipsychotic drugs and hyperglycemia in adolescents [letter]. JAMA 2001;286:2547–8.

17. Lindenmayer JP, Patel R. Olanzapine-induced ketoacidosis with diabetes mellitus [letter]. Am J Psychiatry 1999;156:9.

18. Meunch J, Carey M. Diabetes mellitus associated with atypical antipsychotic medications: one case report and review of the literature. J Am Board Fam Pract 2001;14:278–82.

19. Ober SK, Hudak R, Rusterholtz A. Hyperglycemia and olanzapine [letter]. Am J Psychiatry 1999;156:970.

20. Rigalleau V, Gatta V, Bonnaud M, et al. Diabetes as a result of atypical anti-psychotic drugs: a report of three cases. Diabetes Med 2000;17:484–6.

21. Roefaro J, Mukherjee SM. Olanzapine-induced hyperglycemic nonketonic coma. Ann Pharmacother 2001;35:300–2.

22. Seaburg HL, McLendon BM, Doraiswamy PM. Olanzapine-associated severe hyperglycemia, ketonuria, and acidosis: case report and review of literature. Pharmacotherapy 2001;21:1448–54.

23. Selva KA, Scott SM. Diabetic ketoacidosis associated with olanzapine in an adolescent patient. J Pediatr 2001;138:936–8.

24. Smith L. Hyperglycemia in patients treated with olanzapine. Poster presentation at the American Psychiatric Association Institute on Psychiatric Services meeting, New Orleans, October 29–November 2, 1999.

25. Van Meter S, Seaburg H, McLendon B, Doraiswamy PM. Olanzapine, new onset diabetes and suicidal insulin overdose. J Clin Psychiatry 2001;62:993–4.

26. Von Hayek D, Huttl V, Reiss J, Fuebl HS. Hyperglykamie and ketoazidose unter olanzapin. Nervenarzt 1999;70:836–7.

27. Wilson ER, D'Souza L, Sarkar N, Newton M. New-onset diabetes and ketoacidosis with atypical antipsychotics. Presented at the annual meeting of the American College of Neuropsychopharmacology, Acapulco, Mexico, December 12, 1999.

28. Wirshing DA, Spellberg GJ, Erhart SM, Marder SR, Wirshing WC. Novel antipsychotics and new-onset diabetes. Biol Psychiatry 1998;44:778–83.

29. Garrido Serrano A, Guerrero Igea FJ, Lepe Jimenez JA, Palomo Gil S, Grilo Reina A. Hyperinsulinemia in cirrhotic patients infected with hepatitis C virus. Gastroenterol Hepatol 2001;24:127–31.

30. Piquer S, Hernandez C, Enriquez J, et al. Islet cell and thyroid antibody prevalence in patients with hepatitis C virus infection: effect of treatment with interferon. J Lab Clin Med 2001;137:38–42.

31. Odinesen H, Gram L, Andersen T, Dam M. Weight gain during treatment with valproate. Acta Neurol Scand 1984;70:65–9.

32. Isojarvi JI, Tauboll E, Pakarinen AJ, et al. Altered ovarian function and cardiovascular risk factors in valproate-treated women. Am J Med 2001;111:290–6.

33. Jallon P, Picard F. Bodyweight gain and anticonvulsants: a comparative review. Drug Saf 2001;24:969–78.

34. Turnbull DM, Bone AJ, Tames FJ, Wilson L, Baird JD, Sherratt HS. The effect of valproate on blood metabolite concentrations in spontaneously diabetic, ketoacidotic, BB/E Wistar rats. Diabetes Res 1985;2:45–8.

35. Arieff AA, Carroll HJ. Non-ketotic hyperosmolar coma with hyperglycemia: clinical features, pathophysiology, renal function, acid-base balance, plasma-cerebrospinal fluid equilibria, and the effects of therapy in 37 cases. Medicine (Baltimore) 1972;51:73–94.

36. Gerich JE, Martin MM, Recant L. Clinical and metabolic characteristics of hyperosmolar non-ketotic coma. Diabetes 1971;20:228–38.

37. Kenny SJ, Aubert RE, Geiss LS. Prevalence and incidence of non–insulin dependent diabetes. In: Harris MI, Cowie CC, Stern MP, Boyko EJ, Reiber GE, Bennett PH, eds. Diabetes in America. 2nd ed. Publication no. 95-1468. Bethesda, MD: National Institutes of Health—National Institute of Diabetes and Digestive and Kidney Diseases, 1995:47–67.

38. IMS Health. IMS Health–National Disease and Therapeutic Index.™ Plymouth Meeting, PA.

39. Koller E, Schneider B, Bennett K, Dubitsky G. Clozapine-associated diabetes. Am J Med 2001;111:716–23.

40. Andreasen NC, Kane JM, Keith S, Kendler KS, McGlashan T. Schizophrenia and other psychotic disorders. In: First MB, ed. Diagnostic and statistical manual of mental disorders, 4th ed. Washington, DC: American Psychiatric Association, 1994:273–316.

41. Hendrick V, Altshuler LL, Gitlin MJ, Delrahim S, Hammen C. Gender and bipolar illness. J Clin Psychiatry 2000;62:393–6.

42. Usall I, Rodie J. Gender differences in mood disorders: a literature review. Actas Esp Psiquiatr 2001;29:269–74.

43. Kaplan HI, Sadock BJ. Kaplan and Sadock's synopsis of psychiatry, 8th ed. Media, PA: William and Wilkins, 1997:1049–50.

44. Ammon HR, Orci L, Steinle J. Effect of chlorpromazine (CPZ) on insulin release in vivo and in vitro in the rat. J Pharmacol Exp Ther 1973;187:423–9.

45. Brambilla F, Guerrini A, Guastalla A. Neuroendocrine effects during haloperidol therapy in chronic schizophrenia. Psychopharmacologia 1985;44:17–22.

46. Bates DW, Cullen DJ, Laird N, for the ADE Prevention Study Group. Incidence of adverse drug events and potential adverse drug events: implications for prevention. JAMA 1995; 274:29–34.

47. Bennett BS, Lipman AG. Comparative study of prospective surveillance and voluntary reporting in determining the incidence of adverse events. Am J Hosp Pharm 1977;34:931–6.

48. Eland IA, Belton KJ, van Grootheest AC, Meiners AP, Rawlins MD, Stricker BH. Attitudinal survey of voluntary reporting of adverse drug reactions. Br J Clin Pharmacol 1999;48:623–7.

49. Inman WHW. Investigation of deaths from pulmonary, coronary, and cerebral thrombosis and embolism in women of child-bearing age. Br Med J 1968;2:193–9.

50. Kimmel SE, Sekeres MA, Berlin JA, Goldberg LR, Strom BL. Adverse events after protamine administration in patients undergoing cardiopulmonary bypass: risk and predictors of under-reporting. J Clin Epidemiol 1998;51:1–10.

51. McGettigan P, Golden J, Conroy RM, Arthur N, Feely J. Reporting of adverse drug reactions by hospital doctors and the response to intervention. Br J Clin Pharmacol 1997;44:98–100.

52. Smith Rogers A, Israel E, Smith CR, Levine D, McBean AM. Physician knowledge, attitudes, and behavior related to reporting adverse drug events. Arch Intern Med 1988;48:1596–600.

53. Tyler LS, Nickman NA. Hospital pharmacy compliance with JCAHO standards and ASHP guidelines for reporting adverse drug reactions. Am J Hosp Pharm 1992;49:845–50.

54. IMS Health, IMS Health–National Prescription Audit Plus.™ Plymouth Meeting, PA.

55. Kwong K, Cavazzoni P, Hornbuckle K, et al. Higher incidences of diabetes mellitus during exposure to antipsychotics: findings from a retrospective cohort study in the U.S. Poster presentation at the 41st annual meeting of the New Clinical

221

CONFIDENTIAL
AZSER12443634

850                                    PHARMACOTHERAPY Volume 22, Number 7, 2002

vanish with extended therapy. Awareness of the potential safety issues will help guide drug selection and direct adverse event monitoring so that patients may more fully benefit from the substantial therapeutic efficacy offered by the atypical antipsychotic agents. Because spontaneous adverse event surveillance can neither establish causality nor determine true incidence and prevalence, further research is indicated.

### Addendum

Subsequent to acceptance of our manuscript for publication, we extended our FDA MedWatch inquiry through February 2002, and the findings support our original observations.[62-64] We identified an additional 52 cases of hyperglycemia (42 domestic, 10 foreign). Of these, 37 were newly diagnosed hyperglycemia, 13 were exacerbation of preexistent diabetes, and 2 could not be categorized. Among the cases with age information, the mean ± SD age at the time of diagnosis was 45.1 ± 14.4 years overall (48 patients), 43.4 ± 13.2 years for those with newly diagnosed hyperglycemia (35 patients), and 50.0 ± 17.6 years for those with exacerbation of preexistent disease (12 patients). Two cases occurred in children aged 14 and 16 years, respectively. The male:female ratio was 1.8:1 (51 patients).

Of the 34 patients with ethnic background information, 19 (56%) were Caucasian, 10 (29%) were African-American, 3 (9%) were Asian, and 2 (6%) were Hispanic. Among 38 cases with time-to-onset data, hyperglycemia occurred within 6 months of starting olanzapine in 23 patients (60%). Ketosis and/or acidosis in the setting of hyperglycemia was reported in 20 cases. Of five reports of pancreatitis, four cases were documented by lipase levels or computed tomographic findings; two cases were complicated by death. Eight additional deaths occurred; one of these deaths occurred in a 35-year-old man within 1 month of diagnosis and after olanzapine had been discontinued.

Glucose levels of 700 mg/dl or greater were reported in 14 cases, four of which had levels of 1000 mg/dl or greater. Twelve of these cases occurred in patients with newly diagnosed hyperglycemia, and the other two occurred in patients with exacerbation of preexistent diabetes. Ten of the cases with glucose levels of 700 mg/dl or greater were accompanied by varying degrees of ketosis and/or acidosis. Three of the patients with high glucose levels had

pancreatitis documented by lipase levels and/or computed tomography. Five patients with glucose levels of 700 mg/dl or greater died. One patient had an abnormal fasting glucose level in his record (137 mg/dl) prior to starting olanzapine, but the physicians were unaware of its existence or its significance before the patient progressed to a hyperosmolar state and died.

Mean olanzapine dosage in 43 cases was 14.1 ± 7.3 mg/day (using the maximum known therapeutic dose and excluding an overdose of 1500 mg). No correlation was noted between time to onset and dosage (r=0.37, 36 patients). Some information for concomitant drug therapy was available for 41 cases (79%). Four patients received no concomitant drugs, three were taking a thiazide diuretic, four received nonsystemic corticosteroids (nasal or inhaled), and two were taking systemic corticosteroids (clopredon 5 mg or prednisone 10 mg). One patient was taking quetiapine; another may have been taking risperidone concurrently. Seven patients received valproate, and six were taking lithium. Olanzapine was discontinued in 27 patients. Although follow-up was incomplete, insulin dosages were decreased successfully in two patients, and antidiabetic drug therapy was discontinued in another two patients. For the latter two patients, oral antidiabetic agents needed to be instituted 8 and 13 months later, respectively.

### Acknowledgments

The authors are indebted to the pharmacists, nurses, physicians, and patients who submitted MedWatch reports and particularly to those who provided follow-up information.

### References

1. Eli Lilly and Company. Zyprexa home page. Available from http://www.zyprexa.com. Accessed June 8, 2001.
2. Markowitz JS, Brown CS, Moore TR. Atypical antipsychotics. I. Pharmacology, pharmacokinetics, and efficacy. Ann Pharmacother 1999;33:73–85.
3. Arciniegas DB, Topkoff JL, Held K, Frey L. Psychosis due to neurological conditions. Curr Treatment Options Neurol 2001;3:347–66.
4. Goodnick PJ, Barrios CA. Use of olanzapine in non-psychotic psychiatric disorders. Expert Opinion Pharmacother 2001;2:667–80.
5. Sipahimalani A, Masand PS. Olanzapine in the treatment of delirium. Psychosomatics 1998;39:422–30.
6. Findling RL, McNamara NK, Gracious BL. Pediatric uses of atypical antipsychotics. Expert Opinion Pharmacother 2000;1:935–45.
7. Bettinger TL, Mendelson SC, Dorson PG, Crismon ML. Olanzapine-induced glucose dysregulation. Ann Pharmacother 2000;34:865–7.
8. Bonanno DG, Davydov L, Botts SR. Olanzapine-induced

CONFIDENTIAL
AZSER12443635

852                    PHARMACOTHERAPY Volume 22, Number 7, 2002

Drug Evaluation Unit, Phoenix, May 28–31, 2001.

56. Mukherjee S, Roth SD, Sandyk R, Schnur DB. Persistent tardive dyskinesia and neuroleptic effects on glucose tolerance. Psychiatry Res 1989;29:17–27.

57. Schultz SK, Arndt S, Ho BC, Oliver SE, Andreasen NC. Impaired glucose tolerance and abnormal movements in patients with schizophrenia. Am J Psychiatry 1999;156:640–2.

58. Kamran A, Doraiswamy PM, Jane JL, Hammett EB, Dunn L. Severe hyperglycemia associated with high doses of clozapine [letter]. Am J Psychiatry 1994;151:1395.

59. Henderson DC, Cagliero E, Gray C, et al. Clozapine, diabetes mellitus, weight gain, and lipid abnormalities: a five-year naturalistic study. Am J Psychiatry 2000;157:975–81.

60. Sobel M, Jaggers ED, Franz MA. New-onset diabetes mellitus associated with the initiation of quetiapine treatment. J Clin Psychiatry 1999;60:556–7.

61. Croarkin PE, Jacobs KM, Bain BK. Diabetic ketoacidosis associated with risperidone treatment? Psychosomatics 2000;41:369–70.

62. Kropp S, Emrich HM, Bleich S, Degner D. Olanzapine-related hyperglycemia in a nondiabetic woman [letter]. Can J Psychiatry 2001;46:457.

63. Ragucci KR, Wells BJ. Olanzapine-induced diabetic ketoacidosis. Ann Pharmacother 2001;35:1556–8.

64. Teter CJ, Early JJ, Frachtling RJ. Olanzapine-induced neutropenia in patients with history of clozapine treatment: two case reports from a state psychiatric institution. J Clin Psychiatry 2000;61:872–3.

CONFIDENTIAL
AZSER12443636

# Chlorpromazine Induced Diabetes

## Charles Korenyi, M.D., and Bert Lowenstein, M.D.

Since the introduction of chlorpromazine, many reports appeared indicating that this drug alters the glucose metabolism. One of the earliest reports that chlorpromazine increases the blood sugar level, was published by Courvoisier et al[1] in 1953. Dobkin et al[2] in 1954 reported that after injecting 1.5 mg. chlorpromazine per Kg. body weight intravenously for seven volunteers an appreciable increase of blood sugar level was found. It should be noted, however, that the chlorpromazine was diluted by 5 per cent glucose in water.

The same year Lancaster and Jones[3] reported that chlorpromazine produced some lowering of the fasting blood sugar in eleven patients. They also reported, however, that chlorpromazine has no effect on the blood sugar level following a dose of insulin. Giacobini and Lassenius[4] in 1954 observed transient glycosuria without hyperglycemia in four patients during chlorpromazine therapy. Moyer et al[5] in 1955 found glycosuria with normal blood sugar level in two patients who were receiving very large doses of chlorpromazine. Celice et al[6] in 1955, after intramuscular injection of chlorpromazine in nineteen patients, found no change in blood sugar level in one case, minimal fall of the blood sugar in three cases, marked fall in three cases and hyperglycemia in twelve cases. Charatan and Bartlett[7] in 1955 reported that intravenous injection of 50 mg. chlorpromazine followed by a single loading dose of glucose by mouth produced a diabetic curve; the mean level at two and one-half hours after ingestion of glucose remained above the fasting level in eleven patients.

Hiles[8] reported briefly in 1956 that two patients, whose fasting blood sugar was normal and who showed no sugar in urine before chlorpromazine therapy began, developed mild diabetes mellitus while receiving chlorpromazine and the diabetes persisted when chlorpromazine was discontinued.

Blair and Brady[9] in 1958 reported one case of diabetes mellitus requiring insulin developed during chlorpromazine therapy. After chlorpromazine was discontinued glycosuria disappeared and the blood sugar curve returned to normal.

Amdisen[10] in 1964 observed several cases of glycosuria and abnormal glucose tolerance curve during long-term chlorpromazine therapy. Two of his patients had glycosuria before chlorpromazine therapy began and one of them, who remained on chlorpromazine showed a gradual increase in the degree of his diabetes, while the other patient's diabetes became milder after perphenazine was subtituted for chlorpromazine.

Arneson[11] also in 1964 observed five cases of transient hyperglycemia and glycosuria during chlorpromazine therapy, which disappeared upon cessation of drug. In five other cases where diabetes was easily controlled by insulin, the disease became unstable during chlorpromazine therapy.

Gey et al[12] in 1965 studied the suppression of glycolysis in rat brain in vivo by chlorpromazine and confirmed that chlorpromazine alters the extracerebral metabolism of carbohydrates. These changes, however, do not in general parallel the alterations in cerebral carbohydrate metabolism. For instance, glucose-6-phosphate and fructose-6-phosphate are increased in the blood cells, but decreased in the brain. They offered several theories for the increase of glucose in the blood e.g., reduced glucose uptake by extracerebral tissues, functional alterations in the autonomic nervous system, endocrine imbalance, for instance increased gluconeogenesis mediated through the adrenals.

Ewer et al[13] in 1965 published a case of tetanic neuromyopathy who had abnormal glucose tolerance test while receiving chlorpromazine for myospasm.

In the N-1 Research Ward at Creedmoor State Hospital we observed two cases of diabetes mellitus developed during chlorpromazine therapy, which we will now briefly report.

*Case No. 1:* D. M., a 55-year-old, white, female, married housewife, was admitted to Kings Park Hospital in 1937 and was transferred to Creedmoor in October 1943. Her diagnosis was schizophrenic reaction, catatonic type. There was history of diabetes in the family. She came to the Research Ward for a study in September 1964. On admission her routine laboratory examination was normal, including fasting blood sugar (91 mg.%)

CONFIDENTIAL
AZSER12443637

and she was receiving at that time chlorpromazine 800 mg. daily. There was no glycosuria. She was maintained on chlorpromazine during her stay on the Research Ward. In March 1965, her fasting blood sugar was still normal (79.5 mg%) but in August 1965 it was found elevated (134 mg.%). At this time postprandial blood sugar was 258 mg.%. Glucose tolerance test was abnormal and she had two to four plus sugar in urine. Her medication was changed to chlorprothixene and she was placed on Orinase. Special diet for diabetes was never prescribed. After August 1965 no sugar was found in urine but her postprandial blood sugar was still slightly elevated (163 mg.%).

*Case No. 2:* V.S., a 66-year-old white, female, single, formerly a telephone operator, was hospitalized the first time at the age of twenty-six in November 1926 at a private psychiatric hospital with the diagnosis of schizophrenic reaction, hebephrenic type. She was hospitalized for one year and was released on convalescencent care in June 1927. She was hospitalized again in 1930 in Brooklyn State Hospital, and transferred to Creedmoor in 1931 where she has resided since. Her diagnosis was changed in 1951 to schizophrenic reaction, catatonic type. There was no history of diabetes in the family. Urinalysis in 1939 showed no sugar. In September 1963 she was transferred to the Research Ward. At that time her routine laboratory examinations were normal except urinalysis, which showed ± glycosuria, and her fasting blood sugar was 107.5 mg.%. She was receiving at that time chlorpromazine 300 mg. daily. In the latter part of 1965 her urinalysis showed intermittent glycosuria (one to two plus) and in October 1965 her postprandial blood sugar was slightly elevated (163 mg.%) while fasting blood sugar was 102.5 mg.%. Glucose tolerance test was abnormal. Her medication was changed to chlorprothixene 400 mg. daily and no glycosuria was found thereafter. Her fasting blood sugar fluctuated between 90 mg.% and 100 mg.% and presently her postprandial blood sugar is normal (146 mg.%). She never received Orinase and was never placed on a diabetic diet.

## Summary

Literature on the effect of chlorpromazine on glucose metabolism is briefly reviewed. Two cases of diabetes mellitus developing during chlorpromazine therapy have been reported.

In one case the diabetes persists despite discontinuation of chlorpromazine. In the other case the condition disappeared after cessation of chlorpromazine therapy.

C. Korenyi — Creedmoor Institute for Psychobiologic Studies Creedmoor State Hospital, Queens Village, New York.

B. Lowenstein — Long Island Jewish Hospital, Queens Hospital Center Affiliation.

*Acknowledgment:* The authors acknowledge the assistance of G. Briones, M.D. for abstracting the charts of the two patients, and to J. R. Whittier, M.D. for critical review of the report.

## BIBLIOGRAPHY

1. Courvoisier, et al: *Arch. Internat-pharmacodyn.* 92:305-361, 1953.
2. Dobkin, A. et al: *Canad. M.A.J.* 70: 626-628, 1954.
3. Lancaster, N. and Jones, D.: *Brit. M. J.* II (4887):565-567, 1954.
4. Giacobini, F. and Lassenius, B.: *Nord. Med.* 52:1693-1699, 1954.
5. Moyer, J. et al: *Arch. of Int. Med.* 95:202-218, 1955.
6. Celice, J. et al: *Therapie* 10:30-38, 1955.
7. Charatan, F. and Bartlett, N.: *J. Ment. Sci.* 101(423): 351-353, 1955.
8. Hiles, B.: *Therapy, J.A.M.A.* 162:1651, 1956.
9. Blair, D. and Brady, D.: *J. Ment. Sci.* 104 (436):625-664, 1958.
10. Amdisen, A.: *Acta Psychiat. Scand.* 40 (Suppl. 180):411-414, 1964.
11. Arneson, G.: *J. Neuropsychiat.* 5:181-185, 1964.
12. Gey, K. et al: *Biochem. Pharmacol.* 14:507-513, 1965.
13. Ewer, R. et al: *J.A.M.A.* 192:1117-1120, 1965.

## Addendum

Since submission of this report, the study entitled "Blood Sugar Levels in Patients Treated with Chlorpromazine" authors Luis Schwarz and Rodrigo Munoz, *American Journal of Psychiatry,* Vol. 125 pg. 253-255, 1968, came to our attention. These authors studied 850 patients under chlorpromazine treatment for changes in blood sugar level and found that while 22 diabetic patients in the sample showed no significant changes in blood sugar level, 5 patients developed diabetes after drug treatment. However, the latter had characteristics resembling those of persons in the general population who are prone to develop the disease. Their findings supplement those reported here which suggest some relation, presently obscure, between chlorpromazine and abnormal carbohydrate metabolism.

CONFIDENTIAL
AZSER12443638

Case 6:06-md-01769-ACC-DAB   Document 1349-24   Filed 03/11/09   Page 29 of 34 PageID 42267



# NCDEU Poster Abstracts

National Institute of Mental Health

Past NCDEU Poster Abstracts

### Poster Session III - 8

NOTE: Contact authors directly via email with any comments or questions on their work.

## Higher Incidences of Diabetes Mellitus during Exposure to Antipsychotics-Findings from a Retrospective Cohort Study in the US

Kenneth Kwong, M.D., Ph.D. [1]
Patrizia Cavazzoni, M.D. [1]
Kenneth Hornbuckle, DVM, Ph.D. [1]
David Hutchins, MBA, MHSA [2]
William Signa, B.S. [2]
Jim Kotsanos, M.D. [1]
Alan Breier, M.D. [1]

[1] Eli Lilly and Company, Indianapolis, Indiana, USA. [2] AdvancePCS, Scottsdale, Arizona, USA

**Objective:** To compare the odds of developing diabetes mellitus (DM) during exposure to various antipsychotics.

**Background:** Treatment-emergent DM has been reported [i, ii], for both conventional and atypical antipsychotics in case reports and small case series. However, large epidemiological studies are needed to determine the existence and extent of any association between the development of DM and antipsychotic treatment.

**Method:** This is a retrospective cohort study based on the prescription claim data of AdvancePCS Inc. (PCS) in the US covering the period of 12/01/1997 to 8/31/2000. Prescription claims for antipsychotics were used to identify and select adult subjects that began antipsychotic monotherapy between 12/1/1998 and 2/29/2000. The antipsychotic cohorts studied were conventional antipsychotics combined (N= 19,782), haloperidol (N = 8,476), atypical antipsychotics combined (N= 38,969), olanzapine (N=13,863) and risperidone (N=20,633). The general PCS patient population included all adult PCS members who had made at least one prescription claim between January 1, 2000 and February 29, 2000. Prescription claims for diabetes medications were used to identify subjects with DM. Those with antipsychotic prescription claim(s) 6 months prior to starting anti-diabetic therapy or those with diabetes prescription claims any time prior to starting antipsychotic therapy were excluded. Incidences of DM during antipsychotic exposure were compared to the incidence in the general PXCS population. Cox Proportional Hazard Regression, controlling age, gender, and duration of antipsychotic exposure was used to determine the Hazard ratios (H.R.) of DM for various antipsychotic cohorts relative to the general PCS patient population cohort.

**Results:** The average days of antipsychotic exposure in the risperidone and olanzapine cohorts were comparable (89 days) and were less than that of clozapine (137 days). The average days of antipsychotic exposure for the atypical antipsychotic cohorts combined were higher than that of conventional antipsychotic cohort combined (90 days versus 67 days). The median ages of patients in the conventional and atypical antipsychotic cohorts were 67 and 59 years, respectively. The incidence of DM was several times higher during exposure to either conventional or atypical antipsychotics compared to the general PCS populatuion. The H.R. and the 95% confidence intervals (CI) for development of diabetes in antipsychotic monotherapy cohorts were: all conventional antipsychotic monotherapy cohorts combined, 3.5 (3.1-3.9); haloperidol, 3.1 (2.6-3.7); all atypical antipsychotic monotherapy cohorts combined, 3.1 (2.9-3.4); clozapine, 3.3 (1.4-8.0); risperidone, 3.4 (3.1-3.8); and olanzapine, 3.0 (2.6-3.5). All these H.R. were significantly higher than the odds in the general PCS population cohort. Age categories were significant covariates for general patient population, conventional, and atypical antipsychotic cohorts.

**Conclusions:** The HR's of diabetes for all antipsychotic cohorts were significantly higher than the general PCS population cohort. In addition, the HR's of diabetes for the risperidone and olanzapine cohorts were comparable. It remains unclear whether then observed increases in risk of diabetes may be due to factors intrinsic or extrinsic to the psychiatric conditions commonly treated with antipsychotics drugs.

CONFIDENTIAL
AZSER12443639

---

**| Past NCDEU Abstracts | NCDEU Home | Listserv |**

For more information about this site or NCDEU, please contact us at:
Phone:(301) 443-0551
Fax:(301) 443-0118
e-mail: **ncdeu@mail.nih.gov**

For information about NIMH and its programs, please send email to **nimhinfo@nih.gov**.
Send website questions to **nimhwebmaster@mail.nih.gov**

Updated: August 28, 2001

CONFIDENTIAL
AZSER12443640



ELSEVIER

European Neuropsychopharmacology 11 (2001) 25–32

**EUROPEAN NEURO-
PSYCHOPHARMACOLOGY**

www.elsevier.com/locate/euroneuro

# New onset diabetes and atypical antipsychotics

Krystal A. Liebzeit Pharm.D.[a], John S. Markowitz Pharm.D.[b,*], Charles F. Caley Pharm.D.[c]

[a]*College of Pharmacy, Medical University of South Carolina, Charleston, SC, USA*
[b]*Department of Pharmaceutical Sciences, Medical University of South Carolina, Charleston, SC, USA*
[c]*University of Connecticut School of Pharmacy, Storrs, CT and The Institute of Living, Burlingame Center for Psychiatric Research and Education, Hartford, CT, USA*

Received 19 September 2000; accepted 12 October 2000

### Abstract

As a class, the atypical antipsychotics are the first line treatment choice for the psychopharmacologic management of psychotic disorders. Emerging evidence currently suggests that at least two of the atypical antipsychotics, clozapine and olanzapine, and possibly quetiapine may be associated with the risk of new onset diabetes or serum glucose dyscontrol. Computerized Medline and Current Contents searches from years 1966 through June 2000 were undertaken to retrieve all pertinent studies and case reports of typical and atypical antipsychotics and glucose-insulin problems. Historically, both schizophrenia and the older antipsychotics medications have been reported to be associated with a similar risk for causing disruptions in serum glucose control. Additionally, diabetes has well recognized associations with a number of medical disorders such as cardiovascular disease; it is therefore worthy of attention. Hypothesized mechanisms for antipsychotic induced diabetes ranges from the antagonism of several neurotransmitter receptors to insulin resistance. A total of thirty-five cases of induced or exacerbated diabetes are presently available in the published literature; the vast majority of cases implicate clozapine ($n=20$) and olanzapine ($n=15$). In multiple cases, diabetic ketoacidosis has been the presenting symptom; daily atypical antipsychotic doses have been within acceptable ranges and were not considered to be excessive.  © 2001 Elsevier Science B.V. All rights reserved.

*Keywords:* New onset diabetes; Antipsychotics; Typical and atypical

## 1. Introduction

The atypical antipsychotic agents clozapine, risperidone, olanzapine, and quetiapine have supplanted the use of older agents such as chlorpromazine. This is largely the result of superior activity against negative symptoms of schizophrenia, decreased extrapyramidal symptoms (EPS) at doses which are clinically effective (Markowitz et al., 1999), and perhaps, better overall tolerability. However, as

*Corresponding author. Institute of Psychiatry, Rm. 338N, Medical University of South Carolina, 67 President Street, PO Box 250861, Charleston, SC 29425, USA. Tel.: +1-843-792-0172; fax: +1-843-792-7260.
*E-mail address:* markowij@musc.edu (J.S. Markowitz).

greater clinical experience has been acquired with atypical agents, it has become apparent that some "class effects" may be associated with most of these medications. These include significant weight gain with clozapine and olanzapine (Allison et al., 1999; Wirshing et al., 1999); elevations in serum triglycerides with clozapine (Ghaeli and Dufresne, 1996; Gaulin et al., 1999), olanzapine (Osser et al., 1999), and quetiapine (Anonymous, 1999), and problems with glucose-insulin homeostasis with clozapine and olanzapine.

The present review examines the issue of atypical antipsychotic associated problems with blood glucose control. Computerized Medline and Current Contents searches from years 1966 through June 2000 were undertaken to retrieve all pertinent studies and case reports of

0924-977X/01/$ – see front matter  © 2001 Elsevier Science B.V. All rights reserved.
PII: S0924-977X(00)00127-9

CONFIDENTIAL
AZSER12443641

typical and atypical antipsychotics and glucose-insulin problems. Manual searches of reference lists from these identified sources were also performed as needed.

## 2. Background

Diabetes has many complications and consequences including increased mortality, numerous physical comorbidities, and financial burdens. According to the Centers for Disease Control and Prevention in 1997, 10.3 million people were reported to have diabetes mellitus (DM) in the U.S., and an estimated 5.4 million people were still undiagnosed. (Anonymous, 1998) Individuals with DM are at risk for developing a variety of chronic comorbidities specific to DM, including circulatory, renal, ophthalmic, and neurologic disorders. The economic impact of DM in two previous estimates has been reported to be $11.6 billion in direct medical costs in 1986 for people with type 2 diabetes, and $45.2 billion in direct medical costs in 1992 for all people diagnosed with DM (Anonymous, 1998).

## 3. Diabetes and schizophrenia

Importantly, the disorder of schizophrenia itself has been associated with a higher than normal incidence of medical illnesses including myocardial infarction, coronary artery disease, respiratory illness, and non-insulin dependent DM (Jeste et al., 1996; Kendrick, 1996). According to several studies, DM may be more common among schizophrenic patients than among the general population (Mukherjee et al., 1996).

A retrospective study of 95 chronic schizophrenic patients ages 45 to 74 years old and admitted to long-term care facilities in Italy, was conducted to determine if a relationship between schizophrenia and DM exists (Mukherjee et al., 1996). The overall prevalence of DM in this sample was 15.8%. Gender differences were not apparent with 14% of men and 20% of the women diagnosed with DM in this group. An age-dependent increase in the prevalence of DM up to age 70 years old was also observed. The prevalence of known DM among these patients was considerably higher than the 3.2% figure reported in epidemiological surveys in the general population of Italy (Mukherjee et al., 1996), and slightly less than a 24.5% prevalence of diabetes found by the investigators in a previous study of schizophrenic outpatients in the U.S.

A number of studies have found that the presence of diabetes may be associated with an increased risk of tardive dyskinesia in patients on conventional antipsychotics. A study of 21 patients diagnosed with schizophrenia (chronically ill for a minimum of 20 years) and receiving antipsychotic medications was conducted to examine if there was an association between abnormal movements and impaired glucose metabolism (Schult et al., 1999). The patients were given an oral glucose tolerance test (OGTT) just prior to having fasting blood glucose (FBG) and insulin levels measured at initiation of the study. A glucose load was administered and serum glucose levels were tested hourly. Abnormal movements were rated using the Abnormal Involuntary Movement Rating Scale (AIMS). Patients with impaired glucose tolerance (IGT) had higher mean scores than those without IGT, but this was not statistically significant. There was a significant positive correlation between AIMS ratings and baseline glucose measurements ($r=0.62$, $P<0.006$) (Schult et al., 1999).

## 4. Antipsychotics and diabetes – proposed mechanisms

Almost since the initiation of antipsychotics into general clinical practice, associations between antipsychotic use and perturbations in glucose control have been made; although published reports have been inconsistent. For instance, the phenothiazines have been reported to cause impaired glucose tolerance. Amdisen (1964) reported that patients treated with chlorpromazine may experience abnormal glucose tolerance tests and glycosuria. Korenyi and Lowenstein (1968), and Thönnard-Neumann (1968), have reported similar findings for chlorpromazine. Thönnard-Neumann reported that within a state hospital of several hundred patients, the incidence of "phenothiazine diabetes" (i.e., fasting blood sugar >130 mg/dl and a positive urine glucose test) increased from 4.2% in 1954, to 17.2% in 1966.

Additional observations suggest that this may not be the case for thioridazine and perphenazine. Further, at least two reports (Schwarz and Munoz, 1968; Efron and Balter, 1966) contend that phenothiazine treatment may not be associated with glucose intolerance. Schwarz and Munoz (1968) reported that in a sample of 850 subjects treated with chlorpromazine, only five developed abnormally high fasting glucose levels while receiving an average of 400 mg/day. In this study however, a diagnosis of diabetes was made only during the initial 3 weeks of chlorpromazine treatment. Efron and Balter (1966) reported that phenothiazine treatment (i.e., chlorpromazine, thioridazine, trifluoperazine or prochlorperazine) caused no apparent alteration in glucose concentration, and only minimally affected glucose tolerance in their hospital sample of 256 male inpatients. Subjects in this study were required to have received at least 3 weeks of phenothiazine treatment, many had been receiving several months of treatment however. Thus, there are conflicting findings regarding this issue with the phenothiazines.

One possible mechanism through which typical antipsychotics may cause impaired glucose tolerance is through a dopamine antagonist effect. It has been post-

CONFIDENTIAL
AZSER12443642

K.A. Liebzeit et al. / European Neuropsychopharmacology 11 (2001) 25–32

27

ulated that the central regulation of blood glucose is controlled by the hypothalamus, and that dopamine agonists such as bromocriptine can decrease elevated blood glucose concentrations. Kamath et al. (1997) reported the results of their study which tested the efficacy of bromocriptine on fasting and post-prandial plasma glucose in obese, non-diabetic, hyperinsulinemic women. Results indicated that plasma glucose concentrations were significantly reduced ($P<0.05$) after 8 weeks of bromocriptine treatment. The conventional antipsychotics are well recognized dopamine–2 ($D_2$) receptor antagonists and are commonly associated with serum prolactin elevations resulting from $D_2$ receptor antagonism in the hypothalamus. Thus, hypothalamic dopamine antagonism may be a contributing factor for typical antipsychotics and atypical antipsychotics to cause dysregulated blood glucose control. While the influence of hypothalamic dopamine activity may be one contributing factor to the development of an antipsychotic-induced diabetes, it appears likely that antipsychotic-induced diabetes may be attributed to multiple factors. Risperidone is the atypical antipsychotic which most consistently elevates serum prolactin concentrations, yet has not been implicated in published reports of drug-induced diabetes or impaired glucose tolerance to date. While risperidone is known to be a potent $D_2$ receptor antagonist, it also has lower affinities (Bymaster et al., 1996; Schotte et al., 1996) for several other receptors which have been postulated to be associated with antipsychotic-induced diabetes (e.g., serotonin $5HT_{1a}$, $5HT_{2c}$, Histamine$_1$) (Wirshing et al., 1998). Animal data suggests that non-specific serotonin antagonists (e.g., methysergide) may cause elevations in serum glucose concentrations. (Wozniak and Linnoila, 1991) While other serotonin receptors have been implicated, there is mixed evidence to support their possible contributions to the pathogenesis of this condition (Chaouloff et al., 1990; Uvnäs-Moberg et al., 1996). Thus, one possible explanation for risperidone being associated with few, if any, cases of impaired glucose homeostasis is that it may interact with fewer receptors implicated in the development of glucose dysregulation; this, however, is speculative.

Weight gain caused by the atypical antipsychotics may also be related to altered glucose-insulin homeostasis (Hägg et al., 1998; Wirshing et al., 1998) Atypical antipsychotic-induced weight gain causes a general increase in adipose tissue that can lead to diminished insulin sensitivity, glucose intolerance, and if severe enough, DM (Wirshing et al., 1998). Lending support to this theory is the observation that risperidone, which may be associated with less weight gain liability than olanzapine or clozapine (Ackerman and Nolan, 1998; Allison et al., 1999; Wirshing et al., 1999), has not been reported to be associated with DM to date.

It appears that DM induced by the atypical antipsychotics clozapine and olanzapine may be more prevalent in men and in African–Americans. However, there is also an increased prevalence of DM type 2 in African–Americans in the general US population. No relationship has been established between dosage of clozapine and olanzapine, and DM (Wirshing et al., 1998). Another proposed mechanism of clozapine-induced DM is primary damage to the pancreatic islet cells (Goldstein et al., 1999). However, at present, no clear mechanism of action for drug-induced hyperglycemia or DM caused by these agents has been delineated.

## 5. Clozapine-induced hyperglycemia and diabetes

There have been at least twenty case reports of DM induced or exacerbated by clozapine (Table 1); the presenting symptom in ten cases was diabetic ketoacidosis (Kamran et al., 1994; Koval et al., 1994; Kostakoglu et al., 1996; Peterson and Byrd, 1996; Picrides, 1997; Koren et al., 1997; Popli et al., 1997; Ai et al., 1998; Thompson et al., 1998; Wirshing et al., 1998; Colli et al., 1999; Maule et al., 1999; Mohan et al., 1999; Smith et al., 1999). Further, Pierides (1997) indicated that at least 81 cases of diabetes following clozapine treatment had been reported to the Clozapine Patient Monitoring Service worldwide. In at least nine of the published case reports, patients continued to require treatment for their DM. Eighteen cases (90%) reported were in males, and 15 cases (75%) were in African Americans. The dosage of clozapine ranged from 100 mg to 900 mg daily (mean 364 mg) and the time to increase in glucose concentrations after treatment initiation ranged from 4 days to 18 months. In the case by Koval et al., the clozapine was rechallenged after resolution of hyperglycemic symptoms. After 4 days of therapy on clozapine, the patient required insulin to control elevated serum glucose levels. In the case presented by Maule et al., the patient initially required insulin therapy, however, the clozapine dose was gradually reduced to 100 mg/day and no further diabetic treatment was needed. Of those cases that reported weight values, the majority had experienced significant weight gains after clozapine initiation (range: 1.4 kg–25.5 kg; mean: 7.95 kg). A summary of the twenty cases is presented in Table 1.

Hägg et al. (1998) conducted a study that compared 63 patients treated with clozapine to 67 patients treated with conventional depot antipsychotics (haloperidol, zuclopenthixol, fluphenazine, perphenazine, or flupenthixol) in order to determine the prevalence of DM or IGT. The study population consisted of patients with schizophrenia and various other diagnoses warranting antipsychotic treatment. The only statistically significant differences in treatment group characteristics between the two groups were that subjects in the clozapine group were younger ($P<0.001$), had a shorter duration of disease ($P<0.001$), and had a shorter duration of antipsychotic treatment ($P<0.001$). None of the patients in either group were diagnosed with DM or had evidence of DM before

CONFIDENTIAL
AZSER12443643

Table 1
Comparison of clozapine-induced diabetes case reports[a]

| Dose at onset of DM (mg/day) | Age/Race/Sex | Time to onset | History of DM (yes/no) | Family history (yes/no) | Weight change | Outcome/comments | Ref. |
|---|---|---|---|---|---|---|---|
| 150 | 47/AA/M | 2 months | Yes, HX IGT | No | 11 kg (11%) ↑ | Still requires tx | Wirshing et al., 1998 |
| 400 | 32/AA/M | 18 months | No | No | 25.5 kg (37%) ↑ | CLZ continued and on OHAs | " |
| 100 | 43/AA/M | 6 months | No | Yes, FHX DM2 | 3.2 kg (4%) ↑ | CLZ continued and on OHAs | " |
| 200 | 41/AA/M | 5 weeks | No | No | No change | CLZ D/C and Resolution | " |
| 200 | 31/W/M | 3 months, DKA | No | No | 3 kg ↑ | CLZ D/C and Resolution | Colli et al., 1999 |
| 500 | 46/AA/M | 5 weeks, DKA | No | Yes, FHx | NR | DM2 2 years after D/C of CLZ | Peterson and Byrd, 1996 |
| 425 | 32/AA/M | 2 months DKA | No | Yes, FHx DM2 and DM1 | 3.6 kg ↑ | CLZ D/C and Resolution | Popli et al., 1997 |
| 450 | 44/AA/M | 5 weeks | No | No | 1.4 kg ↑ | CLZ continued and on OHAs | " |
| 200 | 51/W/M | 20 days | Yes, Hx DM2 | NR | No change | CLZ continued and on insulin | " |
| 900 | 51/W/M | 4 months | Yes, Hx DM2 | NR | No change | CLZ D/C and Resolution | " |
| 150 | 48/W/M | Unclear | NR | NR | NR | CLZ D/C and Resolution | Thompson et al., 1998 |
| NR | 40/AA/M | 16 days, DKA | No | No | NR | CLZ D/C and on insulin | Smith et al., 1999 |
| 900 | 41/AA/M | 2 months | No | NR | NR | CLZ D/C and Resolution | Kamran et al., 1994 |
| 400 | 42/NR/M | 10–14 days, DKA | No | Yes, FHx DM2 | NR | CLZ D/C and Resolution | Kostakoglu et al., 1996 |
| NR | 37/W/M | 11 weeks | No | No | NR | NR | Koren et al., 1997 |
| 250/NR[b] | 34/AA/F | 6 weeks, DKA/ 4 days | No | NR | NR | CLZ D/C and Resolution | Koval et al., 1994 |
| 300 | 30/AA/M | 5 months, DKA | No | No | NR | CLZ D/C and on OHAs | Ai et al., 1998 |
| 325 | 30/AA/M | 3 months, DKA | No | No | NR | CLZ D/C and Resolution | Mohan et al., 1999 |
| 300 | 50/W/M | 10 days | NR | NR | NR | CLZ D/C and on insulin | Pierides, 1997 |
| 400 | 50/W/F | 1 mo | No | No | NR | CLZ continued and resolution of sxs on a reduced dose | Maule et al., 1999 |

[a] AA–African American; CLZ–clozapine; D/C–discontinued; DKA–Diabetic Ketoacidosis; DM1–Diabetes Mellitus type 1; DM2–Diabetes Mellitus type 2; F–female; FHx–family history; HX–history; IBW–ideal body weight; IGT–impaired glucose tolerance; M–male; NR–not reported; sxs–symptoms; OHAs–oral hyperglycemic agents; W–white.
[b] Rechallenged after 4 days.

antipsychotic treatment was started. Patients gave two random blood glucose samples separated by at least 2 weeks. If blood glucose values were greater than 119 mg/dl (6.6 mmol/l), an OGTT was performed. This test was used to diagnose IGT or DM. If the fasting blood glucose level was above 120.7 mg/dl (6.7 mmol/l), or if the 2-h post-OGTT blood glucose value was greater than 198 mg/dl (11.0 mmol/l), the patient was defined as having DM. If the fasting value was below 120.7 mg/dl

and the 2-h post-OGTT blood glucose value was between 140 mg/dl (7.8 mmol/l) and 198 mg/dl, or if both random samples of blood glucose exceeded 180 mg/dl (10.0 mmol/l), the patient was classified as having IGT. Diabetes mellitus was classified as being type 1 if the patient required insulin treatment for survival, all other patients were classified as having type 2 DM. In the clozapine group, 33% of the patients presented with a blood glucose value higher than 119 mg/dl during treatment compared

CONFIDENTIAL
AZSER12443644