Case 6:06-md-01769-ACC-DAB   Document 1349-25   Filed 03/11/09   Page 1 of 33 PageID 42273

with 19% of those treated with conventional depot antipsychotics. Thirteen clozapine-treated patients (21.7%) and six conventional depot-treated patients (9.5%) were classified as having type 2 diabetes or IGT. Nine of 27 (33%) women treated with clozapine compared with 2 of 26 (8%) women in the conventional antipsychotic group were classified as having type 2 DM. The authors concluded that patients treated with clozapine were more often classified as having type 2 DM or IGT compared with subjects treated with conventional depot antipsychotics, however this difference was not statistically significant ($P=0.06$).

Yazici et al. (1998) conducted a study in six clozapine-treated schizophrenic patients (three male and three female) to investigate the effects on baseline insulin. Patients in the study did not have a family history for DM and did not receive other medications while in the study. Clozapine treatment was initiated at 12.5 mg/day that was gradually increased to 200 mg/day by the end of the third week, and 450 mg/day by the sixth week. Before initiation of clozapine, an OGTT was performed with serum glucose, insulin, and C-peptide concentrations (which are positively correlated with the insulin secreting capacity of pancreatic β-cells) measured at 0, 30, 60, 90, 120, and 180 min. OGTTs were repeated twice while the patients were taking clozapine. An increase in glucose concentration over baseline was observed between the second and third assessments performed for the patients when they were on 200 mg/day and 450 mg/day of clozapine. This increase only reached statistical significance at 60 min between baseline and the third assessments ($P<0.05$). When comparing the response to oral glucose in patients, baseline insulin response was greater in the second and third assessments, but the difference was not statistically significant. The C-peptide levels in response to oral glucose for each point of time from 0 to 180 min were similar for the 200 mg/day and 450 mg/day doses of clozapine. The C-peptide concentrations were significantly higher in the second assessments at 60, 90, 120, and 180 min than they were at the baseline OGTT ($P<0.05$). The C-peptide responses were also significantly higher for the third assessments at 60, 90, and 180 min from baseline OGTT ($P<0.05$). In this study clozapine increased concentrations of blood glucose, insulin, and C-peptide concentrations. The authors concluded that the glucose intolerance was due to insulin resistance (Yazici et al., 1998).

Recently, Melkersson et al. (1999) studied 28 patients treated with conventional antipsychotics, and 13 receiving clozapine. Measured variables included serum glucose concentrations, insulin-like growth factor I (IGF-1) and insulin-like growth factor binding protein-1 (each is a marker of glucose-insulin homeostasis), body weight, and antipsychotic serum concentrations. No significant differences in body mass index (BMI) was reported between the two groups. However, patients receiving clozapine had elevated insulin levels more frequently than those treated

with conventional medications. Additionally, clozapine plasma concentrations were positively correlated with blood insulin concentrations; this correlation did not exist for the conventional medications. Based on these findings, the authors suggested that clozapine may enhance insulin release from pancreatic β-cells. Additionally, they proposed that clozapine may induce insulin resistance resulting in increased insulin secretion and hyperlipidemias as reported elsewhere.

Finally, Henderson et al. (2000) recently reported the results of a 5 year naturalistic study of 82 outpatients treated with clozapine. In this study, 36.6% of patients were diagnosed with diabetes mellitus during the study period and was associated with weight gain and lipid abnormalities.

## 6. Olanzapine-induced hyperglycemia and diabetes

There have been fifteen reported cases of hyperglycemia or DM induced by olanzapine; these are summarized in Table 2. (Fertig et al., 1998; Wirshing et al., 1998; Gatta et al., 1999; Goldstein et al., 1999; Ober et al., 1999). Treatment for diabetes was continued in four cases after olanzapine was discontinued. Diabetic ketoacidosis was the presenting factor for five of the cases with one resulting fatality (Hayek et al., 1999). There were only three cases in which DM was exacerbated, in the remaining cases the patients had no history of DM. The dose of olanzapine ranged from 5 to 30 mg/day (mean=15.6 mg) and the time for treatment initiation to hyperglycemic symptoms ranged from 8 days to 17 months. In most cases a significant weight gain occurred (range: 2.7–32.3 kg) (Table 2). In one of the cases presented by Goldstein et al. (1999), the patient was re-challenged with olanzapine therapy which was re-initiated at 10 mg/day and was continued on insulin therapy for hyperglycemia. After 5 months of therapy the patient returned for increased psychosis due to noncompliance with medication, however, he no longer required hyperglycemic medications. His olanzapine was restarted at 10 mg/day and later increased to 20 mg/day. His fasting glucose levels rose and he once again required insulin therapy. Olanzapine therapy was decreased to 10 mg/day. The patient once again discontinued his medications, however he still required insulin therapy and oral hyperglycemic medications. In the case reported by Fertig et al. (1998), following resolution of olanzapine-induced hyperglycemic symptoms with insulin therapy, the patient was restarted on olanzapine therapy at 5 mg/day (8 months after the initial trial). Eight days after rechallenge, the patient once again experienced hyperglycemic episodes. The olanzapine was discontinued and hyperglycemic symptoms resolved with no further treatment for hyperglycemia needed after several weeks.

CONFIDENTIAL
AZSER12443645

Table 2
Comparison of olanzapine-induced diabetes case reports[a]

| Dose at onset of DM (mg/day) | Age/Race/Sex | Time to onset | History of DM (yes/no) | Family history (yes/no) | Weight change | Outcome/ comments | Ref. |
|---|---|---|---|---|---|---|---|
| 25 | 38/AA/M | 3 months | No | No | 6.4 kg ↑ | OLZ continued and on OHAs | Wirshing et al., 1998 |
| 25 | 56/W/M | 3 months | No | No | No change | OLZ continued and on OHAs | " |
| 10 | 42/W/F | 24 weeks, DKA | No | Yes, FHx DM2 | 32.3 kg ↑ | OLZ D/C and Resolution | Goldstein et al., 1999 |
| 10 | 40/W/F | 17 months, DKA | No | No | 4.5 – 6.8 kg ↑ | OLZ D/C and Resolution | " |
| 10 | 41/W/F | 20 weeks | No | No | NR | OLZ D/C and Resolution | " |
| 10/20 | 47/W/M | 5 weeks | No | Yes, FHx DM2 | 13.6 kg ↑ | OLZ D/C and on insulin | " |
| 10 | 43/W/M | 24 weeks | No | No | 11.4 kg ↑ | OLZ D/C and on OHAs | " |
| 10 | 39/W/M | 14 weeks | No | Yes, FHx DM2 | 2.7 kg ↓ | OLZ D/C and continued diabetic tx | " |
| 10 | 38/W/M | 12 weeks | No | Yes, FHx DM2 | No change | OLZ D/C and continued diabetic tx | " |
| 10 | 45/AA/M | Unclear | Yes, DM2 | NR | 25% ↑ | OLZ D/C and Resolution | Ober et al., 1999 |
| 20/5[b] | 32/AA/M | 6 weeks/ 8 days | No | No | NR | OLZ D/C and Resolution | Fertig et al., 1998 |
| 25 | 25/W/F | 3 months | No | NR | NR | OLZ D/C and tx with acarbose | Hayek et al., 1999 |
| 20 | 24/W/M | 15 days | No | NR | NR | OLZ D/C, pt died of complications from DKA | " |
| 30 | 50/AA/M | 8 months | No | No | 9.5 kg ↑ | OLZ D/C, tx with insulin, Resolution | Lindenmayer and Patel, 1999 |
| 10 | 31/W/M | 3 months DKA | No | No | 4 kg ↓ | OLZ D/C and Resolution | Gatta et al., 1999 |

[a] OLZ–olanzapine; all other abbreviations are as in Table 1.
[b] Rechallenge with 5 mg resulted in return of hyperglycemic episodes.

## 7. Quetiapine-induced diabetes

There has only been one reported case of DM induced by quetiapine to date (Sobel et al., 1999). A 42-year-old white male was treated with 200 mg/night for 1 month prior to the onset of DM. He had no previous or family history of DM. Weight change in this patient was not reported. The quetiapine dose was decreased and discontinued over 9 days with resolution of hyperglycemic symptoms over 5 months (Sobel et al., 1999).

## 8. Clozapine-quetiapine combination therapy

Reinstein et al. (1999) conducted an open-label, non-randomized, 10 month, retrospective study to assess changes in weight and DM status for patients initially treated with clozapine who developed DM and then switched to clozapine-quetiapine combination therapy. Sixty-five schizophrenic patients were identified that had weight gain and/or developed DM during the prior 6

months' treatment with clozapine monotherapy. All 65 patients had weight and 13 (20%) had developed DM on clozapine therapy. Patients' clozapine dose at quetiapine initiation ranged from 200 to 800 mg/day. The clozapine dose was tapered by up to 25% and quetiapine was added proportionally: 1 mg clozapine was substituted for 2 mg of quetiapine. The quetiapine daily doses ranged from 200 to 800 mg/day. Weight was recorded at baseline, monthly, and at the conclusion of the study. Diabetes status was determined concurrently by recording monthly blood glucose concentrations. All 65 patients treated with the clozapine-quetiapine therapy demonstrated significant weight loss and improvement in DM status. The mean weight gain with clozapine monotherapy was 6.5 kg. Weight loss ranged from 0.45 kg to 18.6 kg at the end of the combination study with a mean loss of 4.2 kg. Over the 10-month study all changes in bodyweight were statistically significant ($P < 0.001$). Baseline glycosylated hemoglobin ($Hgb_{A1c}$) for patients that developed DM while on clozapine monotherapy had increases up to 10 to 15%. All $Hgb_{A1c}$ levels returned to normal by the end of the 10-

CONFIDENTIAL
AZSER12443646

month study. Baseline glucose levels before clozapine-quetiapine treatment ranged from 360 to 850 mg/dl and these values normalized by the end of the study. Insulin treatment was either decreased and/or discontinued and oral hypoglycemic agents started. Three patients discontinued hypoglycemic agents and were started on a regular diet without need for further diabetic treatment. The authors concluded that quetiapine induced weight loss and improved glycemic control in patients that gain weight and develop DM on clozapine therapy (Reinstein et al., 1999). They also demonstrated that clozapine and quetiapine could safely be given in combination without added side effects as drowsiness was the most common adverse event reported. Results from this report should be interpreted with caution. One important limitation of this study is its lack of a control group. Thus, the investigators were unable to compare the effects of clozapine dose reduction alone with the investigated intervention (i.e., clozapine dose reduction plus the addition of quetiapine).

## 9. Conclusion

DM appears to be more common in schizophrenic patients than in the general population (Mukherjee et al., 1996) However, there is accumulating data suggesting that treatment with at least some of the atypical antipsychotics may be associated with the development of DM. There have been 20 published cases of diabetes-induced by clozapine (Kamran et al., 1994; Koval et al., 1994; Kostakoglu et al., 1996; Peterson and Byrd, 1996; Pierides, 1997; Koren et al., 1997; Popli et al., 1997; Ai et al., 1998; Thompson et al., 1998; Wirshing et al., 1998; Colli et al., 1999; Maule et al., 1999; Mohan et al., 1999; Smith et al., 1999), and significantly more reported to the worldwide Clozapine Patient Monitoring Service.

There have been 15 published cases of DM reported for patients on olanzapine (Fertig et al., 1998; Wirshing et al., 1998; Gatta et al., 1999; Goldstein et al., 1999; Ober et al., 1999), and one case of diabetes-induced by quetiapine (Sobel et al., 1999). To date, there have been no reported cases of DM associated with risperidone. The mechanism of action for DM induced by these atypical antypisychotics remains unclear. Proposed mechanisms include hypothalamic dopamine receptor antagonism, antipsychotic-induced weight gain, 5-HT$_{1A/2A/2C}$ receptor antagonism, and adverse effects on the pancreas (Wirshing et al., 1998; Goldstein et al., 1999). Two studies have shown a relationship between clozapine and DM, however the exact associations were not clear (Hägg et al., 1998; Yazici et al., 1998). There has been one study that demonstrated that the combination of clozapine and quetiapine may decrease weight gain and normalize glucose concentrations in patients that previously gained weight and developed DM on clozapine monotherapy (Reinstein et al., 1999).

While the mechanism of atypical antipsychotic-induced

DM remains unclear, numerous reports suggest that clinicians should be aware of this potential adverse effect. The potential for the development of drug-induced DM may be of particular concern in the context of other medical illnesses associated with schizophrenia and its treatment including obesity, elevated serum lipids, and cardiovascular disease.

## References

Ackerman, S., Nolan, L.J., 1998. Bodyweight gain induced by psychotropic drugs: Incidence, mechanisms and management. CNS Drugs 2, 135–151.

Ai, D., Roper, T.A., Riley, J.A., 1998. Diabetic ketoacidosis and clozapine. Postgrad. Med. 74, 493–494.

Allison, D.B., Mentore, J.L., Heo, M., Chandler, L.P., Cappellari, J.C., Infante, M.C., Weiden, P.J., 1999. Antipsychotic-induced weight gain: A comprehensive research synthesis. Am. J. Psychiatry 156, 1686–1696.

Amdisen, A., 1964. Diabetes mellitus as a side effect of treatment with tricyclic neuroleptics. Acta Psychiatrica Scand. 40 (suppl 180), 411–414.

Anonymous, 1998. Economic consequences of diabetes mellitus in the U.S. in 1997. Diabetes Care 21, 296–309.

Anonymous, 1999. Quetiapine (Seroquel®) product information. In: Physician's Desk Reference. Medical Economics Company, Montvale, NJ, p. 3429.

Bymaster, F.P., Calligaro, D.O., Falcone, J.F., Marsh, R.D., Moore, N.A., Tye, N.C., Seeman, P., Wong, D.T., 1996. Radioreceptor binding profile of the atypical antipsychotic olanzapine. Neuropsychopharmacology 14, 87–96.

Chaouloff, F., Laude, D., Baudrie, V., 1990. Effects of the 5-HT$_{1C}$/5-HT$_2$ receptor agonists DOI and α-methyl-5-HT on plasma glucose and insulin levels in the rat. Eur. J. Pharmacol. 187, 435–443.

Colli, A., Cocciolo, M., Francobandiera, G., Rogantin, F., Cattalini, N., 1999. Diabetic ketoacidosis associated with clozapine treatment. Diabetes Care 22, 176–177. (Letter).

Efron, H.Y., Balter, A.M., 1966. Relationship of phenothiazine intake and psychiatric diagnosis to glucose level and tolerance. J. Nerv. Ment. Dis. 6, 555–561.

Fertig, M.K., Brooks, V.G., Shelton, P.S., English, C.W., 1998. Hyperglycemia associated with olanzapine. J. Clin. Psychiatry 59, 687–688, (Letter).

Gatta, B., Rigalleau, V., Gin, H., 1999. Diabetic ketoacidosis with olanzapine treatment. Diabetes Care 22, 1002–1003, (Letter).

Gaulin, B.D., Markowitz, J.S., Caley, C.F., Nesbitt, L.A., Dufresne, R.L., 1999. Clozapine-associated elevation in serum triglycerides. Am. J. Psychiatry 156, 1270–1272.

Ghaeli, P., Dufresne, R.L., 1996. Serum triglyceride levels in patients treated with clozapine. Am. J. Health-Syst. Pharm. 53, 2079–2081.

Goldstein, L.E., Sporn, J., Brown, S., Kim, H., Finkelstein, J., Gaffey, G.K., Sachs, G., Stern, T.A., 1999. New-onset diabetes and diabetic ketoacidosis associated with olanzapine treatment. Psychosomatics 40, 438–443.

Hayek, DV., Hüttl, v., Reiss, J., Schweiger, H.-D., Füeßl, H.S., 1999. Hyperglykämie und ketoazidose unter olanzapin. Nervenarzt. 70, 836–837.

Hägg, S., Joelsson, L., Mjörndal, T., Spigset, O., Oja, G., Dahlqvist, R., 1998. Prevalence of diabetes and impaired glucose tolerance in patients treated with clozapine compared with patients treated with conventional depot neuroleptic medications. J. Clin. Psychiatry 59, 294–299.

Henderson, D.C., Cagliero, E., Gray, C., Nasrallah, R.A., Hayden, D.L.,

CONFIDENTIAL
AZSER12443647

Schoenfeld, D.A., Goff, D.C., 2000. Clozapine, diabetes mellitus, weight gain, and lipid abnormalities: A five year naturalistic study. Am. J. Psychiatry 157, 975–981.

Jeste, D.V., Gladsjo, J.A., Lindamer, L.A., Lacro, J.P., 1996. Medical comorbidity in schizophrenia. Schizophr. Bull. 22, 413–430.

Kamath, V., Jones, C.N., Yip, J.C., Varasteh, B.B., Cincotta, A.H., Reaven, G.M., Chen, Y.D., 1997. Effects of a quick-release form of bromocriptine (Ergoset) on fasting and postprandial plasma glucose, insulin, lipid, and lipoprotein concentrations in obese nondiabetic hyperinsulinemic women. Diabetes Care 20, 1697–1701.

Kamran, A., Doraiswamy, P.M., Jane, J.L., Hammett, E.B., Dunn, L., 1994. Severe hyperglycemia associated with high doses of clozapine. Am. J. Psychiatry 151, 1395.

Kendrick, T., 1996. Cardiovascular and respiratory risk factors and symptoms among general practice patients with long-term medical illness. Br. J. Psychiatry 169, 733–739.

Koren, W., Kreis, Y., Duchowiczny, K., Prince, T., Sancovici, S., Sidi, Y., Gur, H., 1997. Lactic acidosis and fatal myocardial failure due to clozapine. Ann. Pharmacother. 31, 168–170.

Korenyi, C., Lowenstein, B., 1968. Chlorpromazine induced diabetes. Dis. Nerv. Syst. 29, 827–828.

Kostakoglu, A.E., Yazici, K.M., Erbas, T., Guvener, N., 1996. Ketoacidosis as a side-effect of clozapine: a case report. Acta Psychiatr. Scand. 93, 217–218.

Koval, M.S., Rames, L.J., Christie, S., 1994. Diabetic ketoacidosis associated with clozapine treatment. Am. J. Psychiatry 151, 1520–1521.

Lindenmayer, J.P., Patel, R., 1999. Olanzapine-induced ketoacidosis with diabetes mellitus. Am. J. Psychiatry 156, 1471.

Markowitz, J.S., Brown, C.S., Moore, T.R., 1999. Atypical antipsychotics Part I: pharmacology, pharmacokinetics, and efficacy. Ann. Pharmacother. 33, 73–85.

Maule, S., Giannella, R., Lanzio, M., Villari, V., 1999. Diabetic ketoacidosis with clozapine treatment. Diabetes, Nutr. and Metab.-Clin. and Expl. 12, 187–188.

Melkersson, K.I., Hulting, A.-L., Brismar, K.E., 1999. Different influences of classical antipsychotics and clozapine on glucose-insulin homeostasis in patients with schizophrenia or related psychosis. J. Clin. Psychiatry 60, 783–791.

Mohan, D., Gordan, H., Hindley, N., Barker, A., 1999. Schizophrenia and diabetes mellitus. Br. J. Psychiatry 174, 180–181, (Letter).

Mukherjee, S., Decina, P., Bocola, V., Saraceni, F., Scapicchio, P., 1996. Diabetes mellitus in schizophrenic patients. Compr. Psychiatry 37, 68–73.

Ober, S.K., Hudak, R., Rusterholtz, A., 1999. Hyperglycemia and olanzapine. Am. J. Psychiatry 156, 970, (Letter).

Osser, D.N., Najarian, D., Dufresne, R.L., 1999. Olanzapine increases weight and triglycerides. J. Clin. Psychiatry 60, 767–770.

Peterson, G.A., Byrd, S.L., 1996. Diabetic ketoacidosis from clozapine and lithium cotreatment. Am. J. Psychiatry 153, 737–738, (Letter).

Pierides, M., 1997. Clozapine monotherapy and ketoacidosis. Br. J. Psychiatry 171, 90–91, (Letter).

Popli, A.P., Konicki, P.E., Jurjus, G.J., Fuller, M.A., Jaskiw, G.E., 1997. Clozapine and associated diabetes mellitus. J. Clin. Psychiatry 58, 108–111.

Reinstein, M.J., Sirotovskaya, L.A., Jones, L.E., Mohan, S., Chasanov, M.A., 1999. Effect of clozapine-quetiapine combination therapy on weight and glycemic control. Clin. Drug Invest. 18, 99–104.

Schotte, A., Janssen, P.F.M., Gommeren, W., Luyten, W.H.M.L., Van Gompel, P., Lesage, A.S., De Loore, K., Leysen, J.E., 1996. Risperidone compared with new and reference antipsychotic drugs: in vitro and in vivo receptor binding. Psychopharmacology 124, 57–73.

Schult, S.K., Arndt, S., Ho, B.-C., Oliver, S.E., Andreasen, N.C., 1999. Impaired glucose tolerance and abnormal movements in patients with schizophrenia. Am. J. Psychiatry 156, 640–642.

Schwarz, L., Munoz, R., 1968. Blood sugar levels in patients with chlorpromazine. Am. J. Psychiatry 125, 253–254.

Smith, H., Kenney-Herbert, J., Knowles, L., 1999. Clozapine-induced diabetic ketoacidosis. Aust. NZ J. Psychiatry 33, 120–121, (Letter).

Sobel, M., Jaggers, E.D., Franz, M.A., 1999. New-onset diabetes mellitus associated with the initiation of quetiapine treatment. J. Clin. Psychiatry 160, 556–557, (Letter).

Thönnard-Neumann, E., 1968. Phenothiazines and diabetes in hospitalized women. Am. J. Psychiatry 124, 978–982.

Thompson, J., Chengappa, K.N.R., Good, C.B., Baker, R.W., Kiewe, R.P., Bezner, J., Schooler, N.R., 1998. Hepatitis, hyperglycemia, pleural effusion, eosinophilia, hematuria and proteinuria occurring early in clozapine treatment. Int. Clin. Psychopharmacol. 13, 95–98.

Uvnäs-Moberg, K., Ahlenius, S., Alster, P., Hillegart, V., 1996. Effects of selective serotonin and dopamine agonists on plasma levels of glucose, insulin and glucagon in the rat. Neuroendocrinology 63, 269–274.

Wirshing, D.A., Spellberg, B.J., Erhart, S.M., Marder, S.R., Wishing, W.C., 1998. Novel antipsychotics and new onset diabetes. Biol. Psychiatry 44, 778–783.

Wirshing, D.A., Wirshing, W.C., Kysar, L., Berisford, M.A., Goldstein, D., Pashdag, J., Mintz, J., Marder, S.R., 1999. Novel antipsychotics: comparison of weight gain liabilities. J. Clin. Psychiatry 60, 358–363.

Wozniak, K., Linnoila, M., 1991. Hyperglycemic properties of serotonin receptor antagonists. Life Sci. 49, 101–109.

Yazici, K.M., Erbas, T., Yazici, A.H., 1998. The effect of clozapine on glucose metabolism. Exp. Clin. Endocrinol. Diabetes 106, 475–477.

CONFIDENTIAL
AZSER12443648

## Olanzapine-Induced Ketoacidosis With Diabetes Mellitus

To the Editor: Olanzapine is a new atypical antipsychotic compound with a receptor profile similar to that of clozapine, with generally few side effects. Specifically, extrapyramidal symptoms did not change in relation to baseline when olanzapine-treated patients and control subjects were compared (1–3), although weight gain and transient liver enzyme elevation have been found. Given olanzapine's structural similarity to clozapine, it might be expected that some rare side effects seen with clozapine, such as impairment of glucose tolerance, could occur with olanzapine (4). We report on a patient who developed acute ketoacidosis with diabetes mellitus while taking olanzapine.

Mr. A was a 50-year-old, single, African American man with a 30-year psychiatric history with multiple psychiatric hospitalizations. He had been admitted to Manhattan Psychiatric Center 20 years earlier and had been hospitalized continuously since then. His diagnoses included schizophrenia (paranoid type), substance dependence, and antisocial personality disorder. He had a significant history of criminal and deviant sexual behavior. His medical history included hypertension, mild obesity (227 lb), and myocardial infarction but not diabetes. He had been on a regimen of extended-release nifedipine, 30 mg/day, to control his hypertension. He did not have a significant family history of diabetes.

During Mr. A's hospitalization, a variety of antipsychotic medications were used, including fluphenazine decanoate, 25 to 75 mg i.m. every 2 weeks, chlorpromazine, 1800 mg/day, and haloperidol, 40 mg/day. He had no major side effects from these drugs. Mr. A had also received divalproex sodium, 750 mg twice a day, for 2 years. His psychiatric disorder had remained resistant to conventional antipsychotic medications. He refused to take clozapine because of the blood testing that was required. The results of his annual laboratory tests in 1997, including his blood sugar level, were normal.

Mr. A started olanzapine treatment, 5 mg/day. He continued to receive fluphenazine decanoate, 75 mg i.m. every 2 weeks, and divalproex sodium, 750 mg twice a day. His olanzapine dose was then gradually titrated to 30 mg/day over 6 months with the intent of gradually tapering his dose of fluphenazine decanoate once he was stable. His delusions and paranoid symptoms improved with this therapy. His weight was 227 lb at the start of olanzapine treatment, it increased to 248 lb after 5 months, and then it went down to 205 lb at the end of treatment. That same month, Mr. A was found drowsy, lethargic, and unresponsive to verbal commands. His blood pressure was 98/68 mm Hg, and he had orthostatic hypotension. Mr. A was then transferred to a hospital emergency room and later admitted to the intensive care unit for diabetic ketoacidosis; he had a blood sugar level of 1200 mg/dl. He was given intravenous insulin and 5% dextrose fluid.

Mr. A's olanzapine regimen was discontinued, and his diabetic ketoacidosis disappeared. He received human insulin (NPH), 40 to 70 units for 15 days. His insulin treatment was then discontinued, with subsequent normalization of his blood sugar level. His levels of blood sugar, urine sugar, and acetone remained normal. He remained on a regimen of fluphenazine decanoate, 75 mg i.m. every 2 weeks, benztropine mesylate, 2 mg twice a day, and divalproex sodium, 750 mg twice a day. Both the manufac-

turer of olanzapine and the Food and Drug Administration's MedWatch were notified of his drug reaction.

Mr. A developed de novo diabetes mellitus after 8 months of adjunctive olanzapine treatment. After he discontinued olanzapine, his diabetes mellitus disappeared completely. We believe that olanzapine constituted an etiological factor in the development of Mr. A's endocrine disorder. According to the manufacturer of olanzapine, diabetes mellitus was reported in 0.6% of patients in olanzapine premarketing trials (G. Rubel, Eli Lilly and Co., personal communication). As with clozapine, the pathophysiology of decreased glucose tolerance is unknown. Weight gain during olanzapine treatment is well recognized and may have contributed to the development of Mr. A's vulnerability to diabetes mellitus. Furthermore, he did not have a family history of diabetes mellitus. It is also possible that the 6 weeks of his high dose of olanzapine (30 mg/day) may have played a role, although it is not clear at what drug level the first symptoms of impaired glucose tolerance appeared. Also, it cannot be ruled out that the combination of olanzapine, fluphenazine decanoate, and divalproex sodium may have had an adverse effect on Mr. A's glucose tolerance. However, he had been taking fluphenazine decanoate and divalproex sodium for several months before the onset of his diabetes mellitus and again after recovery from it, without diabetic symptoms. Olanzapine or one of its metabolites may have contributed to the suppression of insulin release. This effect has been reported in studies with chlorpromazine, another antipsychotic, which can produce a hyperglycemic response in rats during in vivo and in vitro studies (5). Clinicians using olanzapine at a dose of more than 20 mg/day in patients developing symptoms of diabetes mellitus or in patients with a preestablished history of diabetes mellitus may need to check blood sugar levels more frequently.

### REFERENCES

1. Beasley CM Jr, Tollefson G, Tran P, Satterlee W, Sanger T, Hamilton S: Olanzapine versus placebo and haloperidol: acute phase results of the North American double-blind olanzapine trial. Neuropsychopharmacology 1996; 14:111–123
2. Tollefson GD, Beasley CM Jr, Tran PV, Street JS, Krueger JA, Tamura RN, Graffeo KA, Thieme ME: Olanzapine versus haloperidol in the treatment of schizophrenia and schizoaffective and schizophreniform disorders: results of an international collaborative trial. Am J Psychiatry 1997; 154:457–465
3. Beasley CM Jr, Sanger T, Satterlee W, Tollefson G, Tran P, Hamilton S: Olanzapine versus placebo: results of a double-blind, fixed-dose olanzapine trial. Psychopharmacology (Berl) 1996; 124:159–167
4. Popli AP, Konicki PE, Jurjus GJ, Fuller MA, Jaskiw GE: Clozapine and associated diabetes mellitus. J Clin Psychiatry 1997; 58:108–111
5. Ammon HPT, Orci L, Steinke J: Effect of chlorpromazine (CPZ) on insulin release in vivo and in vitro in the rat. J Pharmacol Exp Ther 1973; 187:423–429

JEAN–PIERRE LINDENMAYER, M.D.
RINA PATEL, M.D.
New York, N.Y.

## Olanzapine-Induced Elevation of Plasma Triglyceride Levels

To the Editor: The relatively recent introduction of the newer atypical antipsychotic medications—risperidone,

CONFIDENTIAL
AZSER12443649

**Article**

# Changes in Glucose and Cholesterol Levels in Patients With Schizophrenia Treated With Typical or Atypical Antipsychotics

Jean-Pierre Lindenmayer, M.D.

Pal Czobor, Ph.D.

Jan Volavka, M.D., Ph.D.

Leslie Citrome, M.D., M.P.H.

Brian Sheitman, M.D.

Joseph P. McEvoy, M.D.

Thomas B. Cooper, M.A.

Miranda Chakos, M.D.

Jeffrey A. Lieberman, M.D.

**Objective:** The association of hyperglycemia and hypercholesterolemia with use of atypical antipsychotics has been documented in case reports and uncontrolled studies. The authors' goal was to assess the effects of clozapine, olanzapine, risperidone, and haloperidol on glucose and cholesterol levels in hospitalized patients with schizophrenia or schizoaffective disorder during a randomized double-blind 14-week trial.

**Method:** One hundred fifty-seven patients with schizophrenia or schizoaffective disorder who were inpatients at four hospitals were originally included in the study. The 14-week trial consisted of an 8-week fixed-dose period and a 6-week variable-dose period. Planned assessments included fasting glucose and cholesterol, which were collected at baseline and at the end of the 8-week period and the following 6-week period.

**Results:** One hundred eight of the 157 patients provided blood samples at baseline and at least one point after random assignment to clozapine, olanzapine, risperidone, or haloperidol during the treatment trial. Seven of these patients had diabetes; their glucose levels were >125 mg/dl at baseline. Data from 101 patients were used for statistical analyses. During the initial 8-week period there was an overall signifi-

cant increase in mean glucose levels. There were significant increases in glucose levels at the end of the 8-week fixed-dose period for patients given clozapine (N=27) and those given haloperidol (N=25). The olanzapine group showed a significant increase of glucose levels at the end of the 6-week variable-dose period (N=22). Fourteen of the 101 patients developed abnormal glucose levels (>125 mg/dl) during the trial (six with clozapine, four with olanzapine, three with risperidone, and one with haloperidol). Cholesterol levels were increased at the end of the 8-week fixed-dose period for the patients given clozapine (N=27) and those given olanzapine (N=26); cholesterol levels were also increased at the end of the 6-week variable-dose period for patients given olanzapine (N=22).

**Conclusions:** In this prospective randomized trial, clozapine, olanzapine, and haloperidol were associated with an increase of plasma glucose level, and clozapine and olanzapine were associated with an increase in cholesterol levels. The mean changes in glucose and cholesterol levels remained within clinically normal ranges, but approximately 14% of the patients developed abnormally high glucose levels during the course of their participation in the study.

*(Am J Psychiatry 2003; 160:290–296)*

Abnormalities in glucose regulation have been reported in schizophrenia before and after the introduction of antipsychotic medications (1–6). Hyperglycemia in the context of treatment with atypical antipsychotic medications has been documented in several series of uncontrolled case reports, and clozapine and olanzapine have been implicated more frequently than risperidone (7–35). Complicating this issue is the observation that patients with schizophrenia are more likely to develop diabetes mellitus than the general population (4), regardless of antipsychotic use. In addition, there is a trend toward an increase in the prevalence of diabetes mellitus in the general population (36). Large epidemiological studies have provided conflicting information regarding the relative risk of diabetes and exposure to different antipsychotics (33, 37–40). Significant elevations in triglyceride and cholesterol levels have also been reported in association with atypical antipsychotic treatment (26, 32, 41). However, the true incidence of both hyperglycemia and hypercholesterolemia induced by different typical or atypical medications is not known at this time. We had the opportunity to study the effects of both typical and atypical antipsychotic medications on glucose and cholesterol levels during a randomized, controlled, prospective trial in patients with suboptimal response to previous antipsychotic medication.

CONFIDENTIAL
AZSER12443650

## Method

The data for this investigation were collected during a randomized, double-blind, 14-week clinical trial of clozapine, olanzapine, risperidone, and haloperidol in patients with schizophrenia or schizoaffective disorder. The primary purpose of the trial was to investigate the comparative efficacy of atypical antipsychotics in a group of inpatients with suboptimal therapeutic response to previous antipsychotic treatments. A brief description of the parent study is provided here; the complete report is available elsewhere (42).

### Study Design

The prospective, double-blind trial consisted of two periods: an 8-week, fixed-dose period (period 1) and a 6-week, variable-dose period (period 2). The fixed-dose target levels were 500 mg/day for clozapine, 20 mg/day for olanzapine, 8 mg/day for risperidone, and 20 mg/day for haloperidol. The actual mean dose levels for the 101 patients who were included in the statistical analyses for the current study were 443.7 mg/day (SD=120.2) for clozapine, 20.1 mg/day (SD=1.2) for olanzapine, 8.5 mg/day (SD=2.2) for risperidone, and 20.0 mg/day (SD=0.0) for haloperidol at the end of period 1. At the end of period 2 the mean dose levels were 477.2 mg/day (SD=157.2), 31.4 mg/day (SD=6.0), 11.6 mg/day (SD=3.7), and 25.8 mg/day (SD=5.1) for clozapine, olanzapine, risperidone, and haloperidol, respectively.

Benztropine, 4 mg/day, was administered prophylactically to all patients receiving haloperidol. Patients assigned to atypical antipsychotics were initially receiving only benztropine placebo, but if the patient's psychiatrist determined clinically that the patient should be treated for extrapyramidal side effects, prescriptions for "benztropine supplements" could be written, resulting in real benztropine gradually replacing benztropine placebo (up to 6 mg/day). Propranolol was allowed for the treatment of akathisia. Lorazepam, diphenhydramine hydrochloride, and chloral hydrate were permitted as needed for agitation and insomnia. No other adjunctive psychotropic medication was allowed in the study.

### Subjects

The subjects were inpatients at four hospitals, two in New York State and two in North Carolina. Patients met the following criteria for suboptimal treatment response: 1) presence of persistent positive symptoms (hallucinations, delusions, or marked thought disorder) after at least 6 contiguous weeks of treatment with one or more typical antipsychotics at doses equivalent to or greater than 600 mg/day of chlorpromazine, 2) a poor level of functioning over the past 2 years, and 3) a total score greater than 60 on the Positive and Negative Syndrome Scale (43). Patients were excluded from the trial if they had 1) a history of failure to respond to clozapine, risperidone, or olanzapine; 2) a history of clozapine, olanzapine, risperidone, or haloperidol intolerance; 3) depot antipsychotic treatment within 30 days before random assignment to one of the four drugs; or 4) substantial medical illness. After complete description of the study, written informed consent was obtained from all patients.

### Assessments

Assessments for the present analyses included fasting blood samples for glucose and cholesterol at baseline (before the first dose of study medication) and at the end of periods 1 and 2. Patients were included in the study if their glucose levels at baseline and at least one other time point during the study were available. Only results of blood samples collected at morning fasting times were included in the analyses. Plasma glucose and cholesterol

levels were determined by enzymatic procedures applying the Boehringer Mannheim/Hitachi 714 automated chemistry analyzer and using the standard analytical system packs Glucose/HK and Cholesterol/HP. Patients' weight was determined at baseline and endpoint of each period. Patients' height was measured at the time of enrollment in the study. Weight gain was computed as the absolute and relative (%) change in body weight (kg) between baseline and study endpoint. Body mass index was computed as body weight (kg) divided by the square of height (m$^2$).

### Statistical Analysis

The principal objective of the analyses described in this report was to examine change in glucose and cholesterol levels during treatment with typical and atypical antipsychotics and to determine the incidence of hyperglycemia during such treatment in patients who had no known history of diabetes at the time of enrollment in the study. Accordingly, patients whose glucose blood levels at baseline were within normal laboratory limits constituted the main study group for the statistical analyses.

The relationship between change in glucose and cholesterol levels and antipsychotic medication was investigated by analysis of covariance (ANCOVA). Changes in glucose and cholesterol levels between baseline and the end of period 1 and between baseline and the end of period 2 were used as the dependent variables; a separate analysis was performed for each of the two measures in each of the two study periods. Last observation carried forward analysis was used within the respective study periods. Type of medication (treatment group) was used as the independent variable. Glucose and cholesterol levels at baseline were used as covariates. Post hoc analyses (Tukey's Studentized range test for pairwise comparisons) for glucose and cholesterol levels were conducted between the medication groups. We conducted paired t tests to examine specific differences between baseline of period 1 and period 2 for each medication group for both glucose and cholesterol levels.

To investigate change over time in terms of transitions from normal to abnormal metabolic ranges, we constructed shift tables for each of the two study periods by using each of the two laboratory indexes (glucose and cholesterol). An abnormal glucose level was defined in our study as >125 mg/dl on the basis of one of the criteria of the American Diabetes Association (44); an abnormal cholesterol level was defined as greater than 200 mg/dl.

Since the main study group comprised patients whose baseline glucose blood levels were within normal range, the shift tables for glucose change (in each group) contained only two cells (normal to elevated, normal to normal) because each patient in the main group could exhibit one of two potential transition sequences between baseline and the end of a study period (i.e., normal to elevated or normal to normal). We used chi-square analysis to compare the proportion of patients who shifted from normal to abnormal glucose levels within each treatment group.

For cholesterol changes, the shift tables for each study group comprised four cells because elevated cholesterol values could occur in the main study group at baseline. Specifically, each of the four cells in a two-by-two shift table represented one of four potential transition sequences for each patient: normal to elevated, elevated to normal, normal to normal, elevated to elevated. Since the observations in a two-by-two shift table are not independent of each other, the analysis of the shift tables was based on McNemar's test.

Relationship between weight gain and change in blood levels of glucose and cholesterol was investigated by ANCOVA. Weight gain was used as the dependent variable. Change in blood levels and medication group were used as independent variables; baseline weight and blood level at baseline were used as covariates. An interaction between blood level change and medication group was included in the model. Separate ANCOVAs were performed

CONFIDENTIAL
AZSER12443651

GLUCOSE, CHOLESTEROL, AND SCHIZOPHRENIA

TABLE 1. Change in Glucose Levels of 101 Inpatients With Schizophrenia or Schizoaffective Disorder Over 14 Weeks of Treatment With Four Antipsychotic Medications

| | Baseline | | | 8 Weeks | | | | | | | | 14 Weeks | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Glucose Level (mg/dl) | | | Glucose Level (mg/dl) | | | Change From Baseline (mg/dl) | | Analysis | | | Glucose Level (mg/dl) | | | Change From Baseline (mg/dl) | | Analysis | |
| Medication | N | Mean | SD | N | Mean | SD | Mean | SD | t | p | N | Mean | SD | Mean | SD | t | p |
| Clozapine | 28 | 93.1 | 10.5 | 27 | 110.6 | 29.6 | 17.1 | 30.5 | 2.92 | <0.01 | 17 | 98.6 | 19.5 | 4.4 | 17.1 | 1.06 | n.s. |
| Haloperidol | 25 | 82.6 | 14.8 | 25 | 91.0 | 11.1 | 8.4 | 17.7 | 2.37 | <0.03 | 20 | 92.6 | 17.7 | 10.6 | 25.2 | 1.90 | n.s. |
| Olanzapine | 26 | 91.7 | 14.0 | 26 | 93.6 | 19.2 | 1.9 | 16.9 | 0.57 | n.s. | 22 | 105.5 | 30.4 | 14.3 | 25.5 | 2.62 | <0.02 |
| Risperidone | 22 | 94.0 | 13.0 | 22 | 92.6 | 17.3 | –1.3 | 14.9 | 0.41 | n.s. | 14 | 97.2 | 19.8 | 2.7 | 12.2 | 0.84 | n.s. |

for glucose and cholesterol. We also conducted a correlation analysis between change in body weight and change in glucose level as well as change in cholesterol level for each medication group.

## Results

### Demographic and Basic Descriptive Data

Altogether, 157 patients entered the double-blind trial (42); 133 patients provided fasting glucose levels at some point during the study. Of these, seven were excluded for lack of baseline glucose level and 18 were excluded for lack of glucose levels at points during the study. This resulted in 108 patients who were included in the present report. Seven of these patients, diagnosed as having diabetes, had elevated glucose levels (>125 mg/dl) at baseline and were therefore not included in the main study group; their results are presented separately in this report. The remaining 101 patients constitute the main study group for statistical analyses.

Twenty-eight patients were randomly assigned to treatment with clozapine, 25 to haloperidol, 26 to olanzapine, and 22 to risperidone. The mean age of the study group was 40.33 years (SD=9.4). Eighty-five patients were men, and 16 were women. The clozapine group had a 25:3 male-to-female ratio, the haloperidol group 20:5, the olanzapine group 22:4, and the risperidone group 18:4 (p=0.81, n.s., two-sided Fisher's exact test). Overall, patients were more likely to be diagnosed with schizophrenia (N=89) than with schizoaffective disorder. Twenty-nine (28.7%) of the patients were Caucasian, 59 (58.4%) were African American, 11 (10.9%) were Hispanic, and two (2.0%) were Asian-Pacific Islander.

Analysis of variance revealed a statistically significant difference among the four groups in baseline glucose levels (F=4.0, df=3, 100, p<0.01). Post hoc analyses (Tukey's Studentized range test for pairwise comparisons) for glucose levels at baseline showed that patients in the clozapine and risperidone groups showed significantly (p<0.05) higher levels than those in the haloperidol group. No other group baseline difference relevant for the present analysis showed statistical significance in the analyses.

### Patient Attrition

The completion rate for the full 14-week trial was 72.3% (N=73) among the 101 patients who were included in the main study group. There was no significant difference among the treatment groups in the proportion of patients completing the trial: 17 (60.7%) of 28 for clozapine, 20 (80.0%) of 25 for haloperidol, 22 (84.6%) of 26 for olanzapine, and 14 (63.6%) of 22 for risperidone.

### Change in Glucose Levels Over Time

Descriptive information for change in glucose over time is displayed in Table 1. ANCOVA analyses indicated that differences among treatment groups reached significance in period 1 (F=4.4, df=3, 99, p=0.006) but not in period 2 (F=1.14, df=3, 72, n.s.). The increase in mean glucose blood levels over time reached statistical significance in the clozapine and haloperidol groups after 8 weeks. There was a statistically significant increase in the olanzapine group after 14 weeks (Table 1). No significant change in glucose was detected in the risperidone group. All increases in mean glucose levels remained within the normal clinical range. However, 14 (13.9%) of the 101 patients developed abnormal glucose levels (>125 mg/dl) at some point during randomized treatment (Table 2). African American patients were represented at a higher proportion (11 [18.6%] of 59) than white patients (three [10.3%] of 29) or Hispanic patients (none of 11) in the subgroup who displayed abnormal glucose. Differences among the three ethnic groups failed to reach statistical significance. The treatment group difference in the proportion of patients with a shift from normal to abnormally elevated glucose levels in periods 1 and 2 was not statistically significant, although there was a numerical trend for clozapine to show a higher number of shifts than the other three groups during period 1.

The seven patients who had elevated baseline glucose levels and who had diabetes mellitus were treated with antihyperglycemic agents during the study. The results for these patients were not included in the analysis of the main study group. As indicated by the data in Table 3, glucose levels decreased over the treatment period in five of these seven patients.

### Change in Cholesterol Levels Over Time

Table 4 displays descriptive data for mean changes in cholesterol levels in period 1 and period 2. Differences among treatment groups reached significance in period 1 (F=10.4, df=3, 99, p<0.04) and marginal significance in period 2 (F=2.65, df=3, 72, p=0.06). Post hoc pairwise analyses (Tukey's Studentized range tests) for period 1 revealed that the difference between the clozapine and haloperidol

239

CONFIDENTIAL
AZSER12443652

LINDENMAYER, CZOBOR, VOLAVKA, ET AL.

TABLE 2. Glucose Levels and Other Characteristics of 14 Patients With Schizophrenia or Schizoaffective Disorder Who Developed Abnormally High Glucose Levels (>125 mg/dl) Over 14 Weeks of Treatment With Four Antipsychotic Medications

| Patient | Treatment | Ethnicity | Gender | Baseline Body Mass Index (kg/m$^2$) | Baseline Weight (kg) | Age (years) | Glucose Level (mg/dl) | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Baseline | 8 Weeks | 14 Weeks |
| 1 | Clozapine | African American | Male | 30.1 | 82.0 | 54 | 102 | 193 | 95 |
| 2 | Clozapine | White | Male | 18.1 | 55.3 | 65 | 84 | 145 | — |
| 3 | Clozapine | African American | Male | 30.3 | 95.4 | 44 | 80 | 177 | — |
| 4 | Clozapine | African American | Male | 18.2 | 51.8 | 40 | 93 | 144 | 87 |
| 5 | Clozapine | African American | Male | 22.6 | 57.4 | 51 | 110 | 149 | 158 |
| 6 | Clozapine | African American | Male | 23.7 | 76.8 | 52 | 108 | 120 | 131 |
| 7 | Haloperidol | White | Male | 34.2 | 81.6 | 43 | 100 | 107 | 132 |
| 8 | Olanzapine | African American | Male | 33.0 | 98.2 | 48 | 107 | 135 | 202 |
| 9 | Olanzapine | African American | Male | 30.6 | 102.0 | 59 | 112 | 128 | 150 |
| 10 | Olanzapine | African American | Female | 30.6 | 73.5 | 43 | 123 | 97 | 147 |
| 11 | Olanzapine | African American | Male | 27.4 | 83.8 | 41 | 95 | 126 | 113 |
| 12 | Risperidone | White | Male | 26.6 | 81.5 | 43 | 108 | 155 | — |
| 13 | Risperidone | African American | Male | 32.5 | 88.5 | 55 | 108 | 97 | 135 |
| 14 | Risperidone | African American | Male | 44.7 | 105.7 | 34 | 113 | 101 | 132 |

TABLE 3. Glucose Levels and Other Characteristics of Seven Patients With Schizophrenia or Schizoaffective Disorder Who Had Abnormally High Glucose Levels (>125 mg/dl) Before Treatment With Three Antipsychotic Medications[a]

| Patient | Treatment | Ethnicity | Gender | Baseline Body Mass Index (kg/m$^2$) | Baseline Weight (kg) | Age (years) | Glucose Level (mg/dl) | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Baseline | 8 Weeks | 14 Weeks |
| 1 | Haloperidol | African American | Male | 26.2 | 79.2 | 46 | 190 | 127 | 120 |
| 2 | Olanzapine | White | Male | 29.5 | 82.8 | 54 | 436 | 360 | — |
| 3 | Olanzapine | Hispanic | Male | 30.3 | 80.0 | 47 | 297 | 49 | 253 |
| 4 | Olanzapine | African American | Male | 26.5 | 72.2 | 56 | 127 | 214 | — |
| 5 | Risperidone | African American | Male | 33.3 | 82.7 | 56 | 255 | 147 | 169 |
| 6 | Risperidone | African American | Male | 22.8 | 62.2 | 48 | 303 | 217 | 254 |
| 7 | Risperidone | African American | Male | 24.5 | 73.9 | 54 | 135 | 242 | — |

[a] None of the patients randomly assigned to reserpine treatment had abnormally high baseline glucose levels.

groups reached statistical significance (p<0.05). Analogous analyses for period 2 indicated no significant differences among the four treatment groups.

As shown in Table 4, there was an increase in cholesterol level in the clozapine and olanzapine groups in period 1. Cholesterol level elevation in the clozapine group in period 2 was of a similar magnitude to that seen in period 1, but it failed to reach statistical significance. The cholesterol increase in the olanzapine group reached statistical significance in period 2. No significant change over time in cholesterol was detected in the haloperidol and risperidone groups. All mean cholesterol increases remained within normal clinical range. The analysis of shift tables for cholesterol revealed no significant change over time in terms of transitions from normal to abnormal levels in any of the four treatment groups.

### Relationship Between Weight Increase and Metabolic Changes

Weight gain in the parent study has been described elsewhere (45). In the current subgroup, the largest weight gain was seen with olanzapine (mean change=7.3 kg, SD=7.6) (paired t=4.94, df=27, p<0.0001), followed by clozapine (mean change=4.8 kg, SD=6.1) (paired t=4.1, df=26, p<0.0003) and risperidone (mean change=2.4 kg, SD=6.3) (paired t=1.79, df=21, p=0.09). There was minimal weight gain with haloperidol (mean change=0.9 kg, SD=5.7) (n.s.). ANCOVA indicated no main effect or treatment interac-

tion for the relationship between glucose change and weight gain at endpoint.

A significant main effect for the association of cholesterol change and weight gain at endpoint was found for the four groups combined (F=12.01, df=1, 99, p=0.0008). Exploring the correlation between weight increase and cholesterol increase in each individual group, we found a significant association in the clozapine group (r=0.5, df=27, p=0.008) and in the olanzapine group (r=0.4, df=26, p= 0.035). To investigate whether these associations were independent of baseline values, initial cholesterol levels and baseline weight were introduced as covariates in the analyses. Results indicated that the association in the clozapine group remained statistically significant (t=−2.37, df= 1, 26, p<0.03), whereas the association in the olanzapine group obtained marginal significance (t=−1.93, df=1, 25, p=0.06). There was no association between baseline body mass index and increase in cholesterol level.

## Discussion

We believe that this is the first report comparing the simultaneous effects of four antipsychotic medications on two important metabolic measures indexing glucose and lipid metabolism in patients with chronic schizophrenia who had a history of partial antipsychotic treatment response and who were randomly assigned to one of the four treatments under double-blind conditions. We found that clozapine and haloperidol were associated with sig-

240

CONFIDENTIAL
AZSER12443653

lated that antipsychotics with a dibenzodiazepine-derived structure (e.g., clozapine, olanzapine) may be associated with significant elevating effects on fasting triglyceride levels and with lesser effects on cholesterol levels.

Limitations of our study include the attrition of our study group during period 2. Although the attrition was governed by clinical factors, it was comparable among the four treatment groups. Given that attrition, we feel that the data for period 1 are more robust. In addition, period 2 allowed for a variable dose of the antipsychotic medication in contrast to the fixed-dose design of period 1. This may have been an additional factor influencing our results. Finally, the duration of 8 weeks for period 1 was relatively short and may not have been sufficient to allow for more changes in glucose and cholesterol levels to emerge.

Given the concerns regarding endocrine dysregulation in the context of treatment with atypical medications, we recommend that baseline and 6-month monitoring of fasting plasma glucose levels, glycated hemoglobin, fasting cholesterol, and triglycerides be obtained in routine clinical practice with all antipsychotics in order to monitor the risk for development of hyperglycemia and hypercholesterolemia. Fasting insulin assessment, a particularly sensitive measure for glucose control dysregulation, should be performed in patients at particular risk. Baseline weight and regular follow-up weight measurements are further recommended. Given the serious implications for morbidity and mortality attributable to diabetes and elevated cholesterol, clinicians need to be aware of these risk factors when treating patients with chronic schizophrenia.

Presented at a New Research session at the 154th Annual Meeting of the American Psychiatric Association, New Orleans, May 5–10, 2001. Received April 10, 2002; revision received July 24, 2002; accepted Aug. 1, 2002. From the Nathan Kline Institute for Psychiatric Research; New York University, New York; the University of North Carolina, Chapel Hill; Dorothea Dix Hospital, Chapel Hill, N.C.; Manhattan Psychiatric Center, New York; Duke University and John Umstead Hospital, Durham, N.C.; and the Psychiatric Institute and Columbia University, New York. Address reprint requests to Dr. Lindenmayer, Psychopharmacology Research Unit, Nathan Kline Institute for Psychiatric Research, Wards Island, New York, NY 10035; lindenmayer@nki.rfmh.org (e-mail).

Supported by NIMH grant MH-53550, by University of North Carolina Mental Health and Neuroscience Clinical Research Center grant MH-33127, and by the Foundation of Hope, Raleigh, N.C.

The authors thank Janssen Pharmaceutica Research Foundation, Eli Lilly and Co., Novartis Pharmaceuticals Corp., and Merck and Co. for their donations of medications.

Eli Lilly and Co. contributed supplemental funding that covered approximately 18% of the total cost of this study. Overall experimental design, data acquisition, statistical analyses, and interpretation of the results were implemented without any input from any of the pharmaceutical companies.

The authors thank Linda Kline, R.N., M.S., C.S., chief coordinator of the project.

## References

1. Kasanin J: The blood sugar curve in mental disease, II: the schizophrenic (dementia praecox) groups. Arch Neurol Psychiatry 1926; 16:414–419

2. Thonnard-Neumann E: Phenothiazines and diabetes in hospitalized women. Am J Psychiatry 1968; 124:978–982

3. Braceland FJ, Meduna LJ, Vaichulis JA: Delayed action of insulin in schizophrenia. Am J Psychiatry 1945; 102:108–110

4. Dixon L, Weiden P, Delahanty J, Goldberg R, Postrado L, Lucksted A, Lehman A: Prevalence and correlates of diabetes in national schizophrenia samples. Schizophr Bull 2000; 26:903–912

5. Tabata H, Kikuoka M, Kikuoka H, Bessho H, Hirayama J, Hanabusa T, Kubo K, Momotani Y, Sanke T, Nanjo K, et al: Characteristics of diabetes mellitus in schizophrenic patients. J Med Assoc Thai 1987; 70(suppl 2):90–93

6. Mukherjee S, Decina P, Bocola V, Saraceni F, Scapicchio PL: Diabetes mellitus in schizophrenic patients. Compr Psychiatry 1996; 37:68–73

7. Ai D, Roper TA, Riley JA: Diabetic ketoacidosis and clozapine. Postgrad Med J 1998; 74:493–494

8. Colli A, Cocciolo M, Franconbaniera F, Rogantin F, Cattalini N: Diabetic ketoacidosis associated with clozapine treatment (letter). Diabetes Care 1999; 22:176–177

9. Kamran A, Doraiswamy PM, Jane JL, Hammett EB, Dunn L: Severe hyperglycemia associated with high doses of clozapine (letter). Am J Psychiatry 1994; 151:1395

10. Koval MS, Rames LJ, Christie S: Diabetic ketoacidosis associated with clozapine treatment. Am J Psychiatry 1994; 151:1520–1521

11. Maule S, Giannela R, Lanzio M, Villari V: Diabetic ketoacidosis with clozapine treatment. Diabetes Nutr Metab 1999; 12:187–188

12. Melkersson KI, Hulting AL, Brismar KE: Different influences of classical antipsychotics and clozapine on glucose-insulin homeostasis in patients with schizophrenia or related psychoses. J Clin Psychiatry 1999; 60:783–791

13. Mohan D, Gordon H, Hindley N, Baker A: Schizophrenia and diabetes mellitus. Br J Psychiatry 1999; 174:180–181

14. Peterson GA, Byrd SL: Diabetic ketoacidosis from clozapine and lithium cotreatment (letter). Am J Psychiatry 1996; 153:737–738

15. Pierides M: Clozapine monotherapy and ketoacidosis. Br J Psychiatry 1997; 171:90–91

16. Popli A, Konicka PE, Jurjus GS, Fuller MA, Jaskiw GE: Clozapine and associated diabetes mellitus. J Clin Psychiatry 1997; 58:108–111

17. Smith H, Kenney-Herbert J, Knowles L: Clozapine induced diabetic ketoacidosis. Aust NZ J Psychiatry 1999; 33:120–121

18. Thompson J, Chengappa KNR, Good CB, Baker RW, Kiewe RP, Bezner J, Schooler NR: Hepatitis, hyperglycemia, pleural effusion, eosinophilia, hematuria and proteinuria occurring early in clozapine treatment. Int Clin Psychopharmacol 1998; 13:95–98

19. Wirshing DA, Spellberg BJ, Erhart SM, Marder SR, Wirshing WC: Novel antipsychotics and new onset diabetes. Biol Psychiatry 1988; 44:778–783

20. Yazici KM, Erbas T, Yazici AH: The effect of clozapine on glucose metabolism. Exp Clin Endocrinol Diabetes 1998; 106:475–477

21. Bettinger TL, Mendelson SC, Dorson PG, Crismon ML: Olanzapine-induced glucose dysregulation. Ann Pharmacother 2000; 34:865-867

22. Fertig MK, Brooks VG, Shelton PS: Hyperglycemia associated with olanzapine. J Clin Psychiatry 1998; 59:687–689

23. Gatta B, Rigalleau V, Gin H: Diabetic ketoacidosis with olanzapine treatment. Diabetes Care 1999; 22:1002–1003

24. Goldstein LE, Sporn J, Brown S, Kim H, Finkelstein J, Gaffey GK, Sachs G, Stern TA: New-onset diabetes mellitus and diabetic ketoacidosis associated with olanzapine treatment. Psychosomatics 1999; 40:438–443

25. Hayek DV, Hutil V, Reiss J, Schweiger HD, Fuebl HS: Hyperglycemia and ketoacidosis on olanzapine. Nervenarzt 1999; 70:836–837

26. Melkersson KI, Hulting AL, Brismar KE: Elevated levels of insulin, leptin, and blood lipids in olanzapine-treated patients with

CONFIDENTIAL
AZSER12443654

GLUCOSE, CHOLESTEROL, AND SCHIZOPHRENIA

schizophrenia or related psychoses. J Clin Psychiatry 2000; 61: 742–749

27. Ober SK, Hudak R, Rusterholtz A: Hyperglycemia and olanzapine (letter). Am J Psychiatry 1999; 156:970

28. Procyshyn RM, Pane S, Tse G: New onset diabetes mellitus associated with quetiapine. Can J Psychiatry 2000; 45:668–669

29. Sobel M, Jaggers ED, Franz M: New onset diabetes mellitus associated with initiation of quetiapine treatment. J Clin Psychiatry 1999; 60:556–557

30. Croarkin PE, Jacobs DM, Bain B: Diabetic ketoacidosis associated with risperidone treatment. Psychosomatics 2000; 41: 369–370

31. Kostakoglu AE, Yazici KM, Erbas T, Guvener N: Ketoacidosis as a side effect of clozapine: a case report. Acta Psychiatr Scand 1996; 93:217–218

32. Meyer JM: A retrospective comparison of lipid, glucose, and weight changes at one year between olanzapine and risperidone treated inpatients, in Proceedings of the 39th Annual Meeting of the American College of Neuropsychopharmacology. Nashville, Tenn, ACNP, 2000

33. Wilson DR, Hammond C, D'Souza L, Sarkar N: New-onset diabetes and ketoacidosis with atypical antipsychotics, in Proceedings of the 39th Annual Meeting of the American College of Neuropsychopharmacology. Nashville, Tenn, ACNP, 2000

34. Iqbal N, Oldan RL, Baird G, Schwartz B, Baloy L, Bhagoji B, Simjee M: Diabetes mellitus induced by atypical antipsychotics, in 2000 Annual Meeting Syllabus and Proceedings Summary. Washington, DC, American Psychiatric Association, 2000

35. Lindenmayer J-P, Nathan A, Smith RC: Hyperglycemia associated with the use of atypical antipsychotics. J Clin Psychiatry 2001; 62(suppl 23):30–38

36. Burke JP, Williams K, Gaskill SP, Hazuda HP, Haffner M, Stern MP: Rapid rise in the incidence of type 2 diabetes from 1987 to 1996: results from the San Antonio Heart Study. Arch Intern Med 1999; 159:1450–1456

37. Lund BC, Perry PJ, Brooks JM, Arndt S: Clozapine use in patients with schizophrenia and the risk of diabetes, hyperlipidemia, and hypertension. Arch Gen Psychiatry 2001; 58:1172–1176

38. Kwong K, Cavazzoni P, Hornbuckle K, Hutchins D, Signa W, Kotsanos J, Breier A: Higher incidences of diabetes mellitus during exposure to antipsychotics—findings from a retrospective cohort study in the US, in Abstracts of the 41st New Clinical Drug Evaluation Unit Meeting. Rockville, Md, National Institute of Mental Health, 2001, poster III-8

39. Gianfrancesco F, Grogg A, Mahmaoud R, Markowitz J, Nasrallah HA: Association of new-onset diabetes and antipsychotics: findings from a large health plan database, in Abstracts of the 41st New Clinical Drug Evaluation Unit Meeting. Rockville, Md, National Institute of Mental Health, 2001, poster III-79

40. Breier A, Kwong K, Hornbuckle K, Cavazonni P, Carlson C, Wu J, Kotsanos J, Holman R: A retrospective cohort study of diabetes mellitus and antipsychotic treatment in the United Kingdom (poster), in Abstracts of the 40th Annual Meeting of the American College of Neuropsychiatry. Nashville, Tenn, ACNP, 2001

41. Smith RC, Lindenmayer J-P, Khandat A, Wahab M, Bodala P, Rosenberger J: A prospective study of glucose and lipid metabolism with atypical and conventional antipsychotics (poster), in Proceedings of the 14th Annual Research Conference of the New York State Office of Mental Health. Albany, New York State Office of Mental Health, 2001

42. Volavka J, Czobor P, Sheitman B, Lindenmayer J-P, Citrome L, McEvoy JP, Cooper TB, Chakos M, Lieberman JA: Clozapine, olanzapine, risperidone, and haloperidol in the treatment of

patients with chronic schizophrenia and schizoaffective disorder. Am J Psychiatry 2002; 159:255–262

43. Kay SR, Opler LA, Lindenmayer J-P: Reliability and validity of the Positive and Negative Syndrome Scale for schizophrenics. Psychiatry Res 1988; 23:99–110

44. Report of the Expert Committee on the Diagnosis and Classification of Diabetes Mellitus. Diabetes Care 2002; 25:S5–S20

45. Czobor P, Volavka J, Sheitman B, Lindenmayer JP, Citrome L, McEvoy J, Cooper TB, Chakos M, Lieberman JA: Antipsychotic-induced weight gain and therapeutic response: a differential association. J Clin Psychopharmacol 2002; 22:244–251

46. Newcomer JW, Haupt DW, Fucetola R, Melson AK, Schweiger JA, Cooper BP, Selke G: Abnormalities in glucose regulation during antipsychotic treatment of schizophrenia. Arch Gen Psychiatry 2002; 59:337–345

47. Harris MI, Flegal KM, Cowie CC, Eberhardt MS, Goldstein DE, Little RR, Wiedmeyer HM, Byrd-Holt DD: Prevalence of diabetes, impaired fasting glucose and impaired glucose tolerance in US adults. Diabetes Care 1998; 21:518–524

48. Kinon BJ, Basson BR, Gilmore JA, Tollefson GD: Long-term olanzapine treatment: weight change and weight-related health factors in schizophrenia. J Clin Psychiatry 2001; 62:92–100

49. Karenyi C, Lowenstein B: Chlorpromazine induced diabetes. Dis Nerv Syst 1968; 29:827–828

50. Baldessarini RJ, Lipinski JF: Toxicity and side effects of antipsychotic, antimanic, and antidepressant medications. Psychiatr Annals 1976; 6:484–493

51. Boucharlat J, Chatelain R: [An exceptional neuroleptic accident: diabetes insipidus induced by thioridazine.] Annales Medico-Psychologiques 1968; 1:306 (French)

52. Baptista T, Lacruz A, Angeles F, Silvera R, de Mendoza S, Mendoza MT, Hernandez L: Endocrine and metabolic abnormalities involved in obesity associated with typical antipsychotic drug administration. Pharmacopsychiatry 2001; 34:223–231

53. Brambilla F, Guastalla A, Guerrini A, Riggi F, Rovere C, Zanoboni A, Zanoboni-Muciaccia W: Glucose-insulin metabolism in chronic schizophrenia. Dis Nerv Syst 1976; 37:98–103

54. Foss MC, Paula FJ, Paccola GM, Piccinato CE: Peripheral glucose metabolism in human hyperprolactinemia. Clin Endocrinol 1995; 43:721–726

55. Schernthaner G, Prager R, Punzengruber C. Luger A: Severe hyperprolactinemia is associated with decreased insulin binding in vitro and insulin resistance in vitro. Diabetologia 1985; 28:138–142

56. Wozniak KM, Linnoila M: Hyperglycemic properties of serotonin receptor antagonists. Life Sci 1991; 49:101–109

57. Henderson DC, Cagliero E, Gray C, Nasrallah RS, Hayden DL, Schoenfeld DA, Goff DC: Clozapine, diabetes mellitus, weight gain, and lipid abnormalities: a five-year naturalistic study. Am J Psychiatry 2000; 157:975–981

58. Ghaeli P, Dufresne RL: Serum triglyceride levels in patients treated with clozapine. Am J Health System Pharm 1996; 53: 2079–2081

59. Sheitman BB, Bird PM, Binz W, Akinli L, Sanchez C: Olanzapine-induced elevation of plasma triglyceride levels (letter). Am J Psychiatry 1999; 156:1471–1472

60. Osser DN, Najarian DM, Dufresne RL: Olanzapine increases weight and serum triglyceride levels. J Clin Psychiatry 1999; 60: 767–770

61. Clark ML, Ray TS, Paredes A, Ragland RE, Castiloe JP, Smith CW, Wolf S: Chlorpromazine in women with chronic schizophrenia: the effect on cholesterol levels and cholesterol-behavior relationships. Psychosom Med 1967; 29:634–642

CONFIDENTIAL
AZSER12443655

**ORIGINAL ARTICLE**

# Clozapine Use in Patients With Schizophrenia and the Risk of Diabetes, Hyperlipidemia, and Hypertension

## A Claims-Based Approach

*Brian C. Lund, PharmD; Paul J. Perry, PhD; John M. Brooks, PhD; Stephan Arndt, PhD*

**Background:** Numerous case reports have linked clozapine to the development of diabetes mellitus and hyperlipidemia in patients with schizophrenia. However, investigators have been unable to clearly demonstrate this association when compared with a control group receiving conventional antipsychotics.

**Methods:** Medical and pharmacy claims from the Iowa Medicaid program were used to compare incidence rates for diabetes, hyperlipidemia, and hypertension in 552 patients receiving clozapine and 2461 patients receiving conventional antipsychotics (eg, haloperidol, chlorpromazine hydrochloride), with the use of a retrospective cohort design. Logistic regression was used to compare incidence rates adjusting for age, sex, and duration of available follow-up.

**Results:** No significant differences in overall incidence rates for diabetes, hyperlipidemia, or hypertension were observed in patients receiving clozapine vs conventional antipsychotics. However, among younger patients (aged 20-34 years), clozapine administration was associated with a significantly increased relative risk of diabetes (2.5 [95% confidence interval, 1.2-5.4]) and hyperlipidemia (2.4 [95% confidence interval, 1.1-5.2]), but not hypertension (0.9 [95% confidence interval, 0.4-2.0]).

**Conclusions:** These data suggest that clozapine may not be an independent cause of diabetes or hyperlipidemia, but instead acts as an effect modifier in susceptible populations by increasing weight or affecting insulin secretion and resistance. This finding requires confirmation in other settings and patient populations and with the other atypical antipsychotics (risperidone, olanzapine, and quetiapine fumarate). The potential long-term medical and economic implications of the early induction of diabetes and hyperlipidemia in patients with schizophrenia warrant further study.

*Arch Gen Psychiatry. 2001;58:1172-1176*

Since 1994, several case reports and uncontrolled studies have linked the atypical antipsychotic clozapine with the development of diabetes mellitus.[1-5] Similar reports have been published with the atypical agents olanzapine[6,7] and quetiapine fumarate.[8] One hypothesis proposes that diabetes may occur secondary to weight gain associated with the atypical antipsychotics.[9] Some investigators propose more direct physiological mechanisms, including effects on glucose regulation and insulin secretion and resistance.[3,10] Further complicating this relationship is the observation that patients with schizophrenia have a higher rate of diabetes than does the general population.[11,12]

While evidence continues to mount, investigators have been unable to clearly demonstrate that clozapine leads to a significantly increased rate of diabetes in patients with schizophrenia when compared with conventional antipsychotics.[13] Therefore, the primary objective of this study was to compare the incidence rates of diabetes in patients with schizophrenia receiving clozapine vs conventional antipsychotics, with the use of Medicaid claims data. As clozapine has also been associated with hyperlipidemia,[14,15] incidence rates for the additional weight-related outcomes of hyperlipidemia and hypertension were compared as secondary objectives.

### RESULTS

#### POPULATION CHARACTERISTICS

A total of 4770 patients with at least 1 medical claim for schizophrenia were identified. Of these, 3013 (63.2%) satisfied entry criteria for the analysis. The conventional antipsychotic group included 2461 patients and the clozapine group included 552

*From the Division of Clinical and Administrative Pharmacy, College of Pharmacy (Drs Lund, Perry, and Brooks), Department of Psychiatry, College of Medicine (Drs Perry and Arndt), and Department of Biostatistics, College of Public Health (Dr Arndt), University of Iowa, Iowa City.*

CONFIDENTIAL
AZSER12443656

## SUBJECTS AND METHODS

### DATA SOURCE AND CASE SELECTION

The study was approved by the University of Iowa, Iowa City, institutional review board. Claims data for the Iowa Medicaid program were obtained through the Iowa Department of Human Services. Data from both medical and pharmacy claims were used, and patient identifiers were encrypted to protect patient confidentiality. Each Medicaid medical claim identifies a service provided, gives the date the service was provided, and includes up to 4 *International Classification of Diseases, Ninth Revision* (*ICD-9*) diagnosis codes. Pharmacy claims were used to identify the drug products dispensed and the date of fill. An associated data set containing Medicaid eligibility information was used to obtain demographic information such as sex and date of birth.

Medical claims from the years 1990 to 1994 were used to identify all patients with a diagnosis of schizophrenia (identified by *ICD-9* code 295.xx, excluding 295.7x). For these patients, the additional codes for schizoaffective disorder (*ICD-9* code 295.7x) and bipolar affective disorder (*ICD-9* code 296.xx, excluding 296.2x and 296.3x) were identified. From these diagnostic codes, the number of months the patient was diagnosed as having schizophrenia, schizoaffective disorder, or bipolar affective disorder were summed. Entry into the analysis required at least two thirds of these months to be coded for schizophrenia. The goal of this restriction was to isolate patients with schizophrenia by eliminating patients who were longitudinally considered

schizoaffective or bipolar, because these populations might have a different intrinsic risk for diabetes than do patients with schizophrenia. Medical claims for psychiatric diagnoses were limited to the years 1990 to 1994, because the processing of psychiatric claims was changed in 1995 and the claims were unavailable after this point. Pharmacy claims and nonpsychiatric medical claims were unaffected by this change and were available for the years 1990 to 1998. Pharmacy claims were used to create a longitudinal drug history for each patient, beginning with the first observed medical claim for schizophrenia. Individual antipsychotic agents were identified from the pharmacy claims by means of both the National Drug Code field and the drug name text field. Antipsychotic agents classified as conventional agents were chlorpromazine hydrochloride, fluphenazine hydrochloride, haloperidol, loxapine, mesoridazine besylate, molindone hydrochloride, perphenazine, pimozide, prochlorperazine edisylate, thioridazine hydrochloride, thiothixene, trifluoperazine hydrochloride, and triflupromazine hydrochloride. Risperidone, olanzapine, and quetiapine were considered atypical antipsychotics.

### RATES OF DIABETES, HYPERLIPIDEMIA, AND HYPERTENSION

The outcomes of interest were the development of diabetes, hyperlipidemia, or hypertension. A diabetes outcome was defined as either a medical claim with an *ICD-9* code for diabetes (*ICD-9* code 250.xx) or a pharmacy claim for a glucose-reducing agent (ie, insulin, sulfonylurea, etc). Similarly, the occurrence of hyperlipidemia was identified

Continued on next page

patients. Among patients receiving conventional antipsychotics, 77.5% received monotherapy with an oral agent during the index month. These included haloperidol (19.8%), thiothixene (14.8%), thioridazine (14.7%), trifluoperazine (7.2%), fluphenazine (6.8%), chlorpromazine (5.3%), and other oral monotherapy (8.9%). The remaining 22.5% of the conventional antipsychotic group received monotherapy with a long-acting injectable antipsychotic (11.5%) or some combination regimen of conventional antipsychotics (11.0%) during the index month.

The mean (±SD) age during the index month was $42.9 \pm 17.1$ years in the conventional antipsychotic group compared with $37.4 \pm 12.1$ years in the clozapine group (Mann-Whitney, $z = -6.18$, $n = 3013$, $P < .001$). The clozapine group had a significantly larger proportion of men than the conventional antipsychotic group (61.4% vs 49.5%; $\chi^2_1 = 25.48$, $P < .001$).

### INCIDENCE RATES OF DIABETES, HYPERLIPIDEMIA, AND HYPERTENSION

The mean (±SD) duration of available follow-up was $24.5 \pm 26.9$ months for the conventional antipsychotic group and $25.5 \pm 24.4$ months for the clozapine group (Mann-Whitney, $z = 2.45$, $n = 3013$, $P = .01$). The overall cumulative incidence rates of diabetes, hyperlipidemia, and hypertension are presented in **Table 1**. There were no significant differences in the overall incidence rates for dia-

betes, hyperlipidemia, or hypertension between patients receiving clozapine vs conventional antipsychotics. These differences remained nonsignificant after adjusting for index age, sex, and duration of follow-up by logistic regression.

While the overall incidence rate of diabetes was similar between groups, the effect of clozapine was significant in younger patients (**Table 2**). In patients 20 to 34 years of age, the incidence rate for diabetes was 5.0% in the clozapine group and 2.0% in the conventional antipsychotic group, representing a relative risk of 2.5 (95% confidence interval, 1.2-5.4). Diabetes incidence rates were not significantly different between antipsychotic groups among other age strata. A similar age effect was observed with hyperlipidemia (Table 2). Among patients 20 to 34 years old, the hyperlipidemia incidence rate was 4.6% in the clozapine group and 2.0% in the conventional antipsychotic group, representing a relative risk of 2.4 (95% confidence interval, 1.1-5.2). In contrast, no age effect was observed for hypertension (Table 2).

COMMENT

In recent years, clozapine has been linked to the development of diabetes in a number of individual cases, but the general scope of the effect has not been characterized. A recent naturalistic follow-up study of 82 patients starting clozapine treatment reported an alarming diabetes rate of 36.6% (30/82) within 5 years.[4] While this rate appears el-

CONFIDENTIAL
AZSER12443657

by either an appropriate *ICD-9*–coded medical claim (*ICD-9* code 272.xx) or a pharmacy claim for a lipid-lowering medication. For both diabetes and hyperlipidemia, the occurrence of drug therapy was considered sufficient to identify an outcome because these drugs are almost exclusively used for the primary indication. In contrast, the occurrence of hypertension was identified only through medical claims coded for hypertension (*ICD-9* codes 401.xx, 402.xx, 403.xx, 404.xx, and 405.xx). A pharmacy claim for a primary antihypertensive drug was not considered a reliable indicator for hypertension because of the large number of secondary indications for these agents, particularly in psychiatry (eg, β-blockers for antipsychotic-induced akathisia).

Patients who met entry criteria for a diagnosis of schizophrenia were separated into either the clozapine or conventional antipsychotic group, on the basis of observed treatments. The clozapine treatment group consisted of patients who had at least 1 pharmacy claim for clozapine during the observation period (1990-1998). The first month of clozapine treatment was defined as the index month. Beginning with this index month, treatment was followed up until an end point occurred. End points for the clozapine group were the end of available follow-up data, clozapine discontinuation, the addition of an atypical antipsychotic, or the occurrence of an outcome (ie, diabetes, etc). Patients in whom an outcome was observed before the index month were considered to have a preexisting condition and excluded from the determination of the incidence rate for that outcome. For example, a patient with a pharmacy claim for insulin before starting clozapine treatment was excluded from the outcome analysis for diabetes, but not for hyperlipidemia or hypertension.

The conventional antipsychotic group consisted of all patients who received conventional antipsychotics, with 2 exclusions. First, all patients who qualified for the clozapine group were excluded from the conventional group. Second, patients who received an atypical antipsychotic before the first observed month of treatment with conventional antipsychotics were excluded. The first month of conventional antipsychotic treatment was defined as the index month. As in the clozapine group, patients were followed up from the index month until an end point occurred. The end points for the conventional antipsychotic group were identical to those for the clozapine group except that patients were allowed to change antipsychotic regimens, provided only conventional antipsychotics were involved.

### STATISTICAL ANALYSES

The sex distribution between treatment groups was compared by a $\chi^2$ test. Inspection of the distribution of duration of follow-up and age indicated distinctly skewed data, violating the assumptions for standard parametric tests. Consequently, we used nonparametric tests, as necessary.[16,17] Unadjusted comparisons of cumulative incidence rates for diabetes, hyperlipidemia, and hypertension between groups were performed with Fisher exact test. Logistic regression was used for the multivariate comparison of incidence rates adjusting for index age, sex, and duration of follow-up. All statistical analyses and database manipulations were performed with the SAS system version 6.12.[18] All *P* values are 2-tailed at the significance level of .05.

evated, there was no comparison group available to directly test for the effect of clozapine. The only study that has incorporated a control group contrasted rates of diabetes and glucose intolerance in a series of 63 clozapine-treated patients and 67 patients receiving depot injections of high-potency conventional antipsychotics.[13] The authors reported an increased rate of diabetes or impaired glucose tolerance among clozapine-treated patients, but the difference did not reach statistical significance (*P* = .06). As the sample size was somewhat limited, the study may have lacked sufficient power to detect an effect of clozapine on the occurrence of diabetes.

The present study, however, involved data from more than 3000 patients with schizophrenia and more than 550 patients taking clozapine. While this sample size provided a greater than 99% power to detect a small effect size (Cohen W = 0.1),[19] we were unable to demonstrate a significantly increased risk for diabetes, hyperlipidemia, or hypertension among clozapine users when compared with a control group treated with conventional antipsychotics. However, the age-stratified results suggested that age was a significant factor in the relationship between clozapine and diabetes.

There are numerous potential hypotheses for the influence of age on clozapine-induced diabetes and hyperlipidemia. The fact that the overall incidence rates were not increased suggests that clozapine may not be an independent risk factor for diabetes and hyperlipidemia but may modify other risk factors in younger patients. In the case of diabetes, family history, advancing age, obesity, and lack of physical activity are the strongest known risk factors.[20] As clozapine can produce substantial weight gain, increased diabetes risk may occur through the modification of this risk factor, particularly in younger, genetically susceptible patients. Alternatively, clozapine may promote hyperglycemia through inhibition of insulin secretion or promoting peripheral insulin resistance, as can be observed with other drugs.[10,21] This hypothesis is supported by the observation that not all cases of clozapine-related diabetes have involved weight gain.[5] Thus, for younger patients with schizophrenia who have not developed diabetes or hyperlipidemia, but are predisposed, clozapine may provide a sufficient insult through weight gain or some direct physiological mechanism to produce a clinically evident syndrome. Of course, this hypothesis requires confirmation in other settings and patient populations. If confirmed, the medical and economic implications of the early induction of diabetes and hyperlipidemia demand further study. It is unknown whether this effect is unique to clozapine or can be generalized to other atypical antipsychotics.

As this study has important clinical implications, the estimated incidence rates for diabetes, hyperlipidemia, and hypertension must be carefully scrutinized. A common criticism of claims-based research is that disease states are inadequately coded in medical claims and, therefore, important outcomes may go unreported. While this may cause the outcome rates to be artificially low, the

CONFIDENTIAL
AZSER12443658

**Table 1. Cumulative Incidence Rates for Patients Receiving Conventional Antipsychotics vs Clozapine***

| | Conventional Antipsychotic | | Clozapine | | P | |
|---|---|---|---|---|---|---|
| | Rate, No. (%) | 95% CI | Rate, No. (%) | 95% CI | $x^2$ | LR |
| Diabetes | 78/2296 (3.4) | 2.7-4.1 | 21/531 (4.0) | 2.3-5.8 | .62 | .16 |
| Hyperlipidemia | 93/2373 (3.9) | 3.1-4.7 | 26/518 (5.0) | 3.1-6.9 | .31 | .06 |
| Hypertension | 124/2339 (5.3) | 4.4-6.2 | 21/513 (4.1) | 2.4-5.8 | .30 | .61 |

*CI indicates confidence interval; LR, logistic regression adjusting for index age, sex, and duration of follow-up.

**Table 2. Cumulative Incidence Rates Among Patients Aged 20 to 34 Years***

| | Conventional Antipsychotic | | Clozapine | | Relative Risk (95% CI) |
|---|---|---|---|---|---|
| | Rate, No. (%) | 95% CI | Rate, No. (%) | 95% CI | |
| Diabetes | 15/768 (2.0) | 1.0-2.9 | 11/222 (5.0) | 2.1-7.8 | 2.5 (1.2-5.4) |
| Hyperlipidemia | 15/768 (2.0) | 1.0-2.9 | 10/216 (4.6) | 2.5-8.6 | 2.4 (1.1-5.2) |
| Hypertension | 25/766 (3.3) | 2.0-5.6 | 6/216 (2.8) | 0.6-5.0 | 0.9 (0.4-2.0) |

*CI indicates confidence interval.

bias is likely to be similar between the clozapine and conventional groups and therefore not affect comparisons between treatment groups. Also, the age-stratified prevalence of diabetes in this population (data not presented) was slightly higher than rates previously reported from clinical data,[12] suggesting a reasonable sensitivity in detecting the occurrence of diabetes from Medicaid data. An exception may be the hypertension rates, which are likely underestimated because pharmacy claims could not be used to maximize detection. It should also be noted that the incidence rates reported in this study were not strictly defined temporally, such as a 1-year incidence rate. Therefore, it is difficult to directly compare the incidence rates with those reported in other studies. However, among the nonschizophrenic Iowa Medicaid recipients aged 20 to 34 years, the incidence rate of diabetes by similar methods and time periods was 1.7% (95% confidence interval, 1.6%-1.9%).

Another potential difficulty is the lack of important patient characteristics that can be controlled for as independent risk factors for developing an outcome, such as family history, weight gain, etc. One such factor that was available was age during the index month of antipsychotic treatment. The patients in the conventional group were significantly older, which could have artificially inflated the overall outcome rates for this group. However, the differences in incidence rates remained nonsignificant after controlling for index age and duration of follow-up with logistic regression.

Another issue is related to the potential for monitoring bias in patients treated with clozapine. As a result of the frequent hematologic monitoring required for clozapine, clinicians may have more interaction with these patients and be more likely to order other tests, including glucose and lipids. This bias could elevate the observed incidence rates of diabetes and hyperlipidemia among patients treated with clozapine. While this is a potential limitation of our study design, the lack of increased risk for hypertension argues against a strong monitoring bias. Also

related to monitoring bias, as reports of clozapine-induced diabetes increased over time, clinicians may have been more likely to screen for this condition. However, there was not an increase in the rate of diabetes diagnoses over time in our study.

An additional criticism is the validity of considering all conventional antipsychotics together. Of particular concern is the reported difference in weight gain reported with low-potency vs high-potency conventional antipsychotics.[9] However, a within-class analysis in this study population actually suggested a trend toward lower incidence rates with low-potency conventional antipsychotics, particularly with hypertension.

It is apparent from the available literature that screening for diabetes and hyperlipidemia should be considered in the routine monitoring of patients receiving clozapine. This study specifically observed that younger patients treated with clozapine were at greater risk than were their counterparts receiving conventional antipsychotics. We concur with other investigators in recommending a fasting glucose and lipid panel every 6 months.[4] In addition to laboratory monitoring, weight and blood pressure should be recorded at each visit. A tendency to ignore hyperglycemia in patients receiving clozapine has been reported, and it should be emphasized that appropriate action must be taken in response to abnormal screening results.[4] Unfortunately, it is unknown whether diabetes and hyperlipidemia may be prevented or delayed in this population through lifestyle interventions to control weight. With vigilant monitoring and the institution of appropriate interventions, we may be able to reduce the medical morbidity and mortality in patients treated with clozapine.

*Accepted for publication March 23, 2001.*

*We thank the University of Iowa Public Policy Center (Iowa City) for providing access to the Medicaid data and the Iowa Medicaid Drug Utilization Review Commission (Des Moines) for their support of this research.*

CONFIDENTIAL
AZSER12443659

*Corresponding author and reprints: Brian C. Lund, PharmD, University of Iowa, College of Pharmacy, 443 S Pharmacy Bldg, Iowa City, IA 52242-1112 (e-mail: brian-lund@uiowa.edu).*

## REFERENCES

1. Kamran A, Doraiswamy PM, Jane JL, Hammett EB, Dunn L. Severe hyperglycemia associated with high doses of clozapine [letter]. *Am J Psychiatry.* 1994;151:1395.
2. Popli AP, Konicki PE, Jurjus GJ, Fuller MA, Jaskiw GE. Clozapine and associated diabetes mellitus. *J Clin Psychiatry.* 1997;58:108-111.
3. Wirshing DA, Spellberg BJ, Erhart SM, Marder SR, Wirshing WC. Novel antipsychotics and new onset diabetes. *Biol Psychiatry.* 1998;44:778-783.
4. Henderson DC, Cagliero E, Gray C, Nasrallah RA, Hayden DL, Schoenfeld DA, Goff DC. Clozapine, diabetes mellitus, weight gain, and lipid abnormalities: a five-year naturalistic study. *Am J Psychiatry.* 2000;157:975-981.
5. Wehring H, Alexander B, Perry PJ. Diabetes mellitus associated with clozapine therapy. *Pharmacotherapy.* 2000;20:844-847.
6. Goldstein LE, Sporn J, Brown S, Kim H, Finkelstein J, Gaffey GK, Sachs G, Stern TA. New-onset diabetes mellitus and diabetic ketoacidosis associated with olanzapine treatment. *Psychosomatics.* 1999;40:438-443.
7. Lindenmayer JP, Patel R. Olanzapine-induced ketoacidosis with diabetes mellitus [letter]. *Am J Psychiatry.* 1999;156:1471.
8. Sobel M, Jaggers ED, Franz MA. New-onset diabetes mellitus associated with the initiation of quetiapine treatment [letter]. *J Clin Psychiatry.* 1999;60:556-557.
9. Allison DB, Mentore JL, Moonseong H, Changler LP, Cappelleri JC, Infante MC,

Weiden PJ. Antipsychotic-induced weight gain: a comprehensive research synthesis. *Am J Psychiatry.* 1999;156:1686-1696.
10. Melkersson KI, Hulting AL, Brismar KE. Different influences of classical antipsychotics and clozapine on glucose-insulin homeostasis in patients with schizophrenia or related psychoses. *J Clin Psychiatry.* 1999;60:783-791.
11. McKee HA, D'Arcy PF, Wilson PJK. Diabetes and schizophrenia: a preliminary study. *J Clin Hosp Pharm.* 1986;11:297-299.
12. Mukherjee S, Decina P, Bocola V, Saraceni F, Scapicchio PL. Diabetes mellitus in schizophrenic patients. *Compr Psychiatry.* 1996;37:68-73.
13. Hagg S, Joelsson L, Mjorndal T, Spigset O, Oja G, Dahlqvist R. Prevalence of diabetes and impaired glucose tolerance in patients treated with clozapine compared with patients treated with conventional depot neuroleptic medications. *J Clin Psychiatry.* 1998;59:294-299.
14. Ghaeli P, Dufresne RL. Elevated serum triglycerides with clozapine resolved with risperidone in four patients. *Pharmacotherapy.* 1999;19:1099-1101.
15. Ghaeli P, Dufresne RL. Serum triglyceride levels in patients treated with clozapine. *Am J Health Syst Pharm.* 1996;53:2079-2081.
16. Conover WJ. *Practical Nonparametric Statistics.* 3rd ed. New York, NY: John Wiley & Sons; 1998.
17. Hollander M, Wolfe DA. *Nonparametric Statistical Methods.* New York, NY: John Wiley & Sons; 1999.
18. SAS Institute Inc. *SAS/STAT Users Guide, Version 6.12.* Cary, NC: SAS Institute Inc; 1996.
19. Cohen J. *Statistical Power Analysis for the Behavioral Sciences.* Hillsdale, NJ: Lawrence Erlbaum Assoc; 1988.
20. Expert Committee on the Diagnosis and Classification of Diabetes Mellitus. Report of the Expert Committee on the Diagnosis and Classification of Diabetes Mellitus. *Diabetes Care.* 1998;21(suppl 1):S5-S19.
21. White JR, Hartman J, Campbell RK. Drug interactions in diabetic patients: the risk of losing glycemic control. *Postgrad Med.* 1993;93:131-139.

CONFIDENTIAL
AZSER12443660

Pathophysiology/Complications
ORIGINAL ARTICLE

# A Model-Based Method for Assessing Insulin Sensitivity From the Oral Glucose Tolerance Test

ANDREA MARI, PHD[1]
GIOVANNI PACINI, DSC (ENG)[1]
ELAINE MURPHY, MD[2,3]

BERNHARD LUDVIK, MD[4]
JOHN J. NOLAN, MD[2,3]

**OBJECTIVE** — Available insulin sensitivity (IS) methods based on the oral glucose tolerance test (OGTT) are empirical. We used a glucose-insulin model to derive an OGTT-based IS (oral glucose insulin sensitivity [OGIS]) index, which predicts glucose clearance in a glucose clamp. We validated OGIS against clamp data.

**RESEARCH DESIGN AND METHODS** — OGIS requires glucose and insulin concentrations from a 75-g OGTT at 0, 2, and 3 h (3-h OGTT) or at 0, 1.5, and 2 h (2-h OGTT). The formula includes six constants optimized to match the clamp results. For this purpose, 15 lean nondiabetic subjects (BMI < 25 kg/m²), 38 obese nondiabetic subjects (BMI > 25 kg/m²), and 38 subjects with type 2 diabetes randomly underwent an OGTT and a 120 mU · min⁻¹ · m⁻² insulin infusion euglycemic clamp. Glucose clearance (Cl$_{CLAMP}$), calculated as the ratio of glucose infusion to concentration during the last hour of the clamp, was compared with OGIS. OGIS was also tested on an independent group of 13 subjects with impaired glucose tolerance (IGT).

**RESULTS** — OGIS and Cl$_{CLAMP}$ were correlated in the whole group ($R = 0.77$, $P < 0.0001$), in the subgroups (lean: $R = 0.59$; obese: $R = 0.73$; type 2 diabetes: $R = 0.49$; $P < 0.02$), and in the independent IGT group ($R = 0.65$, $P < 0.02$). Reproducibility of OGIS and Cl$_{CLAMP}$ were similar (coefficients of variation: OGIS 7.1%, Cl$_{CLAMP}$ 6.4%). OGIS was as effective as Cl$_{CLAMP}$ in discriminating between groups (for OGIS, lean vs. obese: $440 \pm 16$ vs. $362 \pm 11$ ml · min⁻¹ · m⁻², $P < 0.001$; lean vs. type 2 diabetes: $440 \pm 16$ vs. $239 \pm 7$, $P < 0.0001$; obese vs. type 2 diabetes: $362 \pm 11$ vs. $239 \pm 7$, $P < 0.0001$; results were similar for Cl$_{CLAMP}$). The relationships between IS and BMI, fasting plasma insulin, and insulin secretion (calculated from the OGTT insulin concentration) were examined. OGIS yielded results similar to Cl$_{CLAMP}$ and fully consistent with established physiological principles. The performance of the index for the 3-h and 2-h OGTT was similar.

**CONCLUSIONS** — OGIS is an index of IS in good agreement with the clamp. Because of its simplicity (only three blood samples required), this method has potential use for clinical investigation including large-scale epidemiological studies.

*Diabetes Care* 24:539–548, 2001

From the ¹Institute of Systems Science and Biomedical Engineering, National Research Council, Padova, Italy; the ²Department of Endocrinology, St. James's Hospital, Dublin, Ireland; the ³Department of Clinical Medicine, Trinity College, Dublin, Ireland; and the ⁴Division of Endocrinology and Metabolism, Department of Medicine, University of Vienna, Vienna, Austria.

Address correspondence and reprint requests to Andrea Mari, PhD, LADSEB-CNR, Corso Stati Uniti 4, 35127 Padova, Italy. E-mail: mari@ladseb.pd.cnr.it.

Received for publication 1 September 2000 and accepted in revised form 16 November 2000.

Abbreviations: Cl$_{CLAMP}$, glucose clearance; HOMA, homeostasis model assessment; IGT, impaired glucose tolerance; IS, insulin sensitivity; OGTT, oral glucose tolerance test; SSPI, steady-state insulin concentration.

A table elsewhere in this issue shows conventional and Système International (SI) units and conversion factors for many substances.

**M**easurement of insulin sensitivity is often of interest in clinical investigation of diabetes and hypertension because of its key role in these diseases. The hyperinsulinemic-euglycemic glucose clamp (1), which is the reference method for insulin sensitivity, has been used successfully in a large number of studies. The clamp technique is experimentally demanding and costly. As research on insulin sensitivity has progressed from case-control studies to larger cross-sectional or longitudinal studies, the clamp has proven to be an impractical tool and therefore rather limited in scope.

Alternative methods applicable to large studies have been proposed. Among these, the intravenous glucose tolerance test with minimal model analysis (2) requires a simpler experimental setup; however, its application to a large number of subjects is problematic because of the necessity of frequent blood sampling and modeling analysis. A method easily applied is the homeostasis model assessment (HOMA) (3), which requires only basal glucose and insulin samples, but its accuracy is not fully demonstrated.

A test widely used for glucose tolerance classification is the oral glucose tolerance test (OGTT). The OGTT, which for its simplicity would be a method suitable for large studies, provides information on insulin secretion and action but does not directly yield a measure of insulin sensitivity. Indeed, various attempts have been made to obtain such a measure (4), and recently, two methods have been proposed and successfully tested against the clamp (4,5). In contrast to these approaches, which are based on empirical formulas, in this study we propose a method based on a physiological glucose-insulin model. Our method provides an index of insulin sensitivity calculated using a model-derived formula from the OGTT glucose and insulin concentration. This index is comparable with the glucose clearance calculated during a clamp and is validated against the clamp method in a population of lean and obese subjects,

248

CONFIDENTIAL
AZSER12443661

*Insulin sensitivity from the OGTT*

**Table 1—***Characteristics of the subjects*

| | n | Sex (M/F) | Age (years) | Weight (kg) | BMI (kg/m²) | Basal glucose (mg/dl) | Basal insulin (µU/ml) |
|---|---|---|---|---|---|---|---|
| Lean subjects | 15 | 15/0 | 44 ± 3 (30–78) | 72 ± 2 (62–88) | 23 ± 1 (20–25) | 92 ± 2 (77–103) | 6 ± 1 (2–15) |
| Obese subjects | 38 | 35/3 | 43 ± 1 (28–71) | 102 ± 3 (72–136) | 33 ± 1 (25–43) | 97 ± 2 (82–126) | 15 ± 2 (2–73) |
| Subjects with type 2 diabetes | 38 | 33/5 | 51 ± 2 (31–72) | 102 ± 4 (64–169) | 34 ± 1 (21–60) | 205 ± 9 (108–343) | 22 ± 3 (2–82) |
| Subjects with IGT | 13 | 10/3 | 52 ± 2 (39–65) | 110 ± 8 (70–173) | 34 ± 2 (23–48) | 100 ± 11 (81–115) | 20 ± 5 (2–60) |

Data are means ± SEM (range). Basal glucose and insulin concentration refer to the OGTT sample at time zero.

subjects with impaired glucose tolerance (IGT), and subjects with type 2 diabetes.

## RESEARCH DESIGN AND METHODS

### Subjects and experimental protocols

A total of 104 subjects were studied: 15 lean nondiabetic (BMI < 25 kg/m²), 38 obese nondiabetic (BMI > 25 kg/m²), 38 subjects with type 2 diabetes, and 13 subjects with IGT. Clinical and metabolic characteristics are summarized in Table 1. Subjects were classified according to the World Health Organization criteria (6). Subjects with IGT were included only if they met the criteria on at least two successive OGTTs. Data were compiled and aggregated from a larger database of clamp studies conducted during a 7-year period (1990–1996), several of which have been published previously (7–11). Subjects randomly underwent an OGTT and a glucose clamp study within a 1-month period, at a stable weight and without other interventions. All subjects were in good general health (except for diabetes), and none were taking medications known to affect glucose metabolism. Oral antidiabetic drugs were discontinued for 3 weeks before the study. The purpose, nature, and potential risks of the study were explained before obtaining written consent from the subjects. The study protocols were approved by the Human Subjects Committee of the University of California, San Diego. All subjects were admitted 2–3 days before the respective study to the San Diego Veterans Administration Medical Center's Special Diagnostic and Treatment Unit, and consumed a weight-maintenance diet containing 55% carbohydrate, 30% fat, and 15% protein. Studies were performed at 0800 after a 12-h overnight fast.

**Oral glucose tolerance test.** A standard 3-h 75-g OGTT was performed. Blood samples were collected at 0, 30, 60, 90,

120, and 180 min for the measurement of plasma glucose and insulin (11).

**Glucose clamp.** Hyperinsulinemic-euglycemic glucose clamps were performed as described previously (11). A loading dose of insulin was administered in a logarithmically decreasing manner over a 10-min period, followed by a constant infusion rate of 120 mU · min⁻¹ · m⁻² for the next 240 min. In the subjects with IGT, clamp studies were conducted at an insulin infusion rate of 300 mU · min⁻¹ · m⁻². During the clamp, the serum glucose concentration was maintained at 90 ± 5 mg/dl by monitoring the glucose levels at 5-min intervals and by adjusting the infusion rate of a 20% glucose solution.

### Modeling analysis

The present OGTT method for assessing insulin sensitivity is based on an equation that predicts glucose clearance during a hyperinsulinemic-euglycemic clamp using the values of glucose and insulin concentration obtained from an OGTT. The equation is derived from a model of the glucose-insulin relationship, which although simplified, is based on established principles of glucose kinetics and insulin action. The model-derived equation requires the knowledge of parameters that cannot be directly calculated from an OGTT. To circumvent the problem, we have introduced some assumptions and have determined the unknown parameters by matching the OGTT-predicted glucose clearance with the glucose clearance calculated from a clamp. The outline of the modeling analysis is shown in Fig. 1.

**Model equations.** We assume that the relationship between glucose clearance (Cl, ml · min⁻¹ · m⁻²) and insulin concentration is the linear relationship

$$Cl = Cl_b + S \, \Delta I \qquad (1)$$

where $Cl_b$ (ml · min⁻¹ · m⁻²) is basal glucose clearance, $\Delta I$ (µU/ml) is the increment over basal of insulin concentration, and $S$ [(ml · min⁻¹ · m⁻²)/(µU/ml)] is the slope of the line. Equation 1 represents the relationship experimentally observed when insulin concentration is in the physiological range (12). Equation 1 is a predictor of glucose clearance at the reference insulin concentration increment $\Delta I$, when $Cl_b$ and $S$ are known.

We describe glucose kinetics during the OGTT with a single-compartment model, which is a reasonable simplification in the OGTT, because changes of glucose fluxes and concentrations are gradual. The model is described by the differential equation

$$V \frac{dG(t)}{dt} = -Cl(t)G(t) + R_a(t) \qquad (2)$$

where $G$ (mg/ml) is glucose concentration, $V$ (ml/m²) is the glucose distribution volume, Cl (ml · min⁻¹ · m⁻²) is the glu-



**Figure 1—***Outline of the model development and data analysis.*

249

CONFIDENTIAL
AZSER12443662

cose clearance, and $R_a$ (mg·min$^{-1}$·m$^{-2}$) is the glucose rate of appearance, which is the sum of glucose production and oral glucose appearance. For $V$, which cannot be determined from the OGTT, we have assumed a value of 10 l/m$^2$, which represents the total glucose distribution volume (10 l/m$^2$ × 1.7 m$^2$/70 kg = 243 ml/kg) (13). The initial steady-state condition for Eq. 2 is $G(0) = R_a(0)/Cl(0)$, where the values at time 0 are the basal values.

We assume that $Cl(t)$ in Eq. 2 is related through Eq. 1 to the insulin concentration increment in a compartment remote from plasma, denoted as $\Delta I_r(t)$ (11,14). With this assumption, Eq. 2 becomes

$$V\frac{dG(t)}{dt} = -[Cl_b + S \Delta I_r(t)]G(t) + R_a(t) \quad (3)$$

Equation 3 can be solved for $S$, treating the other variables as known, and the expression of $S$ thus obtained can be inserted into Eq. 1. Because $Cl_b = P_b/G_b$, where $G_b$ and $P_b$ are basal glucose concentration and production, respectively, the equation for predicting the glucose clearance at the target insulin concentration increment $\Delta I$ is the following (see APPENDIX at the end of this article for details):

$$Cl = \frac{\Delta I}{\Delta I_r(t)}\left[\frac{R_a(t) - VdG(t)/dt}{G(t)} + \frac{P_b(\Delta I_r(t)/\Delta I - 1)}{G_b}\right] \quad (4)$$

Equation 4 is the basis for predicting the clamp glucose clearance from the OGTT. However, because several variables in Eq. 4 are unknown, it is necessary to introduce further assumptions. First, we have evaluated the time-dependent terms at $t = 120$ min, i.e., we have used $G(120)$, $dG(120)/dt$, $R_a(120)$, and $\Delta I_r(120)$. This choice is motivated by the fact that glucose disposal, the increase of which follows the increase in plasma insulin, is usually reaching maximum around 120 min (12) and that in the last hour of the OGTT, glucose concentration exhibits a clear downslope from which the derivative of glucose concentration can be safely calculated. Second, we have evaluated $dG(t)/dt$ as $[G(180) - G(120)]/60$. Third, because $R_a(120)$ is expected to depend on the oral glucose dose, we have assumed that $R_a(120)$ is a constant fraction of oral

glucose dose $D_O$ (expressed in g/m$^2$), i.e., $R_a(120) = p_1 D_O$. Fourth, we have calculated $\Delta I_r(120)$ as

$$\Delta I_r(120) = I(120) - I(0) + p_2 \quad (5)$$

where $I$ (µU/ml) is insulin concentration. Indeed, insulin concentration at the site of action ($\Delta I_r$) is delayed with respect to plasma insulin (11,14). However, because around $t = 120$ min on average the plasma insulin concentration is relatively stable, the difference between the plasma insulin concentration increment and $\Delta I_r$ is expected to be small. Furthermore, it was necessary to introduce the parameter $p_2$ to prevent $\Delta I_r(120)$ from assuming near-zero values when the insulin secretory response is low, which would make the clearance calculated with Eq. 4 very large. Fifth, we have simplified the second fraction in the square brackets of Eq. 4 as

$$\frac{P_b(\Delta I_r(t)/\Delta I - 1)}{G_b} = \frac{p_3}{G(0)} \quad (6)$$

where $p_3$ is a parameter. This choice is due to the difficulty in formulating an effective expression for $P_b$ and to the limitations of the predictor of $\Delta I_r$. In addition, alternative expressions have been tested that did not improve the performance of the final equation (see CONCLUSIONS). Sixth, we have assumed a fixed value for the target increment in insulin concentration $\Delta I$. We did not fix $\Delta I$ a priori but included $\Delta I$ among the model parameters to be determined from the data, i.e., $\Delta I = p_4$. Because the glucose clearance predicted by Eq. 4 with the assumptions above is proportional to $\Delta I$, the parameter $p_4$ can be considered a scaling factor.

With these assumptions and assigning a value to the parameters $p_1-p_6$, Eq. 4 yields the formula for calculating glucose clearance from the OGTT. However, this glucose clearance value ($Cl_{OGTT}$) is not directly comparable with that obtained from the euglycemic glucose clamp. In fact, glucose clearance is not independent from glucose concentration, and the glucose levels during the OGTT may be much higher than the clamp levels, particularly in subjects with diabetes. To obtain a prediction of glucose clearance at euglycemia, we have thus introduced a correction for the glycemic level. We assume that the ratio between the clamp glucose clearance at euglycemia ($Cl_{EU}$) and the glucose clearance calculated from the OGTT ($Cl_{OGTT}$) is given by

$$\frac{Cl_{EU}}{Cl_{OGTT}} = p_5\left(1 + \frac{p_6}{Cl_{EU}}\right)[G(120) - G_{CLAMP}] + 1 \quad (7)$$

where $G_{CLAMP}$ is the clamp glucose concentration (normally 90 mg/dl), $G(120)$ is considered representative of an average glucose concentration during the OGTT, and $p_5$ and $p_6$ are parameters. Equation 7 embodies two principles: 1) glucose clearance decreases with increasing glucose concentration (the ratio of clamp to OGTT clearance increases linearly as the glucose concentration during the OGTT increases); 2) the decrease in glucose clearance is more pronounced for low than for high clearance values (the slope of the line is greater for low than for high $Cl_{EU}$) (15).

Equation 7 is a quadratic equation in $Cl_{EU}$, which can be solved with standard techniques. Thus, the equation for predicting the clamp glucose clearance from the OGTT includes an equation to calculate $Cl_{OGTT}$, which is derived from Eq. 4 with the assumptions above and the correction for the glycemic level, and is the solution of Eq. 7 (see APPENDIX at the end of this article for a detailed derivation)

$$Cl_{OGTT} = \frac{p_1 D_O - V[G(180) - G(120)]/60}{p_4 \frac{G(120)}{I(120) - I(0) + p_2}} + \frac{p_3}{G(0)}$$

$$B = [p_5(G(120) - G_{CLAMP}) + 1]Cl_{OGTT} \quad (8)$$

$$Cl_{EU} = \frac{1}{2}\left[B + \sqrt{B^2 + 4p_5p_6(G(120) - G_{CLAMP})Cl_{OGTT}}\right]$$

Equation 8 requires the oral dose $D_O$, the glucose concentration values $G(0)$, $G(120)$, $G(180)$, and the insulin concentration values $I(0)$ and $I(120)$. These data can be specified in different units, provided the parameters $p_1-p_6$ are scaled accordingly. Table 2 reports $G_{CLAMP}$, $V$, and $p_1-p_6$ for the common and SI units. The values of $p_1-p_6$ in Table 2 have been determined as described below.

Equation 8 is based on a 3-h OGTT. It is also possible to rederive Eq. 8 for a 2-h OGTT, which is another commonly used OGTT protocol. In this case, in Eq. 8, $G(120)$, $G(90)$, and $I(90)$ replace $G(180)$, $G(120)$, and $I(120)$, respectively. Fur-

CONFIDENTIAL
AZSER12443663

*Insulin sensitivity from the OGTT*

**Table 2—Parameters of Eq. 8**

| | 3-h OGTT (OGIS$_{180}$) | | 2-h OGTT (OGIS$_{120}$) | |
|---|---|---|---|---|
| | Common units | SI units | Common units | SI units |
| $p_1$ | 289 | 2.89 | 650 | 6.50 |
| $p_2$ | 270 | 1,618 | 325 | 1,951 |
| $p_3$ | 14.0 10$^3$ | 779 | 81.3 10$^3$ | 4,514 |
| $p_4$ | 440 | 2,642 | 132 | 792 |
| $p_5$ | 637 10$^{-6}$ | 11.5 10$^{-3}$ | 652 10$^{-6}$ | 11.8 10$^{-3}$ |
| $p_6$ | 117 | 117 | 173 | 173 |

Parameters differ depending on the units used for measuring glucose concentration, insulin concentration, and the oral glucose dose. The table reports the values for the common units (mg/dl glucose, μU/ml insulin, and g/m$^3$ oral glucose dose) and for the SI units mmol/l glucose, pmol/l insulin, and mmol/m$^2$ oral glucose dose. The parameters of Eq. 8 not reported in the table are $V$, 10$^4$ ml/kg (both common and SI units); and G$_{CLAMP}$, 90 mg/dl (common units) or 5 mmol/l (SI units). Units for the parameters in the table are not reported, as not relevant.

thermore, in the derivative of glucose concentration, the time interval between glucose measurements is 30 instead of 60 min. Eq. 8 for a 2-h OGTT requires its own parameters, which are also reported in Table 2.

Equation 8 is easily implemented on a spreadsheet (a downloadable version can be found on the World Wide Web at http://www.ladseb.pd.cnr.it/bioing/ogis/home.html). The index of insulin sensitivity yielded by Eq. 8 will be referred here for brevity as oral glucose insulin sensitivity (OGIS), with subscripts "180" and "120" for the 3- and 2-h protocols, where appropriate. The acronym OGIS will also be used more generally to denote the present OGTT method.

**Parameter determination.** The six parameters $p_1$–$p_6$ were determined by fitting the glucose clearance calculated using Eq. 8 (for either the 3-h or the 2-h OGTT) to the clamp glucose clearance in the pooled group of 91 normal subjects, obese subjects, and subjects with type 2 diabetes. The clamp glucose clearance (Cl$_{CLAMP}$) was calculated as the ratio of the steady-state glucose infusion rate to the steady-state glucose concentration, thus assuming that glucose production is a small fraction of the total glucose turnover (11). Glucose clearance was normalized to the body surface area, calculated from weight and height according to the equation of Gehan and George (16). Least-squares data fitting was performed using Matlab (Mathworks, Natick, MA).

**Model test**

**IGT group.** To validate OGIS against the clamp in an independent group of subjects, Eq. 8 was tested on 13 subjects with

IGT. Because the clamp insulin dose in these subjects was higher than in the previous group, correlation but not equality between OGIS and Cl$_{CLAMP}$ was expected.

**Lower dose insulin clamp.** In 12 of the nondiabetic subjects described in Table 1 (age 28–45 years; BMI 21–38 kg/m$^2$), we compared OGIS with the more usual 40 mU · min$^{-1}$ · m$^{-2}$ insulin infusion glucose clamp.

**Reproducibility**

Reproducibility of both Cl$_{CLAMP}$ and OGIS was evaluated from duplicate tests in the same subject studied under suitable conditions of diet, exercise, and body weight. For the clamp, the group of subjects was composed of 15 nondiabetic males (age 30–61 years; BMI 20–41 kg/m$^2$) who underwent duplicate clamps within 2.0 ± 0.6 months. For the OGTT, the group was composed of 24 nondiabetic subjects, 9 subjects with type 2 diabetes, and 9 subjects with IGT (36 males, 6 females; age 29–62 years; BMI 22–42 kg/m$^2$) who underwent duplicate OGTTs within 2.8 ± 0.3 months. Some of these subjects are from the groups described in Table 1.

Reproducibility of the glucose clearance estimate was expressed as an average coefficient of variation, calculated as the ratio between the clearance standard deviation and the mean clearance value in the group. The clearance standard deviation was calculated as the sample standard deviation of the difference between the two clearance estimates, divided by two. This calculation quantifies the standard deviation of the clearance estimation error in the hypothesis that the error has

the same variance in all subjects, that it is not correlated between subjects, and that the change in the subject's clearance between the two tests is negligible. The hypothesis that the clearance standard deviation does not depend on the clearance value was tested visually and by regression analysis from the plot of the clearance standard deviation calculated in each subject versus the subject's clearance. The subject's clearance standard deviation was calculated from the two clearance measurements and the clearance from the mean of the two values. To test the concordance between the two clearance measurements, the correlation coefficient between the two values was also calculated.

**Comparison with other insulin sensitivity indexes**

**HOMA.** The HOMA index (3) was evaluated as the product of the OGTT glucose and insulin concentration at time 0. Because HOMA provides an index of insulin resistance rather than sensitivity, the expected correlation with the clamp is negative. For comparison with the clamp, we applied a logarithmic transformation of both HOMA and the clamp index, as the relationship between the two indexes was found to be curvilinear.

**ISI(composite).** The OGTT index of insulin sensitivity [ISI(composite)] (4) was calculated using both the data of the entire 3-h OGTT and the first 2 h of the test. We could not make direct comparison with the clamp (as in ref. 4), because glucose tracer and clamp steady-state insulin concentration (SSPI) were not available in all subjects. We have used the steady-state glucose infusion rate in place of the tracer-calculated glucose utilization rate, and in the 22 subjects who lacked the SSPI measurement, we used the mean SSPI of the 69 subjects in whom insulin concentration was measured.

**MCR$_{est}$(OGTT).** The OGTT index of insulin sensitivity [MCR$_{est}$(OGTT)] (5) was also calculated. Glucose clearance was expressed in ml · min$^{-1}$ · m$^{-2}$ instead of ml · min$^{-1}$ · kg$^{-1}$.

**Evaluation of β-cell function**

We have analyzed the relationship between insulin sensitivity and β-cell function and compared, in this respect, the clamp and the OGTT method. We have calculated a simple index of β-cell function as the ratio between the area under

CONFIDENTIAL
AZSER12443664



**Figure 2**—*Mean OGTT glucose and insulin concentrations in lean subjects, obese subjects, subjects with IGT, and subjects with type 2 diabetes.*

the increment in insulin concentration and the area under the increment in glucose concentration during the OGTT (units of the index are μU/mg). The glucose and insulin baseline values used were the minimum values among the six concentration points. Because this index accounts for the glucose levels, it quantifies β-cell sensitivity to glucose, not absolute insulin secretion.

**Statistical methods**

Data are presented as means ± SEM. The agreement between the model and the clamp glucose clearance was evaluated by standard regression analysis and by using the Bland–Altman method. This provides the confidence interval within which 95% of the differences should lie to state the equivalence ($P < 0.05$) of the two measurements (17). Normality for the whole

group of subjects was confirmed by the Shapiro-Wilk W-test (17). The statistical

significance of the difference between two groups was assessed with the Mann-Whitney $U$ test.

**RESULTS**

**Clamp and OGTT data and model parameters**

Figure 2 shows the mean glucose and insulin concentration in the four groups of subjects during the OGTT. The steady-state glucose infusion rates (M values, mg · min$^{-1}$ · m$^{-2}$) during the clamp were as follows: lean subjects 412 ± 15; obese subjects 304 ± 17; subjects with type 2 diabetes 217 ± 13; and subjects with IGT 350 ± 24. The IGT value is not directly comparable with the other three groups, as in IGT a 300 mU · min$^{-1}$ · m$^{-2}$ clamp was performed.

The values of the parameters of Eq. 8 estimated by least-squares are reported in Table 2 for both OGIS$_{180}$ and OGIS$_{120}$.

**Comparison with the clamp**

OGIS$_{180}$. In the pooled group of lean subjects, obese subjects, and subjects with type 2 diabetes, the mean difference between the glucose clearances determined from clamp and the 3-h OGTT (−5.9 ± 8.0) was not different from zero ($P = 0.47$). The two clearance estimates were equivalent according to the Bland-Altman method. The glucose clearance values are reported in Table 3.

Figure 3 shows the correlation between the glucose clearance calculated from the clamp and from the OGTT. The correlation was statistically significant not only in the pooled group of lean subjects, obese subjects, and subjects with type 2

**Table 3**—*Glucose clearance (ml · min$^{-1}$ · m$^{-2}$) calculated from the clamp (Cl$_{CLAMP}$) and the OGTT (OGIS$_{180}$) and the statistical significance levels of the differences between the groups*

|  | Cl$_{CLAMP}$ | OGIS$_{180}$ |
|---|---|---|
| Glucose clearance (ml · min$^{-1}$ · kg$^{-1}$) |  |  |
| Lean subjects | 458 ± 17 | 440 ± 16 |
| Obese subjects | 338 ± 19 | 362 ± 11 |
| Subjects with type 2 diabetes | 242 ± 14 | 239 ± 7 |
| Subjects with IGT | 388 ± 26* | 302 ± 17 |
| Significance level of the comparison |  |  |
| Lean vs. obese subjects | $P < 0.0002$ | $P < 0.0007$ |
| Lean subjects vs. subjects with type 2 diabetes | $P < 0.0001$ | $P < 0.0001$ |
| Obese subjects vs. subjects with type 2 diabetes | $P < 0.0002$ | $P < 0.0001$ |
| Obese subjects vs. subjects with IGT | * | $P < 0.01$ |

Data are means ± SEM. *Comparison not possible because the clamp dose in subjects with IGT was higher than in the other subjects.

CONFIDENTIAL
AZSER12443665

*Insulin sensitivity from the OGTT*



**Figure 3**—*Comparison between the glucose clearance from the clamp ($Cl_{CLAMP}$) and the OGTT ($OGIS_{180}$) in lean subjects, obese subjects, and subjects with type 2 diabetes. Correlation results: all subjects, R = 0.77, P < 0.0001, n = 91; lean subjects, R = 0.59, P < 0.02, n = 15; obese subjects, R = 0.73, P < 0.0001, n = 38; subjects with type 2 diabetes, R = 0.49, P < 0.002, n = 38.*

diabetes ($R = 0.77$, $P < 0.0001$, $n = 91$) but also in the individual groups (lean subjects: $R = 0.59$, $P < 0.02$, $n = 15$; obese subjects: $R = 0.73$, $P < 0.0001$, $n = 38$; subjects with type 2 diabetes: $R = 0.49$, $P < 0.002$, $n = 38$). Virtually identical results were obtained for the correlation with the more traditional clamp $M$ values, as glucose was kept constant at ~90 mg/dl.

$OGIS_{120}$. The performance of the 2-h OGTT index was only slightly inferior to that of $OGIS_{180}$ (whole group: $R = 0.73$, $P < 0.0001$; lean subjects: $R = 0.53$, $P < 0.05$; obese: $R = 0.57$, $P < 0.0002$; subjects with type 2 diabetes: $R = 0.50$, $P < 0.002$). $OGIS_{180}$ and $OGIS_{120}$ were strongly correlated ($R = 0.92$, $P < 0.0001$).

**Model test**

In the independent IGT group, the correlation between $Cl_{CLAMP}$ and $OGIS_{180}$ was statistically significant ($R = 0.65$, $P < 0.02$, $n = 13$). In the subset of nondiabetic subjects who underwent insulin infusion glucose clamps at both 40 and the 120 mU · min$^{-1}$ · m$^{-2}$, $OGIS_{180}$ was correlated with the clamp clearance of 40 mU

· min$^{-1}$ · m$^{-2}$ ($R = 0.61$, $P < 0.05$, $n = 12$). $OGIS_{180}$ was also correlated with clamp clearance of 120 mU · min$^{-1}$ · m$^{-2}$

($R = 0.81$, $P < 0.002$), as expected. The glucose clearance values for the clamps at the two insulin doses were closely correlated ($R = 0.90$, $P < 0.0001$). The correlation between $Cl_{CLAMP}$ and $OGIS_{120}$ was also statistically significant ($R = 0.61$, $P < 0.05$).

**Reproducibility**

The coefficient of variation of the clearance was 6.4% for $Cl_{CLAMP}$ and 7.1% for $OGIS_{180}$. The two clearance measurements were well correlated both for $Cl_{CLAMP}$ ($R = 0.89$, $P < 0.0001$) and $OGIS_{180}$ ($R = 0.84$, $P < 0.0001$). For both methods, the standard deviation of the clearance in a subject calculated from the two clearance measurements was not correlated with the subject's clearance value ($Cl_{CLAMP}$: $R = -0.3$, $P = 0.27$; $OGIS_{180}$: $R = -0.06$, $P = 0.70$). Similar results were obtained for $OGIS_{120}$ (coefficient of variation: 7.5%; correlation between two measurements: $R = 0.81$, $P < 0.0001$). For the OGTT, the clearance coefficient of variation was markedly lower than that for the 2-h glucose or insulin concentration (12 and 25%, respectively).

**OGIS performance**

**Differences between groups.** The ability to detect significant differences among normal subjects, obese subjects, and subjects with type 2 diabetes was similar for



**Figure 4**—*Relationship between glucose clearance from the clamp ($Cl_{CLAMP}$) and the OGTT ($OGIS_{180}$) and BMI and basal insulin concentration in lean subjects (●), obese subjects (■), and subjects with IGT (◆). Basal insulin concentration is reported on a log scale to improve reading. Subjects with IGT were not included in the clamp panels because of the different insulin dose. Correlation results are reported in the text.*

253

CONFIDENTIAL AZSER12443666

the clamp and $OGIS_{180}$ (Table 3). Notably, $OGIS_{180}$ predicted a lower insulin sensitivity in subjects with IGT than in obese subjects (these groups had similar BMIs). This comparison was not possible with the clamp, because obese subjects and subjects with IGT received different insulin doses.

**Correlation with BMI and basal insulin.** The correlation between glucose clearance (clamp and $OGIS_{180}$) and BMI and basal insulin concentration in normal and obese subjects is shown in Fig. 4. As expected, the correlations were highly significant and equivalent for the two methods ($R = -0.64$ to $-0.68$, $P < 0.0001$ for all, after bi-logarithmic transformation). Considering normal subjects only, in whom the span of BMI and basal insulin concentration is much reduced, the significance of the correlations for $Cl_{CLAMP}$ was not preserved ($P > 0.25$), whereas it was still present for $OGIS_{180}$ (BMI: $R = 0.57$, $P < 0.05$; basal insulin: $R = 0.55$, $P < 0.05$). In subjects with type 2 diabetes, neither $Cl_{CLAMP}$ nor $OGIS_{180}$ were correlated with BMI ($P > 0.9$ for both). In the independent IGT group, $OGIS_{180}$ was correlated with both BMI and basal insulin (BMI: $R = 0.78$, $P < 0.002$; basal insulin: $R = 0.90$, $P < 0.0001$, after bi-logarithmic transformation), whereas for $Cl_{CLAMP}$, the correlation was borderline (BMI: $R = 0.55$, $P = 0.052$; basal insulin: $R = 0.45$, $P = 0.13$, after bi-logarithmic transformation).

**Correlation with β-cell function.** The relationship between $OGIS_{180}$ and $Cl_{CLAMP}$ and the index of β-cell function in normal subjects, obese subjects, and subjects with IGT is shown in Fig. 5. After bi-logarithmic transformation of the variables, the correlation coefficients were as follows: all data pooled, $R = -0.71$, $P < 0.0001$; lean subjects, $R = -0.84$, $P < 0.0001$; obese subjects, $R = -0.66$, $P < 0.0001$; subjects with IGT, $R = -0.81$, $P < 0.001$. As expected, the correlation was not significant in subjects with type 2 diabetes. In the pooled group of normal and obese subjects (IGT could not be included because of the different clamp insulin dose), $Cl_{CLAMP}$ was also inversely correlated with the index of β-cell function ($R = -0.48$, $P < 0.0005$).

**Other insulin sensitivity indexes**
**HOMA.** After logarithmic transformation, HOMA was inversely correlated with $Cl_{CLAMP}$. In the pooled group of 91



**Figure 5**—*Relationship between glucose clearance from the clamp ($Cl_{CLAMP}$) and the OGTT ($OGIS_{180}$) and the index of β-cell sensitivity in lean subjects (●), obese subjects (■), and subjects with IGT (◆). Subjects with IGT were not included in the clamp panel because of the different insulin dose. Correlation results are reported in the text.*

subjects, the correlation coefficient was similar to that of $OGIS_{180}$ ($R = -0.75$, $P < 0.0001$). However, in subjects with type 2 diabetes, the correlation was not significant ($R = -0.19$, $P = 0.26$). In contrast to the clamp and OGIS, in subjects with type 2 diabetes, HOMA was correlated with BMI ($R = 0.45$, $P < 0.005$).

**ISI(composite).** In the entire group of normal subjects, obese subjects, and subjects with type 2 diabetes, ISI(composite), calculated from 2-h OGTT, was correlated with the clamp, but the correlation coefficient was quite low ($R = 0.27$, $P < 0.01$). In part, this mediocre result was due to the presence of two subjects with unusually high values of ISI(composite). These subjects were thus excluded in the subsequent analysis, obtaining a higher correlation coefficient ($R = 0.34$, $P < 0.0001$). Similar results were obtained using 3-h OGTT ($R = 0.39$, $P < 0.0001$) and in the subgroup of subjects in which the steady-state clamp insulin concentration was measured ($R = 0.44$, $P < 0.0002$, 3-h OGTT). Considering the in-

dividual groups, however, ISI(composite) was not correlated with the clamp (lean subjects: $R = 0.09$, $P = 0.75$; obese subjects: $R = 0.27$, $P = 0.10$; subjects with type 2 diabetes: $R = 0.06$, $P = 0.72$). In the group of subjects with IGT, the correlation of ISI(composite) with the clamp was better ($R = 0.70$, $P < 0.01$ for 2-h OGTT; results for 3-h OGTT were similar).

**$MCR_{est}$(OGTT).** In the entire group of normal subjects, obese subjects, and subjects with type 2 diabetes, $MCR_{est}$(OGTT) was correlated with the clamp ($R = 0.48$, $P < 0.0001$), excluding one subject with diabetes who had a very low $MCR_{est}$(OGTT). Considering the individual groups, $MCR_{est}$(OGTT) was correlated with the clamp only in obese subjects (lean subjects: $R = 0.33$, $P = 0.23$; obese subjects: $R = 0.61$, $P < 0.0001$; subjects with type 2 diabetes: $R = -0.04$, $P = 0.81$, outlier excluded). In the group of subjects with IGT, the correlation of $MCR_{est}$(OGTT) with the clamp was significant ($R = 0.59$, $P < 0.05$). As

CONFIDENTIAL
AZSER12443667

*Insulin sensitivity from the OGTT*

with HOMA, and in contrast to the clamp and OGIS, in subjects with type 2 diabetes, $MCR_{est}$(OGTT) was correlated with BMI ($R = -0.97$, $P < 0.0001$).

**CONCLUSIONS**— This study shows that the OGTT method presented here (OGIS) and the glucose clamp give a very similar assessment of insulin sensitivity. The two insulin sensitivity indexes are correlated in four different groups of subjects, spanning a wide spectrum of insulin sensitivity. In particular, the correlation was significant in type 2 diabetes, a condition in which indexes of insulin sensitivity alternative to the clamp often perform unsatisfactorily (for the minimal model, see ref. 18; for HOMA and the other OGTT indexes, see RESULTS). Furthermore, using OGIS, the relationships found between insulin sensitivity and other variables, such as BMI or β-cell function, are in agreement with known facts, and the differences in insulin sensitivity between groups are consistent with current understanding of diabetes pathophysiology. This indicates that OGIS is an adequate index, even if the correlation coefficients with the clamp are not always very high. OGIS has also a good reproducibility, comparable with that of the clamp (coefficients of variation: 7.1 vs. 6.4%, OGIS vs. clamp), despite the fact that the OGTT itself may not be very reproducible (the coefficients of variation of the 2-h glucose and insulin concentration were 12 and 25%, respectively).

A good performance was obtained with both the 2- and 3-h OGTT versions of OGIS. We prefer the 3-h index because the derivative of glucose concentration is better defined in the third hour of the OGTT, and at $t = 120$ min, the rate of glucose appearance, which is quite variable, is smaller and thus has less influence in Eq. 4. However, because $OGIS_{120}$ was only slightly inferior to $OGIS_{180}$, the most widely used 2-h OGTT is sufficient to calculate OGIS reliably, which is an important advantage.

Our modeling approach is based on physiological evidence, with simplifications dictated by the specific characteristics of the OGTT. For glucose kinetics, we have used a single-compartment model, which is a reasonable approximation in the OGTT, because the changes of glucose concentrations and fluxes are gradual. For insulin action, our model is equivalent to the minimal model (2) or to other

more sophisticated approaches (14,19). Clearly, our model cannot be completely determined from the OGTT data. The rates of oral and endogenous glucose appearance cannot be calculated without a complex double tracer experiment (20). These processes are quite variable, and an adequate mathematical representation is lacking. The glucose distribution volume is also not determinable. In addition, the experimental information provided by a standard OGTT is limited. Typically, only six glucose and insulin measurements are available, and the data, collected in a clinical environment, may be less precise than those obtained from more rigorously controlled experiments. In this context, the use of heuristic assumptions to obtain a usable equation from the model is unavoidable. The assumptions used to derive Eq. 8 from the more generally valid Eq. 4 were aimed to obtain the best possible agreement with the clamp and have been selected after testing other possible alternatives, which had inferior performance. For instance, we have introduced the simplification of Eq. 6 because more elaborate expressions did not perform better (results not shown). Given the assumptions used to derive Eq. 8, only some of its parameters have a physiological meaning and can be compared with independent references. In particular, there is no expected value for $p_4$, because it embeds a scaling factor. The parameter $p_3$ is a composite parameter, because it is related to basal glucose production and to the insulin levels $\Delta I_v(t)$ and $\Delta I$ (Eq. 6). Because $\Delta I$ is unspecified (see RESEARCH DESIGN AND METHODS), $p_3$ also lacks a reference value. Similarly, $p_2$ (Eq. 5) does not have a physiological interpretation. It is introduced to limit the effects of insulin concentration in Eq. 8. The insulin concentration increment has a wide span and is close to zero in some subjects with diabetes. Without $p_2$, the denominator of Eq. 8, and thus OGIS, would exhibit a variance that would not be compatible with the observed variance in insulin sensitivity. Because $p_2$ is about 5.5 times the average insulin increment, the influence of insulin concentration on OGIS is much reduced. However, the inclusion of insulin concentration in Eq. 8 is important for obtaining a good correlation with the clamp. The product $p_1D_O$ represents the glucose rate of appearance at 120 min. The mean value in lean subjects of $p_1D_O$ is $\sim 3$ mg · min$^{-1}$ · kg$^{-1}$, which is in agreement with inde-

pendent experimental findings (21). The parameters $p_5$ and $p_6$ account for a dependence of glucose clearance on glucose concentration (Eq. 7), which was necessary to prevent underestimation of the clamp glucose clearance in subjects with type 2 diabetes, who were markedly hyperglycemic. The predicted reduction of glucose clearance in subjects with type 2 diabetes was $\sim 20\%$ on average; maximum values were $\sim 30\%$. These results are compatible with published results (15,22). For the 2-h OGTT index ($OGIS_{120}$), the parameters are different because the index is calculated in different conditions. However, the parameters that have some physiological interpretation still have sound values. The value of $p_1$ is, in fact, higher, because the glucose rate of appearance at 90 min is also higher (21) and the parameters expressing the dependence of glucose clearance on glucose concentration ($p_5$ and $p_6$, Eq. 7) are very similar.

We believe that the key of the validity of OGIS is its derivation from a physiological model. The good performance of OGIS can only be due, in part, to the use in Eq. 8 of parameters that have been determined from the same data on which the equation has been subsequently applied. Although this issue requires testing in larger independent groups to be fully resolved, our results do not indicate that this is a major problem for two reasons. First, the number of parameters in Eq. 8 (six parameters) is very small in comparison with the number of subjects (91 subjects). It would not have been possible to obtain a good correlation with the clamp by adjusting these six parameters if the underlying model was not adequate. Second, we have tested the method in an independent group (IGT), in which we have found a correlation with the clamp as good as in the group used to adjust the parameters.

In our data set, the performance of the OGTT-based indexes by Matsuda and DeFronzo (4), Stumvoll et al. (5), and HOMA (3) is inferior to OGIS, but a better comparison would require a totally independent data set. Indeed, in the independent IGT group, the performance of the OGTT methods and HOMA are comparable ($R = 0.6 – 0.7$). However, at least with our data, the published OGTT methods and HOMA have drawbacks that are overcome by OGIS. In type 2 diabetes, HOMA, ISI(composite), and $MCR_{est}$(OGTT) do

255

CONFIDENTIAL
AZSER12443668

not correlate with the clamp, whereas OGIS does. This result, which is not in agreement with previous findings (4,23,24), may be due to different characteristics of the subjects with diabetes or the different insulin level in the clamp. Furthermore, the empirical formulas used in HOMA and $MCR_{est}$(OGTT) introduce spurious results in some cases. In subjects with type 2 diabetes, we have found a strong correlation between HOMA and basal insulin concentration ($R = 0.92$, $P < 0.0001$). Such a correlation was found neither with the clamp ($R = 0.11$, $P = 0.53$) nor with OGIS ($R = 0.16$, $P = 0.35$). This happens because HOMA is the product of glucose and insulin concentration. Similarly, the correlation of HOMA and $MCR_{est}$(OGTT) with BMI in subjects with type 2 diabetes, which is not found with the clamp and OGIS, is spurious. For HOMA, this originates from the correlation ($R = 0.54$, $P < 0.005$) between BMI and basal insulin, which is used to calculate HOMA. For the method by Stumvoll et al. (5), BMI itself is a variable used to calculate $MCR_{est}$(OGTT). These results suggest that if the performance of OGIS and the other empirical indexes may be equivalent in some situations, there are also cases in which the use of the model-based index OGIS avoids the drawbacks of empirical formulas.

In the present analysis, OGIS and the clamp give very similar results. However, a caveat is necessary, because OGIS rests on assumptions that the clamp does not require. When it is expected that the mechanisms governing the glucose-insulin relationships are not those postulated here, OGIS may not be accurate. A critical situation could be, for instance, abnormal glucose absorption, which cannot be evaluated from the OGTT without the use of a tracer.

In conclusion, we have shown that the proposed OGTT insulin sensitivity index gives virtually the same results as the clamp when differences between groups are tested and the relationships between insulin sensitivity and other physiological variables are studied. Given its simplicity, this OGTT method is of potential interest in the assessment of insulin sensitivity in large population-based studies. It may also be useful for the assessment of insulin sensitivity in retrospective studies.

**APPENDIX** — This appendix illustrates, in detail, the derivation of the

equation for predicting the clamp glucose clearance from the OGTT (Eq. 8).

During the OGTT, the expression of the glucose clearance given by Eq. 1 becomes

$$Cl(t) = Cl_b + S\,\Delta I_r(t) \qquad (9)$$

where $\Delta I_r(t)$ is the insulin concentration increment in the remote compartment. By inserting Eq. 9 into Eq. 2, we obtain

$$V\frac{dG(t)}{dt} = -[Cl_b + S\,\Delta I_r(t)]G(t) + R_a(t) \qquad (10)$$

Eq. 10, solved for $S$, yields

$$S = \frac{\dfrac{R_a(t) - VdG(t)/dt}{G(t)} - Cl_b}{\Delta I_r(t)} \qquad (11)$$

which can be substituted into Eq. 1 to calculate glucose clearance at the insulin concentration increment $\Delta I$:

$$Cl = Cl_b + S\,\Delta I = Cl_b$$
$$+ \frac{\dfrac{R_a(t) - VdG(t)/dt}{G(t)} - Cl_b}{\Delta I_r(t)}\Delta I$$
$$= \frac{\Delta I}{\Delta I_r(t)}\left[\frac{R_a(t) - VdG(t)/dt}{G(t)} + Cl_b(\Delta I_r(t)/\Delta I - 1)\right] \qquad (12)$$

Basal glucose clearance is related to basal glucose production ($P_b$) and concentration ($G_b$) by the equation

$$Cl_b = \frac{P_b}{G_b} \qquad (13)$$

which can be substituted into Eq. 12 to obtain Eq. 4.

The assumptions specified in the methods section are:

$$G(t) = G(120) \qquad (15a)$$
$$dG(t)/dt = [G(180) - G(120)]/60 \qquad (15b)$$
$$R_a(t) = R_a(120) = p_1D_0 \qquad (15c)$$
$$\Delta I_r(t) = \Delta I_r(120) = I(120) - I(0) + p_2 \qquad (15d)$$
$$\frac{P_b(\Delta I_r(t)/\Delta I - 1)}{G_b} = \frac{p_3}{G(0)} \qquad (15e)$$

$$\Delta I = p_4 \qquad (15f)$$

These assumptions transform Eq. 4 into:

$$Cl =$$
$$\frac{p_1D_0 - V[G(180) - G(120)/60]}{G(120)} + \frac{p_3}{G(0)}$$
$$\frac{}{p_4 + \dfrac{I(120) - I(0) + p_2}{}} \qquad (16)$$

which is the expression of $Cl_{OGTT}$ as given by Eq. 8.

The expression of $Cl_{EU}$ in Eq. 8 is the solution of Eq. 7, which can be rearranged in the standard form of a quadratic equation in the unknown $Cl_{EU}$ as

$$Cl_{EU}^2 - [p_5(G[120] - G_{CLAMP}) + 1]$$
$$Cl_{OGTT}Cl_{EU} - p_5p_6[G(120) - G_{CLAMP}]$$
$$Cl_{OGTT} = 0 \qquad (17)$$

**Acknowledgments** — This work has been supported in part by a grant from the project "Mathematical Methods and Models for the Study of Biological Phenomena" of the Italian National Research Council. J.J.N. was supported by a grant from the Whittier Institute for Diabetes at the University of California and by the Provost's Academic Development Fund, Trinity College, Dublin.

We thank Drs. Jerrold Olefsky and Robert Henry of the University of California, San Diego, for their support and the patients, volunteers, and nursing staff of the San Diego Veterans Administration Medical Center.

Preliminary results of this work were presented at the 59th annual meeting of the American Diabetes Association, San Diego, California, and at the 35th annual meeting of the European Association for the Study of Diabetes, Brussels, Belgium.

**References**
1. DeFronzo RA, Tobin JD, Andres R: Glucose clamp technique: a method for quantifying insulin secretion and resistance. *Am J Physiol* 273:E214–E223, 1979
2. Bergman RN: Toward physiological understanding of glucose tolerance: minimal-model approach. *Diabetes* 38:1512–1527, 1989
3. Matthews DR, Hosker JP, Rudenski AS, Naylor BA, Treacher DF, Turner RC: Homeostasis model assessment: insulin resistance and β-cell function from fasting plasma glucose and insulin concentrations in man. *Diabetologia* 28:412–419, 1985
4. Matsuda M, DeFronzo RA: Insulin sensitivity indices obtained from oral glucose

CONFIDENTIAL
AZSER12443669

*Insulin sensitivity from the OGTT*

tolerance testing: comparison with the euglycemic insulin clamp. *Diabetes Care* 22: 1462–1470, 1999

5. Stumvoll M, Mitrakou A, Pimenta W, Jessen T, Yki-Järvinen H, Van Haeften T, Renn W, Gerich J: Use of the oral glucose tolerance test to assess insulin release and insulin sensitivity. *Diabetes Care* 23:295–301, 2000

6. World Health Organization: *Diabetes Mellitus: Report of a WHO Study Group.* Geneva, World Health Org., 1985 (Tech. Rep. Ser., no. 727), p. 9–17

7. Nolan JJ, Freidenberg GR, Henry RR, Reichart D, Olefsky JM: Role of human skeletal muscle insulin receptor kinase in the in vivo insulin resistance of noninsulin-dependent diabetes mellitus and obesity. *J Clin Endocrinol Metab* 78:471–477, 1994

8. Freidenberg GR, Suter S, Henry RR, Nolan JJ, Reichart D, Olefsky JM: Delayed onset of insulin activation of the insulin receptor kinase in vivo in human skeletal muscle. *Diabetes* 43:118–126, 1994

9. Ludvik B, Nolan JJ, Baloga J, Sacks D, Olefsky JM: Effect of obesity on insulin resistance in normal subjects and patients with NIDDM. *Diabetes* 44:1121–1125, 1995

10. Ludvik B, Nolan JJ, Roberts A, Baloga J, Joyce M, Bell JM, Olefsky JM: A noninvasive method to measure splanchnic glucose uptake after oral glucose administration. *J Clin Invest* 95:2232–2238, 1995

11. Nolan JJ, Ludvik B, Baloga J, Reichart D, Olefsky JM: Mechanisms of the kinetic defect in insulin action in obesity and NIDDM. *Diabetes* 46:994–1000, 1997

12. Ferrannini E, DeFronzo RA: Insulin actions in vivo: glucose metabolism. In *International Textbook of Diabetes Mellitus.* Alberti KGMM, DeFronzo RA, Keen H, Zimmet P, Eds. New York, Wiley, 1992, p. 409–438

13. Ferrannini E, Smith JD, Cobelli C, Toffolo G, Pilo A, DeFronzo RA: Effect of insulin on the distribution and disposition of glucose in man. *J Clin Invest* 76:357–364, 1985

14. Insel PA, Liljenquist JE, Tobin JD, Sherwin RS, Watkins P, Andres R, Berman M: Insulin control of glucose metabolism in man: a new kinetic analysis. *J Clin Invest* 55:1057–1066, 1975

15. DeFronzo RA, Ferrannini E: Influence of plasma glucose and insulin concentration on plasma glucose clearance in man. *Diabetes* 31:683–688, 1982

16. Bailey BJR, Briars GL: Estimating the surface area of the human body. *Stat Med* 15:1325–1332, 1996

17. Altman DG: *Practical Statistics for Medical Research.* Boca Raton, FL, Chapman & Hall/CRC, 1999

18. Saad MF, Anderson RL, Laws A, Watanabe RM, Kades WW, Ida Chen Y-D, Sands RE, Pei D, Savage PJ, Bergman RN: A comparson between the minimal model and the glucose clamp in the as-

sessment of insulin sensitivity across the spectrum of glucose tolerance. *Diabetes* 43:1114–1121, 1994

19. Mari A: Assessment of insulin sensitivity and secretion with the labeled intravenous glucose tolerance test: improved modeling analysis. *Diabetologia* 41:1029–1039, 1998

20. Radziuk J, Norwich KH, Vranic M: Experimental validation of measurements of glucose turnover in nonsteady state. *Am J Physiol* 234:E84–E93, 1978

21. Ferrannini E, Bjorkman O, Reichard GA Jr, Pilo A, Olsson M, Wahren J, DeFronzo RA: The disposal of an oral glucose load in healthy subjects. *Diabetes* 34:580–588, 1985

22. Nielsen MF, Basu R, Wise S, Caumo A, Cobelli C, Rizza RA: Normal glucose-induced suppression of glucose production but impaired stimulation of glucose disposal in type 2 diabetes. *Diabetes* 47:1735–1747, 1998

23. Bonora E, Kiechl S, Willeit J, Oberhollenzer F, Egger G, Targher G, Alberiche M, Bonadonna RC, Muggeo M: Prevalence of insulin resistance in metabolic disorders: the Bruneck study. *Diabetes* 47:1643–1649, 1998

24. Bonora E, Targher G, Alberiche M, Bonadonna RC, Saggiani F, Zenere MB, Monauni T, Muggeo M: Homeostasis model assessment closely mirrors the glucose clamp technique in the assessment of insulin sensitivity. *Diabetes Care* 23:57–63, 2000

257

CONFIDENTIAL
AZSER12443670

Epidemiology/Health Services/Psychosocial Research
ORIGINAL ARTICLE

# Insulin Sensitivity Indices Obtained From Oral Glucose Tolerance Testing

## Comparison with the euglycemic insulin clamp

Masafumi Matsuda, md, phd
Ralph A. DeFronzo, md

**OBJECTIVE** — Several methods have been proposed to evaluate insulin sensitivity from the data obtained from the oral glucose tolerance test (OGTT). However, the validity of these indices has not been rigorously evaluated by comparing them with the direct measurement of insulin sensitivity obtained with the euglycemic insulin clamp technique. In this study, we compare various insulin sensitivity indices derived from the OGTT with whole-body insulin sensitivity measured by the euglycemic insulin clamp technique.

**RESEARCH DESIGN AND METHODS** — In this study, 153 subjects (66 men and 87 women, aged 18–71 years, BMI 20–65 kg/m²) with varying degrees of glucose tolerance (62 subjects with normal glucose tolerance, 31 subjects with impaired glucose tolerance, and 60 subjects with type 2 diabetes) were studied. After a 10-h overnight fast, all subjects underwent, in random order, a 75-g OGTT and a euglycemic insulin clamp, which was performed with the infusion of [3-³H]glucose. The indices of insulin sensitivity derived from OGTT data and the euglycemic insulin clamp were compared by correlation analysis.

**RESULTS** — The mean plasma glucose concentration divided by the mean plasma insulin concentration during the OGTT displayed no correlation with the rate of whole-body glucose disposal during the euglycemic insulin clamp (r = −0.02, NS). From the OGTT, we developed an index of whole-body insulin sensitivity (10,000/square root of [fasting glucose × fasting insulin] × [mean glucose × mean insulin during OGTT]), which is highly correlated (r = 0.73, P < 0.0001) with the rate of whole-body glucose disposal during the euglycemic insulin clamp.

**CONCLUSIONS** — Previous methods used to derive an index of insulin sensitivity from the OGTT have relied on the ratio of plasma glucose to insulin concentration during the OGTT. Our results demonstrate the limitations of such an approach. We have derived a novel estimate of insulin sensitivity that is simple to calculate and provides a reasonable approximation of whole-body insulin sensitivity from the OGTT.

*Diabetes Care 22:1462–1470, 1999*

The maintenance of normal glucose homeostasis involves the simultaneous and coordinated roles of the pancreatic β-cells, the liver, and the peripheral tissues, primarily muscle (1). Whole-body insulin sensitivity can be measured with the euglycemic insulin clamp technique (2). By combining the euglycemic clamp with a glucose tracer, one can quantitate the separate contributions of peripheral tissues (muscle) and the liver to whole-body insulin sensitivity (3). However, the oral glucose tolerance test (OGTT) is the most commonly used method to evaluate whole-body glucose tolerance in vivo. Although many attempts have been made to assess insulin sensitivity from the OGTT (4,5), it has been difficult to derive meaningful information about whole-body, peripheral tissue, or hepatic sensitivity to insulin from the results of the OGTT.

The product of the glucose area under the plasma glucose curve and insulin area under the plasma insulin curve has been used as an index of insulin resistance (6,7). Although it is intuitively obvious that the existence of an elevated plasma insulin concentration in the presence of a high plasma glucose concentration indicates a state of insulin resistance, this concept has not been validated. Berson and Yalow (8,9), in their initial application of the insulin assay, were the first to suggest the use of the product of the area under the curves (AUCs) for glucose and insulin as an index of whole-body insulin sensitivity. More recently, Belfiore et al. (10) proposed a hyperbolic function conversion of the product of the glucose and insulin (AUC) to derive an index of insulin sensitivity. Other investigators have used an estimate of glucose uptake during the OGTT divided by the log of the plasma insulin concentration to provide an index of insulin sensitivity (11,12), and this index has been used in some epidemiological studies (13,14). However, in none of these publications was the proposed index of insulin sensitivity validated by comparing it with the direct measurement of insulin-mediated glucose disposal.

Several authors have proposed the use of the glucose/insulin (G/I) ratio (absolute or incremental responses) as an index of insulin sensitivity (5,15,16). Again, no previous study has related the G/I ratio during the OGTT with the direct measurement of insulin sensitivity using the euglycemic insulin clamp. Turner and colleagues (17–19) proposed the homeostatic model assessment (HOMA) to provide an index of insulin sensitivity. This approach, which relies on the product of fasting plasma glucose (FPG) and fasting plasma insulin (FPI) concentrations, has been evaluated in several

From the Diabetes Division, Department of Medicine, University of Texas Health Science Center at San Antonio, San Antonio, Texas.

Address correspondence and reprint requests to Ralph A. DeFronzo, MD, Diabetes Division, Department of Medicine, University of Texas Health Science Center, 7703 Floyd Curl Dr., San Antonio, TX 78284-7886. E-mail: defronzo@uthscsa.edu.

Received for publication 15 January 1999 and accepted in revised form 3 May 1999.
Abbreviations: AUC, area under the curve; EGP, endogenous glucose production; FPG, fasting plasma glucose; FPI, fasting plasma insulin; G/I, glucose/insulin; G/P, hepatic glucose production; HOMA, homeostatic model assessment; IGT, impaired glucose tolerance; ISI, insulin sensitivity index; OGTT, oral glucose tolerance test; R_d, rate of whole-body glucose disposal; SSPI, steady-state plasma insulin.
A table elsewhere in this issue shows conventional and Système International (SI) units and conversion factors for many substances.

CONFIDENTIAL
AZSER12443671

Table 1—*Subject characteristics*

|  | Normal | IGT | Diabetic | Total |
|---|---|---|---|---|
| n (M/F) | 62 (25/37) | 31 (8/23) | 60 (33/27) | 153 (66/87) |
| Age (years) | 37 ± 2 | 40 ± 2 | 50 ± 1 | 43 ± 1 |
| BMI (kg/m²) | 29 ± 1 | 31 ± 1 | 33 ± 1 | 31 ± 1 |
| FPG (mg/dl) | 93 ± 1 | 96 ± 1* | 149 ± 5* | 116 ± 3 |
| FPI (μU/ml) | 11 ± 1 | 14 ± 1* | 18 ± 1* | 14 ± 1 |

Data are means ± SEM. *P < 0.001 vs. subjects with normal glucose tolerance.

recent publications (20,21) and has been shown to provide a reasonable estimate of tissue sensitivity to insulin. Based on the aforementioned problems in assessing insulin sensitivity from the plasma glucose and plasma insulin concentrations in the fasting state and during the OGTT, it is surprising that so few studies have attempted to validate these indices by comparing them with insulin sensitivity measured directly with the euglycemic insulin clamp technique.

In this study, we propose a simple index of whole-body insulin sensitivity derived from the OGTT. This index represents a composite of both hepatic and peripheral tissue sensitivity to insulin. We also evaluated previous indices derived from FPG and FPI concentrations during the OGTT by comparing them with the rate of insulin-mediated glucose disposal during the euglycemic insulin clamp.

## RESEARCH DESIGN AND METHODS

### Subjects

In this study, 153 subjects with varying degrees of glucose tolerance underwent a euglycemic insulin clamp study (2) and a 75-g OGTT. Subjects were divided into three groups (normal glucose tolerance, n = 62; impaired glucose tolerance [IGT], n = 31; and type 2 diabetes, n = 60) based on the new criteria of American Diabetes Association (22). As a whole, the subjects had a wide range of obesity, with BMI varying from 19.9 to 64.5 kg/m². Of the subjects with normal glucose tolerance, 24 had a BMI <27 kg/m²; 6 of the subjects with IGT had a BMI <27 kg/m², and 11 of the diabetic subjects had a BMI <27 kg/m². The characteristics of the study population are shown in Table 1. None of the diabetic patients were treated with insulin, metformin, or troglitazone. For subjects who were taking sulfonylureas, the medication was stopped 2 days before the study. Sub-

jects were not taking any other drugs known to affect glucose tolerance. All studies were carried out at the Clinical Research Center of the University of Texas Health Science Center at San Antonio. The study protocol was approved by the Institutional Review Board of the University of Texas Health Science Center at San Antonio, and informed written consent was obtained from each subject before participation.

### Euglycemic insulin clamp

After a 10- to 12-h overnight fast, subjects were admitted to the Clinical Research Center at 7:00 A.M. A polyethylene cannula was inserted into an antecubital vein for the infusion of all test substances. A second catheter was inserted retrogradely into an ipsilateral wrist vein on the dorsum of the hand for blood sampling, and the hand was kept in a heated box at 65°C. A prime (20 μCi) continuous (0.2 μCi/min) infusion of [3-³H]glucose (DuPont-NEN, Boston, MA) was given for 120 min. In diabetic subjects, the prime was increased in proportion to the elevation in FPG concentration as follows: 20 μCi × FPG/90 mg/dl. During the last 30 min of the basal equilibration period (120 min in control and IGT subjects, 180 min in type 2 diabetic subjects), plasma samples were taken at 5- to 10-min intervals for determination of plasma glucose and insulin concentrations and tritiated glucose radioactivity. After the basal equilibration period, insulin was administered as a prime continuous infusion at the rate of 40 mU · m⁻² · min⁻¹ for 120 min as previously described (2). The plasma glucose concentration was measured every 5 min after the start of the insulin infusion, and a variable infusion of 20% glucose was adjusted based on the negative feedback principle to maintain the plasma glucose level at 90 mg/dl with a coefficient of variation <5%. Plasma samples were collected every 15 min from 0 to 90 min and every 5–10 min from 90 to 120 min for determination of plasma glucose and insulin concentrations and tritiated glucose radioactivity.

### OGTT

At 8:00 A.M., after a 10- to 12-h overnight fast, subjects received a 75-g OGTT. Blood samples were taken at −30, −15, 0, 30, 60, 90, and 120 min for the measurement of plasma glucose and insulin concentrations.

### Analytical determinations

Glucose was analyzed with a Beckman II glucose oxidase analyzer (Fullerton, CA). Plasma insulin (Coat A-Coat; Diagnostic Products, Los Angeles, CA) concentration was measured by radioimmunoassay. Plasma [3-³H]glucose radioactivity was determined with a Beckman LS5000 LE liquid scintillation counter (Fullerton, CA) after deproteinization (Somogyi procedure) of plasma samples and evaporation of ³H₂O. Glucose metabolism during the basal state and during the euglycemic insulin clamp was determined with Steele's non–steady-state equation (23) and a distribution volume of 0.65. Endogenous glucose production (EGP) rate was calculated by subtracting the exogenous glucose infusion rate from the rate of total glucose appearance.

### Calculations

The direct measurement of hepatic insulin sensitivity is based on the following logic. In the postabsorptive state, the higher the EGP and the higher the FPI concentration, the greater the severity of hepatic insulin resistance. Because >75% of EGP originates in the liver (24), we use EGP and hepatic glucose production (HGP) interchangeably in the following discussion. Conversely, the inverse of the product of EGP and FPI provides a direct measure of hepatic insulin sensitivity, and the following can be developed:

$$\text{Hepatic insulin sensitivity} = \frac{1,000}{EGP \times FPI} \quad (1)$$

where 1,000 simply represents a constant that allows one to obtain numbers ranging from 0 to 10.

In the postabsorptive state, most glucose uptake occurs in insulin-independent tissues (25–28). Consequently, the FPG concentration is largely determined by the rate of basal EGP. Therefore, Eq. 2 can be rewritten as follows:

$$\text{Hepatic insulin sensitivity} = \frac{k}{FPG \times FPI} \quad (2)$$

CONFIDENTIAL
AZSER12443672

*Insulin sensitivity indices*

It should be noted that Eq. 2 is mathematically equivalent to the reduced formula of the HOMA model (17) where $k = 22.5 \times 18$. We will refer to this insulin sensitivity index (ISI) as ISI(HOMA).

During the euglycemic insulin clamp, whole-body glucose disposal ($R_d$) was measured directly from the tritiated glucose turnover rate. The direct measure of whole-body insulin sensitivity during the insulin clamp is calculated as follows:

$$R_d \div SSPI \qquad (3)$$

where SSPI is the steady-state plasma insulin concentration during the last 60 min of the insulin clamp.

During the oral glucose load, the suppression of HGP is much less complete than during the euglycemic insulin clamp (29). Thus, insulin sensitivity during the oral glucose load approximately equally reflects both suppression of HGP and glucose disposal by all tissues in the body (30). It follows that the more resistant the liver and peripheral tissues are, the greater the rise will be in mean plasma glucose concentration during the OGTT. Therefore, whole-body insulin sensitivity during the OGTT is inversely proportional to the product of the mean plasma insulin and mean plasma glucose concentrations. A composite measure of whole-body insulin sensitivity that encompasses both hepatic and peripheral tissues can be derived by combining the preceding ISI during the OGTT with that obtained during the basal state (Eq. 1); the latter primarily reflects hepatic insulin sensitivity. This composite whole-body ISI during the OGTT [ISI(composite)] is shown by the following:

$$\frac{10,000}{\sqrt{(FPG \times FPI) \times \binom{Mean\ OGTT\ glucose\ concentration \times}{mean\ OGTT\ insulin\ concentration}}} \qquad (4)$$

where 10,000 simply represents a constant that allows one to obtain numbers ranging from 0 to 12. Square-root conversion was used to correct the nonlinear distribution of values.

The above index of whole-body insulin sensitivity during the OGTT was compared with the measurement of insulin-mediated glucose disposal divided by the SSPI concentration during the euglycemic insulin clamp. We also determined the OGTT-derived ISI (glucose



**Figure 1**—*Plasma glucose (A) and insulin (B) concentrations during an OGTT performed in subjects with normal glucose tolerance, IGT, and type 2 diabetes. Data are means ± SEM.*

uptake/[mean plasma glucose × log mean plasma insulin]) advocated by Cederholm and Wibell (12) for comparison. We have referred to this as the ISI(Ceder). In the preceding equation, glucose uptake during the OGTT is estimated to be the difference between the oral glucose load and the glucose remaining in the glucose space as indicated by the difference between the FPG and 2-h plasma glucose concentrations. The glucose space was calculated as 0.19 × body weight. To adjust for the influence of different plasma glucose levels, the estimated glucose uptake rate was divided by the mean plasma glucose concentration from 0 to 120 min.

Recently, Belfiore et al. (10) proposed a new ISI that is a hyperbolic function of the product of the mean plasma glucose and insulin concentrations during the OGTT. This ISI yields a range of 0–2 and is calculated as follows:

$$\frac{2}{\left(\frac{Mean\ OGTT\ glucose\ concentration \times}{mean\ OGTT\ insulin\ concentration}\right)/C + 1} \qquad (5)$$

where C is a constant. We refer to this index as ISI(Bel).

All data are expressed as the mean ± SEM. Correlation analyses were performed with standard equations (StatView for Windows 5.0; SAS Institute, Cary, NC).

## RESULTS

### OGTT: Plasma glucose and insulin concentrations

The plasma glucose and insulin levels during the OGTT in control, IGT, and diabetic subjects are presented in Fig. 1. In IGT subjects, the plasma insulin concentrations at 30 and 60 min were similar to those in

CONFIDENTIAL
AZSER12443673

Table 2—*Correlation matrix between indices of whole-body insulin sensitivity derived from the euglycemic insulin clamp and OGTT*

| | | $\frac{1,000}{EGP \times FPI}$ | $\frac{R_d}{SSPI}$ | $\frac{k}{FPI \times FPG}$ | $\frac{Uptake}{\bar{G} \times \log \bar{I}}$ | $\frac{2}{(\bar{G} \times \bar{I})/C + 1}$ | $\frac{10,000}{\sqrt{(FPG \times FPI) \times (\bar{G} \times \bar{I})}}$ |
|---|---|---|---|---|---|---|---|
| Hepatic sensitivity (tracer) | $\frac{1,000}{EGP \times FPI}$ | 1 | — | — | — | — | — |
| Whole-body insulin sensitivity (insulin clamp) | $\frac{R_d}{SSPI}$ | 0.698 | 1 | — | — | — | — |
| Insulin (hepatic) sensitivity (HOMA) | $\frac{k}{FPI \times FPG}$ | 0.668 | 0.691 | 1 | — | — | — |
| Insulin sensitivity from OGTT | | | | | | | |
| Cederholm | $\frac{Uptake}{\bar{G} \times \log \bar{I}}$ | 0.503 | 0.623 | 0.681 | 1 | — | — |
| Belfiore | $\frac{2}{(\bar{G} \times \bar{I})/C + 1}$ | 0.472 | 0.543 | 0.512 | 0.538 | 1 | — |
| Composite | $\frac{10,000}{\sqrt{(FPG \times FPI) \times (\bar{G} \times \bar{I})}}$ | 0.670 | 0.732 | 0.920 | 0.737 | 0.763 | 1 |

There were 153 observations in this computation. Hepatic $\left(\frac{1,000}{EGP \times FPI}\right)$ and whole-body $\left(\frac{R_d}{SSPI}\right)$ insulin sensitivity during the euglycemic insulin clamp represent the standard against which the indices of hepatic $\left[ISI(HOMA) = \frac{k}{FPI \times FPG}, k = 22.5 \times 18\right]$ and whole-body $\left[ISI(Ced) = \frac{Uptake}{\bar{G} \times \log \bar{I}}, ISI(Bel) = \frac{2}{(\bar{G} \times \bar{I})/C + 1}, ISI(composite) = \frac{10,000}{\sqrt{FPG \times FPI \times \bar{G} \times \bar{I}}}\right]$ insulin sensitivity during the OGTT are compared. C, constant value; $\bar{G}$, mean plasma glucose concentration during OGTT; $\bar{I}$, mean plasma insulin concentration during OGTT.

subjects with normal glucose tolerance, whereas the 90- and 120-min levels were increased. In type 2 diabetic subjects, the 30- and 60-min plasma insulin concentrations were significantly reduced compared with subjects with both normal glucose tolerance and IGT.

**Hepatic insulin sensitivity**
The inverse of the product of basal EGP (primarily hepatic) measured with 3-[³H]glucose and the FPI concentration provides a direct measure of hepatic sensitivity to insulin under postabsorptive conditions. This measurement agrees reasonably well ($r = 0.69$, $P < 0.0001$) with the HOMA-derived measure ($k$/FPI × FPG) of hepatic insulin sensitivity (Table 2). The correlation was equally strong in subjects with normal glucose tolerance and type 2 diabetes.

Although the direct measure of hepatic insulin sensitivity (1,000/EGP × FPI) correlated well ($r = 0.70$, $P < 0.0001$) with the

measurement of whole-body insulin sensitivity, the correlation is significantly less than unity. This results from the presence of a significant number of individuals with normal or near-normal hepatic sensitivity to insulin but impaired whole-body (primarily muscle) insulin sensitivity and vice versa (Fig. 2).

**Whole-body insulin sensitivity**
Whole-body insulin sensitivity measured with the euglycemic insulin clamp ($R_d$/SSPI) correlated closely ($r = 0.73$, $P < 0.0001$) with our proposed measurement of insulin sensitivity from the OGTT (Fig. 3). This correlation was most robust in subjects with normal glucose tolerance ($r = 0.73$, $P < 0.0001$) (Table 3) and in subjects with IGT ($r = 0.66$, $P < 0.0001$) (Table 4) and was somewhat weaker in type 2 diabetic individuals ($r = 0.54$, $P < 0.0001$) (Table 5). The lower correlation coefficient in diabetic patients most likely reflects the

decline in insulin secretion in this group (Fig. 1). The ISI(HOMA) ($r = 0.69$, $P < 0.0001$), ISI(Ceder) ($r = 0.62$, $P < 0.0001$), and ISI(Bel) ($r = 0.54$, $P < 0.0001$) estimates of whole-body insulin sensitivity yielded correlation coefficients (compared with the insulin clamp) that were somewhat lower than the estimate derived from the method that we have proposed. The correlation coefficients derived from the Cederholm ($P < 0.05$) and Belfiore ($P < 0.01$) estimates were significantly less than the one we propose. There was no correlation between the G/I ratio during the OGTT and the measure of insulin sensitivity from the insulin clamp ($r = -0.02$, NS).

**CONCLUSIONS** — Insulin resistance is a common metabolic abnormality that characterizes individuals with various medical disorders, including type 2 diabetes (1,3,31,32) and obesity (33). Insulin resistance is present in approximately 20–25%

261

CONFIDENTIAL
AZSER12443674



**Figure 2—***Relationship between hepatic insulin sensitivity (1,000/HGP × FPI) and whole-body insulin sensitivity (Rd/SSPI). Although a reasonably good correlation (r = 0.70, P < 0.001) between these variables exists, there are a significant number of individuals with normal or near-normal hepatic insulin sensitivity but impaired whole-body (primarily muscle) insulin sensitivity and vice versa.*

of the nondiabetic population and occurs in association with many cardiovascular and metabolic abnormalities (e.g., hypertension, dyslipidemia, atherosclerotic cardiovascular disease, central obesity, IGT, microalbuminuria, and elevated plasminogen activator inhibitor-1). This constellation of disorders has collectively been referred to as the insulin resistance syndrome (34,35). Because impaired insulin action is an underlying feature of these commonly encountered clinical disorders, there has been widespread interest in the development of techniques to assess insulin sensitivity in humans in vivo (5). The euglycemic insulin clamp technique generally is considered to represent the most definitive method to quantitate whole-body insulin sensitivity in humans (2). When used in combination with radiolabeled glucose, the insulin clamp allows one to quantify the individual contributions of hepatic and peripheral (primarily muscle) insulin sensitivity to whole-body insulin-mediated glucose metabolism (3,31,32). In this study, we describe a simple method to provide indices of hepatic and whole-body insulin sensitivity from measurements of plasma glucose and insulin concentrations during the OGTT and have compared

these ISIs with those derived from the euglycemic insulin clamp technique. Subjects who participated in the study had a range of glucose tolerance that varied from normal glucose tolerance to IGT to overt diabetes.

Many authors have noted that the diagnosis of diabetes can vary by as much as 15–20%, depending on whether one uses the FPG concentration (≥126 mg/dl) or the 2-h plasma glucose concentration (≥200 mg/dl) during the OGTT (36,37) as the diagnostic criteria. We believe that this variability represents the contribution of different metabolic and genetic abnormalities to the development of glucose intolerance in individuals with type 2 diabetes. Thus, some type 2 diabetic individuals have a predominant defect in hepatic insulin sensitivity and present with an excessive basal rate of HGP and fasting hyperglycemia, whereas others have a more pronounced disturbance in peripheral (primarily muscle) sensitivity to insulin and present with postmeal glucose intolerance. This is clearly demonstrated in Fig. 2, where one can identify individuals with hepatic insulin resistance and normal or near-normal glucose tolerance and vice versa. The ability to more precisely phenotype patients with type 2 diabetes may enhance our ability to identify genes responsible for the development of type 2 diabetes in humans (38). The observation that hepatic and peripheral insulin sensitivity can differ considerably in the same individual also raises concern about the use of the HOMA technique to provide a measure of in vivo insulin sensitivity (17–19) because an assumption of this model is that hepatic and peripheral insulin sensitivity are equivalent. Moreover, there are several other major assumptions in the



**Figure 3—***Comparison of the proposed ISI during the OGTT [ISI(composite)] and the rate of insulin-mediated glucose disposal during the euglycemic insulin clamp (r = 0.73, P < 0.0001).*

 DIABETES CARE, VOLUME 22, NUMBER 9, SEPTEMBER 1999

CONFIDENTIAL
AZSER12443675

**Table 3**—*Correlation matrix between indices of insulin sensitivity derived from the euglycemic insulin clamp and OGTT in subjects with normal glucose tolerance*

| | $\dfrac{1,000}{EGP \times FPI}$ | $\dfrac{R_d}{SSPI}$ | $\dfrac{k}{FPI \times FPG}$ | $\dfrac{Uptake}{G \times \log I}$ | $\dfrac{2}{(G \times I)/C + 1}$ | $\dfrac{10,000}{\sqrt{(FPG \times FPI) \times (G \times I)}}$ |
|---|---|---|---|---|---|---|
| $\dfrac{1,000}{EGP \times FPI}$ | 1 | — | — | — | — | — |
| $\dfrac{R_d}{SSPI}$ | 0.684 | 1 | — | — | — | — |
| $\dfrac{k}{FPI \times FPG}$ | 0.633 | 0.654 | 1 | — | — | — |
| $\dfrac{Uptake}{G \times \log I}$ | 0.318 | 0.523 | 0.503 | 1 | — | — |
| $\dfrac{2}{(G \times I)/C + 1}$ | 0.479 | 0.654 | 0.659 | 0.849 | 1 | — |
| $\dfrac{10,000}{\sqrt{(FPG \times FPI) \times (G \times I)}}$ | 0.613 | 0.727 | 0.935 | 0.709 | 0.852 | 1 |

See footnote for Table 2.

HOMA technique that are not likely to be correct (5). Nonetheless, despite this concern, we observed a good correlation between the ISI(HOMA) and that measured directly from the insulin clamp. The positive correlation between the ISI(HOMA) and that measured with the insulin clamp is not surprising because our results demonstrate that hepatic and muscle sensitivity to insulin are reasonably correlated. However, from a pathophysiological standpoint, in any given individual, the ISI(HOMA) (primarily liver) and the new composite index (muscle plus liver) provide different information. In a recent publication, Bonora et al. (39) reported an excellent correlation ($r = 0.79$, $P < 0.0001$) between HOMA and insulin clamp-derived measures of insulin sensitivity. It should be noted, however, that the investigators (39) used an insulin infusion rate of 20 mU · m$^{-2}$ · min$^{-1}$, which would cause an incomplete suppression of HGP and a much smaller stimulation of peripheral (muscle) glucose uptake. These differences may explain the higher correlation between HOMA-derived and insulin clamp-derived measures of insulin

**Table 4**—*Correlation matrix between indices of insulin sensitivity derived from the euglycemic insulin clamp and OGTT in subjects with IGT*

| | $\dfrac{1,000}{EGP \times FPI}$ | $\dfrac{R_d}{SSPI}$ | $\dfrac{k}{FPI \times FPG}$ | $\dfrac{Uptake}{G \times \log I}$ | $\dfrac{2}{(G \times I)/C + 1}$ | $\dfrac{10,000}{\sqrt{(FPG \times FPI) \times (G \times I)}}$ |
|---|---|---|---|---|---|---|
| $\dfrac{1,000}{EGP \times FPI}$ | 1 | — | — | — | — | — |
| $\dfrac{R_d}{SSPI}$ | 0.52 | 1 | — | — | — | — |
| $\dfrac{k}{FPI \times FPG}$ | 0.352 | 0.558 | 1 | — | — | — |
| $\dfrac{Uptake}{G \times \log I}$ | 0.304 | 0.481 | 0.455 | 1 | — | — |
| $\dfrac{2}{(G \times I)/C + 1}$ | 0.409 | 0.541 | 0.485 | 0.861 | 1 | — |
| $\dfrac{10,000}{\sqrt{(FPG \times FPI) \times (G \times I)}}$ | 0.435 | 0.663 | 0.831 | 0.81 | 0.836 | 1 |

See footnote for Table 2.

CONFIDENTIAL
AZSER12443676

*Insulin sensitivity indices*

Table 5—*Correlation matrix between indices of insulin sensitivity derived from the euglycemic insulin clamp and OGTT in subjects with type 2 diabetes*

| | $\dfrac{1,000}{EGP \times FPI}$ | $\dfrac{R_d}{SSPI}$ | $\dfrac{k}{FPI \times FPG}$ | $\dfrac{Uptake}{\overline{G} \times \log \overline{I}}$ | $\dfrac{2}{(\overline{G} \times \overline{I})/C + 1}$ | $\dfrac{10,000}{\sqrt{(FPG \times FPI) \times (\overline{G} \times \overline{I})}}$ |
|---|---|---|---|---|---|---|
| $\dfrac{1,000}{EGP \times FPI}$ | 1 | — | — | — | — | — |
| $\dfrac{R_d}{SSPI}$ | 0.623 | 1 | — | — | — | — |
| $\dfrac{k}{FPI \times FPG}$ | 0.634 | 0.511 | 1 | — | — | — |
| $\dfrac{Uptake}{\overline{G} \times \log \overline{I}}$ | 0.535 | 0.395 | 0.641 | 1 | — | — |
| $\dfrac{2}{(\overline{G} \times \overline{I})/C + 1}$ | 0.55 | 0.481 | 0.541 | 0.691 | 1 | — |
| $\dfrac{10,000}{\sqrt{(FPG \times FPI) \times (\overline{G} \times \overline{I})}}$ | 0.669 | 0.544 | 0.898 | 0.751 | 0.806 | 1 |

See footnote for Table 2.

sensitivity in Bonora et al.'s study (39) and our study. Other investigators have reported a poor correlation between the measures of insulin sensitivity obtained from HOMA and the euglycemic insulin clamp (20).

Several large studies have shown that the minimal model technique provides correlation coefficients of only 0.5–0.6 when compared with the euglycemic insulin clamp (40–42), and the limitations of the minimal model technique recently have been reviewed (43). When compared with the euglycemic insulin clamp, the insulin suppression test provides correlation coefficients ($r = 0.8$–0.9) that are higher than those calculated from the minimal model (44). This is not surprising because the insulin suppression test basically is an insulin clamp study performed at hyperglycemic (diabetic) or near-normoglycemic (nondiabetic) levels.

Because of its precision in quantitating insulin sensitivity under physiological conditions of insulinemia and glycemia, and because it can easily be combined with other methods (e.g., tracer glucose infusion, indirect calorimetry, limb balance), the euglycemic insulin clamp remains the preferred technique to evaluate the contribution of impaired insulin sensitivity to overall glucose homeostasis (5). However, the OGTT remains the most commonly performed test to examine glucose tolerance. Although many authors have proposed the use of the

G/I ratio (absolute or incremental) as an index of insulin sensitivity (15,16), no one has correlated the G/I ratio during the OGTT with the direct measurement of insulin sensitivity with the euglycemic insulin clamp. In 153 subjects who received both an OGTT

and an insulin clamp, we found no correlation ($r = -0.02$, NS) between the G/I ratio during the OGTT and the measurement of insulin sensitivity during the insulin clamp. One could argue that this poor correlation results from the fact that the OGTT



**Figure 4**—*Use of the plasma G/I ratio during the OGTT to provide an index of insulin sensitivity. Subjects B and C have the same plasma glucose profile, but subject B requires twice as much insulin to maintain normoglycemia. It follows, therefore, that subject B must be resistant to insulin and have a lower (by 50%) G/I ratio. Subject A produces an amount of insulin that is identical to that of subject B but has a plasma glucose curve that is much higher than that of subject B. According to the previous line of reasoning, subject A should be more resistant than subject B (i.e., he should have a lower G/I ratio), but the opposite is true.*

264

CONFIDENTIAL
AZSER12443677