measures both glucose effectiveness and insulin sensitivity, whereas the insulin clamp measures only the latter. However, the indices of insulin sensitivity derived from the euglycemic insulin clamp and the hyperglycemic clamp agree closely (2). The fallacy in the use of the G/I ratio as an index of insulin sensitivity is obvious from the three OGTTs presented in Fig. 4. Subject B and subject C have the same plasma glucose profile, but subject B requires twice as much insulin to maintain normoglycemia. It follows, therefore, that subject B must be resistant to insulin and have a lower (by 50%) G/I ratio. Subject A produces an amount of insulin that is identical to that of subject B but has a plasma glucose curve that is much higher than that of subject B. According to the previous line of reasoning, subject A should be more resistant than subject B (i.e., he should have a lower G/I ratio), but the opposite is true. This simple case analysis illustrates the problems inherent in the use of the G/I ratio to provide an index of insulin sensitivity.

Some investigators have advocated the use of the product of the plasma glucose and insulin concentrations during the OGTT as an index of whole-body insulin sensitivity (6,7). Intuitively, this formula makes more sense. A high plasma insulin concentration in the presence of a normal or increased plasma glucose concentration indicates the presence of insulin resistance. Moreover, the higher the plasma insulin response and the higher the plasma glucose level, the more severe must be the state of insulin resistance. It is evident from Fig. 4 that the product of the plasma glucose and insulin concentrations (not the G/I ratio) provides the better index of insulin sensitivity. The lower the (glucose × insulin) product, the more sensitive are the tissues of the body to insulin. Nonetheless, a rigorous test of this hypothesis has yet to be carried out. Therefore, we compared the glucose × insulin index of insulin sensitivity (1/(glucose × insulin)) during the OGTT with the rate of insulin-mediated glucose disposal during the euglycemic insulin clamp. These two indices were reasonably well correlated ($r = 0.56$, $P < 0.0001$). Glucose uptake from the plasma compartment divided by the product of the plasma glucose and insulin (or log insulin) concentrations also has been suggested as an index of insulin sensitivity (11,12). In our study, this index of whole-body insulin sensitivity, which represents the combined effect of insulin to stimulate peripheral glucose uptake and to suppress EGP, correlated well ($r = 0.62$, $P < 0.0001$) with the rate of insulin-mediated glucose disposal during the euglycemic insulin clamp. The index of insulin sensitivity proposed by Belfiore et al. (10) correlated least well with the insulin clamp results (Table 2). By using the data available from the OGTT, we have developed a new index (Eq. 4) of whole-body insulin sensitivity that represents a composite of hepatic and peripheral tissues and considers insulin sensitivity in the basal state (FPG × FPI) and after the ingestion of a glucose load (mean plasma insulin × mean plasma glucose). This index correlated strongly ($r = 0.73$, $P < 0.0001$) with the direct measure of insulin sensitivity derived from the euglycemic insulin clamp. In fact, this correlation is higher than that provided by the minimal model technique (40–42). Because an OGTT is routinely performed in most metabolic and epidemiological studies, an easily calculated index of whole-body insulin sensitivity (Eq. 4) is readily available and can be used to rank individuals according to the ability of their tissues to respond to insulin. Because this index is more robust than that provided by the minimal model technique, and because the OGTT also provides an index of insulin secretion (20,45), we suggest that the OGTT can be used effectively to define insulin sensitivity and secretory defects in individuals with impaired glucose homeostasis.

**Acknowledgments** — This work was supported by National Institutes of Health Grant AM24092, General Clinical Research Center Grant M01-RR-01346, a Veterans Administration Merit Award, and the Veterans Affairs Medical Research Fund.

The authors thank Jerry Lynn Beesley for expert secretarial assistance in preparing the manuscript.

## References

1. DeFronzo R: Lilly Lecture 1987: The triumvirate: beta-cell, muscle, liver: a collusion responsible for NIDDM. *Diabetes* 37: 667–687, 1988
2. DeFronzo R, Tobin J, Andres R: Glucose clamp technique: a method for quantifying insulin secretion and resistance. *Am J Physiol* 237:E214–E223, 1979
3. DeFronzo R, Simonson D, Ferrannini E: Hepatic and peripheral insulin resistance: a common feature of type 2 (non-insulin-dependent) and type 1 (insulin-dependent) diabetes mellitus. *Diabetologia* 23:313–319, 1982
4. Bergman R, Finegood D, Ader M: Assessment of insulin sensitivity in vivo. *Endocrinol Rev* 6:45–86, 1985
5. Matsuda M, DeFronzo R: In vivo measurement of insulin sensitivity in humans. In *Clinical Research in Diabetes and Obesity: Part I: Methods, Assessment, and Metabolic Regulation*. Draznin B, Rizza R, Eds. Totowa, NJ, Humana Press, 1997, p. 23–65
6. Levine R, Haft D: Carbohydrate homeostasis. *N Engl J Med* 283:237–246, 1970
7. Myllynen P, Koivisto V, Nikkila E: Glucose intolerance and insulin resistance accompany immobilization. *Acta Med Scand* 222: 75–81, 1987
8. Yalow R, Berson S: Assay of plasma insulin in human subjects by immunological methods. *Nature* 184:1648–1649, 1959
9. Yalow R, Berson S: Immunoassay of endogenous plasma insulin in man. *J Clin Invest* 39:1157–1175, 1960
10. Belfiore F, Iannello S, Volpicelli G: Insulin sensitivity indices calculated from basal and OGTT-induced insulin, glucose, and FFA levels. *Mol Gen Metab* 63:134–141, 1998
11. Cederholm J, Wibell L: Evaluation of insulin release and relative peripheral resistance with use of the oral glucose tolerance test: a study in subjects with normoglycemia, glucose intolerance and non-insulin-dependent diabetes mellitus. *Scand J Clin Lab Invest* 45:741–751, 1986
12. Cederholm J, Wibell L: Insulin release and peripheral sensitivity at the oral glucose tolerance test. *Diabetes Res Clin Pract* 10: 167–175, 1990
13. Lindahl B, Asplund K, Hallmans G: High serum insulin, insulin resistance and their associations with cardiovascular risk factors: the Northern Sweden MONICA population study. *J Intern Med* 234:263–270, 1993
14. Frati A, Iniestra F, Ariza C: Acute effect of cigarette smoking on glucose tolerance and other cardiovascular risk factors. *Diabetes Care* 19:112–118, 1996
15. Caro J: Insulin resistance in obese and non-obese man. *J Clin Endocrinol Metab* 73: 691–695, 1991
16. Vaccaro F, Cianfarani S, Pasquino A, Boscherini B: Is obesity-related insulin status the cause of blunted growth hormone secretion in Turner's syndrome? *Metabolism* 44:1033–1037, 1995
17. Turner R, Holman R, Matthews D, Hockaday T, Peto J: Insulin deficiency and insulin resistance interaction in diabetes: estimation of their relative contribution by feedback analysis from basal plasma insulin and glucose concentrations. *Metabolism* 28: 1086–1096, 1979
18. Matthews D, Hosker J, Rudenski A, Naylor B, Treacher D, Turner R: Homeostasis model assessment: insulin resistance and β-cell function from fasting plasma glucose and insulin concentrations in man. *Diabetologia* 28:412–419, 1985
19. Hosker J, Matthews D, Rudenski A, Burnett



CONFIDENTIAL
AZSER12443678

M, Darling P, Bown E, Turner R: Continuous infusion of glucose with model assessment: measurement of insulin resistance and β-cell function in man. *Diabetologia* 28:401–411, 1985

20. Phillips D, Clark P, Hales C, Osmond C: Understanding oral glucose tolerance: comparison of glucose or insulin measurements during the oral glucose tolerance test with specific measurements of insulin resistance and insulin secretion. *Diabetic Med* 11: 286–292, 1994
21. Haffner S, Kennedy E, Gonzalez C, Stern M, Miettinen H: A prospective analysis of the HOMA model: the Mexico City Diabetes Study. *Diabetes Care* 19:1138–1141, 1996
22. The Expert Committee on the Diagnosis and Classification of Diabetes Mellitus: Report of the Expert Committee on the Diagnosis and Classification of Diabetes Mellitus. *Diabetes Care* 21 (Suppl. 1):S5–S19, 1998
23. Steele R: Influence of glucose loading and of injected insulin on hepatic glucose output. *Ann N Y Acad Sci* 81:420–430, 1959
24. Stumvoll M, Meyer C, Mitrakou A, Nadkarni V, Gerich J: Renal glucose production and utilization: new aspects in humans. *Diabetologia* 40:749–757, 1997
25. Geiger A, Magnes J, Taylor R, Veralli M: Effect of blood constituents on uptake of glucose and on metabolic rate of the brain in perfusion experiments. *Am J Physiol* 177: 138–149, 1954
26. Sacks W: Cerebral metabolism in vivo. In *Handbook of Neurochemistry*. Lajtha A, Ed. New York, Plenum, 1969, p. 301–324
27. DeFronzo RA, Ferrannini E, Hendler R, Felig P, Wahren J: Regulation of splanchnic and peripheral glucose uptake by insulin and hyperglycemia in man. *Diabetes* 32:35–45, 1983
28. Abumrad N, Cherrington A, Williams P, Lacy W, Rabin D: Absorption and disposition of a glucose load in the conscious dog. *Am J Physiol* 242:E398–E406, 1982
29. DeFronzo R, Ferrannini E: Regulation of hepatic glucose metabolism in humans. *Diabetes Metab Rev* 3:415–459, 1987
30. DeFronzo R: Pathogenesis of type 2 (non-insulin dependent) diabetes mellitus: a balanced overview. *Diabetologia* 35:389–397, 1992
31. Campbell P, Mandarino L, Gerich J: Quantification of the relative impairment in actions of insulin on hepatic glucose production and peripheral glucose uptake in non-insulin-dependent diabetes mellitus. *Metabolism* 37:15–21, 1988
32. Groop L, Bonadonna R, DelPrato S, Ratheiser K, Zyck K, Ferrannini E, DeFronzo R: Glucose and free fatty acid metabolism in non-insulin-dependent diabetes mellitus: evidence for multiple sites of insulin resistance. *J Clin Invest* 84:205–213, 1989
33. Bonadonna R, Groop L, Kraemer N, DeFronzo R: Obesity and insulin resistance in man. *Metabolism* 39:452–459, 1990
34. Reaven G: Banting Lecture 1988: role of insulin resistance in human disease. *Diabetes* 37:1595–1607, 1988
35. DeFronzo R, Ferrannini E: Insulin resistance: a multifaceted syndrome responsible for NIDDM, obesity, hypertension, dyslipidemia, and ASCVD. *Diabetes Care Rev* 14: 173–194, 1991
36. Peters A, Davidson M, Schriger D, Hasselblad V: A clinical approach for the diagnosis of diabetes mellitus: an analysis using glycosylated hemoglobin levels: Meta-Analysis Research Group on the Diagnosis of Diabetes Using Glycated Hemoglobin Levels. *JAMA* 276:1246–1252, 1996
37. McCance D, Hanson R, Charles M, Jacobsson L, Pettitt D, Bennett P, Knowler W: Comparison of tests for glycated haemoglobin and fasting and two hour plasma glucose concentrations as diagnostic methods for diabetes. *BMJ* 308:1323–1328, 1994
38. Raffel L, Robbins D, Norris J, Boerwinkele E, DeFronzo R, Elbein S, Fujimoto W, Hanis CL, Kahn SE, Permutt MA, Chiu KC, Cruz J, Ehrmann DA, Robertson RP, Rotter JI, Buse J: The GENNID Study: a resource for mapping the genes that cause NIDDM. *Diabetes Care* 19:864–872, 1996
39. Bonora E, Kiechel S, Willeit J, Oberhallenzer F, Egger G, Targher G, Alberiche M, Bonadonna RC, Muggeo M: Prevalence of insulin resistance in metabolic disorders: the Bruneck Study. *Diabetes* 47:1643–1649, 1998
40. Saad M, Anderson R, Laws A, Watanabe R, Kades W, Chen Y-D, Sands R, Pei D, Savage P, Bergman R: A comparison between the minimal model and the glucose clamp in the assessment of insulin sensitivity across the spectrum of glucose tolerance: for the Insulin Resistance Atherosclerosis Study. *Diabetes* 43:1114–1121, 1994
41. David S, Monti L, Piatti P, Moller N, Ng L, Coppack S, May M, Brown M, Orskov H, Alberti K: Estimates of insulin action in normal, obese and NIDDM man: comparison of insulin and glucose infusion test, CIGMA, minimal model and glucose clamp techniques. *Diabetes Res* 23:1–18, 1993
42. Foley J, Chen Y, Lardinois C, Hollenbeck C, Liu G, Reaven G: Estimates of in vivo insulin action in humans: comparison of the insulin clamp and the minimal model techniques. *Horm Metabolic Res* 17:406–409, 1985.
43. Caumo A, Vicini P, Cobelli C: Is the minimal model too minimal? *Diabetologia* 39: 997–1000, 1996
44. Greenfield MS, Doberne L, Kraemer F, Tobey T, Reaven G: Assessment of insulin resistance with the insulin suppression test and euglycemic insulin clamp. *Diabetes* 20:387–392, 1981
45. Wareham N, Phillips D, Byrne C, Hales C: The 30 minute insulin incremental response in an oral glucose tolerance test as a measure of insulin secretion. *Diabet Med* 12:931, 1995




CONFIDENTIAL
AZSER12443679

Diabetologia (1985) 28: 412-419

**Diabetologia**

© Springer-Verlag 1985

# Homeostasis model assessment: insulin resistance and β-cell function from fasting plasma glucose and insulin concentrations in man

D. R. Matthews, J. P. Hosker, A. S. Rudenski, B. A. Naylor, D. F. Treacher and R. C. Turner

Diabetes Research Laboratories, Radcliffe Infirmary, Oxford, UK

**Summary.** The steady-state basal plasma glucose and insulin concentrations are determined by their interaction in a feedback loop. A computer-solved model has been used to predict the homeostatic concentrations which arise from varying degrees of β-cell deficiency and insulin resistance. Comparison of a patient's fasting values with the model's predictions allows a quantitative assessment of the contributions of insulin resistance and deficient β-cell function to the fasting hyperglycaemia (homeostasis model assessment, HOMA). The accuracy and precision of the estimate have been determined by comparison with independent measures of insulin resistance and β-cell function using hyperglycaemic and euglycaemic clamps and an intravenous glucose tolerance test. The estimate of insulin resistance obtained by homeostasis model assessment correlated with estimates obtained by use of the euglycaemic clamp ($R_s = 0.88$, $p < 0.0001$), the fasting insulin concentration ($R_s = 0.81$, $p < 0.0001$), and the hyperglycaemic clamp, ($R_s = 0.69$, $p < 0.01$). There was no correlation with any aspect of insulin-receptor binding. The estimate of deficient β-cell function obtained by homeostasis model assessment correlated with that derived using the hyperglycaemic clamp ($R_s = 0.61$, $p < 0.01$) and with the estimate from the intravenous glucose tolerance test ($R_s = 0.64$, $p < 0.05$). The low precision of the estimates from the model (coefficients of variation: 31% for insulin resistance and 32% for β-cell deficit) limits its use, but the correlation of the model's estimates with patient data accords with the hypothesis that basal glucose and insulin interactions are largely determined by a simple feed back loop.

**Key words:** β-cell function, insulin resistance, mathematical model, intravenous glucose tolerance test, glucose clamp, insulin receptors, Type 2 diabetes, insulin, glucose.

The fasting plasma glucose and insulin concentrations in each normal subject or Type 2 (non-insulin-dependent) diabetic patient are set at a level characteristic for that individual for a given state of nutrition [1, 2]. The fasting plasma insulin concentration is largely determined by the glucose concentration [3] and the basal hyperglycaemia in diabetes appears to arise from the feedback loop between the liver and β-cells, thereby maintaining an effective insulin action in the liver and at the periphery [1, 4]. The degree of basal hyperglycaemia is thus determined by a combination of β-cell deficiency and insulin resistance. A mathematical model of the glucose: insulin interactions has been used to indicate the degree to which they combine to give hyperglycaemia with low, normal or raised basal plasma insulin concentrations [5, 6]. The predictions from the model are in accord with known data in man [5]. A formal test has now been undertaken of the degree to which insulin resistance and deficient β-cell function can be assessed from a patient's fasting plasma insulin and glucose concentrations. We term this interpretation of the 'set' of a feedback loop "homeostasis model assessment" (HOMA).

A computer-solved model of insulin: glucose interactions has been used to plot an array of fasting plasma insulin and glucose concentrations that would be expected for varying degrees of β-cell deficiency and insulin resistance. From the array one can estimate the insulin resistance and deficient β-cell function which might have been expected to give the fasting plasma glucose and insulin concentrations observed in a patient. These HOMA estimates have been compared with independent estimates of β-cell function and insulin resistance. The additional estimates of β-cell function were derived from responses to (1) a hyperglycaemic clamp [7], and (2) an intravenous glucose tolerance test. Insulin resistance was independently assessed using (1) an euglycaemic hyperinsulinaemic clamp [7], (2) an hyperglycaemic clamp, (3) the degree of obesity, (4) the fasting plasma insulin levels alone, and (5) monocyte and erythrocyte



CONFIDENTIAL
AZSER12443680








**Fig. 1.** Basal homeostasis model assessment (HOMA). Computer model predictions for the basal or fasting state in man. The grid shows the model prediction of the steady-state plasma glucose and insulin concentrations for a series of different $\beta$-cell functions (——) and insulin resistance values (-----). For any individual, fasting observations of plasma glucose and insulin may be entered on the grid and the estimated $\beta$-cell function and insulin resistance obtained

insulin receptor status [8]. Both insulin resistance and $\beta$-cell function estimates have been compared with those obtained after continuous infusion of glucose with model assessment (CIGMA) [9].

## Methods

### *Subjects and procedures*

Diabetic subjects satisfied World Health Organisation criteria [10] at the time of presentation, were then treated by diet and, at the time of study, none had glycosuria. The studies were approved by the Oxford Health Authority Ethics Committee and all subjects gave their informed consent.

*Homeostasis model analysis (HOMA).* The computer model of fasting or basal insulin: glucose interaction has been described previously [5, 6, 9]. The $\beta$-cell curve is based on near-steady-state C-peptide responses to 2.5-h hyperglycaemic clamps at plasma glucose concentrations of 7.5, 10 and 15 mmol/l in six normal subjects aged 40–68 years [11]. They had a nearly linear glucose: C-peptide dose-response curve with an intercept on the glucose axis of 3.5 mmol/l (Fig. 1). Five maturity-onset diabetic patients treated by diet alone and with a fasting plasma glucose 5.5–6.5 mmol/l, had a similar intercept with reduced slope. The plasma glucose: insulin response for normal subjects, equivalent to the C-peptide response, is insulin = 5 (glucose-3.5). With this steady-state measure of $\beta$-cell function, the model allows assessment of the basal, steady state plasma glucose and insulin levels which are appropriate for different degrees of $\beta$-cell dysfunction and insulin resistance (Fig. 1). Any combination of insulin resistance and $\beta$-cell deficit provides a unique set of plasma insulin and glucose concentrations. The deficient $\beta$-cell function and insulin resistance can thus be read off this graph or obtained from a numerical array of plasma insulin and glucose concentrations. Assuming that normal-weight normal subjects aged <35 years have 100% $\beta$-cell function, and an insulin resistance of 1, the values for a patient can be assessed from the insulin and glucose concentrations by the formulae: $\beta$-cell function (%) = 20 × insulin/(glucose-3.5), and (near approximation) resistance = insulin/(22.5e$^{-\ln \text{glucose}}$).

*Comparison of insulin resistance and $\beta$-cell function estimates by HOMA with estimates from intravenous glucose tolerance test and insulin receptor studies.* Six normal male subjects (aged 23–67 years) and six Type 2 diabetic men (aged 46–68 years) were studied on three separate occasions in random order. Their details have been reported elsewhere [9]. On one occasion, they were admitted at 20.00 h to a metabolic ward, and a double lumen 21 G Teflon catheter (Venflon, Viggo, Helsingborg, Sweden) was placed under local anaesthesia into a distal forearm vein warmed to enhance flow. Heparin was infused through the outer lumen at 1/100 of the blood extraction rate. Blood samples were taken continuously (integrated sampling) [12] from the central lumen by a rotary pump (Watson-Marlow, Bucks, UK) into a fraction collector (Redirac, LKB, Bromma, Sweden), which moved forward each 15 min to collect samples for overnight basal plasma insulin and glucose concentrations in sleeping subjects. At 08.00 hours the next morning, 110 ml of blood were taken for monocyte and erythrocyte insulin-receptor assay. The integrated sampling rate was increased to one fraction per minute, and glucose (0.2 g/kg ideal body weight) [13] was then given over 2 min through a separate cannula in an antecubital vein. The mean plasma insulin concentration between 10 and 30 min after the glucose bolus was used as a measure of $\beta$-cell function. On two other mornings the patients attended hospital for tests. On one a euglycaemic clamp was performed and on the other a CIGMA test was done (vide infra) [9].

Samples taken at 0300–0500 h were designated 'overnight basal', samples taken between 06.30 and 07.30 h after the overnight study were designated 'basal', and samples taken when the subject came to the hospital in the morning for either the CIGMA or the clamp were termed 'stressed fasting' [2].

*Comparison of insulin resistance measured by HOMA with the estimate by euglycaemic clamp.* Twelve normal subjects (aged 23–67 years, 90–142% ideal body weight), and 11 Type 2 diabetic patients (aged 46–68 years, 100–176% ideal body weight) were studied as reported previously [9] by the euglycaemic hyperinsulinaemic clamp technique [9, 14]. Insulin resistance was assessed using the glucose infusion rate over the last 20 min, expressed relative to the median of values (0.59 g/min for a 70 kg subject) from normal-weight normal subjects which was designated as 1.

*Comparison of insulin resistance and $\beta$-cell function measured by HOMA with CIGMA estimates.* The same 12 normal subjects and 11



CONFIDENTIAL
AZSER12443681

**Table 1.** Clinical features of diabetic subjects in reproducibility study

| Subject | At presentation | | | At investigation | | |
|---|---|---|---|---|---|---|
| | Symptoms | Plasma glucose (mmol/l) | Weight (kg) | Duration of diabetes (years) | Fasting plasma glucose (mmol/l) | Weight (kg) |
| 71 | Thirst | 15.2 | 87 | 11 | 5.0 | 82 |
| 52 | Thirst | 14.5 | 77 | 3 | 7.1 | 71 |
| 73 | Dysuria | 8.8 | 107 | 1 | 7.2 | 101 |
| 58 | Nocturia | 9.6 | 67 | 5 | 5.5 | 83 |
| 59 | Infection | 7.1 | 73 | 3 | 6.0 | 67 |
| 74 | Nocturia | 17.0 | 81 | 10 | 5.0 | 63 |
| 75 | Incidental | 7.9 | 80 | 3 | 7.6 | 76 |
| 69 | Thirst | 12.8 | 84 | 6 | 6.8 | 82 |
| 76 | Polyuria | 16.0 | 79 | 4 | 5.9 | 82 |




**Fig. 2 A and B.** Measures of relative insulin resistance by HOMA compared with those assessed by **A** euglycaemic clamp, and **B** hyperglycaemic clamp in two separate groups of normal (●) and diabetic ▲ subjects. The insulin resistance values for the clamps have been normalised to unity for the median of normal weight, normal subjects aged <35 years [9]

Type 2 diabetic patients came to the hospital fasting on a separate day for a continuous infusion of a 10 g/dl solution of glucose at a dose of 5 mg/kg ideal body weight per min [9]. HOMA was assessed from the 15 min 'stressed fasting' samples before the glucose infusion.

*Comparison of β-cell function and insulin resistance measured by HOMA and the hyperglycaemic clamp.* Ten normal subjects (aged 22–69 years, 90–113% ideal body weight) and 11 Type 2 diabetic subjects treated by diet alone (aged 40–69 years, 97–174% ideal body weight) were studied. Their details have been reported elsewhere [9]. A hyperglycaemic clamp at 10 mmol/l was performed on patients who came fasting in the morning [7, 14]. β-cell function was assessed by reference to the plasma insulin concentration achieved in the last 20 min of a 2.5-h hyperglycaemic clamp, expressed as percent of the median of the values (33 mU/l) for normal weight, normal subjects [9]. Insulin resistance was assessed by the glucose clearance relative to achieved plasma insulin [9], expressed as a ratio to the median of values for normal subjects: 0.18 × [mean plasma insulin $mU \cdot l^{-1}$]/[mg glucose infused/kg body weight per min]. HOMA was assessed from the 15 min 'stressed fasting' samples before the hyperglycaemic clamp.

*Reproducibility studies.* Nine normal subjects (aged 22–29 years, 96–107% ideal body weight), and nine Type 2 diabetic subjects on diet only (aged 46–68 years, 106–188% ideal body weight) were studied with a CIGMA on two separate occasions within 3 weeks. Clinical details of the diabetic patients are given in Table 1.

HOMA was performed on two separate occasions in each of the 11 diabetic and 10 normal subjects who attended from home on one morning for a hyperglycaemic clamp and on another for CIGMA. On both occasions, the HOMA was based on observations during the last 15 min of the 30-min pre-infusion sampling period.

## *Laboratory analyses*

Plasma insulin and glucose assays have been described previously [9]. The values for different tests were measured in separate assays.

The erythrocyte separation and monocyte receptor assays were carried out using a modified method of Gambhir et al. [15] previously described [16]. The monocytes were checked for viability using Trypan Blue (for all suspensions viability >95%). Monocytes were identified by non-specific esterase staining. The percentage of monocytes ranged from 12% to 28%, the other cells being almost exclusively lymphocytes identified by Leishman's stain. The same mono-iodinated $^{125}I$ [A-14] insulin was used on each of the occasions for each subject.

## *Selection of samples for HOMA*

In general, the fasting plasma glucose and insulin observations used for HOMA were obtained on the same day as the independent clamp or intravenous glucose tolerance tests with which the HOMA results were compared. On euglycaemic clamp days, a single fasting plasma samples was used, but otherwise the 'fasting' plasma insulin and glucose concentrations were the means of the results on the last 15 of 30 samples taken at 1-min intervals before the test. This period was chosen in view of the 14-min cycles of plasma insulin secretion known to occur in normal man [17].

## *Statistical methods*

Correlations were assessed by a non-parametric test (Spearman, $R_s$). Coefficient of variation was assessed by the formula for duplicates:

$$\frac{\sqrt{\dfrac{\Sigma(\text{difference})^2}{2n}}}{\text{mean}}$$



CONFIDENTIAL
AZSER12443682

Case 6:06-md-01769-ACC-DAB Document 1349-26 Filed 03/11/09 Page 6 of 33 PageID 42311



**Table 2.** Insulin resistance and β-cell function measurements by HOMA from overnight basal samples, and from samples taken after coming to the hospital in the morning, compared with other measures

| Subjects | Ideal body weight (%) | Relative insulin resistance[a] | | β-cell function | | Plasma glucose concentration (mmol/l) | | Plasma Insulin concentration (mU/l) | | Relative insulin resistance from HOMA | | β-cell function from HOMA (%) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | By euglycaemic clamp | By CIGMA | By intravenous glucose tolerance test plasma insulin (mU/l) | By CIGMA (%) | Overnight basal | Stressed fasting | Overnight basal | Stressed fasting | Overnight basal | Stressed fasting | Overnight basal | Stressed fasting |
| Normal | | | | | | | | | | | | | |
| 1 | 90 | 0.44 | 1.0 | 11.3 | 35 | 3.9 | 5.6 | 4.9 | 4.1 | 1.0 | 1.2 | 247 | 38 |
| 4 | 129 | 1.39 | 1.6 | 21.9 | 69 | 3.9 | 5.5 | 5.5 | 7.6 | 1.1 | 2.2 | 278 | 79 |
| 5 | 112 | 1.10 | 1.3 | 21.1 | 55 | 3.4 | 5.1 | 4.4 | 4.7 | 0.8 | 1.3 | 400 | 58 |
| 6 | 104 | 0.93 | 1.4 | 14.4 | 64 | 4.5 | 4.5 | 6.7 | 7.6 | 1.6 | 1.8 | 135 | 160 |
| 2 | 142 | 2.04 | 1.6 | 36.8 | 145 | 4.1 | 5.4 | 7.0 | 11.5 | 1.5 | 3.1 | 236 | 120 |
| 3 | 112 | 1.42 | 2.2 | 17.1 | 91 | 3.9 | 5.8 | 6.5 | 13.3 | 1.4 | 3.8 | 328 | 119 |
| Diabetic | | | | | | | | | | | | | |
| 52 | 106 | 1.86 | 3.9 | 11.8 | 33 | 4.5 | 8.5 | 5.1 | 5.3 | 1.2 | 2.8 | 103 | 21 |
| 67 | 129 | - | 8.0 | 18.4 | 30 | 6.8 | 10.5 | 10.6 | 10.3 | 5.4 | 2.9 | 65 | 29 |
| 54 | 116 | 0.71 | 1.4 | 6.7 | 21 | 4.6 | 5.5 | 8.9 | 3.8 | 2.1 | 1.1 | 163 | 39 |
| 57 | 100 | 0.87 | 2.0 | 17.7 | 72 | 5.3 | 6.6 | 11.2 | 5.4 | 3.0 | 1.7 | 125 | 35 |
| 64 | 117 | 0.75 | 1.8 | 33.5 | 71 | 4.3 | 6.0 | 9.0 | 9.3 | 2.0 | 2.8 | 227 | 77 |
| 68 | 134 | >4 | 5.2 | 42.2 | 103 | 6.3 | 9.0 | 27.6 | 25.5 | 8.5 | 10.7 | 199 | 94 |

[a] Normal = 1.0

## Results

### *Comparisons of methods of assessing insulin resistance*

*HOMA compared with the euglycaemic hyperinsulinaemic clamp.* The HOMA estimate of insulin resistance correlated with that measured by the euglycaemic clamp in the 12 normal subjects ($R_s = 0.83$, $p < 0.01$), in the 11 diabetic subjects ($R_s = 0.92$, $p < 0.0001$) and in both groups together ($R_s$ 0.88, $p < 0.0001$; Fig. 2). The median insulin resistance in normal subjects was 1.21 as assessed by HOMA and 1.45 by euglycaemic clamp, while in diabetic subjects it was 2.89 by HOMA and 4.1 by euglycaemic clamp. The single 'stressed fasting' plasma insulin values alone gave similar correlations with the euglycaemic clamp estimate of resistance ($R_s = 0.81$, $p < 0.0001$) and with the estimate by HOMA ($R_s = 0.93$, $p < 0.0001$).

*HOMA compared with the hyperglycaemic clamp.* The HOMA estimate of insulin resistance from the mean of 15 'stressed fasting' samples before the clamp correlated with that measured by the hyperglycaemic clamp in the 10 normal subjects ($R_s = 0.55$, $p < 0.1$), in the 11 diabetic subjects ($R_s$ 0.68, $p = 0.02$) and in both groups together ($R_s = 0.69$, $p = 0.0005$, Fig. 2). The median insulin resistance for normal subjects was 1.45 as assessed by HOMA and 0.97 by hyperglycaemic clamp; for diabetic subjects it was 2.61 by HOMA and 1.1 by the clamp.

*HOMA compared with CIGMA.* The HOMA estimate of insulin resistance from the mean of 15 stressed fasting samples before the CIGMA correlated with that measured by CIGMA in 11 normal subjects ($R_s = 0.69$, $p < 0.02$), in 12 diabetic subjects ($R_s$ 0.97, $p < 0.0001$) and in both groups together ($R_s = 0.87$, $p < 0.0001$). The median resistance for normal subjects was 1.21 by HOMA and 1.35 by CIGMA, and for the diabetic subjects 2.89 by HOMA and 3.9 by CIGMA.

*Comparisons with monocyte and erythrocyte insulin receptor binding data.* The insulin receptor binding data from erythrocytes and monocytes were analysed in terms of insulin binding with no added insulin and binding at increasing concentrations of insulin. The data were analysed by both Scatchard and negative cooperativity theories. Neither receptor numbers or any aspect of high or low affinity binding correlated with other measures of insulin resistance (HOMA, clamp, basal insulin or CIGMA: $R_s$ all $< 0.55$; NS).

### *Reproducibility of estimates of insulin resistance by HOMA*

The coefficient of variation of the HOMA estimates of resistance was 40% from the 2 days on which the nine normal subjects had repeat glucose infusions, 30% for the corresponding values in the nine diabetic subjects, and 34% for all subjects combined.



CONFIDENTIAL
AZSER12443683







**Fig. 3 A and B.** Relative measures of β-cell function by HOMA compared with those assessed by: **A** intravenous tolerance test in six normal (●) and five diabetic (▲) subjects; **B** hyperglycaemic clamp in a different group of normal (●) and diabetic (▲) subjects. β-cell function from an intravenous glucose tolerance test is expressed as the mean plasma insulin between 10 and 30 min after the glucose bolus. The β-cell function from the 10 mmol/l hyperglycaemic clamp has been normalised to 100% for the median plasma insulin concentration attained by normal weight, normal subjects [9]







**Fig. 4.** A graphical summary of the correlations between the tests used to estimate β-cell function (upper panel) and insulin resistance (lower panel) from the six normal and six diabetic subjects studied on three occasions. HOMA = homeostasis model assessment; CIGMA = continuous infusion of glucose with model assessment; EH Clamp = euglycaemic hyperinsulinaemic clamp; HG clamp = hyperglycaemic clamp; IVGTT = intravenous glucose tolerance test. The hyperglycaemic clamp data are from 10 normal and 11 diabetic subjects. Each line represents a Spearman rank correlation coefficient of 0.1 units (thus 5 lines indicate $R_s = 0.5$); —— = $p < 0.05$, ----- = $p > 0.05$

The coefficient of variation of the HOMA estimates of resistance on the 2 days that the 11 diabetic and 10 normal subjects had CIGMA and hyperglycaemic clamps, was 32% in normal subjects, 23% in diabetic subjects, and 27% overall. The mean coefficient of variation over the two studies was 31%.

### *Insulin resistance assessed from a single sample or three samples over 10 min*

The data from the samples were analysed to establish whether observations on a single 'stressed fasting' sample, or the means of observations on samples taken over 15 min, were better for HOMA analysis. The results from the six normal and six diabetic subjects who were studied on three separate occasions were analysed (Table 2). HOMA estimates of insulin resistance from the single 'stressed fasting' sample before the euglycaemic clamp correlated better with the euglycaemic clamp estimate of resistance on the same day ($R_s$ 0.77, $p < 0.005$) than did the values from the mean of the 15-min values (on a different day) before the CIGMA ($R_s$ 0.62, $p < 0.04$). The median HOMA values for the normal subjects on the single sample and 15-min samples were 1.96 and 1.35, respectively, and those for diabetic subjects were 2.42 and 2.39, respectively. Not all 15-min samples needed to be analysed: the resistance estimate by HOMA using the mean of results of three samples at 0, 5 and 10 min was correlated with the estimate from HOMA using the mean of results on 15 consecutive 1-min samples ($R_s$ 0.98, $p < 0.0001$), and accordingly was also correlated with resistance estimated by euglycaemic clamp ($R_s$ 0.70, $p < 0.021$).

Similar comparisons of sampling were done with the 15 consecutive 1-min samples before the CIGMA infusion in the 12 diabetic and 11 normal subjects who had an euglycaemic clamp. The resistance values from the mean of results from the 15 consecutive 1-min samples and from the mean of results from samples at times 0, 5 and 10 min were correlated with the euglycaemic clamp resistance estimates ($R_s = 0.89$ and 0.88 respectively; $p < 0.0001$).

In the study of repeat glucose infusions in nine normal and nine diabetic subjects, the coefficient of variation was similar whether mean results from multiple samples (34%) or single plasma samples (30%) were used.

### *Insulin resistance assessed from 'overnight basal' samples or from 'stressed fasting' samples*

Insulin resistance by HOMA from 'overnight basal' (03.00–05.00 h) samples in the six normal and six diabetic subjects correlated with the 'basal' (06.30–07.30 h) value on the same day ($R_s = 0.90$, $p < 0.0001$, Table 2), and with the HOMA results on the mean observations from 'stressed fasting' samples 0, 5 and 10 min before the CIGMA test on a different day ($R_s$ 0.70, $p = 0.011$).



CONFIDENTIAL
AZSER12443684

Case 6:06-md-01769-ACC-DAB Document 1349-26 Filed 03/11/09 Page 8 of 33 PageID 42313



There was no quantitative difference between the overnight basal samples and the morning basal values in respect of the insulin resistance measured by HOMA (medians: normal subjects 1.3, 2.0 respectively, diabetic subjects 2.5, 2.8, respectively). These values were similar to those obtained by HOMA on the euglycaemic clamp day (median: normal subjects 1.96, diabetic subjects 2.4).

*Comparisons of methods of assessing β-cell function*

*HOMA compared with hyperglycaemic clamp.* The HOMA estimate of β-cell function assessed from a 15-min period of sampling correlated with that measured by the hyperglycaemic clamp in 10 normal subjects alone ($R_s = 0.59$, $p < 0.05$), in 11 diabetic subjects alone ($R_s = 0.71$, $p < 0.02$) and in both groups together ($R_s$ 0.61, $p < 0.01$: Fig. 3). The median β-cell function values were 115% by HOMA and 100% by hyperglycaemic clamp for normal subjects, and 80% by HOMA and 69% by hyperglycaemic clamp for diabetic subjects.

*HOMA compared with intravenous glucose tolerance test.* β-cell function assessed from the plasma insulin levels during the intravenous glucose tolerance test correlated with the HOMA estimates of β-cell function assessed from the basal period on the same day (in normal subjects: $R_s = 0.54$, NS; in diabetic subjects: $R_s = 0.77$, $p < 0.01$; and in both groups together: $R_s = 0.64$, $p < 0.05$; Fig. 3). The median values of the estimates of β-cell function by HOMA for normal and diabetic subjects were 101% and 45%, respectively.

*HOMA compared with CIGMA.* The CIGMA estimates of β-cell function correlated significantly with the HOMA estimates from samples taken over a 15-min period on the same day in normal subjects ($R_s = 0.73$, $p < 0.01$), in diabetic subjects ($R_s = 0.7$, $p < 0.01$) and in both groups of subjects together ($R_s = 0.90$, $p < 0.0001$). The median values for β-cell function were 113% by HOMA and 92% by CIGMA in normal subjects and 68% by HOMA and 52% by CIGMA in diabetic subjects.

*Reproducibility of estimate of β-*cell function by HOMA

The coefficients of variation of the paired estimates of β-cell function by HOMA performed before glucose infusions were 38% in nine normal subjects, 33% in nine diabetic subjects, and 35% in all subjects.

The coefficients of variation of the paired estimates of β-cell function by HOMA performed before CIGMA and hyperglycaemic clamps were 30% in normal subjects, 27% in diabetic subjects and 29% in all subjects. The mean coefficient of variation over the two studies was 32%.

*β-cell function assessed from either a single sample or three samples over 10 min*

The data from the samples were analysed to establish whether a single 'stressed fasting' observation or the mean of data taken over 15 min was better for HOMA analysis. The results from the 10 normal and 11 diabetic subjects who had a hyperglycaemic clamp were analysed. The HOMA estimate of β-cell function from the single "stressed fasting' sample before the hyperglycaemic clamp correlated with the corresponding clamp estimate of β-cell function, whether a single sample ($R_s$ 0.57, $p = 0.007$) or whether the values from the mean of the 15 consecutive 1-min values on the same day were used ($R_s$ 0.61, $p = 0.003$). The median values based on the single sample in the normal and the diabetic subjects were 115% and 80%, respectively.

In the study of repeat glucose infusions in nine normal and nine diabetic subjects, the coefficient of variation between the HOMA estimates of β-cell function was smaller when using the mean of 0, 5 and 10-min samples to estimate function (coefficient of variation 35%) than when using 'stressed fasting' samples (coefficient of variation 52%).

*β-cell function assessed from overnight basal 'samples' or from 'stressed fasting samples'*

HOMA estimates of β-cell function from 'overnight basal' (03.00–05.00 hours) samples in the six normal and six diabetic subjects correlated with those from the 'basal' (06.30–07.30 h) samples on the same day ($R_s = 0.78$, $p = 0.026$, Table 2), and with those from the mean 0, 5 and 10 min 'stressed fasting' results before the CIGMA test on the different day ($R_s$ 0.64, $p = 0.026$).

Median values of the HOMA estimates from 'overnight basal' and 'morning basal' samples were, respectively, 150% and 162% in normal, and 117% and 101% in diabetic subjects. These values differed quantitatively from those obtained using 'stressed fasting' samples before intravenous glucose tolerance test (101% in normal and 45% in diabetic subjects).

**Discussion**

The simplest aspect of the glucose and insulin homeostatic feed-back loop is in the basal state [18]. The basal hyperglycaemia of diabetes may be considered as a compensatory response with a major rôle in maintaining sufficient insulin secretion, from a reduced β-cell capacity, to control hepatic glucose efflux [1, 4]. We have investigated this with a model of the interactions between insulin and glucose, based on available data on β-cell, hepatic and peripheral responses [5, 6, 9]. For any combination of insulin resistance and β-cell function, the model predicts unique values for basal glucose and insulin concentrations. The whole array may be repre-



CONFIDENTIAL
AZSER12443685

sented graphically (Fig. 1); observations from an individual patient can be plotted and the predicted values for insulin resistance and β-cell function may be obtained from the graph.

This use of modelling to provide a reference graph contrasts with other models where an individual patient's data have to be entered into a computer to determine the relationships between rapidly changing variables, such as occur after an intravenous glucose test [19].

In principle, the HOMA of fasting insulin and glucose levels should be able to differentiate β-cell deficit from insulin resistance without any of the problems of using an artificial stimulus. In practice, however, the estimation of the set of a patient's feed-back loop from fasting insulin values by HOMA is unlikely to be precise. The range over which insulin is measured is small and the results depend on the precision of the insulin radioimmunoassay. The pulsatility of insulin secretion [17], uncertainty whether proinsulin is being measured as insulin [20], and the effects of stress [2] or exercise [21] could affect interpretation of assay results.

The fasting insulin concentration and HOMA assessment of insulin resistance correlated with other estimates of insulin resistance. This is not surprising in view of the manner in which the feed-back loop is bound to increase the basal plasma insulin level to overcome hepatic insulin resistance [5, 6]. In this study, the assessment by HOMA correlated with the resistance assessed by fasting plasma insulin alone, but the diabetic patients studied did not have marked hyperglycaemia and Figure 1 shows, under these circumstances, that the insulin concentration is a simple function of insulin resistance.

Overnight basal plasma glucose concentrations are slightly lower than on stressed fasting samples when the patient has been up [2]. HOMA provides reasonable estimates of insulin resistance in all fasting samples, but better estimates of β-cell function on stressed fasting than overnight basal samples. HOMA assessment of β-cell function is not as good for normal as for diabetic subjects, partly because of the proximity of different β-cell function lines at normal glucose concentrations (Fig. 1) and partly because younger normal subjects have a sigmoid rather than the linear β-cell steady-state glucose: C-peptide response curve used in the model [11]. In addition, the basal plasma glucose concentration in normal subjects depends on the 'set' of the sensitivity of their β-cells at slightly different fasting plasma glucose concentrations rather than on quantitative differences in maximal β-cell function [21]. Nevertheless, HOMA results correlate with other measures of β-cell function and insulin resistance, and a graphical summary of correlations between different measures is shown in Figure 4. The degree of the hyperglycaemia does not correlate significantly with either the degrees of abnormal β-cell function or insulin resistance. This is not surprising in that the hyperglycaemia results from a combination of these two factors, rather than from either alone.

It is necessary to measure the fasting plasma insulin over a 15-min period, in subjects who are rested, to avoid the confounding effects of oscillatory release [17] and stress [2]. A single fasting sample taken in the outpatient clinic is unlikely to be a reliable guide to a subject's insulin resistance or β-cell function. If HOMA is undertaken, there are advantages in precision to be gained from sampling at three separate intervals 5 min apart. Even then, the high coefficient of variation of measurement of either β-cell function or insulin resistance on different days (30%), makes HOMA less reliable than CIGMA. One advantage of CIGMA is that the infused glucose "expands the scale" over which the same homeostatic responses occur, and thus enables more precise assessment.

Although the imprecision limits the clinical application of HOMA estimates from a single blood sample, the significant correlations of HOMA estimates with independent measurements of β-cell function and insulin resistance support the theoretical background of the analysis. Thus, the fasting plasma insulin and glucose concentrations found in normal and diabetic subjects were similar to those which the mathematical model predicted, given the insulin resistance and β-cell function as measured by other tests. Whilst this does not exclude many factors having an influence on the basal concentrations it accords with a major rôle for the simple interaction of plasma glucose and insulin between the liver, β-cells and periphery.

*Acknowledgements.* We are grateful to the Charles Wolfson Charitable Trust, to Bayer UK Ltd. and the Oxford Medical School Research Fund for grants; to Mrs. E. Harris, Mrs. M. Burnett, Mrs. P. Darling and Mr. R. Pinches for their skilled technical help, and to Miss R. Church for secretarial support. Dr. D. R. Matthews is the Joan and Richard Doll Senior Research Fellow at Green College, and Dr. A. S. Rudenski has a MRC Training Fellowship.

## References

1. Holman RR, Turner RC (1979) Maintenance of basal plasma glucose and insulin concentration in maturity-onset diabetes. Diabetes 28: 227–230
2. Holman RR, Turner RC (1980) The basal plasma glucose: a simple relevant index of maturity onset diabetes. Clin Endocrinol 14: 279–286
3. McCarthy ST, Harris F, Turner RC (1977) Glucose control of basal insulin secretion in diabetes. Diabetologia 13: 93–97
4. Turner RC, Holman RR (1976) Insulin rather than glucose homeostasis in the pathophysiology of diabetes. Lancet 1: 1272–1274
5. Turner RC, Holman RR, Matthews DR, Hockaday TDR, Peto J (1979) Insulin deficiency and insulin resistance interaction in diabetes: estimation of their relative contribution by feedback analysis from basal insulin and glucose concentrations. Metabolism 28: 1086–1096
6. Turner RC, Matthews DR, Holman RR, Peto J (1982) Relative contributions of insulin deficiency and insulin resistance in maturity-onset diabetes. Lancet: 596–598



CONFIDENTIAL
AZSER12443686

7. DeFronzo RA, Tobin JD, Andres R (1979) Glucose clamp technique: a method for quantifying insulin secretion and resistance. Am J Physiol 237: E214-223
8. Olefsky JM (1979) The insulin receptor: its role in insulin resistance of obesity and diabetes. Diabetes 25: 1154-1161
9. Hosker JP, Matthews DR, Rudenski AS, Burnett MA, Darling P, Bown EG, Turner RC (1985) Continuous infusion of glucose with model assessment: measurement of insulin resistance and beta cell function in man. Diabetologia 28: 401-411
10. World Health Organisation (1980) Expert Committee on Diabetes Mellitus. Technical Report Series 646. WHO, Geneva
11. Hosker JP, Burnett MA, Davies EG, Matthews DR, Rudenski AS, Turner RC (1984) Loss of normal sigmoidal beta cell response curve to glucose in non-insulin-dependent diabetes. Diabetologia 27: 289 A
12. Ellis BW, Randall NJ, Becket AJ, Dudley HAF (1976) Continuous blood sampling and time series analysis. J Med Eng Technol 2: 195-199
13. Metropolitan Life Assurance Co (1959) Net weight standard for men and women. Stat Bull Metrol Life Found 40: 1-4
14. Matthews DR, Hosker JP (1984) An unbiased, flexible computer programme for glucose clamping, with graphics and running statistics. Diabetologia 27: 308-309 A
15. Gambhir KK, Archer JA, Bradley CJ (1972) Characteristics of human erythrocyte insulin receptors. Diabetes 27: 701-708
16. Matthews DR, Naylor BA, Jones RG, Ward GM, Turner RC (1983) Pulsatile insulin secretion has a greater hypoglycaemic effect than continuous delivery. Diabetes 32: 617-621
17. Matthews DR, Lang DA, Burnett MA, Turner RC (1983) Control of pulsatile insulin secretion in man. Diabetologia 24: 231-237
18. Turner RC, Matthews DR (1984) Insulin secretion in Type I and Type 2 diabetes. Front Diabetes 4: 36-54
19. Bergman RN, Ider YZ, Bowden CR, Cobelli C (1979) Quantitative estimation of insulin sensitivity. Am J Physiol 236: E667-E677
20. Rubenstein A, Robbins D, Tager H, Blix P, Berganstal R, Given B, Kanazawa Y (1982) Clinical significance of circulating proinsulin and C-peptide In: Skyler JS (ed) Insulin update. Excerpta Medica, London, Amsterdam, pp 24-40
21. LeBlanc J, Tremblay A, Richard D, Nadeau A (1983) Daily variations of plasma glucose and insulin in physically trained and sedentary subjects. Metabolism 32: 552-557
22. Turner RC, Harris EA, Ounstead M, Ponsford C (1979) Two abnormalities of glucose-induced insulin secretion: dose-response characteristics and insulin sensitivity. Acta Endocrinol 92: 148-165


Received: 15 December 1983
and in revised form: 31 May 1985

Dr. R. C. Turner
Diabetes Research Laboratories
Radcliffe Infirmary
Woodstock Road
Oxford
UK



CONFIDENTIAL
AZSER12443687

ORIGINAL ARTICLE

# Abnormalities in Glucose Regulation During Antipsychotic Treatment of Schizophrenia

*John W. Newcomer, MD; Dan W. Haupt, MD; Robert Fucetola, PhD; Angela K. Melson, MA; Julie A. Schweiger; Benjamin P. Cooper, BA; Gregg Selke, BA*

**Background:** Hyperglycemia and type 2 diabetes mellitus are more common in schizophrenia than in the general population. Glucoregulatory abnormalities have also been associated with the use of antipsychotic medications themselves. While antipsychotics may increase adiposity, which can decrease insulin sensitivity, disease- and medication-related differences in glucose regulation might also occur independent of differences in adiposity.

**Methods:** Modified oral glucose tolerance tests were performed in schizophrenic patients (n=48) receiving clozapine, olanzapine, risperidone, or typical antipsychotics, and untreated healthy control subjects (n=31), excluding subjects with diabetes and matching groups for adiposity and age. Plasma was sampled at 0 (fasting), 15, 45, and 75 minutes after glucose load.

**Results:** Significant time × treatment group interactions were detected for plasma glucose ($F_{12,222}$=4.89, $P<.001$) and insulin ($F_{12,171}$=2.10, $P=.02$) levels, with significant effects of treatment group on plasma glucose level at all time points. Olanzapine-treated patients had significant (1.0-1.5 SDs) glucose elevations at all time points, in comparison with patients receiving typical antipsychotics as well as untreated healthy control subjects. Clozapine-treated patients had significant (1.0-1.5 SDs) glucose elevations at fasting and 75 minutes after load, again in comparison with patients receiving typical antipsychotics and untreated control subjects. Risperidone-treated patients had elevations in fasting and postload glucose levels, but only in comparison with untreated healthy control subjects. No differences in mean plasma glucose level were detected when comparing risperidone-treated vs typical antipsychotic–treated patients and when comparing typical antipsychotic–treated patients vs untreated control subjects.

**Conclusion:** Antipsychotic treatment of nondiabetic patients with schizophrenia can be associated with adverse effects on glucose regulation, which can vary in severity independent of adiposity and potentially increase long-term cardiovascular risk.

*Arch Gen Psychiatry. 2002;59:337-345*

*From the Departments of Psychiatry (Drs Newcomer and Haupt, Mss Melson and Schweiger, and Messrs Cooper and Selke) and Neurology (Dr Fucetola), Washington University School of Medicine, St Louis, Mo.*

ABNORMALITIES in peripheral glucose regulation[1-8] and type 2 diabetes mellitus[9-12] can occur more commonly in schizophrenia, and possibly in the family members of patients,[13] compared with healthy individuals.[9,11,12] Diabetes mellitus is characterized by hyperglycemia caused by abnormalities in insulin secretion, insulin action, or both. Abnormalities in glucose regulation were first reported in schizophrenia before the introduction of antipsychotic medications.[1,2] Phenothiazine treatment was subsequently observed to contribute to glucoregulatory abnormalities,[14-18] including reports of aggravation of existing diabetes[19] and new-onset type 2 diabetes.[20-22] This association is not consistently found for all older antipsychotics,[23] with few reports implicating higher-potency agents like haloperidol.

Recent reports suggest that newer antipsychotic medications may also contribute to clinically significant hyperglycemia. Hyperglycemia, exacerbation of existing diabetes, new-onset type 2 diabetes, and diabetic ketoacidosis have all been associated with newer antipsychotic medications, with multiple reports for clozapine[24-43] and olanzapine,[34,44-48] and more limited reports of significant hyperglycemia for quetiapine[49-51] and risperidone.[52-54] Diabetic ketoacidosis, a serious acute complication, is characterized by hyperglycemia, ketosis, and acidosis, with mortality rates ranging from 2% to 20% or higher, depending on factors such as age, social circumstances, and comorbid conditions, especially psychiatric comorbidity.[55,56] Multiple cases of diabetic ketoacidosis have been reported during treatment with clozapine[25,26,28,31-33,39,43] and olanzapine,[46,47,57,58] including a fatality attributed to diabetic ketoacidosis during olanzapine use.[59] There is a single case report of diabetic ketoacidosis during quetiapine therapy.[50] Also, a single case report describes diabetic ketoacidosis during risperidone treatment.[53,54] It is not clear



CONFIDENTIAL
AZSER12443688

## SUBJECTS AND METHODS

### SUBJECTS

Forty-eight patients with schizophrenia and 31 healthy adult control subjects participated after giving written informed consent. Subjects included individuals who had participated in modified OGTTs conducted over several years, studying the cognitive effects of glucose and insulin.[7,8] Studies were approved by the institutional review boards for Washington University School of Medicine, St Louis, Mo, and the Department of Mental Health, Jefferson City, Mo. Patients with schizophrenia were recruited through outpatient clinics, as well as a single inpatient unit, associated with Washington University School of Medicine. Patients recruited as outpatients were studied while taking stable doses of clinically assigned antipsychotics, with treatment duration greater than 3 months (14 subjects, ≥1 year; 12 subjects, ≥6 months to <1 year; and 14 subjects, ≥3 to <6 months). Of 8 subjects recruited as inpatients, treatment duration ranged between 3 and 6 weeks (5 subjects, >30 days; 1 subject, 27 days; 1 subject, 20 days; and 1 subject, 19 days), with most of these subjects previously untreated or medication noncompliant. Healthy control subjects were recruited through advertising. Subjects were divided into 5 groups composed of patients receiving primary treatment with typical antipsychotics, clozapine, olanzapine, or risperidone, as well as untreated healthy control subjects. Groups were matched for body mass index (BMI; calculated as weight in kilograms divided by the square of height in meters), an indicator of adiposity that is strongly predictive of changes in glucose regulation,[73] and age, another predictor of glucoregulatory status,[74] and balanced for ethnicity. No previously recruited study subjects were excluded; rather, the final phases of recruitment were completed by entering consecutively referred subjects taking relevant medications who had appropriate BMIs and age for maintaining comparable treatment groups. This process specifically involved not studying several olanzapine-treated subjects with higher BMI, as their inclusion would have made that group's mean BMI too high. Based on the well-described association between BMI and insulin resistance, the inclusion of these subjects would further increase group mean skeletal muscle insulin resistance, potentially increasing plasma glucose to higher levels than would be observed in a BMI-matched sample.

All subjects underwent a medical screening and diagnostic evaluation, including the Diagnostic Interview for Genetic Studies[75] and a review of available medical records, with a final research diagnosis made by a research psychiatrist or psychologist using *DSM-III-R*[76] algorithms. Subjects were excluded for (1) Axis I disorders except schizophrenia, and substance abuse and/or dependence occurring less than 6 months before study entry; (2) medical conditions that could confound glucoregulatory assessments, including history of diabetes mellitus, recognized cardiovascular and respiratory conditions with hemodynamic compromise or hypoxia, malignancy, epilepsy, endocrine disease (excluding corrected thyroid abnormalities), current fever, dehydration, nausea, body weight less than 80% of ideal, pregnancy or high-dose estrogen therapy, narcotic, corticosteroid or spironolactone therapy, sedative hypnotic withdrawal, or any changes in medications within 10 days of study. All subjects had baseline fasting and post–glucose load glucose determinations, and 18 schizophrenic subjects had hemoglobin $A_{1c}$ measurements. To exclude subjects with probable diabetes mellitus, subjects were excluded for fasting plasma glucose levels of 126 mg/dL (7 mmol/L) or more,[77] or for postglucose (eg, 2 values ≥200 mg/dL [11.1 mmol/L]) and hemoglobin $A_{1c}$ (eg, >6.1%) values strongly suggestive of diabetes mellitus.[78,79] All patients were additionally characterized by means of the Brief Psychiatric Rating Scale[80] (BPRS; 18 items, 1-7 scale).

Baseline clinical data as well as mean doses of the primary antipsychotic treatments for each patient group are listed in **Table 1**. Seventeen of the 48 patients were receiving typical antipsychotic therapy. Of these 17 subjects, 11 were receiving oral agents only (haloperidol decanoate, 5; trifluoperazine hydrochloride, 3; and thiothixene hydrochloride, fluphenazine hydrochloride, and perphenazine, 1 each), 2 were receiving oral agents in combination with depot preparations (haloperidol decanoate, 200 mg/4 wk, plus haloperidol in 1 patient and fluphenazine decanoate, 12.5 mg/2 wk, plus fluphenazine in 1 patient), and 4 subjects were receiving haloperidol decanoate as their only antipsychotic treatment (mean±SD, 91.67±14.43 mg/4 wk). Mean antipsychotic dose for typical oral agents (n=13; haloperidol equivalents) is listed in Table 1. Eleven of the 17 subjects taking typical agents were receiving anticholinergics (benztropine mesylate [mean daily dose, 2.21±1.35 mg] in 7 and trihexyphenidyl hydrochloride [mean daily dose, 4.30±3.38 mg] in 4), 3 of 17 were receiving antidepressants (sertraline hydrochloride, 150 mg/d; sertraline, 50 mg/d, plus buspirone hydrochloride, 10 mg/d; and amitriptyline hydrochloride, 10 mg/d, in 1 each), 2 were receiving benzodiazepines (temazepam, 30 mg/d, and lorazepam, 1.5 mg/d, in 1 each), and 1 patient was receiving carbamazepine (400 mg/d).

Ten of 48 patients were receiving risperidone (Table 1). Of those 10, 2 were receiving anticholinergics (benztropine mesylate, 2 mg/d, and diphenhydramine, 50 mg/d, in 1 each), and 4 were receiving antidepressants (buspirone hydrochlo-

whether the limited number of reports for risperidone, despite extensive use, reflects less frequent or smaller glucoregulatory effects similar to haloperidol, or a reporting bias. Other currently published reports concerning risperidone describe uncomplicated use in patients with preexisting diabetes.[34,60,61]

Increased abdominal adiposity can decrease skeletal muscle insulin sensitivity and contribute to hyperglycemia.[62,63] Antipsychotic treatments produce weight gain of varying magnitude,[64-66] with larger effects for agents like clozapine[66-69] and olanzapine.[69-71] Therefore, reported changes in glucose regulation during antipsychotic treatment have been assumed to be entirely secondary to increased adiposity. However, clinical reports suggest that changes in glucose regulation can also be observed without differences in weight,[24,27,34,36,47,58] suggesting the potential for additional adverse effects that may not require drug-induced increases in adiposity.

Studies from this laboratory concerning glucose and insulin effects on cognitive function[7,8,72] provided glucoregulatory data concerning different antipsychotics. The



CONFIDENTIAL
AZSER12443689

ride, 40 mg/d, plus sertraline, 30 mg/d; clomipramine hydrochloride, 75 mg/d; fluoxetine, 20 mg/d; and bupropion, 300 mg/d, in 1 each). In addition, 1 subject was receiving adjunctive haloperidol decanoate (100 mg/4 wk).

Twelve of the 48 patients were receiving olanzapine (Table 1). Of these, 2 were being treated with benztropine mesylate (mean daily dose, 1.25±1.06 mg), 2 were receiving antidepressants, (citalopram, 20 mg/d, and bupropion, 250 mg/d, in 1 each), 1 was receiving clonazepam (3 mg/d), and 4 were receiving other psychotropic agents (valproic acid [mean daily dose, 833.33±381.88 mg] in 3 and lithium carbonate, 600 mg/d, in 1). In addition, 2 subjects were receiving adjunctive haloperidol (decanoate, 75 mg/4 wk, and hydrochloride, 10 mg/d, in 1 each).

Nine of the 48 patients were receiving clozapine (Table 1). Within the clozapine group, 2 patients were receiving benztropine mesylate (mean [SD] daily dose, 5.00±1.41 mg), and 2 were receiving antidepressants (sertraline, 50 mg/d, and paroxetine, 10 mg/d, in 1 each).

### PROCEDURE

Study protocols were approved and conducted through the General Clinical Research Center at Washington University School of Medicine. A modified OGTT was used. Standard clinical OGTTs do not require a fasting baseline and only measure plasma glucose level at 120 minutes after load. For this study, subjects had fasting (baseline) and multiple postload (15, 45, and 75 minutes) plasma samples for glucose, insulin, C-peptide, glucagon, and cortisol, originally intended to characterize glucose regulation during administration of a cognitive battery of similar length.[8] Although the standard 120-minute duration used for diagnostic testing may offer additional sensitivity to separate diabetic and nondiabetic subjects, this study excluded diabetic subjects. After at least a 9-hour overnight fast, subjects came to the laboratory between approximately 8 and 9 AM and had an intravenous catheter placed in the nondominant upper extremity for blood sampling. After baseline sampling, subjects consumed a 453.5-g (16-oz) orange-flavored beverage containing 50 g of anhydrous dextrose powder. Sixty-four milligrams of sodium saccharin was added to the dextrose beverage to make taste comparable with that of a placebo (saccharin) control used for the cognitive studies.[7,8] Plasma glucose level was acutely monitored during the OGTT with a blood glucose meter (SureStep; LifeScan, Milpitas, Calif) or a glucose analyzer (Beckman Instruments, Fullerton, Calif). Assays were performed through the laboratory of the General Clinical Research Center. Plasma glucose concentrations were measured by the glucose oxidase method[81,82] (Beckman Instruments). Plasma insulin and C-peptide,[83] glucagon,[84] and cortisol[85] concentrations were measured by radioimmunoassay.

### DATA ANALYSIS

Data for plasma glucose level, BMI, and age within each treatment group approximated normal distributions, without evidence of significant heteroscedasticity for plasma glucose (**Table 2**). Analysis of variance (ANOVA) was used to test the primary study hypothesis that different antipsychotic treatments would be associated with alterations in plasma glucose level independent of differences in adiposity. For the main models, mixed-design ANOVAs were constructed with 1 within-subjects repeated measure (time), 1 between-subject factor (treatment group), and either plasma glucose or insulin values as dependent variables. Significant time × treatment condition interactions were further analyzed with factorial ANOVA to test the effect of treatment group at each time point, with Bonferroni-Dunn post hoc tests used to compare individual treatment conditions. The overall significance level was set at $P=.05$. In the Bonferroni-Dunn post hoc tests, this corresponds to the assignment of statistical significance for $P$ values less than .005.

To ensure group comparability, ANOVA was used to test for an effect of treatment group on either BMI or age. In addition to effects of BMI[73] and age,[74] variables such as race and sex may also be associated with differences in glucose regulation.[73] As an additional precaution against confounders to the interpretation of the results, each of these variables was individually added as either a covariate term (analysis of covariance) or factor to the main model for glucose. The relationship of symptom severity (BPRS total) to glucose and insulin levels was explored by means of Spearman rank-order correlations. Data were analyzed with Statview/SuperANOVA software (SAS Institute Inc, Cary, NC).

Insulin resistance (IR) and decreased insulin secretion due to decreased beta-cell function can be involved in type 2 diabetes mellitus.[86] Homeostasis model assessment (HOMA) has been used by Haffner et al[87] and others[88] to assess IR and beta-cell function on the basis of the known relationship between fasting glucose and insulin concentrations. The HOMA measures of IR have been well validated for characterizing diabetes and impaired glucose tolerance in population-based studies.[87] Differences in HOMA IR were tested across specific treatment groups, indicated by significant group comparisons for plasma glucose level in the main analysis, calculating HOMA IR by means of a previously described formula: HOMA IR = [fasting insulin (μU/mL) × fasting glucose (mmol/L)]/22.5.

goal of this study was to use modified oral glucose tolerance tests (OGTTs) to compare glucose regulation among patients with schizophrenia receiving newer and typical antipsychotics, and in untreated healthy control subjects. Individuals with diagnosed or probable diabetes mellitus were excluded to evaluate treatment-related disturbances in glucose regulation in patients without abnormalities at a severity level associated with diabetes. The study aimed to test the hypothesis that differences in glucose regulation could occur without differences in adiposity.

## RESULTS

### GROUP-RELATED DIFFERENCES IN FASTING AND POSTLOAD PLASMA GLUCOSE LEVEL

Significant differences in plasma glucose levels across treatment groups were observed at all time points, beginning at the fasting baseline measurement (**Figure 1** and Table 2). In the primary ANOVA model, a significant time × treatment group interaction was detected for plasma glucose level ($F_{12,222}=4.89$, $P<.001$), with signifi-



CONFIDENTIAL
AZSER12443690

**Table 1. Descriptive Statistics for Treated Patients With Schizophrenia and Untreated Healthy Control Subjects Receiving Modified Oral Glucose Tolerance Tests***

| Subject Group | Age, y | BMI | Ethnicity, No. White/African American/Asian | Sex, No. M/F | BPRS Total Score | Dose† |
|---|---|---|---|---|---|---|
| Control (n = 31) | 39.61 ± 12.26 | 26.26 ± 5.82 | 23/8/0 | 12/19 | ... | ... |
| Typical (n = 17) | 42.65 ± 13.17 | 24.70 ± 3.85 | 9/8/0 | 7/10 | 30.30 ± 5.97 | 9.77 ± 6.35 |
| Clozapine (n = 9) | 36.67 ± 6.42 | 27.81 ± 4.11 | 3/5/1 | 6/3 | 34.78 ± 12.96 | 480.56 ± 234.45 |
| Olanzapine (n = 12) | 37.42 ± 7.67 | 28.57 ± 5.95 | 2/10/0 | 11/1 | 26.00 ± 4.03 | 17.09 ± 5.42 |
| Risperidone (n = 10) | 38.10 ± 6.72 | 28.84 ± 4.44 | 5/5/0 | 10/0 | 29.11 ± 9.71 | 5.80 ± 1.55 |

*Data are mean ± SD or frequency distribution. BMI indicates body mass index; BPRS, Brief Psychiatric Rating Scale.
†See "Subjects and Methods" section; dosages for subjects who were taking other typical drugs were converted to haloperidol equivalents.

**Table 2. Additional Plasma Measurements During Modified Oral Glucose Tolerance Tests in Treated Patients With Schizophrenia and Healthy Control Subjects***

| Measurement and Subject Group | Time Points, min | | | |
|---|---|---|---|---|
| | 0 | 15 | 45 | 75 |
| Glucose, mg/dL | | | | |
| Control (n = 31) | 74.94 ± 10.13 | 99.78 ± 22.04 | 122.77 ± 29.35 | 104.94 ± 32.56 |
| Typical (n = 17) | 77.94 ± 9.81 | 97.35 ± 17.83 | 137.82 ± 38.85 | 116.12 ± 34.67 |
| Clozapine (n = 9) | 90.89 ± 11.30 | 99.11 ± 20.01 | 152.56 ± 26.21 | 155.78 ± 39.12 |
| Olanzapine (n = 12) | 93.47 ± 8.50 | 130.17 ± 15.86 | 179.13 ± 26.16 | 162.50 ± 27.35 |
| Risperidone (n = 10) | 86.60 ± 8.80 | 116.50 ± 21.97 | 171.10 ± 31.00 | 147.20 ± 27.42 |
| Insulin, mg/dL | | | | |
| Control (n = 23) | 10.14 ± 9.92 | 45.42 ± 65.66 | 63.37 ± 45.78 | 47.45 ± 37.30 |
| Typical (n = 12) | 5.98 ± 5.66 | 31.35 ± 12.60 | 69.82 ± 37.92 | 60.23 ± 31.23 |
| Clozapine (n = 6) | 18.1 ± 18.51 | 27.90 ± 18.46 | 77.75 ± 55.77 | 103.25 ± 61.82 |
| Olanzapine (n = 12) | 12.42 ± 12.11 | 58.94 ± 51.09 | 110.07 ± 95.48 | 111.50 ± 122.31 |
| Risperidone (n = 9) | 8.41 ± 4.90 | 44.17 ± 34.44 | 92.52 ± 55.76 | 74.76 ± 34.05 |
| Cortisol, mg/dL | | | | |
| Control (n = 22) | 17.34 ± 11.77 | 18.71 ± 10.00 | 15.05 ± 10.23 | 13.76 ± 8.82 |
| Typical (n = 12) | 14.18 ± 6.46 | 14.79 ± 7.49 | 13.11 ± 6.21 | 12.14 ± 4.07 |
| Clozapine (n = 6) | 14.92 ± 4.21 | 13.88 ± 5.03 | 11.00 ± 3.21 | 10.02 ± 3.55 |
| Olanzapine (n = 11) | 10.95 ± 6.10 | 10.92 ± 5.78 | 9.95 ± 4.94 | 9.73 ± 3.43 |
| Risperidone (n = 10) | 11.96 ± 5.46 | 10.97 ± 5.08 | 8.13 ± 3.18 | 7.52 ± 3.63 |
| Glucagon, pg/mL | | | | |
| Control (n = 12) | 74.71 ± 18.51 | 79.13 ± 20.61 | 71.08 ± 17.77 | 67.73 ± 18.36 |
| Typical (n = 7) | 64.33 ± 13.19 | 67.21 ± 15.12 | 63.61 ± 11.94 | 58.61 ± 13.09 |
| Clozapine (n = 3) | 74.83 ± 19.46 | 80.40 ± 18.90 | 68.53 ± 13.87 | 64.27 ± 21.99 |
| Olanzapine (n = 8) | 69.28 ± 21.77 | 70.89 ± 20.67 | 62.33 ± 18.07 | 64.46 ± 25.44 |
| Risperidone (n = 9) | 83.04 ± 46.24 | 86.49 ± 56.95 | 83.41 ± 53.86 | 78.52 ± 65.65 |
| C-peptide, ng/mL | | | | |
| Control (n = 8) | 0.52 ± 0.25 | 1.76 ± 0.99 | 2.04 ± 1.55 | 1.70 ± 0.97 |
| Typical (n = 7) | 1.14 ± 0.74 | 2.27 ± 1.78 | 5.66 ± 4.32 | 4.94 ± 4.65 |
| Clozapine (n = 2) | 2.45 ± 0.78 | 2.90 ± 1.56 | 4.55 ± 4.17 | 7.95 ± 4.88 |
| Olanzapine (n = 7) | 1.86 ± 0.79 | 5.37 ± 2.43 | 11.01 ± 4.84 | 9.50 ± 3.37 |
| Risperidone (n = 8) | 1.89 ± 1.12 | 4.00 ± 3.63 | 6.94 ± 4.99 | 6.84 ± 3.87 |

*Data are mean ± SD. To convert glucose values to millimoles per liter, multiply by 0.0555.

cant main effects of time ($F_{3,222}$=166.52, $P$<.001) and treatment group ($F_{4,74}$=12.94, $P$<.001). In separate ANOVAs for each time point, the effect of treatment group on plasma glucose concentration was significant at 0 minutes (fasting; $F_{4,74}$=11.20, $P$<.001), 15 minutes ($F_{4,74}$=6.79, $P$<.001), 45 minutes ($F_{4,74}$=9.66, $P$<.001), and 75 minutes after glucose load ($F_{4,74}$=10.34, $P$<.001). Bonferroni-Dunn post hoc comparisons indicate that olanzapine-treated patients had significant (approximately 1.0-1.5 SDs) elevations in fasting and postload plasma glucose level at all measured time points, in comparison with untreated healthy control subjects and patients receiving typical antipsychotic treatment (Figure 1 and Table 2; $P$<.005 for both comparisons at all time points). Clozapine-treated patients had significant (approximately 1.0-1.5 SDs) elevations in fasting and 75-minute postload plasma glucose levels, again in comparison with both untreated healthy controls and patients taking typical antipsychotics (Figure 1; $P$<.005 for both comparisons at both time points). Mean plasma glucose level for clozapine-treated subjects was still rising at the final measurement time point. Risperidone-treated subjects had significant (approximately 1.0-1.5 SDs) elevations in fasting as well as 45- and 75-minute postload plasma glucose



CONFIDENTIAL
AZSER12443691

level, but only in comparison with untreated healthy control subjects (Figure 1; $P<.005$ at each time point). When risperidone-treated patients were compared with those receiving typical antipsychotic medications, no significant difference in plasma glucose levels were detected at any time point. No significant differences in plasma glucose levels were detected at any time when patients receiving typical antipsychotics and untreated healthy controls were compared.

## EVALUATING ADDITIONAL CLINICAL AND TREATMENT EFFECTS ON PLASMA GLUCOSE LEVEL

Increases in BMI and age, the latter related to increased adiposity, are associated with hyperglycemia, and both variables were well matched across treatment groups (Table 1); no significant effect of treatment group was detected for BMI ($F_{4,74}=1.64$, $P=.18$) or age ($F_{4,74}=0.67$, $P=.62$). As an additional precaution, however, BMI was separately added as a covariate term in a reanalysis of the main model for plasma glucose. This addition did not alter the level of significance of the time × treatment group interaction ($F_{12,207}=1.93$, $P=.03$), or the main effect of time ($F_{3,207}=4.11$, $P=.007$), while reducing the main effect of treatment group ($F_{4,69}=1.88$, $P=.12$). No 2-way interaction between group and BMI ($F_{4,69}=1.33$, $P=.27$) and no 3-way interaction between time, treatment group, and BMI ($F_{12,207}=1.51$, $P=.12$) was detected. We also explored interactions with ethnicity and sex, which might complicate the interpretation of results. The separate addition of ethnicity or sex to the main ANOVA model for plasma glucose did not alter the significance level of the time × treatment group interaction ($F_{12,204}=3.71$, $P<.001$, and $F_{12,210}=3.76$, $P<.001$, respectively), or the main effects of time ($F_{3,204}=117.51$, $P<.001$, and $F_{3,210}=43.67$, $P<.001$, respectively) or treatment group ($F_{4,68}=10.40$, $P<.001$, and $F_{4,70}=6.09$, $P<.001$, respectively). No 2-way interactions between treatment group and either ethnicity or sex ($F_{4,68}=1.53$, $P=.20$, and $F_{3,70}=0.40$, $P=.76$, respectively) and no 3-way interactions between time, treatment group, and either race or sex ($F_{12,204}=1.27$, $P=.24$, and $F_{9,210}=0.64$, $P=.76$, respectively) were detected.

Additional reanalyses concerning plasma glucose level were performed to address a variety of possible confounders to the interpretation of the results of the main ANOVA model. Restricting the typical control group to treatment with haloperidol (n=10), previously associated with minimal changes in glucose control, and excluding subjects (n=3) treated with atypical antipsychotics plus typical decanoate preparations, could provide a typical control group with the smallest risk of glucoregulatory effects and avoid modulating any effects associated with atypical agents. The significant time × treatment group interaction for plasma glucose level was not altered in this reanalysis by restricting the typical antipsychotic treatment group to haloperidol ($F_{12,192}=4.90$, $P<.001$), with persistent main effects of time ($F_{3,192}=135.59$, $P<.001$) and treatment condition ($F_{4,64}=11.99$, $P<.001$). Significant main effects of treatment condition were still observed at 0 minutes ($F_{4,64}=10.62$, $P<.001$), 15 minutes ($F_{4,64}=5.73$, $P<.001$),




**Figure 1.** Plasma glucose values at fasting and postglucose time points during a modified oral glucose tolerance test in patients with schizophrenia (n=48) treated with either typical antipsychotic medication (n=17), clozapine (n=9), olanzapine (n=12), or risperidone (n=10), and untreated healthy control subjects (n=31). Significant time × treatment group interactions for glucose were accompanied by effects of treatment group at various time points (asterisk indicates $P<.05$) (see "Group-Related Differences in Fasting and Postload Plasma Glucose Level" subsection of "Results" section). Individual treatment group comparisons using Bonferroni-Dunn post hoc tests are discussed in the text.

45 minutes ($F_{4,64}=9.70$, $P<.001$), and 75 minutes ($F_{4,64}=9.78$, $P<.001$) after load, with no changes in significant Bonferroni-Dunn comparisons except the detection of a single additional significant comparison between risperidone and haloperidol treatment at 45 minutes only. Excluding subjects receiving concomitant treatment with antidepressants and/or mood stabilizers (n=15) could reduce concerns that drug-drug interactions contributed to effects observed in the main analysis. In this reanalysis, the significant time × treatment group interaction for plasma glucose was retained ($F_{12,177}=3.86$, $P<.001$), with persistent main effects of time ($F_{3,177}=118.07$, $P<.001$) and treatment condition ($F_{4,59}=8.73$, $P<.001$). Significant main effects of treatment condition were still observed at 0 minutes ($F_{4,59}=7.22$, $P<.001$), 15 minutes ($F_{4,59}=4.19$, $P=.005$), 45 minutes ($F_{4,59}=6.56$, $P<.001$), and 75 minutes ($F_{4,59}=7.33$, $P<.001$) after load. Significant Bonferroni-Dunn comparisons present in the original analysis were retained with the exception of (1) clozapine vs typical antipsychotics at 0 and 75 minutes (comparison with healthy controls still significant at both time points), (2) typical agent vs olanzapine at 45 and 75 minutes (all other comparisons between olanzapine and typical agents or control subjects still significant), and (3) healthy control subjects vs risperidone at 0 and 75 minutes.

## GROUP-RELATED DIFFERENCES IN FASTING AND POSTLOAD PLASMA INSULIN LEVEL

Modest differences in plasma insulin levels across the treatment groups were observed (Table 2). In the main ANOVA model, a significant time × treatment group interaction was detected for plasma insulin level



CONFIDENTIAL
AZSER12443692




**Figure 2.** Homeostatic model assessment (HOMA) insulin resistance, calculated by means of fasting plasma glucose and insulin (see "Subjects and Methods" section), in patients with schizophrenia (n=42) treated with either typical antipsychotic medication (n=13), clozapine (n=7), olanzapine (n=12), or risperidone (n=10), and untreated healthy control subjects (n=22). Asterisk indicates $P$=.06; dagger, $P$=.05 (see "HOMA IR Analysis" subsection of "Results" section).

($F_{12,171}$=2.10, $P$=.02), with a significant main effect of time ($F_{3,171}$=50.42, $P$<.001) and no main effect of treatment group ($F_{4,57}$=1.40, $P$=.25). In separate ANOVAs for each time point, the effect of treatment group on plasma insulin concentration only approached significance at 75 minutes after glucose load ($F_{4,58}$=2.39, $P$=.06) (Figure 1; Bonferroni-Dunn post hoc test, $P$=.007; threshold for significance, $P$<.005). The effect of treatment group at 75 minutes ($F_{4,52}$=2.95, $P$=.03), as well as the post hoc comparison of olanzapine-treated and healthy subjects (Bonferroni-Dunn post hoc test, $P$<.005), were significant when subjects receiving typical antipsychotic decanoate preparations in addition to treatment with olanzapine or risperidone were excluded and the typical treatment group was restricted to haloperidol.

### HOMA IR ANALYSIS

The HOMA IR values were calculated for all subject groups by means of the formula listed in the "Subjects and Methods" section. Unpaired $t$ tests were performed to explore differences in HOMA IR across specific treatment groups, targeting group comparisons associated with significant differences in plasma glucose level in the main analysis. Modest increases in HOMA IR values were detected for patients treated with olanzapine ($t_{23}$=−2.07, $P$<.05) and clozapine ($t_{18}$=−2.03, $P$=.06), in comparison with patients taking typical antipsychotics only (**Figure 2**). No significant alterations in HOMA IR were detected for patients treated with risperidone or typical antipsychotics, as compared with control subjects.

### ADDITIONAL PLASMA VARIABLES AND CLINICAL MEASURES

Spearman correlations indicated no significant association in patients between BPRS total scores and either fasting ($r_s$=−0.24, corrected for ties, $P$=.12, n=45) or 75-minute postload plasma glucose level ($r_s$=−0.19, corrected for ties, $P$=.21, n=45). Modest correlations were detected between BPRS total scores and fasting ($r_s$=−0.40, corrected for ties, $P$=.01, n=38) and 75-minute postload plasma insulin level ($r_s$=−0.31, corrected for ties, $P$=.06, n=37). Mean plasma C-peptide, cortisol, and glucagon values for all treatment groups are provided in Table 2 and may be useful for hypothesis generation. While reduced sample sizes argue against formal analysis, C-peptide values were numerically higher in certain treatment groups (eg, olanzapine group values approximately 2 SDs higher than those of typical treatment group, and approximately 3 SDs higher than those of healthy controls). No treatment-related effects were apparent for cortisol and glucagon levels.

## COMMENT

The results of this study measuring fasting plasma glucose and modified OGTTs indicate that newer antipsychotic treatments such as clozapine and olanzapine, in comparison with typical agents, are associated with adverse effects on plasma glucose regulation, which can vary in severity independent of adiposity and age. The HOMA calculations suggest that at least some of this effect may involve group-related differences in insulin resistance. This is consistent with the observation that patients taking clozapine and olanzapine had mean plasma insulin values that were still rising at the final sample time point, in comparison with falling insulin levels in the other treatment groups. These results extend previous case reports suggesting that clinically significant hyperglycemia, and diabetic complications, can occur during antipsychotic treatment with and without changes in weight.[24,27,36,47,58] Although this study used nondiabetic subjects, limiting the magnitude of glucose excursions, differences in plasma glucose values approximating 1.0 to 1.5 SDs (eg, olanzapine vs typical antipsychotics or control subjects) were still observed. Differences in fasting, postglucose load, and postprandial glucose level of this magnitude have been associated with long-term increases in cardiovascular morbidity and mortality (eg, myocardial infarction), even when plasma glucose values remain below diabetic and impaired thresholds.[89-93] Antipsychotic treatments, particularly clozapine and olanzapine,[66-71] can induce clinically significant gains in weight and adiposity,[94,95] with insulin resistance and the risk of diabetes mellitus increasing with abdominal adiposity.[96] Differences in plasma glucose level were observed in this study with subjects matched for adiposity. In clinical practice, where there is no matching for adiposity and some treatments produce more weight gain than others, additional adiposity-related differences in insulin resistance and plasma glucose level may occur.

There were several limitations to this study. The comparison of plasma glucose levels between antipsychotic-treated subjects and untreated healthy controls did not disassociate glucoregulatory effects associated with antipsychotic treatment from any glucoregulatory changes associated with schizophrenia itself. In contrast, the comparison between groups receiving newer and typical antipsychotic treatments tested potential differences between the glucoregulatory effects associated with one



CONFIDENTIAL
AZSER12443693

antipsychotic treatment vs the other, with both groups vulnerable to disease effects. Conclusions regarding relative differences in glucoregulatory effects between specific antipsychotic treatments may be limited by the sample size in this study, and a type II error cannot be excluded (eg, additional treatment groups might show differences in larger samples). However, the large effect sizes observed in this study with this sample size produced power of 0.99 or greater to detect the effect of treatment group on plasma glucose level at all time points. Random treatment assignments in this study would eliminate concerns about nonrandom sampling bias that could, for example, preferentially assign patients to one group or another on the basis of glucoregulatory status or risk (eg, preferentially assigning patients with risk factors like obesity away from treatment with olanzapine). The time course for developing glucoregulatory changes was not addressed by this study. In addition, this report did not address the glucoregulatory effects of quetiapine, and clinical reports suggest that treatment with this agent, like other antipsychotics, may be associated with adverse glucoregulatory effects.[49-51]

Subjects taking adjunctive agents, such as valproic acid, lithium, and antidepressants, which may themselves contribute to changes in weight and glucose regulation,[97-105] were included in the different patient groups, along with subjects taking decanoate preparations of typical antipsychotics within the olanzapine and risperidone treatment groups. This approach increases the generalizability of results but could potentially contribute to increases or decreases in observed glucoregulatory changes. When patients receiving concomitant mood stabilizers and/or antidpressants were removed from the main analysis, there was still a significant time × treatment group interaction, effects of treatment condition at each time point, and still significant differences between individual groups. In the case of valproic acid, an adjunctive agent in 3 of the olanzapine-treated subjects, the package insert warns of hyperglycemia as a possible adverse effect, but other reports describe hypoglycemia with valproic acid.[103,104] This study used a plasma sampling schedule that ended at 75 minutes after glucose load (along with cognitive batteries related to original experimental aims) rather than the single conventional 120-minute end point used in World Health Organization and American Diabetes Association criteria for the diagnosis of diabetes mellitus. In contrast, research evaluations routinely use fasting as well as various, preferably frequent, postglucose plasma time points less than 120 minutes, with briefer times (eg, 60 minutes) remaining clinically predictive and longer periods potentially allowing better rather than worse separation of diabetic, impaired, and normoglycemic subjects.[106] Future studies might consider the use of dual-energy x-ray absorptiometry or magnetic resonance imaging to measure and match for adiposity, rather than BMI. While BMI is strongly associated with insulin resistance and hyperglycemia,[73] abdominal adiposity acting at least in part through the hormone resistin[107] plays a critical role in increasing insulin resistance.[62,63] Future studies should also consider standardizing carbohydrate intake before measurements.

Hyperglycemia in type 2 diabetes is related to impaired pancreatic beta-cell function, which decreases insulin secretion, along with insulin resistance in skeletal muscle (causing decreased glucose uptake) and liver (causing increased glucose production). The results of this study suggest hyperglycemia-related increases in plasma insulin levels, numeric increases in C-peptide levels, and HOMA IR. Results for the postload insulin values, suggesting treatment-related hyperinsulinemia and insulin resistance, are consistent with the HOMA calculations we performed on fasting glucose and insulin values in the same subjects, which also suggested treatment-related differences in insulin sensitivity. These results do not exclude defects in beta-cell function. From the standpoint of hypothesis generation, measures of counterregulatory hormones like glucagon and cortisol in this study did not suggest a contribution to treatment effects on plasma glucose or insulin. Serotonin receptor activity has been hypothesized to be involved in glucose regulation, with both 5-$HT_{1A}$ and 5-$HT_2$ receptors implicated; however, their exact roles appear complex.[108-113] Earlier studies have suggested that phenothiazines decrease insulin secretion[16] or release catecholamines that inhibit insulin secretion,[114] or that chlorpromazine has some other anti-insulin action.[115] The results of the present study suggest treatment effects on IR, and Dwyer et al[116] recently reported effects of antipsychotic medications on glucose transporters.

Hyperglycemia is an underrecognized comorbid complication of schizophrenia. Diabetes mellitus has well-defined acute (eg, diabetic ketoacidosis) and chronic complications associated with increased morbidity and mortality. Diabetic ketoacidosis, more typical of type 1 but increasingly observed in type 2 diabetes,[117] has been reported during antipsychotic treatment,* including a fatality.[59] Hyperglycemia can cause or contribute to long-term medical complications including peripheral neuropathy, retinopathy, and nephropathy, as well as cardiovascular and cerebrovascular disease.[118] Recent reports indicate a progressive relationship between hyperglycemia and cardiovascular event risk (eg, myocardial infarction, stroke) beginning with glucose levels well below diabetic thresholds.[74,89,91,93,119-121] Hyperglycemia can interact with treatment-induced increases in adiposity,[66,122] treatment-related triglyceride elevations,[40,123-126] and factors such as smoking,[127] sedentary lifestyle, and reduced access to care, to increase the risk of adverse cardiovascular outcomes in patients with schizophrenia. The results of this study provide additional motivation to clinically monitor plasma glucose, on the basis of the risk that changes in glucose control could occur without easily observed increases in weight or adiposity.

*Submitted for publication September 7, 2000; final revision received August 3, 2001; accepted August 13, 2001.*

*This study was supported by grants MH01510, MH53363, and MH63985 from the National Institutes of Health, Bethesda, Md (Dr Newcomer); the National Alliance for Research on Schizophrenia and Depression, Great Neck, NY (Drs Newcomer and Fucetola); grants P30 DK56341 (Washington University Clinical Nutrition Research Unit Center) and P60*

**References 28, 31-33, 39, 46, 47, 50, 57, 58.*



CONFIDENTIAL
AZSER12443694

*DK20579 (Washington University Diabetes Research Training Center) from the National Institutes of Health; and grant 5MO1 RR00036 (General Clinical Research Center) from the Public Health Service, Bethesda.*

*We thank Brenda Rosen for expert secretarial assistance.*

*Corresponding author and reprints: John W. Newcomer, MD, Department of Psychiatry, Washington University School of Medicine, 660 S Euclid, St Louis, MO 63110-1093 (e-mail: newcomerj@psychiatry.wustl.edu).*

## REFERENCES

1. Meduna LJ, Gerty FJ, Urse VG. Biochemical disturbances in mental disorders. *Arch Neurol Psychiatry.* 1942;47:38-52.
2. Braceland FJ, Meduna LJ, Vaichulis JA. Delayed action of insulin in schizophrenia. *Am J Psychiatry.* 1945;102:108-110.
3. Henneman DH, Altschule MD, Goncz RM. Carbohydrate metabolism in brain disease. *Arch Intern Med.* 1954;94:402-416.
4. Martin FI, Alford FP. Insulin sensitivity in schizophrenia [letter]. *BMJ.* 1970;2:50.
5. Brambilla F, Guastalla A, Guerrini A, Riggi F, Rovere C, Zanoboni A, Zanoboni-Muciaccia W. Glucose-insulin metabolism in chronic schizophrenia. *Dis Nerv Syst.* 1976;37:98-103.
6. Yaryura-Tobias JA, Chang A, Neziroglu F. A study of relationships of serum glucose, insulin, free fatty acids, and free and total tryptophan to mental illness. *Biol Psychiatry.* 1978;13:243-254.
7. Newcomer JW, Craft S, Fucetola R, Moldin SO, Selke G, Paras L, Miller R. Glucose-induced increase in memory performance in patients with schizophrenia. *Schizophr Bull.* 1999;25:321-335.
8. Fucetola R, Newcomer JW, Craft S, Melson AK. Age- and dose-dependent glucose-induced increases in memory and attention in schizophrenia. *Psychiatry Res.* 1999;88:1-13.
9. Marinow A. Diabetes in chronic schizophrenia. *Dis Nerv Syst.* 1971;32:777-778.
10. Waitzkin L. A survey for unknown diabetics in a mental hospital, I: men under age fifty. *Diabetes.* 1966;15:97-104.
11. Waitzkin L. A survey for unknown diabetics in a mental hospital, II: men from age fifty. *Diabetes.* 1966;15:164-172.
12. Mukherjee S, Decina P, Bocola V, Saraceni F, Scapicchio PL. Diabetes mellitus in schizophrenic patients. *Compr Psychiatry.* 1996;37:68-73.
13. Mukherjee S, Schnur DB, Reddy R. Family history of type 2 diabetes in schizophrenic patients [letter]. *Lancet.* 1989;1:495.
14. Arneson GA. Phenothiazine derivatives and glucose metabolism. *J Neuropsychiatry.* 1964;5:181-185.
15. Proakis AG, Mennear JH, Miya TS, Borowitz JL. Phenothiazine-induced hyperglycemia: relation to CNS and adrenal effects. *Proc Soc Exp Biol Med.* 1971; 137:1385-1388.
16. Erle G, Basso M, Federspil G, Sicolo N, Scandellari C. Effect of chlorpromazine on blood glucose and plasma insulin in man. *Eur J Clin Pharmacol.* 1977;11: 15-18.
17. National Diabetes Data Group. Classification and diagnosis of diabetes mellitus and other categories of glucose intolerance. *Diabetes.* 1979;28:1039-1057.
18. Pandit MK, Burke J, Gustafson AB, Minocha A, Peiris AN. Drug-induced disorders of glucose tolerance. *Ann Intern Med.* 1993;118:529-539.
19. Hiles BW. Hyperglycemia and glycosuria following chlorpromazine therapy [letter]. *JAMA.* 1956;162:1651.
20. Cooperberg AA, Eidlow S. Hemolytic anemia, jaundice and diabetes mellitus following chlorpromazine therapy. *CMAJ.* 1956;75:746-750.
21. Korenyi C, Lowenstein B. Chlorpromazine induced diabetes. *Dis Nerv Syst.* 1968; 29:827-828.
22. Thonnard-Neumann E. Phenothiazines and diabetes in hospitalized women. *Am J Psychiatry.* 1968;124:978-982.
23. Keskiner A. A long-term follow-up of fluphenazine enanthate treatment. *Curr Ther Res Clin Exp.* 1973;15:305-313.
24. Hagg S, Joelsson L, Mjorndal T, Spigset O, Oja G, Dahlqvist R. Prevalence of diabetes and impaired glucose tolerance in patients treated with clozapine compared with patients treated with conventional depot neuroleptic medications. *J Clin Psychiatry.* 1998;59:294-299.
25. Avram AM, Patel V, Taylor HC, Kirwan JP, Kalhan S. Euglycemic clamp study in clozapine-induced diabetic ketoacidosis. *Ann Pharmacother.* 2001;35:1381-1387.
26. Pierides M. Clozapine monotherapy and ketoacidosis. *Br J Psychiatry.* 1997; 171:90-91.
27. Popli AP, Konicki PE, Jurjus GJ, Fuller MA, Jaskiw GE. Clozapine and associated diabetes mellitus. *J Clin Psychiatry.* 1997;58:108-111.
28. Peterson GA, Byrd SL. Diabetic ketoacidosis from clozapine and lithium cotreatment. *Am J Psychiatry.* 1996;153:737-738.
29. Ai D, Roper TA, Riley JA. Diabetic ketoacidosis and clozapine. *Postgrad Med J.* 1998;74:493-494.
30. Kamran A, Doraiswamy PM, Jane JL, Hammett EB, Dunn L. Severe hyperglycemia associated with high doses of clozapine [letter]. *Am J Psychiatry.* 1994; 151:1395.
31. Kostakoglu AE, Yazici KM, Erbas T, Guvener N. Ketoacidosis as a side-effect of clozapine: a case report. *Acta Psychiatr Scand.* 1996;93:217-218.
32. Koval MS, Rames LJ, Christie S. Diabetic ketoacidosis associated with clozapine treatment. *Am J Psychiatry.* 1994;151:1520-1521.
33. Smith H, Kenney-Herbert J, Knowles L. Clozapine-induced diabetic ketoacidosis. *Aust N Z J Psychiatry.* 1999;33:120-121.
34. Wirshing DA, Spellberg BJ, Erhart SM, Marder SR, Wirshing WC. Novel antipsychotics and new onset diabetes. *Biol Psychiatry.* 1998;44:778-783.
35. McKenna K, Thompson C. Osmoregulation in clinical disorders of thirst appreciation. *Clin Endocrinol.* 1998;49:139-152.
36. Yazici KM, Erbas T, Yazici AH. The effect of clozapine on glucose metabolism. *Exp Clin Endocrinol Diabetes.* 1998;106:475-477.
37. McDonnell ME, Ruderman NB. Cutting the Gordian knot: addition of metformin to insulin therapy in a patient with uncontrolled diabetes and schizophrenia. *Diabetes Care.* 1999;22:1912-1913.
38. Mohan D, Gordon H, Hindley N, Barker A. Schizophrenia and diabetes mellitus. *Br J Psychiatry.* 1999;174:180-181.
39. Colli A, Cocciolo M, Francobandiera F, Rogantin F, Cattalini N. Diabetic ketoacidosis associated with clozapine treatment. *Diabetes Care.* 1999;2:176-177.
40. Henderson DC, Cagliero E, Gray C, Nasrallah RA, Hayden DL, Schoenfeld DA, Goff DC. Clozapine, diabetes mellitus, weight gain, and lipid abnormalities: a five-year naturalistic study. *Am J Psychiatry.* 2000;157:975-981.
41. Wehring H, Alexander B, Perry PJ. Diabetes mellitus associated with clozapine therapy. *Pharmacotherapy.* 2000;20:844-847.
42. Melson AK, Selke G, Fucetola R, Schweiger JA, Newcomer JW. Clozapine can change glucose regulation in schizophrenia independent of body mass index (BMI) [abstract]. *Soc Neurosci Abstr.* 1999;25:2074.
43. Maule S, Giannella R, Lanzio M, Villari V. Diabetic ketoacidosis with clozapine treatment. *Diabetes Nutr Metab.* 1999;12:187-188.
44. Fertig MK, Brooks VG, Shelton PS, English CW. Hyperglycemia associated with olanzapine. *J Clin Psychiatry.* 1998;59:687-689.
45. Ober SK, Hudak R, Rusterholtz A. Hyperglycemia and olanzapine [letter]. *Am J Psychiatry.* 1999;156:970.
46. Goldstein LE, Sporn J, Brown S, Kim H, Finkelstein J, Gaffey GK, Sachs G, Stern TA. New-onset diabetes mellitus and diabetic ketoacidosis associated with olanzapine treatment. *Psychosomatics.* 1999;40:438-443.
47. Gatta B, Rigalleau V, Gin H. Diabetic ketoacidosis with olanzapine treatment. *Diabetes Care.* 1999;22:1002-1003.
48. Bettinger TL, Mendelson SC, Dorson PG, Crismon ML. Olanzapine-induced glucose dysregulation. *Ann Pharmacother.* 2000;34:865-867.
49. Sobel M, Jaggers ED, Franz MA. New-onset diabetes mellitus associated with the initiation of quetiapine treatment. *J Clin Psychiatry.* 1999;60:556-557.
50. Wilson DR, D'Souza L, Sarkar N. Diabetogenesis and ketoacidosis with atypical antipsychotics. In: Scientific abstracts of the American College of Neuropsychopharmacology 38th Annual Meeting; December 12-16, 1999; Acapulco, Mexico. Page 284, abstract 119.
51. Procyshyn RM, Pande S, Tse G. New-onset diabetes mellitus associated with quetiapine. *Can J Psychiatry.* 2000;45:668-669.
52. Wirshing DA, Erhart SM, Pierre JM, Boyd JA. Nonextrapyramidal side effects of novel antipsychotics. *Curr Opin Psychiatry.* 2000;13:45-50.
53. Haupt DW, Newcomer JW. Risperidone-associated diabetic ketoacidosis. *Psychosomatics.* 2001;42:279-280.
54. Croarkin PE, Jacobs KM, Bain BK. Diabetic ketoacidosis associated with risperidone treatment? *Psychosomatics.* 2000;41:369-370.
55. Tunbridge WM, for the Medical Services Study Group and British Diabetic Association. Factors contributing to deaths of diabetics under fifty years of age. *Lancet.* 1981;2:569-572.
56. Malone ML, Gennis V, Goodwin JS. Characteristics of diabetic ketoacidosis in older versus younger adults. *J Am Geriatr Soc.* 1992;40:1100-1104.
57. Lindenmayer JP, Patel R. Olanzapine-induced ketoacidosis with diabetes mellitus [letter]. *Am J Psychiatry.* 1999;156:1471.
58. Paizis M, Cavaleri S, Schwarz ME, Levin Z. Acute-onset ketoacidosis during olanzapine treatment in a patient without pretreatment obesity or treatment-associated weight gain. *Primary Psychiatry.* 1999;6:37-38.
59. Von Hayek D, Huttl V, Reiss J, Schweiger HD, Fuessl HS. Hyperglycemia and ketoacidosis associated with olanzapine [in German]. *Nervenarzt.* 1999;70:836-837.
60. Melamed Y, Mazeh D, Elizur A. Risperidone treatment for a patient suffering from schizophrenia and IDDM [letter]. *Can J Psychiatry.* 1998;43:956.
61. Madhusoodanan S, Brenner R, Araujo L, Abaza A. Efficacy of risperidone treatment for psychoses associated with schizophrenia, schizoaffective disorder, bipolar disorder, or senile dementia in 11 geriatric patients: a case series. *J Clin Psychiatry.* 1995;56:514-518.
62. Banerji MA, Lebowitz J, Chaiken RL, Gordon D, Kral JG, Lebovitz HE. Relationship of visceral adipose tissue and glucose disposal is independent of sex in black NIDDM subjects. *Am J Physiol.* 1997;273:E425-E432.
63. Goodpaster BH, Kelley DE, Wing RR, Meier A, Thaete FL. Effects of weight loss on regional fat distribution and insulin sensitivity in obesity. *Diabetes.* 1999; 48:839-847.
64. Pijl H, Meinders AE. Bodyweight change as an adverse effect of drug treatment: mechanisms and management. *Drug Saf.* 1996;14:329-342.
65. Casey DE. The relationship of pharmacology to side effects. *J Clin Psychiatry.* 1997;58(suppl 10):55-62.



CONFIDENTIAL
AZSER12443695

66. Allison DB, Mentore JL, Heo M, Chandler LP, Cappelleri JC, Infante MC, Weiden PJ. Antipsychotic-induced weight gain: a comprehensive research synthesis. *Am J Psychiatry.* 1999;156:1686-1696.
67. Leadbetter R, Shutty M, Pavalonis D, Vieweg V, Higgins P, Downs M. Clozapine-induced weight gain: prevalence and clinical relevance. *Am J Psychiatry.* 1992; 149:68-72.
68. Lamberti JS, Bellnier T, Schwarzkopf SB. Weight gain among schizophrenic patients treated with clozapine. *Am J Psychiatry.* 1992;149:689-690.
69. Collaborative Working Group on Clinical Trial Evaluations. Adverse effects of the atypical antipsychotics. *J Clin Psychiatry.* 1998;59(suppl 12):17-22.
70. Kraus T, Haack M, Schuld A, Hinze-Selch D, Kuhn M, Uhr M, Pollmacher T. Body weight and leptin plasma levels during treatment with antipsychotic drugs. *Am J Psychiatry.* 1999;156:312-314.
71. Gupta S, Droney T, Al-Samarrai S, Keller P, Frank B. Olanzapine-induced weight gain [letter]. *Ann Clin Psychiatry.* 1998;10:39.
72. Fucetola R, Newcomer JW, Seidman LJ, Schweiger JA, Cooper BP, Melson AK. Influence of oral glucose administration on working memory in schizophrenia [abstract]. *Soc Neurosci Abstr.* 2000;26:2013.
73. Resnick HE, Valsania P, Halter JB, Lin X. Differential effects of BMI on diabetes risk among black and white Americans. *Diabetes Care.* 1998;21:1828-1835.
74. Harris MI, Flegal KM, Cowie CC, Eberhardt MS, Goldstein DE, Little RR, Wiedmeyer HM, Byrd-Holt DD. Prevalence of diabetes, impaired fasting glucose, and impaired glucose tolerance in U.S. adults: the Third National Health and Nutrition Examination Survey, 1988-1994. *Diabetes Care.* 1998;21:518-524.
75. Nurnberger JI Jr, Blehar MC, Kaufmann CA, York-Cooler C, Simpson SG, Harkavy-Friedman J, Severe JB, Malaspina D, Reich T, and the collaborators from the NIMH Genetics Initiative. Diagnostic interview for genetic studies: rationale, unique features, and training. *Arch Gen Psychiatry.* 1994;51:849-859.
76. American Psychiatric Association. *Diagnostic and Statistical Manual of Mental Disorders, Third Edition, Revised.* Washington, DC: American Psychiatric Association; 1987.
77. The Expert Committee on the Diagnosis and Classification of Diabetes Mellitus. Report of the Expert Committee on the Diagnosis and Classification of Diabetes Mellitus. *Diabetes Care.* 2000;23(suppl 1):S4-S19.
78. World Health Organization. *Diabetes Mellitus: Report of a WHO Study Group.* Vol 727. Geneva, Switzerland: World Health Organization; 1985.
79. Davidson MB, Schriger DL, Peters AL, Lorber B. Relationship between fasting plasma glucose and glycosylated hemoglobin: potential for false-positive diagnoses of type 2 diabetes using new diagnostic criteria [published correction appears in *JAMA.* 1999;281:2187]. *JAMA.* 1999;281:1203-1210.
80. Overall JE. A brief psychiatric rating scale in psychopharmacology research. *Mod Probl Pharmacopsychiatry.* 1974;7:67-78.
81. Giampietro O, Buzzigoli G, Boni C, Navalesi R. Four methods for glucose assay compared for various glucose concentrations and under different clinical conditions. *Clin Chem.* 1982;28:2405-2407.
82. Koch TR, Nipper HC. Evaluation of automated glucose oxidase methods for serum glucose: comparison to hexokinase of a colorimetric and an electrometric method. *Clin Chim Acta.* 1977;78:315-322.
83. Kuzuya H, Blix PM, Horwitz DL, Steiner DF, Rubenstein AH. Determination of free and total insulin and C-peptide in insulin-treated diabetics. *Diabetes.* 1977; 26:22-29.
84. Ensinck J. Immunoassays for glucagon. In: Lefebrve P, ed. *Handbook of Experimental Pharmacology.* Vol 66. New York, NY: Springer Verlag; 1983:203-221.
85. Farmer RW, Pierce CE. Plasma cortisol determination: radioimmunoassay and competitive protein binding compared. *Clin Chem.* 1974;20:411-414.
86. DeFronzo RA. The triumvirate: beta-cell, muscle, liver: a collusion responsible for NIDDM: Lilly lecture 1987. *Diabetes.* 1988;37:667-687.
87. Haffner SM, Miettinen H, Stern MP. The homeostasis model in the San Antonio Heart Study. *Diabetes Care.* 1997;20:1087-1092.
88. Matthews DR, Hosker JP, Rudenski AS, Naylor BA, Treacher DF, Turner RC. Homeostasis model assessment: insulin resistance and beta-cell function from fasting plasma glucose and insulin concentrations in man. *Diabetologia.* 1985; 28:412-419.
89. Coutinho M, Gerstein HC, Wang Y, Yusuf S. The relationship between glucose and incident cardiovascular events: a metaregression analysis of published data from 20 studies of 95,783 individuals followed for 12.4 years. *Diabetes Care.* 1999;2:233-240.
90. Temelkova-Kurktschiev T, Henkel E, Schaper F, Koehler C, Siegert G, Hanefeld M. Prevalence and atherosclerosis risk in different types of non-diabetic hyperglycemia: is mild hyperglycemia an underestimated evil? *Exp Clin Endocrinol Diabetes.* 2000;108:93-99.
91. Scheidt-Nave C, Barrett-Connor E, Wingard DL, Cohn BA, Edelstein SL. Sex differences in fasting glycemia as a risk factor for ischemic heart disease death. *Am J Epidemiol.* 1991;133:565-576.
92. Andersson DK, Svardsudd K. Long-term glycemic control relates to mortality in type II diabetes. *Diabetes Care.* 1995;18:1534-1543.
93. Gerstein HC. Is glucose a continuous risk factor for cardiovascular mortality? *Diabetes Care.* 1999;22:659-660.
94. Allison DB, Casey DE. Antipsychotic-induced weight gain: a review of the literature. *J Clin Psychiatry.* 2001;62(suppl 7):22-31.
95. Fontaine KR, Heo M, Harrigan EP, Shear CL, Lakshminarayanan M, Casey DE, Allison DB. Estimating the consequences of anti-psychotic induced weight gain on health and mortality rate. *Psychiatry Res.* 2001;101:277-288.
96. Kissebah AH. Intra-abdominal fat: is it a major factor in developing diabetes and coronary artery disease? *Diabetes Res Clin Pract.* 1996;30(suppl):25-30.
97. Ginsberg DL, Sussman N. Effects of mood stabilizers on weight. *Primary Psychiatry.* 2000;7:49-58.
98. Martinez-Maldonado M, Terrell J. Lithium carbonate-induced nephrogenic diabetes insipidus and glucose intolerance. *Arch Intern Med.* 1973;132:881-884.
99. Petty KJ. Hyperglycemia associated with paroxetine [letter]. *Ann Intern Med.* 1996;125:782.
100. Johnston BB. Diabetes mellitus in patients on lithium. *Lancet.* 1977;2:935-936.
101. Waziri R, Nelson J. Lithium in diabetes mellitus: a paradoxical response. *J Clin Psychiatry.* 1978;39:623-625.
102. Lustman PJ, Griffith LS, Clouse RE, Freedland KE, Eisen SA, Rubin EH, Carney RM, McGill JB. Effects of nortriptyline on depression and glycemic control in diabetes: results of a double-blind, placebo-controlled trial. *Psychosom Med.* 1997;59:241-250.
103. Breum L, Astrup A, Gram L, Andersen T, Stokholm KH, Christensen NJ, Werdelin L, Madsen J. Metabolic changes during treatment with valproate in humans: implication for untoward weight gain. *Metabolism.* 1992;41:666-670.
104. Turnbull DM, Dick DJ, Wilson L, Sherratt HS, Alberti KG. Valproate causes metabolic disturbance in normal man. *J Neurol Neurosurg Psychiatry.* 1986;49: 405-410.
105. Kutnowski M, Daubresse JC, Friedman H, Kolanowski J, Krzentowski G, Scheen A, Van Gaal L. Fluoxetine therapy in obese diabetic and glucose intolerant patients. *Int J Obes Relat Metab Disord.* 1992;16(suppl 4):S63-S66.
106. Haffner SM, Rosenthal M, Hazuda HP, Stern MP, Franco LJ. Evaluation of three potential screening tests for diabetes mellitus in a biethnic population. *Diabetes Care.* 1984;7:347-353.
107. Steppan CM, Bailey ST, Bhat S, Brown EJ, Banerjee RR, Wright CM, Patel HR, Ahima RS, Lazar MA. The hormone resistin links obesity to diabetes. *Nature.* 2001;409:307-312.
108. Chaouloff F, Laude D, Baudrie V. Effects of the 5-$HT_{1C}$/5-$HT_2$ receptor agonists DOI and $\alpha$-methyl-5-HT on plasma glucose and insulin levels in the rat. *Eur J Pharmacol.* 1990;187:435-443.
109. Baudrie V, Chaouloff F. Repeated treatment with the 5-$HT_{1A}$ receptor agonist, ipsapirone, does not affect 8-OH-DPAT– and stress-induced increases in plasma adrenaline levels in the rat. *Eur J Pharmacol.* 1991;198:129-135.
110. Yamada J, Sugimoto Y, Yoshikawa T, Kimura I, Horisaka K. The involvement of the peripheral 5-$HT_{2A}$ receptor in peripherally administered serotonin-induced hyperglycemia in rats. *Life Sci.* 1995;57:819-825.
111. Wozniak KM, Linnoila M. Hyperglycemic properties of serotonin receptor antagonists. *Life Sci.* 1991;49:101-109.
112. Sugimoto Y, Yamada J, Kimura I, Horisaka K. The effects of the serotonin 1A receptor agonist buspirone on tolbutamide-induced hypoglycemia in rats. *Biol Pharm Bull.* 1995;18:1296-1298.
113. Uvnas-Moberg K, Ahlenius S, Alster P, Hillegaart V. Effects of selective serotonin and dopamine agonists on plasma levels of glucose, insulin and glucagon in the rat. *Neuroendocrinology.* 1996;63:269-274.
114. Sato S, Katayama K, Kakemi M, Koizumi T. A kinetic study of chlorpromazine on the hyperglycemic response in rats, II: effect of chlorpromazine on plasma glucose. *J Pharmacobiodyn.* 1988;11:492-503.
115. Gupta SK, Patel MA, Joseph AD. Effects of chlorpromazine and epinephrine on blood-sugar of rabbits. *Arch Int Pharmacodyn Ther.* 1960;128:82-88.
116. Dwyer DS, Liu Y, Bradley RJ. Dopamine receptor antagonists modulate glucose uptake in rat pheochromocytoma (PC12) cells. *Neurosci Lett.* 1999;274: 151-154.
117. Umpierrez GE, Kelly JP, Navarrete JE, Casals MM, Kitabchi AE. Hyperglycemic crises in urban blacks. *Arch Intern Med.* 1997;157:669-675.
118. Ratner RE. Type 2 diabetes mellitus: the grand overview. *Diabet Med.* 1998;15 (suppl 4):S4-S7.
119. Park S, Barrett-Connor E, Wingard DL, Shan J, Edelstein S. GHb is a better predictor of cardiovascular disease than fasting or postchallenge plasma glucose in women without diabetes: the Rancho Bernardo Study. *Diabetes Care.* 1996; 19:450-456.
120. Fuller JH, Shipley MJ, Rose G, Jarrett RJ, Keen H. Coronary-heart-disease risk and impaired glucose tolerance: the Whitehall study. *Lancet.* 1980;1:1373-1376.
121. Fuller JH, Shipley MJ, Rose G, Jarrett RJ, Keen H. Mortality from coronary heart disease and stroke in relation to degree of glycaemia: the Whitehall study. *BMJ.* 1983;287:867-870.
122. Baptista T. Body weight gain induced by antipsychotic drugs: mechanisms and management. *Acta Psychiatr Scand.* 1999;100:3-16.
123. Sheitman BB, Bird PM, Binz W, Akinli L, Sanchez C. Olanzapine-induced elevation of plasma triglyceride levels. *Am J Psychiatry.* 1999;156:1471-1472.
124. Ghaeli P, Dufresne RL. Elevated serum triglycerides with clozapine resolved with risperidone in four patients. *Pharmacotherapy.* 1999;19:1099-1101.
125. Gaulin BD, Markowitz JS, Caley CF, Nesbitt LA, Dufresne RL. Clozapine-associated elevation in serum triglycerides. *Am J Psychiatry.* 1999;156:1270-1272.
126. Ghaeli P, Dufresne RL. Serum triglyceride levels in patients treated with clozapine. *Am J Health Syst Pharm.* 1996;53:2079-2081.
127. McCreadie RG, Kelly C. Patients with schizophrenia who smoke: private disaster, public resource [editorial]. *Br J Psychiatry.* 2000;176:109.



CONFIDENTIAL
AZSER12443696

Review

# A Clinical Approach for the Diagnosis of Diabetes Mellitus

## An Analysis Using Glycosylated Hemoglobin Levels

Anne L. Peters, MD; Mayer B. Davidson, MD; David L. Schriger, MD, MPH; Vic Hasselblad, PhD;
for the Meta-analysis Research Group on the Diagnosis of Diabetes Using Glycated Hemoglobin Levels

**Objective.**—To determine whether a glycosylated hemoglobin level can be used in place of an oral glucose tolerance test (OGTT) to diagnose diabetes.

**Data Sources/Study Selection.**—An augmented MEDLINE search was performed to identify all reports from 1966 through June 1994 in which glycosylated hemoglobin levels were measured concurrently with performance of OGTTs in the same study. The corresponding authors were contacted and asked to provide individual data for all subjects tested. A total of 31 investigators representing 34 possible studies responded, and 18 were able to provide us with the data requested. Overall fasting plasma glucose concentrations, 2-hour postdextrose glucose concentrations, and glycosylated hemoglobin levels were available from 11 276 individuals.

**Data Extraction**—To define normal glucose tolerance, impaired glucose tolerance (IGT), and diabetes, modified World Health Organization criteria were used.

**Data Synthesis.**—An analysis of the methods used for measurement of glycosylated hemoglobin levels revealed that the $HbA_{1c}$ assay showed the least variance in normal subjects. Therefore, only data from the 8984 subjects who had $HbA_{1c}$ levels measured were used. When we used the mean $HbA_{1c}$ level plus 4 SDs as a cutpoint, the sensitivity was 36% and specificity was 100% compared with the results of the OGTT. Because of the lack of agreement between OGTT results and $HbA_{1c}$ levels, models were created to analyze the distribution of $HbA_{1c}$ levels in each study. Using these models, we identified 3 subpopulations. The third subpopulation was likely to represent subjects with diabetes. When we applied an $HbA_{1c}$ level of 7.0% as a cutpoint, the sensitivity was 99.6% for the third subpopulation. When this cutpoint was reapplied to the OGTT results, of those subjects with an $HbA_{1c}$ level of at least 7.0%, 89% had diabetes, 7% had IGT, and 4% were normal.

**Conclusions.**—Although the OGTT is the "gold standard" for diagnosing diabetes, it is known to be poorly reproducible and is often not performed. Not only is use of an $HbA_{1c}$ level to diagnose diabetes more convenient, but therapeutic decisions are based on this value, regardless of the findings on the OGTT. An $HbA_{1c}$ level of 7.0% or higher often requires pharmacological intervention and is most often associated with the diagnosis of diabetes by World Health Organization standards. An $HbA_{1c}$ level below 7.0% would generally be treated with diet and exercise, regardless of the diagnosis of IGT or diabetes by OGTT. Thus, measurement of $HbA_{1c}$ levels may represent a reasonable approach to identifying treatment-requiring diabetes.

*JAMA*. 1996;276:1246-1252

From the Department of Medicine, UCLA School of Medicine, Los Angeles, Calif (Dr Peters); Department of Diabetes, Endocrinology, and Metabolism, City of Hope National Medical Center, Duarte, Calif (Dr Davidson); UCLA Emergency Medicine Center, UCLA School of Medicine (Dr Schriger); and Center for Health Policy Research and Education, Duke University, Durham, NC (Dr Hasselblad).

A complete list of the members of the Meta-analysis Research Group on the Diagnosis of Diabetes Using Glycated Hemoglobin Levels appears at the end of this article.

Presented in abstract form at the American Diabetes Association Meetings, Atlanta, Ga, June 11, 1995.

Corresponding author: Anne L. Peters, MD, UCLA Department of Medicine, 200 UCLA Medical Plaza, Suite 365, Los Angeles, CA 90095-1693.

IT IS ESTIMATED that in 50% of persons with diabetes in the United States, diabetes is undiagnosed.[1] This contributes to the finding that up to 25% of all patients with "new onset" type II diabetes have diabetic retinopathy at the time of diagnosis, indicating that diabetes has been present for 7 to 10 years prior to diagnosis.[2] One of the reasons diabetes is underdiagnosed is the difficulty encountered in adhering to the guidelines for its diagnosis. Currently diabetes is diagnosed by 1 of 3 criteria: a fasting plasma glucose (FPG) concentration of 7.8 mmol/L (140 mg/dL) or higher on 2 occasions; symptoms of uncontrolled diabetes with a random blood glucose concentration of 11.1 mmol/L (200 mg/dL) or higher; or oral glucose tolerance test (OGTT) results consistent with diabetes when the test is performed twice.[3] Many practitioners do not order OGTTs in nonpregnant patients, and even fewer repeat an OGTT to confirm the diagnosis.[4,5] To improve patient compliance with testing, use of glycosylated hemoglobin levels to diagnose diabetes has been suggested.[6] A glycosylated hemoglobin level is much easier to obtain than an OGTT result because it does not require the patient to fast, drink an unpleasant glucose solution, or wait 2 hours for blood samples to be drawn. Moreover, a glycosylated hemoglobin level may be a more "physiological" test (ie, a better measure of "real life" daylong blood glucose concentrations as opposed to the artificial nonphysiological stimulus of drinking a concentrated glucose solution). It is also the parameter that clinicians use to assess the effectiveness of treatment of patients with diabetes. Finally, its correlation with the subsequent development and progression of the microvascular and neuropathic complications of diabetes was clearly proved in the Diabetes Control and Complications Trial[7] for type I diabetes as well as in the Pima Indian[8] and Japanese[9] populations for type II diabetes.

**For editorial comment see p 1261.**

To determine whether glycosylated hemoglobin levels were useful for diagnosing diabetes, we performed a meta-analysis in which we combined all of the available individual data comparing OGTT results with glycosylated hemoglobin levels to define their relationship. We also created a model to describe the distribution of glycosylated hemoglobin levels in these populations to determine how best to use glycosylated hemoglobin levels for diagnosing diabetes.



CONFIDENTIAL
AZSER12443697

Table 1.—Characteristics of Each Study Used*

| Reference (Year) | Glycosylation Method | Dextrose, g | Glucose | Sample Size | Population Type | DM Prevalence, %† |
|---|---|---|---|---|---|---|
| 26 (1986) | $HbA_{1c}$ | 75 | Capillary whole blood | 137 | High-risk | 29 |
| 27 (1989) | $HbA_{1c}$ | 75 | Capillary plasma | 100 | Positive screen | 8 |
| 28 (1991) | $HbA_{1c}$ | 75 | Venous plasma | 619 | Enriched with DM | 10 |
| 29 (1993) | $HbA_{1c}$ | 75 | Venous plasma | 1548 | Positive screen | 4 |
| 30 (1993) | $HbA_{1c}$ | 75 | Venous plasma | 1048 | High-risk | 18 |
| 31 (1979) | $HbA_{1c}$ | 100 | Venous whole blood | 792 | High-risk | 9 |
| 32 (1982) | $HbA_{1c}$ | 75 | Venous whole blood | 62 | Enriched with DM | 49 |
| 33 (1990) | $HbA_{1c}$ | 75 | Venous plasma | 310 | Positive screen | 14 |
| 34 (1989) | $HbA_{1c}$ | 75 | Venous plasma | 3872 | Self-referred | 1 |
| 35 (1985) | $HbA_{1c}$ | 75 | Venous plasma | 495 | Self-referred | 6 |
| 36 (1984) | Affinity chromatography | 50 | Venous whole blood | 53 | High-risk | 33 |
| 37 (1981) | $HbA_{1c}$ | 50 | Venous plasma | 88 | Enriched with DM | 33 |
| 38 (1983) | $HbA_{1c}$ | 75 | Venous whole blood | 107 | High-risk | 43 |
| 39 (1987) | $HbA_{1c}$ | 75 | Venous whole blood | 213 | Positive screen | 9 |
| 40 (1984) | $HbA_{1c}$ | 100 | Venous plasma | 1069 | Self-referred | 6 |
| 41 (1982) | $HbA_{1c}$ | ≤100 | Venous whole blood | 465 | Self-referred | 5 |
| 42 (1980) | $HbA_{1c}$ | 100 | Venous plasma | 107 | Enriched with DM | 8 |
| 43 (1992) | $HbA_1$ | 75 | Venous plasma | 192 | Enriched with DM | 20 |

*DM indicates diabetes mellitus; $HbA_{1c}$, glycosylated hemoglobin $A_{1c}$; $HbA_1$, glycosylated hemoglobin $A_1$; high-risk, selected from a high-risk population; positive screen, prior positive screening test for diabetes; enriched with DM, enriched with subjects known to have diabetes; and self-referred, self-referred from the general population.
†Calculated from data supplied from each study based on the modified criteria in Table 2.

## DATA SOURCES AND STUDY SELECTION

A MEDLINE search was performed to identify all reports (articles in all languages with English-language abstracts) from 1966 through June 1994 in which glycosylated hemoglobin levels were measured concurrently with performance of OGTTs in the same subject. The reports identified in this search and their references, along with a hand search of the extensive files of one of us (M.B.D.), produced a total of 34 studies[10-43] of individuals who did not have conditions that would alter glucose tolerance (eg, cystic fibrosis, pregnancy). Other than this exclusion criterion, all studies in which each patient's glycosylated hemoglobin level was measured concurrently with performance of an OGTT were included. The total number of articles was greater than 34, but some subjects were used in more than 1 publication. All 34 principal investigators were contacted by letter up to 4 times over a 6-month period to invite them to join a meta-analysis and supply us with individual data on their patients. A total of 13 628 subjects were represented in these 34 studies. Three investigators did not respond to our requests,[10-12] leaving 31 responding investigators. We were able to obtain individual data on FPG, 2-hour postdextrose glucose concentrations, and glycosylated hemoglobin levels from 18 separate studies.[26-43] These investigators provided all available data, published and unpublished, on their patients. The data from the remaining studies were no longer retrievable (these tended to be older ones).[13-25] In the 16 studies from which we did not have a response or were unable to obtain data, 9 used a hemoglobin $A_1$ ($HbA_1$) assay, 6 used a hemoglobin $A_{1c}$ ($HbA_{1c}$) assay, and 1 used affinity chromatography for measurement of glycosylated hemoglobin levels. The final sample derived from the 18 studies represents 11 276 subjects who had OGTTs and concomitant determination of glycosylated hemoglobin levels (representing 83% of all subjects in the literature).

The studies were performed on 4 different populations: (1) subjects with a prior positive screening test result[27,29,33,39]; (2) subjects who were self-referred from the general population[34,35,40,41]; (3) subjects referred from high-risk populations[26,30,31,36,38]; and (4) subjects from studies purposefully enriched with persons known to have diabetes.[28,32,37,42,43] The glucose load given, the site and type of sample for measurement of glucose concentrations, the glycosylated hemoglobin assay used, and the prevalence of diabetes mellitus in the population studied are provided in Table 1.

## DATA EXTRACTION

Data were provided as printed copies and, in some cases, on computer diskettes by each investigator, then entered into a database by study. The new database was printed, and each set of data was individually compared with the original printed data sets by one of the investigators. Any errors were corrected.

Table 2.—Modified Criteria for Interpretation of Oral Glucose Tolerance Tests*

| | Normal | Diabetes | Impaired Glucose Tolerance |
|---|---|---|---|
| FPG | <6.4 mmol/L (115 mg/dL) | ≥7.8 mmol/L (140 mg/dL) | Any condition not defined as normal or diabetes |
| | *and* | *or* | |
| 2-h | <7.8 mmol/L (140 mg/dL) | ≥11.1 mmol/L (200 mg/dL) | |

*The values are based on plasma venous samples. FPG indicates fasting plasma glucose concentration; and 2-h, glucose concentration 2 hours following ingestion of 75 g of oral dextrose or its equivalent.

To define normal glucose tolerance, impaired glucose tolerance (IGT), and diabetes, modified World Health Organization (WHO) criteria[44] were used (Table 2). The WHO report only defines IGT and diabetes, but does not define normal glucose tolerance. However, this issue is addressed in the National Diabetes Data Group report,[45] in which normal glucose tolerance is defined as an FPG concentration below 6.4 mmol/L (115 mg/dL) and a 2-hour postdextrose value below 7.8 mmol/L (140 mg/dL). Therefore, in this article, the National Diabetes Data Group values are used for defining normal glucose tolerance and the WHO criteria are used to define diabetes. Those not fulfilling the criteria for normal tolerance or diabetes are defined as having IGT (Table 2). In this manner, no individual is left without a diagnosis. This approach was used because the WHO criteria do not define normal tolerance, and if the National Diabetes Data Group criteria are used, there are some subjects who are "nondiagnostic."[45]

These modified criteria were applied to each study so that raw (untransformed) data could be used whenever possible, using cutpoints appropriate for the glucose sample obtained. Data were converted (to take into account differences in sample collection site, type of glucose measure-



CONFIDENTIAL
AZSER12443698




Figure 1.—Mean glycosylated hemoglobin levels with 95% confidence intervals (CIs) in subjects with normal glucose tolerance test results in each study (left panel) and estimated SDs of the mean glycosylated hemoglobin levels with 95% CIs (right panel).

ment [ie, whole blood or plasma], and/or glucose load) to permit pooling of data among studies. These data were called "transformed" data. Glucose values were changed to approximate plasma venous glucose values following the ingestion of 75 g of oral glucose. All glucose concentrations in millimoles per liter were converted to milligrams per deciliter by multiplying by 18. Whole blood glucose concentrations were converted to plasma values by multiplying by 1.14.[46] Fasting capillary whole blood glucose concentrations were multiplied by 1.14, whereas postdextrose capillary whole blood glucose values were not changed because the decrease in whole blood (compared with plasma) is offset by the increase in "arterialized" postprandial capillary values compared with venous samples.[44] Capillary postdextrose plasma concentrations were divided by 1.14 to correspond to a venous plasma sample.[44] Finally, in studies in which a 50-g dextrose load was given, the 2-hour postdextrose value was multiplied by 1.135 to adjust to the values that would have been obtained after a 75-g dextrose load.[47] The results following a 100-g dextrose load were considered equivalent to those obtained after a 75-g dextrose load.[48,49]

To determine the effect of adjusting glucose concentrations, we compared the diagnoses of each patient (normal glucose tolerance, IGT, or diabetes) from raw vs transformed data. To do this, the diagnostic criteria in each study were used to interpret that study's raw data and these results were compared with the results obtained using transformed data and standard cutpoints. The diagnosis differed in only 79 (0.7%) of the 11 276 individuals. After the raw data were transformed, 50 patients were changed from the diagnosis of IGT to normal, 19 with IGT were changed to a diagnosis of diabetes, 1 with normal glucose tolerance was changed to IGT, and 9 with diabetes were changed to IGT. Thus, combining all the glucose data by the transformations described above did not materially affect the results. The transformed data were used twice, when the FPG concentration and the glucose concentration 2 hours after a dextrose challenge were compared, and when subjects with $HbA_{1c}$ levels of 7.0% or higher were categorized as being normal, having IGT, or having diabetes mellitus according to the modified WHO criteria (Table 2).

## DATA SYNTHESIS

### Glycosylated Hemoglobin Levels

Figure 1, left panel, shows, by study, the means and 95% confidence intervals (CIs) of the glycosylated hemoglobin levels of those subjects who had a normal OGTT result. While the means of the normal group in each study are similar, the CIs for the studies that use the $HbA_{1c}$ method are generally smaller. This difference in CIs is quantified in the right panel of Figure 1, where estimated SDs (with 95% CIs) are plotted. Combining the SD estimates using an empirical Bayes method[50] gave an estimated value of 0.50 (95% CI, 0.45-0.57) for the $HbA_{1c}$ method and an estimated value of 0.99 (95% CI, 0.84-1.18) for the other methods. The F test for the ratio of the 2 combined variances is significantly different from 1 ($P<.001$). While this difference in variance could be due to different characteristics of normal subjects in each study, a more likely explanation is that the $HbA_{1c}$ methods had less random error, and thus generated less variance in a group of normal subjects. Therefore, analyses were restricted to studies in which an assay for $HbA_{1c}$ levels was used. These 10 studies involved 8984 subjects, or 80% of the 11 276 individuals from the original 18 studies. The mean±SD $HbA_{1c}$ level in the subjects with normal glucose tolerance in these 10 studies was 5.3%±0.5%. (This was calculated using a hierarchical Bayesian meta-analysis to obtain an aggregate value.) Therefore, the normal range (mean±2 SDs) was 4.3% to 6.3%.

### Glucose Concentrations

Table 3 compares FPG and 2-hour glucose concentrations (using transformed data). Of the total population studied, 6.5% had diabetes, which fortuitously is close to the 6% prevalence of the disease in the United States. In the 8255 subjects with an FPG below 6.4 mmol/L (115 mg/dL), 86.9% were diagnosed as normal, 11.4% as having IGT, and 1.7% as having diabetes on the basis of 2-hour postdextrose glucose concentrations only. Therefore, using an FPG value of less than 6.4 mmol/L (115 mg/dL) defined nondiabetes in 98.3% subjects, although some (11.4%) of these individuals had IGT (by a single OGTT). In the 454 subjects with FPG levels of 6.4 to 7.7 mmol/L (115-139 mg/dL), approximately one third were



CONFIDENTIAL
AZSER12443699

normal, one third had IGT, and one third had diabetes by the criteria listed in Table 2. Table 4 provides the mean $HbA_{1c}$ levels by FPG and 2-hour glucose categories.

### Comparison of OGTT Results and $HbA_{1c}$ Levels

The sensitivity, specificity, and positive predictive values for $HbA_{1c}$ levels in individuals whose OGTT results met the modified WHO criteria for diabetes (Table 2) are shown in Table 5. The positive predictive value was calculated for a hypothetical diabetes prevalence of 6%. In this analysis, the diagnoses of diabetes by $HbA_{1c}$ levels and the results of the OGTTs are not equivalent.

### Analysis of Distribution of $HbA_{1c}$ Levels

Due to the lack of agreement between $HbA_{1c}$ levels and OGTT results, the $HbA_{1c}$ data were analyzed independent of the OGTT findings. This was done in part because $HbA_{1c}$ levels are used to guide the treatment of diabetes, not OGTT results. Graphs were created to analyze the distribution of the $HbA_{1c}$ levels in each study and were inspected visually. This inspection, along with knowledge that biological measures often exhibit a multimodal distribution corresponding to different disease states,[51,52] led us to fit mixtures of 2 and 3 normal distributions to the individual studies using previously reported methods.[53,54] Fitting mixtures of distribution requires very large sample sizes to adequately estimate all of the parameters.[53,54] Three studies had too few patients to do any modeling.[26,27,32] Three of the largest studies[29-31] had sufficient patients to permit estimation of all 8 required parameters (a mean for each subpopulation, a variance for each subpopulation, and the percentage of distribution for 2 of the subpopulations). For these studies, a model using 3 subpopulations fit the data significantly better than 1 using 2 subpopulations ($\chi^2$=40.3, $P$<.001; $\chi^2$=24.5, $P$<.001; and $\chi^2$=14.7, $P$=.002; each $df$=3 [from references 30, 31, and 29, respectively]) (Table 6). The capacity to estimate parameters, and the precision of the estimates, can be greatly increased if any of the parameter values are known. For this reason, parameter estimates for data sets with small numbers of observations in the second and/or third subpopulations were made with variances obtained from 1 of the 3 largest studies (conclusions were unchanged regardless of which of the 3 studies was used). These values are shown in parentheses in Table 6. Using this technique, we demonstrated that a trimodal distribution is also preferred in a fourth large study[28] ($\chi^2$=41.4, $df$=2, $P$<.001). The remaining 3 studies[33-35] had too few patients in the third subpopulation to support or refute the presence of a trimodal distribution.

Given that the 4 largest studies suggested that the data were trimodally distributed, we estimated trimodal and bimodal models using pooled $HbA_{1c}$ data from all 10 studies and found that the trimodal model was significantly better ($\chi^2$=46.1, $df$=3, $P$<.001) (Figure 2, right panel). From the figure it can be seen that the mean of the estimated glycosylated hemoglobin level for the first subpopulation is 5.2%, almost exactly the same as the mean of the normal glucose tolerance group of 5.3%. Additionally, there is a second subpopulation with a mean $HbA_{1c}$ level of 6.4% and a third subpopulation with a mean value near 10%.

Assuming that the first subpopulation represents normal persons, the third subpopulation represents persons with diabetes, and the second subpopulation is undetermined, we can see how various cutpoints for $HbA_{1c}$ would discriminate among these theoretical subpopulations. In this analysis, *sensitivity* is defined as the probability that someone from the third subpopulation has an $HbA_{1c}$ value greater than the cutpoint and *specificity* as the probability that someone from the first subpopulation has an $HbA_{1c}$ value below the cutpoint. Using these definitions, we can calculate the fraction of the second subpopulation classified as having diabetes (having an $HbA_{1c}$ value above the cutpoint). The results are shown in Table 7. When an $HbA_{1c}$ level of 7.0% is used as a cutpoint, the sensitivity is 99.6% for the clearly diabetic cases, the specificity is 99.9% for the clearly normal cases, and 30% of subpopulation 2 would be positive for diabetes. This is similar to the proportion of the subjects with FPG concentrations of 6.4 to 7.7 mmol/L (115-139 mg/dL) whose 2-hour values would satisfy the criteria for diabetes (Tables 3 and 4). This is consistent with (but certainly does not prove) the possibility that the second subpopulation represents those with the intermediate FPG concentrations.

Returning to the OGTT, we compared the diagnosis of diabetes by this test (using transformed data) with diagnosis using an $HbA_{1c}$ level of 7.0% or higher as the cutpoint, in which case 0.1% of individuals with normal glucose tolerance, 1.6% with IGT, 41.2% of patients diagnosed with diabetes by the 2-hour value of an OGTT, and 67.8% of patients with diabetes diagnosed by an FPG of at least 7.8 mmol/L (140 mg/dL), would be found to have diabetes. Of those subjects with an $HbA_{1c}$ level of at least 7.0%, 89.1% had diabetes,

Table 3.—Percentage of Distribution of 2-Hour Postdextrose Plasma Glucose Concentrations by Fasting Plasma Glucose Values (Transformed Data)*

| Fasting Plasma Glucose Concentration, mmol/L (mg/dL) | 2-h Postdextrose Plasma Glucose Concentration, mmol/L (mg/dL): <7.8 (<140), % | 7.8-11.0 (140-199), % | ≥11.1 (≥200), % | Total No. of Subjects |
|---|---|---|---|---|
| <6.4 (<115) | 86.9† | 11.4 | 1.7 | 8255 |
| 6.4-7.7 (115-139) | 28.4 | 34.8 | 36.8 | 454 |
| ≥7.8 (≥140) | 1.1 | 5.1 | 93.8 | 275 |
| **Total** | ... | ... | ... | **8984** |

*Oral glucose tolerance test data from all 11 276 original subjects showed a similar distribution; only data from patients whose glycosylated hemoglobin $A_{1c}$ levels were measured are shown.
†Percentage of row totals.

Table 4.—Mean $HbA_{1c}$ Levels by Fasting Plasma Glucose and 2-Hour Values*

| Fasting Plasma Glucose Concentration, mmol/L (mg/dL) | 2-h Postdextrose Plasma Glucose Concentration, mmol/L (mg/dL): <7.8 (<140) | 7.8-11.0 (140-199) | ≥11.1 (≥200) | Total No. of Subjects |
|---|---|---|---|---|
| <6.4 (<115) | 5.2±0.6 | 5.4±0.7 | 5.8±1.0 | 8255 |
| 6.4-7.7 (115-139) | 5.4±0.6 | 5.7±0.7 | 6.3±0.9 | 454 |
| ≥7.8 (≥140) | 6.6±1.2 | 5.9±0.8 | 8.5±2.0 | 275 |
| **Total** | ... | ... | ... | **8984** |

*$HbA_{1c}$ indicates glycosylated hemoglobin $A_{1c}$. The $HbA_{1c}$ level in each group, mean±SD, is expressed as a percentage.

Table 5.—$HbA_{1c}$ Levels in Comparison to OGTT Results for the Diagnosis of Diabetes*

| Mean $HbA_{1c}$ | Sensitivity, % | Specificity, % | Positive Predictive Value, %† |
|---|---|---|---|
| +2 SDs | 66 | 98 | 63 |
| +3 SDs | 48 | 100 | 90 |
| +4 SDs | 36 | 100 | 97 |

*$HbA_{1c}$ indicates glycosylated hemoglobin $A_{1c}$; and OGTT, oral glucose tolerance test.
†Assuming a 6% prevalence of diabetes.



CONFIDENTIAL
AZSER12443700

Table 6.—Estimated Means and SDs for Subpopulations by Study*

| | First Subpopulation | | Second Subpopulation | | Third Subpopulation | |
|---|---|---|---|---|---|---|
| Reference | Fraction, % | $HbA_{1c}$ Level, Mean±SD, % | Fraction, % | $HbA_{1c}$ Level, Mean±SD, % | Fraction, % | $HbA_{1c}$ Level, Mean±SD, % |
| 28 | 88.5 | 5.70±0.41 | 10.5 | 6.93± (0.97) | 0.2 | 10.88± (1.27) |
| 29 | 94.8 | 5.55±0.44 | 4.5 | 6.39±0.60 | 0.7 | 9.45±1.45 |
| 30 | 78.5 | 5.16±0.45 | 12.7 | 6.29±0.97 | 8.8 | 10.53±1.27 |
| 31 | 91.1 | 5.27±0.54 | 8.3 | 6.66±0.45 | 0.7 | 9.32±0.86 |
| 33 | 92.7 | 4.75±0.60 | 7.3 | 5.96±0.98 | ... | ... |
| 34 | 99.4 | 4.98±0.53 | 0.6 | 7.17± (0.97) | ... | ... |
| 35 | 94.9 | 5.13±0.65 | 5.1 | 7.20±1.14 | ... | ... |

*The sample size was too small for calculation in studies 26, 27, and 32. Values in parentheses are parameter estimates for data sets with small numbers of observations in the second and/or third subpopulations made with variances obtained from 1 of the 3 largest studies. $HbA_{1c}$ indicates glycosylated hemoglobin $A_{1c}$. Ellipses indicate a third population was not found.




Figure 2.—Distribution of glycosylated hemoglobin $A_{1c}$ ($HbA_{1c}$) levels in 1048 Pima Indians[30] (left panel) and in 8984 subjects from all 10 studies in which $HbA_{1c}$ assays were used (right panel). The trimodal distribution is more obvious in the Pima Indians because the prevalence of impaired glucose tolerance and diabetes is much higher than in the pooled data.

7.1% had IGT, and 3.8% were normal by modified WHO criteria (Table 2).

## CONCLUSIONS

Although the OGTT has been the "gold standard" for diagnosing diabetes, it has many flaws. The OGTT is poorly reproducible.[55,56] Among other factors, the response to the OGTT may be abnormal due to physical inactivity or carbohydrate intake of less than 150 g per day for several days preceding the OGTT.[45,57] Some subjects may have inadequately fasted or may have fasted for too long an interval, both of which can render the OGTT result abnormal.[45] Even when the conditions of the OGTT are standardized, the reproducibility is poor when the test is repeated in the same (normal) individual within 48 hours[55] or repeated within 1 week in subjects with mild diabetes.[56] In both the study by Olefsky and Reaven[55] and that by Kosaka et al,[56] as well as in data from the Pima Indians,[58] the fasting glucose concentration was more stable and reproducible than the 1- and 2-hour glucose concentrations, which showed a much higher variability on repeated testing.

A small survey of primary care physicians revealed that more than two thirds never considered ordering an OGTT to make the diagnosis of diabetes.[59] In fact, fewer than 20% of diabetic patients are diagnosed by an OGTT.[60] Finally, OGTTs are inconvenient to administer, unpleasant for patients, and, as currently recommended, must be performed twice to confirm the diagnosis of diabetes.[3] For these reasons, an alternative approach to diagnosing diabetes is needed.

There is a strong clinical argument for maintaining patients' $HbA_{1c}$ levels below 7.0% (or less than approximately 1% above the upper limit of normal for the assay used) in patients treated for diabetes. The mean $HbA_{1c}$ level in the intensively treated type I diabetic patients in the Diabetes Control and Complications Trial[7] was 7.2%, and in intensively treated type II diabetic Japanese patients in the Kumamoto study[9] the mean was 7.1%. Patients in both studies had decreased development and progression of the microvascular and neuropathic complications of diabetes. In another study,[61] $HbA_1$ levels of 10.1% or higher (equivalent to an $HbA_{1c}$ level of 8.1%) were associated with an abrupt increase in risk for developing microalbuminuria.

Many data exist from the Pima Indians,[8,62,63] a population with a high prevalence of diabetes that has been extensively studied, with many patients undergoing OGTTs and $HbA_{1c}$ measurements every other year. In 1 study of Pima Indians comparing the associations of both fasting and 2-hour postdextrose plasma glucose concentrations and glycosylated hemoglobin levels with microvascular disease (retinopathy or nephropathy), both the prevalence and incidence of these complications were strongly related to all 3 glycemic measures, and none was superior to the others.[62] Because of this finding, and because of the bimodality of all 3 measures in this population, the authors concluded that any of them could be used to diagnose diabetes. Furthermore, they determined that an $HbA_{1c}$ level of 7.0% was the optimal point for maximizing the sensitivity and specificity relative to retinopathy,[62] in agreement with the recommendations of the present report. This cutpoint, how-



CONFIDENTIAL
AZSER12443701

Table 7.—Sensitivity and Specificity of the Glycosylated Hemoglobin Test Based on Subpopulations From the Combined Data Set*

| $HbA_{1c}$ Level Cutpoint, % | Sensitivity (% of Subpopulation 3 With $HbA_{1c}$ Level Above the Cutpoint) | Specificity (% of Subpopulation 1 With $HbA_{1c}$ Level Below the Cutpoint) | % of Subpopulation 2 With $HbA_{1c}$ Level Above the Cutpoint |
|---|---|---|---|
| 5.5 | 100.0 | 69.1 | 79.0 |
| 6.0 | 100.0 | 90.9 | 64.2 |
| 6.5 | 100.0 | 98.5 | 46.8 |
| 7.0 | 99.6 | 99.9 | 30.1 |
| 7.5 | 98.9 | 100.0 | 16.7 |

*$HbA_{1c}$ indicates glycosylated hemoglobin $A_{1c}$.

ever, was higher than the $HbA_{1c}$ cutpoint of 6.1%, which was found to correspond most closely with the WHO criterion of a 2-hour plasma glucose concentration of 11.1 mmol/L (200 mg/dL) in the Pima Indians. However, if the data from our meta-analysis are used, a cutpoint of 6.1% or higher would include 41.0% of normal subjects and 20.8% of subjects with IGT.

The model used to analyze the data from this meta-analysis showed that an $HbA_{1c}$ level of 7% is a good cutoff point for defining patients in a distinct subpopulation who are likely to have diabetes. If we use a cutoff of 7.0% and compare the results with the diagnosis of diabetes by OGTT, 89% of patients with an $HbA_{1c}$ level higher than 7.0% would have OGTT-defined diabetes. Similarly, an FPG concentration below 6.4 mmol/L (115 mg/dL) is a good cutpoint for nondiabetes—only 2% of all patients with an FPG concentration below 6.4 mmol/L (115 mg/dL) will have diabetes defined by a 2-hour postdextrose glucose concentration of 11.1 mmol/L (200 mg/dL) or higher, and these subjects will have a normal $HbA_{1c}$ level (Tables 3 and 4).

Although only 42% of patients with diabetes diagnosed by OGTT had an $HbA_{1c}$ level of 7.0% or higher, the clinical approach to a patient with an $HbA_{1c}$ level below 7.0% (or <1% above the upper limit of normal for the assay used) is the same regardless of whether the results of the OGTT meet the criteria for a diagnosis of diabetes. Pharmacological agents are rarely prescribed for patients with $HbA_{1c}$ levels below 7.0%, although potentially modifiable risk factors such as obesity, hypertension, and hyperlipidemia would be treated regardless of the results of an OGTT. Finding an $HbA_{1c}$ level of at least 7.0% identifies a group of patients who have diabetes that potentially requires pharmacological treatment, and glycemic management should be focused on this group. All others with risk factors for diabetes and $HbA_{1c}$ levels below 7.0% should be screened yearly for the development of pharmacological treatment–requiring diabetes and encouraged to modify their behavior and/or seek treatment for coexisting medical problems that add to their risk for diabetes and/or coronary artery disease. Screening for the presence of diabetic complications should also occur in patients with FPG concentrations between 6.4 and 7.8 mmol/L (115 and 140 mg/dL) and $HbA_{1c}$ levels below 7.0%, although less frequently than in those with $HbA_{1c}$ levels of 7.0% or higher, who are at greater risk for developing diabetic complications.

The reader is reminded of several limitations of this study. First, although we attempted to obtain all published studies comparing OGTT results and glycosylated hemoglobin levels, only 18 of the 34 were available. Furthermore, there may be many unpublished series of which we are unaware. If the sample of publications obtained for this analysis is not representative of the population of interest, our results may be biased. Second, we used a number of well-established conversions to generate glucose values that were comparable among studies. Nevertheless, any error in these conversions could produce random and systematic errors. Third, while the Bayesian meta-analytic techniques used herein are fairly robust, a number of assumptions are made whenever meta-analyses are carried out. Fourth, although only $HbA_{1c}$ levels were used in the final analysis, lack of standardization of the assays used may have caused variability in results obtained from different laboratories. As the methodology for measurement of $HbA_{1c}$ levels becomes standardized, these differences should decrease.

Despite these limitations, we believe that this analysis can help guide the diagnosis of diabetes. We suggest the following as an approach combining FPG concentrations and $HbA_{1c}$ levels to diagnose diabetes. Because measurement of FPG concentrations is often cheaper than measuring $HbA_{1c}$ levels, FPG concentrations should be the initial test in the evaluation of a patient willing to return for a laboratory test that requires fasting. Patients with FPG concentrations below 6.4 mmol/L (115 mg/dL) probably have normal glucose tolerance and need no further testing for diabetes, although those with risk factors for diabetes may benefit from yearly retesting. Those with a value of 7.8 mmol/L (140 mg/dL) or higher have diabetes, although the FPG measurement should be repeated and the $HbA_{1c}$ level measured, since it will be useful in guiding therapy. Patients with intermediate FPG concentrations between 6.4 and 7.7 mmol/L (115-139 mg/dL) probably have IGT or diabetes. Patients with these intermediate FPG concentrations should have their $HbA_{1c}$ level measured. If it is 7.0% or higher, more intensive treatment of diabetes, with pharmacological agents if diet and exercise do not lower the $HbA_{1c}$ level to less than 7.0%, should be used. If an asymptomatic patient cannot return for a fasting sample to diagnose diabetes, an $HbA_{1c}$ level can be measured. If it is at least 7.0% (or ≥1% above the upper limit of normal for the assay used), the patient should be considered to have diabetes, and treatment should proceed accordingly.

In conclusion, the use of FPG concentration followed by selective measurement of an $HbA_{1c}$ level may be the most clinically relevant method for diagnosing pharmacological treatment–requiring diabetes. To confirm the diagnosis of diabetes, a test yielding positive results should be repeated, although no clinical data are available on the reproducibility of $HbA_{1c}$ levels in this setting. In a clinical situation, "diagnosing diabetes" means much more than making a biochemical diagnosis. It encompasses managing both hyperglycemia and hyperlipidemia, hypertension, and obesity (if present). An $HbA_{1c}$ level is invaluable as a guide to overall glycemic control and to the need for pharmacological intervention. It also predicts the risk for the development of the microvascular and neuropathic complications of diabetes. An OGTT is a nonphysiological stress that can identify a subset of the population with abnormal glucose metabolism (although treatment is guided by $HbA_{1c}$ levels and daily measurement of blood glucose concentrations). The OGTT is the standard measure for epidemiologic studies of diabetes, and in this regard it is a useful test. However, it is often not used by clinicians and has many known drawbacks. We hope that simplifying the approach for diagnosing diabetes will lead to the appropriate identification of an increasing number of patients who need treatment to prevent the development and progression of the microvascular and neuropathic complications of diabetes.

The members of the Meta-analysis Research Group on the Diagnosis of Diabetes Using Glycated Hemoglobin Levels are as follows: Dr Peter Bennett, Phoenix, Ariz; Dr B. J. Boucher, London, England; Dr Paolo Brunetti, Perugia, Italy; Dr Barry Gould, Surrey, England; Dr Robert Hanson, Phoenix; Dr Jan-Olof Jeppsson, Malmö, Sweden; Dr Azuma Kanatsuka, Chiba, Japan; Dr William Knowler, Phoenix; Dr Mogens Larsen, Odense, Denmark; the late Dr Michaela Modan (her data were kindly supplied by her husband, Dr Baruch Modan), Tel Hashomer, Israel; Dr Ayesha Motala,



CONFIDENTIAL
AZSER12443702

Congell, South Africa; Dr Trevor Orchard, Pittsburgh, Pa; Dr A. Sekikawa, Yamagata, Japan; Dr Dominique Simon, Villeuif, France; Dr Stuart Soeldner, Sacramento, Calif; Dr Ichiro Tsuji, Sendai, Japan; Dr A. Verrillo, Naples, Italy; Dr James Warram, Boston, Mass; and Dr J. S. Yudkin, London.

Our statistical analysis was funded, in part, by a grant from the American Diabetes Association.

We thank Beth Avecilla for her assistance in contacting the many investigators and Alex Alas for his secretarial skills. Additionally, we thank Drs Knowler, Bennett, and Hanson for their critical review of the manuscript.

### References

1. Harris MI, Hadden WC, Knowler WC, Bennett PH. Prevalence of diabetes and impaired glucose tolerance and plasma glucose levels in US population aged 20-74 yr. *Diabetes.* 1987;36:523-534.
2. Harris MI, Klein R, Welborn TA, Knuiman MW. Onset of NIDDM occurs at least 4-7 yr before clinical diagnosis. *Diabetes Care.* 1992;15:815-819.
3. ADA position statement: office guide to diagnosis and classification of diabetes mellitus and other categories of glucose intolerance. *Diabetes Care.* 1993; 16(suppl 2):4.
4. Orchard TJ. From diagnosis and classification to complications and therapy. *Diabetes Care.* 1994;17: 326-338.
5. Melton LJ, Palumbo PJ, Chu C-P. Incidence of diabetes mellitus by clinical type. *Diabetes Care.* 1983; 6:75-86.
6. Knowler WC. Screening for NIDDM: opportunities for detection, treatment and prevention. *Diabetes Care.* 1994;17:445-450.
7. The Diabetes Control and Complications Trial Research Group. The effect of intensive treatment of diabetes on the development and progression of long-term complications in insulin-dependent diabetes mellitus. *N Engl J Med.* 1993;329:977-986.
8. Liu QZ, Petitt DJ, Hanson RL, et al. Glycated haemoglobin, plasma glucose and diabetic retinopathy. *Diabetologia.* 1993;36:428-432.
9. Ohkubo Y, Kishikawa H, Araki E, et al. Intensive insulin therapy prevents the progression of diabetic microvascular complications in Japanese patients with non-insulin-dependent diabetes mellitus. *Diabetes Res Clin Pract.* 1995;28:103-177.
10. Cederholm J, Ronquist G, Wibell L. Comparison of glycosylated hemoglobin with the oral glucose tolerance test: a study in subjects with normoglycemia, glucose intolerance and non-insulin-dependent diabetes mellitus. *Diabete Metab.* 1984;10:224-229.
11. Albutt EC, Nattrass M, Northam BE. Glucose tolerance test and glycosylated haemoglobin measurement for diagnosis of diabetes mellitus: an assessment of the criteria of the WHO Expert Committee on Diabetes Mellitus 1980. *Ann Clin Biochem.* 1985;22:67-73.
12. Dods RF, Bolmey C. Glycosylated hemoglobin assay and oral glucose tolerance test compared for detection of diabetes mellitus. *Clin Chem.* 1979;25: 764-768.
13. Svendsen PA, Jorgensen J, Nerup J. $HbA_{1c}$ and the diagnosis of diabetes mellitus. *Acta Med Scand.* 1981;210:313-316.
14. Kesson CM, Youn RE, Talwar D, Whitelaw JW, Robb DA. Glycosylated hemoglobin in the diagnosis of non-insulin-dependent diabetes mellitus. *Diabetes Care.* 1982;5:395-398.
15. Lester E, Frazer AD, Shepherd CA, Woodroffe FJ. Glycosylated haemoglobin as an alternative to the glucose tolerance test for the diagnosis of diabetes mellitus. *Ann Clin Biochem.* 1985;22:74-78.
16. John WG, Richardson RW. Glycosylated haemoglobin levels in patients referred for oral glucose tolerance tests. *Diabetic Med.* 1986;3:46-48.
17. Guillauseau PJ, Charles MA, Paolaggi F, et al. Comparison of $HbA_1$ and fructosamine in diagnosis of glucose-tolerance abnormalities. *Diabetes Care.* 1990;13:898-900.
18. Santiago JV, Davis JE, Fisher F. Hemoglobin $A_{1c}$ levels in a diabetes detection program. *J Clin Endocrinol Metab.* 1978;47:578-580.
19. Dix D, Cohen P, Kingsley S, Senkbeil J, Sexton K. Glycohemoglobin and glucose tolerance tests compared as indicators of borderline diabetes. *Clin Chem.* 1979;25:877-879.
20. Lev-Ran A, VanderLaan WP. Glycohemoglobins and glucose tolerance. *JAMA.* 1979;241:912-914.
21. Clipson KL, Kansal PC, Poon M-C, Boshell BR. Hemoglobin $A_1$ in the diagnosis of chemical diabetes mellitus. *Horm Metab Res.* 1982;13:129-131
22. Starkman HS, Soeldner JS, Gleason RE. Oral glucose tolerance: relationship with hemoglobin $A_{1c}$. *Diabetes Res Clin Pract.* 1987;3:343-349.
23. Mulkerin EC, Arnold JD, Dewar R, Sykes D, Rees A, Pathy MSJ. Glycosylated haemoglobin in the diagnosis of diabetes mellitus in elderly people. *Age Ageing.* 1992;21:175-177.
24. Ferrari E, Rossi L. Valutazione dei rapporti intercorrenti tra HbA1, HbA1c in soggestti con OGTT di tipo diabetico ed in soggetti normali. *Quad Sclavo Diagn.* 1985;21:126-129.
25. Seghieri G, De Giorgio LA, Gironi A, Innocenti F, Pettina G. Emoglobine glicosilate ed OGTT nella valutazione della tolleranze glicidica. *Quad Sclavo Diagn.* 1981;17:73-80.
26. Jeppsson J-O, Jerentorp P, Sundkvist G, Englund H, Nylund V. Measurement of hemoglobin $A_{1c}$ by a new liquid-chromatographic assay. *Clin Chem.* 1986;32:1867-1872.
27. Larsen ML. The utility of glycated hemoglobin in identification of impaired glucose tolerance. *Diabetes Res.* 1989;12:67-70.
28. Tsuji I, Nakamoto K, Hasegawa T, et al. Receiver operating characteristic analysis on fasting plasma glucose, HbA1c, and fructosamine on diabetes screening. *Diabetes Care.* 1991;14:1075-1077.
29. Sekikawa A, Tominaga M, Takahashi K, et al. Prevalence of diabetes and impaired glucose tolerance in Funagata area, Japan. *Diabetes Care.* 1993; 16:570-574.
30. Hanson RL, Nelson RG, McCance DR, et al. Comparison of screening tests for non-insulin-dependent diabetes mellitus. *Arch Intern Med.* 1993; 153:2133-2140.
31. Dunn PJ, Cole RA, Soeldner JS, Gleason RE. Reproducibility of hemoglobin $A_{1c}$ and sensitivity to various degrees of glucose intolerance. *Ann Intern Med.* 1979;91:390-396.
32. Kanatsuka A, Osegawa M, Makino H, Kanzaki T, Hashimoto N, Kumagai A. An assessment of the new NIH diagnostic criteria for diabetes mellitus according to insulin response in a 75 g oral glucose tolerance test and levels of hemoglobin $A_{1c}$. *Horm Metab Res.* 1982;14:626-630.
33. Sekikawa A, Tominaga M, Takahashi K, Watanabe H, Miyazawa K, Sasaki H. Is examination of fructosamine levels valuable as a diagnostic test for diabetes mellitus? *Diabetes Res Clin Pract.* 1990;8: 187-192.
34. Simon D, Senan C, Garnier P, Saint-Paul M, Papoz L. Epidemiological features of glycated haemoglobin $A_{1c}$-distribution in a healthy population: the Telecom Study. *Diabetologia.* 1989;32:864-869.
35. Simon D, Coignet MC, Thibult N, Senan C, Eschwege E. Comparison of glycosylated hemoglobin and fasting plasma glucose with two-hour post-load plasma glucose in the detection of diabetes mellitus. *Am J Epidemiol.* 1985;122:589-593.
36. Hall PM, John MS, Cook G, Sheldon J, Rutherford SM, Gould BJ. Glycosylated hemoglobins and glycosylated plasma proteins in the diagnosis of diabetes mellitus and impaired glucose tolerance. *Diabetes Care.* 1984;7:147-150.
37. Boucher BJ, Welch SG, Beer MS. Glycosylated haemoglobins in the diagnosis of diabetes mellitus and impaired glucose tolerance for the assessment of chronic hyperglycemia. *Diabetologia.* 1981;21:34-36.
38. Verillo A, De Teresa A, Golia R, Nunziata V. The relationship between glycosylated haemoglobin levels and various degrees of glucose intolerance. *Diabetologia.* 1983;24:391-393.
39. Forrest RD, Jackson CA, Yudkin JS. The glycohaemoglobin assay as a screen or screening test for diabetes mellitus: the Islington Diabetes Survey. *Diabetes Med.* 1987;4:254-259.
40. Modan M, Halkin H, Karasik A, Lusky A. Effectiveness of glycosylated hemoglobin, fasting plasma glucose, and a single post load plasma glucose level in population screening for glucose intolerance. *Am J Epidemiol.* 1984;119:431-444.
41. Orchard TJ, Daneman D, Becker DJ, et al. Glycosylated hemoglobin: a screening test for diabetes mellitus? *Prev Med.* 1982;11:595-601.
42. Bolli G, Compagnucci P, Cartechini MG, et al. HbA1 in subjects with abnormal glucose tolerance but normal fasting plasma glucose. *Diabetes.* 1980; 29:272-277.
43. Motala AA, Omar MAK. The value of glycosylated haemoglobin as a substitute for the oral glucose tolerance test in the detection of impaired glucose tolerance (IGT). *Diabetes Res Clin Pract.* 1992;17:199-207.
44. WHO Expert Committee on Diabetes Mellitus. *WHO Technical Report, Series 727.* Geneva, Switzerland: World Health Organization; 1985.
45. National Diabetes Data Group. Classification and diagnosis of diabetes mellitus and other categories of glucose intolerance. *Diabetes.* 1979;28:1039-1057.
46. Tustison WA, Bowen AJ, Cramptom JH. Clinical interpretation of plasma glucose values. *Diabetes.* 1966;15:775-777.
47. Ito C, Mito K, Hara H. Review of criteria for diagnosis of diabetes mellitus based on results of follow-up study. *Diabetes.* 1983;32:343-351.
48. Castro A, Scott JP, Grettie DP, Macfarlane D, Bailey RE. Plasma insulin and glucose responses of healthy subjects to varying glucose loads during three-hour glucose tolerance tests. *Diabetes.* 1970;19:842-851.
49. Chandalia HB, Boshell BR. Diagnosis of diabetes: the size and nature of the carbohydrate load. *Diabetes.* 1970;19:863-869.
50. Hedges LV, Olkin I. *Statistical Methods for Meta-analysis.* Orlando, Fla: Academic Press; 1985:200-203.
51. Clark VA, Chapman JM, Coulson AH, Hasselblad V. Dividing the blood pressures from the Los Angeles Heart Study into two normal distributions. *Johns Hopkins Med J.* 1968;77-83.
52. McLaren CE, Brittenham GM, Hasselblad V. Statistical and graphical evaluation of erythrocyte volume distributions. *Am J Physiol.* 1987;252:H857-H866.
53. Hasselblad V. Estimation of parameters for a mixture of normal distributions. *Technometrics.* 1966; 8:431-441.
54. Hasselblad V. Estimation of finite mixtures of distributions from the exponential family. *J Am Stat Assoc.* 1969;64:1459-1571.
55. Olefsky JM, Reaven GM. Insulin and glucose responses to identical and oral glucose tolerance tests performed forty-eight hours apart. *Diabetes.* 1974; 23:449-453.
56. Kosaka K, Mizuno Y, Kuzuga T. Reproducibility of the oral glucose tolerance test and the rice-meal test in mild diabetes. *Diabetes.* 1966;5:901-904.
57. Wilkerson HLC, Butler FK, Francis JO'S. The effect of prior carbohydrate intake on the oral glucose tolerance test. *Diabetes.* 1960;9:386-391.
58. Rushforth NB, Miller M, Bennett PH. Fasting and two-hour post-load glucose levels for the diagnosis of diabetes. *Diabetologia.* 1979;16:373-379.
59. Orchard TJ. From diagnosis and classification to complications and therapy. *Diabetes Care.* 1994;17: 326-338.
60. Melton LJ, Palumbo PJ, Chu C-P. Incidence of diabetes mellitus by clinical type. *Diabetes Care.* 1983; 6:75-86.
61. Krolewski AS, Laffel LMB, Krolewski M, Quinn M, Warram JH. Glycosylated hemoglobin and the risk of microalbuminuria in patients with insulin-dependent diabetes mellitus. *N Engl J Med.* 1995; 332:1251-1255.
62. McCance DR, Hanson RL, Charles MA, et al. Comparison of tests for glycated haemoglobin and fasting and two hour plasma glucose concentrations as diagnostic methods for diabetes. *BMJ.* 1994;308: 1323-1328.
63. Little RR, England JD, Wiedmeyer HM, et al. Relationship of glycosylated hemoglobin to oral glucose tolerance. *Diabetes.* 1988;37:60-64.



CONFIDENTIAL
AZSER12443703

# RISPERDAL®



**(risperidone)**
**Tablets/Oral Solution**

## JANSSEN PHARMACEUTICA PRODUCTS, L.P.

**Physicians' Desk Reference®**

© 1974-2003. The Medical Economics Company. All Rights Reserved.

Company Information

**Document Outline**

DESCRIPTION
CLINICAL PHARMACOLOGY
INDICATIONS AND USAGE
CONTRAINDICATIONS
WARNINGS
PRECAUTIONS
ADVERSE REACTIONS
DRUG ABUSE AND DEPENDENCE
OVERDOSAGE
DOSAGE AND ADMINISTRATION
HOW SUPPLIED

## DESCRIPTION

RISPERDAL® (risperidone) is a psychotropic agent belonging to a new chemical class, the benzisoxazole derivatives. The chemical designation is 3-[2-[4-(6-fluoro-1,2-benzisoxazol-3-yl)-1-piperidinyl]ethyl]-6,7,8,9-tetrahydro-2-methyl-4*H*-pyrido[1,2-a]pyrimidin-4-one. Its molecular formula is $C_{23}H_{27}FN_4O_2$ and its molecular weight is 410.49. The structural formula is:



Risperidone is a white to slightly beige powder. It is practically insoluble in water, freely soluble in methylene chloride, and soluble in methanol and 0.1 N HCl.

RISPERDAL® tablets are available in 0.25 mg (dark yellow), 0.5 mg (red-brown), 1 mg (white), 2 mg (orange), 3 mg (yellow), and 4 mg (green) strengths. Inactive ingredients are colloidal silicon



CONFIDENTIAL
AZSER12443704

dioxide, hydroxypropyl methylcellulose, lactose, magnesium stearate, microcrystalline cellulose, propylene glycol, sodium lauryl sulfate, and starch (corn). Tablets of 0.25, 0.5, 2, 3, and 4 mg also contain talc and titanium dioxide. The 0.25 mg tablets contain yellow iron oxide; the 0.5 mg tablets contain red iron oxide, the 2 mg tablets contain FD&C Yellow No. 6 Aluminum Lake; the 3 mg and 4 mg tablets contain D&C Yellow No. 10; the 4 mg tablets contain FD&C Blue No. 2 Aluminum Lake.

RISPERDAL® is also available as a 1 mg/mL oral solution. The inactive ingredients for this solution are tartaric acid, benzoic acid, sodium hydroxide and purified water.

## CLINICAL PHARMACOLOGY

### Pharmacodynamics

The mechanism of action of RISPERDAL® (risperidone), as with other drugs used to treat schizophrenia, is unknown. However, it has been proposed that this drug's therapeutic activity in schizophrenia is mediated through a combination of dopamine type 2 ($D_2$) and serotonin type 2 ($5HT_2$) antagonism. Antagonism at receptors other than $D_2$ and $5HT_2$ may explain some of the other effects of RISPERDAL®.

RISPERDAL® is a selective monoaminergic antagonist with high affinity (Ki of 0.12 to 7.3 nM) for the serotonin type 2 ($5HT_2$), dopamine type 2 ($D_2$), $\alpha_1$ and $\alpha_2$ adrenergic, and $H_1$ histaminergic receptors. RISPERDAL® antagonizes other receptors, but with lower potency. RISPERDAL® has low to moderate affinity (Ki of 47 to 253 nM) for the serotonin $5HT_{1C}$, $5HT_{1D}$, and $5HT_{1A}$ receptors, weak affinity (Ki of 620 to 800 nM) for the dopamine $D_1$ and haloperidol-sensitive sigma site, and no affinity (when tested at concentrations $>10^{-5}$ M) for cholinergic muscarinic or $\beta_1$ and $\beta_2$ adrenergic receptors.

### Pharmacokinetics

Risperidone is well absorbed, as illustrated by a mass balance study involving a single 1 mg oral dose of $^{14}$C-risperidone as a solution in three healthy male volunteers. Total recovery of radioactivity at one week was 85%, including 70% in the urine and 15% in the feces.

Risperidone is extensively metabolized in the liver by cytochrome $P_{450}IID_6$ to a major active metabolite, 9-hydroxyrisperidone, which is the predominant circulating specie, and appears approximately equi-effective with risperidone with respect to receptor binding activity and some effects in animals. (A second minor pathway is *N*-dealkylation). Consequently, the clinical effect of the drug likely results from the combined concentrations of risperidone plus 9-hydroxyrisperidone. Plasma concentrations of risperidone, 9-hydroxyrisperidone, and risperidone plus 9-hydroxyrisperidone are dose proportional over the dosing range of 1 to 16 mg daily (0.5 to 8 mg BID). The relative oral bioavailability of risperidone from a tablet was 94% (CV=10%) when compared to a solution. Food does not affect either the rate or extent of absorption of risperidone. Thus, risperidone can be given with or without meals. The absolute oral bioavailability of risperidone was 70% (CV=25%).

The enzyme catalyzing hydroxylation of risperidone to 9-hydroxyrisperidone is cytochrome $P_{450}IID_6$, also called debrisoquin hydroxylase, the enzyme responsible for metabolism of many neuroleptics, antidepressants, antiarrhythmics, and other drugs. Cytochrome $P_{450}IID_6$ is subject to genetic polymorphism (about 6-8% of Caucasians, and a very low percent of Asians have little or no activity and are "poor metabolizers") and to inhibition by a variety of substrates and some non-



CONFIDENTIAL
AZSER12443705

substrates, notably quinidine. Extensive metabolizers convert risperidone rapidly into 9-hydroxyrisperidone, while poor metabolizers convert it much more slowly. Extensive metabolizers, therefore, have lower risperidone and higher 9-hydroxyrisperidone concentrations than poor metabolizers. Following oral administration of solution or tablet, mean peak plasma concentrations occurred at about 1 hour. Peak 9-hydroxyrisperidone occurred at about 3 hours in extensive metabolizers, and 17 hours in poor metabolizers. The apparent half-life of risperidone was three hours (CV=30%) in extensive metabolizers and 20 hours (CV=40%) in poor metabolizers. The apparent half-life of 9-hydroxyrisperidone was about 21 hours (CV=20%) in extensive metabolizers and 30 hours (CV=25%) in poor metabolizers. Steady-state concentrations of risperidone are reached in 1 day in extensive metabolizers and would be expected to reach steady state in about 5 days in poor metabolizers. Steady-state concentrations of 9-hydroxyrisperidone are reached in 5-6 days (measured in extensive metabolizers).

Because risperidone and 9-hydroxyrisperidone are approximately equi-effective, the sum of their concentrations is pertinent. The pharmacokinetics of the sum of risperidone and 9-hydroxyrisperidone, after single and multiple doses, were similar in extensive and poor metabolizers, with an overall mean elimination half-life of about 20 hours. In analyses comparing adverse reaction rates in extensive and poor metabolizers in controlled and open studies, no important differences were seen.

Risperidone could be subject to two kinds of drug-drug interactions. First, inhibitors of cytochrome $P_{450}IID_6$ could interfere with conversion of risperidone to 9-hydroxyrisperidone. This in fact occurs with quinidine, giving essentially all recipients a risperidone pharmacokinetic profile typical of poor metabolizers. The favorable and adverse effects of risperidone in patients receiving quinidine have not been evaluated, but observations in a modest number (n≈70) of poor metabolizers given risperidone do not suggest important differences between poor and extensive metabolizers. It would also be possible for risperidone to interfere with metabolism of other drugs metabolized by cytochrome $P_{450}IID_6$ . Relatively weak binding of risperidone to the enzyme suggests this is unlikely (See <u>PRECAUTIONS</u> and <u>DRUG INTERACTIONS</u>).

The plasma protein binding of risperidone was about 90% over the in vitro concentration range of 0.5 to 200 ng/mL and increased with increasing concentrations of $\alpha_1$-acid glycoprotein. The plasma binding of 9-hydroxyrisperidone was 77%. Neither the parent nor the metabolite displaced each other from the plasma binding sites. High therapeutic concentrations of sulfamethazine (100 µg/mL), warfarin (10 µg/mL) and carbamazepine (10 µg/mL) caused only a slight increase in the free fraction of risperidone at 10 ng/mL and 9-hydroxyrisperidone at 50 ng/mL, changes of unknown clinical significance.

**Special Populations**

***Renal Impairment:*** In patients with moderate to severe renal disease, clearance of the sum of risperidone and its active metabolite decreased by 60% compared to young healthy subjects. RISPERDAL® doses should be reduced in patients with renal disease (See <u>PRECAUTIONS</u> and <u>DOSAGE AND ADMINISTRATION</u>).

***Hepatic Impairment:*** While the pharmacokinetics of risperidone in subjects with liver disease were comparable to those in young healthy subjects, the mean free fraction of risperidone in plasma was increased by about 35% because of the diminished concentration of both albumin and $\alpha_1$-acid glycoprotein. RISPERDAL® doses should be reduced in patients with liver disease (See <u>PRECAUTIONS</u> and <u>DOSAGE AND ADMINISTRATION</u>).

***Elderly:*** In healthy elderly subjects renal clearance of both risperidone and 9-hydroxyrisperidone



CONFIDENTIAL
AZSER12443706

was decreased, and elimination half-lives were prolonged compared to young healthy subjects. Dosing should be modified accordingly in the elderly patients (See DOSAGE AND ADMINISTRATION).

***Race and Gender Effects:*** No specific pharmacokinetic study was conducted to investigate race and gender effects, but a population pharmacokinetic analysis did not identify important differences in the disposition of risperidone due to gender (whether corrected for body weight or not) or race.

**Clinical Trials**

The efficacy of RISPERDAL® in the treatment of schizophrenia was established in four short-term (4 to 8-week) controlled trials of psychotic inpatients who met DSM-III-R criteria for schizophrenia.

Several instruments were used for assessing psychiatric signs and symptoms in these studies, among them the Brief Psychiatric Rating Scale (BPRS), a multi-item inventory of general psychopathology traditionally used to evaluate the effects of drug treatment in schizophrenia. The BPRS psychosis cluster (conceptual disorganization, hallucinatory behavior, suspiciousness, and unusual thought content) is considered a particularly useful subset for assessing actively psychotic schizophrenic patients. A second traditional assessment, the Clinical Global Impression (CGI), reflects the impression of a skilled observer, fully familiar with the manifestations of schizophrenia, about the overall clinical state of the patient. In addition, two more recently developed, but less well evaluated scales, were employed; these included the Positive and Negative Syndrome Scale (PANSS) and the Scale for Assessing Negative Symptoms (SANS).

The results of the trials follow:

1. In a 6-week, placebo-controlled trial (n=160) involving titration of RISPERDAL® in doses up to 10 mg/day (BID schedule), RISPERDAL® was generally superior to placebo on the BPRS total score, on the BPRS psychosis cluster, and marginally superior to placebo on the SANS.
2. In an 8-week, placebo-controlled trial (n=513) involving 4 fixed doses of RISPERDAL® (2, 6, 10, and 16 mg/day, on a BID schedule), all 4 RISPERDAL® groups were generally superior to placebo on the BPRS total score, BPRS psychosis cluster, and CGI severity score; the 3 highest RISPERDAL® dose groups were generally superior to placebo on the PANSS negative subscale. The most consistently positive responses on all measures were seen for the 6 mg dose group, and there was no suggestion of increased benefit from larger doses.
3. In an 8-week, dose comparison trial (n=1356) involving 5 fixed doses of RISPERDAL® (1, 4, 8, 12, and 16 mg/day, on a BID schedule), the four highest RISPERDAL® dose groups were generally superior to the 1 mg RISPERDAL® dose group on BPRS total score, BPRS psychosis cluster, and CGI severity score. None of the dose groups were superior to the 1 mg group on the PANSS negative subscale. The most consistently positive responses were seen for the 4 mg dose group.
4. In a 4-week, placebo-controlled dose comparison trial (n=246) involving 2 fixed doses of RISPERDAL® (4 and 8 mg/day on a QD schedule), both RISPERDAL® dose groups were generally superior to placebo on several PANSS measures, including a response measure (> 20% reduction in PANSS total score), PANSS total score, and the BPRS psychosis cluster (derived from PANSS). The results were generally stronger for the 8 mg than for the 4 mg dose group.

Long-Term Efficacy

In a longer-term trial, 365 adult outpatients predominantly meeting DSM-IV criteria for schizophrenia and who had been clinically stable for at least 4 weeks on an antipsychotic medication were randomized to RISPERDAL® (2-8 mg/day) or to an active comparator, for 1 to 2 years of observation for relapse. Patients receiving RISPERDAL® experienced a significantly longer time to



CONFIDENTIAL
AZSER12443707

relapse over this time period compared to those receiving the active comparator.

## INDICATIONS AND USAGE

RISPERDAL® (risperidone) is indicated for the treatment of schizophrenia.

The efficacy of RISPERDAL® in schizophrenia was established in short-term (6 to 8-weeks) controlled trials of schizophrenic inpatients (See CLINICAL PHARMACOLOGY).

The efficacy of RISPERDAL® in delaying relapse was demonstrated in schizophrenic patients who had been clinically stable for at least 4 weeks before initiation of treatment with RISPERDAL® or an active comparator and who were then observed for relapse during a period of 1 to 2 years (See Clinical Trials, under CLINICAL PHARMACOLOGY ). Nevertheless, the physician who elects to use RISPERDAL® for extended periods should periodically re-evaluate the long-term usefulness of the drug for the individual patient (See DOSAGE AND ADMINISTRATION ).

## CONTRAINDICATIONS

RISPERDAL® (risperidone) is contraindicated in patients with a known hypersensitivity to the product.

## WARNINGS

### Neuroleptic Malignant Syndrome (NMS)

A potentially fatal symptom complex sometimes referred to as Neuroleptic Malignant Syndrome (NMS) has been reported in association with antipsychotic drugs. Clinical manifestations of NMS are hyperpyrexia, muscle rigidity, altered mental status and evidence of autonomic instability (irregular pulse or blood pressure, tachycardia, diaphoresis and cardiac dysrhythmia). Additional signs may include elevated creatine phosphokinase, myoglobinuria (rhabdomyolysis), and acute renal failure.

The diagnostic evaluation of patients with this syndrome is complicated. In arriving at a diagnosis, it is important to identify cases where the clinical presentation includes both serious medical illness (e.g., pneumonia, systemic infection, etc.) and untreated or inadequately treated extrapyramidal signs and symptoms (EPS). Other important considerations in the differential diagnosis include central anticholinergic toxicity, heat stroke, drug fever, and primary central nervous system pathology.

The management of NMS should include: 1) immediate discontinuation of antipsychotic drugs and other drugs not essential to concurrent therapy; 2) intensive symptomatic treatment and medical monitoring; and 3) treatment of any concomitant serious medical problems for which specific treatments are available. There is no general agreement about specific pharmacological treatment regimens for uncomplicated NMS.

If a patient requires antipsychotic drug treatment after recovery from NMS, the potential reintroduction of drug therapy should be carefully considered. The patient should be carefully monitored, since recurrences of NMS have been reported.

### Tardive Dyskinesia

A syndrome of potentially irreversible, involuntary, dyskinetic movements may develop in patients treated with antipsychotic drugs. Although the prevalence of the syndrome appears to be highest among the elderly, especially elderly women, it is impossible to rely upon prevalence estimates to



CONFIDENTIAL
AZSER12443708

predict, at the inception of antipsychotic treatment, which patients are likely to develop the syndrome. Whether antipsychotic drug products differ in their potential to cause tardive dyskinesia is unknown.

The risk of developing tardive dyskinesia and the likelihood that it will become irreversible are believed to increase as the duration of treatment and the total cumulative dose of antipsychotic drugs administered to the patient increase. However, the syndrome can develop, although much less commonly, after relatively brief treatment periods at low doses.

There is no known treatment for established cases of tardive dyskinesia, although the syndrome may remit, partially or completely, if antipsychotic treatment is withdrawn. Antipsychotic treatment, itself, however, may suppress (or partially suppress) the signs and symptoms of the syndrome and thereby may possibly mask the underlying process. The effect that symptomatic suppression has upon the long-term course of the syndrome is unknown.

Given these considerations, RISPERDAL® (risperidone) should be prescribed in a manner that is most likely to minimize the occurrence of tardive dyskinesia. Chronic antipsychotic treatment should generally be reserved for patients who suffer from a chronic illness that (1) is known to respond to antipsychotic drugs, and (2) for whom alternative, equally effective, but potentially less harmful treatments are not available or appropriate. In patients who do require chronic treatment, the smallest dose and the shortest duration of treatment producing a satisfactory clinical response should be sought. The need for continued treatment should be reassessed periodically.

If signs and symptoms of tardive dyskinesia appear in a patient on RISPERDAL®, drug discontinuation should be considered. However, some patients may require treatment with RISPERDAL® despite the presence of the syndrome.

**Potential for Proarrhythmic Effects:** Risperidone and/or 9-hydroxyrisperidone appears to lengthen the QT interval in some patients, although there is no average increase in treated patients, even at 12-16 mg/day, well above the recommended dose. Other drugs that prolong the QT interval have been associated with the occurrence of torsades de pointes, a life-threatening arrhythmia. Bradycardia, electrolyte imbalance, concomitant use with other drugs that prolong QT, or the presence of congenital prolongation in QT can increase the risk for occurrence of this arrhythmia.

## PRECAUTIONS

### General

***Orthostatic Hypotension:*** RISPERDAL® (risperidone) may induce orthostatic hypotension associated with dizziness, tachycardia, and in some patients, syncope, especially during the initial dose-titration period, probably reflecting its alpha-adrenergic antagonistic properties. Syncope was reported in 0.2% (6/2607) of RISPERDAL® treated patients in phase 2-3 studies. The risk of orthostatic hypotension and syncope may be minimized by limiting the initial dose to 2 mg total (either QD or 1 mg BID) in normal adults and 0.5 mg BID in the elderly and patients with renal or hepatic impairment (See DOSAGE AND ADMINISTRATION). Monitoring of orthostatic vital signs should be considered in patients for whom this is of concern. A dose reduction should be considered if hypotension occurs. RISPERDAL® should be used with particular caution in patients with known cardiovascular disease (history of myocardial infarction or ischemia, heart failure, or conduction abnormalities), cerebrovascular disease, and conditions which would predispose patients to hypotension e.g., dehydration and hypovolemia. Clinically significant hypotension has been observed with concomitant use of RISPERDAL® and antihypertensive medication.

***Seizures:*** During premarketing testing, seizures occurred in 0.3% (9/2607) of RISPERDAL® treated patients, two in association with hyponatremia. RISPERDAL® should be used cautiously in

patients with a history of seizures.

***Dysphagia:*** Esophageal dysmotility and aspiration have been associated with antipsychotic drug use. Aspiration pneumonia is a common cause of morbidity and mortality in patients with advanced Alzheimer's dementia.RISPERDAL® and other antipsychotic drugs should be used cautiously in patients at risk for aspiration pneumonia.

***Hyperprolactinemia:*** As with other drugs that antagonize dopamine $D_2$ receptors, risperidone elevates prolactin levels and the elevation persists during chronic administration. Tissue culture experiments indicate that approximately one-third of human breast cancers are prolactin dependent in vitro, a factor of potential importance if the prescription of these drugs is contemplated in a patient with previously detected breast cancer. Although disturbances such as galactorrhea, amenorrhea, gynecomastia, and impotence have been reported with prolactin-elevating compounds, the clinical significance of elevated serum prolactin levels is unknown for most patients. As is common with compounds which increase prolactin release, an increase in pituitary gland, mammary gland, and pancreatic islet cell hyperplasia and/or neoplasia was observed in the risperidone carcinogenicity studies conducted in mice and rats (See CARCINOGENESIS). However, neither clinical studies nor epidemiologic studies conducted to date have shown an association between chronic administration of this class of drugs and tumorigenesis in humans; the available evidence is considered too limited to be conclusive at this time.

***Potential for Cognitive and Motor Impairment:*** Somnolence was a commonly reported adverse event associated with RISPERDAL® treatment, especially when ascertained by direct questioning of patients. This adverse event is dose related, and in a study utilizing a checklist to detect adverse events, 41% of the high dose patients (RISPERDAL® 16 mg/day) reported somnolence compared to 16% of placebo patients. Direct questioning is more sensitive for detecting adverse events than spontaneous reporting, by which 8% of RISPERDAL® 16 mg/day patients and 1% of placebo patients reported somnolence as an adverse event. Since RISPERDAL® has the potential to impair judgment, thinking, or motor skills, patients should be cautioned about operating hazardous machinery, including automobiles, until they are reasonably certain that RISPERDAL® therapy does not affect them adversely.

***Priapism:*** Rare cases of priapism have been reported. While the relationship of the events to RISPERDAL® use has not been established, other drugs with alpha-adrenergic blocking effects have been reported to induce priapism, and it is possible that RISPERDAL® may share this capacity. Severe priapism may require surgical intervention.

***Thrombotic Thrombocytopenic Purpura (TTP):*** A single case of TTP was reported in a 28 year-old female patient receiving RISPERDAL® in a large, open premarketing experience (approximately 1300 patients). She experienced jaundice, fever, and bruising, but eventually recovered after receiving plasmapheresis. The relationship to RISPERDAL® therapy is unknown.

***Antiemetic effect:*** Risperidone has an antiemetic effect in animals; this effect may also occur in humans, and may mask signs and symptoms of overdosage with certain drugs or of conditions such as intestinal obstruction, Reye's syndrome, and brain tumor.

***Body Temperature Regulation:*** Disruption of body temperature regulation has been attributed to antipsychotic agents. Both hyperthermia and hypothermia have been reported in association with RISPERDAL® use. Caution is advised when prescribing for patients who will be exposed to temperature extremes.

***Suicide:*** The possibility of a suicide attempt is inherent in schizophrenia, and close supervision of high risk patients should accompany drug therapy. Prescriptions for RISPERDAL® should be written for the smallest quantity of tablets consistent with good patient management, in order to



CONFIDENTIAL
AZSER12443710