Short-term (3-4 weeks) antimanic efficacy was demonstrated in a dose range of 5 mg to 20 mg/day in clinical trials. The safety of doses above 20 mg/day has not been evaluated in clinical trials.

<u>Dosing in Special Populations</u>–*See* Dosing in Special Populations *under* DOSAGE AND ADMINISTRATION. Schizophrenia.

<u>Maintenance Treatment</u> –There is no body of evidence available from controlled trials to guide a clinician in the longer-term management of a patient who improves during treatment of an acute manic episode with olanzapine. While it is generally agreed that pharmacological treatment beyond an acute response in mania is desirable, both for maintenance of the initial response and for prevention of new manic episodes, there are no systematically obtained data to support the use of olanzapine in such longer-term treatment (i.e., beyond 3-4 weeks).

*Administration of ZYPREXA ZYDIS (olanzapine orally disintegrating tablets)*–After opening sachet, peel back foil on blister. Do not push tablet through foil. Immediately upon opening the blister, using dry hands, remove tablet and place entire ZYPREXA ZYDIS in the mouth. Tablet disintegration occurs rapidly in saliva so it can be easily swallowed with or without liquid.

## HOW SUPPLIED

The ZYPREXA 2.5 mg, 5 mg, 7.5 mg, and 10 mg tablets are white, round, and imprinted in blue ink with LILLY and tablet number. The 15 mg tablets are elliptical, blue, and debossed with LILLY and tablet number. The 20 mg tablets are elliptical, pink, and debossed with LILLY and tablet number. The tablets are available as follows:

| | **TABLET STRENGTH** | | | | | |
|---|---|---|---|---|---|---|
| | **2.5 mg** | **5 mg** | **7.5 mg** | **10 mg** | **15 mg** | **20 mg** |
| Tablet No. | 4112 | 4115 | 4116 | 4117 | 4415 | 4420 |
| Identification | LILLY 4112 | LILLY 4115 | LILLY 4116 | LILLY 4117 | LILLY 4415 | LILLY 4420 |
| NDC Codes: | | | | | | |
| Bottles 60 | NDC-0002-4112-60 | NDC-0002-4115-60 | NDC-0002-4116-60 | NDC-0002-4117-60 | NDC-0002-4415-60 | NDC-0002-4420-60 |
| Blisters - ID* 100 | NDC-0002-4112-33 | NDC-0002-4115-33 | NDC-0002-4116-33 | NDC-0002-4117-33 | NDC-0002-4415-33 | NDC-0002-4420-33 |
| Bottles 1000 | NDC-0002-4112-04 | NDC-0002-4115-04 | – | NDC-0002-4117-04 | NDC-0002-4415-04 | NDC-0002-4420-04 |

\* Identi-Dose® (unit dose medication, Lilly)

ZYPREXA ZYDIS (olanzapine orally disintegrating tablets) are yellow, round, and debossed with the tablet strength. The tablets are available as follows:

| **ZYPREXA ZYDIS Tablets\*** | **TABLET STRENGTH** | | | |
|---|---|---|---|---|
| | **5 mg** | **10 mg** | **15 mg** | **20 mg** |
| Tablet No. | 4453 | 4454 | 4455 | 4456 |
| Debossed | 5 | 10 | 15 | 20 |
| NDC Codes: Dose Pack 30 (Child-Resistant) | NDC-0002-4453-85 | NDC-0002-4454-85 | NDC-0002-4455-85 | NDC-0002-4456-85 |

ZYPREXA is a registered trademark of Eli Lilly and Company.

CONFIDENTIAL
AZSER12443745

ZYDIS is a registered trademark of R. P. Scherer Corporation.

* ZYPREXA ZYDIS (olanzapine orally disintegrating tablets) is manufactured for Eli Lilly and Company by Scherer DDS Limited, United Kingdom, SN5 8RU.

Store at controlled room temperature, 20° to 25°C (68° to 77°F) [*see* USP]. The USP defines controlled room temperature as a temperature maintained thermostatically that encompasses the usual and customary working environment of 20° to 25°C (68° to 77°F); that results in a mean kinetic temperature calculated to be not more than 25°C; and that allows for excursions between 15° and 30°C (59° and 86°F) that are experienced in pharmacies, hospitals, and warehouses.

Protect from light and moisture.

## ANIMAL TOXICOLOGY

In animal studies with olanzapine, the principal hematologic findings were reversible peripheral cytopenias in individual dogs dosed at 10 mg/kg (17 times the maximum recommended human daily dose on a mg/m$^2$ basis), dose-related decreases in lymphocytes and neutrophils in mice, and lymphopenia in rats. A few dogs treated with 10 mg/kg developed reversible neutropenia and/or reversible hemolytic anemia between 1 and 10 months of treatment. Dose-related decreases in lymphocytes and neutrophils were seen in mice given doses of 10 mg/kg (equal to 2 times the maximum recommended human daily dose on a mg/m$^2$ basis) in studies of 3 months' duration. Nonspecific lymphopenia, consistent with decreased body weight gain, occurred in rats receiving 22.5 mg/kg (11 times the maximum recommended human daily dose on a mg/m$^2$ basis) for 3 months or 16 mg/kg (8 times the maximum recommended human daily dose on a mg/m$^2$ basis) for 6 or 12 months. No evidence of bone marrow cytotoxicity was found in any of the species examined. Bone marrows were normocellular or hypercellular, indicating that the reductions in circulating blood cells were probably due to peripheral (non-marrow) factors.

Literature revised November, 2001

PV 3395 AMP

Copyright © 1997, 2001, Eli Lilly and Company. All rights reserved.

333

CONFIDENTIAL
AZSER12443746

# SEROQUEL®



**(quetiapine fumarate)**
*Tablets*

## ASTRAZENECA PHARMACEUTICALS LP

### Physicians' Desk Reference®

© 1974-2003. The Medical Economics Company. All Rights Reserved.

Company Information

**Document Outline**

DESCRIPTION
CLINICAL PHARMACOLOGY
INDICATIONS AND USAGE
CONTRAINDICATIONS
WARNINGS
PRECAUTIONS
ADVERSE REACTIONS
DRUG ABUSE AND DEPENDENCE
OVERDOSAGE
DOSAGE AND ADMINISTRATION
HOW SUPPLIED
ANIMAL TOXICOLOGY

## DESCRIPTION

SEROQUEL (quetiapine fumarate) is an antipsychotic drug belonging to a new chemical class, the dibenzothiazepine derivatives. The chemical designation is 2-[2-(4-dibenzo *[b,f]* [1,4]thiazepin-11-yl-1-piperazinyl)ethoxy]-ethanol fumarate (2:1) (salt). It is present in tablets as the fumarate salt. All doses and tablet strengths are expressed as milligrams of base, not as fumarate salt. Its molecular formula is $C_{42}H_{50}N_6O_4S_2 \cdot C_4H_4O_4$ and it has a molecular weight of 883.11 (fumarate salt). The structural formula is:



Quetiapine fumarate is a white to off-white crystalline powder which is moderately soluble in water.

334

CONFIDENTIAL
AZSER12443747

SEROQUEL is supplied for oral administration as 25 mg (peach), 100 mg (yellow), 200 mg (round, white), and 300 mg (capsule-shaped, white) tablets.

Inactive ingredients are povidone, dibasic dicalcium phosphate dihydrate, microcrystalline cellulose, sodium starch glycolate, lactose monohydrate, magnesium stearate, hydroxypropyl methylcellulose, polyethylene glycol and titanium dioxide.

The 25 mg tablets contain red ferric oxide and yellow ferric oxide and the 100 mg tablets contain only yellow ferric oxide.

## CLINICAL PHARMACOLOGY

### Pharmacodynamics

SEROQUEL is an antagonist at multiple neurotransmitter receptors in the brain: serotonin $5HT_{1A}$ and $5HT_2$ ($1C_{50s}$=717 & 148nM, respectively), dopamine $D_1$ and $D_2$ ($IC_{50s}$=1268 & 329nM, respectively), histamine $H_1$ ($IC_{50}$=30nM), and adrenergic $\alpha_1$ and $\alpha_2$ receptors ($IC_{50s}$=94 & 271nM, respectively). SEROQUEL has no appreciable affinity at cholinergic muscarinic and benzodiazepine receptors ($IC_{50s}$>5000 nM).

The mechanism of action of SEROQUEL, as with other antipsychotic drugs, is unknown. However, it has been proposed that this drug's therapeutic activity in schizophrenia is mediated through a combination of dopamine type 2 ($D_2$) and serotonin type 2 ($5HT_2$) antagonism. Antagonism at receptors other than dopamine and $5HT_2$ with similar receptor affinities may explain some of the other effects of SEROQUEL.

SEROQUEL's antagonism of histamine $H_1$ receptors may explain the somnolence observed with this drug.

SEROQUEL's antagonism of adrenergic $\alpha_1$ receptors may explain the orthostatic hypotension observed with this drug.

### Pharmacokinetics

Quetiapine fumarate activity is primarily due to the parent drug. The multiple-dose pharmacokinetics of quetiapine are dose-proportional within the proposed clinical dose range, and quetiapine accumulation is predictable upon multiple dosing. Elimination of quetiapine is mainly via hepatic metabolism with a mean terminal half-life of about 6 hours within the proposed clinical dose range. Steady-state concentrations are expected to be achieved within two days of dosing. Quetiapine is unlikely to interfere with the metabolism of durgs metabolized by cytochrome P450 enzymes.

**Absorption:** Quetiapine fumarate is rapidly absorbed after oral administration, reaching peak plasma concentrations in 1.5 hours. The tablet formulation is 100% bioavailable relative to solution. The bioavailability of quetiapine is marginally affected by administration with food, with $C_{max}$ and AUC values increased by 25% and 15%, respectively.

**Distribution:** Quetiapine is widely distributed throughout the body with an apparent volume of distribution of 10±4 L/kg. It is 83% bound to plasma proteins at therapeutic concentrations. *In vitro*, quetiapine did not affect the binding of warfarin or diazepam to human serum albumin. In turn, neither warfarin nor diazepam altered the binding of quetiapine.

CONFIDENTIAL
AZSER12443748

**Metabolism and Elimination:** Following a single oral dose of $^{14}$C-quetiapine, less than 1% of the administered dose was excreted as unchanged drug, indicating that quetiapine is highly metabolized. Approximately 73% and 20% of the dose was recovered in the urine and feces, respectively.

Quetiapine is extensively metabolized by the liver. The major metabolic pathways are sulfoxidation to the sulfoxide metabolite and oxidation to the parent acid metabolite; both metabolites are pharmacologically inactive. *In vitro* studies using human liver microsomes revealed that the cytochrome P450 3A4 isoenzyme is involved in the metabolism of quetiapine to its major, but inactive, sulfoxide metabolite.

**Population Subgroups**

**Age:** Oral clearance of quetiapine was reduced by 40% in elderly patients (>=65 years, n=9) compared to young patients (n=12), and dosing adjustment may be necessary (See **DOSAGE AND ADMINISTRATION**).

**Gender:** There is no gender effect on the pharmacokinetics of quetiapine.

**Race:** There is no race effect on the pharmacokinetics of quetiapine.

**Smoking:** Smoking has no effect on the oral clearance of quetiapine.

**Renal Insufficiency:** Patients with severe renal impairment (Clcr=10-30 mL/min/1.73 m$^2$, n=8) had a 25% lower mean oral clearance than normal subjects (Clcr > 80 mL/min/1.73 m$^2$, n=8), but plasma quetiapine concentrations in the subjects with renal insufficiency were within the range of concentrations seen in normal subjects receiving the same dose. Dosage adjustment is therefore not needed in these patients.

**Hepatic Insufficiency:** Hepatically impaired patients (n=8) had a 30% lower mean oral clearance of quetiapine than normal subjects. In two of the 8 hepatically impaired patients, AUC and $C_{max}$ were 3-times higher than those observed typically in healthy subjects. Since quetiapine is extensively metabolized by the liver, higher plasma levels are expected in the hepatically impaired population, and dosage adjustment may be needed (See **DOSAGE AND ADMINISTRATION**).

**Drug-Drug Interactions:** *In vitro* enzyme inhibition data suggest that quetiapine and 9 of its metabolites would have little inhibitory effect on *in vivo* metabolism mediated by cytochromes P450 1A2, 2C9, 2C19, 2D6 and 3A4.

Quetiapine oral clearance is increased by the prototype cytochrome P450 3A4 inducer, phenytoin, and decreased by the prototype cytochrome P450 3A4 inhibitor, ketoconazole. Dose adjustment of quetiapine will be necessary if it is coadministered with phenytoin or ketoconazole (See **Drug Interactions** under **PRECAUTIONS** and **DOSAGE AND ADMINISTRATION**.)

Quetiapine oral clearance is not inhibited by the non-specific enzyme inhibitor, cimetidine.

Quetiapine at doses of 750 mg/day did not affect the single dose pharmacokinetics of antipyrine, lithium or lorazepam (See **Drug Interactions** under **PRECAUTIONS**).

**Clinical Efficacy Data**

The efficacy of SEROQUEL in the treatment of schizophrenia was established in 3 short-term (6-week) controlled trials of inpatients with schizophrenia who met DSM III-R criteria for

CONFIDENTIAL
AZSER12443749

schizophrenia. Although a single fixed dose haloperidol arm was included as a comparative treatment in one of the three trials, this single haloperidol dose group was inadequate to provide a reliable and valid comparison of SEROQUEL and haloperidol.

Several instruments were used for assessing psychiatric signs and symptoms in these studies, among them the Brief Psychiatric Rating Scale (BPRS), a multi-item inventory of general psychopathology traditionally used to evaluate the effects of drug treatment in schizophrenia. The BPRS psychosis cluster (conceptual disorganization, hallucinatory behavior, suspiciousness, and unusual thought content) is considered a particularly useful subset for assessing actively psychotic schizophrenic patients. A second traditional assessment, the Clinical Global Impression (CGI), reflects the impression of a skilled observer, fully familiar with the manifestations of schizophrenia, about the overall clinical state of the patient. In addition, the Scale for Assessing Negative Symptoms (SANS), a more recently developed but less well evaluated scale, was employed for assessing negative symptoms.

The results of the trials follow:

1. In a 6-week, placebo-controlled trial (n=361) involving 5 fixed doses of SEROQUEL (75, 150, 300, 600 and 750 mg/day on a tid schedule), the 4 highest doses of SEROQUEL were generally superior to placebo on the BPRS total score, the BPRS psychosis cluster and the CGI severity score, with the maximal effect seen at 300 mg/day, and the effects of doses of 150 to 750 were generally indistinguishable. SEROQUEL, at a dose of 300 mg/day, was superior to placebo on the SANS.
2. In a 6-week, placebo-controlled trial (n=286) involving titration of SEROQUEL in high (up to 750 mg/day on a tid schedule) and low (up to 250 mg/day on a tid schedule) doses, only the high dose SEROQUEL group (mean dose, 500 mg/day) was generally superior to placebo on the BPRS total score, the BPRS psychosis cluster, the CGI severity score, and the SANS.
3. In a 6-week dose and dose regimen comparison trial (n=618) involving two fixed doses of SEROQUEL (450 mg/day on both bid and tid schedules and 50 mg/day on a bid schedule), only the 450 mg/day (225 mg bid schedule) dose group was generally superior to the 50 mg/day (25 mg bid) SEROQUEL dose group on the BPRS total score, the BPRS psychosis cluster, the CGI severity score, and on the SANS.

Examination of population subsets (race, gender, and age) did not reveal any differential responsiveness on the basis of race or gender, with an apparently greater effect in patients under the age of 40 compared to those older than 40. The clinical significance of this finding is unknown.

## INDICATIONS AND USAGE

SEROQUEL is indicated for the treatment schizophrenia.

The efficacy of SEROQUEL in schizophrenia was established in short-term (6-week) controlled trials of schizophrenic inpatients (See **CLINICAL PHARMACOLOGY**).

The effectiveness of SEROQUEL in long-term use, that is, for more than 6 weeks, has not been systematically evaluated in controlled trials. Therefore, the physician who elects to use SEROQUEL for extended periods should periodically re-evaluate the long-term usefulness of the drug for the individual patient (See **DOSAGE AND ADMINISTRATION**.)

## CONTRAINDICATIONS

SEROQUEL is contraindicated in individuals with a known hypersensitivity to this medication or any of its ingredients.

CONFIDENTIAL
AZSER12443750

# WARNINGS

## Neuroleptic Malignant Syndrome (NMS)

A pontentially fatal symptom complex sometimes referred to as Neuroleptic Malignant Syndrome (NMS) has been reported in association with administration of antipsychotic drugs. Two possible cases of NMS [2/2387 (0.1%)] have been reported in clinical trials with SEROQUEL. Clinical manifestations of NMS are hyperpyrexia, muscle rigidity, altered mental status, and evidence of autonomic instability (irregular pulse or blood pressure, tachycardia, diaphoresis, and cardiac dysrhythmia). Additional signs may include elevated creatine phosphokinase, myoglobinuria (rhabdomyolysis) and acute renal failure.

The diagnostic evaluation of patients with this syndrome is complicated. In arriving at a diagnosis, it is important to exclude cases where the clinical presentation includes both serious medical illness (e.g., pneumonia, systemic infection, etc.) and untreated or inadequately treated extrapyramidal signs and symptoms (EPS). Other important considerations in the differential diagnosis include central anticholinergic toxicity, heat stroke, drug fever and primary central nervous system (CNS) pathology.

The management of NMS should include: 1) immediate discontinuation of antipsychotic drugs and other drugs not essential to concurrent therapy; 2) intensive symptomatic treatment and medical monitoring; and 3) treatment of any concomitant serious medical problems for which specific treatments are available. There is no general agreement about specific pharmacological treatment regimens for NMS.

If a patient requires antipsychotic drug treatment after recovery from NMS, the potential reintroduction of drug therapy should be carefully considered. The patient should be carefully monitored since recurrence of NMS have been reported.

## Tardive Dyskinesia

A syndrome of potentially irreversible, involuntary, dyskinetic movements may develop in patients treated with antipsychotic drugs. Although the prevalence of the syndrome appears to be highest among the elderly, especially elderly women, it is impossible to rely upon prevalence estimates to predict, at the inception of antipsychotic treatment, which patients are likely to develop the syndrome. Whether antipsychotic drug products differ in their potential to cause tardive dyskinesia is unknown.

The risk of developing tardive dyskinesia and the likelihood that it will become irreversible are believed to increase as the duration of treatment and the total cumulative dose of antipsychotic drugs administered to the patient increase. However, the syndrome can develop, although much less commonly, after relatively brief treatment periods at low doses.

There is no known treatment for established cases of tardive dyskinesia, although the syndrome may remit, partially or completely, if antipsychotic treatment is withdrawn. Antipsychotic treatment, itself, however, may suppress (or partially suppress) the signs and symptoms of the syndrome and thereby may possibly mask the underlying process. The effect that symptomatic suppression has upon the long-term course of the syndrome is unknown.

Given these considerations, SEROQUEL should be prescribed in a manner that is most likely to minimize the occurrence of tardive dyskinesia. Chronic antipsychotic treatment should generally be reserved for patients who appear to suffer from a chronic illness that (1) is known to respond to antipsychotic drugs, and (2) for whom alternative, equally effective, but potentially less harmful treatments are not available or appropriate. In patients who do require chronic treatment, the smallest

CONFIDENTIAL
AZSER12443751

dose and the shortest duration of treatment producing a satisfactory clinical response should be sought. The need for continued treatment should be reassessed periodically.

If signs and symptoms of tardive dyskinesia appear in a patient on SEROQUEL, drug discontinuation should be considered. However, some patients may require treatment with SEROQUEL despite the presence of the syndrome.

## PRECAUTIONS

### General

**Orthostatic Hypotension:**  SEROQUEL may induce orthostatic hypotension associated with dizziness, tachycardia and, in some patients, syncope, especially during the initial dose-titration period, probably reflecting its $\alpha_1$-adrenergic antagonist properties. Syncope was reported in 1% (22/2162) of the patients treated with SEROQUEL, compared with 0% (0/206) on placebo and about 0.5% (2/420) on active control drugs. The risk of orthostatic hypotension and syncope may be minimized by limiting the initial dose to 25 mg bid (See **DOSAGE AND ADMINISTRATION**). If hypotension occurs during titration to the target dose, a return to the previous dose in the titration schedule is appropriate.

SEROQUEL should be used with particular caution in patients with known cardiovascular disease (history of myocardial infarction or ischemic heart disease, heart failure or conduction abnormalities), cerebrovascular disease or conditions which would predispose patients to hypotension (dehydration, hypovolemia and treatment with antihypertensive medications).

**Cataracts: The development of cataracts was observed in association with quetiapine treatment in chronic dog studies (see <u>Animal Toxicology</u>). Lens changes have also been observed in patients during long-term SEROQUEL treatment, but a causal relationship to SEROQUEL use has not been established. Nevertheless, the possibility of lenticular changes cannot be excluded at this time. Therefore, examination of the lens by methods adequate to detect cataract formation, such as slit lamp exam or other appropriately sensitive methods, is recommended at initiation of treatment or shortly thereafter, and at 6 month intervals during chronic treatment.**

**Seizures:**  During clinical trials, seizures occurred in 0.8% (18/2387) of patients treated with SEROQUEL compared to 0.5% (1/206) or placebo and 1% (4/420) on active control drugs. As with other antipsychotics SEROQUEL should be used cautiously in patients with a history of seizures or with conditions that potentially lower the seizure threshold, e.g., Alzheimer's dementia. Conditions that lower the seizure threshold may be more prevalent in a population of 65 years or older.

**Hypothyroidism:**  Clinical trials with SEROQUEL demonstrated a dose-related decrease in total and free thyroxine (T4) of approximately 20% at the higher end of the therapeutic dose range and was maximal in the first two to four weeks of treatment and maintained without adaptation or progression during more chronic therapy. Generally, these changes were of no clinical significance and TSH was unchanged in most patients, and levels of TBG were unchanged. In nearly all cases, cessation of SEROQUEL treatment was associated with a reversal of the effects on total and free T4, irrespective of the duration of treatment. About 0.4% (10/2386) of SEROQUEL patients did experience TSH increases. Six of the patients with TSH increases needed replacement thyroid treatment.

**Cholesterol and Triglyceride Elevations:**  In a pool of 3- to 6-week placebo-controlled trials, SEROQUEL-treated patients had increases from baseline in cholesterol and triglyceride of 11% and 17%, respectively, compared to slight decreases for placebo patients. These changes were only

339

CONFIDENTIAL
AZSER12443752

weakly related to the increases in weight observed in SEROQUEL-treated patients.

**Hyperprolactinemia:** Although an elevation of prolactin levels was not demonstrated in clinical trials with SEROQUEL, increased prolactin levels were observed in rat studies with this compound, and were associated with an increase in mammary gland neoplasia in rats (see Carcinogenesis.) Tissue culture experiments indicate that approximately one-third of human breast cancers are prolactin dependent *in vitro* , a factor of potential importance if the prescription of these drugs is contemplated in a patient with previously detected breast cancer. Although disturbances such as galactorrhea, amenorrhea, gynecomastia, and impotence have been reported with prolactin-elevating compounds, the clinical significance of elevated serum prolactin levels is unknown for most patients. Neither clinical studies nor epidemiologic studies conducted to date have shown an association between chronic administration of this class of drugs and tumorigenesis in humans; the available evidence is considered too limited to be conclusive at this time.

**Transaminase Elevations:** Asymptomatic, transient and reversible elevations in serum transaminases (primarily ALT) have been reported. The proportions of patients with transaminase elevations of > 3 times the upper limits of the normal reference range in a pool of 3- to 6-week placebo-controlled trials were approximately 6% for SEROQUEL compared to 1% for placebo. These hepatic enzyme elevations usually occurred within the first 3 weeks of drug treatment and promptly returned to pre-study levels with ongoing treatment with SEROQUEL.

**Potential for Cognitive and Motor Impairment:** Somnolence was a commonly reported adverse event reported in patients treated with SEROQUEL especially during the 3-5 day period of initial dose-titration. In the 3- to 6-week placebo-controlled trials, somnolence was reported in 18% of patients on SEROQUEL compared to 11% of placebo patients. Since SEROQUEL has the potential to impair judgment, thinking, or motor skills, patients should be cautioned about performing activities requiring mental alertness, such as operating a motor vehicle (including automobiles) or operating hazardous machinery until they are reasonably certain that SEROQUEL therapy does not affect them adversely.

**Priapism:** One case of priapism in a patient receiving SEROQUEL has been reported prior to market introduction. While a causal relationship to use of SEROQUEL has not been established, other drugs with alpha-adrenergic blocking effects have been reported to induce priapism, and it is possible that SEROQUEL may share this capacity. Severe priapism may require surgical intervention.

**Body Temperature Regulation:** Although not reported with SEROQUEL, disruption of the body's ability to reduce core body temperature has been attributed to antipsychotic agents. Appropriate care is advised when prescribing SEROQUEL for patients who will be experiencing conditions which may contribute to an elevation in core body temperature, e.g., exercising strenously, exposure to extreme heat, receiving concomitant medication with anticholinergic activity, or being subject to dehydration.

**Dysphagia:** Esophageal dysmotility and aspiration have been associated with antipsychotic drug use. Aspiration pneumonia is a common cause of morbidity and mortality in elderly patients, in particular those with advanced Alzheimer's dementia. SEROQUEL and other antipsychotic drugs should be used cautiously in patients at risk for aspiration pneumonia.

**Suicide:** The possibility of a suicide attempt is inherent in schizophrenia and close supervision of high risk patients should accompany drug therapy. Prescriptions for SEROQUEL should be written for the smallest quantity of tablets consistent with good patient management in order to reduce the risk of overdose.

**Use in Patients with Concomitant Illness:** Clinical experience with SEROQUEL in patients

340

CONFIDENTIAL
AZSER12443753

with certain concomitant systemic illnesses (see Renal Impairment and Hepatic Impairment under **CLINICAL PHARMACOLOGY**, Special Populations) is limited.

SEROQUEL has not been evaluated or used to any appreciable extent in patients with a recent history of myocardial infarction or unstable heart disease. Patients with these diagnoses were excluded from premarketing clinical studies. Because of the risk of orthostatic hypotension with SEROQUEL, caution should be observed in cardiac patients (see Orthostatic Hypotension).

### Information for Patients

Physicians are advised to discuss the following issues with patients for whom they prescribe SEROQUEL.

**Orthostatic Hypotension:** Patients should be advised of the risk of orthostatic hypotension, especially during the 3-5 day period of initial dose titration, and also at times of re-initiating treatment or increases in dose.

**Interference with Cognitive and Motor Performance:** Since somnolence was a commonly reported adverse event associated with SEROQUEL treatment, patients should be advised of the risk of somnolence, especially during the 3-5 day period of initial dose titration. Patients should be cautioned about performing any activity requiring mental alertness, such as operating a motor vehicle (including automobiles) or operating hazardous machinery, until they are reasonably certain that SEROQUEL therapy does not affect them adversely.

**Pregnancy:** Patients should be advised to notify their physician if they become pregnant or intend to become pregnant during therapy.

**Nursing:** Patients should be advised not to breast feed if they are taking SEROQUEL.

**Concomitant Medication:** As with other medications, patients should be advised to notify their physicians if they are taking, or plan to take, any prescription or over-the-counter drugs.

**Alcohol:** Patients should be advised to avoid consuming alcoholic beverages while taking SEROQUEL.

**Heat Exposure and Dehydration:** Patients should be advised regarding appropriate care in avoiding overheating and dehydration.

### Laboratory Tests

No specific laboratory tests are recommended.

### Drug Interactions

The risks of using SEROQUEL in combination with other drugs have not been extensively evaluated in systematic studies. Given the primary CNS effects of SEROQUEL, caution should be used when it is taken in combination with other centrally acting drugs. SEROQUEL potentiated the cognitive and motor effects of alcohol in a clinical trial in subjects with selected psychotic disorders, and alcoholic beverages should be avoided while taking SEROQUEL.

Because of its potential for inducing hypotension, SEROQUEL may enhance the effects of certain antihypertensive agents.

SEROQUEL may antagonize the effects of levodopa and dopamine agonists.

341

CONFIDENTIAL
AZSER12443754

**The Effect of Other Drugs on SEROQUEL**

**Phenytoin:** Coadministration of quetiapine (250 mg tid) and phenytoin (100 mg tid) increased the mean oral clearance of quetiapine by 5-fold. Increased doses of SEROQUEL may be required to maintain control of symptoms of schizophrenia in patients receiving quetiapine and phenytoin, or other hepatic enzyme inducers (e.g., carbamazepine, barbiturates, rifampin, glucocorticoids). Caution should be taken if phenytoin is withdrawn and replaced with a non-inducer (e.g., valproate) (see **DOSAGE AND ADMINISTRATION**.)

**Thioridazine:** Thioridazine (200 mg bid) increased the oral clearance of quetiapine (300 mg bid) by 65%.

**Cimetidine:** Administration of multiple daily doses of cimetidine (400 mg tid for 4 days) resulted in a 20% decrease in the mean oral clearance of quetiapine (150 mg tid). Dosage adjustment for quetiapine is not required when it is given with cimetidine.

**P450 3A Inhibitors:** Coadministration of ketoconazole (200 mg once daily for 4 days), a potent inhibitor of cytochrome P450 3A, reduced oral clearance of quetiapine by 84%, resulting in a 335% increase in maximum plasma concentration of quetiapine. Caution is indicated when SEROQUEL is administered with ketoconazole and other inhibitors of cytochrome P450 3A (e.g., itraconazole, fluconazole, and erythromycin).

**Fluoxetine, Imipramine, Haloperidol, and Risperidone:** Coadministration of fluoxetine (60 mg once daily); imipramine (75 mg bid), haloperidol (7.5 mg bid), or risperidone (3 mg bid) with quetiapine (300 mg bid) did not alter the steady-state pharmacokinetics of quetiapine.

**Effect of Quetiapine on Other Drugs**

**Lorazepam:** The mean oral clearance of lorazepam (2 mg, single dose) was reduced by 20% in the presence of quetiapine administered as 250 mg tid dosing.

**Lithium:** Concomitant administration of quetiapine (250 mg tid) with lithium had no effect on any of the steady-state pharmacokinetic parameters of lithium.

**Antipyrine:** Administration of muiltiple daily doses up to 75 mg/day (on a tid schedule) of quetiapine to subjects with selected psychotic disorders had no clinically relevant effect on the clearance of antipyrine or urinary recovery or antipyrine metabolites. These results indicate that quetiapine does not significantly induce hepatic enzymes responsible for cytochrome P450 mediated metabolism of antipyrine.

**Carcinogenesis, Mutagenesis, Impairment of Fertility**

**Carcinogenesis:** Carcinogenicity studies were conducted in C57BL mice and Wistar rats. Quetiapine was administered in the diet to mice at doses of 20, 75, 250, and 750 mg/kg and to rats by gavage at doses of 25, 75, and 250 mg/kg for two years. These doses are equivalent to 0.1, 0.5, 1.5, and 4.5 times the maximum human dose (800 mg/day) on a mg/m$^2$ basis (mice) or 0.3, 0.9, and 3.0 times the maximum human dose on a mg/m$^2$ basis (rats). There were statistically significant increases in thyroid gland follicular adenomas in male mice at doses of 250 and 750 mg/kg or 1.5 and 4.5 times the maximum human dose on a mg/m$^2$ basis and in male rats at a dose of 250 mg/kg or 3.0 times the maximum human dose on a mg/m$^2$ basis. Mammary gland adenocarcinomas were statistically significantly increased in female rats at all doses tested (25, 75, and 250 mg/kg or 0.3, 0.9, and 3.0 times the maximum recommended human dose on a mg/m$^2$ basis).

342

CONFIDENTIAL
AZSER12443755

Thyroid follicular cell adenomas may have resulted from chronic stimulation of the thyroid gland by thyroid stimulating hormone (TSH) resulting from enhanced metabolism and clearance of thyroxine by rodent liver. Changes in TSH, thyroxine, and thyroxine clearance consistent with this mechanism were observed in subchronic toxicity studies in rat and mouse and in a 1-year toxicity study in rat; however, the results of these studies were not definitive. The relevance of the increases in thyroid follicullar cell adenomas to human risk, through whatever mechanism, is unknown.

Antipsychotic drugs have been shown to chronically elevate prolactin levels in rodents. Serum measurements in a 1-yr toxicity study showed that quetiapine increased median serum prolactin levels a maximum of 32- and 13-fold in male and female rats, respectively. Increases in mammary neoplasms have been found in rodents after chronic administration of other antipsychotic drugs and are considered to be prolactin-mediated. The relevance of this increased incidence of prolactin-mediated mammary gland tumors in rats to human risk is unknown (see Hyperprolactinemia in **PRECAUTIONS, General**).

**Mutagenesis:** The mutagenic potential of quetiapine was tested in six *in vitro* bacterial gene mutation assays and in an *in vitro* mammalian gene mutation assay in Chinese Hamster Ovary cells. However, sufficiently high concentrations of quetiapine may not have been used for all tester strains. Quetiapine did produce a reproducible increase in mutations in one *Salmonella typhimurium* tester strain in the presence of metabolic activation. No evidence of clastogenic potential was obtained in an *in vitro* chromosomal aberration assay in cultured human lymphocytes or in the *in vivo* micronucleus assay in rats.

**Impairment of Fertility:** Quetiapine decreased mating and fertility in male Sprague-Dawley rats at oral doses of 50 and 150 mg/kg or 0.6 and 1.8 times the maximum human dose on a mg/m$^2$ basis. Drug-related effects included increases in interval to mate and in the number of matings required for successful impregnation. These effects continued to be observed at 150 mg/kg even after a two-week period without treatment. The no-effect dose for impaired mating and fertility in male rats was 25 mg/kg, or 0.3 times the maximum human dose on a mg/m$^2$ basis. Quetiapine adversely affected mating and fertility in female Sprague-Dawley rats at an oral dose of 50 mg/kg, or 0.6 times the maximum human dose on a mg/m$^2$ basis. Drug-related effects included decreases in matings and in matings resulting in pregnancy, and an increase in the interval to mate. An increase in irregular estrus cycles was observed at doses of 10 and 50 mg/kg, or 0.1 and 0.6 times the maximum human dose on a mg/m$^2$ basis. The no-effect dose in female rats was 1 mg/kg, or 0.01 times the maximum human dose on a mg/m$^2$ basis.

**Pregnancy**

**Pregnancy Category C**

The teratogenic potential of quetiapine was studied in Wistar rats and Dutch Belted rabbits dosed during the period of organogenesis. No evidence of a teratogenic effect was detected in rats at doses of 25 to 200 mg/kg or 0.3 to 2.4 times the maximum human dose on a mg/m$^2$basis or in rabbits at 25 to 100 mg/kg or 0.6 to 2.4 times the maximum human dose on a mg/m$^2$ basis. There was, however, evidence of embryo/fetal toxicity. Delays in skeletal ossification was detected in rat fetuses at doses of 50 and 200 mg/kg (0.6 and 2.4 times the maximum human dose on a mg/m$^2$ basis) and in rabbits at 50 and 100 mg/kg (1.2 and 2.4 times the maximum human dose on a mg/m$^2$ basis). Fetal body weight was reduced in rat fetuses at 200 mg/kg and rabbit fetuses at 100 mg/kg (2.4 times the maximum human dose on a mg/m$^2$ basis for both species). There was an increased incidence of a minor soft tissue anomaly (carpal/tarsal flexure) in rabbit fetuses at a dose of 100 mg/kg (2.4 times the maximum human dose on a mg/m$^2$ basis). Evidence of maternal toxicity (i.e., decreases in body weight gain and/or death) was observed at the high dose in the rat study and at all doses in the rabbit

CONFIDENTIAL
AZSER12443756

study. In a peri/postnatal reproductive study in rats, no drug-related effects were observed at doses of 1, 10, and 20 mg/kg or 0.01, 0.12, and 0.24 times the maximum human dose on a mg/m$^2$ basis. However, in a preliminary peri/postnatal study, there were increases in fetal and pup death, and decreases in mean litter weight at 150 mg/kg, or 3.0 times the maximum human dose on a mg/m$^2$ basis.

There are no adequate and well-controlled studies in pregnant women and quetiapine should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus.

**Labor and Delivery:** The effect of SEROQUEL on labor and delivery in humans is unknown.

**Nursing Mothers:** SEROQUEL was excreted in milk of treated animals during lactation. It is not known if SEROQUEL is excreted in human milk. It is recommended that women receiving SEROQUEL should not breast feed.

**Pediatric Use:** The safety and effectiveness of SEROQUEL in pediatric patients have not been established.

**Geriatric Use:** Of the approximately 2400 patients in clinical studies with SEROQUEL, 8% (190) were 65 years of age or over. In general, there was no indication of any different tolerability of SEROQUEL in the elderly compared to younger adults. Nevertheless, the presence of factors that might decrease pharmacokinetic clearance, increase the pharmacodynamic response to SEROQUEL, or cause poorer tolerance or orthostasis, should lead to consideration of a lower starting dose, slower titration, and careful monitoring during the initial dosing period in the elderly. The mean plasma clearance of SEROQUEL was reduced by 30% to 50% in elderly patients when compared to younger patients (see Pharmacokinetics under **CLINICAL PHARMACOLOGY** and **DOSAGE AND ADMINISTRATION**).

## ADVERSE REACTIONS

The premarketing development program for SEROQUEL included over 2600 patients and/or normal subjects exposed to 1 or more doses of SEROQUEL. Of these 2600 subjects, approximately 2300 were patients who participated in multiple dose effectiveness trials, and their experience corresponded to approximately 865 patient-years. The conditions and duration of treatment with SEROQUEL varied greatly and included (in overlapping categories) open-label and double-blind phases of studies, inpatients and outpatients, fixed-dose and dose-titration studies, and short-term or longer-term exposure. Adverse reactions were assessed by collecting adverse events, results of physical examinations, vital signs, weights, laboratory analyses, ECGs, and results of ophthalmologic examinations.

Adverse events during exposure were obtained by general inquiry and recorded by clinical investigators using terminology of their own choosing. Consequently, it is not possible to provide a meaningful estimate of the porportion of individuals experiencing adverse events without first grouping similar types of events into a smaller number of standardized event categories. In the tables and tabulations that follow, standard COSTART terminology has been used to classify reported adverse events.

The stated frequencies of adverse events represent the proportion of individuals who experienced, at least once, a treatment-emergent adverse event of the type listed. An event was considered treatment emergent if it occurred for the first time or worsened while receiving therapy following baseline evaluation.

344

CONFIDENTIAL
AZSER12443757

**Adverse Findings Observed in Short-Term, Controlled Trials**

**Adverse Events Associated with Discontinuation of Treatment in Short-Term, Placebo-Controlled Trials**

Overall, there was little difference in the incidence of discontinuation due to adverse events (4% for SEROQUEL vs. 3% for placebo) in a pool of controlled trials. However, discontinuations due to somnolence and hypotension were considered to be drug related (see **PRECAUTIONS**):

| Adverse Event | SEROQUEL | Placebo |
|---|---|---|
| Somnolence | 0.8% | 0% |
| Hypotension | 0.4% | 0% |

**Adverse Events Occurring at an Incidence of 1% or More Among SEROQUEL Treated Patients in Short-Term, Placebo-Controlled Trials:** Table 1 enumerates the incidence, rounded to the nearest percent, of treatment-emergent adverse events that occurred during acute therapy (up to 6 weeks) of schizophrenia in 1% or more of patients treated with SEROQUEL (doses ranging from 75 to 750 mg/day) where the incidence in patients treated with SEROQUEL was greater than the incidence in placebo-treated patients.

The prescriber should be aware that the figures in the tables and tabulations cannot be used to predict the incidence of side effects in the course of usual medical practice where patient characteristics and other factors differ from those that prevailed in the clinical trials. Similarly, the cited frequencies cannot be compared with figures obtained from other clinical investigations involving different treatments, uses, and investigators. The cited figures, however, do provide the prescribing physician with some basis for estimating the relative contribution of drug and nondrug factors to the side effect incidence in the population studied.

In these studies, the most commonly observed adverse events associated with the use of SEROQUEL (incidence of 5% or greater) and observed at a rate on SEROQUEL at least twice that of placebo were dizziness (10%), postural hypotension (7%), dry mouth (7%), and dyspepsia (6%).

Table 1. Treatment-Emergent Adverse Experience
Incidence in 3- to 6-Week Placebo-Controlled
Clinical Trials[1]

| Body System/ Preferred Term | SEROQUEL (n=510) | Placebo (n=206) |
|---|---|---|
| **Body as a Whole** | | |
| Headache | 19% | 18% |
| Asthenia | 4% | 3% |
| Abdominal pain | 3% | 1% |
| Back pain | 2% | 1% |
| Fever | 2% | 1% |
| **Nervous System** | | |
| Somnolence | 18% | 11% |
| Dizziness | 10% | 4% |
| **Digestive System** | | |
| Constipation | 9% | 5% |
| Dry Mouth | 7% | 3% |
| Dyspepsia | 6% | 2% |
| **Cardiovascular System** | | |
| Postural hypotension | 7% | 2% |
| Tachycardia | 7% | 5% |

345

CONFIDENTIAL
AZSER12443758

| | | |
|---|---|---|
| **Metabolic and Nutritional Disorders** | | |
| Weight gain | 2% | 0% |
| **Skin and Appendages** | | |
| Rash | 4% | 3% |
| **Respiratory System** | | |
| Rhinitis | 3% | 1% |
| **Special Senses** | | |
| Ear pain | 1% | 0% |

[1] Events for which the SEROQUEL incidence was equal to or less than placebo are not listed in the table, but included the following: pain, infection, chest pain, hostility, accidental injury, hypertension, hypotension, nausea, vomiting, diarrhea, myalgia, agitation, insomnia, anxiety, nervousness, akathisia, hypertonia, tremor, depression, paresthesia, pharyngitis, dry skin, amblyopia and urinary tract infection.

Explorations for interactions on the basis of gender, age, and race did not reveal any clinically meaningful differences in the adverse event occurrence on the basis of these demographic factors.

**Dose Dependency of Adverse Events in Short-Term, Placebo-Controlled Trials**

**Dose-Related Adverse Events:** Spontaneously elicited adverse event data from a study comparing five fixed doses of SEROQUEL (75 mg, 150 mg, 300 mg, 600 mg, and 750 mg/day) to placebo were explored for dose-relatedness of adverse events. Logistic regression analyses revealed a positive dose response ($p<0.05$) for the following adverse events: dyspepsia, abdominal pain, and weight gain.

**Extrapyramidal Symptoms:** Data from one 6-week clinical trial comparing five fixed doses of SEROQUEL (75, 150, 300, 600, 750 mg/day) provided evidence for the lack of treatment-emergent extrapyramidal symptoms (EPS) and dose-relatedness for EPS associated with SEROQUEL treatment. Three methods were used to measure EPS: (1) Simpson-Angus total score (mean change from baseline) which evaluates parkinsonism and akathisia, (2) incidence of spontaneous complaints of EPS (akathisia, akinesia, cogwheel rigidity, extrapyramidal syndrome, hypertonia, hypokinesia, neck rigidity, and tremor), and (3) use of anticholinergic medications to treat emergent EPS.

| | | SEROQUEL | | | | |
|---|---|---|---|---|---|---|
| **Dose Groups** | **Placebo** | **75mg** | **150mg** | **300mg** | **600mg** | **750mg** |
| Parkinsonism | -0.6 | -1.0 | -1.2 | -1.6 | -1.8 | -1.8 |
| EPS Incidence | 16% | 6% | 6% | 4% | 8% | 6% |
| Anticholinergic Medications | 14% | 11% | 10% | 8% | 12% | 11% |

In three additional placebo-controlled clinical trials using variable doses of SEROQUEL, there were no differences between the SEROQUEL and placebo treatment groups in the incidence of EPS, as assessed by Simpson-Angus total scores, spontaneous complaints of EPS and the use of concomitant anticholinergic medications to treat EPS.

**Vital Sign Changes:** SEROQUEL is associated with orthostatic hypotension (see **PRECAUTIONS**).

**Weight Gain:** The proportions of patients meeting a weight gain criterion of >=7% of body

346

CONFIDENTIAL
AZSER12443759

weight were compared in a pool of four 3- to 6-week placebo-controlled clinical trials, revealing a statistically significantly greater incidence of weight gain for SEROQUEL (23%) compared to placebo (6%).

**Laboratory Changes:** An assessment of the pre-marketing experience for SEROQUEL suggested that it is associated with asymptomatic increases in SGPT and increases in both total cholesterol and triglycerides (see **PRECAUTIONS**).

An assessment of hematological parameters in short-term, placebo-controlled trials revealed no clinically important differences between SEROQUEL and placebo.

**ECG Changes:** Between group comparisons for pooled placebo-controlled trials revealed no statistically significant SEROQUEL/placebo differences in the proportions of patients experiencing potentially important changes in ECG parameters, including QT, QTc and PR intervals. However, the proportions of patients meeting the criteria for tachycardia were compared in four 3- to 6-week placebo-controlled clinical trials revealing a 1% (4/399) incidence for SEROQUEL compared to 0.6% (1/156) incidence for placebo. SEROQUEL use was associated with a mean increase in heart rate, assessed by ECG, of 7 beats per minute compared to a mean increase of 1 beat per minute among placebo patients. This slight tendency to tachycardia may be related to SEROQUEL's potential for inducing orthostatic changes (see **PRECAUTIONS**).

**Other Adverse Events Observed During the Pre-Marketing Evaluation of SEROQUEL**

Following is a list of COSTART terms that reflect treatment-emergent adverse events as defined in the introduction to the <u>ADVERSE REACTIONS</u> section reported by patients treated with SEROQUEL at multiple doses >= 75 mg/day during any phase of a trial within the pre-marketing database of approximately 2200 patients. All reported events are included except those already listed in Table 1 or elsewhere in labeling, those events for which a drug cause was remote, and those event terms which were so general as to be uninformative. It is important to emphasize that, although the events reported occurred during treatment with SEROQUEL, they were not necessarily caused by it.

Events are further categorized by body system and listed in order of decreasing frequency according to the following definitions: frequent adverse events are those occurring in at least 1/100 patients (only those not already listed in the tabulated results from placebo-controlled trials appear in this listing); infrequent adverse events are those occurring in 1/100 to 1/1000 patients; rare events are those occurring in fewer than 1/1000 patients.

**Nervous System:** *Frequent:* hypertonia, dysarthria; *Infrequent:* abnormal dreams, dyskinesia, thinking abnormal, tardive dyskinesia, vertigo, involuntary movements, confusion, amnesia, psychosis, hallucinations, hyperkinesia, libido increased*, urinary retention, incoordination, paranoid reaction, abnormal gait, myoclonus, delusions, manic reaction, apathy, ataxia, depersonalization, stupor, bruxism, catatonic reaction, hemiplegia; *Rare:* aphasia, buccoglossal syndrome, choreoathetosis, delirium, emotional lability, euphoria, libido decreased*, neuralgia, stuttering, subdural hematoma.

**Body as a Whole:** *Frequent:* flu syndrome; *Infrequent:* neck pain, pelvic pain*, suicide attempt, malaise, photosensitivity reaction, chills, face edema, moniliasis; *Rare:* abdomen enlarged.

**Digestive System:** *Frequent:* anorexia; *Infrequent:* increased salivation, increased appetite, gamma glutamyl transpeptidase increased, gingivitis, dysphagia, flatulence, gastroenteritis, gastritis, hemorrhoids, stomatitis, thirst, tooth caries, fecal incontinence, gastroesophageal reflux, gum hemorrhage, mouth ulceration, rectal hemorrhage, tongue edema; *Rare:* glossitis, hematemesis, intestinal obstruction, melena, pancreatitis.

CONFIDENTIAL
AZSER12443760

**Cardiovascular System:** *Frequent:* palpitation; *Infrequent:* vasodilatation, QT interval prolonged, migraine, bradycardia, cerebral ischemia, irregular pulse, T wave abnormality, bundle branch block, cerebrovascular accident, deep thrombophlebitis, T wave inversion; *Rare:* angina pectoris, atrial fibrillation, AV block first degree, congestive heart failure, ST elevated, thrombophlebitis, T wave flattening, ST abnormality, increased QRS duration.

**Respiratory System:** *Frequent:* pharyngitis, rhinitis, cough increased, dyspnea; *Infrequent:* pneumonia, epistaxis, asthma; *Rare:* hiccup, hyperventilation.

**Metabolic and Nutritional System:** *Frequent:* peripheral edema; *Infrequent:* weight loss, alkaline phosphatase increased, hyperlipemia, alcohol intolerance, dehydration, hyperglycemia, creatinine increased, hypoglycemia; *Rare:* glycosuria, gout, hand edema, hypokalemia, water intoxication.

**Skin and Appendages System:** *Frequent:* sweating; *Infrequent:* pruritus, acne, eczema, contact dermatitis, maculopapular rash, seborrhea, skin ulcer; *Rare:* exfoliative dermatitis, psoriasis, skin discoloration.

**Urogenital System:** *Infrequent:* dysmenorrhea*, vaginitis*, urinary incontinence, metrorrhagia*, impotence*, dysuria, vaginal moniliasis*, abnormal ejaculation*, cystitis, urinary frequency, amenorrhea*, female lactation*, leukorrhea*, vaginal hemorrhage*, vulvovaginitis* orchitis*; *Rare:* gynecomastia*, nocturia, polyuria, acute kidney failure.

**Special Senses:** *Infrequent:* conjunctivitis, abnormal vision, dry eyes, tinnitus, taste perversion, blepharitis, eye pain; *Rare:* abnormality of accommodation, deafness, glaucoma.

**Musculoskeletal System:** *Infrequent:* pathological fracture, myasthenia, twitching, arthralgia, arthritis, leg cramps, bone pain.

**Hemic and Lymphatic System:** *Frequent:* leukopenia; *Infrequent:* leukocytosis, anemia, ecchymosis, eosinophilia, hypochromic anemia; lymphadenopathy, cyanosis; *Rare:* hemolysis, thrombocytopenia.

**Endocrine System:** *Infrequent:* hypothyroidism, diabetes mellitus; *Rare:* hyperthyroidism.

*adjusted for gender

**Post-Marketing Experience:** Adverse events reported since market introduction which were temporally related to SEROQUEL therapy include the following: rarely leukopenia/neutropenia. If a patient develops a low white cell count consider discontinuation of therapy. Possible risk factors for leukopenia/neutropenia include pre-existing low white cell count and history of drug induced leukopenia/neutropenia.

## DRUG ABUSE AND DEPENDENCE

**Controlled Substance Class:** SEROQUEL is not a controlled substance.

**Physical and Psychologic dependence:** SEROQUEL has not been systematically studied, in animals or humans, for its potential for abuse, tolerance or physical dependence. While the clinical trials did not reveal any tendency for any drug-seeking behavior, these observations were not systematic and it is not possible to predict on the basis of this limited experience the extent to which a CNS-active drug will be misused, diverted, and/or abused once marketed. Consequently, patients should be evaluated carefully for a history of drug abuse, and such patients should be observed closely for signs of misuse or abuse of SEROQUEL, e.g., development of tolerance, increases in

CONFIDENTIAL
AZSER12443761

dose, drug-seeking behavior.

## OVERDOSAGE

**Human Experience:**  Experience with SEROQUEL (quetiapine fumarate) in acute overdosage was limited in the clinical trial database (6 reports) with estimated doses ranging from 1200 mg to 9600 mg and no fatalities. In general, reported signs and symptoms were those resulting from an exaggeration of the drug's known pharmacological effects, i.e., drowsiness and sedation, tachycardia and hypotension. One case, involving an estimated overdose of 9600 mg, was associated with hypokalemia and first degree heart block.

**Management of Overdosage:** In case of acute overdosage, establish and maintain an airway and ensure adequate oxygenation and ventilation. Gastric lavage (after intubation, if patient is unconscious) and administration of activated charcoal together with a laxative should be considered. The possibility of obtundation, seizure or dystonic reaction of the head and neck following overdose may create a risk of aspiration with induced emesis. Cardiovascular monitoring should commence immediately and should include continuous electrocardiographic monitoring to detect possible arrhythmias. If anti-arrhythmic therapy is administered, disopyramide, procainamide and quinidine carry a theoretical hazard of additive QT-prolonging effects when administered in patients with acute overdosage of SEROQUEL. Similarly it is reasonable to expect that the alpha-adrenergic-blocking properties of bretylium might be additive to those of quetiapine, resulting in problematic hypotension.

There is no specific antidote to SEROQUEL. Therefore appropriate supportive measures should be instituted. The possibility of multiple drug involvement should be considered. Hypotension and circulatory collapse should be treated with appropriate measures such as intravenous fluids and/or sympathomimetic agents (epinephrine and dopamine should not be used, since beta stimulation may worsen hypotension in the setting of quetiapine-induced alpha blockade). In cases of severe extrapyramidal symptoms, anticholinergic medication should be administered. Close medical supervision and monitoring should continue until the patient recovers.

## DOSAGE AND ADMINISTRATION

**Usual Dose:**  SEROQUEL should generally be administered with an initial dose of 25 mg bid, with increases in increments of 25-50 mg bid or tid on the second and third day, as tolerated, to a target dose range of 300 to 400 mg daily by the fourth day, given bid or tid. Further dosage adjustments, if indicated, should generally occur at intervals of not less than 2 days, as steady state for SEROQUEL would not be achieved for approximately 1-2 days in the typical patient. When dosage adjustments are necessary, dose increments/decrements of 25-50 mg bid are recommended. Most efficacy data with SEROQUEL were obtained using tid regimens, but in one controlled trial 225 mg bid was also effective.

Efficacy in schizophrenia was demonstrated in a dose range of 150 to 750 mg/day in the clinical trials supporting the effectiveness of SEROQUEL. In a dose response study, doses above 300 mg/day were not demonstrated to be more efficacious than the 300 mg/day dose. In other studies, however, doses in the range of 400-500 mg/day appeared to be needed. The safety of doses above 800 mg/day has not been evaluated in clinical trials.

### Dosing in Special Populations

Consideration should be given to a slower rate of dose titration and a lower target dose in the elderly, and in patients who are debilitated or who have a predisposition to hypotensive reactions (see **CLINICAL PHARMACOLOGY**). When indicated, dose escalation should be performed with caution in these patients.

CONFIDENTIAL
AZSER12443762

Patients with hepatic impairment should be started on 25 mg/day. The dose should be increased daily in increments of 25-50 mg/day to an effective dose, depending on the clinical response and tolerability of the patient.

The elimination of quetiapine was enhanced in the presence of phenytoin. Higher maintenance doses of quetiapine may be required when it is coadministered with phenytoin and other enzyme inducers such as carbamazepine and phenobarbital (See Drug Interactions under **PRECAUTIONS**).

    **Maintenance Treatment:** While there is no body of evidence available to answer the question of how long the patient treated with SEROQUEL should remain on it, the effectiveness of maintenance treatment is well established for many other drugs used to treat schizophrenia. It is recommended that responding patients be continued on SEROQUEL, but at the lowest dose needed to maintain remission. Patients should be periodically reassessed to determine the need for maintenance treatment.

    **Reinitiation of Treatment in Patients Previously Discontinued:** Although there are no data to specifically address reinitiation of treatment, it is recommended that when restarting patients who have had an interval of less than one week off SEROQUEL, titration of SEROQUEL is not required and the maintenance dose may be reinitiated. When restarting therapy of patients who have been off SEROQUEL for more than one week, the initial titration schedule should be followed.

    **Switching from Other Antipsychotics:** There are no systematically collected data to specifically address switching patients with schizophrenia from other antipsychotics to SEROQUEL, or concerning concomitant administration with other antipsychotics. While immediate discontinuation of the previous antipsychotic treatment may be acceptable for some patients with schizophrenia, more gradual discontinuation may be most appropriate for others. In all cases, the period of overlapping antipsychotic administration should be minimized. When switching patients with schizophrenia from depot antipsychotics, if medically appropriate, initiate SEROQUEL therapy in place of the next scheduled injection. The need for continuing existing EPS medication should be re-evaluated periodically.

## HOW SUPPLIED

25 mg Tablets (NDC 0310-0275) peach, round, biconvex, film coated tablets, identified with `SEROQUEL' and `25' on one side and plain on the other side, are supplied in bottles of 100 tablets and hospital unit dose packages of 100 tablets.

100 mg Tablets (NDC 0310-0271) yellow, round, biconvex film coated tablets, identified with `SEROQUEL' and `100' on one side and plain on the other side, are supplied in bottles of 100 tablets and hospital unit dose packages of 100 tablets.

200 mg Tablets (NDC 0310-0272) white, round, biconvex, film coated tablets, indentified with `SEROQUEL' and `200' on one side and plain on the other side, are supplied in bottles of 100 tablets and hospital unit dose packages of 100 tablets.

300 mg Tablets (NDC 0310-0274) white, capsule-shaped, biconvex, film coated tablets, intagliated with `SEROQUEL' on one side and `300' on the other side, are supplied in bottles of 60 tablets and hospital unit dose packages of 100 tablets.

Store at 25°C (77°F); excursions permitted to 15-30°C (59-86°F) [See USP].

## ANIMAL TOXICOLOGY

Quetiapine caused a dose-related increase in pigment deposition in thyroid gland in rat toxicity

CONFIDENTIAL
AZSER12443763

studies which were 4 weeks in duration or longer and in a mouse 2-year carcinogenicity study. Doses were 10-250 mg/kg in rats, 75-750 mg/kg in mice; these doses are 0.1-3.0, and 0.1-4.5 times the maximum recommended human dose (on a mg/m$^2$ basis), respectively. Pigment deposition was shown to be irreversible in rats. The identity of the pigment could not be determined, but was found to be co-localized with quetiapine in thyroid gland follicular epithelial cells. The functional effects and the relevance of this finding to human risk are unknown.

In dogs receiving quetiapine for 6 or 12 months, but not for 1 month, focal triangular cataracts occurred at the junction of posterior sutures in the outer cortex of the lens at a dose of 100 mg/kg, or 4 times the maximum recommended human dose on a mg/m$^2$ basis. This finding may be due to inhibition of cholesterol biosynthesis by quetiapine. Quetiapine caused a dose related reduction in plasma cholesterol levels in repeat-dose dog and monkey studies; however, there was no correlation between plasma cholesterol and the presence of cataracts in individual dogs. The appearance of delta-8-cholestanol in plasma is consistent with inhibition of a late stage in cholesterol biosynthesis in these species. There also was a 25% reduction in cholesterol content of the outer cortex of the lens observed in a special study in quetiapine-treated female dogs. Drug-related cataracts have not been seen in any other species; however, in a 1-year study in monkeys, a striated appearance of the anterior lens surface was detected in 2/7 females at a dose of 225 mg/kg or 5.5 times the maximum recommended human dose on a mg/m$^2$ basis.

All trademarks are the property of the AstraZeneca group

© AstraZeneca 2001

64154-01        Rev 1/01

AstraZeneca Pharmaceuticals LP

Wilmington, DE 19850

Made in USA

351

668                                    The Canadian Journal of Psychiatry                                    Vol 45, No 7

antidepressants, he had minimal improvement in eliminating vivid nightmares or hallucinations just before falling asleep (for example, sounds of people yelling in Vietnamese). He reported that he typically woke up 2 to 4 times each night and that his sleep was never been satisfactory. He does not have daytime hallucinations, although certain stimuli (for example, helicopter sounds or loud noises) make him feel that he is back in Viet Nam.

The patient's mood and anxiety were reasonably well controlled on sertraline, 200 mg daily; bupropion, 150 mg daily; and diazepam, 15 mg daily. He was taking no other chronic medications. Because he continued to suffer frequent nightmares and sleep disturbances as well as hallucinations while falling asleep, a trial of olanzapine, 5 mg at bedtime, was begun. The patient noted that after 2 nights his sleep quality improved dramatically, and after 1 week he no longer experienced nightmares. He felt this was the best sleep he had had in 20 years. The dose was increased to 10 mg daily, but this led to morning drowsiness and a hangover feeling. Taking olanzapine, 5 mg nightly, he sleeps well and has had no adverse effects. This benefit has persisted for 4 months.

This case highlights the fact that nightmares and sleep disturbance may persist for years in patients with PTSD and may be refractory to treatment. Olanzapine, however, proved a useful pharmacologic adjunct for sleep disturbances in PTSD. The mechanism of action by which olanzapine may reduce nightmares and improve sleep quality is unknown, although potentially, olanzapine's ability to block serotonin$_{2c}$ receptors, reduce rapid eye movement sleep, and increase slow wave sleep (3) may lead to these salutary effects in patients with PTSD. Other unknown mechanisms could be at work. Potentially, olanzapine may block effects of sertraline on serotonin$_{2c}$ receptors. This is an open label finding and could be a placebo response, although the patient's treatment resistance and the persistent

benefit over 4 months make a placebo response seem unlikely. Controlled trials of olanzapine for sleep disturbance in PTSD appear warranted.

### References

1. Beasley CMJ, Tollefson GD, Tran PV. Efficacy of olanzapine: an overview of pivotal clinical trials. J Clin Psychiatry 1997;58 (Suppl 10):7–12.
2. Tohen M, Sanger TM, McElroy SL, and others. Olanzapine versus placebo in the treatment of acute mania. Olanzapine HGEH Study Group. Am J Psychiatry 1999;156:702–9.
3. Sharpley AL, Vassallo CM, Cowen PJ. Olanzapine increases slow-wave sleep: evidence for blockade of central 5-HT(2C) receptors in vivo. Biol Psychiatry 2000;47:468–70.

Lawrence A Labbate, MD
Susan Douglas, MD
Charleston, South Carolina

### New-Onset Diabetes Mellitus Associated With Quetiapine

*Dear Editor:*

Quetiapine is a novel dibenzothiazepine agent used for the treatment of schizophrenia and other psychoses. Like clozapine, quetiapine binds to a wide variety of receptors including dopamine $D_1$ and $D_2$, 5-HT$_{2A}$, 5-HT$_{1A}$, and adrenergic $\alpha_1$ and $\alpha_2$ (1). Further, both quetiapine and clozapine show relatively weak affinity for $D_2$ receptors compared to other atypical antipsychotic agents. Whereas new-onset diabetes has been associated with clozapine (2–8) only 1 case report has been documented implicating quetiapine as the possible contributor in causing diabetes mellitus (9). The following is the second reported case of possible quetiapine-induced onset of diabetes mellitus.

### Case Report

Mr B is an obese (100 kg, 176 cm, BMI 32.3) 30-year-old man of Ethiopian descent with a history of schizoaffective disorder. Results of a routine physical examination upon admission to our facility revealed a random fasting plasma glucose of 6.4 mmol/l (normal range: 3.6 to 6.1 mmol/l). Apart from testing positive for hepatitis B, Mr B's liver enzymes were mildly elevated. Mr B had no prior history of glucose intolerance or hyperglycemia, and his family history

for diabetes was negative. Upon admission Mr B was was receiving quetiapine, 400 mg daily; clonazepam, 6 mg daily; venlafaxine XR, 150 mg daily; and lamotrigine, 12.5 mg at bedtime.

Mr B had been prescribed quetiapine 2 weeks prior to being admitted to our facility. The initial dose was 200 mg daily, titrated to a maximum dose of 700 mg daily over the following 5.5 weeks. (As noted, his dose on admission had reached 400 mg daily.) The maximum dose, once reached, was continued for a further 8 weeks and then tapered over the following week to a maintenance dose of 300 mg daily at 14.5 weeks. At this time, venlafaxine and lamotrigine were discontinued from Mr B's treatment regimen, and he was maintained on quetiapine, 300 mg daily; divalproex, 1500 mg daily; loxapine, 50 mg daily; fluphenazine depot, and clonazepam, 2.5 mg daily.

Two weeks later (a total of 16.5 weeks of quetiapine therapy), Mr B experienced nausea, vomiting, polydipsia, and polyuria. He also complained of 1 week's urinary incontinence. Investigation revealed a fasting plasma glucose of 21.2 mmol/l, a hemoglobin A$_{1c}$ of 13.3% (normal < 6.5%), an increase in total cholesterol and triglycerides, and a 5 kg increase in weight. Mr B's quetiapine dose was reduced and subsequently discontinued 1 week later. Loxapine was also discontinued at this time. Mr B's hyperglycemia was successfully treated with oral hypoglycemic agents and a sliding-scale insulin regimen.

### Discussion

As with the previous case report by Sobel and others (9), we cannot absolutely prove that quetiapine was the solitary variable that resulted in the emergence of diabetes mellitus in this patient. However, we took considerable care to evaluate and rule out other possible associations. Of considerable interest is the finding that our patient and 10 of the 13 patients described in the case reports involving clozapine were of African-American heritage. Apart from clozapine, new-onset diabetes mellitus has also been associated with olanzapine treatment (8,10). In 2 instances, diabetic

CONFIDENTIAL
AZSER12443765

ketoacidosis resulted soon after the initiation of olanzapine (10).

Ours is the second report of a possible association between quetiapine and the emergence of diabetes mellitus. This comes at a time of increasing interest in the association between weight gain, diabetes, and atypical antipsychotics. As such, we suggest that clinicians consider periodic serum glucose monitoring in quetiapine-treated patients who have risk factors for diabetes mellitus.

### References

1. Saller CRF, Salama AI. Seroquel: biochemical profile of a potential atypical antipsychotic in late stage development. Expert Opinion on Investigational Drugs 1995;4:291–8.
2. Kamran A, Doraiswamy PM, Jane JL, Hammett EB, Dunn L. Severe hyperglycemia associated with high doses of clozapine [letter]. Am J Psychiatry 1994;151:1395.
3. Koval MS, Rames LJ, Christie S. Diabetic ketoacidosis associated with clozapine treatment [letter]. Am J Psychiatry 1994;151:1520 1.
4. Kostakoglu AF, Yazici KM, Erbas T, Guvener N. Ketoacidosis as a side-effect of clozapine: a case report. Acta Psychiatr Scand 1996;93:217–8.
5. Peterson GA, Byrd SL. Diabetic ketoacidosis from clozapine and lithium cotreatment. Am J Psychiatry 1996;153:737–8.
6. Koren W, Kreiws Y, Duchowiczny K, Prince T, Sancovici S, Sidi Y, and others. Lactic acisodis and fatal myocardial failure due to clozapine. Ann Pharmacother 1997;31:168–70.
7. Popli AP, Konicki PE, Jurjus GJ, Fuller MA, Jaskiw GE. Clozapine and associated diabetes mellitus. J Clin Psychiatry 1997;58:108 11.
8. Wirshing DA, Spellberg BJ, Eerhart SM, Marder SR, Wirshing WC. Novel antipsychotics and new onset diabetes. Biol Psychiatry 1998;44:778 83.
9. Sobel M, Jaggers ED, Franz MA. New-onset diabetes mellitus associated with the initiation of quetiapine treatment [letter]. J Clin Psychiatry 1999;60:556–7.
10. Goldstein LE, Spron J, Brown S, Kim H, Finkelstein J, Gaffey GK, and others. New-onset diabetes mellitus and diabetic ketoacidosis associated with olanzapine treatment. Psychosomatics 1999;40:438–43.

Ric M Procyshyn, PhD
Suniti Pande, MRCPsych (UK), FRCPC
Gordon Tse, PharmD
*Port Coquitlam, British Columbia*

## Reboxetine and Treatment-Refractory Elderly Patients With Depression

*Dear Editor:*

Reboxetine (a morpholine) is a unique selective norepinephrine reuptake inhibitor (SNRI) (1) available in Canada since December 1998 through the Special Access Program. Since 1997, it has been widely used in Europe and the UK for the treatment of depression in both older and younger patients (2). We present a case of reboxetine's efficacy and tolerability in late-life depression refractory to standard treatment and research protocols.

Mrs L is a 72-year-old, married woman with a history of DSM-IV major depressive disorder (MDD) dating back to 1976. She had received trials of antidepressant therapy of adequate dose (where tolerated) and duration, including amitriptyline, other tricyclics, fluoxetine (40 mg daily), flesinoxan (research protocol), venlafaxine (75 mg daily), moclobemide (900 mg daily), and bupropion (300 mg daily). She continued to experience residual symptoms and side effects ranging from tinnitus, headache, and anxiety to difficulties with concentration and memory that were of great concern to her because they impaired her social functioning. There is a positive family history of depression, but not of dementia. Relevant medical history includes diet-controlled diabetes, hypertension, hypercholesterolemia, and cardiac arrhythmia. She had a pacemaker fitted in 1997 and currently takes sotalol (160 mg daily), atorvastatin (10 mg daily), ASA (325 mg daily), and premarin (0.625 mg daily). Six months ago, she was commenced on reboxetine 2 mg daily, which after 1 month was increased to 4 mg daily. She initially reported sleep disturbance, which resolved, and persistent but mild dry mouth and constipation, which continue. Her depression has not only responded but remitted, with 21-item Hamilton Depression (HAM-D) scores of 32 at baseline, 19 at 1 month, and 8 at 6 months allowing her to resume her interests in painting and in her family. After approximately 1 month of reboxetine treatment, at her regular follow-up appointment, her cardiologist increased her sotalol from 80 mg daily because of cardiac rhythm changes that predated reboxetine therapy.

Treatment of depression in the elderly represents a complex area in which antidepressant drugs frequently interact with concomitant medications, interfere with the treatment of pre-existing physical illness, or result in dose-limiting systemic and CNS side effects. Consequently, adequate treatment may never be achieved with the older antidepressants. Reboxetine has been shown to be effective and well-tolerated in the elderly with depression (3), particularly when compared with a tricyclic such as imipramine (4). Further, given the interest in putative central norepinephric activity changes with age, selective norepinephrine drugs may be more advantageous with respect to problems with attention and motivation—both common features of depression and dementia in the elderly. In the case presented, not only did reboxetine result in a relatively rapid and full remission compared with previous therapies, but it was also significantly better-tolerated, despite a complex cardiac comorbidity. Reboxetine lacks the adverse effect profile of the older, predominantly norepinephric drugs such as desipramine or maprotiline. In addition, the lack of potential drug–drug interactions via cytochrome P450 isoenzyme systems (5) is a further advantage in this population, given the frequent multiple concomitant medications. Clearly, further studies are required to evaluate the role of epinephric drugs with respect to specific amelioration of symptoms of psychomotor retardation and cognitive dysfunction in the elderly with depression.

### References

1. Riva M, Brunello N, Rovescalli AC, and others. Effect of reboxetine, a new antidepressant drug, on the central noradrenergic system: behavioural and biochemical studies. J Drug Dev Clin Pract 1989;1:243–53
2. Burrows GD, Maguire KP, Norman TR. Antidepressant efficacy and tolerability of the selective norepinephrine reuptake inhibitor reboxetine: a review. J Clin Psych 1998; 59 (Suppl 14):4S–7S.
3. Andreoli V, Carbognin G, Abati A, Vantini G. Reboxetine in the treatment of depression in the elderly: pilot study. J Geriatr Psychiatry Neurol 1999;12:206–10.
4. Katona C, Bercott E, Chiv E, Tack P, Versiani M, Woelk H. Reboxetine versus imipramine in the treatment of elderly patients with depressive disorders: a double blind randomized trial. J Affect Disord 1999;55:203–13.
5. Dostert P, Benedetti MS, Pogessi I. Review of the pharmacokinetics and metabolism of reboxetine, a selective noradrenaline reuptake inhibitor. Eur Neuropsychopharmacol 1997; 7 (Suppl 1):23S–35S.

Pierre Chue, FRCPC
*Edmonton, Alberta*

CONFIDENTIAL
AZSER12443766

BEST COPY AVAILABLE

JOURNAL OF ELECTROCARDIOLOGY, 21 (3), 1988, 219–229

# Evaluation of 10 QT Prediction Formulas in 881 Middle-aged Men From the Seven Countries Study: Emphasis on the Cubic Root Fridericia's Equation

BY PAOLO E. PUDDU, M.D.,* RÉMY JOUVE, M.D., PH.D.,* SERGIO MARIOTTI, M.SC.,* SIMONA GIAMPAOLI, M.D., MARIAPAOLA LANTI, M.D.,*† ATTILIO REALE, M.D.,† AND ALESSANDRO MENOTTI, M.D.*

## SUMMARY

In 881 middle-aged men from one Italian cohort of the Seven Countries Study, QT and RR intervals were measured in lead 2 from resting ECGs (25 mm/sec) and fitted separately with 10 mathematically different QT prediction formulas. The relative accuracy of fit to data was assessed from the minimum mean-squared residual and the minimum Akaike Information Criterion values. Using the Minnesota code, 588 men had normal (group 1) and 293 had abnormal (group 2) ECGs. A better fit to QT–RR data by all formulas was observed in group 1, compared with group 2. Among one-parameter equations in both groups, the cubic root Fridericia's formula is better suited to fit the data than the Bazett's square root or other formulas. The former compares favorably with multiparameter equations or with the inverse relation and gives the best fit in group 2. Thus the cubic root equation might be more accurate than the square root or several complex formulas for correcting measured QT intervals for cardiac cycle length in middle-aged men.

None[1] of several QT prediction formulas[2–17] used during the past 65 years has been derived from or validated in a residential cohort. Indeed, in most studies data were collected in few normal resting subjects,[1] which leaves a major range of heart rate insufficiently addressed. This may explain, at least in part, why interest in QT has waxed and waned historically among cardiologists.[13,18–21] Even so, corrected QT (QTc), derived from Bazett's formula[4] by dividing the measured QT by the square root of the measured RR, has been reported to predict the onset of life-threatening arrhythmias for values exceeding 440 units in disparate clinical situations.[1,20–23]

The methods required to measure QT interval have been fully detailed,[18,21,24–27] but the best method for correcting the meticulously measured QT for cardiac cycle length, with either curvilinear or linear formulas, remains a crucial and not completely solved problem.[1,16,17,22,26] Yet the best fit to data in the field of human QT–RR relation has been examined only occasionally, and then incompletely.[13,16,19,28]

We compared four previously proposed formulas (square root, cubic root, logarithmic, and linear)[3,4,8,11] relative to four closely related formulas,[16,29] to a more recently described exponential equation,[16] and to a formula derived from equations for the conservation of energy for the heart as a pump and the first law of thermodynamics,[17] to characterize human QT–RR relation under resting conditions in middle-aged men. We believed that the results might provide an accurate

* From the Laboratory of Epidemiology and Biostatistics, Istituto Superiore di Sanità, Rome, Italy.

† From the Second Department of Cardiology, University La Sapienza, School of Medicine, Rome, Italy.

With the technical assistance of Enrica Colella, Cosimo Marino Curiano', Francesco Dima, and Massimo Pasquali.

Supported by Grant HE-04672 of the U.S. Public Health Service, the University of Minnesota, and Grant 2 1985 from Cardioricerca, Rome, Italy. Dr. Puddu is a Guest Scientist at Istituto Superiore di Sanità. Dr. Jouve was a Visiting Scientist on leave from INSERM U278 and the Department of Pharmacology and Clinical Trials, University of Aix-Marseille II, Schools of Medicine and Pharmacy, Marseille, France. Dr. Lanti received a grant-in-aid from Lirca-Synthelabo, Milan, Italy.

Reprint requests to: Paolo E. Puddu, M.D., University La Sapienza, II Cattedra di Malattie dell'Apparato Cardiovascolare, Viale del Policlinico, 00161 Rome, Italy.

CONFIDENTIAL
AZSER12443767

Case 6:06-md-01769-ACC-DAB   Document 1349-28   Filed 03/11/09   Page 24 of 33 PageID 42396

method for obtaining heart rate-corrected QT. Such a method would be applicable in the field of QT-driven pacemakers[1,16] and might improve our ability to predict sudden death, using QT interval calculations, in clinical practice.[1,20–23]

## MATERIALS AND METHODS

The Seven Countries Study is an ongoing longitudinal investigation on natural history, epidemiology, and etiology of adult cardiovascular diseases in seven countries, including Italy.[30,31]

The cohort used in this study involves men from Crevalcore, an agricultural district near Bologna. In 1960, there were about 12,000 inhabitants in that area; the entry data include 98.12% (993 of 1,012) of all men then 40–59 years old.[30] The data collected included a resting 12-lead ECG, recorded using the standard methods adopted and described by the Research Group on Epidemiology of Heart Disease.[32] In 1962, an interim study was carried out, with the aim of determining the willingness of the initial study population to participate in follow-up visits, eight-hundred eighty-one men (88.72% of those seen in 1960) were examined and form the study group for this report.

### ECG Analysis

Resting supine 12-lead ECGs were recorded on a three-channel inkjet electrocardiograph (Siemens-Elema B31) at 25 mm/sec paper speed. Calibration (10 mm = 1 mV) was performed before the ECG was recorded in any subject. Paper speed was controlled every 25th ECG. One observer coded all ECGs according to the Minnesota code,[33] a reference method developed mainly for epidemiologic purposes and aimed at a standardized and analytic description of ECGs based principally on measurements.

The QT and RR intervals were measured (in msec) in lead 2 by a second observer. The measurements were made manually, with the aid of a caliper and a magnifying device with a grid,[33] from the beginning of the QRS complex to the end of the T wave, where its terminal limb joined the baseline. Intervals preceded by premature beats were not measured, nor were U waves in the QT intervals included.[18] To avoid respiratory influences, we used three to five nonconsecutive QRST complexes to derive average data for both QT and RR intervals, although minimal complex-to-complex variability of both QT and RR intervals might be appreciated. In the presence of atrial fibrillation, 10 nonconsecutive QRST complexes were considered. The measurements were taken to the nearest 0.50 mm (20 msec).

### Data Analysis

The QT–RR data from each subject were fitted separately using the following 10 formulas (F1–F10) by

means of an IBM 4341 computer using BMDP statistical programs[28]:

$$QT = A1 \cdot \sqrt{RR} \qquad (F1)$$

$$QT = A2 \cdot \sqrt{RR} + B2 \qquad (F2)$$

$$QT = A3 \cdot \sqrt[3]{RR} \qquad (F3)$$

$$QT = A4 \cdot \sqrt[3]{RR} + B4 \qquad (F4)$$

$$QT = A5 \cdot \log(RR) \qquad (F5)$$

$$QT = A6 \cdot \log(RR) + B6 \qquad (F6)$$

$$QT = A7 \cdot RR \qquad (F7)$$

$$QT = A8 \cdot RR + B8 \qquad (F8)$$

$$QT = A9 + B9 \cdot Exp(-k9 \cdot RR) \qquad (F9)$$

$$QT = A10 + B10 \cdot (RR)^{-1} \qquad (F10)$$

where A, B, and k are regression parameters. F1 is the square root Bazett's formula[4]; F3 is the cubic root Fridericia's formula[9]; F6 is the logarithmic Ashman's formula[11]; F8 is the linear formula originally proposed by Adams[5]; F9 is the exponential formula of Sarma et al.[16]; and F10 is the inverse Kovacs' formula.[17] F2, F4, F5, and F7 are related to F1, F3, F6, and F8, respectively, but differ by one parameter each. F1–F6 and F9 and F10 were fitted by nonlinear regression analysis, whereas linear regression analysis was used for F7 and F8.

The relative accuracy of fit to data by the 10 formulas was assessed[10] in two ways. (1) It was assessed from the mean-squared residual (MSR) values, which provide an appropriate and objective means of comparing formulas with differing numbers of observations, using the following equation:

$$MSR = RSS : (N - P) \qquad (E1)$$

where RSS is the residual sum of squares, N is the number of observations, and P is the number of parameters in the formula used. The equation with minimum MSR is considered the best representation of a given plot of data, therefore no further statistical analysis is required. (2) It was assessed using the Akaike Information Criterion (AIC) to account for the differences in the number of parameters among the 10 formulas. Akaike[34] and Tanabe[35] defined AIC by the following equation, assuming that the random errors obey Gaussian distribution:

$$AIC = N \cdot \ln(RSS) + 2P \qquad (E2)$$

where N is the number of observations, ln is the natural logarithm, RSS is the residual sum of squares, and P is the number of parameters in the formula used. AIC was derived in relation to the maximum likelihood estimation, which is essentially equivalent to estimating the parameters so as to minimize "Kullbach–Leiblers mean information."[34,35] Because the equation with minimum AIC is regarded as the best representation of a given plot of data, this statistical method is called

CONFIDENTIAL
AZSER12443768

Case 6:06-md-01769-ACC-DAB   Document 1349-28   Filed 03/11/09   Page 25 of 33 PageID 42397

BEST COPY AVAILABLE

"minimum AIC estimation" (MAICE). When the RSSs are almost equal for different models, MAICE chooses the model with the smaller number of parameters, according to the principle of parsimony. Therefore, the level of significance and the F table are not required when using MAICE. AIC is also directly related to the number of observations, N; therefore, AICs from groups with different numbers of observations may not be compared. Thus in this study, we used AIC to assess only the relative intragroup accuracy of fit in the QT–RR relation by different formulas.

## Accuracy and Repeatability of QT and RR Measurements

Because inspection of the data (Figs. 1, 2) indicates that most of the measurements are multiples of 20 msec, suggesting that there might have been a systematic error in the measurements, we attempted to check the accuracy of these measurements. To this end, we assessed the relative accuracy of fit to data by the 10 formulas on all grouped 881 subjects, based on the methods delineated above. After selecting the "best" fit between QT and RR, we performed a separate MSR analysis on quartiles of the entire population.

To check intraobserver variability,[27] we made duplicate measurements of QT and RR intervals in 25 selected (nonrandom) ECGs. We used the same series to appreciate interobserver variability in selected ECGs. In addition, a third observer measured both QT and RR intervals on all 881 ECGs as a routine part of another study, during which she was unaware of the results from the present investigation; this interobserver variability was also measured. Variability was computed by calculating the technical error (coefficient of variability) for duplicate QT or RR interval measurements with the formula[33]:

$$\sigma = \sqrt{\frac{\sum (X_1 - X_2)^2}{2n - 1}}$$

and expressed as a fraction of the mean from all duplicate observations.

# RESULTS

Of the entire population of 881 men aged 42–61 years in 1962, 588 had a normal ECG (Minnesota code 1.0) (group 1) and 293 had an ECG with codable items (Minnesota codes different from 1.0) (group 2). Codable Q waves (code 1.1) were present in one subject. Complete left (code 7.1) or right (code 7.2) bundle branch blocks were observed in 3 and 21 subjects, respectively. Frequent ventricular premature beats (10% or more of record complexes) (code 8.1) were seen in eight subjects. Atrial fibrillation (code 8.3) was present in five subjects. The range of RR intervals was 540–1,180 msec (mean, 846 ± 127 msec; ie, 111–

51 beats/min) in group 1 (Fig. 1) and 420–1,280 msec (mean, 812 ± 163 msec) (ie, 143–47 beats/min) in group 2 (p < 0.002, one-way analysis of variance) (Fig. 2). However, only nine subjects from group 2 (3.07%) had a resting heart rate greater than 110 beats/min, and two of these nine presented with atrial fibrillation. The range of QT intervals was 300–460 msec (mean, 383 ± 30 msec) in group 1 (Fig. 1) and 300–480 msec (mean, 388 ± 35 msec) in group 2 (p < 0.05, one-way analysis of variance) (Fig. 2).

The values of MSR, RSS, and AIC are shown in Table I and of the estimated regression parameters in Table II.

Regression fits by F6–F10 to QT–RR data are depicted in Figures 1 and 2 for groups 1 and 2, respectively. The corresponding plots of residuals against RR interval are also shown in the figures. The data points in these figures are circles representative of a certain number of observations considered during the calculation process but not actually shown. The scatter of QT–RR data and the scatter of residuals against the independent variable RR are greater in group 2 than in group 1. Accordingly, the mean-squared residuals from group 2 are greater than those calculated in group 1, by all formulas.

It is noteworthy that in both groups approximately equivalent QT predictions are reached by either complex multiparameter formulas (Figs. 1, 2),[8,11,15,17,29] including the logarithmic formula of Ashman,[11] the exponential formula of Sarma et al.,[16] and the inverse formula of Kovacs,[17] or the simpler one-parameter cubic root equation of Fridericia.[3] Indeed, with the above-mentioned QT prediction formulas, the residuals against the independent variable RR are randomly distributed about the zero line. In contrast, the other one-parameter equations do not provide accurate predictions. In particular, Bazett's formula,[4] especially in group 2, overcorrects QT interval at high heart rates (positive residuals at short RR intervals) and undercorrects it at low heart rates (negative residuals at long RR intervals).

The MSR and AIC analyses performed on all grouped 881 individuals confirmed these results. All two-parameter equations performed well (MSR: 613, 612, 634, and 617 for F2, F4, F6, and F8, respectively), similar to more complex formulas (MSR: 614 and 617 for F9 and F10, respectively). On the other hand, one-parameter equations provided a less accurate fit to the data (MSR: 764, 779, and 2557 for F1, F5, and F7, respectively), with the notable exception of Fridericia's equation (F3), which provided the best fit

356

CONFIDENTIAL
AZSER12443769

Case 6:06-md-01769-ACC-DAB   Document 1349-28   Filed 03/11/09   Page 26 of 33 PageID 42398

BEST COPY AVAILABLE



Fig. 1. Pooled QT–RR plots for all group 1 subjects (rows 1 and 3). The least-squared fit of data points are shown for formulas 1–10 (F1–F10), ranked left to right from best to worst, using the results shown in Table I. The residuals corresponding to the same least-squared curves are plotted in rows 2 and 4. Note the differences in the Y axis scales and the apparent dependence of residuals on RR intervals of the plots of residuals corresponding to the last three formulas.

(MSR: 614) also relative to F9 (AIC: 3516 and 3520 for F3 and F9, respectively).

The accuracy of QT relative to RR measurements was therefore assessed assuming Fridericia's equation[3] provided the best fit. Four quartiles of the population were formed based on RR data: 420–720 msec (n = 218), 740–820 msec (n = 221), 840–920 msec (n = 228), and 940–1,280 msec (n = 214). The MSRs, respectively:

553, 609, 584, and 692. Since the numerical composition of quartiles was similar, this might be interpreted as providing some evidence of independency of QT interval measurement accuracy from RR interval with the Fridericia's equation.

The technical error (coefficient of variability) for duplicate QT and RR measurements was, respectively: 4.77% (±18 msec) and 1.64% (±14 msec), intraindividually (2n = 50); and 6.86%

357

CONFIDENTIAL
AZSER12443770

Case 6:06-md-01769-ACC-DAB   Document 1349-28   Filed 03/11/09   Page 27 of 33 PageID 42399

BEST COPY AVAILABLE



Fig. 2. Pooled QT–RR plots for all group 2 subjects (rows 1 and 3). The least-squared fit of data points are shown for formulas 1–10 (F1–F10), ranked left to right from best to worst, using the results shown in Table I. The plots of residuals corresponding to the same least-squared curves are shown in rows 2 and 4. Note the differences in Y axis scales of the last two plots and the apparent dependence of residuals on RR intervals of the plots of residuals corresponding to the last three formulas.

($\pm 25$ msec) and 2.34% ($\pm 20$ msec) ($2n = 50$) and 8.90% ($\pm 34$ msec) and 2.66% ($\pm 22$ msec) inter-individually ($2n = 1,762$).

## DISCUSSION

This investigation is the first to examine the relative accuracy of fit to QT–RR data by several QT prediction formulas in a residential cohort of middle-aged men. In contrast to previous reports,[2–16] we observed a wider range (47–143 beats/min) of resting heart rate. Since a potentially important application of this investigation relates to the use of QT prediction formulas in subjects at risk for life-threatening arrhythmias,[1,19–23,26] we used the Minnesota code[33] to subdivide the total cohort into subjects with normal (group 1) or abnormal (group 2) ECG. In ad-

CONFIDENTIAL
AZSER12443771

PUDDU ET AL

**TABLE I**
**Mean-squared Residuals, Residual Sums of Squares, and Akaike Information Criterion Values in 881 Men Aged 42–61 Years**

| No. of Parameters | Group 1 (N = 588) | | | Group 2 (N = 293) | | |
|---|---|---|---|---|---|---|
| | MSR | RSS | AIC | MSR | RSS | AIC |
| Direct relation between QT and RR (QT ∝ βRR) | | | | | | |
| 1 | | | | | | |
| F1 | 681 | 399,719 | 7,586 | 822 | 239,996 | 3,632 |
| F3 | 565 | 331,962 | 7,477 | 634 | 185,092 | 3,556 |
| F5 | 653 | 383,099 | 7,561 | 818 | 238,778 | 3,630 |
| F7 | 2,094 | 1,229,170 | 8,247 | 3,325 | 970,968 | 4,041 |
| 2 | | | | | | |
| F2 | 566 | 331,814 | 7,479 | 638 | 185,583 | 3,558 |
| F4 | 565 | 331,149 | 7,478 | 636 | 184,952 | 3,557 |
| F6 | 560 | 328,453 | 7,473 | 641 | 186,393 | 3,560 |
| F8 | 570 | 334,266 | 7,483 | 648 | 188,464 | 3,563 |
| 3 | | | | | | |
| F9 | 562 | 329,000 | 7,476 | 635 | 184,254 | 3,558 |
| Inverse relation between QT and RR (QT ∝ β(RR)⁻¹) | | | | | | |
| 2 | | | | | | |
| F10 | 561 | 328,703 | 7,473 | 640 | 186,162 | 3,559 |

F1, square root Bazett's formula[4]; F2, corrected square root formula[26]; F3, cubic root Fridericia's formula[3]; F4, corrected cubic root formula[26]; F5, logarithmic one-parameter formula[26]; F6, logarithmic Ashman's formula[11]; F7, linear one-parameter formula[26]; F8, linear Adam's formula[8]; F9, exponential Sarma's formula[16]; F10, inverse Kovacs' formula.[17]

**TABLE II**
**Regression Parameters (± Asymptotic Standard Deviation) Estimated Using the 10 Formulas in 881 Men Aged 42–61 Years**

| No. of Parameters | Group 1 (N = 588) | Group 2 (N = 293) |
|---|---|---|
| Direct relation between QT and RR (QT ∝ βRR) | | |
| 1 | | |
| A1 | 13.18 ± 0.03 | 13.64 ± 0.05 |
| A3 | 40.62 ± 0.10 | 41.78 ± 0.15 |
| A5 | 131.23 ± 0.36 | 133.95 ± 0.57 |
| A7 | 0.44 ± 0.002 | 0.46 ± 0.004 |
| 2 | | |
| A2 | 8.27 + 0.45 | 8.88 ± 0.51 |
| B2 | 143.42 ± 13.09 | 136.31 ± 14.75 |
| A4 | 38.14 ± 2.07 | 40.67 ± 2.36 |
| B4 | 23.46 ± 19.56 | 10.32 ± 22 |
| A6 | 144.71 ± 1.07 | 147.08 ± 1.15 |
| B6 | −383.33 ± 7.96 | −345.92 ± 7.54 |
| A8 | 0.14 ± 0.007 | 0.15 ± 0.009 |
| B8 | 263.63 ± 6.65 | 262.9 ± 7.56 |
| 3 | | |
| A9 | 445.79 ± 20.04 | 495.57 ± 42.41 |
| B9 | −431.84 ± 126.29 | −352.38 ± 30.84 |
| k9 | 0.0023 ± 0.0007 | 0.0014 ± 0.0005 |
| Inverse relation between QT and RR (QT ∝ β(RR)⁻¹) | | |
| 2 | | |
| A10 | 501.72 ± 6.45 | 510.58 ± 7.31 |
| B10 | −98,063.19 ± 5,271.22 | −95,447.97 ± 5,582.06 |

Parameters A, B, and k refer to formulas 1–10 (see Table I), respectively (measurements in msec).

CONFIDENTIAL
AZSER12443772

Case 6:06-md-01769-ACC-DAB   Document 1349-28   Filed 03/11/09   Page 29 of 33   PageID 42401

BEST COPY AVAILABLE

dition, we justified the latter subdivision to derive information applicable in the field of QT-driven pacemakers;[1,16] a device used in subjects who often present with an ECG abnormality.

A better fit to QT–RR data by all formulas was seen in group 1. This may be accounted for by the composition of the groups and by the larger range of RR intervals in group 2. Yet there is evidence that QT prediction equations may be used also in presence of ECG abnormalities. Moreover, it appears that among one-parameter equations, in both groups 1 and 2, the cubic root Fridericia's formula[3] provides the best fit to the QT–RR relation, whereas the logarithmic and the square root Bazett's[4] formulas provided the poorest fit and the straight-line formula is unsuitable. In addition, the fit provided by Fridericia's formula compares favorably with multiparameter equations[8,11,16,17] and in both groups is not improved by a second regression parameter as occurs for the square root, logarithmic, and straight-line one-parameter formulas. Finally, in group 2 the best fit is provided by Fridericia's equation.

It has been pointed out[17] that the commonly cited formulas[3,4,8,11,14-16] for predicting human QT duration have not been derived from basic principles, that rather they result from the approximate fit of an arbitrarily selected algebraic function to a set of data with wide scatter. However, the results from this study suggest that the relation between QT and RR interval is better expressed, in middle-aged men, by the simpler one-parameter cubic root formula derived empirically from 50 normal subjects by Fridericia as early as 1920[3] and almost ignored thereafter.[9,18] This conclusion is not coincidental: the robustness of the statistical method used[16,29] permitted an objective, comparative, and exhaustive analysis, which emphasizes that more sophisticated QT prediction equations are no more accurate.[11,16,17] Nevertheless, no more than one couple of points from a single individual was obtained to derive the QT–RR relation in this study. Therefore caution must be used in interpreting these conclusions or adapting them to different populations.

For example it may be that if QT–RR interval relationships were determined for individual subjects, using multiparameter formulas, many different slopes would be obtained intraindividually.[16] Although these slopes might reside within the scatter of the data described here, it is important to stress that the overall (interindividual) slope may not apply to any single subject. Clearly, further study is needed to clarify these issues.

## QT Interval

In most studies, QT and RR intervals have been measured in lead II,[1,4,26] and Lepeschkin[18] has stated that the QT duration is longest in lead II. However, using multiple measurements in four different leads (LI, LII, $V_1$, and $V_6$), Ahnve observed that the longest QT interval is not always in lead II.[36] On the other hand, Wanderman et al.,[37] using multiple simultaneous recordings, showed that analysis of time intervals based on mean values in large groups of subjects is little affected by electrocardiographic lead choice. Therefore, the data presented here are from a single lead. We chose lead II to facilitate comparison with most of the previous studies that either assess the accuracy of fit to QT–RR data by various formulas[8,13,19] or provide evidence for QT interval as a risk index for life-threatening arrhythmias.[1,20-23,26]

Although it may be preferable to measure QT and RR intervals at 50[24,27] or 100[16] mm/sec paper speed, most available data on QT–RR relation were obtained from 25 mm/sec tracings.[1] The ECGs from this investigation were recorded in 1962 for epidemiologic purposes, and we had no choice but to use the available records. We tried to improve the readability of 25-mm/sec ECG tracings by using a magnifying device with a grid, to permit measurement to the nearest 0.25 mm (10 msec), but it was more practical to round up to the nearest 0.50 mm (20 msec). Although this may have introduced a systematic error in the data collection, we stress that only one observer was responsible for QT and RR measurements. Indeed, the intrareader variability in QT interval measurements is similar to that in previous reports using 25-mm/sec ECG recordings,[27] and the measurement accuracy seems not to be influenced by heart rate over a large range. Nevertheless, it may be worth repeating this study on new high-quality, high-speed ECG records from other residential cohorts. It might also be of interest to retrieve the existing data of digitized ECGs from the Seven Countries Study and record them on paper at high speed, to determine whether the measurement accuracy of QT interval could be improved and the present results confirmed.

## The QT–RR Relation

During the past 65 years, both curvilinear and linear relations have been proposed to fit QT–RR data.[3-18] Most of these relations were derived from selected and generally scanty groups of normal subjects.[1,26] In 1920, Bazett derived, from

CONFIDENTIAL
AZSER12443773

BEST COPY AVAILABLE

PUDDU ET AL

only 20 men,[4] an empirical equation where QT = K $\sqrt{RR}$, later used[1,17,18,21,22] to correct measured QT for cycle length in individual cases, based on the assumption that corrected QT = measured QT/$\sqrt{\text{measured RR}}$. Thus Bazett's correction has remained the most frequently used method to derive heart rate corrected QT (QTc).[1,18,22] Even so, Adams, in 1936, found that the QT duration (in seconds) from 50 presumably normal men might be accurately predicted by the formula QT = 0.1536(RR) + 0.2462.[8] However, no statistical analysis supported Adams' conclusion that this straight-line formula better fits the data than curvilinear equations.[8] Later, use of the Bazett's formula was recommended by Hegglin and Holtzmann, based on 700 normal subjects of both sexes,[9] and by Lepeschkin, based on his compiled data from about 5,000 cases from the literature and his own 1,100 cases.[18] In contrast, Fridericia's cubic root formula, also proposed in 1920 from a scanty series of 50 subjects, was considered less suitable for correcting measured QT interval by the same authorities who recommended use of Bazett's formula.[9,18]

Beginning in 1962, Bazett's formula has been criticized.[13,26,28,38–43] In particular, it has been stressed that the square root formula overcorrects the measured QT interval at high heart rates and undercorrects it at low heart rates.[26,28,39,43] Indeed, as shown in the plots of residuals from groups 1 and 2 (Figs. 1, 2), Bazett's formula inaccurately predicts QT duration for a wide range of low and high heart rates. However, dealing with 160 acute myocardial infarction patients, Ahnve recently observed that Bazett's formula fits the relationship between QT interval and heart rate rather well[22]; although the reported range of heart rate appears to be relatively large, no statistical analysis is provided to support his contention.

### The "Best" Fit for QT–RR

Finding the "best" empirical formula to fit a set of observations is generally difficult.[16,17] In the field of human QT–RR relation, there is a lack of studies dealing with either a residential cohort or multiple testing of mathematically different equations.[13,16,17,19,28,42,44]

From an analysis of ECGs recorded in 649 men aged 20–59 years, Simonson et al.[13] proposed, in 1962, a straight-line formula (QT duration in sec), where QT = 0.140 (RR) + 0.2423 + 0.0003 (age). In the range of heart rate of 56–115 beats/min, there was an agreement between upper (97.5%)

and lower (2.5%) normal limits determined from the percentile distribution and predicted from linear regression equation. However, no extensive statistical analysis demonstrates the best fit for the proposed formula compared with the square root, logarithmic, or two other related formulas.[13]

The mathematical relationship between QT and RR intervals was studied in 1969 by Susmano et al.[19] in eight patients with complete AV block during cardiac pacing at multiple ventricular rates. The results suggest, within the range of heart rate of 35–130 beats/min, that expressing the QT interval as a linear, square root, cubic root, or logarithmic function of the RR interval will provide equivalently valid predictions. However, due to the large variations observed between individuals, no method is suggested to correct the QT duration for a given heart rate.[10]

Preliminary data to reevaluate the QT–heart rate relation were presented in 1983 by Hodges et al.[28] based on 607 normal men and women equally distributed across age decades from 20s to 80s. Compared with Bazett's equation, both linear and logarithmic regressions were shown to fit the QT–heart rate data better. However, for convenience the use of the linear model, where QT = 496 − 1.75 (heart rate), was proposed. The results obtained in this study are in keeping with the findings from the latter study.[28]

In 1983, Staniforth[42] investigated 547 sets of QT–RR data from 27 healthy young men. It was found from pooled data that with the subject in resting supine position, the square root formula gave an unsatisfactory correction for the QT interval following atropine and hyoscine, over a wide heart rate range. Givens that log QT = log K + n log RR,[42] the best n value was 0.35, which is very close to the cube root correction of Fridericia.[4] That there was an optimum value of n in a one-parameter correction formula was also seen[44] when plots of the mean-squared residuals were made for a range of values of n (0.1–0.7) for each subject. In this way, a set of parabolas was produced, with minima centering around 0.3. Although these studies[42,44] indicated that Fridericia's equation is more adequate than Bazett's correction, they failed to test comparatively more complex formulas and therefore need be considered important only for having called attention to the almost neglected cubic root correction.[9,13,18]

In 1984, Sarma et al.[16] analyzed data obtained from 16 disparate subjects who were either exercised on a stationary bicycle to a heart rate of 160 or 180 beats/min or paced until the ventricular rate was progressively increased to 130 beats/

CONFIDENTIAL
AZSER12443774

BEST COPY AVAILABLE

min. They demonstrated that the QT–RR relation is better expressed by a newly proposed exponential formula than by Bazett's formula or two other closely related formulas. They also used an estimate of mean-squared residual values and the AIC,[34,35] as was done in this investigation, to assess the accuracy of fit to QT–RR data. With Bazett's and the exponential formulas in pooled data from sinus-driven subjects, they found values much like those reported here.[16] Although meticulous statistical analysis provided proof that an exponential equation is more suitable for representing the human QT–RR relation than is Bazett's formula,[16] which is in accordance with our results, these conclusions may not be generalized to logarithmic, cubic root, straight-line, or related formulas, which were not comparatively tested in that study.

More recently, Kovacs[17] presented a graphic comparison of the major algebraic classes of formulas (exclusive of exponential equations[16]) for the QT as a function of RR interval and showed the approximate overlap of all curves. In addition, to derive an expression for QT as a function of RR and thereby attempt to resolve the ambiguity among the disparate expressions for QT, Kovacs presented a thermodynamic and conservation of energy argument applied to the normal heart, where $QT \propto K'1 + K'2/RR$. However, the inverse RR dependence (denoted as $(RR)^{-1}$) is incorrectly claimed to be derived from the first principle. In fact, Kovacs' "derivation" is heavily dependent on the empirical relation between the systolic time interval $QS_2$ and $QT$,[15] as well as several other empirical assumptions,[17] and should therefore also be considered essentially empirical.[45] More important, no objective measurement is provided to support the author's contention that the inverse relation delineates the nature of the algebraic dependence of QT as a function of RR for the normal heart operating in the physiologic range, as opposed to several other formulas, including Fridericia's and Bazett's equations, therefore Kovacs' conclusion[17] must be regarded as a hypothesis, which is not confirmed by our results.

## Implications

The results of this investigation in 881 men aged 42–61 years demonstrate that over a wide range of resting heart rate a better fit to QT–RR relation is achieved using Fridericia's one-parameter cubic root formula[3] than by the Bazett's square root formula.[4] The performance of the former formula is not improved by adding a second regression parameter and compares favorably with more complex formulas,[5,11,29] particularly with those recently proposed by Sarma et al.[16] and by Kovacs.[17] In addition, Fridericia's formula provides the best fit in subjects with any kind of ECG abnormality according to the Minnesota code.[33] These observations may have potentially useful implications, since the cubic root equation is simple and therefore potentially directly applicable for correcting single measurements.[42,44]

Application of the cubic root relation might be useful in the field of rate-adaptive pacemakers, because it may favor the development of a more compliant device.[1,16] Another potentially useful application of this investigation relates to the proposal to use heart rate-corrected QT (QTc) to predict life-threatening arrhythmias and sudden death.[1,20–23,26] For those purposes, it would be appropriate to use a formula whose performance has been successfully tested in a large residential cohort with age ranges related to high incidence rates of the index events. We suggest that Fridericia's simple cubic root equation might be compared with more complex multiparameter formulas or the popular and abundantly adopted Bazett's square root formula to determine whether prediction might be improved.

We have provided evidence that QT is overcorrected by Bazett's formula for a wide range of high heart rate. As a result, more cases may lie above the accepted limit of normalcy than with Fridericia's cubic root correction. This warrants further studies to compare the sensitivity, specificity, and predictive accuracy of these formulas in the prediction of life-threatening arrhythmias and sudden death, reevaluating accordingly the limit of normalcy for heart rate-corrected QT (QTc) duration in humans.

**Acknowledgments:** The authors thank Henry Blackburn, MD, and Richard Crow, MD, Division of Epidemiology, University of Minnesota, Minneapolis, for helpful advice during the study and for critical review of the manuscript, and Jonnalagedda S. M. Sarma, PhD, City of Hope National Medical Center, Duarte, for sending unpublished material.

## REFERENCES

1. Puddu PE, Torresani J: The QT-sensitive cybernetic pacemaker: a new role for an old parameter? PACE 9:108, 1986
2. Lombard WP, Cope OM: Effect of pulse rate on the length of the systoles and diastoles of the normal human heart in the standing position. Am J Physiol 49:139, 1919

CONFIDENTIAL
AZSER12443775

BEST COPY AVAILABLE

3. FRIDERICIA LS: Die Systolendauer im Elektrokardiogramm bei normalen Menschen und bei Herzkranken. Acta Med Scand 53:469, 1920

4. BAZETT HC: An analysis of the time-relations of electrocardiograms. Heart 7:353, 1920

5. FENN GK: Studies in the variation of the length of the QRST. Arch Intern Med 29:441, 1922

6. MAYEDA I: On the time relation between systolic duration of heart and pulse rate. Acta Schol Med Univ Kyoto 17:53, 1934

7. SHIPLEY RA, HALLORAN WR: The four lead electrocardiogram in 200 normal men and women. Am Heart J 11:324, 1936

8. ADAMS W: The normal duration of the electrocardiographic ventricular complex. J Clin Invest 15:335, 1936

9. HEGGLIN R, HOLTZMANN M: Die Klinische Bedeutung der verlangerten QT-Distanz (Systolendauer) im Elektrokardiogramm. Z Klin Med 132:1, 1937

10. SEBASTIANI A: Une nouvelle formule pour prévoir la durée normale de la systole ventriculaire. Arch Mal Coeur 31:973, 1938

11. ASHMAN R: Normal duration of QT interval. Am Heart J 23:522, 1942

12. SCHLAMOWITZ I: An analysis of time relationships within cardiac cycle in electrocardiograms of normal men: I. The duration of the QT interval and its relationship to the cycle length (RR interval). Am Heart J 31:329, 1946

13. SIMONSON E, CADY LD, WOODBURY M: The normal QT interval. Am Heart J 63:747, 1962

14. RICKARDS AF, NORMAN J: Relation between QT interval and heart rate: new design of physiologically adaptive cardiac pacemaker. Br Heart J 45:56, 1981

15. BOUDOULAS H, GELERIS P, LEWIS RP, RITTGERS SE: Linear relationship between electrical systole, mechanical systole, and heart rate. Chest 80:613, 1981

16. SARMA JSM, SARMA RJ, BILITCH M ET AL: An exponential formula for heart rate dependence of QT interval during exercise and cardiac pacing in humans: reevaluation of Bazett's formula. Am J Cardiol 54:103, 1984

17. KOVACS SJ JR: The duration of the QT interval as a function of heart rate: A derivation based on physical principles and a comparison to measured values. Am Heart J 110:872, 1985

18. LEPESCHKIN E: Modern electrocardiography. Williams & Wilkins, Baltimore, 1951

19. SUSMANO A, GRAETTINGER JS, CARLETON RA: The relationship between QT interval and heart rate. J Electrocardiol 2:269, 1969

20. BURCHELL HB: The QT interval historically treated. Pediatr Cardiol 4:138, 1983

21. SURAWICZ B, KNOEBEL SB: Long QT: good, bad or indifferent? J Am Coll Cardiol 4:398, 1984

22. AHNVE S: Correction of the QT interval for heart rate: review of different formulas and the use of Bazett's formula in myocardial infarction. Am Heart J 109:568, 1985

23. PUDDU PE, BOURASSA MG: Prediction of sudden death from QTc interval prolongation in patients with chronic ischemic heart disease. J Electrocardiol 19:203, 1986

24. PUDDU PE, JOUVE R, TORRESANI J ET AL: Prolonged electrical systole in acute myocardial infarction. J Electrocardiol 13:337, 1980

25. PUDDU PE, BERNARD PM, CHAITMAN BR, BOURASSA MG: QT interval measurement by a computer assisted program: a potentially useful clinical parameter. J Electrocardiol 15:15, 1982

26. JOUVE R, PUDDU PE, TORRESANI J ET AL: Durée de la systole électrique à la phase aigue de l'infarctus du myocarde: méthodologie, histoire naturelle, valeur séméiologique et conséquences thérapeutiques. Ann Cardiol Angeol 32:149,1983

27. AHNVE S: Errors in the visual determination of corrected QT (QTc) interval during acute myocardial infarction. J Am Coll Cardiol 5:699, 1985

28. HODGES M, SALERNO D, ERLIEN D: Bazett's QT correction reviewed: evidence that a linear QT correction for heart rate is better (abstr). J Am Coll Cardiol 1:694, 1983

29. DIXON WJ, ed: BMDP Statistical Software 1983 Printing with Additions. University of California Press, Berkeley, 1983

30. PUDDU V, MENOTTI A: An Italian study on epidemiology of ischemic heart disease. Acta Cardiol 24:558, 1969

31. KEYS A: Coronary heart disease in seven countries. Circulation 51:1, 1970

32. KEYS A, ARAVANIS C, BLACKBURN HW ET AL: Epidemiological studies related to coronary heart disease: characteristics of men aged 40–59 in seven countries. Acta Med Scand (Suppl) 460:24, 1967

33. ROSE GA, BLACKBURN H, GILLUM RF, PRINEAS RJ: Cardio-vascular Survey Methods. 2nd ed. World Health Organization, Geneva, 1982 (Monograph Series No. 56)

34. AKAIKE H: An information criterion (AIC). Math Sci 14:5, 1976

35. TANABE K: Statistical approach for the unsuitable problem. Math Sci 14:60, 1976

36. AHNVE S: The QT interval in myocardial infarction. Thesis. Karolinska Institute, Stockholm, 1980

37. WANDERMAN KL, LOUTATY G, OVSYSHCHER I ET AL: Choice of electrocardiographic leads for recording the earliest QRS onset in noninvasive measurements. Circulation 63:933, 1981

38. BOURDILLON PJ, SCHWARTZ PJ: Prolonged QT interval to predict sudden death (letter). Circulation 59:1079, 1979

39. MANION CV, WHITSETT TL, WILSON MF: Applicability of correcting the QT interval for heart rate (letter). Am Heart J 99:678, 1980

40. BROWNE KF, ZIPES DP, HEGER JJ, PRYSTOWSKY EN: Influence of the autonomic nervous system on the QT interval in man. Am J Cardiol 50:1099, 1982

41. FANANAPAZIR L, BENNETT DH, FARAGHER EB: Con-

CONFIDENTIAL
AZSER12443776

Case 6:06-md-01769-ACC-DAB   Document 1349-28   Filed 03/11/09   Page 33 of 33 PageID 42405

BEST COPY AVAILABLE

tribution of heart rate to QT interval shortening during exercise. Eur Heart J 4:265, 1983

42. STANIFORTH DH: The QT interval and cycle length: the influence of atropine, hyoscine and exercise. Br J Clin Pharmacol 16:615, 1983

43. DAVIDOWSKI TA, WOLF S: The QT interval during

reflex cardiovascular adaptation. Circulation 69:22, 1984

44. STANIFORTH DH: Correction equation for QT interval. Br J Clin Pharmacol 19:862, 1985

45. SARMA JSM, VENKATARAMAN K: QT interval revisited (letter). Am Heart J 112:1354, 1986

CONFIDENTIAL
AZSER12443777