REVIEW ARTICLE

CNS Drugs 2001; 15 (7) 537-551
1172-7047/01/0007-0537/$22.00/0

© Adis International Limited. All rights reserved.

# Bodyweight Gain Associated with Atypical Antipsychotics
## Epidemiology and Therapeutic Implications

*James M. Russell*[1] and *Joan A. Mackell*[2]

1   Department of Psychiatry, University of Texas Medical Branch, Galveston, Texas, USA
2   Pfizer Inc., New York, New York, USA

## Contents

Abstract . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 537
1. Bodyweight Gain and Atypical Antipsychotics . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 539
   1.1 Clozapine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 539
   1.2 Risperidone . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 539
   1.3 Olanzapine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 543
   1.4 Quetiapine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 543
   1.5 Ziprasidone . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 544
   1.6 Zotepine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 544
   1.7 Amisulpride . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 544
   1.8 Limitations of Current Data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 545
2. Mechanisms of Bodyweight Gain . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 545
3. Patients Most at Risk for Bodyweight Gain . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 546
4. Effects of Bodyweight Gain on Patients . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 547
   4.1 Comorbidity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 547
       4.1.1 Diabetes Mellitus . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 547
       4.1.2 Cardiovascular Disease . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 547
   4.2 Quality of Life . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 548
5. Prevention and Management of Bodyweight Gain . . . . . . . . . . . . . . . . . . . . . . . . . . 548
6. Conclusion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 549

**Abstract**

Atypical antipsychotic medications are associated with different adverse effects and efficacy profiles compared with conventional antipsychotics (i.e. less extrapyramidal symptoms, improved efficacy against negative symptoms and cognitive deficits, and most often a greater ability to improve patients' quality of life). However, the atypical antipsychotics may be associated with clinically significant bodyweight gain, increasing the risk of medical comorbidity, including diabetes mellitus, hypertension, cardiovascular disease and hyperlipidaemia.

This literature review assesses the various bodyweight gain liabilities associated with atypical antipsychotics, as well as the effects of bodyweight gain on quality of life. The issue of prevention and management of this often neglected adverse effect is also examined.

Most studies reviewed indicate that clozapine and olanzapine are associated with more bodyweight gain than the other atypical antipsychotics. There are

CONFIDENTIAL
AZSER12443778

potential factors that place certain patients at greater risk for bodyweight gain, including low pretreatment body mass index, young age and being of female gender. Furthermore, bodyweight gain associated with the use of atypical antipsychotics has been reported to be associated with clinical improvement, although this has not been substantiated widely. It is unclear whether increased medical comorbidity, including diabetes mellitus, coronary artery disease and/or elevated triglyceride levels, is secondary to the bodyweight gain associated with atypical antipsychotics, or the result of the agents themselves.

A patient's quality of life may be greatly affected by excessive bodyweight gain; either by increased comorbid medical illness, an increased relapse rate associated with noncompliance, or the social stigma associated with being obese. However, most studies reveal that treatment with atypical antipsychotic medications is associated with improved quality of life compared with that achieved with conventional antipsychotic medications.

Because bodyweight is an important health risk associated with atypical antipsychotics, prevention and effective management of bodyweight are paramount in preventing comorbid medical illness, relapse and possible noncompliance.

Atypical antipsychotics have revolutionised the treatment of psychotic disorders. Not only are they the first-line treatment for schizophrenia, but they also have a place in the treatment of bipolar disorder, obsessive-compulsive disorder, dementia and Tourette's syndrome.[1]

Atypical antipsychotics have major advantages over conventional antipsychotics,[2-5] with their unique ability to improve the negative symptoms of schizophrenia and cause significantly fewer extrapyramidal adverse effects at therapeutic dosages.[1,6] Additionally, they are often more efficacious than conventional antipsychotics in treating the cognitive deficits associated with schizophrenia, thus greatly improving quality of life for many patients.[1,7]

Although the acute adverse effect profiles of atypical antipsychotics are improved compared with conventional antipsychotics, long term adverse effects associated with the atypical agents have emerged. Bodyweight gain often occurs with the administration of antipsychotics, but it is more pronounced with some of the atypical agents.[8-21] Several studies have reported that clozapine treatment is associated with an average bodyweight gain of up to 16.2kg (35.6 lbs).[6,8,22-24] Olanzapine and risperidone are also associated with varying degrees of bodyweight gain, and there are some data to indicate that quetiapine and zotepine also

cause this adverse effect.[25-29] Limited data indicate that ziprasidone and amisulpride are less likely to cause bodyweight gain, but further studies are needed to confirm this.[18]

Major increases in bodyweight may not only have long term consequences of increased medical comorbidity and mortality, possibly increasing the risk of diabetes mellitus, hypertension, hyperlipidaemia, coronary artery disease (CAD), osteoarthritis and certain cancers, but it also may contribute to noncompliance.[26,30-40] Preliminary case report literature suggests an association between both clozapine and olanzapine use and increased serum triglyceride levels.[29,41] The prevalence of diabetes mellitus has also been reported to be higher in patients receiving clozapine (18%) and olanzapine (11%) than that found in the general population (1 to 8%).[26,42,43] Given the traditionally poor medical attention given to patients with schizophrenia and other psychotic disorders, the resulting increase in medical comorbidities could have additional negative consequences.

Few studies have addressed the prevalence of bodyweight gain associated with atypical antipsychotics. In this literature review, the relative bodyweight gain liabilities of the atypical antipsychotics, potential risk factors associated with bodyweight gain, and the effects of bodyweight gain on

© Adis International Limited. All rights reserved.

CNS Drugs 2001; 15 (7)

CONFIDENTIAL
AZSER12443779

patient quality of life and medical comorbidity are reviewed. Approaches to prevention and management of bodyweight gain will also be examined.

## 1. Bodyweight Gain and Atypical Antipsychotics

### 1.1 Clozapine

Clozapine has been associated with the most bodyweight gain when compared with other atypical agents.[18] Average bodyweight gains reported range from 2.3 to 16.2kg (5.1 to 35.6 lbs) [table I].[10,11,13,15,23,24,27,44-46,48-51] 27 to 70% of patients treated with clozapine for a duration of 16 weeks to 24 months experienced significant bodyweight gain (≥10% of baseline bodyweight).[10,11,13,27,45,47,70] The highest prevalence of bodyweight gain (70%) was associated with a treatment duration of 24 months.[11]

In direct comparisons of clozapine with haloperidol, the associated statistically significant bodyweight gain was from 3.5 to 5.3kg (7.7 to 11.7 lbs) for clozapine, compared with 0.68 to 1.5kg (1.5 to 3.3 lbs) for haloperidol, with varying treatment durations.[13,47] The largest bodyweight gain seen in an individual treated with clozapine was 9.2kg (20.2 lbs).[13]

Frequently, an apparent bodyweight gain was seen early in the course of clozapine treatment; however, in studies reporting this, the treatment was often of short duration.[10,13] When longer term data are evaluated, most bodyweight gain occurred in the first 6 to 12 months of treatment and continued well into the third year.[27] Wirshing et al.[27] showed the adjusted time to maximum bodyweight gain was 25 weeks, with an average treatment period of 27 weeks. The high variability of treatment duration and limited long term data make it difficult to report unequivocally the time to maximal bodyweight gain; however, the data still remain informative.

A positive correlation between bodyweight gain and the dosage of clozapine has been reported. However, it should be noted that the type and severity of the mental disorder might be an integral part of the bodyweight gain that is observed.[71-73] According to a case series, 4 of 5 patients gained 4.5kg (10 lbs) or more within the first month of treatment when the dosage of clozapine was increased from 50 mg/day to a maximum of 600 mg/day.[74] By contrast, a recent study reported that in patients with schizophrenia, significantly more weight gain was seen at lower dosage of clozapine (221 ± 123 mg/day).[46] The relationship between dosage and bodyweight gain is unclear and requires further study.

### 1.2 Risperidone

Several studies have evaluated bodyweight changes that occurred during risperidone treatment, reporting ranges from −0.91 to 3.4kg (−2 to 7.5 lbs) [table I].[21,26,27,48,51,52-55] with a reported prevalence of significant bodyweight gain (≥10% of baseline bodyweight) of 11%.[27] One study reported that a mean bodyweight gain of 3.3kg (7.3 lbs) occurred in 424 patients treated with risperidone for at least 1 year,[20] while other studies reported that after 3 months of treatment an average bodyweight gain of 1.7kg (3.7 lbs) occurred.[1,19] It can be concluded that bodyweight gain associated with risperidone appears to be less than that associated with clozapine.

Some studies have compared risperidone with other antipsychotics. In a study of patients treated for 8 weeks, a significant bodyweight gain of 2.7kg (5.9 lbs) occurred in the clozapine treatment group, while a nonsignificant bodyweight gain of 1.1kg (2.4 lbs) was observed in the risperidone treatment group.[48] An earlier study revealed a greater bodyweight gain in risperidone recipients [2kg (4.4 lbs)] compared with haloperidol recipients [1.4kg (3.1 lbs)] following 3 months of treatment, although this difference was not statistically significant.[52] Similar findings have been reported by others.[21,54]

In a study of adolescent patients, bodyweight gains were significantly higher with risperidone [8.6kg (19 lbs)] than with typical antipsychotics [3.0kg (6.7 lbs)] over a 6-month treatment period.[16] The higher bodyweight gain observed in this study may be related to the age of the patient

© Adis International Limited. All rights reserved.

CONFIDENTIAL
AZSER12443780

*Russell & Mackell*

Table I. Bodyweight gain associated with atypical antipsychotics

| Reference | Study design | No. of patients | Dosage (mg/day) | Treatment duration (months) | Mean bodyweight gain [kg (lbs)] | p-Value (versus baseline bodyweight) |
|---|---|---|---|---|---|---|
| **Clozapine** | | | | | | |
| Carson & Forbes[44] | cs | 5 | N/S | N/S | 9.5 (20.9) | N/S |
| Cohen et al[24] | cs | 7 | 435 | 2-9 | 11.3 (24.7)a | N/S |
| Leadbetter et al[10] | p,r | 21 | b | 16wk | 6.3 (13.9) | N/S |
| Lamberti et al[20] | rt,cr | 36 | 380 | 6 | 7.7 (16.9) | p < 0.001 |
| Umbricht et al[11] | rt,cr | 82 | 500-600 | 90 | 6.4 (14)c | p < 0.001 |
| Hummer et al[13] | p,nr,cp | 81 | 214.2 | Varied | 3.5 (7.7)d | p < 0.05 |
| John et al[45] | rt,cr | 99 | N/S | >3 | 5.2 (11.5) | N/S |
| Jalenques et al[46] | p,ol,f | 15 | 500-900 | 21 | Group 1: 12.4 (27.3) / Group 2: no significant gaine | p < 0.001 / ns |
| | | | | | | |
| Bustillo et al[47] | db,r,cp | 39 | 410.5 | 10wk | 5.3 (11.7) | N/S |
| Bondolfi et al[48] | db,r,cp | 43 | 291.2 | 8wk | 2.7 (5.9) | p = 0.01 |
| Briffa & Meehan[19] | p,ol | 51 | b | 12 | 3.4 (7.5) | p = 0.028 |
| Frankenberg et al[49] | rt,cr | 42 | N/S | At least 12 | 16.2 (35.6) female / 10.4 (22.9) male | N/S |
| | | | | | | |
| Kraus et al[50] | p,nr,cp | 11 | 251 | 4wk | 2.3 (5.1) | p = 0.01 |
| Wetterling & Mußigbrodt[51] | rt,cr | 29 | N/S | 34d | 3.1 (6.8) | p = 0.01 |
| Wirshing et al[27] | rt,cr | 20 | N/S | 27.2wk | 6.9 (15.2) | p < 0.01 |
| **Risperidone** | | | | | | |
| Claus et al[52] | db,r,cp | 44 | 12 | 12wk | 2.0 (4.4) | ns |
| Hoyberg et al[53] | db,r,cp | N/S | 2 | 8wk | 1.2 (2.6) | N/S |
| Peuskens[54] | db,r,cp | 1362 | 1, 4, 8, 12, 16 | 8wk | 2.2 (4.8) | N/S |
| | | | | | | |
| Brecher & Burks[9] | N/S | 1156 | 7.6-9.4 | 213d | 2.6 (5.7) | N/S |
| Tran et al[55] | db,r,cp | 339 | 7.2 | 28wk | 2.3 (5.1) | p < 0.001 |
| Bondolfi et al[48] | db,r,cp | 43 | 6.4 | 8wk | 1.1 (2.4) | ns |
| Conley & Brecher[e] | N/S | 407 | 4.8 | 8wk | approx. 2.0 (4.4) | N/S |
| Emsley et al[9] | db,r,c | 183 | 6.1 | 6wk | 3.4 (7.5) | N/S |
| Kelly et al[18] | rt,cr | 60b | 2.83 | 6 | 8.6 (19) | p < 0.001 |
| Sachs & Guille[19] | rt,cr | N/S | N/S | 112wk | 1.7 (3.7)f | p < 0.05 |
| Ganguli et al[i] | rt,cr | 50 | N/S | 4 | -0.9 (-1.98) | ns |
| Wetterling & Mußigbrodt[51] | rt,cr | 15 | N/S | 28.9d | 1.5 (3.3) | p < 0.01 |
| Wirshing et al[27] | rt,cr | 38 | N/S | 25.8 | 5.0 (11.1) | p < 0.01 |

© Adis International Limited. All rights reserved.

CNS Drugs 2001: 15 (7)

CONFIDENTIAL
AZSER12443781

| Study | Design | n | Dose | Duration | Weight gain | p-value |
|---|---|---|---|---|---|---|
| **Olanzapine** | | | | | | |
| Beasley et al.[26] | db,pc[a] | 2418 | 1-20 | 2d-3.5y | 2-3 (4-7)[l,m] | N/S |
| Beasley[56] | db,rpc[a] | N/S | 15 | 12 | 11.8 (26) | N/S |
| Tollefson et al.[57] | db,r,cp | 1996 | 5-20 | 14 | 1.9 (4.2) | p < 0.001 |
| Tran et al.[55] | db,r,cp | 172 | 17.2 | 28wk | 4.1 (9) | p < 0.001 |
| Conley & Brecher[d] | N/S | 407 | 12.5 | 8wk | approx. 4.0 (8.8) | p < 0.001 |
| Ganguli et al.[i] | rt,cr | 50 | N/S | 115.5d | 2.2 (4.8) | p < 0.05 |
| Sachs et al.[i] | rt,cr | N/S | N/S | 33wk | 10.7 (23.5) | p < 0.05 |
| Gupta et al.[17] | rt,cr | 16 | 14.06 | 7.06 | 10.1 (22.12) | N/S |
| Kraus et al.[59] | p,nr,cp | 8 | 14 | 4wk | 3.9 (8.6) | p < 0.001 |
| Osser et al.[39] | p,n,o,l | 25 | 13.8 | 12wk | 5.4 (12) | p < 0.05 |
| Wirshing et al.[27] | rt,cr | 13 | N/S | 73.1wk | 6.8 (15.0) | p < 0.01 |
| **Quetiapine** | | | | | | |
| Borison et al.[58] | db,r,pc | 109 | up to 750 | 6wk | 5.5 (12.1) | N/S |
| Arvantis & Miller[60] | db,r,pc | 361 | 75-750 | 6wk | 0.09 (1.98) 75mg | N/S |
| | | | | | 2.9 (6.38) 150mg | N/S |
| | | | | | 2.0 (4.4) 300mg | N/S |
| | | | | | 2.6 (5.7) 600mg | N/S |
| | | | | | 2.3 (5.1) 750mg | N/S |
| Meats[90] | r,c[e] | N/S | N/S | | approx. 2.0 (4.4) | N/S |
| Small et al.[23] | db,r,pc | 286 | High dose: 488 | 6wk | 2.0 (4.4)[p] | N/S |
| | | | Low dose: 248 | | 2.0 (4.4)[p] | N/S |
| Peuskens & Link[61] | db,r,cp | 201 | b | 6wk | 1.8 (3.9) | N/S |
| Gunasekara & Spencer[62] | db,pc[d] | N/S | N/S | 4-8wk | 2.1 (4.6) | N/S |
| | | N/S | N/S | 18-26wk | 3.5 (7.7) | N/S |
| | | N/S | N/S | 1y | 5.6 (12.3) | N/S |
| **Amisulpride** | | | | | | |
| Rein et al.[g] | db[f] | 774 | N/S | 4-6wk | 0.8 (1.8) | N/S |
| | o,r or db[f] | 415 | N/S | 6-12 | 0.2 (0.44) | N/S |
| Peuskens et al.[63] | db,r,cp | 228 | 800 | 8wk | 0.4 (0.9) | p = 0.026 |
| Loo et al.[64] | db,r,pc | 141 | 100 | 6mo | 1.4 (3.1) | p < 0.013 |
| **Ziprasidone** | | | | | | |
| Tandon et al.[65] | db,r,pc | 975 | 80-160 | 4 and 6wk | 0.5 (1.1)[a] | N/S |
| Chou & Serper[66] | db,pc,cp[d] | 702 | N/S | 6wk | -0.5 (-1.1)[a] | N/S |
| Keck et al.[67] | db,r,pc | 139 | 40 | 28d | 1.0 (2.2)[a] | N/S |
| | | | 120 | 28d | 1.0 (2.2)[a] | N/S |
| Allison et al.[119] | i | N/S | N/S | N/S | 0.04 (0.09) | p = 0.13 vs placebo |

*Continued over page*

© Adis International Limited. All rights reserved.

CONFIDENTIAL
AZSER12443782

**Table I. Contd**

| Reference | Study design | No. of patients | Dosage (mg/day) | Treatment duration (months) | Mean bodyweight gain [kg] (lbs) | p-Value (versus baseline bodyweight) |
|---|---|---|---|---|---|---|
| Daniel et al.[98] | db,r,pc | 106 | 80 | 6wk | 1.0 (2.2) | N/S |
| | | | 160 | | 0.0 (0.0) | N/S |
| Arato et al.g | db,r,p,pc | 294 | 40 | 1y | –3.0 (–6.6)ª | N/S |
| | | | 80 | | –1.0 (–2.2)ª | N/S |
| | | | 160 | | –2.0 (–4.4)ª | N/S |
| **Zotepine** | | | | | | |
| Petit et al.[99] | db,r,cp | 126 | 150-300 | 8wk | 2.3 (5.1) | p < 0.001 |
| Wetterling & Mußigbrodt[91] | rt,cr | 19 | N/S | 31.9d | 4.3 (9.5) | p < 0.01 |
| **Sulpride** | | | | | | |
| Wetterling & Mußigbrodt[91] | r,cr | 8 | N/S | 28d | 1.9 (4.1) | p < 0.01 |

a   Average bodyweight gain from 6 patients.
b   Dosage not stated - given as 'therapeutic'.
c   Average bodyweight gain at 12 weeks.
d   Bodyweight gain at 6 weeks.
e   Group 1 (n = 6) showed an improvement in psychiatric status; group 2 (n = 9) showed a lesser improvement.
f   Bodyweight changes for dosages of 4, 12 and 16 mg/day were not provided.
g   Cited in Taylor & McAskill.[21]
h   Adolescents.
i   Cited in Masand.[26]
j   Bodyweight gain at 12 weeks.
k   Pooled data from 5 trials.
l   Bodyweight gain seen during acute phases of treatment (data from 4 studies).
m   40.5% of patients gained ≥7% of bodyweight.
n   Pooled data from 4 trials.
o   Meta-analysis of trials.
p   At the high dose, 25% of patients gained ≥7% of their baseline bodyweight. At the low dose, 16% of patients gained ≥7% of their baseline bodyweight.
q   Pooled data.
r   Review of trials.
s   Median bodyweight loss.
t   Meta-analysis with multivariate modelling.

c = controlled; cp = comparative; cr = chart review; cs = case series; db= double-blind; f = follow-up; n = naturalistic; ns = nonsignificant; nr = nonrandomised; N/S = not stated; ol = open label; p = prospective; pc = placebo-controlled; r = randomised; rt = retrospective.

© Adis International Limited. All rights reserved.

CONFIDENTIAL
AZSER12443783

population, in whom bodyweight gain is part of normal maturation.

In one study, a significant correlation was reported between the dosage of risperidone and bodyweight gain,[75] although another study did not find this correlation.[16]

### 1.3 Olanzapine

Olanzapine is associated with significant increases in bodyweight, with a similar liability to clozapine. Increases in the range of 1.9 to 11.8kg (4 to 26 lbs) have been reported in patients taking olanzapine (table I).[1,17,21,26-29,35,50,55-57,76,77] A high proportion (41 to 94%) of patients experienced a significant bodyweight gain (≥7% of baseline bodyweight) when treated with olanzapine.[17,28]

As reported in the package insert, during long term olanzapine continuation therapy (median 238 days), the average bodyweight gain was 5.4kg (11.8 lbs),[78] which is consistent with studies of variable treatment duration.[18,29,55]

In a direct comparison of risperidone with olanzapine, olanzapine-treated patients appeared to gain more bodyweight.[55] In another study, a bodyweight gain of 2.2kg (4.84 lbs) in olanzapine recipients and a nonsignificant drop in bodyweight of 0.91kg (2 lbs) in the risperidone-treated patients was reported after 4 to 6 months of treatment. No statistically significant increase in body mass index (BMI) was observed in the risperidone-treated patients; however, a significant increase in BMI occurred in olanzapine-treated patients, resulting in some patients being newly classified as obese.[76] In a study of patients with bipolar disorder, at 12 weeks, the average bodyweight gain was 10.7kg (23.5 lbs) and 1.7kg (3.7 lbs) in olanzapine- and risperidone-treated patients, respectively.[26]

Four double-blind comparative studies were reviewed by Beasley[56] and the following prevalence of significant bodyweight gain (≥7% of baseline weight) was determined: 40.5% for olanzapine, 12.4% for haloperidol and 3.1% for placebo. In a recent study of approximately 7 to 18 months' treatment duration, the maximum adjusted bodyweight gain with various antipsychotics was 6.9kg (15.2

lbs) with clozapine, 6.8kg (15.0 lbs) with olanzapine, 5.0kg (11.1 lbs) with risperidone, 3.7kg (8.2 lbs) with haloperidol and 3.1kg (6.8 lbs) with sertindole.[27] In another study, less bodyweight gain occurred over 4 weeks: olanzapine 3.9kg (8.6 lbs), clozapine 2.3kg (5.1 lbs) and haloperidol 0.1kg (0.22 lbs).[50]

A comparative study has also shown the time course of bodyweight gain is different among treatment groups. Risperidone-treated patients reached a plateau in a shorter time period (15 weeks) compared with those on olanzapine (21 weeks) and clozapine (25 weeks).[27]

Data from 4 double-blind randomised placebo-and/or haloperidol-controlled 6-week studies with 1-year extensions involving olanzapine dosages ranging from 2.5 to 20 mg/day in 2914 inpatients with schizophrenia indicate that the increase in bodyweight observed with the drug is dose related.[77] A mean bodyweight gain of 2.7kg (6 lbs) at a dosage of 1 mg/day up to approximately a 11.8kg (26 lbs) gain at a dosage of 15 mg/day after 12 months of treatment has been observed. Bodyweight gain did not stabilise but continued to increase at dosages >12.5mg (see fig. 1).[56] This suggests that bodyweight gain with olanzapine treatment is dose dependent and it may be more common at higher dosages, although further study is needed.

### 1.4 Quetiapine

Few studies have evaluated quetiapine and associated bodyweight gain (table I).[21,25,58,59,61,62] A short term trial revealed that 25% of patients treated with quetiapine, compared with 4% receiving placebo, experienced clinically significant bodyweight gain (≥7% increase of baseline bodyweight).[58] Bodyweight gain of 0.09 to 5.5kg (1.98 to 12.1 lbs) occurred with treatment duration of 4 to 8 weeks.[21,25,58,59,61,62] After 1 year, a mean bodyweight gain of 2.2kg (4.8 lbs) and 5.6kg (12.3 lbs) was reported.[62]

A comparative study showed bodyweight gain associated with quetiapine [average 2kg (>4.4 lbs)] was significantly greater than that with either halo-

© Adis International Limited. All rights reserved.

CONFIDENTIAL
AZSER12443784

Case 6:06-md-01769-ACC-DAB   Document 1349-29   Filed 03/11/09   Page 8 of 33 PageID 42413



**Fig. 1.** Bodyweight gain associated with various dosages of olan-zapine; data are from 4 double-blind placebo- and/or haloperidol-controlled studies.[77]

peridol [0.3kg (0.7 lbs)] or placebo [−0.8kg (−1.8 lbs)]. 16% of patients receiving quetiapine (600 mg/day), 4% receiving haloperidol and 6% receiving placebo gaining ≥7% of baseline bodyweight.[59] No clear relationship between dosage and body-weight gain has been reported.[59]

Bodyweight gain was assessed in patients with schizophrenia initially treated with clozapine for 6 months followed by 10 months of combined therapy with clozapine and quetiapine. A total body-weight loss of 0.45 to 18.6kg (1 to 41 lbs), with a mean loss of 4.2kg (9.21 lbs), occurred.[79] These results are preliminary and need replication.

### 1.5 Ziprasidone

As reviewed by Chou and Serper,[66] in studies of 4 and 6 weeks duration, 0.4% of the 702 patients treated with ziprasidone reported bodyweight gain, and an equal number reported bodyweight loss. Similar to placebo, a median bodyweight gain of 0.5 to 1kg (1.1 to 2.2 lbs) has been observed.[65,67,68] In a long term study, 12.4% of patients receiving ziprasidone experienced bodyweight gain as opposed to 5.1% of those receiving placebo.[66] However, in another study, after 1 year of treatment, a median bodyweight loss of 3kg (6.6 lbs), 1kg (2.2 lbs) and 2kg (4.4 lbs) was observed with 40, 80 and 160 mg/day of ziprasidone, respectively. A maxi-mum bodyweight loss of 4.7kg (10.3 lbs at 40 mg/day) in women and 3.2kg (7 lbs at 80 mg/day) in men occurred (table I).[21]

A recent meta-analysis, utilising a random ef-fects model, estimated bodyweight gain at 10 weeks associated with atypical antipsychotics. Es-timates of bodyweight gain were statistically sig-nificant for clozapine [4.45kg (9.8 lbs)], olanzap-ine [4.15kg (9.1 lbs)] and risperidone [2.1kg (4.6 lbs)], while that for ziprasidone [0.04kg (0.09 lbs)] was not estimated to differ from placebo (fig. 2).[18] Although few studies have examined ziprasidone and bodyweight gain, most data suggest zipra-sidone is not associated with significant body-weight gain.

### 1.6 Zotepine

A recent review reported a bodyweight gain of 3.6kg (7.9lbs) associated with zotepine occurring in 28% of patients.[80] According to one study, zotepine is associated with more bodyweight gain than other atypical agents. This retrospective chart review of 19 patients showed that the mean body-weight gain with zotepine, clozapine, sulpiride and risperidone was 4.3kg (9.5 lbs), 3.1kg (6.8 lbs), 1.9kg (4.1 lbs) and 1.5kg (3.3 lbs), respectively.[51] In a study which compared zotepine with a typical antipsychotic, zotepine was also associated with significantly more bodyweight gain [a mean in-crease of 2.3kg (5.1 lbs) compared with a decrease of 0.81kg (1.8 lbs) for haloperidol with 8 weeks of treatment].[69]

Limited data are available related to zotepine and associated bodyweight gain; therefore, the findings remain inconclusive.

### 1.7 Amisulpride

Bodyweight changes associated with amisulpride appear to be minimal, and range from 0.2 to 1.4kg (0.44 to 3.1 lbs) over varying treatment durations (table I).[21,63,64,81]

Amisulpride prescribed at low dosages (100 mg/day) for 6 months was associated with a statis-tically significant bodyweight gain [1.4kg (3.1 lbs)] compared with placebo [−0.8kg (−1.8 lbs)].[64]

© Adis International Limited. All rights reserved.

CONFIDENTIAL
AZSER12443785

Case 6:06-md-01769-ACC-DAB   Document 1349-29   Filed 03/11/09   Page 9 of 33 PageID 42414

As reviewed by Taylor and McAskill,[21] comparative studies of 4 to 6 weeks duration have shown no change in bodyweight with haloperidol and a bodyweight increase of 0.8kg (1.8 lbs) for amisulpride, 2.4kg (5.3 lbs) for flupenthixol and 2kg (4.4 lbs) for placebo. Longer term studies (6 to 12 months) reported bodyweight gain of only 0.2kg (0.44 lbs) for amisulpride and a bodyweight loss of 1.2kg (2.6 lbs) for haloperidol and 0.8kg (1.8 lbs) for placebo. However, more patients on amisulpride (21%) gained bodyweight (≥5% of baseline bodyweight) than did patients on haloperidol (13%) or placebo (11%).[21]

In a direct comparison with risperidone, amisulpride was associated with significantly less bodyweight gain; 1.4kg (3.1 lbs) associated with risperidone compared with 0.4kg (0.9 lbs) with amisulpride.[63]

Amisulpride appears to have a lower bodyweight gain liability than other atypical agents but more data are needed to confirm this.

### 1.8 Limitations of Current Data

The current data on bodyweight gain with atypical antipsychotics are limited for a number of reasons. Many methodologies have been utilised, and few direct comparative studies have been conducted, making it difficult to determine which agents are associated with the most bodyweight gain. The absence of guidelines defining 'significant bodyweight gain' (the end-points that have been used include overall bodyweight change, percentage increase over baseline, percentage of patients gaining ≥7 or 10% of baseline bodyweight), and the variability in the duration of treatment and dosage, all contribute to the difficulties in comparing the effects of the agents.

## 2. Mechanisms of Bodyweight Gain

Mechanisms of bodyweight gain associated with atypical antipsychotics are likely to be multifactorial. Possible mechanisms include: (i) sedation resulting in a lowering of basal metabolic rate; (ii) decreased caloric utilisation; and (iii) increased thirst and appetite as a result of anticholinergic effects.[1]

Effects on various other neurotransmitter systems, specifically the serotonergic and histaminergic systems, are also associated with bodyweight gain.[20,51] Considerable evidence suggests that antagonism of the serotonin 5-HT$_{2C}$ receptor subtype, an action shared by many atypical antipsychotics, leads to bodyweight gain.[1,20,39] Mutant mice lacking this receptor subtype become obese, and 5-HT$_{2C}$ antagonists are often associated with bodyweight gain in animal models.[20] Histamine H$_1$ receptor antagonists are associated with bodyweight gain through stimulation of appetite or sedation.[20,51]

The differences in bodyweight gain liabilities among the atypical antipsychotics have been attributed to the relative affinities of the drugs for the 5-HT$_{2C}$ and H$_1$ receptors.[39,82] However, the H$_1$ receptor affinity is thought to have a stronger correlation with bodyweight gain than the affinity for 5-HT$_{2C}$ receptors.[27] Clozapine, olanzapine and zotepine show a high affinity for the H$_1$ receptor compared with risperidone, and are often associated with the most bodyweight gain.[27,39,51,83] Moreover, the 5-HT$_{2A}$ : 5-HT$_{2C}$ binding ratio of



**Fig. 2.** Estimated mean bodyweight gain after 10 weeks' treatment with standard dosages of atypical antipsychotics.[18] A comprehensive literature search was conducted in which 81 English and non-English language articles were identified that included data on bodyweight change in patients treated with antipsychotics at standardised dosages. Standardised dosages were calculated; different dosage levels were controlled for by dividing the actual dosages used in the studies by the midpoint of the recommended dosage range and taking the natural log of the resulting ratio.

© Adis International Limited. All rights reserved.

CNS Drugs 2001; 15 (7)

CONFIDENTIAL
AZSER12443786

risperidone is 100-fold greater than the ratio of binding to these receptors for olanzapine or clozapine.[39,84] Limited data indicate that ziprasidone and amisulpride have a modest effect on bodyweight compared with other atypical agents. In the case of ziprasidone, this may be related to its unique effect on the serotonergic system (potent 5-HT$_{1A}$ agonism and 5-HT$_{1D}$ and 5-HT$_{2C}$ antagonism) and its low level of H$_1$ antagonism.[65,68] Amisulpride has high selectivity for dopamine D$_2$ and D$_3$ receptors, preferentially in the limbic system rather than the striatum, and it has no affinity for other receptors including those of the serotonergic or histaminergic systems.[64,81]

Thus, limited effects on the cholinergic, serotonergic and histaminergic systems and a lack of sedative effects may be associated with less bodyweight gain.

## 3. Patients Most at Risk for Bodyweight Gain

Potential characteristics that place patients at greater risk for bodyweight gain include:
• low pretreatment BMI
• young age
• being of female gender
• certain psychiatric diagnoses
• use of mood stabilisers.

Patients who were not obese prior to treatment showed the most bodyweight gain when treated with clozapine, sulpiride, risperidone or zotepine.[11,13,51] A low pretreatment BMI (or being underweight) is also a significant predictor of bodyweight gain in patients treated with clozapine.[28,77,85] Combined data from 4 separate studies of 2418 olanzapine-treated patients, demonstrate that a significant bodyweight gain (≥7% of baseline bodyweight) was experienced by 32% of underweight, 18% of normal bodyweight and 11% of overweight individuals.[56]

Patients often neglect food intake because of acute psychosis or illness, possibly resulting in a low BMI. If these patients are hospitalised, meals are served regularly and patients are less active. Both of these factors may contribute to more body-

weight gain in patients with a low pretreatment BMI compared with those with a high pretreatment BMI.[51] In patients with a low pretreatment BMI, there may be little reason to avoid atypical antipsychotics that are associated with more bodyweight gain.[18]

The prevalence of obesity is often found to be higher in women who are treated with atypical antipsychotics. Heimberg et al.[12] reported that 78% of women receiving clozapine were 5% above baseline bodyweight compared with only 33% of men. However, dieting reduced the prevalence to 40% in women and 0% in men.[12] In 42 female patients treated with clozapine for 1 year, BMI increased from 23.2 to 29.1 kg/m$^2$, which is estimated to increase the risk for cardiovascular disease by a factor of 3.56 times.[49]

Age is an additional potential factor associated with bodyweight gain.[51] Young patients (mean age of 27 years) who had not received any previous treatment with antipsychotics had a higher risk of bodyweight gain when treated with atypical antipsychotics. In a retrospective chart review of 91 patients, a significant bodyweight gain [>5kg (11 lbs)] occurred in 38% of younger patients whereas only 16% of older patients (mean age of 38 years) with a history of antipsychotic treatment showed a similar bodyweight gain.[51] However, other studies of clozapine have not found age to be a potential risk factor.[11,13,70]

The association of bodyweight gain and patient characteristics (age, gender, baseline BMI) needs further evaluation, given the few studies indicating their proportions or range.

Patients with other psychiatric diagnoses are often treated with atypical antipsychotics, especially those with bipolar disorder.[86] These patients require the use of concomitant mood stabilisers, including lithium and valproic acid (sodium valproate), which are also associated with potential bodyweight gain, thus increasing the risk of additional bodyweight gain when atypical antipsychotics are added to their treatment regimens.[71] Risperidone was associated with more bodyweight gain when given to patients with acute psychosis than when

© Adis International Limited. All rights reserved.

CONFIDENTIAL AZSER12443787

given to patients diagnosed with chronic schizo-phrenia (in the latter group no significant changes in bodyweight occurred).[51,52,87] The issue of bodyweight gain and various psychiatric diagnoses is complex, one reason being the use of polypharmacy. This aspect requires further study.

Bodyweight gain associated with some atypical antipsychotics (clozapine, risperidone, sulpiride, olanzapine and zotepine) has been positively correlated with clinical improvement.[10,46,51,88] However, some studies of clozapine have not found such a correlation.[11,23,47] Some bodyweight gain (or restoration to previous bodyweight) is expected when a patient recovers from a severe mental disorder; however, this is not a prerequisite for clinical improvement.[72]

## 4. Effects of Bodyweight Gain on Patients

### 4.1 Comorbidity

#### 4.1.1 Diabetes Mellitus
Obesity is a risk factor for the development of diabetes mellitus,[32,34] but it has also been shown, through case report literature[89-92] and other evidence, that there is a preliminary association between atypical antipsychotics and diabetes mellitus.[26,38,93] In a 4-case series, clozapine use was associated with new-onset or severely exacerbated pre-existing diabetes mellitus.[89] A cross-sectional study compared 63 clozapine-treated patients with 67 patients treated with conventional depot antipsychotics. Non–insulin-dependent diabetes mellitus and impaired glucose tolerance occurred in ·21% of patients receiving clozapine compared with 9.5% of those receiving conventional antipsychotics.[93]

According to Masand,[26] based on expected population prevalence of diabetes mellitus, patients receiving clozapine or olanzapine appeared to have a significantly higher point prevalence of the disease compared with those patients receiving other antipsychotics (clozapine 18.0%; olanzapine 11.0%; haloperidol 6.6%; risperidone 6.0%; fluphenazine 4.0%; others 7.3%). It is possible that the medica-tions associated with the most bodyweight gain (clozapine and olanzapine) may be more likely to be related to the development of comorbid diabetes mellitus, because the onset of diabetes mellitus in adults is rare in non-obese individuals.[26]

Interestingly, other evidence suggests that when quetiapine is added to clozapine therapy there may be an improvement in diabetes mellitus. Reinstein et al.[79] reported that 3 of 13 patients (23%) showed a clinically significant improvement in their diabetes mellitus (as defined by a normalisation of blood glucose level, discontinuation of insulin and a switch to oral hypoglycaemic agents and a normal diet) under such a treatment regimen.

It remains to be determined whether diabetes mellitus associated with atypical antipsychotics is a secondary result of bodyweight gain, an effect of the medication, and/or an effect of the psychotic disorder itself.

#### 4.1.2 Cardiovascular Disease
Studies indicate that patients prescribed clozapine or olanzapine may be at an increased risk for CAD and/or acute complication(s) of elevated triglyceride levels.[20,29,41,94,95] In a retrospective chart review of 222 inpatients, those treated with clozapine had significantly higher triglyceride levels over baseline than patients treated with haloperidol.[95] In 2 studies in which patients were treated with olanzapine, triglyceride levels increased by 60 to 70 mg/dl.[20,29]

The medications with the highest association with bodyweight gain appear to increase the risk of CAD and/or elevated triglyceride levels. This is possibly due to the fact that obesity is associated with an increased risk of cardiovascular disease and hyperlipidaemia.[30,37,96,97]

Investigation of the issue of atypical antipsychotics and increased risk for diabetes mellitus, CAD, and acute complications of elevated triglyceride levels requires further study.

### 4.2 Quality of Life

In addition to increasing the risk of medical illness that impacts on a patient's quality of life, bodyweight gain associated with atypical antipsy-

© Adis International Limited. All rights reserved.

CONFIDENTIAL AZSER12443788

chotics may have profound psychological consequences as well.[40] People who are overweight are often perceived as lazy, unproductive and less intelligent.[98] They are less likely to receive equal pay in the work place, and have an increased level of disability and take more sick days than non-obese individuals.[1] Patients with schizophrenia or other psychotic disorders are often stigmatised in society, and this can become more pronounced if a patient also becomes obese.

Nevertheless, recent studies suggest that treatment with atypical antipsychotics is associated with improved quality of life compared with that achieved with convention antipsychotics. According to a modified version of the Munich Quality of Life Dimensions List (MLDL), higher scores in general quality of life, domains of physical well-being and social life were reported for those treated with atypical (n = 33) compared with those receiving conventional (n = 31) antipsychotics.[99]

In a summary of 4 pivotal clinical studies that involved 2418 olanzapine-treated patients, after 1 year of treatment with the drug the overall improvement in quality of life was significantly greater than in individuals treated with placebo or haloperidol. In addition, a significantly greater number of olanzapine-treated patients had re-entered the work force at the end of the acute and continuation phase.[100]

Atypical antipsychotic agents are associated with fewer adverse effects than the typical antipsychotics and offer several advantages over the older agents, including a reduced liability to induce extrapyramidal symptoms, a greater effect on negative symptoms, mood disturbances and cognitive dysfunction, and an improved quality of life.[1,7,101] Further evaluation of the risk-benefit ratio is required to further assess the issue of bodyweight gain and quality of life.

## 5. Prevention and Management of Bodyweight Gain

Because bodyweight gain is an important health risk associated with atypical antipsychotics, prevention and effective management of bodyweight are paramount in preventing comorbid medical illness, relapse and possible noncompliance. Obesity-prone patients should be identified prior to treatment and a risk-benefit assessment of the medication selected should be carried out. This should include an assessment of efficacy and potential adverse effects such as bodyweight gain.

Factors associated with a propensity for bodyweight gain are:

- being of female gender
- a tendency to overeat in times of stress
- a difference of more than 6.5kg (14.3 lbs) between maximum and minimal adult bodyweight
- a familial or personal history of obesity
- a tendency toward oral gratification.[72]

These risk factors should be assessed prior to treatment with atypical antipsychotics.

Patient education about the adverse effect profile (bodyweight gain) of various atypical antipsychotics and measures to prevent bodyweight gain, such as diet/nutrition and physical activity, is advisable.[102] It may be most effective to establish structured dietary restrictions and physical activity, emphasising the value of this combination. Bodyweight gain must be monitored carefully. Switching to a different antipsychotic is recommended if bodyweight gain becomes too rapid [i.e. ≥2.3kg (5 lbs) in 4 weeks or a total of ≥5.0kg (11 lbs) during treatment].[1,7,19,22] Bodyweight gain must be managed aggressively, similar to that in a patient with diabetes mellitus.[1]

Some patients may benefit from pharmacological treatment to manage rapid bodyweight gain (or obesity in some patients), although there are risks associated with this approach such as potential abuse and development of medication tolerance.[102] There have been few reports on the usefulness of anti-obesity medications in this patient population.[1] Hence, patients must be educated regarding possible adverse effects. Judicious selection of anti-obesity agents and careful monitoring of patients with schizophrenia if using this method of bodyweight reduction is important.

Some animal studies have assessed the effect of pharmacological prevention of bodyweight gain.

© Adis International Limited. All rights reserved.

CONFIDENTIAL
AZSER12443789

Amantadine has been reported as successfully preventing bodyweight gain associated with antipsychotics in a limited number of animal studies, but clearly more research is needed.[103,104]

## 6. Conclusion

Bodyweight gain is a serious, and often long term, adverse effect associated with many antipsychotics, particularly with some of the atypical agents. Differences among the atypical antipsychotics, including their propensity to cause bodyweight gain, are crucial in the selection of an agent for a particular patient. However, it should be emphasised that bodyweight gain should not be the sole reason for drug selection; both clinical response and incidence of other adverse effects should also be considered. When prescribing atypical antipsychotics, it is important that psychiatrists be aware of possible increases in cardiovascular risk factors and other obesity-related comorbidities, and the need to monitor their patients closely. Further studies of bodyweight gain, medical comorbidity and patient risk factors are necessary to clarify the risk-benefit ratio of bodyweight gain associated with the use of atypical antipsychotics in the long term treatment of psychotic disorders. The development of atypical antipsychotics without this liability will prove advantageous in the treatment of schizophrenia, bipolar and other psychotic disorders.

## Acknowledgements

Supported by an unrestricted educational grant from Pfizer Inc. Dr Russell has served as a consultant to Abbott Laboratories, Bristol Myers Squibb, Janssen Pharmaceutica, MEDSTAT and Pfizer. He has received grant support from Abbott Laboratories, Bristol Myers Squibb, Eli Lilly, Pfizer, NARSAD and the John Sealy Endowment for Medical Research.

## References

1. Masand PS. Weight gain associated with atypical antipsychotics. J Psychotic Dis Rev Comment 1998; II (3): 4-6
2. Casey DE. Side effect profiles of new antipsychotic agents. J Clin Psychiatry 1996; 57 Suppl. 11: 40-5
3. Casey DE. The relationship of pharmacology to side effects. J Clin Psychiatry 1997; 58 Suppl. 10: 55-62
4. Meyer JM, Simpson GM. From chlorpromazine to olanzapine: a brief history of antipsychotics. Psychiatr Serv 1997; 48: 1137-9
5. Borison RL. Recent advances in the pharmacotherapy of schizophrenia. Harv Rev Psychiatry 1997; 4 (5): 255-71
6. Baldessarini R, Frankenberg F. Clozapine: a novel antipsychotic agent. N Engl J Med 1991; 324: 746-54
7. Collaborative Working Group on Clinical Trial Evaluations. Measuring outcome in schizophrenia: differences among the atypical antipsychotics. J Clin Psychiatry 1998; 59 Suppl. 12: 3-9
8. Juul Povlsen U, Noring U, Fog R, et al. Tolerability and therapeutic effect of clozapine. Acta Psychiatr Scand 1985; 71: 176-85
9. Brady KT. Weight gain associated with psychotropic drugs. South Med J 1989; 82 (5): 611-7
10. Leadbetter R, Shutty M, Pavalonis D. Clozapine-induced weight gain: prevalence and clinical relevance. Am J Psychiatry 1992; 149 (1): 68-72
11. Umbricht DS, Pollack S, Kane JM. Clozapine and weight gain. J Clin Psychiatry 1994; 55: 9 Suppl. B: 157-60
12. Heimberg C, Gallacher F, Gur R, et al. Diet and gender moderate clozapine-related weight gain. Hum Psychopharmacol 1995; 10: 367-71
13. Hummer M, Kemmler G, Kurz M, et al. Weight gain induced by clozapine. Eur Neuropsychopharmacol 1995; 5: 437-40
14. Brecher M, Geller W. Weight gain with risperidone. J Clin Psychopharmacol 1997; 17: 435-6
15. Briffa D, Meehan T. Weight changes during clozapine treatment. Aust N Z J Psychiatry 1998; 32: 718-21
16. Kelly DL, Conley RR, Love RC, et al. Weight gain in adolescents treated with risperidone and conventional antipsychotics over six months. J Child Adolesc Psychopharmacol 1998; 8: 151-9
17. Gupta S, Droney T, Al-Samarrai S. Olanzapine: weight gain and therapeutic efficacy. J Clin Psychopharmacol 1999; 19: 273-4
18. Allison DB, Mentore JL, Heo M, et al. Antipsychotic-induced weight gain: a comprehensive research synthesis. Am J Psychiatry 1999; 156 (11): 1686-96
19. Sachs GS, Guille C. Weight gain associated with use of psychotropic medications. J Clin Psychiatry 1999; 60 Suppl. 21: 16-9
20. Sussman N, Ginsberg D. Effects of psychotropic drugs on weight. Psychiatr Ann 1999; 29 (10): 580
21. Taylor DM, McAskill R. Atypical antipsychotics and weight gain – a systematic review. Acta Psychiatr Scand 2000; 101: 416-32
22. Pijl H, Meinders AE. Bodyweight change as an adverse effect of drug treatment. Drug Saf 1996; 14 (5): 329-42
23. Lamberti JS, Bellnier R, Schwarzkopf SB. Weight gain among schizophrenic patients treated with clozapine. Am J Psychiatry 1992; 149 (5): 689-90
24. Cohen S, Chiles J, MacNaughton A. Weight gain associated with clozapine. Am J Psychiatry 1990; 147: 503-4
25. Small JG, Hirsch SR, Arvanitis LA, et al. Quetiapine in patients with schizophrenia: a high and low-dose double-blind comparison with placebo. Arch Gen Psychiatry 1997; 54 (549): 557
26. Masand PS. Weight gain and antipsychotic medications. JCP Visuals: J Clin Psychiatry 1999; Jan; 1-8
27. Wirshing DA, Wirshing WC, Kysar L, et al. Novel antipsychotics: comparison of weight gain liabilities. J Clin Psychiatry 1999; 60 (6): 358-63
28. Beasley Jr CM, Tollefson GD, Tran PV. Safety of olanzapine. J Clin Psychiatry 1997; 58 Suppl. 10: 13-7

© Adis International Limited. All rights reserved.

CONFIDENTIAL
AZSER12443790

29. Osser DN, Najarian DM, Dufresne RL. Olanzapine increases weight and serum triglyceride levels. J Clin Psychiatry 1999; 60 (11): 767-70

30. Bray GA. Complications of obesity. Ann Intern Med 1985; 103: 1052-62

31. Garfinkel L. Overweight and cancer. Ann Intern Med 1985; 103: 1034-6

32. Chan JM, Rimm EB, Colditz GA, et al. Obesity, fat distribution, and weight gain as risk factors for clinical diabetes in men. Diabetes Care 1994; 17 (9): 961-9

33. Fleischhacker W, Meise U, Gunther V. Compliance with antipsychotic drug treatment: influence of side effects. Acta Psychiatr Scand 1994; 89: 11-5

34. Colditz GA, Willett WC, Rotnitzky A, et al. Weight gain as a risk factor for clinical diabetes mellitus in women. Ann Intern Med 1995; 122: 481-6

35. Allison DB, Pi-Sunyer FX. Obesity treatment: examining the premises. Endocr Pract 1995; 1 (5): 353-64

36. Fulton JE, Shekelle RB. Cigarette smoking, weight gain, and coronary mortality: results from the Chicago Western Electric study. Circulation 1997; 96 (5): 1438-44

37. Rexrode KM, Hennekens CH, Willett WC, et al. A prospective study of body mass index, weight change, and risk of stroke in women. JAMA 1997; 277 (19): 1539-45

38. Zoler ML. Antipsychotics linked to weight gain, diabetes. Clin Psychiatry News 1999; Feb; 27 (2): 20

39. Masand PS. Relative weight gain among antipsychotics. J Clin Psychiatry 1999; 60: 706-7

40. Kawachi I. Physical and psychological consequences of weight gain. J Clin Psychiatry 1999; 60 Suppl. 21: 5-9

41. Ghaeli P, Dufresne RL. Serum triglyceride levels in patients treated with clozapine. Am J Health Syst Pharm 1996; 53: 2079-81

42. McKee HA, D'Arcy PF, Wilson PJK. Diabetes and schizophrenia – a preliminary study. J Clin Hosp Pharm 1986; 11: 297-9

43. The Expert Committee on the Diagnosis and Classification of Diabetes Mellitus. Report of the Expert Committee on the Diagnosis and Classification of Diabetes Mellitus. Diabetes Care 1997; 20: 1183-97

44. Carson WH, Forbes RA. Letters to the editor. Am J Psychiatry 1990; 147: 1694

45. John JP, Chengappa KNR, Baker RW. Assessment of changes in both weight and frequency of use of medications for the treatment of gastrointestinal symptoms among clozapine-treated patients. Ann Clin Psychiatry 1995; 7: 119-25

46. Jalenques Y, Tauveron Y, Albuissan E, et al. Weight gain as a predictor of long-term clozapine efficacy. CNS Drugs 1996; 12: 16-25

47. Bustillo JR, Buchanan RW, Irish D, et al. Differential effects of clozapine on weight: a controlled study. Am J Psychiatry 1996; 153: 817-9

48. Bondolfi G, Dufour H, Patris M, et al. Risperidone versus clozapine in treatment-resistant chronic schizophrenia: a randomized double-blind study. Am J Psychiatry 1998; 155: 499-504

49. Frankenburg FR, Zanarini MC, Kando J, et al. Clozapine and body mass change. Postgrad Med 1998; 43: 520-4

50. Kraus T, Haack M, Schuld A, et al. Bodyweight and leptin plasma levels during treatment with antipsychotic drugs. Am J Psychiatry 1999; 156: 312-4

51. Wetterling T, MuBigbrodt H. Weight gain: side effect of atypical neuroleptics? J Clin Psychopharmacol 1999; 19 (4): 316-21

52. Claus A, Ballen J, DeCuyper H, et al. Risperidone versus haloperidol in the treatment of chronic schizophrenic inpatients: a multicentre double-blind comparative study. Acta Psychiatr Scand 1992; 85: 295-305

53. Hoyberg OJ, Fensbo C, Remvig J, et al. Risperidone versus phenelzine in the treatment of chronic schizophrenic patients with acute exacerbations. Acta Psychiatr Scand 1993; 88: 395-402

54. Peuskens J. Risperidone in the treatment of patients with chronic schizophrenia: a multi-national, multi-centre, double-blind, parallel-group study versus haloperidol. Br J Psychiatry 1995; 166: 712-26

55. Tran PV, Hamilton SH, Kuntz AJ, et al. Double-blind comparison of olanzapine versus risperidone in the treatment of schizophrenia and other psychotic disorders. J Clin Psychopharmacol 1997; 17: 407-18

56. Beasley CM. Safety of olanzapine. J Clin Psychiatry 1997; 15 (2): 19-21

57. Tollefson GD, Beasley CM, Tran PV, et al. Olanzapine versus haloperidol in the treatment of schizophrenia and schizoaffective disorders: results of an international collaborative trial. Am J Psychiatry 1997; 152 (4): 457-65

58. Borison RL, Arvanitis LA, Miller BG. ICI 204,636, an atypical antipsychotic: efficacy and safety in a multicenter, placebo-controlled trial in patients with schizophrenia. The U.S. Seroquel Study Group. J Clin Psychopharmacol 1996; 16 (2): 158-69

59. Arvanitis LA, Miller BG. Multiple fixed doses of 'Seroquel' (quetiapine) in patients with acute exacerbation of schizophrenia: a comparison with haloperidol and placebo. The Seroquel Trial 13 Study Group. Biol Psychiatry 1997; 42 (233): 246

60. Meats P. Quetiapine ('Seroquel'): an effective and well tolerated aytpical antipsychotic. Int J Psychiatry Clin Pract 1997; 1: 213-9

61. Peuskens J, Link CG. A comparison of quetiapine and chlorpromazine in the treatment of schizophrenia. Acta Psychiatr Scand 1997; 96: 265-73

62. Gunasekara NS, Spencer CM. Quetiapine: a review of its use in schizophrenia. Drugs 1998; 9: 325-40

63. Peuskens J, Bech P, Moller HJ. Amisulpride vs. risperidone in the treatment of acute exacerbations of schizophrenia. Psychiatry Res 1999; 88: 107-17

64. Loo H, Poirier-Littre MF, Theron M, et al. Amisulpride versus placebo in the medium-term treatment of the negative symptoms of schizophrenia. Br J Psychiatry 1997; 170: 18-22

65. Tandon R, Harrigan E, Zorn SH. Ziprasidone: a novel antipsychotic with unique pharmacology and therapeutic potential. J Serotonin Res 1997; 4: 159-77

66. Chou JCY, Serper MR. Ziprasidone: a new highly atypical antipsychotic. Essential Psychopharmacol 1998; 2: 463-85

67. Keck P, Buffenstein A, Ferguson J, et al. Ziprasidone 40 and 120 mg/day in the acute exacerbation of schizophrenia and schizoaffective disorder: a 4-week placebo-controlled trial. Psychopharmacology 1998; 140: 173-84

68. Daniel DG, Zimbroff DL, Potkin SG, et al. Ziprasidone 80 mg/day and 160 mg/day in the acute exacerbation of schizophrenia and schizoaffective disorder: a 6-week placebo-controlled trial. Neuropsychopharmacology 1999; 20: 491-505

69. Petit M, Raniwalla J, Tweed J, et al. A comparison of an atypical and typical antipsychotic, zotepine versus haloperidol in patients with acute exacerbation of schizophrenia: a parallel-group, double-blind trial. Psychopharmacol Bull 1996; 32: 81-7

70. Leadbetter RA, Vieweg V. Clozapine-induced weight gain. Am J Psychiatry 1990; 147: 1693-4

© Adis International Limited. All rights reserved.

CONFIDENTIAL
AZSER12443791

71. Baptista T, Teneud L, Contreras Q, et al. Lithium and body weight-gain. Pharmacopsychiatry 1995; 28: 35-44
72. Kalucy RS. Drug-induced weight gain. Drugs 1980; 19: 268-78
73. Robinson RG, McHugh PR, Folstein MF. Measurement of appetite disturbances in psychiatric disorders. J Psychiatr Res 1975; 12: 59-68
74. Wiebe EJ. Weight gain with clozapine treatment. Can J Psychiatry 1993; 38: 70
75. Marder SR, Meibach RC. Risperidone in the treatment of schizophrenia. Am J Psychiatry 1994; 151: 825-35
76. Ganguli R. Weight gain associated with antipsychotic drugs. J Clin Psychiatry 1999; 60 Suppl. 21: 20-4
77. Nemeroff CB. Dosing the antipsychotic medication olanzapine. J Clin Psychiatry 1997; 58 Suppl. 10: 45-9
78. Medical Economics Company. Zyprexa™: US package insert for olanzapine. Physician's Desk Reference 1998; 52nd edition: 1512-6
79. Reinstein MJ, Sirotovskaya LA, Jones LE, et al. Effect of clozapine-quetiapine combination therapy on weight and glycaemic control. Clin Drug Invest 1999; 19: 99-104
80. Prakash A, Lamb HM. Zotepine: a review of its pharmacodynamic and pharmacokinetic properties and therapeutic efficacy in the management of schizophrenia. CNS Drugs 1998; 9: 153-75
81. Rein W, Coulouvrat C, Dondey-Nouvel L. Safety profile of amisulpride in short and long-term use. Acta Psychiatr Scand 2000; 101: 23-7
82. Stahl SM. Neuropharmacology of obesity: my receptors made me eat it. J Clin Psychiatry 1998; 59: 447-8
83. Bymaster FP, Calligaro DO, Falcone JF, et al. Radioreceptor binding profile of the atypical antipsychotic olanzapine. Neuropsychopharmacology 1996; 14: 87-96
84. Schotte A, Janssen PFM, Gommeren W, et al. Risperidone compared with new and reference antipsychotic drugs: in vitro and in vivo receptor binding. Psychopharmacology 1996; 124: 57-73
85. Green B. Focus on olanzapine. Curr Med Res Opin 1999; 15: 79-85
86. Verdoux H, Ganzales B, Takei N, et al. A survey of prescribing practice of antipsychotic maintenance treatment for manic-depressive outpatients. J Affect Disord 1996; 38: 81-7
87. Klieser E, Lehmann E, Kinzler E, et al. Randomized, double-blind, controlled trial of risperidone versus clozapine in patients with chronic schizophrenia. J Clin Psychopharmacol 1995; 15 (1 Suppl. 1): 45S-51S
88. Stanton JM. Weight gain associated with neuroleptic medication: a review. Schizophr Bull 1995; 21: 463-72
89. Popli AP, Konicki PE, Jurjus GJ, et al. Clozapine associated with diabetes mellitus. J Clin Psychiatry 1997; 58: 108-11
90. Wirshing DA, Spellberg BJ, Erhart SM, et al. Novel antipsychotics and new onset diabetes. Biol Psychiatry 1998; 44: 778-83
91. Goldstein LE, Sporn J, Brown S, et al. New-onset diabetes mellitus and diabetic ketoacidosis associated with olanzapine treatment. Psychosomatics 1999; 40 (5): 438-43
92. Ober SK, Hudak RRA. Hyperglycemia and olanzapine. Am J Psychiatry 1999; 156: 970
93. Hagg S, Joelsson L, Mjorndal T, et al. Prevalence of diabetes and impaired glucose tolerance in patients treated with clozapine compared with patients treated with conventional depot neuroleptic medications. J Clin Psychiatry 1998; 59: 294-9
94. Spivak B, Roitman S, Vered Y, et al. Diminished suicidal and aggressive behavior, high plasma norepinephrine levels, and serum triglyceride levels in chronic neuroleptic-resistant schizophrenic patients maintained on clozapine. Clin Neuropharmacol 1998; 21: 245-50
95. Gaulin BD, Markowitz JS, Caley CF, et al. Clozapine-associated elevation in serum triglyceride levels. Am J Psychiatry 1999; 156: 1270-2
96. Larsson B, Svardsudd K, Welin L, et al. Abdominal adipose tissue distribution, obesity, and risk of cardiovascular disease and death: 13 year follow up of participants in the study of men born in 1913. BMJ 1984; 288: 1401-4
97. Walker M, Wannamethee G, Whincup PH, et al. Weight change and risk of heart attack in middle-aged British men. Int J Epidemiol 1995; 24: 694-703
98. Sarlio-Lahteenkorva S, Stunkard A, Rissanen A. Psychosocial factors and quality of life in obesity. Int J Obes Relat Metab Disord 1995; 19 Suppl. 6: S1-5
99. Franz M, Lis S, Pluddeman K, et al. Conventional versus atypical neuroleptics: subjective quality of life in schizophrenic patients. Br J Psychiatry 1997; 170: 422-5
100. Tollefson GD, Kuntz AJ. Review of recent clinical studies with olanzapine. Br J Psychiatry 1999; 174 Suppl. 37: 30-5
101. Foster RH, Goa KL. Olanzapine: a pharmacoeconomic review of its use in schizophrenia. Pharmacoeconomics 1999; 6: 611-40
102. Greenberg I, Chan S, Blackburn GL. Nonpharmacologic and pharmacologic management of weight gain. J Clin Psychiatry 1999; 60 Suppl. 21: 31-6
103. Baptista T, Lopez ME, Teneud L, et al. Amantadine in the treatment of neuroleptic-induced obesity in rats: behavioral, endocrine and neurochemical correlates. Pharmacopsychiatry 1997; 30: 43-54
104. Baptista T. Body weight gain induced by antipsychotic drugs: mechanisms and management. Acta Psychiatr Scand 1999; 100: 3-16

Correspondence and offprints: Dr *James M. Russell*, University of Texas Medical Branch, 2223 Ave K, Galveston, Texas 77550, USA.

© Adis International Limited. All rights reserved.

CONFIDENTIAL AZSER12443792

*Journal of Clinical Investigation*
*Vol. 46, No. 3, 1967*

# Insulin Secretion in Response to Glycemic Stimulus: Relation of Delayed Initial Release to Carbohydrate Intolerance in Mild Diabetes Mellitus *

HOLBROOKE S. SELTZER,† E. WILLIAM ALLEN, ARTHUR L. HERRON, JR., AND MILDRED T. BRENNAN

(*From the Endocrinology Section, Veterans Administration Hospital, and the Department of Internal Medicine, The University of Texas Southwestern Medical School, Dallas, Texas*)

Summary.  Insulin secretory responses to paired intravenous and oral glucose loads were determined in 38 nonobese individuals classified as normal (nondiabetic) subjects, "mild" diabetics (fasting blood glucose below 105 mg per 100 ml), or "moderate" diabetics (fasting glucose below 192 mg per 100 ml).  Studies were also performed in 29 obese persons who were similarly grouped.  The intravenous load was given to assess the alacrity of hormonal release after glycemic stimulus, and the oral glucose to determine how the speed of initial insulinogenesis modifies the disposition of ingested carbohydrate.

In the nonobese group, normal subjects responded to massive hyperglycemia after rapid injection of glucose with immediate and maximal outpouring of insulin, in contrast to a desultory insulinogenic response in patients with mild diabetes, and no initial response at all in moderate diabetics.  During oral glucose tolerance tests, the much faster clearance of blood sugar in nondiabetic subjects was actually associated with lower absolute insulin output than was found in mildly diabetic patients, since the latter exhibited delayed hyperinsulinemia in concert with prolonged hyperglycemia.  Moderate diabetics never showed excessive insulin release despite even greater hyperglycemia.  An empirical "insulinogenic index," the ratio relating enhancement of circulating insulin to magnitude of corresponding glycemic stimulus, was used to compare the secretory capacities of respective groups.  Despite the higher absolute hormonal output after oral glucose in mild diabetics, the index revealed that insulin release in normal subjects was proportionally more than twice as great.  This relatively greater normal secretory response declared itself shortly after the administration of glucose by either route, and was maintained throughout both tests.

In the 29 obese individuals, differences among groups were essentially the same as in persons of normal weight.  Obese nondiabetics did show much larger absolute insulinogenic responses during both tests than did nonobese controls.  Since corresponding glucose tolerance curves were also higher, the mean insulinogenic indexes for obese subjects were not statistically greater.  Moreover, when comparable glucose curves of obese and nonobese controls

* Submitted for publication September 13, 1965; accepted November 3, 1966.

This study was supported in part by research grant A-4708 from the National Institutes of Health and by a grant from the Upjohn Co., Kalamazoo, Mich.

This work was presented in part at the Forty-fifth Annual Session of the American College of Physicians, Atlantic City, N. J., on April 10, 1964.

† Address requests for reprints to Dr. Holbrooke S. Seltzer, Veterans Administration Hospital, 4500 S. Lancaster Rd., Dallas, Texas 75216.

323

CONFIDENTIAL
AZSER12443793

SELTZER, ALLEN, HERRON, AND BRENNAN

were matched, the apparent hyperinsulinemia associated with obesity was again reduced to insignificance. At the same time, a tendency toward perpetuation of higher insulin levels in overweight normal subjects and mild diabetics, in response to both glucose loads, suggested that obesity per se does induce a state of peripheral insulin resistance.

The data indicate that normal beta cells respond instantly to a glycemic stimulus, whereas diabetic islets react sluggishly, and that proportionally greater insulinogenesis accounts for faster disposal of postprandial hyperglycemia in nondiabetics than in diabetics, in both nonobese and obese individuals. By tracing a rational sequence of events within the beta cell—from normal intact secretory reserve, to its early impairment in mild diabetes, and finally to advanced functional deficiency in moderate diabetics—our findings strengthen the concept that the primary lesion in hereditary diabetes mellitus may well be an intrinsic defect of the beta cell.

## Introduction

That the normal beta cell responds promptly and proportionally to a rising blood glucose concentration was shown by Metz (1) and confirmed by Seltzer (2). Moreover, the interpretation invoked by Seltzer, Fajans, and Conn (3), that the occurrence of symptomatic postprandial hypoglycemia in patients with mild diabetes mellitus might be due to delayed initial release of insulin followed by subsequent excessive hormonal secretion, was suggestively confirmed when Yalow and Berson (4) found subnormal plasma insulin concentrations at 30 minutes during glucose tolerance testing of mild diabetics but supernormal levels at 2 hours. The present study was designed to determine whether this postulated "biochemical inertia" of beta cell response is in fact demonstrable in the earliest stage of clinical diabetes, and, if so, whether it seems causally related to the delayed clearance of postprandial hyperglycemia. We found that both the speed of insulin release and the quantity of insulin secreted per unit of glycemic stimulus are much greater in normal subjects than in the mildest diabetic patients, in both nonobese and obese individuals.

## Methods

Paired intravenous and oral glucose loads were given to 32 subjects with normal glucose tolerance; to 21 patients designated as "mild" diabetics, since fasting blood glucose was below 105 mg per 100 ml; and to 14 "moderate" diabetics whose fasting blood glucose was between 106 and 192 mg per 100 ml. Eleven of the normal subjects were obese (20 to 130%, averaging 60% above

"desirable" [1] body weight), 11 mild diabetics were 18 to 119% overweight (mean 46%), and 7 moderate diabetics were 16 to 73% overweight (average 39%). Within the normal group, 3 nonobese and 2 obese subjects had a positive family history of diabetes. Mean age of normal subjects was 33 years, with a range of 23 to 54 years; average age of mild diabetics was 47 years (24 to 69 years); and mean age of moderate diabetics was 48 years (30 to 69 years). All individuals were men except 3 nonobese normal women and 1 nonobese woman with mild diabetes. All diabetic patients had been recently diagnosed, and none had previously been treated.

After standard dietary preparation with monitored intake of 300 g carbohydrate and 3,000 calories daily for at least 3 days, each patient was given intravenous and oral glucose, in random order and at intervals of a few days. All tests were done with individuals in the recumbent position. For the intravenous test, 0.5 g of glucose per kg of actual body weight was injected into an antecubital vein in exactly 5 minutes; for oral testing, a solution containing 1.75 g of glucose per kg of desirable body weight was consumed within 5 minutes. Samples were timed from the start of injection or the first swallow of glucose solution, respectively. During the intravenous test antecubital venous blood samples for whole blood glucose and plasma insulin were obtained at 5, 10, 20, 30, 45, 60, 90, and 120 minutes; after the oral glucose load specimens were drawn at 10, 20, 30, 45, and 60 minutes, then each half hour through the fourth hour. Whole blood glucose was determined in duplicate by the Somogyi-Nelson method (6), and plasma insulin concentration was determined by a slight modification of the radioimmunoassay of Yalow and Berson (4). Chromatographic separation of bound and free insulin-$^{131}$I in an air-conditioned

[1] "Desirable" body weight was obtained from the Tables of Desirable Weights for Men and Women, Metropolitan Life Insurance Company, Statistical Bureau (5). For a given height, the mean of the range for "medium frame" was considered 100%, and the criterion of obesity was an actual weight greater than 115%.

CONFIDENTIAL
AZSER12443794

room (24° C) was used instead of chromatoelectrophoretic separation in a cold room (4° C). In addition strips were bisected and counted in a well-type gamma scintillation counter instead of with a strip scanner. The dose-response curve, the reproducibility of values when the same plasma samples were repeatedly assayed, and the range of values obtained in normal and diabetic patients all duplicated the performance of the original technic.

The criteria for diagnosis of diabetes mellitus were an abnormal standard oral glucose tolerance test as defined by Fajans and Conn (7), in ambulatory and otherwise healthy individuals in whom nonspecific reasons for abnormal glucose turnover had been eliminated. Normal glucose tolerance meant fasting blood glucose below 100 mg per 100 ml, a 1-hour value less than 160 mg per 100 ml, and a 2-hour level below 110 mg per 100 ml. The glucose tolerance test was diagnostic of diabetes if the 1-hour value was 160 mg per 100 ml or more and the 2-hour glucose level was 120 mg per 100 ml or higher. In the mild diabetics, fasting blood glucose was below 100 mg per 100 ml in 15 patients and less than 105 mg per 100 ml in the other 6; in all individuals blood glucose exceeded 160 mg per 100 ml at 1 hour and was well above 120 mg per 100 ml at 2 hours. In the moderate diabetics, since fasting glucose was always higher than 105 mg per 100 ml, blood levels 1 and 2 hours after the oral glucose load greatly exceeded 160 mg per 100 ml and 120 mg per 100 ml, respectively.

Interpretations derived from our findings (see Discussion) depend upon the validity of the following causal relationships between blood glucose concentration and insulin secretion: *1*) An acute rise or fall of blood glucose level directly induces an increase or decrease, respectively, of insulin release (1, 2, 8, 9). *2*) During continuous changes in circulating glucose concentrations after carbohydrate loads, the rate of insulin secretion is directly (but not necessarily linearly) proportional to the simultaneous blood glucose level.[2] *3*) Differences between the insulin secretory responsiveness of normal versus diabetic beta cells can be semiquantitated by expressing the magnitude of insulin output per unit of glycemic stimulus, with the resulting ratio representing an empirical "index of insulinogenic reserve" (see Results and Figure 4).

In addition, the experimental design was based upon unprovable but reasonable assumptions, namely, that *1*) in the Yalow–Berson radioimmunoassay the capacity of

_____
[2] Metz (1) reported a straight-line correlation between the log of blood glucose concentration and the log of insulin secretory rate into the pancreaticoduodenal vein of dogs. Similarly, in our study the regression equation relating corresponding blood glucose and plasma insulin values on the ascending limb of the oral glucose tolerance curve in 21 nonobese normal subjects was log $Y = 4.02 + 2.93$ log $X$ (r = 0.80). However, Colwell and Lein (10) recently showed strictly linear correlation between plasma glucose and insulin levels during the first 30 minutes after ingestion of 200 g glucose by normal subjects, prediabetics, and mild diabetics.

endogenous insulin to react with specific antibody is synonymous with biological activity, such that actual concentrations of immunoinsulin content and biological insulin activity per milliliter of plasma are identical; *2*) the concentration of glucose in antecubital venous blood is directly proportional to the concomitant glucose level in pancreatic arterial blood; and *3*) the insulin content of antecubital venous plasma directly reflects the simultaneous concentration in pancreatic venous plasma.

## Results

### Nonobese subjects and patients

*1*) *Insulin secretion during intravenous glucose tolerance test (Figure 1 and Tables I and II).* Normal subjects responded immediately and maximally to the massive glycemic stimulus, in contrast to progressively blunted secretory responses in the diabetic groups. At the end of the 5-minute injection into normal subjects, the rise in blood glucose from $72 \pm 1$ mg per 100 ml (mean ± SEM) to $296 \pm 7$ mg per 100 ml was paralleled by an increase in plasma insulin from $10 \pm 1$ μU per ml to $142 \pm 14$ μU per ml (p < 0.001). Thereafter, blood glucose dropped rapidly to a normal fasting level by 60 minutes, accompanied by a similar swift decline in circulating insulin concentration. Conversely, in mild diabetics the 5-minute blood glucose level of $294 \pm 17$ mg per



FIG. 1. INSULIN SECRETION IN NONOBESE PATIENTS AFTER INTRAVENOUS GLUCOSE LOAD. Values for blood glucose and plasma insulin are plotted as mean ± standard error of the mean. In the lower right quadrant, mean insulin curves are superimposed for comparison.

CONFIDENTIAL
AZSER12443795

326             SELTZER, ALLEN, HERRON, AND BRENNAN

TABLE I

*Blood glucose concentrations during intravenous glucose tolerance test*

| | | Minutes | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 0 | 5 | 10 | 20 | 30 | 45 | 60 | 90 | 120 |
| | | *mg/100 ml* | | | | | | | | |
| | | **Normal subjects** | | | | | | | | |
| Nonobese (21) | Mean | 72 | 296 | 263 | 191 | 143 | 101 | 77 | 63 | 61 |
| | SEM | ±1 | ±7 | ±5 | ±7 | ±5 | ±5 | ±4 | ±2 | ±2 |
| Obese (11) | Mean | 77 | 353 | 320 | 241 | 188 | 140 | 106 | 76 | 64 |
| | SEM | ±2 | ±10 | ±8 | ±6 | ±8 | ±10 | ±11 | ±6 | ±6 |
| | p* | | <0.05 | <0.001 | <0.001 | <0.001 | <0.001 | <0.005 | <0.02 | <0.05 |
| | | **Mild diabetics** | | | | | | | | |
| Nonobese (10) | Mean | 86 | 294 | 277 | 236 | 209 | 181 | 154 | 118 | 89 |
| | SEM | ±4 | ±17 | ±13 | ±9 | ±11 | ±12 | ±12 | ±13 | ±8 |
| Obese (11) | Mean | 84 | 307 | 277 | 240 | 213 | 189 | 167 | 133 | 105 |
| | SEM | ±3 | ±16 | ±13 | ±11 | ±11 | ±11 | ±8 | ±7 | ±6 |
| | | **Moderate diabetics** | | | | | | | | |
| Nonobese (7) | Mean | 126 | 342 | 296 | 270 | 249 | 230 | 210 | 183 | 158 |
| | SEM | ±8 | ±17 | ±12 | ±15 | ±14 | ±14 | ±15 | ±17 | ±16 |
| Obese (7) | Mean | 154 | 396 | 372 | 337 | 314 | 294 | 271 | 238 | 216 |
| | SEM | ±8 | ±18 | ±10 | ±10 | ±10 | ±12 | ±10 | ±10 | ±10 |
| | p* | <0.05 | <0.05 | <0.001 | <0.005 | <0.005 | <0.005 | <0.01 | <0.02 | <0.01 |

\* Significance of the difference between obese and nonobese within the same group. Values greater than $p < 0.05$ are omitted.

TABLE II

*Plasma insulin concentrations during intravenous glucose tolerance test*

| | | Minutes | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 0 | 5 | 10 | 20 | 30 | 45 | 60 | 90 | 120 |
| | | *μU/ml* | | | | | | | | |
| | | **Normal subjects** | | | | | | | | |
| Nonobese (21) | Mean | 10 | 142 | 98 | 82 | 56 | 42 | 27 | 16 | 10 |
| | SEM | ±1 | ±14 | ±10 | ±10 | ±7 | ±6 | ±4 | ±4 | ±2 |
| Obese (11) | Mean | 23 | 214 | 191 | 160 | 130 | 97 | 74 | 48 | 34 |
| | SEM | ±4 | ±41 | ±50 | ±43 | ±29 | ±17 | ±8 | ±7 | ±5 |
| | p* | <0.005 | | | | <0.02 | <0.005 | <0.001 | <0.001 | <0.001 |
| | | **Mild diabetics** | | | | | | | | |
| Nonobese (10) | Mean | 12 | 45 | 37 | 42 | 41 | 46 | 47 | 31 | 18 |
| | SEM | ±2 | ±9 | ±7 | ±8 | ±5 | ±8 | ±8 | ±10 | ±6 |
| | p† | | <0.001 | <0.001 | <0.005 | | | | | |
| Obese (11) | Mean | 22 | 71 | 62 | 77 | 83 | 98 | 96 | 82 | 69 |
| | SEM | ±3 | ±10 | ±11 | ±11 | ±9 | ±12 | ±11 | ±13 | ±9 |
| | p‡ | | <0.005 | <0.02 | | | | | <0.05 | <0.005 |
| | p* | <0.02 | | | <0.02 | <0.005 | <0.005 | <0.005 | <0.001 | <0.001 |
| | | **Moderate diabetics** | | | | | | | | |
| Nonobese (7) | Mean | 24 | 24 | 16 | 46 | 41 | 40 | 36 | 34 | 25 |
| | SEM | ±5 | ±5 | ±4 | ±15 | ±10 | ±10 | ±9 | ±9 | ±8 |
| | p§ | <0.05 | <0.05 | <0.025 | | | | | | |
| Obese (7) | Mean | 22 | 24 | 25 | 53 | 52 | 51 | 44 | 51 | 46 |
| | SEM | ±8 | ±8 | ±9 | ±26 | ±17 | ±13 | ±13 | ±16 | ±12 |
| | p‖ | | <0.001 | <0.02 | | | | <0.01 | | |

\* Significance of the difference between obese and nonobese within the same group. Values greater than $p < 0.05$ are omitted.
† Significance of the difference between nonobese normal subjects and mild diabetics.
‡ Significance of the difference between obese normal subjects and mild diabetics.
§ Significance of the difference between nonobese mild and moderate diabetics.
‖ Significance of the difference between obese mild and moderate diabetics.

CONFIDENTIAL
AZSER12443796

Case 6:06-md-01769-ACC-DAB   Document 1349-29   Filed 03/11/09   Page 20 of 33 PageID 42425

100 ml elicited only a modest rise of plasma insulin from a fasting value of $12 \pm 2$ $\mu$U per ml to $45 \pm 9$ $\mu$U per ml ($p < 0.001$ compared to the 5–minute value in normal subjects), and plasma insulin plateaued at a maximum of $47 \pm 8$ $\mu$U per ml as circulating glucose slowly receded to the normal fasting range by 120 minutes.   In moderate diabetics, mean fasting glucose of $126 \pm 8$ mg per 100 ml rose to $342 \pm 17$ mg per 100 ml in 5 minutes with no increase above the fasting plasma insulin level of $24 \pm 5$ $\mu$U per ml; as blood glucose subsided to $158 \pm 16$ mg per 100 ml at 120 minutes, plasma insulin increased to a peak of only $46 \pm 15$ $\mu$U per ml at 20 minutes.

*2) Insulin secretion during oral glucose tolerance test (Figure 2 and Tables III and IV).* Compared to the normal response, initial insulin release in mild diabetics was slightly but insignificantly retarded, whereas in moderate diabetics it was virtually absent.   In normal subjects, as mean blood glucose rose from the fasting value of $75 \pm 1$ mg per 100 ml to $113 \pm 4$ mg per 100 ml at 30 minutes, plasma insulin climbed steadily from $11 \pm 1$ $\mu$U per ml to a maximal value of $129 \pm 10$ $\mu$U per ml at 45 minutes and then subsided as circulating glucose returned to the fasting range.   In mild diabetics, fasting blood glucose of $80 \pm 3$ mg per 100 ml rose to $201 \pm 11$ mg per



FIG. 2.   INSULIN SECRETION IN NONOBESE PATIENTS AFTER ORAL GLUCOSE LOAD.   Values for blood glucose and plasma insulin are plotted as mean $\pm$ standard error of the mean.   In the lower right quadrant, mean insulin curves are superimposed for comparison.   Note that delayed hyperinsulinemia occurred in mild diabetics, but not in moderate diabetics.

100 ml in 60 minutes, then fell slowly to $155 \pm 12$ mg per 100 ml at 120 minutes and to $108 \pm 14$ mg per 100 ml at 180 minutes.   Insulin release was slightly lethargic for 20 minutes, after which

TABLE III
*Blood glucose concentrations during oral glucose tolerance test*

|  |  | Minutes | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  | 0 | 10 | 20 | 30 | 45 | 60 | 90 | 120 | 150 | 180 | 210 | 240 |
|  |  | *mg/100 ml* | | | | | | | | | | | |
|  |  | Normal subjects | | | | | | | | | | | |
| Nonobese (21) | Mean | 75 | 86 | 108 | 113 | 108 | 98 | 88 | 82 | 78 | 77 | 70 | 70 |
|  | SEM | ±1 | ±2 | ±3 | ±4 | ±6 | ±6 | ±3 | ±2 | ±3 | ±3 | ±4 | ±4 |
| Obese (11) | Mean | 77 | 89 | 110 | 123 | 126 | 116 | 99 | 90 | 93 | 85 | 76 | 72 |
|  | SEM | ±2 | ±4 | ±5 | ±30 | ±8 | ±8 | ±7 | ±5 | ±4 | ±8 | ±4 | ±3 |
|  |  | Mild diabetics | | | | | | | | | | | |
| Nonobese (10) | Mean | 80 | 100 | 135 | 161 | 185 | 201 | 182 | 155 | 127 | 108 | 95 | 77 |
|  | SEM | ±3 | ±7 | ±6 | ±6 | ±9 | ±11 | ±14 | ±12 | ±14 | ±14 | ±12 | ±9 |
| Obese (11) | Mean | 82 | 96 | 122 | 145 | 163 | 181 | 179 | 176 | 160 | 144 | 131 | 123 |
|  | SEM | ±3 | ±3 | ±4 | ±4 | ±6 | ±6 | ±10 | ±12 | ±9 | ±10 | ±12 | ±13 |
|  | p* |  |  |  | <0.05 |  |  |  |  |  | <0.05 | <0.05 | <0.02 |
|  |  | Moderate diabetics | | | | | | | | | | | |
| Nonobese (7) | Mean | 137 | 153 | 172 | 213 | 251 | 284 | 295 | 294 | 274 | 254 | 240 | 211 |
|  | SEM | ±11 | ±9 | ±10 | ±9 | ±13 | ±15 | ±27 | ±27 | ±27 | ±30 | ±32 | ±42 |
| Obese (7) | Mean | 142 | 156 | 189 | 223 | 259 | 290 | 313 | 315 | 295 | 280 | 251 | 212 |
|  | SEM | ±12 | ±11 | ±13 | ±12 | ±18 | ±21 | ±22 | ±29 | ±34 | ±34 | ±28 | ±25 |

* Significance of the difference between obese and nonobese within the same group.   Values greater than $p < 0.05$ are omitted.

CONFIDENTIAL
AZSER12443797

Case 6:06-md-01769-ACC-DAB   Document 1349-29   Filed 03/11/09   Page 21 of 33 PageID 42426

TABLE IV

*Plasma insulin concentrations during oral glucose tolerance test*

| | | Minutes | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 0 | 10 | 20 | 30 | 45 | 60 | 90 | 120 | 150 | 180 | 210 | 240 |
| | | | | | | | $\mu U/ml$ | | | | | | | |
| | | | | | | | Normal subjects | | | | | | | |
| Nonobese (21) | Mean | 11 | 40 | 93 | 111 | 129 | 122 | 103 | 93 | 89 | 70 | 52 | 44 |
| | SEM | ±1 | ±7 | ±8 | ±7 | ±10 | ±11 | ±16 | ±14 | ±16 | ±15 | ±8 | ±9 |
| Obese (11) | Mean | 33 | 68 | 137 | 193 | 269 | 274 | 216 | 199 | 160 | 117 | 72 | 33 |
| | SEM | ±2 | ±14 | ±16 | ±18 | ±37 | ±35 | ±39 | ±37 | ±31 | ±23 | ±18 | ±4 |
| | p* | <0.001 | | <0.02 | <0.001 | <0.001 | <0.001 | <0.02 | <0.02 | <0.05 | | | |
| | | | | | | | Mild diabetics | | | | | | | |
| Nonobese (10) | Mean | 9 | 27 | 67 | 113 | 138 | 195 | 233 | 228 | 178 | 140 | 107 | 61 |
| | SEM | ±2 | ±5 | ±14 | ±21 | ±36 | ±35 | ±42 | ±39 | ±31 | ±36 | ±34 | ±27 |
| | p† | | | | | | | <0.01 | <0.005 | <0.02 | | | |
| Obese (11) | Mean | 22 | 38 | 77 | 116 | 155 | 200 | 200 | 202 | 181 | 167 | 158 | 139 |
| | SEM | ±2 | ±5 | ±8 | ±15 | ±20 | ±30 | ±16 | ±27 | ±23 | ±20 | ±19 | ±28 |
| | p‡ | <0.001 | | <0.005 | <0.005 | <0.02 | | | | | | <0.005 | <0.005 |
| | | | | | | | Moderate diabetics | | | | | | | |
| Nonobese (7) | Mean | 19 | 20 | 27 | 28 | 54 | 59 | 95 | 103 | 89 | 91 | 65 | 49 |
| | SEM | ±5 | ±4 | ±11 | ±10 | ±18 | ±16 | ±25 | ±29 | ±32 | ±28 | ±20 | ±17 |
| | p§ | | | <0.05 | <0.005 | <0.05 | <0.005 | <0.005 | <0.025 | | | | |
| Obese (7) | Mean | 19 | 20 | 36 | 47 | 55 | 69 | 102 | 99 | 111 | 94 | 78 | 62 |
| | SEM | ±7 | ±4 | ±11 | ±13 | ±17 | ±16 | ±33 | ±30 | ±27 | ±27 | ±17 | ±16 |
| | p‖ | | | <0.02 | <0.01 | <0.005 | <0.005 | <0.005 | <0.02 | <0.01 | | <0.05 | <0.01 | <0.05 |

\* Significance of the difference between obese and nonobese within the same group.  Values greater than p < 0.05 are omitted.
† Significance of the difference between nonobese normal subjects and mild diabetics.
‡ Significance of the difference between obese normal subjects and mild diabetics.
§ Significance of the difference between nonobese mild and moderate diabetics.
‖ Significance of the difference between obese mild and moderate diabetics.

mounting hyperglycemia evoked parallel enhancement of plasma insulin from a fasting value of 9 ± 2 µU per ml to a delayed peak of 233 ± 42 µU per ml at 90 minutes, and a much slower decline than in normal subjects.  In the moderate diabetics, as fasting blood glucose of 137 ± 11 mg per 100 ml rose to a peak value of 295 ± 27 mg per 100 ml at 90 minutes and then declined to 211 ± 42 mg per 100 ml at 240 minutes, plasma insulin rose sluggishly from a control value of 19 ± 5 µU per ml to 103 ± 29 µU per ml at 120 minutes. The three patterns of insulin secretory response superimposed in Figure 2 again suggest that alacrity of initial insulin release tended to be inversely related to the severity of carbohydrate intolerance, but they especially emphasize that delayed hyperinsulinemia occurred only in the mildly diabetic group.

*3) Relation between simultaneous plasma insulin and blood glucose concentrations.*  Figure 3 shows the patterns of "insulin : glucose ratios" obtained by dividing plasma insulin enhancement above fasting value by corresponding net increase of blood glucose.  After both test loads, normal subjects showed a prompt, sustained rise in the insulin : glucose ratio compared to a much slower



FIG. 3.  RATIOS BETWEEN SIMULTANEOUS INCREMENTS OF PLASMA INSULIN AND BLOOD GLUCOSE.  The "insulinogenic index," plotted here as successive mean ratios of Δ insulin : Δ glucose at each sampling interval, shows that plasma insulin always rose relatively higher in normal subjects than in mild diabetics, regardless of body weight.  Numbers in parentheses indicate the number of individuals whose glucose and insulin values were still above fasting base lines.  GTT = glucose tolerance test.

CONFIDENTIAL
AZSER12443798

Case 6:06-md-01769-ACC-DAB   Document 1349-29   Filed 03/11/09   Page 22 of 33 PageID 42427

rate and magnitude of increase in mild diabetics, and none at all in moderate diabetics. During the first 10 minutes after intravenous glucose, the mean ratio for normal subjects was $0.56 \pm 0.03$, and the corresponding ratio in mild diabetics was $0.22 \pm 0.06$ (p < 0.001). For the initial 30 minutes after oral glucose, the mean ratio for control subjects was $3.37 \pm 0.32$, and the corresponding value for mild diabetics was $1.28 \pm 0.14$ (p < 0.001).

*4) Cumulative insulin output per unit of secretory stimulus.* Figure 4 illustrates how the index of insulinogenic reserve was used to semiquantitate insulin secretory capacity, both to compare the initial hormonal output with the cumulative and "total" responses in each clinical group and to enable comparison between groups. The index was calculated by dividing the area circumscribed by the insulin curve (i.e., increment above fasting level) by the corresponding area circumscribed by the glucose curve.[3] The findings in Table V indicate that whether blood glucose descended from an acutely imposed hyperglycemic apex, or first rose and then fell postprandially, the insulin secretory response was always much greater in normal subjects than in mild diabetics, and was even lower in moderate diabetics. Moreover, the marked differences in insulin secretory capacity were established within the first 10 minutes on the intravenous test (the index was $0.56 \pm 0.06$ for normal subjects and $0.16 \pm 0.04$ for mild diabetics p < 0.001) and within the first 30 minutes after oral glucose (normal index was $3.07 \pm 0.34$, compared to $1.14 \pm 0.21$ in mild diabetics, p < 0.001). For the intravenous test, the "total" insulinogenic index was $0.66 \pm 0.07$ (100%) for normal subjects, $0.31 \pm 0.06$ (47%) for mild diabetics, and $0.12 \pm 0.04$ (18%), for moderate diabetics. Corresponding over-all indexes after oral glucose were $4.93 \pm 0.54$ (100%), $2.43 \pm 0.39$ (49%), and $0.47 \pm 0.13$ (10%).

[3] Respective increments above fasting levels, instead of absolute values, were used for two reasons. First, blood glucose and plasma insulin levels remained constant in fasting subjects or patients lying supine for 4 hours (11). In addition, if the absolute instead of incremental glucose value had been used as divisor in calculating the ratio, diabetics with fasting hyperglycemia would have been specifically penalized without materially affecting results in normoglycemic individuals.



Fig. 4. INSULIN OUTPUT PER UNIT OF SECRETORY STIMULUS. The segmented shaded areas (Δ glucose) represent cumulative enhancement of blood glucose concentration above fasting value. Arrows mark the return of blood glucose to fasting levels in normal subjects. Unshaded areas (Δ insulin) show corresponding increases of plasma insulin above base line. Note that at progressively longer intervals on each test, normal subjects always had greater insulin output per unit glycemic stimulus than did mild diabetics (see Table V).

*5) Effect of age on insulin secretory responsiveness (Figure 5).* In none of the three groups did age significantly modify the insulinogenic response to intravenous or oral glucose loads. In nonobese normal subjects, circulating hormonal concentrations were the same for 13 individuals between 23 and 29 years of age (mean age 26 years) as for 8 subjects 30 to 54 years of age (average 40 years). Similarly, among mild diabetics essentially parallel patterns of hormonal release were found in 6 patients 24 to 41 years of age (mean age 35 years) and in 10 patients between 47 and 69 years (average 58 years).

*Obese subjects and patients*

In general, although obese nondiabetics and mild diabetics tended to produce higher plasma insulin concentrations after both glucose loads, they otherwise exhibited the same patterns of insulinogenic response as their nonobese counterparts. In addition, in obese control subjects part

CONFIDENTIAL
AZSER12443799

Case 6:06-md-01769-ACC-DAB   Document 1349-29   Filed 03/11/09   Page 23 of 33 PageID 42428

TABLE V

*Index of insulinogenic reserve for cumulative intervals*

| | Intervals during iv glucose tolerance test (minutes) | | | | | Intervals during oral glucose tolerance test (minutes) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 0–10 | 0–20 | 0–30 | 0–60 | Total* | 0–30 | 0–60 | 0–120 | 0–180 | Total* |
| **Normal subjects (21)** | | | Nonobese | | | | | Nonobese | | |
| Mean | 0.56 | 0.56 | 0.59 | 0.65 | 0.66 | 3.07 | 3.76 | 4.63(18)† | 4.47(9)† | 4.93 |
| SEM | ±0.06 | ±0.06 | ±0.07 | ±0.07 | ±0.07 | ±0.34 | ±0.37 | ±0.65 | ±0.58 | ±0.54 |
| **Mild diabetics (10)** | | | | | | | | | | |
| Mean | 0.16 | 0.15 | 0.17 | 0.24 | 0.31 | 1.14 | 1.36 | 1.87 | 2.29 | 2.43 |
| SEM | ±0.04 | ±0.03 | ±0.03 | ±0.04 | ±0.06 | ±0.21 | ±0.36 | ±0.33 | ±0.36 | ±0.39 |
| p‡ | <0.001 | <0.001 | <0.001 | <0.001 | <0.001 | <0.001 | <0.001 | <0.001 | <0.005 | <0.001 |
| **Moderate diabetics (7)** | | | | | | | | | | |
| Mean | 0.02 | 0.03 | 0.07 | 0.10 | 0.12 | 0.24 | 0.25 | 0.40 | 0.45 | 0.47 |
| SEM | ±0.01 | ±0.01 | ±0.02 | +0.02 | ±0.04 | ±0.06 | ±0.06 | ±0.12 | ±0.12 | ±0.13 |
| p§ | <0.005 | <0.005 | <0.01 | <0.01 | <0.02 | <0.001 | <0.01 | <0.001 | <0.001 | <0.001 |
| **Normal subjects (11)** | | | Obese | | | | | Obese | | |
| Mean | 0.77 | 0.82 | 0.90 | 1.05 | 1.12 | 3.26 | 4.45 | 5.40(10)† | 4.80(5)† | 5.45 |
| SEM | ±0.15 | ±0.19 | ±0.22 | ±0.26 | ±0.25 | +0.58 | ±0.53 | ±0.74 | ±1.32 | ±0.69 |
| p‖ | <0.25 | <0.25 | <0.25 | <0.2 | <0.1 | <0.8 | <0.4 | <0.5 | <0.9 | <0.6 |
| **Mild diabetics (11)** | | | | | | | | | | |
| Mean | 0.25 | 0.24 | 0.30 | 0.46 | 0.67 | 1.59 | 1.76 | 1.87 | 1.98 | 2.17 |
| SEM | ±0.05 | ±0.05 | ±0.05 | ±0.06 | ±0.08 | ±0.24 | ±0.24 | ±0.22 | ±0.20 | ±0.21 |
| p‡ | <0.005 | <0.01 | <0.02 | <0.05 | <0.1 | <0.02 | <0.001 | <0.001 | <0.05 | <0.001 |
| **Moderate diabetics (7)** | | | | | | | | | | |
| Mean | 0.01 | 0.02 | 0.07 | 0.15 | 0.19 | 0.37 | 0.33 | 0.44 | 0.55 | 0.58 |
| SEM | ±0.01 | ±0.01 | ±0.04 | ±0.05 | ±0.07 | ±0.11 | ±0.10 | ±0.16 | ±0.22 | ±0.23 |
| p§ | <0.001 | <0.001 | <0.005 | <0.001 | <0.001 | <0.001 | <0.001 | <0.001 | <0.001 | <0.001 |

* Interval from 0 time until blood glucose returned to fasting level, or until end of test.
† Number of subjects whose blood glucose was still above fasting level.
‡ Significance of the difference between normal subjects and mild diabetics.
§ Significance of the difference between mild diabetics and moderate diabetics.
‖ Nonsignificance of the difference between obese and nonobese normal subjects.

of the excessive hormonal response after intravenous glucose was related to greater magnitude of the hyperglycemic stimulus itself.

*1) Insulin secretion during intravenous glucose tolerance test (Tables I and II).* Both mean blood glucose and plasma insulin levels were higher during fasting and at all postinjection intervals in obese normal subjects than in nonobese normal subjects. Despite the substantially higher glucose peak at 5 minutes in obese controls (353 ± 10 mg per 100 ml, compared to 296 ± 7 mg per 100 ml in the nonobese), respective k values for the disappearance rate of glucose (12) were the same, 4.62 ± 0.28 and 4.97 ± 0.42. The maximal mean plasma insulin level in obese subjects, 214 ± 41 $\mu$U per ml at 5 minutes, was not significantly higher than the corresponding value in the nonobese group, 142 ± 14 $\mu$U per ml (p < 0.2), but a statistically important difference was manifested at 30 minutes and thereafter. To equalize the glycemic stimuli, we compared the secretory responses



FIG. 5. EFFECT OF AGE ON INSULIN SECRETORY RESPONSIVENESS. In nonobese normal subjects mean insulin secretory curves after oral and intravenous glucose loads were essentially the same in 13 young individuals and 8 older men. Similarly, in mild diabetics respective curves of insulin release in 6 younger patients did not differ significantly from those in 10 older men.

387

CONFIDENTIAL
AZSER12443800

Case 6:06-md-01769-ACC-DAB   Document 1349-29   Filed 03/11/09   Page 24 of 33 PageID 42429



FIG. 6. SPECIFIC EFFECT OF OBESITY ON INSULIN SE-CRETORY RESPONSE IN NONDIABETIC SUBJECTS. By match-ing the 7 highest glucose curves in nonobese normal sub-jects with the 7 lowest ones in obese subjects after both glucose loads, we nullified the greater glycemic stimulus in the total obese group. Corresponding insulin values were then significantly higher only at 120 minutes after the intravenous load.

of 7 obese individuals with the lowest glucose curves after intravenous loading to those of the 7 nonobese control subjects with the greatest hyper-glycemia (Figure 6). Mean glucose tracings were almost identical, and, although average plasma insulin levels were still higher in the obese group, the difference was only significant at 120 minutes (p < 0.02).

Obese mild diabetics also had higher fasting and postglucose insulin levels than did mild dia-betics of normal weight, but they still showed the characteristically sluggish early insulinogenic re-sponse to intense stimulus. Plasma insulin was only 71 ± 10 μU per ml at 5 minutes (much lower than the corresponding 214 ± 41 μU per ml in obese nondiabetics, p < 0.005), whereafter it rose slowly to a maximum of 98 ± 12 μU per ml at 45 minutes. Compared to nonobese mild diabetics, the consistently higher mean insulin values in obese mild diabetics were not significantly greater until 20 minutes after starting glucose adminis-tration. Thus, blunted initial secretory response to acute hyperglycemia characterized the mildly diabetic state regardless of body weight, whereas

prolonged maintenance of high insulin levels was a function of obesity per se in both normal sub-jects and mild diabetics. Finally, the obese mod-erately diabetic group answered an even higher glucose curve with the same lack of secretory re-sponse that nonobese moderate diabetics had manifested.

2) Insulin secretion during oral glucose toler-ance test (Tables III and IV). On the whole, average oral glucose curves were insignificantly higher in all three obese groups than in their nonobese mates. Nevertheless, not only did obese normal subjects have higher fasting plasma insulin (33 ± 2 μU per ml, compared to 11 ± 1 μU per ml in control subjects of normal weight, p < 0.001), but their circulating levels also re-mained significantly higher from 20 minutes until 150 minutes, the greatest difference being 274 ± 35 μU per ml at 60 minutes compared to 122 ± 11 μU per ml in nonobese subjects (p < 0.001). When the possible influence of slightly greater average hyperglycemia in the obese group was eliminated by matching the 7 lowest glucose curves in overweight controls with the 7 highest curves in subjects of normal weight (Figure 6), the nonobese glucose curve actually became slightly higher. Nevertheless, mean plasma insulin levels remained substantially greater in obese subjects, although wide individual variations within both groups now rendered the differences insignificant at all points.

Obese mild diabetics also demonstrated the somewhat slow initial rise in plasma insulin levels that nonobese mild diabetics had shown (Table IV), and it was accentuated by comparison with the rapid and excessive outpouring of hormone in obese normal subjects. For example, although both normal weight and obese mild diabetics had virtually the same plasma insulin levels for 3 hours after the oral glucose load, from 20 minutes until 45 minutes the discrepancy between obese mild diabetics and obese normal subjects was highly significant (p < 0.005). This latter find-ing contrasted with the small differences between normal weight groups during the first hour, as did also the fact that the prolonged hyperinsulinemic plateau in obese mild diabetics (200 ± 30 μU per ml at 60 minutes, and still 202 ± 27 μU per ml at 120 minutes) never exceeded the highest level in obese normal subjects (274 ± 35 μU per ml at 60

CONFIDENTIAL
AZSER12443801

minutes). Finally, the plasma insulin curve in obese moderate diabetics was almost identical to that of their nonobese counterparts, showing very gradual rise to a peak titer of $102 \pm 33$ mU per ml at 90 minutes.

*3) Insulin: glucose ratio and the index of insulinogenic reserve.* Figure 3 shows that the differences between normal and diabetic secretory responses to glycemic stimulus were as clearly evident in obese individuals as in those of normal weight. During the first 10 minutes after intravenous glucose, the mean net insulin: glucose ratio for normal obese subjects was $0.72 \pm 0.11$, and the corresponding ratio for obese mild diabetics was $0.22 \pm 0.03$ ($p < 0.001$). After an oral glucose load, the mean ratio for the initial 30 minutes in obese controls was $3.58 \pm 0.31$, compared to $1.61 \pm 0.14$ ($p < 0.001$) in obese mild diabetics. When corresponding secretory responses were matched by calculating the insulinogenic index (Table V), both fractional and "total" values were qualitatively similar to the findings in nonobese groups. In addition, wide variations within each category kept the greater mean values in obese patients from being significantly different when matched with their normal weight counterparts. For the intravenous test the total insulinogenic index in obese individuals was $1.12 \pm 0.25$ (100%) in normal subjects, $0.67 \pm 0.08$ (60%) in mild diabetics, and $0.19 \pm 0.07$ (17%) in moderate diabetics. Corresponding cumulative indexes after oral glucose were $5.45 \pm 0.69$ (100%), $217 \pm 0.21$ (40%), and $0.58 \pm 0.23$ (11%). The respective percentages were essentially the same as had been found in the nonobese groups.

## Discussion

The present data indicate that the critical functional difference between normal and early diabetic beta cells is in the speed of response to a rising blood glucose, rather than in the total quantity of insulin secreted. In this respect diabetes mellitus remains fundamentally a disease of deficient insulin secretion, but one of rate rather than magnitude in the initial stage of the disease. When circulating insulin concentrations after glucose loading are evaluated in proper context, namely, not as isolated values but relative to the simultaneous glycemic stimuli eliciting them, it becomes

clear that intact islets respond so promptly and adequately to a rising blood glucose level that postprandial hyperglycemia quickly disappears and decreases the call for further insulin secretion. Conversely, the "biochemical inertia" of the mildly diabetic beta cell permits prolonged postprandial hyperglycemia to supervene and belatedly evoke an insulinogenic response that appears at first to be excessive or supernormal. Closer scrutiny reveals, however, that the earliest detectable stage of carbohydrate intolerance in hereditary diabetes is also characterized by a second type of secretory defect, namely, proportionally less insulin is released when corrected for the magnitude of the inciting stimulus. At corresponding intervals after both oral and intravenous loads, mild diabetics always exhibited a lower insulinogenic index, i.e., less enhancement of insulin output per respective area of hyperglycemia, than did normal subjects. For example, during the oral glucose tolerance test in nonobese individuals the index (Table V) for the first 30 minutes was $3.07 \pm 0.34$ in normal controls and $1.14 \pm 0.21$ in mild diabetics ($p < 0.001$), and respective indexes for the entire test were $4.93 \pm 0.54$ and $2.43 \pm 0.39$ ($p < 0.001$). Thus, to the extent that frequently monitored peripheral plasma insulin concentrations reflected actual insulin secretion, nondiabetics released two to three times more insulin than mild diabetics at comparable degrees of glycemic stimulus. In the group of moderate diabetics, both absolute insulin output and the index of insulinogenic capacity were even more greatly obtunded than in mild diabetics.

The findings therefore bolster interpretations deduced from previous studies (8, 13) which showed that insulin secretory responsiveness of diabetic patients to both acute and chronic glucose loads is inversely proportional to the clinical severity of carbohydrate intolerance, namely, that in early diabetes the initial blunting of the normal swift reaction to postalimentary rise in blood sugar seems to permit evolution of a worsening cycle of *a*) first, intermittent postprandial hyperglycemia, which results in *b*) prolonged, excessive stimulation of beta cells, which *c*) progressively expends insulin secretory reserve, until finally *d*) fasting hyperglycemia supervenes, signifying unrelenting, around–the–clock stimulation of an already damaged insulinogenic mechanism. Regarding the latter

389

CONFIDENTIAL
AZSER12443802

point, even the modest fasting hyperglycemia defining the present "moderate" diabetics was associated with obliteration of the normally rapid beta cell response to intravenous glucose, and, significantly, with absence of the delayed postprandial hyperinsulinemia seen in the "mild" diabetics, which is often accepted uncritically as a constant finding in all adult–onset diabetics.

The reported observations on insulinogenic responsiveness of intact versus diabetic beta cells held true regardless of body weight.  In the 29 persons more than 15% overweight, differences among the three clinical groups were substantially similar to those in the 38 normal weight individuals.  When obese versus nonobese members of the same category were compared, the only striking difference was the faster, greater, and more sustained hormonal release after both glucose loads in obese normal subjects than in control subjects of normal weight.  This characteristic hyper-responsiveness of obese subjects, originally discovered by Karam and co-workers (14) in mountainous individuals averaging 95% above the norm, was also most floridly seen in our two nondiabetics who exceeded 100% of desirable weight (data not shown).  Even including them, however, when individual secretory response was expressed per unit of glycemic stimulus, the much greater absolute hyperinsulinemia of obesity lost statistical meaning (Table V) because glucose tolerance of overweight subjects, albeit still normal, was sufficiently higher than in nonobese controls.  When the latter presumed determinant of insulinogenesis was eliminated by matching the highest glucose curves in normal weight controls with the lowest ones in obese subjects (Figure 6), the substantial difference that persisted between mean insulin patterns on both tests was again insignificant.  At the same time, the general phenomenon of greater hormonal response to glucose loads in overweight normal subjects did suggest that the obese state somehow engenders peripheral insulin resistance (14, 15).

When nondiabetic and diabetic groups were compared, the greater disparity between mean insulin values of obese normal subjects and obese mild diabetics during the first 45 minutes of the oral test (Table IV), relative to their nonobese analogues, was clearly due to the hyperinsulinemia of obesity being wiped out by coexistent diabetes.

Within the two diabetic groups themselves, the only remarkable feature was that plasma insulin did become significantly higher in obese mild diabetics a full 20 minutes after starting the intravenous glucose load, which finding again suggested an anti-insulin effect of obesity.  In summation, however, critical scrutiny of apparent discrepancies between hormonal release in obese and nonobese counterparts revealed that the twin defects of insulin secretion in early diabetes were not related to the nutritional state of the patient.  In a carefully controlled study of comparably mild diabetics, Perley and Kipnis (16) also concluded that the diabetic state is associated with reduced insulin secretory capacity, regardless of body weight.

It was gratifying that values obtained from antecubital venous blood indicated that at least the early insulinogenic response seemed directly related to glucose concentration, irrespective of pool size and other kinetics of glucose and insulin turnover.  Assuming that events in the peripheral circulation of man reflect those occurring in the pancreas, many direct studies confirm the idea that the principal normal secretory stimulus is a rising level of pancreatic arterial blood glucose.  Both Grodsky and co-workers (17) and Sussman, Vaughan, and Timmer (18) recently showed immediate hormonal discharge after injecting glucose into the arterial supply of the isolated pancreas.  In addition, 5 minutes after starting slow administration of glucose via the femoral vein, Seltzer, Allen, and Brennan (9) found an almost threefold rise in mean pancreatic venous insulin concentration when peripheral arterial blood glucose was only $103 \pm 6$ mg per 100 ml, previous work (2) having established that glucose–induced insulinogenesis does not alter pancreatic venous blood flow.

The foregoing evidence of direct dependence of hormonal release upon glucose concentration brings into question the significance of newly postulated enteric factors as potentiators of insulin secretion.  Elrick, Stimmler, Hlad, and Arai (19), McIntyre, Holdsworth, and Turner (20), Dupré (21), and Perley and Kipnis (16) all found higher insulin titers when comparable hyperglycemia was produced in man, or the same amount of glucose was given, by the oral versus intravenous route.  Three of these groups suggested that

CONFIDENTIAL
AZSER12443803

334                    SELTZER, ALLEN, HERRON, AND BRENNAN

assimilation of carbohydrate in the upper intestine stimulates release of a humoral agent that enhances the insulin–releasing potency of blood glucose level per se. Current work has narrowed the active substance down to glucagon (22), secretin (23–25), or pancreozymin (26). Whatever physiological role is ultimately ascribed to one or more gastrointestinal hormones, until someone seriously proposes that their deficiency or absence is etiologically related to diabetes mellitus, they remain irrelevant to the present analysis of the initial insulin secretory response to postprandial hyperglycemia and its consequences.

Nevertheless, the present findings did show much greater insulin release after oral glucose loads in all three clinical groups, and regardless of body weight. Different dosage schedules imposed by the experimental design, however, prevented strict comparison of the two secretory patterns for each person. Since peak blood glucose values on the intravenous test were uniformly much lower in obese subjects if dosage was calculated from desirable body weight (11), the injected amount was empirically calculated from actual body weight. On the other hand, since the oral glucose tolerance test served to separate nondiabetic control subjects from mildly diabetic patients by established testing criteria, and also to evoke a standardized "postprandial" beta cell response, the amount was necessarily based upon desirable body weight according to height. Although quantitative matching of paired insulin outputs was therefore untenable, the two secretory patterns otherwise showed a striking inferential correlation. Normal immediate hormonal release after sudden intense hyperglycemia suggested that a similarly fast response, but smaller and peripherally undetectable, was also activated by postprandially rising blood sugar, and this brisk insulinogenesis should promote avid hepatic and peripheral glucose uptake (27), which in turn would clear absorptive hyperglycemia with dispatch. Conversely, the blunted capability of mildly diabetic islets to release insulin after the same intravenous bolus of glucose implied an obtunded islet response to oral glucose as well—which relative lack of early insulin activity on hepatic and posthepatic tissues could reasonably account for the delay in metabolizing ingested glucose.

Finally, the precise nature of the lesion rendering the diabetic islet hyporesponsive to rising blood glucose remains unknown. It may well be that this functional defect is itself not the primary lesion of hereditary diabetes, but rather the sequela of an antecedent one. In contrast to our interpretations of our findings, the majority of current opinion views delayed clearance of postprandial hyperglycemia in mild diabetes as reflecting inhibition of insulin–activated glucose transport into peripheral cells (28, 29). Recently proposed mechanisms underlying this antagonism include intracellular accumulation of free fatty acids (30) and intracellular deficiency of potassium (31). Suffice it to say that, if peripheral insulin resistance does contribute to increased hormonal demands in clinical diabetes, its existence need not be invoked to explain the present observations. As a compromise, one might suggest that the fundamental diabetic lesion may ultimately turn out to be generalized blockade of normal glucose transport into cells—into beta cells to catalyze release of insulin, and into peripheral cells to serve as energy substrate.

## Acknowledgments

We wish to thank Miss Melba J. Loveall for technical assistance, Messrs. Walter F. Sullivan and Clyde Tilton for the medical illustrations, and Mrs. Hester R. Niswander for typing the manuscript.

## References

1. Metz, R. The effect of blood glucose concentration on insulin output. Diabetes 1960, 9, 89.
2. Seltzer, H. S. Quantitative effects of glucose, sulfonylureas, salicylate, and indole-3-acetic acid on the secretion of insulin activity into pancreatic venous blood. J. clin. Invest. 1962, 41, 289.
3. Seltzer, H. S., S. S. Fajans, and J. W. Conn. Spontaneous hypoglycemia as an early manifestation of diabetes mellitus. Diabetes 1956, 5, 437.
4. Yalow, R. S., and S. A. Berson. Immunoassay of endogenous plasma insulin in man. J. clin. Invest. 1960, 39, 1157.
5. MacBryde, C. M. The diagnosis of obesity. Med. Clin. N. Amer. 1964, 48, 1307.
6. Nelson, N. A. A photometric adaptation of the Somogyi method for the determination of glucose. J. biol. Chem. 1944, 153, 375.
7. Fajans, S. S. Diagnostic tests for diabetes mellitus in Diabetes, R. H. Williams, Ed. New York, Paul B Hoeber, 1960, p. 395.
8. Seltzer, H. S., and W. L. Smith. Plasma insulin activity after glucose. An index of insulogenic

391

CONFIDENTIAL
AZSER12443804

reserve in normal and diabetic man. Diabetes 1959, **8**, 417.

9. Seltzer, H. S., E. W. Allen, and M. T. Brennan. Failure of prolonged sulfonylurea administration to enhance insulogenic response to glycemic stimulus. Diabetes 1965, **14**, 392.

10. Colwell, J. A., and A. Lein. Diminished insulin response to hyperglycemia in prediabetes and diabetes. Diabetes 1966, **15**, 519.

11. Seltzer, H. S. Unpublished observations.

12. Amatuzio, D. S., F. L. Stutzman, M. J. Vanderbilt, and S. Nesbitt. Interpretation of the rapid intravenous glucose tolerance test in normal individuals and in mild diabetes mellitus. J. clin. Invest. 1953, **32**, 428.

13. Seltzer, H. S., and V. L. Harris. Exhaustion of insulogenic reserve in maturity–onset diabetic patients during prolonged and continuous hyperglycemic stress. Diabetes 1964, **13**, 6.

14. Karam, J. H., S. G. Grasso, L. C. Wegienka, G. M. Grodsky, and P. H. Forsham. Effect of selected hexoses, of epinephrine and of glucagon on insulin secretion in man. Diabetes 1966, **15**, 571.

15. Rabinowitz, D., and K. L. Zierler. Forearm metabolism in obesity and its response to intra-arterial insulin. Characterization of insulin resistance and evidence for adaptive hyperinsulinism. J. clin. Invest. 1962, 41, 2173.

16. Perley, M., and D. M. Kipnis. Plasma insulin responses to glucose and tolbutamide of normal weight and obese diabetic and nondiabetic subjects. Diabetes 1966, **15**, 867.

17. Grodsky, G. M., A. A. Batts, L. L. Bennett, C. Vcella, N. B. McWilliams, and D. F. Smith. Effects of carbohydrates on secretion of insulin from isolated rat pancreas. Amer. J. Physiol. 1963, **205**, 638.

18. Sussman, K. E., G. D. Vaughan, and R. F. Timmer. An in vitro method for studying insulin secretion in the perfused isolated rat pancreas. Metabolism 1966, **15**, 466.

19. Eirick, H., L. Stimmler, C. J. Hlad, Jr., and Y. Arai. Plasma insulin response to oral and intra-venous glucose administration. J. clin. Endocr. 1964, 24, 1076.

20. McIntyre, N., C. D. Holdsworth, and D. S. Turner. Intestinal factors in the control of insulin secretion. J. clin. Endocr. 1965, **25**, 1317.

21. Dupré, J. Effect of route of administration on disposal of glucose loads. J. Physiol. (Lond.) 1964, **175**, 58.

22. Samols, E., G. Marri, and V. Marks. Promotion of insulin secretion by glucagon. Lancet 1965, **2**, 415.

23. Dupré, J. An intestinal hormone affecting glucose disposal in man. Lancet 1964, 2, 672.

24. Unger, R. H., H. Ketterer, A. Eisentraut, and J. Dupré. Effect of secretin on insulin secretion. Lancet 1966, **2**, 24.

25. Pfeiffer, E. F., M. Telib, J. Ammon, F. Melani, and H. Ditschuneit. Letter to the editor. Diabetologia 1965, 1, 131.

26. Ketterer, H., A. Ohneda, J. Dupré, A. Eisentraut, and R. H. Unger. Effects of enteric hormones on insulin and glucagon secretion. J. Lab. clin. Med. 1966, **68**, 888.

27. Madison, L. L., D. Mebane, F. Lecocq, and B. Combes. Physiological significance of the secretion of endogenous insulin into the portal circulation. V. The quantitative importance of the liver in the disposition of glucose loads. Diabetes 1963, **12**, 8.

28. Yalow, R. S., S. M. Glick, J. Roth, and S. A. Berson. Plasma insulin and growth hormone levels in obesity and diabetes. Ann. N. Y. Acad. Sci. 1965, 131, 357.

29. Schalch, D. S., and D. M. Kipnis. Abnormalities in carbohydrate tolerance associated with elevated plasma nonesterified fatty acids. J. clin. Invest. 1965, **44**, 2010.

30. Schonfeld, G., and D. M. Kipnis. Studies of extracellular and tissue fatty acid pools and glucose metabolism in striated muscle. J. clin. Invest. 1966, **45**, 1071.

31. Conn, J. W. Hypertension, the potassium ion and impaired carbohydrate tolerance. New Engl. J. Med. 1965, **273**, 1135.

CONFIDENTIAL
AZSER12443805

Article

# Association of Diabetes Mellitus With Use of Atypical Neuroleptics in the Treatment of Schizophrenia

Michael J. Sernyak, M.D.

Douglas L. Leslie, Ph.D.

Renato D. Alarcon, M.D.

Miklos F. Losonczy, M.D., Ph.D.

Robert Rosenheck, M.D.

**Objective:** The development of both type I and type II diabetes after initiation of some atypical neuroleptics has been reported, primarily in studies involving small series of patients. This study used administrative data from a large national sample of patients with a diagnosis of schizophrenia to compare the prevalence of diabetes mellitus in patients receiving prescriptions for atypical and typical neuroleptics.

**Method:** All outpatients with schizophrenia treated with typical and atypical neuroleptics over 4 months in 1999 in the Veterans Health Administration of the Department of Veterans Affairs (VA) were included in this study. Patients treated with atypical neuroleptics were those who received prescriptions for clozapine, olanzapine, risperidone, or quetiapine. Patients with a diagnosis of diabetes were also identified by using ICD-9 codes in VA administrative databases. The prevalence of diabetes mellitus across age groups and among patients receiving prescriptions for different atypical neuroleptics was examined with multiple logistic regression.

**Results:** A total of 38,632 patients were included in the study: 15,984 (41.4%) received typical neuroleptics and 22,648 (58.6%) received any atypical neuroleptic (1,207 [5.3%] received clozapine; 10,970 [48.4%], olanzapine; 955 [4.2%], quetiapine; and 9,903 [43.7%], risperidone; 387 patients received prescriptions for more than one atypical neuroleptic). When the effects of age were controlled, patients who received atypical neuroleptics were 9% more likely to have diabetes than those who received typical neuroleptics, and the prevalence of diabetes was significantly increased for patients who received clozapine, olanzapine, and quetiapine, but not risperidone. However, for patients less than 40 years old, all of the atypical neuroleptics were associated with a significantly increased prevalence of diabetes.

**Conclusions:** In this large group of patients with schizophrenia, receipt of a prescription for atypical neuroleptics was significantly associated with diabetes mellitus.

*(Am J Psychiatry 2002; 159:561–566)*

Atypical neuroleptics such as clozapine (1), olanzapine (2), quetiapine (3), and risperidone (4) have demonstrated efficacy in the treatment of schizophrenia with fewer extrapyramidal side effects than other neuroleptics (5). However, other side effects have been described. The use of olanzapine, for example, has been associated with weight gain (6), exacerbation of previously well controlled diabetes (7), and onset of type I and type II diabetes mellitus (7–9), although a recent report failed to demonstrate an association between weight gain and development of hyperglycemia (10). Clozapine use has also been associated with weight gain in several reports (11–14). Although an association between clozapine-induced weight gain and the development of either hyperglycemia or diabetes mellitus has not been demonstrated (14), there have been several reports of hyperglycemia and diabetes mellitus (both type I and type II) directly associated with clozapine use (9, 14–21). There is also a single case report of quetiapine-associated new-onset diabetes mellitus (22).

The degree to which patients who receive prescriptions for atypical neuroleptics are at risk for development of di-

abetes mellitus cannot be ascertained definitively from the reports thus far. To our knowledge, nearly all of the studies of this issue to date are case reports. There have been exceptions, including two uncontrolled studies (14, 21) and one study (20) that used an unmatched comparison group of patients treated with typical neuroleptics. A naturalistic study of clozapine treatment reported that 30% of patients received a diagnosis of type II diabetes during the 5-year follow-up (14). This study did not include a comparison group. In addition, a comparison of patients randomly assigned to receive olanzapine or haloperidol and followed over several years failed to demonstrate a difference in the incidence of nonfasting glucose levels equal to 160 mg/dl (10); the rate of high nonfasting glucose level was 4.6% after 2.54 years in the olanzapine-treated patients and 5.0% after 1.15 years the haloperidol-treated patients. However, this analysis failed to stratify the data for age, which might have obscured important differences between the two groups—especially in younger patients, for whom the baseline rate of diabetes is not as high as in older patients. The authors were also si-

393

CONFIDENTIAL
AZSER12443806

lent about family history of diabetes in these patients and about ethnicity. However, the two groups did not differ significantly in baseline body mass index. A well-matched comparison group is particularly important, as patients with schizophrenia, regardless of treatment, have been reported to have a higher rate of diabetes than the general population (23, 24). For example, the rate of diabetes mellitus in the general U.S. male population age 20–39 years is 1.1% (25); in patients with schizophrenia age 18–44 years, rates of 5.6%–6.7% have been reported (23).

Although no pathophysiologic mechanism connecting atypical neuroleptic treatment and the development of diabetes mellitus has been delineated to date, olanzapine prescription has been associated with weight gain, hyperlipidemia, hyperinsulinemia, and insulin resistance (21), suggesting both direct and indirect mechanisms by which the medication may be involved in dysregulation of relevant metabolic pathways. Clozapine has also been found to induce insulin resistance (26). With regard to weight gain, a review has estimated that after 10 weeks of treatment a patient receiving clozapine would gain an average of 3.99 kg; a patient receiving olanzapine, an average of 3.51 kg; and a patient receiving risperidone, an average of 2 kg; and after 6 weeks of treatment, a patient receiving quetiapine would gain an average of 2.18 kg.

Thus, although researchers have reported that some patients treated with the atypical neuroleptics clozapine, olanzapine, and quetiapine develop diabetes mellitus that is sometimes, but not always, reversible, these studies have involved relatively small groups of patients. Studies have also demonstrated that prescription of olanzapine and clozapine can result in the development of metabolic abnormalities associated with diabetes mellitus (21, 26). In these studies, as well, the numbers of patients studied has been small. In summary, although the association between atypical neuroleptic prescription and development of diabetes mellitus has been observed and some potential pathophysiologic mechanisms have been elucidated, the risk of developing diabetes mellitus for patients who receive prescriptions for atypical neuroleptics has not been well studied.

This study used data for a comprehensive national sample of patients treated in the Veterans Health Administration of the Department of Veterans Affairs (VA) who had a diagnosis of schizophrenia and received prescriptions for either typical or atypical neuroleptics to test the hypothesis that prescription of atypical neuroleptics is associated with an increased prevalence of diabetes. Although the study design precluded an assessment of either a causal relationship or a mechanism of action, it provided a means for determining the potential public health risk. The large number of patients with schizophrenia treated within the VA system also allowed for examination of the prevalence of diabetes associated with each of the atypical neuroleptics available at the time of study—clozapine, olanzapine, quetiapine, and risperidone.

## Method

### Patients

All patients with a diagnosis of schizophrenia during fiscal year 1999 (October 1, 1998, to September 30, 1999) were identified through VA workload databases. A diagnosis of schizophrenia was operationally defined as having at least two outpatient encounters in a specialty mental health outpatient clinic for which either the primary or secondary diagnosis was schizophrenia (corresponding to ICD codes 295.00–295.99).

Data describing patient characteristics such as age, income, gender, ethnicity, receipt of VA compensation or pension, comorbid medical and psychiatric diagnoses, hospital utilization, and zip code of residence were also obtained from the VA workload databases. By using the zip code and data from the American Hospital Association annual survey, the distances from the centrum of the district designated by the patient's zip code to the nearest VA and non-VA hospitals were calculated (27). We controlled for distance as a proxy measure for access, since the likelihood of receiving a diagnosis of diabetes mellitus might increase with easier access to care.

For all patients identified as having a diagnosis of schizophrenia, records of all medications prescribed between June (when data first became available) and September (the end of the fiscal year) of 1999 were obtained from the VA Drug Benefit Management System. For each patient, the last neuroleptic prescription written between June and September 1999 was identified as the index prescription. All prescriptions written for neuroleptics in the previous week were also identified. If any of the prescriptions written during that 7-day period were for clozapine, olanzapine, quetiapine, or risperidone, then the patient was entered into the atypical neuroleptic group, regardless of whether the patient was also prescribed typical neuroleptics at the same time. If a patient received only typical neuroleptics during that week, the patient was entered into the typical neuroleptic group. If a patient had no neuroleptic prescription written for the entire 4-month period, the patient was not included in this analysis. Within the atypical group, 94% of patients received the same atypical neuroleptic for the entire 4-month period and 8.9% also received a prescription for a typical neuroleptic (28).

For the group of patients identified as having a diagnosis of schizophrenia and receiving neuroleptic medications, computerized administrative data were examined for record of a diagnosis of diabetes mellitus. A patient was operationally defined as having a diagnosis of diabetes mellitus if the patient had at least one outpatient encounter or inpatient stay with either a primary or secondary diagnosis of diabetes mellitus (corresponding to ICD codes 250.00–250.99) during the 4-month period for which the prescribing data were available.

### Analysis

Because of the strong relationship between age and development of diabetes (25), the patients in both the atypical and typical neuroleptic groups were stratified into five age groups: under 40, 40–49, 50–59, 60–69, and over 70 years. Within each age division, the percentages of patients with a diagnosis of diabetes in the atypical and typical neuroleptic groups were compared with chi-square tests.

To address potentially confounding factors, we used logistic regression analysis to calculate odds ratios for the association of atypical neuroleptic prescription and the diagnosis of diabetes within each of the age strata, controlling for the effects of the demographic, diagnostic, and treatment factors listed in Table 1.

These analyses were then repeated to examine the prevalence of diabetes mellitus associated with each atypical neuroleptic. A series of four dichotomous variables was included in these analy-

CONFIDENTIAL
AZSER12443807

TABLE 1. Characteristics of Patients With Schizophrenia Receiving Prescriptions for Atypical and Typical Neuroleptic Medication Within Department of Veterans Affairs (VA) Health Services in a 4-Month Period in 1999

| Characteristic | Patients Receiving Prescriptions for Atypical Neuroleptics (N=22,648) | | Patients Receiving Prescriptions for Typical Neuroleptics (N=15,984) | | Analysis | | |
|---|---|---|---|---|---|---|---|
| | Mean | SD | Mean | SD | t | df | p |
| Age (years) | 50.7 | 11.5 | 54.5 | 11.7 | 31.6 | 33980.3 | 0.0001 |
| Income (dollars/year) | 14,149.49 | 16,973.88 | 15,034.72 | 16,902.82 | 5.1 | 38630 | <0.0001 |
| Distance to nearest VA hospital (miles) | 24.8 | 91.0 | 22.0 | 80.1 | 3.2 | 36828.3 | <0.002 |
| | N | % | N | % | $\chi^2$ | df | p |
| Female | 1,369 | 6.0 | 711 | 4.4 | 46.9 | 1 | <0.0001 |
| African American | 5,689 | 25.1 | 3,983 | 24.9 | 0.2 | 1 | 0.65 |
| Hispanic | 945 | 4.2 | 696 | 4.4 | 0.8 | 1 | 0.38 |
| VA service-connected compensation (rating of degree of disability) | | | | | | | |
| 10%–50% | 3,049 | 13.5 | 2,284 | 14.3 | 5.4 | 1 | 0.02 |
| >50% | 9,703 | 42.8 | 7,672 | 48.0 | 100.6 | 1 | <0.0001 |
| Comorbid diagnosis | | | | | | | |
| Organic brain syndrome or Alzheimer's disease | 1,805 | 8.0 | 993 | 6.2 | 43.1 | 1 | 0.0001 |
| Substance abuse | 5,407 | 23.9 | 2,489 | 15.6 | 397.0 | 1 | <0.0001 |
| Alcohol abuse/dependence | 4,202 | 18.6 | 1,877 | 11.7 | 327.8 | 1 | <0.0001 |
| Nonalcohol abuse/dependence | 3,655 | 16.1 | 1,565 | 9.8 | 323.0 | 1 | <0.0001 |
| Major depression or bipolar disorder | 9,619 | 42.5 | 4,539 | 28.4 | 799.5 | 1 | <0.0001 |
| Posttraumatic stress disorder | 3,200 | 14.1 | 1,452 | 9.1 | 225.2 | 1 | <0.0001 |
| Neurosis or adjustment disorder | 4,591 | 20.3 | 2,159 | 13.5 | 297.3 | 1 | <0.0001 |
| Personality disorder | 1,724 | 7.6 | 683 | 4.3 | 178.8 | 1 | <0.0001 |
| Other psychiatric diagnosis | 2,274 | 10.0 | 1,026 | 6.4 | 157.3 | 1 | <0.0001 |
| Days hospitalized in psychiatric facility in the previous year | | | | | | | |
| 1–18 | 3,182 | 14.0 | 1,284 | 8.0 | 331.8 | 1 | <0.0001 |
| >18 | 3,389 | 15.0 | 1,061 | 6.6 | 637.3 | 1 | <0.0001 |
| Atypical neuroleptic prescribed[a] | | | | | | | |
| Clozapine | 1,207 | 5.3 | | | | | |
| Olanzapine | 10,970 | 48.4 | | | | | |
| Quetiapine | 955 | 4.2 | | | | | |
| Risperidone | 9,903 | 43.7 | | | | | |

[a] Number of patients receiving prescriptions for any atypical neuroleptic is less than the total for the individual atypical neuroleptics because some patients received prescriptions for more than one atypical neuroleptic.

ses to represent each of the atypical medications available at the time of the study.

In a final analysis the five age groups were combined in a single analysis with age as a covariate to determine the population-wide prevalence of diabetes in association with atypical neuroleptic prescription and in association with each particular atypical medication.

## Results

In the 4-month study period, 38,632 patients identified with schizophrenia received a prescription for a neuroleptic. Of those patients, 22,648 (58.6%) received an index prescription for an atypical neuroleptic and 15,984 (41.4%) received an index prescription for typical neuroleptics alone. A comparison of the two groups is presented in Table 1. Significant differences were examined by using t tests for continuous variables and chi-square tests for dichotomous variables.

Compared to the patients who received prescriptions for typical neuroleptics, the patients who received prescriptions for atypical neuroleptics were significantly younger and had less income. They were significantly more likely to be female and have another psychiatric diagnosis, includ-

ing organic brain syndrome or Alzheimer's dementia, substance abuse, major depression or bipolar disorder, posttraumatic stress disorder, neurosis or adjustment disorder, personality disorder, or other, unspecified, psychiatric disorder. Patients in the atypical group lived significantly further from the nearest VA hospital and were significantly more likely to have been hospitalized. Patients in the typical neuroleptic group were more likely to be receiving service-connected compensation from the VA.

Patients who received atypical neuroleptic medications demonstrated a statistically significant higher rate of diagnosis of diabetes in the three youngest age strata (Figure 1). Among patients less than 40 years old, for example, 8.75% of those receiving an atypical neuroleptic had a diagnosis of diabetes mellitus, compared to 6.43% of those receiving typical neuroleptics ($\chi^2$=7.24, df=1, p=0.007). This relationship was also observed in the 40–49-year age group (15.89% versus 13.93%) ($\chi^2$=9.81, df=1, p=0.002) and in the 50–59-year age group (22.73% versus 20.56%) ($\chi^2$=8.53, df=1, p=0.003). No significant association was observed in either the 60–69-year group or the group age 70 and older. Comparing across all ages, 18.84% of the patients who received a prescription for an atypical neuro-

CONFIDENTIAL
AZSER12443808

DIABETES AND ATYPICAL NEUROLEPTICS

FIGURE 1. Percentage of Patients With Schizophrenia Receiving Prescriptions for Atypical and Typical Neuroleptic Medication Who Also Had a Diagnosis of Diabetes Mellitus



a $\chi^2=7.24$, df=1, p<0.07.
b $\chi^2=9.81$, df=1, p=0.002.
c $\chi^2=8.53$, df=1, p=0.003.

TABLE 2. Logistic Regression Analysis of Association Between Prescription of Atypical and Typical Neuroleptic Medication and Presence of a Diagnosis of Comorbid Diabetes Mellitus in Patients With Schizophrenia, by Age Group

| Age Group and Medication Prescribed | Odds Ratio | 95% Confidence Interval | p |
|---|---|---|---|
| **All ages** | | | |
| Any typical (N=15,984) | | | |
| Any atypical (N=22,648)a | 1.09 | 1.03–1.15 | 0.002 |
| Clozapine (N=1,207) | 1.25 | 1.07–1.46 | <0.005 |
| Olanzapine (N=10,970) | 1.11 | 1.04–1.18 | <0.002 |
| Quetiapine (N=955) | 1.31 | 1.11–1.55 | <0.002 |
| Risperidone (N=9,903) | 1.05 | 0.98–1.12 | 0.15 |
| **<40 years** | | | |
| Any typical (N=1,105) | | | |
| Any atypical (N=3,076)a | 1.63 | 1.23–2.16 | 0.001 |
| Clozapine (N=232) | 2.13 | 1.36–3.35 | <0.002 |
| Olanzapine (N=1,474) | 1.64 | 1.23–2.21 | 0.0009 |
| Quetiapine (N=165) | 1.82 | 1.05–3.15 | <0.04 |
| Risperidone (N=1,267) | 1.51 | 1.12–2.04 | <0.008 |
| **40–49 years** | | | |
| Any typical (N=4,980) | | | |
| Any atypical (N=8,479)a | 1.16 | 1.04–1.28 | <0.006 |
| Clozapine (N=566) | 1.43 | 1.13–1.81 | <0.003 |
| Olanzapine (N=4,203) | 1.19 | 1.06–1.34 | <0.003 |
| Quetiapine (N=368) | 1.86 | 1.43–2.41 | 0.0001 |
| Risperidone (N=3,518) | 1.04 | 0.92–1.17 | 0.55 |
| **50–59 years** | | | |
| Any typical (N=5,065) | | | |
| Any atypical (N=6,648)a | 1.16 | 1.06–1.27 | <0.002 |
| Clozapine (N=322) | 1.17 | 0.88–1.54 | 0.28 |
| Olanzapine (N=3,256) | 1.16 | 1.04–1.29 | <0.008 |
| Quetiapine (N=281) | 1.19 | 0.89–1.59 | 0.24 |
| Risperidone (N=2,891) | 1.13 | 1.01–1.26 | <0.05 |
| **60–69 years** | | | |
| Any typical (N=2,547) | | | |
| Any atypical (N=2,453)a | 0.90 | 0.79–1.03 | 0.14 |
| Clozapine (N=69) | 0.50 | 0.26–0.96 | <0.04 |
| Olanzapine (N=1,172) | 0.90 | 0.77–1.07 | 0.23 |
| Quetiapine (N=92) | 0.90 | 0.55–1.46 | 0.66 |
| Risperidone (N=1,156) | 0.94 | 0.80–1.10 | 0.44 |
| **≥70 years** | | | |
| Any typical (N=2,287) | | | |
| Any atypical (N=1,992)a | 1.01 | 0.87–1.17 | 0.91 |
| Clozapine (N=18) | 1.61 | 0.59–4.37 | 0.35 |
| Olanzapine (N=865) | 0.99 | 0.82–1.19 | 0.91 |
| Quetiapine (N=49) | 0.62 | 0.30–1.28 | 0.19 |
| Risperidone (N=1,071) | 1.02 | 0.86–1.21 | 0.82 |

a Number of patients receiving prescriptions for any atypical neuroleptic is less than the total for the individual atypical neuroleptics because some patients received prescriptions for more than one atypical neuroleptic.

leptic and 18.64% of those who received a prescription for a typical neuroleptic also had a diagnosis of diabetes, a nonsignificant difference.

The adjusted odds ratios for the entire group and each of the age groups are presented in Table 2. For the entire group (all ages), the odds of having a diagnosis of diabetes mellitus were significantly greater for patients receiving any atypical neuroleptic and, specifically, for patients receiving clozapine, olanzapine, and quetiapine, but not risperidone. In the under-40-year age group, the odds were significantly greater for all of the atypical neuroleptics. In the 40–49-year-old age group, a prescription for clozapine, olanzapine, or quetiapine was associated with significantly increased odds for having a diagnosis of diabetes mellitus, but a risperidone prescription was not. In the 50–59-year age group, only olanzapine and risperidone were associated with a significantly increased prevalence of a diagnosis of diabetes. In the 60–69-year age group, clozapine was associated with a significantly decreased prevalence.

## Discussion

This study demonstrated, overall, a significant association between prescription of clozapine, olanzapine, and quetiapine, but not risperidone, and diagnosis of diabetes mellitus, compared with prescription of typical neuroleptics. In analyses that controlled for age, the strongest effect was observed in patients less than 40 years old (odds ratio=1.63, 95% CI=1.23–2.16), and each of the atypical neuroleptics was associated with an increased prevalence of diabetes mellitus in at least two of the age groups. These results are consistent with recent reports of significantly higher serum glucose levels in patients randomly assigned to olanzapine, compared to those receiving haloperidol (10), even without adjustments for age.

The observation that there are no overall differences in the rates of diabetes mellitus in the older age groups suggests that those with the predilection to develop diabetes in these age groups have already done so, and those left, lacking the diathesis for its development, will not develop diabetes despite being exposed to atypical neuroleptics. Thus the increased prevalence associated with atypical antipsychotics may be thought of as hastening the onset of diabetes rather than precipitating it de novo. The observation of no difference at older ages may also suggest that, in those groups, age may be a more important risk factor for comorbid diabetes than the neuroleptic prescribed.

Both the typical and atypical treated groups demonstrated very high rates of diabetes mellitus. The rate of di-

564

396

CONFIDENTIAL
AZSER12443809

abetes mellitus in the general U.S. male population age 20–39 years is 1.1% (25), whereas we observed rates of 6.2%–8.7%. These findings are consistent with previous reports of rates of 5.6%–6.7% in U.S. patients with schizophrenia age 18–44 years (23).

Several methodological limitations deserve mention. First, although this study examined data from more than 38,000 patients with a diagnosis of schizophrenia who received prescriptions for neuroleptics, the narrow time frame of 4 months yielded a virtual cross-sectional sample, precluding determination of the temporal relationship between the prescription of neuroleptics and the development of diabetes mellitus. It is possible, therefore, that patients may have been switched from an atypical to either a typical neuroleptic or another atypical secondary to development of diabetes before the 4-month prescription window. Such a switch would have the practical consequence of underestimating the risk for those medications more likely to cause diabetes and overestimating the risk for those medications less likely to cause the disease.

Second, data on changes in weight in patients who received prescriptions for atypical neuroleptics were also unavailable. These data might have clarified one potential mechanism of action for the development of diabetes.

Third, the patients who received prescriptions for typical neuroleptics may have been less likely to take the medications because of their side effect profiles than were those with prescriptions for the atypical neuroleptics. Thus, even if both groups of neuroleptics were equally likely to cause diabetes, more cases of diabetes might be seen in the atypical group if patients were taking more of their prescribed medication. We think, however, that this explanation is unlikely because empirical data show that, although patients taking atypical neuroleptics are more likely to continue on those medications for an extended period of time, they are no more likely to take the prescribed dosage than patients who take typical neuroleptics (29).

Fourth, this study relied on screening an administrative database for appropriate ICD-9 codes to identify cases of diabetes mellitus. Although the validity of this method has not been established empirically, there is no reason to believe that this method would result in any bias in the assignment of cases of diabetes to either the typical or atypical neuroleptic groups.

Finally, several possible alternative explanations for our observation deserve comment. First, it is possible that patients with preexisting diabetes mellitus were selectively switched to atypical neuroleptics. This explanation is unlikely, since the literature has implicated atypical neuroleptics in potentially inducing or exacerbating diabetes mellitus. It is more likely that clinicians, aware of case reports asserting a connection between some atypical neuroleptics and diabetes mellitus, might have avoided these medications in patients with diabetes, artificially decreasing our ability to detect an association. It is also possible, however, that clinicians who were aware of the potential

risks could have chosen to monitor blood sugars more carefully in patients taking atypical neuroleptics, thereby identifying additional cases of diabetes and inflating the effect size.

A second alternative interpretation is that both atypical neuroleptic prescription and receipt of a diagnosis of diabetes could be associated with more severe forms of schizophrenia. If more severe cases of schizophrenia have a higher risk of diabetes mellitus, then more symptomatic patients may be both more likely to receive atypical antipsychotics and to be at greater risk for diabetes, although the atypical neuroleptics are not the causal agent. Although we cannot rule out these potentially confounding associations, we have attempted to adjust for them by covarying the effect of several measures of severity in our analyses.

Third, it is possible that receipt of atypical neuroleptics and having a diagnosis of diabetes both reflect a higher overall quality of medical care, including careful medical monitoring and state-of-the-art psychopharmacology.

Thus, although this study in a large national sample has demonstrated a substantial and statistically significant association between atypical neuroleptic prescription and diabetes mellitus, it did not definitively establish a causal relationship. The results are, however, strongly suggestive of such a relationship and demonstrate both the potential magnitude and public health importance of this association, as well as the potential utility of monitoring patients who receive atypical neuroleptics for signs and symptoms of diabetes mellitus.

In a recent comprehensive review of the effectiveness of atypical neuroleptics, Geddes et al. (30) concluded that the primary benefit of atypical antipsychotics was in reducing side effects. If it is established that these medications reduce the risk of extrapyramidal symptoms but increase the risk of diabetes, the risk/benefit ratio of these medications might be significantly altered.

Presented in part at the 19th annual meeting of the Department of Veterans Affairs Health Services Research and Development, Washington, D.C., Feb. 14–16, 2001, and the 154th annual meeting of the American Psychiatric Association, New Orleans, May 5–10, 2001. Received March 15, 2001; revisions received June 22 and July 27, 2001; accepted Aug. 24, 2001. From the Psychiatry Service, VA Connecticut Healthcare System; VA Mental Illness Research, Education, and Clinical Center, and Department of Psychiatry, Yale University School of Medicine, New Haven, Conn.; VA Northeast Program Evaluation Center, New Haven, Conn.; Psychiatry Service, Atlanta VA Medical Center, and Department of Psychiatry, Emory University School of Medicine, Atlanta; Psychiatry Service, VA New Jersey Healthcare System, and Department of Psychiatry, University of Medicine and Dentistry of New Jersey, New Jersey Medical School and Robert Wood Johnson School of Medicine, East Orange, N.J. Address reprint requests to Dr. Sernyak, Psychiatry Service, 116A, VA Connecticut Healthcare System, West Haven Campus, 950 Campbell Ave., West Haven, CT, 06516; michael.sernyak@yale.edu (e-mail).

Supported by the Department of Veterans Affairs Veterans Integrated Service Network 1 Mental Illness Research, Education, and Clinical Center. The authors thank the Drug Benefit Management System, Hines, Ill., for supplying the prescription drug information.

397

CONFIDENTIAL
AZSER12443810