## References

1. Kane J, Honigfeld G, Singer J, Meltzer H (Clozaril Collaborative Study Group): Clozapine for the treatment-resistant schizophrenic: a double-blind comparison with chlorpromazine. Arch Gen Psychiatry 1988; 45:789–796

2. Tollefson GD, Beasley CM Jr, Tran PV, Street JS, Krueger JA, Tamura RN, Graffeo KA, Thieme ME: Olanzapine versus haloperidol in the treatment of schizophrenia and schizoaffective and schizophreniform disorders: results of an international collaborative trial. Am J Psychiatry 1997; 154:457–465

3. Small J, Hirsch S, Arvanitis L, Miller B, Link C: Quetiapine in patients with schizophrenia: a high- and low-dose double-blind comparison with placebo. Arch Gen Psychiatry 1997; 54:549–557

4. Marder SR, Meibach RC: Risperidone in the treatment of schizophrenia. Am J Psychiatry 1994; 151:825–835

5. Stahl SM: Selecting an atypical antipsychotic by combining clinical experience with guidelines from clinical trials. J Clin Psychiatry 1999; 60(suppl 10):31–41

6. Allison DB, Mentore JL, Heo M, Chandler LP, Cappelleri JC, Infante MC, Weiden PJ: Antipsychotic-induced weight gain: a comprehensive research synthesis. Am J Psychiatry 1999; 156:1686–1696

7. Ober SK, Hudak R, Rusterholtz A: Hyperglycemia and olanzapine (letter). Am J Psychiatry 1999; 156:970

8. Fertig MK, Brooks VG, Shelton PS, English CW: Hyperglycemia associated with olanzapine. J Clin Psychiatry 1998; 59:687–689

9. Wirshing DA, Spellberg BJ, Erhart SM, Marder SR, Wirshing WC: Novel antipsychotics and new onset diabetes. Biol Psychiatry 1998; 44:778–783

10. Kinon BJ, Basson BR, Gilmore JA, Tollefson GD: Long-term olanzapine treatment: weight change and weight-related health factors in schizophrenia. J Clin Psychiatry 2001; 62:92–100

11. Cohen S, Chiles J, MacNaughton A: Weight gain associated with clozapine. Am J Psychiatry 1990; 147:503–504

12. Lamberti JS, Bellnier T, Schwarzkopf SB: Weight gain among schizophrenic patients treated with clozapine. Am J Psychiatry 1992; 149:689–690

13. Bustillo JR, Buchanan RW, Irish D, Breier A: Differential effect of clozapine on weight: a controlled study. Am J Psychiatry 1996; 153:817–819

14. Henderson DC, Cagliero E, Gray C, Nasrallah RS, Hayden DL, Schoenfeld DA, Goff DC: Clozapine, diabetes mellitus, weight gain, and lipid abnormalities: a five-year naturalistic study. Am J Psychiatry 2000; 157:975–981

15. Kamran A, Doraiswamy PM, Jane JL, Hammett EB, Dunn L: Severe hyperglycemia associated with high doses of clozapine (letter). Am J Psychiatry 1994; 151:1395

16. Koval MS, Rames LJ, Christie S: Diabetic ketoacidosis associated with clozapine treatment (letter). Am J Psychiatry 1994; 151:1520–1521

17. Peterson GA, Byrd SL: Diabetic ketoacidosis from clozapine and lithium cotreatment (letter). Am J Psychiatry 1996; 153:737–738

18. Kostakoglu AE, Yazici KM, Erbas T, Guvener N: Ketoacidosis as a side-effect of clozapine: a case report. Acta Psychiatr Scand 1996; 93:217–218

19. Popli AP, Konicki PE, Jurjus GJ, Fuller MA, Jaskiw GE: Clozapine and associated diabetes mellitus. J Clin Psychiatry 1997; 58:108–111

20. Hagg S, Joelsson L, Mjorndal T, Spigset O, Oja G, Dahlqvist R: Prevalence of diabetes and impaired glucose tolerance in patients treated with clozapine compared with patients treated with conventional depot neuroleptic medications. J Clin Psychiatry 1998; 59:294–299

21. Melkersson KI, Hulting AL, Brismar KE: Elevated levels of insulin, leptin, and blood lipids in olanzapine-treated patients with schizophrenia or related-psychoses. J Clin Psychiatry 2000; 61:742–749

22. Sobell M, Jaggers ED, Franz MA: New-onset diabetes mellitus associated with the initiation of quetiapine treatment. J Clin Psychiatry 2000; 60:556–557

23. Dixon L, Weiden P, Delahanty J, Goldberg R, Postrado L, Lucksted A, Lehman A: Prevalence and correlates of diabetes in national schizophrenia samples. Schizophr Bull 2000; 26:903–912

24. Mukherjee S, Decina P, Bocola V, Saraceni F, Scapicchio P: Diabetes mellitus in schizophrenic patients. Compr Psychiatry 1996; 37:68–73

25. Harris MI, Flegal KM, Cowie CC, Eberhardt MS, Goldstein DE, Little RR, Wiedmeyer H, Byrd-Holt D: Prevalence of diabetes, impaired fasting glucose tolerance in US adults: the Third National Health and Nutrition Examination Survey, 1988–1994. Diabetes Care 1998; 21:518–524

26. Melkersson KI, Hulting A, Brismar KE: Different influences of classical antipsychotics and clozapine on glucose-insulin homeostasis in patients with schizophrenia or related psychoses. J Clin Psychiatry 1999; 60:783–791

27. Rosenheck R, Stolar M: Access to public mental health services: determinants of population coverage. Med Care 1998; 36:503–512

28. Rosenheck R, Leslie D, Sernyak M: From clinical trials to real-world practice: use of atypical antipsychotic medication nationally in the Department of Veterans Affairs. Med Care 2001; 39:302–308

29. Rosenheck R, Chang S, Choe Y, Cramer J, Xu W, Thomas J, Henderson W, Charney D: Medication continuation and compliance: a comparison of patients treated with clozapine and haloperidol. J Clin Psychiatry 2000; 61:382–386

30. Geddes J, Freemantle N, Harrison P, Bebbington P: Atypical antipsychotics in the treatment of schizophrenia: systematic overview and meta-regression analysis. Br Med J 2000; 321:1371–1376

CONFIDENTIAL
AZSER12443811

Epidemiology/Health Services/Psychosocial Research
ORIGINAL ARTICLE

# Effect of Acute Psychotic Stress in Nondiabetic Subjects on β-Cell Function and Insulin Sensitivity

Eli Shiloah, md[1]
Shula Witz, md[2]
Yehuda Abramovitch, md[2]
Ohad Cohen, md[3]
Andreas Buchs, md[1,4]

Yoram Ramot, md[4]
Mordechai Weiss, md[4]
Abraham Unger, rn[2]
Micha J. Rapoport, md[1,4]

**OBJECTIVE** — To determine the effect of acute psychotic stress on glucose homeostasis in nondiabetic subjects.

**RESEARCH DESIGN AND METHODS** — β-Cell function and insulin sensitivity were determined by the homeostasis model assessment in 39 nondiabetic patients with acute psychotic stress reaction admitted to a psychiatric ward. The clinical global impression (CGI) score was used to evaluate the level of psychological stress. Patients were assessed on admission, after 2 weeks, before discharge, and 6 months after discharge.

**RESULTS** — The mean CGI score decreased significantly with time: $5.3 \pm 0.8$ and $1.6 \pm 0.7$ on admission and predischarge, respectively ($P < 0.001$). This was associated with a significant reciprocal increase of mean β-cell function from $96.8 \pm 33.2$ to $134.4 \pm 60\%$ at admission and postdischarge, respectively ($P < 0.003$), and a decrease of mean insulin sensitivity from $101.7 \pm 36$ to $77.1 \pm 34.8\%$ ($P < 0.001$). In contrast, mean glucose and $HbA_{1c}$ levels did not change significantly. Subgroup analysis demonstrated that patients with the highest stress score on admission ($\geq 6$) had significantly higher glucose ($P = 0.01$) and insulin levels ($P = 0.04$) than patients with lower score ($<6$). Furthermore, insulin sensitivity and CGI score on admission were inversely correlated ($r = -0.38$, $P < 0.02$). In these patients, no correlation was found between β-cell function or insulin sensitivity and BMI.

**CONCLUSIONS** — These data indicate that β-cell function and insulin sensitivity are inversely correlated with acute psychotic stress.

*Diabetes Care* 26:1462–1467, 2003

The causal relation between psychological stress and the development of overt diabetes in human patients is controversial. It is commonly accepted that stress, whether physical or psychological, elicits a stereotyped kind of reaction of the "fight or flight" type (1). These reactions involve the activation of the autonomic nervous system and the release of counter-regulatory "stress hormones," namely cortisol, epinephrine, growth hormone, and glucagon, that increase glucose levels and affect glucose homeostasis (2). Several lines of evidence support the role of psychological stress in promoting the development of diabetes.

Data from animal studies in a variety of diabetic prone murine strains demonstrated that environmental stress might accelerate or retard the progression of diabetes, underscoring its role in the pathogenesis of this disease (3,4). It has been repeatedly demonstrated that acute and/or chronic psychological stress results in a deterioration of metabolic control in known diabetic patients (5,6). Occurrence of new diabetes onset after an extreme stressful situation is commonly reported by human patients. Psychiatric diseases like chronic schizophrenia and major depressive disorders are associated with a higher prevalence of diabetes (7–9). Finally, several studies have shown that life events causing stress are more frequent in the period preceding the emergence of both type 1 and type 2 diabetes (10,11). Taken together, these data suggest that psychological stress may play a significant role in the development of overt diabetes. However, the lack of accepted animal and human experimental models, the extremely heterogeneous personal reaction to stress, and the difficulty to quantify psychological stress make this relation difficult to prove.

To better evaluate the relation between psychological stress and glucose control, we examined the effect of acute severe psychotic stress reaction on insulin sensitivity and β-cell function in nondiabetic patients.

## RESEARCH DESIGN AND METHODS

### Patients and study design
A total of 39 nondiabetic adult patients (27 men and 12 women), mean age $39 \pm 10.5$ years (range 19–37), who were admitted through the psychiatric emergency ward with acute psychotic stress were enrolled. The majority of these patients 33/39 (85%) had previous history of chronic psychiatric disorders such as chronic schizophrenia and residual or paranoid schizophrenia. "Acute psychotic state" is a common feature in all these

From the [1]Department of Internal Medicine "C," Assaf Harofeh Medical Center, Zerifin, Israel; the [2]Beer Yaacob Psychiatric Center, Tel-Aviv University, Israel; the [3]Institute of Endocrinology Sheba Medical Center affiliated to Sackler School of Medicine, Tel-Aviv University, Israel; and the [4]Diabetes and Endocrinology Unit, Assaf Harofeh Medical Center, Zerifin, Israel.

Address correspondence and reprint requests to M.J. Rapoport, MD, Department of Internal Medicine "C," Assaf Harofeh Medical Center, Zerifin 70300, Israel. E-mail: mrapoport@asaf.health.gov.il.

Received for publication 13 October 2002 and accepted in revised form 24 January 2003.

**Abbreviations:** FBG, fasting blood glucose; CGI, clinical global impression.

A table elsewhere in this issue shows conventional and Système International (SI) units and conversion factors for many substances.

© 2003 by the American Diabetes Association.

399

CONFIDENTIAL
AZSER12443812

Table 1—*Demographic and clinical characteristics of the study patients on admission*

| Age (years) | |
|---|---|
| Mean ± SD | 39 ± 10.5 |
| Range | 19–37 |
| Sex | |
| Male | 27 (69.2) |
| Female | 12 (30.8) |
| BMI (kg/m$^2$) | |
| Mean ± SD | 26.7 ± 5.8 |
| Range | 16.0–40.1 |
| CGI | |
| Mean ± SD | 5.3 ± 0.8 |
| Range | 3–7 |
| Glucose (mg/dl)* | |
| Mean ± SD | 93.7 ± 12.0 |
| Range | 67–125 |
| HbA$_{1c}$ (%)† | |
| Mean ± SD | 5.2 ± 0.27 |
| Range | 4.6–5.9 |
| Background diseases | |
| Hypertension | 3 (7.6) |
| Cardiovascular diseases | 4 (10.2) |
| Dyslipidemia | 17 (43.5) |
| Chronic psychiatric disorder | 33 (84.6) |
| Family history of diabetes | 19 (48.7) |

Data are *n* (%) unless otherwise indicated. *To convert glucose values to millimoles per liter, multiply by 0.0555; †upper limit <6.4%.

diseases that most commonly appears as an acute intermittent exacerbation and is usually an indication for acute hospitalization (12). All patients were well controlled before admission. Only six patients were admitted with a first episode of acute psychotic stress. Patients with depressive disorders were not included. The clinical and demographic characteristics of these patients appear in Table 1. Exclusion criteria were: *1*) presence of any endocrine or concomitant acute disease; *2*) use of any medications that can affect insulin secretion or activity or cause hyperglycemia, such as atypical antipsychotic drugs, i.e., clozapine, risperidone, tricyclic antidepressants, selective serotonin reuptake inhibitors, phenothiazines, butyrophenones, β-blockers, diuretics, corticosteroids, alcohol, opiates, cyclosporine, diazoxide, or oral contraceptives; *3*) Increased fasting blood glucose (FBG) (>126 mg/dl) or HbA$_{1c}$ level (>6.4%); and *4*) inability to understand and sign an informed consent after an initial evaluation by a staff psychiatrist. During hospitalization patients were treated with either phenothiazines or thioxanthenes. All patients underwent

an initial routine physical, psychiatric, and laboratory evaluation including complete blood count, serum electrolytes, urinalysis, liver and kidney function, thyroid function (thyroid-stimulating hormone and FT4), FBG, and blood lipid profile. The level of psychotic stress, assessed by the CGI score, and the β-cell function and insulin sensitivity, assessed by the homeostasis model assessment (HOMA) method (see below), were evaluated in all patients four times: on admission, after 2 weeks, before discharge, and 6 months after discharge. The local ethics committee approved the study.

**Laboratory evaluation**
Blood (10 ml) was drawn twice, 5 min apart, after an overnight fast (12 h) from an antecubital vein, and the plasma was separated and frozen at –70°C for future determinations of insulin and glucose levels. Glucose levels were determined by the COBAS-Roche glucose analyzer, using a commercially available GDP-PAP kit (Hitachi 917 analyzer). Determination of HbA$_{1c}$ was performed using a Hitachi 917 analyzer and a commercially available Tinaquant HbA$_{1c}$II kit (Roche). Insulin levels were determined by solid-phase I-125 radioimmunoassay (Coat-A Count Insulin). The sensitivity of the assay was 5 mU/l. The intra- and interassay coefficients of variation did not exceed 5–9%.

**Assessment of stress**
Each psychiatric interview was performed independently, by two experienced senior staff psychiatrists. During this interview the patients were asked to answer the CGI score questionnaire, which is similar to the Global Assessment Scale (GAS) and is widely used in psychiatry in clinical and research settings. It grades psychological stress on a scale of 1–7 based on the subjective impression of the interviewing psychiatrist: grade 1 indicates a self-controlled mildly agitated patient hospitalized by his own will and grade 7 indicates the most extremely ill, very agitated patient with bizarre hallucinations who is commonly subjected to a forced hospitalization (13–15).
Results of this score were not revealed to the psychiatric team until the study was completed. The ratings of the two psychiatrists were highly correlated reaching a complete agreement in 37/39 (95%) of patients.

**Evaluation of β-cell function and insulin sensitivity**
HOMA is a relatively simple, nonexpensive, noninvasive, and reliable method to calculate insulin sensitivity and β-cell function based on fasting insulin and glucose blood levels. The validity of this model has been established in normal control subjects and in a wide variety of diseases, including patients with psychiatric disorders (16–18). The mean values of two samples of glucose and insulin were used for calculations using HOMA-CIGMA version 2.1 software (kind gift from Dr. J.C. Levy). We have opted for the use of the full equations using the computerized program as recommend by the authors (19). Values were expressed as percent of normal values of β-cell function and insulin sensitivity derived from the original British cohort (16). Using the original computer program, the mean and SD values of both β-cell function and insulin sensitivity in the normal Israeli control subjects are comparable with those of the British cohort (O. Cohen, unpublished data)

**Statistical analysis**
Statistical analysis was performed using BMDP software (20). ANOVA with repeated measures–incomplete design and Pearson's correlations were used for the analysis of the data.

# RESULTS

**Psychotic stress**
Evaluation of the psychotic stress was done in all patients on admission, 2 weeks afterward, before discharge, and 6 months after discharge. The mean CGI score, which was 5.3 ± 0.8 on admission, decreased gradually and significantly during hospitalization, reaching a nadir of 1.6 ± 0.7 before discharge ($P < 0.001$). Six months later there was a slight nonsignificant increase of the CGI score to a mean of 2.9 ± 1.5 (Table 2). No correlation was found between the level of the psychotic stress and other demographic and clinical characteristics of these patients, including sex and age (data not shown). These data indicate that patients admitted to a psychiatric ward with acute psychotic stress demonstrate a rapid improvement within a time frame of several weeks.

CONFIDENTIAL
AZSER12443813

*Psychotic stress and type 2 diabetes*

**Table 2—***Psychotic stress level and glucose homeostasis during and after hospitalization*

|  | Admission | 2 weeks | Discharge | 6 months | P* |
|---|---|---|---|---|---|
| CGI | 5.3 ± 0.8† | 2.7 ± 0.8 | 1.6 ± 0.7† | 2.9 ± 1.5 | <0.001 |
| HbA₁c (%)‡ | 5.2 ± 0.27 | 5.2 ± 0.2 | 5.3 ± 0.3 | 5.3 ± 0.2 | NS |
| Glucose (mg/dl)§ | 93.7 ± 12 | 94.7 ± 11.3 | 96.5 ± 22.3 | 90.6 ± 15.4 | NS |
| Insulin (mU/l) | 8.7 ± 4.9 | 11.6 ± 7.3 | 18.1 ± 28.5 | 13.2 ± 11.1 | NS |
| β-Cell function (%) | 96.8 ± 33.2‖ | 110 ± 35.9 | 118.8 ± 54.5 | 134.4 ± 60¶ | <0.02 |
| Insulin sensitivity (%) | 101.7 ± 36† | 84.6 ± 39.3 | 87.4 ± 41.2 | 77.1 ± 34.8† | <0.001 |

Data are means ± SD. *Resulting from ANOVA with repeated measures using all four time points; †P < 0.001 post hoc analysis resulting from ANOVA with repeated measures; ‡upper limit <6.4%; ‖P < 0.003 post hoc analysis resulting from ANOVA with repeated measures; §to convert glucose values to millimoles per liter, multiply by 0.0555.

### Fasting glucose and insulin levels

To examine the effect of acute psychotic stress on glucose homeostasis, we initially determined glucose and insulin levels. Table 2 demonstrates that the mean FBG, which was within normal range on admission, i.e., 93.7 ± 12.0 mg/dl, did not change significantly throughout the study. Elevation of FBG in the diabetic range >126 mg/dl was not observed in any of these patients. The mean insulin level was 8.7 ± 4.9 mU/l on admission with no significant change on later determinations. However, a subgroup analysis according to mean stress levels showed that patients with the highest CGI score (≥6) on admission had significantly higher glucose and insulin levels than patients with lower CGI scores. The mean FBG was 98.9 ± 11.0 mg/dl in patients with a CGI score ≥6 compared with 89.8 ± 11.4 mg/dl in patients with a CGI <6 (P < 0.01). The insulin level was 10.6 ± 6.4 mU/l in patients with the highest scores compared with 7.4 ± 2.8 mU/l in patients with the lowest scores (P < 0.04) (Fig. 1). We also found a positive correlation between CGI score and insulin and FBG on admission (r = 0.37, P = 0.021 and r = 0.47, P = 0.003, respectively). Multivariate analysis did not demonstrate any significant relation between these parameters and the demographic and clinical characteristics of these patients, including age, sex, and background diseases. These data demonstrate that FBG and insulin levels are directly related to the level of psychotic stress in acutely ill patients.

### β-Cell function and insulin sensitivity

To further evaluate the effect of acute psychotic stress on glucose control in our patients, we used the HOMA model to determine β-cell function and insulin sensitivity. Mean β-cell function was the lowest on admission (96.8 ± 33.2%) and increased significantly throughout the study to a level of 134.4 ± 60% after discharge (P < 0.003). In contrast, mean in-



**Figure 1—***FBG, insulin levels, β-cell function, and insulin sensitivity according to high and low CGI score on admission. Patients were divided into high (>5) and low (1–5) CGI groups according to CGI on admission. Data represent mean group values ± SD of FBG (A), insulin (B), β-cell function (C), and insulin sensitivity (D) on admission and after discharge.* ■*, admission;* □*, 6 months.* *P < 0.01, **P < 0.004, ***P < 0.02.

401

CONFIDENTIAL
AZSER12443814



**Figure 2**—*FBG, insulin levels, β-cell function, and insulin sensitivity according to high and low BMI. Patients were divided into high (>26.7 kg/m²) and low (<26.7) BMI groups according to BMI on admission. Data represent mean group values ± SD of FBG (A), insulin (B), β-cell function (C), and insulin sensitivity (D) on admission and after discharge. ■, admission; □, 6 months.*

sulin sensitivity was the highest on admission (101.7 ± 36%) and decreased significantly to a level of 77.1 ± 34.8% after discharge (*P* < 0.001) (Table 2). Analysis according to CGI score on admission demonstrated that insulin sensitivity was inversely correlated to the psychotic stress: 90.7 ± 41.8 and 109.7 ± 29.6% for high and low CGI score patients, respectively (*P* < 0.02) (Fig. 1). No significant difference was observed between the low– and high–CGI score patients in β-cell function on admission (96.7 ± 37.0 and 97.0 ± 31.0%, respectively). Taken together, these data demonstrate that acute psychotic stress temporally suppresses β-cell function and increases insulin sensitivity and that patients with extreme stress behave differently from patients with lower stress, demonstrating a decrease of insulin sensitivity.

**Analysis according to BMI**
BMI inversely affects the insulin sensitivity of nondiabetic individuals (21). Therefore, we analyzed our patients according to their mean BMI (26.7 kg/m²) and subdivided them to high- and low-BMI groups. As shown in Fig. 2, FBG levels on admission and after discharge were comparable in the two groups (95.5 ± 9.4 and

91.6 ± 13.8 mg/dl and 89.1 ± 12.2 and 92.4 ± 18.9 mg/dl for high and low BMI, respectively). High BMI was associated with increased admission and postdischarge insulin levels (10.6 ± 6.5 and 17.4 ± 15.6 mU/l as compared with low BMI at 6.9 ± 2.3 and 10.4 ± 4.9 mU/l), but this difference was not significant. The mean β-cell function was increased and insulin sensitivity decreased in the high BMI group at admission and postdischarge compared with the low-BMI group, but these differences did not reach statistical significance. No correlation was found between BMI and CGI throughout the study, and the BMI did not change appreciably between admission and postdischarge (data not shown). These data indicate that the observed effects of psychotic stress on glucose control in our patients were independent of BMI.

**CONCLUSIONS**— Our data demonstrate for the first time that acute psychotic stress is significantly correlated to glucose homeostasis in nondiabetic patients. Glucose and insulin levels were higher and insulin sensitivity was lower among patients with the uppermost stress (CGI >6) on admission. In addition, the mean β-cell function of all patients, which was the lowest on admission, in-

creased gradually during hospitalization in parallel to the decrease of the psychotic stress. These findings indicate that acute psychotic stress has adverse effects on glucose control in psychiatric nondiabetic patients. In contrast, the mean insulin sensitivity of the study group was directly correlated with psychotic stress, reaching its peak on admission and decreasing afterward. This suggests that acute psychotic stress may result in opposite effects on blood glucose levels that ultimately remain within normal limits. Nevertheless, it should be kept in mind that our data represent mean values of glucose, insulin, and the resulting β-cell function and insulin sensitivity of the patients studied. Thus, it is conceivable that these opposing effects of stress on glucose control may be ultimately unbalanced and result in overt diabetes in individual patients, particularly in those with latent subclinical disease and higher stress scores.

The prevalence of type 2 diabetes is increased in patients suffering from major psychiatric disorders. The most prominent single feature of these patients underlying the increased diabetes prevalence is probably the associated eating disorder resulting frequently in obesity (7–9). In addition, several medications commonly used to treat these patients,

CONFIDENTIAL
AZSER12443815

*Psychotic stress and type 2 diabetes*

such as clozapine, have been implicated in their increased prevalence of diabetes, either directly by reducing insulin sensitivity at the cellular level or indirectly by modifying eating habits and/or physical activity (18,22,23). These data raise the question whether the changes in β-cell function and insulin sensitivity in our patients are due to changes in BMI (21) or to the use of atypical antipsychotic or antidepressant drugs. This explanation is unlikely for two main reasons: first, patients treated with atypical antipsychotic or antidepressant medications have been excluded from our study, and these drugs were not administered during hospitalization. Second, the mean BMI of our patients was not changed during the study period, and no correlation was found between BMI, stress score or the various parameters of glucose control. Nevertheless, the mean BMI of our patients (26.7 ± 5.8) was higher than normal. This, associated with a prevalent positive family history for diabetes or diabetes-associated conditions such as cardiovascular diseases or dyslipidemia in the majority of the patients, indicates high risk for diabetes. The higher mean BMI may also explain why after discharge and upon return to a balanced mental state, their β-cell function and insulin sensitivity remained abnormal.

The effects of intermittent or continuous chronic psychological stress, i.e., weeks or months in duration rather than hours, on glucose control and incidence of type 2 diabetes remain controversial. This is due to the lack of accepted experimental human models, the extremely heterogeneous personal reaction to stress, and the difficulty to quantify psychological stress. The recently published Hoorn study (11) demonstrated an association between antecedent events of chronic psychological stress and increased incidence of type 2 diabetes. However, being a cross-sectional retrospective study based on a patient self-reported questionnaire, it could not establish a causative role for stress in promoting diabetes. Seematter et al. (24) demonstrated that short-term psychological stress of several hours induced by mental exercise resulted in a blunted increase in insulin sensitivity in obese nondiabetic individuals. Again, due to its short duration and use of external stress, this study could not establish the effect of long-standing endogenous psychological stress on glucose

homeostasis. In contrast, our study provides for the first time prospective and relatively long-term human data, establishing the deleterious effect of acute and ongoing endogenous psychotic stress on glucose homeostasis in nondiabetic subjects. Our data also provide a plausible explanation to the increased incidence of diabetic ketoacidosis reported in schizophrenic patients treated with atypical antipsychotic drugs who develop type 2 diabetes (21,25,26). The combined effect of these drugs and the decreased insulin sensitivity observed in patients with extreme stress, together with the suppressed β-cell function may result in an acute derangement of glucose control and the ensuing ketoacidosis.

The interpretation of our data should be made with caution, however, because of several limitations. We studied patients with several risk factors for diabetes including elevated BMI, positive family history of diabetes, and chronic psychiatric background. Moreover, these patients were subjected to an extreme rather than "ordinary" psychological stress necessitating a referral to an emergency psychiatric ward. Finally, during hospitalization our study patients were treated with different dosages of phenothiazines or thioxanthenes, which may have a metabolic impact (27). The heterogeneous therapeutic regimens and the limited sample size did not allow us to determine the effect of these drugs on the study parameters. Nevertheless, in view of the relatively minor effect of these drugs on glucose metabolism, we believe that these therapies did not significantly affect our results.

In conclusion, our study demonstrates that severe acute psychotic stress may adversely affect glucose control in nondiabetic patients. Longer follow-up studies with a larger number of normal control subjects free of predisposing risk factors for diabetes are necessary to clarify the correlation between various forms and modalities of psychological stress and aberration of glucose control and the development of type 1 or type 2 diabetes.

## References

1. Jansen AS, Nguyen XV, Karpitskiy V, Mettenleiter TC, Loewy AD: Central command neurons of the sympathetic nervous system: basis of the fight-or-flight response. *Science* 270:644–646, 1995
2. Skosnik PD, Chatterton RT Jr., Swisher T, Park S: Modulation of attentional inhibition by norepinephrine and cortisol after psychological stress. *Int J Psychophysiol* 36:59–68, 2000
3. Saravia-Fernandez F, Durant S, El Hasnaoui A, Dardenne M, Homo-Delarche F: Environmental and experimental procedures leading to variations in the incidence of diabetes in the nonobese (NOD) mouse. *Autoimmunity* 24:113–121, 1996
4. Surwit RS, Williams PG: Animal models provide insight into psychosomatic factors in diabetes. *Psychosom Med* 58:582–589, 1996
5. Vialettes B, Ozanon JP, Kaplansky S, Fernarier C, Sauvaget E, Lassmann-Vague V, Surwit RS, Shneider MS, Feinglos MN: Stress and diabetes mellitus. *Diabetes Care* 15:1413–1422, 1992
6. Moberg E, Kollind M, Lins PE, Adamson U: Acute mental stress impairs insulin sensitivity in IDDM patients. *Diabetologia* 37:247–251, 1994
7. Brambilla F, Guastalla A, Guerrini A, Riggi F, Rovere C, Zanoboni A, Zanoboni-Muciaccia W: Glucose-insulin metabolism in chronic schizophrenia. *Dis Nerv Syst* 37:98–103, 1976
8. Eaton WW, Armenian H, Gallo J, Pratt L, Ford DE: Depression and risk for onset of type II diabetes: a prospective population-based study. *Diabetes Care* 19:1097–1102, 1996
9. Mukherjee S, Decina P, Bocola V, Saraceni F, Scapicchio PL: Diabetes mellitus in schizophrenic patients. *Compr Psychiatry* 37:68–73, 1996
10. Bernard D, Vague Ph: Stress antecedents and immune status in recently diagnosed type I (insulindependent) diabetes mellitus. *Diabetes Metab* 15:45–50, 1989
11. Mooy JM, de Vries H, Grootenhuis PA, Bouter LM, Heine RJ: Major stressful life events in relation to prevalence of undetected type 2 diabetes: the Hoorn Study. *Diabetes Care* 23:197–201, 2000
12. *Diagnostic and Statistical Manual of Mental Disorders.* 4th ed. Washington, DC, American Psychiatric Association, 1994, p. 273–315
13. Endicott J, Spitzer RL, Fleiss JL, Cohen J: The global assessment scale: a procedure for measuring overall severity of psychiatric disturbance. *Arch Gen Psychiatry* 33:766–771, 1976
14. Sohlberg S: There's more in a number than you think: new validity data for the Global Assessment Scale. *Psychol Res* 64:455–461, 1989
15. Kuhiman TL, Sincaban VA, Bernstein MJ: Team use of the Global Assessment Scale for the inpatient planning and evaluation. *Hosp Community Psychiatry* 41:416–419, 1990
16. Matthews DR, Hosker JP, Rudenski AS, Naylor BA, Treacher DF, Turner RC: Homeostasis model assessment: insulin re-

403

CONFIDENTIAL
AZSER12443816

sistance and β-cell function from fasting plasma glucose and insulin concentrations in man. *Diabetologia* 28:412–419, 1985

17. Punjabi NM, Sorkin JD, Katzel LI, Goldberg AP, Schwartz AR, Smith PL: Sleep-disordered breathing and insulin resistance in middle-aged and overweight men. *Am J Respir Care Med* 165:677–682, 2002

18. Newcomer JW, Haupt DW, Fucetola R, Melson AK, Scheweiger JA, Cooper BP, Selke G: Abnormalities in glucose regulation during antipsychotic treatment of schizophrenia. *Arch Gen Psychiatry* 59:337–345, 2002

19. Levy JC, Matthews DR, Hermans MP: Correct homeostasis model assessment (HOMA) evaluation uses the computer program. *Diabetes Care* 21:2191–2192, 1998

20. Dixon WJ: BMDP *Statistical Software*. Los Angeles, University of California Press. 1990

21. Kahn BB, Flier JS: Obesity and insulin resistance. *J Clin Invest* 106:473–481, 2000

22. Henderson DC: Atypical antipsychotic-induced diabetes mellitus. How strong is the evidence? *CNS Drugs* 16:77–89, 2002

23. Wirshing DA, Spellberg BJ, Erhart SM, Marder SR, Wirshing WC: Novel antipsychotics and new onset diabetes mellitus. *Biol Psychiatry* 44:778–783, 1998

24. Seematter E, Guenat E, Schneiter P, Cayeux C, Jequier E, Tappy L: Effects of mental stress on insulin-mediated glucose metabolism and energy expenditure in lean and obese women. *Am J Physiol Endocrinol Metab* 279:E799–E805, 2000

25. Pierides M: Clozapine monotherapy and ketoacidosis. *Br J Psychiatry* 171:90–91, 1997

26. Peterson GA, Byrd SL: Diabetic ketoacidosis from clozapine and lithium cotreatment. *Am J Psychiatry* 153:737–738, 1996

27. McIntyre RS, McCann SM, Kennedy SH: Antipsychotic metabolic effects: weight gain, diabetes mellitus, and lipid abnormalities. *Can J Psychiatry* 46:273–281, 2001

CONFIDENTIAL
AZSER12443817

ACTA PSYCHIATRICA SCANDINAVICA

SUPPLEMENTUM 212, 1970

# DRUG INDUCED
# EXTRAPYRAMIDAL DISORDERS

Controlled studies of the relationship
between the behavioural change and the extrapyramidal
symptoms produced by psychotropic drugs

G. M. SIMPSON, M. B., CH. B.
*Principal Research Psychiatrist*

J. W. S. ANGUS, F. R. C. P. (C), D. P. M.
*Research Psychiatrist*

Early Clinical Drug Evaluation Unit
Rockland State Hospital
Orangeburg, N. Y.

This research was supported in part by Grants MH-08240 and MH-07292
from the National Institute of Mental Health, Bethesda, Md.

MUNKSGAARD
COPENHAGEN 1970

405

CONFIDENTIAL
AZSER12443818

# A RATING SCALE FOR EXTRAPYRAMIDAL
# SIDE EFFECTS

G. M. SIMPSON, M. B., CH. B. and
J. W. S. ANGUS, F. R. C. P. (C), D. P. M.

## SUMMARY

A modification of an earlier rating scale for extrapyramidal system disturbance is described, and evidence for the validity and reliability of the scale is presented. The usefulness of the scale in studies of neuroleptic drugs is discussed. By its application it is possible to quantify extrapyramidal side effects and to separate them into four principal factors.

## INTRODUCTION

The discovery of phenothiazines as useful agents in the treatment of mental disorder was shortly followed by discoveries of their adverse reactions, particularly those affecting the extrapyramidal system (3). This led to claims that side effects were part and parcel of their usefulness (4), and to counter-claims that they were undesirable side effects (6). The extensive studies of Haase (5), who claims that minimal extrapyramidal signs, as demonstrated in handwriting changes, are the "sine qua non" for optimal treatment, represent a somewhat intermediate position in this controversy.

This whole area has been thoroughly reviewed in two recent publications by Bishop, et al. (1) and by Ching-Piao and DiMascio (2). The latter point out that part of the confusion in this area may be related to differences in classification, and that too many investigators use extrapyramidal system disturbance as if it were a unity. We use this term throughout to describe the factors we are actually measuring. We see the difficulty not so much one of classification, but of defining and quantifying what is being observed. Thus, infrequent dystonic reactions and the slightly more frequent akathisia have been omitted from this study. We also feel that the differences between Haase and, for example, the French investigators are not semantic ones or a problem of classification, but merely that a proper comparison or study remains to be done.

We have elsewhere stated our opinion on this point (7, 9), namely that the presence of minimal extrapyramidal side effects seem to be associated with therapeutic improvement, excess extrapyramidal effects with less improvement. Further discussion on this subject would be outside the scope of

CONFIDENTIAL
AZSER12443819

12

the present paper, but it is mentioned merely to highlight the point that all neuroleptic agents, irrespective of their chemical structure, possess two things in common: (1) an effect on psychotic behavior, and (2) an effect on the extrapyramidal system. Within limits, the potency of the drugs seems to be proportional to their propensity for producing extrapyramidal symptoms. If this is so, it is important to have an instrument for assessing accurately the amount of extrapyramidal system disorder produced, a quantitative measure rather than a qualitative description of these side effects.

In a previous investigation a rating scale for measuring extrapyramidal system disorder produced by neuroleptic drugs was described (7), and since that time it has been routinely used in this research unit. This scale was shown to have both clinical validity and high inter-rater reliability, but later attempts at more precise studies of extrapyramidal system disorder led to the need for its revision. Factors such as Salivation and Tremor, which were difficult to quantify, had not been included in the old scale, but in various studies, scores on the scale were diluted by their absence. Thus, zero scores occurred despite obvious tremor or disturbing salivation which frequently required the use of antiparkinson medication. It was, therefore, decided to expand the rating scale to include these factors. It is the purpose of this paper to present this rating instrument with a discussion of its potential usefulness in the field of clinical research.

The original rating scale contained nine items, all of which were common clinical signs, used in the diagnosis of Parkinson's Disease in clinical practice. One of these items, the evaluation of the state of the trunk muscles—a sign which can be of considerable diagnostic importance—was found difficult to quantify and was dropped from the scale. The other eight items were retained and, with the addition of Tremor and Salivation, make up the ten-item scale shown in Table 1. Each item is rated on a 5-point scale, with 0 meaning the complete absence of the condition, and 4 meaning the presence of the condition in extreme form. Each point on the scale was defined and is shown in the appendix. The score on the scale is obtained by adding the items and dividing by 10.

TABLE 1

*Neurological Rating Scale for Extrapyramidal Effects*

| | |
|---|---|
| 1. Gait | 6. Leg Pendulousness |
| 2. Arm Dropping | 7. Head Dropping |
| 3. Shoulder Shaking | 8. Glabella Tap |
| 4. Elbow Rigidity | 9. Tremor |
| 5. Wrist Rigidity | 10. Salivation |

Two questions of concern in any rating scale involve validity and reliability, and these questions were answered reasonably well in the studies on the

CONFIDENTIAL
AZSER12443820

13



Neurological Rating Scale Mean Scores—Haloperidol Double Blind Study

*Fig. 1*

previous scale (7). The reliability of the present scale was tested during a double-blind study involving two dose levels of the potent neuroleptic haloperidol and a placebo (8). Striking evidence for the validity of the scale was also obtained from the same trial.

### METHOD

Fourteen patients who had been off all drugs for four weeks, were treated with identical capsules containing placebo, 1 mg and 5 mg of haloperidol respectively. The regime was fixed so that all patients received one capsule daily during the first week, and an increase of daily dosage by one capsule each week to a maximum of six. The daily dosage was maintained at this level for a further ten weeks, and, following withdrawal of medication, the patients were studied for another four weeks. When the code was broken, four patients had received placebo, five the 1 mg capsule (6 mg/day), and five the 5 mg capsule (30 mg/day).

408

CONFIDENTIAL
AZSER12443821

14

The graph (Fig. 1) depicts the mean weekly rating on the scale for each group during the period on maximum medication and for the four weeks following withdrawal of medication, all ratings having been made by one physician. It can be seen that the scale satisfactorily separates the three groups. At Week 15 a t-test indicated that the difference between the placebo group and the 1 mg group was statistically significant (p < 0.01). The difference between the 5 mg and 1 mg groups just fails to be statistically significant (p > 0.05).

Two points should be made. We consider scores of up to 0.3 to be within the "normal range," and we found, on breaking the code, that three patients in the high dose group had been given benztropine mesylate for clinically troublesome side effects, whereas only one in the low dose group received it. This may account for the fall in the scores of the high dose group during the latter part of the drug period, and would certainly have diminished the difference between the 1 mg and 5 mg group mean scores.

In order to test inter-rater reliability, the patients were examined by two doctors during Weeks 11 to 18 of the trial. The patients were examined and rated at the same time of day each week and were seen by the second doctor immediately after examination by the first. Separate examining rooms were used, and the doctors were unaware of each other's ratings and of their own ratings made in previous weeks. There was no discussion or analysis of the data until the study had been completed. Correlation coefficients between raters for each item in each of the seven weeks were obtained and are shown in Table 2.

In our early clinical drug studies and in previous investigations, the total score on the neurological rating scale was the one used most frequently. This is obtained by summing the score for all the rated items and dividing

TABLE 2
*Correlation Coefficients Between Raters*

| Item | Mean | Range |
|---|---|---|
| 1. Gait ...................... | 0.52 | 0.22–0.78 |
| 2. Arm Dropping ............. | 0.73 | 0.58–0.89 |
| 3. Shoulder Shaking .......... | 0.78 | 0.69–0.94 |
| 4. Elbow Rigidity ............. | 0.73 | 0.57–0.92 |
| 5. Wrist Rigidity ............. | 0.59 | 0.20–0.89 |
| 6. Leg Pendulousness .......... | 0.75 | 0.62–0.78 |
| 7. Head Dropping ............ | 0.70 | 0.62–0.78 |
| 8. Glabella Tap .............. | 0.87 | 0.60–1.0 |
| 9. Tremor ................... | 0.56 | 0.29–0.94 |
| 10. Salivation ................. | 0.59 | 0.16–1.0 |
| Total Score ................ | 0.87 | 0.71–0.96 |

409

CONFIDENTIAL
AZSER12443822

15

the total by the number of items. Correlations for the total scores between the two investigators ranged from 0.71 to 0.96.

In general, there was a good correlation between the two raters, but in one week, poor correlations were obtained on four items. Otherwise, the ten items rated on seven weeks, that is, seventy correlations, were all of a high order. All the low correlations were recorded in the third week of the study; this included Wrist Rigidity, Salivation, Gait, and Tremor. No explanation can be given for this at this time.

A principal component factor analysis, followed by a normalized Varimax rotation of the four resulting principal components was carried out. The factor loadings for these components are shown in Table 3. The first factor has high loadings on the items Shoulder-shaking, Elbow rigidity, Wrist rigidity, and Leg pendulousness and is obviously a factor involving rigidity. This factor accounted for 34 % of the total variance. The second factor places greatest weight on the items Gait, Salivation, and Head-dropping and accounted for 15 % of the total variance. The item Head-dropping is a difficult one to score, and we expected it to be included in the first factor to which it does contribute. That it should cluster with Gait is not particularly surprising, but no clinical explanation can be given for Salivation being included in this factor. We consider it a statistical artifact. The third factor was Glabella tap, which explained just over 10 % of the variance. Tremor emerged as a fourth factor, accounting for over 9 % of the variance. It would appear, therefore, that in using this scale to study extrapyramidal effects or antiparkinson agents, four factors, which in this study accounted for 68 % of the variance, could be considered: Rigidity, Salivation, Glabella tap, and Tremor.

Because seven of the items in the scale are measurements of rigidity, and because the latter accounted for a major part of the variance, we sepa-

#### TABLE 3
*Factor Loadings for Four Principal Components*

|  | I | II | III | IV |
|---|---|---|---|---|
| 1. Gait ................ | 0.216 | 0.740 | 0.032 | 0.106 |
| 2. Arm Dropping ........ | 0.200 | 0.260 | 0.043 | 0.666 |
| 3. Shoulder shaking ..... | 0.818 | 0.262 | 0.069 | 0.047 |
| 4. Elbow Rigidity ........ | 0.799 | 0.227 | 0.121 | 0.140 |
| 5. Wrist Rigidity ........ | 0.792 | 0.004 | 0.249 | 0.207 |
| 6. Leg Pendulousness ..... | 0.702 | 0.231 | 0.067 | 0.213 |
| 7. Head Dropping ....... | 0.441 | 0.575 | 0.264 | 0.053 |
| 8. Glabella Tap ......... | 0.086 | 0.037 | 0.959 | 0.065 |
| 9. Tremor .............. | 0.088 | 0.046 | 0.119 | 0.819 |
| 10. Salivation ............ | 0.185 | 0.762 | 0.009 | 0.170 |

410

CONFIDENTIAL
AZSER12443823

16

rated out the rigidity scores for the three groups. As might be expected, they ran parallel to the total score, although the fit was not exact. The discrimination between the placebo group and the drug groups remained, but that between the two drug groups was diminished.

## DISCUSSION

There have been many attempts to quantify the phenomena of parkinsonism and its response to treatment. Unfortunately, the scales often contain many items, or the assessment involves time-consuming procedures, such as sorting tests or handwriting. We believe that we have devised a valid, reliable scale that is simple and rapidly applied and requires no equipment other than an examining couch. In addition, the method can be quickly taught to a nurse or research assistant. Its application does not require specialized medical knowledge.

The items on the scale have a certain face validity in that they are commonly used signs in the clinical evaluation of parkinsonism. A further attestation to the validity of the scale was its ability to separate in a double-blind trial not only patients receiving placebo from those receiving potent neuroleptic medications, but also two dose levels of the medication. The relatively high correlations on each item between raters, and the high correlation on the total score, indicate that the scale is reliable. Like every other scale, its use has to be learned, and it is advisable for raters to rate the same patients from time to time, in order to check shifts in definition.

As most of the items are concerned with the measurement of rigidity, it is no surprise that such a factor accounts for a large part of the variance and separates out from Salivation, Tremor, and Glabella tap. Nevertheless, the retention of the latter three items appears to be justified, because the mean total score proved better at separating the two drug groups than the rigidity score alone. The grouping of items in the scale according to these factors might be used to bring greater precision to the assessment of neuroleptic drugs or the use of drugs for treating extrapyramidal symptoms.

We are using the scale routinely both in the work of early clinical drug evaluation and in the investigation of extrapyramidal side effects. It is possible that others, working in psychopharmacology, might find it of value and possible, too, that it may be of interest to neurologists in assessing the treatment of parkinsonism.

## REFERENCES

1. Bishop, M. P., Gallant, D. M., & Sykes, T. F.: Extrapyramidal side effects and therapeutic response. *Arch. Gen. Psychiat.*, 13, 155–162, 1965.
2. Chien, C., & DiMascio, A.: Drug-induced extrapyramidal symptoms and their relations to clinical efficacy. *Amer. J. Psychiat.*, 123/12, 1490–1498, 1967.

CONFIDENTIAL
AZSER12443824

3. Delay, J., & Deniker, P.: 38 cas de psychoses traitées par la cure prolongée et continue de 4560 RP. Le Congrès de Psychiat. Neurol. de Langue Française (Luxembourg, 1952), in C. R., 503–513, Masson ed.

4. Fleugel, F.: Thérapeutique par médication neuroleptique obtenu en realisant Neuroleptiques (Paris, 1955), Encéphale, 790–792.

5. Haase, H. J., & Janssen, P. A. J.: *The Action of Neuroleptic Drugs.* Chicago, Ill.: Year Book Medical Publishers, 1965.

6. Karn, W. N., Jr., & Kasper, S.: Pharmacologically induced parkinson-like signs as index of therapeutic potential. *Dis. Nerv. Syst.,* 20, 119–120, 1959.

7. Simpson, G. M., Amuso, D., Blair, J. H., & Farkas, T.: Aspects of phenothiazine-produce extrapyramidal symptoms. *Arch. Gen. Psychiat.,* 10, 199–208, 1964.

8. Simpson, G. M., Angus, J. W. S., & Edwards, J. G.: A controlled study of haloperidol in chronic schizophrenia. *Curr. Ther. Res.,* 9/8, 407–412, 1967.

9. Simpson, G. M., & Kunz-Bartholini, Esther. The relationship of individual tolerance, behavior, and phenothiazine-produced extrapyramidal system disturbance. *Dis. Nerv. Syst.,* 29, 269–274, 1968.

## APPENDIX

1. *Gait*—The patient is examined as he walks into the examining room, his gait, the swing of his arms, his general posture, all form the basis for an overall score for this item. This is rated as follows:

   0 – normal
   1 – diminution in swing while the patient is walking
   2 – marked diminution in swing with obvious rigidity in the arm
   3 – stiff gait with arms held rigidly before the abdomen
   4 – stooped shuffling gait with propulsion and retropulsion

2. *Arm Dropping*—The patient and the examiner both raise their arms to shoulder height and let them fall to their sides. In a normal subject a stout slap is heard as the arms hit the sides. In the patient with extreme Parkinson's syndrome the arms falls very slowly:

   0 – normal, free fall with loud slap and rebound
   1 – fall slowed slightly with less audible contact and little rebound
   2 – fall slowed, no rebound
   3 – marked slowing, no slap at all
   4 – arms fall as though against resistance; as though through glue

3. *Shoulder Shaking.*—The subject's arms are bent at a right angle at the elbow and are taken one at a time by the examiner who grasps one hand and also clasps the other around the patient's elbow. The subject's upper arm is pushed to and fro and the humerus is externally rotated. The degree of resistance from normal to extreme rigidity is scored as follows:

   0 – normal
   1 – slight stiffness and resistance
   2 – moderate stiffness and resistance
   3 – marked rigidity with difficulty in passive movement
   4 – extreme stiffness and rigidity with almost a frozen shoulder

CONFIDENTIAL
AZSER12443825

18

4. *Elbow Rigidity*—The elbow joints are separately bent at right angles and passively extended and flexed, with the subject's biceps observed and simultaneously palpated. The resistance to this procedure is rated. (The presence of cogwheel rigidity is noted separately.) Scoring is from 0–4 as in Shoulder Shaking test.

5. Fixation of position or *Wrist Rigidity*—The wrist is held in one hand and the fingers held by the examiner's other hand, with the wrist moved to extension flexion and both ulner and radial deviation. The resistance to this procedure is rated as in Items 3 and 4.

6. *Leg Pendulousness*—The patient sits on a table with his legs hanging down and swinging free. The ankle is grasped by the examiner and raised until the knee is partially extended. It is then allowed to fall. The resistance to falling and the lack of swinging form the basis for the score on this item:

    0 – the legs swing freely
    1 – slight diminution in the swing of the legs
    2 – moderate resistance to swing
    3 – marked resistance and damping of swing
    4 – complete absence of swing

7. *Head Dropping*—The patient lies on a well-padded examining table and his head is raised by the examiner's hand. The hand is then withdrawn and the head allowed to drop. In the normal subject the head will fall upon the table. The movement is delayed in extrapyramidal system disorder, and in extreme parkinsonism it is absent. The neck muscles are rigid and the head does not reach the examining table. Scoring is as follows:

    0 – the head falls completely with a good thump as it hits the table
    1 – slight slowing in fall, mainly noted by lack of slap as head meets the table
    2 – moderate slowing in the fall quite noticeable to the eye
    3 – head falls stiffly and slowly
    4 – head does not reach examining table

8. *Glabella Tap*—Subject is told to open his eyes wide and not to blink. The glabella region is tapped at a steady, rapid speed. The number of times patient blinks in succession is noted:

    0 – 0–5 blinks
    1 – 6–10 blinks
    2 – 11–15 blinks
    3 – 16–20 blinks
    4 – 21 and more blinks

9. *Tremor*—Patient is observed walking into examining room and then is re-examined for this item:

    0 – normal
    1 – mild finger tremor, obvious to sight and touch

CONFIDENTIAL
AZSER12443826

19

2 – tremor of hand or arm occurring spasmodically

3 – persistent tremor or one or more limbs

4 – whole body tremor

10. *Salivation*—Patient is observed while talking and then asked to open his mouth and elevate his tongue. The following ratings are given:

0 – normal

1 – excess salivation to the extent that pooling takes place if the mouth is open and the tongue raised

2 – when excess salivation is present and might occasionally result in difficulty in speaking

3 – speaking with difficulty because of excess salivation

4 – frank drooling

414

CONFIDENTIAL
AZSER12443827

Psychopharmacology 64, 171—179 (1979)

**Psychopharmacology**
© by Springer-Verlag 1979

# A Rating Scale for Tardive Dyskinesia

G. M. Simpson*, J. H. Lee[1], B. Zoubok[1], and G. Gardos[2]

[1] Rockland Research Institute, Orangeburg, New York, U.S.A.
[2] Boston State Hospital, Boston, Massachusetts, U.S.A.

**Abstract.** A rating scale for tardive dyskinesia was developed, consisting of nearly all signs seen by two groups of investigators over a 5-year period. Thirty-four items were included in the scale with a possibility of writing in idiosyncratic signs. The scale was shown to have good reliability and validity in studies carried out by both the New York and Boston groups. It is recommended as a suitable instrument for describing the breadth of tardive dyskinesia syndrome and also for quantifying the disorder. A second scale, "the abbreviated dyskinesia scale", contains 13 items which are more global than the items in the original scale. It also has been shown to be both reliable and valid. Its use is suited to situations requiring less extensively detailed assessments.

**Key words:** Dyskinesia — Rating scale — Clinical trials

The problem of tardive dyskinesia has become increasingly important. Despite the fact that this syndrome was recognized soon after the introduction of psychotropic agents in the 1950's (Schonecker, 1957; Sigwald et al., 1959a, b) information as to the magnitude of the problem was slow to evolve. Very little was written about it in the U.S.A. until well into the 1960's (Crane and Paulson, 1967) though the syndrome was reasonably well described in Europe following its identification in the 1950's (Uhrbrand and Faurbye, 1960; Faurbye et al., 1964). Papers suggesting that very few people suffered from this disorder and the failure to recognize the complexity of the syndrome resulted in lack of awareness of the problem and widely discrepant statements as to the prevalence of the disorder. Part of

the problem is related to the absence of a tight definition and to the absence of satisfactory assessment methods (Gardos et al., 1977). To cope with some of these difficulties, we began to develop a rating scale some 5 years ago. We wanted to study demographic factors relating to tardive dyskinesia and further define the disorder; comprehensively describe and quantify the symptoms that make up the syndrome in the hope that neuropathological studies might be carried out, and thus attempt to correlate neuropathology with the abnormal movements. We also hoped that the scale would become a sensitive indicator of drug-induced changes in abnormal movements. The rating scale may also be useful to clinicians in documenting the nature and severity of abnormal movements seen in psychiatric patients at various points in their treatment and to document the presence of dyskinesia and its changes over time.

## Materials and Methods

*Tardive Dyskinesia Rating Scale (TDRS).* Several versions of this scale have been in use for some time, though instructions for its use and operational definitions of the items have not been detailed until quite recently when refinements of the scale were made in our own unit at Rockland Psychiatric Hospital and in the collaborating Boston unit. Interrater reliability studies had been carried out on previous editions and they were encouraging. Two raters interviewing simultaneously achieved reliability in the 0.90 ranges, while two raters operating independently achieved an interrater reliability of 0.80 for total score (Gardos et al., 1976b). Further studies have since been carried out in the two units on the final version and the results will be discussed.

Tardive dyskinesia has been described many times and in many ways. All descriptions share an emphasis on irregularly persistent bucco-lingual-masticatory movements and choreoathetoid movements of the limbs, especially their distal portions and movements of the trunk and neck. Most descriptions exclude obvious parkinsonian tremors of the extremities, though tremors of the upper lip (rabbit syndrome), tongue, and eyelids are usually included in descriptions of tardive dyskinesia. Restless movements of the legs are observed both

* Professor of Psychiatry and Director, USC-MSH Psychopharmacological Services, 11400 Norwalk Blvd., Norwalk, California 90650, U.S.A.

0033-3158/79/0064/0171/$01.80

CONFIDENTIAL
AZSER12443828

Psychopharmacology 64 (1979)

**Table 1.** Interrater reliabilities of rating scale items and total score

| Item | $r^a$ | $N^c$ |
|---|---|---|
| **Face** | | |
| Blinking of eyes | 0.93 | 14 |
| Tremor of eyelids | 0.89 | 9 |
| Tremor of upper lip (rabbit syndrome) | $(0.80)^d$ | 9 |
| Pouting of the (lower) lip | 0.87 | 9 |
| Puckering of lips | 0.83 | 13 |
| Sucking movements | — [b] | 0 |
| Chewing movements | 0.92 | 20 |
| Smacking of lips | 0.60 | 6 |
| Bonbon signs | (0.98) | 2 |
| Tongue protrusion | (0.98) | 4 |
| Tongue tremor | (1.00) | 2 |
| Choreoathetoid movements of the tongue | 0.55 | 25 |
| Facial tics | — | 0 |
| Grimacing | 0.99 | 5 |
| Two write-in items | | |
| **Neck and trunk** | | |
| Head nodding | (0.99) | 3 |
| Retrocollis | — | 0 |
| Spasmodic torticollis | (1.00) | 1 |
| Torsion movements (trunk) | — | 0 |
| Axial hyperkinesia | 0.93 | 8 |
| Rocking movements | | 0 |
| Two write-in items | | |
| **Extremities** | | |
| **Upper** | | |
| Ballistic movements | (0.86) | 4 |
| Choreoathetoid movements — fingers | 0.95 | 21 |
| Choreoathetoid movements — wrists | 0.65 | 6 |
| Pin-rolling movements | (0.98) | 3 |
| Carressing or rubbing face and hair | 0.98 | 6 |
| Rubbing of thighs | — | 0 |
| Two write-in items | | |
| **Lower** | | |
| Rotation and/or flexion of ankles | 0.78 | 10 |
| Toe movements | 0.97 | 16 |
| Stamping movements — standing | — | 0 |
| Stamping movements — sitting | 0.98 | 3 |
| Restless legs | 0.94 | 12 |
| Crossing/uncrossing legs — sitting | (1.00) | 2 |
| Two write-in items | | |
| **Entire body** | | |
| Holokinetic movements | (0.86) | 2 |
| Akathisia | — | 0 |
| Total score | 0.98 | 26 |

[a] $r$ = Pearson product-movement correlation
[b] = symptom absent
[c] $N$ = The correlations were based on 26 patients; the numbers in this column indicate the number of patients in which the symptom was present
[d] ( ) = Correlation based on symptom being absent in all but 5 patients

in akathisia, as it occurs early in antipsychotic drug therapy, and, along with more typical dyskinetic movements, in tardive dyskinesia. Complex, semipurposeful mannerisms are usually excluded from the syndrome where they appear to be manifestations of the patient's psychosis.

In the absence of any hard external criteria for classifying an abnormal movement as 'dyskinesia' or 'nondyskinesia', it seems most reasonable to consider all such movements observed in patients exposed to antipsychotic drugs as part of a tardive dyskinesia syndrome. Some patients will, of course, show abnormal movements of a different etiology, e.g., Huntington's chorea, Wilson's disease, Gilles de la Tourette's syndrome, or Senile chorea.

In developing the present rating scale for recording the presence and intensity of more typical movements of patients with presumed tardive dyskinesia, obvious parkinsonian signs have been excluded. These can then be recorded on a separate instrument developed by the senior author (Simpson and Angus, 1970). The present dyskinesia scale includes all readily identifiable movements seen repeatedly over a several year period, single and repeated ratings have been made of dyskinesia movements in over 500 acute and chronic inpatients at Rockland Psychiatric Center and Boston State Hospital and in over 100 outpatients with clear or suspected tardive dyskinesia.

Because certain unusual movements are seen in individual patients (diaphragmatic spasms, irregular speech patterns, compulsive object touching) provision was made for the recording of movements not adequately classifiable under the movement descriptions provided in the scale. Some signs are complex enough to make description and quantification difficult; for example, abnormal or 'neurological' gaits seen in association with severe dyskinesia. These gaits range from a stamping-type gait to a broad base or 'sailor'-gait with other even more complex gaits. They were not included in the scale since they are not present in a large number of patients and their wide variety makes description and quantification difficult. However, write-in items have been included where the presence of such items can be noted and their apparent severity recorded.

As the scale went through various revisions, the number of categories of severity have ranged from simple presence — absence to a nine-point scale. The present six-point scale seems a reasonable compromise allowing a range of severity which goes from vestigial suggestive movements (e.g., licking lips with tongue once during a rating session) to the intense severe and/or frequent movements seen in the rare severely afflicted patients.

Rating both the frequency and intensity of movements separately was considered and rejected as being unduly complicated. Dyskinetic movements also commonly occur in bursts and are then absent for minutes or longer so that a comprehensive and accurate, totally valid rating system would have to consider intensity, frequency, and proportion of time present. Our compromise has been to require the rater to make and integrated judgement of the severity of each movement, taking into account the various elements noted above. We have used this scale in a wide variety of clinical trials and have found it most helpful both as a teaching device and as a rating device.

*Composition of the Scale.* The final scale is divided into four sections, each including the symptoms associated with a particular region of the body. There is a section on facial symptoms with 14 items and a section on neck and trunk movements with six items. The third section is the extremities with 12 items (six for the upper and six for the lower) and the fourth comprises two items involving the whole body. In addition, there are two write-in items for the first three categories and one write-in for the fourth. Each symptom and write-in is rated on a six point scale: (1) Absent; (2) possibly present; (3) mild severity; (4) moderate severity; (5) moderately severe; and (6) very severe. The items are given in Table 1 and the definitions in Appendix 2.

Definitions have been developed for each item and these are given in Appendix 2 together with instructions how to properly make a tardive dyskinesia assessment (Appendix 5).

*Abbreviated Dyskinesia Scale (ADS).* A less comprehensive rating scale was derived from the original for use in situations where such detail was not necessary. The items are given in Table 2 and the

CONFIDENTIAL
AZSER12443829

G. M. Simpson et al.: A Rating Scale for Tardive Dyskinesia

173

**Table 2.** Interrater reliabilities for the abbreviated dyskinesia rating scale items and total score

| Item | $r^a$ | $N^b$ |
|---|---|---|
| **Facial and oral movements** | | |
| Periocular area (blinking of eyes, tremor of eyelids) | 0.92 | 18 |
| Movements of the lips (pouting, puckering, smacking) | 0.84 | 19 |
| Chewing movements | 0.55 | 19 |
| Bonbon signs | $(0.49)^a$ | 1 |
| Tongue protrusion | (0.90) | 3 |
| Tremor and/or choreoathetoid movements of the tongue | 0.75 | 25 |
| **Neck and trunk** | | |
| Axial hyperkinesis (patient standing) | 0.94 | 8 |
| Rocking movements | —ᵃ | 0 |
| Torsion movements | — | 0 |
| **Extremities** | | |
| Movements of fingers and wrists | 0.86 | 23 |
| Movements of ankles and toes | 0.93 | 16 |
| Stamping movements | (0.95) | 3 |
| **Entire body** | | |
| Akathisia | 0.93 | 11 |
| **Total score** | 0.97 | 26 |

ᵃ For explanation of symbols, see footnote to Table 1

**Table 3.** Pairwise rater correlations by region

| Area | Live data (320 observations) | Tape data (200 observations) |
|---|---|---|
| Face | 0.70 | 0.84 |
| Neck and trunk | 0.86 | 0.77 |
| Upper extremity | 0.59 | 0.90 |
| Lower extremity | 0.62 | 0.80 |
| Whole body | 0.64 | 0.72 |

definitions in Appendices 3 and 4. The original rating scale would be a good evaluative procedure, helpful in providing a complete delineation of the total number of symptoms. For certain screening procedures and perhaps for individual patient ratings or clinical trials a shorter rating scale would be more efficient. For this reason a second scale was derived from the first and has been used in clinical trials and interrater reliabilities are also reported. Thus the two scales are seen as complementing each other in certain situations. In the following, we refer to the full-length scale except where indicated.

**Results**

*Reliability.* Reliability studies have been carried out independently by the two groups (New York and Boston). In the New York group the reliability of each of the 44 items was determined with two raters and 26 patients. The two raters observed the patients together but completed the rating scale independently. The results for the full-length scale are shown in Table 1. The total score reliability was 0.98. The individual item reliabilities ranged from 0.55 to 0.99 with a median of 0.91. The corresponding reliability measures for the short scale are given in Table 2.

The second group assessed reliability of the sections and total score with multiple raters, both patients, and videotapes. Several sessions were conducted; first, live

with dyskinetic inpatients, and subsequently videotapes of patients were rated for dyskinesia. At each session, four to eight raters observed cases and recorded the ratings independently. Overall, 23 patients and nine tapes were by nine raters. Average pair-wide interrater reliability for total score ranged $0.79 - 0.90$ for live patients and $0.87 - 0.91$ for tape ratings. Table 3 shows reliabilities for each body area (sum of items making up body region).

*Validity.* To the extent that the scale can be shown to reflect changes produced by therapeutic agents, it can be said to be a valid measure of tardive dyskinesia. The Rockland group has carried out trials of lithium, deanol, and clozapine in tardive dyskinesia; clozapine, but not the other agents, was found to reduce tardive dyskinesia symptoms both as measured by the scale and as seen by the nurses and ward doctors (Simpson et al., 1976a, b, 1977, 1978). In a fourth study, the rater was told that the project's aim was to "examine the effect of polypharmacy on tardive dyskinesia and extrapyramidal symptoms". In fact, the study was designed to determine the effect of a dosage increase and decrease on tardive dyskinesia and extrapyramidal symptoms. All patients were stabilized on loxapine tablets which they received throughout the trial at a constant dosage until the final phase. A liquid (Drug A) was added to half the medications and Drug B, also a liquid, to the other half. An individual not connected with the study changed the contents of the bottles weekly. The bottles contained placebo for 3 weeks, loxapine (1/4 of the table dose) for 3 weeks, placebo for 3 weeks, and then a double dose of placebo and a decrease by 1/4 of the table loxapine. The A group 1 week ahead of the B group so that any effects would be staggered and not break the blind. The mean total tardive dyskinesia scores for the abbreviated scale are shown in Table 4. While there is only a slight decrease in tardive dyskinesia with the increase in dosage, there was a dramatic increase in symptoms during the tablet decrease phase.

The Boston group evaluated papaverine in nine markedly dyskinetic patients and found the scale sensitive in detecting drug-induced changes (Gardos et

417

CONFIDENTIAL
AZSER12443830

174

**Table 4.** Mean total abbreviated dyskinesia scale scores[a]

| Tablet: Liquid: | Loxapine Placebo | Loxapine Loxapine[b] | Loxapine Placebo | Loxapine[c] Placebo[c] |
|---|---|---|---|---|
| Twice-weekly means: | 28, 28 | 25, 27, 25, 27, 29 | 27, 26, 27, 29, 26, 28 | 29, 28, 27, 29, 30, 31 |
| Period means[d] | 28 | 26.7 | 26.9 | 29.0 |

[a] Based on 10 patients assessed twice weekly

[b] One-fourth of the patients' capsule loxapine dosage was added as liquid loxapine

[c] Placebo liquid was doubled and the tablet loxapine dosage was decreased by one-fourth

[d] Two weeks post-trial without medication changes, the mean was 30.3

al., 1976a). The two patients who showed marked clinical improvement also showed the largest percent improvement of oro-facial dyskinesia on the scale. The area scores, total score, and items on the Abnormal Involuntary Movement Scale (a simpler, more global scale developed by the National Institute of Mental Health's Psychopharmacology Research Branch) (NIMH, 1975), showed parallel changes of similar magnitudes in response to papaverine. In a recently completed Boston State Hospital evaluation of clozapine in tardive dyskinesia the scale appeared sensitive in demonstrating clinically observed improvement on drug and relapse after drug withdrawal (Cole et al., 1979).

### Discussion

The individual item reliabilities obtained by the New York raters were quite high; it should be noted, however, that the two raters in the first reliability study worked together rating many patients on many occasions. Thus, the high correlations are at least partially due to the overtraining in the task. In contrast, the Boston raters had only had brief training session prior to participation in the reliability study presented.

The results with the body-region scores indicated somewhat lower reliabilities than total score. In the live ratings shown in Table 2, upper and lower extremities and whole body provide the lowest reliabilities, while face and neck and trunk were rated more reliably. A likely explanation for the poor reliability of whole body ratings is that, in this patient sample, it consisted of two items (and write-ins), holokinetic movements and akathisia which are not easily rated unambiguously. The problem of rating the extremities in live patients may revolve around differences between right and left sides. Often, one side shows more marked movements, and at

times, subtle one-sided hand movements may be hidden from the perceptual field of some of the observers. The latter problem does not apply to tape ratings where the stimulus input is identical for all raters. Thus, one may expect that reliability of rating arm and leg movements from videotape would be no worse than rating other body areas; an expectation fully supported by the data. This logic can be extended to explain why tape ratings are somewhat more reliable overall. We feel that videotapes provide two advantages in terms of reliability: They provide standard stimuli for all raters, and due to technical imperfections, certain subtle movements as well as faint, but inportant sounds (smacking, etc.) are not reproduced, thereby diminishing the margin for rater error. These benefits, however, become problems in establishing the validity of videotape ratings or tardive dyskinesia as change-sensitive measures. Curiously, the neurologist of the Boston group, probably the most experienced clinician of the rating team as far as movement disorders were concerned, consistently showed the lowest reliability coefficients when paired with other raters. This finding underscores the vast difference between reliability and validity and highlights conceptual problems that can occur when neurologists and psychiatrists assess movement abnormalities.

*Acknowledgements.* The authors wish to thank Dr. R. Amin, D. M. H. Branchey, Dr. R. Shrivastava, Dr. E. Varga, Dr. I. Sud, and Miss C. Sniffin for their assistance with this scale.

*Appendix 1.* Tardive dyskinesia rating scale

Patient _____ /No._____ am

Date_____ Time_____ pm

Setting_____ Rater_____

| Face | Absent | ? | Mild | Moderate | Moderately severe | Very severe |
|---|---|---|---|---|---|---|
| 1. Blinking of eyes | 1 | 2 | 3 | 4 | 5 | 6 |
| 2. Tremor of eyelids | 1 | 2 | 3 | 4 | 5 | 6 |
| 3. Tremor of upper lip (rabbit syndrome) | 1 | 2 | 3 | 4 | 5 | 6 |
| 4. Pouting of the (lower) lip | 1 | 2 | 3 | 4 | 5 | 6 |
| 5. Puckering of lips | 1 | 2 | 3 | 4 | 5 | 6 |
| 6. Sucking movements | 1 | 2 | 3 | 4 | 5 | 6 |
| 7. Chewing movements | 1 | 2 | 3 | 4 | 5 | 6 |
| 8. Smacking of lips | 1 | 2 | 3 | 4 | 5 | 6 |
| 9. Bonbon sign | 1 | 2 | 3 | 4 | 5 | 6 |
| 10. Tongue protrusion | 1 | 2 | 3 | 4 | 5 | 6 |
| 11. Tongue tremor | 1 | 2 | 3 | 4 | 5 | 6 |
| 12. Choreoathetoid movements of the tongue | 1 | 2 | 3 | 4 | 5 | 6 |
| 13. Facial tics | 1 | 2 | 3 | 4 | 5 | 6 |
| 14. Grimacing | 1 | 2 | 3 | 4 | 5 | 6 |
| 15. Other (describe) | 1 | 2 | 3 | 4 | 5 | 6 |
| 16. Other (describe) | 1 | 2 | 3 | 4 | 5 | 6 |
| **Neck and trunk** | | | | | | |
| 17. Head nodding | 1 | 2 | 3 | 4 | 5 | 6 |
| 18. Retrocollis | 1 | 2 | 3 | 4 | 5 | 6 |

418

CONFIDENTIAL
AZSER12443831

G. M. Simpson et al.: A Rating Scale for Tardive Dyskinesia

175

Patient _____ /No. _____ am

Date _____ Time _____ pm

Setting _____ Rater _____

| Neck and trunk | Absent | ? | Mild | Moderate | Moderately severe | Very severe |
|---|---|---|---|---|---|---|
| 19. Spasmodic torticollis | 1 | 2 | 3 | 4 | 5 | 6 |
| 20. Torsion movements (trunk) | 1 | 2 | 3 | 4 | 5 | 6 |
| 21. Axial hyperkinesia | 1 | 2 | 3 | 4 | 5 | 6 |
| 22. Rocking movement | 1 | 2 | 3 | 4 | 5 | 6 |
| 23. Other (describe) | 1 | 2 | 3 | 4 | 5 | 6 |
| 24. Other (describe) | 1 | 2 | 3 | 4 | 5 | 6 |
| | | | | | | |
| Extremities (upper) | | | | | | |
| 25. Ballistic movements | 1 | 2 | 3 | 4 | 5 | 6 |
| 26. Choreoathetoid movements — fingers | 1 | 2 | 3 | 4 | 5 | 6 |
| 27. Choreoathetoid movements — wrists | 1 | 2 | 3 | 4 | 5 | 6 |
| 28. Pill-rolling movements | 1 | 2 | 3 | 4 | 5 | 6 |
| 29. Carressing or rubbing face and hair | 1 | 2 | 3 | 4 | 5 | 6 |
| 30. Rubbing of thighs | 1 | 2 | 3 | 4 | 5 | 6 |
| 31. Other (describe) | 1 | 2 | 3 | 4 | 5 | 6 |
| 32. Other (describe) | 1 | 2 | 3 | 4 | 5 | 6 |
| | | | | | | |
| (Lower) | | | | | | |
| 33. Rotation and/or flexion of ankles | 1 | 2 | 3 | 4 | 5 | 6 |
| 34. Toe movements | 1 | 2 | 3 | 4 | 5 | 6 |
| 35. Stamping movements — standing | 1 | 2 | 3 | 4 | 5 | 7 |
| 36. Stamping movements — sitting | 1 | 2 | 3 | 4 | 5 | 6 |
| 37. Restless legs | 1 | 2 | 3 | 4 | 5 | 6 |
| 38. Crossing/uncrossing legs — sitting | 1 | 2 | 3 | 4 | 5 | 6 |
| 39. Other (describe) | 1 | 2 | 3 | 4 | 5 | 6 |
| 40. Other (describe) | 1 | 2 | 3 | 4 | 5 | 6 |
| | | | | | | |
| Entire body | | | | | | |
| 41. Holokinetic movements | 1 | 2 | 3 | 4 | 5 | 6 |
| 42. Akathisia | 1 | 2 | 3 | 4 | 5 | 6 |
| 43. Other (describe) | 1 | 2 | 3 | 4 | 5 | 6 |

Comments

Appendix 2. Tardive dyskinesia rating scale definitions

Face

1. *Blinking of eyes*
   Repetitive and more or less continuous or in bursts. To be distinguished from tics which occur episodically.
2. *Tremor of eyelids*
   Isolated tremor, more frequently bilateral but can occur unilaterally. Usually seen when eyes are closed. Fine in character.
3. *Tremor of upper lip (rabbit syndrome)*
   Fine, rapid tremor confined to the upper lip.
4. *Pouting of the lower lip*
   A thrusting out of the lower lip as in solamnness.
5. *Puckering of lips*
   Drawstring or pursing action of the lip.
6. *Smacking of lips*
   Brisk separation of lips which produced a sharp sound.
7. *Sucking movement*
   Self-explanatory.
8. *Chewing movement*
   Self-explanatory

9. *Bonbon sign*
   Tongue movement within the oral cavity which produces a bulge in the cheek giving the impression the patient has a hard bonbon pocketed in this cheek. Occasionally a repetitious sweeping movement of the tongue over the buccal lining which also pushes out the mouth.
10. *Tongue protrusion*
    Clonic — a rhythmic in and out movement of the tongue.
    Tonic — a continuous protrusion of the tongue.
    Fly-catcher — a sudden shooting out of the tongue from the mouth at irregular episodes.
11. *Tongue Tremor*
    Fine tremor observed with the mouth open and tongue within the buccal cavity.
12. *Choreoathetoid movements of the tongue*
    A rolling, wormlike movement of the tongue muscles without displacement of the tongue from the mouth. The tongue may rotate on its longitudinal axis. Observed when the mouth is opened.
13. *Facial tics*
    Brief, recurrent, stereotyped movement involving relatively small segments of the face.
14. *Grimacing*
    A repetitive, irregularly occurring, distortion of the face. A complex movement involving large segments of facial muscles.
15. *and 16. Other*
    Write in items such as unusual bucco-lingual movements, blepharospasm, repetitive sounds, etc.

Neck and trunk

17. *Head nodding*
    Slower than tremor, may or may not be rhythmic. Can occur horizontally or vertically.
18. *Retrocollis*
    Overextension of the neck as a result of which the head is bent backwards. Can occur with or without rigidity of the muscles of the neck and shoulder.
19. *Spasmodic torticollis*
    Tonic, prolonged contracture of sternocleidomastoides on one side resulting in a downward and lateral fixation of the chin. The head may be bent laterally.
20. *Torsion movements*
    Twisting, undulant movements of the upper or lower part of the trunk (shoulder or hip girdle) resulting from mobile, spastic movements of the axial and proximal muscles. The movements are not fast and they involve large portions of the body.
21. *Axial hyperkinesia*
    A front to back hip-rocking movement. Resembles capulatory movements. Differs from the rocking movement where it is the upper torso which has to and fro movement.
22. *Rocking movements*
    A rhythmic to and fro movement of the upper torso which occurs from a repeated bending of the spinal column in the lumbar region. Different from axial hyperkinesia where the hips move to and fro.
23. *and 24. Other*
    Write-in

Extremities

25. *Ballistic movements*
    Sudden, fast, large amplitude swinging movements occurring most often in the arms and less frequently in the legs. One or both sides may be involved.

419

CONFIDENTIAL
AZSER12443832

Psychopharmacology 64 (1979)

Choreoathetoid movements

26. *Choreiform movements*
In fingers, wrists, arms. Variable, purposeless, coarse, quick and jerky movements which begin suddenly and show no rhythmicity. They vary in distribution and extension.

27. *Athetoid movements*
In fingers, wrists, arms. Continuous rhythmic, slow, writhing, worm-like movements. They almost invariably appear together with choreiform movements.

28. *Finger counting*
Rhythmic rubbing of the thumb against the middle and index finger.

29. *Caressing face and hair*
Gives the impression of an absent-minded or nervous mannerism; has the appearance of being purposeful.

30. *Rubbing of thighs*
Hands rub the outside or tops of thighs. Sporadic and nonrhythmic.

31. *and 32. Other*
Write-in

33. *Rotation and/or flexion of the ankles*
Self-explanatory.

34. *Toe movements*
Slow rhythmic, retroflexion, usually of the big toes although other toes can also be involved.

35. *Stamping movements (standing)*
Weight is shifted back and forth from one foot to the other when patient stands.

36. *Stamping movements (sitting)*
Flapping or tapping of the whole foot on floor when the patient is sitting or may comprise an alternate toe and heel tapping.

37. *Restless legs*
Constant leg movement; jiggling of legs, of foot when leg is crossed: may involve rapidly moving knees apart and together.

38. *Crossing and uncrossing legs.*
Self-explanatory.

39. *and 40. Other*
Write-in

41. *Holokinetic movements*
Extensive, jerky, rapid abrupt, awkward, gross movements of large parts or entire body. The movement may appear to be somewhat goal directed and only moderately coordinated. May begin in response to stimulus or spontaneously.

42. *Akathisia*
An inability to sit or stand still. (The verbal expression of inner restlessness is not required here.)

43. *and 44. Other*
Write-in.

*Appendix 3.* Abbreviated dyskinesia rating scale (ADS)

Patient _____ /No. _____

Date _____ Time ___ pm/am

Setting _____ Study /No. _____

Rater /No. _____ Period _____

Facial and oral movements

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Periocular area (blinking of eyes, tremor of eyelids) | 1 | 2 | 3 | 4 | 5 | 6 |
| 2. Movements of the lips (pouting, puckering, smacking) | 1 | 2 | 3 | 4 | 5 | 6 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3. Chewing movements | 1 | 2 | 3 | 4 | 5 | 6 |
| 4. Bonbon sign | 1 | 2 | 3 | 4 | 5 | 6 |
| 5. Tongue protrusion | 1 | 2 | 3 | 4 | 5 | 6 |
| 6. Tremor and/or choreathetoid movements of the tongue | 1 | 2 | 3 | 4 | 5 | 7 |
| 7. Other (describe) | 1 | 2 | 3 | 4 | 5 | 6 |

Neck and trunk

| | | | | | | |
|---|---|---|---|---|---|---|
| 8. Axial hyperkinesis (patient standing) | 1 | 2 | 3 | 4 | 5 | 6 |
| 9. Rocking movements | 1 | 2 | 3 | 4 | 5 | 6 |
| 10. Torsion movements | 1 | 2 | 3 | 4 | 5 | 6 |
| 11. Other (describe) | 1 | 2 | 3 | 4 | 5 | 6 |

Experiments

| | | | | | | |
|---|---|---|---|---|---|---|
| 12. Movements of fingers and wrists | 1 | 2 | 3 | 4 | 5 | 6 |
| 13. Movements of ankles and toes | 1 | 2 | 3 | 4 | 5 | 6 |
| 14. Stamping movements | 1 | 2 | 3 | 4 | 5 | 6 |
| 15. Other (describe) | 1 | 2 | 3 | 4 | 5 | 6 |

Entire body

| | | | | | | |
|---|---|---|---|---|---|---|
| 16. Akathisia | 1 | 2 | 3 | 4 | 5 | 6 |
| 17. Other (describe) | 1 | 2 | 3 | 4 | 5 | 6 |

Rating:

1 = absent
2 = ?
3 = mild
4 = moderate
5 = moderately severe
6 = severe

*Appendix 4.* Tardive dyskinesia definitions (abbreviated scale) (ADS)

Facial and oral movements

1. Periocular area (blinking of eyes, tremor of eyelids)

a. *Blinking of eyes.* Repetitive or continual involuntary shutting and opening of eyes. (Distinguish from tics which occur episodically).
b. *Tremor of eyelids.* Isolated fine tremor more frequently bilateral but can occur unilaterally. Usually seen when eyes are closed (not too tightly).

Rate the increase in frequency and extent of these movements. Movements should be observed separately but can be rated together or separately as the case may be.

1 = absent
2 = ?
3 = 7–10 blinks per 30 s
4 = 11–13 blinks per 30 s
5 = almost continuous
6 = continuous and incapacitating

2. Movements of the lips (pouting, puckering, smacking)

a. *Pouting.* A thrusting out of the lower lip as in solemness.
b. *Puckering.* Drawstring or pursing action of the lips.
c. *Smacking.* Brisk separation of lips which produces a sharp sound.

CONFIDENTIAL
AZSER12443833

Rate the increase in frequency and extent of these movements. Movements should be observed separately but can be rated together or separately as the case may be.

1 = absent
2 = ?
3 = occasional during observation period
4 = frequently during observation period
5 = almost continuously
6 = continuously

*3. Chewing movement* — Self-explanatory.

Make sure that the patient does not have chewing gum or candy in his mouth.

Rating based on the frequency and degree of interference with normal chewing activities.

1 = absent
2 = ?
3 = occasional chewing movements
4 = frequent chewing movements
5 = almost continuous chewing
6 = continuous chewing which interferes with normal eating and articulation

*4. Bonbon sign*

Tongue movement within the oral cavity which produces a bulge in the cheek giving the impression the patient has a hard bonbon pocketed in his cheek. Occasionally a repetitive sweeping movement of the tongue over the buccal lining which also pushes out the mouth (distinguish from choreoathetoid movements of the tongue).

Rating based on the frequency and degree at which the tongue pushes against the cheek within the oral cavity.

1 = absent
2 = ?
3 = occasionally
4 = obvious most of the time
5 = almost continuous
6 = continual sweeping movements involving whole cheeks and buccal cavity

*5. Tongue protrusion*

a. *Clonic* — a rhythmic in and out movement of the tongue.
b. *Tonic* — a continuous protrusion of the tongue.
c. *Fly catcher* — a sudden shooting out of the tongue from the mouth at irregular episodes.

Rating based on the frequency, degree and duration of tongue protrusion in and out of the mouth cavity.

1 = absent
2 = ?
3 = occasional protrusion of tongue
4 = frequent protrusion
5 = almost continuous protrusion of the tongue
6 = pronounced protrusion with swollen tongue as if it has no room in the mouth

*6. Tremor and/or choreoathetoid movements of the tongue.*

a. *Tremor.* Fine rapid to slow tremor observed with the mouth open and tongue within the buccal cavity.
b. *Choreoathetoid movements of the tongue.* Rolling, wormlike movement of the tongue muscles without displacement of the tongue from the mouth. The tongue may rotate on its longitudinal axis. Observed when the mouth is open.
Both movements should be observed separately but could be rated together as the case may be (distinguish from Bonbon sign which is continual irregular movements within the oral cavity with the mouth closed).

Rating based on the intensity and frequency of the tongue movements.

1 = absent
2 = ?
3 = brief and occasional worm-like tongue movements
4 = tongue moves several times in all directions on its longitudinal axis
5 = almost continuous rolling
6 = continuous and incessant twisting, folding and rolling all over the oral cavity so that the underside of the tongue is exposed

*7. Other* — write in items such as the rabbit syndrome, (a fine, very rapid tremor of the upper lip (5 per second). Tics or grimacing.

Neck and trunk

*8. Axial hyperkinesis* (patient standing)

A front to back hip rocking movement. Resembles copulatory movements. Differs from the rocking movement where it is the upper torso which has to and fro movement.

Rating is based on the frequency and range of the movements of the pelvis when standing.

1 = absent
2 = ?
3 = seen occasionally
4 = seen most frequently
5 = almost continuous long range movements of the pelvis
6 = continuous swinging of the pelvis

CONFIDENTIAL
AZSER12443834

178

Psychopharmacology 64 (1979)

*9. Rocking movements*

Continuous or episodic rhythmic to and fro or side to side movement of the upper torse which occurs from a repeated bending of the spinal column in the lumbar region while sitting (distinguished from axial hyperkinesia where the hips move to an fro while standing).

1 = absent
2 = ?
3 = occasional to and fro movements
4 = episodic movements with small range
5 = almost continuous to and fro movements with small range
6 = continuous to and fro movements with large range.

*10. Torsion movements*

Twisting, undulant movements of the upper or lower part of the trunk (shoulder or hip girdle). The movement are not fast and they involve large portions of the body.

Rating based on frequency and intensity.

1 = absent
2 = ?
3 = occasional
4 = episodic
5 = almost continuous − small range
6 = continuous twisting of large portions of the body

*11. Other*

Write-in items such as head nodding, retrocollis, and torticollis.

Experimities

*12. Movements of fingers and wrists*

Irregular, purposeless, coarse, jerky (nonrhythmic and rhythmic) movements (guitar playing) which begin suddenly and may last for brief period or may be continuous; may involve few fingers or whole hand and wrist. Wrist movements are more rhythmic and occasional jerky and wormlike. Both invariably appear together.

Rating based on frequency and intensity.

1 = absent
2 = ?
3 = seen occasionally in few fingers − low in intensity
4 = seen most of the time during observation involving the whole hand with marked intensity
5 = continuous wormlike movements involving all the fingers of whole hand
6 = continuous, wormlike irregular movements of the whole hand and wrist

*13. Movements of ankles and toes*

Involves rotation and flexion of ankles. Slow range, irregular coarse involuntary movement of toes, episodic or continuous.

Rating based on intensity and frequency.

1 = absent
2 = ?
3 = seen occasionally
4 = seen most of the time during observation, ankle rotating and flexing
5 = almost continuously
6 = seen continuously with marked intensity

*14. Stamping movements*

Flapping or tapping of whole foot on the flore either in sitting or standing.

Rating based on intensity and frequency.

1 = absent
2 = ?
3 = seen only few times
4 = seen most of the time
5 = almost continuously
6 = seen continuously

*15. Other*

Write in items such as pill-rolling movements (these are not classical pill-rolling movements but involve repetitive movement of the thumb across several fingers), carressing or rubbing of face and/or hair.

Entire body

*16. Akathasia*

Involuntary restlessness (may be continuous or may be observed as outbursts of activity) with inability to sit or stand still (verbal expression of inner restlessness is not required here).

Rating based on the frequency and intensity of restlessness.

1 = absent
2 = ?
3 = infrequent jiggling
4 = pacing, jiggling most of the time
5 = pacing up and down; continuous jiggling
6 = unable to sit and stand still

*17. Other*

Write in items such as holokinetic movements, i.e., extensive, abrupt, gross movements of large parts or entire body.

*Appendix 5. Instructions*

Patients may be examined one at a time or in pairs. Pairs have the advantage in that the examiner can rate each patient "unwares".

422

CONFIDENTIAL
AZSER12443835

Thus, the dyskinetic movements may be diminished or even absent when the patient's attention is focused on them or when the subject is aware of being rated. Talking to one patient while rating the other produces a more accurate rating. If only one patient is present the examiner should engage in conversation or have someone else talk to him while the examiner rates him.

Observation begins when the patient walks into the room. Observe whole body movements with particular attention to the limbs. Wrist and finger movements not readily observable at other procedures can frequently be seen when the subject is walking. Similarly, abnormalities of gait give clues to other dyskinetic phenomenon.

The patient should sit in a firm armrest chair with his shoes and socks removed. The hands should be placed on the knees or let hang loosely and the feet should be placed slightly apart, flat on the floor.

To examine the tongue have the patient open his mouth wide and stick out his tongue. This should be done on at least two occasions. (A good light is essential to see the tongue movements). Another procedure to bring out buccolingual movements is to ask the patient to count up to 10 or 20 in his mind or to have him tap with his hands, count his fingers or flap his hands. The tongue is observed within the buccal cavity while this procedure is being carried out. Eye tremor can be demonstrated with the eyes gently closed and if need be the same reinforcing procedures carried out as discussed under evaluation of the tongue. To rate trunk movements, the patient should be asked to stand up for at least 1 min. He is also to be observed walking away from and towards the examiner at this time.

To elicit dyskinetic movements which are not evident at rest, the following distracting maneuvers are suggested. The patient is asked to stand with his arms straight out in front of him and his wrists bent at 90 degrees to his arms. This should be in a relaxed position. He should be told to close his eyes gently and open his mouth keeping his tongue within the buccal cavity. This position should be held for about 30 s. The patient can be spoken to at this time to distract him and tongue movements observed as well as finger movements, that is, slight forward and backward movements of the fingers are seen which are choreoathetoid in nature and easily distinguishable from tremor. If no finger movements are noted in this the patient can be told to close his mouth and he can then be engaged in conversation. At the same time his arms remain extended with wrists flexed as described above, and his eyes remain closed. In this way movements may be seen. In examining the feet, the patient is in a sitting position as described above and while talking to the patient reinforcement movements either slapping his hand on his knees or rapidly tapping his fingers with his thumbs can be carried out and movement of the ankle joint and contracting and relaxing movements of the toes are observed as well as any tapping movements. The trunk movements and other arm movements are rated while the patient is walking and also while he is standing for other tests. Whatever distracting maneuvers are used during the first examination should be used in the subsequent examination throughout any study. A minimum of 10 min should be spent with each patient and approximately the same amount of time should be spent at each of the subsequent examinations.

## References

Cole, J. O., Gardos, G., Tarsy, D., et al.: Drug trials in persistent dyskinesia, in press (1979)

Crane, G. E., Paulson, G.: Involuntary movements in a sample of chronic mental patients and their relation to the treatment with neuroleptics. Int. J. Neuropsychiatry **3**, 286–291 (1967)

Faurbye, A., Rasch, P. J., Petersen, P. B., Brandborg, G., Pakkenberg, H.: Neurological symptoms in pharmacotherapy of psychoses. Acta Psychiatr. Scand. **40**, 1027 (1964)

Gardos, G., Cole, J. O., Sniffin, C.: An evaluation of papaverine in tardive dyskinesia. J. Clin. Pharmacol. **16**, 5–6 (1976)

Gardos, G., Sokol, M., Cole, J. O., Sniffin, C.: Eye color and tardive dyskinesia. Psychopharmacol. Bull. **2**, 7–9 (1976b)

Gardos, G., Cole, J. O., LaBrie, R. A.: The assessment of tardive dyskinesia. Arch. Gen. Psychiatry **34**, 1206–1212 (1977)

National Institute of Mental Health, Psychopharmacology Research Branch: Development of a dyskinetic movement scale. ECDEU Intercom. **4**, 3–6 (1975)

Sigwald, J., Bouttier, D., Courvoisier, S.: Les accidents neurologiques des medications Neuroleptiques. Rev. Neurol. (Paris) **100**, 553–595 (1959a)

Sigwald, J., Bouttier, D., Raymondeaud, C., Piot, C.: Quatre cas de dyskinesie facio-bucco-linguomasticatrice a evolution prolongee secondaire a un traitement par les neuroleptiques. Rev. Neurol. (Paris) **100**, 751–755 (1959b)

Simpson, G. M., Angus, J. W. S.: A Rating Scale for Extrapyramidal Side Effects. Acta Psychiatr. Scand. (Suppl.) **212**, 1970

Simpson, G. M., Branchey, M. H., Lee, J. H., Voitashevsky, A., Zoubok, B.: Lithium in tardive dyskinesia. Pharmakopsychiatr. Neuropsychopharmakol. **9**, 76–80 (1976a)

Simpson, G. M., Shrivastava, R., Lee, J. H.: Clozapine in tardive dyskinesia. Psychopharmacology **56**, 75–80 (1978)

Simpson, G. M., Voitashevsky, A., Young, M. A., Lee, J. H.: Deanol in the treatment of tardive dyskinesia. Psychopharmacology **52**, 257–261 (1977)

Simpson, G. M., Zoubok, B., Lee, J. H.: An early clinical and toxicity trial of EX 11-582A in chronic schizophrenia. Curr. Ther. Res. **1**, (1976b)

Schonecker, M.: Ein eigentümliches Syndrom im oralen Bereich bei Megaphen Applikation. Nervenarzt **28**, 35 (1957)

Uhrbrand, L., Faurbye, A.: Reversible and irreversible dyskinesia after treatment with perphenazine, chlorpromazine, reserpine and electroconvulsive therapy. Psychopharmacologia (Berl.) **1**, 408–418 (1960)

Received January 16, 1979

CONFIDENTIAL
AZSER12443836

COMMITTEE REPORT

# Report of the Expert Committee on the Diagnosis and Classification of Diabetes Mellitus

THE EXPERT COMMITTEE ON THE
DIAGNOSIS AND CLASSIFICATION OF
DIABETES MELLITUS*

The current classification and diagnosis of diabetes used in the U.S. was developed by the National Diabetes Data Group (NDDG) and published in 1979 (1). The impetus for the classification and diagnosis scheme proposed then holds true today. That is,

the growth of knowledge regarding the etiology and pathogenesis of diabetes has led many individuals and groups in the diabetes community to express the need for a revision of the nomenclature, diagnostic criteria, and classification of diabetes. As a consequence, it was deemed essential to develop an appropriate, uniform terminology and a functional, working classification of diabetes that reflects the current knowledge about the disease. (1)

It is now considered to be particularly important to move away from a system that appears to base the classification of the disease, in large part, on the type of pharmacological treatment used in its management toward a system based on disease etiology where possible.

An international Expert Committee, working under the sponsorship of the American Diabetes Association, was established in May 1995 to review the scientific literature since 1979 and to decide if changes to the classification and diagnosis of diabetes were warranted. The Committee met on multiple occasions and widely circulated a draft report of their findings and preliminary recommendations to the international diabetes community. Based on the numerous comments and suggestions received, including the opportunity to review unpublished data in detail, the Committee discussed and revised numerous drafts of a manuscript that culminated in this published document.

This report is divided into four sections: definition and description of diabetes, classification of the disease, diagnostic criteria, and testing for diabetes. The aim of this document is to define and describe diabetes as we know it today, present a classification scheme that reflects its etiology and/or pathogenesis, provide guidelines for the diagnosis of the disease, develop recommendations for testing that can help reduce the morbidity and mortality associated with diabetes, and review the diagnosis of gestational diabetes.

## DEFINITION AND DESCRIPTION OF DIABETES MELLITUS — Diabetes mellitus is a group of metabolic diseases characterized by hyperglycemia resulting from defects in insulin secretion, insulin action, or both. The chronic hyperglycemia of diabetes is associated with long-term damage, dysfunction, and failure of various organs, especially the eyes, kidneys, nerves, heart, and blood vessels.

Several pathogenic processes are involved in the development of diabetes. These range from autoimmune destruction of the $\beta$-cells of the pancreas with consequent insulin deficiency to abnormalities that result in resistance to insulin action. The basis of the abnormalities in carbohydrate, fat, and protein metabolism in diabetes is deficient action of insulin on target tissues. Deficient insulin action results from inadequate insulin secretion and/or diminished tissue responses to insulin at one or more points in the complex pathways of hormone action. Impairment of insulin secretion and defects in insulin action frequently coexist in the same patient, and it is often unclear which abnormality, if either alone, is the primary cause of the hyperglycemia.

Symptoms of marked hyperglycemia include polyuria, polydipsia, weight loss, sometimes with polyphagia, and blurred vision. Impairment of growth and susceptibility to certain infections may also accompany chronic hyperglycemia. Acute, life-threatening consequences of diabetes are hyperglycemia with ketoacidosis or the nonketotic hyperosmolar syndrome.

Long-term complications of diabetes include retinopathy with potential loss of vision; nephropathy leading to renal failure; peripheral neuropathy with risk of foot ulcers, amputation, and Charcot joints; and autonomic neuropathy causing gastrointestinal, genitourinary, and cardiovascular symptoms and sexual dysfunction. Glycation of tissue proteins and other macromolecules and excess production of polyol compounds from glu-

From the American Diabetes Association, Alexandria, Virginia. Originally approved 1997. Modified in 1999 based on the Proceedings of the Fourth International Workshop-Conference on Gestational Diabetes Mellitus (*Diabetes Care* 21 [Suppl. 2]:B1–B167, 1998).

*Members of the Expert Committee on the Diagnosis and Classification of Diabetes Mellitus: James R. Gavin III, MD, PhD (Chair), K.G.M.M. Alberti, MD, Mayer B. Davidson, MD, Ralph A. DeFronzo, MD, Allan Drash, MD, Steven G. Gabbe, MD, Saul Genuth, MD, Maureen I. Harris, PhD, MPH, Richard Kahn, PhD, Harry Keen, MD, FRCP, William C. Knowler, MD, DrPH, Harold Lebovitz, MD, Noel K. Maclaren, MD, Jerry P. Palmer, MD, Philip Raskin, MD, Robert A. Rizza, MD, and Michael P. Stern, MD.

**Abbreviations:** ACOG, American College of Obstetricians and Gynecologists; FPG, fasting plasma glucose; GCT, glucose challenge test; GDM, gestational diabetes mellitus; HNF, hepatocyte nuclear factor, IFG, impaired fasting glucose; IGT, impaired glucose tolerance; MODY, maturity-onset diabetes of the young; NDDG, National Diabetes Data Group; NHANES III, Third National Health and Nutrition Examination Survey; OGTT, oral glucose tolerance test; PAI-1, plasminogen activator inhibitor-1; WHO, World Health Organization; 2-h PG, 2-h postload glucose.

CONFIDENTIAL
AZSER12443837

*Committee Report*

cose are among the mechanisms thought to produce tissue damage from chronic hyperglycemia. Patients with diabetes have an increased incidence of atherosclerotic cardiovascular, peripheral vascular, and cerebrovascular disease. Hypertension, abnormalities of lipoprotein metabolism, and periodontal disease are often found in people with diabetes. The emotional and social impact of diabetes and the demands of therapy may cause significant psychosocial dysfunction in patients and their families.

The vast majority of cases of diabetes fall into two broad etiopathogenetic categories (discussed in greater detail below). In one category (type 1 diabetes), the cause is an absolute deficiency of insulin secretion. Individuals at increased risk of developing this type of diabetes can often be identified by serological evidence of an autoimmune pathologic process occurring in the pancreatic islets and by genetic markers. In the other, much more prevalent category (type 2 diabetes), the cause is a combination of resistance to insulin action and an inadequate compensatory insulin secretory response. In the latter category, a degree of hyperglycemia sufficient to cause pathologic and functional changes in various target tissues, but without clinical symptoms, may be present for a long period of time before diabetes is detected. During this asymptomatic period, it is possible to demonstrate an abnormality in carbohydrate metabolism by measurement of plasma glucose in the fasting state or after a challenge with an oral glucose load.

## CLASSIFICATION OF DIABETES MELLITUS AND OTHER CATEGORIES OF GLUCOSE REGULATION— A major requirement for epidemiological and clinical research and for the clinical management of diabetes is an appropriate system of classification that provides a framework within which to identify and differentiate its various forms and stages. While there have been a number of sets of nomenclature and diagnostic criteria proposed for diabetes, no generally accepted systematic categorization existed until the NDDG classification system was published in 1979 (1). The World Health Organization (WHO) Expert Committee on Diabetes in 1980 and, later, the WHO Study Group on Diabetes Mellitus endorsed the substantive recommendations

of the NDDG (2). These groups recognized two major forms of diabetes, which they termed insulin-dependent diabetes mellitus (IDDM, type 1 diabetes) and non-insulin-dependent diabetes mellitus (NIDDM, type 2 diabetes), but their classification system went on to include evidence that diabetes mellitus was an etiologically and clinically heterogeneous group of disorders that share hyperglycemia in common. The overwhelming evidence in favor of this heterogeneity included the following:

1. There are several distinct disorders, most of them rare, in which glucose intolerance is a feature.
2. There are large differences in the prevalence of the major forms of diabetes among various racial or ethnic groups worldwide.
3. Patients with glucose intolerance present with great phenotypic variation; take, for example, the differences between thin, ketosis-prone, insulin-dependent diabetes and obese, nonketotic, insulin-resistant diabetes.
4. Evidence from genetic, immunological, and clinical studies shows that in western countries, the forms of diabetes that have their onset primarily in youth are distinct from those that have their onset mainly in adulthood.
5. A type of non-insulin-requiring diabetes in young people, inherited in an autosomal dominant fashion, is clearly different from the classic acuteonset diabetes that typically occurs in children.
6. In tropical countries, several clinical presentations occur, including diabetes associated with fibrocalcific pancreatitis.

These and other lines of evidence were used to divide diabetes mellitus into five distinct types (IDDM, NIDDM, gestational diabetes mellitus [GDM], malnutritionrelated diabetes, and other types). The different clinical presentations and genetic and environmental etiologic factors of the five types permitted discrimination among them. All five types were characterized by either fasting hyperglycemia or elevated levels of plasma glucose during an oral glucose tolerance test (OGTT). In addition, the 1979 classification included the category of impaired

glucose tolerance (IGT), in which plasma glucose levels during an OGTT were above normal but below those defined as diabetes.

The NDDG/WHO classification highlighted the heterogeneity of the diabetic syndrome. Such heterogeneity has had important implications not only for treatment of patients with diabetes but also for biomedical research. This previous classification indicated that the disorders grouped together under the term diabetes differ markedly in pathogenesis, natural history, response to therapy, and prevention. In addition, different genetic and environmental factors can result in forms of diabetes that appear phenotypically similar but may have different etiologies.

The classification published in 1979 was based on knowledge of diabetes at that time and represented some compromises among different points of view. It was based on a combination of clinical manifestations or treatment requirements (e.g., insulin-dependent, non-insulin-dependent) and pathogenesis (e.g., malnutrition-related, "other types," gestational). It was anticipated, however, that as knowledge of diabetes continued to develop, the classification would need revision. When the classification was prepared, a definitive etiology had not been established for any of the diabetes subclasses, except for some of the "other types." Few susceptibility genes for diabetes had been discovered, and an understanding of the immunological basis for most type 1 diabetes was just beginning.

The current Expert Committee has carefully considered the data and rationale for what was accepted in 1979, along with research findings of the last 18 years, and we are now proposing changes to the NDDG/WHO classification scheme (Table 1). The main features of these changes are as follows:

1. The terms insulin-dependent diabetes mellitus and non-insulin-dependent diabetes mellitus and their acronyms, IDDM and NIDDM, are eliminated. These terms have been confusing and have frequently resulted in classifying the patient based on treatment rather than etiology.
2. The terms type 1 and type 2 diabetes are retained, with arabic numerals being used rather than roman numerals. We recommend adop-

CONFIDENTIAL
AZSER12443838

**Table 1—*Etiologic classification of diabetes mellitus***

I. Type 1 diabetes* (β-cell destruction, usually leading to absolute insulin deficiency)
   A. Immune mediated
   B. Idiopathic
II. Type 2 diabetes* (may range from predominantly insulin resistance with relative insulin deficiency to a predominantly secretory defect with insulin resistance)
III. Other specific types
   A. Genetic defects of β-cell function
      1. Chromosome 12, HNF-1α (MODY3)
      2. Chromosome 7, glucokinase (MODY2)
      3. Chromosome 20, HNF-4α (MODY1)
      4. Mitochondrial DNA
      5. Others
   B. Genetic defects in insulin action
      1. Type A insulin resistance
      2. Leprechaunism
      3. Rabson-Mendenhall syndrome
      4. Lipoatrophic diabetes
      5. Others
   C. Diseases of the exocrine pancreas
      1. Pancreatitis
      2. Trauma/pancreatectomy
      3. Neoplasia
      4. Cystic fibrosis
      5. Hemochromatosis
      6. Fibrocalculous pancreatopathy
      7. Others
   D. Endocrinopathies
      1. Acromegaly
      2. Cushing's syndrome
      3. Glucagonoma
      4. Pheochromocytoma
      5. Hyperthyroidism
      6. Somatostatinoma
      7. Aldosteronoma
      8. Others
   E. Drug- or chemical-induced
      1. Vacor
      2. Pentamidine
      3. Nicotinic acid
      4. Glucocorticoids
      5. Thyroid hormone
      6. Diazoxide
      7. β-adrenergic agonists
      8. Thiazides
      9. Dilantin
      10. α-Interferon
      11. Others
   F. Infections
      1. Congenital rubella
      2. Cytomegalovirus
      3. Others
   G. Uncommon forms of immune-mediated diabetes
      1. "Stiff-man" syndrome
      2. Anti-insulin receptor antibodies
      3. Others
   H. Other genetic syndromes sometimes associated with diabetes
      1. Down's syndrome
      2. Klinefelter's syndrome
      3. Turner's syndrome
      4. Wolfram's syndrome
      5. Friedreich's ataxia
      6. Huntington's chorea
      7. Laurence-Moon-Biedl syndrome
      8. Myotonic dystrophy
      9. Porphyria
      10. Prader-Willi syndrome
      11. Others
IV. Gestational diabetes mellitus (GDM)

*Patients with any form of diabetes may require insulin treatment at some stage of their disease. Such use of insulin does not, of itself, classify the patient.

tion of arabic numerals in part because the roman numeral II can easily be confused by the public as the number 11. The class, or form, named type 1 diabetes encompasses the vast majority of cases that are primarily due to pancreatic islet β-cell destruction and that are prone to ketoacidosis. This form includes those cases currently ascribable to an autoimmune process and those for which an etiology is unknown. It does not include those forms of β-cell destruction or failure for which non-autoimmune-specific causes can be assigned (e.g., cystic fibrosis). While most type 1 diabetes is characterized by the presence of islet cell, GAD, IA-2, IA-2β, or insulin autoantibodies that identify the autoimmune process that leads to β-cell destruction, in some subjects, no evidence of autoimmunity is present; these cases are classified as type 1 idiopathic.

3. The class, or form, named type 2 diabetes includes the most prevalent form of diabetes, which results from insulin resistance with an insulin secretory defect.

4. A recent international meeting reviewed the evidence for and characteristics of malnutrition-related diabetes (3). While it appears that malnutrition may influence the expression of other types of diabetes, the evidence that diabetes can be directly caused by protein deficiency is not convincing. Therefore, the class termed malnutrition-related diabetes mellitus has been eliminated. Fibrocalculous pancreatopathy (formerly a subtype of malnutrition-related diabetes) has been reclassified as a disease of the exocrine pancreas.

5. The stage termed impaired glucose tolerance (IGT) has been retained. The analogous intermediate stage of fasting glucose is named impaired fasting glucose (IFG).

6. The class termed gestational diabetes mellitus (GDM) is retained as defined by the WHO and NDDG, respectively. Selective rather than universal screening for glucose intolerance in pregnancy is now recommended.

7. The degree of hyperglycemia (if any) may change over time, de-

CONFIDENTIAL
AZSER12443839

*Committee Report*



Figure 1—*Disorders of glycemia: etiologic types and stages. \*Even after presenting in ketoacidosis, these patients can briefly return to normoglycemia without requiring continuous therapy (i.e., "honeymoon" remission); \*\*in rare instances, patients in these categories (e.g., Vacor toxicity, type 1 diabetes presenting in pregnancy) may require insulin for survival.*

pending on the extent of the underlying disease process (Fig. 1). A disease process may be present but may not have progressed far enough to cause hyperglycemia. The same disease process can cause IFG and/or IGT without fulfilling the criteria for the diagnosis of diabetes. In some individuals with diabetes, adequate glycemic control can be achieved with weight reduction, exercise, and/or oral glucose-lowering agents. These individuals therefore do not require insulin. Other individuals, who have some residual insulin secretion but require exogenous insulin for adequate glycemic control, can survive without it. Individuals with extensive β-cell destruction and therefore no residual insulin secretion require insulin for survival. The severity of the metabolic abnormality can progress, regress, or stay the same. Thus, the degree of hyperglycemia reflects the severity of the underlying metabolic process and its treatment more than the nature of the process itself.

8. Assigning a type of diabetes to an individual often depends on the circumstances present at the time of diagnosis, and many diabetic individuals do not easily fit into a single class. For example, a person with GDM may continue to be hyperglycemic after delivery and may be determined to have, in fact, type 1 diabetes. Alternatively, a person who acquires diabetes because of large doses of exogenous steroids may become normoglycemic once the glucocorticoids are discontinued, but then may develop diabetes many years later after recurrent episodes of pancreatitis. Another example would be a person treated with thiazides who develops diabetes years later. Because thiazides in themselves seldom cause severe hyperglycemia, such individuals probably have type 2 diabetes that is exacerbated by the drug. Thus, for the clinician and patient, it is less important to label the particular type of diabetes than it is to understand the pathogenesis of the hyperglycemia and to treat it effectively.

**Type 1 diabetes (β-cell destruction, usually leading to absolute insulin deficiency)**
**Immune-mediated diabetes.** This form of diabetes, previously encompassed by the terms insulin-dependent diabetes, type 1 diabetes, or juvenile-onset diabetes, results from a cellular-mediated autoimmune destruction of the β-cells of the pancreas (4). Markers of the immune destruction of the β-cell include islet cell autoantibodies (ICAs), autoantibodies to insulin (IAAs), autoantibodies to glutamic acid decarboxylase ($GAD_{65}$), and autoantibodies to the tyrosine phosphatases IA-2 and IA-2β (5–13). One and usually more of these autoantibodies are present in 85–90% of individuals when fasting hyperglycemia is initially detected. Also, the disease has strong HLA associations, with linkage to the DQA and B genes, and it is influenced by the DRB genes (14,15). These *HLA-DR/DQ* alleles can be either predisposing or protective.

In this form of diabetes, the rate of β-cell destruction is quite variable, being rapid in some individuals (mainly infants and children) and slow in others (mainly adults [16]). Some patients, particularly children and adolescents, may present with ketoacidosis as the first manifestation of the disease. Others have modest fasting hyperglycemia that can rapidly change to severe hyperglycemia and/or ketoacidosis in the presence of infection or other stress. Still others, particularly adults, may retain residual β-cell function sufficient to prevent ketoacidosis for many years. Many such individuals with this form of type 1 diabetes eventually become dependent on insulin for survival

CONFIDENTIAL
AZSER12443840

and are at risk for ketoacidosis. At this latter stage of the disease, there is little or no insulin secretion, as manifested by low or undetectable levels of plasma C-peptide. Immune-mediated diabetes commonly occurs in childhood and adolescence, but it can occur at any age, even in the 8th and 9th decades of life.

Autoimmune destruction of β-cells has multiple genetic predispositions and is also related to environmental factors that are still poorly defined. Although patients are rarely obese when they present with this type of diabetes, the presence of obesity is not incompatible with the diagnosis. These patients are also prone to other autoimmune disorders such as Graves' disease, Hashimoto's thyroiditis, Addison's disease, vitiligo, and pernicious anemia.

**Idiopathic diabetes.** Some forms of type 1 diabetes have no known etiologies. Some of these patients have permanent insulinopenia and are prone to ketoacidosis, but have no evidence of autoimmunity. Although only a minority of patients with type 1 diabetes fall into this category, of those who do, most are of African or Asian origin. Individuals with this form of diabetes suffer from episodic ketoacidosis and exhibit varying degrees of insulin deficiency between episodes. This form of diabetes is strongly inherited, lacks immunological evidence for β-cell autoimmunity, and is not HLA associated. An absolute requirement for insulin replacement therapy in affected patients may come and go (17).

**Type 2 diabetes (ranging from predominantly insulin resistance with relative insulin deficiency to predominantly an insulin secretory defect with insulin resistance)**
This form of diabetes, previously referred to as non-insulin-dependent diabetes, type 2 diabetes, or adult-onset diabetes, is a term used for individuals who have insulin resistance and usually have relative (rather than absolute) insulin deficiency (18–21). At least initially, and often throughout their lifetime, these individuals do not need insulin treatment to survive. There are probably many different causes of this form of diabetes, and it is likely that the proportion of patients in this category will decrease in the future as identification of specific pathogenic processes and genetic defects permits better differentiation among them and a more

definitive subclassification. Although the specific etiologies of this form of diabetes are not known, autoimmune destruction of β-cells does not occur, and patients do not have any of the other causes of diabetes listed above or below.

Most patients with this form of diabetes are obese, and obesity itself causes some degree of insulin resistance (22,23). Patients who are not obese by traditional weight criteria may have an increased percentage of body fat distributed predominantly in the abdominal region (24). Ketoacidosis seldom occurs spontaneously in this type of diabetes; when seen, it usually arises in association with the stress of another illness such as infection (25–27). This form of diabetes frequently goes undiagnosed for many years because the hyperglycemia develops gradually and at earlier stages is often not severe enough for the patient to notice any of the classic symptoms of diabetes (28–30). Nevertheless, such patients are at increased risk of developing macrovascular and microvascular complications (30–34). Whereas patients with this form of diabetes may have insulin levels that appear normal or elevated, the higher blood glucose levels in these diabetic patients would be expected to result in even higher insulin values had their β-cell function been normal (35). Thus, insulin secretion is defective in these patients and insufficient to compensate for the insulin resistance. Insulin resistance may improve with weight reduction and/or pharmacological treatment of hyperglycemia but is seldom restored to normal (36–40). The risk of developing this form of diabetes increases with age, obesity, and lack of physical activity (29,41). It occurs more frequently in women with prior GDM and in individuals with hypertension or dyslipidemia, and its frequency varies in different racial/ethnic subgroups (29,30,41). It is often associated with a strong genetic predisposition, more so than is the autoimmune form of type 1 diabetes (42,43). However, the genetics of this form of diabetes are complex and not clearly defined.

**Other specific types of diabetes**
**Genetic defects of the β-cell.** Several forms of diabetes are associated with monogenetic defects in β-cell function. These forms of diabetes are frequently characterized by onset of hyperglycemia at an early age (generally before age 25

years). They are referred to as maturity-onset diabetes of the young (MODY) and are characterized by impaired insulin secretion with minimal or no defects in insulin action (44–46). They are inherited in an autosomal dominant pattern. Abnormalities at three genetic loci on different chromosomes have been identified to date. The most common form is associated with mutations on chromosome 12 in a hepatic transcription factor referred to as hepatocyte nuclear factor (HNF)-1α (47,48). A second form is associated with mutations in the glucokinase gene on chromosome 7p and results in a defective glucokinase molecule (49,50). Glucokinase converts glucose to glucose-6-phosphate, the metabolism of which, in turn, stimulates insulin secretion by the β-cell. Thus, glucokinase serves as the "glucose sensor" for the β-cell. Because of defects in the glucokinase gene, increased plasma levels of glucose are necessary to elicit normal levels of insulin secretion. A third form is associated with a mutation in the HNF-4α gene on chromosome 20q (51,52). HNF-4α is a transcription factor involved in the regulation of the expression of HNF-1α. The specific genetic defects in a substantial number of other individuals who have a similar clinical presentation are currently unknown.

Point mutations in mitochondrial DNA have been found to be associated with diabetes mellitus and deafness (53–55). The most common mutation occurs at position 3243 in the tRNA leucine gene, leading to an A-to-G transition. An identical lesion occurs in the MELAS syndrome (mitochondrial myopathy, encephalopathy, lactic acidosis, and stroke-like syndrome); however, diabetes is not part of this syndrome, suggesting different phenotypic expressions of this genetic lesion (56).

Genetic abnormalities that result in the inability to convert proinsulin to insulin have been identified in a few families, and such traits are inherited in an autosomal dominant pattern (57,58). The resultant glucose intolerance is mild. Similarly, the production of mutant insulin molecules with resultant impaired receptor binding has also been identified in a few families and is associated with an autosomal inheritance and only mildly impaired or even normal glucose metabolism (59–61).
**Genetic defects in insulin action.** There are unusual causes of diabetes that result

CONFIDENTIAL
AZSER12443841

*Committee Report*

from genetically determined abnormalities of insulin action. The metabolic abnormalities associated with mutations of the insulin receptor may range from hyperinsulinemia and modest hyperglycemia to severe diabetes (62,63). Some individuals with these mutations may have acanthosis nigricans. Women may be virilized and have enlarged, cystic ovaries (64,65). In the past, this syndrome was termed type A insulin resistance (62). Leprechaunism and the Rabson-Mendenhall syndrome are two pediatric syndromes that have mutations in the insulin receptor gene with subsequent alterations in insulin receptor function and extreme insulin resistance (63). The former has characteristic facial features and is usually fatal in infancy, while the latter is associated with abnormalities of teeth and nails and pineal gland hyperplasia.

Alterations in the structure and function of the insulin receptor cannot be demonstrated in patients with insulin-resistant lipoatrophic diabetes. Therefore, it is assumed that the lesion(s) must reside in the postreceptor signal transduction pathways.

**Diseases of the exocrine pancreas.** Any process that diffusely injures the pancreas can cause diabetes. Acquired processes include pancreatitis, trauma, infection, pancreatectomy, and pancreatic carcinoma (66–68). With the exception of cancer, damage to the pancreas must be extensive for diabetes to occur. However, adenocarcinomas that involve only a small portion of the pancreas have been associated with diabetes. This implies a mechanism other than simple reduction in β-cell mass. If extensive enough, cystic fibrosis and hemochromatosis will also damage β-cells and impair insulin secretion (69,70). Fibrocalculous pancreatopathy may be accompanied by abdominal pain radiating to the back and pancreatic calcifications on X ray (71). Pancreatic fibrosis and calcium stones in the exocrine ducts have been found at autopsy.

**Endocrinopathies.** Several hormones (e.g., growth hormone, cortisol, glucagon, epinephrine) antagonize insulin action. Excess amounts of these hormones (e.g., acromegaly, Cushing's syndrome, glucagonoma, pheochromocytoma) can cause diabetes (72–75). This generally occurs in individuals with preexisting defects in insulin secretion, and hyperglycemia typically resolves when the hormone excess is removed.

Somatostatinoma- and aldosteronoma-induced hypokalemia can cause diabetes, at least in part, by inhibiting insulin secretion (75,76). Hyperglycemia generally resolves after successful removal of the tumor.

**Drug- or chemical-induced diabetes.** Many drugs can impair insulin secretion. These drugs may not cause diabetes by themselves, but they may precipitate diabetes in individuals with insulin resistance (77,78). In such cases, the classification is unclear because the sequence or relative importance of β-cell dysfunction and insulin resistance is unknown. Certain toxins such as Vacor (a rat poison) and intravenous pentamidine can permanently destroy pancreatic β-cells (79–82). Such drug reactions fortunately are rare. There are also many drugs and hormones that can impair insulin action. Examples include nicotinic acid and glucocorticoids (77,78). Patients receiving α-interferon have been reported to develop diabetes associated with islet cell antibodies and, in certain instances, severe insulin deficiency (83,84). The list shown in Table 1 is not all-inclusive, but reflects the more commonly recognized drug-, hormone-, or toxin-induced forms of diabetes.

**Infections.** Certain viruses have been associated with β-cell destruction. Diabetes occurs in patients with congenital rubella (85), although most of these patients have HLA and immune markers characteristic of type 1 diabetes. In addition, coxsackievirus B, cytomegalovirus, adenovirus, and mumps have been implicated in inducing certain cases of the disease (86–88).

**Uncommon forms of immune-mediated diabetes.** In this category, there are two known conditions, and others are likely to occur. The stiff-man syndrome is an autoimmune disorder of the central nervous system characterized by stiffness of the axial muscles with painful spasms (89). Patients usually have high titers of the GAD autoantibodies and approximately one-third will develop diabetes.

Anti-insulin receptor antibodies can cause diabetes by binding to the insulin receptor, thereby blocking the binding of insulin to its receptor in target tissues (63). However, in some cases, these antibodies can act as an insulin agonist after binding to the receptor and can thereby cause hypoglycemia. Anti-insulin receptor antibodies are occasionally found in patients with systemic lupus erythematosus and other autoimmune diseases (63). As in other states of extreme insulin resistance, patients with anti-insulin receptor antibodies often have acanthosis nigricans. In the past, this syndrome was termed type B insulin resistance.

**Other genetic syndromes sometimes associated with diabetes.** Many genetic syndromes are accompanied by an increased incidence of diabetes mellitus (90). These include the chromosomal abnormalities of Down's syndrome, Kline-felter's syndrome, and Turner's syndrome. Wolfram's syndrome is an autosomal recessive disorder characterized by insulin-deficient diabetes and the absence of β-cells at autopsy (91). Additional manifestations include diabetes insipidus, hypogonadism, optic atrophy, and neural deafness. Other syndromes are listed in Table 1.

**Gestational diabetes mellitus (GDM)**
GDM is defined as any degree of glucose intolerance with onset or first recognition during pregnancy. The definition applies regardless of whether insulin or only diet modification is used for treatment or whether the condition persists after pregnancy. It does not exclude the possibility that unrecognized glucose intolerance may have antedated or begun concomitantly with the pregnancy (92). Six weeks or more after pregnancy ends, the woman should be reclassified, as described below (see diagnostic criteria for diabetes mellitus), into one of the following categories: 1) diabetes, 2) IFG, 3) IGT, or 4) normoglycemia. In the majority of cases of GDM, glucose regulation will return to normal after delivery.

GDM complicates ~4% of all pregnancies in the U.S., resulting in ~135,000 cases annually (93). The prevalence may range from 1 to 14% of pregnancies, depending on the population studied (93). GDM represents nearly 90% of all pregnancies complicated by diabetes (94). Clinical recognition of GDM is important because therapy, including medical nutrition therapy, insulin when necessary, and antepartum fetal surveillance, can reduce the well-described GDM-associated perinatal morbidity and mortality (95). Maternal complications related to GDM also include an increased rate of cesarean delivery and chronic hypertension (95–97). Although many patients diagnosed with GDM will not develop diabetes later in life, others will be diagnosed many years

429

CONFIDENTIAL
AZSER12443842

**Table 2—*Diagnosis of GDM with a 100-g or 75-g glucose load***

|  | mg/dl | mmol/l |
|---|---|---|
| 100-g Glucose load |  |  |
| Fasting | 95 | 5.3 |
| 1-h | 180 | 10.0 |
| 2-h | 155 | 8.6 |
| 3-h | 140 | 7.8 |
| 75-g Glucose load |  |  |
| Fasting | 95 | 5.3 |
| 1-h | 180 | 10.0 |
| 2-h | 155 | 8.6 |

Two or more of the venous plasma concentrations must be met or exceeded for a positive diagnosis. The test should be done in the morning after an overnight fast of between 8 and 14 h and after at least 3 days of unrestricted diet (≥150 g carbohydrate per day) and unlimited physical activity. The subject should remain seated and should not smoke throughout the test.

postpartum as having type 1 diabetes, type 2 diabetes, IFG, or IGT (98–103).

Deterioration of glucose tolerance occurs normally during pregnancy, particularly in the 3rd trimester. The criteria for abnormal glucose tolerance in pregnancy, which are widely used in the U.S., were proposed by O'Sullivan and Mahan (98) in 1964 and were based on data obtained from OGTTs performed on 752 pregnant women. Abnormal glucose tolerance was defined as two or more blood glucose values out of four that were greater than or equal to two standard deviations above the mean. These values were set based on the prediction of diabetes developing later in life.

In 1979, the NDDG revised the O'Sullivan and Mahan criteria, converting the whole blood values to plasma values (1). These criteria were adopted by the American Diabetes Association and the American College of Obstetricians and Gynecologists (ACOG) (104), but are at variance with WHO criteria.

Carpenter and Coustan (105) suggested that the NDDG conversion of the O'Sullivan and Mahan values from the original Somogyi-Nelson determinations may have resulted in values that are too high. They proposed cutoff values for plasma glucose that appear to represent more accurately the original O'Sullivan and Mahan determinations. In three studies, these criteria identified more patients with GDM whose infants had perinatal morbidity (106–108). Additional studies have been completed to define abnormal

75-g OGTT values in different populations (109–111). This method has provided values for plasma glucose concentrations that are similar to the Carpenter/Coustan extrapolations of the 100-g OGTT.

Recommendations from the American Diabetes Association's Fourth International Workshop-Conference on Gestational Diabetes Mellitus held in March 1997 support the use of the Carpenter/Coustan diagnostic criteria as well as the alternative use of a diagnostic 75-g 2-h OGTT (111a). These criteria are summarized below.

**Testing for gestational diabetes.** Previous recommendations have been that screening for GDM be performed in all pregnancies. However, there are certain factors that place women at lower risk for the development of glucose intolerance during pregnancy, and it is likely not cost-effective to screen such patients. This low-risk group comprises women who are <25 years of age and of normal body weight, have no family history (i.e., first-degree relative) of diabetes, have no history of abnormal glucose metabolism or poor obstetric outcome, *and* are not members of an ethnic/racial group with a high prevalence of diabetes (e.g., Hispanic American, Native American, Asian American, African-American, Pacific Islander) (112–114). Pregnant women who fulfill *all* of these criteria need not be screened for GDM.

Risk assessment for GDM should be undertaken at the first prenatal visit. Women with clinical characteristics consistent with a high risk of GDM (marked obesity, personal history of GDM, glycosuria, or a strong family history of diabetes) should undergo glucose testing (see below) as soon as feasible. If they are found not to have GDM at that initial screening, they should be retested between 24 and 28 weeks of gestation. Women of average risk should have testing undertaken at 24–28 weeks of gestation.

A fasting plasma glucose level >126 mg/dl (7.0 mmol/l) or a casual plasma glucose >200 mg/dl (11.1 mmol/l) meets the threshold for the diagnosis of diabetes, if confirmed on a subsequent day, and precludes the need for any glucose challenge. In the absence of this degree of hyperglycemia, evaluation for GDM in women with average or high-risk charac-

teristics should follow one of two approaches:

**One-step approach:**
Perform a diagnostic OGTT without prior plasma or serum glucose screening. The one-step approach may be cost-effective in high-risk patients or populations (e.g., some Native-American groups).

**Two-step approach:**
Perform an initial screening by measuring the plasma or serum glucose concentration 1 h after a 50-g oral glucose load (glucose challenge test [GCT]) and perform a diagnostic OGTT on that subset of women exceeding the glucose threshold value on the GCT. When the two-step approach is employed, a glucose threshold value >140 mg/dl (7.8 mmol/l) identifies approximately 80% of women with GDM, and the yield is further increased to 90% by using a cutoff of >130 mg/dl (7.2 mmol/l).

With either approach, the diagnosis of GDM is based on an OGTT. Diagnostic criteria for the 100-g OGTT are derived from the original work of O'Sullivan and Mahan, modified by Carpenter and Coustan, and are shown in the top of Table 2. Alternatively, the diagnosis can be made using a 75-g glucose load and the glucose threshold values listed for fasting, 1 h, and 2 h (Table 2, bottom); however, this test is not as well validated as the 100-g OGTT.

**Impaired glucose tolerance (IGT) and impaired fasting glucose (IFG)**
The terms IGT and IFG refer to a metabolic stage intermediate between normal glucose homeostasis and diabetes. This stage includes individuals who have IGT and individuals with fasting glucose levels ≥110 mg/dl (6.1 mmol/l) but <126 mg/dl (7.0 mmol/l) (IFG). The term IFG was coined by Charles et al. (115) to refer to a fasting plasma glucose (FPG) level ≥110 mg/dl (6.1 mmol/l) but <140 mg/dl (7.8 mmol/l). We are using a similar definition, but with the upper end lowered to correspond to the new diagnostic criteria for diabetes. A fasting glucose concentration of 109 mg/dl (6.1 mmol/l) has been chosen as the upper limit of "normal." Although it is recog-

CONFIDENTIAL
AZSER12443843

*Committee Report*

**Table 3—*Criteria for the diagnosis of diabetes mellitus***

1. Symptoms of diabetes plus casual plasma glucose concentration ≥200 mg/dl (11.1 mmol/l). Casual is defined as any time of day without regard to time since last meal. The classic symptoms of diabetes include polyuria, polydipsia, and unexplained weight loss.

or

2. FPG ≥126 mg/dl (7.0 mmol/l). Fasting is defined as no caloric intake for at least 8 h.

or

3. 2-h PG ≥200 mg/dl (11.1 mmol/l) during an OGTT. The test should be performed as described by WHO (2), using a glucose load containing the equivalent of 75-g anhydrous glucose dissolved in water.

In the absence of unequivocal hyperglycemia with acute metabolic decompensation, these criteria should be confirmed by repeat testing on a different day. The third measure (OGTT) is not recommended for routine clinical use.

nized that this choice is somewhat arbitrary, it is near the level above which acute phase insulin secretion is lost in response to intravenous administration of glucose (116) and is associated with a progressively greater risk of developing micro- and macrovascular complications (117–121).

Note that many individuals with IGT are euglycemic in their daily lives (122) and may have normal or near normal glycated hemoglobin levels (123). Individuals with IGT often manifest hyperglycemia only when challenged with the oral glucose load used in the standardized OGTT.

In the absence of pregnancy, IFG and IGT are not clinical entities in their own right but rather risk factors for future diabetes and cardiovascular disease (117). They can be observed as intermediate stages in any of the disease processes listed in Table 1. IFG and IGT are associated with the insulin resistance syndrome (also known as syndrome X or the metabolic syndrome), which consists of insulin resistance, compensatory hyperinsulinemia to maintain glucose homeostasis, obesity (especially abdominal or visceral obesity), dyslipidemia of the high-triglyceride and/or low-HDL type, and hypertension (124). Insulin resistance is directly involved in the pathogenesis of type 2 diabetes. IFG and IGT appear as risk factors for this type of diabetes at least in part because of their correlation with insulin resistance. In contrast, the explanation for why IFG and IGT are also risk factors for cardiovascular disease is less clear. The insulin resistance syndrome includes well-recognized cardiovascular risk factors such as low HDL levels and hypertension. In addition, it includes hypertriglyceridemia, which is highly correlated with small dense LDL and increased plasminogen activator inhibitor-1 (PAI-1) levels. The former is thought to have enhanced atherogenicity, perhaps as a result of its greater vulnerability to oxidation than normal LDL. PAI-1 is a cardiovascular risk factor probably because it inhibits fibrinolysis. Thus, the insulin resistance syndrome contains many features that increase cardiovascular risk. IFG and IGT may not in themselves be directly involved in the pathogenesis of cardiovascular disease, but rather may serve as statistical risk factors by association because they correlate with those elements of the insulin resistance syndrome that are cardiovascular risk factors.

## DIAGNOSTIC CRITERIA FOR DIABETES MELLITUS

### The new criteria
The diagnostic criteria for diabetes mellitus have been modified from those previously recommended by the NDDG (1) or WHO (2). The revised criteria for the diagnosis of diabetes are shown in Table 3. Three ways to diagnose diabetes are possible, and each must be confirmed, on a subsequent day, by any one of the three methods given in Table 3. For example, one instance of symptoms with casual plasma glucose ≥200 mg/dl (11.1 mmol/l), confirmed *on a subsequent day* by 1) FPG ≥126 mg/dl (7.0 mmol/l), 2) an OGTT with the 2-h postload value ≥200 mg/dl (11.1 mmol/l), or 3) symptoms with a casual plasma glucose ≥200 mg/dl (11.1 mmol/l), warrants the diagnosis of diabetes.

For epidemiological studies, estimates of diabetes prevalence and incidence should be based on an FPG ≥126 mg/dl (7.0 mmol/l). This recommendation is made in the interest of standardization and also to facilitate field work, particularly where the OGTT may be difficult to perform and where the cost and demands on participants' time may be excessive. This approach will lead to slightly lower estimates of prevalence than would be obtained from the combined use of the FPG and OGTT (Table 4).

The Expert Committee recognizes an intermediate group of subjects whose glucose levels, although not meeting criteria for diabetes, are nevertheless too high to be considered altogether normal. This group is defined as having FPG levels ≥110 mg/dl (6.1 mmol/l) but <126 mg/dl (7.0 mmol/l) *or* 2-h values in the OGTT of ≥140 mg/dl (7.8 mmol/l) but <200 mg/dl (11.1 mmol/l). Thus, the categories of FPG values are as follows:

- FPG <110 mg/dl (6.1 mmol/l) = normal fasting glucose;
- FPG ≥110 (6.1 mmol/l) and <126 mg/dl (7.0 mmol/l) = IFG;

**Table 4—*Estimated prevalence of diabetes in the U.S. in individuals 40–74 years old using data from the NHANES III***

| Diabetes diagnostic criteria | Prevalence (%) of diabetes by glucose criteria without a medical history of diabetes* | Total diabetes prevalence (%)† |
|---|---|---|
| Medical history of diabetes | — | 7.92 |
| WHO (2) criteria for diabetes: | | |
| FPG ≥140 mg/dl (7.8 mmol/l) or 2-h PG ≥200 mg/dl (11.1 mmol/l) | 6.34 | 14.26 |
| FPG ≥126 mg/dl (7.0 mmol/l) | 4.35 | 12.27 |

Data are from K. Flegal, National Center for Health Statistics, personal communication. *Diabetes prevalence (by glucose criteria) in those without a medical history of diabetes × (100%-prevalence of diabetes by medical history); †first column of data plus 7.92.

431

CONFIDENTIAL
AZSER12443844