- FPG ≥126 mg/dl (7.0 mmol/l) = provisional diagnosis of diabetes (the diagnosis must be confirmed, as described above).

The corresponding categories when the OGTT is used are the following:

- 2-h postload glucose (2-h PG) <140 mg/dl (7.8 mmol/l) = normal glucose tolerance;
- 2-h PG ≥140 (7.8 mmol/l) and <200 mg/dl (11.1 mmol/l) = IGT;
- 2-h PG ≥200 mg/dl (11.1 mmol/l) = provisional diagnosis of diabetes (the diagnosis must be confirmed, as described above).

Since the 2-h OGTT cutoff of 140 mg/dl (7.8 mmol/l) will identify more people as having impaired glucose homeostasis than will the fasting cutoff of 110 mg/d (6.1 mmol/l), it is essential that investigator always report which test was used.

**Rationale for the revised criteria for diagnosing diabetes**
The revised criteria are still based on measures of hyperglycemia. Whereas many different diagnostic schemes have been used all have been based on some measurement of blood or urine glucose, as reviewed by McCance et al. (125). The metabolic defects underlying hyperglycemia, such as islet cell autoimmunity or insulin resistance, should be referred to independently from the diagnosis of diabetes, i.e., in the classification of the disease. Determining the optimal diagnostic level of hyperglycemia depends on a balance between the medical, social, and economic costs of making a diagnosis in someone who is not truly at substantial risk of the adverse effects of diabetes and those of failing to diagnose someone who is (126). Unfortunately, not all these data are available, so we relied primarily on medical data.

Plasma glucose concentrations are distributed over a continuum, but there is an approximate threshold separating those subjects who are at substantially increased risk for some adverse outcomes caused by diabetes (e.g., microvascular complications) from those who are not. Based in part on estimates of the thresholds for microvascular disease, the previous WHO criteria defined diabetes by FPG ≥140 mg/dl (7.8 mmol/l), 2-h PG







**Figure 2**—*Prevalence of retinopathy by deciles of the distribution of FPG, 2-h PG, and HbA₁c in Pima Indians (A) described by McCance et al. (129), in Egyptians (B) described by Engelgau et al. (130), and in 40- to 74-year-old participants in NHANES III (C) (K. Flegal, National Center for Health Statistics, personal communication). The x-axis labels indicate the lower limit of each decile group. Note that these deciles and the prevalence rates of retinopathy differ considerably among the studies, especially the Egyptian study, in which diabetic subjects were oversampled. Retinopathy was ascertained by different methods in each study; therefore, the absolute prevalence rates are not comparable between studies, but their relationships with FPG, 2-h PG, and HbA₁c are very similar within each population.*

CONFIDENTIAL
AZSER12443845

*Committee Report*

Table 5—*FPG cutpoints equivalent to the WHO 2-h plasma glucose criterion of 200 mg/dl*

| Study and reference | Method | Fasting plasma glucose* |
|---|---|---|
| Pima Indians (129) | ROC curves† | 123 mg/dl (6.8 mmol/l) |
| Pima Indians (129) | Equal prevalence‡ | 120 mg/dl (6.7 mmol/l) |
| Several Pacific populations (134) | Equal prevalence‡ | 126 mg/dl (7.0 mmol/l) |
| NHANES III§ | Equal prevalence‡ | 121 mg/dl (6.7 mmol/l) |

*The results for the receiver-operating characteristics (ROC) curve analysis of the Pima Indian data and those from the Pacific populations appear in the cited publications (in millimoles per liter). The other results have not been published; †equivalent to the WHO criterion of 2-h PG ≥200 mg/dl (11.1 mmol/l) in sensitivity and specificity for retinopathy from analysis of ROC curves; ‡the method is described by Finch et al. (134); §NHANES III subjects ages 40–74 years, excluding users of insulin and oral hypoglycemic agents, weighted according to sampling plan (K. Flegal, National Center for Health Statistics, personal communication).

≥200 mg/dl (11.1 mmol/l) in the OGTT, or both. These criteria effectively defined diabetes by the 2-h PG alone because the fasting and 2-h cutpoint values are not equivalent. Almost all individuals with FPG ≥140 mg/dl (7.8 mmol/l) have 2-h PG ≥200 mg/dl (11.1 mmol/l) if given an OGTT, whereas only about one-fourth of those with 2-h PG ≥200 mg/dl (11.1 mmol/l) and without previously known diabetes have FPG ≥140 mg/dl (7.8 mmol/l) (127). Thus, the cutpoint of FPG ≥140 mg/dl (7.8 mmol/l) defined a greater degree of hyperglycemia than did the cutpoint of 2-h PG ≥200 mg/dl (11.1 mmol/l). It is the consensus of the Expert Committee that this discrepancy is unwarranted and that the cutpoint values for both tests should reflect a similar degree of hyperglycemia and risk of adverse outcomes.

Under the previous WHO and the NDDG criteria, the diagnosis of diabetes is largely a function of which test is performed. Many individuals who would have 2-h PG ≥200 mg/dl (11.1 mmol/l) in an OGTT are not tested with an OGTT because they lack symptoms or because they have an FPG <140 mg/dl (7.8 mmol/l). Thus, if it is desired that all people with diabetes be diagnosed and the previous criteria are followed, OGTTs must be performed periodically in everyone. However, in ordinary practice, not only is the OGTT performed infrequently, but it is usually not used even to confirm suspected cases (128). In summary, the diagnostic criteria are now revised to 1) avoid the discrepancy between the FPG and 2-h PG cutpoint values and 2) facilitate and encourage the use of a simpler and equally accurate test—fasting plasma glucose—for diagnosing diabetes.

The cutpoint for the 2-h PG has been justified largely because at approximately

that point the prevalence of the microvascular complications considered specific for diabetes (i.e., retinopathy and nephropathy) increases dramatically. This property of the 2-h PG has been compared with the FPG in population studies of the Pima Indians in the U.S., among Egyptians, and in the Third National Health and Nutrition Examination Survey (NHANES III) in the U.S. In other studies, the relationships between glycemia and macrovascular disease have also been examined.

The relationships of FPG and 2-h PG to the development of retinopathy were evaluated in Pima Indians over a wide range of plasma glucose cutpoints (Fig. 2A) (129). Both variables were similarly associated with retinopathy, indicating that by this criterion, each could work equally well for diagnosing diabetes. The authors concluded that both measures were equivalent in terms of the properties previously used to justify diagnostic criteria.

These findings were confirmed in a similar study in Egypt, in which the FPG and 2-h PG were each strongly and equally associated with retinopathy (Fig. 2B) (130). For both the FPG and the 2-h PG, the prevalence of retinopathy was markedly higher above the point of intersection of the two components of the bimodal frequency distribution (FPG = 129 mg/dl [7.2 mmol/l] and 2-h PG = 207 mg/dl [11.5 mmol/l]).

In the NHANES III, 2,821 individuals aged 40–74 years received an OGTT, a measurement of HbA$_{1c}$, and an assessment of retinopathy by fundus photography (K. Flegal, personal communication). Figure 2C shows that all three measures of glycemia (FPG, 2-h PG, and HbA$_{1c}$) are strongly associated with retinopathy, which is similar to the relationships found in the Pima Indians (129) and Egyptians

(130), although the relationship was strongest for 2-h PG. As in other studies, the prevalence rose dramatically in the highest decile of each variable, corresponding to FPG ≥120 mg/dl (6.7 mmol/l), 2-h PG ≥195 mg/dl (10.8 mmol/l), and HbA$_{1c}$ ≥6.2%. As in the Pima Indian (129) and Egyptian (130) studies, estimates of these "thresholds" for retinopathy are somewhat imprecise. More precision cannot easily be obtained by using narrower glycemic intervals (e.g., 20 instead of the 10 shown in Fig. 2) because of the limited numbers of cases of retinopathy in each sample (32 cases in the Pima study, 146 in the Egyptian study, and 111 in NHANES III). There are no absolute thresholds because some retinopathy occurred at all glucose levels, presumably because of measurement or disease variability and because of nondiabetic causes of retinopathy.

The associations between FPG and 2-h PG and macrovascular disease have been examined in adults without known diabetes (131). The 2-h PG was somewhat more closely associated with major coronary heart disease, but there was no significant difference in the association of the FPG or the 2-h PG with other indexes of macrovascular disease. Similarly, the relationship between glycemia and peripheral arterial disease was studied in 50- to 74-year-old Caucasians (132). The prevalence of arterial disease was strongly related to the FPG and 2-h PG. The associations appeared to be of the same strength for both variables.

In a recent analysis of the Paris Prospective Study, the incidence of fatal coronary heart disease was related to both FPG and 2-h PG determined at a baseline examination (118). Incidence rates were markedly increased at FPG ≥125 mg/dl (6.9 mmol/l) or 2-h PG ≥140 mg/dl (7.8 mmol/l). Similarly, the incidence of coronary artery disease and the all-cause mortality rates were predicted by the FPG in the Baltimore Longitudinal Study of Aging (R. Andres, C. Coleman, D. Elahi, J. Fleg, D.C. Muller, J.D. Sorkin, J.D. Tobin, personal communication). The incidence rates of both these outcomes increased markedly and almost linearly above FPG levels in the range of 110–120 mg/dl (6.1–6.7 mmol/l). In conclusion, both the FPG and 2-h PG provide important information regarding risk of both micro- and macrovascular disease, and the approximate thresholds for increased risk

CONFIDENTIAL
AZSER12443846

*Committee Report*

correspond with those for retinopathy and with the revised diagnostic criteria.

Reproducibility is another important property of a diagnostic test, a property for which the FPG appears to be preferable. When OGTTs were repeated in adults during a 2- to 6-week interval, the intra-individual coefficients of variation were 6.4% for the FPG and 16.7% for the 2-h PG (133).

It is important to review the rationale for retaining the diagnostic cutpoint of 200 mg/dl (11.1 mmol/l) for the 2-h PG. This cutpoint was originally adopted for three reasons (1,2). First, 200 mg/dl (11.1 mmol/l) has been found to approximate the cutpoint separating the two components of the bimodal distribution of 2-h PG. Second, in several studies, the prevalence of microvascular disease sharply increased above 2-h PG levels of ~200 mg/dl (11.1 mmol/l). Third, an enormous body of clinical and epidemiological data has been collected based on the 2-h PG cutpoint of 200 mg/dl (11.1 mmol/l). Thus, this value has been retained for the diagnosis of diabetes because it would be very disruptive, and add little benefit, to alter the well-accepted 2-h PG diagnostic level of ≥200 mg/dl (11.1 mmol/l).

Changing the diagnostic cutpoint for the FPG to 126 mg/dl (7.0 mmol/l) is based on the belief that the cutpoints for the FPG and 2-h PG should diagnose similar conditions, given the equivalence of the FPG and the 2-h PG in their associations with vascular complications and their discrimination between two components of a bimodal frequency distribution (129,130). McCance et al. (129) computed the FPG level equivalent (in sensitivity and specificity for retinopathy) to the 1985 WHO criterion of the 2-h PG ≥200 mg/dl (11.1 mmol/l) and found it to be an FPG of ≥123 mg/dl (6.8 mmol/l) (Table 5). Finch et al. (134) approached the problem in each of 13 Pacific populations surveyed with OGTTs by determining the value in the FPG that, when used alone as a diagnostic criterion, gave the same prevalence of diabetes as did 2-h PG ≥200 mg/dl (11.1 mmol/l). The summary estimate from all these populations was a cutpoint of 126 mg/dl (7.0 mmol/l). The same method was applied to data derived from the Pima Indians and resulted in an FPG cutpoint of 120 mg/dl (6.7 mmol/l). In NHANES III, the corresponding cutpoint was 121 mg/dl (6.7 mmol/l) (Table 5). These values and the 2-h PG

**Table 6—*Criteria for testing for diabetes in asymptomatic, undiagnosed individuals***

1. Testing for diabetes should be considered in all individuals at age 45 years and above and, if normal, it should be repeated at 3-year intervals.
2. Testing should be considered at a younger age or be carried out more frequently in individuals who:
   - are overweight (BMI ≥25 kg/m²)
   - have a first-degree relative with diabetes
   - are members of a high-risk ethnic population (e.g., African-American, Hispanic American, Native American, Asian American, Pacific Islander)
   - have delivered a baby weighing >9 lb or have been diagnosed with GDM
   - are hypertensive (≥140/90)
   - have an HDL cholesterol level ≤35 mg/dl (0.90 mmol/l) and/or a triglyceride level ≥250 mg/dl (2.82 mmol/l)
   - on previous testing, had IGT or IFG

The OGTT or FPG test may be used to diagnose diabetes; however, in clinical settings the FPG test is greatly preferred because of ease of administration, convenience, acceptability to patients, and lower cost.

cutpoint of 200 mg/dl (11.1 mmol/l) are also quite similar to the values of FPG 129 mg/dl (7.2 mmol/l) and 2-h PG 207 mg/dl (11.5 mmol/l) that separated the components of the bimodal frequency distributions and identified individuals with a high prevalence of retinopathy among Egyptians (130). Because the standard errors of these estimates are not known, the small differences in the estimates shown in Table 5 may be consistent with sampling variability.

We chose a cutpoint at the upper end of these estimates (FPG ≥126 mg/dl, 7.0 mmol/l). This value is slightly higher than most of the estimated cutpoints that would give the same prevalence of diabetes as the criterion of 2-h PG ≥200 mg/dl (11.1 mmol/l). That is, slightly fewer people will be diagnosed with diabetes if the new FPG criterion is used alone than if either the FPG or the OGTT is used and interpreted by the previous WHO and NDDG criteria (Table 4).

As noted above, although the OGTT is an acceptable diagnostic test and has been an invaluable tool in research, it is not recommended for routine use. Because of its inconvenience to patients and the perception by many physicians that it is unnecessary, the OGTT is already not widely used for diagnosing diabetes. In addition, it is more costly and time-consuming than the FPG, and the repeat test reproducibility of the 2-h PG is worse than that of the FPG (133). If the OGTT is used, either for clinical or research purposes, the test procedure methods recommended by the WHO (2) and the diagnostic criterion in Table 3 should be employed.

HbA₁c measurement is not currently

recommended for diagnosis of diabetes, although some studies have shown that the frequency distributions for $HbA_{1c}$ have characteristics similar to those of the FPG and the 2-h PG. Moreover, these studies have defined an $HbA_{1c}$ level above which the likelihood of having or developing macro- or microvascular disease rises sharply (Fig. 2) (129–132). Furthermore, $HbA_{1c}$ and FPG (in type 2 diabetes) have become the measurements of choice in monitoring the treatment of diabetes, and decisions on when and how to implement therapy are often made on the basis of $HbA_{1c}$. These observations have led some to recommend $HbA_{1c}$ measurement as a diagnostic test (126,135).

On the other hand, there are many different methods for the measurement of $HbA_{1c}$ and other glycosylated proteins, and nationwide standardization of the $HbA_{1c}$ test has just begun (136). Studies of the utility of the test compared with the FPG and 2-h PG have used different assays, making it difficult to assign an appropriate cutpoint. Also, the FPG, 2-h PG, and $HbA_{1c}$ tests are imperfectly correlated. In most clinical laboratories, a "normal" $HbA_{1c}$ is usually based on a statistical sampling of healthy, presumably nondiabetic individuals. In conclusion, $HbA_{1c}$ remains a valuable tool for monitoring glycemia, but it is not currently recommended for the diagnosis of diabetes.

The revised criteria are for *diagnosis* and are *not* treatment criteria or goals of therapy. No change is made in the American Diabetes Association's recommendations of FPG <120 mg/dl (6.7 mmol/l) and HbA₁c <7% as treatment goals (137). The new diagnostic cutpoint (FPG ≥126 mg/dl [7.0 mmol/l]) is based on the ob-

CONFIDENTIAL
AZSER12443847

*Committee Report*

servation that this degree of hyperglycemia usually reflects a serious metabolic abnormality that has been shown to be associated with serious complications. The treatment of nonpregnant patients with hyperglycemia near the cutpoint should begin with an individualized lifestyle-modification regimen (i.e., meal planning and exercise). Initiation of pharmacological therapy in these patients has not yet been shown to improve prognosis and may lead to an unacceptably high incidence of hypoglycemic reactions with certain drugs (e.g., sulfonylureas, insulin).

The new criteria have implications for estimates of the prevalence of diabetes. Although an FPG $\geq 126$ mg/dl (7.0 mmol/l) and a 2-h PG $\geq 200$ mg/dl (11.1 mmol/l) have similar predictive value for adverse outcomes, the two tests are not perfectly correlated with each other. A given person may have one glucose value above one cutpoint and another value below the other cutpoint. Thus, simultaneous measurement of both FPG and 2-h PG will inevitably lead to some diagnostic discrepancies and dilemmas. Although diagnosing diabetes by either test will result in a similar number of "cases," different individuals in different hyperglycemic stages may be identified. (This situation would be even more complicated if a third diagnostic test, such as HbA$_{1c}$, were used.) However, according to the data reviewed above, there is no basis for concluding that the 2-h PG is more reliable than the FPG. Thus, the FPG alone should be used for estimating the comparative prevalence of diabetes in different populations.

Table 4 shows the effect of the new diagnostic criteria on the estimated prevalence of diabetes in the U.S. population aged 40–74 years using data from NHANES III. Diagnosing diabetes in those without a medical history of diabetes by using only the FPG test would result in a lower prevalence of diabetes than would using WHO criteria (4.35 vs. 6.34%). The total prevalence of diabetes (including those with a medical history) would be 12.27%, or 14% lower than the prevalence of 14.26% by the WHO criteria. Of note, these prevalence estimates refer to results of testing on one occasion. The prevalence of diabetes confirmed by a second test will be lower regardless of which criteria are used.

Widespread adoption of the new criteria may, however, have a large impact on the number of people actually diagnosed with diabetes. Presently, about half the adults with diabetes in the U.S. are undiagnosed (127), but many might now be diagnosed if the simpler FPG test were always used.

## TESTING FOR DIABETES IN PRESUMABLY HEALTHY INDIVIDUALS —
Type 1 diabetes is usually an autoimmune disease, characterized by the presence of a variety of autoantibodies to protein epitopes on the surface of or within the β-cells of the pancreas. The presence of such markers before the development of overt disease can identify patients at risk (138). For example, those with more than one autoantibody (i.e., ICA, IAA, GAD, IA-2) are at high risk (139–141). At this time, however, many reasons preclude the recommendation to test individuals routinely for the presence of any of the immune markers outside of a clinical trials setting. First, cutoff values for some of the assays for immune markers have not been completely established for clinical settings. Second, there is no consensus yet as to what action should be taken when a positive autoantibody test is obtained. Thus, autoantibody testing may identify people at risk of developing type 1 diabetes without offering any proven measures that might prevent or delay the clinical onset of disease. Of note, however, is that there are a number of ongoing well-controlled clinical studies testing various means of preventing type 1 diabetes. These studies conducted in high-risk subjects may one day offer an effective means to prevent type 1 diabetes, in which case screening may become appropriate. Last, because the incidence of type 1 diabetes is low, routine testing of healthy children will identify only the small number (<0.5%) who at that moment may be "prediabetic." Thus, the cost-effectiveness of such screening is questionable, at least until an effective therapy is available. For the above reasons, the clinical testing of individuals for autoantibodies related to type 1 diabetes, outside of research studies, cannot be recommended at this time. Similarly, antibody testing of high-risk individuals (e.g., siblings of type 1 patients) is also not recommended until the efficacy and safety of therapies to prevent or delay type 1 diabetes have been demonstrated. On the other hand, the autoantibody tests may be of value to identify which newly diagnosed patients have immune-mediated type 1 diabetes in circumstances where it is not obvious, particularly when therapies become available to preserve β-cell mass.

Undiagnosed type 2 diabetes is common in the U.S. As many as 50% of the people with the disease, or about 8 million individuals, are undiagnosed (127). Of concern, there is epidemiological evidence that retinopathy begins to develop at least 7 years before the clinical diagnosis of type 2 diabetes is made (142). Because hyperglycemia in type 2 diabetes causes microvascular disease and may cause or contribute to macrovascular disease, undiagnosed diabetes is a serious condition. Patients with undiagnosed type 2 diabetes are at significantly increased risk for coronary heart disease, stroke, and peripheral vascular disease. In addition, they have a greater likelihood of having dyslipidemia, hypertension, and obesity (143).

Thus, early detection, and consequently early treatment, might well reduce the burden of type 2 diabetes and its complications. However, to increase the cost-effectiveness of testing undiagnosed, otherwise healthy individuals, testing should be considered in high-risk populations. Suggested criteria for testing are given in Table 6. Factors leading to these recommendations include: 1) the steep rise in the incidence of the disease after age 45 years, 2) the negligible likelihood of developing any of the complications of diabetes within a 3-year interval of a negative screening test, and 3) knowledge of the well-documented risk factors for the disease. Although the OGTT and FPG are both suitable tests, in clinical settings, the FPG is strongly recommended because it is easier and faster to perform, more convenient and acceptable to patients, more reproducible, and less expensive.

**Acknowledgments**— We gratefully acknowledge the invaluable assistance of Robert Misbin, MD, in the development of the manuscript; Katherine Flegal, PhD, for her analysis of the NHANES III data set; Reubin Andres, MD, for sharing unpublished data from the Baltimore Longitudinal Study of Aging; and Michael Engelgau, MD, for providing the raw data from the Egyptian Study (130).

CONFIDENTIAL
AZSER12443848

**References**

1. National Diabetes Data Group: Classification and diagnosis of diabetes mellitus and other categories of glucose intolerance. *Diabetes* 28:1039–1057, 1979
2. World Health Organization: *Diabetes Mellitus: Report of a WHO Study Group.* Geneva, World Health Org., 1985 (Tech. Rep. Ser., no. 727)
3. Hoet JJ, Tripathy BB, Rao RH, Yajnik CS: Malnutrition and diabetes in the tropics. *Diabetes Care* 19:1014–1017, 1996
4. Atkinson MA, Maclaren NK: The pathogenesis of insulin dependent diabetes. *N Engl J Med* 331:1428–1436, 1994
5. Baekkeskov S, Neilsen JH, Marner B, Bilde T, Ludvigsson J, Lernmark A: Autoantibodies in newly diagnosed diabetic children with immunoprecipitate human pancreatic islet cell proteins. *Nature* 298:167–169, 1982
6. Atkinson MA, Maclaren NK, Riley WJ, Winter WE, Fisk DD, Spillar RP: Are insulin autoantibodies markers for insulin-dependent diabetes? *Diabetes* 35:894–898, 1986
7. Kaufman D, Erlander M, Clare-Salzler M, Atkinson M, Maclaren N, Tobin A: Autoimmunity to two forms of glutamate decarboxylase in insulin-dependent diabetes mellitus. *J Clin Invest* 89:283–292, 1992
8. Christie MR, Tun RY, Lo SSS, Cassidy D, Brown TJ, Hollands J, Shattock M, Bottazzo GF, Leslie RDG: Antibodies to GAD and tryptic fragments of islet 64K antigen as distinct markers for development of IDDM: studies with identical twins. *Diabetes* 41:782–787, 1992
9. Schott M, Schatz D, Atkinson M, Krischer J, Mehta H, Vold B, Maclaren N: GAD$_{65}$ autoantibodies increase the predictability but not the sensitivity of islet cell and insulin autoantibodies for developing insulin dependent diabetes mellitus. *J Autoimmunity* 7:865–872, 1994
10. Schmidli RS, Colman PG, Harrison LC: Do glutamic acid decarboxylase antibodies improve the prediction of IDDM in first-degree relatives at risk for IDDM? *J Autoimmunity* 7:873–879, 1994
11. Myers MA, Rabin DU, Rowley MJ: Pancreatic islet cell cytoplasmic antibody in diabetes is represented by antibodies to islet cell antigen 512 and glutamic acid decarboxylase. *Diabetes* 44:1290–1295, 1995
12. Lan MS, Wasserfall C, Maclaren NK, Notkins AL: IA-2, a transmembrane protein of the protein tyrosine phosphatase family, is a major autoantigen in insulindependent diabetes mellitus. *Proc Natl Acad Sci USA* 93:6367–6370, 1996
13. Lu J, Li Q, Xie H, Chen Z, Borovitskaya AE, Maclaren NK, Notkins AL, Lan MS: Identification of a second transmembrane protein tyrosine phosphatase, IA-2β, as an autoantigen in insulin-dependent diabetes mellitus: precursor of the 37-kDa tryptic fragment. *Proc Natl Acad Sci USA* 93: 2307–2311, 1996
14. Cantor AB, Krischer JP, Cuthbertson DD, Schatz DA, Riley WJ, Malone J, Schwartz S, Quattrin T, Maclaren NK: Age and family relationship accentuate the risk of IDDM in relatives of patients with insulin dependent diabetes. *J Clin Endocrinol Metab* 80:3739–3743, 1995
15. Huang W, Connor E, DelaRosa T, Muir A, Schatz D, Silverstein J, Crockett S, She JX, Maclaren NK: Although DR3-DQB1∗ may be associated with multiple component diseases of the autoimmune polyglandular syndromes, the human leukocyte antigen DR4-DQB110302 haplotype is implicated only in beta cell autoimmunity. *J Clin Endocrinol Metab* 81:1–5, 1996
16. Zimmet PZ, Tuomi T, Mackay R, Rowley MJ, Knowles W, Cohen M, Lang DA: Latent autoimmune diabetes mellitus in adults (LADA): the role of antibodies to glutamic acid decarboxylase in diagnosis and prediction of insulin dependency. *Diabet Med* 11:299–303, 1994
17. Banerji M, Lebovitz H: Insulin sensitive and insulin resistant variants in IDDM. *Diabetes* 38:784–792, 1989
18. Reaven GM, Bernstein R, Davis B, Olefsky JM: Nonketotic diabetes mellitus: insulin deficiency or insulin resistance? *Am J Med* 60:80–88, 1976
19. Olefsky JM, Kolterman OG, Scarlett, JA: Insulin action and resistance in obesity and noninsulin-dependent type II diabetes mellitus. *Am J Physiol* 243:E15–E30, 1982
20. DeFronzo R, Deibert D, Hendler R, Felig P: Insulin sensitivity and insulin binding to monocytes in maturity-onset diabetes. *J Clin Invest* 63:939–946, 1979
21. Turner RC, Holman, RR, Matthews D, Hockaday TDR, Peto J: Insulin deficiency and insulin resistance interaction in diabetes: estimation of their relative contribution by feedback analysis from basal plasma insulin and glucose concentrations. *Metabolism* 28:1086–1096, 1979
22. Kolterman OG, Gray RS, Griffin J, Burstein P, Insel J, Scarlett JA, Olefsky JM: Receptor and postreceptor defects contribute to the insulin resistance in non-insulin dependent diabetes mellitus. *J Clin Invest* 68:957–969, 1981
23. Bogardus C, Lillioja S, Mott DM, Hollenbeck C, Reaven G: Relationship between degree of obesity and in vivo insulin action in man. *Am J Physiol* 248:E286–E291, 1985
24. Kissebah AH, Vydelingum N, Murray R, Evans DF, Hartz AJ, Kalkhoff RK, Adams PW: Relationship of body fat distribution to metabolic complications of obesity. *J Clin Endocrinol Metab* 54:254–260, 1982
25. Butkiewicz EK, Leibson C, O'Brien PC, Palumbo PJ, Rizza RA: Insulin therapy for diabetic ketoacidosis. *Diabetes Care* 18:1187–1190, 1995
26. Banerji MA, Chaiken RL, Huey H, Tuomi T, Norin AJ, Mackay IR, Rowley MJ, Zimmet P, Lebovitz H: GAD antibody negative NIDDM in adult black subjects with diabetic ketoacidosis and increased frequency of human leukocyte antigen DR3 and DR4. *Diabetes* 43:741–745, 1994
27. Umpierrez GE, Casals MMC, Gebhart SSP, Mizon PS, Clark WS, Phillips LS: Diabetic ketoacidosis in obese African-Americans. *Diabetes* 44:79–85, 1995
28. Harris MI: Impaired glucose tolerance in the U.S. population. *Diabetes Care* 12:464–474, 1989
29. Zimmet PZ: Kelly West Lecture 1991: challenges in diabetes epidemiology: from west to the rest. *Diabetes Care* 15:232–252, 1992
30. Fujimoto WY, Leonetti DL, Kinyoun JL, Shuman WP, Stolov WC, Wahl PW: Prevalence of complications among second-generation Japanese-American men with diabetes, impaired glucose tolerance or normal glucose tolerance. *Diabetes* 36:730–739, 1987
31. Moss SE, Klein R, Klein BEK, Meuer MS: The association of glycemia and cause-specific mortality in a diabetic population. *Arch Int Med* 154:2473–2479, 1984
32. Kuusisto J, Mykkanen L, Pyörälä K, Laakso M: NIDDM and its metabolic control predict coronary heart disease in elderly subjects. *Diabetes* 43:960–967, 1994
33. Andersson DKG, Svaardsudd K: Long-term glycemic control relates to mortality in type II diabetes. *Diabetes Care* 18:1534–1543, 1995
34. Uusitupaa MIJ, Niskanen LK, Siitonen O, Voutilainen E, Pyörälä K: Ten year cardiovascular mortality in relation to risk factors and abnormalities in lipoprotein composition in type 2 (non-insulin-dependent) diabetic and non-diabetic subjects. *Diabetologia* 11:1175–1184, 1993
35. Polonsky KS, Sturis J, Bell GI: Non-insulin-dependent diabetes mellitus: a genetically programmed failure of the beta cell to compensate for insulin resistance. *N Engl J Med* 334:777–784, 1996
36. Scarlett JA, Gray RS, Griffin J, Olefsky JM, Kolterman OG: Insulin treatment reverses the insulin resistance of type II diabetes mellitus. *Diabetes Care* 5:353–363, 1982

CONFIDENTIAL
AZSER12443849

37. Firth RG, Bell PM, Rizza RM: Effects of tolazamide and exogenous insulin on insulin action in patients with non-insulin-dependent diabetes mellitus. *N Engl J Med* 314:1280–1286, 1986

38. Simonson DC, Ferrannini E, Bevilacqua S, Smith D, Barrett E, Carlson R, DeFronzo RA: Mechanism of improvement in glucose metabolism after chronic glyburide therapy. *Diabetes* 33:838–845, 1984

39. Henry RR, Wallace P, Olefsky JM: Effects of weight loss on mechanisms of hyperglycemia in obese non-insulin-dependent diabetes mellitus. *Diabetes* 35:990–998, 1986

40. Wing RR, Blair EH, Bononi P, Marcus MD, Watanabe R, Bergman RN: Caloric restriction per se is a significant factor in improvements in glycemic control and insulin sensitivity during weight loss in obese NIDDM patients. *Diabetes Care* 17:30–36, 1994

41. Harris MI, Couric CC, Reiber G, Boyko E, Stern M, Bennett P (Eds.): *Diabetes in America.* 2nd ed. Washington, DC, U.S. Govt. Printing Office, 1995 (NIH publ. no. 95–1468)

42. Newman B, Selby JV, Slemenda C, Fabsitz R, Friedman GD: Concordance for type 2 (non-insulin-dependent) diabetes mellitus in male twins. *Diabetologia* 30:763–738, 1987

43. Barnett AH, Eff C, Leslie RDG, Pyke DA: Diabetes in identical twins. *Diabetologia* 20:87–93, 1981

44. Herman WH, Fajans SS, Oritz FJ, Smith MJ, Sturis J, Bell GI, Polonsky KS, Halter JB: Abnormal insulin secretion, not insulin resistance, is the genetic or primary defect of MODY in the RW pedigree. *Diabetes* 43:40–46, 1994

45. Byrne MM, Sturis J, Menzel S, Yamagata K, Fajans SS, Dronsfield MJ, Bain SC, Hattersley AT, Velho G, Froguel P, Bell GI, Polonsky KS: Altered insulin secretory response to glucose in diabetic and nondiabetic subjects with mutations in the diabetes susceptibility gene MODY3 on chromosome 12. *Diabetes* 45:1503–1510, 1996

46. Clement K, Pueyo ME, Vaxillaire M, Rakotoambinina B, Thuillier F, Passa P, Froguel P, Roberts J, Velho G: Assessment of insulin sensitivity in glucokinase-deficient subjects. *Diabetologia* 39:82–90, 1996

47. Vaxillaire M, Boccio V, Philippi A, Vigouroux C, Terwilliger J, Passa P, Beckman JS, Velho G, Lathrop GM, Froguel P: A gene for maturity onset diabetes of the young (MODY) maps to chromosome 12q. *Nature Genet* 9:418–423, 1995

48. Yamagata K, Oda N, Kaisaki PJ, Menzel S, Furuta H, Vaxillaire M, Southarm L,

Cox RD, Lathrop GM, Boriraj VV, Chen X, Cox NJ, Oda Y, Yano H, Le Beau MM, Yamada S, Nishigori H, Takeda J, Fajans SS, Hattersley AT, Iwasaki N, Hansen T, Pedersen O, Polonsky KS, Bell GI: Mutations in the hepatocyte nuclear factor-1α gene in maturity-onset diabetes of the young (MODY 3). *Nature* 384:455–458, 1996

49. Froguel P, Vaxillaire M, Sun F, Velho G, Zouali H, Butel MO, Lesage S, Vionnet N, Clement K, Fougerousse F, et al.: Close linkage of glucokinase locus on chromosome 7p to early-onset non-insulin-dependent diabetes mellitus. *Nature* 356:162–164, 1992

50. Vionnet N, Stoffel M, Takeda J, Yasuda K, Bell GI, Zouali H, Lesage S, Velho G, Iris F, Passa P, et al.: Nonsense mutation in the glucokinase gene causes early-onset non-insulin-dependent diabetes mellitus. *Nature* 356:721–722, 1992

51. Bell GI, Xiang K, Newman MV, Wu S, Wright LG, Fajans SS, Spielman RS, Cox NJ: Gene for non-insulin-dependent diabetes mellitus (maturity-onset diabetes of the young subtype) is linked to DNA polymorphism on human chromosome 20q. *Proc Natl Acad Sci* 88:1484–1488, 1991

52. Yamagata K, Furuta H, Oda N, Kaisaki PJ, Menzel S, Cox NJ, Fajans SS, Signorini S, Stoffel M, Bell GI: Mutations in the hepatocyte factor-4α gene in maturity-onset diabetes of the young (MODY 1). *Nature* 384:458–460, 1996

53. Reardon W, Ross RJM, Sweeney MG, Luxon LM, Pembrey ME, Harding AE, Trembath RC: Diabetes mellitus associated with a pathogenic point mutation in mitochondrial DNA. *Lancet* 340:1376–1379, 1992

54. van den Ouwenland JMW, Lemkes HHPJ, Ruitenbeek W, Sandkuijl LA, de Vijlder MF, Struyvenberg PAA, van de Kamp, Maassen JA: Mutation in mitochondrial tRNA (Leu(URR) gene in a large pedigree with maternally transmitted type II diabetes mellitus and deafness. *Nature Genet* 1:368–371, 1992

55. Kadowaki T, Kadowaki H, Mori Y, Tobe K, Sakuta R, Suzuki Y, Tanabe Y, Sakura H, Awata T, Goto Y, et al.: A subtype of diabetes mellitus associated with a mutation of mitochondrial DNA. *N Engl J Med* 330:962–968, 1994

56. Johns DR: Mitochondrial DNA and disease. *N Engl J Med* 333:638–644, 1995

57. Gruppuso PA, Gorden P, Kahn CR, Cornblath M, Zeller WP, Schwartz R: Familial hyperproinsulinemia due to a proposed defect in conversion of proinsulin to insulin. *N Engl J Med* 311:629–634, 1984

58. Robbins DC, Shoelson SE, Rubenstein AH, Tager HS: Familial hyperproin-

sulinemia: two cohorts secreting indistinguishable type II intermediates of proinsulin conversion. *J Clin Invest* 73:714–719, 1984

59. Tager H, Given B, Baldwin D, Mako M, Markese J, Rubenstein A, Olefsky J, Kobayashi M, Kolterman O, Poucher R: A structurally abnormal insulin causing human diabetes. *Nature* 281:122–125, 1979

60. Haneda M, Chan SJ, Kwok SCM, Rubenstein AH, Steiner DF: Studies on mutant human insulin genes: identification and sequence analysis of a gene encoding [Ser$^{B24}$]insulin. *Proc Natl Acad Sci USA* 80:6366–6370, 1983

61. Given BD, Mako ME, Tager HS, Baldwin D, Markese J, Rubenstein AH, Olefsky J, Kobayashi M, Kolterman O, Poucher R: Diabetes due to secretion of an abnormal insulin. *N Engl J Med* 302:129–135, 1980

62. Kahn CR, Flier JS, Bar RS, Archer JA, Gorden P, Martin MM, Roth J: The syndromes of insulin resistance and acanthosis nigricans. *N Engl J Med* 294:739–745, 1976

63. Taylor SI: Lilly Lecture: molecular mechanisms of insulin resistance: lessons from patients with mutations in the insulin-receptor gene. *Diabetes* 41:1473–1490, 1992

64. Ciaraldi TP, El-Roeiy A, Madar Z, Reichart D, Olefsky JM, Yen SSC: Cellular mechanisms of insulin resistance in polycystic ovarian syndrome. *J Clin Endocrinol Metab* 75:577–583, 1992

65. Dunaif A, Segal KR, Shelley DR, Green G, Dobrjansky A, Licholai T: Evidence for distinctive and intrinsic defects in insulin action in polycystic ovary syndrome. *Diabetes* 41:1257–1266, 1992

66. Schwartz SS, Zeidler A, Moossa AR, Kuku SF, Rubenstein AH: A prospective study of glucose tolerance, insulin, C-peptide, and glucagon responses in patients with pancreatic carcinoma. *Digestive Dis* 23:1107–1114, 1978

67. Cersosimo E, Pister PWT, Pesola G, McDermott K, Bajorunas D, Brennan MF: Insulin secretion and action in patients with pancreatic cancer. *Cancer* 67:486–493, 1991

68. Larsen S, Hilsted J, Tronier B, Worning H: Metabolic control and B cell function in patients with insulin-dependent diabetes mellitus secondary to chronic pancreatitis. *Metabolism* 36:964–967, 1987

69. Phelps G, Chapman I, Hall P, Braund W, Mackinnon M: Prevalence of genetic haemochromatosis among diabetic patients. *Lancet* ii:233–234, 1989

70. Handwerger S, Roth J, Gorden P, Di Sant' Agnese P, Carpenter DF, Peter G: Glucose intolerance in cystic fibrosis. *N Engl J Med* 281:451–461, 1969

CONFIDENTIAL
AZSER12443850

71. Yajnik CS, Shelgikar KM, Naik SS, Kanitkar SV, Orskov H, Alberti KGMM, Hockaday TDR: The ketoacidosis-resistance in fibro-calculous-pancreatic-diabetes. *Diabetes Res Clin Pract* 15:149–156, 1992

72. Soffer LJ, Iannaccone A, Gabrilove JL: Cushing's syndrome. *Am J Med* 30:129–146, 1961

73. Jadresic A, Banks LM, Child DF, Diamant L, Doyle FH, Fraser TR, Joplin GF: The acromegaly syndrome. *QJ Med* 202: 189–204, 1982

74. Stenstrom G, Ernest I, Tisell L: Long-term results in 64 patients operated upon for pheochromocytoma. *Acta Med Scan* 223:345–352, 1988

75. Berelowitz M, Eugene HG: Non-insulin dependent diabetes mellitus secondary to other endocrine disorders. In *Diabetes Mellitus*. LeRoith D, Taylor SI, Olefsky JM, Eds. New York, Lippincott-Raven, 1996, p. 496–502

76. Conn JW: Hypertension, the potassium ion and impaired carbohydrate tolerance. *N Engl J Med* 273:1135–1143, 1965

77. Pandit MK, Burke J, Gustafson AB, Minocha A, Peiris AN: Drug-induced disorders of glucose tolerance. *Ann Int Med* 118:529–540, 1993

78. O'Byrne S, Feely J: Effects of drugs on glucose tolerance in non-insulin-dependent diabetes (parts I and II). *Drugs* 40: 203–219, 1990

79. Bouchard P, Sai P, Reach G, Caubarrere I, Ganeval D, Assan R: Diabetes mellitus following pentamidine-induced hypoglycemia in humans. *Diabetes* 31:40–45, 1982

80. Assan R, Perronne C, Assan D, Chotard L, Mayaud C, Matheron S, Zucman D: Pentamidine-induced derangements of glucose homeostasis. *Diabetes Care* 18: 47–55, 1995

81. Gallanosa AG, Spyker DA, Curnow RT: Diabetes mellitus associated with autonomic and peripheral neuropathy after Vacor poisoning: a review. *Clin Toxicol* 18:441–449, 1981

82. Esposti MD, Ngo A, Myers MA: Inhibition of mitochondrial complex I may account for IDDM induced by intoxication with rodenticide Vacor. *Diabetes* 45: 1531–1534, 1996

83. Fabris P, Betterle C, Floreani A, Greggio NA, de Lazzari F, Naccarato R, Chiaramonte M: Development of type 1 diabetes mellitus during interferon alpha therapy for chronic HCV hepatitis. *Lancet* 340:548, 1992

84. Shiba T, Morino Y, Tagawa K, Fujino H, Unuma T: Onset of diabetes with high titer anti-GAD antibody after IFN therapy for chronic hepatitis. *Diabetes Res Clin Pract* 30:237–241, 1996

85. Forrest, JA, Menser MA, Burgess JA: High frequency of diabetes mellitus in young patients with congenital rubella; *Lancet* ii:332–334, 1971

86. King ML, Bidwell D, Shaikh A, Voller A, Banatvala JE: Coxsackie-B-virus-specific IgM responses in children with insulin-dependent (juvenile-onset; type I) diabetes mellitus. *Lancet* i:1397–1399, 1983

87. Karjalainen J, Knip M, Hyoty H, Linikki P, Ilonen J, Kaar M-L, Akerblom HK: Relationship between serum insulin antibodies, islet cell antibodies and Coxsackie-B4 and mumps virus-specific antibodies at the clinical manifestation of type 1 (insulin-dependent) diabetes. *Diabetologia* 31:146–152, 1988

88. Pak CY, Eun H, McArthur RG, Yoon J: Association of cytomegalovirus-infection with autoimmune type 1 diabetes. *Lancet* ii:1–4, 1988

89. Solimena M, Folli, Aparisi R, Pozza G, De Camilli P: Autoantibodies to GABA-nergic neurons and pancreatic beta cells in stiffman syndrome. *N Engl J Med* 41: 347–353, 1992

90. Rimoin DL: Genetic syndromes associated with glucose intolerance. In *The Genetics of Diabetes Mellitus*. Berlin, Springer-Verlag, 1976

91. Barrett TG, Bundey SE, Macleod AF: Neurodegeneration and diabetes: UK nationwide study of Wolfram (DIDMOAD) syndrome. *Lancet* 346:1458–1463, 1995

92. Metzger BE, Organizing Committee: Summary and recommendations of the Third International Workshop-Conference on Gestational Diabetes Mellitus. *Diabetes* 40:197–201, 1991

93. Engelgau MM, Herman WH, Smith PJ, German RR, Aubert RE: The epidemiology of diabetes and pregnancy in the U.S., 1988. *Diabetes Care* 18:1029–1033, 1995

94. Coustan DR: Gestational diabetes. In *Diabetes in America*. 2nd ed. Washington, DC, U.S. Govt. Printing Office, 1995 (NIH publ. no. 95–1468), p. 703–717

95. Langer O, Rodriguez DA, Xenakis EMJ, McFarland MB, Berkus MD, Arrendondo F: Intensified versus conventional management of gestational diabetes. *Am J Obstet Gynecol* 170:1036–1047, 1994

96. Magee MS, Walden CE, Benedetti TJ: Influence of diagnostic criteria on the incidence of gestational diabetes and perinatal morbidity. *JAMA* 269:609–615, 1993

97. Cousins L: Obstetric complications. In *Diabetes Mellitus and Pregnancy: Principles and Practice*. 2nd ed. New York, Churchill Livingstone, 1995, p. 455–468

98. O'Sullivan JB, Mahan CM: Criteria for the oral glucose tolerance test in pregnancy. *Diabetes* 13:278, 1964

99. O'Sullivan JB: The Boston Gestational Diabetes Studies: review and perspective. In *Carbohydrate Metabolism in Pregnancy and the Newborn*. Sutherland HW, Stowers JM, Pearson DWM, Eds. London, Springer-Verlag, 1989, p. 187–294

100. O'Sullivan JB: Diabetes after GDM. *Diabetes* 40 (Suppl. 2):131–135, 1991

101. Metzger BE, Cho NH, Roston SM, Radvany R: Prepregnancy weight and antepartum insulin secretion predict glucose tolerance five years after gestational diabetes mellitus. *Diabetes Care* 16:1598–1605, 1993

102. Coustan DR, Carpenter MW, O'Sullivan PS, Carr SR: Gestational diabetes: predictors of subsequent disordered glucose metabolism. *Am J Obstet Gynecol* 168: 1139–1145, 1993

103. Kjos SL, Buchanan TA, Greenspoon JS, Montoro M, Bernstein GS, Mestman JH: Gestational diabetes: the prevalence of glucose intolerance and diabetes mellitus in the first two months postpartum. *Am J Obstet Gynecol* 163:93–98, 1990

104. Diabetes and pregnancy. In *ACOG Technical Bulletin* 200, 1994

105. Carpenter MW, Coustan DR: Criteria for screening tests for gestational diabetes. *Am J Obstet Gynecol* 144:768–773, 1982

106. Sacks DA, Abu-Fadil S, Greenspoon JS: Do the current standards for glucose tolerance testing in pregnancy represent a valid conversion of O'Sullivan's original criteria? *Am J Obstet Gynecol* 161:638–641, 1989

107. Neiger R, Coustan DR: Are the current ACOG glucose tolerance test criteria sensitive enough? *Obstet Gynecol* 78: 1117–1120, 1991

108. Naylor CD, Sermer M, Chen E, Sykora K: Caesarean delivery in relation to birth weight and gestational glucose tolerance. *JAMA* 275:1265–1270, 1996

109. Pettitt DJ, Bennett PH, Hanson RL, Narayan KMV, Knowler WC: Comparison of World Health Organization and National Diabetes Data Group procedures to detect abnormalities of glucose tolerance during pregnancy. *Diabetes Care* 17:1264–1268, 1994

110. Sacks DA, Greenspoon JS, Abu-Fadil S, Henry HM, Wolde-Tsadik G, Yao JF: Toward universal criteria for gestational diabetes: the 75-gram glucose tolerance test in pregnancy. *Am J Obstet Gynecol* 172:607–614, 1995

111. Deerochanawong C, Putiyanum C, Wongsuryrat M, Serirat S, Jinayon P: Comparison of National Diabetes Data Group and World Health Organization criteria for detecting gestational diabetes mellitus. *Diabetologia* 39:1070–1073, 1996

111a. Metzger BE, Coustan DR: Summary and recommendations of the Fourth Interna-

CONFIDENTIAL
AZSER12443851

*Committee Report*

tional Workshop-Conference on Gestational Diabetes Mellitus. *Diabetes Care* 21 (Suppl. 2):B161–B167, 1998

112. Marquette GP, Klein VR, Niebyl JR: Efficacy of screening for gestational diabetes. *Am J Perinatology* 2:7–14, 1985

113. Dietrich ML, Dolnicek TF, Rayburn WR: Gestational diabetes screening in a private, midwestern American population. *Am J Obstet Gynecol* 156:1403–1408, 1987

114. Lucas MJ, Lowe TW, Bowe L, McIntire DD: Class A$_1$ gestational diabetes: a meaningful diagnosis? *Obstet Gynecol* 82:260–265, 1993

115. Charles MA, Fontboune A, Thibult N, Warnet JM, Rosselin GE, Eschwege E: Risk factors for NIDDM in white population: Paris Prospective Study. *Diabetes* 40:796–799, 1991

116. Brunzell JD, Robertson RP, Lerner RL, Hazzard WR, Ensink JW, Bierman EL, Porte D Jr: Relationships between fasting plasma glucose levels and insulin secretion during intravenous glucose tolerance tests. *J Clin Endocrinol Metab* 42:222–229, 1976

117. Fuller JH, Shipley MJ, Rose G, Jarrett RJ, Keen H: Coronary-heart disease risk and impaired glucose tolerance: the Whitehall Study. *Lancet* i:1373–1376, 1980

118. Charles MA, Balkau B, Vauzelle-Kervöeden F, Thibult N, Eschwege E: Revision of diagnostic criteria for diabetes (Letter). *Lancet* 348:1657–1658, 1996

119. Jarrett RJ, Kahn H: Hyperglycemia and diabetes mellitus. *Lancet* ii:1009–1012, 1976

120. Klein R, Comor EB, Blount BA, Wingard DL: Visual impairment and retinopathy in people with normal glucose tolerance, impaired glucose tolerance and newly diagnosed NIDDM. *Diabetes Care* 14:914–918, 1991

121. McCartney P, Keen H, Jarrett RJ: The Bedford Survey: observations on retina and lens of subjects with impaired glucose tolerance and in controls with normal glucose tolerance. *Diabete Metab* 9:303–305, 1983

122. Reaven GM, Olefsky J, Farquhar JW: Does hyperglycemia or hyperinsulinaemia characterize the patient with chemical diabetes? *Lancet* i:1247–1249, 1972

123. Little RR, England JD, Wiedmeyer H-M, McKenzie EM, Pettit DJ, Knowler WC, Goldstein DE: Relationship of glycosylated hemoglobin to oral glucose tolerance: implications for diabetes screening. *Diabetes* 37:60–64, 1988

124. Reaven GM: Role of insulin resistance in human disease. *Diabetes* 37:1595–607, 1988

125. McCance, DR, Hanson RL, Pettitt DJ, Bennett PH, Hadden DR, Knowler WC: Diagnosing diabetes mellitus: do we need new criteria? *Diabetologia* 40:247–255, 1997

126. Knowler, WC: Screening for NIDDM: opportunities for detection, treatment and prevention. *Diabetes Care* 17:445–450, 1994

127. Harris MI, Hadden WC, Knowler WC, Bennett PH: Prevalence of diabetes and impaired glucose tolerance and plasma glucose levels in the U.S. population aged 20–74 yr. *Diabetes* 36:523–534, 1987

128. Stolk RP, Orchard TJ, Grobbee DE: Why use the oral glucose tolerance test? *Diabetes Care* 18:1045–1049; 1995

129. McCance DR, Hanson RL, Charles MA, Jacobsson LTH, Pettitt DJ, Bennett PH, Knowler WC: Comparison of tests for glycated haemoglobin and fasting and two hour plasma glucose concentrations as diagnostic methods for diabetes. *BMJ* 308:1323–1328, 1994

130. Engelgau MM, Thompson TJ, Herman WH, Boyle JP, Aubert RE, Kenny SJ, Badran A, Sous ES, Ali MA: Comparison of fasting and 2-hour glucose and HbA$_{1c}$ levels for diagnosing diabetes: diagnostic criteria and performance revisited. *Diabetes Care* 20:785–791, 1997

131. Jackson CA, Yudkin JS, Forrest RD: A comparison of the relationships of the glucose tolerance test and the glycated haemoglobin assay with diabetic vascular disease in the community: the Islington Diabetes Survey. *Diabetes Res Clin Pract* 17:111–123, 1992

132. Beks PJ, Mackay AJC, de Neeling JND, de Vries H, Bouter LM, Heine RJ: Peripheral arterial disease in relation to glycaemic level in the community: the Hoorn Study. *Diabetologia* 38:86–96, 1995

133. Mooy JM, Gootenhuis PA, de Vries H, Kostense PJ, Popp-Snijders C, Bouter LM, Heine RJ: Intra-individual variation of glucose, specific insulin and proinsulin concentrations measured by two oral glucose tolerance tests in general Caucasian population: the Hoorn Study. *Diabetologia* 39:298–305, 1996

134. Finch CF, Zimmet PA, Alberti KGMM: Determining diabetes prevalence: a rational basis for the use of fasting plasma glucose concentrations? *Diabet Med* 7:603–610, 1990

135. Peters AL, Davidson MB, Schriger DL, Hasselblad V, the Meta-analysis Research Group on the Diagnosis of Diabetes Using Glycated Hemoglobin Levels 1996: A clinical approach for the diagnosis of diabetes mellitus: an analysis using glycated hemoglobin levels. *JAMA* 276:1246–1252, 1996

136. American Diabetes Association: Tests of glycemia in diabetes (Position Statement). *Diabetes Care* 25 (Suppl. 1):S97–S99, 2002

137. American Diabetes Association: Standards of medical care for patients with diabetes mellitus (Position Statement). *Diabetes Care* 25 (Suppl. 1):S33–S49, 2002

138. Mayrhofer M, Rabin DU, Messenger L, Standl E, Ziegler AG: Value of ICA512 antibodies for prediction and diagnosis of type 1 diabetes. *Exp Clin Endocrinol Diab* 104:228–234, 1996

139. Bingley PJ, Christie MR, Bonifacio E, Bonfanti R, Shattock M, Fonte M-T, Bottazzo G-F, Gale EAM: Combined analyses of autoantibodies improves prediction of IDDM in islet cell antibody-positive relatives. *Diabetes* 43:1304–1310, 1994

140. Verge CF, Gianani R, Kawasaki E, Chase H, Eisenbarth GS: Prediction of type 1 diabetes in first degree relatives using a combination of insulin, GAD and ICA512bc/ IA-2 autoantibodies. *Diabetes* 45:926–933, 1996

141. Hagopian WA, Sanjeevi CB, Kockum I, Landin-Olsson M, Karlsen AE, Sundkvist G, Dahlquist G, Palmer J, Lernmark A: Glutamate decarboxylase-, insulin-, and islet cell-antibodies and HLA typing to detect diabetes in a general population-based study of Swedish children. *J Clin Invest* 95:1505–1511, 1995

142. Harris MI: Undiagnosed NIDDM: clinical and public health issues. *Diabetes Care* 16:642–652, 1993

143. Klein R: Hyperglycemia and microvascular and macrovascular disease in diabetes. *Diabetes Care* 18:258–268, 1995

CONFIDENTIAL
AZSER12443852



# 22

# Physical Activity and Fitness

Co-Lead Agencies:    Centers for Disease Control and Prevention
President's Council on Physical Fitness and Sports

## Contents

Goal.................................................................................................................Page 22-3
Overview .........................................................................................................Page 22-3
   Issues and Trends.......................................................................................Page 22-3
   Disparities....................................................................................................Page 22-4
   Opportunities ...............................................................................................Page 22-6
Interim Progress Toward Year 2000 Objectives .............................................Page 22-6
Healthy People 2010—Summary of Objectives ..............................................Page 22-7
Healthy People 2010 Objectives .....................................................................Page 22-8
   Physical Activity in Adults ...........................................................................Page 22-8
   Muscular Strength/Endurance and Flexibility .............................................Page 22-13
   Physical Activity in Children and Adolescents ............................................Page 22-17
   Access ........................................................................................................Page 22-25
Related Objectives From Other Focus Areas ..................................................Page 22-33
Terminology......................................................................................................Page 22-35
References .......................................................................................................Page 22-36

440

CONFIDENTIAL
AZSER12443853

## Goal

**Improve health, fitness, and quality of life through daily physical activity.**

## Overview

The 1990s brought a historic new perspective to exercise, fitness, and physical activity by shifting the focus from intensive vigorous exercise to a broader range of health-enhancing physical activities. Research has demonstrated that virtually all individuals will benefit from regular physical activity.[1] A Surgeon General's report on physical activity and health concluded that moderate physical activity can reduce substantially the risk of developing or dying from heart disease, diabetes, colon cancer, and high blood pressure.[1] Physical activity also may protect against lower back pain and some forms of cancer (for example, breast cancer), but the evidence is not yet conclusive.[2, 3]

## Issues and Trends

On average, physically active people outlive those who are inactive.[4, 5, 6, 7, 8] Regular physical activity also helps to maintain the functional independence of older adults and enhances the quality of life for people of all ages.[9, 10, 11]

The role of physical activity in preventing coronary heart disease (CHD) is of particular importance, given that CHD is the leading cause of death and disability in the United States. Physically inactive people are almost twice as likely to develop CHD as persons who engage in regular physical activity. The risk posed by physical inactivity is almost as high as several well-known CHD risk factors, such as cigarette smoking, high blood pressure, and high blood cholesterol. Physical inactivity, though, is more prevalent than any one of these other risk factors. People with other risk factors for CHD, such as obesity and high blood pressure, may particularly benefit from physical activity.

Regular physical activity is especially important for people who have joint or bone problems and has been shown to improve muscle function, cardiovascular function, and physical performance.[12] However, people with arthritis (20 percent of the adult population) are less active than those without arthritis.[13] People with osteoporosis, a chronic condition affecting more than 25 million people in the United States, may respond positively to regular physical activity, particularly weight-bearing activities, such as walking,[14] and especially when combined with appropriate drug therapy and calcium intake. Increased bone mineral density has been positively associated with aerobic fitness, body composition, and muscular strength.[15]

CONFIDENTIAL
AZSER12443854

Although vigorous physical activity is recommended for improved cardiorespiratory fitness, increasing evidence suggests that moderate physical activity also can have significant health benefits, including a decreased risk of CHD. For people who are inactive, even small increases in physical activity are associated with measurable health benefits. In addition, moderate physical activity is more readily adopted and maintained than vigorous physical activity.[16] As research continues to illustrate the links between physical activity and selected health outcomes, people will be able to choose physical activity patterns optimally suited to individual preferences, health risks, and physiologic benefits.

For individuals who do not engage in any physical activity during their leisure time, taking the first step toward developing a pattern of regular physical activity is important. Unfortunately, few individuals engage in regular physical activity despite its documented benefits. Only about 23 percent of adults in the United States report regular, vigorous physical activity that involves large muscle groups in dynamic movement for 20 minutes or longer 3 or more days per week. Only 15 percent of adults report physical activity for 5 or more days per week for 30 minutes or longer, and another 40 percent do not participate in any regular physical activity.

Public education efforts need to address the specific barriers that inhibit the adoption and maintenance of physical activity by different population groups. Older adults, for example, need information about safe walking routes. Persons with foot problems need to learn about proper foot care and footwear in order to reach appropriate activity levels. People with CHD and other chronic conditions must understand the importance of regular physical activity to maintain physical function. Each person should recognize that starting out slowly with an activity that is enjoyable and gradually increasing the frequency and duration of the activity are central to the adoption and maintenance of physical activity behavior. Along with the public education efforts, public programs in a variety of settings (recreation centers, worksites, health care settings, and schools) need to be developed, evaluated, and shared as potential models. The availability of group activities in the community is important for many.

## Disparities

Disparities in levels of physical activity exist among population groups. The proportion of the population reporting no leisure-time physical activity is higher among women than men, higher among African Americans and Hispanics than whites, higher among older adults than younger adults, and higher among the less affluent than the more affluent. Participation in all types of physical activity declines strikingly as age or grade in school increases. In general, persons with lower levels of education and income are least active in their leisure time. Adults in North Central and Western States tend to be more active than those in the Northeastern and Southern States. People with disabilities and certain health conditions are less likely to engage in moderate or vigorous physical activity than are people without disabilities. Health promotion efforts need to identify barriers to physical

CONFIDENTIAL
AZSER12443855



**Students in Grades 9 Through 12 Who Participated in Daily School Physical Education**
(United States, 1991, 1993, 1995, 1997, 1999)

**Source:** CDC, NCHS. Youth Risk Behavior Surveillance System (YRBSS), 1991, 1993, 1995, 1997, 1999.

activity faced by particular population groups and develop interventions that address these barriers. [1]

Data demonstrate that major decreases in vigorous physical activity occur during grades 9 through 12. This decrease is more profound for girls than for boys, whether the measure is engaging in vigorous physical activity in general or in team sports. The President's Council on Physical Fitness and Sports concluded that because of the physical health and emotional benefits of physical activity, it should have an increasingly important role in the lives of girls.[17] Adolescents' interest and participation in physical activity differ by gender.[17] Therefore, strategies to increase the amount of physical activity for boys and girls must address these differences and must begin before the disparities in levels of physical activity manifest themselves. Compared to boys, girls are less likely to participate in team sports but more likely to participate in aerobics or dance. Often girls and boys perceive different benefits from physical activity, with boys viewing such activity as competition and girls as weight management. These factors must be considered in developing programs to address the needs of girls. Because boys are more likely than girls to have higher self-esteem and greater physical strength, programs addressing the needs of girls should provide instruction and experiences that increase their confidence and their opportunities to participate in activities, as

CONFIDENTIAL
AZSER12443856

well as social environments that support involvement in a range of physical activities.[17]

## Opportunities

The Healthy People 2010 objectives offer opportunities to ensure that physical activity and fitness become part of regular healthy behavioral patterns. Encouraging any type or amount of physical activity in leisure time can provide important health benefits, compared to a sedentary lifestyle.

Activities that promote strength and flexibility are important because they may protect against disability, enhance functional independence, and encourage regular physical activity participation. These benefits are particularly important for older people—a good quality of life means being functionally independent and being able to perform the activities of daily living.

Young people are at particular risk for becoming sedentary as they grow older. Therefore, encouraging moderate and vigorous physical activity among youth is important. Because children spend most of their time in school, the type and amount of physical activity encouraged in schools are important components of a fitness program and a healthy lifestyle.

The major barriers most people face when trying to increase physical activity are time, access to convenient facilities, and safe environments in which to be active. Counseling by primary care providers about the need to participate in physical activity also is an important way to change behavior. In addition, facilities need to be accessible to people with disabilities.

## Interim Progress Toward Year 2000 Objectives

Of the 13 physical activity and fitness objectives, 1 has been met—increasing worksite fitness programs. Four objectives show solid gains, indicating that the message about increased physical activity is reaching some segments of the population. The message that a sedentary lifestyle plays a role in both overweight and weight loss needs to be addressed better, as does the role primary care providers can play in counseling individuals to increase their daily activities. Both the quantity and quality of school physical education have slipped. Data to evaluate access and availability of community fitness facilities are not available.

Note: Unless otherwise noted, data are from the Centers for Disease Control and Prevention, National Center for Health Statistics, *Healthy People 2000 Review, 1998–99*.

CONFIDENTIAL
AZSER12443857

## Healthy People 2010—Summary of Objectives

### Physical Activity and Fitness

**Goal:** Improve health, fitness, and quality of life through daily physical activity.

**Number   Objective Short Title**

**Physical Activity in Adults**

| | |
|---|---|
| 22-1 | No leisure-time physical activity |
| 22-2 | Moderate physical activity |
| 22-3 | Vigorous physical activity |

**Muscular Strength/Endurance and Flexibility**

| | |
|---|---|
| 22-4 | Muscular strength and endurance |
| 22-5 | Flexibility |

**Physical Activity in Children and Adolescents**

| | |
|---|---|
| 22-6 | Moderate physical activity in adolescents |
| 22-7 | Vigorous physical activity in adolescents |
| 22-8 | Physical education requirement in schools |
| 22-9 | Daily physical education in schools |
| 22-10 | Physical activity in physical education class |
| 22-11 | Television viewing |

**Access**

| | |
|---|---|
| 22-12 | School physical activity facilities |
| 22-13 | Worksite physical activity and fitness |
| 22-14 | Community walking |
| 22-15 | Community bicycling |

CONFIDENTIAL
AZSER12443858

# Healthy People 2010 Objectives

## Physical Activity in Adults

**22-1.   Reduce the proportion of adults who engage in no leisure-time physical activity.**

**Target:** 20 percent.

**Baseline:** 40 percent of adults aged 18 years and older engaged in no leisure-time physical activity in 1997 (age adjusted to the year 2000 standard population).

**Target setting method:** Better than the best.

**Data source:** National Health Interview Survey (NHIS), CDC, NCHS.

NOTE: THE TABLE BELOW MAY CONTINUE TO THE FOLLOWING PAGE.

| Adults Aged 18 Years and Older, 1997 | No Leisure-Time Physical Activity |
|---|---|
| | Percent |
| **TOTAL** | 40 |
| **Race and ethnicity** | |
| American Indian or Alaska Native | 46 |
| Asian or Pacific Islander | 42 |
| Asian | 42 |
| Native Hawaiian and other Pacific Islander | 41 |
| Black or African American | 52 |
| White | 38 |
| | |
| Hispanic or Latino | 54 |
| Not Hispanic or Latino | 38 |
| Black or African American | 52 |
| White | 36 |
| **Gender** | |
| Female | 43 |
| Male | 36 |
| **Education level** (aged 25 years and older) | |
| Less than 9th grade | 73 |
| Grades 9 through 11 | 59 |
| High school graduate | 46 |
| Some college or AA degree | 35 |
| College graduate or above | 24 |

446

CONFIDENTIAL
AZSER12443859

| Adults Aged 18 Years and Older, 1997 | No Leisure-Time Physical Activity |
|---|---|
| | Percent |
| **Geographic location** | |
| Urban | 39 |
| Rural | 43 |
| **Disability status** | |
| Persons with disabilities | 56 |
| Persons without disabilities | 36 |
| **Select populations** | |
| Age groups | |
| 18 to 24 years | 31 |
| 25 to 44 years | 34 |
| 45 to 64 years | 42 |
| 65 to 74 years | 51 |
| 75 years and older | 65 |
| Persons with arthritis symptoms | 43 |
| Persons without arthritis symptoms | 38 |

DNA = Data have not been analyzed. DNC = Data are not collected. DSU = Data are statistically unreliable.

Note: Age adjusted to the year 2000 standard population.

NOTE: THE TABLE ABOVE MAY HAVE CONTINUED FROM THE PREVIOUS PAGE.

**22-2. Increase the proportion of adults who engage regularly, preferably daily, in moderate physical activity for at least 30 minutes per day.**

**Target:** 30 percent.

**Baseline:** 15 percent of adults aged 18 years and older engaged in moderate physical activity for at least 30 minutes 5 or more days per week in 1997 (age adjusted to the year 2000 standard population).

**Target setting method:** Better than the best.

**Data source:** National Health Interview Survey (NHIS), CDC, NCHS.

CONFIDENTIAL
AZSER12443860

Note: The table below may continue to the following page.

| Adults Aged 18 Years and Older, 1997 | 22-2. 30 Minutes of Activity 5 or More Days per Week | 20 Minutes of Activity 3 or More Days per Week* |
|---|---|---|
| | Percent | |
| **TOTAL** | 15 | 31 |
| **Race and ethnicity** | | |
| American Indian or Alaska Native | 13 | 25 |
| Asian or Pacific Islander | 15 | 30 |
| Asian | 15 | 30 |
| Native Hawaiian and other Pacific Islander | 11 | 31 |
| Black or African American | 10 | 23 |
| White | 15 | 32 |
| | | |
| Hispanic or Latino | 11 | 23 |
| Not Hispanic or Latino | 15 | 32 |
| Black or African American | 10 | 22 |
| White | 16 | 33 |
| **Gender** | | |
| Female | 13 | 30 |
| Male | 16 | 31 |
| **Education level** (aged 25 years and older) | | |
| Less than 9th grade | 7 | 13 |
| Grades 9 through 11 | 11 | 21 |
| High school graduate | 14 | 28 |
| Some college or AA degree | 17 | 34 |
| College graduate or above | 17 | 38 |
| **Geographic location** | | |
| Urban | 15 | 31 |
| Rural | 15 | 30 |
| **Disability status** | | |
| Persons with disabilities | 12 | 23 |
| Persons without disabilities | 16 | 33 |
| **Select populations** | | |
| Age groups | | |
| 18 to 24 years | 17 | 36 |
| 25 to 44 years | 15 | 31 |

448

CONFIDENTIAL
AZSER12443861

| Adults Aged 18 Years and Older, 1997 | 22-2. 30 Minutes of Activity 5 or More Days per Week | 20 Minutes of Activity 3 or More Days per Week* |
|---|---|---|
| | Percent | |
| 45 to 64 years | 14 | 30 |
| 65 to 74 years | 16 | 31 |
| 75 years and older | 12 | 23 |
| Persons with arthritis symptoms | 15 | 29 |
| Persons without arthritis symptoms | 15 | 32 |

DNA = Data have not been analyzed. DNC = Data are not collected. DSU = Data are statistically unreliable.

Note: Age adjusted to the year 2000 standard population.

*Data for 20 minutes of activity 3 or more days per week are displayed to further characterize the issue.

NOTE: THE TABLE ABOVE MAY HAVE CONTINUED FROM THE PREVIOUS PAGE.

### 22-3. Increase the proportion of adults who engage in vigorous physical activity that promotes the development and maintenance of cardiorespiratory fitness 3 or more days per week for 20 or more minutes per occasion.

**Target:** 30 percent.

**Baseline:** 23 percent of adults aged 18 years and older engaged in vigorous physical activity 3 or more days per week for 20 or more minutes per occasion in 1997 (age adjusted to the year 2000 standard population).

**Target setting method:** Better than the best.

**Data source:** National Health Interview Survey (NHIS), CDC, NCHS.

NOTE: THE TABLE BELOW MAY CONTINUE TO THE FOLLOWING PAGE.

| Adults Aged 18 Years and Older, 1997 | Vigorous Physical Activity |
|---|---|
| | Percent |
| **TOTAL** | 23 |
| **Race and ethnicity** | |
| American Indian or Alaska Native | 19 |
| Asian or Pacific Islander | 17 |
| Asian | 16 |
| Native Hawaiian and other Pacific Islander | 24 |
| Black or African American | 17 |
| White | 24 |

CONFIDENTIAL
AZSER12443862

| Adults Aged 18 Years and Older, 1997 | Vigorous Physical Activity |
|---|---|
| | Percent |
| Hispanic or Latino | 16 |
| Not Hispanic or Latino | 24 |
|    Black or African American | 17 |
|    White | 25 |
| **Gender** | |
|    Female | 20 |
|    Male | 26 |
| **Education level** (aged 25 years and older) | |
|    Less than 9th grade | 6 |
|    Grades 9 through 11 | 12 |
|    High school graduate | 18 |
|    Some college or AA degree | 24 |
|    College graduate and above | 32 |
| **Geographic location** | |
|    Urban | 24 |
|    Rural | 21 |
| **Disability status** | |
|    Persons with disabilities | 13 |
|    Persons without disabilities | 25 |
| **Select populations** | |
|    Age groups | |
|       18 to 24 years | 32 |
|       25 to 44 years | 27 |
|       45 to 64 years | 21 |
|       65 to 74 years | 13 |
|       75 years and older | 6 |
|    Persons with arthritis symptoms | 21 |
|    Persons without arthritis symptoms | 24 |

DNA = Data have not been analyzed. DNC = Data are not collected. DSU = Data are statistically unreliable.

Note: Age adjusted to the year 2000 standard population.

NOTE: THE TABLE ABOVE MAY HAVE CONTINUED FROM THE PREVIOUS PAGE.

The adoption and maintenance of regular physical activity represent an important component of any health regime and provide multiple opportunities to improve and maintain health. Because the highest risk of death and disability is found among those who do no regular physical activity, engaging in any amount of physical activity is preferable to none. Physical activity should be encouraged as

CONFIDENTIAL
AZSER12443863

part of a daily routine. While moderate physical activity for at least 30 minutes a day is preferable, intermittent physical activity also increases caloric expenditure and may be important for those who cannot fit 30 minutes of sustained activity into their daily schedules. For even greater health benefits, vigorous physical activity is necessary. For most persons, the greatest opportunity for physical activity is associated with leisure time, because few occupations today provide sufficient vigorous or moderate physical activity to produce health benefits.

Engaging in moderate physical activity for at least 30 minutes per day will help ensure that sufficient calories are used to provide health benefits. A minimum level of intensity (for example, a brisk walk for 30 minutes per day) would, for most persons, result in an energy expenditure of about 600 to 1,100 calories per week.[18] If calorie intake remains constant, this expenditure translates into a weight loss of roughly one-sixth to one-third pound per week. Increases in daily activity to ensure a weekly expenditure of 1,000 calories would have significant individual and public health benefit for CHD prevention and deaths from all causes, especially for persons who are sedentary. Furthermore, this level of activity is feasible for most people even though the relative intensity of any activity will vary by age. Starting out slowly and gradually increasing the frequency and duration of physical activity is the key to successful behavior change. In the case of walking, the message becomes, "If you are not used to daily walking, then walk slowly and take short, frequent walks, gradually increasing distance and speed."

## Muscular Strength/Endurance and Flexibility

### 22-4.   Increase the proportion of adults who perform physical activities that enhance and maintain muscular strength and endurance.

**Target:** 30 percent.

**Baseline:** 18 percent of adults aged 18 years and older performed physical activities that enhance and maintain strength and endurance 2 or more days per week in 1998 (age adjusted to the year 2000 standard population).

**Target setting method:** Better than the best.

**Data source:** National Health Interview Survey (NHIS), CDC, NCHS.

CONFIDENTIAL
AZSER12443864

NOTE: THE TABLE BELOW MAY CONTINUE TO THE FOLLOWING PAGE.

| Adults Aged 18 Years and Older, 1998 (unless noted) | Strengthening and Endurance Exercises |
|---|---|
| | Percent |
| **TOTAL** | 18 |
| **Race and ethnicity** | |
| American Indian or Alaska Native | 18 |
| Asian or Pacific Islander | 17 |
| Asian | 17 |
| Native Hawaiian and other Pacific Islander | 19 |
| Black or African American | 16 |
| White | 18 |
| | |
| Hispanic or Latino | 13 |
| Not Hispanic or Latino | 18 |
| Black or African American | 15 |
| White | 19 |
| **Gender** | |
| Female | 14 |
| Male | 21 |
| **Education level** (aged 25 years and older) | |
| Less than 9th grade | 4 |
| Grades 9 through 11 | 8 |
| High school graduate | 11 |
| Some college or AA degree | 19 |
| College graduate and above | 26 |
| **Geographic location** | |
| Urban | 19 |
| Rural | 15 |
| **Disability status** | |
| Persons with disabilities | 14 (1997) |
| Persons without disabilities | 20 (1997) |
| **Select populations** | |
| Age groups | |
| 18 to 24 years (not age adjusted) | 28 |
| 25 to 44 years (not age adjusted) | 21 |
| 45 to 64 years (not age adjusted) | 14 |

CONFIDENTIAL
AZSER12443865

| Adults Aged 18 Years and Older, 1998 (unless noted) | Strengthening and Endurance Exercises |
|---|---|
| | Percent |
| 65 to 74 years (not age adjusted) | 10 |
| 75 years and older (not age adjusted) | 7 |
| Persons with arthritis symptoms | 18 |
| Persons without arthritis symptoms | 18 |

DNA = Data have not been analyzed. DNC = Data are not collected. DSU = Data are statistically unreliable.

Note: Age adjusted to the year 2000 standard population.

NOTE: THE TABLE ABOVE MAY HAVE CONTINUED FROM THE PREVIOUS PAGE.

## 22-5.  Increase the proportion of adults who perform physical activities that enhance and maintain flexibility.

**Target:** 43 percent.

**Baseline:** 30 percent of adults aged 18 years and older did stretching exercises in the past 2 weeks in 1998 (age adjusted to the year 2000 standard population).

**Target setting method:** Better than the best.

**Data source:** National Health Interview Survey (NHIS), CDC, NCHS.

NOTE: THE TABLE BELOW MAY CONTINUE TO THE FOLLOWING PAGE.

| Adults Aged 18 Years and Older, 1998 (unless noted) | Stretching Exercises |
|---|---|
| | Percent |
| **TOTAL** | 30 |
| **Race and ethnicity** | |
| American Indian or Alaska Native | 26 |
| Asian or Pacific Islander | 34 |
| Asian | 34 |
| Native Hawaiian and other Pacific Islander | 42 |
| Black or African American | 26 |
| White | 30 |
| | |
| Hispanic or Latino | 22 |
| Not Hispanic or Latino | 31 |
| Black or African American | 27 |
| White | 31 |

CONFIDENTIAL
AZSER12443866

| Adults Aged 18 Years and Older, 1998 (unless noted) | Stretching Exercises |
|---|---|
| | Percent |
| **Gender** | |
| Female | 30 |
| Male | 30 |
| **Family income level** | |
| Below poverty | 21 |
| Near poverty | 24 |
| Middle/high income | 34 |
| **Education level** (aged 25 years and older) | |
| Less than high school | 16 |
| High school graduate | 23 |
| At least some college | 36 |
| **Geographic location** | |
| Urban | 32 |
| Rural | 25 |
| **Disability status** | |
| Persons with activity limitations | 29 (1995) |
| Persons without activity limitations | 31 (1995) |
| **Select populations** | |
| Age groups | |
| 18 to 24 years | 36 |
| 25 to 44 years | 32 |
| 45 to 64 years | 28 |
| 65 to 74 years | 24 |
| 75 years and older | 22 |
| Persons with arthritis symptoms | DNA |
| Persons without arthritis symptoms | DNA |

DNA = Data have not been analyzed. DNC = Data are not collected. DSU = Data are statistically unreliable.

Note: Age adjusted to the year 2000 standard population.

NOTE: THE TABLE ABOVE MAY HAVE CONTINUED FROM THE PREVIOUS PAGE.

All adults could benefit from physical activities designed to ensure functional independence throughout life. The specific physical fitness components that provide continued physical function as persons age include muscular strength/endurance and flexibility. Examples of these activities include weight training, resistance activities (using elastic bands or dumbbells), and stretching exercises (such as static stretching, yoga, or T'ai Chi Chuan).

CONFIDENTIAL
AZSER12443867

Effective treatment of many chronic diseases and disorders has resulted in more years of life, but many of these extra years are spent with disabling conditions that prevent independent living and reduce the quality of life. Strengthening activities, while important for all age groups, are particularly important for older adults. Muscle strength declines with age, and there is a demonstrated relationship between muscle strength and physical function.[19] Age-related loss of strength may be lessened by strengthening exercises, enabling an individual to maintain a threshold level of strength necessary to perform basic weight-bearing activities, such as walking.[20, 21] Strength training also has been shown to preserve bone density in postmenopausal women.[9]

Physical activities that improve muscular strength/endurance and flexibility also improve the ability to perform tasks of daily living and may improve balance, thus preventing falls.[1] Activities of daily living have been identified as a scale to measure dependencies in basic self-care and other functions important for independent living and to avoid institutionalization. The performance of routine daily activities is particularly important to maintaining functional independence and social integration in older adults.[11]

Although flexibility may appear to be a minor component of physical fitness, the consequence of rigid joints affects all aspects of life, including walking, stooping, sitting, avoiding falls, and driving a vehicle. Lack of joint flexibility may adversely affect quality of life and will lead to eventual disability.[22] Activities such as static stretching or T'ai Chi Chuan routines, which consist of slow, graceful movements with low impact, have great promise for maintaining flexibility and can be appropriate for adults of any age.[23] Increasing public awareness of all these potential benefits of muscle strengthening and flexibility activities—and developing and making quality programs available and accessible—may encourage the pursuit of activities that promote muscular strength/endurance and flexibility.

## Physical Activity in Children and Adolescents

### 22-6. Increase the proportion of adolescents who engage in moderate physical activity for at least 30 minutes on 5 or more of the previous 7 days.

**Target:** 35 percent.

**Baseline:** 27 percent of students in grades 9 through 12 engaged in moderate physical activity for at least 30 minutes on 5 or more of the previous 7 days in 1999.

**Target setting method:** Better than the best.

**Data source:** Youth Risk Behavior Surveillance System (YRBSS), CDC, NCCDPHP.

CONFIDENTIAL
AZSER12443868

| Students in Grades 9 Through 12, 1999 (unless noted) | Moderate Physical Activity | | |
|---|---|---|---|
| | 22-6. Both Genders | Females* | Males* |
| | Percent | | |
| **TOTAL** | 27 | 24 | 29 |
| **Race and ethnicity** | | | |
| American Indian or Alaska Native | DSU | DSU | DSU |
| Asian or Pacific Islander | DSU | DSU | DSU |
| Asian | DSU | DSU | DSU |
| Native Hawaiian and other Pacific Islander | DSU | DSU | DSU |
| Black or African American | 17 | 17 | 24 |
| White | 27 | 27 | 31 |
| | | | |
| Hispanic or Latino | 21 | 17 | 26 |
| Not Hispanic or Latino | 27 | 25 | 30 |
| Black or African American | 21 | 18 | 24 |
| White | 29 | 26 | 32 |
| **Parents' education level** | | | |
| Less than high school | 25 (1997) | 25 (1997) | 24 (1997) |
| High school graduate | 21 (1997) | 20 (1997) | 21 (1997) |
| At least some college | 20 (1997) | 19 (1997) | 20 (1997) |
| **Select populations** | | | |
| Grade levels | | | |
| 9th grade | 28 | 26 | 31 |
| 10th grade | 26 | 25 | 27 |
| 11th grade | 25 | 21 | 29 |
| 12th grade | 27 | 24 | 29 |

DNA = Data have not been analyzed. DNC = Data are not collected. DSU = Data are statistically unreliable.

*Data for females and males are displayed to further characterize the issue.

456

CONFIDENTIAL
AZSER12443869

### 22-7.   Increase the proportion of adolescents who engage in vigorous physical activity that promotes cardiorespiratory fitness 3 or more days per week for 20 or more minutes per occasion.

**Target:** 85 percent.

**Baseline:** 65 percent of students in grades 9 through 12 engaged in vigorous physical activity 3 or more days per week for 20 or more minutes per occasion in 1999.

**Target setting method:** Better than the best.

**Data source:** Youth Risk Behavior Surveillance System (YRBSS), CDC, NCCDPHP.

NOTE: THE TABLE BELOW MAY CONTINUE TO THE FOLLOWING PAGE.

| Students in Grades 9 Through 12, 1999 (unless noted) | Vigorous Physical Activity | | |
|---|---|---|---|
| | 22-7. Both Genders | Females* | Males* |
| | Percent | | |
| TOTAL | 65 | 57 | 72 |
| **Race and ethnicity** | | | |
| American Indian or Alaska Native | DSU | DSU | DSU |
| Asian or Pacific Islander | DSU | DSU | DSU |
| Asian | DSU | DSU | DSU |
| Native Hawaiian and other Pacific Islander | DSU | DSU | DSU |
| Black or African American | 56 | 49 | 64 |
| White | 68 | 60 | 75 |
| | | | |
| Hispanic or Latino | 61 | 50 | 72 |
| Not Hispanic or Latino | 65 | 58 | 73 |
| Black or African American | 56 | 47 | 65 |
| White | 67 | 60 | 75 |
| **Parents' education level** | | | |
| Less than high school | 50 (1997) | 43 (1997) | 60 (1997) |
| High school graduate | 54 (1997) | 45 (1997) | 62 (1997) |
| At least some college | 68 (1997) | 57 (1997) | 75 (1997) |

CONFIDENTIAL
AZSER12443870

| Students in Grades 9 Through 12, 1999 (unless noted) | Vigorous Physical Activity | | |
|---|---|---|---|
| | 22-7. Both Genders | Females* | Males* |
| | Percent | | |
| Select populations | | | |
| Grade levels | | | |
| 9th grade | 73 | 68 | 77 |
| 10th grade | 65 | 56 | 73 |
| 11th grade | 58 | 49 | 67 |
| 12th grade | 61 | 52 | 71 |

DNA = Data have not been analyzed. DNC = Data are not collected. DSU = Data are statistically unreliable.

*Data for females and males are displayed to further characterize the issue.

NOTE: THE TABLE ABOVE MAY HAVE CONTINUED FROM THE PREVIOUS PAGE.

## 22-8. Increase the proportion of the Nation's public and private schools that require daily physical education for all students.

**Target and baseline:**

| Objective | Increase in Schools Requiring Daily Physical Activity for All Students | 1994 Baseline | 2010 Target |
|---|---|---|---|
| | | Percent | |
| **22-8a.** | Middle and junior high schools | 17 | 25 |
| **22-8b.** | Senior high schools | 2 | 5 |

**Target setting method:** 47 percent improvement for middle and junior high schools; 150 percent improvement for senior high schools.

**Data source:** School Health Policies and Programs Study (SHPPS), CDC, NCCDPHP.

## 22-9. Increase the proportion of adolescents who participate in daily school physical education.

**Target:** 50 percent.

**Baseline:** 29 percent of students in grades 9 through 12 participated in daily school physical education in 1999.

**Target setting method:** Better than the best.

**Data source:** Youth Risk Behavior Surveillance System (YRBSS), CDC, NCCDPHP.

458

CONFIDENTIAL
AZSER12443871

| Students in Grades 9 Through 12, 1999 (unless noted) | Daily School Physical Education | | |
|---|---|---|---|
| | 22-9. Both Genders | Females* | Males* |
| | Percent | | |
| **TOTAL** | 29 | 26 | 32 |
| **Race and ethnicity** | | | |
| American Indian or Alaska Native | DSU | DSU | DSU |
| Asian or Pacific Islander | DSU | DSU | DSU |
| Asian | DSU | DSU | DSU |
| Native Hawaiian and other Pacific Islander | DSU | DSU | DSU |
| Black or African American | 28 | 25 | 33 |
| White | 28 | 26 | 31 |
| | | | |
| Hispanic or Latino | 40 | 36 | 45 |
| Not Hispanic or Latino | 28 | 25 | 30 |
| Black or African American | 29 | 26 | 33 |
| White | 28 | 26 | 31 |
| **Parents' education level** | | | |
| Less than high school | 29 (1997) | 28 (1997) | 30 (1997) |
| High school graduate | 24 (1997) | 22 (1997) | 27 (1997) |
| At least some college | 28 (1997) | 25 (1997) | 30 (1997) |
| **Select populations** | | | |
| Grade levels | | | |
| 9th grade | 42 | 40 | 44 |
| 10th grade | 30 | 28 | 33 |
| 11th grade | 20 | 17 | 24 |
| 12th grade | 20 | 17 | 24 |

DNA = Data have not been analyzed. DNC = Data are not collected. DSU = Data are statistically unreliable.

*Data for females and males are displayed to further characterize the issue.

### 22-10. Increase the proportion of adolescents who spend at least 50 percent of school physical education class time being physically active.

**Target:** 50 percent.

**Baseline:** 38 percent of students in grades 9 through 12 were physically active in physical education class more than 20 minutes 3 to 5 days per week in 1999.

CONFIDENTIAL
AZSER12443872

**Target setting method:** Better than the best.

**Data source:** Youth Risk Behavior Surveillance System (YRBSS), CDC, NCCDPHP.

| Students in Grades 9 Through 12, 1999 (unless noted) | Physically Active in Physical Education Classes | | |
| --- | --- | --- | --- |
| | 22-10. Both Genders | Females* | Males* |
| | Percent | | |
| **TOTAL** | 38 | 32 | 45 |
| **Race and ethnicity** | | | |
| American Indian or Alaska Native | DSU | DSU | DSU |
| Asian or Pacific Islander | DSU | DSU | DSU |
|   Asian | DSU | DSU | DSU |
|   Native Hawaiian and other Pacific Islander | DSU | DSU | DSU |
| Black or African American | 32 | 24 | 41 |
| White | 40 | 33 | 46 |
| | | | |
| Hispanic or Latino | 41 | 35 | 47 |
| Not Hispanic or Latino | 38 | 31 | 45 |
|   Black or African American | 32 | 25 | 37 |
|   White | 40 | 33 | 45 |
| **Parents' education level** | | | |
| Less than high school | 28 (1997) | 25 (1997) | 32 (1997) |
| High school graduate | 29 (1997) | 24 (1997) | 35 (1997) |
| At least some college | 33 (1997) | 27 (1997) | 37 (1997) |
| **Select populations** | | | |
| Grade levels | | | |
|   9th grade | 55 | 48 | 62 |
|   10th grade | 41 | 35 | 47 |
|   11th grade | 29 | 24 | 35 |
|   12th grade | 24 | 16 | 32 |

DNA = Data have not been analyzed. DNC = Data are not collected. DSU = Data are statistically unreliable.

*Data for females and males are displayed to further characterize the issue.

CONFIDENTIAL
AZSER12443873

### 22-11.  Increase the proportion of adolescents who view television 2 or fewer hours on a school day.

**Target:** 75 percent.

**Baseline:** 57 percent of students in grades 9 through 12 viewed television 2 or fewer hours per school day in 1999.

**Target setting method:** Better than the best.

**Data source:** Youth Risk Behavior Surveillance System (YRBSS), CDC, NCCDPHP.

NOTE: THE TABLE BELOW MAY CONTINUE TO THE FOLLOWING PAGE.

| Students in Grades 9 through 12, 1999 | Television 2 or Fewer Hours per School Day |
|---|---|
| | Percent |
| **TOTAL** | 57 |
| **Race and ethnicity** | |
| American Indian or Alaska Native | DSU |
| Asian or Pacific Islander | DSU |
| Asian | DSU |
| Native Hawaiian and other Pacific Islander | DSU |
| Black or African American | 28 |
| White | 66 |
| | |
| Hispanic or Latino | 48 |
| Not Hispanic or Latino | DNA |
| Black or African American | 26 |
| White | 66 |
| **Gender** | |
| Female | 59 |
| Male | 56 |
| **Parents' education level** | |
| Less than high school | DNC |
| High school graduate | DNC |
| At least some college | DNC |

CONFIDENTIAL
AZSER12443874

| Students in Grades 9 through 12, 1999 | Television 2 or Fewer Hours per School Day |
| --- | --- |
| | Percent |
| **Select populations** | |
| Grade levels | |
| 9th grade | 49 |
| 10th grade | 54 |
| 11th grade | 62 |
| 12th grade | 67 |

DNA = Data have not been analyzed. DNC = Data are not collected. DSU = Data are statistically unreliable.
NOTE: THE TABLE ABOVE MAY HAVE CONTINUED FROM THE PREVIOUS PAGE.

The health benefits of moderate and vigorous physical activity are not limited to adults. Physical activity among children and adolescents is important because of the related health benefits (cardiorespiratory function, blood pressure control, and weight management) and because a physically active lifestyle adopted early in life may continue into adulthood. Even among children aged 3 to 4 years, those who were less active tended to remain less active after age 3 years than most of their peers.[24] These findings highlight the need for parents, educators, and health care providers to become positive role models and to be involved actively in the promotion of physical activity and fitness in children and adolescents.

Many children are less physically active than recommended, and physical activity declines during adolescence.[25, 26] One study found that one-quarter of U.S. children spend 4 hours or more watching television daily.[27] Schools are an efficient vehicle for providing physical activity and fitness instruction because they reach most children and adolescents. Participation in school physical education ensures a minimum amount of physical activity and provides a forum to teach physical activity strategies and activities that can be continued into adulthood. Findings suggest that the quantity and, in particular, the quality of school physical education programs have a significant positive effect on the health-related fitness of children and adolescents by increasing their participation in moderate to vigorous activities.[28, 29]

Studies have shown that spending 50 percent of physical education class time on physical activity is an ambitious but feasible target. Being active for at least half of physical education class time on at least half of the school days would provide a substantial portion of the physical activity time recommended for adolescents.[30] To achieve the benefits of school-based physical education equitably for all children, daily adaptive physical education programs should be available for children with special needs. School physical education requirements also are recommended for students in preschool and postsecondary programs.[31]

CONFIDENTIAL
AZSER12443875

Physical education is the primary source of physical activity and fitness instruction. Health education and other courses, however, can highlight the importance of physical activity as a component of a healthy lifestyle. A well-designed health education curriculum can help students develop the knowledge, attitudes, behavioral skills, and confidence needed to adopt and maintain physically active lifestyles.[31] To maximize classroom time, instruction on physical activity also can be integrated into the lesson plans of other school subjects, such as mathematics, biology, and language arts. Programs that have included classroom instruction in physical activity have been effective in enhancing students' physical activity-related knowledge,[32] attitudes,[33] behavior,[34] and physical fitness.[35] (See Focus Area 7. Educational and Community-Based Programs.)

## Access

**22-12.   (Developmental) Increase the proportion of the Nation's public and private schools that provide access to their physical activity spaces and facilities for all persons outside of normal school hours (that is, before and after the school day, on weekends, and during summer and other vacations).**

**Potential data source:** School Health Policies and Programs Study (SHPPS), CDC, NCCDPHP.

**22-13.   Increase the proportion of worksites offering employer-sponsored physical activity and fitness programs.**

**Target:** 75 percent.

**Baseline:** 46 percent of worksites with 50 or more employees offered physical activity and/or fitness programs at the worksite or through their health plans in 1998–1999.

| Worksite Size | Worksite or Health Plan | Health Plan | Worksite |
|---|---|---|---|
| | | *Percent* | |
| Total (50 or more employees) | 46 | 22 | 36 |
| 50 to 99 employees | 38 | 21 | 24 |
| 100 to 249 employees | 42 | 20 | 31 |
| 250 to 749 employees | 56 | 25 | 44 |
| 750 or more employees | 68 | 27 | 61 |
| Less than 50 employees | | Developmental | |

**Target setting method:** Better than the best.

CONFIDENTIAL
AZSER12443876

**Data source:** National Worksite Health Promotion Survey, Association for Worksite Health Promotion (AWHP).

Participation in regular physical activity depends, in part, on the availability and proximity of community facilities and on environments conducive to physical activity. Studies of adult participation in physical activity have found that use generally decreases as facility distance from a person's residence increases.[36] People are unlikely to use community resources located more than a few miles away by car or more than a few minutes away by biking or walking.

One of the major barriers to youth participation in sports is lack of enough sports facilities.[37] Increased access to community physical activity facilities would, therefore, help increase youth physical activity. The availability of school facilities for physical activity programs also may be beneficial for crime and violence prevention and other social programs,[37] because most juvenile crime is committed between 3 and 8 p.m.

Schools need to work with community coalitions and community-based physical activity programs to take maximum advantage of school facilities for the benefit of children and adolescents and the community as a whole. The needs of all community members, including senior citizens and people with disabilities, need to be considered.

Worksite physical activity and fitness programs provide a mechanism for reaching large numbers of adults and have at least short-term effectiveness in increasing the physical activity and fitness of program participants.[38] Such programs should be provided in a culturally and linguistically competent manner. Evidence that worksite programs are cost-effective is growing. Such programs may even reduce employer costs for insurance premiums, disability benefits, and medical expenses.[39] Additional benefits for employers include increased productivity, reduced absenteeism, reduced employee turnover, improved morale, enhanced company image, and enhanced recruitment. Including family members and retirees in worksite programs can further increase benefits to employers and the community.[39]

As purchasers of group health and life insurance plans, employers can design employee benefit packages that include coverage for fitness club membership fees and community-based fitness classes. Employers also can offer reduced insurance premiums and rebates for employees who participate regularly in worksite fitness programs or who can document participation in regular physical activity.

CONFIDENTIAL
AZSER12443877

## 22-14.  Increase the proportion of trips made by walking.

**Target and baseline:**

| Objective | Increase in Trips Made by Walking | Length of Trip | 1995 Baseline* | 2010 Target |
|---|---|---|---|---|
| | | | *Percent* | |
| **22-14a.** | Adults aged 18 years and older | Trips of 1 mile or less | 17 | 25 |
| **22-14b.** | Children and adolescents aged 5 to15 years | Trips to school of 1 mile or less | 31 | 50 |

*Age adjusted to the year 2000 standard population.

**Target setting method:** 47 percent improvement for 22-14a and 68 percent improvement for 22-14b. (Better than the best will be used when data are available.)

**Data source:** Nationwide Personal Transportation Survey (NPTS), DOT.

NOTE: THE TABLE BELOW MAY CONTINUE TO THE FOLLOWING PAGE.

| Adults Aged 18 Years and Older, 1995 | 22-14a. Trips of 1 Mile or Less Made by Walking |
|---|---|
| | Percent |
| **TOTAL** | 17 |
| **Race and ethnicity** | |
| American Indian or Alaska Native | DNC |
| Asian or Pacific Islander | DNC |
| Asian | DNC |
| Native Hawaiian and other Pacific Islander | DNC |
| Black or African American | DNC |
| White | DNC |
| | |
| Hispanic or Latino | DNC |
| Not Hispanic or Latino | DNC |
| Black or African American | DNC |
| White | DNC |
| **Gender** | |
| Female | 17 |
| Male | 16 |

CONFIDENTIAL
AZSER12443878

| Adults Aged 18 Years and Older, 1995 | 22-14a. Trips of 1 Mile or Less Made by Walking |
|---|---|
| | Percent |
| **Education level** | |
| Less than high school | 20 |
| High school graduate | 14 |
| At least some college | 18 |
| **Geographic location** | |
| Urban | 18 |
| Rural | 9 |
| **Select populations** | |
| Age groups | |
| 18 to 24 years | 22 |
| 25 to 44 years | 17 |
| 45 to 64 years | 14 |
| 65 to 74 years | 16 |
| 75 years and older | 19 |

DNA = Data have not been analyzed. DNC = Data are not collected. DSU = Data are statistically unreliable.

Note: Age adjusted to the year 2000 standard population.

NOTE: THE TABLE ABOVE MAY HAVE CONTINUED FROM THE PREVIOUS PAGE.

NOTE: THE TABLE BELOW MAY CONTINUE TO THE FOLLOWING PAGE.

| Children and Adolescents Aged 5 to 15 Years, 1995 | 22-14b. Trips to School of 1 Mile or Less Made by Walking |
|---|---|
| | Percent |
| **TOTAL** | 31 |
| **Race and ethnicity** | |
| American Indian or Alaska Native | DNC |
| Asian or Pacific Islander | DNC |
| Asian | DNC |
| Native Hawaiian and other Pacific Islander | DNC |
| Black or African American | DNC |
| White | DNC |

Healthy People 2010: Objectives for Improving Health

CONFIDENTIAL
AZSER12443879

| Children and Adolescents Aged 5 to 15 Years, 1995 | 22-14b. Trips to School of 1 Mile or Less Made by Walking |
|---|---|
| | Percent |
| Hispanic or Latino | DNC |
| Not Hispanic or Latino | DNC |
| Black or African American | DNC |
| White | DNC |
| **Gender** | |
| Female | 27 |
| Male | 35 |
| **Parents' education level** | |
| Less than high school | DNC |
| High school graduate | DNC |
| At least some college | DNC |
| **Geographic location** | |
| Urban | 32 |
| Rural | 27 |
| **Select populations** | |
| Age groups | |
| 5 to 9 years | 27 |
| 10 to 15 years | 35 |

DNA = Data have not been analyzed. DNC = Data are not collected. DSU = Data are statistically unreliable.

Note: Age adjusted to the year 2000 standard population.

NOTE: THE TABLE ABOVE MAY HAVE CONTINUED FROM THE PREVIOUS PAGE.

Walking is a very popular form of physical activity in the United States; however, people need the opportunity to walk safely. Over 75 percent of all trips less than 1 mile were made by automobile in 1995.[40] In addition, the number of walking trips as a percentage of all trips taken (of any distance) has declined over the years. Walking trips made by adults dropped from 9.3 percent in 1977 to 7.2 percent in 1990 and again to 5.4 percent in 1995. Walking has declined even more sharply for children.[40] These declines have negative implications for the health of adults and children.

CONFIDENTIAL
AZSER12443880

## 22-15.  Increase the proportion of trips made by bicycling.

**Target and baseline:**

| Objective | Increase in Trips Made by Bicycling | Activity | 1995 Baseline* | 2010 Target |
|-----------|-------------------------------------|----------|----------------|-------------|
| | | | *Percent* | |
| **22-15a.** | Adults aged 18 years and older | Trips of 5 miles or less | 0.6 | 2.0 |
| **22-15b.** | Children and adolescents aged 5 to15 years | Trips to school of 2 miles or less | 2.4 | 5.0 |

*Age adjusted to the year 2000 standard population.

**Target setting method:** 233 percent improvement for 22-15a and 108 percent improvement for 22-15b. (Better than the best will be used when data are available.)

**Data source:** Nationwide Personal Transportation Survey (NPTS), DOT.

NOTE: THE TABLE BELOW MAY CONTINUE TO THE FOLLOWING PAGE.

| Adults Aged 18 Years and Older, 1995 | 22-15a. Trips of 5 Miles or Less Made by Bicycling |
|---|---|
| | Percent |
| **TOTAL** | 0.6 |
| **Race and ethnicity** | |
| American Indian or Alaska Native | DNC |
| Asian or Pacific Islander | DNC |
| Asian | DNC |
| Native Hawaiian and other Pacific Islander | DNC |
| Black or African American | DNC |
| White | DNC |
| | |
| Hispanic or Latino | DNC |
| Not Hispanic or Latino | DNC |
| Black or African American | DNC |
| White | DNC |
| **Gender** | |
| Female | 0.3 |
| Male | 0.9 |

Healthy People 2010: Objectives for Improving Health

468

CONFIDENTIAL
AZSER12443881

| Adults Aged 18 Years and Older, 1995 | 22-15a.<br>Trips of 5 Miles or Less Made by Bicycling |
|---|---|
| | Percent |
| **Education level** | |
| Less than high school | 0.6 |
| High school graduate | 0.5 |
| At least some college | 0.6 |
| **Geographic location** | |
| Urban | 0.6 |
| Rural | 0.3 |
| **Age groups** | |
| 18 to 24 years | 1.4 |
| 25 to 44 years | 0.6 |
| 45 to 64 years | 0.3 |
| 65 to 74 years | 0.3 |
| 75 years and older | 0.1 |

DNA = Data have not been analyzed. DNC = Data are not collected. DSU = Data are statistically unreliable.

Note: Age adjusted to the year 2000 standard population.

NOTE: THE TABLE ABOVE MAY HAVE CONTINUED FROM THE PREVIOUS PAGE.

NOTE: THE TABLE BELOW MAY CONTINUE TO THE FOLLOWING PAGE.

| Children and Adolescents Aged 5 to 15 Years, 1995 | 22-15b.<br>Trips to School of 2 Miles or Less Made by Bicycling |
|---|---|
| | Percent |
| **TOTAL** | 2.4 |
| **Race and ethnicity** | |
| American Indian or Alaska Native | DNC |
| Asian or Pacific Islander | DNC |
| Asian | DNC |
| Native Hawaiian and other Pacific Islander | DNC |
| Black or African American | DNC |
| White | DNC |

CONFIDENTIAL
AZSER12443882

| Children and Adolescents Aged 5 to 15 Years, 1995 | 22-15b. Trips to School of 2 Miles or Less Made by Bicycling |
|---|---|
| | Percent |
| Hispanic or Latino | DNC |
| Not Hispanic or Latino | DNC |
| Black or African American | DNC |
| White | DNC |
| **Gender** | |
| Female | 1.7 |
| Male | 3.2 |
| **Parents' education level** | |
| Less than high school | DNC |
| High school graduate | DNC |
| At least some college | DNC |
| **Geographic location** | |
| Urban | 2.6 |
| Rural | 1.1 |
| **Select populations** | |
| Age groups | |
| 5 to 9 years | 1.6 |
| 10 to 15 years | 3.0 |

DNA = Data have not been analyzed. DNC = Data are not collected. DSU = Data are statistically unreliable.

Note: Age adjusted to the year 2000 standard population.

NOTE: THE TABLE ABOVE MAY HAVE CONTINUED FROM THE PREVIOUS PAGE.

Bicycling is another form of transportation that may be used by both children and adults for distances that may not be feasible, practical, or efficient to cover by walking. If the environment does not provide safe opportunities for physical activities such as walking and bicycling, adults and children likely will spend more time engaging in sedentary activities indoors. (See Focus Area 8. Environmental Health.) Sedentary activities such as watching television, playing video games, and using personal computers have contributed to increases in the cases of overweight individuals.[27]

470

CONFIDENTIAL
AZSER12443883

## Related Objectives From Other Focus Areas

1. **Access to Quality Health Services**
   1-2.   Health insurance coverage for clinical preventive services
   1-3.   Counseling about health behaviors
2. **Arthritis, Osteoporosis, and Chronic Back Conditions**
   2-2.   Activity limitations due to arthritis
   2-3.   Personal care limitations
   2-8.   Arthritis education
   2-9.   Cases of osteoporosis
   2-11.  Activity limitations due to chronic back conditions
3. **Cancer**
   3-5.   Colorectal cancer deaths
   3-7.   Prostate cancer deaths
   3-9.   Sun exposure and skin cancer
   3-10.  Provider counseling about cancer prevention
4. **Chronic Kidney Disease**
   4-8.   Medical therapy for persons with diabetes and proteinuria
5. **Diabetes**
   5-1.   Diabetes education
   5-2.   New cases of diabetes
   5-3.   Overall cases of diagnosed diabetes
   5-4.   Diagnosis of diabetes
   5-5.   Diabetes deaths
   5-6.   Diabetes-related deaths
   5-7.   Cardiovascular disease deaths in persons with diabetes
6. **Disability and Secondary Conditions**
   6-2.   Feelings and depression among children with disabilities
   6-3.   Feelings and depression interfering with activities among adults with disabilities
   6-4.   Social participation among adults with disabilities
   6-9.   Inclusion of children and youth with disabilities in regular education programs
   6-10.  Accessibility of health and wellness programs
   6-12.  Environmental barriers affecting participation in activities
   6-13.  Surveillance and health promotion programs
7. **Educational and Community-Based Programs**
   7-2.   School health education
   7-3.   Health-risk behavior information for college and university students
   7-5.   Worksite health promotion programs
   7-6.   Participation in employer-sponsored health promotion activities
   7-7.   Patient and family education
   7-9.   Health care organization sponsorship of community health promotion activities
   7-10.  Community health promotion programs
   7-11.  Culturally appropriate and linguistically competent community health promotion programs
   7-12.  Older adult participation in community health promotion activities

CONFIDENTIAL
AZSER12443884

8. **Environmental Health**
   8-1.   Harmful air pollutants
   8-2.   Alternative modes of transportation
   8-9.   Beach closings
   8-20.  School policies to protect against environmental hazards

9. **Family Planning**
   9-11.  Pregnancy prevention education

11. **Health Communication**
    11-1.  Households with Internet access
    11-4.  Quality of Internet health information sources

12. **Heart Disease and Stroke**
    12-1.   Coronary heart disease (CHD) deaths
    12-7.   Stroke deaths
    12-9.   High blood pressure
    12-10.  High blood pressure control
    12-11.  Action to help control blood pressure
    12-13.  Mean total blood cholesterol levels
    12-14.  High blood cholesterol levels
    12-16.  LDL-cholesterol level in CHD patients

15. **Injury and Violence Prevention**
    15-1.   Nonfatal head injuries
    15-2.   Nonfatal spinal cord injuries
    15-13.  Deaths from unintentional injuries
    15-14.  Nonfatal unintentional injuries
    15-16.  Pedestrian deaths
    15-18.  Nonfatal pedestrian injuries
    15-21.  Motorcycle helmet use
    15-23.  Bicycle helmet use
    15-24.  Bicycle helmet laws
    15-27.  Deaths from falls
    15-28.  Hip fractures
    15-29.  Drownings
    15-31.  Injury protection in school sports

16. **Maternal, Infant, and Child Health**
    16-3.   Adolescent and young adult deaths
    16-12.  Weight gain during pregnancy

17. **Medical Product Safety**
    17-2.   Linked, automated information systems
    17-3.   Provider review of medications taken by patients
    17-5.   Receipt of oral counseling about medications from prescribers and dispensers

18. **Mental Health and Mental Disorders**
    18-5.   Eating disorder relapses
    18-7.   Treatment for children with mental health problems
    18-9.   Treatment for adults with mental disorders

19. **Nutrition and Overweight**
    19-1.   Healthy weight in adults
    19-2.   Obesity in adults

472

CONFIDENTIAL
AZSER12443885

19-3.  Overweight or obesity in children and adolescents

19-16. Worksite promotion of nutrition education and weight management

**20.  Occupational Safety and Health**

20-1.  Work-related injury deaths

20-2.  Work-related injuries

20-3.  Overextension or repetitive motion

20-9.  Worksite stress reduction programs

**23.  Public Health Infrastructure**

23-2.  Public access to information and surveillance data

23-5.  Data for Leading Health Indicators, Health Status Indicators, and Priority Data Needs at Tribal, State, and local levels

23-17. Population-based prevention research

**24.  Respiratory Diseases**

24-1.  Deaths from asthma

24-2.  Hospitalizations for asthma

24-3.  Hospital emergency department visits for asthma

24-4.  Activity limitations

24-5.  School or work days lost

24-6.  Patient education

24-7.  Appropriate asthma care

**25.  Sexually Transmitted Diseases**

25-11. Responsible adolescent sexual behavior

25-12. Responsible sexual behavior messages on television

**26.  Substance Abuse**

26-9.  Substance-free youth

26-14. Steroid use among adolescents

26-17. Perception of risk associated with substance abuse

26-23. Community partnerships and coalitions

**27.  Tobacco Use**

27-1.  Adult tobacco use

27-2.  Adolescent tobacco use

27-3.  Initiation of tobacco use

27-4.  Age at first tobacco use

27-5.  Smoking cessation by adults

27-7.  Smoking cessation by adolescents

**28.  Vision and Hearing**

28-9.  Protective eyewear

# Terminology

(A listing of abbreviations and acronyms used in this publication appears in Appendix H.)

**Aerobic:** Conditions or processes that occur in the presence of, or requiring, oxygen.[41]

**Energy expenditure:** The energy cost to the body of physical activity, usually measured in kilocalories.[41]

**Functional independence:** The ability to perform successfully and safely activities related to a daily routine with sufficient energy, strength/endurance, flexibility, and coordination.

CONFIDENTIAL
AZSER12443886

**Physical activity:** Bodily movement that is produced by the contraction of skeletal muscle and that substantially increases energy expenditure.[1]

**Moderate physical activity:** Activities that use large muscle groups and are at least equivalent to brisk walking. In addition to walking, activities may include swimming, cycling, dancing, gardening and yardwork, and various domestic and occupational activities.

**Vigorous physical activity:** Rhythmic, repetitive physical activities that use large muscle groups at 70 percent or more of maximum heart rate for age. An exercise heart rate of 70 percent of maximum heart rate for age is about 60 percent of maximal cardiorespiratory capacity and is sufficient for cardiorespiratory conditioning. Maximum heart rate equals roughly 220 beats per minute minus age. Examples of vigorous physical activities include jogging/running, lap swimming, cycling, aerobic dancing, skating, rowing, jumping rope, cross-country skiing, hiking/backpacking, racquet sports, and competitive group sports (for example, soccer and basketball).

**Physical fitness:** A set of attributes that persons have or achieve that relates to the ability to perform physical activity.[1] Performance-related components of fitness include agility, balance, coordination, power, and speed.[42] Health-related components of physical fitness include body composition, cardiorespiratory function, flexibility, and muscular strength/endurance.[41]

**Agility:** Ability to start, stop, and move the body quickly and in different directions.

**Balance:** Ability to maintain a certain posture or to move without falling.

**Body composition:** The relative amount of body weight that is fat and nonfat.

**Cardiorespiratory function:** A health-related component of physical fitness that relates to the ability of the circulatory and respiratory systems to supply oxygen during physical activity.

**Coordination:** Ability to do a task integrating movements of the body and different parts of the body.

**Exercise (exercise training):** Planned, structured, and repetitive bodily movement done to improve or maintain one or more components of physical fitness.

**Flexibility:** Ability to move a joint through the full range of motion without discomfort or pain.

**Muscular endurance:** Ability of the muscle to perform repetitive contractions over a prolonged period of time.

**Muscular strength:** Ability of the muscle to generate the maximum amount of force.

**Power:** Ability to exert muscular strength quickly.

**Speed:** Ability to move the whole body quickly.

**Sedentary:** Denotes a person who is relatively inactive and has a lifestyle characterized by a lot of sitting.[41]

# References

[1] U.S. Department of Health and Human Services. *Physical Activity and Health: A Report of the Surgeon General*. Atlanta, GA: Centers for Disease Control and Prevention (CDC), National Center for Chronic Disease Prevention and Health Promotion, 1996.

CONFIDENTIAL
AZSER12443887

[2] Frost, H.; Moffett, J.A.K.; Moser, J.S.; et al. Randomized controlled trial for evaluation of fitness programme for patients with chronic low back pain. *British Medical Journal* 310:151-154, 1995.

[3] McTiernan, A.; Stanford, J.L.; Weiss, N.S.; et al. Occurrence of breast cancer in relation to recreational exercise in women age 50-64 years. *Epidemiology* 7(6):598-604, 1996.

[4] Kujala, U.M.; Kaprio, J.; Sarna, S.; et al. Relationship of leisure-time physical activity and mortality: The Finnish twin cohort. *Journal of the American Medical Association* 279(6):440-444, 1998.

[5] Paffenbarger, R.S.; Hyde, R.T.; Wing, A.L.; et al. The association of changes in physical-activity level and other lifestyle characteristics with mortality among men. *New England Journal of Medicine* 328(8):538-545, 1993.

[6] Sherman, S.E.; D'Agostino, R.B.; Cobb, J.L.; et al. Physical activity and mortality in women in the Framingham Heart Study. *American Heart Journal* 128(5):879-884, 1994.

[7] Kaplan, G.A.; Strawbridge, W.J.; Cohen, R.D.; et al. Natural history of leisure-time physical activity and its correlates: Associations with mortality from all causes and cardiovascular disease over 28 years. *American Journal of Epidemiology* 144(8):793-797, 1996.

[8] Kushi, L.H.; Fee, R.M.; Folsom, A.R.; et al. Physical activity and mortality in postmenopausal women. *Journal of the American Medical Association* 277:1287-1292, 1997.

[9] Nelson, M.E.; Fiatarone, M.A.; Morganti, C.M.; et al. Effects of high-intensity strength training on multiple risk factors for osteoporotic fractures: A randomized controlled trial. *Journal of the American Medical Association* 272(24):1909-1914, 1994.

[10] LaCroix, A.Z.; Guralnik, J.M.; Berkman, L.F.; et al. Maintaining mobility in late life. II. Smoking, alcohol consumption, physical activity, and body mass index. *American Journal of Epidemiology* 137(8):858-869, 1993.

[11] Buchner, D.M. Preserving mobility in older adults. *Western Journal of Medicine* 167(4):258-264, 1997.

[12] Stenstrom, C.H. Home exercise in rheumatoid arthritis functional class II: Goal setting versus pain attention. *Journal of Rheumatology* 21(4):627-634, 1994.

[13] CDC. Prevalence of leisure-time physical activity among persons with arthritis and other rheumatic conditions—United States, 1990–91. *Morbidity and Mortality Weekly Report* 46(18):389-393, 1997.

[14] National Institutes of Health. Optimal calcium intake. In: *NIH Consensus Statement* 12(4):1-31, 1994.

[15] Snow-Harter, C.; Shaw, J.M.; and Matkin, C.C. Physical activity and risk of osteoporosis. In: Marcus, R.; Feldman, D.; and Kelsey, J., eds. *Osteoporosis*. San Diego, CA: Academic Press, 1996, 511-528.

[16] Pate, R.R.; Pratt, M.; Blair, S.N.; et al. Physical activity and public health: A recommendation from the Centers for Disease Control and Prevention and the American College of Sports Medicine. *Journal of the American Medical Association* 273(5):402-407, 1995.

[17] President's Council on Physical Fitness and Sports. *Physical Activity & Sport in the Lives of Girls.* Washington, DC: The President's Council on Physical Fitness and Sports, 1997.

CONFIDENTIAL
AZSER12443888

[18] Stofan, J.R.; DiPietro, L.; Davis, D.; et al. Physical activity patterns associated with cardiorespiratory fitness and reduced mortality: The Aerobics Center Longitudinal Study. *American Journal of Public Health* 88(12):1807-1813, 1998.

[19] Brown, M.; Sinacore, D.R.; and Host, H.H. The relationship of strength to function in the older adult. *Journal of Gerontology* 50A:55-59, 1995.

[20] Tseng, B.S.; Marsh, D.R.; Hamilton, M.T.; et al. Strength and aerobic training attenuate muscle wasting and improve resistance to the development of disability with aging. *Journal of Gerontology* 50A:113-119, 1995.

[21] Evans, W.J. Effects of exercise on body composition and functional capacity of the elderly. *Journal of Gerontology* 50A:147-150, 1995.

[22] Cunningham, D.A.; Paterson, D.H.; Hinmann, J.E.; et al. P.A. Determinants of independence in the elderly. *Canadian Journal of Applied Physiology* 18(3):243-254, 1993.

[23] Lan, C.; Lai, J.S.; Chen, S.Y; et al. 12-month Tai Chi training in the elderly: Its effect on health fitness. *Medicine and Science in Sports and Exercise* 30(3):345-351, 1997.

[24] Pate, R.R.; Baranowski, T.; Dowda, M.; et al. Tracking of physical activity in young children. *Medicine and Science in Sports and Exercise* 28(1):92-96, 1996.

[25] Pate, R.R.; Long, B.J.; and Heath, G. Descriptive epidemiology of physical activity in adolescents. *Pediatric Exercise Science* 6:434-447, 1994.

[26] CDC. Youth risk behavior surveillance—United States, 1997. *Morbidity and Mortality Weekly Report* 47(55-3):1-89, 1998.

[27] Anderson, R.E.; Crespo, C.J.; Bartlett, S.J.; et al. Relationship of physical activity and television watching with body weight and level of fatness among children: Results from the Third National Health and Nutrition Examination Survey. *Journal of the American Medical Association* 279:938-942, 1998.

[28] McKenzie, T.L.; Nader, P.R.; Strikmiller, P.K.; et al. School physical education: Effect of the child and adolescent trial for cardiovascular health. *Preventive Medicine* 25(4):423-431, 1996.

[29] Sallis, J.F.; McKenzie, T.L.; Alcaraz, J.E.; et al. The effects of a 2-year physical education program (SPARK) on physical activity and fitness in elementary school students. *American Journal of Public Health* 87(8):1328-1334, 1997.

[30] Sallis, J.F., and Patrick, K. Physical activity guidelines for adolescents: Consensus statement. *Pediatric Exercise Science* 6:302-314, 1994.

[31] CDC. Guidelines for school and community programs to promote lifelong physical activity among young people. *Morbidity and Mortality Weekly Report* 46(RR-6):1-36, 1997.

[32] Killen, J.D.; Telch, M.J.; Robinson, T.N.; et al. Cardiovascular disease risk reduction for tenth graders: A multiple-factor school-based approach. *Journal of the American Medical Association* 260(12):1728-1733, 1988.

[33] Prokhorov, A.V.; Perry, C.L.; Kelder, S.H.; et al. Lifestyle values of adolescents: Results from Minnesota Heart Health Youth Program. *Adolescence* 28(111):637-647, 1993.

[34] Kelder, S.H.; Perry, C.L.; and Klepp, K.I. Community-wide youth exercise promotion: Long-term outcomes of the Minnesota Heart Health Program and the Class of 1989 study. *Journal of School Health* 63(5):218-223, 1993.

476

CONFIDENTIAL
AZSER12443889

[35] Arbeit, M.L.; Johnson, C.C.; and Mott, D.S. The Heart Smart Cardiovascular School Health Promotion: Behavior correlates of risk factor change. *Preventive Medicine* 21(1):18-32, 1992.

[36] Sallis, J.F.; Hovell, M.F.; Hofstetter, C.R.; et al. Distance between homes and exercise facilities related to frequency of exercise among San Diego residents. *Public Health Reports* 105(2):179-185, 1990.

[37] Carnegie Council on Adolescent Development. *A Matter of Time: Risk and Opportunity in the Out-of-School Hours. Recommendations for Strengthening Community Programs for Youth.* New York, NY: Carnegie Corporation of New York, 1994.

[38] Cole, G.; Leonard, B.; Hammond, S.; et al. Using "stages of behavioral change" constructs to measure the short-term effects of a worksite-based intervention to increase moderate physical activity. *Psychological Reports* 82(2):615-618, 1998.

[39] Shephard, R.J. Employee health and fitness—state of the art. *Preventive Medicine* 12(5):644-653, 1983.

[40] U.S. Department of Transportation (DOT). *National Bicycling and Walking Study: Transportation Choices for a Changing America.* Pub. FH10A PD 94-023. Washington, DC: DOT, Federal Highway Administration, 1994.

[41] Kent, M. *The Oxford Dictionary of Sport's Science and Medicine.* Oxford, England: Oxford University Press, 1994.

[42] Howley, E.T., and Franks, B.O. *Health Fitness Instructors Handbook.* 3rd ed. Champaign, IL: Human Kinetics, 1997.

CONFIDENTIAL
AZSER12443890



**ELSEVIER**

Schizophrenia Research 56 (2002) 37–46

**SCHIZOPHRENIA RESEARCH**

www.elsevier.com/locate/schres

# Personal evaluation of transitions in treatment (PETiT): a scale to measure subjective aspects of antipsychotic drug therapy in schizophrenia

Lakshmi N.P. Voruganti[a,b,*], A. George Awad[a]

[a]Institute of Medical Science, University of Toronto, Toronto, Canada
[b]Department of Psychiatry, University of Western Ontario, London, Ontario, Canada

Received 14 September 2000; revised 15 December 2000; accepted 18 December 2000

## Abstract

The paper describes the development and preliminary testing of a scale designed to capture aspects of subjective responses to, and tolerability of antipsychotic drugs, treatment adherence, and impact of antipsychotic drug therapy on the quality of life of individuals treated for schizophrenia. Using empirical study approaches and qualitative methods of data analysis, twelve themes were initially identified as relevant to the quality of life of individuals during antipsychotic drug therapy. Based on these dimensions, in the second phase, a 30 item self report questionnaire was constructed and field tested in a community based, heterogeneous sample of schizophrenic patients ($n = 335$). The scale was easy to self-administer (in 2–5 min) and perceived as user-friendly by patients. Correlational analysis revealed a high internal consistency (Cronbach's alpha = 0.92) and split half reliability (Spearman–Brown coefficient of 0.85). The scale scores were able to distinguish subjects with lower and higher rates of treatment adherence, and factor analysis confirmed the robustness of the original construct. Repeated administration of the scale in a sub-sample of clinically stable schizophrenic population ($n = 71$) revealed a test–retest reliability coefficient of 0.97 ($P < 0.001$); and repeat administration at quarterly intervals in a sample of patients receiving active treatment ($n = 54$) indicated a significant increases in mean scores ($t = 6.2$, df $= 53$, $P < 0.005$), suggesting that the scale was sensitive to changes in patients' clinical status. Based on these preliminary data, PETiT could be considered as a potentially useful tool for measuring client-centred outcomes in clinical practice, drug trials, quality assurance programs and interventional research involving schizophrenic patients. © 2002 Elsevier Science B.V. All rights reserved.

*Keywords:* Subjective tolerability; Schizophrenia; Outcome measures; Antipsychotic drugs; Clinical trials; Quality of life

## 1. Background

Evaluating outcomes has gained momentum in recent years due to the introduction of new pharmacological and psychosocial interventions, as well as a growing preoccupation with quality assurance and health economic evaluations (Lehman, 1996). Consequently, there has been fervent activity in the areas of delineating, defining and measuring treatment related health outcomes, especially in the field of severe mental illnesses (Collins et al., 1991; Meltzer, 1999). Outcomes could be viewed from different perspectives—patient's, family's, clinician's, institutional, governmental or societal; and the choice of outcome parameters may vary accordingly, ranging

* Corresponding author. Tel.: +1-519-455-5110; fax: +1-519-858-4607.
  *E-mail address:* lvorugan@julian.uwo.ca (L.N.P. Voruganti MD, MSc).

0920-9964/02/$ - see front matter © 2002 Elsevier Science B.V. All rights reserved.
PII: S 0 9 2 0 - 9 9 6 4 ( 0 1 ) 0 0 1 6 1 - X

CONFIDENTIAL
AZSER12443891

38                 L.N.P. Voruganti, A.G. Awad / Schizophrenia Research 56 (2002) 37–46

from symptoms, side effects, client satisfaction, family burden, to hospitalization rates and resource utilization, to name a few.

Outcomes are also categorized as *proximal* and *distal*, incorporating a connotation of *temporal* and *causal* dimensions in the context of treating schizophrenia (Lehman, 1996). Proximal outcomes include illness domains that are likely to change early after the initiation of treatment; and distal outcomes indicate a later, cumulative impact of treatment as well as other extrinsic factors. During the course of antipsychotic therapy of schizophrenia, changes in symptoms and side effects are typical examples of proximal outcomes, while functional status and quality of life are considered as distal outcomes. Such a categorization also implies that achieving positive outcomes in the proximity is essential for securing successful distal outcomes.

Lehman's notion of proximal and distal outcomes has helped to clarify the confusion surrounding the process of designing clinical trials and choosing appropriate scales for measuring outcomes. However, it has also exposed the deficiencies in the armamentarium of rating scales currently available to measure different outcomes in schizophrenia. Since an individual's mental status and functioning in various spheres of life are continuously changing, the profile of outcomes to be measured would be different at various points during the illness trajectory. A number of scales have been developed to quantify proximal outcomes such as symptoms and side effects, which have been widely used in drug trials and other clinical outcome studies. However, the status of distal outcomes remains far from satisfactory. Several measures of psychosocial functioning and quality of life have been employed with variable degree of success (Meltzer et al., 1990; Hamilton et al., 1999); but some researchers are sceptical about their use since many of the distal outcome measures are not sensitive to change within a reasonable time frame (Barry and Zissi, 1997). Eventually when the changes become evident, delineating the contribution of various confounders becomes a problem, i.e. the change may have been due to a combination of both therapeutic (e.g. drug therapy) and extra-therapeutic factors (e.g. changes in living circumstances and other life events). In order to resolve these issues, it seems important to identify the dynamics of the transition

between proximal and distal outcomes, and develop methods to quantify them. Clinical experience and research on antipsychotic drug therapy indicates that patients' *subjective responses* to medications and their *adherence to treatment* are key factors in ensuring a smooth recovery from illness. The aim of our study was to precisely identify these mediating factors and develop a method to quantify them in a standardized manner.

### 1.1. Theoretical foundations of the new scale

Review of literature indicated that a number of dynamic events could be involved in translating the benefits of proximal outcomes (symptom reduction) into more tangible distal outcomes (improvement in functioning). In the context of antipsychotic drug therapy, improved *subjective tolerability* facilitates *treatment adherence*, which in turn leads to an enhanced *quality of life*; and the earliest of these detectable changes are subtle and subjective in nature. Keeping in line with Lehman's concept of proximal and distal outcomes, we propose that these mediating events be viewed as *intermediate* outcomes with reference to their occurrence during the longitudinal course of managing schizophrenia (see Fig. 1).

## 2. Objectives

The purpose of the present investigation was to develop a new measure to evaluate the subjective changes perceived during the course of antipsychotic drug therapy of schizophrenia, especially an individual's subjective responses to medications, treatment-adherence, and subtle changes in quality of life. In order to meet the stated objectives, the new scale should possess the following characteristics:

1. The questionnaire should be directed at capturing and quantifying the three identified attributes—*subjective tolerability* of medications, *treatment adherence* issues, and the impact of treatment on *subjective aspects* of patient's quality of life.
2. The three identified dimensions derived from the literature should be empirically validated using an ideographic (bottom-up) approach, and the items of the new scale should be constructed

CONFIDENTIAL
AZSER12443892

L.N.P. Voruganti, A.G. Awad / Schizophrenia Research 56 (2002) 37–46





Fig. 1. Cumulative outcomes during the course of antipsychotic drug therapy of schizophrenia.

based on patients' self reports, attitudes and expectations.

3. The scale has to be reliable and valid; and sensitive to changes in patients' health status following the initiation of antipsychotic drug therapy or other specific interventions.

4. In order to facilitate a credible recording of subjective feelings, the new scale should be constructed as a *self administered* questionnaire.

5. The questionnaire should be *user friendly* for the consumers, who would include patients, clinicians, researchers, statisticians and clinical trial coordinators. Aspects such as cognitive burden, ease of administration and scoring should be given serious consideration, in order to facilitate its wider usage.

Incorporating these collective ideals and needs, the new scale was named as the 'Personal Evaluation of Transitions in Treatment', and will be referred to as PETiT, by its acronym.

## 3. Questionnaire design and development

Design and development of the new scale represent the cumulative efforts of a group of researchers committed to studying the subjective aspects of antipsychotic drug therapy and their impact on individual's quality of life, over the past two decades. Two of the projects were especially crucial in conceiving the present venture—study of the subjective responses to neuroleptics and the subsequent development of drug attitude inventory (DAI) (Hogan et al., 1983; Awad, 1993), and a subsequent study of the factors contributing to the quality of life in schizophrenia (Awad et al., 1997; Voruganti et al., 1997).

PETiT was developed in various phases over a 3 year period, which are described below.

### 3.1. Item selection

The domains and items of the questionnaire were derived from four sources—review of literature,

CONFIDENTIAL
AZSER12443893

consultation with experts, individual interviews with patients and care givers, and patients' focus groups. Information pooled from these sources was analysed (see below), and the following 12 themes were identified as relevant domains for the construction of the new questionnaire: psychological well-being, mood, energy level and activities, biological functions, self esteem, coping abilities, subjective aspects of cognition, communication, stigma, relationships and social functioning, aptitude towards productivity, and subjective responses and attitudes towards medications.

### 3.2. Construction of the questionnaire

Based on the list of themes identified, items were written down as self referential statements, often incorporating the expressions and phrases used by the patients. Special attention was paid to keep the language simple, with the reading level equivalent to that of grade 5 or less. To keep the cognitive burden to a minimum, each closed ended statement was followed by three response choices. Precautions were taken to minimize the ambiguity of statements, such as avoiding compound sentences, double negatives and jargon.

### 3.3. Description of the questionnaire

The scale was originally designed as a structured, self report questionnaire containing a total of 69 items (initial version), with four to eight items representing each of the 12 domains identified. Subsequently, the number of items were reduced to 30, using standard statistical techniques (described below). In the questionnaire, the items were numbered from 1 to 30, without further categorization into sub-scales, and items from different domains were presented in a random order, often reversing the wording (positive or negative) of statements (see Appendix). An introductory statement outlined the purpose of the questionnaire, and subjects were asked to consider their health status during the preceding *1 week* period, and choose one of the three choice responses. The choices ('often', 'sometimes' or 'never') represented the *frequency* of experiencing a specific item during the preceding 1 week, and answers were assigned a rating of 2, 1 or 0. A score of 2 represented a positive change, and '0' a change in the negative direction,

depending on the wording of an individual question. Individual item ratings could be summed up to derive a total score.

It was decided a priori not to include a number of related domains in the scale. These included *symptoms*, *functional status* and *standard of living* items, which could potentially overlap with the proximal and distal outcomes as discussed earlier. Attention was also given to exclude any culture-specific items, and health services related items, so that the scale could be used in a variety of health care settings.

## 4. Preliminary validation studies

The purpose of the field testing was to explore the feasibility of using the new scale in schizophrenic population and assess its acceptability to patients and clinicians; and also to establish its psychometric properties such as reliability, validity and responsivity, to meet the expectations of methodologists and researchers (Spilker, 1996).

### 4.1. Subjects

The questionnaire was primarily designed for use in people with acute or persistent psychotic disorders, requiring or already receiving antipsychotic drug treatment. The target population included adult patients (18–64 years.) of either sex, with a clinical diagnosis of schizophrenia, schizo-affective disorder (DSM-IV) or psychotic disorders of unspecified nature. The questionnaire was not meant for use with severely ill patients who were uncooperative, agitated, aggressive, or those who were unable to do self appraisals due to severe cognitive impairment or complete lack of insight. It was implied that subjects should be cooperative, able to complete the questionnaire, and were expected to have some awareness of change (or lack of it) in their health status. The paper reports the procedures and results of a series of initial validation studies, conducted in a convenience sample of three distinctive groups of patients specifically sought, to address different psychometric questions. Further details of these sub-groups, their characteristics and the scope of their participation is described below under appropriate sections.

CONFIDENTIAL
AZSER12443894