*L.N.P. Voruganti, A.G. Awad / Schizophrenia Research 56 (2002) 37–46*                                    41

## 4.2. Methods

1. The original 69 item version of the questionnaire was administered to a convenience sample of 252 patients, and the data were analysed to examine internal consistency of the questionnaire, item redundancy and the effect of socio-demographic variables on the test scores.

2. Following a series of standard statistical procedures (described below), a shorter 30 item questionnaire was derived, which was used in all the subsequent validation studies. First, the questionnaire was administered to a large heterogeneous sample ($n = 335$) of schizophrenic patients (both inpatients and outpatients), who varied in terms of their age, sex, marital, educational and occupational status, illness duration, severity of symptoms and treatment. The socio-demographic and clinical characteristics of the sample are presented in Table 1.

   In this study group, administration of the PETiT was followed by clinical interview with a psychiatrist, to make an objective assessment of the patient' clinical status, level of functioning and quality of life. Based on the clinical interview, standardized rating scales were completed to quantify symptom severity (positive and negative syndromes scale or PANSS) (Kay et al., 1987), global functioning (global assessment scale of functioning or GAF) (Endicott et al., 1976) and quality of life (Quality of life scale or QLS) (Heinrichs et al., 1984). In addition, treatment adherence (compliance) history of each subject was collected independently from subjects' themselves and their consented informants (family, relatives, friends, and mental health workers) by a research assistant who was blinded to the PETiT scores.

   The feasibility and acceptability issues were examined through asking each of the subjects to rate their global impressions on a visual analogue scale for *clarity* of the questionnaire, self-rated *accuracy* of the answers, and *cognitive burden* associated with the procedure; and the supervising research assistant's global impression about the *fidelity of the procedure* was also recorded.

3. The shorter 30 item version of the questionnaire

Table 1
Socio-demographic characteristics and clinical profile of the sample ($n = 335$)

| Variables | Frequencies, means and SD |
|---|---|
| **Socio-demographic data** | |
| 1. Age (years) | 35.33 (12.12) |
| 2. Sex | |
| Males | 209 (62.4%) |
| Females | 126 (37.6%) |
| 3. Marital status | |
| Married | 51 (15.2%) |
| Unmarried | 284 (84.8%) |
| 4. Living arrangement | |
| Independent | 180 (53.8%) |
| Family | 80 (23.8%) |
| Group home | 67 (20.0%) |
| Other | 8 (2.4%) |
| 5. Education | |
| Primary | 44 (13.1%) |
| High school | 141 (42.1%) |
| High school completed | 101 (30.2%) |
| College/University | 49 (14.6%) |
| 6. Employment status | |
| Employed | 30 (8.9%) |
| Unemployed | 264 (78.8%) |
| Others (Partial/non-competitive employment) | 41 (12.2%) |
| **Clinical profile** | |
| 1. Age of onset (years) | 22.31 (9.41) |
| 2. Illness duration (years.) | 10.9 (7.01) |
| 3. Total hospitalisations | 4.28 (2.6) |
| 4. Positive and negative Syndromes Scale (PANSS)[a] | 78.09 (15.93) |
| 5. Quality of Life Scale (QLS)[b] | 66.92 (13.89) |
| 6. Global Assessment Scale of Functioning (GAF)[c] | 51.14 (10.84) |

[a] Measure of the severity of illness; scores range between 30 and 210; higher scores indicate greater severity.
[b] Clinician administered scale; scores range between 0 and 126; higher scores indicate superior functioning.
[c] Global index of functioning; scores range between 0 and 90; higher scores indicate superior functioning.

was administered to a convenience sample of clinically stable schizophrenic patients ($n = 71$), on two separate occasions with a 1 week interval in between. Repeated administration was aimed at addressing the test–retest reliability of the questionnaire, and the 1 week interval was chosen in accordance with the clinical needs of this patient population, and also the methodological guidelines derived from literature (Streiner and Norman, 1993).

CONFIDENTIAL
AZSER12443895

42          L.N.P. Voruganti, A.G. Awad / Schizophrenia Research 56 (2002) 37–46

4. The shorter 30 item version of PETiT was also re-administered at 3 monthly intervals, in another convenience sample of 54 schizophrenic patients, who were actively symptomatic and were being initiated on antipsychotic drug therapy. Changes in their symptom severity and functioning were simultaneously recorded with the PANSS, QLS and GAF, to assess the scale's sensitivity to change.

## 5. Data analysis

Both qualitative and quantitative statistical methods were employed to analyse the data. Descriptive data from the focus groups and individual patient interviews were subjected to content analysis using a constant comparative approach (Kerlinger, 1973). Transcripts of the interviews were screened by two researchers independently. Quotes illustrating the themes were identified, sorted into various categories, and predominant themes contributing to subjects' quality of life were noted down. The notes were then compared to resolve any discrepancies and arrive at a consensus. Credibility of the data was established by the conventional criteria of triangulation and saturation (Morse, 1991; Krueger, 1994). *Triangulation* refers to checking the accuracy against one or more sources of information, and *saturation* implies that gathering further information does not provide new insights.

The psychometric properties of PETiT were examined using a number of parametric and non-parametric statistical tests, computed with the aid of the statistical package for social sciences, (SPSS 8.0), as following:

1. Data sets were initially examined for frequency distribution of the items, with a view to eliminate those items with very high or low endorsement rates. The data obtained from the original 69 item questionnaire were subjected to principal components analysis, to examine the factorial structure of the scale, and also to eliminate the redundant items with low Eigen values.
2. The internal consistency of the questionnaire was further examined through calculating item-to-total correlations and deriving Cronbach's alpha coefficient for the entire scale; and split half reliability of the scale was determined through computing Spearman–Brown coefficients and Guttman coefficients for the two equal halves of the scale.
3. Pearson product moment correlations were calculated to measure the association between the mean test and re-test scores, as an index of test–retest reliability of the scale.
4. The concurrent validity of the scale was established through calculating Pearson's correlations between the mean scores obtained from the PETiT, PANSS, GAF and QLS.
5. The mean quarterly scores of the patients group undergoing active treatment were subjected to $t$-test, to identify if there were any significant changes in the mean scores over time, indicative of the scale's ability to sensitively capture the changes in patients' subjective status.
6. Discriminant validity of the scale was derived indirectly through examining the strength of association between the subjects' treatment adherence (compliance) patterns and the total PETiT scores. Treatment adherence was determined on the basis of medication history obtained from subjects, family and pharmacist, and pill counts; and subjects who missed more than 50% of the prescribed doses of medication during a 1 week period preceding the assessment were operationally defined as 'non-compliers' for the purpose of this analysis. Based on the median of the total scores obtained on the PETiT, subjects were classified into two groups (high or low scorers); and the association between the two variables was computed using a $2 \times 2$ table, and calculating the odds ratio.
7. Data obtained with the 30 item PETiT were subjected to confirmatory factor analysis with varimax rotation, (Kaiser, 1958; Cattell, 1966); and the inter-correlations between the identified factors (latent variables) was examined, using Amos 3.51 causal modelling program (Arbuckle, 1995).

## 6. Results

Data pertaining to the feasibility of using the new scale, its acceptability to the consumers, and various psychometric properties are presented under the

CONFIDENTIAL
AZSER12443896

*L.N.P. Voruganti, A.G. Awad / Schizophrenia Research 56 (2002) 37–46*       43

following headings:

1. *Feasibility issues*: The questionnaire was administered to about 350 subjects in total, without any significant difficulties. The original 69 item version of the questionnaire required a mean duration of 16 min (range 8–28 min) for completion, and the shorter 30 item version could be self administered within 2–5 min. Patients with acute and severe psychotic symptoms were unable to participate in the procedure, and common reasons for the failure included poor concentration, agitation, restlessness and irritability.

2. *Acceptability*: On the issues of clarity, accuracy and cognitive burden, majority of the subjects did not perceive any difficulty. The mean scores recorded on the visual analogue scale ($1 =$ least and $10 =$ most) were as follows: clarity 8.2 (SD 1.2), self rated accuracy of responses 8.0 (SD 1.8), and cognitive burden 1.8 (SD 0.9). Subjects' feedback indicated that the questionnaire was easy to understand and complete, and the items were viewed as personally relevant and clinically useful.

3. *Reliability*: Correlations between the total scores and various socio-demographic variables were calculated to examine their potential confounding effects. Results indicated that PETiT scores were not significantly correlated with age ($r = 0.08$), gender ($r = 0.02$), educational level ($r = 0.04$) or marital status ($r = 0.10$, $p = 0.414$). Considering the heterogeneous nature of the sample under study, these results were satisfactory.

Cronbach's alpha coefficient of internal consistency was calculated for the long and short versions of the questionnaire, and the resulted coefficients (0.96 for the 69 item scale and 0.92 for the 30 item version) were found to be satisfactory. All the subsequent analysis were carried out on the shorter 30 item version of the PETiT. Split half measures of reliability were calculated using various standard statistical techniques. The Spearman–Brown coefficient for equal length forms was 0.85, and for the unequal forms was 0.85. The Guttman split half coefficient was 0.85. The correlation between the two forms was 0.74. The alpha coefficient was 0.92 for the first part and 0.90 for the second part. The Pearson' correlation coefficient calculated between the test and the retest scores was 0.97 ($p < 0.0001$),

and the intra-class correlation coefficient was also very high (0.97). The latter is especially important because it considers not only relative but also the absolute score elevations.

4. *Validity*: PETiT scores correlated marginally with the other clinical and quality of life measures employed in this study. Data on the convergent validity indicated the following correlation coefficients: with the positive and negative syndromes (PANSS) scale 0.18, $p < 0.001$; with global assessment scale of functioning (GAF) 0.24, $p < 0.001$; and with the quality of life scale (QLS) 0.21, $p < 0.001$. In the QLS, the correlation coefficient was somewhat higher with the scores on the intrapsychic foundations (0.42, $p < 0.001$) indicating that the items of this particular subscale could be conceptually similar to the PETiT. Confirmatory factor analysis revealed five latent variables, and inter-correlation between the factors was moderately low ($r = 0.23$–0.46), indicating that the five identified factors were relatively distinct with little overlap of their content.

5. *Discriminant validity*: Based on the treatment adherence history, 89 of the 320 subjects were considered as non-compliant; and the distribution of PETiT scores revealed that 102 out of 320 scored below the 50th percentile. PETiT total scores were shown to relate significantly with the treatment adherence patterns of the subjects, as indicated by a statistically significant association between low scores on the PETiT and poor treatment adherence pattern (odds ratio 5.9, chi-square $= 47.5$, $p < 0.0001$). In other words, subjects whose total scoreswere below the median were nearly six times as likely to be non-compliant with their treatment, compared to those who scored high on the PETiT.

6. *Sensitivity to change*: The mean scores obtained by the group of subjects on three different occasions (at baseline, 6 and 12 months) during the course of their treatment were 33.2 (SD 10.4), 38.2 (SD 8.0) and 45.5 (SD 8.5), respectively. The differences between mean scores on these consecutive occasions were subjected to the $t$-test, and were found to be statistically significant (baseline and 6 months, $t = 5.4$, df $= 53$, $p < 0.005$, one tailed; 6 and 12 months, $t = 6.2$, df $= 51$, $p < 0.001$). These data suggest that PETiT scores would be sensitive to change over time.

CONFIDENTIAL
AZSER12443897

## 7. Discussion

Outcome is defined as a result, effect or a product; it is an index of change, within dynamic biological, psychological or social systems. Measuring outcomes has become essential to justify efforts and expenditure in modern health care system. Though the purpose is clear, the process of defining relevant outcomes and refining their measurement has proved to be difficult. Clinicians and researchers in the mental health field have already identified a number of outcome parameters, and developed appropriate measures to quantify them (Rush et al., 2000). Despite the progress, the task of measuring outcomes remains an evolving process; and the development of PETiT represents an attempt to explore the needs and expectations of a specified population and develop a systematic strategy to quantify them.

PETiT was designed with an explicit purpose of monitoring changes, as perceived by individuals, in the context of receiving antipsychotic drug therapy for schizophrenia. It is generally agreed that novel antipsychotic drugs are clearly superior to the conventional medications in terms of their improved tolerability and ability to enhance feelings of subjective well-being, and are recommended as the drugs of choice in the treatment of schizophrenia (Expert consensus guidelines, 1999; Voruganti et al., 2000). New techniques such as the PETiT are required to substantiate these empirical observations, and quantify the benefits of novel antipsychotic drugs.

Besides its applied value, the development of PETiT has also facilitated the formulation and preliminary validation of the concept of intermediate outcomes in the context of antipsychotic drug therapy. Using an ideographic approach to capture the concerns and expectations of patients, and stringent methods of statistical analysis, we were able to successfully define this concept and attempted to measure them in a reliable, valid and sensitive manner. While the factor analytic methods demonstrated the robust nature of the new construct, the lower degree of convergent validity noted with measures of symptom severity (PANSS) and quality of life (QLS and GAF) measures indicated that the new scale was tapping into some hither to under-recognized aspects of the subjective life of individuals affected by schizophrenia. These results are helpful in establishing the subjective dimension as the missing link between antipsychotic drug therapy, and problems with treatment adherence, clinical instability, compromised quality of life, and increased resource utilization (Van Putten et al., 1981; Diamond, 1985; Knapp, 1996; Blyler and Fenton, 1997; Awad et al., 1999).

In conclusion, the preliminary data presented here indicated that we were successful in meeting our original goal of developing a questionnaire that is self administered, user friendly, psychometrically sound and sensitive to the changes associated with treatment over time. The merits and shortcomings of the PETiT will have to be critically examined through further validation studies in other settings, and also from its inclusion in clinical trials and other outcome evaluations. Besides assessing the effectiveness of antipsychotic drugs, the scale could also be potentially useful in evaluating the impact of psychosocial interventions such as psychoeducation, family intervention, cognitive-behavioral therapy, case management programs and assertive community treatment (ACT) in dealing with schizophrenia. The scale could be easily used without formal training by front line mental health professionals, in monitoring the status of ambulatory psychotic populations in routine clinical practice, and also incorporated as a client centred measure in quality assurance packages.

## Acknowledgements

The authors wish to thank a number of clinicians (Drs Burdan, Cortese, Harricharan, Malla, Manchanda, Naidu and Sanjeev) and various community mental health organizations (Archway, Community treatment and Rehabilitation program, Mission services of London, Prevention and Early intervention in Psychosis Program, and the Western Ontario Therapeutic Community Hostel) for facilitating the data collection. Advice from Drs Tom Hogan PhD, Ross Norman PhD, Ronald Heslegrave PhD and Zack Cernovsky PhD in the design and development of the scale is gratefully acknowledged. This was an investigator initiated project financially supported in part, by an unrestricted educational grant from Pfizer Canada.

CONFIDENTIAL
AZSER12443898

## Appendix

A copy of the PETiT scale is appended here for reader' reference. Please contact the authors for additional instructions (free of charge) regarding administration method, scoring, and data interpretation.

PERSONAL EVALUATION OF TRANSITIONS IN TREATMENT (PETiT)©

We are interested in how you have been feeling and doing during the **past ONE week**.

Read each of the following statements. Choose the best answer that indicates your feelings, and circle that option, using the following key:

**Often** if you frequently feel or act in the way described in the sentence,

**Sometimes** if you only feel or act that way occasionally, or

**Never** if you had not felt or acted that way during the past week.

| | |
|---|---|
| 1. My mind is sharp and clear | *Often Sometimes Never* |
| 2. I am worried about what is happening to my health | *Often Sometimes Never* |
| 3. I feel dull and sluggish | *Often Sometimes Never* |
| 4. I believe that people feel comfortable around me | *Often Sometimes Never* |
| 5. I feel too tired to do things that I should do | *Often Sometimes Never* |
| 6. I find it hard to come up with new ideas | *Often Sometimes Never* |
| 7. I am unable to trust people | *Often Sometimes Never* |
| 8. I am satisfied with my life | *Often Sometimes Never* |
| 9. I am able to concentrate on reading or television | *Often Sometimes Never* |
| 10. I am unhappy | *Often Sometimes Never* |
| 11. I have family or friends who really understand me | *Often Sometimes Never* |
| 12. My sex drive is weak | *Often Sometimes Never* |
| 13. I am able to communicate better with people | *Often Sometimes Never* |
| 14. Chores such as cleaning, washing and shopping are too much for me | *Often Sometimes Never* |
| 15. I am able to remember things easily | *Often Sometimes Never* |
| 16. I feel ready to work either as a volunteer or for pay | *Often Sometimes Never* |
| 17. I feel good about myself | *Often Sometimes Never* |
| 18. My future seems gloomy | *Often Sometimes Never* |
| 19. I avoid meeting new people | *Often Sometimes Never* |
| 20. I feel weird and strange | *Often Sometimes Never* |
| 21. I can handle the daily hassles of life | *Often Sometimes Never* |
| 22. I dislike the way I look | *Often Sometimes Never* |
| 23. I am not sleeping well | *Often Sometimes Never* |
| 24. I am able to do things as well as other people | *Often Sometimes Never* |

*Finally, we would like to ask you some questions about your medication. Again, please indicate your response by circling the answer that best shows what you have been feeling and doing.*

| | |
|---|---|
| 25. I forget to take my medication | *Often Sometimes Never* |
| 26. My medication is helping me | *Often Sometimes Never* |
| 27. I dislike my current medication | *Often Sometimes Never* |
| 28. Friends and family believe that my current medication is good for me | *Often Sometimes Never* |
| 29. Taking medication is unpleasant | *Often Sometimes Never* |
| 30. I feel that the good things about taking medication outweigh the bad | *Often Sometimes Never* |

Thank you for your time.

## References

Arbuckle, J.L., 1995. Amos User's Guide. Smallwaters, Chicago.

Awad, A.G., 1993. Subjective response to neuroleptics in schizophrenia. Schizophrenia Bulletin 19, 609–618.

Awad, A.G., Voruganti, L., Heslegrave, R., 1997. A conceptual model of quality of life in schizophrenia: description and preliminary clinical validation. Quality of Life Research 6, 21–26.

Awad, A.G., Mastey, V., McDonald, D., 1999. The link between drug attitudes, compliance and behaviour. Poster presented at the Annual Meeting of the American Psychiatric Association, Washington, DC.

Barry, M.M., Zissi, A., 1997. Quality of life as an outcome measure in evaluating mental health services: a review of the empirical evidence. Social Psychiatry & Psychiatric Epidemiology 32, 38–47.

Blyler, C.R., Fenton, W.S., 1997. Satisfaction with treatment outcome and noncompliance with schizophrenia. Schizophrenia Research 24 (1,2), 205.

Cattell, R.B., 1966. The Scree test for the number of factors. Multivariate Behavioral Research 1, 245–276.

Collins, E., Hogan, T., Desai, H., 1991. Measurement of therapeutic response in schizophrenia: a critical survey. Schizophrenia Research 5, 249–253.

Diamond, R., 1985. Drugs and quality of life: the patient's point of view. Journal of Clinical Psychiatry 46 (5), 29–35.

CONFIDENTIAL
AZSER12443899

Endicott, J., Spitzer, R.L., Fleiss, J.L., Cohen, J., 1976. The Global Assessment Scale: a procedure for measuring overall severity of psychiatric disturbance. Archives of General Psychiatry 33, 766–771.

Expert consensus guidelines on schizophrenia treatment. 1999. Journal of Clinical Psychiatry (Supple. 9), 1–88.

Hamilton, S., Revicki, D.A., Edgell, E.T., Genduso, L.A., Tollefson, G., 1999. Clinical and economic outcomes of olanzepine compared with haloperidol for schizophrenia. Results from a randomized clinical trial. Pharmacoeconomics 15 (5), 469–480.

Heinrichs, D., Hanlon, E., Carpenter, W., 1984. The quality of life scale: an instrument for rating the schizophrenic deficit syndrome. Schizophrenia Bulletin; 10, 388–398.

Hogan, T.P., Awad, A.G., Eastwood, R., 1983. A self report scale predictive of drug compliance in schizophrenics: reliability and discriminant validity. Psychological Medicine 13, 177–183.

Kaiser, H.F., 1958. The varimax criterion for analytic rotation in factor analysis. Psychometrika 34, 187–200.

Kay, S., Fiszbein, A., Opler, L., 1987. The Positive and Negative Syndrome Scale (PANSS) for Schizophrenia. Schizophrenia Bulletin 13, 261.

Kerlinger, F.N., 1973. Foundations of Behavioural Research. Holt, Rinehart and Winston Inc, New York, pp. 582–600.

Knapp, M., 1996. The health economics of schizophrenia treatment. In: Moscarelli, M., Rupp, A., Sartorius, N. (Eds.). Handbook of Mental Health Economics and Health Policy, vol. 1. John Wiley & Sons, pp. 385–398.

Krueger, R.A., 1994. Focus Groups. A Practical Guide for Applied Research. Sage Publications, London.

Lehman, A., 1996. Evaluating outcomes of treatments for persons with psychotic disorders. Journal of Clinical Psychiatry 57(Suppl. 11), 61–67.

Meltzer, H.Y., Burnett, S., Bastani, B., Ramirez, L.F., 1990. Effects of six months of clozapine treatment on the quality of life of chronic schizophrenic patients. Hospital and Community Psychiatry 41 (8), 892–897.

Meltzer, H., 1999. Outcome in schizophrenia: beyond symptom reduction. Journal of Clinical Psychiatry 60(Suppl. 3), 3–7.

Morse, J., 1991. Approaches to qualitative-quantitative methodological triangulation. Nursing Research 40, 120–123.

Rush, A.J., Pincus, H.A., First, M.B., et al., 2000. Handbook of Psychiatric Measures. American Psychiatric Association, Washington, DC.

Spilker B. (Ed.), 1996. Adopting higher standards for quality of life trials. In: Quality of Life and Pharmacoeconomics in Clinical Trials. Lippincott-Raven, Philadelphia, pp. 57–58.

Streiner, D., Norman, G., 1993. Health Measurement Scales: A Practical Guide to their Development and Use. Oxford University Press, 86.

Van Putten, T., May, P.R.A., Marder, S.R., Wittmann, L., 1981. Subjective response to antipsychotic drugs. Archives of General Psychiatry 38, 187–190.

Voruganti, L., Heslegrave, R., Awad, A.G., 1997. Quality of life measurement during antipsychotic drug therapy of schizophrenia. Journal of Psychiatry & Neuroscience 22, 267–274.

Voruganti, L., Cortese, L., Ouyewumi, L., Cernovsky, Z., Zirul, S., Awad, A.G., 2000. Comparative evaluation of conventional and new antipsychotic drugs with reference to their subjective tolerability, side effect profile and impact on quality of life. Schizophrenia Research 43, 135–145.

487

CONFIDENTIAL
AZSER12443900

ARTICLES

# High apolipoprotein B, low apolipoprotein A-I, and improvement in the prediction of fatal myocardial infarction (AMORIS study): a prospective study

Göran Walldius, Ingmar Jungner, Ingar Holme, Are H Aastveit, Werner Kolar, Eugen Steiner

## Summary

**Background** Apolipoprotein B (apoB) and apolipoprotein A-I (apoA-I) are thought to be better predictors of acute myocardial infarction than total cholesterol and LDL-cholesterol. We investigated whether apoB and apoA-I are predictors of risk of fatal myocardial infarction. We also aimed to establish whether apoB and apoA-I add further information about risk of fatal myocardial infarction to that obtained with total cholesterol, triglycerides, and LDL-cholesterol.

**Methods** We recruited 175 553 individuals mainly from screening programmes. We measured concentrations of apoB, apoA-I, total cholesterol, and triglycerides, and calculated apoB/apoA-I ratio and concentrations of LDL-cholesterol and HDL-cholesterol. The relation between death from acute myocardial infarction and initial values for apoB, apoA-I, and the other lipids was examined.

**Findings** Mean follow-up was 66·8 months (SD 41·3) for 98 722 men and 64·4 months (41·4) for 76 831 women. 864 men and 359 women had fatal myocardial infarction. In univariate analyses adjusted for age and in multivariate analyses adjusted for age, total cholesterol, and triglycerides, the values for apoB and apoB/apoA-I ratio were strongly and positively related to increased risk of fatal myocardial infarction in men and in women. ApoA-I was noted to be protective. In multivariate analysis, apoB was a stronger predictor of risk than LDL-cholesterol in both sexes.

**Interpretation** Although LDL-cholesterol and HDL-cholesterol are known risk factors, we suggest that apoB, apoB/apoA-I, and apoA-I should also be regarded as highly predictive in evaluation of cardiac risk. Although increased throughout the range of values of LDL-cholesterol, apoB and apoA-I might be of greatest value in diagnosis and treatment in men and women who have common lipid abnormalities, but have normal or low concentrations of LDL-cholesterol.

*Lancet* 2001; **358**: 2026–33
See Commentary page 2012

**AstraZeneca, Mölndal; and King Gustaf V Research Institute, Karolinska Institute, Stockholm, Sweden** (Prof G Walldius MD); **CALAB Research, St Göran Hospital, Stockholm** (I Jungner PhD, W Kolar, E Steiner PhD); **Center for Preventive Medicine, Ullevål Sykehus, Oslo, Norway** (Prof I Holme PhD); **and Department of Mathematical Sciences, Agricultural University of Norway, Ås** (Prof A H Aastveit PhD)

**Correspondence to:** Prof Göran Walldius, AstraZeneca, S-43183 Mölndal, Sweden
(e-mail: goran.walldius@astrazeneca.com)

## Introduction

Hypercholesterolaemia, high concentrations of LDL-cholesterol in particular, is generally accepted as one of the strongest risk factors for atherosclerotic cardiovascular disease and mortality, at least in individuals under 70 years of age.[1] Hypertriglyceridaemia, although generally associated with low HDL-cholesterol, is recognised as an independent risk factor for atherosclerosis.[2] Results of several studies have suggested that apolipoprotein B (apoB) in atherogenic particles—mainly LDL,[3–5] but also VLDL, intermediate density lipoprotein, and lipoprotein (a)[1,2]— and apolipoprotein A-I (apoA-I) in anti-atherogenic particles, such as HDL types,[6–8] could improve the prediction of risk of coronary artery disease.

Early prospective studies with apolipoproteins yielded mixed results, because methods, procedures, and population-based reference values were not standardised.[9] WHO-International Federation of Clinical Chemistry (IFCC) has standardised reference materials for measurement of concentrations of apoB and apoA-I,[10,11] and population results have subsequently been reported.[12–17] The prospective Quebec Cardiovascular Study[18] showed the importance of apoB in estimation of coronary risk; similar results have also been published.[19,20] Large prospective studies of men and women with standardised techniques are awaited.[1,14,18]

One of us (IJ) has developed automated methods for measurement of apoB and apoA-I, and we have used these methods to screen large populations to improve information about dyslipoproteinaemias. In 1985, we started the AMORIS (Apolipoprotein-related MOrtality RISk) study.[21] The aim of AMORIS is to assess the predictive power of apoB, apoA-I, and the apoB/apoA-I ratio in a large population in which no individual is excluded because of any clinical signs or symptoms of atherosclerotic or any other disease or because of current treatment.

Our objective was therefore to investigate which marker—apoB, apoA-I, or the apoB/apoA-I ratio—had the strongest relation with death from acute myocardial infarction and from sudden death in a certain individual. Furthermore, we looked at whether apoB and apoA-I add predictive information to conventional risk factor analyses of total cholesterol and triglycerides, and whether apoB is equal to or better than LDL-cholesterol for prediction of cardiac risk.

## Participants and methods

### Study population

The AMORIS database includes data obtained from 175 553 Swedish men and women with a mean age of 47·1 years (SD 13·1) and 49·7 years (15·0), respectively. No personal data were included. The original AMORIS population investigated in 1985–89 has been described elsewhere.[21,22] In the present study, we also included data from individuals recruited in 1990–96.

Individuals came mainly from the greater Stockholm area, but some were from other areas of Sweden. They were

488

CONFIDENTIAL
AZSER12443901

either healthy and were referred for clinical laboratory testing as part of a health checkup, or were outpatients referred for laboratory testing. No individuals were inpatients at the time their blood samples were analysed.

The AMORIS database does not contain any information about risk factors such as smoking, hypertension, or diabetes, nor does it contain data for diseases or current treatment. Thus, no individuals were excluded from the database for any possible manifestation of atherosclerotic or any other disease, or because of treatment.

### Procedures

Individuals were generally examined after fasting: about two-thirds had fasted overnight and the remainder had had a light morning meal or their nutritional status was unknown. We calculated LDL-cholesterol and HDL-cholesterol values for 95 857 men and 76 214 women who had triglyceride concentrations below 4·5 mmol/L.

All deaths—including causes of death on death certificates (necropsy or clinical assessment)—were reported by the doctor responsible for the individual and were registered by the Central Bureau of Statistics in Sweden. If someone died suddenly, the diagnosis of acute myocardial infarction was assumed. We used WHO codes for diagnosis of acute myocardial infarction and sudden death: before 1987, codes were 410.00–412.99 and 795.00–795.99, respectively; from 1987, codes were 410.00–412.99 and 795.00–798.20, respectively. Only the primary cause of death was used as the diagnostic criterion. Thus, if a patient dies from a cancer listed as the primary cause of death, but he or she also has had a recent/previous myocardial infarction listed on the death certificate, this patient is not registered as a case in this AMORIS study.

Between 1985 and 1996, we obtained blood samples and analysed them consecutively. We measured concentrations of total cholesterol and triglycerides by enzymatic techniques, and apoB and apoA-I by immunoturbidimetry. These methods were fully automated and have been described in detail.[17,22] All measurements were done with fresh serum, and reagents were always from the same manufacturer. Validation of apolipoprotein data obtained in all years, which were analysed by the same technique, was done in 1997 in collaboration with the Northwest Lipid Research Laboratories, University of Washington, Seattle, WA, USA. Correction factors of 1·059 for apoB and y=0·989x +0·101 for apoA-I were used to ensure that values fulfilled WHO-IFCC international criteria.[17] The total coefficient of variation was below 3% for total cholesterol and below 5% for the other variables. An extensive quality control scheme was used throughout the study. For measurement of apolipoproteins, daily samples from fresh or frozen pools of human sera were used as controls from the beginning of the study. The accuracy of total cholesterol and triglyceride values was checked against standards from the National Institute of Standards and Technology, Gaithersburg, MD, USA, or against analyses done at lipid reference laboratories certified by the US Centers for Disease Control and Prevention. Participants had their first complete profile of apoB, apoA-I, total cholesterol, and triglycerides done simultaneously, and the apoB/apoA-I ratio, LDL-cholesterol, and HDL-cholesterol, were calculated. All analyses were done at CALAB laboratories, Stockholm, Sweden.

Concentration of LDL-cholesterol was calculated by a newly developed formula (panel, A) that was based on concentrations of total cholesterol, triglycerides, and apoA-I in 4448 individuals recruited outside the present AMORIS population;[21] concentration of HDL-cholesterol was derived from formula A (panel, B). Concentrations of HDL-cholesterol were also measured by an automated precipitation method (Boehringer Mannheim GmbH, Mannheim, Germany) in all individuals with triglycerides below 4·5 mmol/L. Concentration of LDL-cholesterol was calculated according to the method of Friedewald and colleagues,[23] excluding individuals with triglycerides greater than 4·5 mmol/L. Four different populations—in which concentrations of lipids, apolipoproteins, and HDL-cholesterol were measured and LDL-cholesterol was calculated according to the Friedewald formula—were used to validate the newly developed formula, as follows: a subset of the AMORIS population (n=3861); individuals investigated after recruitment for AMORIS was completed (5430); a health check-up subset (512); and individuals having health screening (5761). In these four different populations, the correlation between concentration of LDL-cholesterol obtained by the formula based on total cholesterol, triglycerides, and apoA-I, and LDL-cholesterol calculated by Friedewald, was between $r=0.97$ and $r=0.99$. The newly derived formula did not systematically overestimate or underestimate low or high LDL-cholesterol concenhas trations (Bland-Altman plots). Therefore, the LDL-cholesterol concentrations calculated in our study population are valid. Furthermore, the level of correlation between apoB and LDL-cholesterol in our study and the analysed subsets ($r=0.77$–$0.86$) is of the same dimension recorded by the Friedewald formula in recent studies.[3,15,16]

The ethics review board of the Karolinska Institute approved the study, and permits were obtained from Swedish Data Inspection to correlate laboratory results with the Swedish Death Register.

### Statistical analysis

Univariate and multivariate analyses were done in relation to nutritional status. Since analyses always show the same main findings and directions for risk progression, all our results are shown for pooled constituents.

Analyses specific for age and sex were done with descriptive and model-based techniques. We divided lipids and apolipoproteins into quartiles. Relative risks between each of the three higher quartiles versus those in the lowest quartile were calculated and expressed as a risk ratio. Cox's proportional hazard regression was used to estimate age-adjusted relations between lipid and lipoprotein risk factors and fatal myocardial infarction. Relative risks were calculated with one SD change for each variable, thus making them comparable across all risk variables. Relative risks were estimated with 95% CIs.

We investigated apolipoproteins as potential predictors of risk, over and above total cholesterol, triglycerides, and LDL-cholesterol, with continuous measurements in Cox's model for all variables, including age, to use the most information possible. Apolipoproteins were divided into quartiles to show their predictive power independent of lipids and age. The Cox model then contained 15 dummy

---

**Formulae used for calculation of LDL-cholesterol and HDL-cholesterol**

**A**

LDL-C=0·48+0·99TC−0·23TG−1·58apoA-I

**B**

HDL-C=TC−0·45TG−LDL-C

LDL-C=LDL-cholesterol; TC=total cholesterol; TG=triglycerides; apoA-I=apolipoprotein A-I; HDL-C=HDL-cholesterol.

489

CONFIDENTIAL
AZSER12443902

ARTICLES

variables and one comparison cell to account for all 16 combinations of apolipoprotein quartiles over and above total cholesterol, triglycerides, and age. We tested the robustness of the findings for age cohorts by splitting groups into ages below and above 60, 65, and 70 years. The findings were similar for all variables, with stronger relations between lipids and apolipoproteins in the younger than in the older cohorts, irrespective of age divisions. However, our findings are shown for individuals younger than 70 years and aged 70 and older, since this age cutoff is usually used in clinical guidelines.

We used different regression and stepwise regression models. Receiver-operating characteristics (ROC) analyses—including description of the curves and areas under the curves—showed the sensitivity and specificity for different cutoff values of apoB versus LDL-cholesterol. Bland-Altman plots validated the calculation of LDL-cholesterol concentration based on measurements of total cholesterol, triglycerides, and apoA-I, compared with the concentration of LDL-cholesterol calculated with the Friedewald formula.

Because of co-linearity between total cholesterol, LDL-cholesterol, and apoB, these variables could not be entered into one model simultaneously. Therefore, apoA-I was used to calculate LDL-cholesterol, and was thus used indirectly to calculate HDL-cholesterol; we therefore could not directly compare apoA-I and HDL-cholesterol with multivariate techniques to see which of these variables best predicted cardiac risk. Similarly, stepwise regression models did not include LDL-cholesterol and HDL-cholesterol at the same time as apoB and apoA-I, because apoA-I was used to calculate LDL-cholesterol and hence also HDL-cholesterol.

## Results

Follow-up of men and women was for a mean of 66·8 months (SD 41·3) and 64·4 months (41·4), respectively. Table 1 shows concentrations of lipids and apolipoproteins in the whole study population by age decade and sex. The mean concentration of total cholesterol in men and women was closely similar at just under 6·0 mmol/L. The mean concentration of triglycerides differed slightly between men and women. The highest value for both lipids was seen in men aged between 50 and 69 years and in women aged over 60. ApoB values were also related to age, whereas those for apoA-I varied less with age. ApoB/apoA-I ratio was higher in men than in women, for all age groups. In people with triglycerides below 4·5 mmol/L the mean concentrations of LDL-cholesterol and HDL-cholesterol changed in relation to age in a similar way to those for apoB and apoA-I, respectively (table 1). There was no difference in any lipid, lipoprotein, or apolipoprotein variable between individuals recruited to the study in 1985–89 and those who entered in 1990–96 (data not shown). The values of lipid, lipoprotein, and apolipoprotein for individuals who had fasted were compared with those who had not fasted, and they ranged between −6% and +10%, with the lowest value for apoB and the highest value for triglycerides in both sexes in the non-fasting state.

In total, 3915 men and 2461 women died, with more men than women dying from acute myocardial infarction (table 1). The total number of coronary deaths in men and women with concentrations of triglycerides below 4·5 mmol/L, in whom concentrations of LDL-cholesterol and HDL-cholesterol were calculated, was 819 and 341, respectively. Men had a 2·5-fold increase in fatal acute myocardial infarction compared with women, with the largest ratio between the sexes in individuals aged 40–59 years. Mean age of individuals who died after acute myocardial infarction was 62·9 years (SD 10·6) in men and 71·3 (9·6) in women. Death rates for acute myocardial infarction started to rise in men aged 30–39 years, but increased rapidly from age 50 (table 1). The rate tripled in the next decade, and reached nearly 70 per 1000 observation years by age 80. The death rate in women aged 50–59 years was under a quarter than for men, but rose strikingly in the next three decades. Acute myocardial infarction death rates in individuals in the fasted and fed

| | Age group (years) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | All | <20 | 20–29 | 30–39 | 40–49 | 50–59 | 60–69 | 70–79 | ≥80 |
| **Men** | | | | | | | | |
| Total number of individuals | 98 722 | 926 | 8928 | 17 570 | 29 772 | 24 797 | 11 737 | 4252 | 740 |
| Age (years) | 47·1 (13·1) | 17·1 (2·5) | 25·4 (2·7) | 35·1 (2·9) | 44·7 (2·9) | 54·1 (2·9) | 63·4 (2·7) | 73·6 (2·7) | 82·9 (4·6) |
| TC (mmol/L) | 5·90 (1·20) | 4·22 (0·91) | 4·86 (1·04) | 5·62 (1·15) | 6·07 (1·14) | 6·20 (1·12) | 6·15 (1·11) | 5·98 (1·13) | 5·63 (1·11) |
| TG (mmol/L) | 1·64 (1·27) | 1·01 (0·75) | 1·21 (0·93) | 1·55 (1·26) | 1·75 (1·36) | 1·76 (1·32) | 1·67 (1·16) | 1·64 (1·08) | 1·42 (0·93) |
| ApoB (g/L) | 1·31 (0·36) | 0·91 (0·24) | 1·03 (0·30) | 1·23 (0·35) | 1·36 (0·34) | 1·38 (0·34) | 1·38 (0·34) | 1·31 (0·34) | 1·20 (0·33) |
| ApoA-I (g/L) | 1·36 (0·21) | 1·24 (0·19) | 1·32 (0·19) | 1·35 (0·20) | 1·37 (0·21) | 1·38 (0·22) | 1·38 (0·22) | 1·36 (0·22) | 1·36 (0·23) |
| ApoB/apoA-I | 0·99 (0·32) | 0·75 (0·23) | 0·80 (0·28) | 0·94 (0·32) | 1·02 (0·32) | 1·03 (0·31) | 1·02 (0·30) | 0·99 (0·32) | 0·91 (0·28) |
| Number of individuals with TG <4·5 mmol/L | 95 857 | 918 | 8825 | 17 067 | 28 724 | 23 975 | 11 448 | 4169 | 731 |
| LDL-C* (mmol/L) | 3·79 (1·07) | 2·47 (0·79) | 2·93 (0·93) | 3·56 (1·03) | 3·92 (1·03) | 4·04 (1·01) | 4·01 (1·00) | 3·87 (1·00) | 3·59 (0·96) |
| HDL-C† (mmol/L) | 1·41 (0·40) | 1·31 (0·32) | 1·40 (0·35) | 1·39 (0·38) | 1·40 (0·40) | 1·41 (0·41) | 1·43 (0·42) | 1·40 (0·41) | 1·42 (0·42) |
| Number of AMI deaths‡ | 864 | 0 | 2 | 9 | 77 | 230 | 307 | 188 | 51 |
| Proportions (×1000) | 8·8 | .. | 0·2 | 0·5 | 2·6 | 9·3 | 26·2 | 44·2 | 68·9 |
| **Women** | | | | | | | | |
| Total number of individuals | 76 831 | 998 | 7136 | 10 957 | 19 277 | 18 581 | 11 785 | 6265 | 1832 |
| Age (years) | 49·7 (15·0) | 16·9 (2·4) | 25·1 (2·8) | 35·1 (2·9) | 44·7 (2·9) | 54·2 (2·9) | 63·8 (2·8) | 73·9 (2·8) | 83·2 (4·0) |
| TC (mmol/L) | 5·92 (1·27) | 4·60 (0·90) | 4·87 (0·94) | 5·20 (1·00) | 5·66 (1·08) | 6·34 (1·18) | 6·67 (1·19) | 6·61 (1·22) | 6·35 (1·22) |
| TG (mmol/L) | 1·23 (0·86) | 0·98 (0·56) | 0·94 (0·54) | 0·98 (0·65) | 1·11 (0·78) | 1·34 (0·95) | 1·49 (0·94) | 1·56 (0·93) | 1·50 (0·91) |
| ApoB (g/L) | 1·21 (0·36) | 0·94 (0·23) | 0·95 (0·25) | 1·03 (0·28) | 1·14 (0·32) | 1·31 (0·36) | 1·41 (0·37) | 1·38 (0·37) | 1·30 (0·35) |
| ApoA-I (g/L) | 1·51 (0·24) | 1·37 (0·22) | 1·47 (0·23) | 1·47 (0·23) | 1·49 (0·23) | 1·54 (0·24) | 1·55 (0·25) | 1·54 (0·24) | 1·53 (0·25) |
| ApoB/apoA-I | 0·82 (0·29) | 0·70 (0·19) | 0·66 (0·21) | 0·72 (0·24) | 0·79 (0·27) | 0·87 (0·29) | 0·94 (0·30) | 0·92 (0·30) | 0·87 (0·27) |
| Number of individuals with TG <4·5 mmol/L | 76 214 | 995 | 7125 | 10 924 | 19 196 | 18 388 | 11 635 | 6211 | 1805 |
| LDL-C* (mmol/L) | 3·67 (1·15) | 2·63 (0·79) | 2·76 (0·85) | 3·08 (0·92) | 3·46 (1·01) | 4·01 (1·09) | 4·29 (1·11) | 4·24 (1·12) | 4·02 (1·09) |
| HDL-C† (mmol/L) | 1·70 (0·42) | 1·52 (0·35) | 1·69 (0·37) | 1·68 (0·39) | 1·70 (0·40) | 1·73 (0·43) | 1·72 (0·45) | 1·69 (0·44) | 1·68 (0·44) |
| Number of AMI deaths‡ | 359 | 0 | 0 | 0 | 9 | 34 | 94 | 141 | 81 |
| Proportions (×1000) | 4·7 | .. | .. | .. | 1·8 | 8·0 | 16·5 | 34·2 | 44·2 |

TC=total cholesterol; TG=triglycerides; Apo=apolipoprotein; LDL-C=LDL-cholesterol; HDL-C=HDL-cholesterol; AMI=acute myocardial infarction. Data are mean (SD) unless otherwise indicated. *Calculation of LDL-C done with formula based on TC, TG, apoA-I. †HDL-C calculated with Friedewald formula. ‡Includes sudden deaths.

Table 1: **Participants' characteristics**

490

CONFIDENTIAL
AZSER12443903

state were much the same, as were the relative risk data (data not shown).

Risk ratios adjusted for fasting and log transformed for age (Cox's model) were then divided into quartiles of triglycerides, total cholesterol, apoB, apoA-I, apoB/apoA-I, LDL-cholesterol, and HDL-cholesterol for men and women (figure 1, univariate analyses). The risk ratio between individuals in the highest versus lowest quartile for total cholesterol increased more in men than in women, but the reverse was true for triglycerides, with women having a greater increase in risk than men. Risk ratio for apoB increased to about 2·7 in both men and women, and in individuals younger than 70 years it rose to about 3·6. For apoA-I the risk ratio was greatly reduced in all individuals. Risk ratio for LDL-cholesterol increased almost three-fold for men and just under two-fold for women, whereas that for HDL-cholesterol fell to below 0·4 for both men and women. Most changes in risk were significant, and were explained mainly by those in the third and fourth quartiles of the population. The greatest increase in risk was seen for apoB/apoA-I; the risk increased by just under four-fold for men and three-fold for women. In individuals aged less

than 70 years, the corresponding values for apoB/apoA-I were about 4·0 for men and 4·8 for women (data not shown).

In general, the changes in risk were most noticeable in age groups below 70 years (data not shown). However, even after age 70, apoB, apoA-I, and apoB/apoA-I retained significant predictive power by contrast with total cholesterol and triglycerides. The predictive power of LDL-cholesterol and HDL-cholesterol was also weaker in individuals aged above 70 years than in those below 70 years. All risk ratios were closely similar irrespective of nutritional status. Table 2 shows risk ratios for apoB, apoA-I, and apoB/apoA-I used in the same model as total cholesterol and triglycerides in multivariate analysis after adjustment for age. Total cholesterol and triglycerides had significant predictive information when they were included in the model. When apoB was included in the model, it became the strongest determinant of risk for men and women. ApoA-I retained its strong predictive power when included with total cholesterol and triglycerides in men and women. The values for apoB and apoA-I—ie, the apoB/apoA-I ratio—was strongly significant in both sexes



Figure 1: **Relative risk ratios adjusted for fasting and log transformed for age for men and women**
Values are for people with triglycerides <4·5 mmol/L by quartiles (mean values shown). Vertical bars=95% CIs. *p<0·05; †p<0·01; ‡p<0·001; §p<0·0001.

491

2029

CONFIDENTIAL
AZSER12443904

ARTICLES

|  | Men | | Women | |
|---|---|---|---|---|
|  | Risk ratio (95% CI) | p | Risk ratio (95% CI) | p |
| **Model 1** | | | | |
| TC | 1·26 (1·18–1·35) | <0·0001 | 1·17 (1·06–1·30) | 0·0016 |
| TG | 1·10 (1·06–1·15) | <0·0001 | 1·16 (1·13–1·19) | <0·0001 |
| **Model 2** | | | | |
| TC | 0·97 (0·87–1·08) | 0·555 | 0·93 (0·77–1·13) | 0·474 |
| TG | 1·06 (1·01–1·12) | 0·033 | 1·11 (1·07–1·16) | <0·0001 |
| ApoB | 1·43 (1·28–1·60) | <0·0001 | 1·34 (1·10–1·62) | 0·0033 |
| **Model 3** | | | | |
| TC | 1·35 (1·27–1·43) | <0·0001 | 1·19 (1·08–1·32) | 0·0005 |
| TG | 1·03 (0·98–1·08) | 0·201 | 1·20 (1·16–1·24) | <0·0001 |
| ApoA-I | 0·67 (0·62–0·71) | <0·0001 | 0·74 (0·67–0·81) | <0·0001 |
| **Model 4** | | | | |
| TC | 1·14 (1·07–1·21) | <0·0001 | 0·95 (0·84–1·07) | 0·390 |
| TG | 1·02 (0·98–1·07) | 0·353 | 1·15 (1·11–1·18) | <0·0001 |
| ApoB/apoA-I | 1·23 (1·18–1·27) | <0·0001 | 1·38 (1·25–1·52) | <0·0001 |

TC=total cholesterol; TG=triglycerides; Apo=apolipoprotein.

**Table 2: Age-adjusted risk ratios (one SD change) in different model specifications**

when added to total cholesterol and triglycerides for those younger than 70 years and aged 70 and older (figure 2). A stepwise increase in risk ratio was seen, to 4·1 for men below 70 years of age who had highest concentrations of apoB and lowest concentrations of apoA-I, compared with men who had highest apoA-I and lowest apoB concentrations (risk ratio 1·0). For men aged 70 or older, the risk ratio increased to 3·2 for those with highest apoB and lowest apoA-I concentrations. For women, the findings showed a closely similar pattern to that for men in both age cohorts. Thus, increasing apoB and decreasing apoA-I concentrations contribute to an increased risk ratio, irrespective of concentrations of total cholesterol and triglycerides. In different stepwise regression models, apoB, apoA-I, or both, or the ratio apoB/apoA-I, were confirmed as stronger predictors of risk than total cholesterol or triglycerides, with adjustment for age (data not shown).

When apoB was included in a model with LDL-cholesterol, apoB had much higher risk ratios than LDL-cholesterol in both sexes (table 3). The data were strongest for those younger than age 70 in both sexes, but the findings for apoB remained significant in the oldest cohorts (data not shown).

When the data were analysed by ROC techniques, we showed that apoB had higher sensitivity and specificity than LDL-cholesterol as a predicting variable in men and women, irrespective of whether the data were adjusted for age or not (data not shown). Furthermore, ROC curves and areas under the curves were analysed separately for men and women who had LDL-cholesterol values below the median for the population (men, 3·73 mmol/L; women, 3·55 mmol/L). In both sexes, the areas under the curves for apoB were higher than for LDL-cholesterol (p<0·0001), showing higher sensitivity and specificity for



**Figure 2: Relative risk ratios of fatal myocardial infarction by quartiles of apolipoprotein B (ApoB) and apolipoprotein A-I (ApoA-I) in men and women aged less than 70 years and 70 years or older**
Adjusted for age, total cholesterol, and triglycerides by the Cox model. The lowest reference cell was used for those with the lowest ApoB and the highest ApoA-I quartile.

492

CONFIDENTIAL
AZSER12443905

ARTICLES

|  | Men | | Women | |
|---|---|---|---|---|
|  | Risk ratio (95% CI) | p | Risk ratio (95% CI) | p |
| **Model 1** | | | | |
| LDL-C | 1·40 (1·33–1·48) | <0·0001 | 1·24 (1·12–1·37) | <0·0001 |
| **Model 2** | | | | |
| LDL-C | 1·14 (1·01–1·28) | 0·032 | 0·85 (0·69–1·05) | 0·139 |
| ApoB | 1·33 (1·17–1·51) | <0·0001 | 1·53 (1·25–1·88) | <0·0001 |

Table 3: **Age-adjusted risk ratios (one SD change) in models with LDL-cholesterol (LDL-C) with and without apolipoprotein B (ApoB)**

apoB (figure 3). Closely similar findings were obtained if the data were split by the median value of apoB.

A test of interaction between LDL-cholesterol and apoB was done with a Cox's model, with apoB, LDL-cholesterol, apoB×LDL-cholesterol, and age as predictors. The interaction term for men was highly significant (p=0·0005, data not shown), showing that both apoB and LDL-cholesterol add information about risk for fatal acute



Figure 3: **Receiver-operating characteristics curves for LDL-cholesterol (LDL-C) and apolipoprotein B (ApoB) in men and women with LDL-C values below the median for the population**

myocardial infarction. The nature of the interaction is such that apoB is a better predictor of risk than LDL-cholesterol at low LDL-cholesterol or apoB concentrations.

## Discussion

Our results accord with and extend the well known effect of total cholesterol, triglycerides, and LDL-cholesterol on risk of acute myocardial infarction. We also showed the well known anti-atherogenic effects of HDL-cholesterol.

Our main finding was that apoB, apoA-I, and the ratio of apoB/apoA-I are important risk factors for fatal myocardial infarction. This result considerably extends previous work suggesting that apolipoproteins play a significant part as risk factors.[5,8,18-20] Furthermore, after adjustment for age, total cholesterol, and triglycerides, the values for apoB and apoA-I add power to predict fatal myocardial infarction. The results are valid not only for men and women aged under 70 years but also for those 70 or older. Although total cholesterol loses its predictive power in people 70 years and older, apoB, apoA-I, and apoB/apoA-I remain important risk predictors in old people.

Another of our major aims was to assess whether apoB and apoA-I were as good as or better than LDL-cholesterol in prediction of fatal myocardial infarction. In AMORIS, LDL-cholesterol was calculated by a formula including total cholesterol, triglycerides, and apoA-I and was validated against LDL-cholesterol calculated by the Friedewald formula. In four different datasets, three of them external to AMORIS, consisting of more than 15 000 people, the correlation coefficients between LDL-cholesterol—obtained by the currently used formula based on total cholesterol, triglycerides, and apoA-I—and calculated LDL-cholesterol, according to Friedewald, were very high (r=0·97–0·99). The new method did not systematically overestimate or underestimate low or high LDL-cholesterol values (Bland-Altman plots). Therefore, we argue that the LDL-cholesterol calculated for the AMORIS population is as valid as when the Friedewald formula is used—ie, in individuals with triglycerides below 4·5 mmol/L. Furthermore, the level of correlation between apoB and calculated LDL-cholesterol in the AMORIS population (men, r=0·85; women, r=0·86) and the analysed subsets (r=0·77–0·86 for both sexes) is of the same magnitude as that with the Friedewald formula used in other studies.[5,15,16]

ApoB and apoA-I have been proposed[21-25] and debated[9] as risk factors for coronary heart disease. Although findings of some studies have not shown that apoB is a better risk predictor than LDL-cholesterol,[9] others have indicated that it is.[3,5] Our results show that increasing concentrations of apoB and LDL-cholesterol are related to a greater risk of fatal myocardial infarction, whereas HDL-cholesterol and apoA-I are both negatively related to risk. The numerically steepest increase in risk was obtained for the ratio apoB/apoA-I, which increased about 3·8-fold in men, when the risk for those in the highest quartiles was compared with those in the lowest quartiles.

By use of different multivariate analyses, apoB proved to be more highly significant than LDL-cholesterol, and added predictive power to that of LDL-cholesterol for prediction of risk of fatal myocardial infarction. An explanation as to why apoB is a stronger predictor than LDL-cholesterol might be that there are methodological errors in calculation of LDL-cholesterol in our study. However, any errors should be minor since there was a high correlation between LDL-cholesterol concentrations obtained by our formula and those derived by the Friedewald formula. The errors of these formulae are based on measurement of the three variables, each of

493

CONFIDENTIAL

AZSER12443906

which carries an error. This compound error is an inherent drawback to such studies, including those in which the Friedewald formula is used.

However, there is one other physiological and pathophysiological reason why apoB is a stronger predictor of risk than LDL-cholesterol in our study: apoB is present not only in LDL but also in VLDL,[27] intermediate density lipoprotein, and lipoprotein (a).[1,2] Therefore, the sum of all apoB concentrations in all atherogenic particles might be a better risk marker than total cholesterol[4,5,21,27] and LDL-cholesterol only.[9, 24-26]

Another major finding of our study, which supports the importance of apoB in prediction of risk of fatal myocardial infarction, is that, in individuals with concentrations of LDL-cholesterol below the median, apoB was a better predictor of risk than LDL-cholesterol (ROC analysis). Thus, in about half the population with normal to low concentrations of LDL-cholesterol, apoB can be used to indicate risk of fatal myocardial infarction. This finding is of great clinical significance, and underscores that LDL-cholesterol, or some of its components, might not indicate increased risk of fatal myocardial infarction. Thus, the risk is higher in individuals who have increased numbers of small dense LDL particles[28] and a high concentration of apoB (which often occurs in VLDL),[27] than in those with high concentrations of LDL-cholesterol and low apoB.[28] Therefore, apoB, apoA-I, or apoB/apoA-I might be able to predict more individuals at risk of fatal myocardial infarction, irrespective of whether their atherogenic particles are in LDL. Additionally, these indices might be predictive in those with insulin resistance or diabetes, in whom atherogenicity is mainly seen in those with abnormal VLDL, intermediate density lipoprotein, small dense LDL, and HDL particles.[29] Similarly, many patients with non-fatal myocardial infarction have almost normal lipids and lipoproteins, but could have abnormal apoB and apoA-I patterns, suggesting high risk of fatal myocardial infarction.

We believe that our findings are robust because of the large number of individuals studied and the number of fatal cases registered, and because apolipoproteins were measured in mostly healthy people and then linked to future risk of fatal myocardial infarction. Although there is little knowledge about clinical characteristics, presence of risk factors, or confounding effects of possible ongoing treatments, our results have been generated from a very broad, consecutively referred population, in which no individual was excluded for any reason. Therefore, the conclusions may be comprehensive and truly representative of a very large population. This study population from Sweden has somewhat higher total cholesterol and apoB concentrations than other international populations, such as the Framingham and the NHANES III populations, whereas the mean concentration of triglycerides is about the same.[17]

An additional strength of AMORIS is that the laboratory analyses were always done with fresh serum samples. Furthermore, the same methods, reagents, and calibration technique were used, so that data could be recalculated and compared with WHO-IFCC reference apolipoprotein materials.[17]

Possible bias in the referral of individuals was probably small. However, there might have been a tendency to refer more individuals with high lipids, since doctors know that CALAB also measures apoB and apoA-I to assist in diagnosis of lipid abnormalities. Compared with a closely similar population also investigated by CALAB (n=395 283), but without the inclusion of apoB and apoA-I determinations, the AMORIS population had total

cholesterol concentrations about 0·2–0·3 mmol/L and triglyceride concentrations 0·1–0·2 mmol/L higher than the CALAB population. Compared with four other populations investigated with standardised apolipoprotein measurements, the AMORIS population had almost identical concentrations of apoA-I, but higher total cholesterol and higher apoB concentrations.[1,2]

We believe that the ratio of apoB/apoA-I, as has been shown,[7,8] should be regarded as a strong indicator of risk, since it accurately—by direct measurements of apoB and apoA-I—shows the ratio of the number of apoB atherogenic particles over the number of apoA-I anti-atherogenic particles. Thus, particle numbers and their ratio might be a more important factor than the amount of lipids carried per particle. This ratio seems to be the strongest risk predictor of fatal myocardial infarction in both sexes and over the whole age range in the AMORIS study. Therefore, apoB and apoA-I should be regarded as valuable risk markers in updates of guidelines, beyond the newly published NCEP ATPIII guidelines,[16] for diagnosis and treatment for coronary heart disease risk related to abnormal lipid metabolism. ApoB and apoA-I have also proved to be stronger markers of treatment effect than LDL-cholesterol in clinical trials in which statins[27,31-33] or gemfibrozil[34] were used.

The Friedewald formula lacks a high level of precision and accuracy, and new homogeneous HDL-cholesterol and LDL-cholesterol methods have not yet been standardised or proven to be sufficiently precise and accurate to replace the Friedewald calculation.[35] Thus, there are methodological advantages with apolipoprotein measurements, suggesting that they are suitable as routine tests.[24-26] The measurements are internationally standardised, easily automated, accurate, and precise, neither difficult nor expensive to do, and can be used for all lipoprotein abnormalities. Fasting samples are not necessary.

We realise that LDL-cholesterol and HDL-cholesterol are the recommended lipid variables in international guidelines for treatment, on the basis of evidence obtained over many years from epidemiological and trial data. However, new information shows the importance of apoB and apoA-I as risk predictors, which may be of great value for an individual. Therefore, we suggest that prediction of future cardiac death could be improved by measurement of apoB, apoA-I, and the apoB/apoA-I ratio. These measurements could show which individuals are at the highest or lowest risk of fatal myocardial infarction at all lipid concentrations, and could therefore be useful in clinical practice in assessment of risk and decisions about lipid-lowering treatment. ApoB and apoA-I could be of greatest value for diagnosis and treatment in individuals who have common lipid abnormalities, but have normal or low LDL cholesterol concentrations. We hope that new guidelines will consider the value of apoB and apoA-I in future clinical practice.

Contributors
G Walldius designed the study and wrote the report. I Jungner developed automated laboratory analyses and devised the formula to calculate LDL-cholesterol. W Kolar was the quality and information technology manager and supervised laboratory work. I Holme and A Aastveit designed and did the statistical analyses. E Steiner coordinated and handled data.

Acknowledgments
I Jungner was the medical director and co-founder of, and E Steiner was the managing director of, CALAB laboratories. This study was supported by grants from the Gunnar and Ingmar Jungner Foundation for Laboratory Medicine, Stockholm; Bure Hälsa & Sjukvård Ltd, Stockholm; and AstraZeneca, Mölndal, Sweden.

494

CONFIDENTIAL
AZSER12443907

ARTICLES

## References

1 Wood D, De Backer G, Faergeman O, Graham I, Mancia G, Pyorala K. Prevention of coronary heart disease in clinical practice: recommendations of the Second Joint Task Force of European and other Societies on Coronary Prevention. *Eur Heart J* 1998; **19:** 1434–503.

2 Gotto AM Jr, Assmann G, Carmena R, et al, eds. The ILIB lipid handbook for clinical practice: blood lipids and coronary heart disease, 2nd edn. New York: International Lipid Information Bureau, 2000.

3 Schaefer EJ, Lamon-Flava S, Cohn SD, et al. Effects of age, gender, and menopausal status on plasma low density lipoprotein cholesterol and apolipoprotein B levels in the Framingham Offspring Study. *J Lipid Res* 1994; **5:** 779–92.

4 Graziani MS, Zanolla L, Righetti G, Marchetti C, Mocarelli P, Marcovina SM. Plasma apolipoproteins A-I and B in survivors of myocardial infarction and in a control group. *Clin Chem* 1998; **44:** 134–40.

5 Westerveld HT, Roeters van Lennep JE, Roeters van Lennep HWO, et al. Apolipoprotein B and coronary artery disease in women: a cross-sectional study in women undergoing their first coronary angiography. *Arterioscler Thromb Vasc Biol* 1998; **18:** 1101–07.

6 O'Brien T, Nguyen TT, Hallaway BJ, et al. The role of lipoprotein A-I and lipoprotein A-I/A-II in predicting coronary artery disease. *Arterioscler Thromb Vasc Biol* 1995; **15:** 228–31.

7 Garfagnini A, Devoto G, Rosselli P, Boggiano P, Venturini M. Relationship between HDL-cholesterol and apolipoprotein A-I and the severity of coronary artery disease. *Eur Heart J* 1995; **16:** 465–70.

8 Francis MC, Frohlich JJ. Coronary artery disease in patients at low risk: apolipoprotein AI as an independent risk factor. *Atherosclerosis* 2001; **155:** 165–70.

9 Rader DJ, Hoeg JM, Brewer HB Jr. Quantitation of plasma apolipoproteins in the primary and secondary prevention of coronary artery disease. *Ann Intern Med* 1994; **120:** 1012–25.

10 Marcovina SM, Albers JJ, Henderson LO, Hannon WH. International Federation of Clinical Chemistry standardization project for measurements of apolipoproteins A-I and B. III. Comparability of apolipoprotein A-I values by use of international reference material. *Clin Chem* 1993; **39:** 773–81.

11 Marcovina SM, Albers JJ, Kennedy H, Mei JV, Henderson LO, Hannon WH. International Federation of Clinical Chemistry standardization project for measurements of apolipoproteins A-I and B. IV. Comparability of apolipoprotein B values by use of international reference material. *Clin Chem* 1994; **40:** 586–92.

12 Leino A, Impivaara O, Kaitsaari M, Järvisalo J. Serum concentrations of apolipoprotein A-I, apolipoprotein B, and lipoprotein (a) in a population sample. *Clin Chem* 1995; **41:** 1633–36.

13 Contois JH, McNamara JR, Lammi-Keefe CJ, Wilson PWF, Massov T, Schaefer EJ. Reference intervals for plasma apolipoprotein A-I determined with a standardized commercial immunoturbidimetric assay: results from the Framingham Offspring Study. *Clin Chem* 1996; **42:** 507–14.

14 Contois JH, McNamara JR, Lammi-Keefe CJ, Wilson PWF, Massov T, Schaefer EJ. Reference intervals for plasma apolipoprotein B determined with a standardized commercial immunoturbidimetric assay: results from the Framingham Offspring Study. *Clin Chem* 1996; **42:** 515–23.

15 Bachorik PS, Lovejoy KL, Carroll MD, Johnson CL. Apolipoprotein B and A-I distributions in the United States, 1988–1991: results of the National Health and Nutrition Examination Survey III (NHANES III). *Clin Chem* 1997; **43:** 2364–78.

16 Connelly PW, Poapst M, Davignon J, et al. Reference values of plasma apolipoproteins A-I and B, and association with nonlipid risk factors in the populations of two Canadian provinces: Québec and Saskatchewan. *Can J Cardiol* 1999; **15:** 409–18.

17 Jungner I, Marcovina SM, Walldius G, Holme I, Kolar W, Steiner E. Apolipoprotein B and A-I values in 147 576 Swedish males and females, standardized according to the World Health Organization: International Federation of Clinical Chemistry First International Reference Materials. *Clin Chem* 1998; **44:** 1641–49.

18 Lamarche B, Moorjani S, Lupien PJ, et al. Apolipoprotein A-I and B levels and the risk of ischemic heart disease during a five-year follow-up of men in the Québec cardiovascular study. *Circulation* 1996; **94:** 273–78.

19 Moss AJ, Goldstein RE, Marder VJ, et al. Thrombogenic factors and recurrent coronary events. *Circulation* 1999; **99:** 2517–22.

20 Mykkänen L, Kuusisto J, Haffner SM, Laakso M, Austin MA. LDL size and risk of coronary heart disease in elderly men and women. *Arterioscler Thromb Vasc Biol* 1999; **19:** 2742–48.

21 Walldius G, Jungner I, Kolar W, Holme I, Steiner E. High cholesterol and triglyceride values in Swedish males and females: increased risk of fatal myocardial infarction: first report from the AMORIS (Apolipoprotein-related MORtality RISk) Study. *Blood Press* 1992; **1** (suppl 4): 35–42.

22 Jungner I, Walldius G, Holme I, Kolar W, Steiner E. Apolipoprotein B and A-I in relation to serum cholesterol and triglycerides in 43 000 Swedish males and females. *Int J Clin Lab* 1992; **21:** 247–55.

23 Friedewald WT, Levy RI, Fredickson DS. Estimation of the concentration of low-density lipoprotein cholesterol in plasma, without use of the preparative ultracentrifuge. *Clin Chem* 1972; **18:** 499–502.

24 Sniderman AD, Cianflone K. Measurement of apolipoproteins: time to improve the diagnosis and treatment of the atherogenic dyslipoproteinemias. *Clin Chem* 1996; **42:** 489–91.

25 Sniderman AD. Counterpoint: to (measure apo) B or not to (measure apo) B: a critique of modern medical decision-making. *Clin Chem* 1997; **43:** 1310–14.

26 Sniderman AD, Bergeron J, Frohlich J. Apolipoprotein B versus lipoprotein lipids: vital lessons from the AFCAPS/TexCAPS trial. *CMAJ* 2001; **164:** 44–47.

27 Sacks FM, Alaupovic P, Moye LA, et al. VLDL, apolipoproteins B, CIII, and E, and risk of recurrent coronary events in the Cholesterol and Recurrent Events (CARE) trial. *Circulation* 2000; **102:** 1886–92.

28 Lamarche B, Tchernof A, Moorjani S, et al. Small, dense low-density lipoprotein particles as a predictor of the risk of ischemic heart disease in men: prospective results from the Québec Cardiovascular Study. *Circulation* 1997; **95:** 69–75.

29 Krauss RM. Atherogenicity of triglyceride-rich lipoproteins. *Am J Cardiol* 1998; **81:** 13B–17B.

30 Anon. Executive summary of the third report of the National Cholesterol Education Program (NCEP) Expert Panel on Detection, Evaluation, and Treatment of High Blood Cholesterol in Adults (Adult Treatment Panel III). *JAMA* 2001; **285:** 2486–97.

31 Pedersen TR, Olsson AG, Faegerman O, et al. Lipoprotein changes and reduction in the incidence of major coronary heart disease events in the Scandinavian Simvastatin Survival Study (4S). *Circulation* 1998; **97:** 1453–60.

32 Gotto AM Jr, Whitney E, Stein EA, et al. Relation between baseline and on-treatment lipid parameters and first fatal major coronary events in the Air Force/Texas Coronary Atherosclerosis Prevention Study (AFCAPS/TexCAPS). *Circulation* 2000; **101:** 477–84.

33 Roeters van Lennep JE, Westerveld HT, Roeters van Lennep HWO, Zwinderman AH, Erkelens DW, van der Wall EE. Apolipoprotein concentrations during treatment and recurrent coronary artery disease events. *Arterioscler Thromb Vasc Biol* 2000; **20:** 2408–13.

34 Crouse JR III. Furberg CD. Treatment of dyslipidemia: room for improvement? *Arterioscler Thromb Vasc Biol* 2000; **20:** 2333–35.

35 Warnick GR. Measurement of cholesterol and other lipoprotein constituents in the clinical laboratory. *Clin Chem Lab Med* 2000; **48:** 287–300.

495

CONFIDENTIAL
AZSER12443908

VOL. 20, NO. 2, 1994

# Rating of Medication Influences (ROMI) Scale in Schizophrenia

297

by Peter Weiden, Bruce Rapkin, Tasha Mott, Annette Zygmunt, Dodi Goldman, Marcela Horvitz-Lennon, and Allen Frances

## Abstract

Noncompliance with neuroleptic treatment is a major barrier to delivery of effective treatment for schizophrenia outpatients. This article describes the development of a standardized measure for the assessment of attitudinal and behavioral factors influencing patient compliance with neuroleptic treatment. The Rating of Medication Influences (ROMI) scale was developed as part of a longitudinal study of neuroleptic noncompliance in schizophrenia and administered to 115 discharged schizophrenia outpatients. Analyses of the following were conducted to assess the scale's psychometric properties: (1) interrater reliability, (2) internal consistency, (3) principal components, (4) correlation with other subjective measures, and (5) correlation with independent family reports. Most (95%) of the ROMI patient-report items were reliable, whereas rater-judgment items were not reliable. The rater section was dropped. A principal components analysis of the reliable patient-report items yielded three subscales related to compliance (Prevention, Influence of Others, and Medication Affinity) and five subscales related to noncompliance (Denial/ Dysphoria, Logistical Problems, Rejection of Label, Family Influence, and Negative Therapeutic Alliance). There were significant correlations between these subscales, and independently obtained family-report ROMI items were significant. The Denial/ Dysphoria subscale correlated strongly with two other published measures of dysphoric response to neuroleptics, whereas the other noncompliance subscales did not. The ROMI is a reliable and valid instrument that can be used to assess the patient's subjective reasons for medication compliance and noncompliance. The subscale findings suggest that the ROMI provides a more comprehensive data base for patient-reported compliance attitudes than the other available subjective measures. Indications for use of the ROMI and other subjective measures of neuroleptic response are reviewed.
*Schizophrenia Bulletin*, 20(2): 297–310, 1994.

Noncompliance with maintenance neuroleptic treatment is a major barrier to the effective treatment of schizophrenic disorders. We (Weiden et al. 1991) and others (Serban and Thomas 1974) have found noncompliance rates for discharged schizophrenia patients to be at least 50 percent after 1 year and 75 percent at 2 years. Despite the public health and economic implications of neuroleptic noncompliance, there has been very little systematic research on the causes and predictors of this behavior in schizophrenia. Perhaps one reason for the paucity of research is the difficulty of measuring compliance and compliance-related attitudes. Approaches to measuring compliance include quantitative assessment, standard risk-factor assessment, and subjective risk-factor assessment.

Reprint requests should be sent to Dr. P. Weiden, Schizophrenia Program, St. Luke's/Roosevelt Hospital Center, Dept. of Psychiatry, Tower 8, 428 West 59th St., New York, NY 10019.

CONFIDENTIAL
AZSER12443909

298

The primary goal of a quantitative assessment is to measure the amount of medication actually taken versus the amount prescribed. Quantitative assessments that have been used for neuroleptics include urine assays (Wilson and Enoch 1967), pill counts, clinician reports, and tracking devices. Unfortunately, the quantitative approach has two major drawbacks. The first problem is accuracy. Limitations of quantitative measures have been documented in general reviews of noncompliance (Weintraub et al. 1973; Dunbar 1981). In particular, exclusive reliance on quantitative measures with schizophrenia patients, who often lead chaotic lives, is problematic. The second major problem with the quantitative approach is that it measures only actual compliance behavior. It does not elucidate the underlying motivations and attitudes associated with compliance behavior, which are important to the management of noncompliance. It is important to recognize that a patient's attitude toward medication can be completely different from his or her actual medication-taking behavior.

Some risk factors for neuroleptic noncompliance can be assessed with a standard psychiatric evaluation. Examples of such risk factors include complexity of the treatment regimen, continuity of care, level of supervision, and living situation (Willcox et al. 1965). In addition, risk factors for noncompliance can be determined by a standard mental status examination. Features of the mental status associated with noncompliance include cognitive disorganization, hostility (Marder et al. 1983), "psychoticism" (McEvoy et al. 1984), paranoia, and grandiosity (Van Putten et al. 1976).

Many of the risk factors for noncompliance are associated with less tangible, and more subjective, perceptions and attitudes. Examples include lack of insight (Lin et al. 1979), denial of illness (McEvoy et al. 1989), stigma (Terkelsen 1985), family belief in medication (Costell et al. 1981), perceived quality of the doctor-patient relationship (Davis 1976), perceived benefit from medication (Kelly et al. 1987), and perceived distress from side effects (Weiden et al. 1989). Despite inherent methodologic difficulties, it seems necessary to evaluate the subjective experience of the schizophrenia patient in order to understand compliance behavior and develop strategies to prevent noncompliance.

We developed the Rating of Medication Influences (ROMI; see Appendix I) for the assessment of perceived influences on compliance with maintenance neuroleptic treatment. We were particularly interested in covering a broad base of patient concerns regarding maintenance neuroleptics.

## Methods

**Item Set Development.** A review of the noncompliance literature concerning medical and psychiatric patients (Becker and Maiman 1975; Blackwell 1976; Sackett and Haynes 1976) revealed seven compliance domains applicable to maintenance treatment of chronic diseases. Each domain was reviewed in a group discussion format, and specific interview items applicable to neuroleptic compliance in outpatient schizophrenia were developed for each of the seven domains (table 1). The interview was designed to be over-inclusive (e.g., many different factors could be simultaneously identified as affecting compliance behavior). We began testing these items with patients whose attitudes toward medication and compliance behavior were well known to us. Thus, we could easily identify discrepancies between the patient's responses to the ROMI and what we believed the patient meant to say. These early drafts of the ROMI were then modified to elicit more accurate responses. The common theme of the modifications was to simplify the measure to compensate for the interview limitations characteristic of many schizophrenia patients (e.g., concrete thinking, ambivalence). The initial draft of the ROMI was divided into three sections: (1) Patient-Reported Reasons for Compliance (items 1–7), (2) Patient-Reported Reasons for Noncompliance (items 8–21), (3) Rater Judgment of Reasons for Compliance and Noncompliance (items 22–32).

**Sample Characteristics.** The ROMI was field-tested in a prospective noncompliance study using a multiple-source (i.e., patient, family, clinician) data-gathering approach. It was administered in three settings, each serving a different patient population. The sites were (1) the Payne Whitney Clinic/New York Hospital, which serves a middle-class population with a high proportion of first-episode schizophrenia; (2) Hillside Hospital/Long Island Jewish Medical Center, which serves a lower middle-class suburban population with predominantly chronic schizophrenia; and (3) St. Luke's/Roosevelt Hospital Center, which serves a predominantly indigent and minority inner-city population. Subjects were quite ill on admis-

CONFIDENTIAL
AZSER12443910

VOL. 20, NO. 2, 1994

299

## Table 1. Compliance domains relevant to schizophrenia

| General compliance domains[1] | Issues relevant to schizophrenia |
|---|---|
| Disease features | Positive symptoms |
| | Negative symptoms |
| | Denial (pathologic) |
| Treatment system features | Presence or absence of structure |
| | Physician's or therapist's belief in medication |
| | Perceived pressure/force |
| Therapeutic regimen features | Cost |
| | Side effects |
| | Perceived daily benefit |
| | Access to treatment |
| Patient-therapist interactions | Perceived relationship with physician |
| | Perceived relationship with therapist |
| Patient characteristics | Fear of relapse |
| | Fear of rehospitalization |
| | Perceived recovery |
| | Substance use |
| Psychosocial factors | Family's attitude toward neuroleptic |
| | Perceived pressure/force from family |
| Psychological factors | Stigma/embarrassment |

[1] Adapted with permission from Sackett and Haynes (1976) *Compliance in Health Care, Categorical Studies of Factors Studied.*

sion, receiving an average illness severity score of 4.8 on the Clinical Global Improvement Scale (Guy 1976) (between "markedly" and "severely" ill) and having a mean length of illness of 5.7 years. Subjects were relatively young (mean age 30.2 years) and 63 percent were male. Racial background was mixed (54% white, 34% black, 12% Hispanic). Preliminary data on quantitative noncompliance rates for 107 subjects show noncompliance rates of 23 percent at 1 month, 42 percent at 6 months, and 46 percent at 12 months (Zygmunt et al. 1992). Patients were evaluated and recruited during hospitalization. After each patient's discharge, research staff members contacted and interviewed the patient, family, and clinician to obtain information about compliance

and factors that influence compliance. Patient and family versions of the ROMI were administered as part of this battery. This report focuses on the characteristics of the patient version of the ROMI; the family version is used as a validating measure.

**Interrater Reliability.** A research team consisting of five raters conducted interrater reliability sessions with a subsample of 25 study subjects. In these sessions, one rater interviewed the subject while the remaining raters each completed a ROMI assessment. Interrater reliability was calculated by computing a kappa coefficient for each possible pairing of the five raters. Kappa coefficients were computed to assess the degree of agreement or disagreement between raters on

the ROMI item set. We set the cutoff kappa (post hoc) to be > 0.60 for an item to be retained in the final version of the ROMI. All items receiving marginal or inadequate kappas were subsequently removed from the scale and were not included in further analyses. Therefore, the current version of the ROMI instrument contains a total of 20 items, separated into two parts: patient-reported compliance (items 1–7) and patient-reported noncompliance (items 8–20).

**Validity.** Validity of the ROMI was obtained by evaluating its intrinsic psychometric properties, correlations with other subjective neuroleptic scales, and correlations with independent sources of information.

*Internal consistency analysis.* We designed the ROMI to be multidimensional. To ensure that it was not a single, unidimensional scale, we computed internal consistency reliabilities (Cronbach's alpha). A high alpha score would suggest that the ROMI is a global measure of compliance attitude; a moderate to low alpha would suggest that the ROMI measures several specific and distinct reported reasons for and against neuroleptic treatment.

*Principal components analysis (PCA).* To determine the valence of items (e.g., the relation between ROMI items), we divided the ROMI into two parts: the Reasons for Compliance section (items 1–7) and the Reasons for Noncompliance section (items 8–20). PCAs were conducted on 54 consecutive admission ROMIs (separate analyses were conducted for the compliance and noncompliance sections) to summarize correlations

CONFIDENTIAL
AZSER12443911

among ROMI items and to identify subdimensions. The admission ROMI covered the month before the index admission. The PCA was chosen to provide an empirical basis for reducing individual ROMI items into composite scales. The ROMI PCA subscales were obtained (and named) before conducting the next two validity analyses, which used subsequent ROMI interviews done with the same subjects 1 month after discharge from the index hospitalization. The ratio of subjects to the number of subscales did not exceed 5:1.

**Correlations with other measures.** Composite scores were calculated for part I and part II of the ROMI. These scores were then correlated with the global scores of other simultaneous subjective neuroleptic measures: the Drug Attitude Inventory (DAI; Hogan et al. 1983) and the Van Putten and May Neuroleptic Dysphoria scale (ND; Van Putten and May 1978). The DAI and the ND have been psychometrically tested and have been shown to be highly correlated with each other (Hogan and Awad 1992).

**Independent family assessment.** The ROMI PCA subscales were correlated with independently obtained family versions of the ROMI (individual items). The external validator was the family member most familiar with the patient's attitudes toward medication; this person was asked for his or her "best estimate" of the factors that influenced the subject with regard to compliance. The items on the family version of the ROMI correspond directly to those on the patient version. PCA subscales from 32 ROMI patient interviews were compared with 32 corresponding family ROMI interviews.

**User Friendliness.** To ensure standardized administration, we developed a training manual to accompanying the ROMI. We then conducted field trials with the ROMI to determine whether it would be useful to mental health workers who were not involved in the systematic assessment of neuroleptic noncompliance. Four practitioners (one psychiatrist, two psychiatric residents, one psychologist) read the training manual and, with no further instruction, each conducted three ROMI interviews. These 12 interviews were observed by members of our staff. Revisions were made in the ROMI on the basis of the observed interviews and participant feedback.

## Results

**Interrater Reliability.** The results of our calculations show that our reliability for items assessing patient's reported compliance and noncompliance is good (tables 2 and 3). All of the patient-reported compliance items (1–7) obtained adequate (0.60–1.0) coefficient scores. Thirteen of 14 patient-

reported noncompliance items (8–21) obtained adequate coefficient scores. In contrast, all rater judgment items had unacceptable interrater reliability scores (table 4). As mentioned above, all items receiving marginal or inadequate reliability scores were subsequently removed from the scale and were not included in further analyses or in the current ROMI.

**Validity Analysis.** We obtained the following results from the validity analysis of the ROMI measure.

**Internal consistency.** Using Cronbach's alpha, we found that the full set of items had only moderate interitem homogeneity (reasons for compliance at admission, alpha = 0.57; reasons for compliance at 1 month after discharge, alpha = 0.41; reasons for noncompliance at admission, alpha = 0.55; reasons for noncompliance 1 month after discharge, alpha = 0.54). These findings suggest that both sets of ROMI items are multidimensional.

**Principal components analysis.** The results of the PCA yielded

**Table 2. Interrater reliability for ROMI self-report compliance-related items**

| ROMI item (part 1) | Kappa | Acceptability |
|---|---|---|
| Perceived benefit | 0.76 | Adequate |
| Positive relationship with clinician | 0.78 | Adequate |
| Positive relationship with therapist | 1.00 | Adequate |
| Positive family belief | 0.75 | Adequate |
| Relapse prevention | 0.80 | Adequate |
| Pressure/force | 0.93 | Adequate |
| Fear of rehospitalization | 1.00 | Adequate |

*Note.*—ROMI = Rating of Medication Influences. All coefficients are within the adequate range (0.60–1.00).

CONFIDENTIAL
AZSER12443912

**Table 3.  Interrater reliability for ROMI self-report noncompliance-related items**

| ROMI item (part 2) | Kappa | Acceptability |
|---|---|---|
| No perceived benefit | 0.64 | Adequate |
| Negative relation with clinician | 0.75 | Adequate |
| Negative relation with therapist | 1.00 | Adequate |
| Practitioner opposed to medication | 1.00 | Adequate |
| Access to treatment | 1.00 | Adequate |
| Financial obstacles | 0.69 | Adequate |
| Denial of illness | 0.84 | Adequate |
| Medication is unnecessary | 0.78 | Adequate |
| Desires rehospitalization | 1.00 | Adequate |
| Distressed by side effects | 0.81 | Adequate |
| Embarrassment or stigma | 0.63 | Adequate |
| Substance abuse | 0.67 | Adequate |
| Family opposed to medication | 0.63 | Adequate |
| Lack of family support[1] | 0.03 | Inadequate |

Note.—ROMI = Rating of Medication Influences.

[1]This item was removed from the instrument and is not included in further analyses because of its inadequate kappa value. All other coefficients are within the adequate range (0.60–1.00).

**Table 4.  Interrater reliability for ROMI rater judgment[1]**

| ROMI item (part 3) | Kappa | Acceptability |
|---|---|---|
| Medication supervision | 0.55 | Marginal |
| Clinician pressure/force | 0.48 | Inadequate |
| Family pressure/force | 0.53 | Marginal |
| Absence of supervision | 0.14 | Inadequate |
| Disorganization | 0.54 | Marginal |
| Inadequate support system | 0.30 | Inadequate |
| Positive symptoms | 0.34 | Inadequate |
| Negative symptoms | 0.20 | Inadequate |
| Pathologic denial of illness | 0.41 | Inadequate |
| Substance abuse | 0.56 | Marginal |
| Grandiosity | 0.10 | Inadequate |

Note.—ROMI = Rating of Medication Influences.

[1]This section of the scale was removed from the instrument and is not included in further analyses.

three compliance subscales (table 5). Two compliance components had eigenvalues greater than 1, which is the usual criterion for deciding the number of components to retain. However, adding a third component (eigenvalue = 0.91) accounted for 71.7 percent of the total variance and adequately captured each original item (communalities range from 0.66 to 0.83). Simple structure was achieved by means of an orthogonal varimax rotation, meaning that each item had a high loading on one and only one component. Each component combined two of the six items. The first component at admission, Influence of Others, included the quality of the relationship with the prescribing doctor (or nonprescribing therapist) and the belief of family or friends that medicine is important. The second component, Prevention, included the belief that medicine prevents the illness from returning and fear of rehospitalization. The third component, Medication Affinity, had both a positive and a negative dimension. A high Medication Affinity score showed that the patient believed the medication made him or her feel better and that there is no perceived pressure/force to comply; a low score meant the opposite. Prevention correlated with both Influence of Others ($r = 0.23$, $p < 0.05$) and Medication Affinity ($r = 0.29$, $p < 0.05$).

The PCA also yielded five noncompliance subscales (table 6). The five noncompliance components accounted for 68.8 percent of the ROMI noncompliance variance (communalities range from 0.58 to 0.82). The first component, Denial/ Dysphoria, included items about denying one's illness, denying the need for medications, perceiving a lack of ongoing benefit from medication, and experiencing distressing side effects from neuroleptics. The second component, Logistical Problems, included difficulty accessing treatment and financial constraints. The third component, Rejection of Label, included primary loadings on feeling embarrassed about mental illness and stopping medication to use illicit substances. We speculate that these patients reject the

CONFIDENTIAL
AZSER12443913

**Table 5.  Rotated principal components analysis matrix: Reasons for compliance**

| Compliance item | Influence of Others (subscale 1) | Prevention (subscale 2) | Medication Affinity (subscale 3) |
|---|---|---|---|
| Positive relation with clinician/ therapist[1] | **0.80** | 0.10 | 0.11 |
| Family belief in medication | **0.79** | 0.16 | -0.13 |
| Relapse prevention | 0.28 | **0.74** | 0.26 |
| Fear of rehospitalization | 0.04 | **0.91** | -0.01 |
| Perceived benefit | 0.25 | 0.09 | **0.80** |
| No perceived pressure/force | 0.31 | -0.10 | **-0.79** |

Note.—Bold numbers indicate that loadings above 0.5 were considered in arriving at a definition of each principal component.

[1] Two items, Positive Relation with Clinician and Positive Relation with Therapist, were collapsed for this analysis and are reported as one item here.

label "mentally ill" and prefer instead to be labeled "substance abusers." The fourth component, Family Influence, had a primary loading on only one item, indicating that a family member was opposed to medication. The fifth component, Negative Therapeutic Alliance, reflected a poor therapeutic alliance with either the prescribing physician or the psychotherapist. No correlation between these subscales emerged. This relative lack of association among scales derived from an orthogonal PCA is to be expected.

Correlations with other subjective measures.  The 1-month postdischarge global ROMI compliance and noncompliance scores were correlated with 1-month DAI and ND summary scores ($n = 33$). All summary scores correlated strongly with each other in the expected direction. The Pearson correlation between the ROMI part 1 (Reasons for Compliance) and the DAI was 0.56 ($p < 0.001$); the correlation between the ROMI part 1 and the ND was 0.57 ($p < 0.001$). The correlation between the ROMI part 2 (Reasons for Noncompliance) and the DAI was -0.47 ($p < 0.001$), and the correlation between the ROMI part 2 and the ND was -0.53 ($p < 0.001$). In addition, we correlated each of the ROMI subscales with the DAI at 1 month.

**Table 6.  Rotated principal components analysis matrix: Reasons for noncompliance**

| Noncompliance item[1] | Denial/ Dysphoria (subscale 1) | Logistical Problems (subscale 2) | Rejection of Label (subscale 3) | Family Influence (subscale 4) | Negative Therapeutic Alliance (subscale 5) |
|---|---|---|---|---|---|
| Negative relation with clinician/ therapist[2] | -0.02 | -0.14 | -0.02 | -0.04 | **0.92** |
| Problems with access to treatment | -0.15 | **0.78** | 0.19 | 0.14 | -0.08 |
| Financial obstacles | 0.31 | **0.71** | -0.12 | -0.22 | -0.08 |
| Family against medication | 0.09 | 0.00 | 0.02 | **0.92** | -0.05 |
| Embarrassment or stigma | -0.05 | 0.23 | **0.79** | 0.19 | 0.03 |
| Substance abuse | 0.06 | -0.37 | **0.59** | -0.27 | -0.13 |
| Denial of illness | **0.84** | -0.20 | 0.07 | 0.29 | -0.03 |
| Medication unnecessary | **0.87** | 0.05 | -0.12 | -0.01 | -0.14 |
| Distressed by side effects | **0.53** | 0.28 | 0.00 | -0.06 | 0.35 |
| No perceived benefit | **0.57** | 0.16 | 0.41 | -0.28 | 0.24 |

Note.—Bold numbers indicate that loadings above 0.5 were considered in arriving at a definition of each principal component.

[1] The items Practitioner Opposed to Medications and Desires Rehospitalization were not included in this analysis because these items were infrequently endorsed.

[2] Two items, Negative Relation with Clinician and Negative Relation with Therapist, were collapsed for this analysis and are reported as one item here.

CONFIDENTIAL
AZSER12443914

Case 6:06-md-01769-ACC-DAB   Document 1350-2   Filed 03/11/09   Page 21 of 50 PageID 42546

There were strong correlations between the DAI and two of the ROMI compliance subscales, Prevention ($r = 0.47$, $p < 0.01$), and Medication Affinity ($r = 0.48$, $p < 0.01$), as well as between the DAI and one of the ROMI noncompliance subscales, Denial/Dysphoria ($r = -0.44$, $p < 0.01$). The ND correlated strongly with the compliance subscale Medication Affinity ($r = 0.53$, $p < 0.01$) and the noncompliance subscales Denial/Dysphoria ($r = -0.49$, $p < 0.01$) and Negative Therapeutic Alliance ($r = -0.46$, $p < 0.01$).

**Correlation with family report.** There were several significant and clinically sound correlations between the ROMI subscale scores and independent family report, as shown in table 7. With the exception of the Influence of Others compliance subscale, the ROMI PCA subscales were significantly correlated with corresponding items on the family interview.

## Discussion

The ROMI succeeds in being reliable, clinically sound, and valid (at least when compared with other independent measures of attitudes toward medications and compliance). Administration of the ROMI requires an understanding of compliance theory and a clinical familiarity with schizophrenia and neuroleptics. The ROMI rater should also know how to administer a Brief Psychiatric Rating Scale (Overall and Gorham 1962) or similar structured symptom interview before attempting the ROMI. With this background, the ROMI requires approximately 3 hours of training time (1 hour for reading and discussing the training manual and two 1-hour training inter-

Table 7. Correlation between ROMI principal components analysis (PCA) subscales and independent family-version ROMI report

| Subscale | Family report | Correlation ($n = 32$)[1] |
|---|---|---|
| **Compliance** | | |
| Prevention | Fear of relapse[2] | 0.58[3] |
| | Maintains insight (no denial)[2] | −0.56[3] |
| | Experiences daily benefit[2] | 0.43[4] |
| | Is not pressured/forced[2] | −0.34[5] |
| Medication Affinity | Experiences daily benefit[2] | 0.34[5] |
| Influence of Others | No significant correlations | — |
| **Noncompliance** | | |
| Family Influence | Family against medication[2] | 0.47[4] |
| Denial/Dysphoria | Denial of illness[2] | 0.73[3] |
| | Distress from side effects[2] | 0.51[4] |
| Rejection of Label | Poor doctor-patient relationship | 0.51[4] |
| | A family member is opposed to medication | 0.73[3] |
| Logistical Problems | Lack of money[2] | 0.35[5] |
| Negative Therapeutic Alliance | Relationship with doctor not helpful[2] | 0.51[4] |

Note.—ROMI = Rating of Medication Influences. All family interviews were done independently within 2 weeks of the patient interview.

[1] All statistical results are Pearson correlations between the family report item and the ROMI factor. Because these are a priori hypotheses, $p$ values are one-tailed.
[2] These items directly correlate with the items making up the PCA subscales.
[3] $p < 0.001$.
[4] $p < 0.01$.
[5] $p < 0.05$.

views). After training, the ROMI takes 20–30 minutes to administer.

**Comparison With Other Subjective Measures.** The increased awareness of the importance of subjective experience in schizophrenia necessitates the development of more sophisticated subjective measures. The most widely tested subjective measures of neuroleptic effect currently in use are the DAI and the ND. The ROMI has certain strengths and weaknesses when compared with these two measures. Our results show that all three measures strongly corre-

late on simultaneously obtained summary scores. This finding suggests that the DAI, the ND, and the ROMI are all reasonable measures of global attitude toward medication. However, the DAI and the ND are superior to the ROMI for global assessment of neuroleptic effects because they are easier to administer and require less training. Nonetheless, the ROMI covers additional factors that are not included in the DAI, many of which are important issues in outpatient treatment. These factors include the family's attitude toward medication, the perceived effects of

CONFIDENTIAL
AZSER12443915

the therapeutic relationship, and the impact of stigma, substance abuse, and financial obstacles. This notion is supported by the finding that four of the five ROMI non-compliance subscales (Logistical Problems, Rejection of Label, Family Influence, and Negative Therapeutic Alliance) did not correlate with the DAI and the ND. Therefore, we recommend that the choice of measure be based on the objective of the evaluation, on whether a multidimensional measure is needed, and on training and resource constraints. Table 8 summarizes our current recommendations on choice of measure; however, much more work needs to be done in this area.

**Psychometric Characteristics of the ROMI.** We have succeeded in making the patient report section of the ROMI reliable; however, the rater judgment items did not provide the same degree of reliability. We have extensively modified this part of the ROMI but have not yet been able to achieve acceptable reliability in the rater judgment section. It seems that it is not possible to make "judgment calls" about past behavior on a cross-sectional interview. For example, in making inferences about the patient's life circumstances the raters often disagreed on whether the person would be more compliant if the level of supervision improved. Our internal consistency findings suggest that both sets of ROMI items are multidimensional. In other words, the ROMI is not simply a global measure of attitude toward neuroleptics; instead, it seems that there are several specific and distinct patient-reported reasons for and against neuroleptic treatment. The lack of correlation between many of the ROMI PCA

subscales and the ND and DAI summary scores also supports the argument that there are distinct and discrete influences affecting patient compliance. The PCA and independent family rating results are consistent with a valid measure.

**Exportability.** To date, we have found the ROMI to be adaptable to different treatment settings and patient populations. The ROMI has been successfully piloted in a Spanish translation and with a homeless mentally ill population (Somoza-Lennon et al. 1992). Our tentative conclusion on exportability is that, with proper rater training, the ROMI is flexible enough to be exported to most outpatient settings that care for schizophrenia patients.

**Clinical Findings and Future Directions.** Although the major goal of this article is to report scale development, we would also like to mention some clinical implications of the ROMI. First of all, when we introduced the ROMI to the naive clinician raters, a common response was that the ROMI covered a broad base of patient concerns that the clinicians were not routinely eliciting. We speculate that the ROMI may serve to increase awareness of issues that are important to patients. Also, the PCA yielded some unexpected results that seem clinically useful. For example, the Rejection of Label subscale revealed an association between stigma and substance abuse. This association suggests that one motivation for schizophrenia individuals to abuse drugs is to distance themselves from the stigma of a mental illness diagnosis (one patient told us, "It is

better to be a druggie than crazy"). Another interesting association was seen in the Influence of Others subscale. It seems that a patient's ability to be influenced by others' opinions cuts across treatment and family. We speculate that this is a characteristic inherent in the patient rather than a reflection of clinical skills or variations in family belief. Findings such as these make us hopeful that the use of the ROMI will lead to a greater understanding of the patient's experience of taking medication and to better ways of managing neuroleptic noncompliance. We are currently testing the ability of the ROMI to predict actual compliance and noncompliance behavior in our sample.

Several issues not addressed in the initial ROMI screening emerged during the prospective field-testing of the larger sample. For example, many patients reported that they took the medicine simply because the doctor prescribed it, while other patients claimed that they took the medicine because they had a good relationship with their doctor. Although both cases involve the doctor-patient relationship, in the former case the doctor as authority figure is emphasized, while in the latter case the quality of the relationship is emphasized. In addition, we noticed that the ROMI items "perceived benefit" and "no perceived benefit" could be split into immediate benefit versus how the medication affected future life goals. As a result of such experiences with the ROMI, we have added a few new items. These new items tap into the extent to which deference to authority, fulfillment of life goals, and general opposition to medication influence compliance behavior. These

CONFIDENTIAL
AZSER12443916

**Table 8.  Comparison among subjective measures of neuroleptic response**

| Measure | Advantages | Disadvantages | Recommendations |
|---|---|---|---|
| All measures | 1. Assess patient perception of drug effects, which is shown to be more pertinent to compliance behavior than "objective" measures. 2. May be useful as clinical screening tools to predict high-risk patients. 3. May be useful research measures for comparative drug studies. | 1. Difficulties with interviewing schizophrenia patients' subjective effects. 2. Validity of concept and the measures has not been proven. 3. There is no standard definition or criteria for neuroleptic dysphoria. | 1. Further research on subjective measures is needed. 2. Controlled clinical drug trials can easily incorporate the DAI or the ND. 3. The ROMI is an instrument meeting reliability and validity criteria that is available for studies and/or clinical evaluations where the primary focus is on outpatients' attitudes toward and influences on compliance. |
| Rating of Medication Influences (ROMI) scale | 1. Directly inquires about influences leading to compliance and noncompliance. 2. Covers more domains than other measures. 3. Has been validated across other information sources. 4. Has been successfully field-tested with a variety of patient populations and clinical settings. | 1. Requires a trained rater familiar with outpatient schizophrenia. 2. Rater judgment items not reliable. 3. Often not appropriate for acutely psychotic patients. | 1. The ROMI is the only measure that links the subjective response to the patient's own motivation and intention. It may be most appropriate for longitudinal outpatient studies where compliance is the major research question and training resources are available. 2. The ROMI is most appropriate when psychosocial and environmental factors are most important. 3. The ROMI is not appropriate for untrained staff or staff with little experience in working with schizophrenic disorders. |
| Drug Attitude Inventory (DAI; Hogan et al. 1983) | 1. Can be used as a self-report measure. 2. Standardized format is not affected by rater bias. 3. Minimal rater training required for interview form. | 1. Has not been tested as a predictive measure of compliance. 2. Does not include certain domains that are known to be important in compliance (e.g., stigma, environment). | 1. The DAI is probably the most effective subjective measure for obtaining specific attitudes about neuroleptic effects in a time-efficient manner. 2. The DAI is the only available subjective self-report measure. As an interview measure, the DAI requires less training than the ROMI. 3. The focus of specific responses to drug effects may make the DAI useful for controlled drug studies that wish to measure differences in subjective drug response. |

CONFIDENTIAL
AZSER12443917

**Table 8.   Comparison among subjective measures of neuroleptic response—Continued**

| Measure | Advantages | Disadvantages | Recommendations |
|---|---|---|---|
| Neuroleptic Dysphoria (ND; Van Putten and May 1978) | 1. Most global, so it can be used during acute phases of illness (e.g., at inpatient admission). 2. Minimal rater time. 3. Minimal rater training. | 1. Very little specific information. 2. Mostly used for acute inpatients; little testing on usefulness for outpatients. 3. Items may be too broad to separate dysphoria from side effects from other effects. | 1. The ND is probably the best available subjective measure for acutely psychotic inpatients. 2. The ND is most useful in measuring global response to medication; it may be less useful for separating specific factors leading to dysphoric or nondysphoric drug response. |

items are currently being field-tested and are available upon request.

**Summary.**   A major obstacle in conducting research on compliance among schizophrenia patients is the lack of appropriate instruments. The multidimensional aspects of the ROMI make it ideal for research studies addressing the various reasons for compliance and noncompliance. We believe that the ROMI represents a methodologic advance in this area of study.

### References

Becker, M.H., and Maiman, C.A. Sociobehavioral determinants of compliance with health and medical care recommendations. *Medical Care,* 13:10–24, 1975.

Blackwell, B. Treatment adherence. *British Journal of Psychiatry,* 129:513–531, 1976.

Costell, R.; Reiss, D.; Berkman, H.; and Jones, C. The family meets the hospital. *Archives of General Psychiatry,* 38:569–577, 1981.

Davis, M.S. Variations in patients' compliance with doctor's advice.

*American Journal of Public Health,* 58:274–288, 1976.

Dunbar, J. Adhering to medical advice: A review. *International Journal of Mental Health,* 9:70–87, 1981.

Guy, W., ed. *ECDEU Assessment Manual for Psychopharmacology,* revised. DHEW Pub. No. (ADM)76–338. Rockville, MD: National Institute of Mental Health, 1976.

Hogan, T.P., and Awad, A.G. Subjective response to neuroleptics and outcome in schizophrenia: A re-examination comparing two measures. *Psychological Medicine,* 22:347–352, 1992.

Hogan, T.P.; Awad, A.G.; and Eastwood, R. A self-report scale predictive of drug compliance in schizophrenics: Reliability and discriminative validity. *Psychological Medicine,* 13:177–183, 1983.

Kelly, G.R.; Mamon, J.A.; and Scott, J.E. Utility of the health belief model in examining medication compliance among psychiatric outpatients. *Social Science and Medicine,* 25:1205–1211, 1987.

Lin, I.F.; Spiga, R.; and Fortsch, W. Insight and adherence to medication in chronic schizophrenics.

*Journal of Clinical Psychiatry,* 40:430–432, 1979.

Marder, S.R.; Mebane, A.; Chien, C.P.; Winslade, W.J.; Swann, E.; and Van Putten, T. A comparison of patients who refuse and consent to neuroleptic treatment. *American Journal of Psychiatry,* 140:470–472, 1983.

McEvoy, J.P.; Freter, S.; Everett, G.; and Geller, G.L. Insight and the clinical outcome of schizophrenic patients. *Journal of Nervous and Mental Disease,* 177:48–51, 1989.

McEvoy, J.P.; Howe, A.C.; and Hogarty, G.E. Differences in the nature of relapse and subsequent inpatient course between medication compliant and noncompliant schizophrenic patients. *Journal of Nervous and Mental Disease,* 172:413–416, 1984.

Overall, J.E., and Gorham, D.R. The Brief Psychiatric Rating Scale. *Psychological Reports,* 10:799–812, 1962.

Sackett, D.L., and Haynes, R.B., eds. *Compliance With Therapeutic Regimens.* Baltimore, MD: Johns Hopkins University Press, 1976.

Serban, G., and Thomas, A. Attitudes and behaviors of acute and

CONFIDENTIAL
AZSER12443918

VOL. 20, NO. 2, 1994

chronic schizophrenic patients regarding ambulatory treatment. *American Journal of Psychiatry*, 136:991–995, 1974.

Somoza-Lennon, M.; Dixon, L.; and Weiden, P. "Medication Compliance Among the Homeless Mentally Ill." Presented at the Annual Meeting of the American Psychiatric Association, Washington, DC, May 1992.

Terkelsen, K.G.: "On the Humiliation of Recovering From Psychosis." Presented at the Annual Meeting of the American Psychiatric Association, Dallas, TX, May 1985.

Van Putten, T.; Crumpton, E.; and Yale, C. Drug refusal in schizophrenics and the wish to be crazy. *Archives of General Psychiatry*, 33:1443–1446, 1976.

Van Putten, T., and May, P.R.A. Subjective response as a predictor of outcome in pharmacotherapy. *Archives of General Psychiatry*, 35:477–480, 1978.

Weiden, P.J.; Dixon, L.; Frances, A.; Appelbaum, P.; Haas, G.; and Rapkin, B. Neuroleptic noncompliance in schizophrenia. In: Tam-

minga, C.A., and Schulz, S.C., eds. *Advances in Neuropsychiatry and Psychopharmacology: Schizophrenia Research*. Vol. 1. New York, NY: Raven Press, 1991. pp. 285–296.

Weiden, P.J.; Mann, J.J.; and Frances, A. Is neuroleptic dysphoria a healthy response? *Comprehensive Psychiatry*, 30:546–552, 1989.

Weintraub, M.; Au, W.; and Lasagna, L. Compliance as a determinant of serum digitoxin concentration. *Journal of the American Medical Association*, 224:481–484, 1973.

Willcox, D.R.C.; Gillan, R.; and Hare, E.H. Do psychiatric outpatients take their drugs? *British Medical Journal*, 2:790–792, 1965.

Wilson, J.D., and Enoch, M.D. Estimation of drug rejection by schizophrenic inpatients, with analysis of clinical factors. *British Journal of Psychiatry*, 113:209–211, 1967.

Zygmunt, A.; Weiden, P.; Rapkin, B.; Mott T.; and Goldman, D. "Predictors of Noncompliance in Schizophrenia." Presented at the Annual Meeting of the American Psychiatric Association, Washington, DC, May 1992.

## Acknowledgments

This work was supported by USPHS grant MH-43635 from the National Institute of Mental Health.

## The Authors

Peter Weiden, M.D., is Director, Schizophrenia Program, St. Luke's–Roosevelt Hospital Center, New York, NY; Bruce Rapkin, Ph.D., is Associate Professor of Psychology in Psychiatry, Memorial Sloan-Kettering Cancer Center, New York, NY; Tasha Mott, M.A., is a graduate student at Hahnemann University, Philadelphia, PA; Annette Zygmunt, M.S., is Project Coordinator of the Neuroleptic Noncompliance in Schizophrenia Project, St. Luke's–Roosevelt Hospital Center, New York, NY; Dodi Goldman, Ph.D., is Staff Psychologist, William Allison White Institute, New York, NY; Marcella Horvitz-Lennon, M.D., M.P.H., is Research Fellow, Department of Psychiatry, Johns Hopkins School of Medicine, Baltimore, MD; and Allen Frances, M.D., is Professor and Chairman, Department of Psychiatry, Duke University Medical Center, Durham, NC.

CONFIDENTIAL
AZSER12443919

WORLD HEALTH ORGANIZATION
**REGIONAL OFFICE FOR EUROPE**

WELTGESUNDHEITSORGANISATION
**REGIONALBÜRO FÜR EUROPA**



ORGANISATION MONDIALE DE LA SANTÉ
**BUREAU RÉGIONAL DE L'EUROPE**

ВСЕМИРНАЯ ОРГАНИЗАЦИЯ ЗДРАВООХРАНЕНИЯ
**ЕВРОПЕЙСКОЕ РЕГИОНАЛЬНОЕ БЮРО**



EUR/ICP/NUT 125
0612v
ORIGINAL:  ENGLISH

# MEASURING OBESITY –
# CLASSIFICATION AND DESCRIPTION OF ANTHROPOMETRIC DATA

## Report on a WHO Consultation on the Epidemiology of Obesity

Warsaw
21–23 October 1987

National Food and Nutrition Institute
Warsaw

Nutrition Unit
WHO Regional Office for Europe
Copenhagen

1989

EUR/HFA target 16

The issue of this document does not constitute formal publication. It should not be reviewed, abstracted or quoted without the agreement of the World Health Organization Regional Office for Europe. Authors alone are responsible for views expressed in signed articles.

Dieses Dokument erscheint nicht als formelle Veröffentlichung. Es darf nur mit Genehmigung des Regionalbüros für Europa der Weltgesundheitsorganisation besprochen, in Kurzfassung gebracht oder zitiert werden. Beiträge, die mit Namensunterschrift erscheinen, geben ausschließlich die Meinung des Autors wieder.

Ce document ne constitue par une publication. Il ne doit faire l'objet d'aucun compte rendu ou résumé ni d'aucune citation sans l'autorisation du Bureau régional de l'Europe de l'Organisation Mondiale de la Santé. Les opinions exprimées dans les articles signés n'engagent que leurs auteurs.

Настоящий документ не является официальной публикацией. Не разрешается рецензировать, аннотировать или цитировать этот документ без согласия Европейского регионального бюро Всемирной организации здравоохранения. Всю ответственность за взгляды, выраженные в подписанных авторами статьях, несут сами авторы.

507

## TARGET 16

### Promoting positive health behaviour

By 1995, in all Member States, there should be significant increases in positive health behaviour, such as balanced nutrition, nonsmoking, appropriate physical activity and good stress management.

Index:

OBESITY
ANTHROPOMETRY
EPIDEMIOLOGIC METHODS

508

CONFIDENTIAL
AZSER12443921

CONTENTS

| | | Page |
|---|---|---|
| 1. | Introduction | 1 |
| 2. | What do we want to describe? | 1 |
| 3. | Recommendations for data collection | 2 |
| | 3.1 Height/length | 2 |
| | 3.2 Weight | 2 |
| | 3.3 Waist circumference | 2 |
| | 3.4 Hip circumference | 3 |
| | 3.5 Subscapular skinfold measurement | 3 |
| | 3.6 Upper thigh circumference | 3 |
| | 3.7 Triceps skinfold measurement | 3 |
| | 3.8 Upper mid-arm circumference | 4 |
| | 3.9 Biceps skinfold measurement | 4 |
| | 3.10 Supra-iliac skinfold measurement | 4 |
| | 3.11 Wrist and knee breadth | 4 |
| | 3.12 Abdominal and thigh skinfold | 4 |
| 4. | Analysis of measurements | 4 |
| | 4.1 Non-response | 4 |
| | 4.2 Body mass index | 4 |
| | 4.3 Classification of obesity | 4 |
| | 4.4 Distribution of the BMI in a population | 5 |
| | 4.5 Waist/hip ratio | 6 |
| | 4.6 Waist/thigh ratio | 6 |
| | 4.7 Classifications not recommended | 6 |
| | 4.8 Selection of age ranges | 6 |
| | 4.9 Anthropology and physiology in ongoing obesity research | 7 |
| | 4.10 Risk assessment in prospective (longitudinal) studies | 7 |
| References | | 7 |
| Annex 1. | Examples of inconsistencies in criteria used for defining obesity and overweight in selected national, regional and community surveys | 8 |
| Annex 2. | Waist/hip ratio and health hazards - pathogenetic aspects | 14 |
| Annex 3. | Measuring skinfolds and circumferences | 15 |
| Annex 4. | Epidemiological background | 17 |
| Annex 5. | List of participants | 21 |

509

CONFIDENTIAL
AZSER12443922

EUR/ICP/NUT 125
0612v
page 1

1.    Introduction

Several meetings have in the past few years suggested various types of norms for the description and assessment of obesity (1–4). However, it has been suggested that it would be useful to have a set of simple recommendations and norms for the classification of obesity emanating from WHO, so as to be able to describe populations anthropometrically with greater precision than has been done to date. In particular, it would be useful to have recommendations for more standardized presentations to allow intercountry and intracountry comparison. Until now, very few international comparisons have been possible, mainly because of the way the data has been analysed and presented (see Annex 1).

The intention of this meeting was therefore to address this problem and to produce recommended methods and standards for the measurement of populations, and for the analysis and presentation of data.

It was realized that measuring children posed several problems, which probably warrant a specific meeting. This aspect was therefore not discussed at the present meeting, which dealt only with the measurement of adult populations.

A clear distinction has to be made between standards intended on the one hand for diagnosis and advice to individuals, and on the other for the description of populations. It was agreed that the meeting would concentrate on standards of the latter type. Recommendations are made for describing total body fatness, as well as its distribution, in large-scale population studies. At a later stage in the analysis of data from such studies, it might be possible to relate the anthropometric measurements to health parameters as well.

Most diseases related to obesity are multifactorial in origin. There is also a growing body of information suggesting that obesity as such may sometimes be less closely related to certain diseases as the distribution of the fat in the body; in other words, the latter factor will often be of considerable independent importance. It is therefore becoming obvious that simple measurements of height and weight do not suffice to derive various weight/height ratios.

2.    What do we want to describe?

It was emphasized that, except for some very clear-cut morbidity situations, "fatness" is a continuous phenomenon, presenting no natural cut-off points. Any categorization will therefore be arbitrary to some degree.

Measurements of height and weight should be routinely taken in all circumstances. Large data masses from various periods in time are already available which, when reanalysed, will allow the establishment of chronological changes.

With new ways of describing regional body fat distribution, it is clear, however, that even on a large population scale it is now possible to add simple measurements that will provide indices which have considerably more predictive power in relation to risk conditions and diseases than weight/height indices alone.

CONFIDENTIAL
AZSER12443923

EUR/ICP/NUT 125
0612v
page 2

Practical aspects have to be considered, such as what kind of data is it feasible to expect in large-scale investigations without too high a cost for equipment and training?

Measuring the circumference of various parts of the body can be done with relatively simple and short training of investigators and with cheap equipment, and does not take much time to perform.

Skinfold measurements require suitable calipers, a slightly higher degree of method standardization and more investment in the training of personnel. However, these measurements have the advantage of being unequivocal in that they actually measure the presence of fat. The relationship of skinfold to fatness may of course vary among populations, and this has to be taken into consideration. When compared with, for example, biochemical tests that are performed routinely on large population samples, the requirement for skinfold measurements is modest.

3.   Recommendations for data collection

The meeting recommended that, in all population surveys where anthropometric measurements are made, the following measurements should be included and performed as described.

The measurements are presented in descending order of importance. Their actual inclusion or exclusion will, of course, be decided by the resources available as well as the intentions of the study.

It was none the less felt that the first five measurements are the most important ones, and those that at present seem to have the most potential for describing anthropometrical indicators of some aspects of the health of a population.

For some practical considerations regarding measurements of skinfolds and circumferences, see Annex 3.

3.1   Height/length

Height should be measured on the subject (without shoes) with the heels together and with the head in the so-called Frankfurt plane (see Fig. 1) in a horizontal position. The subject should breathe in deeply and reach up to a maximum height with the legs stretched but the feet flat on the ground (this procedure is recommended to reduce variability).

3.2   Weight

Weight should be recorded to the nearest 0.5 kg of the subject, wearing no clothes or only light underwear.

3.3   Waist circumference

The measurement should be done midway between the lower rib margin and the iliac crest, using the following procedure: mark the level of the lowest rib margin, palpate the iliac crest in the midaxillary line and mark this level on the skin, apply the elastic tape (see Annex 3) horizontally midway between the lowest rib margin and the iliac crest and measure the circumference over the tape. It is recommended that the observer should sit in front of the subject.

511

CONFIDENTIAL
AZSER12443924

EUR/ICP/NUT 125
0612v
page 3

### Fig. 1.  The Frankfurt plane



Horizontal line is the Frankfurt plane, which should
be in a horizontal position when height is measured.

<u>Source</u>:  Seidell et al. (5).

For general considerations, see Annex 3.

3.4   <u>Hip circumference</u>

The measurement should be done at the point yielding the maximum
circumference over the buttocks with the tape held horizontal.  For procedure,
see section 3.3 and Annex 3.

3.5   <u>Subscapular skinfold measurement</u>

The skinfold is picked up just below the tip of the right scapula.  The
natural potential crease that is lifted to form this fold runs at an angle of
about 45° downwards from the spine.

For general considerations, see Annex 3.

3.6   <u>Upper thigh circumference</u>

Although there is relatively little experience in the measurement of this
parameter, it may be very promising, and its inclusion in a population survey
is therefore recommended.  For the moment, it is recommended to measure the
circumference around the right thigh just below the gluteal fold.

3.7   <u>Triceps skinfold measurement</u>

A mark should be made at the back of the arm, half-way between the
inferior border of the acromion process and the tip of the olecranon process
and directly in line with the point of the elbow and acromion process.  The
skinfold is measured at this mark.

CONFIDENTIAL
AZSER12443925

EUR/ICP/NUT 125
0612v
page 4

## 3.8   Upper mid-arm circumference

This measurement is included mainly because it is very commonly made in most parts of the world and yields some information about muscle mass.

The measurement is made at the same point as the skinfold measurement, as described above, with the arms hanging down.

## 3.9   Biceps skinfold measurement

This measurement is included not because it is seen as particularly important but because it is very easy to perform in connection with making a triceps skinfold measurement. It is also one of the four skinfold measurements commonly used to assess fatness (6).

The skinfold is picked up on the front of the arm directly above the centre of the cubital fossa. The calipers should be applied at the skinfold at the level of the mid-point of the belly of the biceps muscle, with the arm hanging in a relaxed position.

## 3.10   Supra-iliac skinfold measurement

The vertical skinfold is picked up immediately above the anterior superior iliac spine in the mid-axillary line.

## 3.11   Wrist and knee breadth

For the knee measurement, the subject sits on a table with knees bent to a right angle (90°), and the width across the outermost parts of the lower end of the femur is measured. Pressure is exerted to compress the tissues. This measurement can be done using a sliding caliper or anthropometer.

Wrist breadth is measured across the styloid processes (oblique to the long axis of the arm), with pressure to compress the tissues and the forearm pronated. This measurement can be done using a sliding caliper or anthropometer.

## 3.12   Abdominal and thigh skinfold

As has often been demonstrated, these points on the body can be difficult to locate and measure and do not necessarily yield better information than any of the other measurements discussed above. It is therefore not recommended to use them.

## 4.   Analysis of measurements

## 4.1   Non-response

The importance of a thorough analysis of non-responders or refusals is underlined. It should be clearly assessed how non-response affects the representativeness of the sample.

## 4.2   Body mass index

It was strongly recommended to use the body mass index (BMI), which is also called the Quetelet index, as an important component in the presentation of the material. It is a reasonable index of population fatness. It has shown reasonably good correlation with body fatness (by densitometry, etc.)

CONFIDENTIAL
AZSER12443926

EUR/ICP/NUT 125
0612v
page 5

and with many health indices, and allows for a sensible classification of the material. The relationship between total mortality risk and the BMI constitutes a U-shaped curve (see Annex 4), and hence delineations of fatness are not possible.

The use of the BMI as an indicator of health risk is sometimes suggested at levels that are astonishingly precise. It appears, as is evident from the data presented in Annex 4, for instance, somewhat unrealistic to suggest that BMI can be used in any very exact manner. The range of BMI values on which health advice is going to be based is clearly likely to vary in different communities as a result of many confounding factors such as diet, smoking and levels of physical activity.

## 4.3   Classification of obesity

It is difficult to state accurately the different degrees of obesity at which there will be specified increases in the risk of morbidity.

When long-term studies are conducted, e.g. the Norwegian study (Annex 4), the lowest mortality rates are observed in those with a BMI value between about 22 and 30. Separating smokers from nonsmokers would yield a similar picture, but with smokers at all levels of body weight having a substantially higher risk of premature death than nonsmokers.

Smoking thus confounds the relationship between excess weight and mortality, since smoking is not only very hazardous but also limits weight gain so that smokers are thinner than nonsmokers. Thus smoking-related diseases, e.g. respiratory diseases and lung cancer, and deaths are found particularly in lighter weight individuals, whereas in heavier men and women deaths from diabetes and cardiovascular diseases are found more frequently.

An international classification of obesity has been proposed (7) and widely accepted, based on the following arbitrary range of BMI values:

- below 20;
- 20–25;
- 25–30;
- 30–40;
- above 40.

The different degrees of heaviness correspond to increasing amounts of body fat, but there is a substantial variation between individuals at each BMI level.

Epidemiological analyses of mortality and morbidity are usually assessed in relation to the BMI rather than to more specific measures of fatness, e.g. skinfold thickness, so the nutritional assessment of groups and populations should be based on the BMI.

Given the modest differences in mortality risk between a BMI value of 20 and 30 (see Annex 4, Fig. 1), it is suggested that a BMI value of 30 and above should be specified as indicating "a high degree of fatness". The terms *overweight* and *obesity* imply a health risk that may vary from country to country, depending on prevailing risk factors such as diet and prevalence of smoking.

In practice, a BMI value of 30 or more should be taken as signifying obesity.

CONFIDENTIAL
AZSER12443927

EUR/ICP/NUT 125
0612v
page 6

## 4.4  Distribution of the BMI in a population

In addition to the broad classification of the BMI as described above, it is recommended to present the distribution over smaller intervals with interval widths of up to two BMI units.  In this way, the total frequency distribution of the BMI will be described, including the mean and standard deviation.  If data size allows, it is recommended to describe the data in a similar way in subgroups, such as age categories, separately.

To make meaningful comparisons between populations and subpopulations possible, some potentially confounding factors need to be measured:  age, social class (occupation, educational level), degree of urbanization and smoking habits.

## 4.5  Waist/hip ratio

Older and more recent cross-sectional data show that the localization of adipose tissue might be an important indicator of health hazard.  These data have been strengthened by recent prospective epidemiological studies (8).  The ratio is a simple indicator of abdominally located adipose tissue, both subcutaneous and intra-abdominal.  It seems possible that this is an indicator of health hazard that is separate from obesity, and it is therefore recommended to include it in the analysis.  The ratio increases with age and varies according to sex.

## 4.6  Waist/thigh ratio

There are indications that this ratio might be as sensitive as a health risk indicator as the waist/hip ratio.  However, most of the present information is based on the waist/hip ratio.  More data on these ratios are needed.

## 4.7  Classifications not recommended

A number of classifications that have been common but do not allow international comparison should not be used in the presentation of population data.  These include "% relative weight", "% above mean/average weight", "% above normal weight" or "% above desirable weight", "X% above median weight" or "above Y percentile".

The Broca index has been in common use, but the group felt that this is not necessarily indicated (see comments in Annex 4).

## 4.8  Selection of age ranges

The selection of age ranges in the final analysis and presentation will of course depend on the size and shape of the study.  It is, however, important in the presentation to follow the established conventions of presentation of epidemiological material, indicating, for example, ten-year age ranges such as 30-39 and 40-49 years and five-year ranges such as 20-24, 25-29 and 30-34 years.  The important point is of course to define as accurately as possible the age range to be used.

In studies of obesity in women, it may be important to group the material so that it is possible to distinguish clearly between premenopausal and menopausal women.

515

CONFIDENTIAL
AZSER12443928

EUR/ICP/NUT 125
0612v
page 7

4.9  Anthropology and physiology in ongoing obesity research

Annex 2 gives an overview of current obesity research as presented in the Consultation, linking anthropometric data with various biochemical and biological processes.

4.10 Risk assessment in prospective (longitudinal) studies

Risk assessment on an individual level. Risk ratios (relative risks) at different levels of fatness should preferably be calculated adjusting for effects of age, social class and smoking habits. Adjustments can be made using multivariate techniques (Cox regression model, proportional hazard model) or, if the size of the data set allows this, stratified analysis (e.g. looking at smokers and nonsmokers separately).

Risk assessment on a population level. The total impact of different levels of fatness in the incidence of disease can be evaluated by calculating the attributable risks. A high relative risk in a small proportion of the population (e.g. BMI 30 and above) can have a different impact on the total morbidity when compared to a moderately increased risk in a larger proportion of the population (e.g. perhaps BMI 25-29).

## REFERENCES

1.  Royal College of Physicians. Obesity. A report of the Royal College of Physicians. Journal of the Royal College of Physicians, 17(1): 1-58 (1983).

2.  National Institutes of Health. Health implications of obesity. National Institutes of Health Consensus Development Conference Statement, Vol. 5, No. 9 (1985).

3.  Jequier, E. Energy, obesity and body weight standards. American journal of clinical nutrition, 45: 1035-1047 (1987).

4.  Adipositas. Advies van de Gezondheidsraad. The Hague, Staatsuitgeverij, 1985 (in Dutch, with English summary).

5.  Seidell, J.C., Björntorp, P., Cigolini, M. & Deurenberg, P. Adipose tissue distribution: a multi-centre study. 1987 (unpublished manual of operations, prepared with the assistance of Oosterlee, A., Hoogkamer, R., Knuiman, J., Durnin, J.G.V.A., Sjöström, L., Rubeffé-Scrive, M. & Doornbos, G.).

6.  Durnin, J.V.G.A. & Womersley, J. Body fat assessed for total body density and its estimation from skinfold thickness: measurements on 481 men and women aged from 16 to 72 years. British journal of nutrition, 32: 77-79 (1974).

7.  Garrow, J.S. Treat obesity seriously - a clinical manual. Edinburgh, Churchill Livingstone, 1981.

8.  Björntorp, P. Classification of obese patients and complications related to the distribution of surplus fat. American journal of clinical nutrition, 45: 1120-1125 (1987).

516

CONFIDENTIAL
AZSER12443929

EUR/ICP/NUT 125
0612v
page 8

Annex 1

EXAMPLES OF INCONSISTENCIES IN CRITERIA USED FOR DEFINING OBESITY AND OVERWEIGHT IN SELECTED NATIONAL, REGIONAL AND COMMUNITY SURVEYS[a]

| Reference | Description | Definition of Obesity (ob) and/or Overweight (ow) | Prevalence Estimate (m: males, f: females) |
|---|---|---|---|
| Malina RM et al. *Estimated overweight and obesity in Mexican American school children* Int J Obes 1986;10:483-91. | 6-17 year olds n=1269 in 1972 n=868 in 1983 (USA) | ow: ≥ 90 percentile (for both BMI and triceps) ob: ≥ 95 percentile (for both BMI and triceps) using NHANES1 as reference | 1972:2.7% (m); 3.2% (f); 1983:6.7%(m);2.5%(f) 1972:1.6% (m); 0.3% (f); 1983:10.3%(m);2.1%(f) |
| Millar WJ et al. *The Prevalence of overweight and obesity in Britain, Canada, and United States.* Amer J Public Health; 1987;77:38-41. | Dept of Health and Social Security(1980),Canada Fitness Survey (1981) NHANES2 (1976-80) (UK,Canada,USA) | ow: BMI≥25.1 ob: BMI≥30 | UK:43%(m), 34%(f) Canada:47%(m); 29%(f) USA:52% (m); 37%(f) UK:8%(m),9%(f); Canada:9%(m); 8%(f) USA:12% (m); 15%(f) |
| Paterson RE et al. *Factors related to obesity in preschool children.* J Am Diet Assoc 1986;86:1376-81 | n=94 child-parent pairs (USA) | ow: triceps≥75 percentile ob: triceps ≥ 90 percentile using NHANES as reference | 23.4% (children) 29.8%(parents) 7.5% (children) 10.6% (parents) |
| Gortmaker SL et al. *Increasing pediatric obesity in the United States,* Am J Child 1987; 141:535-40 | National Health Exam. Survey n=6710 (USA) | ob: triceps ≥ 85 percentile | 15% by definition |
| Freedman DS et al. *Persistence of juvenile-onset obesity over eight years.* Am J Pub Health; 1987;77:588-92 | Bogalusa Heart Study (USA) | ob: triceps ≥ 85 percentile | 15 % by definition |

a Prepared by Lauren Lissner, University of Pennsylvania, with assistance from Jacqueline Reynaux, Cornell University. Citations were obtained by MEDLINE Search (National Library of Medicine, Washington, DC).

517

CONFIDENTIAL
AZSER12443930

EUR/ICP/NUT 125
0612v
page 9

| Reference | Description | Definition of Obesity (ob) and/or Overweight (ow) | Prevalence Estimate |
|---|---|---|---|
| Forman MR et al. *Overweight adults in the United States: the behavioral risk factor surveys* Am J Clin Nutr 1986;44:410-6 | (USA) n=22 236 | ow: ≥ 120 % of 1959 Metropolitan Life Insurance Standards (MLI) | White m: 23.4% White f: 20.3% Black & Hisp. m: 27.5% Black % Hisp. f: 34.6% |
| Rolland-Cachera M-F et al. *No correlation between adiposity and food intake: why are working class children fatter?* Am J Clin Nutr 1986; 44:779-87. | n=2440 children (France) | "fat" ≥ 85percentile ob:≥ 97 percentile | 15% by definition 3% by definition |
| McIntyre L et al. *Prevalence of hypertension, obesity and smoking in 3 Indian communities in northwestern Ontario.* Can Med Assoc J, 1986;134:345-9. | n=668 (Canada) | ob: BMI>27(m) BMI>25(f) | age: m25-34:~25% m35-44:~52% f25-34:~57% f35-44:~72% |
| Keys A. *Coronary heart disease in 7 countries,* 1970;Am Heart Ass Mono 29. | Japan Greece Finland Yugoslavia Italy Netherlands United States | ow: relative weight > 100% ob: sum of triceps and subscapular skinfold > 28 mm | ow:2%; ob:2% ow:11%; ob:11% ow:15%; ob:14% ow:19%;ob:29% ow:33%; ob:28% ow:13%; ob:32% ow:32%;ow:63% |
| Descovich GC et al. *L'indagine di Brighella;* in Rapporto conoscitivo sullo stato delle indagini epidemiologiche in Italia nel campo dell' arteriosclerosi, pp93-104, Consiglio Nazionale delle Ricerche, Roma 1971 | Central Italy | ow: BMI > 25 in m BMI > 23 in f | 35% (m) 36% (f) |

518

CONFIDENTIAL
AZSER12443931

EUR/ICP/NUT 125
0612v
page 10

| Reference | Description | Definition of Obesity (ob) and/or Overweight (ow) | Prevalence Estimate |
|---|---|---|---|
| Strcia et al. *Epidemiological aspects and social importance of obesity. The situation in Italy compared with other developed countries.* Int J Obesity 1977, 1:191-206 | Northern Italy | ob:120% of standard | 18% (m 30 -40 yr) 29% (f 30-40 yr) 22% (m >40 yr) 37% (f > 40 yr) |
| Furinaro et al. *Overweight and other risk factors in a working population of southern Italy,* in Mancini et al, Medical complications of obesity, pp. 229-234, Academic Press London 1979. | Southern Italy | ow:BMI=26.3-28 ob:BMI≥28.1 | ow: 20% ob: 20% |
| Mancini et al. *Medical complications and Prevalence of Obesity in Italy.* Biblica Nutr Dieta, 1986;37:1-10 | Risk factors for Arteriosclerosis in Italy: CNR-ATS-RF2 (Nine-region survey) | ow (male):BMI=25.1-27.9 ow(female):BMI=23.1-27.9 ob(male):BMI≥28 ob(female):BMI≥28 frank obesity: BMI≥30 | e.g. frank obesity in 20-59 yr Neopolitan m: 15.3% f: 31.6% |
| Rosenbaum S ET al. *A survey of heights and weights of adults in Great Britain* Ann Hum Biol 1985;12:115-27 | UK | ob:BMI>25 gross ob: BMI>30 | e.g. m:40-49 yr: 52% f: 40-49: 37% m & f 40-49 yr: 9% |
| Van Itallie T. *Health implications of overweight and obesity in the United States.* Ann Int Med 1985;103:983-88 | US NHANES 2 n=8011 | ow: BMI≥ 27.8 (m) BMI ≥ 27.3 (f) (=85th percentile for 20-29 year old m&f) | 26% m and f 20-75 yr |
| Kluthe et al. *Obesity in Europe.* Ann Int Med 1985;103:1037-42 | Austrian Health Check-up | ob:>120% Broca index | 5-15% (20-40 yr) |
| | 9 Bulgarian villages (n=4198) | > 120% Broca index | 19.1% (>35 yr) |
| | Copenhagen (n=263) | >25.7 BMI | 9.9% (m 18-20 yr) |

CONFIDENTIAL
AZSER12443932

EUR/ICP/NUT 125
0612v
page 11

| Reference | Description | Definition of Obesity (ob) and/or Overweight (owt) | Prevalence Estimate |
|---|---|---|---|
| Klube et al. *Obesity in Europe.* Ann Int Med 1985;103:1037-42 (continued) | Federal Republic (n=1004) of Germany (n=4709) | >15% Broca index >120% Broca index > 140% Broca index | 17.4% 14.0% (m 30-60 yrs) 8.0% |
| | German Democratic Republic (n=79 708) | >120% Broca index | 14%(urban m) 32%(urban f) 23%(rural m) 49%(rural f) |
| | Great Britain (n=5632) | >120% Broca index | 5-12%(m) 6-11%(f) |
| | Netherlands (n=3857) | moderate ob: 25-29.9 BMI  severe ob: ≥30 BMI | 22% (m 19-31 yr) 12% (f 19-31 yr) 12% (m 19-31yr) 2% (f 12-31 yr) |
| | Norway (n=3751) | ob: >115-125% Broca | 14.1% (m) |
| | Rumania (n=100 482) | ob: >120% MLI standards | 25.4% (urban m) 32.2% (urban f) 22.2% (rural m) 40.9% (rural f) |
| | Switzerland (n=1014) | ob:≥120% Broca | 18.7-33.6% (m) |
| Beckles GL et al. *Obesity in women in an urban Trinidadian community.* Int J Obesity 1985;9:127-35 | Trinidad (n=738) | ob:BMI≥30 | 32% (40 yr) 27% (74 yr) |
| Peckham et al. *Prevalence of obesity in British children born in 1946 and 1958.* Br Med J 1983;286:1237-42 | UK (n=30 681) | owt:120% of standard for age, height, sex | 7% (boys, 14 yrs) 9% (girls, 14 yrs) |

CONFIDENTIAL
AZSER12443933

EUR/ICP/NUT 125
0612v
page 12

| Reference | Description | Definition of Obesity (ob) and/or Overweight (ow) | Prevalence Estimate |
|---|---|---|---|
| Benson-Cooper D et al. *Obesity in a New Zealand community.* NZ Med J, 1975;82;115-9 | n=2670 (New Zealand) | ob=120% of standard | 31% (m) 40% (f) |
| Sveger T et al. *Nutrition, overnutrition, and obesity in the first year of life in Malmo, Sweden.* Acta Pediatr Scand, 1975;64:635-40. | n=243 (Sweden) | ow: 110-120% of standard ob:120-140% of standard | ow: 15-23% ob: 0-6% |
| Ginsberg-Fellner F et al. *Overweight and obesity in preschool children in New York City.* Am J Clin Nutr 1981;34:2236-41 | n=2606 (USA) | ow: ≥ 120% of standard ob: ≥ 130% of standard | ow: 12.2% ob: 4.7% |
| Jeffery RW et al. *Prevalence of overweight and weight loss behavior in a metropolitan adult population: the Minnesota Heart Survey experience.* Am J Public Health 1984;74:349-52 | n=6502 (USA) | ow: BMI ≥ 27 (m) BMI ≥ 26 (f) | 20-50% (m) 15-42% (f) |
| Ho TF et al. *The prevalence of obesity in Singapore primary school children.* Aust Paediar J 1983;19:248-50 | n=440,092 (Singapore) | ob: ≥ 120% Harvard standard | 3.95% (boys) 3.09% (girls) |
| Okeke EC et al. *The prevalence of obesity in adults by age, sex, and occupation in Anambra State, Nigeria.* Growth 1983: 47:263-71. | n=204 (Nigeria) | ob:120% of standard | 78% (businessmen) 59% (market women) 54% (chiefs) 41% (civil servants) |
| Bittech IA. *Obesity, socioeconomic variables and eating habits in New Zealand* J Biosoc Sci 1981;13:299-307 | n=1586 (New Zealand) | ob: (1) 120% median w/age (2) > 140% median w/age (3) triceps > 85 percentile (4) subscaps > 85 percentile (5) severe ob: > 95 percentile (sum of skinfolds) | (1) 7-17% (2) 2-6% (3) 18-39% (4) 18-28% (5) 2-9% |

521

CONFIDENTIAL
AZSER12443934

| Reference | Description | Definition of Obesity (ob) and/or Overweight (ow) | Prevalence Estimate |
|---|---|---|---|
| De Luise MA. *Obesity studies in Australia.* Med J Aust 1985;142: S20-25 | (Australia) n=10 000 (adults) | ob: > 120% MLI | 12-17% (m) 10-20% (f) |
| | n=1024 (adults) | ob: > 130% MLI | 9-17% (m) 9-16% (f) |
| | n=5347 (adolescents) | ob: >120% standard | 5% (m); 8%(f) |
| | n=320 (adolescents) | ob:>120% standard | 15% (m); 19%(f) |
| Kelly P et al. *Evolution of obesity in young people in Busselton, Western Australia.* Med J Aust 1984;141:97-99 | n=928 | ob:> 120% NHMRC or WHO standards | 0.5-5% (m, 6-18 yr) 9% (m, ≥18 yr) 1-8% (f, 6-18 yr) 13-16% (f, ≥18 yr) |

Note: To date, there has been no comprehensive, comparative study describing the prevalence of obesity in different nations and regions, with the notable exception of the Seven Countries Study. It is difficult to make such comparisons on the basis of published data because so many different criteria for obesity have been used to classify subjects in the various studies that have been done. To understand this problem, a literature search was done at the University of Pennsylvania Biomedical Library, using MEDLINE to locate sources. Large- and small-scale surveys were identified in which the prevalence of obesity or overweight was reported based on explicitly defined criteria. This list of surveys is not intended to be exhaustive, but rather, to illustrate that many different classification systems have been used in the characterization of obesity.

522

CONFIDENTIAL
AZSER12443935

EUR/ICP/NUT 125
0612v
page 14

## Annex 2

### WAIST/HIP RATIO AND HEALTH HAZARDS – PATHOGENETIC ASPECTS

The waist/hip ratio (WHR) has been found to be closely related to disease in both cross-sectional and longitudinal studies, frequently in a graded, dose-response manner. These diseases are cardiovascular disease, stroke and non-insulin-dependent diabetes mellitus. The question then arises whether a causal association is at hand between the WHR and the different diseases concerned.

The critical component of an elevated WHR ratio is probably the mass of intra-abdominal fat. The intra-abdominal adipose tissues, particularly those drained by the portal vein, are very sensitive to lipolytic (stress) hormones and tend to release free fatty acids in excess amounts into circulation, interfering with insulin binding and its subsequent facilitation of glucose transport. Furthermore, lipoprotein synthesis in the liver is driven by portal free fatty acids. These effects may then lead to insulin resistance, hyperinsulinaemia, hyperlipidaemia and perhaps hypertension. These are all established risk factors for the diseases in question. Intra-abdominal fat in excess amounts might thus act as a risk factor generator.

Another possibility with regard to the associations between an elevated WHR and disease is that some unknown factor produces both disease and an elevated WHR. Steroid hormones might be involved here, since aberrations in the production of these hormones are known to be associated with an elevated WHR. Such aberrations might also cause accumulation of intra-abdominal fat, allowing a combination with the free fatty acid hypothesis, mentioned above. In the background of endocrine disturbances, there may be a neuroendocrine aberration, which at present is poorly understood.

### REFERENCES

1.  Björntorp, P. Fat cell distribution and metabolism. Cellular and biochemical changes associated with obesity: are they the cause or the result? Annals of the New York Academy of Sciences: 66-72 (1987).

2.  Björntorp, P. Obesity and cardiovascular disease. In: Schlierf, G. & Mörl, H., ed. Expanding horizons in atherosclerosis research. Springer, 1987.

3.  Björntorp, P. Abdominal obesity and the development of non-insulin dependent diabetes mellitus. Diabetes/metabolism reviews, 4(6): 615-622 (1988).

523

CONFIDENTIAL
AZSER12443936

EUR/ICP/NUT 125
0612v
page 15

Annex 3

MEASURING SKINFOLDS AND CIRCUMFERENCES

The methodology described here and in section 3 of the main report has been collated from participants' experiences and from Seidell (1). Advice on these questions is also given in a recent publication on anthropometric standardization (2).

General recommendations for performing skinfold measurements

It is strongly recommended that in every study thorough training should be given to the field workers who will be involved. This should be done before the start of the actual study and should include all the proposed measurements on people of various body builds (ranging from slim to somewhat obese). Repeated measurements of the anthropometric variables on each subject should be evaluated with the aim of reducing inter-observer and intra-observer variation as much as possible.

For the skinfold measurements, the following are needed.

- A caliper with readings up to at least 40 mm (the pressure of the caliper jaws should be calibrated; the surface area on the tip of the caliper must be sufficiently large, and the pressure should be 10 g/mm$^2$). Harpenden and Holtain calipers are both useful.

- A marker pen (to be used on the subjects).

Skinfolds are measured on the right side of the body. It is recommended that the observer should be assisted by a person who records the values. The skinfold is picked up between the thumb and the forefinger and held while the caliper jaws are applied at exactly the described point. After the full pressure of the caliper jaws has been applied, the actual measurement is made at the time the readings start to stabilize (usually after two to three seconds). The values are recorded to the nearest millimetre.

Every skinfold is measured and recorded in triplicate as an average of the three readings (which means that the complete measurement is repeated twice, including picking up the skinfold).

If no reliable figure can be obtained, e.g. in the case of very obese subjects, this is noted together with the recorded values.

Circumferences

Circumferences are measured on subjects (in the standing position). A subject should be standing with weight evenly balanced on both feet and the feet about 25-30 cm apart. Subjects should be asked to breathe normally and, at the time of making the measurements, be asked to breathe out gently. This prevents them from contracting their muscles or from holding their breath.

For the measurements, the following are needed.

524

CONFIDENTIAL
AZSER12443937

EUR/ICP/NUT 125
0612v
page 16

- A plastic tape measure, not elastic or metal (metal will feel cold in cold climates).

- A marker pen (to be used on the subjects).

- An elastic tape (for positioning the level of the circumference).  This is a narrow string of silk-covered "hat" elastic rubber band, which is tied firmly enough to stay in position around the abdomen about the level of the umbilicus.  It should not be too tight, and its function is to assist in defining the levels of the circumferences.

Measurements are made in duplicate.

## REFERENCES

1.  Seidell, J.C., Björntorp, P., Cigolini, M. & Deurenberg, P. Adipose tissue distribution: a multi-centre study. 1987 (unpublished manual of operations, prepared with the assistance of Oosterlee, A., Hoogkamer, R., Knuiman, J., Durnin, J.G.V.A., Sjöström, L., Rubeffé-Scrive, M. & Doornbos, G.).

2.  Loman, J. et al. Anthropometric standardization manual. Illinois, Human Kinetics Publications (in press).

CONFIDENTIAL
AZSER12443938

EUR/ICP/NUT 125
0612v
page 17

## Annex 4

### EPIDEMIOLOGICAL BACKGROUND

In the period 1963-1972, radiological surveys in Norway produced measurements on almost 2 million people over the age of 15 years.  The response rate was 85-90%.  These data were later followed up by identifying the end-point, i.e. mortality by cause.  The presentation in Fig. 1 is thus based on 200 000 reported deaths and 18 million observation years.  Some of the main findings are shown in this figure.

### Fig. 1.  Relative mortality for three age groups according to weight/height



Source:  Waaler (1).

526

CONFIDENTIAL
AZSER12443939

EUR/ICP/NUT 125
0612v
page 18

The relative risk curves are practically identical for the three age groups included in this presentation.

The U-shaped mortality risk curve according to the BMI is confirmed in this study. The U is asymmetrical, being steepest on the "lean" tail end. The curves are also characterized by an almost flat bottom, making the determination of the minimum very uncertain. The higher BMI values form a continuous slope, with no natural threshold value for definition of obesity.

Other major studies of sufficient size and duration of follow-up for conclusions to be drawn are a study by the American Cancer Society (ACS) from 1979 and Build and Blood Pressure Studies from 1959 and 1979. The ACS study also allows more detailed analysis of the role of smoking in the relation between the BMI and mortality. A 1983 report by the Royal College of Physicians (2) shows mortality curves in relation to the BMI in these studies (Fig. 2 and 3). The Build and Blood Pressure Studies do not show an increased mortality in very lean people, due probably to the relatively small sample size (n = 68 000) whereas the ACS study with its much larger sample size (n = 750 000) confirms such an increase at the lower end of the BMI distribution. The larger the study, the clearer the health risks associated with leanness seem to become. No cause-specific deaths are presented here. Total mortality risk increases (as in the Norwegian study) slowly with rising BMI values, and the minimum mortality risk is somewhere between BMI 20-25. Smoking does not explain the higher risk in the left part of the U-shaped distribution curve (3).

As described in the Norwegian report, the left slope is dominated by lung-related disease mortality; the right slope (high BMI values) is dominated by mortality from cardiovascular disease, stroke and diabetes. Cardiovascular disease mortality increases in frequency from BMI 23 and upwards; lung diseases increase in frequency from BMI 29 and downwards. This mortality overlap complicates the definition of obesity.

There are no natural cut-off points; mortality is a continuous function of the BMI. If cut-off points are to be given for practical reasons, the classification proposed in this document might be reasonable.

As a mere curiosity, it was demonstrated how the Broca index, which defines the optimum weight in kg as the body height in cm minus 100, appears to coincide with the level of mortality risk. Mortality was related to body height and weight in a simultaneous analysis, and relative risk was calculated for all combinations of height and weight. Out of this emerged a minimum-risk curve as a straight line connecting any given body height with an optimal weight (see Fig. 4). This line happens to be very close to the Broca index. However, the meeting was of the opinion that this index should not be recommended, since the values at the extremes of body height do not really correspond to the hypothetical values.

527

CONFIDENTIAL
AZSER12443940

EUR/ICP/NUT 125
0612v
page 19

Fig. 2.  Mortality in relation to duration of insurance policy –
men aged 15-39 years at time of issue of policy
(weight and height are adjusted to values without clothes)



Source:  Royal College of Physicians (2).  Recalculated from the 1979 Build
and Blood Pressure Studies.

Fig. 3.  Body weight, smoking and death rates for men and women



Source:  Royal College of Physicians (2).  Recalculated from Lew &
Garfinkel (3), with unpublished data from the American Cancer Society.

528

CONFIDENTIAL
AZSER12443941

EUR/ICP/NUT 125
0612v
page 20

**Fig. 4.  Relative mortality by weight for given height in women**



Source:  Waaler (1).

## REFERENCES

1.  Waaler, H.Th. Height, weight and mortality. The Norwegian experience.
    Acta medica scandinavica, Suppl. No. 679 (1984).

2.  Royal College of Physicians. Obesity. A report of the Royal College of
    Physicians. Journal of the Royal College of Physicians, 17(1): 1–58
    (1983).

3.  Lew, E.A. & Garfinkel, L. Variation in mortality by weight among
    750 000 men and women. Journal of chronic diseases, 32(8): 563–576 (1979).

CONFIDENTIAL
AZSER12443942

EUR/ICP/NUT 125
0612v
page 21

<u>Annex 5</u>

LIST OF PARTICIPANTS

TEMPORARY ADVISERS

Dr Björn Andersson
   Department of Medicine I, Sahlgrenska Hospital, Gothenburg, Sweden

Professor Lukan Balabanski
   Head, Department of Clinical Nutrition, Institute of Gastroenterology and
   Nutrition, Medical Academy, Sofia, Bulgaria

Dr Magdalena Bialkowska
   National Food and Nutrition Institute, Warsaw, Poland

Professor Per Björntorp
   Department of Medicine I, Sahlgrenska Hospital, Gothenburg, Sweden
   (Co-Chairman)

Dr Jadwiga Charzewska
   National Food and Nutrition Institute, Warsaw, Poland

Dr Massimo Cigolini
   Institute of Clinical Medicine, Borgo Roma Polyclinic, Verona, Italy

Dr Barbara Cybulska
   National Food and Nutrition Institute, Warsaw, Poland

Professor John Durnin
   Institute of Physiology, University of Glasgow, United Kingdom
   (Co-Chairman)

Dr Britt-Marie Ellsinger
   Department of Medicine I, Sahlgrenska Hospital, Gothenburg, Sweden

Dr Leif Lapidus
   Department of Medicine I, Sahlgrenska Hospital, Gothenburg, Sweden

Dr Per Màrin
   Department of Medicine I, Sahlgrenska Hospital, Gothenburg, Sweden

Dr Jana Parizkova
   Research Institute for Physical Education, Charles University, Prague,
   Czechoslovakia

Dr Marielle Rebuffé-Scrive
   Department of Medicine I, Sahlgrenska Hospital, Gothenburg, Sweden

530

CONFIDENTIAL
AZSER12443943

EUR/ICP/NUT 125
0612v
page 22


Dr Jaan Seidell
    Department of Human Nutrition, Agricultural University, Wageningen,
    Netherlands

Dr Jan Svedberg
    Department of Medicine I, Sahlgrenska Hospital, Gothenburg, Sweden

Dr Grazyna Sypniewska
    National Food and Nutrition Institute, Warsaw, Poland

Professor Wiktor Szostak
    Director, National Food and Nutrition Institute, Warsaw, Poland (Chairman)

Professor Hans Waaler
    National Institute of Public Health, Unit for Health Services Research,
    Oslo, Norway

Dr M. Weck
    Medical Academy "Carl Gustav Carus", Medical Clinic, Dresden, German
    Democratic Republic

Dr Xuefan Xu
    Research Fellow, Department of Medicine I, Sahlgrenska Hospital,
    Gothenburg, Sweden


WORLD HEALTH ORGANIZATION


**Regional Office for Europe**

Ms Elisabet Helsing
    Regional Officer for Nutrition (Secretary and Rapporteur)


**Headquarters**

Dr Alberto Pradilla
    Chief, Nutrition unit

531

CONFIDENTIAL
AZSER12443944