# Poster Session I

### 258. GLUCOSE INTOLERANCE WITH ATYPICAL ANTIPSYCHOTICS

Daniel R Wilson*, Connie Hammond, Leo D'Souza, Nibar Sarkar

School of Medicine, Creighton University, NE, United States

Sponsor: Samuel H. Barondes

We continue to review Ohio Department of Mental Health data to assess risks of new-onset diabetes and ketoacidosis (DKA) associated with atypical antipsychotics. Our initial case series reviewed 126 patients treated with atypicals in Cincinnati. New-onset glucose intolerance and DKA were common with 11 new, acute, marked cases of glucose intolerance identified, of whom six needed insulin therapy and five had frank diabetic ketoacidosis.

Our current research entails the analysis of a much larger data set for all Ohio state-hospital inpatients from 1994 to present. Interim analysis of data for 1522 patients treated in 1999 again identified an incidence of new-onset diabetes of approximately 10%. Moreover, data validation via actual chart reviews of selected cases suggested 'false-negatives' but not 'false positives' accrued in computerized data (in part due to cost limits on baseline laboratory studies).

Glucose intolerance was associated with atypical antipsychotic treatment in this sample. Final data verification and analysis continues with ODMH inpatients from 1994 on any atypical antipsychotic. Further research is needed - especially studies of a larger scale and/or prospective design.

### 259. BIPHASIC PLATELET AGGREGATION INDUCED BY 5-HT DURING AURA PHASE OF MIGRAINE ATTACK: A CASE REPORT

Tatyana G Pukhalskaya*, Alexie V Mazurov, Ada R Artemenko, Alexandr M Vein

Pharmacology of Russian Academy of Medical Sciences, Moscow, Russian Federation

Sponsor: Oakley Ray

Impaired platelet function has been reported in migraine patients in headache- and headache-free periods. However, data on platelet activity during aura phase of migraine attack are unavailable. The platelet aggregatory response to adrenaline (1-5µM), 5-HT (0,1-5µM) and plasma soluble P-selectin, a marker of platelet activation, were measured during aura phase and in the attack-free period in a women with migraine with aura (accordingly to the IHS criteria).

Platelet aggregation was measured by using a highly sensitive methods based on the registration of optical density fluctuations in platelet suspension. Plasma soluble P-selectin was measured by sandwich ELISA with two monoclonal antibodies.

The values of aggregation induced by adrenaline at the concentrations tested during aura phase and in attack-free period were similar and were within the control group range. During headache-free period at the concentrations tested 5-HT induced reversible aggregation. During aura at the concentrations of 1µM, 2,5µM, 5µM 5-HT induced biphasic irreversible aggregation, the values of light transmission were 50%, 60% and 60%, correspondingly. Dihydroergotamine ($5 \times 10^{-8}$M) did not effect the primary phase of aggregation but inhibited the secondary phase of 5-HT-induced aggregation by 50%. During aura and headache-free periods level of P-selectin in plasma did not differ from control values in healthy donors.

Our results indicate that the aura phase of migraine attack is accompanied by markedly altered aggregatory response to 5-HT but not to adrenaline. As normally 5-HT does not induce the second phase of aggregation which is known to be secretion-dependent the results suggest that during aura in platelets a coupling between 5-HT-activated signaling pathways and the signal transduction pathways involved in the regulation of secretion is possible.

226

CONFIDENTIAL
AZSER12443945

*This report contains the collective views of an international group of experts and does not necessarily represent the decisions or the stated policy of the World Health Organization*

# Diabetes mellitus

## Report of a
## WHO Study Group

**World Health Organization
Technical Report Series
727**

BIBLIOTEKET
ASTRA
SÖDERTÄLJE



**World Health Organization, Geneva   1985**

533

CONFIDENTIAL
AZSER12443946

ISBN 92 4 120727 2

© World Health Organization 1985

Publications of the World Health Organization enjoy copyright protection in accordance with the provisions of Protocol 2 of the Universal Copyright Convention. For rights of reproduction or translation of WHO publications, in part or *in toto*, application should be made to the Office of Publications, World Health Organization, Geneva, Switzerland. The World Health Organization welcomes such applications.

The designations employed and the presentation of the material in this publication do not imply the expression of any opinion whatsoever on the part of the Secretariat of the World Health Organization concerning the legal status of any country, territory, city or area or of its authorities, or concerning the delimitation of its frontiers or boundaries.

The mention of specific companies or of certain manufacturers' products does not imply that they are endorsed or recommended by the World Health Organization in preference to others of a similar nature that are not mentioned. Errors and omissions excepted, the names of proprietary products are distinguished by initial capital letters.

PRINTED IN SWITZERLAND

ISSN 0512-3054

85/6461 – Schüler S.A. – 14 000

CONFIDENTIAL
AZSER12443947

# CONTENTS

Page

1. Introduction...................................................................................... 7

2. Definition, diagnosis, and classification........................................ 9
   2.1  Definition of diabetes mellitus................................................ 9
   2.2  Diagnosis and diagnostic criteria............................................ 10
   2.3  Screening.................................................................................. 14
   2.4  Revised classification................................................................ 17

3. Malnutrition-related diabetes mellitus........................................ 20
   3.1  Fibrocalculous pancreatic diabetes........................................ 21
   3.2  Protein-deficient pancreatic diabetes.................................... 23
   3.3  Research needs.......................................................................... 24

4. Epidemiology.................................................................................. 25
   4.1  Natural history of diabetes and impaired glucose tolerance........... 25
   4.2  Prevalence, incidence, and risk factors.................................. 27
   4.3  Mortality from diabetes............................................................ 29
   4.4  Methods for studying the complications of diabetes.................. 31

5. Causes and mechanisms.................................................................. 32
   5.1  Pancreatic beta-cell function and insulin action in diabetes mellitus  33
   5.2  Genetic factors and markers.................................................... 33
   5.3  Acquired and environmental factors........................................ 36
   5.4  Changes in life-style................................................................ 37
   5.5  Metabolic and endocrine disturbance...................................... 39

6. Status of prevention........................................................................ 40
   6.1  Preventive strategies................................................................ 40
   6.2  Insulin-dependent diabetes mellitus........................................ 41
   6.3  Non-insulin-dependent diabetes mellitus................................ 41

7. Management of diabetes.................................................................. 43
   7.1  The objectives of diabetes management.................................. 44
   7.2  Food.......................................................................................... 45
   7.3  Use of insulin............................................................................ 46
   7.4  Oral hypoglycaemic agents...................................................... 48
   7.5  Exercise.................................................................................... 49
   7.6  Resources required for treatment............................................ 49
   7.7  Acute metabolic problems........................................................ 49
   7.8  Pregnancy.................................................................................. 53
   7.9  Surgery and the diabetic.......................................................... 55
   7.10 IDDM in children and adolescents.......................................... 55
   7.11 Diabetes in the elderly............................................................ 57

8. Complications.................................................................................. 58
   8.1  Diabetic eye disease................................................................ 58
   8.2  Kidney disease.......................................................................... 60
   8.3  Diabetic neuropathy................................................................ 62
   8.4  Cardiovascular complications.................................................. 64
   8.5  The diabetic foot...................................................................... 65
   8.6  Screening for complications.................................................... 67

3

CONFIDENTIAL
AZSER12443948

9. Health care services.................................................................67
    9.1    Health care planning....................................................67
    9.2    Health manpower development.....................................71
    9.3    Health economics...........................................................71
    9.4    Research........................................................................72
    9.5    Conclusions...................................................................72

10. The diabetic in society.............................................................73
    10.1    Integration and discrimination....................................73
    10.2    The young diabetic.......................................................73
    10.3    Adulthood.....................................................................74
    10.4    Aging with diabetes......................................................75
    10.5    Other problems.............................................................76

11. Education................................................................................76
    11.1    Why educate?................................................................76
    11.2    Who to educate.............................................................78
    11.3    How to educate.............................................................81
    11.4    Need for evaluation......................................................83
    11.5    The role of organizations.............................................83

12. Research and future developments...........................................84
    12.1    Basic research...............................................................84
    12.2    Epidemiological research..............................................85
    12.3    Clinical research............................................................86
    12.4    Research in prevention..................................................86
    12.5    Social, psychological, and educational research............86
    12.6    Health services research................................................87

13. Conclusions...........................................................................87

14. Recommendations..................................................................91

Acknowledgements......................................................................93

References....................................................................................94

Annex   1.  The oral glucose tolerance test...................................99
Annex   2.  Methods for measuring substances in blood and urine...................100
Annex   3.  The prevalence of insulin-dependent diabetes in certain populations,
            1970–1980.............................................................103
Annex   4.  Estimates of incidence of insulin-dependent diabetes mellitus........103
Annex   5.  Prevalence and incidence of non-insulin-dependent diabetes mellitus
            in certain populations, using the criteria proposed by WHO.........104
Annex   6.  Prevalence of diabetes mellitus in some countries...........................105
Annex   7.  Reported occurrence of malnutrition-related diabetes....................106
Annex   8.  Rate of diabetes mortality (per 100 000), by age group, in different
            locations...............................................................107
Annex   9.  Impact of diabetes on life and health.............................................109
Annex 10.  Glycated haemoglobin estimation....................................................110
Annex 11.  Main types of insulin available.......................................................111
Annex 12.  Basic equipment for self-care by diabetics.....................................112
Annex 13.  Estimated cost of diabetes in the United States of America during
            1980........................................................................113

4

CONFIDENTIAL
AZSER12443949

# WHO STUDY GROUP ON DIABETES MELLITUS

### *Geneva, 11–16 February 1985*

*Members*

Professor K.G.M.M. Alberti, Department of Medicine, University of Newcastle upon Tyne, England[1]

Dr J.-Ph. Assal, Diabetes Treatment and Teaching Unit, Policlinique Universitaire de Médecine, Hôpital Cantonal Universitaire, Geneva, Switzerland

Professor S. Baba, Department of Internal Medicine, Kobe University School of Medicine, Kobe, Japan

Professor J.S. Bajaj, All India Institute of Medical Sciences, New Delhi, India (*Vice-Chairman*)

Professor R. Calderon, Universidad Peruana C. Heredia, Lima, Peru

Dr M.I. Harris, National Diabetes Data Group, National Institute of Arthritis, Diabetes, and Digestive and Kidney Diseases, National Institutes of Health, Bethesda, MD, USA (*Rapporteur*)

Professor T.O. Johnson, Department of Medicine, College of Medicine, University of Lagos, Lagos, Nigeria

Professor H. Keen, Department of Medicine, Guy's Hospital Medical School, London, England (*Chairman*)

Dr L.P. Krall, Joslin Diabetes Center, Boston, MA, USA

Professor Z. Laron, Institute of Pediatric and Adolescent Endocrinology, Beilinson Medical Center, Petah Tiqva, Israel

Professor R. Luft, Department of Endocrinology, Karolinska Hospital, Stockholm, Sweden (*Vice-Chairman*)

Dr A. Mazovetsky, Institute of Experimental Endocrinology and Hormone Chemistry, Academy of Medical Sciences of the USSR, Moscow, USSR

Dr J. Nerup, Steno Memorial Hospital, Gentofte, Denmark

Professor L.B. Salans, Department of Medicine, Mount Sinai School of Medicine of the City University of New York, New York, NY, USA

Professor Z. Skrabalo, Institute for Diabetes, Endocrinology, and Metabolic Diseases, Zagreb, Yugoslavia

Dr Wang Heng, Endocrinology Department, Capital Hospital, Beijing, China

Professor P. Zimmet, The Royal Southern Memorial Hospital, Caulfield South, Victoria, Australia (*Rapporteur*)

*Representatives of other organizations*

Dr C.R. Fedele, The International Association of Lions Clubs, Hermance, Switzerland

Mrs T. Rafael, The Juvenile Diabetes Foundation International, Tel-Aviv, Israel

---

[1] Unable to attend

5

CONFIDENTIAL
AZSER12443950

*Secretariat*

Dr J.-M. Ekoe, Medical Officer, WHO/IDF Research Fellow, Division of Noncommunicable Diseases, WHO, Geneva, Switzerland

Dr. V.J. Grabauskas, Director, Division of Noncommunicable Diseases, WHO, Geneva, Switzerland

Dr Lu Rushan, Assistant Director-General, WHO, Geneva, Switzerland

Dr M.P. Mitrofanov, Medical Officer, Division of Noncommunicable Diseases, WHO, Geneva, Switzerland (*Secretary*)

6

CONFIDENTIAL
AZSER12443951

# DIABETES MELLITUS

## Report of a WHO Study Group

A WHO Study Group on Diabetes Mellitus met in Geneva from 11 to 16 February 1985. Dr Lu Rushan, Assistant Director-General, opened the meeting on behalf of the Director-General.

## 1. INTRODUCTION

Diabetes afflicts large numbers of people of all social conditions throughout the world. The personal and public health problem of diabetes, already of vast proportions, continues to grow despite of exciting advances in the past few years in virtually every field of diabetes research and in patient care (e.g., improved treatment, protection against complications, increased self-care, and even primary prevention of some forms of diabetes).

The main aims of the Study Group were: to review the advances in the understanding of diabetes mellitus and its treatment; to seek ways to use the increased scientific and technical knowledge of the disease to benefit diabetics; and to update the second report of the WHO Expert Committee on Diabetes Mellitus published in 1980 (*1*).

The underlying cause of diabetes is the defective production or action of the hormone insulin. A major scientific advance has been the identification and mapping of the gene in man that codes for the production of insulin. The human insulin gene can be synthesized in the laboratory; its insertion into a bacterial host by ingenious techniques is now the basis of an entirely novel industrial process for the manufacture of the hormone. The great majority of the world's insulin is still extracted from animal pancreas, but increasing amounts, theoretically limitless, are now being produced by biotechnology. Yet, despite this new source of supply, diabetics still die for want of insulin in many countries of the world.

A major step towards the prevention of the insulin-dependent form of diabetes is the ability to identify people who are genetically susceptible to the disease. Such people appear to have defective immunological mechanisms and, under the influence of some environmental "trigger", attack their own insulin-producing cells.

7

CONFIDENTIAL
AZSER12443952

With further research, it should be possible to prevent such attacks or to control the self-damaging process before the disease is irreversibly established.

It is misleading to think of diabetes as a single disease with a single cause. Epidemiological, clinical, and laboratory investigations have revealed evidence of several possible causal mechanisms. Recent studies have highlighted contrasts in the disease between and even within communities. This heterogeneity is illustrated in a section of this report dealing with malnutrition-related diabetes. Characteristically occurring in poor communities in tropical developing countries, malnutrition-related diabetes affects large numbers of young people, causing chronic ill-health and early death. Evidence suggests that this variant of diabetes is generated against a background of protein malnutrition and triggered by dietary and other pancreatic toxins. It should therefore be possible to prevent it. In contrast, the "epidemic" of diabetes among the inhabitants of some Pacific islands is strongly associated with altered life-style, particularly changed nutritional patterns, widespread obesity, and reduced physical activity. Prevention of this type of diabetes will require the effective nutritional counselling of whole populations.

Prevention of diabetes still lies in the future and, until then, tens of millions will continue to suffer from the disease. Every effort must be made to cure as many as possible or, failing that, to alleviate the associated disabilities and to prevent premature death, so that the diabetic can play a productive and fulfilling role in society. Priorities in finding solutions to these problems depend upon the level of technical and economic development in different societies, but some immediate action could be taken by all. A prime requirement is the provision of the means of diagnosing the disease, closely linked with the application of the knowledge and skills necessary for its management and supervision. The development of simple methods for measuring glucose and estimating glycated haemoglobin offers new opportunities for diagnosis and control of the disease. Suitable instruction on how to use new diagnostic methods can be integrated into existing or evolving programmes of community disease control. Such programmes should encourage the patient to play the central role in diagnosis and control of the disease. However, these basic services are unavailable to the great majority of diabetics. A group of experts can propose strategies and schemes for diagnosis and care but their implementation is a matter for national governments and health agencies.

8

CONFIDENTIAL
AZSER12443953

The second report of the WHO Expert Committee on Diabetes Mellitus (*1*) called attention to the need to improve the prospects for diabetics as regards health and the quality of life, and recommended how this could be achieved. Subsequently, in association with the International Diabetes Federation (IDF), WHO has sponsored a growing range of activities, including international, regional, and national educational courses, seminars, scientific meetings, and workshops on the clinical, technological, epidemiological, and public health aspects of diabetes. A network of WHO Collaborating Centres in Diabetes Mellitus has been established covering many aspects of diabetes, and future plans and priorities have been formulated in a WHO/IDF *Programme for diabetes*,[1] elements of which are included in this report. The *Programme for diabetes* is a guide for action not only for WHO and IDF but also for regional, national, and even local health authorities who wish to tackle the enormous health problems of diabetes.

Globally, there are at least 30 million diabetics, the great majority of whom lack even the rudiments of care. All of these could be helped. Lives could be saved and chronic disability prevented. This report aims to review current knowledge of the problems and to define programmes of action that could be immediately undertaken in a highly profitable commitment of human skills and resources.

## 2. DEFINITION, DIAGNOSIS, AND CLASSIFICATION

### 2.1 Definition of diabetes mellitus

In the untreated state, diabetes mellitus is recognized by chronic elevation of the concentration of glucose in the blood (hyperglycaemia). This is sometimes accompanied by symptoms of severe thirst, profuse urination, weight loss, and stupor, culminating in coma and death in the absence of effective treatment. More often, presenting symptoms are much less severe without disturbance of consciousness; occasionally symptoms are totally absent. The high concentration of blood glucose and other biochemical abnormalities result from deficient production or action of insulin, a hormone that controls glucose, fat, and amino acid metabolism. Several processes

---

[1] WHO/IDF. *Programme for diabetes*. Unpublished WHO/IDF document (1985); available from Division of Noncommunicable Diseases, World Health Organization, 1211 Geneva 27, Switzerland.

9

CONFIDENTIAL
AZSER12443954

can cause the diabetic state. The severity of its symptoms is largely determined by the degree to which the insulin action is deficient (see section 5). Characteristically, the diabetic has a long-term risk of developing progressive disease of the retina and kidney, damage to peripheral nerves, and aggravated atherosclerotic disease of the heart, legs, and brain (see section 8).

## 2.2 Diagnosis and diagnostic criteria

### 2.2.1 *Clinical diagnosis*

The clinical diagnosis of diabetes is often prompted by symptoms such as increased thirst and urine volume, unexplained weight loss and, in severe cases, drowsiness and coma; high levels of glycosuria are usually present. A single blood glucose estimation in excess of the diagnostic values indicated in Fig. 1 (black zone) establishes the diagnosis in such cases, as it may also do when symptoms are trivial or absent. Fig. 1 also defines levels of blood glucose below which a diagnosis of diabetes is unlikely. Only if blood glucose values lie in the uncertain range (i.e., between the levels that establish or exclude diabetes) need an oral glucose tolerance test (OGTT) be considered in order to establish diagnostic status (see Annexes 1 and 2). It is often sufficient to measure the blood glucose values only after fasting and at 2 hours after a 75 g oral glucose load. The other values measured in the full OGTT are not required to establish a diagnosis but may serve to confirm it. Diagnostic interpretation of the OGTT response is shown in Table 1.

The clinician must always feel confident that the diagnosis of diabetes is fully established since the consequences for the patient are considerable and lifelong. The requirements for diagnostic confirmation for a patient presenting with severe symptoms and gross hyperglycaemia will differ from those for the asymptomatic patient with blood glucose values found to be just above the diagnostic cut-off values. For the asymptomatic patient, at least one additional test result with a value in the diabetic range is desirable, either from a random sample or from the OGTT. If such samples fail to confirm the diagnosis of diabetes mellitus it will usually be advisable to maintain surveillance with periodic retesting until the diagnostic situation becomes clear. In these circumstances the clinician should take into consideration such additional factors as

10

CONFIDENTIAL
AZSER12443955

## Fig. 1. Unstandardized (casual, random) blood glucose values [a]



Fig. 1. Unstandardized (casual, random) blood glucose values [a]

WHO 851235

[a] Blood glucose values in the second report of the WHO Expert Committee on Diabetes Mellitus (1) were rounded to the nearest mmol/litre. This decision was challenged on the grounds that it created comparatively large differences between the SI unit and the traditional unit (mg/dl) which could introduce potentially serious biases in diagnostic categories. For this reason, SI units have now been rounded to the nearest tenth of a mmol.

## Table 1. Diagnostic values for the oral glucose tolerance test (see Annex 1) [a]

| | Glucose concentration, mmol/litre (mg/dl) | | | |
|---|---|---|---|---|
| | Whole blood | | Plasma | |
| | Venous | Capillary | Venous | Capillary |
| **Diabetes mellitus** | | | | |
| Fasting value | ≥ 6.7 (≥ 120) | ≥ 6.7 (≥ 120) | ≥ 7.8 (≥ 140) | ≥ 7.8 (≥ 140) |
| 2 hrs after glucose load [b] | ≥ 10.0 (≥ 180) | ≥ 11.1 (≥ 200) | ≥ 11.1 (≥ 200) | ≥ 12.2 (≥ 200) |
| **Impaired glucose tolerance** | | | | |
| Fasting value | < 6.7 (< 120) | < 6.7 (< 120) | < 7.8 (< 140) | < 7.8 (< 140) |
| 2 hrs after glucose load [b] | 6.7–10.0 (120–180) | 7.8–11.1 (140–200) | 7.8–11.1 (140–200) | 8.9–12.2 (160–220) |

[a] See footnote to Fig. 1.
[b] For epidemiological or population screening purposes the 2-hour value after 75 g oral glucose may be used alone of with the fasting value. The fasting value alone is considered less reliable since true fasting cannot be assured and spurious diagnosis of diabetes may more readily occur.

11

CONFIDENTIAL
AZSER12443956

family history, age, adiposity, and concomitant disorders before deciding on a diagnostic or therapeutic course of action.

## 2.2.2 *Epidemiological studies*

For studies of the prevalence of glucose intolerance and diabetes, individuals may be classified by their blood glucose concentration measured after an overnight fast, then 2 hours after a 75 g oral glucose load. Since the fasting state can rarely be assured, and because of the strong correlation between fasting and 2-hour values (*2*), epidemiological studies or diagnostic screening may be restricted to the 2-hour values only (Table 1). Three recent studies showed that, of those with fasting plasma glucose values ≥ 7.8 mmol/litre, 97% also exhibited 2-hour plasma glucose ≥ 11.1 mmol/litre (*3, 4*).[1]

## 2.2.3 *Diagnosis of diabetes in children*

Diabetes in children usually presents with severe symptoms, very high blood glucose levels, heavy glycosuria, and ketonuria. In most children the diagnosis is confirmed without delay by blood glucose measurements, and treatment (including insulin injection) is initiated immediately (section 7), often as a live-saving measure. OGTT is neither necessary nor appropriate.

A small proportion of children and adolescents, however, present with less severe symptoms and may require an OGTT for diagnosis. The oral glucose load is related to body weight (Annex 1). In general, the diagnostic criteria in children, as regards glycaemia, are the same as those recommended for adults; the interpretation and management of states of glucose intolerance short of diabetes mellitus (DM) remain the subject of research. It is within this group that early pre-diabetic processes may be detected and measures of prevention studied.

## 2.2.4 *Impaired glucose tolerance*

The state of impaired glucose tolerance (IGT) is defined as a glycaemic response to a standard glucose challenge intermediate

---

[1] NATIONAL DIABETES DATA GROUP. *Report of an Expert Committee on Diabetes.* Bethesda, National Institutes of Health, 1985 (administrative document).

12

CONFIDENTIAL
AZSER12443957

between normal and diabetic and can therefore only be determined by an OGTT. The defining limits at 2 hours after challenge are given in Table 1; the fasting value must not be diagnostic for diabetes. For epidemiological studies, the 2-hour value alone may be adequate for diagnosis.

The definition of IGT in 1979–80 (*1, 5*) replaced terms such as borderline diabetes, pre-diabetes, and chemical diabetes that had been used to describe mild degrees of glucose intolerance; these terms were considered unjustifiable in the light of the natural history of IGT. At present, IGT is rarely diagnosed in the clinical setting, perhaps because of its recent introduction as a glucose tolerance class and lack of knowledge of its clinical significance. IGT is still the subject of research to determine its mechanisms and prognostic implications. Since certain individuals with IGT progress to diabetes, some centres are developing risk-reduction programmes for such people (section 6).

### 2.2.5 Gestational diabetes

The category of gestational diabetes should be applied only to women in whom glucose intolerance is first detected during pregnancy. Reclassification is necessary post partum.

The report of the second meeting of the WHO Expert Committee on Diabetes Mellitus (*1*) recommended that the diagnostic procedures and criteria for pregnant women should be the same as those proposed for all adults. It was also recommended that the management of impaired glucose tolerance during pregnancy should be the same as for diabetes. In this, the recommendation differed from that of the National Diabetes Data Group (NDDG) in the United States of America (*5*), which proposed that the procedures and criteria of O'Sullivan (*6*) be continued, a recommendation recently confirmed by an Expert Committee of the National Diabetes Data Group.[1]

A number of countries have already adopted the 1980 WHO Expert Committee recommendations (*1*). Further international standardization of diagnostic criteria for gestational diabetes can form the basis for prospective studies of the health of mothers and their infants. The use of the WHO Expert Committee criteria makes

---

[1] See footnote on page 12.

13

CONFIDENTIAL
AZSER12443958

it possible to determine more specifically the effect of lesser degrees of glucose intolerance upon maternal and child health.

There is no evidence, as yet, that glycated haemoglobin has any special role in the detection of gestational diabetes.

### 2.2.6 *Other diagnostic measurements and indices*

The diagnostic definition of the diabetic state (and impaired glucose tolerance) depends upon blood glucose measurement. Certain "non-glycaemic" measurements and tests may be of value in defining subclasses and, in epidemiological studies, in determining the mechanisms and natural history of diabetes.

In the context of diagnosis and classification, such additional indices fall into two groups.

1. Indices of the degree of beta-cell damage. These include measurements of insulin, pro-insulin, and C-peptide secretion. Values of glycated haemoglobin, the degree of glucosylation of other proteins, and the actual degree of glucose intolerance may also be valuable.

2. Indices of the diabetogenic process. These currently include: characterization of HLA types and subtypes; the presence, type, and titre of circulating antibodies directed against the islets of the pancreas and other endocrine cells; evidence of pancreas-directed cell-mediated immunity; demonstration of specific DNA sequences in the human genome; and demonstration of pancreatic or other endocrine disease.

Several other variables qualify the diabetic state and define subclasses of it, e.g., obesity, liability to ketosis, family history of the disease, and age of onset, but these have all been subsumed by, or appear explicitly in, the classification of diabetes mellitus and allied categories of glucose intolerance on page 18. The list of additional measurements and tests is not exhaustive and will undoubtedly increase with time. Properly defined and ascertained, these indices are valuable for identifying homogeneous subclasses of diabetes (section 5).

### 2.3 Screening

Screening for diabetes is routine wherever urine testing for glucose is an integral part of the clinical examination of a patient.

14

CONFIDENTIAL
AZSER12443959

Systematic urine testing is also commonly used in some countries at military recruitment, in pre-employment examinations, and as a requirement for life insurance, etc. Technological advances in the methods for measurement of blood and urine glucose have made mass population screening possible.

The underlying assumption that justifies screening programmes for diabetes is that early detection and effective control of hyperglycaemia in asymptomatic (or oligosymptomatic) diabetics reduces morbidity. Screening programmes of appropriate design have also yielded valuable information about the prevalence of diabetes and its natural history; in addition, studies of lesser degrees of glucose intolerance have led to the revision of diagnostic criteria.

In the past, population screening for diabetes was often poorly organized and used variable diagnostic criteria and standards for follow-up and patient care. Well-planned community screening programmes that use methods and criteria developed over recent years are important both in developing countries, where epidemiological information is lacking, and in developed countries, where the value of early diagnosis needs to be re-evaluated in the light of the new standardized diagnostic criteria.

Apart from possible benefits to the individual and the acquisition of information of public health relevance, screening programmes for diabetes provide opportunities for creating public awareness and for educating health professionals. Important considerations for screening programmes include:

— the sensitivity, specificity, and cost of screening methods;
— definition of target populations; and
— provision of adequate and effective care for those found to have diabetes.

### 2.3.1 Screening methods (7)

In the past, the commonest approach to diabetes screening was a preliminary, semi-quantitative test for glucose in a urine sample, followed by an oral glucose tolerance test for those found to have glycosuria.

Many studies now confirm that, although glucose is found in the urine in the most severe cases of diabetes, it is often absent in milder forms of the disease. However, glycosuria may be found in perfectly

15

CONFIDENTIAL
AZSER12443960

normal people. The usefulness of an initial urine screen depends upon the age, sex, ethnic structure, and diet of the target population. While routine urine testing remains an essential part of clinical examination of a patient, it is not appropriate for case-finding or epidemiological surveys of populations. More recent mass-screening programmes have used glucose measurements of a fasting, post-prandial, or random blood sample because of the inadequacies of the urine test; individuals with levels of blood glucose that exceed a predetermined cut-off value are asked to complete a test of glucose tolerance.

Blood samples should ideally be collected under standard conditions, but this may be difficult to achieve and to check.

*Fasting samples*. It is important that true fasting conditions are maintained since comparatively small elevations of blood glucose concentration raise the diagnostic suspicion of diabetes; however, such conditions are difficult to ensure.

*Random samples*. While these may strongly indicate or exclude the diagnosis of diabetes (Fig. 1), a high proportion of measurements fall into the "uncertain zone" and need to be confirmed by the expensive and time-consuming oral glucose tolerance test. Details of the time and nature of the last meal eaten before the random test have little effect on improving the interpretation of results. The measurement of glucose levels in random blood samples is unsatisfactory for epidemiological use; at the most, it can give only a crude estimate of the frequency of diabetes in a population.

*Post-load samples*. Many epidemiological surveys and diagnostic screening studies now attempt to obtain a single blood sample 2 hours after a standard oral glucose load (75 g). This is comparatively expensive and time-consuming if the subject tested has to be kept under observation for 2 hours after the glucose load. Specified meals would seem desirable as test loads but no such meal-load has been adequately validated.

Because of these problems, there have been a number of attempts to evaluate other techniques of screening, e.g., the estimation of glycated haemoglobin (*4, 8, 9*) and serum glycosamines (*10*). These newer methods are costly, inadequately standardized, and are unable to give an immediate diagnosis; they also present difficulties in storage of samples, and give rise to substantial misclassification when results are compared with the OGTT as a standard reference.

16

CONFIDENTIAL
AZSER12443961

However, they do have the advantage that little or no preparation of the subject is required. Considerable improvement is needed, however, before these methods can be used for mass-screening programmes.

### 2.3.2 *Target populations*

The prevalence of unsuspected diabetes in children and adolescents is so low that screening other than for research purposes has little to offer in case-finding.

In European populations, the prevalence of non-insulin-dependent diabetes mellitus begins to rise at about 45 years of age, but in some populations prevalence rates increase earlier. In countries where epidemiological information is lacking, children in the second decade of life, or younger, should be included in community screening programmes. Target groups should also include those at high risk of glucose intolerance, e.g., the obese and those with close relatives with diabetes, and those in whom even mild glucose intolerance might be a risk factor, e.g., in pregnant women and patients with premature atherosclerosis.

### 2.4 Revised classification

There has been general acceptance of the classification adopted by the WHO Expert Committee on Diabetes Mellitus in 1980 (*1*); however, a number of valuable comments and suggestions have since been made. These have now been incorporated into the classification, and the revised version is given in Table 2.

The most important change from the previous classification is the appearance of malnutrition-related diabetes mellitus as a major clinical subclass, ranking with insulin-dependent diabetes mellitus and non-insulin-dependent diabetes mellitus.

### 2.4.1 *Malnutrition-related diabetes mellitus*

The introduction of this clinical class of diabetes is in recognition of its clinical distinctiveness and severity, and its high prevalence in some tropical countries. Though more information is now available than in 1980, further epidemiological, clinical, and basic

17

CONFIDENTIAL
AZSER12443962

Table 2. Classification of diabetes mellitus and allied categories
of glucose intolerance

___

A. *Clinical classes*

Diabetes mellitus (DM)
    Insulin-dependent diabetes mellitus (IDDM)

    Non-insulin-dependent diabetes mellitus (NIDDM)
        (*a*) Non-obese
        (*b*) Obese

    Malnutrition-related diabetes mellitus (MRDM)

    Other types of diabetes associated with certain conditions and syndromes:
    (1) pancreatic disease; (2) disease of hormonal etiology; (3) drug-induced
    or chemical-induced conditions; (4) abnormalities of insulin or its receptors;
    (5) certain genetic syndromes; (6) miscellaneous.

Impaired glucose tolerance (IGT)
    (*a*) Non-obese
    (*b*) Obese
    (*c*) Associated with certain conditions and syndromes

Gestational diabetes mellitus (GDM)

B. *Statistical risk classes* (subjects with normal glucose tolerance but substantially
increased risk of developing diabetes)

Previous abnormality of glucose tolerance

Potential abnormality of glucose tolerance

___

investigations are still urgently required. The present state of knowledge of malnutrition-related diabetes mellitus and its suggested etiology is briefly reviewed in section 3.

## 2.4.2 *Terminology*

There is some lack of agreement and danger of confusion over the use of the terms insulin-dependent diabetes mellitus (IDDM) and non-insulin-dependent diabetes mellitus (NIDDM), and Type 1 DM and Type 2 DM. IDDM and NIDDM are clinically descriptive subclasses; and Type 1 and Type 2 DM (terms given as alternatives to IDDM and NIDDM, respectively, in the earlier classification) represent different pathogenic mechanisms. The definition of IDDM is based only upon clinical observations and simple investigations. The current use of the term Type 1 implies the demonstration of certain immunological phenomena and genetic markers using methods that are rarely available and that lack standardization.

18

CONFIDENTIAL
AZSER12443963

However, these phenomena and markers may also be found in some persons with NIDDM, impaired glucose tolerance, or normal glucose tolerance. There is no definition of the term Type 2 (other than the absence of Type 1 or other known causes of diabetes mellitus). Therefore, the designations Type 1 and Type 2 have not been included in Table 2. Since the terms Type 1 and Type 2 are widely used at present, it is recommended that, in order to avoid confusion, they should be regarded as completely synonymous with IDDM and NIDDM, respectively (i.e., carrying no etiopathogenic implications).

### 2.4.3 *Insulin dependency*

The basis for the distinction between the major subclasses of diabetes mellitus is the patient's dependence for survival on insulin. Such dependence is judged to be present when the "classical" symptoms of diabetes (increased thirst, polyuria, wasting, and ultimately stupor and coma) are associated with greatly raised concentrations of glucose and ketone bodies in the blood and urine. All other patients meeting the glycaemic criteria for diabetes fall into the non-insulin-dependent (NIDDM) class unless they have malnutrition-related or gestational diabetes or are among the small number who qualify for one of the other special categories.

In diabetic patients of European origin, the clinical distinction of IDDM from NIDDM is often obvious. It is usually easier to distinguish between the different subclasses of diabetes at the time of diagnosis rather than in retrospect when classification may depend upon questionable historical recall and inadequate clinical records. Classification is particularly difficult in middle-aged, non-obese patients receiving insulin after responding inadequately to other treatment, but who may not be dependent on the hormone for survival.

In some non-Europeans, the question of insulin dependency is more difficult to settle. It is estimated that classification difficulties arise in 20–30% of patients, often in those with comparatively youthful onset, without obesity, and with a tendency to develop ketosis under traumatic, infective, or other stress; such patients may have been treated (perhaps unsatisfactorily) for long periods without insulin. Similar classification and treatment difficulties are some-times found in Europeans. In some patients, non-insulin-dependent diabetes progresses to a clear state of insulin dependency, but in

19

CONFIDENTIAL
AZSER12443964

many it does not. A separate class of "questionable insulin dependency" may be used but it is not included in the classification (Table 2) because it cannot be clearly defined.

### 2.4.4 *Insulin/receptor abnormalities*

The new classification recognizes that, in addition to abnormalities of the insulin receptor, genetically-mediated structural abnormalities of the insulin molecule itself (*11*) are a rare but scientifically important cause of diabetes.

### 2.4.5 *Impaired glucose tolerance (IGT)*

It has been recognized by both the National Diabetes Data Group and the World Health Organization that the category of impaired glucose tolerance includes a wide variety of subclasses. In most populations, progressive impairment of oral glucose tolerance is associated with aging, obesity, certain medications, and prolonged physical inactivity. Individuals who develop diabetes mellitus may pass through a phase of impaired glucose tolerance. The presence of glucose intolerance during pregnancy may adversely affect fetal development and maternal health. In some populations, people with IGT have a greater risk of developing arterial disease than those with normal glucose tolerance.

A recent study by Kadowaki et al. (*12*) suggested that Japanese patients with IGT have a higher risk of developing diabetes mellitus if they have a low plasma insulin level 30 min after the administration of a glucose load (using the same test conditions as for the OGTT). This is independent of the two other positive predictive factors, i.e., high fasting and/or high post-load blood glucose concentrations and the degree of adiposity. Further studies of the mechanisms and natural history of IGT are needed to distinguish its various subclasses and to determine their pathogenesis and prognostic importance.

## 3. MALNUTRITION-RELATED DIABETES MELLITUS

In tropical developing countries, young diabetics often present with a history of nutritional deficiency and a constellation of symptoms, signs, and metabolic characteristics which fail to meet the

20

CONFIDENTIAL
AZSER12443965

criteria used to classify the two main clinical subclasses of diabetes —IDDM and NIDDM. The distinctive clinical features and course, the uncertain etiology and pathophysiology, and the great number of such cases in some regions justify the creation of a new, major clinical class of diabetes, namely malnutrition-related diabetes mellitus (MRDM). This new category of diabetes includes the variety of types known in the past as tropical diabetes, pancreatic diabetes, pancreatogenic diabetes, endocrine pancreatic syndrome, and ketosis-resistant diabetes of the young. These types of diabetes have been extensively reviewed (*13–15*). A recent monograph has summarized the considerable body of epidemiological, clinical, and biochemical information on MRDM and has suggested the existence of at least two subclasses (*16*): fibrocalculous pancreatic diabetes, and protein-deficient pancreatic diabetes.

### 3.1 Fibrocalculous pancreatic diabetes

The characteristic feature of stone formation in the main pancreatic duct and its branches, together with extensive fibrosis of the pancreas supports the use of the descriptive name fibrocalculous pancreatic diabetes (FCPD) in preference to the term fibrocalcific pancreatic diabetes (*17*).

#### 3.1.1 *Epidemiological and clinical features*

Cases of fibrocalculous pancreatic diabetes have been described in several countries, including Bangladesh, Brazil, India, Indonesia, Jamaica, Madagascar, Nigeria, Sri Lanka, Thailand, Uganda, Zaire, and Zambia. In several of these countries an estimated 20–70% of diabetics first present below the age of 30 years, many during childhood with recurrent attacks of abdominal pain; men outnumber women by 3 to 1. Patients are grossly underweight, and other stigmata of past or present malnutrition may be present (*15*). The key metabolic features are moderate to severe hyperglycaemia that requires insulin for control, sometimes in high doses, and the absence of ketosis. Despite extensive damage to pancreatic islets, the residual insulin production, though greatly diminished, probably explains the characteristic, though not invariable, absence of ketosis, especially as it is associated with concomitant glucagon deficiency.

21

CONFIDENTIAL
AZSER12443966

### 3.1.2  Pathology and diagnosis

Diagnosis is based upon the characteristic clinical features and supported by radiographic demonstration of calculi in the pancreatic ducts. Pancreatic calcification can be detected in 75% of patients with FCPD. In the remainder, ultrasonography may indicate obstruction, dilatation, and calcification of the pancreatic ducts. Other supporting investigations include computerized tomographic imaging and endoscopic retrograde cholangiopancreatography. Abnormalities of exocrine pancreatic function are also present.

Microscopically, the most typical features are diffuse interlobular and periductular pancreatic fibrosis with progressive acinar and islet replacement by fibrofatty tissue; there is little or no evidence of inflammatory reaction. Although the viscid material in the main pancreatic duct and its branches is almost always bacteriologically sterile, this does not entirely exclude the possibility of fibrocalculous pancreatic diabetes being initiated by a non-bacterial infective process.

### 3.1.3  Causative factors

There is no association between FCPD and gall-bladder disease, or, in most cases, excessive alcohol intake, and no indication that the characteristic pancreatic fibrosis is post-inflammatory in nature.

Epidemiological observations strongly suggest an association between the global distribution of fibrocalculous pancreatic diabetes and the consumption of cassava root (tapioca, manioc). Cassava is the main source of food energy for more than 400 million people living in developing countries, particularly those in the tropics; it is also a major source of cattle fodder in several regions. Cassava root contains several cyanogenic glucosides, but linamarin, which liberates hydrocyanic acid on hydrolysis, is the most important. Cyanide is detoxified by several pathways, mainly those involving sulfur containing amino acids; the main end-product is thiocyanate which is excreted in the urine. High cassava intake *combined* with inadequate intake of protein, particularly if deficient in sulfur-containing amino acids, creates conditions for the accumulation of cyanide in the body.

Studies indicate that protein intake is low in cassava consuming populations, and this has been suggested as an explanation for the high prevalence of fibrocalculous pancreatic diabetes in parts of Indonesia and Kerala state in India. The hypothesis that cassava

22

CONFIDENTIAL
AZSER12443967

intake and protein malnutrition are causally related to FCPD requires further detailed nutritional and epidemiological studies in the developing countries where this form of diabetes is found.

Other foods such as sorghum, yam, millet, and some varieties of beans may also be sources of dietary cyanide, and high intake of other toxic food factors such as nitrosamines (*18*) may act similarly when combined with malnutrition. Malnutrition may also enhance susceptibility to certain infective agents.

### 3.1.4 *Prevention*

Food preparation and processing significantly alter the cyanide content of cassava, and possibly other cyanogenic foods; for example, the estimated hydrocyanic acid content of fresh cassava leaves is reduced from 167.4 mg/kg to 1.0 mg/kg after frying the leaves in oil (*19*). Prolonged drying of the tuberous portion of cassava used for making flour may significantly, although not consistently, reduce the cyanide content and the consequent health hazards.

## 3.2 Protein-deficient pancreatic diabetes

### 3.2.1 *Epidemiological and clinical features*

The key features of this type of malnutrition-related diabetes mellitus include resistance to the development of ketosis, partial resistance to the action of insulin, extreme degrees of wasting and emaciation, and an onset of symptoms before the age of 35 years, commonly between 15 and 25 years of age. Pancreatic calcification and fibrosis are absent.

The disease is commonly seen in, and has been reported from, Bangladesh, Brunei Darussalam, Fiji, Ghana, India, Indonesia, Jamaica, Kenya, Malawi, Malaysia, Nigeria, Papua New Guinea, South Africa, Uganda, United Republic of Tanzania, and Zaire. It has been described previously as J-type diabetes, M-type diabetes, malnutrition diabetes, and ketosis-resistant youth-onset diabetes.

The sex incidence varies considerably in different parts of the world. In Asia, men are predominately affected (2–3 : 1), whereas in African countries such as Nigeria the sexes are equally affected; a female preponderance has been reported from the West Indies.

23

CONFIDENTIAL
AZSER12443968

Patients with both types of malnutrition-related diabetes mellitus are characteristically underweight and have clinical stigmata of present or past malnutrition and of other deficiency states, but three features appear to distinguish the protein-deficient type: (i) absence of a history of recurrent bouts of abdominal pain; (ii) absence of radiographic or other evidence of intraductal pancreatic calcification or dilatation of the ducts; and (iii) absence of demonstrable malabsorption of nutrients caused by exocrine pancreatic insufficiency.

### 3.2.2 *Pathogenesis and laboratory investigations*

Measurements of insulin secretion in patients with protein-deficient pancreatic diabetes demonstrated a decreased (but non-delayed) response to an oral glucose load, whereas, in carefully matched IDDM patients, the insulin response was virtually absent (*15*). It is the residual insulin secretion which probably explains the absence of ketosis in PDPD patients.

### 3.2.3 *Relation to clinical and experimental protein malnutrition*

The decreased insulin response after oral glucose loading is similar to that observed in kwashiorkor, and contrasts with the nearly normal response in marasmus (*20*) (kwashiorkor and marasmus are both syndromes of infantile and early childhood malnutrition). Damage to the beta cells in kwashiorkor may well explain the associated impaired carbohydrate tolerance. The experimental induction of protein malnutrition in the rhesus monkey (*Macaca mulatta*) produces a pattern of endocrine and metabolic features that resemble those of kwashiorkor and protein-deficient pancreatic diabetes (*21*).

### 3.3 **Research needs**

1. There is an urgent need for epidemiological surveys to define the prevalence of malnutrition-related diabetes mellitus and its patterns of clinical manifestation.

2. The relation between fibrocalculous protein-deficient diabetes and high levels of cassava consumption, when combined with malnutrition, needs to be firmly established.

24

CONFIDENTIAL
AZSER12443969

3. A search for other food toxins and causative factors is an essential prerequisite for the development of intervention strategies and should therefore be encouraged.

4. The mechanism whereby malnutrition in early infancy and childhood results in partial failure of beta-cell function and clinical onset of protein-deficient diabetes mellitus should be elucidated.

## 4. EPIDEMIOLOGY

Epidemiological studies of diabetes in many populations have cast light on the definition and classification of the disease, its early detection, its genetic and environmental background, its social and economic impact, and the effect of the disease on health and the quality of life. The epidemiological approach has considerable implications for the planning and provision of economic health services. New methods of clinical diagnosis have been developed and evaluated in epidemiological field studies, and controlled clinical trials have been used to assess diabetes management. Use of the diagnostic criteria and classification recommended in the second report of the WHO Expert Committee on Diabetes Mellitus (*1*) is leading to standardization of data collected throughout the world and a more accurate picture of the natural history of diabetes.

The prevalence of known cases of diabetes (i.e., the number of diabetics in a population at a specific time) can be ascertained from reports of self-diagnosis of diabetes or from data provided by health care workers. The number of previously undiagnosed cases can be determined by screening.

The incidence of diabetes (i.e., the number of new cases occurring in a population during a specified period of time, often one year) can be calculated by ascertaining all the prevalent cases of diabetes and prospectively determining the occurrence of new cases among the non-diabetics. The diabetes registration system is a valuable tool in incidence studies, and a number of diabetes registers have been started since the second report of the Expert Committee on Diabetes Mellitus was published in 1980 (*1*). In some countries, registers of drug prescriptions are used in incidence studies.

### 4.1 Natural history of diabetes and impaired glucose tolerance

The natural history of diabetes is affected by many factors, including the type of diabetes, its complications, and the availability

25

CONFIDENTIAL
AZSER12443970

and effectiveness of treatment. Improvement in the management of diabetes could well affect the natural history of the condition over the next decade.

### 4.1.1 Insulin-dependent diabetes mellitus

The clinical onset of insulin-dependent diabetes mellitus (IDDM) is typically abrupt, although recent data indicate that an autoimmune process may operate and lesser degrees of glucose intolerance may be present for months, or even years, before clinical onset (22). There may be temporary remission after clinical onset of IDDM. Complications of the eye, kidney, and nervous system occur many years after onset of the disease (section 8). Survival depends on the provision of daily injections of insulin, and the insulin-dependent diabetic has a shortened life span compared with the non-diabetic. However, possibly because of improved management of the disease, increased longevity has recently been noted in some countries.

### 4.1.2 Non-insulin-dependent diabetes mellitus

Non-insulin-dependent diabetes mellitus (NIDDM) usually comes to light in the middle years of life, but earlier in Asians than Europeans. Symptoms of diabetes are often not prominent and diagnosis may be incidental. Hyperglycaemia is often present for several years before diagnosis. With time, some patients with NIDDM may require insulin injections to control blood sugar levels (23); this deterioration may be caused by patients failing to comply with long-term management programmes, but in most cases it probably represents the progressive natural history of NIDDM. Weight reduction in obese patients with recently diagnosed NIDDM may result in remission. All the complications typical of diabetes occur in the NIDDM patient, though their evolution and ultimate form generally differ from patients with IDDM. Life expectancy of NIDDM patients is less than that of non-diabetics; cardiovascular disease accounts for much of the excess mortality in Europeans, but chronic renal failure is more important in the Oriental races.

### 4.1.3 Impaired glucose tolerance

Individuals with degrees of glucose intolerance that are insufficient to classify them as diabetics nevertheless appear to be at

26

CONFIDENTIAL
AZSER12443971

increased risk from coronary heart disease, peripheral vascular disease, and thrombotic stroke. Although the risk of developing diabetes appears to be greater in those with impaired glucose tolerance than in normal subjects, approximately one-third of people with IGT revert apparently spontaneously to normal glucose tolerance (24). The degree of glucose intolerance and, to a lesser extent, the fasting blood glucose value are the strongest predictors of progression to diabetes (12, 25, 26); obesity and an early insulin response in the oral glucose tolerance test have been found to be additional independent predictors in some studies. Studies to date support the recognition of IGT as an independent category of glucose intolerance, though highly heterogeneous in composition. Much work is still required to determine the full significance of IGT and to identify the subclasses which may progress to overt diabetes or to vascular disease.

## 4.2 Prevalence, incidence, and risk factors

### 4.2.1 Insulin-dependent diabetes mellitus

*Prevalence.* Major geographic and ethnic differences exist in the prevalence of IDDM (13). It is unknown or rare in certain groups and the highest rates occur in Caucasian populations. Annex 3 shows the result of several studies of the prevalence of IDDM, but comparisons should be made with caution because of the different age groups studied and the various methods of case assessment used. As a result of the relatively low prevalence of IDDM, large population samples are necessary to obtain reliable data.

*Incidence.* Population-based studies of the incidence of IDDM using comparable methods of assessment are summarized in Annex 4. There is a 15-fold difference in incidence between countries with the highest and lowest rates. No male/female differences in incidence are evident. The majority of population studies have demonstrated age peaks in the clinical presentation of IDDM, one of particular magnitude occurring at 10–13 years of age (27). There is some year-by-year variation in incidence with limited data suggesting rising trends in some countries. There is little systematic data about IDDM diagnosed for the first time after the age of 20 years.

*Risk factors.* In Europeans, possession of the HLA-DR3 and/or HLA-DR4 alleles of the major histocompatibility complex is a

27

CONFIDENTIAL
AZSER12443972

marker of genetic susceptibility to IDDM; and the appearance of islet cell antibodies probably indicates the occurrence of beta-cell damage (section 5). Factors that precipitate IDDM in genetically susceptible individuals still need elucidation, but viral infections are thought to play a leading role (28). Further studies are necessary to assess the significance of secular trends, age, seasonal incidence peaks, the protective effect of breast-feeding (29), ingestion of smoked mutton on fetal beta-cell development (18), and possible effects of other toxic substances (section 5).

### 4.2.2 Non-insulin-dependent diabetes mellitus

*Prevalence.* Annex 5 presents population-based prevalence estimates of NIDDM using the standard criteria proposed by WHO. Rates vary from zero in the highland population of Papua New Guinea that has retained its traditional lifestyle, to 25% in the populations of the Pima Indians and Nauruans. Prevalence increases with age. In some developing countries, the prevalence of NIDDM is lower in men than in women, but in others the sex ratio is reversed; in the United States of America, rates are equal for the sexes. Within the same ethnic group, urban residents and migrants to urban areas have a higher prevalence of NIDDM than their rural counterparts.

The prevalence of NIDDM and IDDM in different countries is shown in Annex 6.

*Incidence.* The incidence of NIDDM (based on WHO criteria) in Pima Indians and Nauruans is shown in Annex 5. Incidence rates are difficult to interpret and can only be considered valid if they are based on serial systematic diagnostic studies. So large is the potential pool of undiagnosed NIDDM in many populations that incidence rates may be as much an index of awareness and methods of assessment as of the frequency of diabetes. There are no studies of NIDDM incidence in Caucasian populations using WHO criteria. In the Pima Indians, incidence rises with age until about 50 years and then declines. In most industrially advanced societies, the incidence of NIDDM reported by physicians rises throughout adult life and is usually highest in old age. It is widely believed that incidence is higher in women than men but this lacks documentation.

*Risk factors.* No specific genetic marker has been found for NIDDM. While the search continues, the important role of genetic factors in NIDDM is underlined by the high rates of concordance

28

CONFIDENTIAL
AZSER12443973

in monozygotic twins (30), and by studies of genetic admixture in certain American Indian and Micronesian populations, where people with ancestral "foreign" genes have a lower rate of NIDDM (31).

The changing age structure of developing populations, with people living longer as a result of improved nutrition and control of infectious diseases, is an important factor that contributes to the increasing prevalence of diabetes in these countries. However, this alone does not explain the emergence of NIDDM as a major health problem. Obesity has long been accepted as a risk factor for NIDDM, and the risk is related to both the duration and the degree of obesity (section 5). Susceptibility to diabetes appears to be unmasked by a number of environmental factors such as sedentary life-style, dietary factors, stress, urbanization, and acculturation. High and low rates of diabetes have been linked to a number of social factors including occupation, marital status, religion, economic status, and level of education. Although diabetes is frequently discovered during pregnancy, most evidence suggests that parity is not a risk factor for diabetes.

### 4.2.3 *Malnutrition-related diabetes*

Aspects of the epidemiology of malnutrition-related diabetes are discussed in section 3, but systematic community-based studies of the prevalence and incidence of this type of diabetes are needed. The reported occurrence of malnutrition-related diabetes is shown in Annex 7.

### 4.3 Mortality from diabetes

The role of diabetes as a cause of premature or high mortality varies with the level of development and the prevalence of disease in different countries. In some advanced countries, it is of major importance. For example, when individual causes of death in the United States of America are considered, more deaths are attributed to diabetes than to lung cancer, breast cancer, motor vehicle accidents, cirrhosis of the liver, or infant mortality.[1]

In most developed countries, diabetes ranks between fourth and eighth as a cause of death. However, this relatively low ranking is

---

[1] HARRIS, M.I. & ENTMACHER, P. Mortality in diabetes. In: *Diabetes in America*. Washington, US Government Printing Office, 1985 (National Institutes of Health Publication No. 85-1468).

29

CONFIDENTIAL
AZSER12443974

primarily because many related diseases are grouped together in international death statistics (e.g., cardiovascular diseases, cancers, lung diseases) and, collectively, these rank higher than deaths from IDDM and NIDDM.

### 4.3.1 *Life expectancy of diabetics*

In developing countries where insulin and medical resources are scarce, IDDM patients are known to die young for want of treatment, although evidence to support this claim is poor. In advanced countries, about 1% of patients with IDDM die within 1 year of diagnosis (*32*), and about 33% are dead 30 years after diagnosis; the risk of death is similar to that of non-diabetics before the age of 20 years, but after 20 it is 20-times greater. Death soon after diagnosis indicates an inadequate supply of insulin or lack of understanding of its use; later excess mortality reflects the impact of long-term complications and the success of self-management.

In developed countries, the life expectancy of patients with IDDM of childhood onset is approximately 75% that of non-diabetics; there is some evidence of a decline in life-threatening renal failure. In developing countries, the average life expectancy of an IDDM patient may be only 20–30 years, compared with 50 years for non-diabetics. Patients with NIDDM can have a normal life expectancy but on average their life span is several years shorter in developed countries and many years shorter in developing countries.

### 4.3.2 *Causes of death*

The majority of people with IDDM in developing countries die early of infections (e.g., pulmonary tuberculosis) and acute metabolic complications; they do not live long enough to develop life-threatening vascular complications. In developed countries, the major cause of death in diabetics below the age of 20 is also acute metabolic complications, but after this age diabetic renal disease predominates, contributing to 50% of deaths (*33*). Although cardiovascular diseases account for only 10% of deaths among IDDM patients, this proportion is 12-times higher than in non-diabetics of comparable age (*32*).

Among NIDDM patients in developing countries, stroke as a complication of hypertension accounts for a large proportion of deaths; gangrene, infections, and metabolic complications are also

30

CONFIDENTIAL
AZSER12443975

major causes of death. In developed countries, cardiovascular diseases are outstandingly the leading cause of death among diabetics. In Caucasians, ischaemic heart disease accounts for 50% of deaths, stroke for 15%, other cardiovascular conditions for 10%, and renal failure for about 8%.[1] In Japan, renal failure is more prominent and accounts for about 15% of deaths in NIDDM patients. In American Indian diabetics, the rates of cardiovascular disease are lower than in Caucasian populations, but coronary heart disease and renal failure are the leading causes of death.

### 4.3.3 *International classification of causes of death*

Mortality is the only indicator of the scope and impact of diabetes that has a degree of international standardization, if the coding system given in the WHO *International classification of disease* (ICD) is followed (*34*). The "underlying cause" statistic has been used to assess trends in mortality from diabetes within a country and to make cautious comparisons of the mortality rates attributed to diabetes in different countries. Annex 8 shows diabetes mortality rates that have been calculated using ICD coded death certificate data. Unfortunately, the ICD does not distinguish types of diabetes, but it is strongly recommended that future editions should do so.

Certification of death has major limitations in assessing the impact of diabetes. Diabetes, though present, is often not entered at all on death certificates. When it is, only 25% of certificates in the United States of America and the United Kingdom list diabetes as the underlying cause of death (*35*);[1] thus 75% of the cases of diabetes listed on death certificates may not be counted in international data. Rules for coding given in the *International classification of diseases* preferentially select cardiovascular diseases and cancer as causes of death. Health policy makers may thus be led to underestimate grossly the contribution of diabetes and should consider multiple-cause coding wherever possible.

### 4.4 Methods for studying the complications of diabetes

Standard methods must be used to assess the complications of diabetes if international comparisons are to be made. Some standard methods were developed for the WHO Multinational Study of Vascular Disease in Diabetics (*36, 37*). The standard epidemiological

---

[1] See footnote on page 29.

31

CONFIDENTIAL
AZSER12443976

methods include: timed ophthalmoscopic inspection with standardized recording of lesions to assess retinopathy;[1] semi-quantitative measurements of raised urinary protein concentration to characterize diabetic nephropathy; timed urinary albumin excretion rates for early detection of high-risk patients; and the measurement of elevated plasma creatinine levels to detect serious loss of renal function. The well-validated questionnaire produced by WHO to record details of patients' symptoms, and Minnesota coded (38) electrocardiograms, are used to study coronary heart disease and peripheral vascular disease. Methods for assessing cerebrovascular disease and peripheral neuropathy have yet to be fully validated.

## 5. CAUSES AND MECHANISMS

It is now apparent that diabetes mellitus is not a single clinical entity, but rather a heterogeneous group of disorders with different underlying causes. This group of disorders has two characteristic features in common: elevated blood glucose concentrations in the fasting state or in response to a glucose challenge; and a widespread pattern of damage (complications) in almost every tissue of the body. Several key factors have been identified in the etiopathogenesis of insulin-dependent diabetes mellitus; these include genetic constitution, immune function, and the environment. Genetic and environmental factors also contribute to the development of non-insulin-dependent diabetes. Specific local factors, possibly interacting with genetic make-up, are suspected of causing other forms of diabetes (e.g., malnutrition-related diabetes). It is believed that an individual inherits a susceptibility to develop either IDDM or NIDDM and that one or more non-genetic, presumably environmental, factors can eventually precipitate overt clinical disease. Genetic and environmental mechanisms also contribute to the appearance and severity of diabetic complications. Major research efforts are necessary to define the genetic components and identify the environmental factors so that the disease can be contained and its morbidity and mortality reduced and ultimately prevented.

---

[1] Retinal photography is likely to become the method of choice once film-reading techniques have been fully developed.

32

CONFIDENTIAL
AZSER12443977