## 5.1 Pancreatic beta-cell function and insulin action in diabetes mellitus

The beta cells of the islets of Langerhans in the pancreas are the site of insulin production. Beta cells are long-lived and their rate of cell division is low. Little is known about the life-cycle of the beta cell in man and a better understanding is needed of the mechanisms that control beta-cell viability and regenerative capacity.

### 5.1.1 *Insulin-dependent diabetes mellitus*

Individuals who develop IDDM are thought to be born with normal beta cells in normal numbers. The typical lesion in the islets of Langerhans at the time of diagnosis is lymphocytic infiltration and selective destruction of the beta cells (*39*). At the time of acute clinical presentation, probably 85–90% of the beta cells have been destroyed. Shortly after the start of insulin therapy, improved beta-cell function, and probably increased beta-cell mass, is demonstrable in most patients. This so-called "honeymoon" or remission period may last several months, but usually residual beta-cell function is again in progressive decline 6–9 months after diagnosis of diabetes. IDDM may result from a disturbed balance between beta-cell destruction and a, genetically determined, limited capacity for beta-cell regeneration.

### 5.1.2 *Non-insulin-dependent diabetes mellitus*

The non-insulin-dependent diabetic state is characterized by a combination of inadequate insulin secretion and resistance of peripheral tissues to its actions (*40*). For unknown reasons, beta-cell mass in patients with NIDDM may be reduced at the time of diagnosis. Furthermore, the insulin response to a glucose challenge is diminished in many individuals.

The synthesis of an abnormal, biologically less-active, insulin molecule as a result of mutation of the insulin gene (mutant insulin) has been demonstrated to be the cause of NIDDM in a few patients (*11*).

## 5.2 Genetic factors and markers

Family studies have shown the existence of strong genetic components in IDDM as well as in NIDDM (*30*). The concordance

33

CONFIDENTIAL
AZSER12443978

rate for IDDM in identical twins is about 50%. The hereditary component in NIDDM may be even stronger since its concordance rate in identical twins is approximately 90%. The risk for siblings and children of NIDDM probands is less well defined, but it is higher than the risk of developing IDDM in families with a history of insulin-dependent diabetes mellitus.

The existence of a raised genetic susceptibility to NIDDM in certain Pacific and American Indian populations with a high prevalence of diabetes is demonstrated by the fact that admixture of Caucasian genes appears to reduce the risk of the disease (31).

Non-insulin-dependent diabetes of young people, i.e., maturity onset diabetes mellitus of the young, is inherited as a dominant trait and evidence is accumulating to suggest that NIDDM susceptibility may also be conferred by a dominant gene (41). Many reports have been published of genetic syndromes and disorders in which the diabetic state, usually the non-insulin-dependent form, plays a part (42). These reports suggest that several genetic loci may influence glucose metabolism. It is also possible that some cases of diabetes may not have a genetic basis.

### 5.2.1 Genetic markers

Susceptibility to IDDM is conferred by genes in the HLA-D region of the major histocompatibility complex (MHC) on chromosome 6. Genes in this complex control immune responses. The HLA-D region comprises three loci, DP, DQ, and DR. The HLA-DR allele, HLA-DR4, is strongly associated with IDDM in all ethnic groups, whereas the HLA-DR3 allele shows IDDM association only in Caucasian and some black populations (43). In the Japanese and other populations, other HLA-DR alleles may substitute for HLA-DR3. The highest risk of IDDM is carried by individuals with both HLA-DR3 and HLA-DR4 alleles, i.e., HLA-DR3/4 heterozygous individuals. This and other evidence suggest that the two IDDM associated genes in the HLA-D region may predispose individuals to IDDM by different mechanisms.

Approximately 95% of all Caucasians with IDDM are HLA-DR3 and/or HLA-DR4 positive. However, 50–60% of the normal Caucasian population have HLA-DR3 and/or HLA-DR4 alleles, but only 0.25–0.35% of the population develops IDDM. This observation may be explained in several ways: IDDM susceptibility is not conferred by genes at the HLA-DR locus per se but by

34

CONFIDENTIAL
AZSER12443979

unknown genes in strong linkage disequilibrium with the HLA-DR alleles 3 and 4; or the primary association may be with genes on the HLA-DQ (or DP) locus or with genes in linkage disequilibrium with it. Alternatively, the HLA-DR genes of IDDM patients and non-diabetics may differ at the DNA level.

New investigative methods, e.g., allele-specific DNA probes for genes in the HLA-D region, and MHC-restricted, disease-specific T-lymphocyte clones, will be needed to identify and characterize the genes (or those portions of them) that confer susceptibility to IDDM). The predictive risk of developing IDDM by the age of 20 years for a child with a sibling affected by IDDM is approximately 15% if the child is HLA-identical (i.e., sharing both HLA haplotypes) with the proband. The risk of IDDM in siblings sharing one HLA-haplotype with the proband is 4–5%. If no haplotype is shared with the diabetic sibling the risk is <1%. It should be recognized that, at present, HLA-typing cannot be used as a routine method in clinical practice.

NIDDM is not HLA-associated. In the search for a genetic marker of NIDDM susceptibility, restriction fragment length analysis has revealed a large DNA fragment flanking the insulin gene on chromosome 11; this has been found to be associated with NIDDM or a form of NIDDM by some researchers (*44*). This association is, however, still equivocal and, so far, no specific genetic marker of NIDDM is available. Evidence is accumulating that the insulin response to glucose is genetically controlled and may serve as one of the markers for NIDDM susceptibility.

## 5.2.2 *Immunological associations and markers*

The clinical and subclinical associations between IDDM and autoimmune endocrinopathies (mainly thyroid) together with the pathoanatomical findings in the islets of Langerhans at the time of diagnosis suggest that autoimmune mechanisms may be concerned with the pathogenesis of IDDM (*45*).

Cell-mediated autoimmunity directed against, as yet, unidentified antigenic components of the endocrine pancreas has been demonstrated in IDDM. In addition, a variety of autoantibodies reacting with antigens in the islets of Langerhans have been identified; these include islet-cell cytoplasmic antibodies that react with all endocrine cell-types in the islets, islet-cell surface antibodies that react predominantly with beta cells, complement-dependent

35

CONFIDENTIAL
AZSER12443980

cytotoxic antibodies, and an antibody that immuno-precipitates a 64 k protein present in islet cells.

Islet-cell cytoplasmic antibodies are the most extensively studied; they can be demonstrated in 60–85% of patients with IDDM at the time of diagnosis and in 4–5% of their first-degree relatives, but in only 1% of patients with NIDDM and non-diabetic controls. Furthermore, islet-cell cytoplasmic antibodies, and the other antibodies, may be present for years in a pre-diabetic phase of IDDM, in some NIDDM patients developing insulin dependency (46), and in individuals showing no clinical abnormality of metabolism.

The pathogenic role of islet-cell cytoplasmic antibodies and the other IDDM specific antibodies remains to be elucidated. However, when they occur in individuals with a diminished early insulin response to intravenous glucose stimulation and an IDDM associated HLA-DR allele, they may signal current beta-cell destruction that may eventually lead to IDDM. Methods for the determination of islet-cell antibodies vary between laboratories and standardization is needed. Antibodies to the insulin receptor have been identified in a rare form of diabetes associated with severe insulin resistance and acanthosis nigricans.

It should be recognized that determination of islet-cell and receptor antibodies cannot be used as a routine method in clinical practice at the present time.

## 5.3 Acquired and environmental factors

### 5.3.1 *Infection*

Epidemiological studies provide circumstantial evidence for a possible causative role of viral infections in IDDM (28). Among the viruses that have been implicated are rubella, mumps, and human coxsackievirus B4. Experiments using animal models support the possible etiological role of certain viruses in the genetically susceptible host. At present, the role of viral infection in the etiology of IDDM in man has not been fully documented, and further epidemiological and biological research is required.

Infections, either viral or bacterial, may also precipitate overt clinical disease in both the insulin-dependent and non-insulin-dependent diabetic, acting through non-specific stress mechanisms.

36

CONFIDENTIAL
AZSER12443981

### 5.3.2  Direct beta-cell cytotoxicity

Toxic substances such as alloxan may damage the beta cells directly. The recognition of diabetic ketoacidosis after the ingestion of pyrinuron, a rodenticide, is of note, particularly as an indicator of other possible toxic hazards and as a potential public health problem (47). Experimentally, streptozotocin, a product of fungal origin, produces diabetes in a large number of animal species, although marked differences in susceptibility exist among species, presumably because of genetic factors.

### 5.3.3  Damaged beta-cell function through other mechanisms

The special form of malnutrition-related diabetes seen in some tropical countries appears to be associated with damage of the pancreas caused by toxic substances and a background of inadequate protein intake (section 3).

Intake of certain nitrosamines in foods, e.g., in smoked and cured mutton, by pregnant women has been implicated as a cause of IDDM in their offspring (18). More needs to be known about the potentially harmful effects of nitrosamines on the development and differentiation of pancreatic beta cells and their possible diabetogenic effects in various populations.

## 5.4  Changes in life-style

Epidemiological studies have shown that the prevalence of diabetes is low in certain populations that have retained their traditional life-style, and that modernization of life-style and diet, and migration to urban areas, are associated with an increase in the prevalence of NIDDM (section 4).

### 5.4.1  Overnutrition and obesity

Obesity can induce resistance to the action of insulin in several ways. In some instances, it reduces the number of insulin receptors on target cells, but in most cases it produces insulin resistance through postreceptor changes, e.g., decreasing glucose transport or impeding intracellular glucose metabolism (48). The factors associated with obesity that are responsible for these cellular defects may include increased storage of fat, increased energy intake, the composition of the diet (especially high fat-intake), and physical

37

CONFIDENTIAL
AZSER12443982

inactivity. Insulin resistance can be reduced by dietary restriction leading to weight loss, physical training, and by obtaining control of blood sugar levels through the use of insulin or sulfonylureas. If remedial measures are not adopted, the beta cells of genetically predisposed individuals may not be able to meet the chronic challenge of insulin resistance and diabetes mellitus will result. There is no sound evidence that diabetes is specially associated with high intake of any of the major nutrients.

### 5.4.2 *Physical inactivity*

Physical inactivity appears to be an important risk factor for the development of NIDDM. Lack of exercise may alter the interaction between insulin and its receptors and subsequently lead to NIDDM.

### 5.4.3 *Malnutrition*

It is difficult to isolate the individual contribution of a change in total food intake to the increased prevalence of NIDDM associated with modern life-styles from that of physical inactivity, possible diabetogenic effects of specific dietary constituents, and other factors. There is a need for additional studies on the potential role of specific dietary components as causative or contributory factors. Protein deficiency may be involved in the pathogenesis of some forms of diabetes (section 3). Excessive consumption of alcohol can increase the risk of diabetes by damaging the pancreas and liver and by promoting obesity. In some countries, the fermentation practices used in the manufacture of alcoholic drinks produce large amounts of iron which may cause pancreatic damage and diabetes.

It has been suggested that deficiencies of trace elements such as chromium, copper, and zinc play a role in the pathogenesis of diabetes mellitus, but convincing evidence is lacking. The role of trace elements in glucose intolerance needs further elucidation.

### 5.4.4 *Severe or prolonged stress*

Several states of physical stress such as acute myocardial infarction, surgery, infections, and severe burns and trauma are associated with glucose intolerance induced by hormonal effects on glucose metabolism and insulin secretion and action. Whether they can lead to permanent diabetes is not established. The role of

38

CONFIDENTIAL
AZSER12443983

emotional and social stress as contributory factors in diabetes mellitus remains unproven.

### 5.4.5 *Drugs and hormones*

Long lists of drugs that affect carbohydrate metabolism have been compiled (5). Among commonly used drugs, phenytoin, diuretics (particularly of the thiazide type), corticosteroids, steroids used in oral contraceptives, and beta-adrenergic blocking agents may cause glucose intolerance and, in susceptible individuals, may induce diabetes. This usually resolves after withdrawal of the drug.

Several endocrine disorders may be associated with the diabetic state, but in some cases, diabetes resolves when the primary disease is treated.

### 5.4.6 *Pancreatic disorders*

Inflammatory, neoplastic, and other disorders of the pancreas, such as cystic fibrosis and haemochromatosis, as well as pancreatectomy, may lead to different degrees of insulin deficiency and hence, in some cases, to diabetes mellitus. Damage to the islets of Langerhans appears to be the basis of malnutrition-related diabetes mellitus (section 3).

### 5.5 Metabolic and endocrine disturbance

The underlying cause of diabetes is insulin deficiency, which is absolute in IDDM and partial in NIDDM. Disorders of the interaction between insulin and its receptors may play an important role in the etiology of NIDDM. The overall effect of these disorders is reduced utilization of glucose which leads to hyperglycaemia accompanied by glycosuria.

When glucose cannot be used effectively as a metabolic fuel, the mobilization of energy reserves from fat stores is enhanced, leading to elevated concentrations of fatty acids, glycerol, and ketones in the blood. Severe ketosis with accompanying acidosis contributes to coma and death in untreated IDDM.

Insulin deficiency also causes loss of body protein which impairs growth and repair of tissues, and reduces the body's immune defences against bacterial and fungal invasion. Glucagon and growth hormone are released in response to cellular deprivation of

39

CONFIDENTIAL
AZSER12443984

glucose, and these hormones aggravate and accelerate the breakdown of tissue. Chronic hyperglycaemia induces changes in the polyol and sorbitol pathways which may damage vulnerable tissues (49). Increased glucosylation occurs in the connective tissues, the lens of the eye, and in other important structural proteins which may impair their function (50). Most of these metabolic and endocrine changes can be reversed by insulin therapy.

# 6. STATUS OF PREVENTION

Increased morbidity and premature mortality caused by diabetes have resulted in escalating costs, both in terms of increased medical care and the loss of manpower resources (see Annexes 9 and 13). There is therefore a major financial incentive for developing effective prevention programmes and for their integration into control programmes for other noncommunicable diseases.

The improved understanding of the causes and mechanisms of the major types of diabetes now provides some indication of how they could be prevented. At present, the prevention of NIDDM would appear to offer the greatest promise of success.

## 6.1 Preventive strategies

Two strategies for primary prevention and one for secondary prevention deserve consideration.

*Primary prevention*
1. A population strategy to alter the life-style and environmental characteristics, and their social and economic determinants, that are the underlying cause of the different types of diabetes.
2. A high-risk strategy to provide preventive care for those individuals who can be identified as being at special risk of developing diabetes.

*Secondary prevention*
The main aims of secondary prevention are to avert recurrences in patients that have achieved a remission, and progression in those already irreversibly affected.

Prevention of the long-term complications of diabetes (tertiary prevention) is discussed in section 8.

40

CONFIDENTIAL
AZSER12443985

## 6.2 Insulin-dependent diabetes mellitus

### 6.2.1 *Population strategy*

Primary prevention of IDDM aimed at an entire population is not feasible and, on the basis of current knowledge, is probably not appropriate.

### 6.2.2 *High-risk strategy*

Until the degree of susceptibility of an individual can be determined with greater precision and more effective means are available to slow or arrest the pathogenic process, a specific high-risk strategy cannot be recommended. However, current advances in knowledge make it important to keep this question under review. At present, there is no practical justification for genetic counselling as a method of primary prevention.

### 6.2.3 *Secondary prevention*

This forms the basis of attempts to arrest the pathogenic process of autoimmune beta-cell destruction. Although this mechanism is not proven in man, there is strong presumptive evidence that, in genetically predisposed individuals, self-damaging immunological mechanisms are involved. These are triggered by some as yet unidentified environmental agent(s), and effective primary prevention awaits their identification. As a form of "post-primary" prevention, several centres are undertaking studies of the effect of immune suppression using cyclosporin in new cases of insulin-dependent diabetes (*51*). Widespread use of cyclosporin as a preventive measure should await the result of prospective studies.

## 6.3 Non-insulin-dependent diabetes mellitus

Environmental factors appear to induce NIDDM in genetically susceptible individuals (*52*). The reduction of environmental risk factors has contributed to a dramatic fall in the level of mortality caused by coronary disease in many countries (*53*), and it now seems appropriate to establish whether non-insulin-dependent diabetes can be prevented in a similar manner.

41

CONFIDENTIAL
AZSER12443986

### 6.3.1 *Population strategy*

Many areas of the world, including a few developed countries, have not yet adopted the pattern of life associated with a high incidence of NIDDM. In these countries, risk factors such as obesity and physical inactivity have not yet increased to critical levels, but economic advance and changing life-styles threaten to undermine this situation. There is therefore a pressing need to consider *primordial prevention*—that is, prevention of the emergence of predisposing conditions in countries in which they have not yet appeared. Other less well-defined risk factors such as protein deficiency and food toxins may also be important causal factors for diabetes in some populations.

The striking emergence of NIDDM as a major health problem in populations undergoing modernization of life-style strongly suggests that factors associated with acculturation may be of major importance (*52*). Many environmental changes are likely to occur simultaneously with modernization and it is not certain which of these is responsible for the increased prevalence of NIDDM.

*Programmes for prevention.* The development of prevention programmes for NIDDM depends upon accurate data on the environmental risk factors in a given community. In many populations, there is a strong association between obesity and NIDDM (*54, 55*); thus programmes to prevent and control obesity are likely to reduce the frequency of NIDDM in these communities and should therefore be incorporated into strategies for disease control.

Recent evidence suggests that obesity is not necessarily the most important risk factor for NIDDM (*31, 56*), and that physical inactivity and diet may also be important determinants.

An improvement in glucose tolerance has been noted after exercise training in subjects with NIDDM (*57*). The preventive role of increased physical activity should therefore be investigated in communities where sedentary life-style is associated with NIDDM.

Reversion to traditional life-style has been shown to improve or normalize major metabolic abnormalities of NIDDM in a group of Australian Aboriginals (*58*). At least three factors known to improve sensitivity to insulin were involved in this study—weight loss, a low fat diet, and increased physical activity. If the results of this study can be confirmed in other populations, the incorporation of these "healthy" changes of life-style into prevention programmes could reduce the incidence of NIDDM in target communities.

42

CONFIDENTIAL
AZSER12443987

Before such programmes are implemented, proper community assessment is essential and this includes not only a knowledge of the relevant risk factors for NIDDM, but also data on prevalence, incidence, morbidity, and mortality. It also involves an assessment of the attitudes and behaviour of the community and its willingness to comply with prevention strategies. The prevention of NIDDM will involve action by many sectors of society—government, the media, industry, agriculture, educational and health services, and the general community. Public health policies should encourage good nutrition in schools and other government-supported food programmes. Schools may represent a major opportunity to promote healthy life-styles that include plenty of exercise and good nutrition.

*An integrated approach to prevention.* Prevention programmes will need to be integrated into existing health services (e.g., the primary health care system) and comprehensive programmes of disease control (e.g., those for prevention of coronary heart disease and hypertension). Private health service programmes should also incorporate preventive methods.

### 6.3.2 *High-risk strategy*

Sufficient data have accumulated to initiate community-based prevention programmes for NIDDM. In many communities, the disease appears to be linked with a sedentary life-style, over-nutrition, and obesity, correction of which may reduce the risk both of diabetes and its complications (*52, 54*). Prevention programmes may most effectively be directed at those people who are genetically susceptible to diabetes (i.e., those with a close family member with NIDDM, or evidence of ethnic susceptibility). Possible methods of prevention include modification of diet to avoid or correct obesity and an increase in physical activity. More research is needed to identify effective methods of influencing those at risk to change their eating and exercise habits.

## 7. MANAGEMENT OF DIABETES

In severe cases, the life of the recently diagnosed diabetic depends on regular injections of insulin, a regular pattern of meals, and a suitably adjusted life-style. At the other extreme, a weight-reducing

43

CONFIDENTIAL
AZSER12443988

diet may suffice to correct the metabolic disturbance completely. Diabetes may be discovered in many ways—by a routine medical examination during pregnancy; when a patient presents with an infection; after a myocardial infarction; in children with weight loss and slowing of growth; or by the sudden emergence of ketoacidotic coma. Each situation requires its own individual management plan, but certain general aspects of management are considered below, together with some specific problems such as pregnancy.

## 7.1  The objectives of diabetes management

There are four main objectives of the management of diabetes:

1. to preserve the life of the diabetic patient and relieve the symptoms of the disease;
2. to enable the patient to have as normal a social life as possible;
3. to establish and maintain good metabolic control; and
4. to avoid the complications of diabetes mellitus.

The degree of metabolic control is primarily assessed by determining the concentration of glucose in the blood, although the measurement of glycated haemoglobin and plasma lipids is also important. The range of glucose concentrations aimed for in treatment is similar to normal and falls within the following limits: 3.3–5.6 mmol glucose/litre (60–100 mg/dl) of venous whole blood under fasting conditions and not exceeding 10 mmol/litre (180 mg/dl) after meals; blood glucose concentrations should not be allowed to fall below 3 mmol/litre (55 mg/dl). Concentrations of glycated haemoglobin should reflect mean blood glucose concentrations of less than 8.6 mmol/litre (155 mg/dl); this is usually expressed as a percentage of total haemoglobin with the reference range varying with the method of estimation used (59) (Annex 10).

The principal means of achieving the objectives of diabetes management are adjustment of diet, reduction and avoidance of obesity, adequate physical activity, use of oral hypoglycaemic agents, and administration of insulin if necessary. Education and motivation of the patient to play an active part in the antidiabetic programme and maintenance of general physical and emotional health is essential if the therapeutic measures are to be effective (Section 11).

44

CONFIDENTIAL
AZSER12443989

## 7.2 Food

Some form of advice on dietary adjustment will be needed by all types of diabetic, though it differs for the two main types. In many NIDDM patients, suitable restriction of food intake often combined with a programme of increased physical activity will initially be the only "treatment" required. Patients who need insulin injections have to learn the basic facts about the composition of foods and mealtime strategies. Dietary information and advice must be simple, clear, realistic, and geared to the individual's cultural, educational, and economic status. It is best given by a person trained in dietetics and skilled in communication. It is difficult to change dietary patterns, and it should not be supposed that this can be achieved by giving the patient a printed sheet and a cursory explanation.

Patients with NIDDM who need to reduce food intake to lose weight should not disproportionately restrict carbohydrates. Excessive consumption of refined carbohydrate should be avoided and sources rich in energy such as fats and alcohol should be restricted. The food energy requirements of diabetics of normal weight are best assessed from their habitual intake. Diets explained on the basis of energy intake alone are unrealistic and usually disregarded. Dietary advice should take into account locally available foods; as far as possible, habitual types of food and mealtimes should be retained.

Since atherosclerosis is a major cause of disability and death among diabetics, many authoritative bodies have reviewed the dietary advice for diabetics, largely bringing it into line with the "prudent diets" being recommended to the general population to reduce the risk of arterial disease (60). Where the prevailing pattern of food intake requires it, dietary fat should be limited to approximately 30% of total daily energy intake, and foods containing polyunsaturated vegetable oils (e.g., margarines and cooking oils) should be substituted for those containing saturated fats (e.g., dairy products). Protein should account for approximately 15–20% of the daily intake, and carbohydrates rich in natural fibre should constitute the remaining food energy. The same general principles of good nutrition apply to both diabetics and non-diabetics. The fat content of the normal diet in some populations may be as low or lower than that recommended above, and intake of unrefined carbohydrates may be as high or higher; diabetics in these populations can be well controlled with such diets.

45

CONFIDENTIAL
AZSER12443990

There may be conditions under which the above recommendations for daily food intake do not apply. For example, diet should be adapted to the special needs of growth, pregnancy, lactation, physical activity, and medical disorders. Special "diabetic foods" are neither desirable nor necessary, though artificial sweeteners may be safely used by diabetic patients. The emphasis in the insulin-treated diabetic should be on regularity in timing and intake of food, with mealtimes planned, as far as possible, to fit the diabetic's normal way of life. A common pattern for insulin-dependent diabetics is to eat three "main" meals, with small intervening snacks to balance the lowering action of insulin on blood glucose levels.

## 7.3 Use of insulin

Diabetics who need insulin injections should aim to maintain the concentration of blood glucose as closely within the normal range as is practicable and safe. Good control of this sort requires a flexible regimen that matches insulin action to food intake and physical activity. This is usually best achieved by taking multiple (two or more) small injections a day rather than a single larger injection. In principle, the diabetic should attempt to mimic the normal situation —a stable continuous background of insulin in the basal fasting state with peaks of insulin to cover the special needs of meals (61). Good control has been obtained over long periods in some patients by continuous subcutaneous insulin infusion from small portable insulin pumps that can also deliver extra boosts of insulin on demand before meals. Adequate blood glucose self-monitoring by the patient is essential for all of these intensified insulin regimens (see Annex 2). It is therefore vital that patients are taught to take the major role in their own diabetes management by trained and experienced health care personnel. Whenever possible, injections should be self-administered. The patient should also be taught how to make adjustments to insulin dosage to improve control. The diabetic must be equipped with insulin, syringe, and needles, and taught the principles of antisepsis. With adequate equipment, training, and motivation, patients can develop high levels of expertise and success in their own management.

46

CONFIDENTIAL
AZSER12443991

### 7.3.1 *Insulin types*

Insulin is usually injected under the skin; its action depends on the rate at which it disperses, via the bloodstream, to the tissues of the body. Absorption of unmodified insulin solution (soluble, crystalline, regular) is comparatively rapid but can be moderately or considerably delayed by suitable crystallization or complexing of the insulin solution. Mixtures of unmodified and modified preparations should be selected to fit the individual needs and life-style of each diabetic. A patient's life-style may change and the insulin regimen should be flexible enough to adapt accordingly. Skilled and well-informed use of the different types of insulin by the patient is the key to a virtually unrestricted range of life activities and is indispensable to good diabetes management (Annex 11).

### 7.3.2 *Insulin concentration and purification*

Historically, insulin solutions have been produced in several concentrations, usually expressed in international units per millilitre (e.g., 20, 40, 80, 100 IU/ml). The availability of so many concentrations leads to confusion and dosage errors, and restriction to a single concentration is highly desirable. Many countries have now adopted 100 IU/ml (U-100) as the single standardized concentration with appropriate modification of syringe design.

Most insulin is extracted from animal pancreas and consequently its structure differs slightly from that of human insulin; therefore only the most purified form should be used since this is least likely to induce immune reactions in the patient. Beef and pork insulin have similar antidiabetic potency but the former is more likely to evoke an immunological response. Insulin with identical structure to the human hormone, prepared by either biosynthetic techniques using recombinant DNA or chemical modification of pork insulin, is now commercially available. It is fully effective clinically, but its therapeutic superiority has yet to be demonstrated.

### 7.3.3 *Identification and administration of insulin*

The continuing lack of uniformity in methods of identification of type, concentration, degree of purification, and species of origin of insulin preparations is potentially hazardous and confusing for both patients and health care personnel. Agreement and standardization are strongly recommended. Specially designed syringes are available

47

CONFIDENTIAL
AZSER12443992

for insulin injection that are calibrated for a specific concentration of insulin and made from glass or plastic. With suitable precautions, a diabetic patient may reuse a plastic syringe on several occasions (*62*).

### 7.3.4 *Potency, storage, and availability*

In hot climates, unrefrigerated insulin loses its potency after a few weeks. It should be stored away from sunlight in a cool place.

Once the commitment to insulin therapy has been made, continued supplies of the correct types should be ensured. High cost may restrict the availability of insulin in some developing countries, often with disastrous effects on the health and life of diabetics.

### 7.3.5 *Implantable insulin-delivery devices and pancreatic transplantation*

New therapeutic approaches such as implantable insulin-delivery devices and transplantation of the whole or part of the pancreas or of the pancreatic islets have been attempted in a limited number of patients. These procedures are still in the experimental stage and their use should be restricted to specialized centres for the time being.

## 7.4 Oral hypoglycaemic agents

Some patients with NIDDM do not respond adequately to restricted food intake and dietary advice. In many of them, reinforcement of diet with oral sulfonylurea and biguanide preparations will reduce hyperglycaemia and relieve symptoms, but some endogenous secretion of insulin is necessary for these drugs to work. There are many types of sulfonylurea with varying degrees of hypoglycaemic potency (*63*). Generally speaking, they can be divided into those with long, intermediate, or short half-lives of activity. The choice of preparation is determined by the need to avoid hypoglycaemia, especially in the elderly; by the possibility of kidney or liver disease interfering with their excretion or metabolism; and by the patient's reaction to the drugs. Doses should be reduced after attaining blood glucose control, and the drug discontinued if control can be maintained by diet alone.

The use of the biguanide phenformin has declined because of its contribution to the rare but often lethal condition of lactic acidosis;

48

CONFIDENTIAL
AZSER12443993

in some countries it has been totally withdrawn from use. Metformin, another biguanide, is associated much less frequently with lactic acidosis. Buformin may occupy an intermediate position between these two drugs with respect to lactic acidosis. Low doses of metformin or buformin may be useful for treating patients under 65 years of age without kidney, liver, or cardiovascular disease or history of alcoholism.

## 7.5 Exercise

Planned physical activity, according to age and physical status, is considered a useful part of treatment (57). Exercise improves metabolism and increases wellbeing in the patient, and it has been shown to enhance insulin action on target tissues. When physical activity is a normal part of the pattern of life, diabetes should not restrict it.

## 7.6 Resources required for treatment

Therapeutic agents, the means of administering them (syringes, needles, etc.) and methods of monitoring glucose concentration in urine and blood that can be used by the patient (i.e., self-monitoring techniques) are essential to diabetes care (see Annexes 2 and 12). The supply of these basic requirements is inadequate or non-existent in some developing countries. In all social and cultural contexts, teaching patients about diabetes, how to control and correct it, and how to prevent complications are of central importance.

## 7.7 Acute metabolic problems

Diabetic ketoacidosis and insulin-induced hypoglycaemia account for significant morbidity and mortality among patients with IDDM; non-ketotic hyperosmolar hyperglycaemic coma and lactic acidosis occur less frequently but are dangerous.

### 7.7.1 *Hypoglycaemia*

Hypoglycaemia is a common side-effect of insulin therapy. Its symptoms include weakness, profuse sweating, irritability, confusion, unconsciousness, and convulsions. It is feared by the

49

CONFIDENTIAL
AZSER12443994

patients and their relatives, is potentially dangerous, and may cause permanent neurological damage. If frequent and severe, it is incompatible with normal life.

Hypoglycaemia may be defined biochemically, i.e., as a blood glucose concentration of less than 2.5 mmol/litre (45 mg/dl) but, in practice, the term is used to describe the symptoms and signs of the condition. The relation between these symptoms and signs and the blood glucose concentration may be variable. Awareness of biochemical hypoglycaemia varies between patients and, from time to time, in individuals. Hypoglycaemia at night may fail to rouse the patient from sleep. Some of the warning symptoms may be masked by beta-adrenergic blocking drugs used in the treatment of hypertension and angina. Frequent blood glucose monitoring is necessary to detect and prevent low blood glucose levels.

Mild hypoglycaemic symptoms should not be a cause of alarm if they occur infrequently, at expected times (e.g., just before lunch), and in circumstances that do not expose the patient or others to danger. Repeated or severe hypoglycaemia is, however, a signal for urgent enquiry and correction as it can be associated with serious consequences. Hypoglycaemia is usually caused by over-treatment with insulin, delayed meals, unexpected vigorous exertion, consumption of alcohol, or diminished awareness. Furthermore, in most patients with IDDM, the body's normal counter-regulatory hormonal defence against hypoglycaemia is impaired. When there is inadequate counter-regulation, the variable absorption of subcutaneously injected insulin imposes an additional hypoglycaemic hazard.

Recognized early, hypoglycaemia is easy to treat. The patient should correct "mild" episodes promptly by ingesting rapidly absorbed carbohydrate (sugar lumps or glucose tablets) followed by food. If self-treatment is not possible persistent attempts to give sugary drinks by mouth should be made while the patient remains conscious. However, this is dangerous once consciousness is impaired and intravenous injections of 50 ml of 20% glucose solution or intramuscular injections of glucagon (1 mg) should be given without delay. It is essential that food is taken by mouth after consciousness is restored and that the patient is kept under observation since relapse can occur.

Patients, relatives, all health workers, teachers, and fellow employees in contact with diabetics should be aware of the symptoms of hypoglycaemia and know what action to take.

50

CONFIDENTIAL
AZSER12443995

Factitious hypoglycaemia, i.e., hypoglycaemia produced by deliberate injection of an overdose of insulin may be difficult to diagnose and treat.

Possible deleterious effects of repeated episodes of hypoglycaemia, especially on the central nervous system, are not well elucidated and research in this area is needed.

### 7.7.2 Hypoglycaemia in patients treated with oral hypoglycaemic agents

A few patients taking oral hypoglycaemic drugs, especially the elderly and patients with impaired hepatic and renal function, may be at risk of developing severe and protracted hypoglycaemia in special circumstances such as alcohol consumption, insufficient food intake, and interaction with other drugs.

Severe hypoglycaemia is rare and is seen mainly in patients taking oral hypoglycaemic drugs with prolonged action.

### 7.7.3 Severe hyperglycaemic ketoacidosis (diabetic coma)

Diabetes may first present with coma caused by severe insulin deficiency. In diabetics already under treatment, ketoacidosis most often results from failure to take adequate insulin and may point to poor education, psychological factors, and inadequate provision of health care. Severe stresses like heart attack and trauma may precipitate ketoacidosis even in mild diabetics through the increased secretion of hormones that oppose insulin action. Early recognition and vigorous treatment by the patient, relatives, or medical personnel can prevent otherwise serious deterioration in physical condition (64).

Mortality rates, especially in the elderly, can be high. Education of health care personnel and patients is therefore crucial and, at present, often inadequate. Rapid and early access to adequate health care facilities is necessary and insulin must be available. Infections must be treated promptly and patients made aware of the increased insulin requirements associated with illness, infection, and trauma. Patients with IDDM must be instructed never to omit insulin injections, especially during intercurrent illness.

The diagnosis of severe diabetic ketoacidosis can be made from the patient's history, clinical examination, urine tests for sugar and ketones, and simple bedside blood tests for glucose and plasma

51

CONFIDENTIAL
AZSER12443996

ketone bodies. Sometimes the patient's breath may smell of ketone or acetone. Portable meters that measure blood glucose concentrations quickly and accurately are valuable in diagnosis and monitoring of treatment.

Where possible, blood should also be sent to a laboratory for estimation of glucose, urea, electrolytes, and acid/base status.

Ketoacidotic coma should be treated with low-dose, intramuscular or intravenous insulin injections (5–10 IU/h) combined with adequate rehydration and electrolyte replacement. If a blood glucose response is not seen within 4 hours, larger doses of insulin are necessary. Precipitating infections should be treated, potassium salts administered as required, and acidosis corrected if severe. Further general measures include gastric intubation to relieve gastric dilatation, monitoring of central venous pressure in the elderly or those with cardiovascular disease, and blood or plasma infusion in patients with persistent peripheral circulatory failure.

Partial correction of ketoacidosis and hyperglycaemia will often occur with rehydration and restoration of the circulation alone. Where insulin is unavailable or facilities for patient care are poor, fluid replacement with saline will be useful while the patient is being moved to a special centre. If facilities for intravenous fluid administration are not available, then saline (if necessary made from table salt and boiled water) can be given rectally.

### 7.7.4 Other metabolic comas

Coma associated with severe hyperglycaemia may occur without ketoacidosis (non-ketotic hyperosmolar coma) (65). Hyper-ventilation is absent and plasma and urine show little or no evidence of ketone bodies. Patients should be treated with intravenous saline solution (e.g., 0.45 g/100 ml saline solution) and insulin regimens similar to those described for ketoacidotic coma.

Lactic acidosis (66) in diabetics is particularly associated with biguanide therapy (especially phenformin; see section 7.4) but may also result from shock, septicaemia, or anoxia. The degree of acidosis is more severe than ketone body measurements indicate, and mortality is high. Circulatory support and correction of metabolic acidosis is necessary.

52

CONFIDENTIAL
AZSER12443997

## 7.8 Pregnancy

Better control of maternal metabolism and improved fetal surveillance have dramatically decreased perinatal morbidity and mortality in diabetic pregnancies over the past 25 years. However, congenital malformations still occur more frequently in the offspring of diabetic women. The first weeks of pregnancy are critical for normal organogenesis. Diabetic women of childbearing age should receive systematic counselling and, whenever feasible, conception should be postponed until optimum glycaemia has been achieved; optimum glycaemia should be maintained throughout pregnancy.

### 7.8.1 *Management*

Coordination of diabetic, obstetric, and paediatric skills is necessary for the management of the pregnant diabetic. Blood glucose concentrations should be maintained within the normal physiological range by intensive dietary and insulin therapy, careful surveillance of the diabetic, obstetric and general health of the expectant mother, and regular monitoring of fetal size and function by the most effective means available.[1] Improvement in the outcome of pregnancy can be achieved even under difficult conditions; at centres with good facilities for antenatal care, outcome now approaches that of non-diabetic pregnancy. Normal principles of dietary management in pregnancy apply in the diabetic. Daily food intake should contain approximately 126 kJ (30 kcal$_{th}$)/kg desirable body weight during the first trimester and 147 kJ (35 kcal$_{th}$)/kg desirable body weight during the second and third trimesters; throughout pregnancy food intake should contain 1.5–2.5 g of protein per kilogram of desirable body weight. Total weight gain during pregnancy should not exceed 12 kg.

Every effort should be made to achieve optimal levels of glycaemia with fasting values between 3.3 and 5.6 mmol/litre (60–100 mg/dl) of venous whole blood and two-hour post-prandial values of less than 7.8 mmol/litre (140 mg/dl). Insulin therapy must be designed to suit the specific needs of individual patients; this usually requires the use of a combination of short and intermediate

---

[1] NATIONAL DIABETES ADVISORY BOARD. Detection and prevention of adverse outcomes in pregnancy. In: Clark, C.M., Jr, ed. *The prevention and treatment of five complications of diabetes.* 1983. Available from Division of Diabetes Control, Center for Prevention Services, Centers for Disease Control, Atlanta, GA, United States of America.

53

CONFIDENTIAL
AZSER12443998

acting preparations. Insulin requirement doubles on average during pregnancy, but after delivery it drops precipitously to pregravid levels. Severe hypoglycaemia should be avoided but lesser degrees are probably unavoidable. Urine tests for glucose are unreliable during pregnancy because the renal threshold for glucose falls. Ketonuria can, however, be reliably detected and should be avoided.

Patients should be seen every two weeks until week 30, then weekly. Diabetic control is best achieved by frequent self-monitoring of blood glucose concentrations and a daily test for urinary ketones, with fasting and post-prandial blood glucose estimations at each visit to the clinic. Hypertension, hydramnios, pre-eclampsia, toxaemia, urinary tract infection, retinopathy, and renal disease should be systematically and repeatedly sought, and appropriate therapy instituted if an abnormality is detected. Rapidly progressive renal or retinal complications may be an indication to terminate the pregnancy.

Routine fetal monitoring includes regular measurements of fetal heart rate and fetal ultrasonography in the first or second trimester to estimate the size of the fetus, to detect certain malformations, and to assess cephalic versus somatic growth. Estriol measurements and amniocentesis may be required. All of these procedures can be performed on an outpatient basis. Where resources are limited, the pregnant diabetic should be given priority access to centres where suitable facilities are available.

Gestation should be allowed to proceed to a normal delivery unless fetal distress is suspected; Caesarean section should be performed solely for obstetric indications. Intravenous infusion of glucose and insulin is valuable for controlling diabetes during labour (section 7.9).

The neonate requires special care so that the risks of hypoglycaemia, hypocalcaemia, hyperbilirubinaemia, or respiratory distress syndrome can be detected and dealt with early.

Diabetes mellitus first diagnosed in pregnancy (gestational diabetes) and lesser degrees of maternal glucose intolerance may be associated with increased perinatal morbidity and should be managed according to the above guidelines.

7.8.2 *Puerperium*

After delivery, insulin dose requirements drop precipitously to pregravid levels. Return to the pre-pregnancy regimen of food and

54

CONFIDENTIAL
AZSER12443999

insulin should therefore not be delayed. Breast-feeding is normally possible, but food intake and insulin dosage will need to be raised.

### 7.8.3 *Contraception*

The diabetic woman should have her family while she is young. Pregnancy with the renal or vascular complications of diabetes carries a poor fetal prognosis, and termination and sterilization may be advisable.[1] Any of the contraceptive methods that are currently available can be used, although physical methods (intra-uterine devices, barrier methods) are preferable to oral contraceptives, which may adversely affect metabolism or accelerate vascular disease. An alternative is surgical sterilization of either partner.

### 7.9 Surgery and the diabetic

Approximately 50% of diabetics will have at least one operation during their lifetime. The metabolic stress of general anaesthesia and surgery, if untreated, can lead to severe loss of diabetic control. Management should be geared to local facilities.

Few special precautions are required for minor operations under local or general anaesthesia. The simplest method is to postpone therapy (oral hypoglycaemic agents or insulin) on the morning of the operation.

The simplest scheme for treating non-insulin-dependent and insulin-dependent diabetics during a major operation is to use a continuous intravenous infusion of insulin (2–4 IU/h) in glucose (100 ml of 100 g/litre glucose per hour) from the morning of the operation until the first meal is taken, when the usual therapy can be recommenced. Blood glucose should be monitored frequently to avoid hypoglycaemia during anaesthesia. Alternatively, repeated small injections of soluble insulin with careful monitoring of blood glucose will suffice.

### 7.10 IDDM in children and adolescents

The chief aim of therapy is to obtain normal blood glucose levels and to maintain good control over the years in the hope that a state of euglycaemia, or one approaching it, will reduce the risk of the

---

[1] See footnote on page 53.

55

CONFIDENTIAL
AZSER12444000

acute metabolic abnormalities and chronic complications of diabetes (67).

### 7.10.1 *Initiation of treatment*

Control of blood glucose concentration is achieved by a combination of insulin therapy and diet (adjusted to the family's customs and child's activities). In a child with severe diabetic ketoacidosis (coma), the approach to initial treatment is similar to that for the adult (see section 7.7.3) with appropriate scaling down of dosages of insulin, fluids, etc. Those that are less severely affected should be treated with an initial daily dosage of soluble (regular) insulin of approximately 0.6–1.0 IU/kg body weight, divided into two or three doses, or a single daily dose of 0.5–0.6 IU/kg of intermediate-acting insulin. Subsequent doses and pattern of insulin administration should be adjusted according to blood and urine glucose levels. Daily food intake should be related to age and physical activity and should be distributed over 6–7 meals, including a bedtime snack.

Provided that specialized premises and trained personnel are available, initial therapy and education can often be given on an outpatient basis (68).

After initiation into the routine of diabetic treatment, during which the child is in frequent contact with the health professionals, repeated routine follow-up visits should be arranged at intervals of not longer than 3 months.

In most children, a significant decline in insulin requirement occurs during the few months after initiation of treatment. This period, referred to as the "remission" or "honeymoon" period, results from a partial recovery of islet-cell function. However, this period is followed by exhaustion of the beta cells and a corresponding increase in the requirement for insulin to approximately 0.6–1.0 IU/kg body weight; the insulin requirement is even greater during puberty.

### 7.10.2 *Long-term management*

Long-term management should aim for normal physical and emotional development; slowing of growth or delayed onset of puberty may indicate inadequate treatment.

56

CONFIDENTIAL
AZSER12444001

Education of the child and family members is most important and can be achieved by a variety of methods, e.g., personal instruction, courses, lectures, written material, slides, and films. It should include the need for dietary control, intelligently applied and consonant with good nutrition; adjustment of insulin dose and timing according to physical activity; measures to be taken during illness; and the management of emergency situations. Such systematic instruction should be repeated on a continuous basis and not reserved for special courses or vacation camps.

Psychosocial counselling of the child and the family by skilled personnel from the onset of the disease is an essential aspect of management (section 10).

Diabetes occurring in infancy and very unstable diabetes require special attention because of the many difficulties of management.

## 7.11  Diabetes in the elderly

Diabetes in the elderly is a major health problem. Its impact is often not fully acknowledged and should attract more attention from health care professionals and planners (69). In the old person, diabetes is often not the sole or even the major health problem. The disease often comes to light incidentally while investigating such problems as heart disease, arterial insufficiency, or failing vision.

### 7.11.1  *Management*

Most elderly diabetics are not dependent on insulin, but a few develop diabetes abruptly and are insulin-dependent, and some present with severe non-ketotic hyperglycaemia. An increasing number of patients with early-onset, insulin-dependent diabetes are surviving to old age.

Management in the elderly aims to relieve diabetic symptoms, to correct accompanying disease as far as possible, to initiate preventive measures, and to improve the quality of life.

To promote over-energetically a policy of metabolic normalization in the old is distressing and even dangerous; it is also difficult to justify on the basis of prevention of long-term complications. Hypoglycaemia may have devastating consequences, and insulin and oral hypoglycaemic agents should therefore be used sparingly. Severe dietary restriction is unkind, though advice on better nutrition is valuable.

57

CONFIDENTIAL
AZSER12444002

### 7.11.2 *Other problems in the elderly diabetic*

Much can and should be done to remedy accompanying disorders, and the presence of diabetes is not a contraindication. Drug interactions must be considered and episodes of major illness, trauma, or surgery will need carefully supervised insulin support. Individual advice on foot hygiene with early correction of existing foot problems by appropriately trained health personnel may avert a future amputation. The elderly diabetic always needs reassurance that the diagnosis does not spell doom; social services are therefore of great importance.

## 8.  COMPLICATIONS

Progressive damage to the eyes, kidneys, nerves, and arteries represents the major threat to the health and life of diabetics. In recent years, new possibilities have appeared for limiting the progression of these complications, so reducing the risk of blindness, end-stage renal failure, neuropathic tissue damage, ischaemic tissue damage, amputation, heart attack, and stroke. Evidence from clinical observations (*70*) and experiments on animals (*71*) strongly suggests that improved control of the diabetic state (i.e., the maintenance of nearly normal levels of blood glucose concentration) will reduce the complication rate and, increasingly, therapeutic effort is being intensified to achieve this objective.

Although complications usually first appear some years after clinical diagnosis, they may be present at the time of diagnosis. Some patients only present because of the complications, undiagnosed diabetes having been present for many years; this is especially true of the elderly. The effectiveness of methods of prevention and treatment of the complications depends upon their timely application; it is therefore crucial to submit the diabetic patient to a regular examination that is specifically designed to detect early abnormalities in the tissues and organs at risk.

### 8.1  Diabetic eye disease

### 8.1.1  *Prevalence of diabetic retinopathy*

Diabetes-associated damage to the retina of the eye is the leading cause of visual disability arising in middle-aged and elderly people

58

CONFIDENTIAL
AZSER12444003

in economically advanced societies (72). In Denmark, blindness or severe visual handicap developed in about one-third of a cohort of youth-onset insulin-dependent diabetics that was followed for 40 years or more (73). Among non-insulin-dependent diabetics, who are much more numerous than insulin-dependent diabetics, 10% or more developed visual handicap or blindness.

The widespread association between retinopathy and the many forms of diabetes is well recognized. Its frequency in patients with early and late onset diabetes has recently been well documented in a defined population in Wisconsin, United States of America (74, 75). It has also been reported as a complication of the highly prevalent, obesity-associated diabetes in the isolated Pacific population of Nauru (76) and in the Pima Indians of Arizona (77). Retinopathy of different degrees of severity was documented in all 14 national samples commissioned for the WHO Multinational Study of Vascular Disease in Diabetics (78). Most diabetics (and virtually all insulin-dependent patients) will eventually develop some retinopathic manifestation, but only a proportion appear to be at risk of developing the severe sight-threatening forms.

### 8.1.2 *Risk of blindness*

Examination of the ocular fundus can detect those patients who have a high risk of going blind. The "high risk" state is indicated by the appearance of fine new blood vessels, particularly on or close to the optic disc, or elsewhere in the retina when associated with large retinal haemorrhages. In older people the risk to vision is predicted by the deposition of white exudate and haemorrhage, or by oedematous swelling of retinal tissues in the region of the macula. Clinical trials (79, 80) have indicated that prompt detection and early treatment with photocoagulation will arrest the process and conserve vision in about 70% of eyes that would otherwise have become blind. The institution of regular, effective screening for such danger signs and the ready availability of photocoagulation treatment clearly deserve to be given high priority in the planning of health services.

### 8.1.3 *Prevention and management*

The cause of diabetic retinopathy is not known, but animal experiments suggest that it is much more likely to occur when the

59

CONFIDENTIAL
AZSER12444004

control of diabetes is poor (71). Maintenance of optimal degrees of metabolic control may thus be able to prevent retinopathy or slow its progression. The evidence for this in man is largely circumstantial, but clinical trials of the effectiveness of greatly improved diabetic control are in progress. Other measures such as effective treatment of accompanying high blood pressure and the use of "antiplatelet" drugs may also slow the progression of early diabetic retinopathy. If the eye has already been seriously damaged by diabetes, highly specialized surgery may salvage some useful vision.

For many blind diabetics, rehabilitation schemes will preserve a measure of independence. Special syringes that enable the visually handicapped to draw the correct insulin dose, and special devices with audible signals for self-measurement of blood glucose are available. All organized programmes for the general prevention of blindness should include provision for the prevention of diabetic retinopathy.

### 8.1.4 *Cataract and other eye diseases*

Cataract occurs earlier and more often in diabetics than in non-diabetics. Vision may be preserved by surgical removal of the diseased lens. A good result depends upon the absence of any substantial degree of accompanying retinopathy. Acute metabolic opacity of the lens may occur in young people soon after diabetes is diagnosed and treatment started. While this may resolve spontaneously, surgical removal is often necessary. The nerve supply to the oculomotor muscles may be affected by diabetic neuropathy but usually recovers with time; the pupillary nerves may also be involved and, rarely, the optic nerve itself. Congestive glaucoma may complicate severe proliferative retinopathy.

### 8.2 Kidney disease

### 8.2.1 *Prevalence of renal failure*

Progressive impairment of renal function, accompanied by urinary protein loss and culminating in end-stage renal failure, threatens the health and life of up to half those patients who develop

60

CONFIDENTIAL
AZSER12444005

IDDM in youth or adolescence (33), and a smaller, inadequately-defined, but significant, proportion of patients who develop non-insulin-dependent diabetes later in life. Among some population groups where IDDM is very uncommon (e.g., Japanese, Chinese, and American Indians that have retained their traditional life-style) and in whom NIDDM starts in middle age, diabetes causes a substantial amount of renal failute (81). As increasing numbers of diabetics survive the earlier hazards of the disease, more will live long enough to develop renal failure. Chronic renal disease not only robs the sufferer and society of years of vigorous and productive activity, but also puts a heavy burden upon the health services that provide expensive forms of therapy.

### 8.2.2 *Evolution of nephropathy*

Until recent years the first indication of diabetic renal failure was the appearance of clinically detectable proteinuria, other probable causes having been excluded. By this time, however, structural damage to the kidney is advanced and within a few years impairment of the filtration and excretory functions of the kidney sets in, with inexorable progression to terminal renal failure. In some patients effective reduction of raised arterial pressure may slow the progress of renal deterioration (82); stringent improvement in diabetic control has little or no effect (83), though the need to maintain adequate metabolic control remains. Renal dialysis or transplantation ultimately become the only options for survival, but these forms of treatment can only be provided by specialized units. The newly transplanted kidney should be protected from re-involvement by the maintenance of the highest possible levels of diabetic control. Renal failure in the diabetic is often complicated by problems such as blindness or coronary and peripheral arterial disease.

### 8.2.3 *Early detection and prevention*

In recent years, the use of sensitive assay methods has shown that some diabetics excrete slightly increased amounts of plasma albumin in their urine (microalbuminuria). These patients have a greatly increased risk of developing progressive renal failure (84). Other markers of prospective renal failure, such as high rates of glomerular filtration, kidney enlargement, and minor rises in arterial pressure may also be found. At this early stage, there is some evidence that

61

CONFIDENTIAL
AZSER12444006

intensification of diabetic control will arrest or even reverse the nephropathic process. Pharmacological approaches may also be useful. Clinical trials are in progress to determine the best strategies for early action to prevent the catastrophe of renal failure in susceptible diabetics.

### 8.2.4  *Mechanism of nephropathy*

Damage to the delicate filtering capillaries of the renal glomerulus is initiated by inadequate control of the diabetic state. However, once a substantial part of the filtration apparatus is damaged, the extra excretory burden put upon the rest causes progressive deterioration. This process of renal autodestruction may be slowed by dietary restriction of protein and/or phosphate intake, which reduces the excretory burden falling upon the residual kidney tissue. Urinary-tract infections may accelerate kidney damage and should be sought and eradicated. Radiographic contrast-media and potentially nephrotoxic drugs may provoke sudden and severe deterioration in the damaged kidney.

### 8.2.5  *Other problems*

Urinary tract infections are more commonly provoked in diabetics than non-diabetics by bladder instrumentation or by urinary stasis because of obstruction or neuropathic bladder weakness. Renal infection and ischaemia contribute to the chronic fibrosis, tissue destruction, and renal failure of pyelonephritis which is frequently encountered in the diabetic. With increased blood viscosity, these factors may also lead to the severe complication of renal medullary necrosis which is sometimes complicated by obstruction of the ureter.

### 8.3  Diabetic neuropathy

Damage to nerve fibres conducting sensation and supplying muscles, blood vessels, and viscera is the most common complication of diabetes. There are several distinct patterns of neurological disease giving rise to a number of clinical syndromes and disabilities (*85*).

62

CONFIDENTIAL
AZSER12444007

### 8.3.1  *Patterns of nerve damage*

The commonest pattern, usually occurring after many years of diabetes, affects principally the sensory nerves of the lower limbs with loss of the sensation of pain and sometimes severe and progressive destruction of the soft tissues, bone, and joints; paraesthesia is frequent, and painful neuropathy may also occur. When the motor nerves are affected, there is weakness and muscle wasting, often involving the legs and feet, and sometimes the hands and arms. Obstruction of the blood supply may damage individual nerve trunks, and lead to focal loss of nerve function with isolated muscle paralysis or areas of sensory loss. Damage to autonomic nerve fibres may disrupt such functions as blood pressure control and emptying of the stomach and urinary bladder; if the pelvic nerves are involved it may cause erectile and ejaculatory failure. Sudden unexpected cardiorespiratory arrest may occur, particularly if the diabetic is taking drugs to depress respiration or is anaesthetized. Diabetics are more susceptible to other factors that damage nerves, such as alcohol and other neurotoxins, localized pressure, and infection.

### 8.3.2  *Preservation of nerve function*

Prevention of nerve damage by maintenance of optimal diabetic control and early detection of neuropathy are of major importance, since established neuropathy may be irreversible. Drugs that protect the nerves by locally blocking the effects of hyperglycaemia (*86*), or drugs, such as the gangliosides, that affect myelin metabolism and sprouting, may prove useful for preventing neuropathy in diabetics, and are currently being investigated. Even when nerve damage is established, the risk of serious consequences such as soft-tissue and joint destruction can be reduced by appropriate care.

### 8.3.3  *Causal factors*

Several mechanisms probably contribute to nerve damage. The biochemistry of the nerve cell itself and its sheath is disordered in diabetics, particularly when control of the disease is poor. Alterations in blood viscosity and circulating platelets, and swelling of the endothelial cells lining the fine blood vessels that supply the nerve trunk, reduce and may arrest blood flow in the nerve.

63

CONFIDENTIAL
AZSER12444008

Intensified research into this comparatively poorly understood and imperfectly treatable complication of diabetes is needed.

## 8.4 Cardiovascular complications

### 8.4.1 *Coronary heart disease*

Coronary heart disease occurs more frequently and has notably more serious consequences in diabetics than in non-diabetics; this is particularly true for women. This increased vulnerability is universally reported and in westernized cultures it is responsible for half or more of the deaths in diabetic patients (*87*). However, the mortality rate follows national patterns; for example, although in Japan the mortality rate from coronary heart disease is higher for diabetics than non-diabetics, it is still considerably less than for non-diabetics in Europe and North America. The high prevalence of arterial disease in diabetics is only partly explained by the increased frequency of known risk factors such as hypertension and hyperlipidaemia. Arterial disease is also associated with lesser degrees of glucose intolerance (i.e., impaired glucose tolerance). The increased susceptibility to coronary heart disease of Japanese diabetics who migrate to a western environment strongly suggests an adverse effect of changed life-style, with suspicion resting particularly on changed dietary patterns. In recent years, this has prompted revisions in dietary prescriptions for diabetics in the hope of reducing the risk of arterial disease (section 7). Treatment of established coronary artery disease with bypass surgery or angioplasty has been extended to diabetic patients in whom results are comparable with those of the non-diabetic.

### 8.4.2 *Non-coronary cardiopathy*

Other disorders of heart muscle associated with the metabolic disorder of diabetes, disturbed nervous control, and perhaps microvascular disease worsen the impact of coronary atherosclerosis and the outcome of myocardial infarction. Even in the absence of significant coronary obstruction, these abnormalities may cause heart disease (diabetic cardiopathy) in their own right.

64

CONFIDENTIAL
AZSER12444009

### 8.4.3 *Peripheral and cerebrovascular arterial disease*

Atherosclerotic disease of the small arteries in diabetics is responsible for the high incidence of intermittent claudication and gangrene in the lower limbs, and for cerebral infarction, stroke, and diffuse cerebrovascular disease. General dietary preventive measures should be taken and, as with non-diabetics, the early detection and effective correction of hypertension is of great importance.

### 8.4.4 *Prevention of cardiovascular disease*

The preventive measures recommended to the population as a whole—correction of raised blood pressure, lowering of plasma cholesterol, cessation of smoking, and avoidance of physical inactivity—are particularly important for diabetics since they have a higher risk of developing cardiovascular disease. Careful examination for and correction of known risk factors should be an obligatory part of systematic diabetic care. There is some evidence that, if cardiac damage has occurred, diabetics may be protected from sudden and perhaps lethal rhythm abnormalities by long-term treatment with cardioselective beta-adrenergic blocking drugs.

## 8.5 The diabetic foot

A considerable amount of disability in diabetics is caused by the peculiar susceptibility of the foot to severe tissue-damage (*88*). The combination of chronic foot ulceration, sepsis, and gangrene is the chief cause of prolonged hospitalization for diabetics, and accounts for more than half of the non-traumatic amputations performed in some developed countries. With correct care, the extent of tissue damage could be limited, and many of the mutilating operations completely avoided.

Three major factors contribute to damage to the diabetic foot: chronic diabetic neuropathy, atherosclerotic obstruction of the arteries that supply the lower limb, and bacterial infection. Any one factor may predominate in an individual case, though usually all are present to some degree.

### 8.5.1 *Predominant neuropathy*

Diabetics who have developed neuropathy over many years lose sensation in their feet and are often unaware of progressive damage

65

CONFIDENTIAL
AZSER12444010