caused by pressure, friction, or abrasion. Microorganisms enter the deep tissues of the foot from under compressed callus or through an unsuspected wound, and break down soft tissues, tendons, and bones; this results in a sequestered collection of pus and tissue debris deep in the foot. When tissue destruction is extensive, amputation may be unavoidable but, short of this, wide drainage with removal of damaged tissue and unhurried healing under antibiotic cover may conserve a useful foot. Minor traumas to the ankle in a neuropathic limb may initiate rapid breakdown of intra-articular tissue culminating in an unstable, disorganized joint with Charcot's disease. Early recognition of the abnormal joint response, prohibition of weight-bearing on the affected joint, and the use of anti-inflammatory drugs may arrest this disabling and mutilating arthropathy.

## 8.5.2 *Predominant arterial obstruction*

The blackened shrivelled tissue of the gangrenous ischaemic foot is characteristic of the late and irreparable stage of diminished arterial supply. Tissue necrosis may be preceded for many years by a cold foot with dystrophic skin, and sometimes by pain in the calf caused by intermittent claudication. Physical or thermal trauma may precipitate gangrene in such a foot. Bacterial colonization of the necrotic tissue, often by several microorganisms, results in catastrophic spread of infection which may threaten the leg or the life of the patient and usually demands urgent amputation. If possible, amputation is best performed below the knee, since this improves the chance of the patient being satisfactorily rehabilitated with an artificial limb.

## 8.5.3 *Prevention*

The foot at risk from neuropathy or vascular disease is easily identified by clinical examination. Instruction in careful cleansing, attention to toenails, avoidance of shoe pressure or thermal trauma, and regular foot inspection will greatly reduce the risk of "diabetic foot". Tobacco smoking should be strongly discouraged because of its adverse circulatory effects. Organized teamwork and systematic instruction of the patient will dramatically reduce the frequency of amputations among diabetics (*88*).

66

CONFIDENTIAL
AZSER12444011

## 8.6 Screening for complications

Even in communities with well-organized facilities for the care of diabetics, the long-term complications of the disease are the major burden to the patient, to family and friends, and to society. Regular screening and early treatment for retinopathy have been shown to reduce the risk of serious visual loss. Screening for subclinical increases in urinary albumin excretion may identify a high-risk group for renal failure in which measures of prevention are appropriate. Screening for raised arterial blood pressure and its effective treatment are very likely to protect vulnerable arteries in the cerebral and coronary circulations and the lower limb, and may also protect renal and perhaps retinal microvasculature. Screening for raised plasma lipids, particularly the cholesterol-rich lipoproteins with low or intermediate density, and their correction by diet or drug therapy are also likely to reduce the risk of arterial disease. Early detection of neuropathic or ischaemic feet by systematic screening enables valuable treatment to be undertaken to prevent further degeneration. While research into the basic causes of the complications remains vital for their ultimate eradication, it is clear that properly-organized screening and preventive action in vulnerable patients can do much to reduce the risk of severe disability.

# 9. HEALTH CARE SERVICES

## 9.1 Health care planning

It is both a paradox and a challenge that the understanding of diabetes and the approaches to its management make rapid progress while organized health care services for diabetics in most parts of the world lag far behind. Health planners must be aware of this and should make care of the diabetic patient their prime concern.

### 9.1.1 *An integrated approach to diabetic care*

Provision of appropriate health care services for diabetics should take into consideration all the major components of the health care system, including assessment of local needs and resources, consensus on standards of care, mechanisms for translating recent advances in research into community practice, appropriate education and

67

CONFIDENTIAL
AZSER12444012

utilization of all categories of health care professionals, and continuing evaluation of the quality and effectiveness of patient management. Fundamental to the planning and provision of health care services for a community is an understanding of its environmental, social, political, and economic structures. Services must be focused on patient care and must be designed to facilitate their integration into existing systems of national health care delivery and financing.

Concerted efforts should be made to orient comprehensive health care systems towards the following goals:

— identification of high-risk subjects at an early stage and, where possible, provision of health education aimed at primary prevention;

— early diagnosis of diabetes and institution of management to reduce morbidity and mortality;

— prevention and early recognition of acute complications such as infections and ketoacidosis, and the institution of effective treatment;

— prevention or amelioration of neurological, cardiovascular, renal, and ocular complications of diabetes;

— education of the patient, and the patient's family, in methods of self-care within the home environment;

— provision of equal opportunities for fulfilment of educational, physical, psychosocial, and employment potentials; and

— identification and rehabilitation of diabetics who are partially or totally disabled.

To achieve these objectives, comprehensive health care for diabetics must be organized and delivered. Planning is the keystone of a comprehensive strategic health system that provides appropriate treatment for diabetics at the primary, secondary, and tertiary level.

### 9.1.2 *Primary health care*

Primary health care is of great importance to diabetic patients and their families, since most care is obtained at this level. Basic care, screening for complications, and patient education can be provided by a variety of health workers. Health workers must be well-informed of the diagnostic, therapeutic, and preventive aspects of care, and skilled in communication and educational techniques. Education of patients and their families is vital to optimize the effectiveness of primary health care services. Primary health care

68

CONFIDENTIAL
AZSER12444013

facilities must be easily accessible to patients and their families, and compatible with their culture and beliefs. Care may be provided in a variety of settings including the home, health units, or better equipped outpatient clinics.

The components of diabetes health care at primary level include self-care, care at home, education, and care through community health workers. These efforts are supported by a health team consisting of a primary care physician, a nurse, and other allied health professionals. It is important that primary health care be linked with other levels of care. Some of these issues have been highlighted and were discussed in the second report of the WHO Expert Committee on Diabetes Mellitus (*1*).

### 9.1.3 *Community control programmes*

If systems are designed as recommended above, diabetes care can serve as a model for developing control strategies for other noncommunicable diseases. Emphasis on common risk factors, education of the community, patients, and professional health workers, and integration into existing health care systems at all levels is essential if such strategies are to be successful.

### 9.1.4 *Diabetes care at secondary and tertiary levels*

The creation of the essential core of skills and manpower needed to provide care for diabetics at the primary level must be coordinated with training of health care workers at secondary and tertiary levels. This calls for review of the undergraduate medical curriculum and of instruction courses for nurses, physicians, and allied health professionals involved in diabetes care.

Referral of the patient from the primary to the secondary level will generally be required when more expert or specialized assistance in the management of the disease or its complications is needed; for example, when an insulin-dependent diabetic needs expert guidance on how to improve control of the disease. Referral will also be necessary for obstetric advice during pregnancy, paediatric advice for an insulin-dependent child, and specialist advice for diabetics with chronic ocular, cardiovascular, and renal complications.

In addition to the availability of specialized physicians and appropriate support from allied health professionals, facilities should exist to provide routine consultations with obstetricians,

69

CONFIDENTIAL
AZSER12444014

paediatricians, and other specialists. Care of the pregnant diabetic, including optimal conditions for the delivery and care of the newborn infant, should be provided at the secondary level of the health care service. Screening for ocular complications of diabetes, with arrangements to record and document any changes, are also necessary.

Laboratory services should include provisions for haematology, clinical chemistry, microbiology, radiography and electro-cardiography. The level of these services should be appropriate to the health care setting and its requirements. There should be access to inpatient facilities and day-care centres, which should also serve as educational centres for patients and their families.

The main objective at the tertiary level is to organize specialized clinics and units capable of providing diagnostic and management skills of a high order. Such units are needed for the care of those with diabetic retinopathy, end-stage renal disease, and vascular disease. Specialized care of referred patients belonging to vulnerable groups such as pregnant diabetics and children with diabetes should be ensured. Provision of well-organized rehabilitation services is essential.

Centres for tertiary care should have the special resources, competence, and skills that are needed to prepare educational material for diabetics and for all categories of health workers involved in their care; adequate testing and validation of such learning materials is essential. In view of the considerable variability in the degree of literacy among populations, efforts should be made to develop effective learning aids for the semi-literate and the illiterate.

The tertiary referral level should encourage, emphasize, and be involved in basic, clinical, and epidemiological research. Research centres should aim to meet relevant local or regional needs, to exploit sources of competence, and to collaborate at institutional, national, and regional levels. There should also be a strong component of operational and field research with special focus on the cost-effectiveness of alternative systems of providing health care for diabetics (89), and on the critical evaluation of such systems in terms of various indices of health economics. For such research, there has to be a close interaction between the health planners, health economists, and the various categories of health care personnel who work at the primary, secondary, and tertiary levels.

70

CONFIDENTIAL
AZSER12444015

It is essential that the channels of communication are kept open between the different levels of health care. Patients should continue to receive their basic care at the primary level, but referral to secondary and tertiary care must be available. Coordination of care at the various levels should be built into the health care system.

## 9.2 Health manpower development

A key element of comprehensive health care for diabetics is health manpower planning. Any system of primary health care that attempts to cover a large population at relatively low cost must depend upon allied health professionals and adequate support from appropriate levels of secondary and tertiary care.

In most of the developed countries, the primary health care system is based upon a trained team of physicians, community nurses, and dieticians. In the developing countries, however, scarcity of trained personnel, and the priority of other health-related demands on their time, means that much of the responsibility of primary care falls upon manpower resources within the community, e.g., village schoolteachers, health volunteers, etc. The treatment and management of diabetes must therefore be included in training programmes for such manpower; this has been fully reported elsewhere (*90*).

## 9.3 Health economics

Establishing priorities for the allocation of restricted resources to the health sector in general, and to health services for noncommunicable diseases in particular, is a major dilemma for health planners, especially in developing countries. In order to argue the case for diabetes health care convincingly, there is a need to evaluate and compare available (or proposed) intervention techniques. This can be undertaken on the basis of: (i) the direct and indirect economic cost of diabetes (annex 13); (ii) cost-benefit analysis; and (iii) cost-effectiveness analysis.

The estimates of cost savings as a result of optimal diabetes care generally relate to the potential economic benefits of a programme of prevention, control, treatment, and rehabilitation. It is difficult enough to estimate direct economic costs and benefits of such a programme if it is solely concerned with diabetes, but it is even more so when diabetes care is part of an integrated community health

71

CONFIDENTIAL
AZSER12444016

programme. The direct expenditure on health services, essential hospital care, and physicians is easier to compute. However, health education programmes that are designed to prevent a number of diseases that share common risk factors, e.g., diabetes, hypertension, and other degenerative vascular diseases, cannot be evaluated by conventional techniques. Furthermore, community control programmes aimed at promoting positive health, with improvements in physical efficiency, performance, and quality of life, also need a different system of evaluation. The indirect cost of the morbidity and mortality caused by diabetes or its complications is calculated in terms of lost man-hours and consequent loss of production.

Cost-benefit analysis evaluates health in monetary terms, since benefits and costs are calculated in terms of productivity and earning capacity. In contrast, cost-effectiveness analysis is a measure of the ratio of cost to effectiveness, e.g., cost per year of life saved. Thus, it enables the evaluation and ranking of alternative techniques in terms of the cost of producing different types of health improvement. In diabetes health care, decision makers should use cost-effectiveness analysis to help them choose between alternative intervention strategies (90).

## 9.4 Research

Health systems research is needed to develop a comprehensive diabetes health care programme that is linked with community control programmes for other noncommunicable diseases and that can be integrated into national health systems, particularly at the primary health care level. Such a programme should be multidisciplinary, with emphasis on social and behavioural aspects of diabetes care, and should aim at improving the delivery of health services, use comparative methods of investigation, help promote the application of existing and advancing biomedical knowledge, and provide a sound foundation for health planning and policy formulation.

## 9.5 Conclusions

Treatment and management of diabetes mellitus must be included in the framework of planning for the delivery of primary health care

72

CONFIDENTIAL
AZSER12444017

in all countries. Care at the peripheral level should be linked through a network of referral centres to national centres of excellence.

## 10. THE DIABETIC IN SOCIETY

### 10.1 Integration and discrimination

With adequate care by the patient and understanding by society, diabetes should impose few real constraints upon life-style, working and recreational activities, and social relationships. Despite significant advances toward this ideal, there remain examples, sometimes glaring ones, of unnecessary and unjustifiable discrimination against diabetics which obstruct their full integration into society. Discrimination may be subtle and difficult to define and expose. It may operate at work and affect opportunities for promotion, at school, or within the family or social group. Irrational barriers can only be removed by challenging them vigorously and dispelling misapprehensions about diabetes; this can be achieved by disseminating simple explanatory information about the condition. Apart from the frustration and unhappiness of the individual patient, discrimination deprives society of the many talents and services that diabetics are able to offer.

### 10.2 The young diabetic

The impact of diabetes in childhood and adolescence is always great and may be devastating. It is important that the diabetic child should not be made to feel "different", and that management schemes should interfere as little as possible with normal life. Parental counselling and group discussions help to achieve the difficult balance between over-protectiveness on the one hand and inadequate attention to the child on the other. Diabetic children should attend normal schools but information on their special needs should be given to teachers. Organized holidays for groups of diabetic children foster their self-confidence and reduce their sense of isolation. Helping the child and its family to cope with the emotional burdens of diabetes should be seen as a major part of management and may require skilled and experienced specialist help. Adolescence brings its own problems, not least the choice of occupation in life. The young diabetic is well advised to acquire as

73

CONFIDENTIAL
AZSER12444018

much career-related training and as many qualifications as possible and should be adequately counselled.

## 10.3  Adulthood

Patients with diabetes of childhood onset should approach the opportunities and responsibilities of adult life with confidence and self-reliance born of enlightened and sympathetic management. However, diabetes may first make its appearance when the pattern of adult life and work is already established. Treatment usually involves insulin injections which may necessitate adjustments in life-style or occupation. Such changes should be kept to a minimum by devising appropriate treatment strategies and carefully explaining them to the patient to ensure compliance.

### 10.3.1  *Training and employment*

Opportunities for further education, training, and employment may be restricted for diabetics. Where restrictions are due to irrational prejudice or misapprehensions, they should be vigorously challenged. In some countries, educational and employment opportunities for diabetics are protected by legislation. All types of employment should be freely open to the appropriately trained and qualified diabetic, except in the very few instances where insulin treatment may endanger the safety of the patient or of others. Insulin-dependent diabetics should be advised against occupations where driving heavy goods vehicles and public service vehicles may be necessary; in many countries, they may be unable to obtain licenses to drive this category of vehicle. Private car licenses should be issued when diabetic control is good and the patient has adequate understanding of diabetes management.

### 10.3.2  *Parenthood*

A commonly expressed anxiety of diabetics wishing to start families is the risk of transmitting the condition to offspring. This risk is low and should not be regarded as a bar to parenthood. More relevant is the presence of severe diabetic complications in women which may deteriorate during pregnancy and hinder parental relationships and responsibilities later. Diabetic neuropathy may cause sexual dysfunction in the male; psychosexual problems may be ameliorated by appropriate counselling.

74

CONFIDENTIAL
AZSER12444019

### 10.3.3 *Insurance and cost of health care*

Private insurance schemes may discriminate unselectively and unjustifiably against diabetic applicants and some refuse to accept them altogether. Some companies are sufficiently enlightened to offer terms which reflect the improved outlook for the well-controlled patient, and diabetics should seek these out with the advice of their national associations. All companies should now base their terms upon the revised definition and classification of diabetes (section 2). Impaired glucose tolerance (IGT) and the "statistical risk classes" are associated with demonstrably lower risks to health, and this should be reflected by improved terms for patients in these categories. In many countries, health insurance and the cost of diabetes care are fully covered by national schemes. Where they are not, special consideration, perhaps involving governmental agencies, should be given to providing full coverage for the diabetic. In particular, the free provision of insulin and equipment for its administration, oral hypoglycaemic drugs, monitoring equipment, and facilities for patient education should be given the highest priority. The purchase of new devices for the administration of insulin that have recently been developed could be justified as an investment of public or state resources since they greatly improve the quality of life for diabetics and may reduce the risk of long-term complications.

### 10.4 Aging with diabetes

In the elderly, the diagnosis of diabetes is likely to be made in association with some other, perhaps unrelated, disability. Visual deterioration, arterial insufficiency, and chronic foot ulceration are common accompaniments and require attention in their own right. Social isolation, financial hardship, and low levels of motivation may also be problems. The management of diabetes remains important, but it is usually not justifiable to press as intensively for the control of blood glucose concentrations as it is in the younger patient. Although diabetes in the elderly can normally be controlled by diet and oral agents, true dependence on insulin may occur. Hypoglycaemia, sometimes unsuspected, may be responsible for behaviour patterns attributed to senility, and should be avoided. Management of diabetes in the elderly has a high supervisory and social content and is greatly facilitated by the activities of nurses specialized in diabetic care.

75

CONFIDENTIAL
AZSER12444020

## 10.5 Other problems

Adjustment to the "diabetic life" always requires informed reassurance and repeated explanation. Some diabetics adjust more successfully than others, but much depends on the understanding and support of family, friends, employers, and others. Specific attention should be given to personal problem areas such as occupation, social and emotional relationships, and dietary adjustments, and strong reinforcement given to cessation of smoking, moderation with alcohol, and regular physical activity. The insulin-dependent patient should be encouraged to tell colleagues and work associates of his or her condition so that they may recognize the need for assistance in case of hypoglycaemia. It is important for the individual to wear a bracelet or carry a card that indicates that he or she is a diabetic.

Associations and societies for diabetic patients are of proven value in protecting the welfare of, and dispelling popular misconceptions about, people with this condition. They are also the source of valuable information for patients seeking advice on specific subjects such as diet, insurance, travel, and advances in treatment. Most importantly, they can counter unreasonable discriminatory practices in situations where the individual may be powerless to act.

# 11. EDUCATION

Education and training of patients and their families are the foundations of good diabetic therapy. Education of the general public is an integral part of a prevention-oriented approach to diabetes mellitus. It is also essential because, at present, diabetes is often not perceived by the community or the health services as a public health problem. Accurate and comprehensible information must be provided for populations with a wide variety of cultures, ranging from highly sophisticated, technically attuned societies to those that, at best, may be only semi-literate.

## 11.1 Why educate?

A formal process of education carries enormous advantages to the health and life of the diabetic patient and consequent social and economic advantages to society.

76

CONFIDENTIAL
AZSER12444021

### 11.1.1 *The patient*

Medical therapy and the expertise of health care workers are at their most effective in the treatment of acute episodes of diabetes mellitus such as hypoglycaemia, hyperglycaemia, or severe ketoacidosis and comas. However, the majority of these episodes could be prevented by proper education and training of patients. In the daily management of diabetes, active participation of the patient appears to be the only efficient solution for control of the disease and its long-term complications. Patient education and training have been shown to reduce hospital-bed occupancy dramatically. In one hospital, occupancy has fallen from 5.6 days per year in untrained diabetics to 1.4 days in trained patients (*91*), which is not significantly different from that of non-diabetics. Comprehensive education and training of the patient in self-care has led in certain situations to a 78% decrease of hyperglycaemic coma (*92*) and to a 75% decrease of below-knee amputations (*93*).

### 11.1.2 *Biological, psychological, and social effects of education*

The effectiveness of educating patients in self-care can be observed and evaluated using a number of criteria.

1. Effects on diabetic control include:
— more efficient short-term and long-term metabolic control which can be evaluated by urinary glucose and ketone tests and by measurement of blood levels of glucose, glycated haemoglobin, triglycerides, and cholesterol;
— prevention of acute loss of metabolic control as evidenced by a decrease in hypoglycaemic attacks and gross hyperglycaemia, with or without ketosis; and
— better diabetes control during unusually strenuous physical activities or illness.

2. Effects on long-term complications include:
— decreased incidence of long-term complications; and
— reduced frequency of tissue damage caused by ischaemia and/or neuropathy (tertiary prevention). (Patients with loss of sensation in the feet or with impaired vision require special attention.)

3. Effects on psychological wellbeing include:
— decreased fear of diabetes and its complications;
— decreased sense of helplessness;

77

CONFIDENTIAL
AZSER12444022

— improved acceptance of diabetes; and
— better participation by the patient in prevention strategies and therapy.

4. Effects on social integration include:
— decreased sense of isolation as the diabetic learns to adapt management to his or her social needs;
— less absence from work as acute and chronic complications lessen; and
— decreased fear of diabetes as information is transmitted to the patient's family, school teachers, employers, and society in general.

5. Effects on the public health system may include:
— decreased medical and social costs of diabetes (*94*);
— improved social welfare programmes for diabetics including social security systems, life insurance, retirement plans, and job opportunities; and
— the use of patient education in diabetes care as a model for other programmes for chronic diseases.

## 11.2  Who to educate

There are five interlinked target groups: patients with diabetes, the patient's family, health care personnel, the community (which includes people at high risk of developing diabetes), and health policy planners. These groups can be divided into two main types: those that require education in the practical management of diabetes (the patient, the patient's family, and health care personnel); and those that need to be made more aware of diabetes, especially its economic and preventive aspects (the community and health policy planners).

### 11.2.1  *Patients*

All patients need simple basic information about their disease and its possible complications, as well as appropriate education for day-to-day management. Inadequate instruction of certain diabetics is a serious clinical error that may lead to severe hypoglycaemia in insulin-treated patients, and progression of foot infections and gangrene in patients with neuropathy and ischaemia.

78

CONFIDENTIAL
AZSER12444023

Education needs to be directed to specific groups according to age, type of treatment, and presence of long-term complications. There are special requirements for the elderly, the very young and their parents, pregnant diabetics, the blind, and amputees.

1. Patients taking insulin or oral hypoglycaemic agents need to be taught:
— the facts about their form of diabetes;
— the skills of self-management;
— how to adjust to necessary changes in life-style; and
— how to cope with emergencies, in particular hypoglycaemia.

Continuous education programmes for children and adolescents, and their families, school teachers, and friends should start immediately diabetes is diagnosed.

2. Patients not requiring insulin therapy need to be taught:
— the facts about diabetes and its management;
— the basis of good nutrition, and how to achieve and maintain optimal body weight; and
— the importance of physical activity.

3. Patients with long-term complications need to be taught:
— the facts about the complications, and the purpose and procedures of therapy, especially those aspects where their active participation is crucial; and
— the necessary skills to prevent disabling consequences of the complications (e.g., infection and gangrene of the foot).

## 11.2.2 *The family and the patient's entourage*

The patient's family and friends need to be given some general information about the disease and its complications. The following topics may require explanation: the importance of correct food intake, the care of the patient during illness, and the recognition and early correction of emergency situations such as hypoglycaemia and hyperglycaemia with or without ketoacidosis.

## 11.2.3 *Health care personnel*

The education of health care personnel should cover the practical daily needs of the patient, and also the public health and economic

79

CONFIDENTIAL
AZSER12444024

implications of diabetes. It should emphasize the importance of promoting self-reliance in the patient.

Doctors, nurses, dieticians, social workers, and allied health personnel, such as primary health care workers, should receive adequate training in educational methods and practical experience in teaching (95). Information on diabetes (and other chronic diseases) must be incorporated into basic training courses in medical schools and all levels of training for primary health care workers; the information should be continually updated by in-service training in hospitals or specially-organized courses. Diabetics should be encouraged to associate with and teach other diabetics, since this transmits knowledge gained by first-hand experience and develops self-esteem.

### 11.2.4 *The community*

Better understanding of diabetes by the community at large will be of direct benefit by improving the patient's social integration. It should also assist in the formation of national and local policies for providing health care.

The community also needs to be made aware of diabetes as a public health problem and the possibilities of prevention by control of obesity and by increased physical activity, particularly in high risk individuals.

### 11.2.5 *Health policy planners*

Policy planners at local and national levels should understand the socioeconomic implications of the disease and the vital importance of education in the management of diabetes, and be motivated to improve and extend health services for diabetics.

Policy planners should realize that diabetes and its complications represent a very large and an increasing public health problem. The long-term dividends from investment in preventive health care and health education need emphasis because they are less well recognized than the short-term benefits of curative medicine. The financial burden of diabetes on society was well illustrated by Jönsson (94) who analysed the cost of diabetes in Sweden (8.5 million inhabitants). He found that there was a total loss of 7955 production years in 1977 as a result of early retirement caused by diabetes; the direct cost attributable to diabetes was 69 million US dollars and the

80

CONFIDENTIAL
AZSER12444025

indirect cost (mainly due to long-term complications) 90 million dollars.

Adequate patient education leading to efficient secondary and tertiary prevention could dramatically cut the cost of diabetes for the individual and for society.

National diabetes organizations, health care personnel, community-based groups, and the mass media all have a major role to play in alerting policy planners to the importance of diabetes, with particular emphasis on the preventive aspects.

## 11.3 How to educate

Learning is a fundamental part of diabetic management and the resources needed for effective education must be made available (*96*). These include personnel trained in educational techniques, literature, and equipment (blackboards, slide projectors, films, computerized learning programmes, and games), as well as adequate facilities.

### 11.3.1 *Clinical approach versus patient education*

The clinical approach often seems incompatible with patient education. Traditional medical practice is based on diagnosis and cure of pathological conditions, with the patient playing a passive role. This mode of treatment is used extensively, and has become known as the "disease model". In contrast, patient education in treatment of chronic illness is centred on changing the patient's behaviour and on self-care, and thus requires the active participation of the patient. The coexistence of both types of treatment is fundamental to good care of chronic illness, but unfortunately traditional practices often predominate. It is therefore important that health care workers are taught the principles of patient education and made aware of its many advantages.

Some specific characteristics of health care providers and of patients have to be taken into account in the teaching/learning process.

### 11.3.2 *Health care workers*

Before they can give instruction to patients, health care workers themselves need to be taught about diabetes, its long-term complications, and its treatment. They also need to acquire the

81

CONFIDENTIAL
AZSER12444026

appropriate educational skills in the same way as they do for other forms of therapy. Their training should include instruction on how to prepare and use printed material, since oral information on its own may be misinterpreted. Printed material also helps to foster a consistent approach among the members of the medical team. Printed information should be simple, easy for patients to understand, concise, and presented in large print for patients with visual impairment. Pictorial information should be available for semi-literate or illiterate patients.

Patients with chronic disease are not necessarily willing to participate actively in their treatment straightaway. Learning becomes effective only when the patient is receptive, i.e., when the patient feels the need to learn about diabetes and to develop appropriate skills. In order to assess readiness to learn, health care workers must be capable of estimating the patient's ability to master any specific skill, prevailing health-beliefs, degree of acceptance of the disease, and expectations of therapy, and how easily and how fast the therapeutic goals can be reached. Particular "entry points" for effective education (e.g., pregnancy, intercurrent illness, episodes of instability) should be recognized and exploited.

Readiness to learn is best assessed by interviews and by informal observation of the patient's performance by doctors, nurses, or other allied health personnel. Interaction between patients and health care workers is fundamental if efficient treatment of chronic disease is to be combined with satisfactory quality of life.

### 11.3.3 *Patients and their families*

The main goal of patient education is to help diabetics and their families to become "active" participants in the control of the disease and the prevention of acute and long-term complications; patient motivation is vital for self-care. Training patients to control their own disease is a difficult task, and several factors must be taken into account.

1. *Health beliefs of the patient and his or her family*. These vary with ethnic group, age, sex, and socioeconomic status (*97*). Health beliefs must also be taken into account when planning weight-reduction campaigns.

2. *The degree of acceptance of the disease*. "Coping with disease" is the state reached when an individual has passed through the

82

CONFIDENTIAL
AZSER12444027

sequence of difficult psychological adaptations that occur when a person becomes ill (98).

These difficult psychological adjustments are normal and must be recognized by the members of health care teams. Patients who deny the existence of their condition or who revolt against it will experience difficulties in learning and complying with treatment. Only by listening to the patient's subjective experiences can the medical team adapt the educational and therapeutic approach to his or her needs.

## 11.4 Need for evaluation

Each educational programme should be reviewed periodically, and the results used for subsequent programme planning and modification. Evaluation should be a continual process that measures how many of the educational objectives have been attained. An educational programme can only be widely implemented after its effectiveness has been validated.

### 11.4.1 *Educational objectives*

The goal of patient education is not to increase general knowledge about diabetes but to improve patient autonomy regarding therapy. The results of educational programmes are therefore defined by what patients can do at the end of a learning period that they could not do before.

## 11.5 The role of organizations

There are four main types of organization that may be involved in diabetes education:

— patient-oriented associations, both local and national;
— medically-oriented associations, both local and national;
— diabetes clinics and education centres; and
— regional, national, and international organizations such as the International Diabetes Federation and Juvenile Diabetes Foundation International.

It is essential that these groups work together and interact with each other. Organizations can concentrate their resources and energies on areas of special concern such as the social acceptance of

83

CONFIDENTIAL
AZSER12444028

diabetics, welfare entitlement, the adequate distribution of essential drugs and equipment, lobbying policy planners at governmental and local authority levels, funding all aspects of research, and protecting the rights of the individual.

## 12. RESEARCH AND FUTURE DEVELOPMENTS

Improvement in the health status of the diabetic depends on both effective health care and related research. The many different types of research—basic research, clinical research, operational research, research in health economics, and population studies—need to be coordinated to optimize their effect upon the health of diabetics. This requires motivation, organization, appropriate resources at local, national, and international levels, and good communication between clinicians and research workers.

There is a major need for: (i) community-based programmes, particularly in developing nations; (ii) studies of the most cost-effective ways of delivering health care, including preventive services, in different socioeconomic environments; and (iii) evaluation of the methods used in programmes of diabetes education.

The needs of both the developing and the developed world must be continuously reviewed. Diabetes research, wherever it is conducted, is likely to have general relevance; collaborative activities, exploiting the special interests and skills of the WHO Collaborating Centres in Diabetes Mellitus, are therefore of great potential value and should be actively fostered.

The purpose of this section is to review areas where promising research developments are occurring and to draw attention to those fields of health care provision and health sciences where investigations and improvement are desirable. Simplification and standardization of techniques and methods should be sought so that the results of research programmes can be compared.

### 12.1 Basic research

— Studies to define the molecular basis of the genetic susceptibility to IDDM, NIDDM, and other types of diabetes should be intensified and extended to different population groups.

— Studies are needed to define in detail the role of immune mechanisms in IDDM. The relevant beta-cell antigen marker(s)

84

CONFIDENTIAL
AZSER12444029

should be identified, isolated, and characterized; these could then possibly be used in specific and quantitative assays to detect the early stages of an attack on the beta cells.

— The environmental factors involved in the development of diabetes should be identified and the mechanisms through which they provoke the diabetic state defined.

— New animal models for the study of diabetes in its various forms, and of its complications, should be developed.

— The abnormalities of insulin secretion and action in the various forms of diabetes should be defined more clearly.

— Studies are needed (i) to identify factors responsible for the specific complications of diabetes and their mechanisms of action; and (ii) to establish similarities and dissimilarities between the arteriopathic mechanisms in IDDM, NIDDM, and non-diabetic subjects.

— The genetic and metabolic factors that are associated with congenital malformations in the offspring of diabetic women should be identified.

## 12.2 Epidemiological research

— Organized and standardized collection of data, using WHO methods and criteria, is needed to determine the prevalence and incidence of the different forms of diabetes in developing countries; local environmental factors that are thought to be diabetogenic should be investigated.

— Further studies are needed of the heterogeneity of the mechanisms of impaired glucose tolerance.

— Accurate mortality and morbidity data, including age and sex specific information, on the various types of diabetes in different countries should be compiled.

— Studies are needed to elucidate the mechanisms by which overnutrition, malnutrition, individual nutrients, obesity, physical inactivity, stress, and intra-uterine environment interact with genetic susceptibility to produce impaired glucose tolerance and diabetes.

— Prospective studies, case control studies, and population-based surveys are needed to identify risk factors for the development of the complications of diabetes (or factors associated with resistance to their development), to provide insight into their pathogenesis, and to define their impact on public health.

85

CONFIDENTIAL
AZSER12444030

### 12.3 Clinical research

— Studies are needed to characterize the clinicopathological features and the hormonal patterns of subclasses of malnutrition related diabetes and other special forms of diabetes.

— Improved methods for treating IDDM, e.g., insulin delivery systems, glucose sensors, and pancreatic islet transplantation, should be developed and evaluated.

— Appropriate randomized studies are needed to define more clearly the relation between metabolic control and the complications of diabetes.

— To reduce perinatal mortality and morbidity, studies to determine the optimal conditions for delivery should be encouraged.

— Studies are needed (i) to clarify differences in outcome of pregnancy in women whose glucose intolerance preceded pregnancy and in those in whom it developed during pregnancy; and (ii) to define the true risk (if any) of impaired glucose tolerance to the fetus and mother.

### 12.4 Research in prevention

— The effects of weight reduction, antidiabetic drugs, dietary manipulation, or an increase in physical activity upon progression from impaired glucose tolerance to NIDDM should be investigated.

— Prospective studies of preventive intervention should be encouraged. Research should be focused on people who have a close family member with NIDDM since they have a high risk of developing the disease.

— Controlled studies of primary prevention should be extended to IDDM as soon as sufficient knowledge of the disease has been gained to make this feasible.

### 12.5 Social, psychological, and educational research

— Patients and their families should be studied to see how they learn to cope with diabetes, how their motivation changes, and how well they comply with treatment regimens. The prevailing beliefs of the patient on health and disease should be taken into account in such studies.

— Variations in learning ability should be studied and new teaching methods designed to meet the different needs of individuals.

86

CONFIDENTIAL
AZSER12444031

— Educational programmes should be evaluated, and national standards for patient education developed and implemented.

— Studies are needed to determine the factors that motivate health care workers to implement educational programmes for patients, and those that cause them to resist patient education.

— Studies are needed of (i) the social adaptation to diabetes in the light of the health beliefs of different societies, and (ii) the role of the interdisciplinary team in identifying defective adaptation and facilitating treatment and rehabilitation of the diabetic.

— Resistance to patient education and treatment arising from ethnic and social traditions within a society, and from political opposition, should be investigated.

— The possibilities of applying existing methods of health systems research should be examined and the development of new forms of such research that are appropriate to the economic and social structures of different societies should be investigated.

— Research is needed to evaluate the efficacy of contemporary health systems and to compare it with that of traditional medicine.

## 12.6 Health services research

— New methods of diagnosing, managing, and preventing diabetes should be systematically explored, and their development encouraged. Developments in the organization of health services for diabetics should be appropriate for the prevailing social, economic, cultural, and geographical conditions.

— New models for the delivery of diabetes health care should be formulated and tested.

— The effectiveness of different ways of integrating diabetes care and research into health services should be evaluated.

— Studies are needed of the management, utilization, and effectiveness of health manpower in the delivery of diabetes health care.

## 13. CONCLUSIONS

1. Diabetes mellitus is a major and growing cause of prolonged ill-health and premature mortality that affects tens of millions of people in countries at all levels of development. The central mechanism of the diabetic state, the defective action of insulin, is

87

CONFIDENTIAL
AZSER12444032

responsible for derangement of the processes of growth, defence, repair, reproduction, and fuel utilization. The failure to use glucose gives diabetes its most characteristic feature—chronic hyperglycaemia.

2. The diabetic state may be triggered by a wide variety of environmental factors—overnutrition, undernutrition, infection, ingestion of toxic substances, etc. These factors may act directly or, in many cases, indirectly by interacting with inborn susceptibility. The nature of the underlying susceptibility and of the environmental determinants is becoming clearer and opening the way to rational attempts to prevent diabetes.

3. Diabetes occurs at all ages and is to be found in almost all human communities. In some developing countries undergoing rapid changes in life-style, diabetes prevalence is increasing rapidly. Local environmental factors may trigger diabetes if there is a background of genetic or ethnic susceptibility.

4. The range of clinical manifestation of diabetes, broadly similar in all societies, depends upon the degree of damage of the insulin-secretory tissue. The most severe form of the disease, insulin-dependent diabetes mellitus (IDDM), is lethal unless promptly diagnosed and treated with insulin injections. In people of European origin, it is possible to identify some genetically susceptible individuals in whom blood glucose control is normal. Although the environmental factors that initiate the diabetogenic process are not yet clear, it may be possible to slow or arrest the immunological attack upon insulin-producing cells that ultimately causes the disease. Even after the insulin-dependent state is established, it may be possible to cure the condition by grafting normal insulin-producing tissue. Although they are still at the experimental stage, these efforts at prevention and cure deserve generous research support.

5. Non-insulin-dependent diabetes mellitus (NIDDM) is much more common than IDDM, is less severe at presentation, and usually occurs later in life. This form of the diabetic state also appears to be caused by a number of environmental factors acting on genetically susceptible individuals. Obesity, long considered to be the major provocative factor, is inadequate to account for all, or even most, cases of NIDDM; physical inactivity and/or deficiencies of specific nutrients may also be involved.

6. High intake of cyanide producing foods (e.g., cassava and certain beans) combined with protein malnutrition may cause

88

CONFIDENTIAL
AZSER12444033

damage to pancreatic islets and lead to malnutrition-related diabetes mellitus (MRDM). Intensive education in nutrition and methods of food preparation may reduce the risk of this form of diabetes which is prevalent in tropical developing countries.

7. The glycaemic criteria for diagnosis of diabetes and impaired glucose tolerance proposed by the WHO Expert Committee on Diabetes Mellitus in 1980 have found general acceptance (*1*). With some minor modifications of presentation, these criteria were endorsed by this Study Group. Glycated haemoglobin estimation, of proven value in the management of diabetes, has at present no place in screening or diagnosis.

8. The term impaired glucose tolerance (IGT), introduced in 1980 to describe a state intermediate between diabetes mellitus and normality, has been largely accepted though comparatively little used. It can only be defined by the oral glucose tolerance test, and this test is rarely used for purposes other than epidemiological studies or screening (e.g., during pregnancy). Those people with impaired glucose tolerance who have high glucose levels and low insulin responses early in the test (and who are not pregnant) appear to be more likely to progress with time from impaired glucose tolerance to diabetes mellitus.

9. Standardization of terms and procedures related to diabetes should be extended so that comparisons can be made between patients, and of the same patient at different times. This applies to the nomenclature for forms of diabetes when recorded in population studies or in death certification, to the criteria and terms for the various types and grades of diabetic complications, to the therapeutic products such as insulin, syringes, needles, and oral anti-diabetic preparations, and to the nutritional policies for diabetics.

10. There is encouraging evidence that the risk of blindness caused by diabetic retinopathy may be reduced by early screening and photocoagulation treatment. Early indications suggest that diabetics "at risk" of renal failure may be identifiable at a stage when prevention is still possible, but this remains to be demonstrated. Diabetic disease of somatic and autonomic nerves may be preventable by improved diabetic control, and there is hope that enzyme inhibitors may protect nerves from damage by abnormal metabolites. The risk of atherosclerosis in diabetics may be reduced by a low-fat diet with a high content of unrefined carbohydrate.

11. Primary prevention of diabetes in any of its forms has yet to be clearly demonstrated. A number of strategies have been

89

CONFIDENTIAL
AZSER12444034

suggested, applicable particularly to the populations of developing countries that are undergoing major changes in life-style. In such populations, preventive measures for diabetes, involving improved nutrition and avoidance of physical inactivity, should be fully integrated into other community-based programmes for the prevention of noncommunicable diseases.

12. There remains much unrealized potential for improving the care of the diabetic. Health planners and policy makers should address themselves to meeting the needs of diabetics by integrating diabetes care into national, regional, and local health care structures. Effective care will generate better health for the patient and enormous savings for society.

13. It is overwhelmingly evident that the patient should take the major role in applying diabetes care and undertaking management schemes. The patient's role should extend far beyond control of diet and medication, and requires understanding of the disease, motivation, and willingness to accept responsibility. Education and training of the patient are of primary importance, and this should be reflected in the allocation of resources.

14. Only by the effective prevention of the complications of diabetes or the disease itself can the enormous cost of the condition to the individual and to society be reduced. A vigorous programme of research into diabetes, its causes, its course, and its complications is therefore essential. Research must be stimulated at all levels — basic, epidemiological, clinical, preventive, psychosocial, and educational; research into improving the organization of health services is also important.

15. Global activities against diabetes have been significantly fostered by the joint activities of WHO and nongovernmental agencies concerned with diabetes, supported by a growing number of WHO collaborating centres that cover various aspects of diabetes care and research. The *Programme for diabetes* that has been formulated as a result of this conjoint activity has been accepted by WHO and the International Diabetes Federation.[1] The programme represents a significant step in the coordination and direction of world-wide efforts to solve the problems of diabetes, and is a suitable blueprint for future activities.

---

[1] See footnote on page 9.

90

CONFIDENTIAL
AZSER12444035

# 14. RECOMMENDATIONS

The following recommendations were formulated by the Study Group, taking into account those of the WHO Expert Committee on Diabetes Mellitus that were published in 1980 (*1*) and the knowledge gained since then.

1. Health systems planning for, and research into, diabetes must be adaptable to the wide variation in social, economic, and medical conditions and structures. Community-based primary health care schemes should be linked to specialized levels to optimize the quality of care, depending upon the requirements of the patient and the availability of resources. A group of experts should review alternative strategies and make specific proposals for health systems planning, and for the integration of diabetes care into national health services.

2. In certain types of diabetes, survival depends upon the adequate and continuing availability of insulin. This is listed as an essential drug by WHO, and national health departments should give the highest priority to the provision of insulin and the means for its efficient administration.

3. Special centres should be established in developing countries that are concerned with the promotion of health care and the education of diabetic patients and people involved in their care; they should also initiate research into the epidemiology and prevention of diabetes that is appropriate for local conditions. Such centres should draw support from the growing international network of WHO Collaborating Centres in Diabetes Mellitus and constitute important focal points for the development of local diabetes programmes.

4. Systematic education of the diabetic patient as well as of health care personnel is vital to improve the health and welfare of diabetics. At present, its importance is not sufficiently recognized. A group of experts should review the field of education and, on the basis of their findings, recommend strategies that can be adapted to meet local needs. At national levels, those agencies funding health care should make adequate financial provision for systematic and organized educational activity.

5. International standardization should be extended to include: the universal adoption of the updated recommendations for methods and criteria for diagnosing diabetes given in this report; use of the revised classification of types of diabetes, especially in national

91

CONFIDENTIAL
AZSER12444036

morbidity and mortality reports; clinical and epidemiological methods and criteria for recording diabetic complications; production of information and learning material for diabetes education; and identification of insulin preparations, purity, and strength.

6. Since it seems likely that certain common types of diabetes can be prevented by the avoidance of obesity and the promotion of physical activity, information on such preventive measures should be widely disseminated through health care agencies and the mass media. The growth of knowledge relevant to the prevention of other types of diabetes (e.g., insulin-dependent and malnutrition-related types) makes it timely for a group of experts to review the whole field of primordial and primary prevention of diabetes.

7. Health care planning and diabetes prevention both require accurate information on the distribution of diabetes within populations and on its environmental and genetic associations. Further population-based studies of the epidemiology of diabetes are necessary, and are of particular importance in the case of malnutrition-related diabetes. Surveys to establish the true prevalence of malnutrition-related diabetes, its environmental and nutritional background, and its clinical course should be organized, perhaps through a multidisciplinary, internationally-based task force.

8. The long-term complications of diabetes impose a very heavy burden on the individual and on society. This burden can be reduced by better control of the diabetic state using new approaches to treatment and patient self-monitoring. Regular screening should be carried out to detect early markers of retinal and renal complications, and resources committed to provide facilities for appropriate treatment. The high risk of coronary and peripheral vascular disease in diabetics could be reduced by a vigorous campaign against the known major risk factors (i.e., smoking, high levels of blood cholesterol, raised arterial pressure) as well as by the improvement of diabetes control.

9. Traditional methods of treatment and management of diabetes require further investigation.

10. National and local registries for diabetes should be established; these registers should use the system of classification given in this report so that comparisons can be made. The classification should also be used in death certification; this should be strongly encouraged by the allocation of specific codes to the

92

CONFIDENTIAL
AZSER12444037

different classes of diabetes in the forthcoming revision of the *International classification of diseases.*

11. Activities undertaken to implement the recommendations of the second report of the WHO Expert Committee on Diabetes Mellitus (e.g., the joint activities of WHO and the International Diabetes Federation, the establishment of the WHO Collaborating Centres in Diabetes Mellitus, and the various national and international meetings, seminars, and courses promoted or sponsored by WHO) should be continued and intensified. The *Programme for diabetes,*[1] formulated jointly by WHO and the International Diabetes Federation should serve as a blueprint for future activities.

12. Active collaboration between WHO and the International Diabetes Federation at regional, as well as international level, is feasible now that the IDF has been restructured on a regional basis; this collaboration should be vigorously pursued.

## ACKNOWLEDGEMENTS

The Study Group is indebted to the following colleagues who prepared working papers and other material for the use of members of the group.

Dr P.H. Bennett, Epidemiology and Field Studies Branch, National Institute of Arthritis, Diabetes, and Digestive and Kidney Diseases, Phoenix, AZ, USA

Dr T. Deckert, Steno Memorial Hospital, Gentofte, Denmark

Dr M. Edmonds, Diabetic Department, King's College Hospital, London, England

Dr E. Eschwege, Unité de Recherches Statistiques, INSERM, Villejuif, France

Dr D.D. Etzwiler, International Diabetes Center, Minneapolis, MN, USA

Professor N. Freinkel, Northwestern University, The Medical School, Chicago, IL, USA

Dr J.H. Fuller, Department of Community Medicine, Central Middlesex Hospital, London, England

Professor R.J. Jarrett, Department of Community Medicine, Guy's Hospital Medical School, London, England

Dr R. Klein, Department of Ophthalmology, Clinical Science Center, Madison, WI, USA

Professor Dr med. J. Köbberling, University Medical Clinic, Göttingen, Federal Republic of Germany

Dr R.E. LaPorte, Department of Epidemiology, Graduate School of Public Health, University of Pittsburgh, Pittsburgh, PA, USA

Dr R. Modan, Jammu Tawi, Jammu and Kashmir State, India

Professor C.L. Mogensen, Second University Clinic of Internal Medicine, Arhus Kommunehospital, Arhus, Denmark

---

[1] See footnote on page 9.

93

CONFIDENTIAL
AZSER12444038

Dr T.J. Orchard, Department of Epidemiology, Graduate School of Public Health, University of Pittsburgh, Pittsburgh, PA, USA

Dr G. Tamás, Jr, Medical Clinic, Semmelweiss University Medical School, Budapest, Hungary

Professor A. Teuscher, University Medical Clinic, Diabetes Unit, Inselspital, Bern, Switzerland

Professor G. Tchobroutsky, Diabetology Unit, l'Hôtel-Dieu, Paris, France

Dr J. Tuomilehto, Department of Epidemiology, National Public Health Institute, Mannerheimintie, Helsinki, Finland

Dr J.D. Ward, Royal Hallamshire Hospital, Sheffield, England

Dr E. Wolf, Department of Epidemiology, National Public Health Institute, Mannerheimintie, Helsinki, Finland

# REFERENCES

1. WHO Technical Report Series, No. 646, 1980 (WHO Expert Committee on Diabetes Mellitus: second report).

2. HARRIS, M.I. ET AL. International criteria for the diagnosis of diabetes and impaired glucose tolerance. *Diabetes care* (in press).

3. MASSARI, V. ET AL. Imprecision of new criteria for the oral glucose tolerance test. *Diabetologia*, **24**: 100–106 (1983).

4. MODAN, M. ET AL. Effectiveness of glycosylated hemoglobin, fasting plasma glucose and a single post-load glucose level in population screening for glucose intolerance. *American journal of epidemiology*, **119**: 431–444 (1984).

5. NATIONAL DIABETES DATA GROUP. Classification and diagnosis of diabetes mellitus and other categories of glucose intolerance. *Diabetes*, **28**: 1039–1057 (1979).

6. O'SULLIVAN, J.B. Establishing criteria for gestational diabetes. *Diabetes care*, **3**: 437–439 (1980).

7. WEST, K.M. Screening, detection and diagnosis. In: *Epidemiology of diabetes and its vascular lesions*. New York, Elsevier, 1978, pp. 41–126.

8. FERRELL, R.E. ET AL. Glycosylated hemoglobin determination from capillary blood samples: utility in an epidemiologic survey of diabetes. *American journal of epidemiology*, **119**: 159–166 (1984).

9. DUNCAN, B.B. & HEISS, G. Nonenzymatic glycosylation of proteins: a new tool for assessment of cumulative hyperglycaemia in epidemiologic studies, past and future. *American journal of epidemiology*, **120**: 169–189 (1984).

10. BAKER, J.R. ET AL. The clinical utility of serum fructosamine estimation, a possible screening test for diabetes mellitus. *British medical journal*, **287**: 863–865 (1983).

11. SHOELSON, S. ET AL. Three mutant insulins in man. *Nature (London)*, **302**: 540–543 (1983).

12. KADOWAKI, T. ET AL. Risk factors for worsening to diabetes in subjects with impaired glucose tolerance. *Diabetologia*, **26**: 44–49 (1984).

13. KEEN, H. & EKOE, J.-M. The geography of diabetes mellitus. *British medical bulletin*, **40**: 359–365 (1984).

14. BAJAJ, J.S. & AGRAWAL, R. Malnutrition diabetes. In: Baba, S. et al., ed. *Diabetes mellitus*. Sydney, Academic Press, 1984.

15. MCMILLAN, D.E. & GEEVARGHESE, P.H. Dietary cyanide and tropical malnutrition diabetes. *Diabetes care*, **2**: 202–208 (1979).

94

CONFIDENTIAL
AZSER12444039

16. BAJAJ, J.S. ET AL. *Diabetes mellitus in developing countries*. New Delhi, Interprint, 1984.

17. BAJAJ, J.S., ed. *Proceedings of the Third World Congress of Diabetes in Tropics and Developing Countries, Bangkok, 2–8 December 1984.* New Delhi, Interprint (in press).

18. HELGASON, T. & JONASSON, M.R. Evidence for a food additive as a cause of ketosis-prone diabetes. *Lancet*, **2**: 716–720 (1981).

19. BOURDOUX, P. ET AL. Role of cassava in the etiology of endemic goitre and cretinism. In: Ermans, A.M. et al., ed. *International Development Research Center Report*. Ottawa, International Development Research Center, 1980, p. 15.

20. BAJAJ, J.S. Tropical diabetes. In: Mngola, E. et al., ed. *Diabetes 1984. Proceedings of the 11th Congress of the International Diabetes Federation*. Amsterdam, Excerpta Medica, 1983, p. 11.

21. KHARDORI, R. ET AL. Insulin secretion and carbohydrate metabolism in experimental protein malnutrition. *Journal of endocrinological investigation*, **3**: 273 (1980).

22. GORSUCH, A.N. ET AL. Evidence for a long pre-diabetic period in Type 1 (insulin-dependent) diabetes mellitus. *Lancet*, **2**: 1363–1365 (1981).

23. PHILLIPS, M. ET AL. A simple and logical twice daily subcutaneous insulin regimen. *Quarterly journal of medicine*, **191**: 403–406 (1979).

24. KEEN, H. ET AL. The ten-year follow-up of the Bedford Survey (1962–1972): glucose tolerance and diabetes. *Diabetologia*, **22**: 73–78 (1982).

25. SASAKI, A. ET AL. Development of diabetes in Japanese subjects with impaired glucose tolerance: a seven-year follow-up study. *Diabetologia*, **22**: 154–157 (1982).

26. KING, H. ET AL. The natural history of impaired glucose tolerance. in the Micronesian population of Nauru: a six-year follow-up study. *Diabetologia*, **26**: 39–43 (1984).

27. SPENCER, K.M. & CUDWORTH, A.G. The aetiology of insulin dependent diabetes mellitus. In: Mann, J.I. et al., ed. *Diabetes in epidemiological perspective*. Edinburgh, Churchill Livingstone, 1983, pp. 99–121.

28. CUDWORTH, A.G. & GORSUCH, A.N. Autoimmunity and viruses in Type 1 (insulin-dependent) diabetes. In: Ellenberg, M. & Rifkin, H., ed. *Diabetes mellitus: theory and practice*, 3rd ed. New York, Medical Examination Publishing Co. Inc., 1983, pp. 505–517.

29. BORCH-JOHNSEN, K. ET AL. Relationship between breast-feeding and incidence rates of insulin-dependent diabetes mellitus: a hypothesis. *Lancet*, **2**: 1083–1086 (1984).

30. PYKE, D.A. Diabetes: the genetic connections. *Diabetologia*, **17**: 333–343 (1979).

31. ZIMMET, P. & KING, H. The epidemiology of diabetes mellitus: recent developments. In: Alberti, K.G.M.M. & Krall, L.P., ed. *The diabetes annual. 1*. Amsterdam, Elsevier, 1985, pp. 1–15.

32. DORMAN, J.S. ET AL. The Pittsburgh insulin-dependent diabetes mellitus (IDDM) morbidity and mortality study: mortality results. *Diabetes*, **33**: 271–276 (1984).

33. ANDERSEN, A.R. ET AL. Diabetic nephropathy in Type 1 (insulin-dependent) diabetes: an epidemiological study. *Diabetologia*, **25**: 496–501 (1983).

34. *International classification of diseases, ninth revision. Basic tabulation list with alphabetical index*. Geneva, World Health Organization, 1978.

35. FULLER, J.H. ET AL. Diabetes mortality: new light on an underestimated public health problem. *Diabetologia*, **24**: 336–341 (1983).

36. JARRETT, R.J. ET AL. The WHO multinational study of vascular disease in diabetics: 1, general description. *Diabetes care*, **2**: 175–186 (1979).

95

CONFIDENTIAL
AZSER12444040

37. KEEN, H. & JARRETT, R.J. The WHO multinational study of vascular disease in diabetics: 2, macrovascular disease prevalence. *Diabetes care*, **2**: 187–194 (1979).

38. ROSE, G. A. ET AL. *Classification of the electrocardiogram for population studies in cardiovascular survey methods*, 2nd ed. Geneva, World Health Organization, 1982, pp. 123–143. (Monograph Series, No. 56).

39. GEPTS, W. The pathology of the pancreas in human diabetes. In: Andreani, D. et al., ed. *Immunology in diabetes*. London, Kimpton, 1984.

40. DE FRONZO, R. A. ET AL. New concepts in the pathogenesis and treatment of non-insulin-dependent diabetes mellitus. *American journal of medicine*, **74**, No. IA: 52–81 (1983).

41. TATTERSALL, R.B. Mild familial diabetes with dominant inheritance. *Quarterly journal of medicine*, **43**: 339–357 (1974).

42. RIMOIN, D.L. & ROTTER, J.I. Genetic syndromes associated with diabetes mellitus and glucose intolerance. In: Köbberling, J. & Tattersall, R., ed. *The genetics of diabetes mellitus:* serono symposia, vol. 47. London, Academic Press, 1982, pp. 149–181.

43. KÖBBERLING, J. & TATTERSALL, R., ed. *The genetics of diabetes mellitus*. London, Academic Press, 1982.

44. GALTON, D.J. & HITMAN, G.A. DNA polymorphism and the insulin gene: disease associations. *Diabetic medicine*, **2**: 151–162 (1985).

45. GUPTA, S., ed. *Immunobiology of clinical and experimental diabetes*. New York, London, Plenum Medical Publishing Co., 1984.

46. DI MARIO, U. ET AL. Immune abnormalities in diabetic patients not requiring insulin at diagnosis. *Diabetologia*, **25**: 392–395 (1983).

47. PROSSER, P.R. & KARAM, J.H. Diabetes mellitus following rodenticide ingestion in man. *Journal of the American Medical Association*, **239**: 1148–1152 (1978).

48. KOLTERMAN, O.G. ET AL. Receptor and post-receptor defects contribute to the insulin resistance in non insulin-dependent diabetes mellitus. *Journal of clinical investigation*, **68**: 957–969 (1981).

49. GABBAY, K.H. The sorbitol pathway and the complications of diabetes. *New England journal of medicine*, **288**: 831–837 (1973).

50. WIELAND, O.H. Protein modification by non-enzymatic glycosylation: possible role in the development of diabetic complications. *Molecular and cellular endocrinology*, **29**: 125–131 (1983).

51. STILLER, C.R. ET AL. Cyclosporin for treatment of early Type 1 diabetes: preliminary results. *New England journal of medicine*, **308**: 1126–1230 (1983).

52. ZIMMET, P. Type 2 (non insulin-dependent) diabetes: an epidemiological overview. *Diabetologia*, **22**: 399–411 (1982).

53. WHO Technical Report Series, No. 678, 1982. (*Prevention of coronary heart disease:* report of a WHO Expert Committee).

54. WESTLUND, K. & NICHOLAYSEN, R. Ten year mortality and morbidity related to serum cholesterol. *Scandinavian journal of clinical laboratory investigation*, **30** (Suppl. 127): 3–24 (1972).

55. WEST, K.M. Obesity and leanness. *Epidemiology of diabetes and its vascular lesions*, New York, Elsevier, 1978, pp. 231–248.

56. KING, H. ET AL. Risk factors for diabetes in three Pacific populations. *American journal of epidemiology*, **119**: 396–409 (1984).

57. REITMAN, J.S. ET AL. Improvement of glucose homeostasis after exercise training in non insulin-dependent diabetes. *Diabetes care*, **7**: 434–441 (1984).

96

CONFIDENTIAL
AZSER12444041

58. O'DEA, K. Marked improvement in carbohydrate and lipid metabolism in diabetic Australian Aborigines after temporary reversion to traditional lifestyle. *Diabetes*, **33**: 596–603 (1984).

59. NATIONAL DIABETES DATA GROUP. Report of the Expert Committee on Glycosylated Hemoglobin. *Diabetes care*, **7**: 602–606 (1984).

60. MANN, J.I. Lines to legumes: changing concepts of diabetic diets. *Diabetic medicine*, **1**: 191–198 (1984).

61. SCHADE, D.S. ET AL. *Intensive insulin therapy*. Amsterdam, Excerpta Medica, 1983.

62. BLOOM, A. Syringes for diabetics. *British medical journal*, **290**: 727–728 (1985).

63. LEBOVITZ, H.E. Oral hypoglycemic agents. In: Alberti, K.G.M.M. & Krall, L.P., ed. The diabetes annual. 1. Amsterdam, Elsevier, 1985, pp. 93–110.

64. ALBERTI, K.G.M.M. & HOCKADAY, T.D.R. Diabetic coma: a reappraisal after five years. In: Tattersall, R., ed. *Clinics in endocrinology and metabolism*, vol. 6. London, W.B. Saunders Company Ltd, 1977, pp. 421–455.

65. SCHADE, D.S. ET AL. Hyperosmolar coma. In: *Diabetic coma, ketoacidotic and hyperosmolar*. Albuquerque, University of New Mexico Press, 1981.

66. COHEN, R.D. & WOODS, H.F. *Clinical and biochemical aspects of lactic acidosis*. London, Blackwell, 1976.

67. DRASH, A.L. The child with diabetes, In: Rifkin, H.R. & Raskin, P.L., ed. *Diabetes mellitus*, vol. V. Bowie, Maryland, R.J. Brady Co., 1981, pp. 153–160.

68. LARON, Z. ET AL. Hospitalization versus out-patient care of diabetes. In: *Diabetes in juveniles*, 2nd ed. Basel, Karger, 1977, p. 363.

69. TATTERSALL, R.B. Diabetes in the elderly: a neglected area? *Diabetologia*, **27**: 167–173 (1984).

70. TCHOBROUTSKY, G. Relation of diabetic control to development of microvascular complications. *Diabetologia*, **15**: 143–147 (1978).

71. ENGERMAN, R. ET AL. Relationship of microvascular disease in diabetes to metabolic control. *Diabetes*, **26**: 760–769 (1977).

72. KOHNER, E.M. ET AL. Diabetic eye disease. In: Keen, H. & Jarrett, R.J., ed. *Complications of diabetes*. London, Edward Arnold, 1982, pp. 19–108.

73. DECKERT, T. ET AL. Prognosis of diabetes with diabetes onset before the age of 31. *Diabetologia*, **14**: 363–370 (1978).

74. KLEIN, R. ET AL. The Wisconsin epidemiologic study of diabetic retinopathy. II. Prevalence and risk of diabetic retinopathy when age at diagnosis is less than 30 years. *Archives of ophthalmology*, **102**: 520–526 (1984).

75. KLEIN, R. ET AL. The Wisconsin epidemiologic study of diabetic retinopathy. III. Prevalence and risk of diabetic retinopathy when age at diagnosis is 30 or more years. *Archives of ophthalmology*, **102**: 527–532 (1984).

76. ZIMMET, P. ET AL. The high prevalence of diabetes mellitus, impaired glucose tolerance and diabetic retinopathy in Nauru: the 1982 survey. *Diabetes research*, **1**: 13–17 (1984).

77. PETTITT, D.J. ET AL. Development of retinopathy and proteinuria in relation to plasma glucose concentrations in Pima Indians. *Lancet*, **2**: 1050–1052 (1980).

78. JARRETT, R.J. & KEEN, H. The WHO multinational study of vascular disease in diabetics. 3. Microvascular disease prevalence. *Diabetes care*, **2**: 196–201 (1979).

79. DIABETIC RETINOPATHY STUDY GROUP. Clinical application of Diabetic Retinopathy Study (DRS) findings. DRS report No. 8. *Ophthalmology*, **88**: 583 (1981).

97

CONFIDENTIAL
AZSER12444042

80. BRITISH MULTICENTRE STUDY GROUP. Photocoagulation for diabetic maculopathy: a randomized controlled clinical trial using the xenon arc. *Diabetes*, **32**: 1010–1016 (1983).

81. VIBERTI, G.C. ET AL. Microalbuminuria as a predictor of clinical nephropathy in insulin-dependent diabetes mellitus. *Lancet*, **1**: 1430–1432 (1982).

82. MOGENSEN, C.E. Long-term antihypertensive treatment inhibits progression of diabetic nephropathy. *British medical journal*, **285**: 685–688 (1982).

83. VIBERTI, G.C. ET AL. Long-term correction of hyperglycaemia and progression of renal failure in insulin-dependent diabetes. *British medical journal*, **286**: 598–602 (1983).

84. VIBERTI, G.C. & KEEN, H. The patterns of proteinuria in diabetes mellitus: relevance to pathogenesis and prevention of diabetic nephropathy. *Diabetes*, **33**: 686–692 (1984).

85. WARD, J.D. Diabetic neuropathy. In: Alberti, K.G.M.M. & Krall, L.P., ed. *The diabetes annual. 1*. Amsterdam, Elsevier, 1985, pp. 288–308.

86. JUDZEWITSCH, R.G. ET AL. Aldose reductase inhibition improves nerve conduction velocity in diabetic patients. *New England journal of medicine*, **308**: 119–125 (1983).

87. JARRETT, R.J. ET AL. Diabetes, hyperglycaemia and arterial disease. Keen, H. & Jarrett, R.J., ed. *Complications of diabetes*, 2nd ed. London, Edward Arnold, 1982, pp. 179–203.

88. EDMONDS, M.E. ET AL. The "combined diabetic foot clinic": a major development in diabetic foot care. *Diabetologia*, **23**: 468 (1982).

89. WHO Technical Report Series, No. 694, 1983 (*Research for the reorientation of national health systems:* report of a WHO Study Group).

90. BAJAJ, J.S. Diabetes health care management. In: Bajaj, J.S. et al., ed. *Diabetes mellitus in developing countries*. New Delhi, Interprint, 1984.

91. MILLER, L.V. & GOLDSTEIN, G. More efficient care of diabetic patients in a country-hospital setting. *New England journal of medicine*, **286**: 1388–1394 (1972).

92. DAVIDSON, J.K. The Grady Memorial Hospital diabetes programme. In: Mann, J. et al, ed. *Diabetes in epidemiological perspective*. London, Churchill Livingstone, 1984, pp. 332–341.

93. ASSAL, J.-PH. ET AL. Patient education in diabetes. In: Boström, H., ed. *Recent trends in diabetes research*. Stockholm, Almqvist and Wiksell International, 1982, pp. 1–308 (Skandia International Symposia).

94. JÖNSSON, B. Diabetes: the cost of illness and the cost of control. *Acta medica Scandinavica*, **Suppl. 671**: 19–27 (1983).

95. KLUG, R.B. *The process of patient teaching in nursing*. St Louis, C.V. Mosby, Co., 1980.

96. ASSAL, J.-PH. ET AL. ed. *Diabetes education: how to improve patient education*. Amsterdam, Excerpta Medica, 1983 (International Congress Series, 624).

97. KASL, S.V. The health belief model and behaviour related to chronic illness. *Journal of health education*, **Monograph 2**: 433–454 (1974).

98. GFELLER, R. & ASSAL, J.-PH. Developmental stages of patient acceptance in diabetes. In: Assal, J.-PH. et al., ed. *Diabetes education: how to improve patient education*. Amsterdam, Excerpta Medica, 1983, pp. 207–218 (International Congress Series, 624).

98

CONFIDENTIAL
AZSER12444043

## Annex 1

## THE ORAL GLUCOSE TOLERANCE TEST

The oral glucose tolerance test (OGTT) is principally used for diagnosis when blood glucose levels are equivocal, during pregnancy, or in an epidemiological setting to screen for diabetes and impaired glucose tolerance.

The OGTT should be administered in the morning after at least three days of unrestricted diet (greater than 150 g of carbohydrate daily) and usual physical activity. The test should be preceded by an overnight fast of 10–16 hours, during which water may be drunk. Smoking is not permitted during the test. The presence of factors that influence interpretation of the results of the test must be recorded (e.g., medications, inactivity, infection, etc.).

After collection of the fasting blood sample, the subject should drink 75 g of glucose (or partial hydrolysates of starch of the equivalent carbohydrate content) in 250–300 ml of water over the course of 5 minutes. For children, the test load should be 1.75 g of glucose per kg body weight up to a total of 75 g of glucose.[1] Blood samples must be collected 2 hours after the test load; if appropriate, samples may also be taken every half an hour during this period (see section 2.2).

Unless the glucose concentration can be determined immediately, the blood sample should be collected in a tube containing sodium fluoride (6 mg per ml whole blood) and centrifuged to separate the plasma; the plasma should be frozen until the glucose concentration can be estimated. For interpretation of results, refer to Table 1 on page 11.

---

[1] The International Study Group for Diabetes in Children (ISGD) recommend a test load for children of 45 g/m² body surface area (WEBER, B. Standardization of the oral glucose tolerance test. *International study group for diabetes bulletin*, 2: 23–26, 1978).

99

CONFIDENTIAL
AZSER12444044