

| Clinical Study Report Errata List | |
| --- | --- |
| Drug substance | Quetiapine fumarate |
| Study code | 5077US/0049 |
| Date | 28 November 2005 |

---

**A Multicenter, Double-blind, Randomized, Placebo-controlled, Double-dummy Trial of the Use of Quetiapine Fumarate (SEROQUEL®) in the Treatment of Patients with Bipolar Depression**

---

| | |
| --- | --- |
| **Study dates:** | First patient enrolled: 30 September 2002 |
| | Last patient completed: 17 September 2003 |
| **Phase of development:** | Therapeutic confirmatory (IIIb) |
| **International Coordinating Investigator:** | Not applicable |
| **Sponsor's Responsible Medical Officer:** | Martin Brecher, MD, DMSc |

Clinical Study Report Errata List
Study code:  5077US/0049

## 5077US/0049 ERRATA LIST

| Page | Section, location | Reads | Should read |
|------|-------------------|-------|-------------|
| 2 | Synopsis | **Phase of development**<br>Therapeutic use (IV) | **Phase of development**<br>Therapeutic confirmatory (IIIb) |
| 28-30 | Appendix 12.1.9, right-hand column of table | **Exclu** | **Exclude ITT** |
| | | Decisi<br>review | Decision on<br>review |



| **Clinical Study Report** | |
| --- | --- |
| Drug substance: | Quetiapine fumarate |
| Study code: | 5077US/0049 |
| Date: | 20 July 2005 |

# A Multicenter, Double-blind, Randomized, Placebo-controlled, Double-dummy Trial of the Use of Quetiapine Fumarate (SEROQUEL®) in the Treatment of Patients with Bipolar Depression

| | |
| --- | --- |
| **Study dates:** | First patient enrolled: 30 September 2002<br>Last patient completed: 17 September 2003 |
| **Phase of development:** | Therapeutic confirmatory (IIIb) |

| | |
| --- | --- |
| **Sponsor's Responsible Medical Officer:** | Martin Brecher, MD, DMSc |

This study was performed in compliance with Good Clinical Practice.



| Drug product: | SEROQUEL | **SYNOPSIS** | |
|---|---|---|---|
| Drug substance(s): | Quetiapine fumarate | | |
| Study code: | 5077US/0049 | | |
| Date: | 20 July 2005 | | |

## A Multicenter, Double-blind, Randomized, Placebo-controlled, Double-dummy Trial of the Use of Quetiapine Fumarate (SEROQUEL®) in the Treatment of Patients with Bipolar Depression

### Study centers

This study was conducted in 39 centers in the USA.

### Publications

Calabrese JR, Keck PE Jr, Macfadden W, Minkwitz M, Ketter TA, Weisler RH, Cutler AJ, McCoy R, Wilson E, Mullen J.  A randomised, double-blind, placebo-controlled trial of quetiapine in the treatment of bipolar I or II depression.  Am J Psychiatry 2005; 162:1351-50.

**Study dates**

First patient enrolled     30 September 2002

Last patient completed     17 September 2003

**Phase of development**

Therapeutic use (IV)

### Objectives

**Primary:**

To evaluate the efficacy of quetiapine compared to placebo in the treatment for a major depressive episode in patients with bipolar disorder after receiving treatment for up to 8 weeks as assessed by comparing

1.     The change from baseline to final assessment in the Montgomery-Asberg Depression Rating Scale (MADRS) total score

2.     the percentage of patients with a ≥50% reduction from baseline in the MADRS total score at final assessment

3.     the change from baseline to each assessment in the MADRS total score

| Clinical Study Report Synopsis<br>Study code 5077US/0049 | (For national authority use only) |
|---|---|

4.      the change from baseline to each assessment in the Hamilton Rating scale for Depression (HAM-D), HAM-D Item 1, and the Clinical Global Impression – Severity (CGI-S)

5.      the Clinical Global Impression – Improvement (CGI-I)

**Secondary:**

1.      to evaluate the incidence of treatment-emergent mania compared to placebo by comparing the percentage of patients who meet the criteria for treatment-emergent mania on the Young Mania Rating Scale (YMRS) or report an adverse event of mania or hypomania

2.      to evaluate the effect of quetiapine on anxiety compared to placebo by comparing

–      the change from baseline to final assessment in the Hamilton Rating Scale for Anxiety (HAM-A) total score

–      the change from baseline to each assessment in the Hamilton Rating Scale for Anxiety (HAM-A) total score

3.      to evaluate the safety and tolerability of quetiapine in the treatment of patients with bipolar depression by comparing

–      the incidence and nature of all adverse events

–      the incidence and nature of drug-related adverse events

–      patient withdrawal due to adverse events during double-blind treatment

–      the number of patients having clinically significant changes in vital signs from baseline to end of treatment

–      the change in Simpson-Angus Scale (SAS) total score

–      the change in Barnes Akathisia Rating Scale (BARS)

–      the incidence of adverse events related to extrapyramidal symptoms during double-blind treatment

**Exploratory**

1.      to evaluate the efficacy of quetiapine on sleep quality by comparing the change in the Pittsburgh Sleep Quality Index (PSQI) from baseline to end of treatment

| Clinical Study Report Synopsis | (For national authority use only) |
|---|---|
| Study code 5077US/0049 | |

2.      to evaluate the efficacy of quetiapine on the overall quality of life using the Quality of Life Enjoyment and Satisfaction Questionnaire (Q-Les-Q) from baseline to end of treatment.

**Study design**

This study was a randomized, multicenter, double-blind, placebo-controlled, double-dummy, parallel group, fixed-dose comparison of quetiapine vs placebo in the treatment of bipolar depression.  Randomized treatment assignment was stratified in a 1:1:1 ratio for drug within bipolar diagnosis (bipolar I vs bipolar II).

**Target subject population and sample size**

Outpatients, aged 18 to 65 years, with a diagnosis of bipolar I or bipolar II disorder with a current major depressive episode of duration less than one year but greater than 4 weeks were enrolled in the trial.  The patient's HAM-D (17-item scale) score had to be ≥20; the HAM-D item 1 (depressed mood) score had to be ≥2; the YMRS score had to be ≤12 at both Visit 1 and Visit 2 (randomization) for the patient to be eligible for entry into the trial.  Approximately 530 patients were expected to be enrolled in the trial to obtain 504 evaluable patients.

**Investigational product and comparator: dosage, mode of administration and batch numbers**

Quetiapine fumarate was increased in a blinded manner to a total daily dose of 300 mg/day by Day 4 in the 300-mg/day treatment group and to a total daily dose of 600 mg/day by Day 8 in the 600 mg/day treatment group.  Thereafter, oral doses of the study drug were administered in a blinded fashion once daily at bedtime (qhs) in a dose of 300 or 600 mg/day.  One-time dose reductions for intolerability of 100 mg/day in both the 300 mg/day and in the 600 mg/day treatment groups were allowed at the discretion of the investigator after Day 8.  Placebo was administered once daily with tablets matching in number and appearance to blinded quetiapine dosing.  Study treatment was given in tablets of the following doses (lot #):  quetiapine 25 mg (7527F), quetiapine 100 mg (7513H), quetiapine 200 mg (7541F), placebo 25 mg match (7553F), placebo 100 mg match (7550F), placebo 200 mg match (1509C).

**Duration of treatment**

Patients received double-blind, double-dummy treatment for up to 8 weeks (56 days), following an initial washout period of between 7 to 28 days (depending on the medications involved) and came in to the clinic on Day 57 for final assessments.

**Criteria for evaluation (main variables)**

**Efficacy**

- Primary variable: Montgomery-Asberg Depression Rating Scale (MADRS) Total score change from baseline at last assessment

| Clinical Study Report Synopsis<br>Study code 5077US/0049 | (For national authority use only) |
|---|---|

- Secondary variables:  Percentage of patients with a ≥50% reduction from baseline to final MADRS Total score, MADRS Total score change from baseline at each assessment, Hamilton Rating Scale for Depression (HAM-D), HAM-D Item 1, Clinical Global Impression Severity of Illness (CGI-S) score, Clinical Global Impression Improvement (CGI-I) score, Young Mania Rating Scale (YMRS) Total score, Hamilton Rating Scale for Anxiety (HAM-A), Pittsburgh Sleep Quality Index (PSQI), Quality of Life Enjoyment and Satisfaction Questionnaire (Q-LES-Q)

## Safety

Safety assessments included:  adverse events, patient withdrawal due to adverse events, adverse events of special interest (EPS, diabetes, mania/hypomania, suicidality), hematology and chemistry findings, vital signs, Simpson-Angus Scale (SAS), the Barnes Akathisia Rating Scale (BARS) and specific inquiries of relevant data for metabolic syndrome, cardiac function, neutropenia/agranulocytosis and thyroid function.

## Statistical methods

All statistical tests were 2-sided.  The primary analyses used last observation carried forward (LOCF) for the time period of interest.  Analysis of Covariance (ANCOVA) was used for comparative analysis of continuous variables with the baseline score as the covariate and including treatment and diagnosis strata as fixed effects and center as a random effect in the model.  The Simes-Himmel step up procedure was used to control for multiple comparisons with placebo for the MADRS change from baseline in order to preserve the overall experiment-wise error rate and conserve power.  Cochran-Mantel-Haenszel Chi square tests (CMH) were used for categorical comparisons.  Descriptive statistics were used for safety assessments except for SAS and BARS which were analyzed by CMH.

## Subject population

Baseline subject characteristics are shown in Table S1.

## Table S1          Patient population and disposition

| | | Treatment group | | |
|---|---|---|---|---|
| | | Quetiapine<br>300 mg<br>(N=172) | Quetiapine<br>600 mg<br>(N=170) | Placebo<br><br>(N=169) |
| **Demographic characteristics (ITT population)** | | | | |
| Sex<br>(n and % of subjects) | Male | 79 (45.9) | 71 (41.8) | 64 (37.9) |
| | Female | 93 (54.1) | 99 (58.2) | 105 (62.1) |
| Age (years) | Mean (SD) | 36.6 (11.2) | 37.3 (11.4) | 38.3 (11.08) |
| | Minimum | 18 | 18 | 18 |
| | Maximum | 65 | 63 | 62 |

| Clinical Study Report Synopsis | (For national authority use only) |
|---|---|
| Study code 5077US/0049 | |

### Table S1          Patient population and disposition

| | | Treatment group | | |
|---|---|---|---|---|
| | | Quetiapine 300 mg (N=172) | Quetiapine 600 mg (N=170) | Placebo (N=169) |
| Race (n and % of subjects) | Caucasian | 141 (82.0) | 144 (84.7) | 129 (76.3) |
| | Black | 23 (13.4) | 18 (10.6) | 26 (15.4) |
| | Oriental | 0 (0) | 1 (0.6) | 2 (1.2) |
| | Hispanic | 7 (4.1) | 5 (2.9) | 9 (5.3) |
| | Other | 1 (0.6) | 2 (1.2) | 3 (1.8) |
| **Baseline disease characteristics** | | | | |
| DSM-IV diagnosis [n and (%)] | | | | |
| Bipolar I disorder | | 116 (67.4) | 114 (67.1) | 112 (66.3) |
| Bipolar II disorder | | 56 (32.6) | 56 (32.9) | 57 (33.7) |
| Baseline MADRS | Mean (SD) | 30.3 (5.0) | 30.3 (5.3) | 30.6 (5.3) |
| Screening HAM-D | Mean (SD) | 24.3 (3.1) | 24.8 (3.6) | 24.7 (3.4) |
| Screening YMRS | Mean (SD) | 4.9 (2.8) | 4.8 (3.2) | 4.9 (3.2) |
| Baseline CGI-S | Mean (SD) | 4.4 (0.5) | 4.5 (0.6) | 4.4 (0.6) |
| Baseline HAM-A | Mean (SD) | 18.7 (7.3) | 18.7 (7.3) | 18.9 (7.2) |
| **Disposition (all enrolled)** | | | | |
| N (%) of patients | Completed | 121 | 98 | 107 |
| | Discontinued | 60 | 82 | 74 |
| N safety[a] | | 179 | 180 | 180 |
| N efficacy ITT[b] | | 172 | 170 | 169 |
| N efficacy PP | | 152 | 147 | 154 |

a    Number of subjects who received at least one dose of study drug
b    Number of subjects who took at least 1 dose of study treatment and had at least 1 data point after dosing, excluding 2 patients who enrolled at 2 separate sites.
ITT=Intention to treat; N=Number; PP=Per-protocol

The three groups were well-matched as to number and demographic and baseline disease characteristics.  Adverse events were the main reason for withdrawal in quetiapine-treated patients, while lack of efficacy was the main reason for withdrawal in placebo-treated patients.

### Efficacy results

The comparison of change from baseline in total MADRS score supported the hypothesis that quetiapine at a dose of either 300 mg daily or 600 mg daily for up to 8 weeks of treatment of a

| Clinical Study Report Synopsis | (For national authority use only) |
|---|---|
| Study code 5077US/0049 | |

depressive episode in patients with bipolar disorder was superior to placebo in reducing the level of depressive symptoms.  A treatment advantage for quetiapine over placebo was statistically significant by Day 8 and continued to be so through Day 57.  Analysis of secondary outcome variables also supported the superiority of quetiapine over placebo in the treatment of depression in patients with bipolar disorder.  For most secondary outcome variables the treatment advantage was apparent by Day 8 and continued through Day 57.

**Table S2          Efficacy results at final assessment (LOCF, ITT population)**

| Outcome variable | Quetiapine 300 mg (N=172) | | Quetiapine 600 mg (N=170) | | Placebo (N=169) | |
|---|---|---|---|---|---|---|
| | Day 8 | Day 57 | Day 8 | Day 57 | Day 8 | Day 57 |
| MADRS LS mean change from baseline | -8.67[a] | -16.39[a] | -8.78[a] | -16.73[a] | -4.89 | -10.26 |
| Proportion with ≥50% MADRS response | 17% | 58%[a] | 24%[a] | 58%[a] | 11% | 36% |
| HAM-D LS Mean change from baseline | -8.01[a] | -13.38[a] | -7.95[a] | -13.84[a] | -4.64 | -8.54 |
| HAM-D Item 1 LS mean change from baseline | -0.73[b] | -1.65[a] | -0.73[b] | -1.68[a] | -0.47 | -1.11 |
| CGI-S LS mean change from baseline | -0.58[a] | -1.63[a] | -0.56[a] | -1.66[a] | -0.26 | -0.95 |
| Proportion improved on CGI-I | 19%[c] | 64%[a] | 22%[b] | 56%[a] | 10% | 34% |

a     $p<0.001$ comparison with placebo
b     $p<0.01$ comparison with placebo
c     $p<0.05$ comparison with placebo

## Safety results

Both the 300 mg and 600 mg once-daily doses of quetiapine were generally well-tolerated.  Analysis of adverse events indicated that nervous and gastrointestinal events predominated, with dry mouth, sedation, somnolence, dizziness and constipation occurring at higher rates with quetiapine compared to placebo.  Most adverse events were mild to moderate.  Sedation and somnolence were the adverse events most associated with discontinuation by quetiapine-treated patients, with higher rates of discontinuation in the quetiapine 600 mg group.  SAEs were infrequent in all treatment groups.  Treatment emergent mania and hypomania were low in incidence and did not differ across the treatment groups.  An increase in the incidence of EPS events was noted for both groups of quetiapine-treated patients. The incidence of adverse events associated with suicidality for quetiapine-treated patients was no different than that for placebo-treated patients.  No cases of neutropenia or agranulocytosis following quetiapine

| Clinical Study Report Synopsis Study code 5077US/0049 | (For national authority use only) |
|---|---|

treatment were reported.  Increases in weight, triglycerides, total cholesterol and LDL, and decreases in HDL were consistent with the known safety profile for quetiapine.

### Table S3        Adverse event overview (safety population)

| Category of adverse event | Number (%) of subjects who had an adverse event in each category[a] | | | | | |
|---|---|---|---|---|---|---|
| | Quetiapine 300 mg (N=179) | | Quetiapine 600 mg (N=180) | | Placebo (N=180) | |
| Any adverse events | 166 | (92.7) | 165 | (91.7) | 148 | (82.2) |
| Serious adverse events | 6 | (3.4) | 9 | (5.0) | 16 | (8.9) |
| Serious adverse events leading to death | 0 | (0) | 0 | (0) | 0 | (0) |
| Discontinuations of study treatment due to adverse events | 29 | (16.2) | 47 | (26.1) | 15 | (8.3) |

[a]    Subjects with multiple events in the same category are counted only once in that category.  Subjects with events in more than 1 category are counted once in each of those categories.

### Table S4        Adverse event incidence of at least 5% sorted by decreasing order within the quetiapine 300 mg group (safety population)

| Preferred term | Quetiapine 300 mg (N=179) | | Quetiapine 600 mg (N=180) | | Placebo (N=180) | |
|---|---|---|---|---|---|---|
| | n | (%) | n | (%) | n | (%) |
| Dry mouth | 79 | (44.1) | 73 | (40.6) | 14 | (7.8) |
| Sedation | 53 | (29.6) | 58 | (32.2) | 11 | (6.1) |
| Somnolence | 49 | (27.4) | 44 | (24.4) | 15 | (8.3) |
| Dizziness | 30 | (16.8) | 41 | (22.8) | 15 | (8.3) |
| Headache | 22 | (12.3) | 18 | (10.0) | 36 | (20.0) |
| Constipation | 21 | (11.7) | 20 | (11.1) | 8 | (4.4) |
| Fatigue | 16 | (8.9) | 21 | (11.7) | 13 | (7.2) |
| Nausea | 14 | (7.8) | 16 | (8.9) | 23 | (12.8) |
| Dyspepsia | 12 | (6.7) | 17 | (9.4) | 10 | (5.6) |
| Lethargy | 11 | (6.1) | 16 | (8.9) | 3 | (1.7) |
| Nasal congestion | 10 | (5.6) | 12 | (6.7) | 3 | (1.7) |
| Upper Respiratory Tract Infection NOS | 9 | (5.0) | 13 | (7.2) | 18 | (10.0) |
| Akathisia | 9 | (5.0) | 9 | (5.0) | 2 | (1.1) |
| Diarrhea NOS | 8 | (4.5) | 11 | (6.1) | 15 | (8.3) |
| Insomnia | 8 | (4.5) | 7 | (3.9) | 9 | (5.0) |

| Clinical Study Report Synopsis Study code 5077US/0049 | (For national authority use only) |
|---|---|

| Preferred term | Quetiapine 300 mg (N=179) | | Quetiapine 600 mg (N=180) | | Placebo (N=180) | |
|---|---|---|---|---|---|---|
| | n | (%) | n | (%) | n | (%) |
| Appetite increase NOS | 7 | (3.9) | 10 | (5.6) | 3 | (1.7) |
| Vision blurred | 5 | (2.8) | 13 | (7.2) | 3 | (1.7) |
| Weight increased | 3 | (1.7) | 11 | (6.1) | 1 | (0.6) |
| Pain in extremity | 2 | (1.1) | 9 | (5.0) | 4 | (2.2) |

## Conclusions

- Quetiapine in doses of either 300 mg or 600 mg once-daily was superior to placebo in treating depression in patients with bipolar disorder.

- The antidepressant effect of quetiapine treatment was observed as early as 7 days after treatment initiation and was maintained throughout the 8-week treatment course.

- Quetiapine in doses of either 300 mg or 600 mg once-daily was superior to placebo in treating anxiety symptoms in patients with bipolar disorder who were experiencing a depressive episode.

- Quetiapine in doses of either 300 mg or 600 mg once-daily was superior to placebo in improving the quality of life for patients with bipolar disorder who were experiencing a depressive episode.

- Quetiapine in a dose of either 300 mg or 600 mg once-daily was generally safe and well-tolerated in patients with bipolar disorder who were experiencing a depressive episode.  A higher rate of discontinuations due to sedation and dizziness was seen with the 600 mg once-daily dose.  The most common adverse events associated with quetiapine treatment were dry mouth, somnolence, sedation, dizziness and constipation.

- Quetiapine in doses of either 300 mg or 600 mg once-daily was associated with low rates of treatment-emergent mania or hypomania similar to placebo.

## Date of the report

20 July 2005

Clinical Study Report
Study code 5077US/0049

# TABLE OF CONTENTS                                    PAGE

| | | |
|---|---|---|
| | TITLE PAGE | 1 |
| | SYNOPSIS | 2 |
| | TABLE OF CONTENTS | 10 |
| | LIST OF ABBREVIATIONS AND DEFINITION OF TERMS | 19 |
| 1. | ETHICS | 21 |
| 1.1 | Ethics review | 21 |
| 1.2 | Ethical conduct of study | 21 |
| 1.3 | Patient information and consent | 21 |
| 2. | INVESTIGATORS AND STUDY ADMINISTRATIVE STRUCTURE | 22 |
| 2.1 | Staff at investigational sites | 22 |
| 2.2 | AstraZeneca study personnel | 22 |
| 2.3 | Other participants | 22 |
| 2.3.1 | Non-sponsor organizations or individuals | 22 |
| 2.3.2 | Study committee(s) | 23 |
| 3. | INTRODUCTION | 23 |
| 4. | STUDY OBJECTIVES | 24 |
| 4.1 | Primary objectives | 24 |
| 4.2 | Secondary objectives | 25 |
| 5. | STUDY PLAN AND PROCEDURES | 26 |
| 5.1 | Overall study design | 26 |
| 5.2 | Rationale for study design, doses and control groups | 29 |
| 5.3 | Selection of study population | 29 |
| 5.3.1 | Inclusion criteria | 29 |
| 5.3.2 | Exclusion criteria | 30 |
| 5.3.3 | Restrictions | 32 |
| 5.3.4 | Discontinuation of subjects from treatment or assessment | 32 |
| 5.3.4.1 | Criteria for discontinuation | 32 |
| 5.3.4.2 | Voluntary discontinuation by a subject | 32 |
| 5.3.4.3 | Incorrectly enrolled or randomized subjects | 33 |
| 5.3.4.4 | Procedures for discontinuation | 33 |
| 5.4 | Treatments | 33 |
| 5.4.1 | Investigational products | 33 |
| 5.4.2 | Doses and treatment regimens | 33 |

Clinical Study Report
Study code 5077US/0049

5.4.3      Method of assigning subjects to treatment groups.................................................37
5.4.4      Blinding and procedures for unblinding the study...............................................37
5.4.4.1    Methods for ensuring blinding...........................................................................37
5.4.4.2    Methods for unblinding the study ......................................................................38
5.4.5      Pre-study, concomitant, and post-study treatments ...........................................38
5.4.6      Treatment compliance .......................................................................................39

5.5        Measurements of study variables and definitions of outcome variables ..............40
5.5.1      Primary variable................................................................................................40
5.5.2      Screening and demographic measurements ........................................................40
5.5.3      Efficacy measurements and variables.................................................................41
5.5.3.1    Summary of efficacy objectives and variables ...................................................41
5.5.3.2    Primary variable: MADRS total score change from baseline at last
           assessment.........................................................................................................42
5.5.3.3    Secondary variable:  MADRS response..............................................................42
5.5.3.4    Secondary variable:  MADRS remission ............................................................42
5.5.3.5    Secondary variable: MADRS total score change from baseline at each
           assessment.........................................................................................................42
5.5.3.6    Secondary variable:  change from baseline in HAM-D total score ......................42
5.5.3.7    Secondary variable:  change from baseline in HAM-D Item 1 score ...................43
5.5.3.8    Secondary variables:  change from baseline in CGI............................................43
5.5.3.9    Secondary variable:  incidence of treatment-emergent mania -- YMRS .............44
5.5.3.10   Secondary variable:  change from baseline in HAM-A .......................................44
5.5.4      Patient-Reported Outcomes (PROs) measurements and variables .......................44
5.5.4.1    Summary of PRO objectives and variables .........................................................44
5.5.4.2    Change from baseline in the Q-LES-Q ...............................................................45
5.5.4.3    Change from baseline in the PSQI......................................................................45
5.5.5      Health Economics measurements and variables..................................................46
5.5.6      Pharmacokinetic measurements and variables....................................................46
5.5.7      Safety measurements and variables ...................................................................46
5.5.7.1    Summary of safety objectives and variables.......................................................46
5.5.7.2    Adverse events ..................................................................................................47
5.5.7.3    Laboratory safety measurements and variables ..................................................49
5.5.7.4    Vital signs measurement ...................................................................................53
5.5.7.5    ECG safety measurements and variables ............................................................53
5.5.7.6    Weight and Body Mass Index (BMI)..................................................................54
5.5.7.7    Physical examination .........................................................................................54
5.5.7.8    Simpson-Angus Scale (SAS) .............................................................................55
5.5.7.9    Barnes-Akathisia Rating Scale (BARS) .............................................................55

5.6        Data management and quality assurance .............................................................55
5.6.1      Monitoring ........................................................................................................55
5.6.2      Training..............................................................................................................55
5.6.3      Data management................................................................................................56

5.7        Statistical methods and determination of sample size ........................................56
5.7.1      Statistical evaluation .........................................................................................56

Clinical Study Report
Study code 5077US/0049

| | | |
|---|---|---|
| 5.7.2 | Description of outcome variables in relation to objectives and hypotheses | 56 |
| 5.7.3 | Description of analysis sets | 57 |
| 5.7.4 | Methods of statistical analysis | 58 |
| 5.7.4.1 | General principles | 58 |
| 5.7.4.2 | Testing of covariates | 59 |
| 5.7.4.3 | Efficacy analysis methods | 59 |
| 5.7.4.4 | Safety analysis methods | 61 |
| 5.7.4.5 | Study medication compliance and exposure | 63 |
| 5.7.4.6 | Sleep medication use | 63 |
| 5.7.4.7 | Withdrawals | 63 |
| 5.7.5 | Determination of sample size | 64 |
| 5.7.6 | Interim analyses | 64 |
| 5.7.7 | Data and safety monitoring board | 64 |
| 5.8 | Clinical study protocol amendments and other changes in the conduct of the study or planned analyses | 64 |
| 5.8.1 | Changes in the conduct of the study | 64 |
| 5.8.2 | Changes to planned analyses | 65 |
| 6. | STUDY SUBJECTS | 67 |
| 6.1 | Summary of subjects | 67 |
| 6.2 | Disposition | 69 |
| 6.3 | Protocol violation and deviations leading to exclusion from the PP population | 70 |
| 6.4 | Subject populations analyzed (analysis sets) | 71 |
| 6.5 | Demographic and other patient characteristics | 73 |
| 6.5.1 | Sex, age, race and weight | 73 |
| 6.5.2 | Baseline disease characteristics | 74 |
| 6.6 | Treatment compliance and use of concomitant medication | 76 |
| 6.6.1 | Treatment compliance | 76 |
| 6.6.2 | Concomitant medication | 76 |
| 6.6.2.1 | Use of medication at study entry | 76 |
| 6.6.2.2 | Use of concomitant medication after randomization | 76 |
| 6.7 | Conclusions on study subjects | 77 |
| 7. | EFFICACY RESULTS | 77 |
| 7.1 | Summary of efficacy results | 77 |
| 7.2 | Efficacy results | 80 |
| 7.2.1 | Primary variable:  MADRS total score change from baseline at last assessment | 80 |
| 7.2.2 | Secondary variables | 82 |
| 7.2.2.1 | Change from baseline to each assessment for the MADRS total score | 82 |
| 7.2.2.2 | MADRS response | 84 |

Clinical Study Report
Study code 5077US/0049

7.2.2.3    MADRS-defined remission .................................................................86
7.2.2.4    Change from baseline to each assessment for the HAM-D total score.................87
7.2.2.5    Change from baseline to each assessment for the HAM-D Item 1
           (depressed mood) score ......................................................................89
7.2.2.6    Change from baseline to each assessment for the CGI-S score.........................90
7.2.2.7    CGI-I ..............................................................................................92
7.2.2.8    Change from baseline the HAM-A total score...........................................94

7.3        Patient Reported Outcomes...................................................................96
7.3.1      Summary of patient reported outcomes ...................................................96
7.3.2      Patient reported outcomes results ..........................................................97
7.3.2.1    Q-LES-Q ..........................................................................................97
7.3.2.2    PSQI ................................................................................................98

7.4        Health Economics results ....................................................................98

7.5        Pharmacokinetic results ......................................................................98

7.6        Potential issues affecting efficacy results ................................................99

7.7        Conclusions on efficacy results.............................................................99

8.         SAFETY RESULTS ...........................................................................102

8.1        Summary of safety .............................................................................102

8.2        Extent of exposure .............................................................................104

8.3        Adverse events ..................................................................................105
8.3.1      Categories of adverse events ...............................................................105
8.3.2      Most common adverse events ...............................................................105
8.3.3      Discussion of common adverse events ....................................................110

8.4        Deaths, serious adverse events, discontinuation due to adverse events, and
           other significant adverse events.............................................................110
8.4.1      Deaths .............................................................................................110
8.4.2      Serious adverse events other than deaths.................................................110
8.4.3      Discontinuations due to adverse events ...................................................116
8.4.4      Adverse events of special interest ..........................................................128
8.4.4.1    Adverse events related to EPS ...............................................................128
8.4.4.2    Adverse events related to QT prolongation ...............................................129
8.4.4.3    Adverse events related to neutropenia and agranulocytosis ...........................129
8.4.4.4    Adverse events related to treatment-emergent mania and hypomania ...............130
8.4.4.5    Adverse events related to diabetes ..........................................................130
8.4.4.6    Adverse events related to suicidality .......................................................131
8.4.5      Discussion of deaths, serious adverse events, discontinuation due to
           adverse events, and other significant adverse events...................................131

8.5        Clinical laboratory evaluation...............................................................132
8.5.1      Hematology.......................................................................................132
8.5.1.1    Changes in mean values over time in hematology.......................................132
8.5.1.2    Changes in individual subjects over time in hematology ...............................133

Clinical Study Report
Study code 5077US/0049

8.5.1.3   Individual clinically important abnormalities in hematology ............................. 133
8.5.2     Clinical chemistry ...................................................................................... 135
8.5.2.1   Changes in mean values over time in clinical chemistry ..................................... 135
8.5.2.2   Changes in individual subjects over time in clinical chemistry ......................... 137
8.5.2.3   Individual clinically important abnormalities in clinical chemistry .................. 139
8.5.2.4   Metabolic syndrome risk factors .................................................................. 140
8.5.3     Discussion of clinical laboratory results ...................................................... 141

8.6       Vital signs, ECG, physical findings and other observations related to safety ..... 142
8.6.1     Changes in vital signs and ECG over time ................................................... 142
8.6.2     Individual clinically important abnormalities in vital signs and ECG ............... 143
8.6.3     Physical findings and other observations related to safety ............................ 145
8.6.3.1   Physical examinations ................................................................................ 145
8.6.3.2   Weight and BMI ........................................................................................ 145
8.6.3.3   SAS ........................................................................................................ 146
8.6.3.4   BARS ...................................................................................................... 147
8.6.4     Discussion of vital signs, ECG, physical findings and other observations related to safety ............................................................................................ 147

8.7       Conclusions on safety results ..................................................................... 147

9.        DISCUSSION AND OVERALL CONCLUSIONS ........................................... 150
9.1       Discussion ................................................................................................ 150
9.2       Overall conclusions ................................................................................... 153

10.       REFERENCE LIST ..................................................................................... 154

11.       TABLES, FIGURES AND GRAPHS REFERRED TO BUT NOT INCLUDED IN THE TEXT .................................................................................. 156

12.       APPENDICES ........................................................................................... 1611

## LIST OF TABLES                                                           PAGE

Table S1   Patient population and disposition .......................................................... 5

Table S2   Efficacy results at final assessment (LOCF, ITT population) ................... 7

Table S3   Adverse event overview (safety population) ............................................ 8

Table S4   Adverse event incidence of at least 5% sorted by decreasing order within the quetiapine 300 mg group (safety population) ........................... 8

Table 1    AstraZeneca study personnel .............................................................. 22

Table 2    Study plan ........................................................................................ 28

Table 3    Details of investigational product and any other study treatments ........... 33

Table 4    Week 1 blister pack for 300 mg/day quetiapine group ........................... 34

Table 5    Week 2-8 300 mg/day quetiapine blister pack ...................................... 35

Clinical Study Report
Study code 5077US/0049

Table 6        Week 1 600 mg/day quetiapine blister pack.................................................35

Table 7        Week 2-8 600 mg/day quetiapine blister pack ........................................36

Table 8        Week 1 blister pack for placebo group....................................................36

Table 9        Week 2-8 blister pack for placebo group.................................................37

Table 10       Permitted, restricted and prohibited medications ...................................39

Table 11       Efficacy objectives, and outcome variables relating to each
               objective .................................................................................................41

Table 12       Quality of life objectives and outcome variables relating to each
               objective .................................................................................................45

Table 13       Safety objectives and outcome variables relating to each objective ......46

Table 14       Laboratory safety variables ....................................................................49

Table 15       Definition of clinically important clinical laboratory values...................50

Table 16       Definitions of potentially clinically important vital signs by FDA
               criteria....................................................................................................53

Table 17       Definition of potentially clinically important electrocardiogram
               parameters...............................................................................................54

Table 18       Protocol amendments .............................................................................64

Table 19       Changes to planned analyses ..................................................................66

Table 20       Location of supporting data on study subjects ........................................68

Table 21       Protocol violations and deviations leading to exclusion from the
               PP population..........................................................................................70

Table 22       Demographic and baseline characteristics of the ITT population ...........73

Table 23       Baseline disease characteristics (ITT population).................................74

Table 24       Location of supporting data on efficacy..................................................78

Table 25       MADRS total score change from baseline at Day 57 (LOCF, ITT
               population)...............................................................................................80

Table 26       MADRS change from baseline at Day 57 by bipolar diagnosis
               (LOCF, ITT population)...........................................................................81

Table 27       MADRS item comparisons at Day 57 (LOCF, ITT population)..............82

Table 28       HAM-D total score change from baseline at Day 57 (LOCF, ITT
               population)...............................................................................................87

Table 29       HAM-D Item 1 score change from baseline at Day 57 (LOCF, ITT
               population)...............................................................................................89

Table 30       CGI-S score change from baseline at Day 57 (LOCF, ITT
               population)...............................................................................................90

Clinical Study Report
Study code 5077US/0049

Table 31      CGI-I score at Day 57 (LOCF, ITT population) .....................................93

Table 32      HAM-A score change from baseline at Day 57 (LOCF, ITT population)..........................................................................................94

Table 33      Location of supporting data on patient reported outcomes ....................96

Table 34      Q-LES-Q percent-of-maximum-score change from baseline at Day 57 (LOCF, ITT population)...........................................................97

Table 35      PSQI score change from baseline at Day 57 (LOCF, ITT population)..........................................................................................98

Table 36      Efficacy objectives, variables, and conclusions .....................................99

Table 37      Location of supporting data on safety .....................................................103

Table 38      Overview of exposure in the safety population ......................................104

Table 39      Subjects who had an adverse event in any category (safety population)..........................................................................................105

Table 40      Adverse events by system organ class, sorted by decreasing order of incidence (safety population) ............................................106

Table 41      Subjects with commonly-reported adverse events, sorted by decreasing order of frequency (safety population)................................108

Table 42      SAE incidence by system organ class (safety population)....................110

Table 43      Patient listing of serious adverse events other than death (safety population)..........................................................................................113

Table 44      Incidence of discontinuations due to adverse events by system organ class (safety population) ...............................................116

Table 45      Patient listing for study treatment discontinuation due to an adverse event (safety population) .........................................................120

Table 46      Adverse events coded to EPS (safety population)...............................128

Table 47      Adverse events coded as EPS and not excluded as EPS by investigators (safety population) .........................................................129

Table 48      Treatment-emergent mania and hypomania (LOCF, safety population)..........................................................................................130

Table 49      Adverse events related to suicidality incidence (safety population) ......131

Table 50      Hematology changes from baseline (LOCF, safety population)............132

Table 51      Hematology shifts exceeding laboratory norms - incidence (safety population)..........................................................................................133

Table 52      Hematology shifts to clinically important values - incidence (safety population)................................................................................134

Clinical Study Report
Study code 5077US/0049

Table 53        Clinical chemistry changes from baseline (LOCF, safety population) .................................................................135

Table 54        Insulin resistance and sensitivity change from baseline (LOCF, safety population) .......................................................137

Table 55        Clinical chemistry shifts exceeding laboratory norms - incidence (safety population) .................................................138

Table 56        Clinical chemistry shifts to clinically important values - incidence (safety population) .................................................139

Table 57        Metabolic syndrome risk factors, shift from baseline (safety population) .................................................................140

Table 58        Metabolic syndrome risk factors without triglyceride criterion, shift from baseline (safety population) .........................141

Table 59        Vital signs and ECG parameters change from baseline (LOCF, safety population) .......................................................143

Table 60        Vital signs and ECG shifts to potentially clinically important values - incidence (safety population) ......................144

Table 61        Orthostatic change shifts to clinically important values - incidence (safety population) .......................................144

Table 62        Body weight (kg) and BMI (kg/m$^2$) change from baseline by BMI category (LOCF, safety population) .......................145

Table 63        SAS categorical change from baseline (LOCF, safety population) ........146

Table 64        BARS Global Assessment categorical change from baseline (LOCF, safety population) .................................................147

Table 65        Safety objectives, variables and conclusions ..........................................148

## LIST OF FIGURES                                          PAGE

Figure 1        Subject disposition (completion or discontinuation) ...............................69

Figure 2        Analysis sets .........................................................................................72

Figure 3        MADRS total score change from baseline -- LS mean (95% CI) (LOCF, ITT population) ...........................................................83

Figure 4        MADRS total score change from baseline -- LS mean (95% CI) (OC, ITT population) ................................................................84

Figure 5        MADRS response (≥50% score reduction) -- percent of patients responding by visit day (LOCF, ITT population) ...................................85

Clinical Study Report
Study code 5077US/0049

Figure 6        MADRS-defined remission (MADRS score ≤12) -- percent of
                patients by visit day (LOCF, ITT population)..........................................86

Figure 7        HAM-D total score change from baseline --LS mean (95% CI)
                (LOCF, ITT population)....................................................................88

Figure 8        CGI-S score change from baseline -- LS mean (95% CI) (LOCF,
                ITT population) .............................................................................91

Figure 9        CGI-I scale -- patients "much improved" or "very much
                improved" (LOCF, ITT population).........................................92

Figure 10       HAM-A score change from baseline -- LS mean (95% CI) (LOCF,
                ITT population) .............................................................................95

Clinical Study Report
Study code 5077US/0049

# LIST OF ABBREVIATIONS AND DEFINITION OF TERMS

The following abbreviations and special terms are used in this study report.

| Abbreviation or special term | Explanation |
| --- | --- |
| AE | Adverse event (see definition in Section 5.5.7.2). |
| ALT | Alanine aminotransferase |
| ANCOVA | Analysis of covariance |
| AST | Aspartate aminotransferase |
| BARS | Barnes Akathisia Rating Scale |
| BID | twice daily |
| BMI | Body Mass Index |
| BPRS | Brief Psychiatric Rating Scale |
| BUN | Blood urea nitrogen |
| CGI-I | Clinical Global Impression Improvement scale |
| CGI-S | Clinical Global Impression Severity of Illness scale |
| CHM | Cochran-Mantel-Haenzel test |
| CRF | Case report form |
| CRO | Contract research organization |
| DSM-IV | Diagnostic and Statistical Manual of the American Psychiatric Association, ed. IV-TR |
| ECG | Electrocardiogram |
| EPS | Extrapyramidal symptoms |
| FDA | Food and Drug Administration |
| GCP | Good Clinical Practice |
| HAM-A | Hamilton Rating Scale for Anxiety |
| HAM-D | Hamilton Rating Scale for Depression |
| HCG | Human Chorionic Gonadotropin |
| $HOMA_R$ | Homeostatic Model Assessment of insulin resistance |
| ICH | International Conference on Harmonisation |
| ICI-D | Interactive Computer Interview for Depression |
| ICTI | Interactive Clinical Technologies, Inc. |
| IRB | Institutional Review Board |
| ITT | Intention to treat |

Clinical Study Report
Study code 5077US/0049

| Abbreviation or special term | Explanation |
|---|---|
| IVRS | Interactive voice recognition system |
| LLN | Lower limit of normal |
| LOCF | Last observation carried forward |
| LRA | Lineberry Research Associates |
| MADRS | Montgomery-Asberg Depression Rating Scale |
| MMRM | Mixed Model Repeated Measures |
| MedDRA | Medical Dictionary for Regulatory Affairs |
| NA | Not applicable |
| NOS | Not otherwise specified |
| OC | Observed cases |
| OFC | Olanzapine-fluoxetine combination |
| PP | Per-protocol |
| PR | P-R interval |
| PRO | Patient-reported outcomes |
| PSQI | Pittsburgh Sleep Quality Index |
| qd | once daily |
| Q-LES-Q | Quality of Life Enjoyment and Satisfaction Questionnaire |
| QUEST | Quetiapine Experience with Safety and Tolerability Trial |
| QUICKI | Quantitative Insulin Sensitivity Check Index |
| QRS | Q-R-S interval |
| QT | Q-T interval |
| $QT_C$ | Q-T interval with Fridericia correction |
| RBC | Red blood cell count |
| SAE | Serious adverse event (see definition in Section 5.5.7.2) |
| SAS | Simpson-Angus Scale |
| SCID | Structured Clinical Interview for DSM-IV TR |
| T3RU | Triiodothyronine resin uptake |
| T4 | Thyroxine |
| TSH | Thyroid stimulating hormone |
| ULN | Upper limit of normal |
| WBC | White blood cell count |
| YMRS | Young Mania Rating Scale |

Clinical Study Report
Study code 5077US/0049

# 1.      ETHICS

## 1.1      Ethics review

The study protocol, including Amendments 1 through 5, was approved by the Institutional
Review Board (IRB) for each study site.

Names and addresses of each of the IRBs for each of the centers is provided in
Appendix 12.1.3.

## 1.2      Ethical conduct of study

The study was performed in accordance with the ethical principles that have their origin in the
Declaration of Helsinki and that are consistent with ICH/Good Clinical Practice and
applicable regulatory requirements and the AstraZeneca policy on Bioethics.

## 1.3      Patient information and consent

Patients gave written, informed consent before screening.  The master version of the consent
form is included in Appendix 12.1.2.

Clinical Study Report
Study code 5077US/0049

## 2.     INVESTIGATORS AND STUDY ADMINISTRATIVE STRUCTURE

## 2.1     Staff at investigational sites

Participating personnel at study sites are listed in Appendix 12.1.4.1.

## 2.2     AstraZeneca study personnel

**Table 1          AstraZeneca study personnel**

| Name | Position | Role in study |
|---|---|---|
| Nadine Everett | Principal Statistical Programmer | Team SAS Programmer |
| James Gaddy, PhD | Medical Communication Scientist | Clinical Study Report Author |
| Robin McCoy, RN | Senior Clinical Research Scientist | Clinical Study Team Leader |
| Wayne Macfadden, MD | Director, Clinical Research | Team Physician |
| Margaret Minkwitz, PhD | Director, Biostatistics Project Team | Team Statistician |
| Jeris Minor | Clinical Data Analyst | Database Manager |
| Joy Russo | Senior Statistical Programmer | Statistical Programmer |
| Michele Gelman | Drug Safety Scientist | Drug Safety Representative |
| Ellis Wilson | Program Development Leader | Team Project Manager |

## 2.3     Other participants

### 2.3.1     Non-sponsor organizations or individuals

Monitoring of study sites, clinical data base administration, and safety reporting services were provided by Lineberry Research Associates, Inc (LRA).  A complete list of participating LRA personnel is included in Appendix 12.1.4.4.

ECG scoring and interpretation was performed by eResearch Technology, Inc.  A complete list of participating eResearch Technology personnel is included in Appendix 12.1.4.4.

Quintiles Laboratories served as the central laboratory for this trial.  A complete list of participating Quintiles Laboratories personnel is included in Appendix 12.1.4.4.

Concordant Raters, Inc. trained investigators in the administration of the Montgomery-Asberg Depression Rating Scale (MADRS), the Hamilton Rating scale for Depression (HAM-D), the Hamilton Rating scale for Anxiety (HAM-A) and the Young Mania Rating Scale (YMRS).  Concordant Raters also supplied the ICI-D to selected study sites and monitored results of

Clinical Study Report
Study code 5077US/0049

testing (see Section 5.6.1).  A complete list of participating Concordant Raters personnel is included in Appendix 12.1.4.4.

Randomization of treatment assignments was provided by Interactive Clinical Technologies, Inc. (ICTI).  A complete list of participating ICTI personnel is included in Appendix 12.1.4.4.

### 2.3.2      Study committee(s)

No study committees were utilized for this trial.

## 3.      INTRODUCTION

Quetiapine fumarate (SEROQUEL®, quetiapine) is a dibenzothiazepine derivative approved by the United States Food and Drug Administration (FDA) on 26 September 1997 following clinical development by AstraZeneca Pharmaceuticals LP (also referred to as the sponsor) for the treatment of subjects with schizophrenia.  Quetiapine fumarate is designated chemically as bis [2-(2-[4-(dibenzo[b,f][1,4]thiazepin-11-yl) piperazin-1-yl]ethoxy)ethanol] fumarate.

The bipolar disorders are psychiatric disorders in which a disturbance in mood is the predominant feature.  Bipolar I disorder is characterized by one or more manic or mixed episodes, usually accompanied by major depressive episodes.  Bipolar II disorder is characterized by one or more major depressive episodes accompanied by at least one hypomanic episode.  Bipolar depression refers to the major depressive episodes that occur with bipolar I and II disorder.

The prevalence of bipolar disorder is estimated to be 1 to 3.5%, evenly divided between men and women.  The length of time between onset and symptoms and proper diagnosis and treatment is approximately 10 years and it is estimated that only 60% of those suffering from a bipolar disorder are receiving appropriate pharmacotherapy.

Although there is extensive and emerging literature guiding the treatment of the manic phase of bipolar I disorder as well as many approved compounds for the treatment of unipolar depression, the treatment of bipolar depression has not been as widely studied.  The use of currently available antidepressants for monotherapy for bipolar depression may require careful clinical monitoring as they may "switch" patients into hypomania or mania from depression, or increase cycle acceleration in patients with a rapid cycling course.  The adjunctive use of mood stabilizing medications such as lithium carbonate ($LiCO_3$) is common and may decrease the likelihood of these complications.

Evidence indicates that medications with mood stabilizing properties which produced low levels of mania, hypomania, or cycle acceleration may be useful as monotherapy in the treatment of bipolar depression.  The antiepileptic lamotrigine produced improvement in HAM-D and MADRS scores in a 7-week, double-blind, placebo controlled trial for the patients who completed this study (Calabrese 1999).  The anti-manic agent divalproex demonstrated numerical improvement over placebo in the percentage of patients with bipolar depression having a 50% reduction in the HAM-D scores without mania in an 8 week trial

(Sachs 2001) but this difference was not statistically significant.  Lithium carbonate, also approved for the treatment of mania, has been demonstrated to be effective in reducing the recurrence of bipolar depression (Baldessarini et al 2002).However, there are efficacy and tolerability limitations which may prohibit widespread use of divalproex, lamotrigine or lithium.

Currently there is only one product, a combination tablet of the antidepressant fluoxetine and the atypical antipsychotic olanzapine (OFC), that has been approved for marketing only in the US for the treatment of bipolar depression.  The approval was based on two placebo controlled trials, in which OFC-treated patients (combined N=83) demonstrated significantly greater improvement in mean MADRS change than did patients treated with olanzapine monotherapy, or placebo.  In these trials, patients treated with olanzapine alone (N=833) also demonstrated significant improvement in MADRS mean change, but without the addition of the antidepressant, the magnitude of effect was lower than that seen with the combination (Tohen et al 2003).

There is some evidence that medications with mood stabilizing properties may be useful as monotherapy in the treatment of bipolar depression.  The potential efficacy of quetiapine in depressive symptoms is provided in data from the Quetiapine Experience with Safety and Tolerability Trial (QUEST) and from investigator-initiated trials in mood disorder patients.  In an open-label trial evaluating the safety and tolerability of quetiapine over 700 subjects with schizophrenia and other psychotic disorders were randomized to treatment with quetiapine or risperidone (Sajatovic et al 2002).  Quetiapine-treated patients experienced a greater improvement in depressive symptoms compared with risperidone-treated patients, with a mean difference of 1.3 points on the HAM-D after adjustment for baseline differences (P=0.028).

A trial of quetiapine in 20 neuroleptic-dependent patients with bipolar or schizoaffective disorder also suggested positive effects on the depressive and psychotic symptoms in these disorders (Sajatovic et al 2001).  Overall, in 10 patients with bipolar disorder and 10 with schizoaffective disorder who received open-label quetiapine, significant improvement in Brief Psychiatric Rating Scale (BPRS), Young Mania Rating Scale (YMRS), and HAM-D scores was noted.

In summary, the paucity of satisfactory treatments available signify an unmet medical need for the treatment of bipolar depression.  There are signals of efficacy from clinical trials for the antidepressant properties of atypical antipsychotics such as quetiapine.

# 4.    STUDY OBJECTIVES

## 4.1    Primary objectives

The primary objectives of the study were to evaluate the efficacy of quetiapine compared to placebo in the treatment for a major depressive episode in patients with bipolar disorder after receiving treatment for up to 8 weeks by comparing

Clinical Study Report
Study code 5077US/0049

1.      the change from baseline to final assessment in the Montgomery-Asberg Depression Rating Scale (MADRS) total score

2.      the percentage of patients with a ≥50% reduction from baseline in the MADRS total score at final assessment

3.      the change from baseline to each assessment in the MADRS total score

4.      the change from baseline to each assessment in the total Hamilton Rating Scale for Depression (HAM-D), HAM-D Item 1, and the Clinical Global Impression - Severity (CGI-S), and the Clinical Global Impression - Improvement (CGI-I).

## 4.2     Secondary objectives

The secondary objectives of the study were:

1.      to evaluate the incidence of treatment-emergent mania compared to placebo by comparing the percentage of patients who meet the criteria for treatment-emergent mania on the Young Mania Rating Scale (YMRS) or report an adverse event of mania or hypomania

2.      to evaluate the effect of quetiapine on anxiety compared to placebo by

    –    the change from baseline to final assessment in the Hamilton Rating Scale for Anxiety (HAM-A) total score

    –    the change from baseline to each assessment in the Hamilton Rating Scale for Anxiety (HAM-A) total score

3.      to evaluate the safety and tolerability of quetiapine in the treatment of patients with bipolar depression by

    –    the incidence and nature of overall adverse events

    –    the incidence and nature of drug-related adverse events

    –    subject withdrawal due to adverse events during double-blind treatment

    –    the number of patients having clinically significant changes in vital signs from baseline to end of treatment

    –    the change in Simpson-Angus Scale (SAS) total score

    –    the change in the Barnes Akathisa Rating Scale (BARS) total score

    –    the incidence of adverse events related to extrapyramidal symptoms during double-blind treatment

Clinical Study Report
Study code 5077US/0049

**Exploratory:**

1.     to evaluate the efficacy of quetiapine on sleep quality by comparing the change in sleep quality using the Pittsburgh Sleep Quality Index (PSQI) from baseline to end of treatment

2.     to evaluate the efficacy of quetiapine on the overall quality of life using the Quality of Life Enjoyment and Satisfaction Questionnaire (Q-LES-Q) from baseline to end of treatment

# 5.     STUDY PLAN AND PROCEDURES

The overall study design and plan are presented and discussed in Section 5.1 and Section 5.2, respectively.  The study population and its relationship to the intended target population are defined in Section 5.3.  Study treatments and dosing regimens are described in Section 5.4.Study measurements and variables are described and justified in Section 5.5, and measures taken to ensure the quality of study data are described in Section 5.6.Statistical methods and presentation of the data are detailed in Section 5.7.  Any changes to the planned conduct of the study, or planned statistical analyses, are presented in Section 5.8.

## 5.1     Overall study design

This multicenter, double-blind, randomized, placebo-controlled, double-dummy, parallel group trial consisted of a washout period (from 7 to 28 days depending on the medications involved) followed by 8 weeks of treatment to evaluate the efficacy, safety, and tolerability of quetiapine fumarate in the treatment of a major depressive episode in adult subjects with bipolar disorder.  A total of approximately 740 subjects were to be screened to obtain 530 enrolled subjects to yield 504 evaluable subjects at approximately 75 centers, with a target enrollment of 8 patients per center (maximum 70).  Subjects were required to have a HAM-D (17-item scale) score of ≥20 and a YMRS of ≤12 at screening baseline (Visit 1).

The trial comprised the following 2 periods:

•     Washout period
Subjects underwent HAM-D, SCID, YMRS, and safety evaluations at screen (Visit 1) and if they qualified to participate they commenced a washout of antidepressant, antipsychotic, and mood stabilizer medications.  The number of days for washout depended upon the medication they were taking.  These medications had to be discontinued for a period of at least 7 days prior to randomization (Day 1, Visit 2), with the exception of fluoxetine which had to be discontinued for a period of 14 days prior to randomization (Day 1, Visit 2) and depot injections of haloperidol decanoate or fluphenazine decanoate which required 28 days washout before randomization.

Clinical Study Report
Study code 5077US/0049

- 8-week double-blind randomized treatment period (Weeks 1 to 8)
  Eligible subjects were randomized on Day 1 (Visit 2) to 1 of 3 treatment groups: quetiapine 300 mg/day, quetiapine 600 mg/day, or placebo.  The randomization was done using a stratification based on diagnosis.  Treatment was administered once daily at bedtime for 8 weeks (Days 1 - 56).  Subjects did not receive medication on Day 57 which was only for final assessments.  Doses were titrated to achieve target doses of 300 mg/day within 4 days or 600 mg/day within 8 days.  A dose reduction of 100 mg was allowed to improve patient tolerance in each treatment group.  MADRS assessments (used to evaluate the primary efficacy variable) were performed at Days 1, 8, 15, 22, 29, 36, 43, 50, and 57.

Clinical Study Report
Study code 5077US/0049

Table 2 summarizes the study procedures and assessments conducted at each time point.

**Table 2**          **Study plan**

| | Screen | Washout[a] | Double-blind treatment phase Weeks 1 through 8 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Days** | | | **1** | **8** | **15** | **22** | **29** | **36** | **43** | **50** | **57** |
| **Visits** | **1** | | **2** | **3** | **4** | **5** | **6** | **7** | **8** | **9** | **10** |
| Informed consent | √ | | | | | | | | | | |
| Medical history | √ | | | | | | | | | | |
| Inclusion/Exclusion criteria | √ | √ | | | | | | | | | |
| Structured Clinical Interview for DSM-IV (SCID) | √ | | | | | | | | | | |
| Physical examination[d] | √ | | | | | | | | | | √ |
| Urine toxicology screen | √ | | | | | | | | | | |
| Pregnancy tests (females) | √ | | | | | | | | | | |
| Vital signs, height, weight[c,e] | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ |
| 12-lead electrocardiogram | √ | √b | | | | | | | | | √ |
| Clinical chemistry and hematology | √ | √b | | | | | | | | | √ |
| Hamilton Rating Scale for Depression (17-item) | √ | | √ | √ | √ | √ | √ | √ | √ | √ | √ |
| Montgomery-Asberg Depression Rating Scale | | | √ | √ | √ | √ | √ | √ | √ | √ | √ |
| Young Mania Rating Scale | √ | | √ | √ | √ | √ | √ | √ | √ | √ | √ |
| Hamilton Rating Scale for Anxiety | | | √ | √ | √ | √ | √ | √ | √ | √ | √ |
| Clinical Global Impression - Severity | √ | | √ | √ | √ | √ | √ | √ | √ | √ | √ |
| Clinical Global Impression -Change | | | | √ | √ | √ | √ | √ | √ | √ | √ |
| Barnes-Akathisia Rating Scale | | | √ | | | | | | | | √ |
| Simpson-Angus Scale | | | √ | | | | | | | | √ |
| Pittsburgh Sleep Quality Index | | | √ | | | | | √ | | | √ |
| Quality of Life Enjoyment Satisfaction Questionnaire | | | √ | | | | | √ | | | √ |
| Dispense study medication | | | √ | √ | √ | √ | √ | √ | √ | √ | |
| Adverse events | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ |

a    Washout of antidepressants, antipsychotics, mood stabilizer for 7 to 28 days depending on the medications involved and a 14-day washout for fluoxetine

b    Repeated laboratory tests and ECG only if results outside of normal range and clinically significant at Screening

c    Height and weight on screen and weight on Day 57

d    Physical exam included ophthalmoscopic exam on screen

e    Blood pressure obtained in supine and standing positions

Clinical Study Report
Study code 5077US/0049

## 5.2      Rationale for study design, doses and control groups

This trial was designed as a double-blind placebo-controlled evaluation of quetiapine as
monotherapy in bipolar depression.  At the time of trial initiation there was no currently
approved compound for use in bipolar depression; nor was there a clinically accepted "gold
standard" monotherapy agent.  Conventional antidepressants are not commonly used as
monotherapy because of the need for close clinical monitoring to avoid the induction of manic
symptoms.  Due to the lack of a reasonable monotherapy alternative, and the high placebo rate
in bipolar depression trials (approximately 30%), the use of a placebo treatment arm for
comparison was clinically justified.

Trial treatment was administered as quetiapine monotherapy once daily at bedtime.  The
current label specifies twice daily (BID) but a double-blind crossover study in patients
indicated that once daily (qd) was well tolerated and as effective as BID dosing (Chengappa et
al 2003).

A period of 7 to 28 days is adequate for washout of most psychoactive medications including
antidepressants, antipsychotics (including depot agents), and mood stabilizers to ensure that
subjects are not experiencing residual psychotropic effects from any such medications they
were taking before randomization.  The double-blind treatment period of 8 weeks is consistent
with the time period that is generally accepted to be required to see a clinically meaningful
response in depressive symptoms.

The trial was designed as a fixed-dose evaluation due to the frequent failure of flexible dose
regimens in other psychiatric disorders.  The dosages are based on clinical trial data with
quetiapine in patients with a mood disorder.  In the QUEST trial, the average dose of
quetiapine in patients with a primary mood disorder (N=316) was approximately 250 mg/day
at 16 weeks (Sajatovic et al 2002).  In 20 patients with bipolar or schizoaffective disorder
treated with open-label quetiapine, the mean dose was approximately 200 mg/day (Sajatovic
et al 2001).  Based on these data, 300 mg/day administered as monotherapy is an appropriate
low-dose treatment arm, and 600 mg/day is an appropriate high-dose treatment arm that
should exhibit efficacy without a high rate of AEs or noncompliance.

The MADRS is a standardized, well-validated measure of depressive symptoms that is
sensitive to treatment effects in depressed outpatients.

## 5.3      Selection of study population

### 5.3.1      Inclusion criteria

For inclusion in the study, patients had to fulfill all of the following criteria at Screening;

1.      Documented ability to provide informed consent before beginning any study-
        specific procedures

2.      Male and female patients between 18 and 65 years of age, inclusive

Clinical Study Report
Study code 5077US/0049

3.      Females of childbearing potential, were to be using a reliable method of contraception.  Reliable methods included hormonal contraceptives (eg, oral contraceptive or long-term injectable or implantable hormonal contraceptive), double-barrier methods (eg, condom and diaphragm, condom and foam, condom and sponge), intrauterine devices, and tubal ligation

4.      Women must have had a negative pregnancy test

5.      Met DSM-IV criteria for bipolar disorder I or bipolar II, most recent episode depressed (296.5x and 296.89x)

6.      Outpatient status

7.      HAM-D (17-item) total score of 20 or greater

8.      HAM-D item 1 (depressed mood) score $\geq$2

9.      YMRS total $\leq$12

Patients had to fulfill all of the following criteria at Randomization;

1.      HAM-D (17-item) total score of 20 or greater

2.      HAM-D item 1 (depressed mood) score $\geq$2

3.      YMRS total $\leq$12

### 5.3.2      Exclusion criteria

Any of the following was regarded as a criterion for exclusion from the study:

1.      Patients with a current Axis I disorder other than bipolar disorder within 6 months of screening

2.      Patients whose current episode of depression exceeded 12 months or was less than 4 weeks

3.      History of non-response to an adequate trial (6 weeks) of more than 2 classes of antidepressants during their current episode

4.      Patients who met DSM-IV criteria for substance dependence, for any substance except nicotine, within 12 months of screening

5.      Patients with a positive urine toxicology screen for illicit substances of abuse

6.      Patients who were unable to discontinue all psychoactive medications (excluding prn benzodiazepines), including antidepressants, antipsychotics, and mood

Clinical Study Report
Study code 5077US/0049

stabilizer, at least 7 days prior to randomization and consistent with the pharmacokinetics of the drug

  – Patients treated with fluoxetine who had not discontinued this medication for at least 14 days prior to randomization

  – Patients treated with haloperidol decanoate or fluphenazine decanoate who had not discontinued these medications 28 days prior to randomization

7.   Patients who had not discontinued the use of potent P450 inhibitors and inducers (See Section 5.4.5, Table 10)

8.   Patients who in the investigators opinion would have required initiation of psychotherapy during the study period.  Note:  ongoing psychotherapy for a minimum of 3 months could continue

9.   Patients who, in the investigator's judgment, posed a current serious suicidal or homicidal risk at Visit 1 (HAM-D Item 3 score of 3 or greater), or had made a suicide attempt within the past 6 months

10.   Patients with a history of clinically significant cardiac, renal, neurologic, cerebrovascular, metabolic or pulmonary disease, or other disease or clinical finding that was unstable or that, in the opinion of the investigator, would have been negatively affected by study medication or that would have affected study medication

11.   Patients who had had a myocardial infarction within 1 year before Visit 1

12.   Patients with clinically significant abnormal laboratory findings at Visit 1

13.   Patients with renal impairment (serum creatinine ≥1.5 mg/dL) or hepatic impairment (ALT or AST 3 times the upper limit of normal)

14.   Patients whose TSH was ≥10% over the upper normal limit.  Patients maintained on thyroid medication had to be euthyroid for a period of at least 3 months before Visit 1

15.   Patients with clinically significant abnormalities on ECG

16.   Women who had a positive human chorionic gonadotropin (HCG) pregnancy at Visit 1 or who were lactating or planning to become pregnant during the course of the study

17.   Patients who had participated in a clinical trial of an investigational drug within the previous 3 months

18.    Patients who, in the opinion of the investigator, would have been non-compliant with the visit schedule or study procedures

19.    History of orthostatic hypotension or conditions that would have predisposed them to hypotension (eg dehydration, hypovolemia)

20.    Known history of intolerance, hypersensitivity, or lack of response to quetiapine or any of the components of Seroquel tablets, as judged by the investigator

### 5.3.3    Restrictions

Patients were required to adhere to the following special restrictions:

1.    Use of any psychoactive drugs including antidepressants, hypnotics (with the exceptions noted in Section 5.4.5), mood stabilizing drugs, and antipsychotics was not permitted from a period of 5 elimination half-lives (28 days for haloperidol decanoate and fluphenazine decanoate) prior to randomization to end of study. Fluoxetine was to be discontinued at least 14 days prior to randomization.

2.    Use of cytochrome P450 3A4 inducers and potent inhibitors were not permitted from 14 days prior to randomization to end of study (see Table 10)

### 5.3.4    Discontinuation of subjects from treatment or assessment

### 5.3.4.1    Criteria for discontinuation

Subjects could be discontinued from study treatment and assessments at any time, at the discretion of the investigator.  Specific reasons for discontinuing a subject from this study were:

1.    Withdrawal of informed consent

2.    Worsening psychiatric symptoms such that the symptoms constituted a danger to the patient or to others

3.    Use of psychotropic medications at any time during the double-blind treatment period

4.    Pregnancy at any time during the double-blind treatment period

5.    A clinically significant or serious adverse event that would not be consistent with continuation in the study, as determined by the investigator, AstraZeneca, or the patient.

### 5.3.4.2    Voluntary discontinuation by a subject

Subjects were free to discontinue their participation in the study at any time, without prejudice to further treatment.  Subjects who discontinued were asked about the reasons for their discontinuation and about the presence of any adverse events.  If possible, they were seen and

Clinical Study Report
Study code 5077US/0049

assessed by an investigator.  Adverse events were to be followed up, and any investigational products and study materials were to be returned by the subject.

### 5.3.4.3   Incorrectly enrolled or randomized subjects

Incorrectly enrolled were to be discontinued from further study treatment and assessments.  If a patient was given an incorrect randomized treatment, the patient was to continue on that treatment.

### 5.3.4.4   Procedures for discontinuation

All study procedures required at Day 57 were to be conducted when a patient discontinued from the trial (See Table 2).

## 5.4   Treatments

### 5.4.1   Investigational products

The details of the investigational product and any study treatment are given in Table 3.

**Table 3            Details of investigational product and any other study treatments**

| Investigational product or other treatment | Dosage form and strength | Manufacturer | Formulation number | Lot number |
|---|---|---|---|---|
| Quetiapine | tablet, 25 mg | AstraZeneca | F12804 | 7527F |
| Quetiapine | tablet, 100 mg | AstraZeneca | F12689 | 7513H |
| Quetiapine | tablet, 200 mg | AstraZeneca | F12690 | 7541F |
| Placebo | tablet, 25 mg | AstraZeneca | F12636 | 7553F |
| Placebo | tablet, 100 mg | AstraZeneca | F12637 | 7550F |
| Placebo | tablet, 200 mg | AstraZeneca | F12638 | 1509C |

All investigational products were to be kept in a secure place under appropriate storage conditions.

### 5.4.2   Doses and treatment regimens

Quetiapine and placebo for each trial center were packaged in blister cards.  The 8-week supply consisted of 8 double-blind blister cards that were packaged in subject-specific cartons.

Trial medication was provided for each subject in an 8-card carton that contained the following:

- 1-week titration double-blind treatment cards for Days 1-7

Clinical Study Report
Study code 5077US/0049

- Seven 1-week double-blind treatment cards for Days 8-56, with individual cards provided for treatment Days 8-14, 15-21, 22-28, 29-35, 36-42, 43-49, and 50-56. Each one-week blister card included a 2-day treatment overage to accommodate visit schedules.

The Week 1 titration card consisted of 25 mg tablets, 100-mg tablets, and 200-mg tablets or matching placebo for each of the 300 mg/day and 600 mg/day treatment groups and placebo treatment group (Table 4, Table 6, Table 8).

Blister cards for Weeks 2 through 8, for each treatment group, consisted of 9 days of dosing with the same number of pills for each group (300-mg, 600-mg, and placebo) respectively. The cards for each treatment group consisted of 2 yellow tablets (quetiapine 100 mg or matching placebo) and 2 white tablets (quetiapine 200 mg or matching placebo) per day at bedtime (Table 5, Table 7, Table 9).

Quetiapine or placebo was administered once a day at bedtime with dose titration designed to reach a target dose of 300 mg/day by Day 4 in the 300 mg/day treatment group and 600 mg/day by Day 8 in the 600 mg/day group.  Patients were instructed to take all the tablets in the row of the blister pack for the corresponding day of treatment.

**Table 4**          **Week 1 blister pack for 300 mg/day quetiapine group**

| Day | Column 1 | Column 2 | Column 3 | Column 4 |
|---|---|---|---|---|
| 1 | 25-mg quetiapine | 25-mg quetiapine | | |
| 2 | 100-mg quetiapine | | | |
| 3 | 200-mg quetiapine | | | |
| 4 | 100-mg quetiapine | 200-mg quetiapine | | |
| 5 | 100-mg quetiapine | 100-mg placebo | 200-mg quetiapine | |
| 6 | 100-mg quetiapine | 100-mg placebo | 200-mg quetiapine | |
| 7 | 100-mg quetiapine | 100-mg placebo | 200-mg quetiapine | |
| Extra Day | 100-mg quetiapine | 100-mg placebo | 200-mg quetiapine | 200-mg placebo |
| Extra Day | 100-mg quetiapine | 100-mg placebo | 200-mg quetiapine | 200-mg placebo |

Clinical Study Report
Study code 5077US/0049

**Table 5**          **Week 2-8 300 mg/day quetiapine blister pack**

| Day | Column 1 | Column 2 | Column 3 | Column 4 |
|---|---|---|---|---|
| 1 | 100-mg quetiapine | 100-mg placebo | 200-mg quetiapine | 200-mg placebo |
| 2 | 100-mg quetiapine | 100-mg placebo | 200-mg quetiapine | 200-mg placebo |
| 3 | 100-mg quetiapine | 100-mg placebo | 200-mg quetiapine | 200-mg placebo |
| 4 | 100-mg quetiapine | 100-mg placebo | 200-mg quetiapine | 200-mg placebo |
| 5 | 100-mg quetiapine | 100-mg placebo | 200-mg quetiapine | 200-mg placebo |
| 6 | 100-mg quetiapine | 100-mg placebo | 200-mg quetiapine | 200-mg placebo |
| 7 | 100-mg quetiapine | 100-mg placebo | 200-mg quetiapine | 200-mg placebo |
| Extra Day | 100-mg quetiapine | 100-mg placebo | 200-mg quetiapine | 200-mg placebo |
| Extra Day | 100-mg quetiapine | 100-mg placebo | 200-mg quetiapine | 200-mg placebo |

**Table 6**          **Week 1 600 mg/day quetiapine blister pack**

| Day | Column 1 | Column 2 | Column 3 | Column 4 |
|---|---|---|---|---|
| 1 | 25-mg quetiapine | 25-mg quetiapine | | |
| 2 | 100-mg quetiapine | | | |
| 3 | 200-mg quetiapine | | | |
| 4 | 100-mg quetiapine | 200-mg quetiapine | | |
| 5 | 100-mg quetiapine | 100-mg quetiapine | 200-mg quetiapine | |
| 6 | 100-mg quetiapine | 100-mg quetiapine | 200-mg quetiapine | |
| 7 | 100-mg quetiapine | 100-mg quetiapine | 200-mg quetiapine | |
| Extra Day | 100-mg quetiapine | 100-mg quetiapine | 200-mg quetiapine | 200-mg quetiapine |
| Extra Day | 100-mg quetiapine | 100-mg quetiapine | 200-mg quetiapine | 200-mg quetiapine |

Clinical Study Report
Study code 5077US/0049

**Table 7**          **Week 2-8 600 mg/day quetiapine blister pack**

| Day | Column 1 | Column 2 | Column 3 | Column 4 |
|---|---|---|---|---|
| 1 | 100-mg quetiapine | 100-mg quetiapine | 200-mg quetiapine | 200-mg quetiapine |
| 2 | 100-mg quetiapine | 100-mg quetiapine | 200-mg quetiapine | 200-mg quetiapine |
| 3 | 100-mg quetiapine | 100-mg quetiapine | 200-mg quetiapine | 200-mg quetiapine |
| 4 | 100-mg quetiapine | 100-mg quetiapine | 200-mg quetiapine | 200-mg quetiapine |
| 5 | 100-mg quetiapine | 100-mg quetiapine | 200-mg quetiapine | 200-mg quetiapine |
| 6 | 100-mg quetiapine | 100-mg quetiapine | 200-mg quetiapine | 200-mg quetiapine |
| 7 | 100-mg quetiapine | 100-mg quetiapine | 200-mg quetiapine | 200-mg quetiapine |
| Extra Day | 100-mg quetiapine | 100-mg quetiapine | 200-mg quetiapine | 200-mg quetiapine |
| Extra Day | 100-mg quetiapine | 100-mg quetiapine | 200-mg quetiapine | 200-mg quetiapine |

**Table 8**          **Week 1 blister pack for placebo group**

| Day | Column 1 | Column 2 | Column 3 | Column 4 |
|---|---|---|---|---|
| 1 | 25-mg placebo | 25-mg placebo | | |
| 2 | 100-mg placebo | | | |
| 3 | 200-mg placebo | | | |
| 4 | 100-mg placebo | 200-mg placebo | | |
| 5 | 100-mg placebo | 100-mg placebo | 200-mg placebo | |
| 6 | 100-mg placebo | 100-mg placebo | 200-mg placebo | |
| 7 | 100-mg placebo | 100-mg placebo | 200-mg placebo | |
| Extra Day | 100-mg placebo | 100-mg placebo | 200-mg placebo | 200-mg placebo |
| Extra Day | 100-mg placebo | 100-mg placebo | 200-mg placebo | 200-mg placebo |

Clinical Study Report
Study code 5077US/0049

**Table 9**          **Week 2-8 blister pack for placebo group**

| Day | Column 1 | Column 2 | Column 3 | Column 4 |
|---|---|---|---|---|
| 1 | 100-mg placebo | 100-mg placebo | 200-mg placebo | 200-mg placebo |
| 2 | 100-mg placebo | 100-mg placebo | 200-mg placebo | 200-mg placebo |
| 3 | 100-mg placebo | 100-mg placebo | 200-mg placebo | 200-mg placebo |
| 4 | 100-mg placebo | 100-mg placebo | 200-mg placebo | 200-mg placebo |
| 5 | 100-mg placebo | 100-mg placebo | 200-mg placebo | 200-mg placebo |
| 6 | 100-mg placebo | 100-mg placebo | 200-mg placebo | 200-mg placebo |
| 7 | 100-mg placebo | 100-mg placebo | 200-mg placebo | 200-mg placebo |
| Extra Day | 100-mg placebo | 100-mg placebo | 200-mg placebo | 200-mg placebo |
| Extra Day | 100-mg placebo | 100-mg placebo | 200-mg placebo | 200-mg placebo |

**Dose reduction**

Dose reduction for intolerability was allowed after Day 8.  Dose reductions of 100 mg/day were achieved by reducing the dose by one 100-mg tablet.  Each column in the blister packs was numbered 1-4.  By Day 6 Columns 1 and 2 of the blister packs each contained a 100-mg tablet or matching placebo (Table 5, Table 7, Table 9).  Dose reductions were implemented by instructing the patient to not take the tablet in Column 1 of the blister pack

### 5.4.3      Method of assigning subjects to treatment groups

This trial utilized a non-center-specific labeling randomization which was stratified in a 1:1:1 ratio for treatment group within bipolar diagnosis (bipolar I vs bipolar II).  Randomization to trial treatment was done via an Interactive Voice Response System (IVRS) at ICTI on Day 1 (Visit 2) in balanced blocks within each bipolar stratum in order to ensure relative balance in total number of subjects among treatment groups and strata.  The randomization schedule was created under the auspices of AstraZeneca Quantitative Decision Sciences Group and allocated subject numbers to the treatment regimens.  Clinical supplies contained a 4-digit kit number.  A separate randomization assigned kits of packaged drugs to the sites.  The IVRS system at ICTI allocated a kit number at the site for the treatment assigned through the stratified randomization.

### 5.4.4      Blinding and procedures for unblinding the study

### 5.4.4.1   Methods for ensuring blinding

All packaging of treatments was identical with placebo and active tablets identical in size and color.  The number of tablets dispensed on each card was identical across all treatment arms.

The patient treatment assignment randomization was generated by an AstraZeneca
randomization staff member not associated with the trial and was provided directly to the
medication packaging group and to ICTI Clinical Supplies Management Group for
incorporation into the IVRS system.  No member of the study team in AstraZeneca, at
investigational sites or the contract research organization handing data had access to the
randomization scheme during the conduct of the study.

### 5.4.4.2    Methods for unblinding the study

Treatment codes, indicating the treatment randomization for each randomized subject, were
available to the investigators or pharmacists at the study center.  The treatment code was not
to be broken except in medical emergencies when the appropriate management of the subject
necessitated knowledge of the treatment randomization.  The investigator was to document
and report to AstraZeneca any breaking of the treatment code.  AstraZeneca retained the right
to break the code for serious adverse events that were causally related to treatment and
potentially required expedited reporting to regulatory authorities and, in exceptional
circumstances, for other safety reasons.  Treatment codes were not to be broken for the
planned analyses of data until all decisions on the availability of the data from each individual
subject were made and documented.

### 5.4.5    Pre-study, concomitant, and post-study treatments

Nonpsychotropic medication, including over-the counter medications, taken by the subject
before entry into the trial could be continued during the trial.  Medications required to treat
illnesses or complaints that occur during the trial could be used at the discretion of the
investigator.  Use of cytochrome P450 inducers and potent inhibitors was restricted (see Table
10, below).

Women who entered the trial with an intrauterine device in place, using oral contraceptives, or
using injectable or implantable hormonal agents designed to prevent pregnancy could continue
these treatments throughout the trial.

The use of psychoactive drugs other than those specifically allowed during the trial (ie,
lorazepam and zolpidem tartrate) was restricted.  Medications specifically prohibited or
restricted, and those permitted during the trial are listed in Table 10.

Clinical Study Report
Study code 5077US/0049

**Table 10          Permitted, restricted and prohibited medications**

| Use category | Type of medication |
|---|---|
| Permitted | Previous medications for medical, nonpsychiatric illnesses |
| | Oral contraceptives and contraceptive devices |
| Restricted | Zolpidem tartrate 5-10 mg at bedtime for insomnia |
| | Lorazepam 1-3 mg per day for severe anxiety |
| | These drugs could be prescribed during the first 3 weeks of the study as long as they did not interfere with any assessments |
| Prohibited | Potent cytochrome P450 3A4 inducers (including but not limited to barbiturates, carbamazepine, rifampin, and St John's Wort) |
| | Potent cytochrome P450 3A4 inhibitors (including but not limited to ketoconazole, itraconazoole, fluconazole, erythromycin, clarithromycin, troleandomycin, indinavir, nelfinavir, ritonavir, and saquinavir) |
| | Antipsychotic medications (including but not limited to phenothiazines, risperidone, olanzapine, ziprasidone, clozapine, loxapine, thiothixene, molindone) |
| | Use of any psychoactive drugs including antidepressants, hypnotics, mood stabilizing drugs, and antipsychotics from a period of 7 to 28 days depending on the medications involved (eg. 28 days for haloperidol decanoate and fluphenazine decanoate) prior to randomization to end of study. |
| | Fluoxetine had to be discontinued at least 14 days prior to randomization. |

Other medication considered necessary for the subject's safety and well being could be given at the discretion of the investigators.  The administration of all medication (including investigational products) was recorded in case report forms (CRFs).

## 5.4.6          Treatment compliance

Compliance was assessed by returned tablet counts.  Compliance was calculated as the number of tablets taken (dispensed - returned) divided by the prescribed number of tablets (number of days times number of tablets per day) expressed as a percent.  Based on this calculation a subject with at least 75% compliance with study medication during study participation was classified as compliant.

If, in the opinion of the investigator, there were any significant irregularities in compliance the patient was to be withdrawn from the study.

Clinical Study Report
Study code 5077US/0049

## 5.5      Measurements of study variables and definitions of outcome variables

### 5.5.1      Primary variable

The primary outcome variable was the change from baseline to final assessment in the MADRS total score.  This outcome variable was the basis for the sample size calculation (Section 5.7.5).

### 5.5.2      Screening and demographic measurements

The following data were collected at screening:

- date of birth, sex and race.  Race was defined by the geographic origin of the patient's family.  Caucasian was used for family origins in Europe, India, Pakistan, Afghanistan, Arabia, North Africa, Middle East countries, and Asia Minor.  Black was used for Africa but not North Africa.  Oriental was used from Asia (except for Asian countries classified as Caucasian) and for Greenland.  Other was used for mixed races and for Aboriginal, Maori, Melanesian, Pygmean, and Tamil.  Hispanic was not specifically defined in the CRF and was left to the discretion of the investigator.

- vital signs, height, weight

- supine and standing blood pressure and pulse

- significant medical history (including current adverse events)

- physical examination including ophthalmoscopic exam

- 12-lead electrocardiogram

- clinical chemistry and hematology

- pregnancy test (if female of childbearing potential)

- HAM-D assessment

- YMRS

- CGI-S

- DSM-IV diagnosis, based on SCID assessment

Clinical Study Report
Study code 5077US/0049

### 5.5.3      Efficacy measurements and variables

#### 5.5.3.1    Summary of efficacy objectives and variables

Table 11 summarizes the efficacy variables of this study, and shows how they relate to the study objectives.

**Table 11         Efficacy objectives, and outcome variables relating to each objective**

| Objective | Summary outcome variables for analysis (including timepoint and population) |
|---|---|
| **Primary**<br><br>Evaluate the efficacy of quetiapine compared to placebo in the treatment of a major depressive episode in patients with bipolar disorder after receiving treatment for up to 8 weeks | **Primary outcome variable**<br><br>Change from baseline to final assessment in the MADRS total score in the Intention-to-treat (ITT) population |
| | **Secondary outcome variables**<br><br>Percentage of patients in the ITT population showing a $\geq 50\%$ reduction from baseline in MADRS total score (responders) at each assessment and at final assessment<br><br>Percentage of patients in the ITT population showing a MADRS total score $\leq 12$ (remitters) at each assessment and at final assessment<br><br>Change from baseline to each assessment for the MADRS total score in the ITT and PP populations<br><br>Change from baseline to each assessment in the total HAM-D total score in the ITT population<br><br>Change from baseline to each assessment in the HAM-D Item 1 score in the ITT population<br><br>Change from baseline to each assessment and at final assessment for the CGI-S in the ITT population<br><br>CGI-I score at each assessment and at final assessment in the ITT population |
| **Secondary**<br><br>Evaluate the effect of quetiapine compared to placebo on symptoms of anxiety | **Secondary outcome variables**<br><br>Change from baseline to each assessment and to final assessment in the HAM-A total score in the ITT population |

The timings of the efficacy assessments are presented in the study plan in Section 5.1.  The methods for collecting efficacy data are presented below.

Clinical Study Report
Study code 5077US/0049

### 5.5.3.2 Primary variable: MADRS total score change from baseline at last assessment

**(a)        Methods of assessment**

The MADRS is a 10-item instrument that was used to rate the patient's depressive symptoms for the preceding week (Montgomery and Asberg 1979). Scoring for each of the items was made on a 0- to 6-point scale, with higher scores indicating more severe depression.

**(b)        Calculation or derivation of outcome variable**

The MADRS total score was calculated by summing the scores from each of its 10 items. Change from baseline in the MADRS total score was calculated by subtracting the baseline total score from the visit score. Alleviation of depressive symptoms was thus indicated by a negative change score.

### 5.5.3.3 Secondary variable:  MADRS response

**(a)        Methods of assessment**

As specified in Section 5.5.3.2.

**(b)        Calculation or derivation of outcome variable**

Response at a visit was defined as a decrease from baseline MADRS total score of ≥50% at the given visit.

### 5.5.3.4 Secondary variable:  MADRS remission

**(a)        Methods of assessment**

As specified in Section 5.5.3.2.

**(b)        Calculation or derivation of outcome variable**

Remission at a visit was defined as a MADRS total score ≤12 at the given visit.

### 5.5.3.5 Secondary variable: MADRS total score change from baseline at each assessment

As specified in Section 5.5.3.2 for each visit.

### 5.5.3.6 Secondary variable:  change from baseline in HAM-D total score

**(a)        Methods of assessment**

The HAM-D is a 17-item instrument that was used to rate the patient's depressive symptoms for the preceding week (Hamilton 1960). The items are scored on a 0- to 2-, 0- to 3-, or 0- to 4-point scale, with higher scores indicating more severe depression. The maximum score is 53.

Clinical Study Report
Study code 5077US/0049

**(b)        Calculation or derivation of outcome variable**

The HAM-D total score was calculated by summing the scores from each of its 17 items. Change from baseline in the HAM-D total score was calculated by subtracting the baseline total score from the visit score.  Alleviation of depressive symptoms was thus indicated by a negative change score.

### 5.5.3.7    Secondary variable:  change from baseline in HAM-D Item 1 score

**(a)        Methods of assessment**

Item 1 of the HAM-D is a 0- to 4-point rating of depressed mood.

**(b)        Calculation or derivation of outcome variable**

Change from baseline in the HAM-D Item 1 score was calculated by subtracting the baseline score from the visit score.  Alleviation of depressed mood was thus indicated by a negative change score.

### 5.5.3.8    Secondary variables:  change from baseline in CGI

The CGI is a three-item scale used to assess treatment response in psychiatric patients (Guy 1976).  Only Items 1 and 2 were recorded on the CRF and evaluated in this study.  They are: Severity of Illness (CGI-S) and Global Improvement (CGI-I)[1].  Item 1 is rated on a seven-point scale (1=normal to 7=extremely ill) and item 2, on a seven-point scale (1=very much improved to 7=very much worse).

**(a)        Methods of assessment – CGI-S**

The Severity of Illness item requires the clinician to rate the severity of the patient's illness at the time of assessment, relative to the clinician's past experience with patients who have the same diagnosis.  Considering total clinical experience, a patient is assessed on severity of mental illness at the time of rating according to: normal (not at all ill); borderline mentally ill; mildly ill; moderately ill; markedly ill; severely ill; or extremely ill.

**(b)        Calculation or derivation of outcome variable**

Change from baseline of the CGI-S was calculated by subtracting the baseline score from the visit score.  Alleviation of symptom severity was thus indicated by a negative change score.

**(c)        Methods of assessment – CGI-I**

The Improvement item requires the clinician to rate how much the patient's illness has improved or worsened relative to a baseline state.  Compared to condition at baseline, a

---

[1] The abbreviation for the CGI Global Improvement scale was changed from "CGI-C" as used in the protocol to "CGI-I" to be consistent with the clinical literature.

Clinical Study Report
Study code 5077US/0049

patient's illness is compared to change over time, and rated according to: very much improved;
much improved; moderately improved; minimally improved; no change; minimally worse;
moderately worse; much worse; or very much worse.

**(d)      Calculation or derivation of outcome variable**

For the CGI-I, symptomatic improvement from status at entry into the trial was thus indicated
by scores of 3 or less while symptomatic deterioration was indicated by scores of 5 or more.

### 5.5.3.9      Secondary variable:  incidence of treatment-emergent mania -- YMRS

**(a)      Methods of assessment**

The YMRS is an 11-item instrument that was used to rate the patient's mania symptoms for
the preceding week (Young et al 1978).  Scoring for the items was made on a 0- to 4-point
scale for 7 of the items and on a 0- to 8-point scale for the remaining 4 items.  Reports of
investigator-diagnosed cases of treatment-emergent mania or hypomania were compiled from
adverse events reports.

**(b)      Calculation or derivation of outcome variable**

Treatment-emergent mania for a patient was scored if the patient's YMRS total score was $\geq 16$
at any two consecutive visits or final visit or if they received an AE report of mania or
hypomania from the investigator.  Change from baseline in the YMRS score was calculated by
subtracting the baseline score from the visit score.  The primary variable, the change from
baseline in YMRS, was defined as the YMRS total score at Day 57 or final assessment minus
the YMRS total score at baseline (Visit 2; Day 1).  An increase in mania or hypomania
symptoms was thus indicated by a positive change score.

### 5.5.3.10      Secondary variable:  change from baseline in HAM-A

**(a)      Methods of assessment**

The HAM-A is a 14-item instrument that was used to rate the patient's anxiety symptoms for
the preceding week (Hamilton 1959).  Scoring for each of the items was made on a 0- to 4-
point scale of increasing severity.

**(b)      Calculation or derivation of outcome variable**

Change from baseline in the HAM-A score was calculated by subtracting the baseline score
from the visit score.  Alleviation of anxiety symptoms was thus indicated by a negative
change score.

### 5.5.4      Patient-Reported Outcomes (PROs) measurements and variables

### 5.5.4.1      Summary of PRO objectives and variables

Table 12 shows how the efficacy outcome variables of this study relate to the study
objectives.

| Table 12 | Quality of life objectives and outcome variables relating to each objective |
|---|---|
| **Objective** | **Summary outcome variables for analysis (including time point and population)** |
| **Exploratory**<br>evaluate the effect of quetiapine compared to placebo on the overall quality of life<br>evaluate the effect of quetiapine compared to placebo on quality of sleep | **Exploratory measure**<br>Change from baseline to each assessment and final assessment in short form Q-LES-Q in the ITT population<br>Change from baseline to each assessment and final assessment in PSQI in the ITT population |

The methods of collecting quality of life data are described below.

### 5.5.4.2   Change from baseline in the Q-LES-Q

**(a)        Methods of assessment**

The Q-LES-Q is a quality of life questionnaire assessing physical health, subjective feelings, leisure activities, social relationships, and medication and life satisfaction (Endicott et al 1993). Higher scores indicate better quality of life. The Q-LES-Q short form consisting of the 16-item "General Activities" scale of the Q-LES_Q long form was used. The items are scored on a 5-point scale.

**(b)        Calculation or derivation of outcome variable**

The short form has 16 self-rated questions, and the first 14 were incorporated into percent of maximum score by converting the raw summary scores and expressing them as a percentage of the maximum possible score (100). The change from baseline was calculated at each assessment (observed cases) and final assessment in the Q-LES-Q by subtracting the baseline score from the visit score. Improvement in quality of life was thus indicated by a positive change score.

### 5.5.4.3   Change from baseline in the PSQI

**(a)        Methods of assessment**

The PSQI is a 10-item questionnaire which the patient used to rate sleep quality for the previous month (Buysse et al 1989). Higher scores indicate more severe difficulties in sleep quality.

**(b)        Calculation or derivation of outcome variable**

The first 9 questions were incorporated into 7 component scores which were added together to yield one total "global" score (see the Statistical Analysis Plan in Appendix 12.1.9). The

change from baseline was calculated at each assessment (observed cases) and at final assessment (LOCF) by subtracting the baseline score from the visit score.  Improvement in sleep quality was thus indicated by a negative change score.

## 5.5.5    Health Economics measurements and variables

Not applicable.

## 5.5.6    Pharmacokinetic measurements and variables

Not applicable.

## 5.5.7    Safety measurements and variables

### 5.5.7.1    Summary of safety objectives and variables

Table 13 summarizes the safety variables assessed in this study, and shows how they relate to the study objectives.

**Table 13        Safety objectives and outcome variables relating to each objective**

| Objective | Summary outcome variables for analysis (including time point and population) |
| --- | --- |
| Evaluate the safety and tolerability of quetiapine in the treatment of patients with bipolar depression | Incidence and severity of adverse events during double-blind treatment<br>Incidence of drug-related adverse events during double-blind treatment<br>Incidence rate of adverse events related to extrapyramidal symptoms during double-blind treatment |
| | Incidence of subject withdrawal due to adverse events |
| | Clinical laboratory assessments change from baseline to Day 57 in the safety population |
| | Incidence of potentially clinically important changes in clinical laboratory assessments |
| | Change in weight and body mass index (BMI) from baseline to Day 57 in the safety population |
| | Vital signs from baseline to Day 57 in the safety population |
| | Incidence of potentially clinically important changes in vital signs |
| | Electrocardiogram (ECG) |
| | Incidence of potentially clinically important changes in ECG |
| | Change in the SAS total score from baseline to final assessment |

Clinical Study Report
Study code 5077US/0049

**Table 13       Safety objectives and outcome variables relating to each objective**

| Objective | Summary outcome variables for analysis (including time point and population) |
|---|---|
| | Change in BARS Global Assessment score from baseline to final assessment |
| Evaluate the incidence of treatment-emergent mania in quetiapine-treated patients compared to placebo-treated patients | Proportion of patients exhibiting a YMRS total score $\geq 16$ on two consecutive assessments or at final assessment or having an AE report of treatment-emergent mania or hypomania. Change from baseline to each assessment and to final assessment in the YMRS total score in the ITT population |

The timings of the safety assessments are presented in the study plan in Section 5.1.  The methods for collecting safety data are described below.

**5.5.7.2     Adverse events**

**(a)        Definitions**

An adverse event was defined as the development of an undesirable medical condition or the deterioration of a pre-existing medical condition following or during exposure to a pharmaceutical product, whether or not considered causally related to the product.  This definition included events in any screening period or during any follow-up period specified in the study protocol.  An undesirable medical condition could be symptoms (eg, nausea, chest pain), signs (eg, tachycardia, enlarged liver) or the abnormal results of an investigation (eg, laboratory findings, electrocardiogram).

A serious adverse event was defined as an AE occurring during any study phase (ie, run-in, treatment, washout, follow-up), and at any dose of the investigational product, comparator or placebo, that fulfilled one or more of the following criteria:

- resulted in death

- was immediately life-threatening

- required in-patient hospitalization or prolonged existing hospitalization

- resulted in persistent or significant disability or incapacity

- was a congenital abnormality or birth defect

- was an important medical event that might have jeopardized the subject or might have required medical intervention to prevent one of the outcomes listed above?

Clinical Study Report
Study code 5077US/0049

Study drug abuse was to be considered an SAE, even when there are no symptoms or additional AEs.  Misuse of study drug was considered to be an AE but was not considered an SAE unless accompanied by serious sequelae.

All overdoses, with or without associated symptoms, were to be reported as AEs.

Suicide and attempted suicide, irrespective of the method, but occurring in connection with the use of study drug, was to be reported as AEs (serious or non-serious).  The event was to be identified as suicide or attempted suicide, and the method of the suicide or attempt was to be provided.  If an attempted suicide meets the criteria for an SAE, the event was to be reported as such.

**(b)        Recording of adverse events**

All AEs that occur before, during treatment, or within 30 days following the cessation of treatment, whether or not related to the study drug, had to be recorded on the CRF provided by the sponsor.

A description of the event, its intensity, duration, action taken and outcome were to be recorded, along with the investigator's causality assessment of the relationship of the event to the study drug.  If a diagnosis of the patient's condition was made, then the diagnosis was to be recorded as the AE.  However, if a diagnosis of the patient's condition had not been made, or if the individual symptoms were not well-recognized, then the individual symptoms were to be recorded separately.

AEs were entered coded according to the MedDRA dictionary by AstraZeneca personnel.

In general, abnormal laboratory tests or vital signs were not to be reported as AEs unless they fulfilled the criteria for an SAE or lead to discontinuation.  If an abnormal laboratory test result or vital sign was associated with clinical signs and symptoms, the sign or symptom was reported to be an AE, and the associated test result or vital sign was to be recorded on the CRF.

Any detrimental change in the patient's condition after the patient entered the study was to be discussed with the investigator.  Where the detrimental change was considered by the investigator to constitute a progression or relapse of bipolar depression or a lack of efficacy, the change was not considered to be an AE event where hospitalization was necessitated or prolonged.  If it was believed that study medication contributed to deterioration, it was recorded as an AE.  If it was not believed that the study medication contributed to deterioration, it was recorded as lack of efficacy.

Signs & symptoms noted in patient reported outcome instruments (PSQI & Q-LES-Q) were not reported as AEs.

Pregnancy in itself was not regarded as an adverse event unless there was a suspicion that the investigational product under study may have interfered with the effectiveness of a

Clinical Study Report
Study code 5077US/0049

contraceptive medication.  However, the outcome of all pregnancies (spontaneous miscarriage, elective termination, normal birth or congenital abnormality) was to be followed up and documented even if the subject was discontinued from the study.  All reports of congenital abnormalities, birth defects and spontaneous miscarriages were to be recorded as SAEs.  Elective abortions without complications were not to be considered as adverse events. All outcomes of pregnancy were to be reported to AstraZeneca on the pregnancy outcomes report form.

**(c)       Reporting of serious adverse events**

All SAEs were to be reported, whether or not they were considered causally related to the investigational product.  When an investigator became aware of an SAE during the course of the study, the SAE was to be reported to the local monitor or other AstraZeneca representative in accordance with the AstraZeneca study protocol.  If any SAEs were recorded during the 30-day follow-up period, all concomitant medications taken during the 30-day follow-up were also to be recorded on the CRF.

### 5.5.7.3   Laboratory safety measurements and variables

Laboratory safety variables assessed in this study are summarized in Table 14.

**Table 14            Laboratory safety variables**

| Type of assessment | Variables |
| --- | --- |
| Fasting hematology | Hemoglobin |
|  | Hematocrit |
|  | Red blood cell count (RBC) |
|  | White blood cell count (WBC) |
|  | Differential white blood cell count (% and absolute) |
|  | Platelet count |
| Clinical chemistry |  |
| Hepatic function | Alanine transaminase (ALT) |
|  | Aspartate transaminase (AST) |
|  | Alkaline phosphatase |
|  | Total bilirubin |
| Renal function | Creatinine |
| Lipids | Total cholesterol |
|  | low-density lipoprotein cholesterol |
|  | high-density lipoprotein cholesterol |
|  | triglycerides |

Clinical Study Report
Study code 5077US/0049

**Table 14          Laboratory safety variables**

| Type of assessment | Variables |
|---|---|
| Electrolytes | Sodium |
| | Potassium |
| | chloride |
| | bicarbonate |
| Thyroid function | Thyroid stimulating hormone (TSH) |
| | Triiodothyronine resin uptake (T3RU) |
| | Free thyroxine (T4) |
| Other | Insulin |
| | Glucose |

Laboratory results were converted to standard units according to conversion factors listed in Table 11.3.7.1.1.1 and Table 11.3.7.1.2.1.  Change from baseline (the final test value minus the screening test value) was derived for all subjects who had a screening laboratory test and a final laboratory test.  Abnormal laboratory findings were identified as outside the normal range according to local laboratory criteria or as clinically important according to the criteria presented in Table 15, which presents criteria specified in the statistical analysis plan and the criteria that were adopted as the safety analysis proceeded.  The criteria for clinically important changes were revised to reflect changes in medical standards and to insure consistency across the Seroquel programs as defined in 2005 and agreed with regulatory authorities.

**Table 15          Definition of clinically important clinical laboratory values**

| Laboratory assessment | Units | Low | High |
|---|---|---|---|
| **Hematology** | | | |
| Hematocrit (males) | vol fraction | ≤0.37 | ≥0.50 |
| Hematocrit (females) | vol fraction | ≤0.32 | ≥0.55 |
| Hemoglobin (males) | g/dL | ≤11.5 | ≥18.5 |
| Hemoglobin (females) | g/dL | ≤10.5 | ≥16.5 |
| RBC | $10^{12}$ cells/L | ≤3 | ≥6 |
| Platelet count | $10^9$ cells/L | ≤100 | ≥600 |
| WBC | $10^9$ cells/L | ≤3.0 | ≥16.0 |
| Neutrophils | | | |

50

Clinical Study Report
Study code 5077US/0049

**Table 15**          **Definition of clinically important clinical laboratory values**

| Laboratory assessment | Units | Low | High |
|---|---|---|---|
| proportion | % | None | None |
| Absolute (neutropenia) | $10^9$ cells/L | ≤1.5[a] | ≥10 |
| Absolute (agranulocytosis) | $10^9$ cells/L | ≤0.5[b] | NA |
| Eosinophils | | | |
| proportion | % | NA | None |
| absolute | $10^6$ cells/L | NA | ≥1000 |
| Basophils | | | |
| proportion | % | NA | None |
| absolute | $10^9$ cells/L | NA | ≥0.5 |
| Lymphocytes | | | |
| proportion | % | None | None |
| absolute | $10^9$ cells/L | ≤0.5 | ≥6 |
| Monocytes | | | |
| proportion | % | NA | None |
| absolute | $10^9$ cells/L | NA | ≥1.4 |
| | | | |
| **Chemistry** | | | |
| ALT | ULN | NA | ≥3 |
| AST | ULN | NA | ≥3 |
| Alkaline phosphatase | ULN | NA | ≥3 |
| Total bilirubin | ULN | NA | ≥1.5 |
| BUN | mg/dL | NA | ≥30 |
| Creatinine | mg/dL | NA | ≥1.58 |
| Sodium | mmol/L | ≤132 | ≥152 |
| Potassium | mmol/L | ≤3.0 | ≥5.5 |
| Bicarbonate ($CO_2$) | mmol/L | ≤18 | ≥30 |
| Chloride | mmol/L | ≤90 | ≥120 |
| Free T4 | LLN/ULN | <0.8 | >1.2 |
| TSH | mIU/L | NA | >5 |

Clinical Study Report
Study code 5077US/0049

**Table 15**          **Definition of clinically important clinical laboratory values**

| Laboratory assessment | Units | Low | High |
|---|---|---|---|
| Total cholesterol | mg/dL | NA | ≥240 |
| HDL | mg/dL | ≤40 | None |
| LDL | mg/dL | None | ≥160 |
| Triglycerides | mg/dL | NA | ≥200 |
| Glucose | | | |
|     fasting | mg/dL | ≤45 | ≥126 |
|     random | mg/dL | ≤45 | ≥200 |

LLN     Lower limit of normal
ULN     Upper limit of normal
NA      Not applicable
a       Criterion for neutropenia
b       Criterion for agranulocytosis

### 5.5.7.4   Vital signs measurement

Vital signs included supine and standing pulse, and systolic and diastolic blood pressure. Changes from baseline at each visit for each of these variables were calculated. Differences in supine and standing scores were also computed.

Vital signs assessed are shown in Table 16, along with criteria for potentially clinically important values.

**Table 16       Definitions of potentially clinically important vital signs by FDA criteria**

| Vital sign | Criterion value | Change from baseline |
|---|---|---|
| Pulse | >120 bpm | increase ≥15 bpm |
|  | <50 bpm | decrease ≥15 bpm |
| Systolic blood pressure | ≥180 mm Hg | increase ≥20 mm Hg |
|  | ≤90 mm Hg | decrease ≥20 mm Hg |
| Diastolic blood pressure | ≥105 mm Hg | increase ≥30 mm Hg |
|  | ≤50 mm Hg | decrease ≥20 mm Hg |
| Orthostatic changes |  |  |
| Systolic blood pressure or | decrease ≥20 mm Hg from supine to standing after 1 min | |
| Diastolic blood pressure | decrease ≥20 mm Hg from supine to standing after 1 min | |
| Pulse | increase ≥20 bpm from supine to standing after 1 min | |
| Combined | Decrease ≥20 mm Hg in systolic BP and increase ≥20 bpm in pulse rate | |

bpm       beats per minute

### 5.5.7.5   ECG safety measurements and variables

Twelve-lead ECGs were performed at screening and on Day 57. ECGs for patients at all trial sites were acquired at the site using an approved unit and were transmitted to eResearch Technology. Quality assurance of the ECG waveform and patient demographics was conducted by a central laboratory operator at eResearch Technology. ECGs were processed through a computer interpretation program and then reviewed first by an ECG analyst and then by a board-certified cardiologist. QTc intervals were calculated using the Fridericia formula (Puddu 1988). ECG parameters are shown in Table 17 , along with criteria for potentially clinically important values.

Clinical Study Report
Study code 5077US/0049

**Table 17          Definition of potentially clinically important electrocardiogram parameters**

| ECG parameter | Criterion value | Change from baseline |
|---|---|---|
| Heart rate | >120 bpm | increase ≥15 bpm |
| | <50 bpm | decrease ≥15 bpm |
| PR | ≥210 msec | NA |
| QRS | ≤50 msec | NA |
| | ≥120 msec | NA |
| QT | ≥500 msec | Increase ≥60 msec |
| | ≤200 msec | NA |
| $QT_C$ (Fridericia Correction) | ≥450 msec | Increase ≥60 msec |

NA   Not applicable

### 5.5.7.6    Weight and Body Mass Index (BMI)

Patient weight data were also explored as change in BMI.  Patients were stratified by BMI category to determine changes within and across categories.

Body mass index was calculated using the following formula:

*BMI = weight in kilograms ÷ (height in meters)$^2$*

For cross tabulation the following categorization was used:

| Category | BMI (kg/m$^2$) |
|---|---|
| Underweight | Under 18.5 |
| Normal weight | 18.5 – 24.9 |
| Overweight | 25 – 29.9 |
| Obese | 30 – 39.9 |
| Severely Obese | 40 and over |

Changes in body weight and BMI were computed as Day 57 (LOCF) measurement minus the baseline measurement.  The key endpoint for weight change was whether a patient gained ≥7% over baseline.  Weight loss of ≥7% has been presented as well.

### 5.5.7.7    Physical examination

New positive findings on last-visit physical examination were to be reported as adverse events.

54

Clinical Study Report
Study code 5077US/0049

### 5.5.7.8    Simpson-Angus Scale (SAS)

The SAS (Simpson and Angus 1970) is the sum of a 10-item scale that is used to rate the presence and intensity of extrapyramidal motor symptoms, with the score for each item ranging from 0 to 4.  The investigator could also enter each item as "not ratable."  Items rated as "not ratable" were scored as a "9" in the database and were treated as missing data and not included in the total score (See Statistical Analysis Plan, Appendix 12.1.9, for further detail).  Increases from baseline in total score thus indicated an increase in extrapyramidal motor symptoms.

### 5.5.7.9    Barnes-Akathisia Rating Scale (BARS)

The BARS (Barnes 1989) has 4 items and is used to assess objective and subjective attributes of akathisia.  Only one item of the BARS, the Global Assessment of Akathisia, with a score ranging from 0 to 5 was analyzed.  Increases from baseline in the global assessment item score thus indicated an increase in akathisia.

## 5.6       Data management and quality assurance

The quality of study data was assured through monitoring of investigational sites, provision of appropriate training for study personnel, and use of data management procedures, as detailed below.

AstraZeneca's quality assurance and internal quality control procedures provide reassurance that the clinical study program was carried out in accordance with GCP guidelines.  AstraZeneca undertakes a GCP audit program to ensure compliance with its procedures and to assess the adequacy of its quality control measures.  Audits, by a Global Quality Assurance group operating independently of the study monitors and in accordance with documented policies and procedures, are directed towards all aspects of the clinical study process and its associated documentation.

### 5.6.1    Monitoring

An investigator's meeting was held before the start of the study.  During the study, the LRA monitors had regular contact with the investigational sites; these contacts included visits to confirm that the facilities remained acceptable, that the investigational teams were adhering to the protocol, that data were being accurately recorded in the CRF and to provide information and support to the investigator.  The monitor ensured that drug accountability was being carried out.  Source data verification (a comparison of the data in the CRF with the hospital and other records at the investigational site) was also performed.  The monitors or other LRA personnel were available between visits to provide any information or advice required by the investigator.

### 5.6.2    Training

Investigational personnel were trained and tested on the administration of the MADRS, the HAM-D, the HAM-A and the YMRS at an investigators meeting in San Diego in September 2002.  Testing standards were set at ±2points for each test item.  If trainees failed to meet this

Clinical Study Report
Study code 5077US/0049

standard for ≥3 items, or if their total test score was deviant by 4 points or more, they were required to repeat the test using a new test videotape.  Training but no testing was also provided by Michael B First, MD, Columbia University for the SCID.

In addition, all site personnel were given a refresher course on study procedures by one of 5 WEBEX meetings in May of 2003.  The refresher course also covered known points of difficulty based upon experience in the trial to date.

### 5.6.3    Data management

Case report forms were provided for recording of data.  The forms were printed in triplicate on carbonless paper. Data were to be recorded directly and legibly onto the case report forms with black ink, preferably with black ball-point pen.  If any data were not available, omissions were to be indicated on the case report forms.  Corrections were to be made legibly and be initialed and dated by approved personnel; the reasons for significant changes had to be provided.  Correction fluid or covering labels could not be used.  The top 2 sheets were collected and returned to AstraZeneca Pharmaceuticals and the 3rd sheet was retained by the investigator.

Data from the completed CRFs were entered into a Microsoft ACCESS database version 97 at LRA and transferred to AstraZeneca as SAS datasets.  The process was documented in the Data Management Plan and the Data Management Validation Guidelines and the validation performed under the direction of the responsible Data Manager.  Centrally collected ECG data were sent from eResearch Technology in an electronic format to be loaded by batch process.

Clinical laboratory data were transferred to AstraZeneca from Quintiles Laboratories as SAS datasets.

Data management activities (i.e, cleaning of data) were performed using the ACCESS database version 97.  Any data queries raised following validation were dealt with using data query sheets.  The distribution of copies was as for the CRFs.

## 5.7    Statistical methods and determination of sample size

### 5.7.1    Statistical evaluation

The statistical evaluation of study data was performed by Margaret Minkwitz of the AstraZeneca Quantitative Decision Sciences group using SAS$^{®}$ Version 8.

### 5.7.2    Description of outcome variables in relation to objectives and hypotheses

Definitions of efficacy outcome variables are given in Section 5.5.3.  Definitions of patient-reported outcome variables are given in Section 5.5.5.  Definitions of safety outcome variables are given in Section 5.5.7.

Statistical comparisons of the primary outcome variable, the change from baseline at Day 57 (LOCF) in the MADRS total score, tested the hypothesis that treatment with quetiapine 300 mg once daily or with quetiapine 600 mg once daily would produce larger reductions than

Clinical Study Report
Study code 5077US/0049

would treatment with placebo.  The same hypotheses were tested for the following secondary efficacy,  exploratory efficacy and safety outcome variables:

- Change from baseline at each assessment of MADRS total score

- Change from baseline to each assessment in the total HAM-D total score

- Change from baseline to each assessment in the HAM-D Item 1 score

- Change from baseline to each assessment and at final assessment for the CGI-S score

- CGI-I score at each assessment and at final assessment

- Change from baseline to each assessment and at final assessment for the Q-LES-Q score

- Change from baseline to each assessment and at final assessment for the YMRS score

- Change from baseline at final assessment for the PSQI score

- Change from baseline at final assessment for the BARS score

Analysis of the secondary outcome variables of response to treatment ($\geq$50% reduction in MADRS total score from baseline) and remission (achievement of MADRS total score $\leq$12) following treatment tested the hypotheses that treatment with quetiapine 300 mg once daily or with 600 mg once daily would produce a larger proportion of patients that met criteria within either of the treatment groups compared to the placebo group.

Analysis of the secondary outcome variables of change from baseline to each assessment and to final assessment in the HAM-A total score tested the hypotheses that treatment with quetiapine 300 mg once daily or with quetiapine 600 mg once daily would produce similar or larger reductions than would treatment with placebo.

### 5.7.3    Description of analysis sets

Data analysis was based on the following 3 patient populations:

- The safety population included all enrolled patients classified according to treatment actually received. Randomized patients who did not receive treatment were excluded.

- The intention-to-treat (ITT) population included all evaluable patients in the safety population, classified according to the assigned randomized treatment.  It included all enrolled patients who took study medication and who had a baseline MADRS and at least 1 valid post baseline MADRS assessment.  Two patients who had

Clinical Study Report
Study code 5077US/0049

enrolled at two separate sites and who were randomly assigned to placebo treatment
at both sites were not regarded as evaluable.  Their exclusion reduced the original
placebo group by 4.  The ITT population was used to assess the primary efficacy
outcome variable.

- The per-protocol (PP) population excluded patients from the ITT population with
protocol violations and deviations that were regarded as interfering with an accurate
efficacy assessment (see Statistical Analysis Plan in Appendix 12.1.9 for further
detail).

### 5.7.4   Methods of statistical analysis

### 5.7.4.1   General principles

All statistical tests were 2-sided.  The primary analyses used last observation carried forward
(LOCF) for the time period of interest.

This trial employed a central randomization with a stratification based on diagnosis (bipolar 1
and bipolar 2); therefore diagnosis (not center) was included as a stratification variable in the
analysis models.  Center was included in the ANCOVA model as a random effect.

For the primary analysis a Simes-Hommel step up procedure was used to adjust for the 2
comparisons of each quetiapine dose with placebo.  The p-values obtained from the analysis
were ordered as:  $P(1) \leq P(2)$.  The following rule was used to assess statistical significance
for the primary analysis:

1.      If $P(2) \leq 0.05$, then reject both null hypotheses associated with P(2) and P(1): else
proceed

2.      If $P(1) \leq 0.025$, the reject null hypothesis associated with P(1)

All secondary analyses were conducted at the nominal significance level of 0.05, with no
adjustment for multiple comparisons.

The primary analysis of efficacy was performed on the ITT population.  A PP analysis was
also conducted for the primary efficacy variable to assess sensitivity of results.

Although the data were stratified by entry criteria for diagnosis, bipolar I or bipolar II, if a
patient's diagnosis on the case report form differed from the stratification group, the patient
was reclassified into the appropriate diagnostic group for analysis.

Patients who were randomized but subsequently were never dosed were excluded from both
efficacy and safety analyses.

### 5.7.4.2     Testing of covariates

In general, the baseline value for a given score was included as a covariate in an analysis of change from baseline for that score.  Because randomization was stratified by diagnosis, diagnosis stratum was also included as a covariate where appropriate.

Potential center effects were evaluated.  It was not expected that all centers would contribute patients to all strata.  Thus imbalances were expected both in terms of number randomized and in the distribution across the strata.  The expectation was that approximately 1/3 would be bipolar II and 2/3 bipolar I.  There was a limit of 70 patients in a center (13% of the randomized population) but the median was expected to be >12 patients/center.

Assumptions of the intended analysis were explored using blinded data (e.g., using probability plots when testing the assumption of normality and consistency of variance).  If any of the assumptions were found to be violated, an appropriate transformation or a non-parametric technique was considered to validate the main results.

### 5.7.4.3     Efficacy analysis methods

Efficacy analysis methods are summarized below.  Changes from the original statistical analysis plan are described in Section 5.8.2.

**Primary analysis for MADRS**

The primary analysis of change from baseline to final assessment (LOCF) in MADRS total scores tested the superiority of each dose level of quetiapine using an Analysis of Covariance (ANCOVA) with the baseline MADRS total score as the covariate and including treatment and diagnosis strata as fixed effects and center as a random effect in the model.

The significance of the pairwise comparisons of quetiapine dose groups to placebo were ordered and compared to the cut off values for the Simes-Himmel step up procedure to preserve the overall experiment-wise error rate and conserve power.

The primary analysis used the ITT population with a second analysis performed on the PP population to assess sensitivity of results to population.

A further analysis of the change from baseline in MADRS total score was performed using a repeated measures mixed effects model.  The model included terms for treatment, bipolar diagnosis, treatment x bipolar diagnosis, baseline MADRS total score, visit (week), and treatment x visit effects.  Several covariance structures were examined, including autoregressive, banded Toeplitz, compounded symmetry and unstructured.  The best fitting covariance structure, the banded Toeplitz, was determined using the Bayesian information criterion.

**Secondary efficacy analysis**

All secondary analyses were made in order to yield supportive evidence that quetiapine was more effective than placebo.  These analyses used the ITT population and mainly have been

Clinical Study Report
Study code 5077US/0049

presented as point estimates with associated 95% confidence intervals for the treatment effects and the difference between groups. The confidence levels and p-values displayed are nominal with no adjustment for multiplicity.

**MADRS item analyses**

Although item analysis for the MADRS was not initially described in the SAP, the items were analyzed using an ANCOVA model. Analysis was conducted for completeness to identify aspects of the scale where quetiapine treatment separated from placebo.

**Response**

Analysis of categorized MADRS response (at least a 50% reduction from baseline) tested the treatment and placebo difference at each visit and at final assessment (LOCF) using a Cochran-Mantel-Haenszel Chi square test across diagnosis strata. Summary statistics (number and % in each treatment group responding) have been presented along with the p-values and estimated log-odds ratio with 95% confidence interval. The model was fitted using the PROC FREQ procedure in SAS®.

**Remission**

Post-hoc analysis of categorized MADRS remission (total score ≤12) tested the treatment and placebo difference at each visit and at final assessment (LOCF) using a Cochran-Mantel-Haenszel Chi square test across diagnosis strata. Summary statistics (number and % in each treatment group responding) have been presented along with the p-values and estimated log-odds ratio with 95% confidence interval. The model was fitted using the PROC FREQ procedure in SAS®.

**HAM-D**

Descriptive statistics have been presented for HAM-D total score, HAM-D Item 1 score, change from baseline for HAM-D total score and change from baseline HAM-D Item 1 by visit and final assessment (LOCF). The ANCOVA model was used with baseline as a covariate and treatment and diagnosis strata as fixed effects.

**CGI**

Descriptive statistics have been presented for the CGI-S, CGI-I and change from baseline in CGI-S by visit and final assessment.

Two approaches to analysis were evaluated; one approach handled the data as if they were continuous and analyzed the change from baseline CGI-S and CGI-I using an ANCOVA model with baseline CGI-S as a covariate and treatment and diagnosis strata as fixed effects.

In the second approach, the CGI-I was dichotomized into a binomial response: improved (defined as rating of "much improved" or "very much improved") or not improved (defined as any lesser rating than "much improved"). This was assessed in the same manner as MADRS response.

Clinical Study Report
Study code 5077US/0049

**YMRS total score**

Descriptive statistics have been presented for the YMRS total score and the change from baseline in YMRS total score by visit and at final assessment.  The ANCOVA model was used with the MADRS baseline as a covariate and treatment and diagnosis strata as fixed effects.

**HAM-A**

Descriptive statistics have been presented for the HAM-A total score and the change from baseline in HAM-A total score by visit and at final assessment.  The ANCOVA model was used with the MADRS baseline as a covariate and treatment and diagnosis strata as fixed effects.

**PSQI**

The PSQI score was calculated as described in Section 5.5.4.3.  Descriptive statistics have been presented for the PSQI total score, change from baseline in PSQI total score and itemized response to each question by assessment visit and final assessment.  The ANCOVA model was used for PSQI change from baseline to each assessment and final visit with the baseline PSQI total score as a covariate and treatment and diagnosis strata as fixed effects.

**Q-LES-Q**

Descriptive statistics of overall level of satisfaction with general activities have been presented for the Q-LES-Q raw total score, Q-LES-Q % maximum total score, change from baseline in Q-LES-Q raw total score, and change from baseline in % maximum total score by assessment visit and final assessment.  The ANCOVA model was used for Q-LES-Q change from baseline for both raw total score and % maximum score to each assessment and final visit with the appropriate baseline Q-LES-Q total score as a covariate and treatment and diagnosis strata as fixed effects.

**5.7.4.4     Safety analysis methods**

All safety analysis were based on the safety population, but where change from baseline was the primary focus of the analysis, only patients with both baseline and post baseline data were included.

Adverse events incidence rates were tabulated and presented for the following categories: all adverse events, serious adverse events, drug related adverse events, adverse events leading to death, and adverse events leading to withdrawal of patients from the study.  No formal statistical testing was performed for adverse events.

Safety areas of special interest defined for the Seroquel program included extrapyramidal syndrome (EPS), QT prolongation, neutropenia/agranulocytosis, weight changes, metabolic syndrome, diabetes and suicidality.  For this trial, suicidality was defined on the basis of adverse events only.  QT prolongation, neutropenia/agranulocytosis, weight changes, metabolic syndrome and diabetes were evaluated on the bases of both adverse event reports and clinical findings.  EPS was examined by using adverse event and anticholinergic medication data along with SAS and BARS scores.

Clinical Study Report
Study code 5077US/0049

Laboratory, weight, vital signs and ECG data have been analyzed as descriptive statistics for change from baseline, as shifts from normal/abnormal values and as shifts from positive/negative potentially clinically important findings.

Glucose metabolism variables were evaluated for the general safety population and for the 3 subgroups of patients defined as 1) known to be diabetic, 2) regarded as at-risk for diabetes, and for those who were 3) neither diabetic nor at-risk for diabetes. Patients were considered as known to be diabetic if they had a history of diabetes or had a baseline fasting glucose assessment $\geq$126 mg/dL. Patients were considered to be at-risk for diabetes if they had a history of gestational diabetes, a BMI $\geq$35, or a baseline fasting glucose assessment $\geq$100 mg/dL but <126 mg/dL. Patients were considered to be neither diabetic nor at-risk for diabetes if they did not meet criteria for diabetes or diabetes risk. Diabetes and at-risk subgroups were also classified on the basis of criteria for random glucose sampling ($\geq$200 mg/dL for diabetes; random criteria were not applied to classify the at-risk category) to explore the possibility of variable fasting status for blood sampling.

As insulin and glucose were measured in this study, post hoc analysis of their functional relationship considered insulin resistance (HOMA$_R$) and insulin sensitivity (QUICKI) as additional summary variables. HOMA$_R$ was computed using the formula:

$$HOMA_R = Insulin\ (\mu U/mL)\ x\ glucose\ (mmol/L)/22.5$$

QUICKI was computed using the formula:

$$QUICKI = 1/\{log_{10}\ [fasting\ insulin\ (\mu U/mL)]\ +\ log_{10}\ [fasting\ glucose\ (mg/dL)]\}$$

A post-hoc evaluation of the glucose change from baseline and the insulin, HOMA$_R$, and QUICKI final assessment results were performed to determine the impact of treatment on those measures. ANCOVA models were applied, with treatment, diabetes risk group, baseline assessment results and study site (random variable) as explanatory variables.

Metabolic syndrome risk factors were evaluated by determining which patients had relevant medical history at baseline or who exhibited combinations of the following findings:

- BMI $\geq$30 kg/m$^2$

- Supine systolic blood pressure $\geq$130 mmHg or diastolic blood pressure $\geq$85 mmHg averaged over the last 2 assessments

- Triglycerides $\geq$150 mg/dL

- HDL <40 mg/dL for men or <50 mg/dL for women

- Glucose $\geq$110 mg/dL or random glucose $\geq$140 mg/dL

Clinical Study Report
Study code 5077US/0049

Patients who met an aggregate of at least 3 metabolic syndrome risk factors were considered to be at risk for metabolic syndrome.  Patients were classified as meeting or not meeting each individual criterion at baseline and at final assessment.  The number and proportion of patients shifting from meeting 0, 1, or 2 criteria to meeting either fewer than 3 vs 3 or more criteria at final assessment were determined.  The contribution of each criterion factor to the meeting of 3 or more criteria was evaluated within the population meeting aggregate risk criteria by determining the proportion of patients who shifted from not meeting to fulfilling each individual criterion.  A more detailed presentation of the methods used for analyzing metabolic syndrome risk factors is included in Appendix 12.1.9.

The difference between treatment groups in the proportion of patients whose SAS scores and BARS scores were greater than baseline at the final assessment was tested using a logistic regression model.  The odds ratio was calculated for each treatment arm compared to placebo, together with a 95% confidence interval, using results from PROC GENMOD and was used to compare treatments.  Statistical tests were performed as 2-tailed, with a significance level of 0.05.  The main analysis was the final assessment (LOCF) for the time period of interest.

### 5.7.4.5    Study medication compliance and exposure

To summarize patient dose in concordance with the intent-to-treat principle, the prescribed daily dose (number of tablets) was used to measure the daily dose.  Investigators could reduce the dose by 1 tablet per day after day 8 if needed.  The number and percentage of patients for whom dose reduction was initiated was tabulated by treatment group.

Individual patient compliance was assessed based on tablets taken and expected number based on the duration of study participation.  The patient was then classified as fully compliant ($\geq$80%), partially compliant ($\geq$70% and $\leq$80%) or non-compliant (<70%).

Patients were classified by the nominal dose for the treatment group to which they were assigned.  Descriptive statistics have been provided on the category of compliance by treatment group and diagnosis.

### 5.7.4.6    Sleep medication use

Number of days and percent of the first 21 days with lorazepam use or sleep medication use was calculated for each patient.  If a patient withdrew early, the percent was calculated based on the number of days in the trial if less than 21.  These data were summarized by treatment group and diagnosis strata using descriptive statistics.

### 5.7.4.7    Withdrawals

Differences between treatment groups in overall rate of withdrawal and category of withdrawal were tested using a CMH test stratified by diagnosis.  Withdrawals on or before day 8 were examined as part of the consideration of balance between treatment groups due to early withdrawal.

For each visit (week of study) withdrawals were summarized in total and by reason for withdrawal using descriptive statistics.

Clinical Study Report
Study code 5077US/0049

### 5.7.5    Determination of sample size

As there were no data using the MADRS instrument in the assessment of quetiapine in treating bipolar subjects with depression, the sample size estimation was based on published data from bipolar depression trials with lamotrigine (Calabrese et al 1999) and olanzapine monotherapy (Tohen et al 2003). The percentage change in the HAM-D across these lamotrigine studies in bipolar depression is similar to that observed with quetiapine (Sajatovic, Mullen and Sweitzer 2002). MADRS scores correlate significantly with those of the HAM-D (Montgomery and Asberg 1979).

Sample size was estimated using an Bonferroni correction for the 2 comparisons with placebo. A clinically meaningful 3.6-unit difference between quetiapine treatment and placebo was used to estimate the effect size (with 3.1 units considered a minimally effective and detectable difference). The variability used for calculation was 10 units, the variability seen in the olanzapine study. A sample size of 168 subjects/arm (504 subjects total) would provide 85% power for 2-sided pair-wise comparisons with placebo at $\alpha=0.025$ which provides an overall experiment wise type I error rate of 0.05. Therefore, 740 patients were planned for screening and approximately 530 for randomized assignment to treatment (allowing for a 5% early drop out rate), to insure 504 patients with post baseline data available for analysis (MITT analysis population). This sample size would provide 72% power to detect a 3.1 unit difference from placebo.

### 5.7.6    Interim analyses

There were no interim analyses for this study.

### 5.7.7    Data and safety monitoring board

There were no data or safety monitoring boards for this study.

## 5.8    Clinical study protocol amendments and other changes in the conduct of the study or planned analyses

### 5.8.1    Changes in the conduct of the study

Amendments to the study protocol are shown in Table 18, which also indicates when amendments came into force with respect to the recruitment of subjects.

**Table 18          Protocol amendments**

| Number (date of internal approval) | Key details of amendment (Section of this report affected) | Reason for amendment | Persons who initiated amendment[a] |
|---|---|---|---|
| **Amendments made before the start of subject recruitment** | | | |
| Amendment 1 30 September 02 | Inclusion/exclusion criteria adjusted (Section 5.3) | Criteria clarified and better specified | Study team |

Clinical Study Report
Study code 5077US/0049

**Table 18          Protocol amendments**

| Number (date of internal approval) | Key details of amendment (Section of this report affected) | Reason for amendment | Persons who initiated amendment[a] |
|---|---|---|---|
| | QOL and safety outcome variables removed from Days 8, 15, 22, 35 and 43 assessments (Section 5.1) | Assessments deemed unnecessary | Study team |
| **Amendments made after the start of subject recruitment** | | | |
| Amendment 2 4 December 02 | Established administration of the ICI-D (Section 5.5.3.2) | Quality control for MADRS administration | Study team |
| Amendment 3 21 April 03 | Procedure for reporting AEs and for follow-up of AES for 30 days after cessation of study treatment changed to 7 days. (Section 5.5.7.2) | Follow-up limited to no more than 5 half-lives of quetiapine | Study team |
| | Specification of washout period for psychoactive medications simplified. (Section 5.3.3) | Allowed for greater consistency throughout protocol | |
| Amendment 4 12 May 03 | Minimum and maximum number of patients enrolled per site changed from 4 and 50 to none and 70, respectively (Section 5.1) | Allowed greater enrollment without loss of balance across sites | Study team |
| | Day 57 or discontinuation assessments of CGI-I, CGI-S and Q-LES-Q added; all psychiatric assessments dropped when patient has missed 72 hours of study drug before visit. (Section 5.1) | Quetiapine's half-life of 4 hours makes 72-hour post dose assessment of questionable value | |
| | Text added to specify that patient data would be given privacy protection with patient authorization. (Section 1) | Protocol made compliant with HIPAA. | |
| Amendment 5 14 July 03 | Procedure for reporting AEs and for follow-up of AES for 7 days after cessation of study treatment changed to 30 days. (Section 5.5.7.2) | Restored FDA-requested procedures. | Study team |

a    All protocol amendments were approved within AstraZeneca before being implemented.

## 5.8.2    Changes to planned analyses

Changes to the planned analyses are shown in Table 19.  This table indicates when any changes were made in relation to the unblinding of study data.

Clinical Study Report
Study code 5077US/0049

**Table 19              Changes to planned analyses**

| Key details of change (Section of this report affected) | Reason for amendment | Persons who initiated amendment |
|---|---|---|
| **Changes made before unblinding of study data** | | |
| Hypotheses for HAM-A outcome variable changed from protocol statement "quetiapine….will be similar or better than placebo in producing anxiety symptoms" to "similar or better than placebo in reducing anxiety symptoms" | Error correction | Study team |
| Outcome variable name for BARS assessment corrected from "total score" to "global assessment score" | Error correction | Study team |
| Criteria for treatment-emergent mania/hypomania redefined as YMRS ≥16 on two consecutive assessments or at final assessment or an adverse event of mania or hypomania | Clearer, more inclusive criteria | Study team |
| Analysis of change from baseline for Q-LES-Q and PSQI at all assessments specified | Clearer, more inclusive criteria | |
| Criteria for treatment compliance changed in SAP from that stated in protocol | Clearer, more precise definition | Study team |
| **Changes made after unblinding of study data** | | |
| Item analysis for MADRS added | Additional interpretive material on efficacy obtained | Study team |
| Comparative analysis of the rates of remission for each treatment group, defined as the proportion of patients with MADRS scores ≤ 12 at any visit was added to the analysis plan | Additional interpretive material on efficacy obtained | Study team |
| Comparative analyses of changes from baseline in MADRS item scores for each treatment group added to the analysis plan | Additional interpretive material on efficacy obtained | Study team |
| Criteria for binomial categorization of CGI-I redefined from that given in SA. | Definition more in accord with accepted criteria in medical literature | Study team |
| Computation of $HOMA_R$ and QUICKI at each visit added to safety analysis | Additional interpretive material on safety obtained | Study team |

Clinical Study Report
Study code 5077US/0049

**Table 19          Changes to planned analyses**

| Key details of change (Section of this report affected) | Reason for amendment | Persons who initiated amendment |
|---|---|---|
| Thyroid function assessments specified as T3 resin uptake instead of triiodothyronine | Clinical laboratory notified study team that incorrect analysis was reported | Study team |
| Safety assessments of special interest expanded to include EPS, diabetes, QT prolongation, neutropenia/agranulocytosis, weight changes, and metabolic syndrome risk factors | Identified as areas of regulatory interest and necessary for program consistency | Study team |
| Clinically important criteria revised as specified in Table 15 through Table 17 | Criteria adjusted to current standards and for program consistency | Study team |

# 6.        STUDY SUBJECTS

A summary of the subject population is given in Section 6.1.  Thereafter, the following aspects of the study population are considered: disposition (Section 6.2), adherence to the study protocol (Section 6.3), populations analyzed (Section 6.4), demography and other baseline characteristics (Section 6.5), and treatment compliance and use of concomitant medication (Section 6.6).  Conclusions on the suitability of the subject population with respect to the overall purpose of the study are given in Section 6.7.

## 6.1       Summary of subjects

**In total, 838 patients were screened and 542 patients with either bipolar I disorder and bipolar II disorder exhibiting moderate to severe depression were randomly assigned to receive either quetiapine 300 mg daily, quetiapine 600 mg daily or placebo.  Bipolar I patients made up 66.4% of the total and bipolar II patients, 33.6%.  Approximately 21% of all patients had rapid cycling courses (≥4 mood episodes in past year).  The first patient was enrolled on 30 September 2002 and the last patient completed the study on 17 September 2003.  Of the 542 patients recruited, 539 received treatment and were included in the safety population, of whom 511 were analyzed for efficacy in an intention-to-treat analysis set and 453 in a per-protocol analysis set.  The three groups were well-matched in number and demographic and baseline disease characteristics. The mean patient age was approximately 37 years, and approximately 58% of the patients were female.  Approximately 75% to 85% of patients in each treatment group were Caucasian, and most of the remainder were Black.  Within the safety population,**

Clinical Study Report
Study code 5077US/0049

**67% of quetiapine 300 mg patients, 54% of quetiapine 600 mg patients and 59% of placebo patients completed the protocol.  Adverse events were the main reason for withdrawal in quetiapine-treated patients, while lack of efficacy was the main reason for withdrawal in placebo-treated patients.**

Table 20 shows where the data supporting this section are presented.

**Table 20          Location of supporting data on study subjects**

| Data | Location | |
| --- | --- | --- |
| | **Summary tables (Section 11.1)** | **Individual subject data (Appendix 12.2)** |
| Subject disposition | Table 11.1.1.1 to Table 11.1.4.5 | Appendix 12.2.1.1 to Appendix 12.2.2 |
| Discontinued subjects | Table 11.1.4.1 to Table 11.1.4.2 and Table 11.1.4.5 | Appendix 12.2.1.2 |
| Subjects completing the study | Table 11.1.4.3 to Table 11.1.4.5 | Appendix 12.2.1.2 |
| Subjects for whom the treatment code was prematurely broken | None | None |
| Protocol deviations | Table 11.1.3.1 and Table 11.1.3.2 | Appendix 12.2.2 |
| Subjects and data excluded from efficacy analyses | Table 11.1.3.1 and Table 11.1.3.2 | Appendix 12.2.1.4 |
| Demographic and baseline characteristics | Table 11.1.5.1.1 to Table 11.1.6.5 | Appendix 12.2.4.1, to Appendix 12.2.4.4, |
| Prior medication use | Table 11.1.7.1 to Table 11.1.7.5 | Appendix 12.2.10.6 |
| Concomitant medication use | Table 11.1.7.6 to Table 11.1.7.10 | Appendix 12.2.10.7 |
| Treatment compliance | Table 11.3.1.4 to Table 11.3.1.6 | Appendix 12.2.5 |

Clinical Study Report
Study code 5077US/0049

## 6.2     Disposition

The disposition of study subjects is summarized in Figure 1.

**Figure 1          Subject disposition (completion or discontinuation)**

| | |
|---|---|
| **Screened** | 838 |
| **Screen Failures** | 296 |
|     Lost to follow-up | 55 (18.6%) |
|     Adverse event | 6 (2.0%) |
|     Protocol noncompliance | 170 (57.4%) |
|     Informed consent withdrawn | 55 (18.6%) |
|     Other | 10 (3.4%) |
| **Randomized** | 542 |

| | Quetiapine 300 mg | Quetiapine 600 mg | Placebo |
|---|---|---|---|
| **Randomized** | 181 | 180 | 181 |
|     Not treated[a] | 2 | 0 | 1 |
| **Received drug** | 179 | 180 | 180 |
| **Discontinued study treatment** | 60 | 82 | 74 |
|     Lost to follow-up | 12 | 21 | 11 |
|     Adverse event | 29 | 47 | 16 |
|     Protocol noncompliance | 10 | 4 | 11 |
|     Informed consent withdrawn | 5 | 6 | 12 |
|     Lack of efficacy | 4 | 1 | 24 |
|     Other | 0 | 3 | 0 |
| **Completed study** | 121 | 98 | 107 |

a     Patients not treated are also included in the discontinued from study treatment population due to protocol noncompliance

Data derived from Table 11.1.1.1, Table 11.1.2.1 and Table 11.1.4.1

Clinical Study Report
Study code 5077US/0049

Rates of study completion were 68% for quetiapine 300 mg patients, 54% for quetiapine 600
mg patients and 59% for placebo-treated patients.  However, the differences between active
treatment groups and the placebo group were not statistically significant (quetiapine 300 mg
vs placebo:  p = 0.109; quetiapine 600 mg vs placebo:  p = 0.343; see Table 11.1.4.5).  Similar
proportions of patients in the quetiapine 300 mg group (99.4%), the quetiapine 600 mg group
(96.1%) and the placebo group (98.9%) participated in the study through the first 8 days of
treatment (see Table 11.1.4.3) although some had discontinued study therapy during the first 8
days (see Table 21).

Among all patients assigned to treatment, lack of efficacy was cited as the reason for
withdrawal of 2.2% of quetiapine 300 mg patients, 0.6% of quetiapine 600 mg patients and
13.3% of placebo patients (see Table 11.1.4.1).  Patients treated with quetiapine 600 mg had
higher rates of withdrawal than did quetiapine 300 mg patients and placebo-treated patients
due to being lost to follow-up (11.7%, 6.6% and 6.1% respectively; see Table 11.1.4.1).
Patients treated with placebo showed higher withdrawal rates due to withdrawal of informed
consent than did either quetiapine treated group (placebo:  6.6%; quetiapine 600 mg:  3.3%;
quetiapine 300 mg:  2.8%; see Table 11.1.4.1).  Withdrawal due to adverse events was seen in
16.0% of quetiapine 300 mg patients, 26.1% of quetiapine 600 mg patients and 8.8% of
placebo-treated patients in the randomly-assigned population (see Table 11.1.4.1).  Of all
patients randomly assigned to treatment, 55.3% of Bipolar I patients and 48.6% of Bipolar II
patients completed the protocol (see Table 11.1.4.4).

## 6.3 Protocol violation and deviations leading to exclusion from the PP population

The number of subjects with protocol violations or deviations in each treatment group that
lead to exclusion from the PP population are summarized in Table 21.

**Table 21    Protocol violations and deviations leading to exclusion from the PP population**

| Protocol deviation or violation | Number (%) of ITT subjects | | |
|---|---|---|---|
| | Quetiapine 300 mg N=172 | Quetiapine 600 mg N=170 | Placebo N=169 |
| Protocol violators and deviators[a] | 20 (11.6) | 23 (13.5) | 15 (8.9) |
| YMRS total score >12 at screen or baseline visit | 0 (0) | 1 (0.6) | 0 (0) |
| Depression episode >12 months or <4 weeks | 0 (0) | 1 (0.6) | 2 (1.2) |
| History of substance dependence | 1 (0.6) | 1 (0.6) | 0 (0) |
| Use of psychoactive medications within 7-28 days prior to randomization[b] | 3 (1.7) | 4 (2.4) | 4 (2.4) |
| TSH >10% over the ULN at screen/baseline | 0 (0) | 0 (0) | 3 (1.8) |

Clinical Study Report
Study code 5077US/0049

**Table 21**       **Protocol violations and deviations leading to exclusion from the PP population**

| Protocol deviation or violation | Number (%) of ITT subjects | | |
|---|---|---|---|
| | Quetiapine 300 mg N=172 | Quetiapine 600 mg N=170 | Placebo N=169 |
| Zolpidem use >10 mg in first 3 weeks | 1 (0.6) | 0 (0) | 0 (0) |
| Zolpidem or lorazepam use after Week 3 | 1 (0.6) | 0 (0) | 0 (0) |
| Potent P450 inhibitor use | 0 (0) | 1 (0.6) | 0 (0) |
| Antipsychotic use during study | 1 (0.6) | 1 (0.6) | 0 (0) |
| Antidepressants, hypnotics, mood stabilizers during study | 1 (0.6) | 3 (1.8) | 2 (1.2) |
| Subjects who reduced study medication by more than 100 mg | 0 (0.0) | 4 (2.4) | 0 (0.0) |
| Subjects who received any dose reduction before Day 8 | 3 (1.7) | 3 (1.8) | 2 (1.2) |
| Subjects who received less than 70% of prescribed doses | 2 (1.2) | 2 (1.2) | 1 (0.6) |
| Subjects who received <=8 days of study therapy | 15 (8.7) | 16 (9.4) | 7 (4.1) |
| MADRS assessment collected >4 days after last dose of study medication | 6 (3.5) | 6 (3.5) | 1 (0.6) |
| Documented drug abuse during study | 1 (0.6) | 1 (0.6) | 0 (0) |
| No post-baseline assessment after data exclusions | 2 (1.2) | 0 (0) | 0 (0) |

a    Patients in this category may have multiple reasons listed below
b    See Section 5.1 for drug washout requirements
Data derived from Table 11.1.3.2 and include only items with counts

Patients were excluded from the PP population in similar proportions and for similar causes among the 3 treatment groups overall.  Exclusion for receiving less than 9 days of treatment was the most common reason for all treatment groups.

## 6.4       Subject populations analyzed (analysis sets)

The analysis sets and the number of subjects in each analysis set are summarized in Figure 2. Definitions of the analysis sets are given in Section 5.7.3.

Clinical Study Report
Study code 5077US/0049

**Figure 2          Analysis sets**



| | Quetiapine 300 mg n = 181 | Quetiapine 600 mg n = 180 | Placebo n = 181 |
|---|---|---|---|
| **Excluded from safety population** | | | |
| Not treated | 2 | 0 | 1 |
| **Safety population** | 179 | 180 | 180 |
| **Excluded from ITT population** | 7 | 10 | 11 |
| No valid baseline or post-baseline MADRS score | 7 | 10 | 7 |
| Multiple center participation | 0 | 0 | 4 |
| **Intent-to-Treat Population** | 172 | 170 | 169 |
| **Excluded from PP population** see Table 21 for reasons | 20 | 23 | 15 |
| **PP population** | 152 | 147 | 154 |

Data derived from Table 11.1.2.1, Table 11.1.3.1 and Table 11.1.3.2.

All decisions on the inclusion or exclusion of patients from analyses were made while the data were masked.

Protocol deviations and violations leading to exclusion of quetiapine-treated patients from the ITT population were restricted to missing MADRS data that made computation of change from baseline impossible.  Two placebo-treated patients were excluded for participating in the study at more than one site, resulting in a loss of 4 from the ITT population.  Altogether, ten of the 180 patients treated with quetiapine 600 mg, 7 of the 179 patients treated with quetiapine 300 mg and 11 of the 180 patients treated with placebo were excluded from the ITT population (see Table 11.1.3.1).  Exclusions from the PP population are described in Section 6.3.

Clinical Study Report
Study code 5077US/0049

## 6.5     Demographic and other patient characteristics

### 6.5.1     Sex, age, race and weight

The demographic and key baseline characteristics of study subjects in the ITT population are summarized in Table 22.  Data for the safety population are presented in Table 11.1.5.1.1 and Table 11.1.5.2.1.

**Table 22          Demographic and baseline characteristics of the ITT population**

| Demographic or baseline characteristic | | Treatment group | | |
|---|---|---|---|---|
| | | Quetiapine 300 mg (N=172) | Quetiapine 600 mg (N=170) | Placebo (N=169) |
| **Demographic characteristics** | | | | |
| Sex: n(%) | Male | 79(45.9) | 71 (41.8) | 64 (37.9) |
| | Female | 93(54.1) | 99 (58.2) | 105 (62.1) |
| Age (years) | Mean (SD) | 36.6 (11.2) | 37.3 (11.4) | 38.3 (11.1) |
| | Minimum | 18 | 18 | 18 |
| | Maximum | 65 | 63 | 62 |
| Age distribution: n (%) | 18-39 years | 103 (59.9) | 99 (58.2) | 96 (56.8) |
| | 40-65 years | 69 (40.1) | 71 (41.8) | 73 (43.2) |
| Race: n(%) | Caucasian | 141 (82.0) | 144 (84.7) | 129 (76.3) |
| | Black | 23 (13.4) | 18 (10.6) | 26 (15.4) |
| | Oriental | 0 (0) | 1 (0.6) | 2 (1.2) |
| | Hispanic | 7 (4.1) | 5 (2.9) | 9 (5.3) |
| | Other | 1 (0.6) | 2 (1.2) | 3 (1.8) |
| **Baseline characteristics** | | | | |
| Weight (kg) | Mean (SD) | 86.6 (20.9) | 84.8 (21.6) | 83.8 (21.8) |
| | Minimum | 47 | 41 | 44 |
| | Maximum | 159 | 158 | 149 |
| BMI: n (%) | <18.5 $kg/m^2$ | 0 | 2 (1.2) | 2 (1.2) |
| | 18.5 to <25 $kg/m^2$ | 47 (27.6) | 47 (28.1) | 53 (31.4) |
| | 25 to <30 $kg/m^2$ | 57 (33.5) | 63 (37.7) | 51 (30.2) |
| | 30 to <40 $kg/m^2$ | 49 (28.8) | 40 (24.0) | 47 (27.8) |
| | ≥40 $kg/m^2$ | 17 (10.0) | 15 (9.0) | 16 (9.5) |

Data derived from Table 11.1.5.1.2 and Table 11.1.5.2.2.

Clinical Study Report
Study code 5077US/0049

The safety and PP populations were similar to the ITT population in distribution of demographic and baseline characteristics.  The treatment groups were well-matched in all analysis populations (see Tables 11.1.5.1.1, and 11.1.5.1.2 and Tables 11.1.5.2.1 and 11.1.5.2.2).

### 6.5.2    Baseline disease characteristics

Baseline disease characteristics for the ITT population are displayed in Table 23.  Baseline disease characteristics for the safety population are presented in Table 11.1.6.1 and Table 11.1.6.2).

**Table 23          Baseline disease characteristics (ITT population)**

| | Quetiapine 300 mg (N=172 ) | | Quetiapine 600 mg (N=170 ) | | Placebo (N=169 ) | |
|---|---|---|---|---|---|---|
| **DSM-IV diagnosis:** n (%) | | | | | | |
| Bipolar I disorder | 116 | (67.4) | 114 | (67.1) | 112 | (66.3) |
| Bipolar II disorder | 56 | (32.6) | 56 | (32.9) | 57 | (33.7) |
| **Baseline MADRS total score** | | | | | | |
| Mean (SD) | 30.3 | (5.0) | 30.3 | (5.3) | 30.6 | (5.3) |
| Minimum, maximum | 13, | 45 | 16, | 48 | 20, | 47 |
| **Screening HAM-D score** | | | | | | |
| Mean (SD) | 24.3 | (3.1) | 24.8 | (3.6) | 24.7 | (3.4) |
| Range – minimum, maximum | 20, | 35 | 20, | 34 | 20, | 35 |
| **Baseline HAM-A score** | | | | | | |
| Mean (SD) | 18.7 | (7.3) | 18.7 | (7.3) | 18.9 | (7.2) |
| Range – minimum, maximum | 3, | 41 | 0, | 38 | 0, | 37 |
| **Screening YMRS score** | | | | | | |
| Mean (SD) | 4.9 | (2.8) | 4.8 | (3.2) | 4.9 | (3.2) |
| Range – minimum, maximum | 0, | 12 | 0, | 12 | 0, | 12 |
| **Baseline CGI-S score** | | | | | | |
| Mean (SD) | 4.4 | (0.5) | 4.5 | (0.6) | 4.4 | (0.6) |
| Range – minimum, maximum | 3, | 6 | 3, | 6 | 3, | 6 |
| **Baseline Q-LES-Q score** | | | | | | |
| Mean (SD) | 35.9 | (8.3) | 34.3 | (9.0) | 34.6 | (7.8) |
| Range – minimum, maximum | 17, | 64 | 15, | 55 | 14, | 63 |
| **Years since first depressed episode** | | | | | | |
| Mean (SD) | 18.3 | (10.7) | 18.4 | (10.7) | 18.6 | (10.8) |
| Range – minimum, maximum | 2, | 47 | 2, | 45 | 2, | 55 |

Clinical Study Report
Study code 5077US/0049

### Table 23        Baseline disease characteristics (ITT population)

| | Quetiapine 300 mg (N=172 ) | | Quetiapine 600 mg (N=170 ) | | Placebo (N=169 ) | |
|---|---|---|---|---|---|---|
| **Depressed episodes over lifetime** | | | | | | |
|   Mean (SD) | 14.3 | (23.1) | 17.4 | (43.3) | 15.5 | (25.4) |
|   Range – minimum, maximum | 1, | 199 | 0, | 456 | 0, | 200 |
| **Depressed episodes over past year** | | | | | | |
|   Mean (SD) | 1.3 | (1.8) | 1.3 | (2.3) | 1.4 | (3.6) |
|   Range – minimum, maximum | 0, | 12 | 0, | 24 | 0, | 36 |
| **Years since first manic or hypomanic episode** | | | | | | |
|   Mean (SD) | 14.6 | (10.1) | 15.6 | (9.5) | 15.2 | (10.5) |
|   Range – minimum, maximum | 1, | 44 | 2, | 43 | 1, | 54 |
| **Manic or hypomanic episodes over lifetime** | | | | | | |
|   Mean (SD) | 11.1 | (15.0) | 12.3 | (18.9) | 13.8 | (19.5) |
|   Range – minimum, maximum | 1, | 99 | 1, | 99 | 1, | 120 |
| **Manic or hypomanic episodes over past year** | | | | | | |
|   Mean (SD) | 1.3 | (1.5) | 1.4 | (2.4) | 1.6 | (3.5) |
|   Range – minimum, maximum | 0, | 8 | 0, | 20 | 0, | 36 |
| **Mood episodes over the past year: n (%)** | | | | | | |
|   <4 | 130 | 75.6 | 139 | 81.8 | 134 | 79.3 |
|   ≥4 | 42 | 24.4 | 31 | 18.2 | 35 | 20.7 |

Data derived from Table 11.1.6.1, Table 11.1.6.3, Table 11.2.1.1.1, Table 11.2.2.1.1, Table 11.2.3.1.1, Table 11.2.5.1.1, Table 11.2.6.1, Table 11.1.6.5, Table 11.3.8.1..7.1

MADRS total scores at baseline ranged from 13 to 48; the mean MADRS total score was between 30 and 31 in the 3 groups within the ITT population.  The PP population was similar to the ITT population with respect to baseline MADRS scale scores (see Table 11.2.1.1.1 and Table 11.2.1.1.3).  HAM-D total scores at screening ranged from 20 to 35; the mean HAM-D total score was between 24 and 25 in the 3 groups within the ITT population.  CGI-S scores at screening ranged from 3 to 6 with means of 4.3 to 4.5 for the 3 groups.

Descriptive parameters for years since first depressed episode, for the number depressed episodes over lifetime and for the number of manic or hypomanic episodes over lifetime were similar for the 3 treatment groups (see Table 23).

Clinical Study Report
Study code 5077US/0049

The ITT population comprised two-thirds Bipolar I and one-third Bipolar II patients, with similar proportions for each treatment group (see Table 11.1.6.1).  Both Bipolar I and Bipolar II patients exhibited baseline mean MADRS scores of 30 to 31 points and mean screening HAM-D scores of 24 to 25 points (see Table 11.2.1.1.2 and Table 11.2.2.1.1).  CGI-S scores for the Bipolar I patients ranged from 4.4 to 4.5 for the 3 groups, while for the Bipolar II patients, from 4.2 to 4.4 (see Table 11.2.3.4.1).  Patients with a rapid cycling course (≥4 mood episodes in the past year) made up 21% of patients in all three treatment groups (see Table 11.1.6.5).

## 6.6      Treatment compliance and use of concomitant medication

### 6.6.1      Treatment compliance

Compliance was uniform and high within the entire safety population for the 3 treatment groups.  One hundred seventy six quetiapine 300 mg patients (98.3%), 177 quetiapine 600 mg patients (98.3%) and 178 placebo patients (98.9%) were classified as being compliant on the basis of tablet counts that were consistent with at least 80% consumption of doses (see Table 11.3.1.4).

### 6.6.2      Concomitant medication

#### 6.6.2.1      Use of medication at study entry

The use of psychoactive medications at Visit 1 (screening) in the ITT population is summarized in Table 11.1.7.2.  Approximately 16% to 17% of patients in the safety population were taking an antidepressant before Visit 1 (screening); 4% to 12% were taking an antipsychotic, and 3% to 8% were taking both an antipsychotic and an antidepressant (see Table 11.1.7.5).  The treatment groups were well-matched with respect to recent medication history.

#### 6.6.2.2      Use of concomitant medication after randomization

The use of psychoactive medications after study entry in the ITT population is summarized in Table 11.1.7.7.  Lorazepam use was noted for 9.9% of quetiapine 300 mg patients, 5.3% of quetiapine 600 mg patients and 8.3% of placebo patients.  Zolpidem use was noted for 4.1% of quetiapine 300 mg patients, 6.5% of quetiapine 600 mg patients and 7.7% of placebo patients.  Deviations from the protocol list of excluded medications were recorded for a small number of patients in the safety population and were distributed across all three treatment groups.  Most of these cases arose from hospitalizations for psychiatric AEs (see individual patient narratives in Section 11.3.5.3) or from prescriptions initiated at the close of a patient's participation in the study.

Anticholinergic use for any indication was low (<7% at any week) for all treatment groups (see Table 11.1.7.10).  One patient (Patient 0014012; see Table 12.2.10.7) treated with 600 mg of quetiapine daily for 18 days was given diphenhydramine 10 mg for 2 days to treat akathisia.

Clinical Study Report
Study code 5077US/0049

## 6.7      Conclusions on study subjects

The 542 patients with either bipolar I disorder or bipolar II disorder exhibiting moderate to severe depression who participated in this study provided an adequate number to meet the design requirements to provide adequate statistical power.  The patients were representative of the general patient population -- bipolar I patients made up 66.4% of the total, and 21.1% of all patients had rapid cycling courses.  The three treatment groups were well-matched in number and demographic and baseline disease characteristics.  The mean patient age was approximately 37 years, and approximately 58% of the patients were female.  Approximately 75% to 85% of patients in each treatment group were Caucasian, and most of the remainder were Black.  Within the safety population, 67% of quetiapine 300 mg patients, 54% of quetiapine 600 mg patients and 59% of placebo patients completed the study.  Adverse events were the main reason for withdrawal in quetiapine-treated patients, while lack of efficacy was the main reason for withdrawal in placebo-treated patients.

## 7.      EFFICACY RESULTS

A summary of the efficacy results is given in Section 7.1.  Full results are given in following sections, and any issues potentially affecting these results are discussed in Section 7.6.  Conclusions on efficacy are given in Section 7.7.

## 7.1      Summary of efficacy results

*The comparison of change from baseline in total MADRS score supported the hypothesis that quetiapine at a dose of either 300 mg daily or 600 mg daily for up to 8 weeks of treatment of a depressive episode in patients with bipolar disorder was superior to placebo in reducing the level of depressive symptoms.  Quetiapine treated groups also showed superiority to placebo at Day 57 for changes from baseline in HAM-D total score, HAM-D Item 1, CGI and the HAM-A, and for MADRS-defined response.  A treatment advantage for quetiapine over placebo for the primary and most secondary outcome variables was statistically significant by Day 8 and continued to be so through Day 57.  The proportion of patients showing ≥50% reduction in MADRS total score (responders) was statistically significantly higher for the quetiapine 600 mg group compared to the placebo group by Day 8 and for the quetiapine 300 mg group by Day 15.*

Table 24 shows where the data supporting this section are presented.

Clinical Study Report
Study code 5077US/0049

**Table 24**          **Location of supporting data on efficacy**

| Data | Location | |
|------|----------|---|
| | **Summary tables (Section 11.2)** | **Individual subject data (Appendix 12.2.6)** |
| **Primary variable** | | |
| MADRS total score | Table 11.2.1.1.1, to Table 11.2.1.2.8, Table 11.2.1.4.1 to Table 11.2.1.4.4, Table 11.2.1.7 to Table 11.2.1.9, Table 11.2.1.10.1, to Table 11.2.1.10.4 Table 11.2.1.11.1, to Table 11.2.1.11.10 | Appendix 12.2.6.1 |
| | Figure 11.2.1.3.1 to Figure 11.2.1.3.6, Figure 11.2.1.5.1 to Figure 11.2.1.5.2 | |
| **Secondary variables** | | |
| MADRS response | Table 11.2.1.12, Table 11.2.1.13.1 to Table 11.2.1.13.6, Table 11.2.1.15 | Appendix 12.2.6.1 |
| | Figure 11.2.1.14 | |
| MADRS remission | Table 11.2.1.15, Table 11.2.1.16.1 Table 11.2.1.16.2 | Appendix 12.2.6.1 |
| | Figure 11.2.1.17 | |
| HAM-D | Table 11.2.2.1.1 to Table 11.2.2.2.4, Table 11.2.2.4.1 to Table 11.2.2.5.2 | Appendix 12.2.6.2 |
| | Figure 11.2.2.3.1 to Figure 11.2.2.3.6 | |
| HAM-D Item 1 | Table 11.2.2.5.1 to Table 11.2.2.6.4 | Appendix 12.2.6.2 |

Clinical Study Report
Study code 5077US/0049

**Table 24**          **Location of supporting data on efficacy**

| Data | Location | |
|------|----------|---|
| | **Summary tables (Section 11.2)** | **Individual subject data (Appendix 12.2.6)** |
| CGI-S | Table 11.2.3.1.1 to Table 11.2.3.2.4, Table 11.2.3.4.1 to Table 11.2.3.6 | Appendix 12.2.6.3 |
| | Figure 11.2.3.3.1 to Figure 11.2.3.3.3 | |
| CGI-I | Table 11.2.4.1.1 ,to Table 11.2.4.2.6, Table 11.2.4.4.1, Table 11.2.4.4.2 | Appendix 12.2.6.3 |
| | Figure 11.2.4.3 | |
| HAM-A | Table 11.2.5.1.1, to Table 11.2.5.2.4, Table 11.2.5.4.1, Table 11.2.5.4.2 | Appendix 12.2.6.5 |
| | Figure 11.2.5.3.1 to Figure 11.2.5.3.3 | |

Clinical Study Report
Study code 5077US/0049

## 7.2        Efficacy results

### 7.2.1        Primary variable:  MADRS total score change from baseline at last assessment

Results of the analysis of Day 57 change from baseline in MADRS total score are shown in Table 25.

**Table 25**        **MADRS total score change from baseline at Day 57 (LOCF, ITT population)**

|  | N | Baseline Mean (SD) | ANCOVA results | | |
|---|---|---|---|---|---|
|  |  |  | LS mean change or difference | Upper 95% Limit | p-value |
| Quetiapine 300 mg | 172 | 30.3 (5.03) | -16.39 | -14.59 |  |
| Quetiapine 600 mg | 170 | 30.3 (5.29) | -16.73 | -14.92 |  |
| Placebo | 169 | 30.6 (5.27) | -10.26 | -8.45 |  |
| Quetiapine 300 mg vs placebo |  |  | -6.13 | -3.94 | <0.001 |
| Quetiapine 600 mg vs placebo |  |  | -6.47 | -4.26 | <0.001 |

Data derived from Table 11.2.1.2.1

MADRS total scores decreased for both quetiapine and placebo-treated patients, but the decrease was significantly greater for the quetiapine-treated patients (see Table 25).  At the end of the 8-week course of treatment, quetiapine 300 mg patients in the ITT population had a least square mean of 6.13 points lower score than did placebo-treated patients, and quetiapine 600 mg patients in the ITT population had a least square mean of 6.47 points lower score than did placebo-treated patients (quetiapine 300 mg vs placebo:  p<0.001; quetiapine 600 mg vs placebo:p<0.001; see Table 25).  The same general magnitude of mean difference between treatments was also seen in the PP patients in the ITT population in which quetiapine 300 mg patients had a least square mean of 6.39 points lower score than did placebo-treated patients and quetiapine 600 mg patients had a least square mean of 7.14 points lower score than did placebo-treated patients (quetiapine 300 mg vs placebo p<0.001; quetiapine 600 mg vs placebo p<0.001; see Table 11.2.1.2.3).  The OC analysis of the ITT population, revealed that patients treated with quetiapine 300 mg had a least square mean of 5.67 points lower than placebo-treated patients and those treated with quetiapine 600 mg, had a least square mean of 7.74 points less than placebo-treated patients at Day 57 (quetiapine 300 mg vs placebo: p<0.001; quetiapine 300 mg vs placebo:  p<0.001; see Table 11.2.1.2.2).

Clinical Study Report
Study code 5077US/0049

Analysis using the MMRM technique supported the primary analysis findings (see Table 11.2.1.2.7).

Change from baseline in MADRS total score is shown by bipolar diagnosis in Table 26.

**Table 26      MADRS change from baseline at Day 57 by bipolar diagnosis (LOCF, ITT population)**

|  | QTP 300 | | QTP 600 | | Placebo | |
|---|---|---|---|---|---|---|
|  | N | Mean change | N | Mean change | N | Mean change |
| Bipolar I | 116 | -17.1 | 114 | -18.2 | 112 | -9.5 |
| Bipolar II | 56 | -15.2 | 56 | -13.9 | 57 | -12.2 |

Data derived from Table 11.2.1.4.1

Bipolar I and bipolar II patients treated with either 300 mg or 600 mg of quetiapine showed greater improvements in MADRS total score compared to patients treated with placebo. Bipolar I patients exhibited larger differences from placebo at final assessment than did bipolar II patients.  The less pronounced differential effect for Bipolar II patients was due to a smaller reduction in MADRS total score for each quetiapine treatment group and a greater reduction in score for Bipolar II placebo patients compared to Bipolar I placebo patients (see also Figure 11.2.1.5.1).

Descriptive statistics of MADRS data classified by race, age or sex did not reveal any notable differences between the treatment groups (see Table 11.2.1.7, Table 11.2.1.8 and Table 11.2.1.9).

Clinical Study Report
Study code 5077US/0049

Comparison of quetiapine treatment groups to the placebo treatment group for MADRS individual item changes from baseline at Day 57 is shown in Table 27.

**Table 27          MADRS item comparisons at Day 57 (LOCF, ITT population)**

| MADRS item | Quetiapine 300 mg | | Quetiapine 600 mg | |
|---|---|---|---|---|
| | LS mean difference from placebo | p-value | LS mean difference from placebo | p-value |
| 1. Apparent sadness | -0.57 | <0.001 | -0.66 | <0.001 |
| 2. Reported sadness | -0.67 | <0.001 | -0.80 | <0.001 |
| 3. Inner tension | -0.49 | 0.002 | -0.75 | <0.001 |
| 4. Reduced sleep | -1.28 | <0.001 | -1.38 | <0.001 |
| 5. Reduced appetite | -0.34 | 0.056 | -0.29 | 0.107 |
| 6. Concentration difficulties | -0.61 | <0.001 | -0.51 | 0.005 |
| 7. Lassitude | -0.32 | 0.080 | -0.40 | 0.028 |
| 8. Inability to feel | -0.59 | <0.001 | -0.55 | 0.002 |
| 9. Pessimistic thoughts | -0.81 | <0.001 | -0.71 | <0.001 |
| 10. Suicidal thoughts | -0.43 | <0.001 | -0.41 | 0.001 |

Data derived from Table 11.2.1.11.1 through Table 11.2.1.11.10

All of the ten individual MADRS item scores were reduced more by quetiapine treatment than by placebo treatment, with the largest treatment differences in Reduced Sleep and Reported Sadness items.  The Reduced Appetite and Lassitude items were the only two that did not reach p-values <0.05 for both doses of quetiapine.

### 7.2.2          Secondary variables

#### 7.2.2.1          Change from baseline to each assessment for the MADRS total score

Changes from baseline in the MADRS total score at each visit for ITT patients are shown in Figure 3.

Clinical Study Report
Study code 5077US/0049

**Figure 3**          **MADRS total score change from baseline -- LS mean (95% CI)**
                     **(LOCF, ITT population)**



Replication of Figure 11.2.1.3.5

Baseline MADRS values were similar for the 3 groups.  The change from baseline for both quetiapine treatment groups was significantly better than placebo at Day 8 (quetiapine 300 mg vs placebo:  p<0.001; quetiapine 600 mg vs placebo:  p<0.001) and continued to be superior to placebo at all subsequent assessments (see Table 11.2.1.2.1).

Clinical Study Report
Study code 5077US/0049

Changes from baseline in the MADRS total score at each visit for observed cases in the ITT population are shown in Figure 4.

Figure 4          MADRS total score change from baseline -- LS mean (95% CI) (OC, ITT population)



Replication of Figure 11.2.1.3.6

Changes from baseline in MADRS score for observed cases showed greater separation from placebo for the two quetiapine treatment groups at Day 8 and continued to be superior to placebo at all subsequent assessments.  The OC analysis indicated that patients taking 600 mg of quetiapine showed greater improvement than did those taking 300 mg of quetiapine.

Throughout the course of treatment, OC data revealed that bipolar I and bipolar II patients treated with either 300 mg or 600 mg of quetiapine showed greater improvements in MADRS total score compared to patients treated with placebo (see Figure 11.2.1.5.1).

### 7.2.2.2    MADRS response

The percentage of patients showing a MADRS response, at least a 50% improvement from baseline in MADRS total score, is shown for each visit in Figure 5.

Clinical Study Report
Study code 5077US/0049

**Figure 5**        **MADRS response (≥50% score reduction) -- percent of patients responding by visit day (LOCF, ITT population)**



Replication of Figure 11.2.1.14

At final assessment, 58% of quetiapine 300 mg patients, 58% of quetiapine 600 mg patients and 36% of placebo patients had achieved a status of MADRS responder (quetiapine 300 mg vs placebo p<0.001; quetiapine 600 mg vs placebo p<0.001; see Table 11.2.1.13.1).  The statistically significant differential between quetiapine and placebo groups was established by Day 15 for the quetiapine 300 mg group (p<0.001) and by Day 8 for the quetiapine 600 mg group (p<0.001) and continued to be superior to placebo at all subsequent assessments for both quetiapine groups (see Table 11.2.1.13.1).  Similar comparisons of the three treatment groups were noted when criteria for response were varied from 30% to 70% (see Table 11.2.1.12).

Among those who completed the study, 68% of patients treated with quetiapine 300 mg, 74% of patients treated with quetiapine 600 mg and 46% of patients treated with placebo met criteria for MADRS response (quetiapine 300 mg vs placebo p=0.002; quetiapine 600 mg vs placebo p<0.001; see Table 11.2.1.13.2).

Clinical Study Report
Study code 5077US/0049

Within the Bipolar I population at Day 57, 62% of quetiapine 300 mg patients, 64% of quetiapine 600 mg patients and 33% of placebo patients had achieved a status of MADRS responder.  For Bipolar II patients, the response rates were 48% for quetiapine 300 mg patients, 46% for quetiapine 600 patients and 42% for placebo patients (see Table 11.2.1.13.1).

### 7.2.2.3    MADRS-defined remission

The percentage of patients showing a reduction in MADRS score to ≤12, is shown for each visit in Figure 6.

**Figure 6**          **MADRS-defined remission (MADRS score ≤12) -- percent of patients by visit day (LOCF, ITT population)**



Replication of Figure 11.2.1.17

At last assessment, 53% of quetiapine 300 mg patients, 53% of quetiapine 600 mg patients and 28% of placebo patients had achieved a MADRS score of ≤12 and were regarded as being in remission (quetiapine 300 mg vs placebo p<0.001; quetiapine 600 mg vs placebo p<0.001; see Table 11.2.1.16.1).  The statistically significant difference between quetiapine and placebo

Clinical Study Report
Study code 5077US/0049

groups was established by Day 15 for both quetiapine-treated groups (p<0.001) and continued to be superior to placebo at all subsequent assessments (see Table 11.2.1.16.1).

### 7.2.2.4    Change from baseline to each assessment for the HAM-D total score

Results of the analysis of Day 57 change from baseline in HAM-D total score are shown in Table 28. Changes from baseline in the HAM-D total score at each visit for ITT patients are shown in Figure 7.

**Table 28**       **HAM-D total score change from baseline at Day 57 (LOCF, ITT population)**

|  |  |  | ANCOVA results | | |
| --- | --- | --- | --- | --- | --- |
|  | N | Baseline Mean (SD) | LS mean change or difference | Upper 95% Limit | p-value |
| Quetiapine 300 mg | 172 | 24.5 (3.00) | -13.38 | -12.07 |  |
| Quetiapine 600 mg | 170 | 24.7 (3.51) | -13.84 | -12.51 |  |
| Placebo | 169 | 24.6 (3.29) | -8.54 | -7.22 |  |
| Quetiapine 300 mg vs placebo |  |  | -4.84 | -3.26 | <0.001 |
| Quetiapine 600 mg vs placebo |  |  | -5.29 | -3.71 | <0.001 |

Data derived from Table 11.2.2.2.1

Clinical Study Report
Study code 5077US/0049

**Figure 7**        **HAM-D total score change from baseline --LS mean (95% CI) (LOCF, ITT population)**



Replication of Figure 11.2.2.3.5

Baseline HAM-D values were similar for the 3 groups.  The improvement for both quetiapine treatment groups was significantly better than placebo at Day 8 (quetiapine 300 mg vs placebo:  p<0.001; quetiapine 600 mg vs placebo:  p<0.001) and continued to be superior to placebo at all subsequent assessments (see Table 11.2.2.2.1 and Figure 7).  At the end of the 8-week course of treatment, quetiapine 300 mg patients in the ITT population had a least square mean of 4.84 points lower score than did placebo-treated patients, and quetiapine 600 mg patients in the ITT population had a least square mean of 5.29 points lower score than did placebo-treated patients (quetiapine 300 mg vs placebo p<0.001; quetiapine 600 mg vs placebo p<0.001; see Table 28).

Among patients who completed the study, quetiapine 300 mg patients in the ITT population had a least square mean of 4.46 points lower HAM-D total score at Day 57 than did placebo-treated patients, and quetiapine 600 mg patients in the ITT population had a least square mean of 6.32 points lower score than did placebo-treated patients (quetiapine 300 mg vs placebo p<0.001; quetiapine 600 mg vs placebo p<0.001; see Table 11.2.2.2.2).

Clinical Study Report
Study code 5077US/0049

Mean individual HAM-D item scores were lower for quetiapine-treated patients compared to those for placebo-treated patients, with the largest treatment differences in Depressed Mood, Anxiety Psychic, Work and Activities and the 3 insomnia items (see Table 11.2.2.5.1 and Table 11.2.2.5.2).

### 7.2.2.5    Change from baseline to each assessment for the HAM-D Item 1 (depressed mood) score

Results of the analysis of Day 57 change from baseline in HAM-D Item 1 (depressed mood) score are shown in Table 29.

**Table 29         HAM-D Item 1 score change from baseline at Day 57 (LOCF, ITT population)**

|  | N | Baseline Mean (SD) | LS mean change or difference | ANCOVA results Upper 95% Limit | p-value |
|---|---|---|---|---|---|
| Quetiapine 300 mg | 172 | 2.9 (0.46) | -1.65 | -1.46 | |
| Quetiapine 600 mg | 170 | 2.9 (0.48) | -1.68 | -1.49 | |
| Placebo | 169 | 2.9 (0.44) | -1.11 | -0.92 | |
| Quetiapine 300 mg vs placebo | | | -0.54 | -0.30 | <0.001 |
| Quetiapine 600 mg vs placebo | | | -0.57 | -0.33 | <0.001 |

Data derived from Table 11.2.2.6.1

Baseline HAM-D Item 1 values were similar for the 3 groups.  The improvement for both quetiapine treatment groups was significantly better than placebo at Day 8 (quetiapine 300 mg vs placebo:  p=0.003; quetiapine 600 mg vs placebo:  p=0.003) and continued to be superior to placebo at all visits (see Table 11.2.2.6.1).  At the end of the 8-week course of treatment, quetiapine 300 mg patients in the ITT population had a least square mean of 0.54 points lower score than did placebo-treated patients, and quetiapine 600 mg patients in the ITT population had a least square mean of 0.57 points lower score than did placebo-treated patients (quetiapine 300 mg vs placebo p<0.001; quetiapine 600 mg vs placebo p<0.001; see Table 29).

Among patients who completed the study, quetiapine 300 mg patients in the ITT population had a least square mean of 0.51 points lower HAM-D Item 1 score at Day 57 than did placebo-treated patients, and quetiapine 600 mg patients in the ITT population had a least

Clinical Study Report
Study code 5077US/0049

square mean of 0.64 points lower score than did placebo-treated patients (quetiapine 300 mg vs placebo p<0.001; quetiapine 600 mg vs placebo p<0.001; see Table 11.2.2.6.2).

### 7.2.2.6   Change from baseline to each assessment for the CGI-S score

Results of the analysis of Day 57 change from baseline in CGI-S score are shown in Table 30. Changes from baseline in the CGI-S score at each visit for ITT patients are shown in Figure 8.

**Table 30        CGI-S score change from baseline at Day 57 (LOCF, ITT population)**

|  | | | | ANCOVA results | |
| --- | --- | --- | --- | --- | --- |
|  | N | Baseline Mean (SD) | LS mean change or difference | Upper 95% Limit | p-value |
| Quetiapine 300 mg | 172 | 4.4 (0.52) | -1.63 | -1.40 | |
| Quetiapine 600 mg | 170 | 4.5 (0.62) | -1.66 | -1.43 | |
| Placebo | 169 | 4.4 (0.60) | -0.95 | -0.71 | |
| Quetiapine 300 mg vs placebo | | | -0.68 | -0.42 | <0.001 |
| Quetiapine 600 mg vs placebo | | | -0.72 | -0.45 | <0.001 |

Data derived from Table 11.2.3.2.1

Clinical Study Report
Study code 5077US/0049

**Figure 8          CGI-S score change from baseline -- LS mean (95% CI) (LOCF, ITT population)**



Replication of Figure 11.2.3.3.3

Baseline CGI-S values were similar for the 3 groups within the ITT population.  The response for both quetiapine treatment groups was significantly better than placebo at Day 8 (quetiapine 300 mg vs placebo:  p<0.001; quetiapine 600 mg vs placebo:  p<0.001) and continued to be superior to placebo at all visits (see Table 11.2.3.2.1 and Figure 8).  At the end of the 8-week course of treatment, quetiapine 300 mg patients in the ITT population had a least square mean of 0.68 points lower score than did placebo-treated patients, and quetiapine 600 mg patients in the ITT population had a least square mean of 0.72 points lower score than did placebo-treated patients (quetiapine 300 mg vs placebo p<0.001; quetiapine 600 mg vs placebo p<0.001; see Table 30).

Among ITT patients who completed the study, on Day 57 quetiapine 300 mg patients in the ITT population had a least square mean of 0.62 points lower score than did placebo-treated patients, and quetiapine 600 mg patients in the ITT population had a least square mean of 0.98 points lower score than did placebo-treated patients (quetiapine 300 mg vs placebo:  p<0.001; quetiapine 600 mg vs placebo:  p<0.001; see Table 11.2.3.2.2).

Clinical Study Report
Study code 5077US/0049

#### 7.2.2.7    CGI-I

The percent of patients rated as "much improved" or "very much improved" on the CGI-I at each visit is presented in Figure 9.

Figure 9          CGI-I scale -- patients "much improved" or "very much improved" (LOCF, ITT population)



Replicated from Figure 11.2.4.3

At last observation, 64% of quetiapine 300 mg patients, 56% of quetiapine 600 mg patients and 34% of placebo patients were rated as "much improved" or "very much improved" in the CGI-I (quetiapine 300 mg vs placebo:  p < 0.001; quetiapine 600 mg vs placebo:  p < 0.001; see Table 11.2.4.2.5).  The differentiation between quetiapine and placebo treatment was apparent at earlier assessments and persisted to the final assessment.  At Day 8, 19% of quetiapine 300 mg patients, 22% of quetiapine 600 mg patients and 10% of placebo patients had shown global improvement in the CGI-I (quetiapine 300 vs placebo:  p = 0.024; quetiapine 600 mg vs placebo:  p = 0.003; see Table 11.2.4.2.5).

Clinical Study Report
Study code 5077US/0049

Among patients who completed the study, at Day 57, 74% of quetiapine 300 mg patients, 77% of quetiapine 600 mg patients and 42% of placebo patients were rated as "much improved" or "very much improved" in the CGI-I (quetiapine 300 mg vs placebo: $p < 0.001$; quetiapine 600 mg vs placebo: $p = 0.001$; see Table 11.2.4.2.6).

Results of the ANCOVA of Day 57 CGI-I scores are shown in Table 31.

**Table 31        CGI-I score at Day 57 (LOCF, ITT population)**

|  | N | CGI-I LS mean change or difference | ANCOVA results Upper 95% limit | p-value |
|---|---|---|---|---|
| Quetiapine 300 mg | 172 | 2.27 | 2.49 | |
| Quetiapine 600 mg | 170 | 2.37 | 2.59 | |
| Placebo | 169 | 2.97 | 3.20 | |
| Quetiapine 300 mg vs placebo | | -0.71 | -0.44 | <0.001 |
| Quetiapine 600 mg vs placebo | | -0.60 | -0.34 | <0.001 |

Data derived from Table 11.2.4.2.1

The response for the CGI-I score for both quetiapine treatment groups was significantly better than placebo at Day 8 (quetiapine 300 mg vs placebo: $p<0.001$; quetiapine 600 mg vs placebo: $p<0.001$) and continued to be superior to placebo at all visits (see Table 11.2.4.2.1). At the end of the 8-week course of treatment, quetiapine 300 mg patients in the ITT population had a CGI-I least square mean of 0.71 points lower score than did placebo-treated patients, and quetiapine 600 mg patients in the ITT population had a least square mean of 0.60 points lower score than did placebo-treated patients (quetiapine 300 mg vs placebo $p<0.001$; quetiapine 600 mg vs placebo $p<0.001$; see Table 31).

Among patients who completed the study, quetiapine 300 mg patients in the ITT population had a CGI-I least square mean of 0.68 points lower score than did placebo-treated patients, and quetiapine 600 mg patients in the ITT population had a least square mean of 0.83 points lower score than did placebo-treated patients (quetiapine 300 mg vs placebo $p<0.001$; quetiapine 600 mg vs placebo $p<0.001$; see Table 11.2.4.2.2).

Clinical Study Report
Study code 5077US/0049

#### 7.2.2.8 Change from baseline the HAM-A total score

Results of the analysis of Day 57 change from baseline in HAM-A total score are shown in Table 32. Changes from baseline in the HAM-A score at each visit for ITT patients are shown in Figure 10.

**Table 32      HAM-A score change from baseline at Day 57 (LOCF, ITT population)**

|  | N | Baseline mean (SD) | ANCOVA results | | |
|---|---|---|---|---|---|
|  |  |  | LS mean change or difference | Upper 95% limit | p-value |
| Quetiapine 300 mg | 172 | 18.7 (7.28) | -8.64 | -7.49 |  |
| Quetiapine 600 mg | 170 | 18.7 (7.32) | -8.75 | -7.59 |  |
| Placebo | 168 | 18.9 (7.25) | -5.54 | -4.38 |  |
| Quetiapine 300 mg vs placebo |  |  | -3.10 | -1.61 | <0.001 |
| Quetiapine 600 mg vs placebo |  |  | -3.20 | -1.71 | <0.001 |

Data derived from Table 11.2.5.2.1

94

Clinical Study Report
Study code 5077US/0049

**Figure 10        HAM-A score change from baseline -- LS mean (95% CI) (LOCF, ITT population)**



Replication of Figure 11.2.5.3.3

The response for the HAM-A score for both quetiapine treatment groups was significantly better than placebo at Day 8 (quetiapine 300 mg vs placebo:  p<0.001; quetiapine 600 mg vs placebo:  p=0.031) and continued to be superior to placebo at all visits (see Table 11.2.5.2.1 and Figure 10).  At the end of the 8-week course of treatment, quetiapine 300 mg patients in the ITT population had a HAM-A least square mean of 3.10 points lower score than did placebo-treated patients, and quetiapine 600 mg patients in the ITT population had a least square mean of 3.20 points lower score than did placebo-treated patients (quetiapine 300 mg vs placebo:  p<0.001; quetiapine:  600 mg vs placebo p<0.001; see Table 32).

Among patients who completed the study, at Day 57 quetiapine 300 mg patients in the ITT population had a HAM-A least square mean of 3.21 points lower score than did placebo-treated patients, and quetiapine 600 mg patients in the ITT population had a least square mean of 4.37 points lower score than did placebo-treated patients (quetiapine 300 mg vs placebo:  p<0.001; quetiapine:  600 mg vs placebo p<0.001; see Table 11.2.5.2.2).

Clinical Study Report
Study code 5077US/0049

Individual items of the HAM-A that most differentiated quetiapine-treated patients from placebo patients were Anxious Mood, Depressed Mood, Insomnia, Genitourinary and Tension (see Table 11.2.5.4.1 and Table 11.2.5.4.2).

## 7.3        Patient Reported Outcomes

### 7.3.1        Summary of patient reported outcomes

Table 33 shows where the data supporting this section are presented.

**Table 33          Location of supporting data on patient reported outcomes**

| Data | Location | |
| --- | --- | --- |
| | **Summary tables (Section 11.2)** | **Individual subject data (Appendix 12.2.6)** |
| Q-LES-Q | Table 11.2.6.1 to Table 11.2.6.3 | Table 12.2.6.7 |
| PSQI | Table 11.2.7.1.1, to Table 11.2.7.3.2 | Table 12.2.6.6 |

Clinical Study Report
Study code 5077US/0049

### 7.3.2      Patient reported outcomes results

#### 7.3.2.1      Q-LES-Q

Results of the analysis of Day 57 change from baseline in Q-LES-Q total score are shown in Table 34.

**Table 34          Q-LES-Q percent-of-maximum-score change from baseline at Day 57 (LOCF, ITT population)**

|  | N | Baseline Mean (SD) | LS mean change or difference | ANCOVA results | |
|---|---|---|---|---|---|
|  |  |  |  | Lower 95% Limit | p-value |
| Quetiapine 300 mg | 156 | 39.5 (14.05) | 19.27 | 16.33 |  |
| Quetiapine 600 mg | 157 | 35.9 (14.65) | 20.93 | 18.02 |  |
| Placebo | 158 | 36.0 (13.24) | 11.54 | 8.64 |  |
| Quetiapine 300 mg vs placebo |  |  | 7.72 | 3.68 | <0.001 |
| Quetiapine 600 mg vs placebo |  |  | 9.39 | 5.37 | <0.001 |

Data derived from Table 11.2.6.2.3

The Q-LES-Q responses for both quetiapine treatment groups were significantly better than placebo at final assessment (quetiapine 300 mg vs. placebo:  <0.001; quetiapine 600 mg vs. placebo:  p<0.001; see Table 34).  On Day 29, it was observed that the quetiapine 300 mg group had a change from baseline 6.09 points greater than the placebo group (p=0.001) and the quetiapine 600mg group had a change from baseline 8.52 points greater than the placebo group (p< 0.001).  At end of treatment, the quetiapine 300 mg group showed a 7.72 point advantage over the placebo group and the quetiapine 600 mg group showed a 9.39 point advantage over placebo.  The mean Q-LES-Q score at final assessment for both quetiapine 300 mg and 600 mg patients was 46.2 points, compared to 40.9 points for placebo patients (see Table 11.2.6.1).  Among patients who completed the trial, quetiapine 300 mg patients exhibited a mean Q-LES-Q score of 47.7, quetiapine 600 mg patients, a score of 50.2, and placebo patients, a score of 43.4 (see Table 11.2.6.1).

### 7.3.2.2    PSQI

Results of the analysis of Day 57 change from baseline in PSQI total score are shown in Table 35.

**Table 35          PSQI score change from baseline at Day 57 (LOCF, ITT population)**

| | N | Baseline Mean (SD) | ANCOVA results | | |
| | | | LS mean change or difference | Upper 95% Limit | p-value |
|---|---|---|---|---|---|
| Quetiapine 300 mg | 150 | 11.4 (3.82) | -5.16 | -4.53 | |
| Quetiapine 600 mg | 152 | 11.6 (4.16) | -5.46 | -4.83 | |
| Placebo | 150 | 11.7 (3.82) | -2.94 | -2.31 | |
| Quetiapine 300 mg vs placebo | | | -2.22 | -1.36 | <0.001 |
| Quetiapine 600 mg vs placebo | | | -2.52 | -1.66 | <0.001 |

Data derived from Table 11.2.7.3.1

Baseline PSQI values were 11.4 to 11.7 for the 3 groups, indicating moderate to severe sleep difficulty.  The improvement for both quetiapine treatment groups was significantly better than placebo at final assessment (quetiapine 300 mg vs placebo:  $p<0.001$; quetiapine 600 mg vs placebo:  $p<0.001$; see Table 35).  An observed cases analysis showed that on Day 29 the quetiapine 300 mg group had a change from baseline 2.48 points greater than the placebo group ($p<0.001$) and the quetiapine 600 mg group had a change from baseline 2.81 points greater than placebo ($p<0.001$).  By Day 57 patients who completed the study showed a 1.72 point advantage over placebo for the quetiapine 300 mg group, and a 2.76 point advantage for the quetiapine 600 mg group (quetiapine 300 mg vs placebo:  $p<0.001$; quetiapine 600 mg vs placebo:  $p<0.001$; see Table 11.2.7.3.1).  The mean PSQI score at final assessment for quetiapine 300 mg patients was 6.4, for quetiapine 600 mg patients, 6.2 and for placebo patients, 8.8, all above the normative cut-off of 5.0 for non-disordered sleep (Buysse et al 1989; see Table 11.2.7.1.1).

## 7.4        Health Economics results

Not applicable.

## 7.5        Pharmacokinetic results

Not applicable.