Table 11.3.8.2.2  ECGS - Potentially Clinically Important

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | WINDOWED VISIT | DATE/TIME | DAY | VENTRI-CULAR RATE | ATRIAL RATE | INTERVALS | | | | CHANGE FROM BASELINE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | PR | QRS | QT | FRIDER-ICIA QTC | VENTRI-CULAR RATE | ATRIAL RATE |
| QUETIAPINE 300 MG (BIPOLAR II) | E0006015 | BASELINE | 06FEB2003/12:25 | -5 | 60 | 59 | 143 | 99 | 353 | 352 | | |
| | | FINAL | 08APR2003/11:48 | 57 | 75 | 75 | 160 | 94 | 342 | 368 | 15 I | 16 I |
| | E0006016 | BASELINE | 07FEB2003/13:14 | -10 | 51 | 51 | 231 H | 96 | 396 | 374 | | |
| | | FINAL | 18APR2003/12:30 | 61 | 57 | 57 | 219 H | 91 | 391 | 383 | 6 | 6 |
| | E0011018 | BASELINE | 15MAY2003/12:50 | -7 | 57 | 57 | 192 | 97 | 378 | 371 | | |
| | | FINAL | 17JUL2003/17:45 | 57 | 74 | 74 | 168 | 89 | 364 | 391 | 17 I | 17 I |
| | E0011024 | BASELINE | 17JUN2003/12:40 | -7 | 52 | 52 | 178 | 94 | 415 | 395 | | |
| | | FINAL | 21AUG2003/13:45 | 59 | 70 | 71 | 165 | 95 | 367 | 388 | 18 I | 19 I |
| | E0019022 | BASELINE | 23JAN2003/11:40 | -7 | 54 | 54 | 137 | 95 | 362 | 349 | | |
| | | FINAL | 27MAR2003/15:45 | 57 | 92 | 92 | 132 | 84 | 339 | 391 | 38 I | 38 I |
| | E0019027 | BASELINE | 20FEB2003/10:20 | -7 | 63 | 62 | 133 | 96 | 386 | 391 | | |
| | | FINAL | 06MAR2003/8:35 | 8 | 97 | 96 | 138 | 88 | 319 | 375 | 34 I | 34 I |
| | E0019039 | BASELINE | 22APR2003/10:30 | -9 | 67 | 67 | 170 | 93 | 364 | 378 | | |
| | | FINAL | 08MAY2003/16:00 | 8 | 86 | 86 | 151 | 91 | 356 | 402 | 19 I | 19 I |
| | E0022052 | BASELINE | 01APR2003/10:55 | -9 | 71 | 71 | 134 | 85 | 385 | 408 | | |
| | | FINAL | 05JUN2003/9:45 | 57 | 88 | 88 | 133 | 85 | 350 | 398 | 17 I | 17 I |
| | E0022073 | BASELINE | 19JUN2003/12:45 | -7 | 63 | 63 | 153 | 81 | 362 | 368 | | |
| | | FINAL | 21AUG2003/10:35 | 57 | 87 | 88 | 150 | 93 | 322 | 365 | 24 I | 25 I |
| | E0023021 | BASELINE | 10APR2003/10:40 | -13 | 53 | 53 | 176 | 88 | 421 | 403 | | |
| | | FINAL | 17JUN2003/16:00 | 56 | 89 | 89 | 170 | 83 | 339 | 387 | 36 I | 36 I |

```
                * VISITS OUTSIDE OF ACCEPTABLE WINDOW ARE NOT USED IN ANALYSIS.
                      L: Lower than lower limit of normal range.
                      H: Higher than upper limit of normal range.
                      I: Potentially Clinically Important increase.
                      D: Potentially Clinically Important decrease.

                SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/ECG101.SAS
                       GENERATED:  12JUL2005 17:42:26  iceadmn3
```

Quetiapine Fumarate 5077US/0049                                          Page 5 of 15

Table 11.3.8.2.2  ECGS - Potentially Clinically Important

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | WINDOWED VISIT | DATE/TIME | DAY | VENTRI-CULAR RATE | ATRIAL RATE | INTERVALS | | | | CHANGE FROM BASELINE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | PR | QRS | QT | FRIDER-ICIA QTC | VENTRI-CULAR RATE | ATRIAL RATE |
| QUETIAPINE 300 MG (BIPOLAR II) | E0023027 | BASELINE | 07MAY2003/13:00 | -9 | 63 | 63 | 142 | 95 | 398 | 404 | | |
| | | FINAL | 09JUL2003/13:45 | 55 | 77 | 78 | 140 | 80 | 371 | 404 | 14 | 15 I |
| | E0023030 | BASELINE | 21MAY2003/10:30 | -13 | 62 | 62 | 152 | 93 | 386 | 390 | | |
| | | FINAL | 30JUL2003/16:30 | 58 | 86 | 86 | 150 | 100 | 352 | 396 | 24 I | 24 I |
| | E0026014 | BASELINE | 12FEB2003/12:00 | -7 | 66 | 66 | 151 | 94 | 376 | 389 | | |
| | | FINAL | 19MAR2003/10:15 | 29 | 91 | 92 | 143 | 91 | 359 | 412 | 25 I | 26 I |
| | E0029021 | BASELINE * | 03MAR2003/10:23 | -15 | 69 | 69 | 144 | 93 | 371 | 389 | | |
| | | BASELINE | 18MAR2003/9:30 | 1 | 67 | 68 | 165 | 84 | 358 | 372 | | |
| | | FINAL | 15MAY2003/13:20 | 59 | 92 | 92 | 152 | 85 | 314 | 362 | 25 I | 24 I |
| | E0035023 | BASELINE | 06MAY2003/10:41 | -7 | 47 L | 47 L | 167 | 87 | 384 | 353 | | |

1600

* VISITS OUTSIDE OF ACCEPTABLE WINDOW ARE NOT USED IN ANALYSIS.
L: Lower than lower limit of normal range.
H: Higher than upper limit of normal range.
I: Potentially Clinically Important increase.
D: Potentially Clinically Important decrease.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/ECG101.SAS
GENERATED:  12JUL2005 17:42:26  iceadmn3

Table 11.3.8.2.2  ECGS - Potentially Clinically Important

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | WINDOWED VISIT | DATE/TIME | DAY | VENTRI-CULAR RATE | | ATRIAL RATE | | INTERVALS | | | | CHANGE FROM BASELINE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | PR | QRS | QT | FRIDER-ICIA QTC | VENTRI-CULAR RATE | ATRIAL RATE |
| QUETIAPINE 600 MG (BIPOLAR I) | E0003019 | BASELINE | 19JUN2003/11:20 | -8 | 53 | | 53 | | 159 | 101 | 400 | 384 | | |
| | | FINAL | 21AUG2003/9:00 | 56 | 78 | | 77 | | 150 | 89 | 357 | 389 | 25 I | 24 I |
| | E0004001 | BASELINE | 23SEP2002/11:40 | -7 | 47 | L | 47 | L | 180 | 96 | 379 | 349 | | |
| | | FINAL | 05NOV2002/13:25 | 37 | 81 | | 81 | | 173 | 81 | 319 | 354 | 34 I | 34 I |
| | E0004009 | BASELINE | 17DEC2002/9:45 | -9 | 60 | | 61 | | 131 | 99 | 396 | 397 | | |
| | | FINAL | 19FEB2003/16:10 | 56 | 103 | | 104 | | 147 | 84 | 327 | 391 | 43 I | 43 I |
| | E0004012 | BASELINE | 07JAN2003/12:30 | -7 | 48 | L | 48 | L | 125 | 74 | 452 | 420 | | |
| | | FINAL | 11MAR2003/11:25 | 57 | 70 | | 70 | | 121 | 87 | 377 | 397 | 22 I | 22 I |
| | E0004015 | BASELINE | 06FEB2003/9:40 | -14 | 57 | | 57 | | 139 | 90 | 383 | 376 | | |
| | | FINAL | 15APR2003/9:20 | 55 | 75 | | 75 | | 170 | 90 | 363 | 391 | 18 I | 18 I |
| | E0005003 | BASELINE | 23SEP2002/15:10 | -9 | 60 | | 60 | | 145 | 100 | 368 | 368 | | |
| | | FINAL | 26NOV2002/13:30 | 56 | 90 | | 90 | | 148 | 96 | 307 | 351 | 30 I | 30 I |
| | E0005007 | BASELINE | 02OCT2002/13:15 | -7 | 66 | | 66 | | 156 | 84 | 405 | 417 | | |
| | | FINAL | 04DEC2002/14:10 | 57 | 86 | | 87 | | 135 | 90 | 357 | 403 | 20 I | 21 I |
| | E0005009 | BASELINE | 09OCT2002/10:30 | -20 | 49 | L | 49 | L | 154 | 90 | 384 | 359 | | |
| | E0005014 | BASELINE | 05NOV2002/16:30 | -8 | 58 | | 57 | | 150 | 100 | 393 | 387 | | |
| | | FINAL | * 06JAN2003/9:45 | 55 | 73 | | 73 | | 154 | 97 | 368 | 393 | 15 I | 16 I |
| | | FINAL | 06JAN2003/11:45 | 55 | 83 | | 83 | | 152 | 97 | 361 | 402 | 25 I | 26 I |
| | E0007005 | BASELINE | 27JAN2003/13:30 | -4 | 63 | | 62 | | 149 | 89 | 371 | 377 | | |
| | | FINAL | 28MAR2003/12:30 | 57 | 79 | | 80 | | 156 | 86 | 350 | 384 | 16 I | 18 I |

* VISITS OUTSIDE OF ACCEPTABLE WINDOW ARE NOT USED IN ANALYSIS.
L: Lower than lower limit of normal range.
H: Higher than upper limit of normal range.
I: Potentially Clinically Important increase.
D: Potentially Clinically Important decrease.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/ECG101.SAS
GENERATED:  12JUL2005 17:42:26  iceadmn3

1091

Table 11.3.8.2.2  ECGS - Potentially Clinically Important

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | WINDOWED VISIT | DATE/TIME | DAY | VENTRI-CULAR RATE | ATRIAL RATE | INTERVALS | | | | CHANGE FROM BASELINE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | PR | QRS | QT | FRIDER-ICIA QTC | VENTRI-CULAR RATE | ATRIAL RATE |
| QUETIAPINE 600 MG (BIPOLAR I) | E0007015 | BASELINE | 09JUL2003/19:35 | -7 | 58 | 58 | 131 | 100 | 387 | 382 | | |
| | | FINAL | 10SEP2003/17:20 | 57 | 80 | 80 | 150 | 95 | 358 | 395 | 22 I | 22 I |
| | E0010002 | BASELINE | 14NOV2002/14:45 | -11 | 63 | 62 | 164 | 92 | 400 | 405 | | |
| | | FINAL | 02DEC2002/9:00 | 8 | 88 | 89 | 140 | 91 | 344 | 391 | 25 I | 27 I |
| | E0010009 | BASELINE | 18DEC2002/11:33 | -8 | 55 | 55 | 153 | 94 | 431 | 419 | | |
| | | FINAL | 19FEB2003/13:40 | 56 | 71 | 71 | 142 | 90 | 366 | 388 | 16 I | 16 I |
| | E0010010 | BASELINE | 20DEC2002/8:52 | -10 | 42 L | 42 L | 144 | 84 | 430 | 381 | | |
| | | FINAL | 13JAN2003/10:15 | 15 | 58 | 58 | 139 | 87 | 388 | 383 | 16 I | 16 I |
| | E0010014 | BASELINE | 14JAN2003/8:51 | -14 | 57 | 58 | 135 | 103 | 404 | 398 | | |
| | | FINAL | 25MAR2003/10:50 | 57 | 47 L | 47 L | 148 | 106 | 384 | 354 | -10 | -11 |
| | E0010017 | BASELINE | 05FEB2003/10:46 | -20 | 58 | 58 | 161 | 91 | 378 | 373 | | |
| | | FINAL | 22APR2003/10:03 | 57 | 78 | 78 | 146 | 91 | 343 | 374 | 20 I | 20 I |
| | E0011022 | BASELINE | 02JUN2003/11:15 | -7 | 89 | 90 | 128 | 92 | 360 | 412 | | |
| | | FINAL | 05AUG2003/10:35 | 58 | 104 | 104 | 125 | 86 | 333 | 400 | 15 I | 14 |
| | E0013006 | BASELINE | 06MAR2003/10:22 | -7 | 70 | 70 | 162 | 104 | 380 | 400 | | |
| | | FINAL | 24MAR2003/12:45 | 12 | 85 | 85 | 159 | 87 | 341 | 383 | 15 I | 15 I |
| | E0013012 | BASELINE | 29MAY2003/10:40 | -8 | 72 | 72 | 161 | 88 | 400 | 425 | | |
| | | FINAL | 02JUL2003/10:10 | 57 | 87 | 87 | 200 | 93 | 326 | 369 | 15 I | 15 I |
| | E0013014 | BASELINE | 08MAY2003/11:23 | -26 | 53 | 53 | 233 H | 86 | 398 | 383 | | |
| | | FINAL | 30JUN2003/12:27 | 28 | 54 | 54 | 217 H | 87 | 380 | 368 | 1 | 1 |

* VISITS OUTSIDE OF ACCEPTABLE WINDOW ARE NOT USED IN ANALYSIS.
L: Lower than lower limit of normal range.
H: Higher than upper limit of normal range.
I: Potentially Clinically Important increase.
D: Potentially Clinically Important decrease.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/ECG101.SAS
GENERATED:  12JUL2005 17:42:26  iceadmn3

1602

Quetiapine Fumarate 5077US/0049                                              Page 8 of 15

Table 11.3.8.2.2  ECGS - Potentially Clinically Important

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | WINDOWED VISIT | DATE/TIME | DAY | VENTRI-CULAR RATE | ATRIAL RATE | INTERVALS | | | | CHANGE FROM BASELINE | |
| | | | | | | | PR | QRS | QT | FRIDER-ICIA QTC | VENTRI-CULAR RATE | ATRIAL RATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR I) | E0015001 | BASELINE | 08NOV2002/10:35 | -21 | 51 | 51 | 163 | 92 | 404 | 383 | | |
| | | FINAL | 20JAN2003/7:45 | 53 | 68 | 69 | 160 | 102 | 387 | 404 | 17 I | 18 I |
| | E0016005 | BASELINE | 20FEB2003/13:40 | -5 | 59 | 59 | 147 | 90 | 410 | 408 | | |
| | | FINAL | 22APR2003/8:05 | 57 | 80 | 80 | 144 | 86 | 375 | 414 | 21 I | 21 I |
| | E0019015 | BASELINE | 19DEC2002/10:05 | -14 | 56 | 57 | 190 | 93 | 415 | 407 | | |
| | | FINAL | 27FEB2003/11:10 | 57 | 76 | 76 | 157 | 91 | 368 | 399 | 20 I | 19 I |
| | E0020021 | BASELINE | 13MAY2003/10:00 | -6 | 63 | 63 | 159 | 93 | 362 | 367 | | |
| | | FINAL | 14JUL2003/9:55 | 57 | 84 | 85 | 142 | 97 | 299 | 335 | 21 I | 22 I |
| | E0022007 | BASELINE | 01NOV2002/11:35 | -6 | 47 L | 47 L | 152 | 93 | 402 | 370 | | |
| | E0022012 | BASELINE | 21NOV2002/12:15 | -14 | 57 | 57 | 113 | 95 | 394 | 386 | | |
| | | FINAL | 30JAN2003/12:35 | 57 | 73 | 73 | 135 | 97 | 352 | 376 | 16 I | 16 I |
| | E0022039 | BASELINE | 27FEB2003/11:30 | -7 | 52 | 52 | 198 | 97 | 401 | 383 | | |
| | | FINAL | 01MAY2003/13:05 | 57 | 92 | 91 | 182 | 91 | 357 | 412 | 40 I | 39 I |
| | E0022051 | BASELINE | 31MAR2003/11:35 | -7 | 63 | 63 | 167 | 78 | 381 | 387 | | |
| | | FINAL | 02JUN2003/11:00 | 57 | 80 | 80 | 151 | 81 | 350 | 385 | 17 I | 17 I |
| | E0022053 | BASELINE | 04APR2003/13:52 | -7 | 49 L | 49 L | 154 | 88 | 408 | 381 | | |
| | E0022061 | BASELINE | 24APR2003/10:05 | -6 | 67 | 68 | 141 | 94 | 375 | 389 | | |
| | | FINAL | 26JUN2003/12:43 | 58 | 84 | 84 | 162 | 96 | 332 | 371 | 17 I | 16 I |
| | E0023039 | BASELINE | 24JUN2003/13:45 | -7 | 68 | 68 | 167 | 82 | 386 | 402 | | |
| | | FINAL | 26AUG2003/13:00 | 57 | 86 | 86 | 148 | 86 | 351 | 395 | 18 I | 18 I |

* VISITS OUTSIDE OF ACCEPTABLE WINDOW ARE NOT USED IN ANALYSIS.
L: Lower than lower limit of normal range.
H: Higher than upper limit of normal range.
I: Potentially Clinically Important increase.
D: Potentially Clinically Important decrease.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/ECG101.SAS
GENERATED:  12JUL2005 17:42:26  iceadmn3

Quetiapine Fumarate 5077US/0049                                                    Page 9 of 15

Table 11.3.8.2.2  ECGS - Potentially Clinically Important

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | WINDOWED VISIT | DATE/TIME | DAY | VENTRI-CULAR RATE | ATRIAL RATE | INTERVALS | | | | CHANGE FROM BASELINE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | PR | QRS | QT | FRIDER-ICIA QTC | VENTRI-CULAR RATE | ATRIAL RATE |
| QUETIAPINE 600 MG (BIPOLAR I) | E0026007 | BASELINE | 06JAN2003/10:35 | -10 | 65 | 65 | 158 | 85 | 406 | 418 | | |
| | | FINAL | 12MAR2003/14:30 | 56 | 89 | 90 | 167 | 83 | 351 | 400 | 24 I | 25 I |
| | E0028037 | BASELINE * | 18APR2003/8:05 | -56 | 86 | 85 | 136 | 83 | 374 | 421 | | |
| | | BASELINE | 04JUN2003/9:00 | -9 | 57 | 57 | 146 | 95 | 394 | 388 | | |
| | | FINAL | 08AUG2003/14:30 | 57 | 79 | 78 | 143 | 94 | 360 | 395 | 22 I | 21 I |
| | E0034004 | BASELINE | 11APR2003/11:22 | -10 | 62 | 63 | 142 | 95 | 354 | 357 | | |
| | | FINAL | 16JUN2003/12:22 | 57 | 85 | 86 | 146 | 83 | 333 | 374 | 23 I | 23 I |
| | E0035021 | BASELINE | 18APR2003/10:26 | -7 | 57 | 57 | 151 | 87 | 367 | 361 | | |
| | | FINAL | 20JUN2003/8:23 | 57 | 74 | 74 | 139 | 87 | 359 | 385 | 17 I | 17 I |
| | E0036002 | BASELINE | 10JUN2003/12:12 | -7 | 59 | 59 | 140 | 89 | 412 | 410 | | |
| | | FINAL | 14JUL2003/14:05 | 28 | 83 | 83 | 139 | 84 | 342 | 381 | 24 I | 24 I |
| | E0039042 | BASELINE | 24APR2003/15:15 | -13 | 57 | 57 | 165 | 96 | 389 | 381 | | |
| | | FINAL | 02JUL2003/13:00 | 57 | 86 | 86 | 162 | 89 | 371 | 417 | 29 I | 29 I |
| | E0041004 | BASELINE | 22JAN2003/16:00 | -8 | 56 | 56 | 167 | 90 | 376 | 367 | | |
| | | FINAL | 31MAR2003/12:40 | 61 | 76 | 76 | 168 | 90 | 339 | 367 | 20 I | 20 I |

* VISITS OUTSIDE OF ACCEPTABLE WINDOW ARE NOT USED IN ANALYSIS.
L: Lower than lower limit of normal range.
H: Higher than upper limit of normal range.
I: Potentially Clinically Important increase.
D: Potentially Clinically Important decrease.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/ECG101.SAS
GENERATED:  12JUL2005 17:42:26  iceadmn3

1604

Table 11.3.8.2.2  ECGS - Potentially Clinically Important

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | WINDOWED VISIT | DATE/TIME | DAY | VENTRI-CULAR RATE | | ATRIAL RATE | | INTERVALS PR | QRS | QT | FRIDER-ICIA QTC | CHANGE FROM BASELINE VENTRI-CULAR RATE | ATRIAL RATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR II) | E0001006 | BASELINE | 23JUN2003/12:20 | -18 | 56 | | 57 | | 159 | 86 | 388 | 378 | | |
| | | FINAL | 25JUL2003/9:59 | 15 | 48 | L | 48 | L | 166 | 87 | 411 | 381 | -8 | -9 |
| | E0003002 | BASELINE | 22OCT2002/10:40 | -7 | 59 | | 58 | | 200 | 81 | 406 | 402 | | |
| | | FINAL | 23DEC2002/15:45 | 56 | 74 | | 75 | | 169 | 87 | 373 | 402 | 15 I | 17 I |
| | E0007009 | BASELINE | 09APR2003/18:55 | -8 | 61 | | 61 | | 145 | 101 | 385 | 386 | | |
| | | FINAL | 28APR2003/17:45 | 12 | 87 | | 87 | | 155 | 95 | 350 | 396 | 26 I | 26 I |
| | E0009011 | BASELINE | 28APR2003/14:10 | -8 | 82 | | 82 | | 204 | 91 | 342 | 379 | | |
| | | FINAL | 03JUL2003/15:45 | 59 | 55 | | 55 | | 201 | 93 | 388 | 378 | -27 D | -27 D |
| | E0011016 | BASELINE | 14APR2003/10:15 | -7 | 65 | | 65 | | 162 | 92 | 363 | 373 | | |
| | | FINAL | 16JUN2003/10:30 | 57 | 86 | | 87 | | 165 | 84 | 332 | 375 | 21 I | 22 I |
| | E0019016 | BASELINE | 30DEC2002/17:15 | -7 | 78 | | 78 | | 155 | 91 | 322 | 351 | | |
| | | FINAL | 03MAR2003/16:16 | 57 | 96 | | 96 | | 151 | 90 | 321 | 375 | 18 I | 18 I |
| | E0019024 | BASELINE | 23JAN2003/16:43 | -7 | 68 | | 68 | | 147 | 96 | 366 | 381 | | |
| | | FINAL | 06FEB2003/14:00 | 8 | 84 | | 84 | | 158 | 103 | 344 | 385 | 16 I | 16 I |
| | E0019031 | BASELINE | 06MAR2003/11:54 | -7 | 48 | L | 48 | L | 185 | 96 | 384 | 355 | | |
| | | FINAL | 25MAR2003/10:50 | 13 | 68 | | 69 | | 184 | 93 | 356 | 372 | 20 I | 21 I |
| | E0023022 | BASELINE | 10APR2003/15:40 | -8 | 51 | | 51 | | 158 | 86 | 376 | 357 | | |
| | | FINAL | 12JUN2003/15:45 | 56 | 70 | | 70 | | 152 | 88 | 332 | 350 | 19 I | 19 I |
| | E0026003 | BASELINE | 25NOV2002/12:25 | -9 | 54 | | 55 | | 143 | 85 | 401 | 388 | | |
| | | FINAL | 03FEB2003/11:05 | 62 | 95 | | 95 | | 158 | 82 | 331 | 386 | 41 I | 40 I |

```
* VISITS OUTSIDE OF ACCEPTABLE WINDOW ARE NOT USED IN ANALYSIS.
            L: Lower than lower limit of normal range.
           H: Higher than upper limit of normal range.
         I: Potentially Clinically Important increase.
         D: Potentially Clinically Important decrease.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/ECG101.SAS
          GENERATED:  12JUL2005 17:42:26  iceadmn3
```

Quetiapine Fumarate 5077US/0049                                    Page 11 of 15

Table 11.3.8.2.2  ECGS - Potentially Clinically Important

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | WINDOWED VISIT | DATE/TIME | DAY | VENTRI- CULAR RATE | ATRIAL RATE | INTERVALS | | | | CHANGE FROM BASELINE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | PR | QRS | QT | FRIDER- ICIA QTC | VENTRI- CULAR RATE | ATRIAL RATE |
| QUETIAPINE 600 MG (BIPOLAR II) | E0026015 | BASELINE | 20FEB2003/11:35 | -7 | 62 | 63 | 158 | 90 | 370 | 375 | | |
| | | FINAL | 25APR2003/10:10 | 58 | 85 | 85 | 143 | 90 | 307 | 345 | 23 I | 22 I |
| | E0026023 | BASELINE | 23APR2003/10:55 | -7 | 51 | 51 | 149 | 107 | 367 | 347 | | |
| | | FINAL | 27JUN2003/12:30 | 59 | 76 | 77 | 164 | 101 | 345 | 374 | 25 I | 26 I |
| | E0034009 | BASELINE | 10JUN2003/12:40 | -9 | 53 | 54 | 170 | 92 | 427 | 410 | | |
| | | FINAL | 18AUG2003/17:10 | 61 | 78 | 78 | 165 | 85 | 364 | 397 | 25 I | 24 I |
| | E0037012 | BASELINE | 11JUL2003/13:25 | -5 | 54 | 54 | 132 | 93 | 350 | 338 | | |
| | | FINAL | 08SEP2003/13:45 | 55 | 81 | 81 | 138 | 92 | 326 | 361 | 27 I | 27 I |

* VISITS OUTSIDE OF ACCEPTABLE WINDOW ARE NOT USED IN ANALYSIS.
L: Lower than lower limit of normal range.
H: Higher than upper limit of normal range.
I: Potentially Clinically Important increase.
D: Potentially Clinically Important decrease.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/ECG101.SAS
GENERATED:  12JUL2005 17:42:26  iceadmn3

9061

Quetiapine Fumarate 5077US/0049                                             Page 12 of 15
Table 11.3.8.2.2  ECGS - Potentially Clinically Important

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | WINDOWED VISIT | DATE/TIME | DAY | VENTRI- CULAR RATE | | ATRIAL RATE | | INTERVALS | | | | CHANGE FROM BASELINE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | PR | QRS | QT | FRIDER- ICIA QTC | VENTRI- CULAR RATE | ATRIAL RATE |
| PLACEBO (BIPOLAR I) | E0007003 | BASELINE | 03JAN2003/4:30 | -27 | 82 | | 82 | | 159 | 96 | 382 | 424 | | |
| | | FINAL | 10MAR2003/12:45 | 40 | 109 | | 108 | | 127 | 91 | 339 | 413 | 27 I | 26 I |
| | E0009004 | BASELINE | 19NOV2002/12:20 | -7 | 81 | | 81 | | 158 | 78 | 364 | 402 | | |
| | | FINAL | 18DEC2002/14:35 | 23 | 97 | | 97 | | 154 | 85 | 325 | 381 | 16 I | 16 I |
| | E0011008 | BASELINE * | 17DEC2002/12:10 | -44 | 43 | L | 43 | L | 139 | 89 | 436 | 390 | | |
| | | BASELINE | 23JAN2003/9:40 | -7 | 57 | | 57 | | 153 | 95 | 395 | 388 | | |
| | | FINAL | 13FEB2003/13:30 | 15 | 47 | L | 47 | L | 145 | 90 | 384 | 353 | -10 | -10 |
| | E0013001 | BASELINE | 01NOV2002/9:05 | -13 | 88 | | 90 | | 147 | 95 | 322 | 366 | | |
| | | FINAL | 10JAN2003/10:52 | 58 | 64 | | 64 | | 191 | 92 | 379 | 387 | -24 D | -26 D |
| | E0014004 | BASELINE | 04MAR2003/11:15 | -8 | 53 | | 53 | | 164 | 97 | 424 | 407 | | |
| | | FINAL | 15APR2003/11:25 | 35 | 67 | | 68 | | 190 | 99 | 391 | 406 | 14 | 15 I |
| | E0014017 | BASELINE | 17JUN2002/16:37 | -10 | 60 | | 60 | | 177 | 83 | 354 | 355 | | |
| | | FINAL | 19AUG2003/15:55 | 54 | 76 | | 76 | | 137 | 86 | 372 | 402 | 16 I | 16 I |
| | E0015005 | BASELINE | 25NOV2002/13:30 | -7 | 55 | | 55 | | 174 | 96 | 402 | 391 | | |
| | | FINAL | 18DEC2002/9:10 | 17 | 48 | L | 48 | L | 197 | 86 | 429 | 398 | -7 | -7 |
| | E0018009 | BASELINE | 17DEC2002/11:00 | -20 | 63 | | 64 | | 123 | 91 | 353 | 360 | | |
| | | FINAL | 14JAN2003/13:10 | 9 | 81 | | 81 | | 137 | 93 | 339 | 374 | 18 I | 17 I |
| | E0020020 | BASELINE | 07MAY2003/15:00 | -5 | 74 | | 73 | | 170 | 89 | 356 | 381 | | |
| | | FINAL | 23MAY2003/16:20 | 12 | 58 | | 57 | | 191 | 84 | 351 | 346 | -16 D | -16 D |
| | E0022016 | BASELINE | 03DEC2002/12:25 | -14 | 57 | | 57 | | 140 | 95 | 380 | 374 | | |
| | | FINAL | 11FEB2003/11:10 | 57 | 72 | | 73 | | 170 | 80 | 358 | 381 | 15 I | 16 I |

* VISITS OUTSIDE OF ACCEPTABLE WINDOW ARE NOT USED IN ANALYSIS.
L: Lower than lower limit of normal range.
H: Higher than upper limit of normal range.
I: Potentially Clinically Important increase.
D: Potentially Clinically Important decrease.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/ECG101.SAS
GENERATED:  12JUL2005 17:42:26  iceadmn3

1607

Table 11.3.8.2.2  ECGS - Potentially Clinically Important

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | WINDOWED VISIT | DATE/TIME | DAY | VENTRI-CULAR RATE | ATRIAL RATE | INTERVALS PR | QRS | QT | FRIDER-ICIA QTC | CHANGE FROM BASELINE VENTRI-CULAR RATE | ATRIAL RATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PLACEBO (BIPOLAR I) | E0022070 | BASELINE | 05JUN2003/11:55 | -7 | 66 | 66 | 169 | 97 | 376 | 389 | | |
| | | FINAL | 18JUN2003/15:30 | 7 | 81 | 81 | 169 | 111 | 372 | 411 | 15 I | 15 I |
| | E0023009 | BASELINE | 24JAN2003/11:50 | -18 | 69 | 69 | 128 | 78 | 393 | 411 | | |
| | | FINAL | 08APR2003/11:30 | 57 | 85 | 84 | 125 | 95 | 351 | 394 | 16 I | 15 I |
| | E0023028 | BASELINE | 16MAY2003/12:30 | -13 | 55 | 56 | 132 | 94 | 409 | 399 | | |
| | | FINAL | 21JUL2003/10:15 | 54 | 72 | 72 | 128 | 85 | 369 | 392 | 17 I | 16 I |
| | E0028001 | BASELINE | 20SEP2002/12:55 | -20 | 84 | 85 | 142 | 87 | 355 | 396 | | |
| | | FINAL | 03DEC2002/10:00 | 55 | 69 | 69 | 167 | 84 | 343 | 360 | -15 D | -16 D |
| | E0028031 | BASELINE | 06MAR2003/9:15 | -5 | 85 | 85 | 180 | 90 | 330 | 370 | | |
| | | FINAL | 17APR2003/13:20 | 38 | 104 | 104 | 191 | 92 | 324 | 389 | 19 I | 19 I |
| | E0030016 | BASELINE | 21FEB2003/11:55 | -10 | 69 | 69 | 154 | 90 | 371 | 389 | | |
| | | FINAL | 22APR2003/18:50 | 51 | 88 | 87 | 154 | 86 | 341 | 387 | 19 I | 18 I |
| | E0035020 | BASELINE | 11APR2003/11:15 | -7 | 79 | 80 | 166 | 89 | 382 | 420 | | |
| | | FINAL | 13JUN2003/8:20 | 57 | 50 | 50 | 157 | 92 | 422 | 397 | -29 D | -30 D |
| | E0037003 | BASELINE | 22JAN2003/13:55 | -8 | 80 | 80 | 133 | 88 | 334 | 367 | | |
| | | FINAL | 20FEB2003/16:45 | 22 | 100 | 100 | 140 | 94 | 318 | 378 | 21 I | 20 I |
| | E0039022 | BASELINE | 04FEB2003/14:21 | -21 | 81 | 81 | 137 | 93 | 354 | 390 | | |
| | | FINAL | 24APR2003/12:15 | 59 | 57 | 57 | 127 | 87 | 422 | 414 | -24 D | -24 D |
| | E0039037 | BASELINE | 26MAR2003/18:40 | -21 | 66 | 65 | 144 | 99 | 381 | 392 | | |
| | | FINAL | 12JUN2003/11:45 | 58 | 82 | 82 | 141 | 91 | 331 | 368 | 16 I | 17 I |
| | E0039059 | BASELINE | 03JUL2003/16:10 | -8 | 68 | 68 | 152 | 92 | 389 | 406 | | |

```
                    * VISITS OUTSIDE OF ACCEPTABLE WINDOW ARE NOT USED IN ANALYSIS.
                      L: Lower than lower limit of normal range.
                      H: Higher than upper limit of normal range.
                      I: Potentially Clinically Important increase.
                      D: Potentially Clinically Important decrease.

                  SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/ECG101.SAS
                        GENERATED:  12JUL2005 17:42:26  iceadmn3
```

Table 11.3.8.2.2  ECGS - Potentially Clinically Important

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | WINDOWED VISIT | DATE/TIME | DAY | VENTRI-CULAR RATE | ATRIAL RATE | INTERVALS | | | | CHANGE FROM BASELINE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | PR | QRS | QT | FRIDER-ICIA QTC | VENTRI-CULAR RATE | ATRIAL RATE |
| PLACEBO (BIPOLAR I) | E0039059 | FINAL | 05SEP2003/11:20 | 57 | 50 | 51 | 150 | 83 | 418 | 394 | -18 D | -17 D |
| | E0041007 | BASELINE | 05MAR2003/14:00 | -8 | 56 | 56 | 229 H | 91 | 363 | 355 | | |
| | | FINAL | 08MAY2003/13:40 | 57 | 73 | 73 | 203 | 81 | 353 | 377 | 17 I | 17 I |

* VISITS OUTSIDE OF ACCEPTABLE WINDOW ARE NOT USED IN ANALYSIS.
    L: Lower than lower limit of normal range.
    H: Higher than upper limit of normal range.
    I: Potentially Clinically Important increase.
    D: Potentially Clinically Important decrease.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/ECG101.SAS
        GENERATED:  12JUL2005 17:42:26  iceadmn3

Table 11.3.8.2.2  ECGS - Potentially Clinically Important

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | WINDOWED VISIT | DATE/TIME | DAY | VENTRI-CULAR RATE | ATRIAL RATE | INTERVALS | | | | CHANGE FROM BASELINE | |
| | | | | | | | PR | QRS | QT | FRIDER-ICIA QTC | VENTRI-CULAR RATE | ATRIAL RATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PLACEBO (BIPOLAR II) | E0007004 | BASELINE | 24JAN2003/7:50 | -6 | 61 | 61 | 163 | 85 | 410 | 411 | | |
| | | FINAL | 12FEB2003/18:35 | 14 | 101 | 102 | 178 | 85 | 304 | 362 | 40 I | 41 I |
| | E0011013 | BASELINE | 25MAR2003/10:10 | -23 | 82 | 82 | 122 | 91 | 380 | 422 | | |
| | | FINAL | 12JUN2003/9:15 | 57 | 62 | 63 | 152 | 88 | 433 | 434 | -20 D | -19 D |
| | E0018005 | BASELINE | 10DEC2002/15:30 | -10 | 50 | 50 L | 142 | 87 | 358 | 336 | | |
| | | FINAL | 14FEB2003/16:45 | 57 | 47 L | 47 L | 136 | 93 | 374 | 345 | -3 | -3 |
| | E0023036 | BASELINE | 10JUN2003/12:00 | -10 | 74 | 73 | 226 H | 93 | 342 | 366 | | |
| | E0041005 | BASELINE | 24FEB2003/11:20 | -9 | 62 | 62 | 154 | 101 | 379 | 383 | | |
| | | FINAL | 30APR2003/14:15 | 57 | 82 | 83 | 167 | 99 | 327 | 364 | 20 I | 21 I |

* VISITS OUTSIDE OF ACCEPTABLE WINDOW ARE NOT USED IN ANALYSIS.
L: Lower than lower limit of normal range.
H: Higher than upper limit of normal range.
I: Potentially Clinically Important increase.
D: Potentially Clinically Important decrease.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/ECG101.SAS
GENERATED:  12JUL2005 17:42:26  iceadmn3



**Clinical Study Report: 12 Appendices**

| Drug Substance | Quetiapine fumarate |
|---|---|
| Study Code | 5077US0049 |

# 12. APPENDICES



| Clinical Study Report: Appendix 12.1 | |
|---|---|
| Drug Substance | Quetiapine fumarate |
| Study Code | D1447L00001 |

**Appendix 12.1**

**Study information**

Clinical Study Report: Appendix 12.1
Study Code: D1447L00001

## TABLE OF CONTENTS FOR APPENDIX 12.1

12.1.1     Protocol and protocol amendments........................................................1

12.1.2     Sample Case Report Form ..................................................................1

12.1.3     Independent Ethics Committees/Institutional Review Boards consulted,
           and samples of written Subject Information and Consent Form............................1

12.1.3.1   Independent Ethics Committees/Institutional Review Boards consulted ...............2

12.1.3.2   Samples of written Subject Information and Consent Form..................................6

12.1.4     Participants in the study ...................................................................1

12.1.4.1   List of staff at investigational site(s)....................................................2

12.1.4.2   AstraZeneca study personnel ...........................................................22

12.1.4.3   Study committee(s) .......................................................................23

12.1.4.4   Other participants..........................................................................24

12.1.4.5   CVs of investigators and other medically qualified participants ........................30

12.1.5     Signatures ..................................................................................1

12.1.6     Listing of subjects receiving the various batches of investigational
           product(s) ..................................................................................1

12.1.7     Randomisation scheme and codes.......................................................1

12.1.8     Audit certificates ........................................................................NA

12.1.9     Documentation of statistical methods and supporting
           statistical analysis........................................................................1

12.1.10    Documentation of assay methods, inter-laboratory standardisation
           methods, and related quality assurance procedures ...............................NA

12.1.11    Publications based on the study ........................................................1

12.1.12    Important publications referenced in the report ......................................1



**Clinical Study Report: Appendix 12.1.1**

| | |
|---|---|
| Drug Substance | Quetiapine fumarate |
| Study Code | 5077US/0049 |

**Appendix 12.1.1**

**Protocol and protocol amendments**

Clinical Study Report: Appendix 12.1.1
Study Code: 5077US/0049

| Version of protocol or protocol amendment | Date of issue |
|---|---|
| Final protocol | July 14, 2003 |
| Protocol amendment 1 | September 30, 2002 |
| Protocol amendment 2 | December 4, 2002 |
| Protocol amendment 3 | April 21, 2003 |
| Protocol amendment 4 | May 12, 2003 |



| Clinical Study Protocol | |
| --- | --- |
| Drug Substance | Quetiapine Fumarate |
| Study Code | 5077US/0049 |
| Version No. | 6 |
| Date | July 14, 2003 |

# A Multicenter, Double-blind, Randomized, Placebo-controlled, Double-dummy Trial of the Use of Quetiapine Fumarate (SEROQUEL®) in the Treatment of Patients with Bipolar Depression

**The following amendment(s) have been made to this protocol since the date of preparation:**

| | | Date of amendment | |
| --- | --- | --- | --- |
| Amendment No. | 1 | | September 30,2002 |
| Amendment No | 2 | | December 4, 2002 |
| Amendment No. | 3 | | April 21, 2003 |
| Amendment No. | 4 | | May 12, 2003 |
| Amendment No. | 5 | | July 14, 2003 |

| | | Date of administrative change | |
| --- | --- | --- | --- |
| Administrative Change No. | 1 | | September 30, 2002 |
| | 2 | | July 14, 2003 |

Clinical Study Protocol
Study Code 5077US/0049
Version No. 6

# PROTOCOL SYNOPSIS

## A Multicenter, Double-blind, Randomized, Placebo-controlled, Double-dummy Trial of the Use of Quetiapine Fumarate (SEROQUEL®) in the Treatment of Patients with Bipolar Depression

**Investigator**

Multicenter trial: << To be determined >>

**Study center(s) and number of subjects planned**

A total of approximately 740 subjects will be screened to enroll approximately 530 into the trial in order to obtain approximately 504 evaluable patients, defined as those who have a baseline visit and at least one post baseline assessment. It is expected that approximately 75 centers will participate in the trial, with each center enrolling 8 patients (maximum 70).

| **Study period** | | **Phase of development** |
| --- | --- | --- |
| Estimated date of first subject enrolled | September, 2002 | IIIb |
| Estimated date of last subject completed | March, 2004 | |

**Objectives**

**Primary:**

To evaluate the efficacy of quetiapine compared to placebo in the treatment for a major depressive episode in patients with bipolar disorder after receiving treatment for up to 8 weeks as assessed by comparing

1.    the change from baseline to final assessment in the Montgomery-Asberg Depression Rating Scale (MADRS) total score

2.    the percentage of patients with a $\geq 50\%$ reduction from baseline in the MADRS total score at final assessment

3.    the change from baseline to each assessment in the MADRS total score

July 14, 2003                                          2(68)

Clinical Study Protocol
Study Code 5077US/0049
Version No. 6

4.      the change from baseline to each assessment in the Hamilton Rating scale for Depression (HAM-D), HAM-D Item 1, and the Clinical Global Impression - Severity (CGI-S)

5.      the Clinical Global Impression - Change (CGI-C).

**Secondary:**

1.      to evaluate the incidence of treatment-emergent mania compared to placebo by comparing the percentage of patients who have an increase of >4 points at any time on the Young Mania Rating Scale (YMRS)

2.      to evaluate the effect of quetiapine on anxiety compared to placebo by comparing

–      the change from baseline to final assessment in the Hamilton Rating Scale for Anxiety (HAM-A) total score

–      the change from baseline to each assessment in the Hamilton Rating Scale for Anxiety (HAM-A) total score

3.      to evaluate the safety and tolerability of quetiapine in the treatment of patients with bipolar depression by comparing

–      the incidence and nature of all adverse events

–      the incidence and nature of drug-related adverse events

–      subject withdrawal due to adverse events during double-blind treatment

–      the number of patients having clinically significant changes in vital signs from baseline to end of treatment

–      the change in Simpson-Angus Scale (SAS) total score

–      the change in the Barnes Akathisia Rating Scale (BARS) total score from baseline to end of treatment

–      the incidence of  adverse events related to extrapyramidal symptoms during double-blind treatment

**Exploratory**

1.      to evaluate the efficacy of quetiapine on sleep quality by comparing the change in the Pittsburgh Sleep Quality Index (PSQI) from baseline to end of treatment

Clinical Study Protocol
Study Code 5077US/0049
Version No. 6

2.      to evaluate the efficacy of quetiapine on the overall quality of life using the Quality of Life Enjoyment and Satisfaction Questionnaire (Q-Les-Q) from baseline to end of treatment.

**Hypotheses:**

**Primary:**

1.      Quetiapine fumarate at a dose of 300 mg/day will be superior to placebo in reducing the level of depressive symptoms as measured by the change from baseline to endpoint on the Montgomery-Asberg Depression Rating Scale (MADRS) total score in patients with bipolar depression.

2.      Quetiapine fumarate at a dose of 600 mg/day will be superior to placebo in reducing the level of depressive symptoms as measured by the change from baseline to endpoint on the Montgomery-Asberg Depression Rating Scale (MADRS) total score in patients with bipolar depression.

**Secondary:**

Secondary hypotheses are defined in Section 3.1.

**Study design**

Study 5077US/0049 is a randomized, multicenter, double-blind, placebo-controlled, double-dummy, parallel group, fixed-dose comparison of quetiapine vs placebo in the treatment of bipolar depression.  This study will be stratified 1:1 for bipolar I and bipolar II.

**Target subject population**

Outpatients, aged 18 to 65 years, with a diagnosis of bipolar I or bipolar II disorder with a current major depressive episode of duration less than one year but greater than 4 weeks will be enrolled in the trial.  The HAM-D (17-item scale) score must be ≥20, the HAM-D item 1 (depressed mood) score must be ≥2, and the YMRS score must be ≤12 at both Visit 1 and Visit 2 (randomization) to be eligible for entry into the trial.

**Investigational product, dosage and mode of administration**

Study drug will be titrated in a blinded manner to a total daily dose of 300 mg/day by Day 4 in the 300-mg/day treatment group and to a total daily dose of 600 mg/day by Day 8 in the 600-mg/day treatment group.  Thereafter, oral doses of quetiapine fumarate will be administered in a blinded fashion once daily at bedtime (qhs) in a total daily dose of 300 or 600 mg/day.  One-time dose reductions for intolerability of 100 mg/day in both the 300 mg/day and in the 600 mg/day treatment groups will be allowed at the discretion of the Investigator after Day 8.

Clinical Study Protocol
Study Code 5077US/0049
Version No. 6

**Comparator, dosage and mode of administration**

Placebo will be administered once daily with tablets matching in number and appearance to blinded quetiapine dosing.

**Duration of treatment**

Patients will receive double-blind, double-dummy treatment for up to 8 weeks (56 days), following an initial washout period of between 7 to 28 days (depending on the medications involved) and will come in to the clinic on Day 57 for final assessments.

**Endpoints**

- **Efficacy**

  Primary efficacy endpoint is the change from baseline to final assessment in the MADRS total score.

  Secondary efficacy endpoints are the percentage of patients with a $\geq 50\%$ reduction from baseline in the MADRS total score at study endpoint, the change from baseline to each assessment (observed cases) in the MADRS total score, and the change from baseline to each assessment (observed cases) and final assessment in the total HAM-D, HAM-D Item 1, and CGI-S and the CGI-C.; the change from baseline to each assessment (observed cases) and final assessment in the YMRS, and the HAM-A total scores.

- **Safety**

  Safety endpoints are the incidence and nature of all adverse events, the incidence of drug-related adverse events, the incidence of subject withdrawal due to adverse events, and the incidence of clinically significant changes in vital signs, weight, and body mass index during double-blind treatment. Tolerability endpoints are the change in the SAS total score from baseline to final assessment, the change in BARS total score from baseline to final assessment, and the incidence of adverse events related to extrapyramidal symptoms during double-blind treatment

- **Quality of life**

  Exploratory quality of life endpoints are the change from baseline in the PSQI score and Q-Les-Q total score.

**Statistical methods**

All statistical comparisons will be 2-sided tests for the difference between active study medication and placebo. The primary analysis will be analysis of covariance (ANCOVA) for the change from baseline to final assessment for total MADRS score. The ANCOVA model will include terms for treatment, and stratum, with the baseline MADRS score as a covariate. Pair-wise comparisons of each dose with placebo will be assessed within this model as planned comparisons. In order to adjust for multiple comparisons with placebo a step-up

Clinical Study Protocol
Study Code 5077US/0049
Version No. 6

procedure will be employed with a rule for tests of significance based on ordered p-values, maintaining an overall experiment wise type I error rate of 0.05.  The proportion of patients having a $\geq$ 50% reduction from baseline to final assessment in MADRS will be compared across treatments using a logistic model.  Change from baseline in MADRS scores at each assessment (observed cases), and change from baseline in HAM-D, HAM-D item 1, CGI-S, YMRS, HAM-A,  Q-Les-Q and PSQI score at each assessment (observed cases) and LOCF, will be analyzed using the same ANCOVA model as for the primary endpoint.  The CGI-C will be analyzed using the ANCOVA model with the baseline CGI-S as a covariate.

The change from baseline in SAS and BARS score data will be assessed using the same ANCOVA model as the primary endpoint.  The incidence of EPS AEs and overall AEs will be reported using descriptive statistics.  Vital signs, weight, and body mass index will be tabulated using descriptive statistics at baseline, final assessment, and for change from baseline. Descriptive statistics will also be used to describe the proportion of patients whose final Q-Les-Q is within community norm levels.

Repeated measures analysis of variance (ANOVA )will be performed to evaluate whether there are significant differences among treatments across time for MADRS, HAM-D, and HAM-A total scores.

Efficacy analyses will be conducted on a modified intention-to-treat (MITT) population.  A per-protocol (PP) analysis will be conducted for the primary analysis measure (change from baseline MADRS) to evaluate sensitivity of the response.  The safety population will include all subjects who took study medication.

Clinical Study Protocol
Study Code 5077US/0049
Version No. 6

| CONTENTS | | PAGE |
|---|---|---|

| 1. | INTRODUCTION | 15 |
| 1.1 | Background | 15 |
| 1.2 | Rationale for this study | 15 |
| 2. | STUDY OBJECTIVES | 17 |
| 2.1 | Primary objective | 17 |
| 2.2 | Secondary objective | 17 |
| 3. | HYPOTHESES, STUDY PLAN AND PROCEDURES | 19 |
| 3.1 | Hypotheses | 19 |
| 3.2 | Overall study design and flow chart | 20 |
| 3.3 | Rationale for study design, doses and control groups | 24 |
| 3.4 | Selection of study population | 24 |
| 3.4.1 | Study selection record | 24 |
| 3.4.2 | Inclusion criteria | 25 |
| 3.4.3 | Exclusion criteria | 25 |
| 3.4.4 | Restrictions | 27 |
| 3.4.4.1 | Criteria for discontinuation | 27 |
| 3.4.4.2 | Voluntary discontinuation by a subject | 28 |
| 3.4.4.3 | Incorrectly enrolled or randomized subjects | 28 |
| 3.4.4.4 | Procedures for discontinuation | 28 |
| 3.5 | Treatments | 29 |
| 3.5.1 | Investigational products | 29 |
| 3.5.1.1 | Identity of investigational product and comparators | 29 |
| 3.5.1.2 | Doses and treatment regimens | 30 |
| 3.5.1.3 | Labeling | 36 |
| 3.5.1.4 | Storage | 36 |
| 3.5.1.5 | Accountability | 36 |
| 3.5.2 | Method of assigning subjects to treatment groups | 37 |
| 3.5.3 | Blinding and procedures for unblinding the study | 38 |
| 3.5.3.1 | Methods for ensuring blinding | 38 |
| 3.5.3.2 | Methods for unblinding the study | 38 |
| 3.5.4 | Treatment compliance | 38 |
| 4. | CONCURRENT TREATMENT | 39 |
| 4.1 | General medications | 39 |

Clinical Study Protocol
Study Code 5077US/0049
Version No. 6

| 4.2 | Use of psychoactive medications | 39 |
|---|---|---|
| 4.3 | Summary of permitted concurrent medications | 40 |
| 5. | STUDY MEASUREMENTS AND ENDPOINTS | 41 |
| 5.1 | Primary endpoint | 41 |
| 5.2 | Screening and demographic measurements | 41 |
| 5.3 | Efficacy measurements and endpoints | 41 |
| 5.3.1 | Summary of efficacy objectives and endpoints | 43 |
| 5.3.2 | Montgomery-Asberg Depression Rating Scale (MADRS) | 44 |
| 5.3.2.1 | Methods of assessment | 44 |
| 5.3.2.2 | Calculation or derivation of endpoint | 44 |
| 5.3.3 | Hamilton Rating Scale for Depression (HAM-D) | 45 |
| 5.3.3.1 | Methods of assessment | 45 |
| 5.3.3.2 | Calculation or derivation of endpoint | 45 |
| 5.3.4 | Clinical Global Impression - Severity (CGI-S) | 45 |
| 5.3.4.1 | Methods of assessment | 45 |
| 5.3.4.2 | Calculation or derivation of endpoint | 45 |
| 5.3.5 | Clinical Global Impression - Change (CGI-C) | 45 |
| 5.3.5.1 | Methods of assessment | 45 |
| 5.3.5.2 | Calculation or derivation of endpoint | 45 |
| 5.3.6 | Hamilton Rating Scale for Anxiety (HAM-A) | 45 |
| 5.3.6.1 | Methods of assessment | 45 |
| 5.3.6.2 | Calculation or derivation of endpoint | 45 |
| 5.3.7 | Young Mania Rating Scale (YMRS) | 45 |
| 5.3.7.1 | Methods of assessment | 45 |
| 5.3.7.2 | Calculation or derivation of endpoint | 46 |
| 5.4 | Safety measurements and endpoints | 46 |
| 5.4.1 | Summary of safety objectives and endpoints | 47 |
| 5.4.2 | Adverse Events | 48 |
| 5.4.2.1 | Definitions | 48 |
| 5.4.2.2 | Recording of adverse events | 49 |
| 5.4.2.3 | Reporting of serious adverse events | 50 |
| 5.4.3 | Laboratory safety measurements and variables | 51 |
| 5.4.3.1 | Methods of assessment | 51 |
| 5.4.3.2 | Calculation or derivation of endpoints | 51 |
| 5.4.4 | Vital signs measurement | 52 |
| 5.4.4.1 | Methods of assessment | 52 |
| 5.4.4.2 | Calculation or derivation of endpoints | 52 |
| 5.4.5 | ECG safety measurements and variables | 52 |
| 5.4.5.1 | Methods of assessment | 52 |
| 5.4.5.2 | Calculations and derivations of endpoint | 52 |
| 5.4.6 | Simpson-Angus Scale (SAS) | 52 |
| 5.4.6.1 | Methods of assessment | 52 |

10

Clinical Study Protocol
Study Code 5077US/0049
Version No. 6

| 5.4.6.2 | Calculations and derivations of endpoint | 52 |
|---|---|---|
| 5.4.7 | Barnes-Akathisia Rating Scale (BARS) | 53 |
| 5.4.7.1 | Methods of assessment | 53 |
| 5.4.7.2 | Calculations and derivations of endpoint | 53 |
| 5.5 | Quality of Life endpoint | 53 |
| 5.5.1 | Summary of quality of life objectives and endpoints | 53 |
| 5.5.2 | PSQI | 54 |
| 5.5.2.1 | Methods of assessment | 54 |
| 5.5.2.2 | Calculation or derivation of endpoint | 54 |
| 5.5.3 | Q-Les-Q | 55 |
| 5.5.3.1 | Methods of assessment | 55 |
| 5.5.3.2 | Calculation or derivation of endpoint | 55 |
| 5.6 | Interactive Computer Interview for Depression (ICI-D) | 55 |
| 5.7 | Genetic sampling and storage | 55 |
| 5.8 | Volume of blood sampling and handling of biological samples | 56 |
| 6. | DATA MANAGEMENT | 57 |
| 7. | STATISTICAL METHODS AND DETERMINATION OF SAMPLE SIZE | 58 |
| 7.1 | Determination of sample size | 58 |
| 7.2 | Statistical evaluation | 58 |
| 7.2.1 | Methods of statistical analysis | 58 |
| 7.2.2 | Study endpoints | 58 |
| 7.2.3 | Statistical analyses | 59 |
| 7.2.3.1 | Study populations for analysis | 60 |
| 7.2.3.2 | Primary Analysis | 60 |
| 7.2.3.3 | Secondary Analyses of efficacy and quality of life | 60 |
| 7.2.3.4 | Safety analyses | 60 |
| 7.2.3.5 | Tolerability analyses | 61 |
| 7.2.3.6 | Interim analysis | 61 |
| 7.2.3.7 | Data or safety monitoring committee | 61 |
| 8. | STUDY MANAGEMENT | 62 |
| 8.1 | Monitoring | 62 |
| 8.2 | Audits and inspections | 62 |
| 8.3 | Training of staff | 63 |
| 8.4 | Changes to the protocol | 63 |
| 8.5 | Study agreements | 63 |
| 8.6 | Study timetable and termination | 63 |

Clinical Study Protocol
Study Code 5077US/0049
Version No. 6

| 9. | ETHICS | 64 |
|---|---|---|
| 9.1 | Ethics review | 64 |
| 9.2 | Ethical conduct of the study | 64 |
| 9.3 | Subject information and consent | 64 |
| 9.4 | Subject data protection | 65 |
| 10. | EMERGENCY PROCEDURES | 65 |
| 10.1 | AstraZeneca emergency contact procedure | 65 |
| 10.2 | Procedures in case of medical emergency | 65 |
| 10.3 | Procedures in case of overdose | 65 |
| 10.4 | Suicide | 66 |
| 10.5 | Procedures in case of pregnancy | 66 |
| 11. | REFERENCES | 66 |

**Index of Tables**

| Table 1 | Abbreviations and specialist terms | 12 |
|---|---|---|
| Table 2 | Study plan | 23 |
| Table 3 | Trial medication | 29 |
| Table 4 | Dose administration schedule for 300-mg double-blind quetiapine | 31 |
| Table 5 | Dose administration schedule for 600-mg double-blind quetiapine | 31 |
| Table 6 | Dose administration schedule for double-blind placebo | 32 |
| Table 7 | Week 1 Blister pack for 300-mg/Day Quetiapine Group | 33 |
| Table 8 | Week 2-8 300-mg/Day Quetiapine Blister pack | 34 |
| Table 9 | Week 1 600-mg/Day Quetiapine Blister Pack | 34 |
| Table 10 | Week 2-8 600-mg/Day Quetiapine Blister Pack | 35 |
| Table 11 | Week 1 Blister Pack for Placebo Group | 35 |
| Table 12 | Week 2-8 Blister pack for Placebo/Day Group | 36 |
| Table 13 | Permitted, restricted, and prohibited medications | 40 |
| Table 14 | Efficacy objectives and endpoints relating to each objective | 43 |
| Table 15 | Safety objectives and endpoints relating to each objective | 47 |
| Table 16 | Quality of life objectives and endpoints relating to each objective | 54 |
| Table 17 | Volume of blood to be drawn from each subject | 56 |

Clinical Study Protocol
Study Code 5077US/0049
Version No. 6

**Index of Figures**

Figure 1          Study flow chart ....................................................................................... 23

APPENDICES

Appendix A          Signatures

Appendix B          Sample written informed consent form

Appendix C          Declaration of Helsinki

Appendix D          Investigators and Study Administration Structure

Appendix E          Insurance and Indemnity

Appendix F          Additional Safety Information

Appendix G          Reference to Japan

Clinical Study Protocol
Study Code 5077US/0049
Version No. 6

# LIST OF ABBREVIATIONS AND DEFINITION OF TERMS

The following abbreviations and specialist terms are used in this study protocol.

**Table 1**              **Abbreviations and specialist terms**

| Abbreviation or specialist term | Explanation |
|---|---|
| AE | Adverse event (see definition in Section 4.4.2.1) |
| ALT | Alanine aminotransferase |
| ANCOVA | Analysis of covariance |
| ANOVA | Analysis of variance |
| AST | Aspartate aminotransferase |
| BARS | Barnes Akathisia Rating Scale |
| BP | Bipolar Disorder |
| BPD | Bipolar Depression |
| CGI | Clinical Global Impression |
| CGI-C | Clinical Global Impression - Change |
| CGI-S | Clinical Global Impression - Severity |
| CMH | Cochran-Mantel Haenszel |
| CRF | Case Report Form |
| CRS | Concordant Rater systems |
| DSM-IV | Diagnostic and Statistical Manual of Mental Disorders - Fourth Edition |
| EPS | Extrapyramidal symptoms |
| ECG | Electrocardiogram |
| GCP | Good Clinical Practice |

Clinical Study Protocol
Study Code 5077US/0049
Version No. 6

| Abbreviation or specialist term | Explanation |
| --- | --- |
| HAM-A | Hamilton Rating Scale for Depression |
| HAM-D | Hamilton Rating Scale for Anxiety |
| ICH | International Conference on Harmonisation |
| ICI-D | Interactive Computor Interview-Depression |
| ICTI | Interactive Clinical Technologies, Incorporated |
| IEC | Independent Ethics Committee |
| IRB | Institutional Review Board |
| IVRS | Interactive Voice Response System |
| LOCF | Last Observation Carried Forward |
| MADRS | Montgomery-Asberg Depression Rating Scale |
| MITT | Modified Intent to Treat |
| OAE | Other significant adverse event (ie, an adverse event of special interest in this clinical development; see definition in Section 4.4.2.1).  The classification of OAEs will be performed by AstraZeneca drug safety physicians after the study is complete. |
| PSQI | Pittsburgh Sleep Quality Index |
| Principal investigator | The investigator who leads the study conduct at an individual study center.  Every study center has a principal investigator. |
| Qhs | at bedtime |
| Q-Les-Q | Quality of Life Enjoyment Satisfaction Questionnaire |
| SAE | Serious adverse event (see definition in Section 4.4.2.1). |
| SAS | Simpson Angus Scale |
| SSRI | Selective serotonin reuptake inhibitors |

Clinical Study Protocol
Study Code 5077US/0049
Version No. 6

| Abbreviation or specialist term | Explanation |
| --- | --- |
| UNI | Universal Systems Incorporated |
| YMRS | Young Mania Rating Scale |

Clinical Study Protocol
Study Code 5077US/0049
Version No. 6

# 1.      INTRODUCTION

## 1.1      Background

Quetiapine fumarate (SEROQUEL®, quetiapine) is a dibenzothiazepine derivative approved by the United States Food and Drug Administration (FDA) on 26 September 1997 following clinical development by AstraZeneca Pharmaceuticals LP (also referred to as the sponsor) for the treatment of subjects with schizophrenia.  Quetiapine fumarate is designated chemically as bis [2-(2-[4-(dibenzo[b,f][1,4]thiazepin-11-yl) piperazin-1-yl]ethoxy)ethanol] fumarate

Quetiapine has been studied in a toxicological and clinical program directed at supporting clinical evaluation in man.  The results of these studies are presented in the Investigator's Brochure dated January 2002.  The Professional Information Brochure (PIB) contains the current prescribing information for quetiapine.

## 1.2      Rationale for this study

The bipolar disorders are psychiatric disorders in which a disturbance in mood is the predominant feature.  Bipolar I disorder is characterized by one or more manic or mixed episodes, usually accompanied by major depressive episodes.  Bipolar II disorder is characterized by one or more major depressive episodes accompanied by at least one hypomanic episode.  Bipolar depression refers to the major depressive episodes that occur with bipolar I and II disorder.

The prevalence of bipolar disorder is estimated to be 1 to 3.5%, evenly divided between men and women.  The length of time between onset and symptoms and proper diagnosis and treatment is approximately 10 years and it is estimated that only 60% of those suffering from a bipolar disorder are receiving appropriate pharmacotherapy.

Although there is extensive and emerging literature guiding the treatment of the manic phase of bipolar I disorder as well as many approved compounds for the treatment of unipolar depression, the treatment of bipolar depression has not been widely studied and treatment guidelines are in their infancy.  The use of currently available antidepressants for monotherapy for bipolar depression is often problematic as they may increase the "switch" into hypomania or mania from depression, or increase cycle acceleration.   The adjunctive use of mood stabilizing medications such as lithium carbonate (LiCO3) is common and may decrease the likelihood of these complications.

Evidence indicates that medications with mood stabilizing properties which produced low levels of mania, hypomania, or cycle acceleration may be useful as monotherapy in the treatment of bipolar depression.  The antiepileptic lamotrigine produced improvement in HAM-D and MADRS scores in a 7-week, double-blind, placebo controlled trial for the

Clinical Study Protocol
Study Code 5077US/0049
Version No. 6

patients who completed this study (Calabrese 1999).  More recently, the anti-manic agent divalproex demonstrated numerical improvement over placebo in the percentage of patients with bipolar depression having a 50% reduction in the HAM-D scores without mania in an 8 week trial (Sachs, 2001) but this difference was not statistically significant.  Lithium carbonate, also approved for the treatment of mania, has been demonstrated to be effective as a monotherapeutic agent in approximately 50% of patients with bipolar depression (Bauer). However, there are efficacy and tolerability limitations which may prohibit widespread use of the above therapies.

A large multicentered, double-blind, placebo controlled trial was recently completed, which demonstrated efficacy of the atypical antipsychotic olanzapine as monotherapy for the treatment of bipolar depression (Tohen, 2002).  The endpoint mean MADRS change was significantly greater for patients on olanzapine (-15.0 points) than for those on placebo (-11.9 points).  Treatment-emergent mania did not differ significantly between groups.  There also is evidence from small uncontrolled studies that other atypical antipsychotics such as risperidone, and clozapine have mild to moderate antidepressant activity when used in patients with mood disorders.  These small studies also indicate that these compounds are unlikely to cause patients to "switch" into mania.

The potential efficacy of quetiapine in depressive symptoms is provided in data from the Quetiapine Experience with Safety and Tolerability Trial (QUEST) and from investigator-initiated trials in mood disorder patients.  In an open-label trial evaluating the safety and tolerability of quetiapine over 700 subjects with schizophrenia and other psychotic disorders were randomized to treatment with quetiapine or risperidone.  Quetiapine-treated patients experienced a greater improvement in depressive symptoms compared with risperidone-treated patients, with a mean difference of 1.3 points on the HAM-D after adjustment for baseline differences (P=0.028) (Mullen et al, 2001).

A trial of quetiapine in 20 neuroleptic-dependent patients with bipolar or schizoaffective disorder also suggested positive effects on the depressive and psychotic symptoms in these disorders (Sajatovic et al, 2001).  Overall, in 10 patients with bipolar disorder and 10 with schizoaffective disorder who received open-label quetiapine to optimum clinical dosage (25 to 800-mg), significant improvement in Brief Psychiatric Rating Scale (BPRS), Young Mania Rating Scale (YMRS), and HAM-D scores was noted.

In summary, the paucity of satisfactory treatments available signify an unmet medical need for the treatment of bipolar depression.  There are signals of efficacy from clinical trials for the antidepressant properties of atypical antipsychotics such as quetiapine.

Clinical Study Protocol
Study Code 5077US/0049
Version No. 6

# 2. STUDY OBJECTIVES

## 2.1 Primary objective

The primary objectives of the study are to evaluate the efficacy of quetiapine compared to placebo in the treatment for a major depressive episode in patients with bipolar disorder after receiving treatment for up to 8 weeks by comparing

1. the change from baseline to final assessment in the Montgomery-Asberg Depression Rating Scale (MADRS) total score

2. the percentage of patients with a $\geq 50\%$ reduction from baseline in the MADRS total score at final assessment

3. the change from baseline to each assessment in the MADRS total score

4. the change from baseline to each assessment in the total Hamilton Rating Scale for Depression (HAM-D), HAM-D Item 1, and the Clinical Global Impression - Severity (CGI-S), and the Clinical Global Impression - Change (CGI-C).

## 2.2 Secondary objective

The secondary objectives of the study are:

1. to evaluate the incidence of treatment-emergent mania compared to placebo by comparing the percentage of patients who have an increase of >4 points at any time on the Young Mania Rating Scale (YMRS)

2. to evaluate the effect of quetiapine on anxiety compared to placebo by

   – the change from baseline to final assessment in the Hamilton Rating Scale for Anxiety (HAM-A) total score

   – the change from baseline to each assessment in the Hamilton Rating Scale for Anxiety (HAM-A) total score

3. to evaluate the safety and tolerability of quetiapine in the treatment of patients with bipolar depression by

   – the incidence and nature of overall adverse events

   – the incidence and nature of drug-related adverse events

   – subject withdrawal due to adverse events during double-blind treatment

July 14, 2003                                           17(68)

Clinical Study Protocol
Study Code 5077US/0049
Version No. 6

–      the number of patients having clinically significant changes in vital signs from baseline to end of treatment

–      the change in Simpson-Angus Scale (SAS) total score

–      the change in the Barnes Akathisa Rating Scale (BARS) total score

–      the incidence of  adverse events related to extrapyramidal symptoms during double-blind treatment

**Experimental:**

1.      to evaluate the efficacy of quetiapine on sleep quality by comparing the change in sleep quality using the Pittsburgh Sleep Quality Index (PSQI) from baseline to end of treatment

2.      to evaluate the efficacy of quetiapine on the overall quality of life using the Quality of Life Enjoyment and Satisfaction Questionnaire (Q-Les-Q) from baseline to end of treatment

Clinical Study Protocol
Study Code 5077US/0049
Version No. 6

# 3.   HYPOTHESES, STUDY PLAN AND PROCEDURES

## 3.1   Hypotheses

**Primary:**

1.   Quetiapine fumarate at a dose of  300 mg/day will be superior to placebo in reducing the level of depressive symptoms as measured by the change from baseline to edpoint on the Montgomery-Asberg Depression Rating Scale (MADRS) total score in patients with bipolar depression.

2.   Quetiapine fumarate at a dose of 600 mg/day will be superior to placebo in reducing the level of depressive symptoms as measured by the change from baseline to endpoint on the Montgomery-Asberg Depression Rating Scale (MADRS) total score in patients with bipolar depression.

**Secondary:**

1.   Quetiapine at a dose of 300 mg/day will be more effective than placebo in reducing the level of depressive symptoms as measured by the percentage of patients achieving a 50% reduction in MADRS total score in patients with bipolar depression.

2.   Quetiapine at a dose of 600 mg/day will be more effective than placebo in reducing the level of depressive symptoms as measured by the percentage of patients achieving a 50% reduction in MADRS total score in patients with bipolar depression.

3.   Quetiapine at a dose of 300 mg/day will be more effective than placebo in reducing the level of depressive symptoms as measured by change from baseline in the HAM-D item 1 in patients with bipolar depression.

4.   Quetiapine at a dose of 600 mg/day will be more effective than placebo in reducing the level of depressive symptoms as measured by change from baseline in the HAM-D item 1 in patients with bipolar depression.

5.   Quetiapine at a dose of 300 mg/day will be more effective than placebo in improving the patient's clinical status as measured by the CGI-C rating and the change from baseline in the CGI-S in patients with bipolar depression.

6.   Quetiapine at a dose of 600 mg/day will be more effective than placebo in improving the patient's clinical status as measured by the CGI-C rating and the change from baseline in the CGI-S in patients with bipolar depression.

7.      Quetiapine at a dose of 300-mg/day will be no worse than placebo in producing treatment-emergent manic symptoms as measured by the change from baseline in the YMRS in patients with bipolar depression.

8.      Quetiapine at a dose of 600-mg/day will be no worse than placebo in producing treatment-emergent manic symptoms as measured by the change from baseline in the YMRS in patients with bipolar depression.

9.      Quetiapine at a dose of 300 mg/day will be similar or better than placebo in producing anxiety symptoms as measured by change from baseline in HAM-A in patients with bipolar depression.

10.     Quetiapine at a dose of 600 mg/day will be similar or better than placebo in producing anxiety symptoms as measured by change from baseline in HAM-A in patients with bipolar depression.

11.     Quetiapine at a dose of 300 mg/day will be safe and well tolerated compared to placebo in patients with bipolar depression as measured by incidence of adverse events and change from baseline in SAS and BARS.

12.     Quetiapine at a dose of 600 mg/day will be safe and well tolerated compared to placebo in patients with bipolar depression as measured by incidence of adverse events and change from baseline in SAS and BARS.

13.     Quetiapine at a dose of 300 mg/day will provide improved quality of sleep and quality of life compared to placebo in patients with bipolar depression as measured by the PSQI and Q-Les-Q.

14.     Quetiapine at a dose of 600 mg/day will provide improved quality of sleep and quality of life compared to placebo in patients with bipolar depression as measured by the PSQI and Q-Les-Q.

## 3.2      Overall study design and flow chart

This multicenter, double-blind, randomized, placebo-controlled, double-dummy, parallel group trial will consist of a washout period (from 7 to 28 days depending on the medications involved) followed by 8 weeks of treatment to evaluate the efficacy, safety, and tolerability of quetiapine fumarate in the treatment of a major depressive episode in adult subjects with bipolar disorder. A total of approximately 740 subjects will be screened to obtain 530 enrolled subjects to yield 504 evaluable subjects at approximately 75 centers, with a target enrollment of 8 patients per center (maximum 70).  Subjects are required to have a HAM-D (17-item scale) score of $\geq 20$ and a YMRS of =12 at screening baseline (Visit 1).

Clinical Study Protocol
Study Code 5077US/0049
Version No. 6

The trial comprises the following 2 periods:

- Washout period
  Subjects will undergo HAM-D, SCID, YMRS, and safety evaluations at screen (Visit 1) and if they qualify to participate they will commence a washout of antidepressant, antipsychotic, and mood stabilizer medications.  The number of days for washout will depend on the medication they are taking.  These medications must be discontinued  for a period of at least 7 days prior to randomization (Day 1, Visit 2), with the exception of fluoxetine which must be discontinued for a period of 14 days prior to randomization (Day 1, Visit 2) and depot injections of haloperidol decanoate or fluphenazine decanoate which need 28 days washout before randomization.

- 8-week double-blind randomized treatment period (Weeks 1 to 8)
  Eligible subjects will be randomized on Day 1 (Visit 2) to 1 of 3 treatment groups: quetiapine 300 mg/day, quetiapine 600 mg/day, or placebo.  The randomization will be done using a stratification based on diagnosis. Treatment will be administered once daily at bedtime for 8 weeks (Days 1 - 56).  Subjects will not receive medication on Day 57 which is only for final assessments.   Doses will be titrated to achieve target doses of 300 mg/day within 4 days or 600 mg/day within 8 days.  A dose reduction of 100 mg is allowed to improve patient tolerance in each treatment group.  MADRS assessments (used to evaluate the primary efficacy variable) will be performed at Days 1, 8, 15, 22, 29, 36, 43, 50, and 57.

Clinical Study Protocol
Study Code 5077US/0049
Version No. 6

## Figure 1          Study flow chart

| Day | Screen | Washout [b] | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9-14 | 15-56 | 57 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Visit 1 | | Visit 2 | | | | | | | Visit 3 | | Visits 4-9 | Visit 10 |
| Dose: 300-mg [a] or placebo group | | | 50-mg | 100-mg | 200-mg | 300-mg | 300-mg | 300-mg | 300-mg | 300-mg | 300-mg | 300-mg | |
| Dose: 600-mg [a] or placebo group | | | 50-mg | 100-mg | 200-mg | 300-mg | 400-mg | 400-mg | 400-mg | 600-mg | 600-mg | 600-mg | |

24

[a] One time dose reductions of 100 mg/day in 300-mg and 600-mg may occur after Day 8

[b] Washout all psychoactive medications, including antidepressants, antipsychotics, and mood stabilizers for 7 to 28 days depending on the medication involved (eg. haloperidol decanoate or fluphenazine decanoate for 28 days), prior to randomization.  Patients on fluoxitine must discontinue for 14 days.

Clinical Study Protocol
Study Code 5077US/0049
Version No. 6

## Table 2          Study plan

| Study plan | Screen | Washout[a] | Double-blind treatment phase Weeks 1 through 8 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Days | | | 1 | 8 | 15 | 22 | 29 | 36 | 43 | 50 | 57 |
| Visits | 1 | | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| Informed consent | √ | | | | | | | | | | |
| Medical history | √ | | | | | | | | | | |
| Inclusion/Exclusion criteria | √ | | √ | | | | | | | | |
| Structured Clinical Interview for DSM-IV (SCID) | √ | | | | | | | | | | |
| Physical examination [d] | √ | | | | | | | | | | √ |
| Urine toxicology screen | √ | | | | | | | | | | |
| Pregnancy tests (females) | √ | | | | | | | | | | |
| Vital signs, height, weight [c,e] | √ | | √ | √ | √ | √ | √ | √ | √ | √ | √ |
| 12-lead electrocardiogram | √ | | √[b] | | | | | | | | √ |
| Clinical chemistry and hematology | √ | | √[b] | | | | | | | | √ |
| Hamilton Rating Scale for Depression (17-item) | √ | | √ | √ | √ | √ | √ | √ | √ | √ | √ |
| Montgomery-Asberg Depression Rating Scale | | | √ | √ | √ | √ | √ | √ | √ | √ | √ |
| Young Mania Rating Scale | √ | | √ | √ | √ | √ | √ | √ | √ | √ | √ |
| Hamilton Rating Scale for Anxiety | | | √ | √ | √ | √ | √ | √ | √ | √ | √ |
| Clinical Global Impression - Severity | √ | | √ | √ | √ | √ | √ | √ | √ | √ | √ |
| Clinical Global Impression -Change | | | | √ | √ | √ | √ | √ | √ | √ | √ |
| Barnes-Akathisia Rating Scale | | | √ | | | | | | | | √ |
| Simpson-Angus Scale | | | √ | | | | | | | | √ |
| Pittsburgh Sleep Quality Index | | | √ | | | | √ | | | | √ |
| Quality of Life Enjoyment Satisfaction Questionnaire | | | √ | | | | √ | | | | √ |
| Dispense study medication | | | √ | √ | √ | √ | √ | √ | √ | √ | |
| Adverse events | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ |

a  Washout of antidepressants, antipsychotics, mood stabilizer for 7 to 28 days depending on the medications involved and a 14-day washout for fluoxetine.

b Repeat laboratory tests and ECG only if results outside of normal range and clinically significant at Screening

c Height and weight on screen and weight on Day 57

d Physical exam includes ophthalmoscopic exam on screen

e Blood pressure will be obtained in supine and standing positions

Clinical Study Protocol
Study Code 5077US/0049
Version No. 6

## 3.3      Rationale for study design, doses and control groups

This trial is designed as a double-blind placebo-controlled evaluation of Seroquel as monotherapy in bipolar depression.  There is no currently approved compound for use in bipolar depression, nor is there a clinically accepted "gold standard".  Conventional antidepressants have fallen out of favor because of their ability to induce manic symptoms. Antidepressants approved forthe treatment of unipolar depression have not been demonstrated to improve mood symptoms relative to placebo (Nemeroff et al  Am J Psychiatry 158:6 June 2001).  Moreover, there is a high placebo response rates of approximately 30% found in bipolar depression trials.  Thus, the use of a placebo treatment arm for comparison is clinically justified.

Trial treatment will be administered as quetiapine monotherapy in order to more clearly identify a treatment effect of quetiapine on bipolar depression.  Quetiapine fumarate will be administered once daily at bedtime.  The current label specifies twice daily (BID) but a double-blind crossover study in bipolar patients indicated that once daily (qd) is well tolerated and as effective as BID dosing (Chengappa, 2002).

A period of 7 to 28 days is adequate for washout of most psychoactive medications including antidepressants, antipsychotics (including depot agents), and mood stabilizers to ensure that subjects are stable and continue to have adequate depressive symptoms requiring treatment, prior to randomization into the trial.  The double-blind treatment period of 8 weeks is consistent with the time period that is required to see a clinically meaningful response in depressive symptoms.

The trial is designed as a fixed-dose evaluation due to the failure of flexible dose regimens in other psychiatric disorders.  The dosages are based on clinical trial data with quetiapine in patients with a mood disorder.  In the QUEST trial, the average dose of quetiapine in patients with a primary mood disorder (N=316) was approximately 250 mg/day at 16 weeks.  In 20 patients with bipolar or schizoaffective disorder treated with open-label quetiapine, the mean dose was approximately200 mg/day (Sajatovic).  Based on this data, 300 mg/day administered as monotherapy is an appropriate low-dose treatment arm, and 600 mg/day is an appropriate high-dose treatment arm that should exhibit efficacy without a high rate of AEs or noncompliance.

The MADRS is a standardized, well-validated measure of depressive symptoms that is sensitive to treatment effects in depressed outpatients.

## 3.4      Selection of study population

### 3.4.1      Study selection record

Investigators must keep a record of subjects who underwent screening but were not randomized into the trial.

Clinical Study Protocol
Study Code 5077US/0049
Version No. 6

### 3.4.2    Inclusion criteria

At screen (Visit 1) subjects must fulfill all of the following criteria:

1.    Documented ability to provide informed consent before beginning any study-specific procedures.

2.    Male and female patients between 18 and 65 years of age, inclusive

3.    Females of childbearing potential must be using a reliable method of contraception. Reliable methods include hormonal contraceptives (eg, oral contraceptive or long-term injectable or implantable hormonal contraceptive), double-barrier methods (eg, condom and diaphragm, condom and foam, condom and sponge), intrauterine devices, and tubal ligation

4.    Women must have a negative pregnancy test

5.    Meets DSM-IV criteria for bipolar disorder I or bipolar II, most recent episode depressed (296.5x and 296.89x), confirmed by the amended version (by Dr. Michael First) of the Structured Clinical Interview for DSM-IV (SCID) as administered by an AstraZeneca approved clinician with a signed confirmation by the Principal Investigator

6.    Outpatient status

7.    HAM-D (17-item) total score of 20 or greater

8.    HAM-D item 1 (depressed mood) score ≥2

9.    YMRS total ≤12

At randomization (Visit 2) subjects must fulfill the following criteria:

1.    HAM-D (17-item) total score of 20 or greater

2.    HAM-D item 1 (depressed mood) score ≥2

3.    YMRS total ≤12

### 3.4.3    Exclusion criteria

Any of the following is regarded as a criterion for exclusion from the study:

1.    Patients with a current Axis I disorder other than bipolar disorder within 6 months of screening

Clinical Study Protocol
Study Code 5077US/0049
Version No. 6

2.      Patients whose current episode of depression exceeds 12 months or is less than 4 weeks

3.      History of non-response to an adequate trial (6 weeks) of more than 2 classes of antidepressants during their current episode

4.      Patients who meet DSM-IV criteria for substance dependence, for any substance except nicotine, within 12 months of screening

5.      Patients with a positive urine toxicology screen for illicit substances of abuse

6.      Patients who are unable to discontinue all psychoactive medications (excluding prn benzodiazepines), including antidepressants, antipsychotics, and mood stabilizer, at least 7 days prior to randomization and consistent with the pharmacokinetics of the drug

     –   Patients treated with fluoxetine who have not discontinued this medication for at least 14 days prior to randomization.

     –   Patients treated with haloperiodol decanoate or fluphenazine decanoate who have not discontinued these medications 28 days prior to randomization.

7.      Patient who have not discontinued the use of potent P450 inhibitors and inducers (See Section 4.3, Table 13)

8.      Patients who in the investigators opinion will require initiation of psychotherapy during the study period.  Note: ongoing psychotherapy for a minimum of 3 months may continue.

9.      Patients who, in the investigator's judgment, pose a current serious suicidal or homicidal risk at Visit 1 (HAM-D item 3 score of 3 or greater), or have made a suicide attempt within the past 6 months

10.     Patients with a history of clinically significant cardiac, renal, neurologic, cerebrovascular, metabolic, or pulmonary disease, or other disease or clinical finding that is unstable or that, in the opinion of the investigator, would be negatively affected by trial medication or that would affect trial medication

11.     Patients who have had a myocardial infarction within 1 year before Visit 1

12.     Patients with clinically significant abnormal laboratory findings at Visit 1

13.     Patients with renal impairment (serum creatinine $\geq$1.5 mg/dL) or hepatic impairment (ALT or AST 3 times the upper limit of normal)

14.     Patients whose TSH is $\geq$10% over the upper normal limit.  Patients maintained on thyroid medication must be euthyroid for a period of at least 3 months before Visit 1

15.     Patients with clinically significant abnormalities on ECG

16.     Women who have a positive human chorionic gonadotropin (HCG) pregnancy test at Visit 1 or who are lactating or planning to become pregnant during the course of the study

17.     Patients who have participated in a clinical trial of an investigational drug within the past 3 months

18.     Patients who, in the opinion of the investigator, would be non-compliant with the visit schedule or study procedures

19.     History of orthostatic hypotension or conditions that would predispose them to hypotension (eg dehydration, hypovolemia)

20.     Known history of intolerance, hypersensitivity, or lack of response to quetiapine or any of the components of Seroquel tablets, as judged by the investigator

### 3.4.4     Restrictions

Subjects will be required to adhere to the following special restrictions:

1.      Use of any psychoactive drugs including antidepressants, hypnotics (with the exceptions noted in Section 4.3), mood stabilizing drugs, and antipsychotics is not permitted from a period of 5 elimination half-lives (28 days for haloperidol decanoate and fluphenazine decanoate) prior to randomization to end of study. Fluoxetine must be discontinued at least 14 days prior to randomization.

2.      Use of cytochrome P450 3A4 inducers and potent inhibitors are not permitted from 14 days prior to randomization to end of study (see Table 13)

### 3.4.4.1   Criteria for discontinuation

Subjects may be discontinued from study treatment and assessments at any time, at the discretion of the investigator(s). Specific reasons for discontinuing a subject from this study are:

1.      Withdrawal of informed consent

2.      Worsening psychiatric symptoms such that the symptoms constitute a danger to themselves or to others

3.      Use of psychotropic medications at any time during the double-blind treatment period.

4.      Pregnancy at any time during the double-blind treatment period.

5.      Clinically significant or serious adverse event that would not be consistent with continuation in the study, as determined by the investigator, AstraZeneca, or the subject.

### 3.4.4.2    Voluntary discontinuation by a subject

Subjects are free to discontinue their participation in the study at any time, without prejudice to further treatment.  Subjects who discontinue from the study should always be asked about the reason(s) for their discontinuation and about the presence of any adverse events.  They should be seen and assessed by an investigator(s) (see Section 3.4.4.4).  Adverse events should be followed up and any diary cards, questionnaires (eg, for Quality of Life assessments) and investigational products should be returned by the subject.

### 3.4.4.3    Incorrectly enrolled or randomized subjects

Incorrectly enrolled subjects will be discontinued from further study treatment and assessments.  If a subject is given the incorrect randomized treatment, the subject should be continued on the treatment dispensed and Interactive Clinical Technologies, Inc. (ICTI), the vendor providing the randomization patient assignment) should be notified of the error.  The next patient randomized at the site will be assigned an appropriate kit number by ICTI, accounting for the error.

### 3.4.4.4    Procedures for discontinuation

All study procedures required at Day 57 should be conducted when a patient discontinues from the trial.  Procedures required at discontinuation are:

- Physical examination

- Vital signs and weight

- 12-lead ECG

- HAM-D

- MADRS

- ICI-D

- YMRS

- HAM-A

Clinical Study Protocol
Study Code 5077US/0049
Version No. 6

- CGI-C

- CGI-S

- SAS

- BARS

- PSQI

- Q les Q

- Adverse events assessment

Psychiatric assessments (HAM-D, MADRS, YMRS, HAM-A, CGI-C, CGI-S, Q les Q, and PSQI) should not be performed on subjects who have missed 72 hours of study drug before any study visit. Due to the pharmacokinetic profile of quetiapine, these assessments are of questionable clinical accuracy.

## 3.5 Treatments

### 3.5.1 Investigational products

#### 3.5.1.1 Identity of investigational product and comparators

Investigational product will consist of 25-mg, 100-mg, and 200-mg tablets of quetiapine fumarate and matching placebo tablets as shown in Table 3.

**Table 3        Trial medication**

| Tablet strength | Formulation number | Tablet color |
|-----------------|--------------------|--------------|
| 25-mg quetiapine | F12804 | peach |
| 25- mg placebo | F12636 | peach |
| 100-mg quetiapine | F12689 | yellow |
| 100-mg placebo | F12637 | yellow |
| 200-mg quetiapine | F12690 | white |
| 200-mg placebo | F12638 | white |

Clinical Study Protocol
Study Code 5077US/0049
Version No. 6

### 3.5.1.2    Doses and treatment regimens

Quetiapine and placebo for each trial center will be packaged in blister cards.  The 8-week supply will consist of 8 double-blind blister cards.  The 8 double-blind blister cards will be packaged in subject-specific cartons.

Trial medication will be provided for each subject in an 8-card carton that contains the following:

- 1-week titration double-blind treatment cards for Days 1-7

- seven 1-week double-blind treatment cards for Days 8-56, with individual cards provided for treatment Days 8-14, 15-21, 22-28, 29-35, 36-42, 43-49, and 50-56. Each one-week blister card will include a 2-day treatment overage to accommodate visit schedules.

The Week 1 titration card will consist of 25 mg tablets, 100-mg tablets, and 200-mg tablets or matching placebo, as described below, for each of the 300 mg/day and 600 mg/day treatment groups and placebo treatment group.

Blister cards for Weeks 2 through 8, for each treatment group, will consist of 9 days of dosing with the same number of pills for each group (300-mg, 600-mg, and placebo) respectively. The cards for each treatment group will consist of 2 yellow tablets and 2 white tablets per day at bedtime.

Quetiapine or placebo will be administered once a day at bedtime with dose titration to reach a target dose of 300 mg/day by Day 4 in the 300-mg/day treatment group and 600 mg/day by Day 8 in the 600 mg/day group. The schedule for quetiapine or placebo administration is shown in Tables 4, 5, and 6.

Clinical Study Protocol
Study Code 5077US/0049
Version No. 6

**Table 4**          **Dose administration schedule for 300-mg double-blind quetiapine**

| Trial Day | Quetiapine 300 mg/day and placebo | | | | |
|---|---|---|---|---|---|
| | Quetiapine 25 mg | Quetiapine 100 mg | Placebo 100 mg | Quetiapine 200 mg | Placebo 200 mg |
| Day 1 | 2 tablet/50-mg | 0 | 0 | 0 | 0 |
| Day 2 | 0 | 1 tablet/100-mg | 0 | 0 | 0 |
| Day 3 | 0 | 0 | 0 | 1 tablet/200-mg | 0 |
| Day 4 | 0 | 1 tablet/100-mg | 0 | 1 tablet/200-mg | 0 |
| Day 5 | 0 | 1 tablet/100-mg | 1 tablet/100-mg | 1 tablet/200-mg | 0 |
| Day 6 | 0 | 1 tablet/100-mg | 1 tablet/100-mg | 1 tablet/200-mg | 0 |
| Day 7 | 0 | 1 tablet/100-mg | 1 tablet/100-mg | 1 tablet/200-mg | 0 |
| Day 8 | 0 | 1 tablet/100-mg | 1 tablet/100-mg | 1 tablet/200-mg | 1 tablet/200-mg |
| Days 9-56 | 0 | 1 tablet/100-mg | 1 tablet/100-mg | 1 tablet/200-mg | 1 tablet/200-mg |

**Table 5**     **Dose administration schedule for 600-mg double-blind quetiapine**

| Trial Day | Quetiapine 600 mg/day and placebo tablets | | | | |
|---|---|---|---|---|---|
| | Quetiapine 25 mg | Quetiapine 100 mg | Placebo 100 mg | Quetiapine 200 mg | Placebo 200 mg |
| Day 1 | 2 tablets/50-mg | 0 | 0 | 0 | 0 |
| Day 2 | 0 | 1 tablet/100-mg | 0 | 0 | 0 |
| Day 3 | 0 | 0 | 0 | 1 tablet/200-mg | 0 |
| Day 4 | 0 | 1 tablet/100-mg | 0 | 1 tablet/200-mg | 0 |
| Day 5 | 0 | 2 tablets/100-mg | 0 | 1 tablet/200-mg | 0 |
| Day 6 | 0 | 2 tablets/100-mg | 0 | 1 tablet/200-mg | 0 |
| Day 7 | 0 | 2 tablets/100-mg | 0 | 1 tablet/200-mg | 0 |
| Day 8 | 0 | 2 tablets/100-mg | 0 | 2 tablets/400-mg | 0 |
| Days 9-56 | 0 | 2 tablets/100-mg | 0 | 2 tablets/400-mg | 0 |

July 14, 2003                    31(68)

33

Clinical Study Protocol
Study Code 5077US/0049
Version No. 6

**Table 6      Dose administration schedule for double-blind placebo**

| Trial Day | Placebo 25mg | Placebo 100 mg | Placebo 200 mg |
|---|---|---|---|
| Day 1 | 2 tablets/50-mg | 0 | 0 |
| Day 2 | 0 | 1 tablet/100-mg | 0 |
| Day 3 | 0 | 0 | 1 tablet/200-mg |
| Day 4 | 0 | 1 tablet/100-mg | 1 tablet/200-mg |
| Day 5 | 0 | 2 tablets/100-mg | 1 tablet/200-mg |
| Day 6 | 0 | 2 tablets/100-mg | 1 tablet/200-mg |
| Day 7 | 0 | 2 tablets/100-mg | 1 tablet/200-mg |
| Day 8 | 0 | 2 tablets/100-mg | 2 tablets/400-mg |
| Days 9-56 | 0 | 2 tablets/100-mg | 2 tablets/400-mg |

Clinical Study Protocol
Study Code 5077US/0049
Version No. 6

**Dosing Reduction**

Dose reductions for intolerability will be allowed after Day 8.  In the 300-mg/day group, dose reductions of 100 mg/day will be achieved by reducing the dose by one 100-mg tablets. In the 600-mg/day group, a dose reduction of 100 mg/day will be achieved by reducing the bedtime dose by one 100-mg tablets active drug.  This dose reduction can occur anytime after Day 8.  Each column in the blister packs will be numbered 1-4.  By Day 6 columns 1 and 2 of the blister packs will each contain a 100-mg tablet.  In both the 300-mg /day group and the 600-mg/day group, column 1 will contain active medication thus ensuring that by eliminating the first column (column #1) of medication they are reducing their dose by 100-mg.  Each tablet in the placebo treatment group will also indicate the same corresponding numbers (columns #1-4) as the active treatment groups even though no active product is packaged.  This will ensure the blind is maintained.

**Table 7**              **Week 1 Blister pack for 300-mg/Day Quetiapine Group**

| Day | Column 1 | Column 2 | Column 3 | Column 4 |
|---|---|---|---|---|
| 1 | 25-mg quetiapine | 25-mg quetiapine | | |
| 2 | 100-mg quetiapine | | | |
| 3 | 200-mg quetiapine | | | |
| 4 | 100-mg quetiapine | 200-mg quetiapine | | |
| 5 | 100-mg quetiapine | 100-mg placebo | 200-mg quetiapine | |
| 6 | 100-mg quetiapine | 100-mg placebo | 200-mg quetiapine | |
| 7 | 100-mg quetiapine | 100-mg placebo | 200-mg quetiapine | |
| Extra Day | 100-mg quetiapine | 100-mg placebo | 200-mg quetiapine | 200-mg placebo |
| Extra Day | 100-mg quetiapine | 100-mg placebo | 200-mg quetiapine | 200-mg placebo |

Clinical Study Protocol
Study Code 5077US/0049
Version No. 6

**Table 8**              **Week 2-8 300-mg/Day Quetiapine Blister pack**

| Day | Column 1 | Column 2 | Column 3 | Column 4 |
|-----|----------|----------|----------|----------|
| 1 | 100-mg quetiapine | 100-mg placebo | 200-mg quetiapine | 200-mg placebo |
| 2 | 100-mg quetiapine | 100-mg placebo | 200-mg quetiapine | 200-mg placebo |
| 3 | 100-mg quetiapine | 100-mg placebo | 200-mg quetiapine | 200-mg placebo |
| 4 | 100-mg quetiapine | 100-mg placebo | 200-mg quetiapine | 200-mg placebo |
| 5 | 100-mg quetiapine | 100-mg placebo | 200-mg quetiapine | 200-mg placebo |
| 6 | 100-mg quetiapine | 100-mg placebo | 200-mg quetiapine | 200-mg placebo |
| 7 | 100-mg quetiapine | 100-mg placebo | 200-mg quetiapine | 200-mg placebo |
| Extra Day | 100-mg quetiapine | 100-mg placebo | 200-mg quetiapine | 200-mg placebo |
| Extra Day | 100-mg quetiapine | 100-mg placebo | 200-mg quetiapine | 200-mg placebo |

**Table 9**              **Week 1 600-mg/Day Quetiapine Blister Pack**

| Day | Column 1 | Column 2 | Column 3 | Column 4 |
|-----|----------|----------|----------|----------|
| 1 | 25-mg quetiapine | 25-mg quetiapine | | |
| 2 | 100-mg quetiapine | | | |
| 3 | 200-mg quetiapine | | | |
| 4 | 100-mg quetiapine | 200-mg quetiapine | | |
| 5 | 100-mg quetiapine | 100-mg quetiapine | 200-mg quetiapine | |
| 6 | 100-mg quetiapine | 100-mg quetiapine | 200-mg quetiapine | |
| 7 | 100-mg quetiapine | 100-mg quetiapine | 200-mg quetiapine | |
| Extra Day | 100-mg quetiapine | 100-mg quetiapine | 200-mg quetiapine | 200-mg quetiapine |
| Extra Day | 100-mg quetiapine | 100-mg quetiapine | 200-mg quetiapine | 200-mg quetiapine |

Clinical Study Protocol
Study Code 5077US/0049
Version No. 6

**Table 10**          **Week 2-8 600-mg/Day Quetiapine Blister Pack**

| Day | Column 1 | Column 2 | Column 3 | Column 4 |
|-----|----------|----------|----------|----------|
| 1 | 100-mg quetiapine | 100-mg quetiapine | 200-mg quetiapine | 200-mg quetiapine |
| 2 | 100-mg quetiapine | 100-mg quetiapine | 200-mg quetiapine | 200-mg quetiapine |
| 3 | 100-mg quetiapine | 100-mg quetiapine | 200-mg quetiapine | 200-mg quetiapine |
| 4 | 100-mg quetiapine | 100-mg quetiapine | 200-mg quetiapine | 200-mg quetiapine |
| 5 | 100-mg quetiapine | 100-mg quetiapine | 200-mg quetiapine | 200-mg quetiapine |
| 6 | 100-mg quetiapine | 100-mg quetiapine | 200-mg quetiapine | 200-mg quetiapine |
| 7 | 100-mg quetiapine | 100-mg quetiapine | 200-mg quetiapine | 200-mg quetiapine |
| Extra Day | 100-mg quetiapine | 100-mg quetiapine | 200-mg quetiapine | 200-mg quetiapine |
| Extra Day | 100-mg quetiapine | 100-mg quetiapine | 200-mg quetiapine | 200-mg quetiapine |

**Table 11**          **Week 1 Blister Pack for Placebo Group**

| Day | Column 1 | Column 2 | Column 3 | Column 4 |
|-----|----------|----------|----------|----------|
| 1 | 25-mg placebo | 25-mg placebo | | |
| 2 | 100-mg placebo | | | |
| 3 | 200-mg placebo | | | |
| 4 | 100-mg placebo | 200-mg placebo | | |
| 5 | 100-mg placebo | 100-mg placebo | 200-mg placebo | |
| 6 | 100-mg placebo | 100-mg placebo | 200-mg placebo | |
| 7 | 100-mg placebo | 100-mg placebo | 200-mg placebo | |
| Extra Day | 100-mg placebo | 100-mg placebo | 200-mg placebo | 200-mg placebo |
| Extra Day | 100-mg placebo | 100-mg placebo | 200-mg placebo | 200-mg placebo |

Clinical Study Protocol
Study Code 5077US/0049
Version No. 6

**Table 12**                    **Week 2-8 Blister pack for Placebo/Day Group**

| Day | Column 1 | Column 2 | Column 3 | Column 4 |
|---|---|---|---|---|
| 1 | 100-mg placebo | 100-mg placebo | 200-mg placebo | 200-mg placebo |
| 2 | 100-mg placebo | 100-mg placebo | 200-mg placebo | 200-mg placebo |
| 3 | 100-mg placebo | 100-mg placebo | 200-mg placebo | 200-mg placebo |
| 4 | 100-mg placebo | 100-mg placebo | 200-mg placebo | 200-mg placebo |
| 5 | 100-mg placebo | 100-mg placebo | 200-mg placebo | 200-mg placebo |
| 6 | 100-mg placebo | 100-mg placebo | 200-mg placebo | 200-mg placebo |
| 7 | 100-mg placebo | 100-mg placebo | 200-mg placebo | 200-mg placebo |
| Extra Day | 100-mg placebo | 100-mg placebo | 200-mg placebo | 200-mg placebo |
| Extra Day | 100-mg placebo | 100-mg placebo | 200-mg placebo | 200-mg placebo |

### 3.5.1.3    Labeling

All trial supplies will be provided by AstraZeneca.

The blister cards Days 1- 56 will be supplied in subject-specific cartons.  Each blister card will be labeled with a two-panel, double-blind label.  The left portion of the label will remain on the blister card.  The right portion of the label will be affixed to the appropriate Case Report Form (CRF) as part of the individual's permanent record. The label will contain at least the following information: trial number, code assignment and storage condition. The carton for the 8 blister cards for Days 1-56 will be labeled with a single-panel double-blind label.  The label will contain at least the following information: trial number, storage conditions, and instructions to dispense according to protocol.

### 3.5.1.4    Storage

All investigational products must be kept in a secure and locked location, at room temperature and protected from light and moisture.

### 3.5.1.5    Accountability

The investigational materials are to be prescribed only by the investigator or the sub-investigators named in Form FDA-1572.  Under no circumstances will the investigator allow the investigational drug to be used other than as directed by the protocol without prior AstraZeneca approval.

July 14, 2003                                      36(68)

The investigator must maintain accurate records accounting for the receipt of the investigational materials (ICTI provides a acknowledge the receipt of drug shipment module for this purpose) and for the disposition of the material. This record keeping consists of a dispensing record that includes the identification of the person to who the drug is dispensed, the quantity and the date of dispensing, and documentation of any unused drug returned to the investigator. This record is in addition to any drug accountability information recorded on the subject's hospital or clinic chart.

Starting with Week 1, each patient will return the blister card for the preceding week to the clinic. The clinic will tabulate the returned pills to aid in drug accountability.

At the termination of the study or at the request of the sponsor, the Clinical Research Associate must return any unused study supplies to Universal Systems Incorporated (USI), at the address listed below, for destruction. This return will be documented on an Investigational Product Return Invoice supplied by AstraZeneca.

USI
2084-900 Lake Industrial Court
Conyers, GA 30013

### 3.5.2    Method of assigning subjects to treatment groups

This trial will be established with a non-specific labeling (NCSL) randomization that will be stratified by bipolar type. Randomization to trial treatment will be done via an Interactive Voice Response System (IVRS) at ICTI on Day 1 (Visit 2) in balanced blocks within each stratum in order to ensure relative balance among treatment groups and strata (Bipolar I and Bipolar II)in terms of total number of subjects. The randomization schedule will be created under the auspices of AstraZeneca Quantitative Decision Sciences Group and will provide allocation of subject numbers to the treatment regiments. Number and size of tablets will be identical for the 3 treatment arms. Clinical supplies will contain a 4-digit subject number which is allocated to the treatment arm through the randomization scheme. A separate randomization will be used to provide kits of packaged drugs to the sites. The IVRS system at ICTI will allocate a kit number at the site for the treatment assigned through the stratified randomization.

Subject eligibility will be established before treatment randomization. Subjects will be randomized centrally sequentially within the stratum, as subjects are eligible for enrollment/randomization. If a subject discontinues from the study, the subject number will not be reused, and the subject will not be allowed to re-enter the study.

The randomization is centralized and the assigned randomized patient number and associated kit numbers will not be sequential within a site.

Clinical Study Protocol
Study Code 5077US/0049
Version No. 6

### 3.5.3        Blinding and procedures for unblinding the study

### 3.5.3.1        Methods for ensuring blinding

All packaging will be identical with placebo and active tablets identical in size and color.  The number of tablets dispensed on each card will be identical across all treatment arms.

The randomization for the kit assignments will be generated by the study statistician and provided directly to packaging with a copy going to ICTI Clinical Supplies Management Group.  The stratified patient randomization will be generated by an AstraZeneca randomization staff member not associated with the trial and will be provided directly to ICTI for incorporation into the IVRS system.  No member of the study team in AstraZeneca, at investigational sites or the CRO organization handing data will have access to the randomization scheme during the conduct of the study.

### 3.5.3.2        Methods for unblinding the study

Individual treatment codes, indicating the treatment randomization for each randomized subject, will be available to the investigator(s) or pharmacists at the study center through the use of a concealed panel on the label.

The treatment code must not be broken except in medical emergencies when the appropriate management of the subject necessitates knowledge of the treatment randomization.  The investigator(s) must document and report to AstraZeneca any breaking of the treatment code.  AstraZeneca retains the right to break the code in order to report serious adverse events to regulatory authorities.

Treatment codes will not be broken for the planned analyses of data until all decisions on the evaluability of the data from each individual subject have been made and documented.

### 3.5.4        Treatment compliance

Compliance will be assessed based on returned tablet counts.  The percent compliance will be calculated as the number of tablets taken (dispensed - returned) divided by the prescribed number of tablets (number of days times number of tablets per day) expressed as a percent.  Based on this calculation a subject with at least 75% compliance with study medication during study participation will be classified as compliant.

Furthermore, if there are any significant irregularities in compliance, in the opinion of the investigator, the patient should be withdrawn from the study.

Clinical Study Protocol
Study Code 5077US/0049
Version No. 6

# 4.    CONCURRENT TREATMENT

## 4.1    General medications

Nonpsychotropic medication, including over-the counter medications, taken by the subject before entry into the trial may be continued during the trial.  Medications required to treat illnesses or complaints that occur during the trial may be used at the discretion of the investigator.  Use of cytochrome P450 inducers and potent inhibitors is restricted (see Table 13 below).

Women who enter the trial with an intrauterine device in place, using oral contraceptives, or using injectable or implantable hormonal agents designed to prevent pregnancy may continue these treatments throughout the trial.

The specific type of medication (trade or generic name), the indication for use, and the dates of usage should be reported on the CRF entitled Concurrent Treatment.

Medication which is considered necessary for the subject's safety and well being may be given at the discretion of the investigator(s).  The administration of all medication (including investigational products) must be recorded in the appropriate sections of the case report form (CRF).

## 4.2    Use of psychoactive medications

The use of psychoactive drugs other than those specifically allowed during the trial (ie, lorazepam and zolpidem tartrate) is restricted (see Section 4.3, Table 13).

July 14, 2003                                    39(68)

Clinical Study Protocol
Study Code 5077US/0049
Version No. 6

## 4.3    Summary of permitted concurrent medications

Medications specifically prohibited or restricted, and those permitted during the trial are listed in Table 13

**Table 13        Permitted, restricted, and prohibited medications**

| Use category | Type of medication |
| --- | --- |
| Permitted | Previous medications for medical, nonpsychiatric illnesses<br><br>Oral contraceptives and contraceptive devices |
| Restricted | Zolpidem tartrate 5-10 mg at bedtime for insomnia<br>Lorazepam 1-3 mg per day for severe anxiety<br>These drugs may be prescribed during the first 3 weeks of the study as long as they do not interfere with any assessments |
| Prohibited | Potent cytochrome P450 3A4 inducers (including but not limited to barbiturates, carbamazepine, rifampin, and St John's Wort)<br>Potent cytochrome P450 3A4 inhibitors (including but not limited to ketoconazole, itraconazoole, fluconazole, erythromycin, clarithromycin, troleandomycin, indinavir, nelfinavir, ritonavir, and saquinavir)<br>Antipsychotic medications (including but not limited to phenothiazines, risperidone, olanzapine, ziprasidone, clozapine, loxapine, thiothixene, molindone)<br><br>Use of any psychoactive drugs including antidepressants, hypnotics, mood stabilizing drugs, and antipsychotics from a period of 7 to 28 days depending on the medications involved (eg. 28 days for haloperidol decanoate and fluphenazine decanoate) prior to randomization to end of study.<br>Fluoxetine must be discontinued at least 14 days prior to randomization. |

Clinical Study Protocol
Study Code 5077US/0049
Version No. 6

# 5.    STUDY MEASUREMENTS AND ENDPOINTS

## 5.1    Primary endpoint

The primary efficacy endpoint is the change from baseline to final assessment in the Montgomery-Asberg Depression Rating Scale (MADRS) total score.  This endpoint is used as the basis for the sample size calculation, as provided in Section 6.1.

## 5.2    Screening and demographic measurements

The following data are to be collected at screening:

- date of birth, sex, and race

- vital signs, height, weight

- supine and standing blood pressure and pulse

- significant medical history

- physical examination including ophthalmoscopic exam

- 12-lead electrocardiogram

- clinical chemistry and hematology

- pregnancy test (if female of childbearing potential)

- HAM-D assessment

- YMRS

- DSM-IV diagnosis, based on SCID assessment

## 5.3    Efficacy measurements and endpoints

The following assessments will be used to evaluate efficacy:

- change from baseline to final assessment in MADRS total score

- percentage of subjects with $\geq$50% reduction from baseline in MADRS total score at final assessment

- the change from baseline in each assessment (observed cases) in the MADRS total score

Clinical Study Protocol
Study Code 5077US/0049
Version No. 6

- the change from baseline to each assessment (observed cases) and final assessment in the CGI-S

- the CGI-C at final assessment

- the change from baseline to each assessment (observed cases) and final assessment in the YMRS

- the change from baseline to each assessment (observed cases) and final assessment in the total HAM-A

Evaluation using each of these scales should be performed by the same trained/certified staff member who has been approved by AstraZeneca for all assessments of the scale for an individual subject.

Clinical Study Protocol
Study Code 5077US/0049
Version No. 6

### 5.3.1    Summary of efficacy objectives and endpoints

Table 14 shows how the efficacy endpoints of this study relate to the study objectives.

**Table 14          Efficacy objectives and endpoints relating to each objective**

| Objective | Endpoint(s) and statistics | Planned analysis | Significance of results |
|---|---|---|---|
| Primary | Primary measure | | |
| evaluate the efficacy of quetiapine compared to placebo in the treatment of a major depressive episode in patients with bipolar disorder after receiving treatment for up to 8 weeks | change from baseline to final assessment in the Montgomery-Asberg Depression Rating Scale (MADRS) total score; ls means, 95% CI at final assessment  ; descriptive statistics by statum | ANCOVA for the change from baseline to final assessment for total MADRS score. Pair-wise comparisons of each dose with placebo using step up procedure | Reductions in MADRS compared with placebo will indicate doses which are effective in treating depressive episode |
| | Secondary measure percentage of subjects meeting the MADRS responder criteria ; n, percentage responders at each assessment, final assessment ; descriptive statistics by statum | Logistic model | Higher response rates will indicate doses which are effective in treating depressive episode in treating depressive episode |
| | change from baseline to each assessment for the MADRS total score, and each assessment and final assessment Clinical Global Impression - Severity (CGI-S); ls means, 95% CI; descriptive statistics by stratum | ANCOVA for the change from baseline to each assessment and final assessment (LOCF) for CGI-S. Pair-wise comparisons of each dose with placebo | Reductions in scales compared with placebo will indicate doses which are effective in treating depressive episode |
| | Clinical Global Impression - Change (CGI-C); ls means, 95% CI; descriptive statistics by stratum | ANCOVA for the CGI-C for each assessment and final assessment (LOCF). Pair-wise comparisons | Greater improvements in CGI-C will indicate doses which are effective compared with placebo |

Clinical Study Protocol
Study Code 5077US/0049
Version No. 6

| Objective | Endpoint(s) and statistics | Planned analysis | Significance of results |
|-----------|---------------------------|------------------|-------------------------|
| Primary | Primary measure | | |
| | | of each dose with placebo | |
| Secondary evaluate the efficacy of quetiapine compared to placebo in the incidence of treatment-emergent mania | change from baseline to each assessment and final assessment in the YMRS total score; ls means, 95% CI; descriptive statistics by stratum | ANCOVA for the change from baseline to each assessment and final assessment for YMRS total score, with MADRS score as covariate. Pair-wise comparisons of each dose with placebo | No significant increase in the YMRS compared to placebo will indicate doses which do not result in treatment-emergent mania |
| evaluate the effect of quetiapine compared to placebo on symptoms of anxiety | change from baseline to each assessment and final assessment in the HAM-A total score; ls means, 95% CI; descriptive statistics by stratum | ANCOVA for the change from baseline to each assessment and final assessment for HAM-A total score, with MADRS score as covariate. Pair-wise comparisons of each dose with placebo | Improvement in the HAM-A compared to placebo will indicate efficacy in treating anxiety component of the depressive episode |

The methods for collecting efficacy data are presented below.

### 5.3.2    Montgomery-Asberg Depression Rating Scale (MADRS)

### 5.3.2.1    Methods of assessment

The MADRS will be performed at each visit during the trials using the validated MADRS instrument by certified staff at each site.

### 5.3.2.2    Calculation or derivation of endpoint

The change from baseline to final LOCF will be calculated for total MADRS score. A subject will be classified as a responder if the % change from baseline, calculated as the (change from baseline divided by the baseline) multiplied by 100 indicates a $\geq 50\%$ reduction in baseline total MADRS score.

*Clinical Study Protocol*
*Study Code 5077US/0049*
*Version No. 6*

### 5.3.3        Hamilton Rating Scale for Depression (HAM-D)

#### 5.3.3.1        Methods of assessment

The HAM-D will be performed at scheduled  visits during the trial by a certified staff member at each site.

#### 5.3.3.2        Calculation or derivation of endpoint

The change from baseline will be calculated at each assessment (observed cases) and final assessment in HAM-D and HAM-D item #1.

### 5.3.4        Clinical Global Impression - Severity (CGI-S)

#### 5.3.4.1        Methods of assessment

The CGI-S will be performed at scheduled  visits during the trial by a trained professional at each site.

#### 5.3.4.2        Calculation or derivation of endpoint

The change from baseline will be calculated at each assessment (observed cases) and final assessment in CGI-S.

### 5.3.5        Clinical Global Impression - Change (CGI-C)

#### 5.3.5.1        Methods of assessment

The CGI-C will be performed at scheduled visits during the trial by a trained professional at each site.

#### 5.3.5.2        Calculation or derivation of endpoint

The CGI-C is a measure of change from baseline and therefore requires no further derivation.

### 5.3.6        Hamilton Rating Scale for Anxiety (HAM-A)

#### 5.3.6.1        Methods of assessment

The HAM-A will be performed at scheduled visits during the trial by a certified staff member at each site.

#### 5.3.6.2        Calculation or derivation of endpoint

The change from baseline will be calculated at each assessment (observed cases) and final assessment in HAM-A.

### 5.3.7        Young Mania Rating Scale (YMRS)

#### 5.3.7.1        Methods of assessment

The YMRS will be performed at scheduled visits during the trial by a certified staff member at each site.

Clinical Study Protocol
Study Code 5077US/0049
Version No. 6

### 5.3.7.2    Calculation or derivation of endpoint

The change from baseline will be calculated at each assessment (observed cases) and final assessment in YMRS.

## 5.4    Safety measurements and endpoints

The following measurements will be used to assess safety:

- adverse event reporting (both general adverse events and serious adverse events), coded using MedDRA system of nomenclature

- fasting clinical laboratory tests (including chemistry and hematology)

- vital signs(taken in both the standing and supine positions)

- ECG tests

- Simpson-Angus Scale

- Barnes-Akathesia Rating Scale

Clinical Study Protocol
Study Code 5077US/0049
Version No. 6

### 5.4.1 Summary of safety objectives and endpoints

Table 15 shows how the safety endpoints of this study relate to the study objectives.

**Table 15        Safety objectives and endpoints relating to each objective**

| Objective | Endpoints and statistic | Planned analysis | Significance of results |
|---|---|---|---|
| evaluate the safety and tolerability of quetiapine in the treatment of patients with bipolar depression | incidence and nature of adverse events during double-blind treatment ; n, % incidence per event, placebo run-in, titration week and 7 weeks of therapy | descriptive statistics only | no new safety issues identified |
| | incidence of drug-related adverse events during double-blind treatment ; n, % incidence; titration week and 7 weeks of therapy | descriptive statistics only | |
| | incidence of subject withdrawal due to adverse events; n, % withdrawn, placebo run-in, titration week and 7 weeks of therapy | descriptive statistics only | |
| | incidence of clinically significant changes in vital signs; n, % at each assessment and final visit | descriptive statistics only | |
| | change in the SAS total score ; mean change, standard deviation, baseline to final assessment (LOCF) | descriptive statistics only | |
| | the change in BARS total score | descriptive statistics only | |
| | incidence rate of adverse events related to extrapyramidal symptoms during double-blind treatment | descriptive statistics only | |

The methods for collecting safety data are described below.

Clinical Study Protocol
Study Code 5077US/0049
Version No. 6

## 5.4.2    Adverse Events

### 5.4.2.1    Definitions

The definitions of adverse events (AEs), serious adverse events (SAEs) and other significant adverse events (OAEs) are given below.  It is of the utmost importance that all staff involved in the study is familiar with the content of this section.  The principal investigator is responsible for ensuring this.

**(a)        Adverse Event**

An adverse event is the development of an undesirable medical condition or the deterioration of a pre-existing medical condition following or during exposure to a pharmaceutical product, whether or not considered causally related to the product.  An undesirable medical condition can be symptoms (eg, nausea, chest pain), signs (eg, tachycardia, enlarged liver) or the abnormal results of an investigation (eg, laboratory findings, electrocardiogram).  In clinical studies, an AE can include an undesirable medical condition occurring at any time, including run-in or washout periods, even if no study treatment has been administered.

**(b)        Serious Adverse Event**

A serious adverse event is an AE occurring during any study phase (ie, run-in, treatment, washout, follow-up), and at any dose of the investigational product, comparator or placebo, that fulfills one or more of the following criteria:

- results in death

- is immediately life-threatening

- requires in-patient hospitalization or prolongation of existing hospitalization

- results in persistent or significant disability or incapacity

- is a congenital abnormality or birth defect

- is an important medical event that may jeopardize the subject or may require medical intervention to prevent one of the outcomes listed above?

The causality of SAEs (ie, their relationship to study treatment) will be assessed by the investigator(s), who in completing the relevant case report form must answer "yes" or "no" to the question "Do you consider that there is a reasonable possibility that the event may have been caused by the drug?"  For further guidance on the definition of a SAE and a guide to the interpretation of the causality question, see Appendix F.

**(c)**    **Other significant adverse event**

An AstraZeneca expert will identify OAEs during the evaluation of safety data for the Clinical Study Report.  Significant adverse events of particular clinical importance, other than SAEs and those AEs leading to discontinuation of the subject from study treatment, will be classified as OAEs.  Examples of these are marked hematological and other laboratory abnormalities, and certain events that lead to intervention (other than those already classified as serious), dose reduction or significant additional treatment.  For each OAE, a narrative will be written and included in the Clinical Study Report.

### 5.4.2.2    Recording of adverse events

All AEs and SAEs that occur before, during treatment, or within 30 days following the cessation of treatment, whether or not related to the study drug, must be recorded on the CRF provided by the sponsor.  If any SAEs are recorded during the 30-day follow-up period, all concomitant medications taken during the 30-day follow-up should also be recorded on the CRF.  A description of the event, its intensity, duration, action taken (eg, treatment and follow-up tests), and outcome should be given, along with the investigator's causality assessment of the relationship of the event to the study drug.  If a diagnosis of the subject's condition has been made, then the diagnosis should be recorded as the SAE.  In instances of well recognized syndromes (eg, fever, runny nose, cough) they can be recorded as "flu".  However, if a diagnosis of the subject's condition has not been made, or if the individual symptoms are not well recognized, then the individual symptoms should be recorded separately.

In general, abnormal laboratory tests or vital signs should not be reported as AEs unless they fulfill the criteria for an SAE or lead to discontinuation.  If an abnormal laboratory test result or vital sign is associated with clinical signs and symptoms, the sign or symptom should be reported as an AE, and the associated test result or vital sign should be recorded on the appropriate CRF.

A causality assessment must be recorded for all AEs.  The CRF asks the question, "In your medical judgement, is there a reasonable possibility that the event may have been caused by the study therapy?"  If there is any valid reason, even if undetermined or untested, for suspecting a possible cause-and-effect relationship between the study drug and the occurrence of the AE, then this should be answered "yes."  Otherwise, if no valid reason exists for suggesting a possible relationship, then this should be answered "no."  If more than 1 AE is identified, a causality assessment must be made for each AE.

It is important to distinguish between serious and severe AEs.  Severity is a measure of intensity whereas seriousness is defined by the criteria in Section 5.4.2.1 (b).  An AE of severe intensity need not necessarily be considered serious.  For example, nausea which persists for several hours may be considered severe nausea, but not a SAE.  On the other hand, a stroke that results in only a limited degree of disability may be considered a mild stroke but would be a SAE.

Clinical Study Protocol
Study Code 5077US/0049
Version No. 6

Any detrimental change in the subject's condition after the subject enters the study will be discussed with the investigator.  Where the detrimental change is considered by the investigator to constitute a progression or relapse of bipolar depression or a lack of efficacy, then this will not be considered an AE even where this necessitates or prolongs hospitalization.  When there is deterioration in the condition for which the medicine is being used, there may be uncertainty as to whether this is lack of efficacy or an AE.  In such cases, unless AstraZeneca or the reporting physician considers that the medicine contributed to the deterioration, the deterioration should be considered lack of efficacy.  However, if it is believed that the medicine may have contributed to the deterioration, then this should be treated as an AE.

Study drug abuse is an SAE, even when there are no symptoms or additional AEs and should be reported according to the guidelines in Section 5.4.2.3.  Misuse of study drug is an AE but is not considered an SAE unless accompanied by serious sequelae.

Should an overdose occur, it must be reported in accordance with the procedures described in Section 10.3 Procedures in case of overdose.  All overdoses, with or without associated symptoms, should be reported as AEs.

Suicide and attempted suicide, irrespective of the method, but occurring in connection with the use of study drug, should be reported as AEs (serious or non-serious).  This event should be identified as suicide or attempted suicide, and the method of the suicide or attempt should be provided.  If an attempted suicide meets the criteria for an SAE, the event must be reported according to the guidelines in Section 10.4.

Should a pregnancy occur, it must be reported in accordance with the procedures described in Section 10.5.  Procedures in case of pregnancy.  Pregnancy in itself is not regarded as an AE unless there is a suspicion that an investigational product may have interfered with the effectiveness of a contraceptive medication.

### 5.4.2.3    Reporting of serious adverse events

Investigators and other site personnel must inform appropriate AstraZeneca representatives of any SAE that occurs in the course of the study within 1 day (i.e. immediately but no later than the end of the next business day) of when he or she becomes aware of it.

The AstraZeneca representative will work with the investigator to compile all the necessary information and ensure that the appropriate AstraZeneca Drug Safety Department receives a report by day 1 for all fatal and life-threatening cases and by day 5 for all other SAEs.

Follow-up information on SAEs must also be reported by the investigator within the same time frames.

If a non-serious AE becomes serious, this and other relevant follow-up information must also be provided to AstraZeneca within 1 day as described above.

Clinical Study Protocol
Study Code 5077US/0049
Version No. 6

After initial notification, the AstraZeneca representatives have 4 days to work with the investigator to compile all the necessary information to ensure that the appropriate AstraZeneca Drug Safety Department  receives a complete report by day 5. Follow-up information on SAEs should also be reported by the investigator within the same time frames. If a non-serious case becomes serious, this and other relevant follow-up information should also be provided to AstraZeneca within 1 day as described in the paragraph above

All SAEs have to be reported, whether or not considered causally related to the investigational product.  All SAEs will be recorded in the case report form.  The investigator is responsible for informing the Ethics Committee and/or the Regulatory Authority of the SAE as per local requirements.

### 5.4.3    Laboratory safety measurements and variables

Blood (under fasting conditions) and urine specimens will be collected for laboratory test analysis and these samples will be processed by a central laboratory (Quintiles Central Laboratory).

### 5.4.3.1    Methods of assessment

- Fasting hematology: hemoglobin, hematocrit, red blood cell count, total and differential white blood cell counts and platelet count

- Fasting clinical chemistry: total bilirubin, alkaline phosphatase, alanine transaminase(ALT), aspartate transaminase(AST), sodium, potassium, chloride, creatinine, glucose, insulin, bicarbonate, high-density lipoprotein cholesterol, triglycerides, low-density lipoprotein cholesterol and total cholesterol

- Thyroid function tests: thyroid stimulating hormone (TSH), Triiodothyronine resin uptake (T3RU), and total thyroxine (T4)

- Serum pregnancy tests

- Urine toxicology screen

### 5.4.3.2    Calculation or derivation of endpoints

Change from baseline will be derived for all subjects who have a screening laboratory test and a final laboratory test.  The change from baseline is the final test value minus the screening test value.  Laboratory test values will also be compared to the laboratory standard normal ranges and flagged with H or L if they are outside of the normal range.  In addition, treatment emergent laboratory changes identified using computerized methods to compare results or changes from baseline to standard extended ranges will be flagged at the subject and test level.

Clinical Study Protocol
Study Code 5077US/0049
Version No. 6

### 5.4.4     Vital signs measurement

#### 5.4.4.1     Methods of assessment

A standard blood pressure cuff will be used to obtain systolic and diastolic blood pressure. The assessment will be done first with the subject in the supine position for 3 minutes and again within 3 minutes of the subject attaining a standing position.  Pulse will be measured for 1 minute.

#### 5.4.4.2     Calculation or derivation of endpoints

Change from baseline will derived be as the value at the visit minus the screen value for the same assessment and position.  In addition the change within a visit between the standing and supine blood pressure assessments will be calculated for both systolic and diastolic blood pressures.  This difference will be calculated as supine minus standing.  A subject will be classified as having calculated postural hypotension if either the systolic blood pressure difference indicates a decrease >20 mmHg or the diastolic blood pressure difference indicates a decrease >15 mmHg.

### 5.4.5     ECG safety measurements and variables

#### 5.4.5.1     Methods of assessment

A 12 lead ECG assessment will be done using an ECG machine compatible with the requirements for eResearch the central evaluation laboratory.  The central laboratory will supply the interval data, rates and standard interpretation of the ECG test results.

eResearch
30 south 17th Street
Philadelphia, PA 19103-4001

#### 5.4.5.2     Calculations and derivations of endpoint

Change from baseline for interval data and rate data will be derived by subtracting the screen value from the final assessment value.  Values outside the extended range in Appendix XX will be flagged.

### 5.4.6     Simpson-Angus Scale (SAS)

#### 5.4.6.1     Methods of assessment

The SAS instrument will be administered by study staff to assess EPS symptoms in the subject.

#### 5.4.6.2     Calculations and derivations of endpoint

Changes from baseline score will be assessed.

Clinical Study Protocol
Study Code 5077US/0049
Version No. 6

### 5.4.7     Barnes-Akathisia Rating Scale (BARS)

#### 5.4.7.1     Methods of assessment

The BARS instrument will be administered by study staff to assess EPS symptoms in the subject.

#### 5.4.7.2     Calculations and derivations of endpoint

Changes from baseline score will be assessed.

## 5.5     Quality of Life endpoint

The following assessment will be used to assess the effect of quetiapine compared with placebo on quality of life as assessed by:

* the PSQI

* the short form Q-Les-Q

### 5.5.1     Summary of quality of life objectives and endpoints

Table 16 shows how the efficacy endpoints of this study relate to the study objectives.

Clinical Study Protocol
Study Code 5077US/0049
Version No. 6

**Table 16**          **Quality of life objectives and endpoints relating to each objective**

| Objective | Endpoint(s) and statistics | Planned analysis | Significance of results |
|---|---|---|---|
| Secondary evaluate the effect of quetiapine compared to placebo on quality of sleep | Secondary measure change from baseline to final assessment in PSQI; ls means, 95% CI | ANCOVA for the change from baseline to each assessment and final assessment for PSQI total score, with MADRS score as covariate. Pair-wise comparisons of each dose with placebo | Reduction in PSQI compared with placebo indicates improvement of sleep quality |
| evaluate the effect of quetiapine compared to placebo on the overall quality of life | change from baseline to final assessment in Q-Les-Q; ls means, 95% CI | ANCOVA for the change from baseline to each assessment and final assessment for Q-Les-Q total score, with MADRS score as covariate. Pair-wise comparisons of each dose with placebo | Increase in Q-Les-Q compared with placebo indicates improvement of overall quality of life |

The methods of collecting quality of life data are described below.

## 5.5.2    PSQI

### 5.5.2.1    Methods of assessment

The PSQI will be performed at scheduled visits during the trial by a patient at each site.  The 9 self-rated questions will be incorporated into 7 component scores which are added together to yield one total "global" score.  Higher scores indicate more severe difficulties in sleep quality.

### 5.5.2.2    Calculation or derivation of endpoint

The change from baseline will be calculated at each assessment (observed cases) and final assessment in the PSQI.

Clinical Study Protocol
Study Code 5077US/0049
Version No. 6

### 5.5.3        Q-Les-Q

#### 5.5.3.1        Methods of assessment

The Q-Les-Q is a patient self assessment questionnaire which will be completed at scheduled visits during the trial by a patient at each site.  The short form has 14 self-rated questions, the first 12 will be incorporated into a total score. Higher scores indicate better quality of life.

#### 5.5.3.2        Calculation or derivation of endpoint

The change from baseline will be calculated at each assessment (observed cases) and final assessment in the Q-Les-Q.

## 5.6        Interactive Computer Interview for Depression (ICI-D)

Participating in the Interactive Computer Interview for Depression (ICI-D) is voluntary for all the sites.  Participation by the subjects at these sites is also voluntary.  At each study visit, subjects at all participating sites will complete a computer-based self-report measure of depression severity (the interactive computer interview or ICI-D) after completing the MADRS.  Raters or other site staff will first enter the subject's MADRS scores into a computer supplied by the sponsor.  Subjects will then complete a computer-based self-report measure of depression severity .  This measure will not be considered primary or source data, and will be recorded on a coded, anonymized form.  This data will be securely transmitted to Concordant Rater Systems (CRS) for ongoing quality control.

For quality assurance purposes, if an above-threshold variance is detected between the ICI-D and the MADRS on individual items or the overall score, a CRS clinician (Ph.D. or MD) will contact the applicable rater for a monitoring consultation.  The CRS clinician will discuss possible reasons for the discrepancy, review conventions for scoring and offer additional training if necessary.

The ICI-D will also provide an additional check of the patient's suicide status.  The ICI-D will alert the rater if the patient reports suicidal plans.  If the patient did not verbalize these thoughts during the interview /assessment process, the rater could then take the appropriate clinical steps.

A standard operating procedure for ICI-D will be provided to the sites.

## 5.7        Genetic sampling and storage

There will be no genetic sampling in this trial.

Clinical Study Protocol
Study Code 5077US/0049
Version No. 6

## 5.8  Volume of blood sampling and handling of biological samples

The total volume of blood that will be drawn from each subject in this study is as follows:

**Table 17**　　　　　**Volume of blood to be drawn from each subject**

| Assessment | | Sample volume (ml) | N of samples | Total volume (ml) | |
|---|---|---|---|---|---|
| | | | | Women | Men |
| Safety | Clinical chemistry | | | | |
| | Hematology | 18 | 2 | 36 | 36 |
| | Serum Pregnancy [a] | 2 | 1 | 2 | |
| Total | | | | 38 | 36 |

[a] Women only.

Sample handling and storage will be defined by the central laboratory which will be handling the analysis and reporting or results from samples.

Clinical Study Protocol
Study Code 5077US/0049
Version No. 6

# 6.    DATA MANAGEMENT

Case Report Forms (CRFs) will be provided for recording of data. The forms will be in triplicate with carbonless paper.  Data will be recorded legibly onto the CRFs with black ink, preferably with a ballpoint pen.  If any data are not available, omissions will be indicated on the CRFs.  Corrections should be made legibly and be initialed and dated.  Correction fluid or covering labels must not be used.  The top original and the first copy of the completed form will collected and returned to AstraZeneca/AstraZeneca's agent and the second copy will be retained by the investigator.

Data received electronically by AstraZeneca from a validated source will be loaded directly into the trial database for analysis.

Clinical Study Protocol
Study Code 5077US/0049
Version No. 6

# 7.   STATISTICAL METHODS AND DETERMINATION OF SAMPLE SIZE

## 7.1   Determination of sample size

Since there is no data using the MADRS instrument in the assessment of quetiapine in treating bipolar subjects with depression, the sample size estimation was based on published data from the lamotrigine monotherapy (Calabrese et al, 1999) and olanzapine trials (Tohen et al, 2002). The percentage change in the HAM-D across these lamotrigine studies in bipolar depression is similar to that observed with quetiapine.  MADRS scores correlate significantly with those of the HAM-D (Montgomery Asberg 1979).

Sample size was estimated using an Bonferroni correction for the 2 comparisons with placebo. A clinically meaningful 3.6-unit difference between quetiapine treatment and placebo was used to estimate the effect size (with 3.1 units considered a minimally effective and detectable difference).  The variability used for calculation was 10 units, the variability seen in the olanzapine study. A sample size of 168 subjects/arm (504 subjects total) would provide 85% power for 2-sided pair-wise comparisons with placebo at $\alpha=0.025$ which provides an overall experiment wise type I error rate of 0.05. Therefore, 740 patients will be screened and approximately 530 subjects randomized (allowing for a 5% early drop out rate), to insure 504 subjects with post baseline data available for analysis (MITT analysis population). This sample size will provide 72% power to detect a 3.1 unit difference from placebo.

## 7.2   Statistical evaluation

### 7.2.1   Methods of statistical analysis

A comprehensive Statistical Analysis Plan (SAP) will be prepared before unblinding of the data.

Missing data for final visit resulting from patient drop outs will be imputed using an LOCF approach.  Patients with post baseline data (MITT population) will have their last trial assessment carried forward as the final assessment for analyses.

### 7.2.2   Study endpoints

Primary efficacy endpoint is the change from baseline to final assessment in the Montgomery-Asberg Depression Rating Scale (MADRS) total score.

Secondary efficacy endpoints:

1.      Percentage of patients with a $\geq 50\%$ reduction from baseline in the MADRS total score at study endpoint

2.      Change from baseline to each assessment (observed cases) in the MADRS total score

Clinical Study Protocol
Study Code 5077US/0049
Version No. 6

3.      Change from baseline to each assessment (observed cases) and final assessment in the total HAM-D, HAM-D Item 1, CGI-S, CGI-C, and Young Mania Rating Scale.

4.      Change in the PSQI score from baseline to final assessment

Safety endpoints:

1.      Incidence and nature of adverse events during double-blind treatment

2.      Incidence of drug-related adverse events during double-blind treatment

3.      Incidence of subject withdrawal due to adverse events

4.      Incidence of clinically significant changes in hematology and chemistry laboratory results, vital signs, electrocardiograms, weight, and body mass index.
Tolerability endpoints:

5.      Change in the SAS total score from baseline to final assessment

6.      Change in BARS total score from baseline to final assessment

7.      Incidence rate of adverse events related to extrapyramidal symptoms during double-blind treatment

Quality of Life endpoints:

1.      Change in Q-Les-Q total score from baseline to final assessment

2.      Proportion of patients achieving community norm levels in Q-Les-Q at final assessment

### 7.2.3      Statistical analyses

The randomization will be stratified by Bipolar type (I or II) in order to assure balance across treatments for the type of patient enrolled. The stratification will be incorporated into the statistical analysis models and descriptive statistics will be provided for each stratum.

For each statistical model run, the assumptions for the model will be evaluated. If the assumptions are not reasonably met, the data may be transformed to meet assumptions or a non-parametric test performed.

All statistical comparisons will be based on 2-sided testing approaches for testing the difference between active study medication dose and placebo.

Clinical Study Protocol
Study Code 5077US/0049
Version No. 6

### 7.2.3.1    Study populations for analysis

The modified intention to treat population (MITT) will be the population for efficacy and quality of life evaluation. The MITT population will include all randomized subjects who were received study treatment and had at least one post baseline efficacy assessment with a last observation carried forward approach for final assessment.

The safety population will include all subjects who provide consent and received study medication.

### 7.2.3.2    Primary Analysis

The primary analysis will use analysis of covariance (ANCOVA) model for the change from baseline at final assessment for the MADRS.  The model will include terms for treatment, stratum, with the baseline MADRS as a covariate.  The Simes-Hommel step-up procedure will be used to adjust for the 2 comparisons with placebo (Simes-Hommel, 1988).  The p-values obtained from the pair-wise comparisons will be ordered as follows: $P(1) \leq P(2)$. The following rule will be used to assess statistical significance:

1.      If $P(2) \leq 0.05$, then reject both null hypotheses associated with P(2) and P(1); else proceed to the next step;

2.      If $P(1) \leq 0.025$, then reject the null hypothesis associated with P(1).

### 7.2.3.3    Secondary Analyses of efficacy and quality of life

The secondary endpoint for responder, defined as a subject who has a 50% reduction in MADRS score from baseline to final assessment, will be analyzed by comparing the proportion of subjects responding across treatments using a logistic model which includes treatment, stratum, and center in the model.  The secondary endpoints based on change from baseline for scales at an assessment time will be analyzed using the same model as the primary endpoint.  Nominal p-values will be used for all secondary endpoint comparisons.

Exploratory repeated measures analysis of variance model will also be conducted to evaluate whether there are significant differences among treatments across time for the MADRS and HAM-D scores.

Descriptive statistics will be used to report stratum, item scores, and subscale scores.

### 7.2.3.4    Safety analyses

Adverse events will be coded using the MedDRA dictionary.  Numbers of events and incidence rates for AEs in each treatment group will be summarized by preferred term and system organ class.  An event that occurred one or more times on the date of, or subsequent to, randomization will contribute one observation to the numerator of the incidence rate.  The denominator will comprise all patients exposed to study treatment.

*Clinical Study Protocol*
*Study Code 5077US/0049*
*Version No. 6*

Adverse events that lead to premature withdrawal of subjects will be tabulated for each treatment group.

All laboratory assessments, vital signs, ECG (rates and intervals) results, and weight and body mass index will be tabulated using descriptive statistics at baseline, final assessment and including change from baseline.  Descriptive statistics will include n, mean, standard deviation, minimum and maximum value.

### 7.2.3.5    Tolerability analyses

The change from baseline in SAS and BARS score data will be summarized using descriptive statistics (mean, standard deviation, median, minimum and maximum).

Incidence rates of EPS adverse events will be compared and tabulated using descriptive statistics.

### 7.2.3.6    Interim analysis

No interim analysis is planned

### 7.2.3.7    Data or safety monitoring committee

There will be no data or safety monitoring committee.

Clinical Study Protocol
Study Code 5077US/0049
Version No. 6

# 8.  STUDY MANAGEMENT

## 8.1  Monitoring

Before the study begins, a representative of AstraZeneca or company representing AstraZeneca will visit the investigational site to

- determine the adequacy of the facilities

- discuss with the investigator(s) (and other personnel involved with the study) their responsibilities with regard to protocol adherence, and the responsibilities of AstraZeneca or its representatives.

During the study, a monitor from AstraZeneca or company representing AstraZeneca will have regular contacts with the investigational site, including visits to

- provide information and support to the investigator(s)

- confirm that facilities remain acceptable

- confirm that the investigational team is adhering to the protocol, that data are being accurately recorded in the case report forms (CRFs), and that investigational product accountability checks are being performed.

- perform source data verification (a comparison of the data in the CRFs with the subject's records at the hospital or practice, and other records relevant to the study). This will require direct access to all original records for each subject (eg, clinic charts).

The monitor or another AstraZeneca representative will be available between visits if the investigator(s) or other staff at the center needs information and advice.

## 8.2  Audits and inspections

Authorized representatives of AstraZeneca, a regulatory authority, an Independent Ethics Committee (IEC) or an Institutional Review Board (IRB) may visit the center to perform audits or inspections, including source data verification.  The purpose of an AstraZeneca audit or inspection is to systematically and independently examine all study related activities and documents to determine whether these activities were conducted, and data were recorded, analyzed, and accurately reported according to the protocol, Good Clinical Practice (GCP), guidelines of the International Conference on Harmonization (ICH), and any applicable regulatory requirements.  The investigator should contact AstraZeneca immediately if contacted by a regulatory agency about an inspection at his or her center.

Clinical Study Protocol
Study Code 5077US/0049
Version No. 6

## 8.3      Training of staff

The principal investigator will maintain a record of all individuals involved in the study
(medical, nursing and other staff).  He or she will ensure that appropriate training relevant to
the study is given to all of these staff, and that any new information of relevance to the
performance of this study is forwarded to the staff involved.

## 8.4      Changes to the protocol

Study procedures will not be changed without the mutual agreement of the international
principal investigator(s) and AstraZeneca.

If it is necessary for the study protocol to be amended, the amendment or a new version of the
study protocol must be notified to or approved by each IEC or IRB, and in many countries
also the local regulatory authority, before implementation.  Local requirements must be
followed.

If a protocol amendment requires a change to a particular center's Written Informed Consent
Form, then AstraZeneca and the center's IEC or IRB must be notified.  Approval of the
revised Written Informed Consent Form by AstraZeneca and by the IEC or IRB is required
before the revised form is used.

AstraZeneca will distribute amendments and new versions of the protocol to each principal
investigator(s), who in turn is responsible for the distribution of these documents to his or her
IEC or IRB, and to the staff at his or her center.  The distribution of these documents to the
regulatory authority will be handled according to local practice.

## 8.5      Study agreements

The principal investigator at each center must comply with all the terms, conditions, and
obligations of the study agreement for this study.  In the event of any inconsistency between
this protocol and the study agreement, this study agreement shall prevail.

## 8.6      Study timetable and termination

It is anticipated that the first subject will be enrolled in September 2002 and that the last
subject will complete the study in March 2004.

*Clinical Study Protocol*
*Study Code 5077US/0049*
*Version No. 6*

# 9.     ETHICS

## 9.1     Ethics review

The final study protocol, including the final version of the Written Informed Consent Form, must be approved or given a favorable opinion in writing by an IEC or IRB as appropriate. The investigator must submit written approval to AstraZeneca before he or she can enroll any subject into the study.

The principal investigator(s) is responsible for informing the IEC or IRB of any amendment to the protocol in accordance with local requirements.  In addition, the IEC or IRB must approve all advertising used to recruit subjects for the study.  The protocol must be reapproved by the IEC or IRB annually, as local regulations require.

Either the investigator(s) or AstraZeneca must submit progress reports to the IEC or IRB according to local regulations and guidelines.  The principal investigator(s) must also provide the IEC or IRB with any reports of serious adverse events from the study site.

The principal investigator(s) is also responsible for providing the IRB with reports of any serious adverse events from any other study conducted with the investigational product.  This information will be provided to the principal investigator(s) by AstraZeneca.

## 9.2     Ethical conduct of the study

The study will be performed in accordance with the ethical principles in the Declaration of Helsinki (see Appendix C), Good Clinical Practice, and applicable regulatory requirements.

## 9.3     Subject information and consent

The principal investigator(s) at each center will ensure that the subject is given full and adequate oral and written information about the nature, purpose, possible risk and benefit of the study.  Subjects must also be notified that they are free to discontinue from the study at any time.  The subject should be given the opportunity to ask questions and allowed time to consider the information provided.

The subject's signed and dated informed consent must be obtained before conducting any procedure specifically for the study, including the following:

The principal investigator(s) must store the original, signed Written Informed Consent Form. A copy of the Written Informed Consent Form must be given to the subject.

A sample Written Informed Consent Form is enclosed (Appendix B).  If modifications are made according to local requirements, the new version has to be approved by AstraZeneca.

## 9.4        Subject data protection

AstraZeneca recognises the importance of protecting the privacy of patient (subject) data. Therefore, for study sites within the US or in studies where foreign subjects' protected health information (**subject data**) will come into the US through a covered entity (eg, Central Lab/Reader), the Informed Consent Form will incorporate, or be accompanied by, a separate document incorporating HIPAA-compliant wording by which subjects authorize the use and disclosure of their Protected Health Information by the Investigator and by those persons who need that information for the purposes of the study.

The Written Informed Consent Form will explain that study data will be stored in a computer database, maintaining confidentiality in accordance with national data legislation.  The subjects' names will not be recorded in this database.  The Written Informed Consent Form will also explain that for data verification purposes, authorized representatives of AstraZeneca, a regulatory authority, an IEC or IRB may require direct access to parts of the hospital or practice records relevant to the study, including subjects' medical history.

## 10.        EMERGENCY PROCEDURES

## 10.1      AstraZeneca emergency contact procedure

In the case of a medical emergency, contact AstraZeneca personnel shown below.

| | |
|---|---|
| Wayne Macfadden MD | Robin McCoy RN |
| Project Physician | Senior Clinical Research Scientist |
| 302-886-1147 (telephone) | 302-886-4650 (telephone) |
| 302-886-5567 (fax) | 302-886-5567 (fax) |
| REDACTED | REDACTED |

Contact AstraZeneca switchboard on 1-800-236-9933 and ask to be put in contact with the person on call for the Seroquel clinical team.

## 10.2      Procedures in case of medical emergency

The principal investigator(s) is responsible for ensuring that procedures and expertise are available to cope with medical emergencies during the study.

## 10.3      Procedures in case of overdose

For the purpose of this trial all overdoses should be reported as adverse events.  However, all cases of overdose must be reported immediately, within 1 day, if sequelae meeting the criteria for serious adverse event have occurred in association with the overdose.  In all instances, the overdose substance should be stated and whether the overdose was accidental or intentional. If the overdose was a suicide attempt, this fact should be clearly stated.  Adverse events

Clinical Study Protocol
Study Code 5077US/0049
Version No. 6

(serious and non-serious) arising as the result of an overdose should be recorded on an adverse event form as "sequelae to overdose." For example "nausea as sequelae to overdose."

## 10.4     Suicide

Suicide and suicide attempt, irrespective of the method, but in connection with the use of trial drug, should be reported as a serious adverse event (in accordance with the definition provided in Section 5.4.2.1). This event should be identified as suicide or suicide attempt, and the method of the suicide or the suicide attempt should be provided. Suicidal thoughts should also be regarded as adverse events.

## 10.5     Procedures in case of pregnancy

Pregnancy itself is not regarded as an adverse event unless there is a suspicion that the investigational product under study may have interfered with the effectiveness of a contraceptive medication. However, the outcome of all pregnancies (spontaneous miscarriage, elective termination, normal birth or congenital abnormality) must be followed up and documented even if the subject was discontinued from the study.

All reports of congenital abnormalities/birth defects are SAEs. Spontaneous miscarriages should also be reported and handled as SAEs. Elective abortions without complications should not be handled as AEs. All outcomes of pregnancy must be reported to AstraZeneca on the pregnancy outcomes report form.

## 11.     REFERENCES

Arango V, Underwood M, Boldrini M, Tamir H, Kassir S, Hsiung S, Chen J, Mann J. Serotonin 1A Receptors, Serotonin Transporter Binding and Serotonin Transporter mRNA Expression in the Brainstem of Depressed Suicide Victims. Neuropsychopharmacology 2001-Vol 25, No 6.

Bauer M, Callahan A, Jampala C, Petty F, Sajatovic M, Schaefer V, Wittlin B, Powell B. Clinical Practice Guidelines for Bipolar Disorder from the Department of Veterans Affairs.

Calabrese J, Bowden C, Sachs G, Ascher J, Monaghan E, Rudd G. A Double-blind Placebo-Controlled Study of Lamotrigine Monotherapy in Outpatients with Bipolar I Depression. J Clin Psychiatry 60:2, Feb 1999.

Cohn J, Collins G, Ashbrook E, Wernicke J. A Comparison of Fluoxetine Imipramine and Placebo in Patients with Bipolar Depressive Disorder. Clinical Neuroscience Publishers, 1989.

Clinical Study Protocol
Study Code 5077US/0049
Version No. 6

Ghaemi S, Goldberg J, Ko J, McNally E. Quetiapine Treatment of Rapid-Cycling Bipolar
Disorder: An Open Prospective Study. Presented at the Fourth International Conference on
Bipolar Disorder, June 14-16, 2001, Pittsburgh, PA.

Hirschfeld RMA. Bipolar Spectrum Disorder: Improving Its Recognition and Diagnosis. J
Clin Psychiatry 2001; 62(Suppl 14).

Hussain M. Treatment of Bipolar Depression with Topiramate. Presented at ECNP 1999.

Hussain M. Topiramate in Treatment of Refractory Bipolar Depression.  Presented at NCDEU
2001.

Kupfer D, Chengappa N, Gelenbert A, Hirschfeld, R, Goldberg J, Sachs G, Grochocinski V.
Treatment of Bipolar Disorder with Citalopram. Presented at NCDEU 2001.

Keck P, Welge J, McElroy S, Arnold L, Strakowski S. Placebo Effect in Randomized,
Controlled Studies of Acute Bipolar Mania and Depression. Society of Biological Psychiatry;
47:748-755, 2000.

Pandey G, Dwivedi Y, Rizavi H, Ren X, Pandey S, Pesold C, Roberts R, Conley R,
Tamminga C. Higher Expression of Serotonin 5-HT2A Receptors in the Postmortem Brains of
Teenage Suicide Victims. Am J Psychiatry 159:3, March 2002.

Sachs G, Koslow C, Ghaemi S. The Treatment of Bipolar Depression. Bipolar Disorder 2000
Sep; 2(3Pt2):256-60.

Sachs G, Lafer B, Stoll A, Banov M, Thibault A, Tohen M, Rosenbaum J. A Double-Blind
Trial of Bupropion Versus Desipramine for Bipolar Depression. J Clin Psychiatry 55:9, Sep
1994.

Sachs G, Altshuler L, Ketter T, Suppes T, Rasgon N, Frye M, Collins M. Divalproex Versus
Placebo for the Treatment of Bipolar Depression. Presented at the American College of
Neuropsychopharmacology, Dec 9-18, 2001.

Sajatovic M, Mullen J, Sweitzer D.  Efficacy of Quetiapine and Risperidone Against
Depressive Symptoms in Outpatients with Psychotic Disorders. Presented at APA, 2000;
Chicago, IL.

Sajatovic M, Brescan D, Perez D, DiGiovanni S. Quetiapine in Neuroleptic-Dependent Mood
Disorders.  Presented at The American College of Neuropsychopharmacology , Dec 12-
16,1999; Acapulco, Mexico.

Sajatovic M, Brescan D, Perez D, DiGiovanni S, Hattab H, Ray J, Bingham C. Quetiapine
Alone and Added to a Mood Stabilizer for Serious Mood Disorders. J Clin Psychiatry 62:9,
Sep 2001.

67(68)

Clinical Study Protocol
Study Code 5077US/0049
Version No. 6

Simes-Hommel, G.  A comparison of two modified Bonferroni procedures. Biometrika 1988;
75: 383-6.

Stockmeier C, Shapiro L, Dilley G, Kolli T, Friedman L, Rajkowska G. Increase in Serotonin-
1A Autoreceptors in the Midbrain of Suicide Victims with Major Depression—Postmortem
Evidence for Decreased Serotonin activity. Journal of Neuroscience, Sep 15, 1998,
18(18):7394-7401.

Tohen M, Vieta E, Kettler, Centorrino F, Calabrese J, Sachs G, Bowden C, Risser R, Baker R,
Evans A, Dube S, Tollefson G, Breier A. Olanzapine and Olanzapine-Fluoxetine Combination
(OFC) in the Treatment of Bipolar Depression. Presented at the American Psychiatric
Association 155th Annual Meeting, May 18-23, 2002, Philadelphia, PA.

Vieta E, Herraiz M, Fernandez A, Gast C. Risperidone as Add-on Therapy in Bipolar
Disorder.  Presented at NCDEU 2000.



| Clinical Study Protocol: Appendix A | |
| --- | --- |
| Study Code | 5077US/0049 |
| Version No. | 2 |
| Appendix Date | September 30, 2002 |

# Appendix A
# Signatures

IND No.          32,123

Clinical Study Protocol: Appendix A
Study code 5077US/0049
Version 2 including Amendment 1 and Administrative Change 1
September 30, 2002

## SIGNATURE OF PRINCIPAL INVESTIGATOR

Title of report

**A Multicenter, Double-blind, Randomized, Placebo-controlled, double-dummy Trial of the User of Quetiapine fumarate (SEROQUEL™) in the Treatment of Patients with Bipolar Depression**

I agree to the terms of this study protocol.  I will conduct the study according to the procedures specified herein, and according to the principles of Good Clinical Practice (GCP) and local regulations.

**Centre No.:**         0001

**Signature:**

Joseph Calabrese, MD                                    10/14/02
University Hospitals of Cleveland                         Date
Mood Disorders Program
11400 Euclid Avenue, Suite 200
Cleveland, OH  44106

This document contains confidential information, which should not be copied, referred to, released or published without written approval from AstraZeneca.  Investigators are cautioned that the information in this protocol may be subject to change and revision.

September 30, 2002                    2(2)



| Clinical Study Protocol: Appendix B | |
|---|---|
| Study Code | 5077US/0049 |
| Version No. | 1 |
| Appendix Date | August 6, 2002 |

# Appendix B
# Sample written informed consent form

A sample informed consent is provided under separate cover.



| | |
|---|---|
| **Clinical Study Protocol: Appendix C** | |
| Study Code | 5077US/0049 |
| Version No. | 1 |
| Appendix Date | August 6, 2002 |

# Appendix C

# Declaration of Helsinki

Recommendations guiding physicians in biomedical research involving human subjects.

*Adopted by the 18th World Medical Assembly, Helsinki, Finland, June 1964, amended by the 29th World Medical Assembly, Tokyo, Japan, October 1975 and the 35th World Medical Assembly, Venice, Italy, October 1983 and the 41st World Medical Assembly Hong Kong, September 1989 and the 48th General Assembly, Somerset West, Republic of South Africa, October 1996.*

## Introduction

It is the mission of the physician to safeguard the health of the people. His or her knowledge and conscience are dedicated to the fulfilment of this mission.

The Declaration of Geneva of The World Medical Association binds the physician with the words, "The health of my patient will be my first consideration," and the International Code of Medical Ethics declares that, "A physician shall act only in the patient's interest when providing medical care which might have the effect of weakening the physical and mental condition of the patient".

The purpose of biomedical research involving human subjects must be to improve diagnostic, therapeutic and prophylactic procedures and the understanding of the aetiology and pathogenesis of disease.

In current medical practice most diagnostic, therapeutic or prophylactic procedures involve hazards. This applies especially to biomedical research.

Medical progress is based on research which ultimately must rest in part on experimentation involving human subjects.

In the field of biomedical research a fundamental distinction must be recognised between medical research in which the aim is essentially diagnostic or therapeutic for a patient, and medical research, the essential object of which is purely scientific and without implying direct diagnostic or therapeutic value to the person subjected to the research.

Special caution must be exercised in the conduct of research which may affect the environment, and the welfare of animals used for research must be respected.

Because it is essential that the results of laboratory experiments be applied to human beings to further scientific knowledge and to help suffering humanity, the World Medical Association has prepared the following recommendations as a guide to every physician in biomedical research involving human subjects. They should be kept under review in the future. It must be stressed that the standards as drafted are only a guide to physicians all over the world. Physicians are not relieved from criminal, civil and ethical responsibilities under the laws of their own countries.

## I. Basic principles

1.  Biomedical research involving human subjects must conform to generally accepted scientific principles and should be based on adequately performed laboratory and animal experimentation and on a thorough knowledge of the scientific literature.

2.  The design and performance of each experimental procedure involving human subjects should be clearly formulated in an experimental protocol which should be transmitted for consideration, comment and guidance to a specially appointed committee independent of the investigator and the sponsor provided that this independent committee is in conformity with the laws and regulations of the country in which the research experiment is performed.

3.  Biomedical research involving human subjects should be conducted only by scientifically qualified persons and under the supervision of a clinically competent medical person. The responsibility for the human subject must always rest with a medically qualified person and never rest on the subject of the research, even though the subject has given his or her consent.

Clinical Study Protocol: Appendix C
Study Code 5077US/0049

4.  Biomedical research involving human subjects cannot legitimately be carried out unless the importance of the objective is in proportion to the inherent risk to the subject.

5.  Every biomedical research project involving human subjects should be preceded by careful assessment of predictable risks in comparison with foreseeable benefits to the subject or to others. Concern for the interests of the subject must always prevail over the interests of science and society.

6.  The right of the research subject to safeguard his or her integrity must always be respected. Every precaution should be taken to respect the privacy of the subject and to minimise the impact of the study on the subject´s physical and mental integrity and on the personality of the subject.

7.  Physicians should abstain from engaging in research projects involving human subjects unless they are satisfied that the hazards involved are believed to be predictable. Physicians should cease any investigation if the hazards are found to outweigh the potential benefits.

8.  In publication of the results of his or her research, the physician is obliged to preserve the accuracy of the results. Reports of experimentation not in accordance with the principles laid down in this Declaration should not be accepted for publication.

9.  In any research on human beings, each potential subject must be adequately informed of the aims, methods, anticipated benefits and potential hazards of the study and the discomfort it may entail. He or she should be informed that he or she is at liberty to abstain from participation in the study and that he or she is free to withdraw his or her consent to participation at any time. The physician should then obtain the subject´s freely-given informed consent, preferably in writing.

10. When obtaining informed consent for the research project the physician should be particularly cautious if the subject is in a dependent relationship to him or her or may consent under duress. In that case the informed consent should be obtained by a physician who is not engaged in the investigation and who is completely independent of this official relationship.

11. In case of legal incompetence, informed consent should be obtained from the legal guardian in accordance with national legislation. Where physical or mental incapacity makes it impossible to obtain informed consent, or when the subject is a minor, permission from the responsible relative replaces that of the subject in accordance with national legislation.

Whenever the minor child is in fact able to give a consent, the minor´s consent must be obtained in addition to the consent of the minor´s legal guardian.

12. The research protocol should always contain a statement of the ethical considerations involved and should indicate that the principles enunciated in the present Declaration are complied with.

## II. Medical research combined with professional care (Clinical research)

1.  In the treatment of the sick person, the physician must be free to use a new diagnostic and therapeutic measure, if in his or her judgement it offers hope of saving life, re-establishing health or alleviating suffering.

2.  The potential benefits, hazards and discomfort of a new method should be weighed against the advantages of the best current diagnostic and therapeutic methods.

3.  In any medical study, every patient - including those of a control group, if any - should be assured of the best proven diagnostic and therapeutic method. This does not exclude the use of inert placebo studies where no proven diagnostic or therapeutic method exists.

4.  The refusal of the patient to participate in a study must never interfere with the physician-patient relationship.

5.  If the physician considers it essential not to obtain informed consent, the specific reasons for this proposal should be stated in the experimental protocol for transmission to the independent committee (I,2).

6.  The physician can combine medical research with professional care, the objective being the acquisition of new medical knowledge, only to the extent that medical research is justified by its potential diagnostic or therapeutic value for the patient.

## III. Non-therapeutic biomedical re-search involving human subjects

## (Non-clinical biomedical research)

1.  In the purely scientific application of medical research carried out on a human being, it is the duty of the physician to remain the protector of the life and health of that person on whom biomedical research is being carried out.

2.  The subjects should be volunteers - either healthy persons or patients for whom the experimental design is not related to the patient´s illness.

3.  The investigator or the investigating team should discontinue the research if in his/her or their judgement it may, if continued, be harmful to the individual.

4.  In research on man, the interest of science and society should never take precedence over considerations related to the well-being of the subject.

August 6, 2002                                    2(2)



| Clinical Study Protocol: Appendix D | |
|---|---|
| Study Code | 5077US/0049 |
| Version No. | 1 |
| Appendix date | August 8, 2002 |

## Appendix D

## Investigators and study administrative structure

Clinical Study Protocol: Appendix D
Study Code 5077US/0049

## STAFF AT INVESTIGATIONAL SITE(S)

| Centre No. | Centre address | Name (First name, Last name) | Qualifications | Position | Role in the study |
|---|---|---|---|---|---|
| <<>> | | | | | Principal investigator |

77

A list of participating investigators will be provided upon request.

Clinical Study Protocol: Appendix D
Study Code 5077US/0049

# ASTRAZENECA STUDY PERSONNEL

| Name (First name, Last name) | Position | Role in the study |
| --- | --- | --- |
| Robin McCoy | Senior Clinical Research Scientist | Clinical Management Lead |
| Margaret Minkwitz | Director Biostatistics Project Team | Biostatistician |
| Wayne Macfadden | Medical Director Clinical Research | Medical advisor |
| Jeris Minor | Data Analyst | Data Analyst |
| Elaine Yu | Assistant Director Health Economics | Health Economics |
| Ellen Quimby | IPS Demand Manager | IPS Representative |
| Jennifer Mahoney | Safety Representative | Safety |
| Patti Neal | Regulatory Representative | Regulatory |
| Richard White | Director Health Economics | Health Economics |

78

Clinical Study Protocol: Appendix D
Study Code 5077US/0049

## OTHER PARTICIPANTS

| Organisation and address | Name (First name, Last name) | Qualifications/Position | Role in study |
|---|---|---|---|
| Lineberry Research Associates 79 Alexander Drive Bldg 4401, Suite 400Research Triangle Park, NC 27709 See CRO Personnel List | Kelly Abernathy | RN | Project Manager |

August 8, 2002

4



| Clinical Study Protocol: Appendix E | |
| --- | --- |
| Study Code | 5077US/0049 |
| Version No. | 1 |
| Appendix date | August 8, 2002 |

# Appendix E

# Insurance and indemnity

For the US, this Appendix E is not applicable.  Please refer to the clinical study agreement for information regardingAstraZeneca's obligation to insure and indemnify institution and investigator.

Clinical Study Protocol: Appendix E
Study Code 5077US/0049

## INSURANCE AND INDEMNITY

AstraZeneca's liability is covered by a liability insurance policy with AstraZeneca Insurance
Company Limited, policy No.: L/702938.

With respect to any liability directly or indirectly caused by the investigational products in
connection with this Clinical Study, AstraZeneca assumes liability by law on behalf of the
investigator(s) and his assistants for possible injury to the subject provided the investigator(s)
and his assistants have followed the instructions of AstraZeneca in accordance with this
protocol and any amendments thereto, that the investigational products administered to the
subject in this Clinical Study have been supplied by AstraZeneca and that the investigator and
his assistants have in general performed this clinical study in accordance with scientific
practice and currently acceptable techniques and know-how.

AstraZeneca can forward a letter of indemnity if needed by the investigator(s)/institution.



| | |
|---|---|
| **Clinical Study protocol: Appendix F** | |
| Study Code | 5077US/0049 |
| Version No. | 1 |
| Appendix date | August 8 2002 |

---

**Appendix F**

**Additional safety information**

---

Clinical Study Protcol Appendix F
Study Code 5077US/0049

# 1. FURTHER GUIDANCE ON THE DEFINITION OF A SERIOUS ADVERSE EVENT (SAE)

## Life threatening

'Life-threatening' means that the subject was at immediate risk of death from the adverse event as it occurred or it is suspected that use or continued use of the product would result in the subject's death.  'Life-threatening' does not mean that had an adverse event occurred in a more severe form it might have caused death (ie hepatitis that resolved without hepatic failure).

## Hospitalisation

Out-subject treatment in an emergency room is not in itself a serious adverse event, although the reasons for it may be (eg,  bronchospasm, laryngeal oedema).  Hospital admissions and/or surgical operations planned before or during a study are not considered adverse events if the illness or disease existed before the subject was enrolled in the study, provided that it did not deteriorate in an unexpected way during the study.

## Important medical event or medical intervention

Medical and scientific judgement should be exercised in deciding whether a case is serious in a situation where important medical events may not be immediately life-threatening or result in death, hospitalisation, disability or incapacity but may jeopardise the subject or may require medical intervention to prevent one or more outcomes listed in the definition of serious.  These should usually be considered as serious.  Examples of such events are:

- Angioedema not severe enough to require intubation but requiring iv. hydrocortisone treatment

- Hepatotoxicity caused by paracetamol (acetaminophen) overdose requiring treatment with N-acetylcysteine

- Intensive treatment in an emergency room or at home for allergic bronchospasm

- Blood dyscrasias (eg,  neutropenia or anaemia requiring blood transfusion, etc.) or convulsions that do not result in hospitalisation

- Development of drug dependency or drug abuse

Clinical Study Protcol Appendix F
Study Code 5077US/0049

# 2.      FURTHER GUIDANCE ON THE ASSESSMENT OF CAUSALITY

The following factors should be considered when deciding if there is a "reasonable possibility" that an adverse event (AE) may have been caused by the investigational product.

- **Time course of events and exposure to suspect drug**.  Has the subject actually received the suspect drug?  Did the AE occur in a reasonable temporal relationship to the administration of suspect drug?

- **Consistency with known drug profile**.  Was the AE consistent with the previous knowledge of the suspect drug (pharmacology and toxicology) or drugs of the same pharmacological class?  OR could the AE be anticipated from its pharmacological properties?

- **Dechallenge experience**.  Did the AE resolve or improve on stopping or reducing the dose of the suspect drug?

- **No alternative cause**.  The AE cannot be reasonably explained by another aetiology such as the underlying disease, other drugs, other host or environmental factors.

- **Rechallenge experience**.  Did the AE reoccur if the suspected drug was reintroduced after having been stopped?  AstraZeneca would not normally recommend or support a rechallenge.

- **Laboratory tests**.  Has a specific laboratory investigation confirmed the relationship?

A "reasonable possibility" could be considered to exist for an AE where one or more of these factors exist.

In contrast, there would not be a "reasonable possibility" of causality if none of the above criteria apply or where there is evidence of exposure and a reasonable time course but any dechallenge (if performed) is negative or ambiguous or there is another more likely cause of the AE.

In difficult cases, other factors could be considered such as:

- Is this a recognised feature of overdose of the drug?

- Is there a known mechanism

August 8 2002                                    3(4)

Clinical Study Protcol Appendix F
Study Code 5077US/0049

Ambiguous cases should be considered as being a "reasonable possibility" of a causal relationship unless further evidence becomes available to refute this.