AstraZeneca                                                                Page 115

| Study code 5077US/0049 | Subj initials ........................... | E code |E|0|0| | | | | | |

Visit No. 6

## Pittsburgh Sleep Quality Index                                          **PSQI**

*Reprinted from Buysse DJ, Reynolds CF, Monk TH, Berman SR, Kupfer DJ. (1989). The Pittsburgh sleep quality index: A new instrument for psychiatric practice and research. Psychiatry Research: 28(2), 193-213, with permission of Elsevier Sceince.*

**Instructions:** The following questions relate to your usual sleep habits during the past month only. Your answers should indicate the most accurate reply for the majority of days and nights in the past month. Please answer all questions.

Date of assessment        |2|0|0| | | | | |
                             year      mm     dd

1. During the past month, when have you usually gone to bed at night?

                    USUAL BED TIME        |  |  | : |  |  |
                                             24-hour clock

2. During the past month, how long (in minutes) has it usually taken you to fall asleep each night?

                    NUMBER OF MINUTES        |  |  |  |

3. During the past month, when have you usually gotten up in the morning?

                    USUAL GETTING UP TIME        |  |  | : |  |  |
                                                   24-hour clock

4. During the past month, how many hours of *actual sleep* did you get at night? (This may be different than the number of hours you spend in bed.)

                    HOURS OF SLEEP PER NIGHT |  |  |  |

For each of the remaining questions, check the one best response. Please answer all questions.

5. **During the past month, how often have you had trouble sleeping because you....**

| | Not during the past month | Less than once a week | Once or twice a week | Three or more times a week |
|---|---|---|---|---|
| a. Cannot get to sleep within 30 minutes | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 3 |
| b. Wake up in the middle of the night or early morning | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 3 |
| c. Have to get up to use the bathroom | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 3 |
| d. Cannot breathe comfortably | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 3 |
| e. Cough or snore loudly | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 3 |
| f. Feel too cold | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 3 |
| g. Feel too hot | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 3 |
| h. Had bad dreams | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 3 |
| i. Have pain | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 3 |
| j. Other reason(s), please describe: ................ | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 3 |

                                                                        continues

AW02:09

2002-10-31

AstraZeneca

| Study code 5077US/0049 | Subj initials ........................ | E code | E | 0 | 0 | | | | | |

Visit No. 6

AW02.09

## Pittsburgh Sleep Quality Index, continued

**PSQI**

6. During the past month, how would you rate your sleep quality overall?

| Very good ☐ 0 | Fairly good ☐ 1 | Fairly bad ☐ 2 | Very bad ☐ 3 |

7. During the past month, how often have you taken medicine (prescribed or "over the counter") to help you sleep?

| Not during the past month ☐ 0 | Less than once a week ☐ 1 | Once or twice a week ☐ 2 | Three or more times a week ☐ 3 |

8. During the past month, how often have you had trouble staying awake while driving, eating meals, or engaging in social activity?

| Not during the past month ☐ 0 | Less than once a week ☐ 1 | Once or twice a week ☐ 2 | Three or more times a week ☐ 3 |

9. During the past month, how much of a problem has it been for you to keep up enthusiasm to get things done?

| No problem at all ☐ 0 | Only a very slight problem ☐ 1 | Somewhat of a problem ☐ 2 | A very big problem ☐ 3 |

10. Do you have a bed partner or roommate?

| No bed partner or roommate ☐ 0 | Partner/roommate in other room ☐ 1 | Partner in same room, but not same bed ☐ 2 | Partner in same bed ☐ 3 |

continues

2002-10-31

AstraZeneca

Study code 5077US/0049          Subj initials ........................          E code ⌊E⎮0⎮0⎮   ⎮   ⎮   ⎮   ⌋

Visit No. 6

AW02-09

## Pittsburgh Sleep Quality Index, continued                    PSQI

**If you have a roommate or bed partner, ask him/her how often in the past month you have had...**

| | Not during the past month | Less than once a week | Once or twice a week | Three or more times a week |
|---|---|---|---|---|
| a. Loud snoring | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 3 |
| b. Long pauses between breaths while sleeping | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 3 |
| c. Legs twitching or jerking while you sleep | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 3 |
| d. Episodes of disorientation or confusion during sleep | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 3 |
| e. Other restlessness while you sleep; please describe............ | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 3 |

2002-10-31

AstraZeneca

Study code 5077US/0049          Subj initials ..........................          E code  |E| 0 | 0 | | | | | |

Visit No. 6

## Quality of Life Enjoyment and Satisfaction Questionnaire - Short Form          QLESSF
*Available from Jean Endicott, Ph.D., Dept. of Research Assessment and Training, Unit 123, 1051 Riverside Drive, New York, NY 10032, USA*

Date of assessment          | 2 | 0 | 0 | | | | | |
year          mm          dd

### General Activities
Taking everything into consideration, during the past week how satisfied have you been with your... (indicate one box only)

### Overall level of satisfaction

| | Very poor | Poor | Fair | Good | Very good |
|---|---|---|---|---|---|
| Physical health | 1 | 2 | 3 | 4 | 5 |
| mood | 1 | 2 | 3 | 4 | 5 |
| work | 1 | 2 | 3 | 4 | 5 |
| household activities | 1 | 2 | 3 | 4 | 5 |
| social relationship | 1 | 2 | 3 | 4 | 5 |
| family relationship | 1 | 2 | 3 | 4 | 5 |
| leisure time activities | 1 | 2 | 3 | 4 | 5 |
| ability to function in daily life | 1 | 2 | 3 | 4 | 5 |
| sexual drive, interest and/or performance* | 1 | 2 | 3 | 4 | 5 |
| economic situation | 1 | 2 | 3 | 4 | 5 |
| living/housing situation* | 1 | 2 | 3 | 4 | 5 |
| ability to get around physically without feeling dizzy or unsteady or falling* | 1 | 2 | 3 | 4 | 5 |
| your vision in terms of ability to do work or hobbies* | 1 | 2 | 3 | 4 | 5 |
| overall sense of well being | 1 | 2 | 3 | 4 | 5 |
| medications, if not taking any , indicate here [ ]0 and leave item blank | 1 | 2 | 3 | 4 | 5 |
| How would you rate your overall life satisfaction and contentment during the past week | 1 | 2 | 3 | 4 | 5 |

*If satisfaction is very poor, poor, or fair on these items, please UNDERLINE the factor(s) associated with a lack of satisfaction

2002-10-31

AstraZeneca

| | | |
|---|---|---|
| Study code 5077US/0049 | Subj initials ................................. | E code [E_0_0_____|____|____] |

Visit No. 7

AW02:09

## Visit

**VISIT**

Visit date  [2_0_0_____|____|____]
year        mm    dd

AW02:09

## Vital Signs

**VIT**

Assessment date   [2_0_0_____|____|____]
year    mm    dd

Pulse,
supine            [___|___|___] beats/min

Blood pressure,
supine            [___|___|___] / [___|___|___] mmHg
                  systolic        diastolic

Pulse,
standing          [___|___|___] beats/min

Blood pressure,
standing          [___|___|___] / [___|___|___] mmHg
                  systolic        diastolic

2002-10-31

AstraZeneca

Page 120

Study code 5077US/0049          Subj initials .......................          E code $\lfloor E \rfloor 0 \rfloor 0 \rfloor$ $\lfloor$ $\rfloor$ $\lfloor$ $\rfloor$ $\lfloor$ $\rfloor$

Visit No. 7

AW02:09

## Hamilton Rating Scale for Depression

**HAMD**

Date of assessment    $\lfloor 2 \rfloor 0 \rfloor 0 \rfloor$ $\lfloor$ $\rfloor$ $\lfloor$ $\rfloor$
year    mm    dd

**1. Depressed mood** (sadness, hopeless, helpless, worthless)

☐ 0    Absent

☐ 1    These feeling states indicated only on questioning

☐ 2    These feeling states spontaneously reported verbally

☐ 3    Communicates feeling states non-verbally (ie, through facial expression, posture, voice, and tendency to weep)

☐ 4    Subject reports virtually only these feeling states in his spontaneous verbal and non-verbal communication

**2. Feeling of guilt**

☐ 0    Absent

☐ 1    Self-reproach, feels he has let people down

☐ 2    Ideas of guilt or rumination over past errors or sinful deeds

☐ 3    Present illness is a punishment. Delusions of guilt

☐ 4    Hears accusatory or denunciatory voices and/or experiences threatening visual hallucinations

**3. Suicide**

☐ 0    Absent

☐ 1    Feels life is not worth living

☐ 2    Wishes he were dead or any thoughts of possible death to self

☐ 3    Suicide ideas or gesture

☐ 4    Attempts at suicide (any serious attempt rates 4)

continues

2002-10-31

121

AstraZeneca

Study code 5077US/0049          Subj initials .................................          E code [ E | 0 | 0 |    |    |    |    | ]

Visit No. 7

**Hamilton Rating Scale for Depression, continued**                    **HAMD**

AW02.09

### 4.  Insomnia early

☐ 0    No difficulty falling asleep

☐ 1    Complains of occasional difficulty falling asleep (eg, more than 30 minutes)

☐ 2    Complains of nightly difficulty falling asleep

### 5.  Insomnia middle

☐ 0    No difficulty

☐ 1    Subject complains of being restless and disturbed during the night

☐ 2    Waking during the night - any getting out of bed rates 2 (except for purposes of voiding)

### 6. Insomnia late

☐ 0    No difficulty

☐ 1    Waking in early hours of the morning but goes back to sleep

☐ 2    Unable to fall asleep again if he gets out of bed

### 7. Work and activities

☐ 0    No difficulty

☐ 1    Thoughts and feelings of incapacity, fatigue or weakness related to activities; work or hobbies

☐ 2    Loss of interest in activity; hobbies or work - either directly reported by Subject, or indirect in listlessness, indecision and vacillation (feels he has to push self to work or activities)

☐ 3    Decrease in actual time spent in activities or decrease in productivity

☐ 4    Stopped working because of present illness.

continues

2002-10-31

AstraZeneca

Page 122

| Study code 5077US/0049 | Subj initials ......................... | E code  E | 0 | 0 | | | | | |

Visit No. 7

AW02-09

## Hamilton Rating Scale for Depression, continued

**HAMD**

**8. Retardation: psychomotor**
(slowness of thought and speech; impaired ability to concentrate; decreased motor activity)

☐₀   Normal speech and thought

☐₁   Slight retardation at interview

☐₂   Obvious retardation at interview

☐₃   Interview difficult

☐₄   Complete stupor

**9. Agitation**

☐₀   None

☐₁   Fidgetiness

☐₂   Playing with hands, hair, etc

☐₃   Moving about, can't sit still

☐₄   Hand wringing, nail-biting, hair-pulling, biting of lips

**10. Anxiety (psychological)**

☐₀   No difficulty

☐₁   Subjective tension and irritability

☐₂   Worrying about minor matters

☐₃   Apprehensive attitude apparent in face or speech

☐₄   Fears expressed without questioning

continues

2002-10-31

AstraZeneca

| Study code 5077US/0049 | Subj initials ........................... | E code | E | 0 | 0 | | | | | |

Visit No. 7

AW02:09

## Hamilton Rating Scale for Depression, continued

**HAMD**

### 11. Anxiety somatic

Physiological concomitants of anxiety (ie, effects of autonomic overactivity, "butterflies", indigestion, stomach cramps, belching, diarrhea, palpitations, hyperventilation, paresthesia, sweating, flushing, tremor, headache, urinary frequency).  Avoid asking about possible medication side effects (ie, dry mouth, constipation)

☐₀    Absent

☐₁    Mild

☐₂    Moderate

☐₃    Severe

☐₄    Incapacitating

### 12. Somatic symptoms (gastrointestinal)

☐₀    None

☐₁    Loss of appetite but eating without encouragement from others.  Food intake about normal

☐₂    Difficulty eating without urging from others.  Marked reduction of appetite and food intake

### 13. Somatic symptoms general

☐₀    None

☐₁    Heaviness in limbs, back, or head; backaches, headache, muscle aches; loss of energy and fatigability

☐₂    Any clear-cut symptom rates 2

### 14. Genital symptoms

(symptoms such as: loss of libido; impaired sexual performance; menstrual disturbances)

☐₀    Absent

☐₁    Mild

☐₂    Severe

continues

2002-10-31

AstraZeneca

Page 124

Study code 5077US/0049          Subj initials ................................          E code $\lfloor$ E $_\vert$ 0 $_\vert$ 0 $_\vert$ $_\vert$ $_\vert$ $_\vert$ $_\vert$ $\rfloor$

Visit No. 7

AW02.09

## Hamilton Rating Scale for Depression, continued

**HAMD**

### 15. Hypochondriasis

☐ 0   Not present

☐ 1   Self-absorption (bodily)

☐ 2   Preoccupation with health

☐ 3   Frequent complaints, requests for help, etc

☐ 4   Hypochondriacal delusions

### 16. Loss of weight)

A. When rating by history

☐ 0   No weight loss

☐ 1   Probable weight loss associated with present illness

☐ 2   Definite (according to Subject) weight loss

☐ 3   Not assessed

### 17. Insight

☐ 0   Acknowledges being depressed and ill

☐ 1   Acknowledges illness but attributes cause to bad food, climate, overwork, virus, need for rest, etc

☐ 2   Denies being ill at all

Rater's initials

2002-10-31

AstraZeneca

Study code 5077US/0049          Subj initials ........................          E code L E ┊ 0 ┊ 0 ┊ ┊ ┊ ┊ ┊ ┘

Visit No. 7

AW02:09

## Montgomery-Asberg Depression Rating Scale                    **MADRS**

Date of assessment          L 2 ┊ 0 ┊ 0 ┊ ┊ ┊ ┊ ┊ ┘
year          mm          dd

### 1. Apparent sadness
Representing despondency, gloom, and despair (more than just ordinary transient low spirits), reflected in speech, facial expression, and posture.
Rate by depth and inability to brighten up.

☐ 0    No sadness

☐ 1

☐ 2    Looks dispirited but does brighten up without difficulty

☐ 3

☐ 4    Appears sad and unhappy most of the time

☐ 5

☐ 6    Looks miserable all the time; extremely despondent

### 2. Reported sadness
Representing reports of depressed mood, regardless of whether it is reflected in appearance or not. Includes low spirits, despondency, or the feeling of being beyond help and without hope. Rate according to intensity, duration, and the extent to which the mood is reported to be influenced by events.

☐ 0    Occasional sadness in keeping with the circumstances

☐ 1

☐ 2    Sad or low but brightens up without difficulty

☐ 3

☐ 4    Pervasive feelings of sadness or gloominess. The mood is still influenced by external circumstances

☐ 5

☐ 6    Continuous or unvarying sadness, misery, or despondence

continues

2002-10-31

AstraZeneca

Page 126

Study code 5077US/0049          Subj initials .............................          E code  |E | 0 | 0 |   |   |   |   |

Visit No. 7

AW02.09

## Montgomery-Asberg Depression Rating Scale, continued          **MADRS**

### 3. Inner tension

Representing feelings of ill-defined discomfort, edginess, inner turmoil, mental tension mounting to either panic, dread, or anguish.
Rate according to intensity, frequency, duration, and the extent of reassurance called for.

☐ 0   Placid; only fleeting inner tension

☐ 1

☐ 2   Occasional feelings of edginess and ill-defined discomfort

☐ 3

☐ 4   Continuous feelings of inner tension or intermittent panic which Subject can only master with some difficulty

☐ 5

☐ 6   Unrelenting dread or anguish; overwhelming panic

### 4. Reduced sleep

Representing the experience of reduced duration or depth of sleep compared to Subject's own normal pattern when well.

☐ 0   Sleeps as usual

☐ 1

☐ 2   Slight difficulty dropping off to sleep or slightly reduced, light or fitful sleep

☐ 3

☐ 4   Sleep reduced or broken by at least two hours

☐ 5

☐ 6   Less than two or three hours sleep

continues

2002-10-31

AstraZeneca

| Study code 5077US/0049 | Subj initials .................................. | E code |E| 0 | 0 |   |   |   |   | |

Visit No. 7

AW02-09

## Montgomery-Asberg Depression Rating Scale, continued     **MADRS**

### 5. Reduced appetite
Representing the feeling of a loss of appetite compared with when well.
Rate by loss of desire for food or the need to force oneself to eat.

☐ 0     Normal or increased appetite

☐ 1

☐ 2     Slightly reduced appetite

☐ 3

☐ 4     No appetite; food is tasteless

☐ 5

☐ 6     Needs persuasion to eat at all

### 6.  Concentration difficulties
Representing difficulties in collecting one's thoughts mounting to incapacitating lack of concentration.
Rate according to intensity, frequency, and degree of incapacity produced.

☐ 0     No difficulties in concentrating

☐ 1

☐ 2     Occasional difficulties in collecting one's thoughts

☐ 3

☐ 4     Difficulties in concentrating and sustaining thought which reduces ability to read or hold a conversation

☐ 5

☐ 6     Unable to read or converse without great difficulty

continues

2002-10-31

AstraZeneca                                                          Page 128

Study code 5077US/0049          Subj initials ............................          E code [E | 0 | 0 | | | | | ]

                                Visit No. 7

AW02:09

## Montgomery-Asberg Depression Rating Scale, continued          **MADRS**

### 7. Lassitude
Representing a difficulty getting started or slowness initiating and performing everyday activities.

☐ 0   Hardly any difficulty in getting started; no sluggishness

☐ 1

☐ 2   Difficulties in starting activities

☐ 3

☐ 4   Difficulties in starting simple routine activities which are carried out with effort

☐ 5

☐ 6   Complete lassitude; unable to do anything without help


### 8. Inability to feel
Representing the subjective experience of reduced interest in the surroundings, or activities that normally give pleasure. The ability to react with adequate emotion to circumstances or people is reduced.

☐ 0   Normal interest in the surroundings and in other people

☐ 1

☐ 2   Reduced ability to enjoy usual interests

☐ 3

☐ 4   Loss of interest in the surroundings; loss of feelings for friends and acquaintances

☐ 5

☐ 6   The experience of being emotionally paralyzed; inability to feel anger, grief, or pleasure; and a complete or even painful failure to feel for close relatives


continues

2002-10-31

AstraZeneca

Study code 5077US/0049          Subj initials ..............................          E code |E ᵢ 0 ᵢ 0ᵢ  ᵢ  ᵢ  ᵢ  |

Visit No. 7

AW02:09

## Montgomery-Asberg Depression Rating Scale, continued          MADRS

### 9. Pessimistic thoughts
Representing thoughts of guilt, inferiority, self-reproach, sinfulness, remorse and ruin.

☐ 0    No pessimistic thoughts

☐ 1

☐ 2    Fluctuating ideas of failure, self-reproach, or self depreciation

☐ 3

☐ 4    Persistent self-accusations, or definite but still rational ideas of guilt or sin; increasingly pessimistic about the future

☐ 5

☐ 6    Delusions of ruin, remorse, or unredeemable sin; self-accusations which are absurd and unshakable

### 10. Suicidal thoughts
Representing the feeling that life is not worth living, that a natural death would be welcome, suicidal thoughts, and preparations for suicide.
Suicidal attempts should not in themselves influence the rating.

☐ 0    Enjoys life or takes it as it comes

☐ 1

☐ 2    Weary of life; only fleeting suicidal thoughts

☐ 3

☐ 4    Probably better off dead; suicidal thoughts are common, and suicide is considered as a possible solution, but without specific plans or intentions

☐ 5

☐ 6    Explicit plans for suicide when there is an opportunity; active preparations for suicide

Total score item 1-10    |  ᵢ  |

Rater´s initials

2002-10-31

130

AstraZeneca                                                          Page 130

Study code 5077US/0049        Subj initials ...................        E code ⌊E⌉0⌈0⌋ ⌈ ⌊ ⌋ ⌋

                              Visit No. 7

AW02:09

## Young Mania Rating Scale                                          **YMRS**

Date of assessment        ⌊2⌉0⌈0⌋ ⌈ ⌊ ⌋ ⌋
                           year      mm    dd

**1.  Elevated Mood**

⌊__⌋        0 - Absent

            1 - Mildly or possibly increased on questioning

            2 - Definite subjective elevation; optimistic, self-confident; cheerful; appropriate to content

            3 - Elevated; inappropriate to content; humorous

            4 - Euphoric; inappropriate laughter; singing

**2.  Increased Motor Activity - Energy**

⌊__⌋        0 - Absent

            1 - Subjectively increased

            2 - Animated; gestures increased

            3 - Excessive energy; hyperactive at times; restless (can be calmed)

            4 - Motor excitement; continuous hyperactivity (cannot be calmed)

**3.  Sexual Interest**

⌊__⌋        0 - Normal; not increased

            1 - Mildly or possibly increased

            2 - Definite subjective increase on questioning

            3 - Spontaneous sexual content; elaborates on sexual matters; hypersexual by self report

            4 - Overt sexual acts (towards patients, staff, or interviewer)

**4.  Sleep**

⌊__⌋        0 - Reports no decrease in sleep

            1 - Sleeping less than normal amount by up to one hour

            2 - Sleeping less than normal by more than one hour

            3 - Reports decreased need for sleep

            4 - Denies need for sleep

                                                              continues

                                                              2002-10-31

131

AstraZeneca  Page 131

Study code 5077US/0049       Subj initials ...............       E code ⌊E⌋0⌋0⌋⌋⌋⌋⌋

Visit No. 7

AW02:09

## Young Mania Rating Scale, continued                                    **YMRS**

**5. Irritability**

☐  0 - Absent

2 - Subjectively increased

4 - Irritable at times during the interview; recent episodes of anger or annoyance on ward or in usual environment

6 - Frequently irritable during the interview; short, curt throughout

8 - Hostile, uncooperative; interview impossible

**6.  Speech (Rate and Amount)**

☐  0 - No increase

2 - Feels talkative

4 - Increased rate or amount at times, verbose at times

6 - Push; consistently increased rate and amount; difficult to interrupt

8 - Pressured; uninterruptible, continuous speech

**7.  Language - Thought Disorder**

☐  0 - Absent

1 - Circumstantial; mild distractibility; quick thoughts

2 - Distractible; loses goal of thought; change topics frequently; racing thoughts

3 - Flight of ideas; tangentiality; difficult to follow; rhyming, echolalia

4 - Incoherent; communication impossible

**8.  Content**

☐  0 - Normal

2 - Questionable plans, new interests

4 - Special project(s); hyperreligious

6 - Grandiose or paranoid ideas; ideas of reference

8 - Delusions; hallucinations

continues

2002-10-31

AstraZeneca

Study code 5077US/0049          Subj initials ..............................          E code ⌊E⌋0⌋0⌋ ⌋ ⌋ ⌋ ⌋ ⌋

Visit No. 7

AW02.09

## Young Mania Rating Scale, continued                    YMRS

**9.  Disruptive - Aggressive Behaviour**

☐        0 - Absent, cooperative

          2 - Sarcastic; loud at times, guarded

          4 - Demanding; threats on ward

          6 - Threatens interviewer; shouting during interview; interview difficult

          8 - Assaultive; destructive; interview impossible

**10.  Appearance**

☐        0 - Appropriate dress and grooming

          1 - Minimally unkempt

          2 - Poorly groomed; moderately dishevelled; overdressed

          3 - Dishevelled; partly clothed; garish make-up

          4 - Completely unkempt; decorated; bizarre garb

**11.  Insight**

☐        0 - Present; admits illness; agrees with need for treatment

          1 - Possibly ill

          2 - Admits behaviour change, but denies illness

          3 - Admits possible change in behaviour, but denies illness

          4 - Denies any behaviour change

| Rater's initials |
| --- |
|  |

2002-10-31

AW02:09

| AstraZeneca | Page 133 |

Study code 5077US/0049        Subj initials ...................................        E code |E| 0 | 0|  |  |  |  |  |

Visit No. 7

## Hamilton Rating Scale for Anxiety

**HAMA**

Date of assessment        |2| 0 | 0|  |  |  |  |  |
                           year     mm    dd

**Anxious mood**

Worries, anticipation of the worst, fearful anticipation, irritability        ☐

**Tension**

Feelings of tension, fatigability, startle response, moved to tears easily, trembling, feelings of restlessness, inability to relax        ☐

**Fears**

Of dark, of strangers, of being left alone, of animals, of traffic, of crowds        ☐

**Insomnia**

Difficulty in falling asleep, broken sleep, unsatisfying sleep and fatigue on waking, dreams, nightmares, night terrors        ☐

**Intellectual**

Difficulty in concentration, poor memory        ☐

**Depressed mood**

Loss of interest, lack of pleasure in hobbies, depression, early waking, diurnal swing        ☐

**Somatic (Muscular)**

Pains and aches, twitchings, stiffness, myoclonic jerks, grinding of teeth, unsteady voice, increased muscular tone        ☐

**Somatic (Sensory)**

Tinnitus, blurring of vision, hot and cold flushes, feelings of weakness, pricking sensation        ☐

**Cardiovascular symptoms**

Tachycardia, palpitations, pain in chest, throbbing of vessels, fainting feelings, sighing, dyspnea        ☐

continues

2002-10-31

AstraZeneca

AW02:09

Study code 5077US/0049          Subj initials ........................          E code | E | 0 | 0 | _ | _ | _ | _ |

Visit No. 7

## Hamilton Rating Scale for Anxiety, continued

**HAMA**

**Respiratory symptoms**

Pressure or constriction in chest, choking feelings, sighing, dyspnea          |___|

**Gastrointestinal symptoms**

Difficulty in swallowing, wind, abdominal pain, burning sensations, abdominal fullness, nausea, vomiting, borborygmi, looseness of bowels, loss of weight, constipation          |___|

**Genitourinary symptoms**

Frequency of micturition, urgency of micturition, amenorrhea, menorrhagia, development of frigidity, premature ejaculation, loss of libido, impotence          |___|

**Autonomic symptoms**

Dry mouth, flushing, pallor, tendency to sweat, giddiness, tension headache, raising of hair          |___|

**Behavior at interview**
Fidgeting, restlessness or pacing, tremor of hands, furrowed brow, strained face, sighing or rapid respiration, facial pallor, swallowing, etc.          |___|

Rater's initials

2002-10-31

AstraZeneca

| Study code 5077US/0049 | Subj initials ........................... | E code [E  0  0        ] |
|---|---|---|

Visit No. 7

AW02-09

## Clinical Global Impressions

CGI

Date of assessment   [2  0  0        ]
year      mm     dd

**1. Severity of illness**

Considering your total clinical experience with this particular population, how mentally ill is Subject at this time?

Not assessed ☐ 0

Normal, not at all ill ☐ 1

Borderline mentally ill ☐ 2

Mildly ill ☐ 3

Moderately ill ☐ 4

Markedly ill ☐ 5

Severely ill ☐ 6

Among the most
extremely ill Subjects ☐ 7

**2. Global improvement**

Rate total improvement whether or not, in your judgment, it is due entirely to drug treatment
Compared to Subject's condition at admission to the project, how much has Subject changed?

Not assessed ☐ 0

Very much improved ☐ 1

Much improved ☐ 2

Minimally improved ☐ 3

No change ☐ 4

Minimally worse ☐ 5

Much worse ☐ 6

Very much worse ☐ 7

Rater's initials
[                    ]

2002-10-31

AstraZeneca

Study code 5077US/0049          Subj initials ...............................          E code | E | 0 | 0 |   |   |   |   |

Visit No. 8

AW02:09

## Visit                                                                          VISIT

Visit date   | 2 | 0 | 0 |   |   |   |   |
              year          mm      dd

AW02:09

## Vital Signs                                                                    VIT

Assessment date      | 2 | 0 | 0 |   |   |   |   |
                      year        mm      dd

Pulse,
supine               |   |   |   | beats/min

Blood pressure,
supine               |   |   |   | / |   |   |   | mmHg
                      systolic      diastolic

Pulse,
standing             |   |   |   | beats/min

Blood pressure,
standing             |   |   |   | / |   |   |   | mmHg
                      systolic      diastolic

2002-10-31

137

AstraZeneca

AW02-09

| Study code 5077US/0049 | Subj initials ......................... | E code |E| 0 | 0 | | | | | |

Visit No. 8

## Hamilton Rating Scale for Depression

**HAMD**

Date of assessment    |2 | 0 | 0 | | | | | |
year       mm       dd

**1.  Depressed mood** (sadness, hopeless, helpless, worthless)

☐₀   Absent

☐₁   These feeling states indicated only on questioning

☐₂   These feeling states spontaneously reported verbally

☐₃   Communicates feeling states non-verbally (ie, through facial expression, posture, voice, and tendency to weep)

☐₄   Subject reports virtually only these feeling states in his spontaneous verbal and non-verbal communication

**2.  Feeling of guilt**

☐₀   Absent

☐₁   Self-reproach, feels he has let people down

☐₂   Ideas of guilt or rumination over past errors or sinful deeds

☐₃   Present illness is a punishment. Delusions of guilt

☐₄   Hears accusatory or denunciatory voices and/or experiences threatening visual hallucinations

**3. Suicide**

☐₀   Absent

☐₁   Feels life is not worth living

☐₂   Wishes he were dead or any thoughts of possible death to self

☐₃   Suicide ideas or gesture

☐₄   Attempts at suicide (any serious attempt rates 4)

continues

2002-10-31

AstraZeneca

Study code 5077US/0049          Subj initials ...........................          E code [E ¦ 0 ¦ 0 ¦   ¦   ¦   ¦   ]

Visit No. 8

AW02:09

## Hamilton Rating Scale for Depression, continued                    HAMD

**4.  Insomnia early**

☐₀    No difficulty falling asleep

☐₁    Complains of occasional difficulty falling asleep (eg, more than 30 minutes)

☐₂    Complains of nightly difficulty falling asleep

**5.  Insomnia middle**

☐₀    No difficulty

☐₁    Subject complains of being restless and disturbed during the night

☐₂    Waking during the night - any getting out of bed rates 2 (except for purposes of voiding)

**6. Insomnia late**

☐₀    No difficulty

☐₁    Waking in early hours of the morning but goes back to sleep

☐₂    Unable to fall asleep again if he gets out of bed

**7. Work and activities**

☐₀    No difficulty

☐₁    Thoughts and feelings of incapacity, fatigue or weakness related to activities; work or hobbies

☐₂    Loss of interest in activity; hobbies or work - either directly reported by Subject, or indirect in listlessness, indecision and vacillation (feels he has to push self to work or activities)

☐₃    Decrease in actual time spent in activities or decrease in productivity

☐₄    Stopped working because of present illness.

continues

2002-10-31

139

AstraZeneca

| | | |
|---|---|---|
| Study code 5077US/0049 | Subj initials ........................... | E code $\lvert$ E $\lvert$ 0 $\lvert$ 0 $\lvert$   $\lvert$   $\lvert$   $\lvert$ |

Visit No. 8

AW02.09

## Hamilton Rating Scale for Depression, continued

**HAMD**

**8. Retardation: psychomotor**
(slowness of thought and speech; impaired ability to concentrate; decreased motor activity)

☐₀   Normal speech and thought

☐₁   Slight retardation at interview

☐₂   Obvious retardation at interview

☐₃   Interview difficult

☐₄   Complete stupor

**9. Agitation**

☐₀   None

☐₁   Fidgetiness

☐₂   Playing with hands, hair, etc

☐₃   Moving about, can't sit still

☐₄   Hand wringing, nail-biting, hair-pulling, biting of lips

**10. Anxiety (psychological)**

☐₀   No difficulty

☐₁   Subjective tension and irritability

☐₂   Worrying about minor matters

☐₃   Apprehensive attitude apparent in face or speech

☐₄   Fears expressed without questioning

continues

2002-10-31

AstraZeneca

Study code 5077US/0049     Subj initials ...............................     E code |E | 0 | 0 | ___ | ___ | ___ | ___ |

Visit No. 8

## Hamilton Rating Scale for Depression, continued                    HAMD

### 11. Anxiety somatic

Physiological concomitants of anxiety (ie, effects of autonomic overactivity, "butterflies", indigestion, stomach cramps, belching, diarrhea, palpitations, hyperventilation, paresthesia, sweating, flushing, tremor, headache, urinary frequency).  Avoid asking about possible medication side effects (ie, dry mouth, constipation)

☐ 0    Absent

☐ 1    Mild

☐ 2    Moderate

☐ 3    Severe

☐ 4    Incapacitating

### 12. Somatic symptoms (gastrointestinal)

☐ 0    None

☐ 1    Loss of appetite but eating without encouragement from others.  Food intake about normal

☐ 2    Difficulty eating without urging from others.  Marked reduction of appetite and food intake

### 13. Somatic symptoms general

☐ 0    None

☐ 1    Heaviness in limbs, back, or head; backaches, headache, muscle aches; loss of energy and fatigability

☐ 2    Any clear-cut symptom rates 2

### 14. Genital symptoms

(symptoms such as: loss of libido; impaired sexual performance; menstrual disturbances)

☐ 0    Absent

☐ 1    Mild

☐ 2    Severe

continues

2002-10-31

AstraZeneca

| | | |
|---|---|---|
| Study code 5077US/0049 | Subj initials ........................... | E code $\lfloor E \mid 0 \mid 0 \mid$   $\mid$   $\mid$   $\mid$   $\rfloor$ |

Visit No. 8

AW02.09

## Hamilton Rating Scale for Depression, continued

**HAMD**

### 15.  Hypochondriasis

☐ $_0$   Not present

☐ $_1$   Self-absorption (bodily)

☐ $_2$   Preoccupation with health

☐ $_3$   Frequent complaints, requests for help, etc

☐ $_4$   Hypochondriacal delusions

### 16. Loss of weight)

A. When rating by history

☐ $_0$   No weight loss

☐ $_1$   Probable weight loss associated with present illness

☐ $_2$   Definite (according to Subject) weight loss

☐ $_3$   Not assessed

### 17. Insight

☐ $_0$   Acknowledges being depressed and ill

☐ $_1$   Acknowledges illness but attributes cause to bad food, climate, overwork, virus, need for rest, etc

☐ $_2$   Denies being ill at all

| Rater's initials |
|---|
| |

2002-10-31

AstraZeneca                                                                    Page 142

Study code 5077US/0049          Subj initials ........................   E code |E | 0 | 0 |   |   |   |   |

Visit No. 8

AW02:09

## Montgomery-Asberg Depression Rating Scale                            **MADRS**

Date of assessment          | 2 | 0 | 0 |   |   |   |   |
                              year          mm      dd

### 1. Apparent sadness
Representing despondency, gloom, and despair (more than just ordinary transient low spirits), reflected in speech, facial expression, and posture.
Rate by depth and inability to brighten up.

- [ ] 0   No sadness
- [ ] 1
- [ ] 2   Looks dispirited but does brighten up without difficulty
- [ ] 3
- [ ] 4   Appears sad and unhappy most of the time
- [ ] 5
- [ ] 6   Looks miserable all the time; extremely despondent

### 2. Reported sadness
Representing reports of depressed mood, regardless of whether it is reflected in appearance or not. Includes low spirits, despondency, or the feeling of being beyond help and without hope. Rate according to intensity, duration, and the extent to which the mood is reported to be influenced by events.

- [ ] 0   Occasional sadness in keeping with the circumstances
- [ ] 1
- [ ] 2   Sad or low but brightens up without difficulty
- [ ] 3
- [ ] 4   Pervasive feelings of sadness or gloominess. The mood is still influenced by external circumstances
- [ ] 5
- [ ] 6   Continuous or unvarying sadness, misery, or despondence

continues

2002-10-31

AstraZeneca

| Study code 5077US/0049 | Subj initials .......................... | E code  E 0 0 |
|---|---|---|

Visit No. 8

AW02.09

## Montgomery-Asberg Depression Rating Scale, continued

**MADRS**

### 3. Inner tension

Representing feelings of ill-defined discomfort, edginess, inner turmoil, mental tension mounting to either panic, dread, or anguish.
Rate according to intensity, frequency, duration, and the extent of reassurance called for.

☐ 0   Placid; only fleeting inner tension

☐ 1

☐ 2   Occasional feelings of edginess and ill-defined discomfort

☐ 3

☐ 4   Continuous feelings of inner tension or intermittent panic which Subject can only master with some difficulty

☐ 5

☐ 6   Unrelenting dread or anguish; overwhelming panic

### 4. Reduced sleep

Representing the experience of reduced duration or depth of sleep compared to Subject's own normal pattern when well.

☐ 0   Sleeps as usual

☐ 1

☐ 2   Slight difficulty dropping off to sleep or slightly reduced, light or fitful sleep

☐ 3

☐ 4   Sleep reduced or broken by at least two hours

☐ 5

☐ 6   Less than two or three hours sleep

continues

2002-10-31

AstraZeneca

| Study code 5077US/0049 | Subj initials ........................ | E code L E ⎸ 0 ⎸ 0 ⎸ ⎸ ⎸ ⎸ ⎸ |

Visit No. 8

AW02.09

## Montgomery-Asberg Depression Rating Scale, continued          **MADRS**

### 5. Reduced appetite

Representing the feeling of a loss of appetite compared with when well.
Rate by loss of desire for food or the need to force oneself to eat.

☐ 0   Normal or increased appetite

☐ 1

☐ 2   Slightly reduced appetite

☐ 3

☐ 4   No appetite; food is tasteless

☐ 5

☐ 6   Needs persuasion to eat at all

### 6.  Concentration difficulties

Representing difficulties in collecting one's thoughts mounting to incapacitating lack of
concentration.
Rate according to intensity, frequency, and degree of incapacity produced.

☐ 0   No difficulties in concentrating

☐ 1

☐ 2   Occasional difficulties in collecting one's thoughts

☐ 3

☐ 4   Difficulties in concentrating and sustaining thought which reduces ability to
read or hold a conversation

☐ 5

☐ 6   Unable to read or converse without great difficulty

continues

2002-10-31

AstraZeneca

| Study code 5077US/0049 | Subj initials .......................... | E code $\lfloor$E$\rfloor$0$\rfloor$0$\rfloor$ $\rfloor$ $\rfloor$ $\rfloor$ $\rfloor$ $\rfloor$ |

Visit No. 8

AW02:09

## Montgomery-Asberg Depression Rating Scale, continued

**MADRS**

### 7. Lassitude

Representing a difficulty getting started or slowness initiating and performing everyday activities.

☐ 0    Hardly any difficulty in getting started; no sluggishness

☐ 1

☐ 2    Difficulties in starting activities

☐ 3

☐ 4    Difficulties in starting simple routine activities which are carried out with effort

☐ 5

☐ 6    Complete lassitude; unable to do anything without help

### 8. Inability to feel

Representing the subjective experience of reduced interest in the surroundings, or activities that normally give pleasure. The ability to react with adequate emotion to circumstances or people is reduced.

☐ 0    Normal interest in the surroundings and in other people

☐ 1

☐ 2    Reduced ability to enjoy usual interests

☐ 3

☐ 4    Loss of interest in the surroundings; loss of feelings for friends and acquaintances

☐ 5

☐ 6    The experience of being emotionally paralyzed; inability to feel anger, grief, or pleasure; and a complete or even painful failure to feel for close relatives

continues

2002-10-31

**AstraZeneca**

Page 146

Study code 5077US/0049

Subj initials ...........................

E code ⌊E⎸0⎸0⎸⎸⎸⎸⌋

Visit No. 8

AW02-09

## Montgomery-Asberg Depression Rating Scale, continued

**MADRS**

### 9. Pessimistic thoughts
Representing thoughts of guilt, inferiority, self-reproach, sinfulness, remorse and ruin.

☐ 0   No pessimistic thoughts

☐ 1

☐ 2   Fluctuating ideas of failure, self-reproach, or self depreciation

☐ 3

☐ 4   Persistent self-accusations, or definite but still rational ideas of guilt or sin; increasingly pessimistic about the future

☐ 5

☐ 6   Delusions of ruin, remorse, or unredeemable sin; self-accusations which are absurd and unshakable

### 10. Suicidal thoughts
Representing the feeling that life is not worth living, that a natural death would be welcome, suicidal thoughts, and preparations for suicide.
Suicidal attempts should not in themselves influence the rating.

☐ 0   Enjoys life or takes it as it comes

☐ 1

☐ 2   Weary of life; only fleeting suicidal thoughts

☐ 3

☐ 4   Probably better off dead; suicidal thoughts are common, and suicide is considered as a possible solution, but without specific plans or intentions

☐ 5

☐ 6   Explicit plans for suicide when there is an opportunity; active preparations for suicide

Total score item 1-10   ⌊⎸⌋

Rater's initials

2002-10-31

147

AstraZeneca

Page 147

AW02-09

Study code 5077US/0049          Subj initials ...................          E code |E | 0 | 0 |   |   |   |   |

Visit No. 8

## Young Mania Rating Scale

**YMRS**

Date of assessment          | 2 | 0 | 0 |   |   |   |   |
                                    year          mm        dd

**1. Elevated Mood**

|__|          0 - Absent

              1 - Mildly or possibly increased on questioning

              2 - Definite subjective elevation; optimistic, self-confident; cheerful; appropriate to content

              3 - Elevated; inappropriate to content; humorous

              4 - Euphoric; inappropriate laughter; singing

**2. Increased Motor Activity - Energy**

|__|          0 - Absent

              1 - Subjectively increased

              2 - Animated; gestures increased

              3 - Excessive energy; hyperactive at times; restless (can be calmed)

              4 - Motor excitement; continuous hyperactivity (cannot be calmed)

**3. Sexual Interest**

|__|          0 - Normal; not increased

              1 - Mildly or possibly increased

              2 - Definite subjective increase on questioning

              3 - Spontaneous sexual content; elaborates on sexual matters; hypersexual by self report

              4 - Overt sexual acts (towards patients, staff, or interviewer)

**4. Sleep**

|__|          0 - Reports no decrease in sleep

              1 - Sleeping less than normal amount by up to one hour

              2 - Sleeping less than normal by more than one hour

              3 - Reports decreased need for sleep

              4 - Denies need for sleep

continues

2002-10-31

AstraZeneca

Page 148

Study code 5077US/0049          Subj initials ........................          E code ⌊E⌊0⌊0⌊ ⌊ ⌊ ⌊ ⌋

Visit No. 8

AW02 09

## Young Mania Rating Scale, continued

**YMRS**

### 5. Irritability

⌊_⌋     0 - Absent

2 - Subjectively increased

4 - Irritable at times during the interview; recent episodes of anger or annoyance on ward or in usual environment

6 - Frequently irritable during the interview; short, curt throughout

8 - Hostile, uncooperative; interview impossible

### 6.  Speech (Rate and Amount)

⌊_⌋     0 - No increase

2 - Feels talkative

4 - Increased rate or amount at times, verbose at times

6 - Push; consistently increased rate and amount; difficult to interrupt

8 - Pressured; uninterruptible, continuous speech

### 7.  Language - Thought Disorder

⌊_⌋     0 - Absent

1 - Circumstantial; mild distractibility; quick thoughts

2 - Distractible; loses goal of thought; change topics frequently; racing thoughts

3 - Flight of ideas; tangentiality; difficult to follow; rhyming, echolalia

4 - Incoherent; communication impossible

### 8.  Content

⌊_⌋     0 - Normal

2 - Questionable plans, new interests

4 - Special project(s); hyperreligious

6 - Grandiose or paranoid ideas; ideas of reference

8 - Delusions; hallucinations

continues

2002-10-31

AstraZeneca

Page 149

Study code 5077US/0049          Subj initials ....................          E code ⌊E⌋0⌊0⌋ ⌊ ⌋ ⌊ ⌋ ⌋

Visit No. 8

AW02-09

## Young Mania Rating Scale, continued

**YMRS**

### 9. Disruptive - Aggressive Behaviour

⌊_⌋
- 0 - Absent, cooperative
- 2 - Sarcastic; loud at times, guarded
- 4 - Demanding; threats on ward
- 6 - Threatens interviewer; shouting during interview; interview difficult
- 8 - Assaultive; destructive; interview impossible

### 10. Appearance

⌊_⌋
- 0 - Appropriate dress and grooming
- 1 - Minimally unkempt
- 2 - Poorly groomed; moderately dishevelled; overdressed
- 3 - Dishevelled; partly clothed; garish make-up
- 4 - Completely unkempt; decorated; bizarre garb

### 11. Insight

⌊_⌋
- 0 - Present; admits illness; agrees with need for treatment
- 1 - Possibly ill
- 2 - Admits behaviour change, but denies illness
- 3 - Admits possible change in behaviour, but denies illness
- 4 - Denies any behaviour change

Rater's initials

2002-10-31

AstraZeneca

Page 150

Study code 5077US/0049         Subj initials ...............         E code  |E| 0 | 0 |   |   |   |   |

Visit No. 8

AW02:09

## Hamilton Rating Scale for Anxiety

**HAMA**

Date of assessment         | 2 | 0 | 0 |   |   |   |   |
                               year          mm       dd

**Anxious mood**

Worries, anticipation of the worst, fearful anticipation, irritability         |__|

**Tension**

Feelings of tension, fatigability, startle response, moved to tears easily, trembling, feelings of restlessness, inability to relax         |__|

**Fears**

Of dark, of strangers, of being left alone, of animals, of traffic, of crowds         |__|

**Insomnia**

Difficulty in falling asleep, broken sleep, unsatisfying sleep and fatigue on waking, dreams, nightmares, night terrors         |__|

**Intellectual**

Difficulty in concentration, poor memory         |__|

**Depressed mood**

Loss of interest, lack of pleasure in hobbies, depression, early waking, diurnal swing         |__|

**Somatic (Muscular)**

Pains and aches, twitchings, stiffness, myoclonic jerks, grinding of teeth, unsteady voice, increased muscular tone         |__|

**Somatic (Sensory)**

Tinnitus, blurring of vision, hot and cold flushes, feelings of weakness, pricking sensation         |__|

**Cardiovascular symptoms**

Tachycardia, palpitations, pain in chest, throbbing of vessels, fainting feelings, sighing, dyspnea         |__|

continues

2002-10-31

AstraZeneca

Study code 5077US/0049          Subj initials ........................          E code |E ¦ 0 ¦ 0 ¦ ¦ ¦ ¦ ¦ |

Visit No. 8

AW02:09

## Hamilton Rating Scale for Anxiety, continued

**HAMA**

**Respiratory symptoms**

Pressure or constriction in chest, choking feelings, sighing, dyspnea          |__|

**Gastrointestinal symptoms**

Difficulty in swallowing, wind, abdominal pain, burning sensations, abdominal fullness, nausea, vomiting, borborygmi, looseness of bowels, loss of weight, constipation          |__|

**Genitourinary symptoms**

Frequency of micturition, urgency of micturition, amenorrhea, menorrhagia, development of frigidity, premature ejaculation, loss of libido, impotence          |__|

**Autonomic symptoms**

Dry mouth, flushing, pallor, tendency to sweat, giddiness, tension headache, raising of hair          |__|

**Behavior at interview**
Fidgeting, restlessness or pacing, tremor of hands, furrowed brow, strained face, sighing or rapid respiration, facial pallor, swallowing, etc.          |__|

Rater's initials

2002-10-31

152

**AstraZeneca**

Page 152

| Study code 5077US/0049 | Subj initials ..................... | E code | E | 0 | 0 | | | | | |

Visit No. 8

AW02-09

## Clinical Global Impressions

**CGI**

Date of assessment  | 2 | 0 | 0 | | | | | |
year      mm      dd

### 1. Severity of illness

Considering your total clinical experience with this particular population, how mentally ill is Subject at this time?

| Not assessed | ☐ 0 |
| Normal, not at all ill | ☐ 1 |
| Borderline mentally ill | ☐ 2 |
| Mildly ill | ☐ 3 |
| Moderately ill | ☐ 4 |
| Markedly ill | ☐ 5 |
| Severely ill | ☐ 6 |
| Among the most extremely ill Subjects | ☐ 7 |

### 2. Global improvement

Rate total improvement whether or not, in your judgment, it is due entirely to drug treatment
Compared to Subject's condition at admission to the project, how much has Subject changed?

| Not assessed | ☐ 0 |
| Very much improved | ☐ 1 |
| Much improved | ☐ 2 |
| Minimally improved | ☐ 3 |
| No change | ☐ 4 |
| Minimally worse | ☐ 5 |
| Much worse | ☐ 6 |
| Very much worse | ☐ 7 |

Rater's initials

2002-10-31

153

AstraZeneca

Page 153

Study code 5077US/0049        Subj initials ........................        E code |E_0_0_|_|_|_|_|

Visit No. 9

AW02:09

## Visit

**VISIT**

Visit date  |2_0_0_|_|_|_|_|
                year      mm    dd

AW02:09

## Vital Signs

**VIT**

Assessment date   |2_0_0_|_|_|_|_|
                        year     mm   dd

Pulse,
supine            |_|_|_| beats/min

Blood pressure,
supine            |_|_|_| / |_|_|_| mmHg
                  systolic      diastolic

Pulse,
standing          |_|_|_| beats/min

Blood pressure,
standing          |_|_|_| / |_|_|_| mmHg
                  systolic      diastolic

2002-10-31

AstraZeneca

Study code 5077US/0049          Subj initials ...................          E code | E | 0 | 0 |   |   |   |   |

Visit No. 9

AW02:09

## Hamilton Rating Scale for Depression

**HAMD**

Date of assessment    | 2 | 0 | 0 |   |   |   |   |
                        year        mm        dd

**1. Depressed mood** (sadness, hopeless, helpless, worthless)

☐₀    Absent

☐₁    These feeling states indicated only on questioning

☐₂    These feeling states spontaneously reported verbally

☐₃    Communicates feeling states non-verbally (ie, through facial expression, posture, voice, and tendency to weep)

☐₄    Subject reports virtually only these feeling states in his spontaneous verbal and non-verbal communication

**2. Feeling of guilt**

☐₀    Absent

☐₁    Self-reproach, feels he has let people down

☐₂    Ideas of guilt or rumination over past errors or sinful deeds

☐₃    Present illness is a punishment. Delusions of guilt

☐₄    Hears accusatory or denunciatory voices and/or experiences threatening visual hallucinations

**3. Suicide**

☐₀    Absent

☐₁    Feels life is not worth living

☐₂    Wishes he were dead or any thoughts of possible death to self

☐₃    Suicide ideas or gesture

☐₄    Attempts at suicide (any serious attempt rates 4)

continues

2002-10-31

AstraZeneca

Page 155

| Study code 5077US/0049 | Subj initials ................................ | E code ⌊E⌋0⌋0⌊ ⌋ ⌋ ⌋ ⌋ ⌋ |

Visit No. 9

AW02.09

## Hamilton Rating Scale for Depression, continued

**HAMD**

### 4. Insomnia early

☐₀   No difficulty falling asleep

☐₁   Complains of occasional difficulty falling asleep (eg, more than 30 minutes)

☐₂   Complains of nightly difficulty falling asleep

### 5. Insomnia middle

☐₀   No difficulty

☐₁   Subject complains of being restless and disturbed during the night

☐₂   Waking during the night - any getting out of bed rates 2 (except for purposes of voiding)

### 6. Insomnia late

☐₀   No difficulty

☐₁   Waking in early hours of the morning but goes back to sleep

☐₂   Unable to fall asleep again if he gets out of bed

### 7. Work and activities

☐₀   No difficulty

☐₁   Thoughts and feelings of incapacity, fatigue or weakness related to activities; work or hobbies

☐₂   Loss of interest in activity; hobbies or work - either directly reported by Subject, or indirect in listlessness, indecision and vacillation (feels he has to push self to work or activities)

☐₃   Decrease in actual time spent in activities or decrease in productivity

☐₄   Stopped working because of present illness.

continues

2002-10-31

156

AstraZeneca

Study code 5077US/0049          Subj initials ........................          E code |E| 0 | 0|   |   |   |   |   |

Visit No. 9

AW02-09

## Hamilton Rating Scale for Depression, continued

HAMD

**8.  Retardation: psychomotor**
(slowness of thought and speech; impaired ability to concentrate; decreased motor activity)

☐$_0$    Normal speech and thought

☐$_1$    Slight retardation at interview

☐$_2$    Obvious retardation at interview

☐$_3$    Interview difficult

☐$_4$    Complete stupor

**9. Agitation**

☐$_0$    None

☐$_1$    Fidgetiness

☐$_2$    Playing with hands, hair, etc

☐$_3$    Moving about, can't sit still

☐$_4$    Hand wringing, nail-biting, hair-pulling, biting of lips

**10. Anxiety (psychological)**

☐$_0$    No difficulty

☐$_1$    Subjective tension and irritability

☐$_2$    Worrying about minor matters

☐$_3$    Apprehensive attitude apparent in face or speech

☐$_4$    Fears expressed without questioning

continues

2002-10-31

AstraZeneca

| Study code 5077US/0049 | Subj initials ........................... | E code | E | 0 | 0 | | | | | |

Visit No. 9

## Hamilton Rating Scale for Depression, continued

**HAMD**

### 11. Anxiety somatic

Physiological concomitants of anxiety (ie, effects of autonomic overactivity, "butterflies", indigestion, stomach cramps, belching, diarrhea, palpitations, hyperventilation, paresthesia, sweating, flushing, tremor, headache, urinary frequency).  Avoid asking about possible medication side effects (ie, dry mouth, constipation)

☐ 0   Absent

☐ 1   Mild

☐ 2   Moderate

☐ 3   Severe

☐ 4   Incapacitating

### 12. Somatic symptoms (gastrointestinal)

☐ 0   None

☐ 1   Loss of appetite but eating without encouragement from others.  Food intake about normal

☐ 2   Difficulty eating without urging from others.  Marked reduction of appetite and food intake

### 13. Somatic symptoms general

☐ 0   None

☐ 1   Heaviness in limbs, back, or head; backaches, headache, muscle aches; loss of energy and fatigability

☐ 2   Any clear-cut symptom rates 2

### 14. Genital symptoms

(symptoms such as: loss of libido; impaired sexual performance; menstrual disturbances)

☐ 0   Absent

☐ 1   Mild

☐ 2   Severe

continues

2002-10-31

AstraZeneca

Study code 5077US/0049          Subj initials ............................          E code $\lfloor E \rfloor 0 \rfloor 0 \rfloor$ $\lfloor$ $\rfloor$ $\rfloor$ $\rfloor$ $\rfloor$

Visit No. 9

AW02.09

## Hamilton Rating Scale for Depression, continued          **HAMD**

**15. Hypochondriasis**

☐ 0   Not present

☐ 1   Self-absorption (bodily)

☐ 2   Preoccupation with health

☐ 3   Frequent complaints, requests for help, etc

☐ 4   Hypochondriacal delusions

**16. Loss of weight)**

A. When rating by history

☐ 0   No weight loss

☐ 1   Probable weight loss associated with present illness

☐ 2   Definite (according to Subject) weight loss

☐ 3   Not assessed

**17. Insight**

☐ 0   Acknowledges being depressed and ill

☐ 1   Acknowledges illness but attributes cause to bad food, climate, overwork, virus, need for rest, etc

☐ 2   Denies being ill at all

Rater's initials

2002-10-31

AstraZeneca

| Study code 5077US/0049 | Subj initials ............................ | E code | E | 0 | 0 | | | | | |

Visit No. 9

AW02.09

## Montgomery-Asberg Depression Rating Scale

**MADRS**

Date of assessment | 2 | 0 | 0 | | | | | |
year    mm    dd

### 1. Apparent sadness

Representing despondency, gloom, and despair (more than just ordinary transient low spirits), reflected in speech, facial expression, and posture.
Rate by depth and inability to brighten up.

☐ 0    No sadness

☐ 1

☐ 2    Looks dispirited but does brighten up without difficulty

☐ 3

☐ 4    Appears sad and unhappy most of the time

☐ 5

☐ 6    Looks miserable all the time; extremely despondent

### 2. Reported sadness

Representing reports of depressed mood, regardless of whether it is reflected in appearance or not. Includes low spirits, despondency, or the feeling of being beyond help and without hope. Rate according to intensity, duration, and the extent to which the mood is reported to be influenced by events.

☐ 0    Occasional sadness in keeping with the circumstances

☐ 1

☐ 2    Sad or low but brightens up without difficulty

☐ 3

☐ 4    Pervasive feelings of sadness or gloominess. The mood is still influenced by external circumstances

☐ 5

☐ 6    Continuous or unvarying sadness, misery, or despondence

continues

2002-10-31

AstraZeneca

Page 160

Study code 5077US/0049      Subj initials ...........................      E code | E | 0 | 0 |   |   |   |   |

Visit No. 9

AW02-09

## Montgomery-Asberg Depression Rating Scale, continued

**MADRS**

### 3. Inner tension

Representing feelings of ill-defined discomfort, edginess, inner turmoil, mental tension mounting to either panic, dread, or anguish.
Rate according to intensity, frequency, duration, and the extent of reassurance called for.

- [ ] $_0$    Placid; only fleeting inner tension
- [ ] $_1$
- [ ] $_2$    Occasional feelings of edginess and ill-defined discomfort
- [ ] $_3$
- [ ] $_4$    Continuous feelings of inner tension or intermittent panic which Subject can only master with some difficulty
- [ ] $_5$
- [ ] $_6$    Unrelenting dread or anguish; overwhelming panic

### 4. Reduced sleep

Representing the experience of reduced duration or depth of sleep compared to Subject's own normal pattern when well.

- [ ] $_0$    Sleeps as usual
- [ ] $_1$
- [ ] $_2$    Slight difficulty dropping off to sleep or slightly reduced, light or fitful sleep
- [ ] $_3$
- [ ] $_4$    Sleep reduced or broken by at least two hours
- [ ] $_5$
- [ ] $_6$    Less than two or three hours sleep

continues

2002-10-31

AstraZeneca

| Study code 5077US/0049 | Subj initials .................... | E code | E | 0 | 0 | | | | |

Visit No. 9

AW02:09

## Montgomery-Asberg Depression Rating Scale, continued

**MADRS**

### 5. Reduced appetite

Representing the feeling of a loss of appetite compared with when well.
Rate by loss of desire for food or the need to force oneself to eat.

☐ 0   Normal or increased appetite

☐ 1

☐ 2   Slightly reduced appetite

☐ 3

☐ 4   No appetite; food is tasteless

☐ 5

☐ 6   Needs persuasion to eat at all

### 6.  Concentration difficulties

Representing difficulties in collecting one's thoughts mounting to incapacitating lack of concentration.
Rate according to intensity, frequency, and degree of incapacity produced.

☐ 0   No difficulties in concentrating

☐ 1

☐ 2   Occasional difficulties in collecting one's thoughts

☐ 3

☐ 4   Difficulties in concentrating and sustaining thought which reduces ability to read or hold a conversation

☐ 5

☐ 6   Unable to read or converse without great difficulty

continues

2002-10-31

AstraZeneca                                                                              Page 162

Study code 5077US/0049          Subj initials ...................          E code $\lfloor E \rfloor 0 \lfloor 0 \rfloor$ $\lfloor$ $\rfloor$ $\lfloor$ $\rfloor$ $\rfloor$

Visit No. 9

AW02-09

## Montgomery-Asberg Depression Rating Scale, continued           **MADRS**

### 7. Lassitude

Representing a difficulty getting started or slowness initiating and performing everyday activities.

☐ 0    Hardly any difficulty in getting started; no sluggishness

☐ 1

☐ 2    Difficulties in starting activities

☐ 3

☐ 4    Difficulties in starting simple routine activities which are carried out with effort

☐ 5

☐ 6    Complete lassitude; unable to do anything without help

### 8. Inability to feel

Representing the subjective experience of reduced interest in the surroundings, or activities that normally give pleasure. The ability to react with adequate emotion to circumstances or people is reduced.

☐ 0    Normal interest in the surroundings and in other people

☐ 1

☐ 2    Reduced ability to enjoy usual interests

☐ 3

☐ 4    Loss of interest in the surroundings; loss of feelings for friends and acquaintances

☐ 5

☐ 6    The experience of being emotionally paralyzed; inability to feel anger, grief, or pleasure; and a complete or even painful failure to feel for close relatives

continues

2002-10-31

AstraZeneca

Page 163

Study code 5077US/0049          Subj initials ...................          E code $\lfloor E \rfloor 0 \lfloor 0 \rfloor$ $\lfloor$ $\lfloor$ $\lfloor$ $\rfloor$

Visit No. 9

AW02.09

## Montgomery-Asberg Depression Rating Scale, continued

**MADRS**

### 9.  Pessimistic thoughts
Representing thoughts of guilt, inferiority, self-reproach, sinfulness, remorse and ruin.

☐ 0     No pessimistic thoughts

☐ 1

☐ 2     Fluctuating ideas of failure, self-reproach, or self depreciation

☐ 3

☐ 4     Persistent self-accusations, or definite but still rational ideas of guilt or sin; increasingly pessimistic about the future

☐ 5

☐ 6     Delusions of ruin, remorse, or unredeemable sin; self-accusations which are absurd and unshakable

### 10.  Suicidal thoughts
Representing the feeling that life is not worth living, that a natural death would be welcome, suicidal thoughts, and preparations for suicide.
Suicidal attempts should not in themselves influence the rating.

☐ 0     Enjoys life or takes it as it comes

☐ 1

☐ 2     Weary of life; only fleeting suicidal thoughts

☐ 3

☐ 4     Probably better off dead; suicidal thoughts are common, and suicide is considered as a possible solution, but without specific plans or intentions

☐ 5

☐ 6     Explicit plans for suicide when there is an opportunity; active preparations for suicide

Total score item 1-10     $\lfloor$ $\lfloor$ $\rfloor$

Rater's initials

2002-10-31

164

AstraZeneca

Page 164

Study code 5077US/0049          Subj initials ............................          E code ⌊E⌊0⌊0⌊  ⌊  ⌊  ⌊  ⌋

Visit No. 9

AW02-09

## Young Mania Rating Scale

**YMRS**

Date of assessment          ⌊2⌊0⌊0⌊  ⌊  ⌊  ⌊  ⌋
                            year    mm    dd

**1. Elevated Mood**

⌊__⌋ .     0 - Absent

          1 - Mildly or possibly increased on questioning

          2 - Definite subjective elevation; optimistic, self-confident; cheerful; appropriate to content

          3 - Elevated; inappropriate to content; humorous

          4 - Euphoric; inappropriate laughter; singing

**2. Increased Motor Activity - Energy**

⌊__⌋      0 - Absent

          1 - Subjectively increased

          2 - Animated; gestures increased

          3 - Excessive energy; hyperactive at times; restless (can be calmed)

          4 - Motor excitement; continuous hyperactivity (cannot be calmed)

**3. Sexual Interest**

⌊__⌋      0 - Normal; not increased

          1 - Mildly or possibly increased

          2 - Definite subjective increase on questioning

          3 - Spontaneous sexual content; elaborates on sexual matters; hypersexual by self report

          4 - Overt sexual acts (towards patients, staff, or interviewer)

**4. Sleep**

⌊__⌋      0 - Reports no decrease in sleep

          1 - Sleeping less than normal amount by up to one hour

          2 - Sleeping less than normal by more than one hour

          3 - Reports decreased need for sleep

          4 - Denies need for sleep

continues

2002-10-31

AstraZeneca                                                              Page 165

Study code 5077US/0049          Subj initials .........................    E code ⌊E｜0｜0⌋ ｜ ｜ ｜ ｜ ⌋

Visit No. 9

AW02-09

## Young Mania Rating Scale, continued                                    **YMRS**

### 5. Irritability

⌊＿⌋     0 - Absent

        2 - Subjectively increased

        4 - Irritable at times during the interview; recent episodes of anger or annoyance on ward or in usual environment

        6 - Frequently irritable during the interview; short, curt throughout

        8 - Hostile, uncooperative; interview impossible

### 6. Speech (Rate and Amount)

⌊＿⌋     0 - No increase

        2 - Feels talkative

        4 - Increased rate or amount at times, verbose at times

        6 - Push; consistently increased rate and amount; difficult to interrupt

        8 - Pressured; uninterruptible, continuous speech

### 7. Language - Thought Disorder

⌊＿⌋     0 - Absent

        1 - Circumstantial; mild distractibility; quick thoughts

        2 - Distractible; loses goal of thought; change topics frequently; racing thoughts

        3 - Flight of ideas; tangentiality; difficult to follow; rhyming, echolalia

        4 - Incoherent; communication impossible

### 8. Content

⌊＿⌋     0 - Normal

        2 - Questionable plans, new interests

        4 - Special project(s); hyperreligious

        6 - Grandiose or paranoid ideas; ideas of reference

        8 - Delusions; hallucinations

continues

2002-10-31

AstraZeneca

Page 166

Study code 5077US/0049          Subj initials ......................          E code |E⎵0⎵0⎵⎵|⎵⎵|⎵⎵|

Visit No. 9

AW02.09

## Young Mania Rating Scale, continued                    YMRS

**9.  Disruptive - Aggressive Behaviour**

⎿⎤    0 - Absent, cooperative

2 - Sarcastic; loud at times, guarded

4 - Demanding; threats on ward

6 - Threatens interviewer; shouting during interview; interview difficult

8 - Assaultive; destructive; interview impossible

**10.  Appearance**

⎿⎤    0 - Appropriate dress and grooming

1 - Minimally unkempt

2 - Poorly groomed; moderately dishevelled; overdressed

3 - Dishevelled; partly clothed; garish make-up

4 - Completely unkempt; decorated; bizarre garb

**11.  Insight**

⎿⎤    0 - Present; admits illness; agrees with need for treatment

1 - Possibly ill

2 - Admits behaviour change, but denies illness

3 - Admits possible change in behaviour, but denies illness

4 - Denies any behaviour change

Rater´s initials

2002-10-31

**AstraZeneca** ✤                                                          Page 167

Study code 5077US/0049      Subj initials ..................      E code |E₀|0|0| | | | | |

Visit No. 9

AW02:09

## Hamilton Rating Scale for Anxiety                          **HAMA**

Date of assessment     |2|0|0| | | | | |
                        year      mm    dd

**Anxious mood**

Worries, anticipation of the worst, fearful anticipation, irritability      |__|

**Tension**

Feelings of tension, fatigability, startle response, moved to tears easily, trembling, feelings of restlessness, inability to relax      |__|

**Fears**

Of dark, of strangers, of being left alone, of animals, of traffic, of crowds      |__|

**Insomnia**

Difficulty in falling asleep, broken sleep, unsatisfying sleep and fatigue on waking, dreams, nightmares, night terrors      |__|

**Intellectual**

Difficulty in concentration, poor memory      |__|

**Depressed mood**

Loss of interest, lack of pleasure in hobbies, depression, early waking, diurnal swing      |__|

**Somatic (Muscular)**

Pains and aches, twitchings, stiffness, myoclonic jerks, grinding of teeth, unsteady voice, increased muscular tone      |__|

**Somatic (Sensory)**

Tinnitus, blurring of vision, hot and cold flushes, feelings of weakness, pricking sensation      |__|

**Cardiovascular symptoms**

Tachycardia, palpitations, pain in chest, throbbing of vessels, fainting feelings, sighing, dyspnea      |__|

continues

2002-10-31

AstraZeneca

Study code 5077US/0049          Subj initials ..............................          E code | E | 0 | 0 |   |   |   |   |

Visit No. 9

AW02:09

## Hamilton Rating Scale for Anxiety, continued

**HAMA**

### Respiratory symptoms

Pressure or constriction in chest, choking feelings, sighing, dyspnea          |___|

### Gastrointestinal symptoms

Difficulty in swallowing, wind, abdominal pain, burning sensations, abdominal fullness, nausea, vomiting, borborygmi, looseness of bowels, loss of weight, constipation          |___|

### Genitourinary symptoms

Frequency of micturition, urgency of micturition, amenorrhea, menorrhagia, development of frigidity, premature ejaculation, loss of libido, impotence          |___|

### Autonomic symptoms

Dry mouth, flushing, pallor, tendency to sweat, giddiness, tension headache, raising of hair          |___|

### Behavior at interview
Fidgeting, restlessness or pacing, tremor of hands, furrowed brow, strained face, sighing or rapid respiration, facial pallor, swallowing, etc.          |___|

Rater's initials

2002-10-31

**AstraZeneca**

Page 169

Study code 5077US/0049        Subj initials ........................        E code |E| 0 | 0 |  |  |  |  |

Visit No. 9

AW02.09

## Clinical Global Impressions

CGI

Date of assessment    | 2 | 0 | 0 |  |  |  |  |
year        mm        dd

### 1. Severity of illness

Considering your total clinical experience with this particular population, how mentally ill is Subject at this time?

Not assessed                ☐ 0

Normal, not at all ill           ☐ 1

Borderline mentally ill         ☐ 2

Mildly ill                  ☐ 3

Moderately ill               ☐ 4

Markedly ill                ☐ 5

Severely ill                ☐ 6

Among the most
extremely ill Subjects          ☐ 7

### 2. Global improvement

Rate total improvement whether or not, in your judgment, it is due entirely to drug treatment
Compared to Subject's condition at admission to the project, how much has Subject changed?

Not assessed                ☐ 0

Very much improved           ☐ 1

Much improved              ☐ 2

Minimally improved            ☐ 3

No change                 ☐ 4

Minimally worse              ☐ 5

Much worse                ☐ 6

Very much worse             ☐ 7

Rater's initials

2002-10-31

170

**AstraZeneca**

Page 170

| Study code 5077US/0049 | Subj initials .................................. | E code E 0 0 |
|---|---|---|

Visit No. 10

AW02:09

## Visit

**VISIT**

Visit date  2 0 0 ___ | ___ | ___
year   mm   dd

AW02:09

## Vital Signs, Weight

**VIT**

Assessment date  2 0 0 ___ | ___ | ___
year   mm   dd

Pulse,
supine  ___ | ___ | ___  beats/min

Blood pressure,
supine  ___ | ___ | ___ / ___ | ___ | ___  mmHg
systolic   diastolic

Pulse,
standing  ___ | ___ | ___  beats/min

Blood pressure,
standing  ___ | ___ | ___ / ___ | ___ | ___  mmHg
systolic   diastolic

Weight  ___ | ___ | ___  kg

AW02:09

## Electrocardiogram

**ECGQ**

Was an ECG performed
No ☐ 0   Yes ☐ 1

Date of ECG  2 0 0 ___ | ___ | ___
year   mm   dd

2002-10-31

**AstraZeneca**

Page 171

Study code 5077US/0049          Subj initials ........................          E code |E‚0‚0| |‚ |‚ |‚ |

Visit No. 10

## Laboratory Assessments

LAB1

AW02:09

Blood samples have been collected

No  Yes
☐₀  ☐₁

Sample date |2‚0‚0| |‚ |‚ |
                year      mm     dd

Sample time |‚ |‚ | : |‚ |‚ |
                   24-hour clock

Sample ID

Attach
Sample ID label
here

2002-10-31

172

AstraZeneca

Page 172

Study code 5077US/0049          Subj initials .........................          E code ｜E｜0｜0｜ ｜ ｜ ｜ ｜

Visit No. 10

AW02-09

## Physical Examination, Follow-up

**PHYSF**

Assessment date    ｜2｜0｜0｜ ｜ ｜ ｜ ｜
                     year       mm      dd

|  | Normal | Abnormal | | Not done | Specification of new or aggravated abnormalities (compared with baseline) |
|---|---|---|---|---|---|
|  |  | Same as baseline | New or aggravated |  |  |
| General appearance | $\square_0$ | $\square_1$ | $\square_2$ | $\square_{95}$ | ............................................ |
| Skin | $\square_0$ | $\square_1$ | $\square_2$ | $\square_{95}$ | ............................................ |
| Head and neck | $\square_0$ | $\square_1$ | $\square_2$ | $\square_{95}$ | ............................................ |
| Lymph nodes | $\square_0$ | $\square_1$ | $\square_2$ | $\square_{95}$ | ............................................ |
| Thyroid | $\square_0$ | $\square_1$ | $\square_2$ | $\square_{95}$ | ............................................ |
| Musculoskeletal/ Extremities | $\square_0$ | $\square_1$ | $\square_2$ | $\square_{95}$ | ............................................ |
| Cardiovascular | $\square_0$ | $\square_1$ | $\square_2$ | $\square_{95}$ | ............................................ |
| Lungs | $\square_0$ | $\square_1$ | $\square_2$ | $\square_{95}$ | ............................................ |
| Abdomen | $\square_0$ | $\square_1$ | $\square_2$ | $\square_{95}$ | ............................................ |
| Neurological | $\square_0$ | $\square_1$ | $\square_2$ | $\square_{95}$ | ............................................ |

☞ **If any new or aggravated abnormalities imply a deterioration compared with baseline (=Visit 1), fill in AELOGAW, Section 13**

2002-10-31

AstraZeneca

Study code 5077US/0049          Subj initials ....................          E code | E | 0 | 0 |   |   |   |   |

Visit No. 10

AW02:09

## Hamilton Rating Scale for Depression

**HAMD**

Date of assessment      | 2 | 0 | 0 |   |   |   |   |   |
                              year          mm          dd

**1. Depressed mood** (sadness, hopeless, helpless, worthless)

☐₀     Absent

☐₁     These feeling states indicated only on questioning

☐₂     These feeling states spontaneously reported verbally

☐₃     Communicates feeling states non-verbally (ie, through facial expression, posture, voice, and tendency to weep)

☐₄     Subject reports virtually only these feeling states in his spontaneous verbal and non-verbal communication

**2. Feeling of guilt**

☐₀     Absent

☐₁     Self-reproach, feels he has let people down

☐₂     Ideas of guilt or rumination over past errors or sinful deeds

☐₃     Present illness is a punishment. Delusions of guilt

☐₄     Hears accusatory or denunciatory voices and/or experiences threatening visual hallucinations

**3. Suicide**

☐₀     Absent

☐₁     Feels life is not worth living

☐₂     Wishes he were dead or any thoughts of possible death to self

☐₃     Suicide ideas or gesture

☐₄     Attempts at suicide (any serious attempt rates 4)

continues

2002-10-31

AstraZeneca

Page 174

Study code 5077US/0049          Subj initials ........................          E code  | E | 0 | 0 |   |   |   |   |

Visit No. 10

## Hamilton Rating Scale for Depression, continued

**HAMD**

### 4. Insomnia early

☐ 0    No difficulty falling asleep

☐ 1    Complains of occasional difficulty falling asleep (eg, more than 30 minutes)

☐ 2    Complains of nightly difficulty falling asleep

### 5. Insomnia middle

☐ 0    No difficulty

☐ 1    Subject complains of being restless and disturbed during the night

☐ 2    Waking during the night – any getting out of bed rates 2 (except for purposes of voiding)

### 6. Insomnia late

☐ 0    No difficulty

☐ 1    Waking in early hours of the morning but goes back to sleep

☐ 2    Unable to fall asleep again if he gets out of bed

### 7. Work and activities

☐ 0    No difficulty

☐ 1    Thoughts and feelings of incapacity, fatigue or weakness related to activities; work or hobbies

☐ 2    Loss of interest in activity; hobbies or work - either directly reported by Subject, or indirect in listlessness, indecision and vacillation (feels he has to push self to work or activities)

☐ 3    Decrease in actual time spent in activities or decrease in productivity

☐ 4    Stopped working because of present illness.

continues

2002-10-31

AstraZeneca                                                                    Page 175

Study code 5077US/0049          Subj initials ...........................    E code |E| 0 | 0 | | | | |

                                Visit No. 10

AW02:09

## Hamilton Rating Scale for Depression, continued                          **HAMD**

**8.  Retardation: psychomotor**
(slowness of thought and speech; impaired ability to concentrate; decreased motor activity)

☐₀    Normal speech and thought

☐₁    Slight retardation at interview

☐₂    Obvious retardation at interview

☐₃    Interview difficult

☐₄    Complete stupor

**9. Agitation**

☐₀    None

☐₁    Fidgetiness

☐₂    Playing with hands, hair, etc

☐₃    Moving about, can't sit still

☐₄    Hand wringing, nail-biting, hair-pulling, biting of lips

**10. Anxiety (psychological)**

☐₀    No difficulty

☐₁    Subjective tension and irritability

☐₂    Worrying about minor matters

☐₃    Apprehensive attitude apparent in face or speech

☐₄    Fears expressed without questioning

continues

2002-10-31

AstraZeneca

| Study code 5077US/0049 | Subj initials ................... | E code $\lfloor E \rfloor 0 \lfloor 0 \rfloor$ $\lfloor$ $\rfloor$ $\lfloor$ $\rfloor$ $\lfloor$ $\rfloor$ |

Visit No. 10

AW02/09

## Hamilton Rating Scale for Depression, continued

**HAMD**

### 11. Anxiety somatic

Physiological concomitants of anxiety (ie, effects of autonomic overactivity, "butterflies", indigestion, stomach cramps, belching, diarrhea, palpitations, hyperventilation, paresthesia, sweating, flushing, tremor, headache, urinary frequency).  Avoid asking about possible medication side effects (ie, dry mouth, constipation)

☐0   Absent

☐1   Mild

☐2   Moderate

☐3   Severe

☐4   Incapacitating

### 12. Somatic symptoms (gastrointestinal)

☐0   None

☐1   Loss of appetite but eating without encouragement from others.  Food intake about normal

☐2   Difficulty eating without urging from others.  Marked reduction of appetite and food intake

### 13. Somatic symptoms general

☐0   None

☐1   Heaviness in limbs, back, or head; backaches, headache, muscle aches; loss of energy and fatigability

☐2   Any clear-cut symptom rates 2

### 14. Genital symptoms

(symptoms such as: loss of libido; impaired sexual performance; menstrual disturbances)

☐0   Absent

☐1   Mild

☐2   Severe

continues

2002-10-31

AstraZeneca

Page 177

Study code 5077US/0049          Subj initials ........................          E code  L E ᵢ 0 ᵢ 0 ᵢ   ᵢ   ᵢ   ᵢ   J

Visit No. 10

AW02-09

## Hamilton Rating Scale for Depression, continued          HAMD

### 15.  Hypochondriasis

☐₀     Not present

☐₁     Self-absorption (bodily)

☐₂     Preoccupation with health

☐₃     Frequent complaints, requests for help, etc

☐₄     Hypochondriacal delusions

### 16. Loss of weight)
A. When rating by history

☐₀     No weight loss

☐₁     Probable weight loss associated with present illness

☐₂     Definite (according to Subject) weight loss

☐₃     Not assessed

### 17. Insight

☐₀     Acknowledges being depressed and ill

☐₁     Acknowledges illness but attributes cause to bad food, climate, overwork, virus, need for rest, etc

☐₂     Denies being ill at all

Rater's initials

2002-10-31

178

AstraZeneca

Study code 5077US/0049          Subj initials ................................          E code ⌊E ⌟ 0 ⌟ 0 ⌟  ⌟  ⌟  ⌟  ⌋

Visit No. 10

AW02:09

## Montgomery-Asberg Depression Rating Scale                          **MADRS**

Date of assessment     ⌊2 ⌟ 0 ⌟ 0 ⌟  ⌟  ⌟  ⌟  ⌋
                        year        mm      dd

### 1. Apparent sadness

Representing despondency, gloom, and despair (more than just ordinary transient low spirits), reflected in speech, facial expression, and posture.
Rate by depth and inability to brighten up.

☐ 0     No sadness

☐ 1

☐ 2     Looks dispirited but does brighten up without difficulty

☐ 3

☐ 4     Appears sad and unhappy most of the time

☐ 5

☐ 6     Looks miserable all the time; extremely despondent

### 2. Reported sadness

Representing reports of depressed mood, regardless of whether it is reflected in appearance or not. Includes low spirits, despondency, or the feeling of being beyond help and without hope. Rate according to intensity, duration, and the extent to which the mood is reported to be influenced by events.

☐ 0     Occasional sadness in keeping with the circumstances

☐ 1

☐ 2     Sad or low but brightens up without difficulty

☐ 3

☐ 4     Pervasive feelings of sadness or gloominess. The mood is still influenced by external circumstances

☐ 5

☐ 6     Continuous or unvarying sadness, misery, or despondence

continues

2002-10-31

AstraZeneca

Page 179

| Study code 5077US/0049 | Subj initials ........................... | E code |E|0|0| | | | | |

Visit No. 10

AW02:09

## Montgomery-Asberg Depression Rating Scale, continued

**MADRS**

### 3. Inner tension

Representing feelings of ill-defined discomfort, edginess, inner turmoil, mental tension mounting to either panic, dread, or anguish.
Rate according to intensity, frequency, duration, and the extent of reassurance called for.

☐ 0    Placid; only fleeting inner tension

☐ 1

☐ 2    Occasional feelings of edginess and ill-defined discomfort

☐ 3

☐ 4    Continuous feelings of inner tension or intermittent panic which Subject can only master with some difficulty

☐ 5

☐ 6    Unrelenting dread or anguish; overwhelming panic

### 4. Reduced sleep

Representing the experience of reduced duration or depth of sleep compared to Subject's own normal pattern when well.

☐ 0    Sleeps as usual

☐ 1

☐ 2    Slight difficulty dropping off to sleep or slightly reduced, light or fitful sleep

☐ 3

☐ 4    Sleep reduced or broken by at least two hours

☐ 5

☐ 6    Less than two or three hours sleep

continues

2002-10-31

AstraZeneca

Page 180

| Study code 5077US/0049 | Subj initials ..................... | E code | E | 0 | 0 | | | | | |

Visit No. 10

AW02-09

## Montgomery-Asberg Depression Rating Scale, continued

**MADRS**

### 5. Reduced appetite

Representing the feeling of a loss of appetite compared with when well.
Rate by loss of desire for food or the need to force oneself to eat.

☐ 0   Normal or increased appetite

☐ 1

☐ 2   Slightly reduced appetite

☐ 3

☐ 4   No appetite; food is tasteless

☐ 5

☐ 6   Needs persuasion to eat at all

### 6. Concentration difficulties

Representing difficulties in collecting one's thoughts mounting to incapacitating lack of concentration.
Rate according to intensity, frequency, and degree of incapacity produced.

☐ 0   No difficulties in concentrating

☐ 1

☐ 2   Occasional difficulties in collecting one's thoughts

☐ 3

☐ 4   Difficulties in concentrating and sustaining thought which reduces ability to read or hold a conversation

☐ 5

☐ 6   Unable to read or converse without great difficulty

continues

2002-10-31

181

AstraZeneca

Page 181

Study code 5077US/0049

Subj initials ...........................

E code $\lfloor E \rfloor 0 \rfloor 0 \rfloor$ | | | | $\rfloor$

Visit No. 10

AW02:09

## Montgomery-Asberg Depression Rating Scale, continued

**MADRS**

### 7. Lassitude

Representing a difficulty getting started or slowness initiating and performing everyday activities.

☐ 0   Hardly any difficulty in getting started; no sluggishness

☐ 1

☐ 2   Difficulties in starting activities

☐ 3

☐ 4   Difficulties in starting simple routine activities which are carried out with effort

☐ 5

☐ 6   Complete lassitude; unable to do anything without help

### 8. Inability to feel

Representing the subjective experience of reduced interest in the surroundings, or activities that normally give pleasure. The ability to react with adequate emotion to circumstances or people is reduced.

☐ 0   Normal interest in the surroundings and in other people

☐ 1

☐ 2   Reduced ability to enjoy usual interests

☐ 3

☐ 4   Loss of interest in the surroundings; loss of feelings for friends and acquaintances

☐ 5

☐ 6   The experience of being emotionally paralyzed; inability to feel anger, grief, or pleasure; and a complete or even painful failure to feel for close relatives

continues

2002-10-31

AstraZeneca

| Study code 5077US/0049 | Subj initials ............................. | E code $\lfloor E \rfloor 0 \rfloor 0 \rfloor \rfloor \rfloor \rfloor \rfloor$ |
|---|---|---|

Visit No. 10

AW02:09

## Montgomery-Asberg Depression Rating Scale, continued          **MADRS**

### 9.  Pessimistic thoughts
Representing thoughts of guilt, inferiority, self-reproach, sinfulness, remorse and ruin.

☐ 0   No pessimistic thoughts

☐ 1

☐ 2   Fluctuating ideas of failure, self-reproach, or self depreciation

☐ 3

☐ 4   Persistent self-accusations, or definite but still rational ideas of guilt or sin; increasingly pessimistic about the future

☐ 5

☐ 6   Delusions of ruin, remorse, or unredeemable sin; self-accusations which are absurd and unshakable

### 10.  Suicidal thoughts
Representing the feeling that life is not worth living, that a natural death would be welcome, suicidal thoughts, and preparations for suicide.
Suicidal attempts should not in themselves influence the rating.

☐ 0   Enjoys life or takes it as it comes

☐ 1

☐ 2   Weary of life; only fleeting suicidal thoughts

☐ 3

☐ 4   Probably better off dead; suicidal thoughts are common, and suicide is considered as a possible solution, but without specific plans or intentions

☐ 5

☐ 6   Explicit plans for suicide when there is an opportunity; active preparations for suicide

Total score item 1-10   ☐☐☐

Rater's initials

2002-10-31

AstraZeneca

Study code 5077US/0049            Subj initials ...........................            E code |E¦0¦0|¦¦|¦¦|

Visit No. 10

AW02:09

## Young Mania Rating Scale                                    YMRS

Date of assessment        |2¦0¦0¦|¦¦|¦¦|
                           year      mm    dd

### 1. Elevated Mood

|__|        0 - Absent

            1 - Mildly or possibly increased on questioning

            2 - Definite subjective elevation; optimistic, self-confident; cheerful; appropriate to content

            3 - Elevated; inappropriate to content; humorous

            4 - Euphoric; inappropriate laughter; singing

### 2. Increased Motor Activity - Energy

|__|        0 - Absent

            1 - Subjectively increased

            2 - Animated; gestures increased

            3 - Excessive energy; hyperactive at times; restless (can be calmed)

            4 - Motor excitement; continuous hyperactivity (cannot be calmed)

### 3. Sexual Interest

|__|        0 - Normal; not increased

            1 - Mildly or possibly increased

            2 - Definite subjective increase on questioning

            3 - Spontaneous sexual content; elaborates on sexual matters; hypersexual by self report

            4 - Overt sexual acts (towards patients, staff, or interviewer)

### 4. Sleep

|__|        0 - Reports no decrease in sleep

            1 - Sleeping less than normal amount by up to one hour

            2 - Sleeping less than normal by more than one hour

            3 - Reports decreased need for sleep

            4 - Denies need for sleep

continues

2002-10-31

AstraZeneca                                                                    Page 184

Study code 5077US/0049          Subj initials .................................          E code |E ₒ 0 ₒ 0 ₒ  ₒ  ₒ  ₒ  |

                                Visit No. 10

AW02:09

## Young Mania Rating Scale, continued                                    YMRS

**5. Irritability**

    ⊔    0 - Absent

         2 - Subjectively increased

         4 - Irritable at times during the interview; recent episodes of anger or annoyance on ward
             or in usual environment

         6 - Frequently irritable during the interview; short, curt throughout

         8 - Hostile, uncooperative; interview impossible

**6. Speech (Rate and Amount)**

    ⊔    0 - No increase

         2 - Feels talkative

         4 - Increased rate or amount at times, verbose at times

         6 - Push; consistently increased rate and amount; difficult to interrupt

         8 - Pressured; uninterruptible, continuous speech

**7. Language - Thought Disorder**

    ⊔    0 - Absent

         1 - Circumstantial; mild distractibility; quick thoughts

         2 - Distractible; loses goal of thought; change topics frequently; racing thoughts

         3 - Flight of ideas; tangentiality; difficult to follow; rhyming, echolalia

         4 - Incoherent; communication impossible

**8. Content**

    ⊔    0 - Normal

         2 - Questionable plans, new interests

         4 - Special project(s); hyperreligious

         6 - Grandiose or paranoid ideas; ideas of reference

         8 - Delusions; hallucinations

continues

2002-10-31

AstraZeneca

Page 185

Study code 5077US/0049          Subj initials ...........................          E code ⌊E�0�0⌊ ⌊ ⌊ ⌊ ⌊⌋

Visit No. 10

AW02-09

## Young Mania Rating Scale, continued                          YMRS

**9.  Disruptive - Aggressive Behaviour**

⌊⌋   0 - Absent, cooperative

2 - Sarcastic; loud at times, guarded

4 - Demanding; threats on ward

6 - Threatens interviewer; shouting during interview; interview difficult

8 - Assaultive; destructive; interview impossible

**10.  Appearance**

⌊⌋   0 - Appropriate dress and grooming

1 - Minimally unkempt

2 - Poorly groomed; moderately dishevelled; overdressed

3 - Dishevelled; partly clothed; garish make-up

4 - Completely unkempt; decorated; bizarre garb

**11.  Insight**

⌊⌋   0 - Present; admits illness; agrees with need for treatment

1 - Possibly ill

2 - Admits behaviour change, but denies illness

3 - Admits possible change in behaviour, but denies illness

4 - Denies any behaviour change

| Rater's initials |
| --- |

2002-10-31

AstraZeneca

Study code 5077US/0049          Subj initials ........................          E code |E|0|0|  |  |  |  |

Visit No. 10

AW02.09

## Hamilton Rating Scale for Anxiety

**HAMA**

Date of assessment          |2|0|0|  |  |  |  |  |
year          mm          dd

**Anxious mood**

Worries, anticipation of the worst, fearful anticipation, irritability          | |

**Tension**

Feelings of tension, fatigability, startle response, moved to tears easily, trembling, feelings of restlessness, inability to relax          | |

**Fears**

Of dark, of strangers, of being left alone, of animals, of traffic, of crowds          | |

**Insomnia**

Difficulty in falling asleep, broken sleep, unsatisfying sleep and fatigue on waking, dreams, nightmares, night terrors          | |

**Intellectual**

Difficulty in concentration, poor memory          | |

**Depressed mood**

Loss of interest, lack of pleasure in hobbies, depression, early waking, diurnal swing          | |

**Somatic (Muscular)**

Pains and aches, twitchings, stiffness, myoclonic jerks, grinding of teeth, unsteady voice, increased muscular tone          | |

**Somatic (Sensory)**

Tinnitus, blurring of vision, hot and cold flushes, feelings of weakness, pricking sensation          | |

**Cardiovascular symptoms**

Tachycardia, palpitations, pain in chest, throbbing of vessels, fainting feelings, sighing, dyspnea          | |

continues

2002-10-31

AstraZeneca

Study code 5077US/0049          Subj initials ...................................          E code $\lfloor E_1 0_1 0_1 \rfloor \lfloor \_ \rfloor \lfloor \_ \_ \rfloor$

Visit No. 10

## Hamilton Rating Scale for Anxiety, continued

HAMA

**Respiratory symptoms**

Pressure or constriction in chest, choking feelings, sighing, dyspnea          ⌊_⌋

**Gastrointestinal symptoms**

Difficulty in swallowing, wind, abdominal pain, burning sensations, abdominal fullness, nausea, vomiting, borborygmi, looseness of bowels, loss of weight, constipation          ⌊_⌋

**Genitourinary symptoms**

Frequency of micturition, urgency of micturition, amenorrhea, menorrhagia, development of frigidity, premature ejaculation, loss of libido, impotence          ⌊_⌋

**Autonomic symptoms**

Dry mouth, flushing, pallor, tendency to sweat, giddiness, tension headache, raising of hair          ⌊_⌋

**Behavior at interview**
Fidgeting, restlessness or pacing, tremor of hands, furrowed brow, strained face, sighing or rapid respiration, facial pallor, swallowing, etc.          ⌊_⌋

Rater's initials

AW02:09

2002-10-31

AstraZeneca

Study code 5077US/0049          Subj initials ..................................          E code | E | 0 | 0 | | | | | |

Visit No. 10

AW02.09

## Clinical Global Impressions                                      CGI

Date of assessment      | 2 | 0 | 0 | | | | |
                              year        mm      dd

### 1. Severity of illness
Considering your total clinical experience with this particular population, how mentally ill is Subject at this time?

Not assessed                              □ 0

Normal, not at all ill                    □ 1

Borderline mentally ill                   □ 2

Mildly ill                                □ 3

Moderately ill                            □ 4

Markedly ill                              □ 5

Severely ill                              □ 6

Among the most
extremely ill Subjects                    □ 7

### 2. Global improvement

Rate total improvement whether or not, in your judgment, it is due entirely to drug treatment
Compared to Subject's condition at admission to the project, how much has Subject changed?

Not assessed                              □ 0

Very much improved                        □ 1

Much improved                             □ 2

Minimally improved                        □ 3

No change                                 □ 4

Minimally worse                           □ 5

Much worse                                □ 6

Very much worse                           □ 7

Rater's initials

2002-10-31

AstraZeneca

Page 189

Study code 5077US/0049          Subj initials ...........................          E code |E | 0 | 0 |   |   |   |   |

Visit No. 10

AW02:09

## Barnes Akathisia Rating Scale

**BARS**

*Ref. Barnes TRE.  A rating scale for drug-induced akathisia.  Br J Psychiatry. 1989; 154: 672-676.*

Date of assessment          | 2 | 0 | 0 |   |   |   |   |
                                         year           mm       dd

### A. Objective

Normal occasional fidgety movements of the limbs                                                     ☐ 0

Presence of characteristic restless movements: shuffling or tramping movements of
the legs and feet, or swinging of one leg while sitting, and/or rocking from foot to foot
or 'walking on the spot' when standing, but movements present for less than half the
time observed                                                                                       ☐ 1

Observed phenomena, as described above, which are present for at least half the
observation period                                                                                  ☐ 2

Subject is constantly engaged in characteristic restless movements, and/or has the
inability to remain seated or standing without walking or pacing, during the time
observed                                                                                            ☐ 3

### B. Subjective

**Awareness of restlessness**

Absence of inner restlessness                                                                       ☐ 0

Non-specific sense of inner restlessness                                                            ☐ 1

Subject is aware of an inability to keep the legs still, a desire to move the legs,
and/or complains of inner restlessness aggravated specifically by being required to
stand still                                                                                         ☐ 2

Awareness of an intense compulsion to move most of the time and/or reports a
strong desire to walk or pace most of the time                                                      ☐ 3

**Distress related to restlessness**

No distress                                                                                         ☐ 0

Mild                                                                                                ☐ 1

Moderate                                                                                            ☐ 2

Severe                                                                                              ☐ 3

continues

2002-10-31

AstraZeneca

| Study code 5077US/0049 | Subj initials ........................... | E code $\lfloor E \rfloor 0 \rfloor 0 \rfloor \quad \rfloor \quad \rfloor \quad \rfloor$ |

Visit No. 10

AW02:09

## Barnes Akathisia Rating Scale, continued

**BARS**

### C. Global clinical assessment of akathisia

**Absent**

No evidence of awareness of restlessness.  Observation of characteristic movements of akathisia in the absence of a subjective report of inner restlessness or compulsive desire to move the legs should be classified as pseudoakathisia

☐ 0

**Questionable**

Non-specific inner tension and fidgety movements

☐ 1

**Mild akathisia**

Awareness of restlessness in the legs and/or inner restlessness worse when required to stand still.  Fidgety movements present, but characteristic restless movements of akathisia not necessarily observed.  Condition causes little or no distress

☐ 2

**Moderate akathisia**

Awareness of restlessness as described for mild akathisia above, combined with characteristic restless movements such as rocking from foot to foot when standing. Subject finds the condition distressing

☐ 3

**Marked akathisia**

Subjective experience of restlessness includes a compulsive desire to walk or pace. However, the Subject is able to remain seated for at least five minutes.  The condition is obviously distressing

☐ 4

**Severe akathisia**

The Subject reports a strong compulsion to pace up and down most of the time. Unable to sit or lie down for more than a few minutes.  Constant restlessness which is associated with intense distress and insomnia

☐ 5

| Rater's initials |
|---|
| |

2002-10-31

AstraZeneca

Study code 5077US/0049          Subj initials ..............................          E code |E | 0 | 0 | | | | | |

Visit No. 10

AW02:09

## Simpson-Angus Scale

*Ref. Modified from Simpson GN, Angus JWS. A rating scale for extrapyramidal side effects.*
*Acta Psychiatr Scand. 1970;212 (suppl):11-19*

**SAS**

Date of assessment          | 2 | 0 | 0 | | | | | |
                              year        mm      dd

**1.   Gait**

Normal ☐ 0

Mild diminution in swing while the Subject is walking ☐ 1

Obvious diminution in swing suggesting shoulder rigidity ☐ 2

Stiff gait with little or no arm swing noticeable ☐ 3

Rigid gait with arms slightly pronated; or stooped-shuffling gait with propulsion and repropulsion ☐ 4

Not ratable ☐ 9

**2.   Arm dropping**

Normal, free fall with loud slap and rebound ☐ 0

Fall slowed slightly with less audible contact and little rebound ☐ 1

Fall slowed, no rebound ☐ 2

Marked slowing, no slap at all ☐ 3

Arms fall as though against resistance; as though through glue ☐ 4

Not ratable ☐ 9

**3.   Shoulder shaking**

Normal ☐ 0

Slight stiffness and resistance ☐ 1

Moderate stiffness and resistance ☐ 2

Marked rigidity with difficulty in passive movement ☐ 3

Extreme stiffness and rigidity with almost a frozen joint ☐ 4

Not ratable ☐ 9

continues

2002-10-31

AstraZeneca

Study code 5077US/0049       Subj initials ...........................       E code |E | 0 | 0 |    |    |    |    |

Visit No. 10

AW02:09

## Simpson-Angus Scale, continued

**SAS**

**4.   Elbow rigidity**

Normal                                                                      ☐ 0

Slight stiffness and resistance                                             ☐ 1

Moderate stiffness and resistance                                          ☐ 2

Marked rigidity with difficulty in passive movement                       ☐ 3

Extreme stiffness and rigidity with almost a frozen joint                 ☐ 4

Not ratable                                                                 ☐ 9

**5.   Wrist rigidity**

Normal                                                                      ☐ 0

Slight stiffness and resistance                                             ☐ 1

Moderate stiffness and resistance                                          ☐ 2

Marked rigidity with difficulty in passive movement                       ☐ 3

Extreme stiffness and rigidity with almost a frozen joint                 ☐ 4

Not ratable                                                                 ☐ 9

**6.   Head rotation**

Loose, no resistance                                                        ☐ 0

Slight resistance to movement although the time to rotate may be normal   ☐ 1

Resistance is apparent and the time of rotation is shortened              ☐ 2

Resistance is obvious and rotation is slowed                              ☐ 3

Head appears stiff and rotation is difficult to carry out                 ☐ 4

Not ratable                                                                 ☐ 9

continues

2002-10-31

AstraZeneca

| Study code 5077US/0049 | Subj initials ........................... | E code $\lfloor E \rfloor 0 \rfloor 0 \rfloor \quad \lfloor \quad \rfloor \quad \lfloor \quad \rfloor$ |

Visit No. 10

AW02-09

## Simpson-Angus Scale, continued                                      SAS

**7.   Glabella tap**

0 - 5 blinks                    ☐ 0

6 - 10 blinks                   ☐ 1

11 - 15 blinks                  ☐ 2

16 - 20 blinks                  ☐ 3

21 or more blinks               ☐ 4

Not ratable                     ☐ 9

**8.   Tremor**

Normal                          ☐ 0

Mild finger tremor, obvious to sight and touch    ☐ 1

Tremor of hand or arm occurring spasmodically     ☐ 2

Persistent tremor of one or more limbs            ☐ 3

Whole body tremor               ☐ 4

Not ratable                     ☐ 9

continues

2002-10-31

AstraZeneca

Page 194

Study code 5077US/0049          Subj initials ...........................          E code $\lfloor$ E $\mid$ 0 $\mid$ 0 $\mid$ $\mid$ $\mid$ $\mid$ $\rfloor$

Visit No. 10

AW02:09

## Simpson-Angus Scale, continued                          SAS

### 9.  Salivation

Normal                                                                    ☐ 0

Excess salivation so that pooling takes place if mouth is
open and tongue is raised                                                 ☐ 1

Excess salivation is present and might occasionally
result in difficulty in speaking                                          ☐ 2

Speaking with difficulty because of excess salivation                     ☐ 3

Frank drooling                                                            ☐ 4

Not ratable                                                              ☐ 9

### 10.  Akathisia

No restlessness reported or observed                                      ☐ 0

Mild restlessness observed, e.g. occasional jiggling
of the foot occurs when Subject is seated                                 ☐ 1

Moderate restlessness observed, e.g. on several
occasions, jiggles foot, crosses and uncrosses legs, or
twists a part of the body                                                 ☐ 2

Restlessness is frequently observed, e.g. the foot or leg
moving most of the time                                                   ☐ 3

Restlessness persistently observed, e.g. Subject cannot
sit still, may get up and walk                                            ☐ 4

Not ratable                                                              ☐ 9

Rater's initials

2002-10-31

AstraZeneca

Study code 5077US/0049       Subj initials ........................       E code |E|0|0| | | | | |

Visit No. 10

AW02:09

## Pittsburgh Sleep Quality Index                                          PSQI

*Reprinted from Buysse DJ, Reynolds CF, Monk TH, Berman SR, Kupfer DJ. (1989). The Pittsburgh sleep quality index: A new instrument for psychiatric practice and research. Psychiatry Research: 28(2), 193-213, with permission of Elsevier Sceince.*

**Instructions:**  The following questions relate to your usual sleep habits during the past month only. Your answers should indicate the most accurate reply for the majority of days and nights in the past month.  Please answer all questions.

Date of assessment          |2|0|0| | | | | |
                             year      mm      dd

1. During the past month, when have you usually gone to bed at night?

              USUAL BED TIME          |__|__| : |__|__|
                                      24-hour clock

2. During the past month, how long (in minutes) has it usually taken you to fall asleep each night?

              NUMBER OF MINUTES       |__|__|__|

3. During the past month, when have you usually gotten up in the morning?

   USUAL GETTING UP TIME     |__|__| : |__|__|
                             24-hour clock

4. During the past month, how many hours of *actual sleep* did you get at night?  (This may be different than the number of hours you spend in bed.)

              HOURS OF SLEEP PER NIGHT  |__|__|__|

For each of the remaining questions, check the one best response.  Please answer all questions.

5. **During the past month, how often have you had trouble sleeping because you....**

| | Not during the past month | Less than once a week | Once or twice a week | Three or more times a week |
|---|---|---|---|---|
| a. Cannot get to sleep within 30 minutes | □ 0 | □ 1 | □ 2 | □ 3 |
| b. Wake up in the middle of the night or early morning | □ 0 | □ 1 | □ 2 | □ 3 |
| c. Have to get up to use the bathroom | □ 0 | □ 1 | □ 2 | □ 3 |
| d. Cannot breathe comfortably | □ 0 | □ 1 | □ 2 | □ 3 |
| e. Cough or snore loudly | □ 0 | □ 1 | □ 2 | □ 3 |
| f. Feel too cold | □ 0 | □ 1 | □ 2 | □ 3 |
| g. Feel too hot | □ 0 | □ 1 | □ 2 | □ 3 |
| h. Had bad dreams | □ 0 | □ 1 | □ 2 | □ 3 |
| i. Have pain | □ 0 | □ 1 | □ 2 | □ 3 |
| j. Other reason(s), please describe: ................ | □ 0 | □ 1 | □ 2 | □ 3 |

continues

2002-10-31

AW02:09

AstraZeneca

Study code 5077US/0049          Subj initials ...........................          E code |E ₁ 0 ₁ 0 ₁   ₁   ₁   ₁   |

Visit No. 10

## Pittsburgh Sleep Quality Index, continued                    **PSQI**

6. During the past month, how would you rate your sleep quality overall?

| Very good | Fairly good | Fairly bad | Very bad |
|---|---|---|---|
| ☐ 0 | ☐ 1 | ☐ 2 | ☐ 3 |

7. During the past month, how often have you taken medicine (prescribed or "over the counter") to help you sleep?

| Not during the past month | Less than once a week | Once or twice a week | Three or more times a week |
|---|---|---|---|
| ☐ 0 | ☐ 1 | ☐ 2 | ☐ 3 |

8. During the past month, how often have you had trouble staying awake while driving, eating meals, or engaging in social activity?

| Not during the past month | Less than once a week | Once or twice a week | Three or more times a week |
|---|---|---|---|
| ☐ 0 | ☐ 1 | ☐ 2 | ☐ 3 |

9. During the past month, how much of a problem has it been for you to keep up enthusiasm to get things done?

| No problem at all | Only a very slight problem | Somewhat of a problem | A very big problem |
|---|---|---|---|
| ☐ 0 | ☐ 1 | ☐ 2 | ☐ 3 |

10. Do you have a bed partner or roommate?

| No bed partner or roommate | Partner/roommate in other room | Partner in same room, but not same bed | Partner in same bed |
|---|---|---|---|
| ☐ 0 | ☐ 1 | ☐ 2 | ☐ 3 |

continues

2002-10-31

AstraZeneca

Study code 5077US/0049          Subj initials ...............................          E code  |E|0|0|  |  |  |  |  |

Visit No. 10

AW02.09

## Pittsburgh Sleep Quality Index, continued                    PSQI

**If you have a roommate or bed partner, ask him/her how often in the past month you have had...**

|  | Not during the past month | Less than once a week | Once or twice a week | Three or more times a week |
|---|---|---|---|---|
| a. Loud snoring | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 3 |
| b. Long pauses between breaths while sleeping | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 3 |
| c. Legs twitching or jerking while you sleep | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 3 |
| d. Episodes of disorientation or confusion during sleep | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 3 |
| e. Other restlessness while you sleep; please describe ......................... | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 3 |

2002-10-31

**AstraZeneca**

Study code 5077US/0049          Subj initials ...........................          E code | E | 0 | 0 |   |   |   |   |

Visit No. 10

AW02:09

## Quality of Life Enjoyment and Satisfaction Questionnaire - Short Form          **QLESSF**
*Available from Jean Endicott, Ph.D., Dept. of Research Assessment and Training, Unit 123, 1051 Riverside
Drive, New York, NY 10032, USA*

Date of assessment          | 2 | 0 | 0 |   |   |   |
                                    year         mm      dd

**General Activities**
Taking everything into consideration, during the past week how satisfied have you been with your...
(indicate one box only)

**Overall level of satisfaction**

| | Very poor | Poor | Fair | Good | Very good |
|---|---|---|---|---|---|
| Physical health | 1 | 2 | 3 | 4 | 5 |
| mood | 1 | 2 | 3 | 4 | 5 |
| work | 1 | 2 | 3 | 4 | 5 |
| household activities | 1 | 2 | 3 | 4 | 5 |
| social relationship | 1 | 2 | 3 | 4 | 5 |
| family relationship | 1 | 2 | 3 | 4 | 5 |
| leisure time activities | 1 | 2 | 3 | 4 | 5 |
| ability to function in daily life | 1 | 2 | 3 | 4 | 5 |
| sexual drive, interest and/or performance* | 1 | 2 | 3 | 4 | 5 |
| economic situation | 1 | 2 | 3 | 4 | 5 |
| living/housing situation* | 1 | 2 | 3 | 4 | 5 |
| ability to get around physically without feeling dizzy or unsteady or falling* | 1 | 2 | 3 | 4 | 5 |
| your vision in terms of ability to do work or hobbies* | 1 | 2 | 3 | 4 | 5 |
| overall sense of well being | 1 | 2 | 3 | 4 | 5 |
| medications, if not taking any , indicate here [ ]0 and leave item blank | 1 | 2 | 3 | 4 | 5 |
| How would you rate your overall life satisfaction and contentment during the past week | 1 | 2 | 3 | 4 | 5 |

*If satisfaction is very poor, poor, or fair on these items, please UNDERLINE the factor(s) associated
with a lack of satisfaction

2002-10-31

AstraZeneca

| Study code 5077US/0049 | Subj initials ........................ | E code |E⌐0⌐0⌐ ⌐ ⌐ ⌐ ⌐ | |

AW02:09

## Prescription Record

**PRESN**

**(Visit 2, Week 1)**

| | Date | Number of tablets dispensed | Number of tablets returned | Comment |
|---|---|---|---|---|
| | year    mm    dd | | | |
| Day 1 | |2⌐0⌐0⌐ ⌐ ⌐ ⌐ ⌐ | |_2_| | |_| | ...................... |
| Day 2 | |2⌐0⌐0⌐ ⌐ ⌐ ⌐ ⌐ | |_1_| | |_| | ...................... |
| Day 3 | |2⌐0⌐0⌐ ⌐ ⌐ ⌐ ⌐ | |_1_| | |_| | ...................... |
| Day 4 | |2⌐0⌐0⌐ ⌐ ⌐ ⌐ ⌐ | |_2_| | |_| | ...................... |
| Day 5 | |2⌐0⌐0⌐ ⌐ ⌐ ⌐ ⌐ | |_3_| | |_| | ...................... |
| Day 6 | |2⌐0⌐0⌐ ⌐ ⌐ ⌐ ⌐ | |_3_| | |_| | ...................... |
| Day 7 | |2⌐0⌐0⌐ ⌐ ⌐ ⌐ ⌐ | |_3_| | |_| | ...................... |

Did the Subject take the extra day doses    No ☐ 0    Yes ☐ 1

Always complete the extra day number returned even if the Subject did not take the extra day doses

| Extra day | |2⌐0⌐0⌐ ⌐ ⌐ ⌐ ⌐ | |_4_| | |_| | ...................... |
| Extra day | |2⌐0⌐0⌐ ⌐ ⌐ ⌐ ⌐ | |_4_| | |_| | ...................... |

☞ **If investigational therapy was prematurely stopped because of an adverse event, make sure that AELOGAW, Section 13, has been filled in**

2002-10-31

AstraZeneca

Page 200

Study code 5077US/0049          Subj initials ...........................          E code ⌊E ╷ 0 ╷ 0 ╷  ╷  ╷  ╷  ⌋

AW02-09

## Prescription Record                                          **PRESN**

**(Visit 3, Week 2)**

| | Date<br>year    mm    dd | Number of tablets<br>dispensed | Number of tablets<br>returned | Comment |
|---|---|---|---|---|
| Day 1 | ⌊2 ╷ 0 ╷ 0 ╷  ╷  ╷  ╷  ⌋ | ⌊4⌋ | ⌊ ⌋ | ................................... |
| Day 2 | ⌊2 ╷ 0 ╷ 0 ╷  ╷  ╷  ╷  ⌋ | ⌊4⌋ | ⌊ ⌋ | ................................... |
| Day 3 | ⌊2 ╷ 0 ╷ 0 ╷  ╷  ╷  ╷  ⌋ | ⌊4⌋ | ⌊ ⌋ | ................................... |
| Day 4 | ⌊2 ╷ 0 ╷ 0 ╷  ╷  ╷  ╷  ⌋ | ⌊4⌋ | ⌊ ⌋ | ................................... |
| Day 5 | ⌊2 ╷ 0 ╷ 0 ╷  ╷  ╷  ╷  ⌋ | ⌊4⌋ | ⌊ ⌋ | ................................... |
| Day 6 | ⌊2 ╷ 0 ╷ 0 ╷  ╷  ╷  ╷  ⌋ | ⌊4⌋ | ⌊ ⌋ | ................................... |
| Day 7 | ⌊2 ╷ 0 ╷ 0 ╷  ╷  ╷  ╷  ⌋ | ⌊4⌋ | ⌊ ⌋ | ................................... |

Did the Subject take the extra day doses    No ⌊ ⌋ 0    Yes ⌊ ⌋ 1

Always complete the extra day number returned even if the Subject did not take the extra day doses

| | Date<br>year    mm    dd | Number of tablets<br>dispensed | Number of tablets<br>returned | Comment |
|---|---|---|---|---|
| Extra day | ⌊2 ╷ 0 ╷ 0 ╷  ╷  ╷  ╷  ⌋ | ⌊4⌋ | ⌊ ⌋ | ................................... |
| Extra day | ⌊2 ╷ 0 ╷ 0 ╷  ╷  ╷  ╷  ⌋ | ⌊4⌋ | ⌊ ⌋ | ................................... |

☞ **If investigational therapy was prematurely stopped because of an adverse event, make sure that AELOGAW, Section 13, has been filled in**

2002-10-31

AW02-09

**AstraZeneca**

Page 201

Study code 5077US/0049          Subj initials ...........................          E code |E¦0¦0¦ ¦ ¦ ¦ ¦ |

## Prescription Record

**PRESN**

**(Visit 4, Week 3)**

| | Date | | | Number of tablets dispensed | Number of tablets returned | Comment |
|---|---|---|---|---|---|---|
| | year | mm | dd | | | |
| Day 1 | |2¦0¦0¦ ¦ ¦ ¦ ¦ | | | |4| | ⌐⌐ | ................................ |
| Day 2 | |2¦0¦0¦ ¦ ¦ ¦ ¦ | | | |4| | ⌐⌐ | ................................ |
| Day 3 | |2¦0¦0¦ ¦ ¦ ¦ ¦ | | | |4| | ⌐⌐ | ................................ |
| Day 4 | |2¦0¦0¦ ¦ ¦ ¦ ¦ | | | |4| | ⌐⌐ | ................................ |
| Day 5 | |2¦0¦0¦ ¦ ¦ ¦ ¦ | | | |4| | ⌐⌐ | ................................ |
| Day 6 | |2¦0¦0¦ ¦ ¦ ¦ ¦ | | | |4| | ⌐⌐ | ................................ |
| Day 7 | |2¦0¦0¦ ¦ ¦ ¦ ¦ | | | |4| | ⌐⌐ | ................................ |

Did the Subject take the extra day doses    No ⌐⌐ 0    Yes ⌐⌐ 1

Always complete the extra day number returned even if the Subject did not take the extra day doses

| Extra day | |2¦0¦0¦ ¦ ¦ ¦ ¦ | | |4| | ⌐⌐ | ................................ |
| Extra day | |2¦0¦0¦ ¦ ¦ ¦ ¦ | | |4| | ⌐⌐ | ................................ |

☞ **If investigational therapy was prematurely stopped because of an adverse event, make sure that AELOGAW, Section 13, has been filled in**

2002-10-31

AstraZeneca

Page 202

Study code 5077US/0049        Subj initials ......................        E code |E| 0| 0| | | | | |

AW02:09

## Prescription Record

**PRESN**

**(Visit 5, Week 4)**

| | Date | Number of tablets dispensed | Number of tablets returned | Comment |
|---|---|---|---|---|
| | year     mm    dd | | | |
| Day 1 | |2| 0| 0| | | | | | | |4| | |_| | .................... |
| Day 2 | |2| 0| 0| | | | | | | |4| | |_| | .................... |
| Day 3 | |2| 0| 0| | | | | | | |4| | |_| | .................... |
| Day 4 | |2| 0| 0| | | | | | | |4| | |_| | .................... |
| Day 5 | |2| 0| 0| | | | | | | |4| | |_| | .................... |
| Day 6 | |2| 0| 0| | | | | | | |4| | |_| | .................... |
| Day 7 | |2| 0| 0| | | | | | | |4| | |_| | .................... |

Did the Subject take the extra day doses     No |_|0     Yes |_|1

Always complete the extra day number returned even if the Subject did not take the extra day doses

| Extra day | |2| 0| 0| | | | | | | |4| | |_| | .................... |
| Extra day | |2| 0| 0| | | | | | | |4| | |_| | .................... |

☞ **If investigational therapy was prematurely stopped because of an adverse event, make sure that AELOGAW, Section 13, has been filled in**

2002-10-31

203

**AstraZeneca**

Page 203

Study code 5077US/0049          Subj initials .........................          E code  | E | 0 | 0 |    |    |    |    |

AW02-09

## Prescription Record                                                  **PRESN**

**(Visit 6, Week 5)**

| | Date year mm dd | Number of tablets dispensed | Number of tablets returned | Comment |
|---|---|---|---|---|
| Day 1 | | 2 | 0 | 0 |    |    |    |    | | | 4 | | | | .................................... |
| Day 2 | | 2 | 0 | 0 |    |    |    |    | | | 4 | | | | .................................... |
| Day 3 | | 2 | 0 | 0 |    |    |    |    | | | 4 | | | | .................................... |
| Day 4 | | 2 | 0 | 0 |    |    |    |    | | | 4 | | | | .................................... |
| Day 5 | | 2 | 0 | 0 |    |    |    |    | | | 4 | | | | .................................... |
| Day 6 | | 2 | 0 | 0 |    |    |    |    | | | 4 | | | | .................................... |
| Day 7 | | 2 | 0 | 0 |    |    |    |    | | | 4 | | | | .................................... |

Did the Subject take the extra day doses      No ☐ 0      Yes ☐ 1

Always complete the extra day number returned even if the Subject did not take the extra day doses

| Extra day | | 2 | 0 | 0 |    |    |    |    | | | 4 | | | | .................................... |
| Extra day | | 2 | 0 | 0 |    |    |    |    | | | 4 | | | | .................................... |

☞ **If investigational therapy was prematurely stopped because of an adverse event, make sure that AELOGAW, Section 13, has been filled in**

2002-10-31

AstraZeneca

Page 204

Study code 5077US/0049        Subj initials .................        E code |E | 0 | 0 |   |   |   |   |   |

AW02:09

## Prescription Record                                    **PRESN**

**(Visit 7, Week 6)**

| | Date | Number of tablets dispensed | Number of tablets returned | Comment |
|---|---|---|---|---|
| | year   mm   dd | | | |
| Day 1 | |2 | 0 | 0 |   |   |   |   | | | 4 | | | ............... |
| Day 2 | |2 | 0 | 0 |   |   |   |   | | | 4 | | | ............... |
| Day 3 | |2 | 0 | 0 |   |   |   |   | | | 4 | | | ............... |
| Day 4 | |2 | 0 | 0 |   |   |   |   | | | 4 | | | ............... |
| Day 5 | |2 | 0 | 0 |   |   |   |   | | | 4 | | | ............... |
| Day 6 | |2 | 0 | 0 |   |   |   |   | | | 4 | | | ............... |
| Day 7 | |2 | 0 | 0 |   |   |   |   | | | 4 | | | ............... |

Did the Subject take the extra day doses   No [ ] 0   Yes [ ] 1

Always complete the extra day number returned even if the Subject did not take the extra day doses

| Extra day | |2 | 0 | 0 |   |   |   |   | | | 4 | | | ............... |
| Extra day | |2 | 0 | 0 |   |   |   |   | | | 4 | | | ............... |

☞ **If investigational therapy was prematurely stopped because of an adverse event, make sure that AELOGAW, Section 13, has been filled in**

2002-10-31

**AstraZeneca**

Study code 5077US/0049          Subj initials ................................          E code $\lfloor$ E $\lfloor$ 0 $\lfloor$ 0 $\lfloor$ $\lfloor$ $\lfloor$ $\lfloor$ $\rfloor$

AW02:09

## Prescription Record

**PRESN**

**(Visit 8, Week 7)**

| | Date year mm dd | Number of tablets dispensed | Number of tablets returned | Comment |
|---|---|---|---|---|
| Day 1 | $\lfloor$ 2 $\lfloor$ 0 $\lfloor$ 0 $\lfloor$ $\lfloor$ $\lfloor$ $\lfloor$ $\rfloor$ | $\lfloor$ 4 $\rfloor$ | $\lfloor$ $\rfloor$ | .................... |
| Day 2 | $\lfloor$ 2 $\lfloor$ 0 $\lfloor$ 0 $\lfloor$ $\lfloor$ $\lfloor$ $\lfloor$ $\rfloor$ | $\lfloor$ 4 $\rfloor$ | $\lfloor$ $\rfloor$ | .................... |
| Day 3 | $\lfloor$ 2 $\lfloor$ 0 $\lfloor$ 0 $\lfloor$ $\lfloor$ $\lfloor$ $\lfloor$ $\rfloor$ | $\lfloor$ 4 $\rfloor$ | $\lfloor$ $\rfloor$ | .................... |
| Day 4 | $\lfloor$ 2 $\lfloor$ 0 $\lfloor$ 0 $\lfloor$ $\lfloor$ $\lfloor$ $\lfloor$ $\rfloor$ | $\lfloor$ 4 $\rfloor$ | $\lfloor$ $\rfloor$ | .................... |
| Day 5 | $\lfloor$ 2 $\lfloor$ 0 $\lfloor$ 0 $\lfloor$ $\lfloor$ $\lfloor$ $\lfloor$ $\rfloor$ | $\lfloor$ 4 $\rfloor$ | $\lfloor$ $\rfloor$ | .................... |
| Day 6 | $\lfloor$ 2 $\lfloor$ 0 $\lfloor$ 0 $\lfloor$ $\lfloor$ $\lfloor$ $\lfloor$ $\rfloor$ | $\lfloor$ 4 $\rfloor$ | $\lfloor$ $\rfloor$ | .................... |
| Day 7 | $\lfloor$ 2 $\lfloor$ 0 $\lfloor$ 0 $\lfloor$ $\lfloor$ $\lfloor$ $\lfloor$ $\rfloor$ | $\lfloor$ 4 $\rfloor$ | $\lfloor$ $\rfloor$ | .................... |

Did the Subject take the extra day doses     No $\square$ 0     Yes $\square$ 1

Always complete the extra day number returned even if the Subject did not take the extra day doses

| | | | | |
|---|---|---|---|---|
| Extra day | $\lfloor$ 2 $\lfloor$ 0 $\lfloor$ 0 $\lfloor$ $\lfloor$ $\lfloor$ $\lfloor$ $\rfloor$ | $\lfloor$ 4 $\rfloor$ | $\lfloor$ $\rfloor$ | .................... |
| Extra day | $\lfloor$ 2 $\lfloor$ 0 $\lfloor$ 0 $\lfloor$ $\lfloor$ $\lfloor$ $\lfloor$ $\rfloor$ | $\lfloor$ 4 $\rfloor$ | $\lfloor$ $\rfloor$ | .................... |

☞ **If investigational therapy was prematurely stopped because of an adverse event, make sure that AELOGAW, Section 13, has been filled in**

2002-10-31

AstraZeneca ✿

Page 206

| Study code 5077US/0049 | Subj initials .................................. | E code | E | 0 | 0 | | | | | |

AW02.09

## Prescription Record

**PRESN**

**(Visit 9, Week 8)**

| | Date<br>year    mm    dd | Number of tablets<br>dispensed | Number of tablets<br>returned | Comment |
|---|---|---|---|---|
| Day 1 | 2 | 0 | 0 | | | | | | 4 | | ..................... |
| Day 2 | 2 | 0 | 0 | | | | | | 4 | | ..................... |
| Day 3 | 2 | 0 | 0 | | | | | | 4 | | ..................... |
| Day 4 | 2 | 0 | 0 | | | | | | 4 | | ..................... |
| Day 5 | 2 | 0 | 0 | | | | | | 4 | | ..................... |
| Day 6 | 2 | 0 | 0 | | | | | | 4 | | ..................... |
| Day 7 | 2 | 0 | 0 | | | | | | 4 | | ..................... |

Did the Subject take the extra day doses    No ☐ 0    Yes ☐ 1

Always complete the extra day number returned even if the Subject did not take the extra day doses

| Extra<br>day | 2 | 0 | 0 | | | | | | 4 | | ..................... |
| Extra<br>day | 2 | 0 | 0 | | | | | | 4 | | ..................... |

☞ **If investigational therapy was prematurely stopped because of an adverse event, make sure that AELOGAW, Section 13, has been filled in**

2002-10-31

AstraZeneca

Page 207

Study code 5077US/0049          Subj initials .................................          E code ⌊E ⌊ 0 ⌊ 0 ⌊ ⌊ ⌊ ⌊ ⌋

AW02-09

## Subject Drug Accountability                                          SAC

| Package ID |
| --- |
| Visit 2<br><br>Please<br>attach label<br>here |

| Package ID |
| --- |
| Visit 3<br><br>Please<br>attach label<br>here |

| Package ID |
| --- |
| Visit 4<br><br>Please<br>attach label<br>here |

2002-10-31

AstraZeneca                                                                    Page 208

Study code 5077US/0049          Subj initials ...........................          E code |E⌐0⌐0⌐ ⌐ ⌐ ⌐ ⌐ |

AW02:09

## Subject Drug Accountability                                                    SAC

| Package ID |
|---|
| Visit 5<br><br>Please<br>attach label<br>here |

| Package ID |
|---|
| Visit 6<br><br>Please<br>attach label<br>here |

| Package ID |
|---|
| Visit 7<br><br>Please<br>attach label<br>here |

2002-10-31

AstraZeneca

Study code 5077US/0049     Subj initials ........................     E code | E | 0 | 0 |  |  |  |  |  |

AW02-09

## Subject Drug Accountability

**SAC**

| Package ID |
| --- |
| Visit 8 |
| Please attach label here |

| Package ID |
| --- |
| Visit 9 |
| Please attach label here |

2002-10-31

210

AstraZeneca

| Study code 5077US/0049 | Subj initials ............................ | E code | E | 0 | 0 | | | | | |

AW02:09

## Medication on Entry and Including Wash-out Medications

MED1

None ☐ 0

| | Trade name | Total daily dose | Unit | Treatment started | | | Treatment stopped | | | Medication continues | Reason for therapy |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | year | mm | dd | year | mm | dd | | |
| 1 | | | | | | | 2 0 0 | | | or ☐ 1 | |
| 2 | | | | | | | 2 0 0 | | | or ☐ 1 | |
| 3 | | | | | | | 2 0 0 | | | or ☐ 1 | |
| 4 | | | | | | | 2 0 0 | | | or ☐ 1 | |
| 5 | | | | | | | 2 0 0 | | | or ☐ 1 | |
| 6 | | | | | | | 2 0 0 | | | or ☐ 1 | |
| 7 | | | | | | | 2 0 0 | | | or ☐ 1 | |
| 8 | | | | | | | 2 0 0 | | | or ☐ 1 | |

☞ **If any changes in therapy were made because of an adverse event, make sure that the AELOGAW has been filled in.**

2002-10-31

Page 210

211

AstraZeneca

| Study code 5077US/0049 | Subj initials ...................... | E code ⌊E⌊0⌊0⌊ ⌊ ⌊ ⌊ ⌋ |

AW02:09

## Medication on Entry and Including Wash-out Medications

MED1

| | Trade name | Total daily dose | Unit | Treatment started year mm dd | Treatment stopped year mm dd | Medication continues | ——— Reason for therapy ——— |
|---|---|---|---|---|---|---|---|
| 9 | .................... | .......... | ...... | ⌊ ⌊ ⌊ ⌊ ⌊ ⌊ ⌋ | ⌊2⌊0⌊0⌊ ⌊ ⌊ ⌊ ⌋ or ☐₁ | | .................... |
| 10 | .................... | .......... | ...... | ⌊ ⌊ ⌊ ⌊ ⌊ ⌊ ⌋ | ⌊2⌊0⌊0⌊ ⌊ ⌊ ⌊ ⌋ or ☐₁ | | .................... |
| 11 | .................... | .......... | ...... | ⌊ ⌊ ⌊ ⌊ ⌊ ⌊ ⌋ | ⌊2⌊0⌊0⌊ ⌊ ⌊ ⌊ ⌋ or ☐₁ | | .................... |
| 12 | .................... | .......... | ...... | ⌊ ⌊ ⌊ ⌊ ⌊ ⌊ ⌋ | ⌊2⌊0⌊0⌊ ⌊ ⌊ ⌊ ⌋ or ☐₁ | | .................... |
| 13 | .................... | .......... | ...... | ⌊ ⌊ ⌊ ⌊ ⌊ ⌊ ⌋ | ⌊2⌊0⌊0⌊ ⌊ ⌊ ⌊ ⌋ or ☐₁ | | .................... |
| 14 | .................... | .......... | ...... | ⌊ ⌊ ⌊ ⌊ ⌊ ⌊ ⌋ | ⌊2⌊0⌊0⌊ ⌊ ⌊ ⌊ ⌋ or ☐₁ | | .................... |
| 15 | .................... | .......... | ...... | ⌊ ⌊ ⌊ ⌊ ⌊ ⌊ ⌋ | ⌊2⌊0⌊0⌊ ⌊ ⌊ ⌊ ⌋ or ☐₁ | | .................... |
| 16 | .................... | .......... | ...... | ⌊ ⌊ ⌊ ⌊ ⌊ ⌊ ⌋ | ⌊2⌊0⌊0⌊ ⌊ ⌊ ⌊ ⌋ or ☐₁ | | .................... |

☞ **If any changes in therapy were made because of an adverse event, make sure that the AELOGAW has been filled in.**

2002-10-31

Page 210.01

212

AstraZeneca

Study code 5077US/0049          Subj initials .............................          E code |E|0|0|   |   |   |   |

AW0209

## Medication on Entry and Including Wash-out Medications                          MED1

| | Trade name | Total daily dose | Unit | Treatment started year / mm / dd | Treatment stopped year / mm / dd | Medication continues | Reason for therapy |
|---|---|---|---|---|---|---|---|
| 17 | | | | | 2 0 0 | or ☐ 1 | |
| 18 | | | | | 2 0 0 | or ☐ 1 | |
| 19 | | | | | 2 0 0 | or ☐ 1 | |
| 20 | | | | | 2 0 0 | or ☐ 1 | |
| 21 | | | | | 2 0 0 | or ☐ 1 | |
| 22 | | | | | 2 0 0 | or ☐ 1 | |
| 23 | | | | | 2 0 0 | or ☐ 1 | |
| 24 | | | | | 2 0 0 | or ☐ 1 | |

☞ If any changes in therapy were made because of an adverse event, make sure that the AELOGAW has been filled in.

2002-10-31

Page 210.02

213

**AstraZeneca**

| Study code 5077US/0049 | Subj initials ........................... | E code |E|0|0| | | | | |

MW0209

## Medication on Entry and Including Wash-out Medications

**MED1**

| | Trade name | Total daily dose | Unit | Treatment started year  mm  dd | Treatment stopped year  mm  dd | Medication continues | Reason for therapy |
|---|---|---|---|---|---|---|---|
| 25 | ................... | ......... | ...... | \|  \|  \|  \|  \|  \|  \| | \|2\|0\|0\|  \|  \|  \| | or ☐ 1 | ................... |
| 26 | ................... | ......... | ...... | \|  \|  \|  \|  \|  \|  \| | \|2\|0\|0\|  \|  \|  \| | or ☐ 1 | ................... |
| 27 | ................... | ......... | ...... | \|  \|  \|  \|  \|  \|  \| | \|2\|0\|0\|  \|  \|  \| | or ☐ 1 | ................... |
| 28 | ................... | ......... | ...... | \|  \|  \|  \|  \|  \|  \| | \|2\|0\|0\|  \|  \|  \| | or ☐ 1 | ................... |
| 29 | ................... | ......... | ...... | \|  \|  \|  \|  \|  \|  \| | \|2\|0\|0\|  \|  \|  \| | or ☐ 1 | ................... |
| 30 | ................... | ......... | ...... | \|  \|  \|  \|  \|  \|  \| | \|2\|0\|0\|  \|  \|  \| | or ☐ 1 | ................... |
| 31 | ................... | ......... | ...... | \|  \|  \|  \|  \|  \|  \| | \|2\|0\|0\|  \|  \|  \| | or ☐ 1 | ................... |
| 32 | ................... | ......... | ...... | \|  \|  \|  \|  \|  \|  \| | \|2\|0\|0\|  \|  \|  \| | or ☐ 1 | ................... |

2002-10-31

☞ **If any changes in therapy were made because of an adverse event, make sure that the AELOGAW has been filled in.**

Page 210.03

AstraZeneca

Study code 5077US/0049              Subj initials ...................              E code | E | 0 | 0 | | | | |

## Medications Initiated During the Study                                        **MED**

None ☐ $_0$

| | Trade name | Total daily dose | Unit | Treatment started year — mm — dd | Treatment stopped year — mm — dd | Medication continues | Reason for therapy |
|---|---|---|---|---|---|---|---|
| 1 | ................... | ....... | ....... | \| \| \| \| \| \| \| | \|2\|0\|0\| \| \| \| \| | or ☐ $_1$ | ................... |
| 2 | ................... | ....... | ....... | \| \| \| \| \| \| \| | \|2\|0\|0\| \| \| \| \| | or ☐ $_1$ | ................... |
| 3 | ................... | ....... | ....... | \| \| \| \| \| \| \| | \|2\|0\|0\| \| \| \| \| | or ☐ $_1$ | ................... |
| 4 | ................... | ....... | ....... | \| \| \| \| \| \| \| | \|2\|0\|0\| \| \| \| \| | or ☐ $_1$ | ................... |
| 5 | ................... | ....... | ....... | \| \| \| \| \| \| \| | \|2\|0\|0\| \| \| \| \| | or ☐ $_1$ | ................... |
| 6 | ................... | ....... | ....... | \| \| \| \| \| \| \| | \|2\|0\|0\| \| \| \| \| | or ☐ $_1$ | ................... |
| 7 | ................... | ....... | ....... | \| \| \| \| \| \| \| | \|2\|0\|0\| \| \| \| \| | or ☐ $_1$ | ................... |
| 8 | ................... | ....... | ....... | \| \| \| \| \| \| \| | \|2\|0\|0\| \| \| \| \| | or ☐ $_1$ | ................... |

☞ **If any changes in therapy were made because of an adverse event, make sure that the AELOGAW has been filled in.**

AW2:09

2002-10-31

Page 211