AstraZeneca

Study code 5077US/0049          Subj initials ............................          E code ⌊E⌋0⌋0⌋ ⌊ ⌊ ⌊ ⌊⌋

## Medications Initiated During the Study                                          **MED**

| | Trade name | Total daily dose | Unit | Treatment started year / mm / dd | Treatment stopped year / mm / dd | Medication continues | Reason for therapy |
|---|---|---|---|---|---|---|---|
| 9 | .............................. | ............ | ............ | ⌊ ⌊ ⌊ ⌊ ⌊ ⌊ ⌊⌋ | ⌊2⌋0⌋0⌋ ⌊ ⌊ ⌊ ⌊⌋ | or ☐₁ | ............................................. |
| 10 | .............................. | ............ | ............ | ⌊ ⌊ ⌊ ⌊ ⌊ ⌊ ⌊⌋ | ⌊2⌋0⌋0⌋ ⌊ ⌊ ⌊ ⌊⌋ | or ☐₁ | ............................................. |
| 11 | .............................. | ............ | ............ | ⌊ ⌊ ⌊ ⌊ ⌊ ⌊ ⌊⌋ | ⌊2⌋0⌋0⌋ ⌊ ⌊ ⌊ ⌊⌋ | or ☐₁ | ............................................. |
| 12 | .............................. | ............ | ............ | ⌊ ⌊ ⌊ ⌊ ⌊ ⌊ ⌊⌋ | ⌊2⌋0⌋0⌋ ⌊ ⌊ ⌊ ⌊⌋ | or ☐₁ | ............................................. |
| 13 | .............................. | ............ | ............ | ⌊ ⌊ ⌊ ⌊ ⌊ ⌊ ⌊⌋ | ⌊2⌋0⌋0⌋ ⌊ ⌊ ⌊ ⌊⌋ | or ☐₁ | ............................................. |
| 14 | .............................. | ............ | ............ | ⌊ ⌊ ⌊ ⌊ ⌊ ⌊ ⌊⌋ | ⌊2⌋0⌋0⌋ ⌊ ⌊ ⌊ ⌊⌋ | or ☐₁ | ............................................. |
| 15 | .............................. | ............ | ............ | ⌊ ⌊ ⌊ ⌊ ⌊ ⌊ ⌊⌋ | ⌊2⌋0⌋0⌋ ⌊ ⌊ ⌊ ⌊⌋ | or ☐₁ | ............................................. |
| 16 | .............................. | ............ | ............ | ⌊ ⌊ ⌊ ⌊ ⌊ ⌊ ⌊⌋ | ⌊2⌋0⌋0⌋ ⌊ ⌊ ⌊ ⌊⌋ | or ☐₁ | ............................................. |

☞ **If any changes in therapy were made because of an adverse event, make sure that the AELOGAW has been filled in.**

AW02:00.09

2002-10-31

Page 211.01

AstraZeneca

Study code 5077US/0049          Subj initials .....................          E code ⌊E⌋0⌊0⌋ ⌊ ⌋ ⌊ ⌋ ⌋

**Medications Initiated During the Study**                                        **MED**

| | Trade name | Total daily dose | Unit | Treatment started year mm dd | Treatment stopped year mm dd | Medication continues | —— Reason for therapy —— |
|---|---|---|---|---|---|---|---|
| 17 | | | | 2 0 0 | or ☐ | |
| 18 | | | | 2 0 0 | or ☐ | |
| 19 | | | | 2 0 0 | or ☐ | |
| 20 | | | | 2 0 0 | or ☐ | |
| 21 | | | | 2 0 0 | or ☐ | |
| 22 | | | | 2 0 0 | or ☐ | |
| 23 | | | | 2 0 0 | or ☐ | |
| 24 | | | | 2 0 0 | or ☐ | |

☞ **If any changes in therapy were made because of an adverse event, make sure that the AELOGAW has been filled in.**

AW02:09

2002-10-31

Page 211.02

217

**AstraZeneca**

Study code 5077US/0049          Subj initials ...................          E code ⌊E╷0╷0╷  ╷  ╷  ╷  ⌋

**Medications Initiated During the Study**                                    **MED**

| | Trade name | Total daily dose | Unit | Treatment started year mm dd | Treatment stopped year mm dd | Medication continues | Reason for therapy |
|---|---|---|---|---|---|---|---|
| 25 | | | | | 2 0 0 | or ☐₁ | |
| 26 | | | | | 2 0 0 | or ☐₁ | |
| 27 | | | | | 2 0 0 | or ☐₁ | |
| 28 | | | | | 2 0 0 | or ☐₁ | |
| 29 | | | | | 2 0 0 | or ☐₁ | |
| 30 | | | | | 2 0 0 | or ☐₁ | |
| 31 | | | | | 2 0 0 | or ☐₁ | |
| 32 | | | | | 2 0 0 | or ☐₁ | |

☞ **If any changes in therapy were made because of an adverse event, make sure that the AELOGAW has been filled in.**

09/0209AW

2002-10-31

Page 211.03

**AstraZeneca**

| Study code 5077US/0049 | Subj initials .................... | E code | E | 0 | 0 | | | | |
|---|---|---|

AW02.09

## Adverse Events

**AELOGAW**

None ☐ 0

| AE No | Adverse Event | Date AE started / stopped | Ongoing | Serious* | | Serious AE due to* | | | | | | | Action taken, invest product | AE caused Subject to discontinue the study | | Intensity | Causality | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | No | Yes | Death | Life threatening | Hospitalization | Disability/incapacity | Congenital abnormality/birth defect | Important medical event | 0-3 | No | Yes | 1-3 | No | Yes |
| | | year mm dd | Yes | | | | | | | | | | | | | | |
| 1 | | Date started 2 0 0 \| \| \| \|  Date stopped 2 0 0 \| \| \| \| | ☐1 | ☐0 ☐1 | | ☐1 ☐1 ☐1 ☐1 ☐1 ☐1 | | | | | | | ☐ | ☐0 ☐1 | | ☐ | ☐0 ☐1 | |
| 2 | | Date started 2 0 0 \| \| \| \|  Date stopped 2 0 0 \| \| \| \| | ☐1 | ☐0 ☐1 | | ☐1 ☐1 ☐1 ☐1 ☐1 ☐1 | | | | | | | ☐ | ☐0 ☐1 | | ☐ | ☐0 ☐1 | |
| 3 | | Date started 2 0 0 \| \| \| \|  Date stopped 2 0 0 \| \| \| \| | ☐1 | ☐0 ☐1 | | ☐1 ☐1 ☐1 ☐1 ☐1 ☐1 | | | | | | | ☐ | ☐0 ☐1 | | ☐ | ☐0 ☐1 | |
| 4 | | Date started 2 0 0 \| \| \| \|  Date stopped 2 0 0 \| \| \| \| | ☐1 | ☐0 ☐1 | | ☐1 ☐1 ☐1 ☐1 ☐1 ☐1 | | | | | | | ☐ | ☐0 ☐1 | | ☐ | ☐0 ☐1 | |

☞ **If one or more "Serious AE due to" outcomes is ticked, IMMEDIATELY notify AstraZeneca, LP or their designate identified on the Instruction page, within one day of when the Investigator became aware of the Serious AE.**

2002-10-31

Page 212

AstraZeneca

Study code 5077US/0049          Subj initials ...........................          E code | E | 0 | 0 | | | | |

AW2O09

## Adverse Events

**AELOGAW**

| AE No | Adverse Event | Date AE started / stopped | Ongoing | Serious* | Serious AE due to* | | | | | | Action taken, invest product | AE caused Subject to discontinue the study | Intensity | Causality |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Death | Life threatening | Hospitalization | Disability/incapacity | Congenital abnormality/birth defect | Important medical event | | | | |
| | | year mm dd | Yes | No Yes | | | | | | | 0-3 | No Yes | 1-3 | No Yes |
| 5 | | Date started |2|0|0| | | | | □₁ | □₀ □₁ | □₁ □₁ □₁ □₁ □₁ □₁ | □ | □₀ □₁ | □ | □₀ □₁ |
| | | Date stopped |2|0|0| | | | | | | | | | | | |
| 6 | | Date started |2|0|0| | | | | □₁ | □₀ □₁ | □₁ □₁ □₁ □₁ □₁ □₁ | □ | □₀ □₁ | □ | □₀ □₁ |
| | | Date stopped |2|0|0| | | | | | | | | | | | |
| 7 | | Date started |2|0|0| | | | | □₁ | □₀ □₁ | □₁ □₁ □₁ □₁ □₁ □₁ | □ | □₀ □₁ | □ | □₀ □₁ |
| | | Date stopped |2|0|0| | | | | | | | | | | | |
| 8 | | Date started |2|0|0| | | | | □₁ | □₀ □₁ | □₁ □₁ □₁ □₁ □₁ □₁ | □ | □₀ □₁ | □ | □₀ □₁ |
| | | Date stopped |2|0|0| | | | | | | | | | | | |

• ☞ If one or more "Serious AE due to" outcomes is ticked, IMMEDIATELY notify AstraZeneca, LP or their designate identified on the Instruction page, within one day of when the investigator became aware of the Serious AE.

2002-10-31

Page 212.01

**AstraZeneca**

| | |
|---|---|
| Study code 5077US/0049 | Subj initials ........................... | E code | E | 0 | 0 | | | | |

AW02-09

## Adverse Events

**AELOGAW**

| AE No | Adverse Event | Date AE started / stopped | Ongoing | Serious* | Serious AE due to* | | | | | | Action taken, invest product | AE caused Subject to discontinue the study | Intensity | Causality |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | year mm dd | Yes | No  Yes | Death | Life threatening | Hospitalization | Disability/incapacity | Congenital abnormality/harm defect | Important medical event | 0-3 | No  Yes | 1-3 | No  Yes |
| 9 | | Date started 2 0 0 | | | | | | | | | | | | | |
| | | Date stopped 2 0 0 | ☐1 | ☐0 ☐1 | ☐1 ☐1 ☐1 ☐1 ☐1 ☐1 | | | | | | ☐ | ☐0 ☐1 | ☐ | ☐0 ☐1 |
| 10 | | Date started 2 0 0 | | | | | | | | | | | | | |
| | | Date stopped 2 0 0 | ☐1 | ☐0 ☐1 | ☐1 ☐1 ☐1 ☐1 ☐1 ☐1 | | | | | | ☐ | ☐0 ☐1 | ☐ | ☐0 ☐1 |
| 11 | | Date started 2 0 0 | | | | | | | | | | | | | |
| | | Date stopped 2 0 0 | ☐1 | ☐0 ☐1 | ☐1 ☐1 ☐1 ☐1 ☐1 ☐1 | | | | | | ☐ | ☐0 ☐1 | ☐ | ☐0 ☐1 |
| 12 | | Date started 2 0 0 | | | | | | | | | | | | | |
| | | Date stopped 2 0 0 | ☐1 | ☐0 ☐1 | ☐1 ☐1 ☐1 ☐1 ☐1 ☐1 | | | | | | ☐ | ☐0 ☐1 | ☐ | ☐0 ☐1 |

☞ **If one or more "Serious AE due to" outcomes is ticked, IMMEDIATELY notify AstraZeneca, LP or their designate identified on the Instruction page, within one day of when the Investigator became aware of the Serious AE.**

2002-10-31

AstraZeneca

| Study code 5077US/0049 | Subj initials ................... | E code $\lfloor E_0 0_0 0 \rfloor$ |

AW02:09

## Adverse Events

AELOGAW

| AE No | Adverse Event | Date AE started / stopped | Ongoing | Serious* | Serious AE due to* | | | | | | Action taken, invest product | AE caused Subject to discontinue the study | | Intensity | Causality | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | year mm dd | Yes | No  Yes | Death | Life threatening | Hospitalization | Disability/incapacity | Congenital abnormality/birth defect | Important medical event | 0-3 | No  Yes | | 1-3 | No  Yes | |
| 13 | | Date started  $\lfloor 2_0 0_0 0 \rfloor$  Date stopped  $\lfloor 2_0 0_0 0 \rfloor$ | ☐₁ | ☐₀ ☐₁ | ☐₁ | ☐₁ | ☐₁ | ☐₁ | ☐₁ | ☐₁ | ☐ | ☐₀ ☐₁ | | ☐ | ☐₀ ☐₁ | |
| 14 | | Date started  $\lfloor 2_0 0_0 0 \rfloor$  Date stopped  $\lfloor 2_0 0_0 0 \rfloor$ | ☐₁ | ☐₀ ☐₁ | ☐₁ | ☐₁ | ☐₁ | ☐₁ | ☐₁ | ☐₁ | ☐ | ☐₀ ☐₁ | | ☐ | ☐₀ ☐₁ | |
| 15 | | Date started  $\lfloor 2_0 0_0 0 \rfloor$  Date stopped  $\lfloor 2_0 0_0 0 \rfloor$ | ☐₁ | ☐₀ ☐₁ | ☐₁ | ☐₁ | ☐₁ | ☐₁ | ☐₁ | ☐₁ | ☐ | ☐₀ ☐₁ | | ☐ | ☐₀ ☐₁ | |
| 16 | | Date started  $\lfloor 2_0 0_0 0 \rfloor$  Date stopped  $\lfloor 2_0 0_0 0 \rfloor$ | ☐₁ | ☐₀ ☐₁ | ☐₁ | ☐₁ | ☐₁ | ☐₁ | ☐₁ | ☐₁ | ☐ | ☐₀ ☐₁ | | ☐ | ☐₀ ☐₁ | |

*☞ **If one or more "Serious AE due to" outcomes is ticked, IMMEDIATELY notify AstraZeneca, LP or their designate identified on the Instruction page, within one day of when the Investigator became aware of the Serious AE.**

2002-10-31

Page 212.03

AstraZeneca

Study code 5077US/0049          Subj initials ............................          E code |E|0|0| | | | |

AW02:09

## Study Termination

TERMAW

Date Study completed          |2|0|0| | | | |
                               year      mm    dd

Was Subject's participation in the          No          Yes
study prematurely discontinued          ☐ 0          ☐ 1

### Main reason for study termination (one only)

Completed treatment period          ☐ 0

Lack of efficacy          ☐ 8

Adverse event          ☐ 3          Please make sure that AELOGAW, Section 13 has been filled in

Subject lost to follow-up          ☐ 2

Protocol noncompliance (protocol violations or deviations)          ☐ 4          Please specify ...............................................

Informed consent withdrawn          ☐ 5

Other (e.g. Investigator's discretion, sponsor initiated termination of study, patient moved, etc)          ☐ 9          Please specify ...............................................

AW02:09

## Statement Of Death

DEATH

Date of death          |2|0|0| | | | |
                        year      mm    dd

### Primary cause of death          ...................................................................

### Autopsy

Autopsy performed          No          Yes
                           ☐ 0          ☐ 1

2002-10-31

AstraZeneca

Page 214

Study code 5077US/0049          Subj initials .................................          E code | E | 0 | 0 |   |   |   |   |

AW02.09

## Signature

SIGN

By signing and dating this page for the study and Subject identified above, I declare that the information on this and all other pages of this Case Report Form has been reviewed by me or my delegate, and is accurate and complete.

| 2 | 0 | 0 |   |   |   |   |
    year     mm   dd

......................................................................
Principal Investigator's signature

......................................................................
Principal Investigator's name (in block letters)

2002-10-31

# Section 16
# Local Laboratory Tests
# (Unscheduled)

AstraZeneca

Page 215

Study code 5077US/0049          Subj initials ..................          E code |E|0|0|_|_|_|_|

AW02:09

## Laboratory Assessments, Chemistry                                      LABC

### Unscheduled

Sampling date          |2|0|0|_|  |_|_|  |_|_|
                              year      mm    dd

Sampling time          |_|_| : |_|_|
                          24-hour clock

Subject fasting          No     Yes
                         |_|0   |_|1

AstraZeneca use only

Laboratory ID          |_|_|_|_|_|

Laboratory name        ...................................

| Clinical chemistry - Blood | Value |
|---|---|
| Total bilirubin | |
| Alkaline phosphatase | |
| Alanine transaminase (ALT) | |
| Aspartate transaminase (AST) | |
| Sodium | |
| Potassium | |
| Chloride | |
| Glucose | |
| Insulin | |
| Bicarbonate | |
| Cholesterol HDL | |
| Triglycerides | |
| Cholesterol LDL | |
| Total Cholesterol | |
| Thyroid-stimulating hormone (TSH) | |
| Triiodothyronine resin uptake (T3RU) | |
| Total thyroxine (T4) | |
| Creatinine | |

2002-10-31

AstraZeneca

Page 216

Study code 5077US/0049          Subj initials .................................          E code |E| 0 | 0|   |   |   |   |

AW02:09

## Laboratory Assessments, Haematology

**LABH**

Unscheduled

Sampling date            |2 | 0 | 0 |   |   |   |   |
                          year        mm      dd

Sampling time            |   |   | : |   |   |
                          24-hour clock

Subject fasting

| No | Yes |
|----|-----|
| □ 0 | □ 1 |

AstraZeneca use only

Laboratory ID            |   |   |   |   |   |

Laboratory name          .......................................

| Hæmatology - blood | Value |
|---|---|
| Hæmoglobin | |
| Hematocrit | |
| Red blood cell count | |
| WBC count - total | |
| Neutrophils % | |
| Lymphocytes % | |
| Monocytes % | |
| Eosinophils % | |
| Basophils % | |
| Platelets | |

2002-10-31

AstraZeneca

Study code 5077US/0049          Subj initials .................................          E code  | E ¡ 0 ¡ 0 ¡   ¡   ¡   ¡   |

AW02:09

## Urine Toxicology Screen                                                                 **UTS**

Screen date                | 2 ¡ 0 ¡ 0 ¡   ¡   ¡   ¡   |
                              year        mm      dd

Urine toxicology results    Neg    Pos
                            [  ]₀   [  ]₁



| Clinical Study Report: Appendix 12.1.3 | |
|---|---|
| Drug Substance | Quetiapine fumarate |
| Study Code | D1447L00001 |

## Appendix 12.1.3

## Independent Ethics Committees/Institutional Review Boards consulted, and samples of written Subject Information and Consent Form

Clinical Study Report: Appendix 12.1.3
Study Code: D1447L00001

## 12.1.3.1    Independent Ethics Committees/Institutional Review Boards consulted

| Site Number | Name & Address of IRB | Chairman of IRB | Date of Approval |
|---|---|---|---|
| 1 | University Hospitals of Cleveland IRB for Human Investigation Lakeside, Suite 1400 Cleveland, OH  44106 | William T. Dahms, MD | 15 October 02 |
| 2 | IntegReview Ethical Review Board 1825 Fortview Road, Suite 110 Austin, TX  78704 | Fred Kopec, JD | 1 October 02 |
| 3 | IntegReview Ethical Review Board 1825 Fortview Road, Suite 110 Austin, TX  78704 | Fred Kopec, JD | 24 September 02 |
| 4 | IntegReview Ethical Review Board 1825 Fortview Road, Suite 110 Austin, TX  78704 | Fred Kopec, JD | 17 September 02 |
| 5 | IntegReview Ethical Review Board 1825 Fortview Road, Suite 110 Austin, TX  78704 | Fred Kopec, JD | 17 September 02 |
| 6 | IntegReview Ethical Review Board 1825 Fortview Road, Suite 110 Austin, TX  78704 | Fred Kopec, JD | 17 September 02 |
| 7 | IntegReview Ethical Review Board 1825 Fortview Road, Suite 110 Austin, TX  78704 | Fred Kopec, JD | 15 October 02 |
| 8 | IntegReview Ethical Review Board 1825 Fortview Road, Suite 110 Austin, TX  78704 | Fred Kopec, JD | 24 September 02 |
| 9 | IntegReview Ethical Review Board 1825 Fortview Road, Suite 110 Austin, TX  78704 | Fred Kopec, JD | 1 October 02 |
| 10 | IntegReview Ethical Review Board 1825 Fortview Road, Suite 110 Austin, TX  78704 | Fred Kopec, JD | 1 October 02 |
| 11 | IntegReview Ethical Review Board 1825 Fortview Road, Suite 110 Austin, TX  78704 | Fred Kopec, JD | 10 September 02 |
| 12 | IntegReview Ethical Review Board 1825 Fortview Road, Suite 110 Austin, TX  78704 | Fred Kopec, JD | 1 October 02 |

Clinical Study Report: Appendix 12.1.3
Study Code: D1447L00001

| Site Number | Name & Address of IRB | Chairman of IRB | Date of Approval |
|---|---|---|---|
| 13 | IntegReview Ethical Review Board 1825 Fortview Road, Suite 110 Austin, TX  78704 | Fred Kopec, JD | 1  October 02 |
| 14 | University of Utah IRB 20 North 1900 East, 101 MREB Salt Lake City, UT   84132-3101 | Mark A. Munger, Pharm.D. | 04 December 02 |
| 15 | IntegReview Ethical Review Board 1825 Fortview Road, Suite 110 Austin, TX  78704 | Fred Kopec, JD | 17 September 02 |
| 16 | IntegReview Ethical Review Board 1825 Fortview Road, Suite 110 Austin, TX  78704 | Fred Kopec, JD | 22 October 02 |
| 17 | Office of Regulatory Affairs University of Pennsylvania 133 S. 36th Street, Mezzanine Level Philadelphia, PA  19104-3246 | Federalwide Assurance #: 00004028 (This IRB does not provide a chairperson name) | 9 January 03 |
| 18 | IntegReview Ethical Review Board 1825 Fortview Road, Suite 110 Austin, TX  78704 | Fred Kopec, JD | 24 September 02 |
| 19 | IntegReview Ethical Review Board 1825 Fortview Road, Suite 110 Austin, TX  78704 | Fred Kopec, JD | 24 September 02 |
| 20 | IntegReview Ethical Review Board 1825 Fortview Road, Suite 110 Austin, TX  78704 | Fred Kopec, JD | 24 September 02 |
| 21 | Administrative Panel on Human Subjects Administrative Panels Office  Stanford, CA  94305-5401 | Donald R. Stanski, MD | 12 November 02 |
| 22 | IntegReview Ethical Review Board 1825 Fortview Road, Suite 110 Austin, TX  78704 | Fred Kopec, JD | 1 October 02 |
| 23 | IntegReview Ethical Review Board 1825 Fortview Road, Suite 110 Austin, TX  78704 | Fred Kopec, JD | 1 October 02 |
| 24 | IntegReview Ethical Review Board 1825 Fortview Road, Suite 110 Austin, TX  78704 | Fred Kopec, JD | 1 October 02 |
| 25 | IntegReview Ethical Review Board 1825 Fortview Road, Suite 110 Austin, TX  78704 | Fred Kopec, JD | 26 February 03 |

Clinical Study Report: Appendix 12.1.3
Study Code: D1447L00001

| Site Number | Name & Address of IRB | Chairman of IRB | Date of Approval |
|---|---|---|---|
| 26 | IntegReview Ethical Review Board 1825 Fortview Road, Suite 110 Austin, TX  78704 | Fred Kopec, JD | 24 September 02 |
| 27 | IntegReview Ethical Review Board 1825 Fortview Road, Suite 110 Austin, TX  78704 | Fred Kopec, JD | 8 October 02 |
| 28 | IntegReview Ethical Review Board 1825 Fortview Road, Suite 110 Austin, TX  78704 | Fred Kopec, JD | 17 September 02 |
| 29 | IntegReview Ethical Review Board 1825 Fortview Road, Suite 110 Austin, TX  78704 | Fred Kopec, JD | 17 September 02 |
| 30 | IntegReview Ethical Review Board 1825 Fortview Road, Suite 110 Austin, TX  78704 | Fred Kopec, JD | 24 September 02 |
| 31 | IntegReview Ethical Review Board 1825 Fortview Road, Suite 110 Austin, TX  78704 | Fred Kopec, JD | 24 September 02 |
| 32 | IntegReview Ethical Review Board 1825 Fortview Road, Suite 110 Austin, TX  78704 | Fred Kopec, JD | 1 October 02 |
| 33 | IntegReview Ethical Review Board 1825 Fortview Road, Suite 110 Austin, TX  78704 | Fred Kopec, JD | 25 November 02 |
| 34 | IntegReview Ethical Review Board 1825 Fortview Road, Suite 110 Austin, TX  78704 | Fred Kopec, JD | 11 February 03 |
| 35 | IntegReview Ethical Review Board 1825 Fortview Road, Suite 110 Austin, TX  78704 | Fred Kopec, JD | 1 October 02 |
| 36 | IntegReview Ethical Review Board 1825 Fortview Road, Suite 110 Austin, TX  78704 | Fred Kopec, JD | 29 Apr 03 |
| 37 | IntegReview Ethical Review Board 1825 Fortview Road, Suite 110 Austin, TX  78704 | Fred Kopec, JD | 24 September 02 |
| 38 | Internal Review Board 140 Health Professions Way University of Cincinnati Medical Center Eden and Bethesda Avenues Cincinnati, OH  45267-0567 | Peter T. Frame, MD | 23 Apr 03 |

Clinical Study Report: Appendix 12.1.3
Study Code: D1447L00001

| Site Number | Name & Address of IRB | Chairman of IRB | Date of Approval |
|:-----------:|------------------------|-----------------|:----------------:|
| 39 | IntegReview Ethical Review Board 1825 Fortview Road, Suite 110 Austin, TX  78704 | Fred Kopec, JD | 24 September 02 |
| 40 | IntegReview Ethical Review Board 1825 Fortview Road, Suite 110 Austin, TX  78704 | Fred Kopec, JD | 27 May 03 |
| 41 | IntegReview Ethical Review Board 1825 Fortview Road, Suite 110 Austin, TX  78704 | Fred Kopec, JD | 8 October 02 |
| 42 | IntegReview Ethical Review Board 1825 Fortview Road, Suite 110 Austin, TX  78704 | Fred Kopec, JD | 3 June 03 |

Clinical Study Report: Appendix 12.1.3
Study Code: D1447L00001

## 12.1.3.2       Samples of written Subject Information and Consent Form

1     Master Informed Consent, September 17, 2002

2     Informed Consent with HIPAA language added, March 21, 2003

3     Informed Consent with Addendum for participation in ICI-D (See Section 5.6.1),
       February 21, 2003

5077US/0049 : 0005

APPROVED BY
INTEGREVIEW
SEPTEMBER 17, 2002

**INFORMED CONSENT
AGREEMENT TO BE IN A RESEARCH STUDY**

**NAME OF DRUG/DEVICE COMPANY:**
**CITY AND STATE:**
AstraZeneca Pharmaceuticals LP
Wilmington, DE

**NUMBER AND NAME OF STUDY:**
5077US/0049; "A Multicenter, Double-blind, Randomized, Placebo-controlled, Double-dummy Trial of the Use of Quetiapine Fumarate (SEROQUEL™) in the Treatment of Patients with Bipolar Depression"

**STUDY DOCTOR:**
Richard H. Weisler, M.D.

**ADDRESS OF STUDY SITE:**
2841 Plaza Place, Suite 100
Raleigh, NC 27612

**TELEPHONE NUMBERS, DAYTIME &
AFTER HOURS:**
919-872-5900

### Introduction

You have been asked to participate in a clinical research study. For you to be able to decide to be part of this study, you should understand enough about its risks and benefits to make an informed judgment. This process is known as informed consent. This consent form describes the purpose, procedures, possible benefits and risks of the study. Once you understand the study, you will be asked to sign this form if you wish to participate. If you are in any other research study, you cannot take part in this study.

Your healthcare provider may be a doctor for this research project, and as a doctor, if you choose to be a subject in the study, is interested both in your clinical welfare (safety and health) and in the conduct of this study. The doctor is being paid by AstraZeneca to conduct this study. Before entering this study or at any time during the study, you may ask for a second opinion about your care from another doctor who is in no way associated with this study. You are not under any obligation to participate in a research project offered by your doctor nor will your treatment be affected by not participating. At any time during the study you may decide you no longer want to participate in this study; in other words, you may say "no".

If you are not completely truthful with the study doctor and study staff regarding your health history, you may harm yourself by participating in this study.

**Read this information carefully and please ask any questions to the study doctor or the study staff.**

### Purpose of the Research Study

You have been asked to participate in this research study because you have been diagnosed with bipolar disorder and are currently having a depressive episode (feeling depressed). This research study is designed to determine how effective quetiapine (Seroquel™) is compared to placebo (a non-drug tablet, like a sugar pill that will look like quetiapine) for the treatment of your depressive episode. This study will also look at how safe quetiapine is in treating bipolar depression, as well as examine the effects of quetiapine on your overall ability to function and sleep.

Subject Initials: _____

**THIS IS AN IMPORTANT DOCUMENT - KEEP FOR FUTURE REFERENCE**

**VERSION CONTROL**

mdc/master: 9-10-02 dao/site: 9-17-02

\\ntserver\group\current ic's\astrazeneca\5077us-0049\Weisler.doc

Protocol number 5077US/0049
Informed Consent

Richard H. Weisler, M.D.
Page 2 of 9

**APPROVED BY**
**INTEGREVIEW**
**SEPTEMBER 17, 2002**

There will be approximately 600 patients enrolled from approximately 75 sites.

Quetiapine (Seroquel) is an antipsychotic drug developed by AstraZeneca Pharmaceuticals (AstraZeneca). Seroquel is under investigation for use in treating bipolar disorders, but was approved by the United States Food and Drug Administration (FDA) for the treatment of schizophrenia. "Investigational" means the formulation being tested has not been approved by the United States Food and Drug Administration (FDA) for sale as a prescription or over-the-counter medication. Information from previous studies suggests it has antidepressant actions (the way it works in your body).

**What Will Happen During The Study**

If you choose to participate in this research study as a subject, you will first undergo several screening procedures that will be done over a period of at least 1 day and possibly a few days. These tests will determine if you are eligible to participate in the study. You will have to stop any medications that you were receiving for your bipolar disease from the time you are screened for the study through the end of the study. As a result of the washout (stopping your medications) your condition may worsen.

Once you have been enrolled in this study you will randomly (like the flip of a coin) be assigned to one of three treatments. The treatment will be either 600 mg of quetiapine per day, 300 mg quetiapine per day, or placebo. Your chance of receiving quetiapine is twice that of placebo, that is, you have a 66% chance of receiving quetiapine and a 33% chance of receiving pills that contain no active drug. Neither you nor your study doctor or research nurse will know if you are taking quetiapine or placebo. Your condition may worsen as a result of receiving either placebo or study drug.

This is an outpatient (not in a hospital) study of 9 weeks duration plus 1 day for final assessments. You will come into the clinic on the first day of each week for assessments and to receive your study drug for the following week.

At your first visit (screening visit), the study doctor will need to see whether you should participate. The study doctor will ask you questions about your medical condition and perform the following tests:

- Your medical history and a physical examination. For your own safety, it is your responsibility to tell the doctor all of your past and present diseases, allergies and medical conditions that you are aware of and all drugs and medications that you currently take.
- Measure your height, weight, blood pressure, and heart rate.
- Take a blood sample (through a needle in a vein) for routine testing of hematology, (red and white blood cells), fasting (no food or drink except water for 12 hours before the blood draw) and clinical chemistry (tests of lipid levels, glucose, insulin and liver and thyroid function).
- If you are a woman, you may also have a blood test for pregnancy; if this test is positive, you will not be able to participate in this study.
- An electrocardiogram (ECG - an electrical tracing of your heart function).
- Three question and answer tests: one to rate your depression, one to see how you sleep, and one to rate the severity of your condition.

You will be asked to stop all of your medications previously used to treat your depressive episode.

If you are determined to be eligible to participate in the study, you will return to the study doctor's office at Visit 2 (anywhere from

Subject Initials: _____

**THIS IS AN IMPORTANT DOCUMENT - KEEP FOR FUTURE REFERENCE**

**VERSION CONTROL**

mdc/master: 9-10-02  dao/site: 9-17-02

\\ntserver\group\current ic's\astrazeneca\5077us-0049\Weisler.doc

Protocol number 5077US/0049
Informed Consent

Richard H. Weisler, M.D.
Page 3 of 9

**APPROVED BY**
**INTEGREVIEW**
**SEPTEMBER 17, 2002**

30 days after your first visit), you will be given study drug which will be either quetiapine (Seroquel) or placebo, and the following tests will be done:

- seven evaluations (question and answer) of your mental condition, involuntary limb movements, and how well you sleep during the night
- a repeat ECG and/or blood tests [hematology (red and white blood cells) and fasting clinical chemistry (tests lipid levels, glucose, insulin, liver and thyroid function)] if they were abnormal at screening

At your visit during Weeks 2 through 8 you will also be given these tests:

- six evaluations for your mental condition, overall functioning, and how well you sleep during the night

Additional tests will also be given at Weeks 3, 5, 6, and 8 for limb movements.

On Day 57, the last day of the study, you will be given the following tests:

- physical examination
- routine testing of hematology (red and white blood cells) and fasting clinical chemistry (tests of lipid levels, glucose, insulin, and liver and thyroid function)
- electrocardiogram
- nine evaluations for your mental condition, overall functioning, and limb movements, and how well you sleep during the night

<u>Possible Side Effects and Risks of the Treatment</u>

As a result of stopping the medications you are currently taking, your condition may worsen. Your condition may worsen as a result of taking placebo.

All therapies may cause some side effects or other reactions. You should know about possible risks and discomforts associated with quetiapine (Seroquel) before you decide to participate in this study.

The most common side affects reported in people taking quetiapine (Seroquel) are:

- headache
- sleepiness
- dizziness
- constipation
- dry mouth
- decreased blood pressure on standing (symptoms may be dizziness, fast heart rate, and fainting)
- increased heart rate

A very rare side effect of antipsychotic drugs, including quetiapine (Seroquel), is Neuroleptic Malignant Syndrome. The symptoms are high fever, stiff muscles, fast heart rate, high or low blood pressure, sweating, and possibly kidney failure. Sometimes this illness results in death. Another rare side effect of antipsychotic drugs is a disorder called tardive dyskinesia, which causes uncontrollable body movements such a lip and tongue smacking. Sometimes the movements are permanent.

Some people treated with Seroquel have had mild and temporary increases in liver chemicals (seen in their blood stream).

Animal studies have shown a slight risk of developing cloudiness in the lens but this increased risk has not been seen in patients taking the medication in clinical research studies. Other side effects may occur, some of which are not known and cannot be predicted. With your full cooperation regarding the instructions given by your physician, frequent examination, and the performance of laboratory tests, the chance of these unwanted side effects

Subject Initials: _____

| THIS IS AN IMPORTANT DOCUMENT - KEEP FOR FUTURE REFERENCE |
| :---: |
| VERSION CONTROL |

mdc/master: 9-10-02  dao/site: 9-17-02

\\ntserver\group\current ic's\astrazeneca\5077us-0049\Weisler.doc

**APPROVED BY
INTEGREVIEW
SEPTEMBER 17, 2002**

happening can be minimized, or if they happen they can be treated quickly.

In addition to the side effects for the study drug quetiapine (Seroquel), there may be other risks to you that are not known at the present time, including life threatening reactions.

During the screening period, on Day 1 of the study, and upon completion of the study, approximately 2 ½ tablespoons (36 ml) of blood (38 ml for women) will be drawn from a vein in your arm using standard medical procedures. The risks of venipuncture (inserting a needle in your vein to take blood) include the occurrence of discomfort and/or bruising at the site of the puncture and, less commonly, fainting, the formation of a small blood clot or swelling of the vein and surrounding tissue, or bleeding from the puncture site. There also could be infection at the site.

If you are not completely truthful with the study doctor and study staff regarding any side effects, you may harm yourself by participating in this study.

**New Findings**

You will be informed of any new information about the study drug that becomes known during the course of this study, which might affect your willingness to continue participation.

**Women of Childbearing Potential**

There might be unknown risks to an unborn child or breast-fed child if you are or if you become pregnant during the study.

Due to these risks, you must not participate in this study if you are pregnant or plan to become pregnant during the research study period, or are breast-feeding a child.

If you are a woman of child-bearing potential:

- By signing this consent form, you confirm to the best of your knowledge that you are not pregnant now and you do not intend to become pregnant during this study.
- A pregnancy test will be done to confirm that you are not pregnant before your participation in this study.

If you are a sexually active female of childbearing potential, you need to be using a reliable method of contraception. Reliable methods include:

- oral contraceptive
- long-term injectable or implantable hormonal contraceptive
- condom and diaphragm
- condom and foam
- condom and sponge
- intrauterine device (IUD)
- tubal ligation

If at any time during this study you think you might be pregnant, or later learn that you were pregnant during the study, you must contact the study doctor immediately for further instructions regarding your participation in this study and follow up.

**Possible Benefits of the Study**

You will not experience any direct health benefits during or following completion of this study. However, your participation will provide information about the study treatment(s) and bipolar depression that may benefit others.

**Alternatives to Participating in this Study**

Although there are approved treatments for mania alone (eg: lithium, valproic acid) and depression alone (SSRIs), there are no approved medications for depression associated with bipolar disorder.

Subject Initials: _____

| THIS IS AN IMPORTANT DOCUMENT - KEEP FOR FUTURE REFERENCE |
|---|
| VERSION CONTROL |

mdc/master: 9-10-02  dao/site: 9-17-02

\\ntserver\group\current ic's\astrazeneca\5077us-0049\Weisler.doc

Protocol number 5077US/0049
Informed Consent

Richard H. Weisler, M.D.
Page 5 of 9

**APPROVED BY**
**INTEGREVIEW**
**SEPTEMBER 17, 2002**

### Payment for Injury Related to the Study

If you experience any side effect or injury, notify your study doctor immediately so that you can receive appropriate medical treatment.

If you suffer any side effect or other physical injury resulting directly from the research study drug, AstraZeneca will provide reimbursement for the reasonable costs of medical treatment if:

- You took the study drug as instructed by your study doctor
- Your injury was not deliberately caused
- The study doctor was immediately notified about your injury
- You followed the medical advice of the study doctor

You will not be reimbursed for lost wages or other damages or losses or for medical expenses that have been covered by your medical or hospital insurance or by third party or governmental programs providing such coverage. No other form of compensation is offered from AstraZeneca except remedies available under the law. Compensation for medical expenses is not an admission of fault or liability by AstraZeneca or anyone else.

### Legal Rights

You will not lose any of your legal rights as a research subject by signing this consent form.

### Additional Costs

The study drug, study doctor's visits, and laboratory tests related to this study will be provided at no cost to you. Neither your insurance company nor you will be charged for the services provided in the normal course of the conduct of this study.

### Your Participation in the Study

Your participation in this study is entirely voluntary. You cannot be forced to be in this study. You may not want to be in this study or you may leave the study at any time without punishment or loss of benefits to which you are entitled and without affecting your future medical care. The study doctor, the Drug Company, IntegReview, or the FDA may take you out of the study without your permission at any time for the following reasons:

- if you do not follow the instructions of the study doctor
- if it is discovered that you do not meet the study requirements
- if the study is cancelled
- if it appears to be medically harmful to you

If you leave the study or if you are taken out of the study for any reason, you may be asked to return to the study doctor's office for a final visit. This is to make sure that you are in good health.

**You must return all unused study drug and the containers to your study doctor.**

### Payment for Participation

You will not be paid for your participation in this study.

### Release Of Your Medical Records And Privacy (Confidentiality)

All study data will be kept confidential; however, authorized personnel from AstraZeneca, its representatives, the FDA, other Department of Health and Human Services agencies, government agencies in other countries, and IntegReview, the Institutional Review Board (IRB) may have access to the data. The data and results from this study may

Subject Initials: _____

| THIS IS AN IMPORTANT DOCUMENT - KEEP FOR FUTURE REFERENCE |
|---|
| **VERSION CONTROL** |

mdc/master: 9-10-02  dao/site: 9-17-02

\\ntserver\group\current ic's\astrazeneca\5077us-0049\Weisler.doc

Protocol number 5077US/0049
Informed Consent

Richard H. Weisler, M.D.
Page 6 of 9

**APPROVED BY**
**INTEGREVIEW**
**SEPTEMBER 17, 2002**

also be presented at meetings or in publications, but in those presentations study participants will not be identified by name.

**Whom To Contact**

For answers to questions about this research or to report a research related injury, contact:

Richard H. Weisler, M.D.
919-872-5900 daytime and after hours

To protect the rights and safety of subjects involved in research projects the FDA requires approval of this Informed Consent document by an Institutional Review Board (IRB). This means the IRB has approved the information provided in the Informed Consent for use when enrolling subjects into this study. IntegReview Ethical Review Board has approved this research study and informed consent document. IntegReview is a group of scientific and non-scientific people that review research studies. Ethical review boards must follow the Food and Drug Administration (FDA) rules regarding the protection of the rights and welfare of human subjects involved in medical research studies. Questions about your rights as a study subject may be addressed to:

Chairperson
IntegReview
1825 Fortview Road, Suite 110
Austin, Texas 78704
512-326-3001 between 8 a.m. and 5 p.m.
Central Time (call collect)
integreview@integreview.com

**New Findings**

You will be told about any significant new findings about the study drug. This information can help you decide if you wish to continue your participation in the study.

**Experimental Subject's Bill of Rights**

**As a subject involved in an investigational drug study, you have the following rights.**

1.  Be informed of the nature and purpose of the experiment.

2.  Be given an explanation of the procedures to be followed in the medical experiment, and any drug or device to be used.

3.  Be given a description of any attendant discomforts and risk reasonably to be expressed from the experiment.

4.  Be given an explanation of any benefits to the subject reasonably to be expected from the experiment, if applicable.

5.  Be given a disclosure of any appropriate alternative procedures, drugs, or devices that might be advantageous to the subject, and their relative risks and benefits.

6.  Be informed of the avenues of medical treatment, if any, available to the subject after the experiment if complications should arise.

7.  Be given an opportunity to ask any questions concerning the experiment or the procedures involved.

8.  Be instructed that consent to participate in the medical experiment may be withdrawn at any time. The subject may discontinue participation in the medical experiment without prejudice.

9.  Be given a copy of a signed and dated written consent form when one is required.

10. Be given the opportunity to decide to consent or not to consent to a medical experiment without the intervention of any

Subject Initials: _____

| THIS IS AN IMPORTANT DOCUMENT - KEEP FOR FUTURE REFERENCE |
|---|
| **VERSION CONTROL** |

mdc/master: 9-10-02 dao/site: 9-17-02
\\ntserver\group\current ic's\astrazeneca\5077us-0049\Weisler.doc

Protocol number 5077US/0049
Informed Consent

Richard H. Weisler, M.D.
Page 7 of 9

**APPROVED BY**
**INTEGREVIEW**
**SEPTEMBER 17, 2002**

element of force, fraud, deceit, duress, coercion, or undue influence on the subject's decision.

**The Reason for Institutional Review Boards and Informed Consent**

*What is a consent form?*
The Informed Consent document contains the required information as found in and required by the United States regulations regarding the protection of human subjects (Code of Federal Regulations, Title 21, Part 50-Protection of Human Subjects). As required by this regulation, the informed consent must be reviewed and approved by an Institutional Review Board (IRB).

*What is an Institutional Review Board (IRB)?*
An Institutional Review Board (IRB) is any board, committee or other group which reviews, approves, and does continuing review of biomedical research involving human subjects. The primary purpose of such review is to guarantee the protection of the rights and welfare of the human subjects.

IRBs were established as the result of unfair treatment of human subjects. Prior to this, other committees existed as a requirement of the United States Public Health Service (USPHS) policy established in 1965. IRBs are regulated by the Food and Drug Administration and the National Institutes of Health (NIH).

*What does an IRB mean to me?*
The purpose of the IRB is to inform and protect human subjects through the information provided in the informed consent document. Therefore, the IRB is acting as a supporter for the research subject. This means that the IRB, during its review of the informed consent document, has the right and responsibility to ensure that the research subject is fully informed of the procedures involved in the study as well

as the risks and other treatments that are available if participation in the study is refused.

*How can I tell that an IRB has reviewed and approved this study?*
The date that IntegReview approved the study design as well as the information in this Informed Consent document is printed on the top of each page of this Informed Consent form. **THIS DOES NOT MEAN THE IRB HAS APPROVED YOUR PARTICIPATION IN THE STUDY.** It is a FDA requirement that the study design (Protocol), Informed Consent form, any advertising materials, and other instructions to the subject (Subject Instructions, Patient Diaries, etc.) be reviewed and approved by an IRB. Although IRB approval is granted for the study doctor to conduct the study, you must evaluate the information in this Informed Consent form for yourself and decide whether or not you wish to participate.

*IntegReview, the IRB for this study*
IntegReview is an independent IRB whose board members are individuals who work in the Austin community. IntegReview provides services nation-wide to research professionals.

FDA regulations require that the committee have at least five members with varying backgrounds to provide complete and adequate review of research activities.

To fulfill these requirements the IntegReview Board currently includes physicians, pharmacists, Ph.Ds., a toxicologist (someone who studies the harmful effects of chemicals), a psychologist, an oral surgeon, and lay members (non-scientific).

The telephone number of the Chair is available in every informed consent document in the contacts section. You may contact the Chair with concerns regarding your rights as a subject.

Subject Initials: _____

| THIS IS AN IMPORTANT DOCUMENT - KEEP FOR FUTURE REFERENCE |
|---|
| VERSION CONTROL |

mdc/master: 9-10-02 dao/site: 9-17-02
\\ntserver\group\current ic's\astrazeneca\5077us-0049\Weisler.doc

Protocol number 5077US/0049
Informed Consent

Richard H. Weisler, M.D.
Page 8 of 9

**APPROVED BY
INTEGREVIEW
SEPTEMBER 17, 2002**

**<u>Agreement to Be in the Study</u>**

This consent form contains important information to help you decide if you want to be in the study.  If you have any questions that are not answered in this consent form, ask one of the study staff.

A.   Do you understand the information in this consent form?                    _____

B.   Have you been able to ask questions and talk about the study?          _____

C.   Have all of your questions been answered to your satisfaction?          _____

D.   Do you think you received enough information about the study?          _____

E.   Do you understand that you can leave the study at any time
     without giving a reason and without affecting your medical care?      _____

F.   Do you understand that your medical records from this study may
     be reviewed by the Drug Company and by government authorities?      _____

If you answered NO to any of these six questions, you should not sign this consent form.

When you sign this consent form you agree that:

- you have had a chance to ask questions
- you understand English
- you  want to be in the study

You will not lose any of your legal rights by signing this consent form.

_____                    _____
Signature of Study Subject or Legally Authorized Representative          Date (Month/Day/Year)
**DO NOT SIGN AFTER SEPTEMBER 10, 2003**

_____
Printed Name of Study Subject

_____                    _____
Signature of Person Explaining Informed Consent                            Date (Month/Day/Year)

You will be given a copy of this informed consent to keep.

Subject Initials: _____

| THIS IS AN IMPORTANT DOCUMENT - KEEP FOR FUTURE REFERENCE |
| :---: |
| VERSION CONTROL |

mdc/master:  9-10-02  dao/site:  9-17-02

\\ntserver\group\current ic's\astrazeneca\5077us-0049\Weisler.doc

14

**STUDY PARTICIPANT SURVEY**
**(OPTIONAL)**
**INFORMED CONSENT DOCUMENT AND PROCESS**

*As mentioned in the informed consent document, IntegReview is an ethical review board responsible for ensuring the safety and welfare of subjects involved in medical and biomedical research. We spend a great deal of time reviewing the informed consent document to make sure you are given enough information to make an informed decision whether or not you wish to participate in the study. In addition, we want to be sure the document is easy to read and understand.*

*You can assist us in this process by providing feedback regarding your experience as a research study subject. The following questions are designed to let our board members know how to improve the informed consent documents.*

*Please provide as much information as you feel is necessary. This information will be kept confidential by IntegReview. You may use additional pages if needed.*

1. Your age: _____

2. Highest level of education completed: _____

3. Two column format of informed consent document: ☐ Easier to read than one column

   ☐ More difficult to read than one column  ☐ No difference between one or two column format

4. Words/phrases were understood: ☐ Yes ☐ No

What words/phrases did you not understand? _____

_____
_____

5. Did the study doctor or one of the staff explain what you did not understand? ☐ Yes ☐ No

6. Overall ease of reading informed consent document: ☐ Excellent ☐ Good ☐ Satisfactory ☐ Poor

7. Were you offered/allowed to take the informed consent document home to read and/or discuss with family members/friends?
   ☐ Yes ☐ No

8. If no, would you have preferred the option? ☐ Yes ☐ No

9. Did the study doctor or one of the study staff read the informed consent to you? ☐ Yes ☐ No

10. Did you feel you had enough time to read the informed consent before you were asked to make a decision?
    ☐ Yes ☐ No

11. Did you feel comfortable asking questions after you read the informed consent document? ☐ Yes ☐ No

12. Was there information not in the document that you feel should have been included? ☐ Yes ☐ No
If so, please explain: _____

_____
_____

What suggestions do you have for IntegReview that would improve the informed consent document and the process of obtaining informed consent? _____

_____

**PLEASE RETURN TO INTEGREVIEW**
**1825 FORTVIEW ROAD, SUITE 110**
**AUSTIN, TX  78704**
**512-326-3446 FAX**
**OR COMPLETE THE FORM ONLINE BY VISITING WWW.INTEGREVIEW.COM AND CLICKING**
**ON THE "SUBJECT FEEDBACK" BUTTON**

5077US/0049!0005

APPROVED BY
INTEGREVIEW
MARCH 21, 2003

INFORMED CONSENT
AGREEMENT TO BE IN A RESEARCH STUDY AND AUTHORIZATION TO USE AND
DISCLOSE MEDICAL INFORMATION

| | |
|---|---|
| **NAME OF DRUG/DEVICE COMPANY:** **CITY AND STATE:** | AstraZeneca Pharmaceuticals LP Wilmington, DE |
| **NUMBER AND NAME OF STUDY:** | 5077US/0049; "A Multicenter, Double-blind, Randomized, Placebo-controlled, Double-dummy Trial of the Use of Quetiapine Fumarate (SEROQUEL™) in the Treatment of Patients with Bipolar Depression" |
| **STUDY DOCTOR:** | Richard H. Weisler, M.D. |
| **ADDRESS OF STUDY SITE:** | 700 Spring Forest Road, Suite 125 Raleigh, NC 27609 |
| **TELEPHONE NUMBERS, DAYTIME & AFTER HOURS:** | 919-872-5900 |

## Introduction

You have been asked to participate in a clinical research study. For you to be able to decide to be part of this study, you should understand enough about its risks and benefits to make an informed judgment. This process is known as informed consent. This consent form describes the purpose, procedures, possible benefits and risks of the study. This form will also explain how your medical information will be used and who may see it. Once you understand the study, you will be asked to sign this form if you wish to participate and to allow your medical information to be collected, used and shared with certain persons involved in the study. If you are in any other research study, you cannot take part in this study.

Your healthcare provider may be an investigator (or your study doctor) for this research project, and as an investigator he/she is interested both in your clinical welfare (safety and health) and in the conduct of this study. Your study doctor is being paid by AstraZeneca to conduct this study. Before entering this study or at any time during the study, you may ask for a second opinion about your care from another doctor who is in no way associated with this study. You are not under any obligation to participate in a research project offered by your doctor nor will your treatment be affected by not participating. At any time during the study you may decide you no longer want to participate in this study; in other words, you may say "no".

If you are not completely truthful with the study doctor and study staff regarding your health history, you may harm yourself by participating in this study.

**Read this information carefully and please ask any questions to the study doctor or the study staff.**

## Purpose of the Research Study

You have been asked to participate in this research study because you have been diagnosed with bipolar disorder and are currently having a depressive episode (feeling depressed). This research study is designed to determine how effective quetiapine (Seroquel™) is compared to placebo (a non-drug tablet, like a sugar pill that

Subject Initials: _____

| THIS IS AN IMPORTANT DOCUMENT - KEEP FOR FUTURE REFERENCE |
|---|
| **VERSION CONTROL** |
| mdc/master: 9-10-02   dao/site: 9-17-02   ac/site: 10-2-02   rtg/master: 10-8-02   lma/master: 1-14-03   dao/master: 3-21-03 |
| \\ntserver\group\current ic's\AstraZeneca\5077US-0049\Weisler.doc |

16

**APPROVED BY**
**INTEGREVIEW**
**MARCH 21, 2003**

will look like quetiapine) for the treatment of your depressive episode. This study will also look at how safe quetiapine is in treating bipolar depression, as well as examine the effects of quetiapine on your overall ability to function and sleep.

There will be approximately 740 patients screened to obtain 530 enrolled patients from approximately 75 sites.

Seroquel™ was approved by the United States Food and Drug Administration (FDA) in 1997 for the treatment of schizophrenia. For the purposes of this study, it is being tested for the treatment of depressive episodes related to bipolar disorder. Therefore, it is an 'investigational product'. 'Investigational' means the formulation and/or indication being tested has not been approved by the United States Food and Drug Administration (FDA) for sale as prescription and/or over-the-counter medication. However, information from previous studies suggests it has antidepressant actions (the way it works in your body).

For the purpose of this study, the medication you may receive is an investigational product. Investigational products are similar to controlled substances, in that, if prescribed, they should not be distributed to others. In addition, if you decide you would like to stop taking the medication, you will be asked to return all unused investigational product.

**What Will Happen During The Study**

This is an outpatient (not in the hospital) study. It consists of a screening phase that lasts from 7 up to 28 days, depending on your current medication, followed by an eight week treatment phase.

If you decide to participate in this research study as a subject, you will first undergo a series of screening procedures that will be done over a period of at least 1 day. These procedures will determine if you are eligible to participate in the study.

The screening phase of this study starts once you have signed this consent form. The screening phase consists of a series of routine tests and psychiatric assessments. As a result of conducting these tests and assessments, your study doctor may determine you should not participate. In this case, you will be provided with other options for the treatment of your condition. For your own safety, it is your responsibility to tell the doctor all of your past and present diseases, allergies, medical conditions (that you are aware of), and all drugs (including non-prescribed drugs) that you are currently taking.

The screening phase entails the following psychiatric and other medical assessments:

o   A thorough interview, inquiring about your current and past mental/medical conditions. This will help your doctor determine your correct diagnosis.
o   Two additional, question and answer, assessments that will rate the severity of your depression and to check for possible symptoms of mania.
o   A complete medical history review, including diseases or conditions that may be unrelated to your bipolar disorder.
o   A physical exam, including an eye exam. If you have a history of cataracts, you should inform your study doctor.
o   Measurement of your height, weight, blood pressure and heart rate.
o   Collection of a blood sample (through a needle in a vein) for routine testing of hematology (red and white blood cells), fasting (no food or drink except water for 12 hours before the blood draw) clinical chemistry (tests of lipid levels, glucose, insulin, creatinine, and liver and thyroid function).

Subject Initials: _____

| THIS IS AN IMPORTANT DOCUMENT - KEEP FOR FUTURE REFERENCE |
|---|
| **VERSION CONTROL** |
| mdc/master: 9-10-02   dao/site: 9-17-02   ac/site: 10-2-02   rtg/master: 10-8-02   lma/master: 1-14-03   dao/master: 3-21-03 |

\\ntserver\group\current ic's\AstraZeneca\5077US-0049\Weisler.doc

Protocol number 5077US/0049                                          Richard H. Weisler, M.D.
Informed Consent                                                                  Page 3 of 11

**APPROVED BY**
**INTEGREVIEW**
**MARCH 21, 2003**

○ If you are a woman, you will also have a blood test for pregnancy; if this test is positive, you will not be able to participate in this study.

○ An electrocardiogram (ECG – an electrical tracing of your heart function).

○ Collection of a urine sample in order to test for illicit substances of abuse. The results of this test will be kept confidential. It is a required test in order to ensure your safety and cannot be used against you in a court of law. If you have used an illicit substance of abuse, you should inform your study doctor. If you have any issues with this test being performed, discuss them with your study doctor prior to deciding to participate in this study. Illicit substance use is not permitted in this study.

○ You will be asked to stop all of your medications currently used to treat your depressive episode and/or your bipolar disorder. You will be required to not use these medications from the time you are screened for the study throughout your participation. Your study doctor will instruct you in discontinuing the use of your current medications in order to ensure your safety. If you notice a worsening in your symptoms during this period, contact your study doctor immediately.

○ If abnormal results are reported from the ECG, labs or urine sample, you may be asked to return to the office for a retest. Any abnormal results reported to your study doctor will be discussed with you in order for you to obtain the proper follow-up.

Once the initial screening phase is complete and your study doctor has determined you are eligible to proceed in the study, you will return to your study doctor's office for Visit 2. This will occur anywhere from 7-28 days after your first visit. At Visit 2, the final screening will occur and your study doctor will assess whether you will be able to participate in the study.

The final screening assessment consists of the following:

○ Your study doctor will repeat the same two, question and answer, assessments which rate the severity of your depression and to check for possible symptoms of mania, that were conducted at your initial screening visit.

Once these assessments are complete and your study doctor has determined you are eligible to participate, you will be randomly (like the flip of a coin) assigned to one of the three treatments. The treatments will be either 600 mg of quetiapine per day, 300 mg of quetiapine per day, or placebo. Your chance of receiving quetiapine is twice that of placebo, that is, you have a 66% chance of receiving quetiapine and a 33% chance of receiving pills that contain no active drug. Neither you nor your study doctor or research nurse will know if you are taking quetiapine or placebo. Your condition may worsen as a result of receiving either placebo or study drug.

In addition to being randomized to treatment, the following psychiatric and medical assessments will be conducted at Visit 2:

○ Six evaluations (question and answer) of your mental condition, involuntary limb movements, how well you sleep at night and your quality of life will be conducted. The sleep assessment is a self-assessment questionnaire, which means you will complete it on your own.

○ Your blood pressure and heart rate will be recorded.

You will then be asked to come back to your study doctor's office on a weekly basis for the course of 8 weeks. Study medication is dispensed at each study visit during the treatment phase.

Subject Initials: _____

| THIS IS AN IMPORTANT DOCUMENT - KEEP FOR FUTURE REFERENCE |
|---|

| VERSION CONTROL |
|---|
| mdc/master: 9-10-02  dao/site: 9-17-02  ac/site: 10-2-02  rtg/master: 10-8-02  lms/master: 1-14-03  dao/master: 3-21-03 |

\\ntserver\group\current ic's\AstraZeneca\5077US-0049\Weisler.doc

Protocol number 5077US/0049
Informed Consent

Richard H. Weisler, M.D.
Page 4 of 11

**APPROVED BY**
**INTEGREVIEW**
**MARCH 21, 2003**

Visits 3 through 10 will consist of the following:

o The same two, question and answer, assessments which rate the severity of your depression and possible symptoms of mania will be conducted at each study visit. In addition, another depression assessment will be conducted along with an anxiety assessment.
o Your blood pressure and heart rate will be recorded.

In addition to the above assessments, the assessments of your sleep and quality of life will be conducted again at Visit 6.

At your final visit, Visit 10, the following psychiatric and medical assessments will be conducted:

o Physical Exam
o Testing of hematology (red and white blood cells) and fasting clinical chemistry (tests of lipid levels, glucose, insulin, creatinine, liver and thyroid function).
o Electrocardiogram (ECG)
o Weight, blood pressure and heart rate
o A final evaluation of all the psychiatric assessments, including sleep assessment, will be conducted at this visit.

If you decide, at any point during the treatment phase of the study, that you no longer want to participate, or if you are taken out of the study, you will be asked to return to your study doctor's office for a final visit. This is to make sure you are in good health and you have not experienced any negative health effects as a result of your study participation.

**Possible Side Effects and Risks of the Treatment**

As a result of stopping the medications you are currently taking, your condition may worsen.

Your condition may worsen as a result of taking placebo.

All therapies may cause some side effects or other reactions. You should know about possible risks and discomforts associated with quetiapine (Seroquel™) before you decide to participate in this study.

The most common side affects reported in people taking quetiapine (Seroquel™) are:

o headache
o sleepiness
o dizziness
o constipation
o dry mouth
o decreased blood pressure on standing (symptoms may be dizziness, fast heart rate, and fainting)
o increased heart rate

A very rare side effect of antipsychotic drugs, including quetiapine (Seroquel™), is Neuroleptic Malignant Syndrome. The symptoms are high fever, stiff muscles, fast heart rate, high or low blood pressure, sweating, and possibly kidney failure. Sometimes this illness results in death. Another rare side effect of antipsychotic drugs is a disorder called tardive dyskinesia, which causes uncontrollable body movements such a lip and tongue smacking. Sometimes the movements are permanent.

Some people treated with Seroquel™ have had mild and temporary increases in liver chemicals (seen in their blood stream).

Animal studies have shown a slight risk of developing cloudiness in the lens of the eye, but this increased risk has not been seen in patients taking the medication in clinical research studies. Other side effects may occur, some of which are not known and cannot be predicted. With your full cooperation regarding the

Subject Initials: _____

| THIS IS AN IMPORTANT DOCUMENT - KEEP FOR FUTURE REFERENCE |
|---|
| **VERSION CONTROL** |
| mdc/master: 9-10-02   dao/site: 9-17-02   ac/site: 10-2-02   rtg/master: 10-8-02   lma/master: 1-14-03   dao/master: 3-21-03 |

\\ntserver\group\current ic's\AstraZeneca\5077US-0049\Weisler.doc

Protocol number 5077US/0049
Informed Consent

Richard H. Weisler, M.D.
Page 5 of 11

**APPROVED BY**
**INTEGREVIEW**
**MARCH 21, 2003**

instructions given by your physician, frequent examination and the performance of laboratory tests, if these unwanted side effects happen, they can be treated quickly and the potential for your discomfort can be minimized.

In addition to the side effects for the study drug quetiapine (Seroquel™), there may be other risks to you that are not known at the present time.

During the screening period, and upon completion of the study, approximately 2 ½ tablespoons (36 ml) of blood (38 ml for women) will be drawn from a vein in your arm using standard medical procedures. The risks of venipuncture (inserting a needle in your vein to take blood) include the occurrence of discomfort and/or bruising at the site of the puncture and, less commonly, fainting, the formation of a small blood clot or swelling of the vein and surrounding tissue, or bleeding from the puncture site. There also could be infection at the site.

If you are not completely truthful with the study doctor and study staff regarding any side effects, you may harm yourself by participating in this study.

**New Findings**

You will be informed of any new information about the study drug that becomes known during the course of this study, which might affect your willingness to continue participation.

**Women of Childbearing Potential**

There might be unknown risks to an unborn child or breast-fed child if you are or if you become pregnant during the study.

Due to these risks, you must not participate in this study if you are pregnant or plan to become

pregnant during the research study period, or are breast-feeding a child.

If you are a woman of child-bearing potential:

o By signing this consent form, you confirm to the best of your knowledge that you are not pregnant now and you do not intend to become pregnant during this study.

o A pregnancy test will be done to confirm that you are not pregnant before your participation in this study.

If you are a female of childbearing potential, you need to be using a reliable method of contraception. Reliable methods include:

o oral contraceptive
o long-term injectable or implantable hormonal contraceptive
o condom and diaphragm
o condom and foam
o condom and sponge
o intrauterine device (IUD)
o tubal ligation

If at any time during this study you think you might be pregnant, or later learn that you were pregnant during the study, you must contact the study doctor immediately for further instructions regarding your participation in this study and follow up.

**Possible Benefits of the Study**

You will not experience any direct health benefits during or following completion of this study. However, your participation will provide information about the study treatment(s) and bipolar depression that may benefit others.

Subject Initials: _____

| THIS IS AN IMPORTANT DOCUMENT - KEEP FOR FUTURE REFERENCE |
|---|
| **VERSION CONTROL** |
| mdc/master: 9-10-02   dao/site: 9-17-02   ac/site: 10-2-02   rtg/master: 10-8-02   lma/master: 1-14-03   dao/master: 3-21-03 |

\\ntserver\group\current ic's\AstraZeneca\5077US-0049\Weisler.doc

Protocol number 5077US/0049
Informed Consent

Richard H. Weisler, M.D.
Page 6 of 11

**APPROVED BY**
**INTEGREVIEW**
**MARCH 21, 2003**

## Alternatives to Participating in this Study

Although there are approved treatments for mania alone (eg: lithium, valproic acid) and depression alone (SSRIs), there are no approved medications for depression associated with bipolar disorder.

## Payment for Injury Related to the Study

If you experience any side effect or injury, notify your study doctor immediately so that you can receive appropriate medical treatment.

If you suffer any side effect or other physical injury resulting directly from the research study drug, AstraZeneca will provide reimbursement for the reasonable costs of medical treatment if:

- You took the study drug as instructed by your study doctor
- Your injury was not deliberately caused
- The study doctor was immediately notified about your injury
- You followed the medical advice of the study doctor

You will not be reimbursed for lost wages or other damages or losses or for medical expenses that have been covered by your medical or hospital insurance or by third party or governmental programs providing such coverage. No other form of compensation is offered from AstraZeneca except remedies available under the law. Compensation for medical expenses is not an admission of fault or liability by AstraZeneca or anyone else.

## Legal Rights

You will not lose any of your legal rights as a research subject by signing this consent form.

## Additional Costs

The study drug, study doctor's visits, and laboratory tests related to this study will be provided at no cost to you. Neither your insurance company nor you will be charged for the services provided in the normal course of the conduct of this study.

## Your Participation in the Study

Your participation in this study is entirely voluntary. You cannot be forced to be in this study. You may not want to be in this study or you may leave the study at any time without punishment or loss of benefits to which you are entitled and without affecting your future medical care. The study doctor, the Drug Company, IntegReview, or the FDA may take you out of the study without your permission at any time for the following reasons:

- if you do not follow the instructions of the study doctor
- if it is discovered that you do not meet the study requirements
- if the study is cancelled
- if it appears to be medically harmful to you

If you leave the study or if you are taken out of the study for any reason, you will be asked to return to the study doctor's office for a final visit. This is to make sure that you are in good health.

**You must return all unused study drug and the containers to your study doctor.**

## Payment for Participation

You will not be paid for your participation in this study.

Subject Initials: _____

| THIS IS AN IMPORTANT DOCUMENT - KEEP FOR FUTURE REFERENCE |
|---|
| **VERSION CONTROL** |

mdc/master: 9-10-02    dao/site: 9-17-02    ac/site: 10-2-02    rtg/master: 10-8-02    lma/master: 1-14-03    dao/master: 3-21-03
\\ntserver\group\current ic's\AstraZeneca\5077US-0049\Weisler.doc

Protocol number 5077US/0049
Informed Consent

Richard H. Weisler, M.D.
Page 7 of 11

**APPROVED BY**
**INTEGREVIEW**
**MARCH 21, 2003**

**Confidentiality And Authorization To Collect, Use And Disclose Your Medical Information**

The following sections explain how your medical information will be collected, used and shared with certain other persons involved in the study and describes your rights, including the right to see your medical information.

**Purpose Of This Authorization**

You are being asked to permit the collection, use and sharing of your medical information so that the safety and effectiveness of the study drug can be evaluated as described on page 2 ("Purpose of the Research Study").

**What Does Medical Information Mean?**

Your medical information is information about your physical or mental health or condition. It includes your previous medical records and information about you created or collected during the study (for example, the dates or results of various tests or examinations). This information may identify you because it may contain, for example, your name, address, telephone number, photograph, date of birth, social security number, race or ethnic origin or other unique identifiers.

**Use And Disclosure Of Your Medical Information**

If you sign this form, you allow the study doctor to collect and use your medical information to carry out this study. You also allow the study doctor to share your medical information with:

o  the study sponsor, including its affiliates, its representatives and its contractors who work on behalf of the study sponsor to conduct the study
o  other doctors and health care professionals who are involved in the study

o  the Institutional Review Board (IRB) that watches over the study; and
o  government agencies overseeing this study or the study drug, including the Food and Drug Administration (FDA), other Department of Health and Human Services agencies, and government agencies in the United States and other countries.

**Will Persons Looking At Your Medical Information Be Able To Identify You?**

That part of your medical information sent by the study doctor to the study sponsor ("study data") usually does not identify you personally (for example, by name, address, or social security number). Instead, the study doctor will use your initials, date of birth and an assigned code number on the study data sent to the study sponsor. However, the study sponsor, its representatives and contractors, regulatory authorities and other supervising bodies may look at all your medical information at the study doctor's site. The reason these persons may look at your medical information is to make sure the study has been done properly and that study data has been collected correctly, or for other reasons allowed by law.

**Notice On Re-disclosure Of Your Medical Information And Confidentiality**

Federal law provides that the study doctor can only share your medical information with those persons whom you have permitted to see it. However, if you sign this form, those persons may share your medical information with other persons. Federal law does not protect you against this. (The laws of your state may provide additional privacy protection.)

**Publication Of Study Results**

Except as explained above, your medical information will be kept confidential. The data and results from this study may also be

Subject Initials: _____

| THIS IS AN IMPORTANT DOCUMENT - KEEP FOR FUTURE REFERENCE |
| --- |
| **VERSION CONTROL** |
| mdc/master: 9-10-02   dao/site: 9-17-02   ac/site: 10-2-02   rtg/master: 10-8-02   lma/master: 1-14-03   dao/master: 3-21-03 |

\\ntserver\group\current ic's\AstraZeneca\5077US-0049\Weisler.doc

**APPROVED BY**
**INTEGREVIEW**
**MARCH 21, 2003**

presented at meetings or in publications, but in those presentations people taking part in the study will not be identified by name.

### Your Right To See And/Or Copy Your Medical Information

You have the right to see and copy your medical information related to the study for as long as the study doctor holds this information. However, you may not be able to see some of your records related to the study until after the study has been completed, otherwise it could spoil the study.

### Withdrawing Your Authorization

You may withdraw your Authorization (permission) regarding your medical information at any time by writing to the study doctor at the following address: 700 Spring Forest Road, Suite 125, Raleigh, NC 27609. If you withdraw this Authorization, the study doctor will no longer use your medical information or share it with others under the Authorization for this study, unless the study doctor needs to do so to protect the study data. However, the study sponsor may still use information about you that was shared with the study sponsor before you withdrew your Authorization. If you withdraw your Authorization, you cannot continue to take part in the study.

### Expiration Of Your Authorization

Your Authorization does not have an expiration date.

### Whom To Contact

For answers to questions about this research or to report a research related injury, contact:

Richard H. Weisler, M.D.
919-872-5900 daytime and after hours

To protect the rights and safety of subjects involved in research projects the FDA requires approval of this Informed Consent document by an Institutional Review Board (IRB). This means the IRB has approved the information provided in the Informed Consent for use when enrolling subjects into this study. IntegReview Ethical Review Board has approved this research study and informed consent document. IntegReview is a group of scientific and non-scientific people that review research studies. Ethical review boards must follow the Food and Drug Administration (FDA) rules regarding the protection of the rights and welfare of human subjects involved in medical research studies. Questions about your rights as a study subject may be addressed to:

Chairperson
IntegReview
1825 Fortview Road, Suite 110
Austin, Texas 78704
512-326-3001 between 8 a.m. and 5 p.m.
Central Time (call collect)
integreview@integreview.com

### Experimental Subject's Bill of Rights

**As a subject involved in an investigational drug study, you have the following rights.**

1. Be informed of the nature and purpose of the experiment.

2. Be given an explanation of the procedures to be followed in the medical experiment, and any drug or device to be used.

3. Be given a description of any attendant discomforts and risk reasonably to be expressed from the experiment.

4. Be given an explanation of any benefits to the subject reasonably to be expected from the experiment, if applicable.

Subject Initials: _____

| THIS IS AN IMPORTANT DOCUMENT - KEEP FOR FUTURE REFERENCE |
|---|

| VERSION CONTROL |
|---|
| mdc/master: 9-10-02   dao/site: 9-17-02   ac/site: 10-2-02   rtg/master: 10-8-02   lma/master: 1-14-03   dao/master: 3-21-03 |

\\ntserver\group\current ic's\AstraZeneca\5077US-0049\Weisler.doc

Protocol number 5077US/0049
Informed Consent

Richard H. Weisler, M.D.
Page 9 of 11

**APPROVED BY**
**INTEGREVIEW**
**MARCH 21, 2003**

5. Be given a disclosure of any appropriate alternative procedures, drugs, or devices that might be advantageous to the subject, and their relative risks and benefits.

6. Be informed of the avenues of medical treatment, if any, available to the subject after the experiment if complications should arise.

7. Be given an opportunity to ask any questions concerning the experiment or the procedures involved.

8. Be instructed that consent to participate in the medical experiment may be withdrawn at any time. The subject may discontinue participation in the medical experiment without prejudice.

9. Be given a copy of a signed and dated written consent form when one is required.

10. Be given the opportunity to decide to consent or not to consent to a medical experiment without the intervention of any element of force, fraud, deceit, duress, coercion, or undue influence on the subject's decision.

**The Reason for Institutional Review Boards and Informed Consent**

*What is a consent form?*
The Informed Consent document contains the required information as found in and required by the United States regulations regarding the protection of human subjects (Code of Federal Regulations, Title 21, Part 50-Protection of Human Subjects). As required by this regulation, the informed consent must be reviewed and approved by an Institutional Review Board (IRB).

*What is an Institutional Review Board (IRB)?*
An Institutional Review Board (IRB) is any board, committee or other group which reviews, approves, and does continuing review of biomedical research involving human subjects. The primary purpose of such review is to guarantee the protection of the rights and welfare of the human subjects.

IRBs were established as the result of unfair treatment of human subjects. Prior to this, other committees existed as a requirement of the United States Public Health Service (USPHS) policy established in 1965. IRBs are regulated by the Food and Drug Administration and the National Institutes of Health (NIH).

*What does an IRB mean to me?*
The purpose of the IRB is to inform and protect human subjects through the information provided in the informed consent document. Therefore, the IRB is acting as a supporter for the research subject. This means that the IRB, during its review of the informed consent document, has the right and responsibility to ensure that the research subject is fully informed of the procedures involved in the study as well as the risks and other treatments that are available if participation in the study is refused.

*How can I tell that an IRB has reviewed and approved this study?*
The date that IntegReview approved the study design as well as the information in this Informed Consent document is printed on the top of each page of this Informed Consent form. **THIS DOES NOT MEAN THE IRB HAS APPROVED YOUR PARTICIPATION IN THE STUDY.** It is a FDA requirement that the study design (Protocol), Informed Consent form, any advertising materials, and other instructions to the subject (Subject Instructions, Patient Diaries, etc.) be reviewed and approved by an IRB. Although IRB approval is granted for the study doctor to conduct the study, you must evaluate the information in this Informed

Subject Initials: _____

| THIS IS AN IMPORTANT DOCUMENT - KEEP FOR FUTURE REFERENCE |
|---|
| **VERSION CONTROL** |
| mdc/master: 9-10-02   dao/site: 9-17-02   ac/site: 10-2-02   rtg/master: 10-8-02   lma/master: 1-14-03   dao/master: 3-21-03 |

\\ntserver\group\current ic's\AstraZeneca\5077US-0049\Weisler.doc

Protocol number 5077US/0049
Informed Consent

Richard H. Weisler, M.D.
Page 10 of 11

**APPROVED BY**
**INTEGREVIEW**
**MARCH 21, 2003**

Consent form for yourself and decide whether or not you wish to participate.

*IntegReview, the IRB for this study*
IntegReview is an independent IRB whose board members are individuals who work in the Austin community. IntegReview provides services nation-wide to research professionals.

FDA regulations require that the committee have at least five members with varying backgrounds to provide complete and adequate review of research activities.

To fulfill these requirements the IntegReview Board currently includes physicians, pharmacists, Ph.Ds., a toxicologist (someone who studies the harmful effects of chemicals), a psychologist, an oral surgeon, and lay members (non-scientific).

The telephone number of the Chair is available in every informed consent document in the contacts section. You may contact the Chair with concerns regarding your rights as a subject.

Subject Initials: _____

| THIS IS AN IMPORTANT DOCUMENT - KEEP FOR FUTURE REFERENCE |
| --- |
| **VERSION CONTROL** |
| mdc/master: 9-10-02   dao/site: 9-17-02   ac/site: 10-2-02   rtg/master: 10-8-02   lma/master: 1-14-03   dao/master: 3-21-03 |

\\ntserver\group\current ic's\AstraZeneca\5077US-0049\Weisler.doc

Protocol number 5077US/0049
Informed Consent

Richard H. Weisler, M.D.
Page 11 of 11

**APPROVED BY**
**INTEGREVIEW**
**MARCH 21, 2003**

**Agreement to Be in the Study**

This consent form contains important information to help you decide if you want to be in the study. If you have any questions that are not answered in this consent form, ask one of the study staff.

A.    Do you understand the information in this consent form?                    _____

B.    Have you been able to ask questions and talk about the study?              _____

C.    Have all of your questions been answered to your satisfaction?            _____

D.    Do you think you received enough information about the study?             _____

E.    Do you understand that you can leave the study at any time
      without giving a reason and without affecting your medical care?          _____

F.    Do you understand that your medical records from this study may
      be reviewed by the Drug Company and by government authorities?            _____

If you answered NO to any of these six questions, you should not sign this consent form.

When you sign this consent form you agree that:

o   you have had a chance to ask questions
o   you understand English
o   you  want to be in the study

You will not lose any of your legal rights by signing this consent form.

_____          _____
Signature of Study Subject or Legally Authorized Representative          Date (Month/Day/Year)
**DO NOT SIGN AFTER SEPTEMBER 10, 2003**

_____
Printed Name of Study Subject

_____          _____
Signature of Person Explaining Informed Consent          Date (Month/Day/Year)

You will be given a copy of this informed consent to keep.

Subject Initials: _____

| THIS IS AN IMPORTANT DOCUMENT - KEEP FOR FUTURE REFERENCE |
|---|
| **VERSION CONTROL** |

mdc/master: 9-10-02   dao/site: 9-17-02   ac/site: 10-2-02   rtg/master: 10-8-02   lma/master: 1-14-03   dao/master: 3-21-03
\\ntserver\group\current ic's\AstraZeneca\5077US-0049\Weisler.doc

**STUDY PARTICIPANT SURVEY**
**(OPTIONAL)**
**INFORMED CONSENT DOCUMENT AND PROCESS**

*As mentioned in the informed consent document, IntegReview is an ethical review board responsible for ensuring the safety and welfare of subjects involved in medical and biomedical research.  We spend a great deal of time reviewing the informed consent document to make sure you are given enough information to make an informed decision whether or not you wish to participate in the study.  In addition, we want to be sure the document is easy to read and understand.*

*You can assist us in this process by providing feedback regarding your experience as a research study subject.  The following questions are designed to let our board members know how to improve the informed consent documents.*

*Please provide as much information as you feel is necessary.  This information will be kept confidential by IntegReview.  You may use additional pages if needed.*

1.  Your age: _____

2.  Highest level of education completed: _____

3.  Two column format of informed consent document:  ☐ Easier to read than one column

    ☐ More difficult to read than one column   ☐ No difference between one or two column format

4.  Words/phrases were understood:  ☐ Yes  ☐ No

What words/phrases did you **not** understand? _____
_____
_____

5.  Did the study doctor or one of the staff explain what you did not understand?  ☐ Yes  ☐ No

6.  Overall ease of reading informed consent document:  ☐ Excellent  ☐ Good  ☐ Satisfactory  ☐ Poor

7.  Were you offered/allowed to take the informed consent document home to read and/or discuss with family members/friends?
    ☐ Yes  ☐ No

8.  If no, would you have preferred the option?  ☐ Yes  ☐ No

9.  Did the study doctor or one of the study staff read the informed consent to you?  ☐ Yes  ☐ No

10.  Did you feel you had enough time to read the informed consent before you were asked to make a decision?
    ☐ Yes  ☐ No

11.  Did you feel comfortable asking questions after you read the informed consent document?  ☐ Yes  ☐ No

12.  Was there information not in the document that you feel should have been included?  ☐ Yes  ☐ No
If so, please explain: _____
_____
_____

What suggestions do you have for IntegReview that would improve the informed consent document and the process of obtaining informed consent? _____
_____

**PLEASE RETURN TO INTEGREVIEW**
**1825 FORTVIEW ROAD, SUITE 110**
**AUSTIN, TX  78704**
**512-326-3446 FAX**
**OR COMPLETE THE FORM ONLINE BY VISITING WWW.INTEGREVIEW.COM AND CLICKING**
**ON THE "SUBJECT FEEDBACK" BUTTON**

5077US/0049 ᴄ×ᴏ2 9

**APPROVED BY**
**INTEGREVIEW**
**FEBRUARY 21, 2003**

**INFORMED CONSENT**
**AGREEMENT TO BE IN A RESEARCH STUDY**

| | |
|---|---|
| **NAME OF DRUG/DEVICE COMPANY:** **CITY AND STATE:** | AstraZeneca Pharmaceuticals LP Wilmington, DE |
| **NUMBER AND NAME OF STUDY:** | 5077US/0049;   "A   Multicenter,   Double-blind, Randomized, Placebo-controlled, Double-dummy Trial of the Use of Quetiapine Fumarate (SEROQUEL™) in the Treatment of Patients with Bipolar Depression" |
| **STUDY DOCTOR:** | Janice Miller, M.D. |
| **ADDRESS OF STUDY SITE:** | Clinical Neuroscience Solutions, Inc. 5601 Corporate Way, Bldg. 2, Suite # 210 West Palm Beach, FL  33407 |
| **TELEPHONE NUMBERS, DAYTIME & AFTER HOURS:** | 561-616-9595 |

**Introduction**

You have been asked to participate in a clinical research study. For you to be able to decide to be part of this study, you should understand enough about its risks and benefits to make an informed judgment. This process is known as informed consent. This consent form describes the purpose, procedures, possible benefits and risks of the study. Once you understand the study, you will be asked to sign this form if you wish to participate. If you are in any other research study, you cannot take part in this study.

Your healthcare provider may be an investigator (or your study doctor) for this research project, and as an investigator he/she is interested both in your clinical welfare (safety and health) and in the conduct of this study. Your study doctor is being paid by AstraZeneca to conduct this study. Before entering this study or at any time during the study, you may ask for a second opinion about your care from another doctor who is in no way associated with this study. You are not under any obligation to participate in a research project offered by your doctor nor will your treatment be affected by not

participating. At any time during the study you may decide you no longer want to participate in this study; in other words, you may say "no".

If you are not completely truthful with the study doctor and study staff regarding your health history, you may harm yourself by participating in this study.

**Read this information carefully and please ask any questions to the study doctor or the study staff.**

**Purpose of the Research Study**

You have been asked to participate in this research study because you have been diagnosed with bipolar disorder and are currently having a depressive episode (feeling depressed). This research study is designed to determine how effective quetiapine (Seroquel™) is compared to placebo (a non-drug tablet, like a sugar pill that will look like quetiapine) for the treatment of your depressive episode. This study will also look at how safe quetiapine is in treating bipolar depression, as well as examine the effects of

Subject Initials: _____

| |
|---|
| **THIS IS AN IMPORTANT DOCUMENT - KEEP FOR FUTURE REFERENCE** |
| **VERSION CONTROL** |
| mdc/master: 9-10-02   rtg/master: 10-8-02   lma/master: 1-14-03   rtg/site: 2-21-03 |
| \\ntserver\group\current ic's\AstraZeneca\5077US-0049\Miller.doc |

Protocol number 5077US/0049
Informed Consent

Janice Miller, M.D.
Page 2 of 10

**APPROVED BY**
**INTEGREVIEW**
**FEBRUARY 21, 2003**

quetiapine on your overall ability to function and sleep.

There will be approximately 740 patients screened to obtain 530 enrolled patients from approximately 75 sites.

Seroquel™ was approved by the United States Food and Drug Administration (FDA) in 1997 for the treatment of schizophrenia. For the purposes of this study, it is being tested for the treatment of depressive episodes related to bipolar disorder. Therefore, it is an 'investigational product'. 'Investigational' means the formulation and/or indication being tested has not been approved by the United States Food and Drug Administration (FDA) for sale as prescription and/or over-the-counter medication. However, information from previous studies suggests it has antidepressant actions (the way it works in your body).

For the purpose of this study, the medication you may receive is an investigational product. Investigational products are similar to controlled substances, in that, if prescribed, they should not be distributed to others. In addition, if you decide you would like to stop taking the medication, you will be asked to return all unused investigational product.

**What Will Happen During The Study**

This is an outpatient (not in the hospital) study. It consists of a screening phase that lasts from 7 up to 28 days, depending on your current medication, followed by an eight week treatment phase.

If you decide to participate in this research study as a subject, you will first undergo a series of screening procedures that will be done over a period of at least 1 day. These procedures will determine if you are eligible to participate in the study.

The screening phase of this study starts once you have signed this consent form. The screening phase consists of a series of routine tests and psychiatric assessments. As a result of conducting these tests and assessments, your study doctor may determine you should not participate. In this case, you will be provided with other options for the treatment of your condition. For your own safety, it is your responsibility to tell the doctor all of your past and present diseases, allergies, medical conditions (that you are aware of), and all drugs (including non-prescribed drugs) that you are currently taking.

The screening phase entails the following psychiatric and other medical assessments:

- A thorough interview, inquiring about your current and past mental/medical conditions. This will help your doctor determine your correct diagnosis.
- Two additional, question and answer, assessments that will rate the severity of your depression and to check for possible symptoms of mania.
- A complete medical history review, including diseases or conditions that may be unrelated to your bipolar disorder.
- A physical exam, including an eye exam. If you have a history of cataracts, you should inform your study doctor.
- Measurement of your height, weight, blood pressure and heart rate.
- Collection of a blood sample (through a needle in a vein) for routine testing of hematology (red and white blood cells), fasting (no food or drink except water for 12 hours before the blood draw) clinical chemistry (tests of lipid levels, glucose, insulin, creatinine, and liver and thyroid function).
- If you are a woman, you will also have a blood test for pregnancy; if this test is positive, you will not be able to participate in this study.

Subject Initials: _____

| THIS IS AN IMPORTANT DOCUMENT - KEEP FOR FUTURE REFERENCE |
| --- |

| VERSION CONTROL |
| --- |
| mdc/master: 9-10-02   rtg/master: 10-8-02   lma/master: 1-14-03   rtg/site: 2-21-03 |

\\ntserver\group\current ic's\AstraZeneca\5077US-0049\Miller.doc

Protocol number 5077US/0049                                        Janice Miller, M.D.
Informed Consent                                                        Page 3 of 10

## APPROVED BY
## INTEGREVIEW
## FEBRUARY 21, 2003

- An electrocardiogram (ECG – an electrical tracing of your heart function).
- Collection of a urine sample in order to test for illicit substances of abuse. The results of this test will be kept confidential. It is a required test in order to ensure your safety and cannot be used against you in a court of law. If you have used an illicit substance of abuse, you should inform your study doctor. If you have any issues with this test being performed, discuss them with your study doctor prior to deciding to participate in this study. Illicit substance use is not permitted in this study.
- You will be asked to stop all of your medications currently used to treat your depressive episode and/or your bipolar disorder. You will be required to not use these medications from the time you are screened for the study throughout your participation. Your study doctor will instruct you in discontinuing the use of your current medications in order to ensure your safety. If you notice a worsening in your symptoms during this period, contact your study doctor immediately.
- If abnormal results are reported from the ECG, labs or urine sample, you may be asked to return to the office for a retest. Any abnormal results reported to your study doctor will be discussed with you in order for you to obtain the proper follow-up.

Once the initial screening phase is complete and your study doctor has determined you are eligible to proceed in the study, you will return to your study doctor's office for Visit 2. This will occur anywhere from 7-28 days after your first visit. At Visit 2, the final screening will occur and your study doctor will assess whether you will be able to participate in the study.

The final screening assessment consists of the following:

- Your study doctor will repeat the same two, question and answer, assessments which rate the severity of your depression and to check for possible symptoms of mania, that were conducted at your initial screening visit.

Once these assessments are complete and your study doctor has determined you are eligible to participate, you will be randomly (like the flip of a coin) assigned to one of the three treatments. The treatments will be either 600 mg of quetiapine per day, 300 mg of quetiapine per day, or placebo. Your chance of receiving quetiapine is twice that of placebo, that is, you have a 66% chance of receiving quetiapine and a 33% chance of receiving pills that contain no active drug. Neither you nor your study doctor or research nurse will know if you are taking quetiapine or placebo. Your condition may worsen as a result of receiving either placebo or study drug.

In addition to being randomized to treatment, the following psychiatric and medical assessments will be conducted at Visit 2:

- Six evaluations (question and answer) of your mental condition, involuntary limb movements, how well you sleep at night and your quality of life will be conducted. The sleep assessment is a self-assessment questionnaire, which means you will complete it on your own.
- Your blood pressure and heart rate will be recorded.

You will then be asked to come back to your study doctor's office on a weekly basis for the course of 8 weeks. Study medication is dispensed at each study visit during the treatment phase.

Subject Initials: _____

**THIS IS AN IMPORTANT DOCUMENT - KEEP FOR FUTURE REFERENCE**

**VERSION CONTROL**
mdc/master: 9-10-02   rtg/master: 10-8-02   lma/master: 1-14-03   rtg/site: 2-21-03
\\ntserver\group\current ic's\AstraZeneca\5077US-0049\Miller.doc

Protocol number 5077US/0049
Informed Consent

Janice Miller, M.D.
Page 4 of 10

**APPROVED BY**
**INTEGREVIEW**
**FEBRUARY 21, 2003**

Visits 3 through 10 will consist of the following:

- The same two, question and answer, assessments which rate the severity of your depression and possible symptoms of mania will be conducted at each study visit. In addition, another depression assessment will be conducted along with an anxiety assessment.
- Your blood pressure and heart rate will be recorded.

In addition to the above assessments, the assessments of your sleep and quality of life will be conducted again at Visit 6.

At your final visit, Visit 10, the following psychiatric and medical assessments will be conducted:

- Physical Exam
- Testing of hematology (red and white blood cells) and fasting clinical chemistry (tests of lipid levels, glucose, insulin, creatinine, liver and thyroid function).
- Electrocardiogram (ECG)
- Weight, blood pressure and heart rate
- A final evaluation of all the psychiatric assessments, including sleep assessment, will be conducted at this visit.

If you decide, at any point during the treatment phase of the study, that you no longer want to participate, or if you are taken out of the study, you will be asked to return to your study doctor's office for a final visit. This is to make sure you are in good health and you have not experienced any negative health effects as a result of your study participation.

**Possible Side Effects and Risks of the Treatment**

As a result of stopping the medications you are currently taking, your condition may worsen.

Your condition may worsen as a result of taking placebo.

All therapies may cause some side effects or other reactions. You should know about possible risks and discomforts associated with quetiapine (Seroquel™) before you decide to participate in this study.

The most common side affects reported in people taking quetiapine (Seroquel™) are:

- headache
- sleepiness
- dizziness
- constipation
- dry mouth
- decreased blood pressure on standing (symptoms may be dizziness, fast heart rate, and fainting)
- increased heart rate

A very rare side effect of antipsychotic drugs, including quetiapine (Seroquel™), is Neuroleptic Malignant Syndrome. The symptoms are high fever, stiff muscles, fast heart rate, high or low blood pressure, sweating, and possibly kidney failure. Sometimes this illness results in death. Another rare side effect of antipsychotic drugs is a disorder called tardive dyskinesia, which causes uncontrollable body movements such a lip and tongue smacking. Sometimes the movements are permanent.

Some people treated with Seroquel™ have had mild and temporary increases in liver chemicals (seen in their blood stream).

Animal studies have shown a slight risk of developing cloudiness in the lens of the eye, but this increased risk has not been seen in patients taking the medication in clinical research studies. Other side effects may occur, some of which are not known and cannot be predicted. With your full cooperation regarding the

Subject Initials: _____

| THIS IS AN IMPORTANT DOCUMENT - KEEP FOR FUTURE REFERENCE |
|---|

| VERSION CONTROL |
|---|
| mdc/master: 9-10-02   rtg/master: 10-8-02   lma/master: 1-14-03   rtg/site: 2-21-03 |

\\ntserver\group\current ic's\AstraZeneca\5077US-0049\Miller.doc

**APPROVED BY
INTEGREVIEW
FEBRUARY 21, 2003**

instructions given by your physician, frequent examination and the performance of laboratory tests, if these unwanted side effects happen, they can be treated quickly and the potential for your discomfort can be minimized.

In addition to the side effects for the study drug quetiapine (Seroquel™), there may be other risks to you that are not known at the present time.

During the screening period, and upon completion of the study, approximately 2 ½ tablespoons (36 ml) of blood (38 ml for women) will be drawn from a vein in your arm using standard medical procedures. The risks of venipuncture (inserting a needle in your vein to take blood) include the occurrence of discomfort and/or bruising at the site of the puncture and, less commonly, fainting, the formation of a small blood clot or swelling of the vein and surrounding tissue, or bleeding from the puncture site. There also could be infection at the site.

If you are not completely truthful with the study doctor and study staff regarding any side effects, you may harm yourself by participating in this study.

<u>New Findings</u>

You will be informed of any new information about the study drug that becomes known during the course of this study, which might affect your willingness to continue participation.

<u>Women of Childbearing Potential</u>

There might be unknown risks to an unborn child or breast-fed child if you are or if you become pregnant during the study.

Due to these risks, you must not participate in this study if you are pregnant or plan to become pregnant during the research study period, or are breast-feeding a child.

If you are a woman of child-bearing potential:

- By signing this consent form, you confirm to the best of your knowledge that you are not pregnant now and you do not intend to become pregnant during this study.
- A pregnancy test will be done to confirm that you are not pregnant before your participation in this study.

If you are a female of childbearing potential, you need to be using a reliable method of contraception. Reliable methods include:

- oral contraceptive
- long-term injectable or implantable hormonal contraceptive
- condom and diaphragm
- condom and foam
- condom and sponge
- intrauterine device (IUD)
- tubal ligation

If at any time during this study you think you might be pregnant, or later learn that you were pregnant during the study, you must contact the study doctor immediately for further instructions regarding your participation in this study and follow up.

<u>Possible Benefits of the Study</u>

You will not experience any direct health benefits during or following completion of this study. However, your participation will provide information about the study treatment(s) and bipolar depression that may benefit others.

<u>Alternatives to Participating in this Study</u>

Although there are approved treatments for mania alone (eg: lithium, valproic acid) and depression alone (SSRIs), there are no approved

Subject Initials: _____

---

**THIS IS AN IMPORTANT DOCUMENT - KEEP FOR FUTURE REFERENCE**

**VERSION CONTROL**
mdc/master: 9-10-02   rtg/master:  10-8-02   lma/master: 1-14-03   rtg/site: 2-21-03
\\ntserver\group\current ic's\AstraZeneca\5077US-0049\Miller.doc

**APPROVED BY
INTEGREVIEW
FEBRUARY 21, 2003**

medications for depression associated with bipolar disorder.

<u>**Payment for Injury Related to the Study**</u>

If you experience any side effect or injury, notify your study doctor immediately so that you can receive appropriate medical treatment.

If you suffer any side effect or other physical injury resulting directly from the research study drug, AstraZeneca will provide reimbursement for the reasonable costs of medical treatment if:

- You took the study drug as instructed by your study doctor
- Your injury was not deliberately caused
- The study doctor was immediately notified about your injury
- You followed the medical advice of the study doctor

You will not be reimbursed for lost wages or other damages or losses or for medical expenses that have been covered by your medical or hospital insurance or by third party or governmental programs providing such coverage. No other form of compensation is offered from AstraZeneca except remedies available under the law. Compensation for medical expenses is not an admission of fault or liability by AstraZeneca or anyone else.

<u>**Legal Rights**</u>

You will not lose any of your legal rights as a research subject by signing this consent form.

<u>**Additional Costs**</u>

The study drug, study doctor's visits, and laboratory tests related to this study will be provided at no cost to you. Neither your insurance company nor you will be charged for the services provided in the normal course of the conduct of this study.

<u>**Your Participation in the Study**</u>

Your participation in this study is entirely voluntary. You cannot be forced to be in this study. You may not want to be in this study or you may leave the study at any time without punishment or loss of benefits to which you are entitled and without affecting your future medical care. The study doctor, the Drug Company, IntegReview, or the FDA may take you out of the study without your permission at any time for the following reasons:

- if you do not follow the instructions of the study doctor
- if it is discovered that you do not meet the study requirements
- if the study is cancelled
- if it appears to be medically harmful to you

If you leave the study or if you are taken out of the study for any reason, you will be asked to return to the study doctor's office for a final visit. This is to make sure that you are in good health.

**You must return all unused study drug and the containers to your study doctor.**

<u>**Payment for Participation**</u>

You will not be paid for your participation in this study.

<u>**Release Of Your Medical Records And Privacy (Confidentiality)**</u>

All study data will be kept confidential; however, authorized personnel from AstraZeneca, its representatives, the FDA, other Department of Health and Human Services agencies, government agencies in other countries, and IntegReview, the Institutional Review Board (IRB) may have access to the data. The data and results from this study may also be presented at meetings or in publications,

Subject Initials: _____

<u>THIS IS AN IMPORTANT DOCUMENT - KEEP FOR FUTURE REFERENCE</u>

**VERSION CONTROL**

mdc/master: 9-10-02   rtg/master: 10-8-02   lma/master: 1-14-03   rtg/site: 2-21-03
\\ntserver\group\current ic's\AstraZeneca\5077US-0049\Miller.doc

Protocol number 5077US/0049
Informed Consent

Janice Miller, M.D.
Page 7 of 10

**APPROVED BY**
**INTEGREVIEW**
**FEBRUARY 21, 2003**

but in those presentations study participants will not be identified by name.

**Whom To Contact**

For answers to questions about this research or to report a research related injury, contact:

Janice Miller, M.D.
561-616-9595 daytime and after hours

To protect the rights and safety of subjects involved in research projects the FDA requires approval of this Informed Consent document by an Institutional Review Board (IRB). This means the IRB has approved the information provided in the Informed Consent for use when enrolling subjects into this study. IntegReview Ethical Review Board has approved this research study and informed consent document. IntegReview is a group of scientific and non-scientific people that review research studies. Ethical review boards must follow the Food and Drug Administration (FDA) rules regarding the protection of the rights and welfare of human subjects involved in medical research studies. Questions about your rights as a study subject may be addressed to:

Chairperson
IntegReview
1825 Fortview Road, Suite 110
Austin, Texas 78704
512-326-3001 between 8 a.m. and 5 p.m.
Central Time (call collect)
integreview@integreview.com

**Experimental Subject's Bill of Rights**

**As a subject involved in an investigational drug study, you have the following rights.**

1. Be informed of the nature and purpose of the experiment.

2. Be given an explanation of the procedures to be followed in the medical experiment, and any drug or device to be used.

3. Be given a description of any attendant discomforts and risk reasonably to be expressed from the experiment.

4. Be given an explanation of any benefits to the subject reasonably to be expected from the experiment, if applicable.

5. Be given a disclosure of any appropriate alternative procedures, drugs, or devices that might be advantageous to the subject, and their relative risks and benefits.

6. Be informed of the avenues of medical treatment, if any, available to the subject after the experiment if complications should arise.

7. Be given an opportunity to ask any questions concerning the experiment or the procedures involved.

8. Be instructed that consent to participate in the medical experiment may be withdrawn at any time. The subject may discontinue participation in the medical experiment without prejudice.

9. Be given a copy of a signed and dated written consent form when one is required.

10. Be given the opportunity to decide to consent or not to consent to a medical experiment without the intervention of any element of force, fraud, deceit, duress, coercion, or undue influence on the subject's decision.

Subject Initials: _____

| THIS IS AN IMPORTANT DOCUMENT - KEEP FOR FUTURE REFERENCE |
|---|
| **VERSION CONTROL** |
| mdc/master: 9-10-02  rtg/master: 10-8-02  lma/master: 1-14-03  rtg/site: 2-21-03 |

\\ntserver\group\current ic's\AstraZeneca\5077US-0049\Miller.doc

## APPROVED BY
## INTEGREVIEW
## FEBRUARY 21, 2003

### The Reason for Institutional Review Boards and Informed Consent

*What is a consent form?*
The Informed Consent document contains the required information as found in and required by the United States regulations regarding the protection of human subjects (Code of Federal Regulations, Title 21, Part 50-Protection of Human Subjects).   As required by this regulation, the informed consent must be reviewed and approved by an Institutional Review Board (IRB).

*What is an Institutional Review Board (IRB)?*
An Institutional Review Board (IRB) is any board, committee or other group which reviews, approves, and does continuing review of biomedical research involving human subjects. The primary purpose of such review is to guarantee the protection of the rights and welfare of the human subjects.

IRBs were established as the result of unfair treatment of human subjects.  Prior to this, other committees existed as a requirement of the United States Public Health Service (USPHS) policy established in 1965.  IRBs are regulated by the Food and Drug Administration and the National Institutes of Health (NIH).

*What does an IRB mean to me?*
The purpose of the IRB is to inform and protect human subjects through the information provided in the informed consent document. Therefore, the IRB is acting as a supporter for the research subject. This means that the IRB, during its review of the informed consent document, has the right and responsibility to ensure that the research subject is fully informed of the procedures involved in the study as well as the risks and other treatments that are available if participation in the study is refused.

*How can I tell that an IRB has reviewed and approved this study?*
The date that IntegReview approved the study design as well as the information in this Informed Consent document is printed on the top of each page of this Informed Consent form. **THIS DOES NOT MEAN THE IRB HAS APPROVED YOUR PARTICIPATION IN THE STUDY.** It is a FDA requirement that the study design (Protocol), Informed Consent form, any advertising materials, and other instructions to the subject (Subject Instructions, Patient Diaries, etc.) be reviewed and approved by an IRB.  Although IRB approval is granted for the study doctor to conduct the study, you must evaluate the information in this Informed Consent form for yourself and decide whether or not you wish to participate.

*IntegReview, the IRB for this study*
IntegReview is an independent IRB whose board members are individuals who work in the Austin community.    IntegReview provides services nation-wide to research professionals.

FDA regulations require that the committee have at least five members with varying backgrounds to provide complete and adequate review of research activities.

To fulfill these requirements the IntegReview Board currently includes physicians, pharmacists, Ph.Ds., a toxicologist (someone who studies the harmful effects of chemicals), a psychologist, an oral surgeon, and lay members (non-scientific).

The telephone number of the Chair is available in every informed consent document in the contacts section.  You may contact the Chair with concerns regarding your rights as a subject.

Subject Initials: _____

| THIS IS AN IMPORTANT DOCUMENT - KEEP FOR FUTURE REFERENCE |
| --- |

| VERSION CONTROL |
| --- |
| mdc/master:  9-10-02   rtg/master:  10-8-02   lma/master:  1-14-03   rtg/site: 2-21-03 |
| \\ntserver\group\current ic's\AstraZeneca\5077US-0049Miller.doc |

Protocol number 5077US/0049                                      Janice Miller, M.D.
Informed Consent                                                  Page 9 of 10

**APPROVED BY
INTEGREVIEW
FEBRUARY 21, 2003**

**<u>Agreement to Be in the Study</u>**

This consent form contains important information to help you decide if you want to be in the study.  If you have any questions that are not answered in this consent form, ask one of the study staff.

A.      Do you understand the information in this consent form?                    _____

B.      Have you been able to ask questions and talk about the study?            _____

C.      Have all of your questions been answered to your satisfaction?           _____

D.      Do you think you received enough information about the study?            _____

E.      Do you understand that you can leave the study at any time
        without giving a reason and without affecting your medical care?         _____

F.      Do you understand that your medical records from this study may
        be reviewed by the Drug Company and by government authorities?          _____

If you answered NO to any of these six questions, you should not sign this consent form.

When you sign this consent form you agree that:

- you have had a chance to ask questions
- you understand English
- you  want to be in the study

You will not lose any of your legal rights by signing this consent form.

_____
Signature of Study Subject or Legally Authorized Representative          Date (Month/Day/Year)
**DO NOT SIGN AFTER SEPTEMBER 10, 2003**


_____
Printed Name of Study Subject


_____
Signature of Person Explaining Informed Consent                   Date (Month/Day/Year)


You will be given a copy of this informed consent to keep.

                                                        Subject Initials: _____

**THIS IS AN IMPORTANT DOCUMENT - KEEP FOR FUTURE REFERENCE**

**VERSION CONTROL**
mdc/master:  9-10-02   rtg/master:  10-8-02   lma/master:  1-14-03   rtg/site:  2-21-03
\\ntserver\group\current ic's\AstraZeneca\5077US-0049\Miller.doc

Protocol number 5077US/0049
Informed Consent

Janice Miller, M.D.
Page 10 of 10

**APPROVED BY**
**INTEGREVIEW**
**FEBRUARY 21, 2003**

**Addendum to Informed Consent**
**Consent to Perform**

**AstraZeneca Trial 5077US/0049 "A Multicenter, Double-blind, Randomized, Placebo-controlled, Double-dummy Trial of the Use of Quetiapine Fumarate (SEROQUEL™) in the Treatment of Patients with Bipolar Depression"**

Part of this study involves the use of a computer to answer some questions about your depression. This is a computer-based self-report measure of depression severity that you will perform after you have answered the questions asked by a study clinician. It may help ensure that your study doctor accurately assessed your depression.

There is no direct benefit to you in having these tests performed. None of the results will be reported in the Clinical Trial Report that is written at the end of the study. None of the results will be provided to you, your family, the investigator, or to any other physician who is treating you or may treat you in the future. Neither your insurance company nor your employer will have any access to these test results.

Participation in this part of the study is optional. You will receive the same treatment and care under the study protocol whether or not you decide to perform the computer-based self-report. If you decide to participate, you will be asked to do this at each visit after one of the severity of depression interviews is done. It will take about 15 minutes of your time.

I have read and I understand this section.

I consent to the computer- based self-report described in this section.

You will not lose any of your legal rights by signing this consent form

_____     _____
Signature of Study Subject or Legally Authorized Representative          Date (Month/Day/Year)
**DO NOT SIGN AFTER SEPTEMBER 10, 2003**

_____
Printed Name of Study Subject

_____     _____
Signature of Person Explaining Informed Consent                    Date (Month/Day/Year)

You will be given a copy of this informed consent to keep.

Subject Initials: _____

| THIS IS AN IMPORTANT DOCUMENT - KEEP FOR FUTURE REFERENCE |
|---|
| **VERSION CONTROL** |
| mdc/master:  9-10-02   rtg/master:  10-8-02   lma/master:  1-14-03   rtg/site:  2-21-03 |

\\ntserver\group\current ic's\AstraZeneca\5077US-0049\Miller.doc

**STUDY PARTICIPANT SURVEY**
**(OPTIONAL)**
**INFORMED CONSENT DOCUMENT AND PROCESS**

*As mentioned in the informed consent document, IntegReview is an ethical review board responsible for ensuring the safety and welfare of subjects involved in medical and biomedical research. We spend a great deal of time reviewing the informed consent document to make sure you are given enough information to make an informed decision whether or not you wish to participate in the study. In addition, we want to be sure the document is easy to read and understand.*

*You can assist us in this process by providing feedback regarding your experience as a research study subject. The following questions are designed to let our board members know how to improve the informed consent documents.*

*Please provide as much information as you feel is necessary. This information will be kept confidential by IntegReview. You may use additional pages if needed.*

1.   Your age: _____

2.   Highest level of education completed: _____

3.   Two column format of informed consent document:  ☐ Easier to read than one column

      ☐ More difficult to read than one column   ☐ No difference between one or two column format

4.   Words/phrases were understood:  ☐ Yes  ☐ No

What words/phrases did you not understand? _____
_____
_____

5.   Did the study doctor or one of the staff explain what you did not understand? ☐ Yes  ☐ No

6.   Overall ease of reading informed consent document: ☐ Excellent ☐ Good ☐ Satisfactory ☐ Poor

7.   Were you offered/allowed to take the informed consent document home to read and/or discuss with family members/friends?
      ☐ Yes  ☐ No

8.   If no, would you have preferred the option? ☐ Yes  ☐ No

9.   Did the study doctor or one of the study staff read the informed consent to you? ☐ Yes  ☐ No

10.  Did you feel you had enough time to read the informed consent before you were asked to make a decision?
      ☐ Yes  ☐ No

11.  Did you feel comfortable asking questions after you read the informed consent document? ☐ Yes  ☐ No

12.  Was there information not in the document that you feel should have been included? ☐ Yes  ☐ No
If so, please explain: _____
_____
_____
_____

What suggestions do you have for IntegReview that would improve the informed consent document and the process of obtaining informed consent? _____
_____

**PLEASE RETURN TO INTEGREVIEW**
**1825 FORTVIEW ROAD, SUITE 110**
**AUSTIN, TX  78704**
**512-326-3446 FAX**
**OR COMPLETE THE FORM ONLINE BY VISITING WWW.INTEGREVIEW.COM AND CLICKING**
**ON THE "SUBJECT FEEDBACK" BUTTON**



| Clinical Study Report: Appendix 12.1.4 | |
| --- | --- |
| Drug Substance | Quetiapine fumarate |
| Study Code | D1447L00001 |

# Appendix 12.1.4
# Participants in the study

Clinical Study Report: Appendix 12.1.4
Study Code: D1447L00001

## 12.1.4.1    List of staff at investigational site(s)

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Role in the study |
|---|---|---|---|---|---|
| USA | 0001 | Joseph Calabrese | University Hospitals of Cleveland, Mood Disorders Program, 11400 Euclid Avenue, Suite 200 Cleveland, OH  44106 | MD | Principal Investigator |
| USA | 0001 | Aditi Mehta | University Hospitals of Cleveland, Mood Disorders Program, 11400 Euclid Avenue, Suite 200 Cleveland, OH  44106 | MD | Sub-Investigator |
| USA | 0001 | Melvin D. Shelton | University Hospitals of Cleveland, Mood Disorders Program, 11400 Euclid Avenue, Suite 200 Cleveland, OH  44106 | MD, PhD | Sub-Investigator |
| USA | 0001 | Omar Elhaj | University Hospitals of Cleveland, Mood Disorders Program, 11400 Euclid Avenue, Suite 200 Cleveland, OH  44106 | MD | Sub-Investigator |
| USA | 0001 | Poonam Singh | University Hospitals of Cleveland, Mood Disorders Program, 11400 Euclid Avenue, Suite 200 Cleveland, OH  44106 | MD | Sub-Investigator |
| USA | 0002 | Mohammed Y. Alam | American Medical Research, Inc 1200 Harger Road, Suite 415 Oak Brook, IL  60523 | MD | Principal Investigator |
| USA | 0002 | Syed H. Anwar | American Medical Research, Inc 1200 Harger Road, Suite 415 Oak Brook, IL  60523 | MD | Sub-Investigator |

Clinical Study Report: Appendix 12.1.4
Study Code: D1447L00001

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Role in the study |
|---|---|---|---|---|---|
| USA | 0002 | Gulzar S. Fidai | American Medical Research, Inc 1200 Harger Road, Suite 415 Oak Brook, IL  60523 | MD | Sub-Investigator |
| USA | 0002 | Sandeep Gaonkar | American Medical Research, Inc 1200 Harger Road, Suite 415 Oak Brook, IL  60523 | MD | Sub-Investigator |
| USA | 0002 | Nageswara R. Nagarakanti | American Medical Research, Inc 1200 Harger Road, Suite 415 Oak Brook, IL  60523 | MD | Sub-Investigator |
| USA | 0002 | Ziauddin Ahmed | American Medical Research, Inc 1200 Harger Road, Suite 415 Oak Brook, IL  60523 | MD | Sub-Investigator |
| USA | 0002 | Khaja Aliuddin | American Medical Research, Inc 1200 Harger Road, Suite 415 Oak Brook, IL  60523 | MD | Sub-Investigator |
| USA | 0003 | Valerie Arnold | Clinical NeuroScience Solutions 6401 Poplar Avenue Memphis, TN  38119 | MD | Principal Investigator |
| USA | 0003 | Lora J. McGill | Clinical NeuroScience Solutions 6401 Poplar Avenue Memphis, TN  38119 | MD | Sub-Investigator |
| USA | 0003 | Steven N. Rice | Clinical NeuroScience Solutions 6401 Poplar Avenue Memphis, TN  38119 | MD | Sub-Investigator |
| USA | 0004 | Charles Bailey | Clinical NeuroScience Solutions 77 West Underwood Street, Suite 420 Orlando, FL  32806 | MD | Principal Investigator |
| USA | 0004 | Linda Harper | Clinical NeuroScience Solutions 77 West Underwood Street, Suite 420 Orlando, FL  32806 | MD | Sub-Investigator |
| USA | 0004 | Richard Saini | Clinical NeuroScience Solutions 77 West Underwood Street, Suite 420 Orlando, FL  32806 | MD | Sub-Investigator |

3

Clinical Study Report: Appendix 12.1.4
Study Code: D1447L00001

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Role in the study |
|---|---|---|---|---|---|
| USA | 0004 | Scott West | Clinical NeuroScience Solutions 77 West Underwood Street, Suite 420 Orlando, FL  32806 | MD | Sub-Investigator |
| USA | 0005 | Richard Weisler | Richard H. Weisler, M.D. & Associates 700 Spring Forest Road, Suite 125 Raleigh, NC  27609 | MD | Principal Investigator |
| USA | 0005 | Diana Dell | Richard H. Weisler, M.D. & Associates 700 Spring Forest Road, Suite 125 Raleigh, NC  27609 | MD | Sub-Investigator |
| USA | 0005 | Susan Van Meter | Richard H. Weisler, M.D. & Associates 700 Spring Forest Road, Suite 125 Raleigh, NC  27609 | MD | Sub-Investigator |
| USA | 0005 | Beth A. Ridgeway | Richard H. Weisler, M.D. & Associates 700 Spring Forest Road, Suite 125 Raleigh, NC  27609 | MD | Sub-Investigator |
| USA | 0006 | Lawrence D. Ginsberg | Red Oak Psychiatry Services 17115 Red Oak Dr., Suite 109 Houston, TX  77090 | MD | Principal Investigator |
| USA | 0006 | Robert Bogan | Red Oak Psychiatry Services 17115 Red Oak Dr., Suite 109 Houston, TX  77090 | MD | Sub-Investigator |
| USA | 0006 | Terry W. Hugg | Red Oak Psychiatry Services 17115 Red Oak Dr., Suite 109 Houston, TX  77090 | MD | Sub-Investigator |
| USA | 0007 | Irving S. Kolin | Kolin Research Group 1065 West Morse Boulevard, Suite 202 Winter Park, FL 32789 | MD, PA | Principal Investigator |

4

Clinical Study Report: Appendix 12.1.4
Study Code: D1447L00001

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Role in the study |
|---|---|---|---|---|---|
| USA | 0007 | Thomas Guest | Kolin Research Group 1065 West Morse Boulevard, Suite 202 Winter Park, FL 32789 | PhD | Sub-Investigator |
| USA | 0007 | Lillian T. Saavedra | Kolin Research Group 1065 West Morse Boulevard, Suite 202 Winter Park, FL 32789 | MD | Sub-Investigator |
| USA | 0008 | David W. Brown | Community Clinical Research 4411 Medical Parkway Austin, TX 78756-3313 | MD | Principal Investigator |
| USA | 0008 | Susan D. Thompson | Community Clinical Research 4411 Medical Parkway Austin, TX 78756-3313 | MD | Sub-Investigator |
| USA | 0008 | Mark Kutcher | Community Clinical Research 4411 Medical Parkway Austin, TX 78756-3313 | MD | Sub-Investigator |
| USA | 0009 | John S. Carman | Carman Research 4015 South Cobb Dr., Suite 245 Smyrna, GA 30080 | MD | Principal Investigator |
| USA | 0009 | Vicky E. Spratlin | Carman Research 4015 South Cobb Dr., Suite 245 Smyrna, GA 30080 | MD | Sub-Investigator |
| USA | 0010 | Andrew Cutler | CORE Research 807 West Morse Boulevard, Suite 101 Winter Park, FL 32789 | MD | Principal Investigator |
| USA | 0010 | Aparna Kopuri | CORE Research 807 West Morse Boulevard, Suite 101 Winter Park, FL 32789 | MD | Sub-Investigator |

Clinical Study Report: Appendix 12.1.4
Study Code: D1447L00001

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|-------------------|
| USA | 0010 | Richard D. Knapp | CORE Research<br>807 West Morse Boulevard, Suite 101<br>Winter Park, FL  32789 | DO | Sub-Investigator |
| USA | 0010 | Jairo R. Nunez | CORE Research<br>807 West Morse Boulevard, Suite 101<br>Winter Park, FL  32789 | MD | Sub-Investigator |
| USA | 0011 | Bernadette D'Souza | Midwest Clinical Research Center<br>Suite 234<br>9000 North Main St.<br>Dayton, OH 45415 | MD | Principal Investigator |
| USA | 0013 | Naresh Emmanuel | Carolina Clinical Research Services, LLC<br>Suite H<br>712 Richland Street<br>Columbia, SC 29201 | MD | Principal Investigator |
| USA | 0014 | Fred Reimherr, MD | University of Utah Medical Center<br>Room 5R218<br>30 North 1900 East<br>Salt Lake City, UT 84132-2502 | MD | Principal Investigator |
| USA | 0014 | Poonam Soni | University of Utah Medical Center<br>Room 5R218<br>30 North 1900 East<br>Salt Lake City, UT 84132-2502 | MD | Sub-Investigator |

Clinical Study Report: Appendix 12.1.4
Study Code: D1447L00001

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|-------------------|
| USA | 0014 | Robert E. Strong | University of Utah Medical Center Room 5R218 30 North 1900 East Salt Lake City, UT 84132-2502 | DO | Sub-Investigator |
| USA | 0015 | Abbey Strauss | Clinical Neuroscience, Inc. Suite 101 8200 Jog Road Boynton Beach, FL 33437 | MD | Principal Investigator |
| USA | 0015 | Abe Marcadis | Clinical Neuroscience, Inc. Suite 101 8200 Jog Road Boynton Beach, FL 33437 | MD | Sub-Investigator |
| USA | 0016 | William T. Granger, III | American Medical Research Associates Suite 103 1301 N. McCarron Blvd. Sparks, NV 89431 | MD | Principal Investigator |
| USA | 0017 | Laslo Gyulai | University of Pennsylvania Medical Center Suite 670, Dept. of Psychiatry 3535 Market Street Philadelphia, PA 19104 | MD | Principal Investigator |

Clinical Study Report: Appendix 12.1.4
Study Code: D1447L00001

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|-------------------|
| USA | 0017 | Alice Chang | University of Pennsylvania Medical Center<br>Suite 670, Dept. of Psychiatry<br>3535 Market Street<br>Philadelphia, PA 19104 | MD | Sub-Investigator |
| USA | 0017 | Chang-Gyu Hahn | University of Pennsylvania Medical Center<br>Suite 670, Dept. of Psychiatry<br>3535 Market Street<br>Philadelphia, PA 19104 | MD | Sub-Investigator |
| USA | 0017 | Julie Pickholtz | University of Pennsylvania Medical Center<br>Suite 670, Dept. of Psychiatry<br>3535 Market Street<br>Philadelphia, PA 19104 | PhD | Sub-Investigator |
| USA | 0018 | Saul Helfing | Oregon Center for Clinical Investigators, Inc<br>Suite 120<br>2230 NW Pettygrove Street<br>Portland, OR 97210 | MD | Principal Investigator |
| USA | 0019 | George Joseph | Clinical Neuroscience Solutions<br>Suite 108<br>4063 Salisbury Road<br>Jacksonville, FL 32216 | MD | Principal Investigator |

Clinical Study Report: Appendix 12.1.4
Study Code: D1447L00001

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|-------------------|
| USA | 0019 | John M. Joyce | Clinical Neuroscience Solutions<br>Suite 108<br>4063 Salisbury Road<br>Jacksonville, FL 32216 | MD | Sub-Investigator |
| USA | 0019 | Kamalesh Pai | Clinical Neuroscience Solutions<br>Suite 108<br>4063 Salisbury Road<br>Jacksonville, FL 32216 | MD | Sub-Investigator |
| USA | 0020 | Leon I Rosenberg | Center for Emotional Fitness<br>Suite 303<br>110 Martar Avenue<br>Moorestown, NJ 08057 | MD | Principal Investigator |
| USA | 0021 | Terrence Ketter | Stanford University School of Medicine<br>Bipolar Disorders Clinic<br>401 Quarry Road<br>Stanford, CA 94305-5723 | MD | Principal Investigator |
| USA | 0021 | Olga Becker | Stanford University School of Medicine<br>Bipolar Disorders Clinic<br>401 Quarry Road<br>Stanford, CA 94305-5723 | MD | Sub-Investigator |

9

Clinical Study Report: Appendix 12.1.4
Study Code: D1447L00001

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|-------------------|
| USA | 0021 | Cecylia Nowakowska | Stanford University School of Medicine<br>Bipolar Disorders Clinic<br>401 Quarry Road<br>Stanford, CA 94305-5723 | MD | Sub-Investigator |
| USA | 0021 | Po W. Wang, MD | Stanford University School of Medicine<br>Bipolar Disorders Clinic<br>401 Quarry Road<br>Stanford, CA 94305-5723 | MD | Sub-Investigator |
| USA | 0022 | Arif Khan | Northwest Clinical Research Center<br>1900 116th Avenue NE<br>Bellevue, WA 98004 | MD | Principal Investigator |
| USA | 0022 | Richard Charlat | Northwest Clinical Research Center<br>1900 116th Avenue NE<br>Bellevue, WA 98004 | MD | Sub-Investigator |
| USA | 0022 | Mark J. Kasper | Northwest Clinical Research Center<br>1900 116th Avenue NE<br>Bellevue, WA 98004 | MD | Sub-Investigator |
| USA | 0022 | Jerry Steiert | Northwest Clinical Research Center<br>1900 116th Avenue NE<br>Bellevue, WA 98004 | MD | Sub-Investigator |
| USA | 0022 | Claire Waltman | Northwest Clinical Research Center<br>1900 116th Avenue NE<br>Bellevue, WA 98004 | MD | Sub-Investigator |

Clinical Study Report: Appendix 12.1.4
Study Code: D1447L00001

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|-------------------|
| USA | 0023 | James Knutson | Suite 101<br>512 6th Street South<br>Kirkland, WA 98033 | MD | Principal Investigator |
| USA | 0023 | Howard Quint, MD | Suite 101<br>512 6th Street South<br>Kirkland, WA 98033 | MD | Sub-Investigator |
| USA | 0023 | Donald Rice | Suite 101<br>512 6th Street South<br>Kirkland, WA 98033 | MD | Sub-Investigator |
| USA | 0024 | Elly R. Lee | Protocare Trials<br>16259 Laguna Canyon Road<br>Irvine, CA 96218 | MD | Principal Investigator |
| USA | 0024 | Penny K Randall | Protocare Trials<br>16259 Laguna Canyon Road<br>Irvine, CA 96218 | MD | Sub-Investigator |
| USA | 0024 | Sid Rosenblatt | Protocare Trials<br>16259 Laguna Canyon Road<br>Irvine, CA 96218 | MD | Sub-Investigator |
| USA | 0025 | Leon Rubenfaer | Pioneer Pharmaceutical Research<br>Suite 110<br>33497 23 Mile road<br>New Baltimore, MI 48047 | MD | Principal Investigator |

Clinical Study Report: Appendix 12.1.4
Study Code: D1447L00001

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Role in the study |
|---|---|---|---|---|---|
| USA | 0025 | Sarva Sarvananda | Pioneer Pharmaceutical Research Suite 110 33497 23 Mile road New Baltimore, MI 48047 | MD | Sub-Investigator |
| USA | 0026 | David Marks | Optimum Health Services Suite 116 7200 Parkway Dr. Le Mesa, CA 91942 | MD | Principal Investigator |
| USA | 0026 | Prakash Bhatia | Optimum Health Services Suite 116 7200 Parkway Dr. Le Mesa, CA 91942 | MD | Sub-Investigator |
| USA | 0026 | Yuval Estrov | Optimum Health Services Suite 116 7200 Parkway Dr. Le Mesa, CA 91942 | MD | Sub-Investigator |
| USA | 0026 | Loren Green | Optimum Health Services Suite 116 7200 Parkway Dr. Le Mesa, CA 91942 | PhD | Sub-Investigator |
| USA | 0027 | Gregory Mattingly | St. Charles Psychiatric Associates Suite 390 330 First Capital Dr. St. Charles, MO 63301 | MD | Principal Investigator |

12

Clinical Study Report: Appendix 12.1.4
Study Code: D1447L00001

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Role in the study |
|---|---|---|---|---|---|
| USA | 0027 | Richard Anderson | St. Charles Psychiatric Associates Suite 390 330 First Capital Dr. St. Charles, MO 63301 | MD | Sub-Investigator |
| USA | 0027 | John Canale | St. Charles Psychiatric Associates Suite 390 330 First Capital Dr. St. Charles, MO 63301 | MD | Sub-Investigator |
| USA | 0027 | Howard Ilivicky | St. Charles Psychiatric Associates Suite 390 330 First Capital Dr. St. Charles, MO 63301 | MD | Sub-Investigator |
| USA | 0028 | Charles Merideth | Affiliated Research Institute Suite 350 8989 Rio San Diego Dr. San Diego, CA 92108 | MD | Principal Investigator |
| USA | 0028 | Marc Capobianco | Affiliated Research Institute Suite 350 8989 Rio San Diego Dr. San Diego, CA 92108 | MD | Sub-Investigator |
| USA | 0029 | Janice Miller | Clinical Neuroscience Solutions Building 2, Suite 210 5601 Corporate Way West Palm Beach, FL 33407 | MD | Principal Investigator |

Clinical Study Report: Appendix 12.1.4
Study Code: D1447L00001

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Role in the study |
|---|---|---|---|---|---|
| USA | 0029 | Arnold Hartman | Clinical Neuroscience Solutions<br>Building 2, Suite 210<br>5601 Corporate Way<br>West Palm Beach, FL 33407 | MD | Sub-Investigator |
| USA | 0029 | Ann Marie Laughlin | Clinical Neuroscience Solutions<br>Building 2, Suite 210<br>5601 Corporate Way<br>West Palm Beach, FL 33407 | MD | Sub-Investigator |
| USA | 0030 | Dennis J. Munjack | Southwestern Research, Inc.<br>Suite 216<br>435 N. Bedford Dr.<br>Beverly Hills, CA 90210 | MD | Principal Investigator |
| USA | 0030 | John J. Murphy | Southwestern Research, Inc.<br>Suite 216<br>435 N. Bedford Dr.<br>Beverly Hills, CA 90210 | MD | Sub-Investigator |
| USA | 0030 | Brock H. Summers | Southwestern Research, Inc.<br>Suite 216<br>435 N. Bedford Dr.<br>Beverly Hills, CA 90210 | MD | Sub-Investigator |
| USA | 0031 | William J. Privitera | Future Search Trials<br>Suite 200<br>4200 Marathon Blvd.<br>Austin, TX 78756 | MD | Principal Investigator |

Clinical Study Report: Appendix 12.1.4
Study Code: D1447L00001

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|-------------------|
| USA | 0031 | Judy Forgason | Future Search Trials Suite 200 4200 Marathon Blvd. Austin, TX 78756 | MD | Sub-Investigator |
| USA | 0031 | Donald J. Garcia, Jr. | Future Search Trials Suite 200 4200 Marathon Blvd. Austin, TX 78756 | MD | Sub-Investigator |
| USA | 0031 | J. Byron Stone | Future Search Trials Suite 200 4200 Marathon Blvd. Austin, TX 78756 | MD | Sub-Investigator |
| USA | 0032 | Javad Razani | Golden State Behavioral Medical Group Suite 200-H 222 West Eulalia Street Glendale, CA 91204 | MD | Principal Investigator |
| USA | 0032 | Nadina C. Jose | Golden State Behavioral Medical Group Suite 200-H 222 West Eulalia Street Glendale, CA 91204 | MD | Sub-Investigator |
| USA | 0033 | Ari Kiev | Social Psychiarty Research Institute Suite 2H 150 East 69th Street New York, NY 10021 | MD | Principal Investigator |

15

Clinical Study Report: Appendix 12.1.4
Study Code: D1447L00001

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Role in the study |
|---|---|---|---|---|---|
| USA | 0033 | Nicholas Vatakis | Social Psychiarty Research Institute Suite 2H 150 East 69th Street New York, NY 10021 | MD | Sub-Investigator |
| USA | 0034 | Ramanath Gopalan | Comprehensive NeuroScience of Northern VA 6066 Leesburg Pike Falls Church, VA 22041 | MD | Principal Investigator |
| USA | 0034 | Audrey Moss | Comprehensive NeuroScience of Northern VA 6066 Leesburg Pike Falls Church, VA 22041 | MD | Sub-Investigator |
| USA | 0035 | David Sack | Comprehesive Neuroscience, Inc. Suite G 11050 E. Artesia Blvd. Cerritos, CA 90703 | MD | Principal Investigator |
| USA | 0035 | Lisa Anthony | Comprehesive Neuroscience, Inc. Suite G 11050 E. Artesia Blvd. Cerritos, CA 90703 | PhD | Sub-Investigator |
| USA | 0035 | George Karamigios | Comprehesive Neuroscience, Inc. Suite G 11050 E. Artesia Blvd. Cerritos, CA 90703 | MD | Sub-Investigator |

Clinical Study Report: Appendix 12.1.4
Study Code: D1447L00001

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|-------------------|
| USA | 0035 | Morteza Marandi | Comprehesive Neuroscience, Inc. Suite G 11050 E. Artesia Blvd. Cerritos, CA 90703 | MD | Sub-Investigator |
| USA | 0035 | Craig Wronski | Comprehensive NeuroScience of Northern VA Suite G 11050 E. Artesia Blvd. Cerritos, CA 90703 | DO | Sub-Investigator |
| USA | 0036 | Guy E. Brannon | Brentwood Research Institute Suite 400 1002 Highland Avenue Shreveport, LA 71101 | MD | Principal Investigator |
| USA | 0036 | Robert A. Woodward | Brentwood Research Institute Suite 400 1002 Highland Avenue Shreveport, LA 71101 | MD | Sub-Investigator |
| USA | 0037 | David P. Walling | Collaborative NeuroScience Network, LLC Suite 3 12772 Valley View Street Garden Grove, CA 92845 | PhD | Principal Investigator |

Clinical Study Report: Appendix 12.1.4
Study Code: D1447L00001

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Role in the study |
|---|---|---|---|---|---|
| USA | 0037 | Armen Goenjian | Collaborative NeuroScience Network, LLC<br>Suite 3<br>12772 Valley View Street<br>Garden Grove, CA 92845 | MD | Sub-Investigator |
| USA | 0038 | Paul E. Keck, Jr. | Psychiatric Professional Services, Inc.<br>231 Albert-Sabin Way<br>Cincinnati, OH 45267-0559 | MD | Principal Investigator |
| USA | 0038 | Renu Kotwal | Psychiatric Professional Services, Inc.<br>231 Albert-Sabin Way<br>Cincinnati, OH 45267-0559 | MD | Sub-Investigator |
| USA | 0038 | Susan McElroy | Psychiatric Professional Services, Inc.<br>231 Albert-Sabin Way<br>Cincinnati, OH 45267-0559 | MD | Sub-Investigator |
| USA | 0038 | Erik Nelson | Psychiatric Professional Services, Inc.<br>231 Albert-Sabin Way<br>Cincinnati, OH 45267-0559 | MD | Sub-Investigator |
| USA | 0039 | Howard A. Hassman | CNS Research Institute, PC<br>130 White Horse Pike<br>Clementon, NJ 08021 | MD | Principal Investigator |
| USA | 0039 | Steven J. Glass | CNS Research Institute, PC<br>130 White Horse Pike<br>Clementon, NJ 08021 | MD | Sub-Investigator |

Clinical Study Report: Appendix 12.1.4
Study Code: D1447L00001

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Role in the study |
|---|---|---|---|---|---|
| USA | 0039 | Barbara Kelly | CNS Research Institute, PC<br>130 White Horse Pike<br>Clementon, NJ 08021 | PhD | Sub-Investigator |
| USA | 0039 | Frank C. McManus | CNS Research Institute, PC<br>130 White Horse Pike<br>Clementon, NJ 08021 | PhD | Sub-Investigator |
| USA | 0039 | Alexander M. Uy | CNS Research Institute, PC<br>130 White Horse Pike<br>Clementon, NJ 08021 | MD | Sub-Investigator |
| USA | 0040 | Michael Levy | Behavioral Medical Research of Staten Island<br>1361 Hylan Blvd.<br>Staten Island, NY  10305 | MD | Principal Investigator |
| USA | 0040 | Mohammed Hashmi | Behavioral Medical Research of Staten Island<br>1361 Hylan Blvd.<br>Staten Island, NY  10305 | MD | Sub-Investigator |
| USA | 0040 | Adam Smith | Behavioral Medical Research of Staten Island<br>1361 Hylan Blvd.<br>Staten Island, NY  10305 | MD | Sub-Investigator |
| USA | 0041 | Robert A. Riesenberg | Atlanta Center for Medical Research<br>811 Juniper Street NE<br>Atlanta, GA 30308 | MD | Principal Investigator |
| USA | 0041 | James McNight | Atlanta Center for Medical Research<br>811 Juniper Street NE<br>Atlanta, GA 30308 | MD | Sub-Investigator |

Clinical Study Report: Appendix 12.1.4
Study Code: D1447L00001

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|-------------------|
| USA | 0041 | D.S. Siddappa | Atlanta Center for Medical Research<br>811 Juniper Street NE<br>Atlanta, GA 30308 | MD | Sub-Investigator |
| USA | 0042 | Harry E. Logue | Birmingham Psychiatry Pharmaceutical Studies, Inc.<br>Suite 900<br>One Independence Plaza<br>Birmingham, AL 35209 | MD | Principal Investigator |
| USA | 0042 | R.Wyatt Feagin | Birmingham Psychiatry Pharmaceutical Studies, Inc.<br>Suite 900<br>One Independence Plaza<br>Birmingham, AL 35209 | MD | Sub-Investigator |
| USA | 0042 | Joseph G. Gregory | Birmingham Psychiatry Pharmaceutical Studies, Inc.<br>Suite 900<br>One Independence Plaza<br>Birmingham, AL 35209 | MD | Sub-Investigator |
| USA | 0042 | James A. Hagemeyer | Birmingham Psychiatry Pharmaceutical Studies, Inc.<br>Suite 900<br>One Independence Plaza<br>Birmingham, AL 35209 | MD | Sub-Investigator |

Clinical Study Report: Appendix 12.1.4
Study Code: D1447L00001

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Role in the study |
|---------|------------|------------------------------|----------------|----------------|-------------------|
| USA | 0042 | James M. Lee | Birmingham Psychiatry Pharmaceutical Studies, Inc. Suite 900 One Independence Plaza Birmingham, AL 35209 | MD | Sub-Investigator |
| USA | 0042 | Lyle E. Shehi | Birmingham Psychiatry Pharmaceutical Studies, Inc. Suite 900 One Independence Plaza Birmingham, AL 35209 | MD | Sub-Investigator |

Clinical Study Report: Appendix 12.1.4
Study Code: D1447L00001

## 12.1.4.2    AstraZeneca study personnel

| Name (First name, Last name) | Address | Qualifications | Present Position | Role in the study |
|---|---|---|---|---|
| Robin McCoy | AstraZeneca Pharmaceuticals 1800 Concord Pike Wilmington, DE 19850  USA | ADN | Senior Clinical Research Scientist | Clinical Study Team Leader |
| Wayne Macfadden | AstraZeneca Pharmaceuticals 1800 Concord Pike Wilmington, DE 19850  USA | MD | Director, Clinical Research | Clinical Study Team Physician |
| Margaret Minkwitz | AstraZeneca Pharmaceuticals 1800 Concord Pike Wilmington, DE 19850  USA | PhD | Director, Biostatistics Project Team | Clinical Study Team Statistician |
| Jeris Minor | AstraZeneca Pharmaceuticals 1800 Concord Pike Wilmington, DE 19850  USA | BA | Clinical Data Analyst | Database Manager |
| Nadine Everett | AstraZeneca Pharmaceuticals 1800 Concord Pike Wilmington, DE 19850  USA | BS | Principal Statistical Programmer | Team SAS Programmer |
| Joy Russo | AstraZeneca Pharmaceuticals 1800 Concord Pike Wilmington, DE 19850  USA | AA | Senior Statistical Programmer | Statistical Programmer |
| Deborah Rolfe | AstraZeneca Pharmaceuticals 1800 Concord Pike Wilmington, DE 19850  USA | BA, ADN, MA | Drug Safety Scientist | Drug Safety Monitor |
| James Gaddy | AstraZeneca Pharmaceuticals 1800 Concord Pike Wilmington, DE 19850  USA | PhD | Medical Communication Scientist | Clinical Study Report Author |

Clinical Study Report: Appendix 12.1.4
Study Code: D1447L00001

## 12.1.4.3      Study committee(s)

| Committee name and address | Member name (First name, Last name) | Qualifications | Role in committee |
|---|---|---|---|
| None | | | |

Clinical Study Report: Appendix 12.1.4
Study Code: D1447L00001

## 12.1.4.4    Other participants

| Name (First name, Last name) | Organisation and address | Qualifications | Role in study |
|---|---|---|---|
| Kelly Abernathy | Lineberry Research Associates<br>79 TW Alexander Drive<br>Bldg. 4401, Suite 400<br>Research Triangle Park, NC 27709 | BS | Project Manager |
| Charlie Lineberry | Lineberry Research Associates<br>79 TW Alexander Drive<br>Bldg. 4401, Suite 400<br>Research Triangle Park, NC 27709 | PhD | Scientific Project Advisor |
| Connie Douglas | Lineberry Research Associates<br>79 TW Alexander Drive<br>Bldg. 4401, Suite 400<br>Research Triangle Park, NC 27709 | BS, MS | Clinical Operations Project Advisor and Regulatory Task Mgr. |
| Derry Ridgway | Lineberry Research Associates<br>79 TW Alexander Drive<br>Bldg. 4401, Suite 400<br>Research Triangle Park, NC 27709 | MD | Medical Monitor |
| Steve Grossman | Lineberry Research Associates<br>79 TW Alexander Drive<br>Bldg. 4401, Suite 400<br>Research Triangle Park, NC 27709 | MD | Medical Monitor back-up |

Clinical Study Report: Appendix 12.1.4
Study Code: D1447L00001

| Name (First name, Last name) | Organisation and address | Qualifications | Role in study |
| --- | --- | --- | --- |
| David Lineberry | Lineberry Research Associates<br>79 TW Alexander Drive<br>Bldg. 4401, Suite 400<br>Research Triangle Park, NC 27709 | BS | Lead Monitor: Trip Rpt. and Financial Task Mgr. |
| Florence Bobo | Lineberry Research Associates<br>79 TW Alexander Drive<br>Bldg. 4401, Suite 400<br>Research Triangle Park, NC 27709 | | Telephone Rpt. and Monitoring Oversight Task Mgr., Floating Monitor |
| Shelby Gainer | Lineberry Research Associates<br>79 TW Alexander Drive<br>Bldg. 4401, Suite 400<br>Research Triangle Park, NC 27709 | BS | Rater and File Task Mgr., and Database Support |
| Sherrie LaRue | Lineberry Research Associates<br>79 TW Alexander Drive<br>Bldg. 4401, Suite 400<br>Research Triangle Park, NC 27709 | BS, MS | In-house Monitor and SAE Task Mgr. |
| Hazar Granko | Lineberry Research Associates<br>79 TW Alexander Drive<br>Bldg. 4401, Suite 400<br>Research Triangle Park, NC 27709 | PhD | Study Monitor |
| Karen Lakey | Lineberry Research Associates<br>79 TW Alexander Drive<br>Bldg. 4401, Suite 400<br>Research Triangle Park, NC 27709 | BS | Study Monitor |

Clinical Study Report: Appendix 12.1.4
Study Code: D1447L00001

| Name (First name, Last name) | Organisation and address | Qualifications | Role in study |
|---|---|---|---|
| Donna Walton | Lineberry Research Associates<br>79 TW Alexander Drive<br>Bldg. 4401, Suite 400<br>Research Triangle Park, NC 27709 | BA, AAS | Study Monitor |
| Dianne O'Dell | Lineberry Research Associates<br>79 TW Alexander Drive<br>Bldg. 4401, Suite 400<br>Research Triangle Park, NC 27709 | PhD | Study Monitor |
| Abby Wear | Lineberry Research Associates<br>79 TW Alexander Drive<br>Bldg. 4401, Suite 400<br>Research Triangle Park, NC 27709 | BA | Study Monitor |
| Yuki Dalphin | Lineberry Research Associates<br>79 TW Alexander Drive<br>Bldg. 4401, Suite 400<br>Research Triangle Park, NC 27709 | BA | Study Monitor |
| Susie Gardner | Lineberry Research Associates<br>79 TW Alexander Drive<br>Bldg. 4401, Suite 400<br>Research Triangle Park, NC 27709 | | Contract Study Monitor (West Coast Sites) |
| Brett Gordon | Lineberry Research Associates<br>79 TW Alexander Drive<br>Bldg. 4401, Suite 400<br>Research Triangle Park, NC 27709 | BS | Back-up monitor |

Clinical Study Report: Appendix 12.1.4
Study Code: D1447L00001

| Name (First name, Last name) | Organisation and address | Qualifications | Role in study |
|---|---|---|---|
| Bryan Proctor | Lineberry Research Associates<br>79 TW Alexander Drive<br>Bldg. 4401, Suite 400<br>Research Triangle Park, NC 27709 | BA | Clinical Trials Assistant: In-house monitor support (labs and logs) |
| Marie Smith | Lineberry Research Associates<br>79 TW Alexander Drive<br>Bldg. 4401, Suite 400<br>Research Triangle Park, NC 27709 | | COSS: Travel and Administrative Support |
| Patty Hubbard | Lineberry Research Associates<br>79 TW Alexander Drive<br>Bldg. 4401, Suite 400<br>Research Triangle Park, NC 27709 | | COSS: Files and Administrative support |
| Jessica Mason | Lineberry Research Associates<br>79 TW Alexander Drive<br>Bldg. 4401, Suite 400<br>Research Triangle Park, NC 27709 | BS | CDM Project Leader |
| Jim Welch | Lineberry Research Associates<br>79 TW Alexander Drive<br>Bldg. 4401, Suite 400<br>Research Triangle Park, NC 27709 | BS, MS | Programmer |
| Christine Fleeman | Lineberry Research Associates<br>79 TW Alexander Drive<br>Bldg. 4401, Suite 400<br>Research Triangle Park, NC 27709 | BS | Data Coordinator and Coding |

Clinical Study Report: Appendix 12.1.4
Study Code: D1447L00001

| Name (First name, Last name) | Organisation and address | Qualifications | Role in study |
|---|---|---|---|
| Kendra Glass | Lineberry Research Associates<br>79 TW Alexander Drive<br>Bldg. 4401, Suite 400<br>Research Triangle Park, NC 27709 | | Data Coordinator |
| Ann Wiley | Lineberry Research Associates<br>79 TW Alexander Drive<br>Bldg. 4401, Suite 400<br>Research Triangle Park, NC 27709 | | CDM File Management |
| Ginny Bray | Lineberry Research Associates<br>79 TW Alexander Drive<br>Bldg. 4401, Suite 400<br>Research Triangle Park, NC 27709 | | Data Entry |
| Tameka Bryan | Lineberry Research Associates<br>79 TW Alexander Drive<br>Bldg. 4401, Suite 400<br>Research Triangle Park, NC 27709 | BS | Data Entry |
| Lisa McCormick | eResearch Technology<br>30 South 17th Street<br>Philadelphia, PA 119103 | BA | Project Manager |
| Denise Evans | Quintiles Laboratories<br>Quintiles Transnational Corporation<br>PO Box 13979<br>Research Triangle Park, NC 27709 | BS | Project Manager |

Clinical Study Report: Appendix 12.1.4
Study Code: D1447L00001

| Name (First name, Last name) | Organisation and address | Qualifications | Role in study |
|---|---|---|---|
| Dan DeBonis | Concordant Rater Systems<br>2004 Beacon Street #205<br>Boston, MA 02108 | BA | Technical Advisor |
| Dan Lewis | Concordant Rater Systems<br>2004 Beacon Street #205<br>Boston, MA 02108 | JD | Project Manager |
| Kelley O'Neill | Interactive Clinical Technologies | BS | Project Manager |
| Jennifer Lafty | Interactive Clinical Technologies | | Project Specialist |

Clinical Study Report: Appendix 12.1.4
Study Code: D1447L00001

## 12.1.4.5    CVs of investigators and other medically qualified participants

| Centre Number | Name of investigator or other medically qualified participants |
|---|---|
| 0001 | Joseph Calabrese, MD |
| 0002 | Mohammed Alam, MD |
| 0003 | Valerie Arnold, MD |
| 0004 | Charles Bailey, MD |
| 0005 | Richard Weisler, MD |
| 0006 | Lawrence Ginsberg, MD |
| 0007 | Irving Kolin, MD |
| 0008 | David Brown, MD |
| 0009 | John Carman, MD |
| 0010 | Andrew Cutler, MD |
| 0011 | Bernadette D'Souza, MD |
| 0013 | Naresh Emmanuel, MD |
| 0014 | Frederick Reimherr, MD |
| 0015 | Abbey Strauss, MD |
| 0016 | William Granger, MD |
| 0017 | Laszlo Gyulai, MD |
| 0018 | Saul Helfing, MD |
| 0019 | George Joseph, MD |
| 0020 | Leon Rosenberg, MD |
| 0021 | Terrence Ketter, MD |
| 0022 | Arfulla Khan, MD |
| 0023 | James Knutson, MD |
| 0024 | Elly Lee, MD |
| 0025 | Leon Rubenfaer, MD |
| 0026 | David Marks, MD |
| 0027 | Greg Mattingly, MD |
| 0028 | Charles Merideth, MD |
| 0029 | Janice Miller, MD |
| 0030 | Dennis Munjack, MD |
| 0031 | William Privitera, MD |
| 0032 | Javad Razani, MD |

Clinical Study Report: Appendix 12.1.4
Study Code: D1447L00001

| Centre Number | Name of investigator or other medically qualified participants |
|---|---|
| 0033 | Ari Kiev, MD |
| 0034 | Ram Gopolan, MD |
| 0035 | David Sack, MD |
| 0036 | Guy E. Brannon, MD |
| 0037 | David Walling, Ph.D. |
| 0038 | Paul Keck, MD |
| 0039 | Howard Hassman, DO |
| 0040 | Michael Levy, MD |
| 0041 | Robert Riesenberg, MD |
| 042 | H. E. Logue, MD |

5077US/0049 : 0001

# JOSEPH R. CALABRESE, M.D.

### - Curriculum Vitae -

(7/6/02 Revision)

**HOME ADDRESS:**

REDACTED

**OFFICE ADDRESS:**

Mood Disorders Program
11400 Euclid Avenue, Suite 200
Cleveland, Ohio 44106

Telephone:   216/844-2865
Home:        REDACTED
FAX          216/844-2875
E-mail:      jrc8@po.cwru.edu

**DATE & PLACE OF BIRTH:**

February 7, 1953
Cleveland, Ohio

**EDUCATION:**

| | |
|---|---|
| 9/72 – 5/76 | B.S. Xavier University (major in biology, summa cum laude) |
| 7/76 – 6/80 | M.D. Ohio State University College of Medicine (degree awarded with honors in psychiatry) |
| 7/80 – 6/84 | Resident in Psychiatry Cleveland Clinic Foundation Cleveland, Ohio |
| 7/82 - 6/83 | Chief Resident Department of Psychiatry Cleveland Clinic Foundation Cleveland, Ohio |
| 7/83 – 6/84 | Chief Resident Department of Psychiatry Cleveland Clinic Foundation Cleveland, Ohio |
| 7/84 – 6/86 | Research Fellowship, Intramural Program Section on Clinical Neuroendocrinology, Phil Gold, M.D. Biological Psychiatry Branch, Director, Robert Post, M.D. National Institute of Mental Health Bethesda, Maryland |

JOSEPH R. CALABRESE, M.D.
Page #2

## PROFESSIONAL EXPERIENCE:

| | |
|---|---|
| 11/89 - Present | Director, Mood Disorders Program<br>Department of Psychiatry<br>University Hospitals of Cleveland<br>Cleveland, Ohio |
| 5/96 - Present | Professor of Psychiatry with tenure<br>Case Western Reserve University School of Medicine<br>Cleveland, Ohio |
| 9/96 - Present | Co-Director, Stanley Foundation<br>Bipolar Disorders Clinical Research Center<br>Case Western Reserve University School of Medicine<br>Cleveland, Ohio |
| 9/94 – 9/00 | Vice Chairman, Clinical Affairs<br>Department of Psychiatry<br>University Hospitals of Cleveland<br>Cleveland, Ohio |
| 5/97 – 5/98 | Associate Medical Director for Behavioral Health<br>QualChoice Health Plan, Inc.<br>Cleveland, Ohio |
| 12/94 – 5/97 | President & Chief Executive Office<br>University Behavioral Health Care, Inc.<br>Cleveland, Ohio |
| 5/89 – 5/96 | Associate Professor of Psychiatry<br>Case Western Reserve University School of Medicine<br>Cleveland, Ohio |
| 12/89 – 1/95 | Medical Director, Adult Inpatient Unit<br>University Hospitals of Cleveland<br>Cleveland, Ohio |
| 7/86 – 11/89 | Head, Manic Depressive Clinic<br>Department of Psychiatry<br>Cleveland Clinic Foundation<br>Cleveland, Ohio |

## COMMUNITY SERVICE:

| | |
|---|---|
| 6/02 – Present | External Advisor to Canadian Consortium on Bipolar Disorder |
| 9/00 – Present | Member, Chapter Professional Advisors Committee, DMDA |
| 1/97 - Present | Medical Advisor, Alliance Mentally Ill of Metro Cleveland |

JOSEPH R. CALABRESE, M.D.
Page #3

|  |  |
|---|---|
|  | National Alliance for the Mentally Ill<br>Cleveland, Ohio |
| 9/92 - Present | Member, Scientific Advisory Board<br>National Depressive and Manic Depressive Association<br>Chicago, Illinois |
| 9/92 - Present | Medical Advisor, Alliance for the Mentally Ill<br>of Cuyahoga County<br>National Alliance for The Mentally Ill<br>Cleveland, Ohio |
| 1/87 - Present | Professional Advisor, Cleveland Chapter<br>National Depressive and Manic Depressive Association<br>Cleveland, Ohio |

**PHARMACEUTICAL CONSULTATION/ADVISORY BOARDS:**

| 5/91 - Present | Abbott Pharmaceuticals<br>Chicago, Illinois |
|---|---|
| 7/94 - Present | Glaxo Wellcome<br>London, England |
| 8/97 - Present | Eli Lilly<br>Indianapolis, IN |
| 11/97 - Present | Janssen-Cilag<br>Brussels, Belgium |
| 4/97 – 4/00 | Parke Davis/Warner Lambert<br>Ann Arbor, Michigan |
| 4/98 - Present | Robert Wood Johnson Pharmaceutical Research Institute<br>New Jersey |
| 4/99 | SmithKline Beecham Pharmaceuticals<br>London, United Kingdom |
| 3/99 - Present | TAP Holdings, Inc.<br>Chicago, Illinois |
| 6/99 - Present | UCB, Pharma<br>Atlanta, Georgia |
| 9/00 – Present | Astra Zeneca<br>New Jersey |
| 5/00 – Present | Novartis<br>New Jersey |

JOSEPH R. CALABRESE, M.D.
Page #4

| 7/00 | Teva Pharmaceuticals<br>Israel |
|------|------|
| 7/00 – Present | Shire Laboratories, Inc.<br>Rockville, MD |
| 1/01 – Present | Elan Pharmaceuticals |

## COMMITTEE INVOLVEMENT:

| 5/00 – 3/01 | Behavioral Health Peer Review Committee<br>QualChoice Health Plan, Inc<br>University Hospitals Health System |
|------|------|
| 7/00 – 7/01 | Impaired Physicians/Provider Committee<br>University Hospitals of Cleveland |
| 6/92 - Present | Executive Committee<br>Department of Psychiatry<br>University Hospitals of Cleveland |
| 6/92 - Present | Pharmacy and Therapeutics Committee<br>University Hospitals of Cleveland |
| 5/95 – 3/01 | Clinical Quality Improvement Committee<br>QualChoice Health Plan, Inc.<br>University Hospitals Health System |
| 5/98 – 3/01 | Credentialing Committee<br>QualChoice Health Plan, Inc.<br>University Hospitals Health System |
| 6/97 - Present | Board of Trustees<br>Clinical Neuroscience Research Foundation<br>Department of Psychiatry |
| 6/94 - Present | Board of Trustees<br>University Psychiatrists of Cleveland, Inc.<br>Department of Psychiatry Practice Plan |
| 3/96 – 9/98 | Managed Care Contracting Committee<br>University Faculty Practice Association<br>Case Western Reserve University<br>University Hospitals of Cleveland |
| 4/95 – 4/96 | Ad Hoc Grant Reviewer<br>Medical Research Council of Canada |
| 5/94 – 7/98 | Medical Advisory Council |

**JOSEPH R. CALABRESE, M.D.**
Page #5

|  |  |
|---|---|
|  | QualChoice Health Plan, Inc.<br>University Hospitals Health System |
| 1/90 – 7/92 | Chairman, Electroconvulsive Therapy Committee<br>Department of Psychiatry<br>University Hospitals of Cleveland |
| 4/90 – 4/91 | Depression Panel, Council on Scientific Affairs<br>American Medical Association<br>Chicago, Illinois |
| 1/90 – 3/93 | Education Committee<br>Department of Psychiatry<br>University Hospitals of Cleveland |
| 7/89 – 9/97 | Examiner, American of Psychiatry and Neurology<br>Deerfield, Illinois |
| 7/86 – 11/89 | Human Research Committee, CNS,<br>Cleveland Clinic Foundation |
| 7/86 – 11/89 | Education Committee<br>Department of Psychiatry<br>Cleveland Clinic Foundation |

## HONORS & AWARDS:

| | |
|---|---|
| 6/93 | Annual Staff Teacher of the Year, Department of Psychiatry, CWRU School of Medicine, University Hospitals of Cleveland |
| 9/91 | National Young Investigator Research Award, National Depressive and Manic Depressive Association |
| 6/89 | Annual Staff Teacher of the Year Award, Department of Psychiatry, Cleveland Clinic Foundation |
| 6/88 | Annual Staff Teacher of the Year Award, Department of Psychiatry, Cleveland Clinic Foundation |
| 6/84 | Richard M. Steinhilber, M.D. Resident Research Award, Department of Psychiatry, Cleveland Clinic Foundation |
| 6/80 | Award for outstanding performance in psychiatry, Ohio State University College of Medicine |
| 6/76 | Graduated Summa Cum Laude and with honors in biology and philosophy, Xavier University |
| 7/74 | Northeast Ohio Heart Association Medical Student Research Award, Cleveland Clinic Foundation |

JOSEPH R. CALABRESE, M.D.
Page #6

| 6/73 | Northeast Ohio Heart Association Medical Student Research Award, Cleveland Clinic Foundation |

**BOARD CERTIFICATION:** Diplomate, American Board of Psychiatry and Neurology, 1989

**AFFILIATIONS:**
American Psychiatric Association
European College of Neuropsychopharmacology (by invitation)
Society of Biological Psychiatry
International Society for Bipolar Disorders
American Medical Association

**EDITORIAL BOARDS:**
Bipolar Disorder
Bipolar Disorders: Reviews and Commentaries

**REFEREE FOR JOURNALS:**
Acta Psychiatrica Scandinavica
American Journal of Psychiatry
Annals of Neurology
Archives of General Psychiatry
Biological Psychiatry
Bipolar Disorder –Internat'l Journal Psychiatry & Neuroscience
European Neuropsychopharmacology
European Psychiatry
Family Practice
JAMA
Journal of Bipolar Disorder
Journal of Clinical Psychiatry
Journal of Clinical Psychopharmacology
Journal of Psychiatric Research
International Clinical Psychopharmacology
Neurology
Neuropsychobiology
Neuropsychopharmacology
Psychiatry Research
Psychosomatic Medicine
Psychosomatics
Therapeutic Drug Monitoring

## RESEARCH

**NIMH/FEDERAL FUNDED:**

1. Center for Excellence in the Treatment of Bipolar Disorder and Other Serious Mental Illnesses Accompanied by Alcohol/Drug Abuse Across the Life Cycle. PI – Joseph R. Calabrese, M.D., Co-PI – Robert Findling, M.D.

| Source: | Health Resources and Services Administration (HRSA), U.S. Dept. HHS |
| Project Dates: | 1/1/02 |
| Total Amount: | $984,488 |

JOSEPH R. CALABRESE, M.D.
Page #7

The primary objective of this project is to fund the start-up costs, as well as ongoing development costs, associated with the development of a research-oriented treatment center for dual diagnosis bipolar disorder across the life cycle.

2.    Combination Therapy in Rapid Cycling Bipolar Disorder (R21). PI – Joseph R. Calabrese, M.D.

| | |
|---|---|
| Source: | R21 (Exploratory/Development Grant) MH-62650 |
| Project Dates: | 2/1/2002 – 1/311/2005 |
| Total Award: | $573,750 |

The primary objective of this study is to compare the efficacy of the triple regimen lithium/divalproex/blinded lamotrigine to lithium/divalproex/placebo in the acute and continuation treatment of patients with rapid cycling bipolar disorder over a six month randomized phase.

3.    Double, Longitudinal Evaluation of the Efficacy and Safety of the Combination of Lithium and Depakote Versus Lithium Monotherapy in Rapid-Cycling Bipolar Patients Who Are Abusing Alcohol, Cannabis, and/or Cocaine (RO1-S). PI – Joseph R. Calabrese, M.D.

| | |
|---|---|
| Source: | R01 MH-50165S (Supplement) |
| Project Dates: | 10/1/97 – 12/01 |
| Contracted Amount: | $674,938 |

The primary objective of this study is to compare the efficacy of the combination of lithium and divalproex as compared to lithium monotherapy in the prevention of episodes in patients with rapid cycling bipolar disorder who are currently abusing alcohol, cannabis, and/or cocaine.

4.    Double-Blind, Longitudinal Evaluation of the Efficacy and Safety of Depakote and Lithium in Rapid-Cycling Bipolar Patients (RO1). PI – Joseph R. Calabrese, M.D.

| | |
|---|---|
| Source: | R01 MH-50165 |
| Project Dates: | 4/95 to 12/01 |
| Contracted Amount: | $1,232,471 |

The primary objective of this study was to compare the efficacy of lithium monotherapy to divalproex monotherapy in the prevention of episodes in patients with rapid cycling bipolar disorder.

5.    Systematic Treatment Enhancement Program (STEP) for Bipolar Disorder - A NIMH multicenter study designed to carry out a series of health effectiveness trials. Site PI – Joseph R. Calabrese, M.D.

| | |
|---|---|
| Source: | MH-98-DS-001 (subcontract from Mass. Gen'l Hospital) |
| Project Dates: | 8/99 to 3/2004 |
| Contracted Amount: | $628,329 |

The primary objective of this study is to improve the treatment of bipolar disorder by 1) implementing model practice procedures across a network of clinicians, 2) determine the most effective somatic and psychosocial intervention strategies for the depressed phase of the illness, 3) determine which interventions most effectively prevent relapse, 4) provide a systematic means for the translation of novel treatments into clinician practice, and 5) estimate the costs and quality of life outcomes in both the acute and long-term setting.

6.    Pediatric Bipolar Collaborative Mood Stabilizer Trial. Coordinating PI, Robert Kowatch, Site PI, Robert Findling, Senior Advisor/Medical Monitor – Joseph R. Calabrese, M.D. 10%

| | |
|---|---|
| Source: | R01 MH-60814 |

JOSEPH R. CALABRESE, M.D.
Page #8

| | |
|---|---|
| Project Dates: | 9/00 to 9/04 |
| Contracted Amount: | $1,000,000 |

The primary objective of this project is to compare the efficacy of lithium, divalproex, and placebo in the acute management of mania and mixed states in children and adolescents with bipolar I disorder to test the hypothesis that divalproex and lithium are equal in efficacy and both are superior to placebo.

7.    Clinical Research Center for the Study of Major Psychoses. Co-PI. - Psychopharmacology Core
Joseph R. Calabrese, M.D.   Herbert Meltzer, M.D. – Center Director

| | |
|---|---|
| Source: | NIMH |
| Project Dates: | 9/92 to 8/94 |

## FOUNDATION SUPPORT:

1.    Multicenter Study of Lithium, Divalproex, and Blinded Lamotrigine versus Lithium, Divalproex, and Placebo in the Acute and Continuation Care of Patients with Rapid Cycling Bipolar Disorder Comorbid with Alcohol, Cannabis, and/or Cocaine Abuse or Dependence– A Two Site Study. Co-PI – Joseph R. Calabrese, M.D.

| | |
|---|---|
| Source: | Stanley Foundation |
| Project Dates: | 8/00 – 8/02 |
| Contracted Amount: | $800,000 |

2.    Multicenter Study of Lithium, Divalproex, and Blinded Lamotrigine versus Lithium, Divalproex, and Placebo in the Acute and Continuation Care of Patients with Rapid Cycling Bipolar Disorder – A Two Site Study. PI – Joseph R. Calabrese, M.D.

| | |
|---|---|
| Source: | Stanley Foundation |
| Project Dates: | 8/00 – 8/02 |
| Contracted Amount: | $300,000 |

3.    Pilot Study on the Longitudinal Evaluation of the Efficacy and Safety of Depakote and Lithium in Rapid-Cycling Bipolar Patients. PI – Joseph R. Calabrese, M.D.

| | |
|---|---|
| Source: | Stanley Foundation |
| Project Dates: | 7/94 - 7/97 |
| Contracted Amount: | $150,000 |

4.    The Stanley Foundation Clinical Research Center (Co-Director with Robert Findling, MD)

Efficacy of Lithium vs. Divalproex in the Prevention of Recurrence in Bipolar Disorder in Children and Adolescents. Co-PI  - Joseph R. Calabrese, M.D.

Efficacy of Divalproex vs. Placebo in the Prevention of the Syndrome of Bipolar Disorder in Sub-syndromal Children at High-Risk. Co-PI - Joseph R. Calabrese, M.D.

The Identification of Subsyndromal Mood Disorders in Children at High Risk for Developing Bipolar Disorder. Co-PI  - Joseph R. Calabrese, M.D.

| | |
|---|---|
| Source: | Stanley Foundation |

|  |  |
|---|---|
| Projected Dates: | 7/96 - 7/01 |
| Contracted Amount: | $1,825,000 |

5.   Affective Instability: Quantification, Conceptualization, and Clinical Significance. Co-PI  - Joseph R. Calabrese, M.D.

|  |  |
|---|---|
| Source: | NARSAD |
| Projected Dates: | 7/94 - 7/96 |
| Contracted Amount: | $60,000/year |

## PHARMACEUTICAL SUPPORT:

1.   An International, Multicenter, Large Simple Trial (LST) to Compare the Cardiovascular Safety of Ziprasidone and Olanzapine. PI – Joseph R. Calabrese, M.D.

|  |  |
|---|---|
| Source: | Pfizer |
| Project Dates: | 5/02-5/04 |
| Contracted Amount: | $17,100 |

2.   A Double-Blind, Randomized, Multicenter, Parallel-Dose Study to Evaluate the Efficacy and Safety of Zonisamide 300mg and 600mg/day and Placebo in Subjects with Bipolar 1 Disorder Currently Experiencing a Recurrent Manic or Mixed Episode. PI – Joseph R. Calabrese, M.D.

|  |  |
|---|---|
| Source: | Elan |
| Project Dates: | 5/02-5/04 |
| Contracted Amount: | $89,348 |

3.   A double-blind, multicenter, placebo- and active controlled acute and extension study of MK-0869 in the treatment of patients with major depressive disorder with melancholic features. PI – Joseph R. Calabrese, M.D.

|  |  |
|---|---|
| Source: | Merck |
| Project Dates: | 10/01 – 2/03 |
| Contracted Amount: | $122,287 |

4.   Olanzapine in Treatment Refractory Mania. PI – Joseph R. Calabrese, M.D.

|  |  |
|---|---|
| Source: | Lilly |
| Project Dates: | 5/1/01 – 4/02 |
| Contracted Amount: | $241,000 |

5.   A Double-Blind Placebo Controlled Maintenance Study Comparing the Effectiveness of the SSRIs to Escitalopram in the Prevention of Major Depressive Episodes. PI – Joseph R. Calabrese, M.D.

|  |  |
|---|---|
| Source: | Forest Labs |
| Project Dates: | 10/00 – 10/01 |
| Contracted Amount: | $125,000 |

6.   A Double-Blind Controlled Study Comparing Two Doses of Lamotrigine to Placebo in the Treatment of Bipolar I Depression (40910). PI – Joseph R. Calabrese, M.D.

JOSEPH R. CALABRESE, M.D.
Page #10

| | |
|---|---|
| Source: | Glaxo Wellcome |
| Project Dates: | 11/00 – 11/01 |
| Contracted Amount: | $150,000 |

7. A Multicenter Study of the Efficacy and Safety of Levetiracetam in Acute Mania in Adults with Bipolar Disorder. PI – Joseph R. Calabrese, M.D.

| | |
|---|---|
| Source: | UCB Pharma |
| Project Dates: | 11/00 – 11/0 |
| Contracted Amount: | $100,000 |

8. Phase II Multicenter Randomized Comparison of Three Doses of TAK-637 (a substance P antagonist) Versus Placebo in the Treatment of Subjects with Major Depressive Disorder. Principal Investigator.

| | |
|---|---|
| Source: | Tap Holdings Inc. |
| Project Dates: | 3/00 – 2/01 |
| Contracted Amount: | $183,880 |

9. Flexible Dose Comparison of the Safety and Efficacy of Lu 26-054, Citalopram, and Placebo in the Treatment of Major Depression. PI – Joseph R. Calabrese, M.D.

| | |
|---|---|
| Source: | Forest Laboratories, Inc. |
| Project Dates: | 9/99 – 4/00 |
| Contracted Amount: | $87,800 |

10. Placebo-Controlled Evaluation of the Safety and Efficacy of Lu 26-054 in the Prevention of Depression Relapse. PI – Joseph R. Calabrese, M.D.

| | |
|---|---|
| Source: | Forest Laboratories, Inc. |
| Project Dates: | 9/99 – 9/01 |
| Contracted Amount: | $135,558 |

11. A Multicentre, Double-Blind, Placebo-Controlled, Flexible-Dose Evaluation of the Safety and Efficacy of Lamotrigine in the Long Term Treatment of Patients Who Have Bipolar Disorder With Rapid Cycling (611). PI – Joseph R. Calabrese, M.D.

| | |
|---|---|
| Source: | Glaxo Wellcome, Inc. |
| Projected Dates: | 1/99 - 5/99 |
| Contracted Amount: | $80,000 |

12. A Multicenter, Double-Blind, Placebo-Controlled Evaluation of the Safety and Efficacy of Lamotrigine Compared to Placebo in the Treatment of an Acute Hospitalized Manic or Mixed Episodes in Patients Who Have Bipolar Disorder (609). PI – Joseph R. Calabrese, M.D.

| | |
|---|---|
| Source: | Glaxo Wellcome, Inc. |
| Projected Dates: | 1/99 - 1/2000 |
| Contracted Amount: | $125,000 |

13. An Open-Label Evaluation of the Efficacy, Safety and Dosing of Citalopram in Outpatients With Depression. PI – Joseph R. Calabrese, M.D.

| Source: | Forest Laboratories, Inc. |
|---|---|
| Projected Dates: | 7/98 - 3/99 |
| Contracted Amount: | $30,000 |

14. Citalopram Treatment of Depressed Patients Discontinued For Paroxetine Adverse Events. PI – Joseph R. Calabrese, M.D.

| Source: | Forest Laboratories, Inc. |
|---|---|
| Projected Dates: | 7/98 - 3/99 |
| Contracted Amount: | $30,000 |

15. Citalopram Treatment of Depressed Patients Discontinued From Fluoxetine For Adverse Events. PI – Joseph R. Calabrese, M.D.

| Source: | Forest Laboratories, Inc. |
|---|---|
| Projected Dates: | 7/98 - 3/99 |
| Contracted Amount: | $30,000 |

16. A Multicentre, Double-Blind, Placebo-Controlled, Fixed-Dose Evaluation of the Safety and Efficacy of Lamotrigine in the Long Term Treatment of Patients Who Have Bipolar I and II Disorder With Rapid Cycling (614). PI – Joseph R. Calabrese, M.D.

| Source: | Glaxo Wellcome, Inc. |
|---|---|
| Projected Dates: | 4/96 - 7/99 |
| Contracted Amount: | $98,028 |

17. An Open, Multicentre, Flexible-Dose Continuation Study of Lamotrigine in Patients with Bipolar Disorder (604). PI – Joseph R. Calabrese, M.D.

| Source: | Glaxo Wellcome, Inc. |
|---|---|
| Projected Dates: | 6/96 - 7/98 |
| Contracted Amount: | $48,600 |

18. A Multicentre, Double-Blind, Placebo-Controlled, Randomized, Fixed-Dose Evaluation of the Safety and Efficacy of Lamotrigine in the Long Term Prevention of Relapse and Recurrence of Depression and/or Mania in Patients with Bipolar I Disorder Presenting Depressed (605). PI – Joseph R. Calabrese, M.D.

| Source: | Glaxo Wellcome, Inc. |
|---|---|
| Projected Dates: | 5/97 - 10/99 |
| Contracted Amount: | $192,215 |

19. A Multicentre, Double-Blind, Double Dummy, Placebo and Lithium-Controlled, Randomized, Fixed-Dose Evaluation of the Safety and Efficacy of Lamotrigine in the Long-Term Prevention of Relapse and Recurrence of Mania and/or Depression in Patients with Bipolar I Disorder Presenting Manic (606). PI – Joseph R. Calabrese, M.D.

| Source: | Glaxo Wellcome, Inc. |
|---|---|
| Projected Dates: | 5/97 - 10/99 |
| Contracted Amount: | $136,771 |

20. A Double-Blind Controlled Study Comparing Lamotrigine to Placebo in the Treatment of Bipolar I

Depression (602). PI – Joseph R. Calabrese, M.D.

Source:              Glaxo Wellcome, Inc.
Projected Dates:     7/97 - 7/99
Contracted Amount:   $132,070

21. An Open, Multicentre, Prospective Evaluation of the Spectrum of Efficacy of Lamotrigine in Bipolar I and II Disorder (601). PI – Joseph R. Calabrese, M.D.

Source:              Burroughs Wellcome
Project Dates:       12/94 - 12/96
Contracted Amount:   $61,812

22. Olanzapine Added to Mood Stabilizers in the Treatment of Bipolar Disorder. PI – Joseph R. Calabrese, M.D.

Source:              Lilly Research
Project Dates:       9/1/97 - 9/1/99
Contracted Amount:   $226,250

23. Gabapentin Adjunctive Treatment in Patients with Bipolar Disorder. PI – Joseph R. Calabrese, M.D.

Source:              Parke-Davis / Werner Lambert
Projected Dates:     5/96 - 7/97
Contracted Amount:   $62,060

24. Topiramate Pilot, Open-Label Safety and Tolerability Trial in Adults with Acute Mania Protocol. PI – Joseph R. Calabrese, M.D.

Source:              R.W. Johnson Pharmaceutical Research Institute
Projected Dates:     12/96 – 5 /97
Contracted Amount:   $24,706

25. Double-Blind, Placebo-Controlled, Parallel Group, Comparative Study of Venlafaxine and Fluoxetine in Depressed Outpatients to Measure Onset of Clinical Activity. PI – Joseph R. Calabrese, M.D.

Source:              Wyeth Ayerst
Projected Dates:     9/95 - 9/96
Contracted Amount:   $249,102

26. Double-Blind, Longitudinal Evaluation of the Efficacy and Safety of Depakote Versus Lithium and Placebo in Bipolar Disorder. PI – Joseph R. Calabrese, M.D.

Source:              Abbott Laboratories
Project Dates:       5/93 to 4/96
Contracted Amount:   $307,544

27. A Double-Blind, Placebo-Controlled, Comparison of Imipramine and Paroxetine in the Treatment of Bipolar Depression. PI – Joseph R. Calabrese, M.D.

Source:              SmithKline Beecham
Project Dates:       1/94 to 1/95

Contracted Amount:          $119,280

28. Amesergide/Fluoxetine/Placebo in Major Depressive Disorder. PI – Joseph R. Calabrese, M.D.

    Source:             Lilly Research Laboratories
    Project Dates:      4/92 to 12/92
    Contracted Amount:  $352,150

29. A Phase II, Multicenter, Randomized, Double-Blind, Dose Finding Study of Three Different Doses of Roxindole vs. Placebo in Outpatient Suffering from Depression. PI – Joseph R. Calabrese, M.D.

    Source:             E. Merck
    Project Dates:      5/93 to 6/94
    Contracted Amount:  $137,525

30. A Pilot Study Evaluating the Safety and Efficacy of Clozapine in the Acute Management of Refractory Bipolar and Schizoaffective Mania. Co-PI  - Joseph R. Calabrese, M.D.

    Source:             Sandoz Pharmaceuticals
    Project Dates:      12/92 to 12/93
    Contracted Amount:  $75,250

31. Comparison of the Efficacy and Safety of Depakote and Lithium in the Treatment of the Manic Phase of Bipolar Disorders: A Placebo-Controlled Study. PI – Joseph R. Calabrese, M.D.

    Source:             Abbott Laboratories
    Project Dates:      8/90 to 5/92
    Contracted Amount:  $97,440

32. Safety of Valproate in Manic Patients: A Retrospective Case Study. PI – Joseph R. Calabrese, M.D.

    Source:             Abbott Laboratories
    Project Dates:      1/92 to 6/92
    Contracted Amount:  $45,625

33. Valproate Therapy in Patients Previously Randomized to Depakote in Abbott Study M87-016 or M88-267: A Retrospective Cohort Study. PI – Joseph R. Calabrese, M.D.

    Source:             Abbott Laboratories
    Project Dates:      3/92 to 7/92
    Contracted Amount:  $2,441

34.  DSM-IV Rapid-Cycling Study. Co-PI  - Joseph R. Calabrese, M.D.

    Source:             MacArthur Foundation
    Project Dates:      5/91 to 8/91
    Contracted Amount:  $1,000

35.  A Multicentre, Randomized, Double-Blind, Placebo-Controlled Comparison of Paroxetine and Fluoxetine in the Treatment of Major Depressive Disorder. PI – Joseph R. Calabrese, M.D.

    Source:             SmithKline Beecham Pharmaceuticals

JOSEPH R. CALABRESE, M.D.
Page #14

| | |
|---|---|
| Project Dates: | 4/91 to 2/92 |
| Contracted Amount: | $116,120 |

36.   Biology of Mania: Mechanism of Action of Mood Stabilizers. PI – Joseph R. Calabrese, M.D.

| | |
|---|---|
| Source: | Abbott Laboratories |
| Project Dates: | 8/90 to 5/92 |
| Contracted Amount: | $5,000 |

37.   Double-Blind, Placebo-Controlled Trial of Fluoxetine in the Treatment of Borderline Personality Disorder. Co-PI - Joseph R. Calabrese, M.D.

| | |
|---|---|
| Source: | Lilly Research Laboratories |
| Project Dates: | 9/90 - 12/91 |
| Contracted Amount: | $47,833 |

# PUBLICATIONS

1.   **Calabrese JR**, Gulledge AD: Thyroid dysfunction and lithium. Cleve Clinic Quarterly 1983;50(1):32-3.

2.   **Calabrese JR**, Gulledge AD: Depression and hypothyroidism. JAMA 1983;250:2470-2471. Letter.

3.   **Calabrese JR**, Gulledge AD: Prostaglandin E2 and depression. Biol Psychiatry 1984 Aug;19(8):1269-70.

4.   **Calabrese JR**, Gulledge AD: Psychotropics during pregnancy and lactation: A Review. Psychosomatics 1985 May;26(5):413-6. 424-6.

5.   **Calabrese JR**, Gulledge AD: Neonatal narcotic abstinence syndrome: A Review. Can J Psychiatry 1985 Dec;30(8):623-6. Review.

6.   **Calabrese JR**, Gulledge AD, Hahn K, Skwerer RG, Gupta MK, Schumacher OP, Gold PW: Autoimmune thyroiditis in lithium-treated manic depression. Am J Psychiatry 1985 Nov;142(11):1318-21.

7.   Chrousos GP, **Calabrese JR**, Avgerinos PC, Kling MA, Rubinow DR, Oldfield EH, Schuermeyer TH, Kellner CH, Cutler GB, Loriaux DL, Gold PW: Corticotropin-releasing factor: Basic studies and clinical applications. Prog Neuropsychopharmacol Biol 1985;9(4):349-59. Review.

8.   Avgerinos PC, Schuermeyer TH, Udelsman R, Nieman LK, Gold PW, **Calabrese JR,** Kling MA, Loriaux DL, Chrousos G: Human CRH as a toll for studying the pulsatile function of the hypothalamic-pituitary adrenal axis. In W. Crawl (Ed.) *Episodic Hormone Secretion: Methods of Analysis and Normative Data*. NY, Academic Press, 1985.

9.   **Calabrese JR**, Skwerer RG, Gulledge AD, Barna B, Valenzuela R, Butkus A: Depression, immune function and prostaglandin metabolism. Psychiatry Research 1986 Jan;17(1):41-7.

45

10. Gold PW, **Calabrese JR**, Kling MA, Avgerinos PC, Khan I, Gallucci WT, Chrousos G: Abnormal ACTH and cortisol responses to ovine corticotropin-releasing factor. Prog Neuropsychopharmacol Biol Psychiatry 1986;10(1):57-65.

11. Gold PW, Loriaux DL, Roy A, Kling MA, **Calabrese JR**, Kellner CH, Post RM, Pickar D, Avgerinos PC, Paul SM, Schulte HM, Oldfield EH, Cutler GB, Chrousos G: Responses to corticotropin-releasing hormone in the hypercortisolism of depression and Cushing's disease: Pathophysiologic and diagnostic implications. N Engl J Med 1986 May;314(21):1329-35.

12. Gold PW, **Calabrese J**, Kling M, Khan I, Tomai T, Gallucci W, Kalogeras K, Post R, Chrousos G: Clinical studies with CRH: Normal physiology and implications for the pathophysiology of major psychiatric and neuroendocrine disorders. In: *Biological Psychiatry, (Developments in Psychiatry Vol. 7)*, C Shagass, RC Josiassenb, WH Bridger, KJ Weiss, D Stoff, GM Simpson, eds. Amsterdam, Elsevier, 1986, pp 805-807.

13. **Calabrese JR**, Gulledge AD: Carbamazepine, clonazepam use during pregnancy. Psychosomatics 1986 Jun;27(6):464. Letter.

14. **Calabrese JR**, Skwerer RG, Gulledge AD, Gill CG, Mullen JD, Rodgers DA, Taylor PC, Golding LA, Lytle BW, Cosgrove DM, Bazarel MG, Loop FD: Incidence of postoperative delirium following myocardial revascularization: A prospective study. Cleve Clinic J Med 1987 Jan-Feb;54(1):29-32.

15. Gold PW, Kling MA, **Calabrese JR**, Kalogeros K, Post RM, Avgerinos PC, Loriaux DL, Chrousos G: Corticotropin-releasing hormone: Relevance to normal physiology and to the pathophysiology and differential diagnosis of hypercortisolism and adrenal insufficiency. Adv Biochem Psychopharmacol 1987;43:183-200.

16. **Calabrese JR**, Gulledge AD, Hahn K, Skwerer RG, Kotz M, Schumacher OP, Gupta MK, Clough JD, Krupp N, Gold PW: Antinuclear antibodies and antithyroid antibodies in psychiatric patients. In: *Viruses, Immunity, and Mental Disease*. E. Kurstak, Z.J. Lipowski, P.V. Morozov (Eds.), Plenum Publishing Co., New York, pp. 353-362, 1987.

17. Gold PW, Kling MA, Kellner CH, **Calabrese JR**, Roy A, Gwirtsman H, Post RM, Pickar D, Avgerinos PC, Loriaux DL, Chrousos G: Corticotropin-releasing hormone: Relevance to normal physiology and to the pathophysiology of depression and anorexia nervosa. In: *Hormones and Depression*. U. Halbreich (Ed.), New York, Raven Press, pp. 77-89, 1987.

18. Gold PW, Kling MA, Khan I, **Calabrese JR**, Kalogeras K, Post RM, Avgerinos PC, Loriaux DL, Chrousos G: Corticotropin-releasing hormone: Relevance to normal physiology and to the patho-physiology and differential diagnosis of hypercortisolism and adrenal insufficiency. In: *Hypothalamic Dysfunction in Neuropsychiatric Disorders, Advances in Biochemical Psychopharmacology*, D. Nerozzi, F.K. Goodwin, and E. Costa (Eds.). New York, Raven Press, pp. 183-200, 1987.

19. **Calabrese JR**, Kling MA, Gold PW: Alterations in immunocompetence during stress, bereavement, and depression: Focus on the interplay between the immunologic apparatus and neuroendocrine regulation. Am J Psychiatry 1987 Sep;144(9):1123-34. Review.

20. Gold PW, Kling MA, **Calabrese JR**, Kalogeras K, Avgerinos PC, Loriaux DL, Chrousos G: Physiological, diagnostic, and pathophysiological implications of corticotropin-releasing hormone. In: *Handbook of Clinical Psychoneuroendocrinology*. C.B. Nemeroff, P.T. Loosen (Eds.). New York: The Guilford Press, pp. 85-105, 1987.

21. Gold PW, Kling MA, **Calabrese JR**, Post RP, Roy A, Nieman LK, Cutler GB, Loriaux DL, Chrousos G: Corticotropin-releasing hormone in the hypercortisolism of depression and Cushing's disease. N Engl J Med 1987;316:217-219.

22. Gulledge AD, **Calabrese JR**: Diagnosis of anxiety and depression. Med Clinics N America 1988 Jul;72(4):753-63. Review.

23. **Calabrese JR**: Immunocompetence during stress and depression. Am J Psychiatry 1988;145:536-537. Letter.

24. **Calabrese JR**: Management of Depression: Both drugs and psychotherapy are needed. Cleve Clinic J Med 1989;56:13-14.

25. Delucchi AG, **Calabrese JR**: Anticonvulsants for treatment of manic depression. Cleve Clinic J Med 1989 Nov-Dec;56(8):756-61.

26. Kling MA, Whitfield HJ, Brandt HA, Demitrack MA, Kalogeras K, Geracioti TD, Perini GI, **Calabrese JR**, Chrousos GP, Gold PW: Effects of glucocorticoid antagonism with RU 486 on pituitary adrenal function in patients with major depression: time-dependent enhancement of plasma ACTH secretion. Psychopharmacol Bull 1989;25(3):466-72.

27. **Calabrese JR**, Delucchi G: Phenomenology of rapid cycling manic depression and its treatment with valproate. J Clin Psychiatry 1989 Mar;50 Suppl:30-4. Review.

28. Rapport DJ, **Calabrese JR**: Carbamazepine effect on birth control pills. Psychosomatics 1989 Fall;30(4):462-4. Letter.

29. Onady AA, **Calabrese JR**: Carbamazepine and hetero-induction complicating clinical care. J Clin Psychopharm 1989 Oct;9(5):387-8. Letter.

30. **Calabrese JR**, Delucchi GA: Spectrum of efficacy of valproate in 55 rapid-cycling manic depressives. Am J Psychiatry 1990 Apr;147(4):431-4.

31. Markovitz P, Stagno S, **Calabrese JR**: Buspar potentiation of fluoxetine in the treatment of obsessive compulsive disorder. Am J Psychiatry 1990 Jun;147(6):798-800.

32. Delucchi GA, **Calabrese JR**: Phenomenology of the intractable bipolar patient: Focus on the role of rapid cycling. Acta Psiquiatrica y Psicologica de America Latina, 1990.

33. Pycha C, **Calabrese JR**, Gulledge AD, Maloney JD: Psychosocial adaptation to implantable cardioverter defibrillators. Cleve Clinic J Med 1990 Ju-Aug;57(5):441-4.

34. **Calabrese JR**, Kling MA, Gold PW: Alterations in immunocompetence during stress, bereavement, and depression: Focus on the interplay between the immunologic apparatus and neuroendocrine regulation. In: *Development in Psychoneuroimmunology*. F.H.M. Verhey, H.A.H. D'haenen (Eds). Van Gorcum & Co. Assen/Maastricht, Netherlands, pp. 3-23, 1990.

35. **Calabrese JR**, Wilde C: Alterations in immunocompetence during stress: A medical perspective. In: *Stress and Immunity*. N. Plotnikoff (Ed), Telford Press Caldwell, NJ., 1990.

36. Pycha C, **Calabrese JR**: Good psychosocial adaptation to implantable cardioverter defibrillators. *Impact of Cardiac Surgery on the Quality of Life: Neurological and Psychological Aspects*. Ed. Willner A. Plenum Publishers, 1990.

37. **Calabrese JR**: Rapid-cycling manic depression and its treatment. In: Lapierre, Y.D, (Ed.): *Update on the Treatment of Mood Disorders*. Health Care Communications, Inc., Fort Lee, NJ, pp. 9-12, 1990.

38. Markovitz P, **Calabrese JR**: Anticonvulsants in manic depression during pregnancy. Psychosomatics 1990 Winter;31(1):118. Letter.

39. Gadde K, **Calabrese JR**: Diltiazem effect on carbamazepine levels in manic depression. J Clin Psychopharmacology 1990 Oct;10(5):378-9. Letter.

40. Kling MA, Roy A, Doran A, **Calabrese JR**, Rubinow D, Whitfield H, May C, Post R, Chrousos G, Gold PW: Cerebrospinal fluid immunoreactive corticotropin releasing hormone and adrenocorticotropin secretion in Cushing's disease and major depression: Potential clinical implications. J Clin Endocrinol Metab 1991 Feb;72(2):260-71.

41. **Calabrese JR**, Markovitz PJ: Treatment of depression: New pharmacologic approaches. Primary Care 1991 Jun;18(2):421-33.

42. Markovitz PJ, **Calabrese JR**, Schulz SC, Meltzer HY: Fluoxetine in borderline and schizotypal personality disorder. Am J Psychiatry 1991 Aug;148(8):1064-7.

43. Delucchi GA, **Calabrese JR**: Fenomenologia del paciente bipolar intractable: Enfoque en el rol del ciclaje rapido. Alcmeon 1991;4:535-546.

44. **Calabrese JR**, Markovitz PJ, Wagner S: Phenomenology of rapid- cycling manic depression and spectrum of efficacy of valproate. *Current Practices and Future Developments in the Pharmacotherapy of Mental Disorders*. Eds. H.Y. Meltzer, D. Nerozzi. Elsevier Science Publishers B.V., pp. 149-155, 1991.

45. **Calabrese JR**, Meltzer HY, Markovitz PJ: Clozapine prophylaxis in rapid-cycling bipolar disorder. J Clin Psychopharmacology 1991 Dec;11(6):397-8. Letter.

46. Maes M, Scharpe S, Meltzer HY, Suy E, Cosyns P, **Calabrese JR**: Lower angiotensin I converting enzyme activity in melancholic subjects: A pilot study. Biol Psychiatry 1992;32:7:621-624.

47. **Calabrese JR**, Markovitz PJ, Kimmel SE, Wagner SC: Spectrum of efficacy of valproate in 78

rapid cycling manic depressives. J Clin Psychopharmacol. 1992 Feb;12(1 Suppl):53S-56S.

48. Maes M, Meltzer H, Suy E, **Calabrese JR**, Minner B, Cosyns P: Sleep disorders and anxiety symptom profiles of sympathoadrenal system hyperactivity in major depression. J Affective Disorders 1993;27:197-207.

49. Maes M, Dieryck R, Meltzer H, Engels M, **Calabrese JR**, Cosyns P: Regional cerebral blood flow in unipolar depression measured with TC-99M-HMPAO SPECT SCAN: Negative findings. Psychiatry Research 1993;50:77-88.

50. Maes M, Meltzer HY, Scharpe S, Cooreman W, Uyttenbroeck W, Suy E, Vandervorst C, **Calabrese JR**, Raus J, Cosyns P: Psychomotor retardation, anorexia, weight loss, sleep disturbances, and loss of energy: Psychopathological correlates of hyperhaptoglobinemia during major depression. Psychiatry Research 1993;47:229-241.

51. **Calabrese JR**, Woyshville MJ, Kimmel SE, Rapport DJ: Mixed states and bipolar rapid cycling and their treatment with valproate. Psychiatric Annals 1993;23:70-78.

52. **Calabrese JR**, Woyshville MJ, Kimmel SE, Rapport DJ: Predictors of valproate response in bipolar rapid cycling. J Clin Psychopharmacology 1993 Aug;13(4):280-3.

53. Kling MA, Rubinow DR, Doran AR, Roy A, Davis CL, **Calabrese JR**, Nieman LK, Post RM, Chrousos G, Gold PW: Cerebrospinal fluid immunoreactive somatostatin concentrations in patients with Cushing's disease and major depression: Relationship to indices of corticotropin-releasing hormone and cortisol secretion. Neuroendocrinology 1993 Jan;57(1):79-88.

54. Maes M, Meltzer H, Jacobs J, Suy E, **Calabrese JR**, Minner B, Raus J: Autoimmunity in depression: Increase antiphospholipid autoantibodies. Acta Psychiatr Scand 1993;87:160-166.

55. Maes M, Meltzer H, Cosyns P, **Calabrese JR**: Pituitary and adrenal hormone responses to Synacthen in melancholic subjects vs. subjects with minor depression. Biol Psychiatry 1993;33:624-629.

56. Maes M, Scharpe S, Meltzer HY, Bosmans E, Suy E, **Calabrese JR**, Cosyns P: Relationships between interleukin-6 activity, acute phase proteins, and function of the hypothalamic pituitary adrenal axis in severe depression. Psychiatry Research 1993;49:11-27.

57. Maes M, Meltzer HY, Scharpe S, Bosmans E, Suy E, Meester I, **Calabrese JR**, Cosyns P: Relationships between lower plasma L-tryptophan levels and immune inflammatory variables in depression. Psychiatry Research 1993;49:151-165.

58. **Calabrese JR**, Rapport DJ, Kimmel SE, Woyshville MJ: Rapid cycling bipolar disorder and its treatment with valproate. Can J Psychiatry 1993 Apr;38(3 Suppl 2):S57-61. Review.

59. Maes M, **Calabrese JR**, Lee M, Meltzer, H: Effect of age on hypercortisolemia in normal volunteers and depression. Psychoneuroendocrinology 1994;19:79-84.

60. Maes M, Scharpe S, Meltzer H, Uyttenbrouck W, **Calabrese JR**, Stevens W, Cosyns P: