Relationships between in vivo cellular immunity and haptoglobin plasma levels in major depression. Biological Psychiatry 1993;34:690-701.

61. Rapport DJ, **Calabrese JR**: Tolerance to fluoxetine. J Clin Psychopharmacology 1993 Oct;13(5):361. Letter.

62. Khaitan L, **Calabrese JR**, Stockmeier CA: Effects of chronic treatment with valproate on serotonin-1A receptor binding and function. Psychopharmacology (Berl). 1994;113(3-4):539-42.

63. Woyshville MJ, **Calabrese JR**: Quantification of occipital EEG in Alzheimer's disease utilizing a new metric: The fractal dimension. Biol Psychiatry 1994 Mar;15;35 (6):381-7.

64. Bauer MS, **Calabrese JR**, Dunner DL, Post R, Whybrow PC, Gyulai L, Tay LK, Younkin S, Bynum D, Lavori P, Price A: Multi-Site Data Reanalysis: Validity of rapid cycling as a course modifier for bipolar disorder in DSM-IV. Am J Psychiatry 1994;151:506-515.

65. Bowden CL, Brugger AM, Swann AC, **Calabrese JR**, Janicak PG, Petty F, Dilsaver SC, Davis JM, Rush AJ, Small JG, Garza-Trevino ES, Risch SC, Goodnick PJ, Morris DD: Efficacy of divalproex and placebo in the treatment of mania. The Depakote Mania Study Group. JAMA 1994 Mar;271(12):918-24.

66. Kimmel SE, **Calabrese JR**, Woyshville MJ, Meltzer HY: Clozapine in treatment refractory mood disorders. J Clin Psychiatry 1994 Sept;55:91-3.

67. Maes M, **Calabrese JR**, Meltzer H: The relevance of the inpatient versus outpatient status of studies on HPA-axis in depression: Spontaneous hypercortisolism is a feature of major depressed inpatients and not for major depression per se. Progress in Neuro-Psychopharmacology and Biological Psychiatry 1994;18:503-517.

68. Maes M, Meltzer H, Cosyns P, Blockx P, **Calabrese JR**: The determination of the intact ACTH molecule by means of an ultra sensitive assay: An asset in depression research. Neuropsychobiology 1994;29:168-173.

69. Maes M, Meltzer H, Stevens W, **Calabrese JR**, Cosyns P: Natural killer cell activity in major depression: Relationships to natural killer cell, indices of in vivo systemic immune activation, and depressive phenomenology. Progress in Neuro-Psychopharmacology and Biological Psychiatry 1994;18:717-730.

70. Maes M, Meltzer H, Cosyns P, **Calabrese JR**, D'Hondt P, Blockx P: Adrenocorticotropic hormone, beta endorphin and cortisol responses to ovine CRH in unipolar depressed patients pretreated with dexamethasone. Progress in Neuro-Psychopharmacology and Biological Psychiatry 1994;18:1273-1292.

71. **Calabrese JR**, Woyshville MJ: Rapid cycling bipolar disorder: Diagnosis and treatment. Directions in Psychiatry 1994;14:1-8.

72. *Anticonvulsants in Manic Depression*. Eds. Joffee RT, **Calabrese JR**. Marcel Dekker, Inc., NY, NY, 1994.

73. **Calabrese JR**, Woyshville MJ, Rapport DJ: Clinical Efficacy of Valproate. In. *Anticonvulsants in Manic Depression*. Eds. Joffee RT, Calabrese JR. Marcel Dekker, Inc., NY, NY, 1994, pgs 131-146.

74. Maes M, Calabrese JR: Mechanism of Action of Valproate in Affective Disorders. In. *Anticonvulsants in Manic Depression*. Eds. Joffee RT, **Calabrese JR**. Marcel Dekker, Inc., NY, NY, pp 93-110, 1994.

75. **Calabrese JR**, Woyshville MJ: A medication algorithm for treatment of bipolar rapid cycling. J Clin Psychiatry 1995;56(3):11-18. Review.

76. Bowden CL, **Calabrese JR**, Wallin BA, Swann AC, McElroy SL, Risch SC, Hirschfeld RM: Illness characteristics of patients in clinical drug studies of mania. Psychopharmacology Bulletin 1995;31(1):103-9. Review.

77. Maes M, Bosmans E, **Calabrese JR**, Smith R, Meltzer H: Interleukin-2 and interleukin-6 in schizophrenia and mania: Effects of neuroleptics and mood stabilizers. J of Psychiatric Research 1995;2:141-152.

78. **Calabrese JR**, Woyshville MJ: Lithium therapy: Limitations and alternatives in the treatment of bipolar disorder. Annals of Psychiatry 1995 Jun;7(2):103-112. Review.

79. Maes M, Goossens F, Scharpe S, **Calabrese JR**, Desnyder R, Meltzer HY: Alterations in plasma prolyl endopeptidase activity in depression, mania, and schizophrenia: Effects of antidepressants, mood stabilizers, and antipsychotic drugs. Psychiatry Research 1995;58:217-225.

80. Suppes T, **Calabrese JR**, Mitchell PB, Pazzaglia PJ, Potter WZ, Zarin DA: B. Algorithms for the treatment of bipolar, manic depressive illness. Psychopharmacology Bulletin 1995;31(3):469-74.

81. **Calabrese JR**, Bowden CL, Woyshville MJ: Lithium and anticonvulsants in bipolar disorder. In. *Psychopharmacology: The Fourth Generation of Progress*. Eds. F.E. Bloom and D.J. Kupfer. Raven Press, Inc., NY, NY, 1995, pages 1099-1111.

82. Kujawa MJ, **Calabrese JR**: Substance abuse and the treatment of bipolar disorder. In. *Clinical Depression During Addiction Recovery: Process, Diagnosis, and Treatment*. Edited by Jerry S. Kantor. Marcel Dekker, Inc., NY, NY., pp 81-95, 1995.

83. Fatemi S, **Calabrese JR**: Treatment of valproate-induced alopecia with zinc and selenium. Annals of Pharmacotherapy 1995 Dec;29(12):1302. Letter.

84. Petty F, Rush AJ, Davis JM, **Calabrese JR**, Kimmel SE, Small JG, Swann AE, Orsulak PJ, Bowden CL, Blake M, Morris D: Plasma GABA predicts acute response to divalproex in mania. Biol Psychiatry 1996 Feb;15;39(4):278-84.

85. **Calabrese JR**, Fatemi SH, Kujawa MJ, Woyshville MJ: Predictors of response to mood stabilizers. J Clin Psychopharmacology 1996 Apr;16(2 Suppl 1):24S-31S. Review.

86. Bowden CL, Janicak PG, Orsulak P, Swann AC, Davis JM, **Calabrese JR**, Goodnick P, Small JG, Rush J, Kimmel SE, Risch SC, Morris DD: Relationship of serum valproate concentration to response in mania. Am J of Psychiatry 1996 Jun;153(6):765-70.

87. **Calabrese JR**, Kimmel SE, Woyshville MJ, Rapport DJ, Faust CJ, Thompson PA, Meltzer HY: Clozapine in treatment refractory mania. Am J Psychiatry 1996 Jun;153(6):759-64.

88. **Calabrese, JR**, Goethe JW, Kayser A, Marcotte DB, Monagin JA, Kimmel SE, Brugger AM, Morris D, Fatemi SH: Adverse events in 583 valproate-treated patients. Depression 1996;3:5:257-262.

89. **Calabrese JR**, Fatemi SH, Woyshville MJ: Diagnosis and treatment of rapid cycling bipolar disorder. In. *Current Psychiatric Therapy II* 37:266-271, 1996.

90. **Calabrese JR**, Fatemi SH, Woyshville MJ: Antidepressant Effects of Lamotrigine in Bipolar Rapid Cycling. Am J Psychiatry 1996 Sep;153(9):1236.

91. Fatemi SH, Rapport DJ, **Calabrese JR**, Thuras P: Lamotrigine in rapid-cycling bipolar disorder. J Clin Psychiatry 1997 Dec;58(12):522-7.

92. Swann AC, Bowden CL, Morris D, **Calabrese JR**, Petty F, Small J, Dilsaver SC, Davis JM: Depression during mania: Treatment response to lithium or divalproex. Arch Gen Psychiatry 1997 Jan;54(1):37-42.

93. Bowden C, Swann A, **Calabrese JR**, McElroy S, Morris D, Petty F, Hirschfeld R, Gyulai L: Maintenance clinical trials in bipolar disorder: Design implications of the divalproex-lithium placebo study. Psychopharmacology Bulletin 1997;33(4):693-9.

94. Maes M, **Calabrese J**, Jayathilake K, Meltzer HY: Effects of subchronic treatment with valproate on L-5-HTP-induced cortisol responses in mania: Evidence for increased central serotonergic neurotransmission. Psychiatry Research 1997;71:2:67-76.

95. Bowden CL, Davis J, Morris D, Swann A, **Calabrese JR**, Lambert M, Goodnick P: Effect size of efficacy measures comparing divalproex, lithium, and placebo in acute mania. Depress Anxiety 1997;6:26-30.

96. **Calabrese JR**, Rapport DJ, Shelton MD, Kimmel SE: Clinical studies on the use of lamotrigine in bipolar disorder. Neuropsychobiology 1998 Oct;38(3):185-91. Review.

97. Bauer MS, **Calabrese JC**, Dunner DL, Post R, Whybrow PC, Gyulai L, Younkin S, Bynum D, Lavori P: Multi-Site Data Reanalysis: Rapid cycling as a modifier for bipolar disorder in DSM-IV. In. *DSM-IV Sourcebook* Volume 4. Eds: Widiger TA, Frances AJ, Pincus HA, Ross R, First MB, Davis W, Kline M. American Psychiatric Association pgs 125-141, 1998.

98. **Calabrese JR**, Rapport DJ: Mood stabilizers and the evolution of maintenance study designs in bipolar I disorder. J Cl Psychiatry 1999;60 Suppl 5:5-13; discussion 14-5. Review.

99. **Calabrese JR**, Bowden CL, Sachs GS, Ascher JA, Monaghan E, Rudd GD for the Lamictal 602

Study Group: A double-blind placebo-controlled study of lamotrigine monotherapy in outpatients with bipolar I depression. Lamictal 602 Study Group. J Clin Psychiatry 1999 Feb;60(2):79-88.

100. Rapport DJ, **Calabrese JR**, Clegg K, Ronis RJ: Lamotrigine in treatment refractory major depression. Primary Psychiatry. 1999;6:41-42.

101. **Calabrese JR**, Bowden CL, McElroy SL, Cookson J, Andersen J, Rhodes L, Keck PE, Bolden-Watson C, Zhou J, Ascher J: Spectrum of activity of lamotrigine in treatment refractory bipolar disorder. Am J Psychiatry. 1999 Jul;156(7):1019-23.

102. Swann AC, **Calabrese JR**, Bowden JR, Dilsaver SC, Morris DD: Mania: Differential effect of number of previous depressive and manic episodes on response to treatment. Am J Psychiatry 1999 Aug;156(8):1264-6.

103. Bowden CL, **Calabrese JR**, McElroy SL, Rhodes LJ, Keck PE, Cookson J, Anderson J, Bolden-Watson C, Ascher J, Monaghan E: Comparison of the efficacy of lamotrigine in rapid cycling and non-rapid cycling bipolar disorder. Biological Psychiatry. 1999 Apr;45(8):953-8.

104. **Calabrese JR**, Rapport DJ, Kimmel SE, Shelton MD: Controlled trials in bipolar I depression: Focus on switch rates and efficacy. Eur Neuropsychopharmacol. 1999 Aug; 9 Suppl 4:S109-12. Review.

105. Swann AC, Petty F, Bowden CL, Dilsaver SC, **Calabrese JR**, Morris DD: Mania: Gender transmitter function, and response to treatment. Psychiatry Res. 1999 Oct;18;88(1):55-61.

106. **Calabrese JR**: The management of bipolar disorders. Clinician 1999;17:20-25.

107. **Calabrese JR**: Lamotrigine and the treatment of bipolar disorder. Introduction. Eur Neuropsychopharmacol 1999 Aug; 9 Suppl 4:S107-8.

108. **Calabrese JR**, Rapport DJ, Shelton MD: Fish oils and bipolar disorder: Promising but untested. Invited Commentary. Arch Gen Psychiatry 1999 May;56(5):413-4: discussion 425-6.

109. Bowden CL, **Calabrese JR**, Cookson J, Monaghan E: The efficacy of lamotrigine in rapid cycling and non-rapid cycling patient with bipolar disorder. Biol Psychiatry. 1999; 1711-1712

110. Hirschfeld RMA, Williams JBW, Spitzer RL, **Calabrese JR**, Flynn L, Keck PE, Lewis L, McElroy SL, Post RM, Rapport DJ, Russell JM, Sachs GS, Zajecka J: Development and validation of a screening instrument for bipolar spectrum disorder: The mood disorders questionnaire. Am J Psychiatry 2000 Nov;157(11):1873-5.

111. Bowden CL, **Calabrese JR**, McElroy SL, Hirschfeld RMA, Petty F, Gyulai L, Pope HG, Chou JCY, Keck PE, Rhodes LJ, Swann AC, Wassef A, Wozniak PJ for the Divalproex Bipolar Study Group: A randomized, placebo-controlled 12-month trial of divalproex and lithium in treatment of outpatients with bipolar I disorder. Arch Gen Psychiatry. 2000 May;57(5):481-9.

112. Swann AC, Bowden CL, **Calabrese JR**, Dilsaver SC, Morris DD: Mania: differential effects of previous depressive and manic episodes on response to treatment. Acta Psychiatr Scand. 2000

Jun;101(6):444-51.

113. Shelton MD, **Calabrese JR**: Current concepts in rapid cycling bipolar disorder. Curr Psychiatry Rep. 2000 Aug;2(4):310-5.

114. **Calabrese JR**, Suppes T, Bowden CL, Kusumakar V, Sachs GS, Swann AC, McElroy SL, Ascher JA, Earl NL, Greene PL, Monaghan ET for the Lamictal 614 Study Group: A double-blind, placebo-controlled, prophylaxis study of lamotrigine in rapid cycling bipolar disorder. J Clin Psychiatry. 2000 Nov;61(11):841-50.

115. Findling RL, Gracious BL, McNamara NK, **Calabrese JR**: The rationale, design, and progress of two novel maintenance treatment studies in pediatric bipolarity. Bipolar Disorder. Acta Neuropsychiatrica 2000;12:136-138.

116. Young A, Macritchie KA, **Calabrese JR**: Pharmacologic Treatment for Bipolar Affective Disorder. New drug treatments are emerging, more clinical evidence is required. British Medical Journal. 2000 Nov 25;321(7272):1302-3.

117. Keck PE, Mendlwicz J, **Calabrese JR**, Fawcett J, Suppes T, Vestergaard PA: A review of randomized, controlled clinical trials in acute mania. J Affect Disorder. 2000 Sep;59 Suppl 1:S31-S37. Review.

118. **Calabrese JR**, Bowden CL, McElroy S, Cookson J, Andersen J, Rhodes L, Woyshville M, Keck P, Kundu S, Paterson G, Ascher J, Bolden-Watson C: Efficacy of lamotrigine in bipolar disorder: Preliminary data. In. *Bipolar Medications: Mechanisms of Action*. Editors: Manji HK, Bowden C, Belmaker R. Am Psychiatric Press. 2000, pgs 367-374.

119. **Calabrese JR**, Bowden CL, Woyshville MJ: Lithium and the Anticonvulsants in Bipolar Disorder. In. Bloom FE, Kupfer DJ, eds. *Psychopharmacology: The Fourth Generation of Progress*. CD-ROM Version 3, http://www.acnp.org/citations/GN401000106, 2000.

120. Ferrier IN, **Calabrese JR**: Lamotrigine, gabapentin, and the new anticonvulsants: Efficacy in Mood Disorders. In. *Schizophrenia and Mood Disorders: The New Drug Therapies in Clinical Practice*. Eds P.F. Buckley, J.L. Waddington. Butterworth Heinenmann. Pages 190-198, 2000.

121. **Calabrese JR**, Rapport DJ, Findling RL, Shelton MD, Kimmel SE: Rapid-Cycling Bipolar Disorder. In. *Bipolar Disorders. 100 Years After Manic–Depressive Insanity*, Eds: A Marneros, Angst J. Kluwer Academic Publishers. 2000. pgs 89-109.

122. **Calabrese JR**: Introduction. In. *Bipolar Affective Disorders: Etiology and Treatment*. Eds. Joerg Walden, Heinz Grunze. Georg Thieme Verlag, Stuttgart, pages 1-4, 2000.

123. **Calabrese JR**, Gajwani P: Lamotrigine and clozapine for bipolar disorder. Am J Psychiatry. 2000 Sep;157(9):1523. Letter.

124. Findling RL, **Calabrese JR**: Rapid Cycling Bipolar Disorder in Children. Am J Psychiatry 2000 Sep;157(9): 1526-7. Letter.

125. Huffman R, Ascher J, Earl N, Monaghan E, Womble G, Mitchell P, Cookson J, Vanier B, Dinan T, **Calabrese J**: A one-year continuation study of lamotrigine treatment in bipolar depression. European Neuropsychopharmacology. 2000;10(Suppl 3): S237.

126. Kusumakar V, Greene P, Earl N, Ascher J, Monaghan E, Smoot T, Fouche N, Bowden C, **Calabrese J**, Post R, Sachs G, Suppes T, Gyulai L, Young T: Mood stabilization with lamotrigine in rapid cycling bipolar disorder: A double blind, placebo-controlled study. European Neuropsychopharmacology. 2000;10(Suppl 3): S238.

127. **Calabrese JR**, Shelton M, Rapport D, Kimmel S: Current state of the art in pharmacologic treatment of bipolar disorder. Int J Neuropsychopharmacology 2000;3 Supple 1:S50.

128. Green P, Earl N, Ascher J, Monaghan E, Smoot T, Bowden C, **Calabrese J**, Ketter T, McElroy S, Post r, Sachs G, Suppes T, Swann A: Mood stabilization with lamotrigine in rapid cycling bipolar disorder: A double-blind placebo-controlled study. Int J Neuropsychopharmacology 2000;3 Supple 1:S341.

129. Earl N, Green P, Ascher J, Chang C, Evoniuk G, Bowden C, **Calabrese J**, Ketter T, McElroy S, Post G, Sachs G, Suppes T, Swann A: Mood stabilization with lamotrigine in rapid cycling bipolar disorder. Int J Neuropsychopharmacology 2000;3 Supple 1:S341.

130. Huffman R, Ascher J, Early N, Monaghan E, **Calabrese J**, Bowden C, Lydiard B, Sachs G: A one-year continuation study of lamotrigine treatment in bipolar depression. Int J Neuropsychopharmacology 2000;3 Supple 1:S341.

131. **Calabrese JR**, Keck PE, McElroy SL, Shelton MD: Pilot study of topiramate as monotherapy in acute mania. J Clin Psychopharmacology. 2001 Jun;21:340-2.

132. **Calabrese JR**, Rapport DJ, Shelton MD, Kimmel SE: Evolving methodologies in bipolar maintenance research. Br J Psychiatry. 2001 Jun;41:s157-63.

133. Montgomery S, van Zwieten-Boot B, Angst J, Bowden CL, **Calabrese JR**, Chengappa R, Goodwin G, Lecrubier Y, Licht R, Nolen WA, Sachs G, Saint Raymon J, Storosum P, Suppes JM, van Ree JM: ECNP Nice Consensus Guidelines for Investigating Efficacy in Bipolar Disorder. European Neuropsychopharmacology. 2001;11:79-88

134. Youngstrom EA, Findling RL, Danielson CK, **Calabrese JR**: Discriminant validity of parent report of hypomanic and depressive symptoms on the General Behavioral Inventory. Psychological Assessment. Psychol Assess. 2001 Jun;13(2):267-76.

135. **Calabrese JR**, Shelton MD, Bowden CL, Rapport DJ, Suppes T, Shirley ER, Kimmel SE, Caban S: Bipolar rapid cycling: Focus on depression as its hallmark. J Clin Psychiatry 2001;62 Suppl 14:34-41.

136. Findling RL, Gracious BL, McNamara NK, Youngstrom EA, Demeter CA, Branicky LA, **Calabrese JR**: Rapid, continuous cycling and psychiatric co-morbidity in pediatric bipolar I disorder. Bipolar Disorders. 2001 Aug;3(4):202-10.

137. **Calabrese JR**, Shelton MD, Rapport DJ, Kujawa M, Kimmel SE, Caban S: Current research on rapid cycling bipolar disorder and its treatment. J Affect Disord. 2001 Dec;67(1-3):241-55. Review.

138. Swann AC, Janicak P, **Calabrese JR**, Bowden CL, Dilsaver S, Morris DD, Petty F, Davis J: Structure of mania: Depressive, irritable, and psychotic clusters with distinct course of illness in randomized clinical trial participants. J Affect Disord. 2001 Dec;67(1-3):123-32.

139. **Calabrese JR**, Bowden CL, Akthar S, Olajossy M, Montgomery S, Montgomery P, Ascher J, Earl N: Lamotrigine: Evidence for mood stabilization in bipolar I depression. Bipolar Disorders 2001;Suppl 1]3:29.

140. Findling RL, Gracious BL, McNamara NK, **Calabrese JR**: Combination lithium and divalproex treatment of pediatric bipolar disorder. Bipolar Disorders 2001;[Suppl 1]3:36.

141. Gracious BL, Findling RL, McNamara NK, Youngstrom EA, **Calabrese JR**: Elevated TSH in bipolar youth prescribed both lithium and divalproex. Bipolar Disorders 2001;[Suppl 1]3:38-39.

142. Greene P, Suppes T, Bowden CL, **Calabrese JR**, Gyulai L, Sachs G, Ascher J, Smoot T, Earl N: Lamotrigine in rapid cycling bipolar disorder: Predictors of Response. Bipolar Disorders 2001;[Suppl 1]3:39-40.

143. Mitchell PB, Hadzi-Pavlovic D, Evoniuk G, **Calabrese JR**, Bowden CL, Earl N: A multivariate statistical analysis of bipolar depression and major depressive disorder. Bipolar Disorders 2001;[SupplI]3:48.

144. **Calabrese JR**: Recent research on anticonvulsants in bipolar disorder. World J Biological Psychiatry. 2001;2:110S.

145. **Calabrese JR**: Bipolar rapid cycling: Focus on depression as its hallmark. World J Biological Psychiatry 2001;2:143S.

146. Thase ME, Londborg P, **Calabrese JR**: Tolerability of citalopram in depressed patients who discontinued fluoxetine due to adverse events. World J Biological Psychiatry 2001;2:182S.

147. Suppes T, **Calabrese J**, Bowden C, Ascher J, Greene P: Lamotrigine in rapid cycling bipolar disorder: Predictors of Response. World J Biological Psychiatry 2001;2:347S.

148. Montgomery SA, Akthar S, Bowden C, **Calabrese J**, Olajossy M: Lamotrigine demonstrates long-term mood stabilization in recent manic patients. World J Biological Psychiatry 2001;2:351S.

149. **Calabrese J**: Drug-induced switch rates and their impact in bipolar disorder. European Neuropsychopharmacology. 2001;11 (Supplement 3):S95-S96.

150. Tohen M, Chengappa KNR, Suppes TR, Zarate CA, **Calabrese JR**, Bowden CL, Sachs GS, Kupfer D, Baker R, Risser RC, Keeter EL, Feldman PD, Tollefson GD, Breier A: Efficacy of olanzapine in combination with valproate or lithium in the treatment of mania in patients partially non-responsive to valproate or lithium monotherapy. Arch Gen Psychiatry. 2002 Jan;59(1):62-9.

151. Ketter TA, **Calabrese JR**: Stabilization of mood from below versus above baseline in bipolar disorder: A new nomenclature. J Clin Psychiatry. 2002 Feb;63(2):146-151. Review.

152. Swann AC, Bowden CL, **Calabrese JR**, Dilsaver SC, Morris DD: Pattern of response to divalproex, lithium, or placebo in four naturalistic subtypes of mania. Neuropsychopharmacology 2002 Apr;26(4):530-6.

153. Suppes T, Dennehy EB, Swann AC, Bowden CL, **Calabrese JR**, Hirschfeld R, Keck PE, Sachs G, Crismon ML, Toprac M, Shon SP. Report of the Texas Consensus Conference Panel on Medication Treatment of Bipolar Disorder. J Clin Psychiatry 2002 Apr;63(4):288-299.

154. Yatham LN, Kusumakar V, **Calabrese JR**, Rao R, Scarrow G, Kroeker G: Third generation anticonvulsants in bipolar disorder: Review of efficacy and summary of clinical recommendations. J Clin Psychiatry. 2002 Apr;63(4):275-83.

155. Danielson CK, Youngstrom EA, Findling RL, **Calabrese JR**: Discriminant validity of the General Behavior Inventory Using Youth Report. J Abnormal Child Psychology. In Press.

156. Findling RL, Youngstrom EA, Danielson CK, DelPorto-Bedoya D, Papish-David R, Townsend L, **Calabrese JR**: Clinical decision-making using the general behavior inventory in juvenile bipolarity. Bipolar Disorders 2002:4:34-42.

157. **Calabrese JR**, Shelton MD, Rapport DJ, Kimmel SE: Bipolar disorders and the effectiveness of novel anticonvulsants. J Clin Psychiatry 2002;63 Suppl 3:5-9.

158. **Calabrese JR**, Rapport DJ, Shelton MD: Commentary: Pursuit of the ideal mood stabilizer-Time to give up and move to combination trials. In. Bipolar Disorder – 5th Vol. World Psychiatric Association Series "Evidence & Experience in Psychiatry. Eds: M. Maj, H.S. Akiskal, J.J. Lopez-Ibor, N. Sartorius. Publisher: Wiley, Chichester. 2002.

159. **Calabrese J**: Editorial – Clinical relevance and management of bipolar disorders: Weighing benefits versus risks. Presentations in Focus 2002; 3-4.

160. Tohen M, Chengappa KNR, Suppes T, Basker RW, Risser RC, Evans AR, **Calabrese JR**: Olanzapine combined with mood stabilizers in prevention of recurrence in bipolar disorder: An 18-month study. Schizophrenia Research (Abstract B89) 2002;53:183-184.

161. Findling R, Garcious N, McNamara N, Stansbrey R, **Calabrese J**: Prevention of bipolar disorder in genetically at-risk youths. Int J Neuropsychopharmacology 2002 June Suppl. 5:S55.

162. Tohen M, Vieta E, Ketter T, Centorino F, **Calabrese JR**, Sachs G, Bowden, CL, Mitchel P, Risser R, Baker RW, Evans AR, Dube S, Tollefson G, Breier A: Olanzapine in the treatment of bipolar depression. Int J Neuropsychopharmacology 2002 June Suppl. 5:S109.

163. Tohen M, Chengappa KNR, Suppes T, Baker RW, Risser RC, Evans AR, **Calabrese JR**: Olanzapine combined with mood stabilizers in prevention of recurrence in bipolar disorder: An 18-month study. Int J Neuropsychopharmacology 2002 June Suppl. 5:S109.

164. Findling R, Gracious BL, McNamara NK, Stanbrey RJ, **Calabrese JR**: Combination lithium carbonate and divalproex sodium treatment of pediatric bipolar disorder. Int J Neuropsychopharmacology 2002 June Suppl. 5:S57-58.

165. **Calabrese JR**, Soegaard J, Hompland M, Kehtonen OP, Ruetsch G, Paska W: Summary and meta-analysis of two large placebo-controlled 18-month maintenance trials of lamotrigine and lithium treatment in bipolar I disorder. Int J Neuropsychopharmacology 2002 June Suppl. 5:S58.

166. **Calabrese JR**, Sullivan JR, Bowden CL, Suppes T, Goldberg JF, Sachs G, Shelton M, Kusumakar V: Rash in lamotrigine mood disorder multicenter trials: Clinical relevance and management. J Clin Psychiatry. In Press.

167. Muzina DJ, El-Sayegh S, **Calabrese JR**: Antiepileptic drugs in psychiatry – focus on randomized controlled trials. Epilepsy Research. November 2002. In Press.

168. Bowden CL, **Calabrese JR**, Sachs G, Yatham LN, Akthar-Asghar S, Hompland M, Montgomery P, Earl N, Smoot TM, DeVeaugh-Geiss J for the Lamictal 606 Study Group: A placebo-controlled 18 month trial of lamotrigine and lithium maintenance treatment in recently manic or hypomanic patients with bipolar I disorder. Archives of General Psychiatry. In Press.

169. Youngstrom EA, Danielson CK, Findling RL, Gracious BL, **Calabrese JR**: Factor structure of the Young Mania Rating Scale for use with youths aged 5 to 17 years. J Clin Child and Adolesc Psychology. In Press.

170. Gracious BL, Youngstrom EA, Findling RL, **Calabrese JR**: Discriminative validity of a parent version of the Young Mania Rating Scale. J Am Ac Child & Adol Psychiatry. In Press.

171. Shelton MD, **Calabrese JR**: Lamotrigine: Clinical Efficacy and Use in Psychiatric Disorders. In. *Antiepileptic Drugs* Eds. Lippincott Williams & Wilkins. In Press.

172. Hirschfeld RMA, Holzer C, **Calabrese JR**, Davies M, Frye M, Keck P, McElroy S, Lewis L, Weissman M, Tierce J, Wagner K, Hazard E: Reliability and validity of the Mood Disorders Questionnaire: A general population study. Submitted to the American Journal of Psychiatry.

173. Gyulai L, Bowden CL, McElroy SL, **Calabrese JR,** Petty F, Swann AC, Chou JCY, Wassef A, Risch CS, Hirschfeld RMA, Nemeroff C, Keck PE, Wozniak PJ: Maintenance efficacy of divalproex in the prevention of bipolar depression. Submitted to Am J Psychiatry.

174. **Calabrese JR**, Bowden CL, Sach G, Yatham L, Behnke K, Mehtonen O-P, Montgomery P, Ascher J, Paska W, Earl NL, DeVeaugh-Geiss J, for the Lamictal 605 Study Group: A placebo-controlled 18-month trial of lamotrigine and lithium maintenance treatment in recently depressed patients with bipolar I disorder. Submitted to Archives of General Psychiatry.

175. Danielson CK, Youngstrom EA, Findling RL, **Calabrese JR**: Discriminant validity of the general behavior inventory using youth report. Submitted to the Journal of Clinical Child Psychology and Psychiatry.

176. Shelton MD, **Calabrese R**: Lamotrigine use in psychiatry. Primary Psychiatry. In Press.

177. **Calabrese JR**, Muzina D: Recent-placebo-controlled acute trials of bipolar depression: Focus on methodology. International J Neuropsychopharmacology. In Press.

178. Hirschfeld RMA, **Calabrese JR**, Weissman MM, Reed Michael M, Ballesteros D, Campbell D, Davies L, Davies M, Frye M, Graham J, Hamm S, Hazard E, Ho G, Holzer C, Jenkins J, Keck P, Lewis L, Mathieson K, McElroy S, McNulty J, Murray E, O'Dwyer K, Padgett R, Patrick P, Pies R, Reeves-Pennington K, Tierce J, Wagner K, Ward K, Wilson B: Prevalence of bipolar spectrum disorder in the United States. Submitted to the J Clin Psychiatry.

5077US/0049 : DOO1

**STATE MEDICAL BOARD OF OHIO**
77 S. High St., Columbus, Ohio 43266-0315
www.state.oh.us/med/
*EXPIRES:* 04/01/2003   *LICENSE NUMBER*
35-04-6939-C
*Between 01/02/01 and 01/01/03*
*you must complete and maintain*
*documentation of 100 hours*
*of CME. (40 in Category I)*
JOSEPH RICHARD CALABRESE JR.,MD

*is duly registered and entitled to practice in The State of Ohio*
*until the expiration date.*     AUDIT # 067540

Cont 8193

As a physician or podiatrist practicing in the State of Ohio, you are responsible for:
• Keeping informed of new laws and rules pertaining to your profession. AC 1444 5P3
• Reporting any violations of the Medical Practices Act to our complaint hotline at 1-800-554-7717.
• Notifying the board in writing within 30 days of any change in your address - (residence and principle practice) 357 900 / ZKR/ARE/IN : F10
• Completing and maintaining documentation of CME.
Access website at www.state.oh.us/med/ to obtain current information from the board. TDA 9698

*Signature* Joseph R Calabrese MD

60

5077US/0049 : 0002

| Study Code | 5077US/0049 |
|---|---|
| Country | USA |
| Centre No. | 0002 |

## Curriculum Vitae

Please complete this form in English

| **First and family name** | Mohammed Younus Alam |
|---|---|

| **Present position** | Director, American Medical Research, Inc. |
|---|---|

**Address**
(Full office address incl. postal/zip code)

1200 Harger Road, Suite 415, Oak Brook, IL, 60523

Telephone# 630-928-1000, Fax: 630-928-0020, E-Mail: REDACTED

**Medical education**

| Name of school | Osmania Medical College |
|---|---|
| City, Country | Hyderabad, India. |
| Duration of education | 6 years. |
| Degree attained | Bachelor of Medicine and Bachelor of Surgery |
| Education completed in year | 1981 |

| **Physician's reference/license number (if applicable)** | 036-082013 Illinois. |
|---|---|

**Postgraduate training**

| Type of training | Psychiatry Residency (POST M.D.) |
|---|---|
| Name of institution | West-Ros-Park Mental Health Center , A Division of Massachusetts Mental Health Center. |
| City, Country | Boston, U.S.A |
| Duration of training | 3 years |
| Degree attained | Residency in Psychiatry (PGY II- IV) |
| Training completed in year | 1987 |

| Type of training | Fellowship- Clinical Research Fellow in Biological Psychiatry – Psychopharmacology, Massachusetts Mental Health Center. |
|---|---|
| Name of institution | Harvard Medical School, Boston. |
| City, Country | Boston, U.S.A |
| Duration of training | 1 years |
| Degree attained | Fellowship |
| Training completed in year | 1988 |

61

Curriculum Vitae
Study Code 5077US/0049

| | |
|---|---|
| Certification | E.C.F.M.G.; F.L.E.X; State of California.; American Board of Psychiatry and Neurology.,; Speciality Certification in Addiction Psychiatry |
| Academic Appointments | 1984-1988-Clinical Fellow in Psychiatry, Harvard Medical School. |
| | 1988-1990-Instructor in Psychiatry, Harvard Medical School |
| | 1990-1994- Assistant Professor in Psychiatry, University of Chicago |
| | 1994- Clinical Assistant Professor of Psychiatry, University of Psychiatry |

**Publications/Abstracts;** 22

(number of written publications in
relevant area(s) of research)

**Experience of clinical research** 26
(number of clinical studies sponsored
by the pharmaceutical industry to
which the individual has contributed)

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data protection laws may not exist or be as developed as in the European Economic Area.

Signature _____        Date of signature ____9/17/02____

2(2)

5077US/0049 : 0003

**VALERIE KAPLAN ARNOLD, MD**
**CNS HEALTHCARE OF MEMPHIS**
August 13, 2002

VK Arnold
8-13-02



| | |
|---|---|
| **Affiliation** | Investigator<br>Clinical Neuroscience Solutions, Inc., Inc. (CNS Healthcare of Memphis); Penn Marc Building, 6401 Poplar Avenue, Suite #420, Memphis, TN  38119; 05/01-Present |
| **Education** | University of Alabama, Birmingham, Alabama; Doctor of Medicine, 1985-1988 |
| | Meharry Medical College, Nashville, Tennessee; Doctor of Medicine, 1984-1985 |
| | Undergraduate: Tulane University, New Orleans, LA; Bachelor of Science, Biology and Visual Communication, 1980 |
| **Professional Training** | Fellowship (Child Psychiatry), University of Tennessee, Memphis, Tennessee; 1991-1993 |
| | Residency, (Psychiatry) University of Tennessee, Memphis, Tennessee; 1989-1991 |
| | Internship (Psychiatry), University of Tennessee, Memphis, Tennessee; 1988-1989 |

**License/ Accreditation**    Medical Doctor:

- State of Tennessee #020108
- State of Mississippi #16156
- State of Alabama #22525

National Board of Medical Examiners (1980)

Board Certified in Psychiatry (1997)

Board Eligible in Child Psychiatry (1993)

Served as Co-Chief Fellow (1993)

**Population Experience**

*Children & Adolescents:*  Seven years clinical psychiatric experience, both inpatient and outpatient; diagnoses included Mental Retardation, Pervasive Development Disorders, ADHD & Disruptive Behavior Disorders,  Tic Disorders, Elimination Disorders, Psychotic Disorders, Depressive Disorders, Bipolar Disorders, Anxiety Disorders, Factitious Disorders, Sexual & Gender Identity Disorders, Eating Disorders, Impulse-Control Disorders, Personality Disorders

Three years clinical psychiatric experience, both inpatient and outpatient; diagnoses included Substance Abuse/Dependence

*Adults:*  Seven years clinical psychiatric experience, both inpatient and outpatient; diagnoses included Depressive Disorders, Anxiety Disorders, Sexual & Gender Identity Disorders, Personality Disorders

*Geriatrics:*  One year clinical psychiatric experience, both inpatient and outpatient; diagnoses included Dementia, Depressive Disorders, Anxiety Disorders

**CNS Healthcare Memphis • Suite 420 • 6401 Poplar Avenue • Memphis, TN 38119**
**Tel: 901-843-1045 • Fax: 901-843-1206**
**www.cnshealthcare.com/memphis**

Page 1 of 5
CNS Healthcare of Memphis
©2002 Clinical Neuroscience Solutions, Inc.

63

**VALERIE KAPLAN ARNOLD, MD**
**CNS HEALTHCARE OF MEMPHIS**
August 13, 2002



| | |
|---|---|
| **Clinical Skills** | CPR, ECG interpretation, phlebotomy, physical examinations and lab interpretations |
| **Ratings Experience** | Diagnostic Evaluations and Rating Scales: CASS, MINI, K-SADS, ADCS, Barnes, BPRS, CABA, CAPA, Children's Depression Rating Scale, CGI, DICA, ADHD Rating Scale, AIMS, Conners, Hamilton Anxiety, Hamilton Depression, Y-BOCS, MADRS, SCID, SAS, YMARS, Quality of Life Assessment, Mini-Mental Status Exam (MMSE) |

**Professional Appointments**

Private Practice, Memphis, TN; 1993-Present

Medical Director, Adolescent Sexual Offender Program, Parkwood Behavioral Health System; 2000 - Present

Consulting Psychiatrist, Youth Villages of Memphis; 1999-Present

Medical Director, Youth Villages of Memphis; 1993-1999

American Academy of Child and Adolescent Psychiatry representative to the American Medical Association; 1998-Present

Clinical Assistant Professor, University of Tennessee; 1995-Present

**Professional Organizations**

Member, American Academy of Child and Adolescent Psychiatry:
- Work Group on Quality Issues, 1996-Present
- Committee on Residential Treatment, 1997-Present
- "Catchers in the Rye" Advocacy Award, 1998

American Psychiatric Association

American Medical Association

Memphis and Shelby County Medical Society:
- Board of Directors, 1997-1999
- Nominating Committee, 1998
- Ethics Committee, 2001-Present

American Physicians Art Association

Tennessee Psychiatric Association

Tennessee Medical Society
- Shelby County Medical Society Alternate Delegate, 2001-Present

**Publications**

"Beauty is Only Name Deep:  The Effect of First Name on Rating Physical Attraction" Journal of Applied Social Psychology, Vol. 10:5

Arnold VK, et al, "Fear of Anticipated Disaster in Psychiatric Patients" Journal of the Tennessee Medical Association, Vol. 85:4, April 1992

Arnold VK, et al, "Fear of Anticipated Disaster in Psychiatric Patients" (Abstract) Psychiatry Digest, March 1993

CNS Healthcare Memphis • Suite 420 • 6401 Poplar Avenue • Memphis, TN 38119
Tel: 901-843-1045 • Fax: 901-843-1206
www.cnshealthcare.com/memphis

Page 2 of 5
CNS Healthcare of Memphis
©2002 Clinical Neuroscience Solutions, Inc.

64

**VALERIE KAPLAN ARNOLD, MD**
**CNS HEALTHCARE OF MEMPHIS**
August 13, 2002



Arnold VK, et al, "Redundant Clothing: A Marker of Schizophrenia" (Abstract) Southern Association for Research in Psychiatry Bulletin, Spring 1992

Arnold VK, et al, "Redundant Clothing: A Readily Observable Marker for Schizophrenia in the Psychiatric Emergency Room Population" Journal of Behavioral Therapy and Experimental Psychiatry, Vol. 24:1

"Summary of the Practice Parameters for the Assessment and Treatment of Children and Adolescents with Anxiety Disorders" American Academy of Child and Adolescent Psychiatry, Quality Issues Work Group for Practice Parameters for Assessment and Treatment, Journal of the American Academy of Child and Adolescent Psychiatry, Vol. 36:1639-1641, 1997 Supplement

"Summary of the Practice Parameters for the Assessment and Treatment of Children, Adolescents and Adults with Attention-Deficit/Hyperactivity Disorder" American Academy of Child and Adolescent Psychiatry, Quality Issues Work Group for Practice Parameters for Assessment and Treatment, Journal of the American Academy of Child and Adolescent Psychiatry, Vol. 36:10, 1997 Supplement

"Summary of the Practice Parameters for the Assessment and Treatment of Children and Adolescents with Substance Use Disorders" American Academy of Child and Adolescent Psychiatry, Quality Issues Work Group for Practice Parameters for Assessment and Treatment, Journal of the American Academy of Child and Adolescent Psychiatry, Vol. 36:5, 1997 Supplement

"Summary of the Practice Parameters for the Assessment and Treatment of Children and Adolescents with Post Traumatic Stress Disorders" American Academy of Child and Adolescent Psychiatry, Quality Issues Work Group for Practice Parameters for Assessment and Treatment, Journal of the American Academy of Child and Adolescent Psychiatry, Vol. 37:997-1001, 1998 Supplement

"Summary of the Practice Parameters for the Assessment and Treatment of Children and Adolescents with Depressive Disorders" American Academy of Child and Adolescent Psychiatry, Quality Issues Work Group for Practice Parameters for Assessment and Treatment, Journal of the American Academy of Child and Adolescent Psychiatry, Vol. 37:1234-1238, 1998 Supplement

"Summary of the Practice Parameters for the Assessment and Treatment of Children and Adolescents with Language and Learning Disorders" American Academy of Child and Adolescent Psychiatry, Quality Issues Work Group for Practice Parameters for Assessment and Treatment, Journal of the American Academy of Child and Adolescent Psychiatry, Vol. 37:10, 1998 Supplement

"Summary of the Practice Parameters for the Assessment and Treatment of Children and Adolescents with Obsessive-Compulsive Disorder" American Academy of Child and Adolescent Psychiatry, Quality Issues Work Group for Practice Parameters for Assessment and Treatment, Journal of the American Academy of Child and Adolescent Psychiatry, Vol. 37:1110-1116, 1998 Supplement

"Summary of the Practice Parameters for the Assessment and Treatment of Children, Adolescents, and Adults with Autism and Other Pervasive Developmental Disorders" American Academy of Child and Adolescent Psychiatry, Quality Issues

**CNS Healthcare Memphis • Suite 420 • 6401 Poplar Avenue • Memphis, TN 38119**
**Tel: 901-843-1045 • Fax: 901-843-1206**
**www.cnshealthcare.com/memphis**

Page 3 of 5
CNS Healthcare of Memphis
©2002 Clinical Neuroscience Solutions, Inc.

65

**VALERIE KAPLAN ARNOLD, MD**
**CNS HEALTHCARE OF MEMPHIS**
August 13, 2002



Work Group for Practice Parameters for Assessment and Treatment, Journal of the American Academy of Child and Adolescent Psychiatry, Vol. 38:1611-1615, 1999 Supplement

"Summary of the Practice Parameters for the Assessment and Treatment of Children, Adolescents, and Adults with Mental Retardation and Comorbid Mental Disorders" American Academy of Child and Adolescent Psychiatry, Quality Issues Work Group for Practice Parameters for Assessment and Treatment, Journal of the American Academy of Child and Adolescent Psychiatry, Vol. 38:1606-1610, 1999 Supplement

"Summary of the Practice Parameters for the Assessment and Treatment of Children and Adolescents who are Sexually Abusive of Others" American Academy of Child and Adolescent Psychiatry, Quality Issues Work Group for Practice Parameters for Assessment and Treatment, Journal of the American Academy of Child and Adolescent Psychiatry, Vol. 39:127-130, 2000 Supplement

"Summary of the Practice Parameters for the Assessment and Treatment of Children and Adolescents with Schizophrenia" American Academy of Child and Adolescent Psychiatry, Quality Issues Work Group for Practice Parameters for Assessment and Treatment, Journal of the American Academy of Child and Adolescent Psychiatry, Vol. 39:1580-1582, 2000 Supplement

"Practice Parameters for the Assessment and Treatment of Children and Adolescents with Schizophrenia" American Academy of Child and Adolescent Psychiatry, Quality Issues Work Group for Practice Parameters for Assessment and Treatment, Journal of the American Academy of Child and Adolescent Psychiatry, Vol. 40:7, 2001 Supplement

"Summary of the Practice Parameters for the Assessment and Treatment of Children and Adolescents with Suicidal Behavior" American Academy of Child and Adolescent Psychiatry, Quality Issues Work Group for Practice Parameters for Assessment and Treatment, Journal of the American Academy of Child and Adolescent Psychiatry, Vol. 40:495-499, 2001 Supplement

"Practice Parameters for the Assessment and Treatment of ECT" American Academy of Child and Adolescent Psychiatry, Quality Issues Work Group for Practice Parameters for Assessment and Treatment, Journal of the American Academy of Child and Adolescent Psychiatry, In press

"Summary of the Practice Parameters for the Assessment and Treatment of Children and Adolescents with Stimulant Medications" American Academy of Child and Adolescent Psychiatry, Quality Issues Work Group for Practice Parameters for Assessment and Treatment, Journal of the American Academy of Child and Adolescent Psychiatry, Vol. 40:1352-1355, 2001 Supplement

"Summary of the Practice Parameters for the Assessment and Treatment of Children and Adolescents with Seclusion and Restraint" American Academy of Child and Adolescent Psychiatry, Quality Issues Work Group for Practice Parameters for Assessment and Treatment, Journal of the American Academy of Child and Adolescent Psychiatry, Vol. 40:1356-1358, 2001 Supplement

CNS Healthcare Memphis • Suite 420 • 6401 Poplar Avenue • Memphis, TN 38119
Tel: 901-843-1045 • Fax: 901-843-1206
www.cnshealthcare.com/memphis

Page 4 of 5
CNS Healthcare of Memphis
©2002 Clinical Neuroscience Solutions, Inc.

66

**VALERIE KAPLAN ARNOLD, MD**
**CNS HEALTHCARE OF MEMPHIS**
August 13, 2002



| **Presentations** | "Fear of Anticipate Disaster in Psychiatric Patient", Annual Meeting of the Southern Association for Research in Psychiatry.  Tampa, FL, 1991 |

"Difference in Self-Reported Fear in PTSD v Panic Patients", Annual Meeting of Southern Association of Research in Psychiatry.  Tampa, FL, April 1991

"Reasons Given for Attrition in Inpatient Alcohol and Drug Treatment Program", Poster Session, Annual Scientific Assembly of the Southern Medical Association. Atlanta, GA, November 1991

"Separation Anxiety (Diagnosis and Practice Management)", Teaching Conference, LeBonheur Children's Medical Center, Memphis, TN, April 1992

"Child Asthma and its Relationship to Negative Self-Esteem, Depression and Suicidal Ideation", Annual Meeting of the Southern Association for Research in Psychiatry.  Memphis, TN, March 1993

"Protocols for the Use of Psychotropic Medication in Children and Adolescents", Poster Session, Annual Meeting of the Southern Association for Research in Psychiatry.  Memphis, TN, March 1993

"The Magic Pill – Why it Doesn't Exist!" National Conference of the American Re-Education Association.  Nashville, TN, August 1994

"Child and Adolescent Depression", Public Forum, National Depression Screening Day.  Memphis, TN, October 1995

"Survey of Rural Communities Expressed Needs for Emotionally Disturbed Youth", Poster Session, Annual Meeting of the American Academy of Child and Adolescent Psychiatry.  New Orleans, LA, October 1995

"Child and Adolescent Depression", Public Forum, National Depression Screening Day.  Memphis, TN, October 1996

"Transforming Service Delivery and Public Policy Through Research and Innovation", Workshop, Annual Meeting of the American Academy of Child and Adolescent Psychiatry.  Toronto, Canada, October 1997

Presentation of the New Clinical Application of Practice Parameters:  Psychiatric Care of Persons with Mental Retardation." Annual Meeting of the American Academy of Child and Adolescent Psychiatry and Annual Meeting of the Canadian Academy of Child Psychiatry, Chicago, 1999

**Version Date**      August 13, 2002

CNS Healthcare Memphis • Suite 420 • 6401 Poplar Avenue • Memphis, TN 38119
Tel: 901-843-1045 • Fax: 901-843-1206
www.cnshealthcare.com/memphis

Page 5 of 5
CNS Healthcare of Memphis
©2002 Clinical Neuroscience Solutions, Inc.

67

5077US/0049 : 0003



Renewal No.
663568

License No.

**State of Tennessee**

**Division Of Health Related Boards**

2873898

MD0000020108

This Certifies that

**VALERIE K ARNOLD, MD**

whose credentials have been approved by the

**BOARD OF MEDICAL EXAMINERS**

has fulfilled all requirements for renewal and registration as
required by the Tennessee Code Annotated and is a duly
authorized **MEDICAL DOCTOR**
in the State of Tennessee through

**MAY 31, 2004**

EXECUTIVE OFFICER/HEALTH RELATED BOARDS

2CF014

**CHARLES E. BAILEY, M.D.**
**CNS HEALTHCARE OF ORLANDO**
September 6, 2002

5077US/0049 : 0004



*L 9/9/02*

| | |
|---|---|
| **Birth** | February 4, 1946 |
| **Affiliation** | **Investigator and Medical Director**<br>Clinical Neuroscience Solutions, Inc.<br>77 West Underwood Street, Third Floor, Orlando, Florida 32806<br>10/1998-Present |
| **Education** | Lee College, Baytown, TX; Associate of the Arts, 1977<br>University of Houston, Clear Lake City, TX; Bachelor of Science, 1979<br>University of Houston, Clear Lake City, TX; Master of Science, 1981<br>University of Texas at Houston Medical School, Houston, TX; Doctor of Medicine, 1985 |
| **Professional Training** | University of Florida, Gainesville, Florida; Department of Psychiatry<br>PGY 1   July, 1985-June, 1986<br>　　　Three months Neurology, One month Psychiatry Consultation<br>　　　Liaison, Two months Alcohol and Drug Rehabilitation,<br>　　　Six months General Medicine<br>PGY 2   July, 1986-June, 1987<br>　　　Six months Adult Outpatient Psychiatry, Four months<br>　　　Inpatient Psychiatry, GVAMC, Two months Supervision<br>　　　Of Adult Admission Unit North East Florida State Hospital,<br>　　　MacClenny<br>PGY 3   July, 1987-June, 1988<br>　　　Three months Psychiatry Consultation Liaison, Three<br>　　　months Child and Adolescent Outpatient Psychiatry,<br>　　　Four months Adult Inpatient Psychiatry at Shands Teaching<br>　　　Hospital, Two months Child and Adolescent Inpatient at<br>　　　Shands Teaching Hospital<br>PGY 4   July, 1988-June, 1989<br>　　　Six months Chief Clinical Resident of Shands Adult<br>　　　Inpatient Unit, Two months Adult Inpatient Psychiatric Unit,<br>　　　Jacksonville Hospital, Two months Geriatric<br>　　　Inpatient/Consultation<br>　　　Liaison Psychiatry GVAMC, Two months Private<br>　　　Practice-Elective |
| **License/ Accreditation** | Florida:  ME-0048759<br>American Board of Psychiatry and Neurology, Inc, 1992<br>Addiction Medicine, 1993 |

**CNS Healthcare Orlando ● Third Floor ● 77 Underwood Street ● Orlando, FL  32806**
**Tel: 407-425-5100 ● Fax: 407-425-3009**
**www.cnshealthcare.com/orlando**

Page 1 of 3
CNS Healthcare of Orlando
Curriculum Vitae
©2001 Clinical Neuroscience Solutions, Inc.

69

**CHARLES E. BAILEY, M.D.**
**CNS HEALTHCARE OF ORLANDO**
September 6, 2002



| | |
|---|---|
| **Population Experience** | *Children and Adolescents:* 16 years clinical psychiatric experience, both inpatient and outpatient; diagnoses included Mental Retardation, ADHD and Disruptive Behaviors disorders, Tic disorders, Psychotic disorders, Depressive disorders, Bipolar disorders, Anxiety disorders, Somatoform disorders, Eating disorders, Sleep disorders, Impulse-Control disorders, Adjustment disorders, and Personality disorders |

*Adults:* 16 years clinical psychiatric experience, both inpatient and outpatient; diagnoses included Mental Retardation, ADHD and Disruptive Behaviors disorders, Substance Abuse/ Dependence disorders, Psychotic disorders, Depressive disorders, Bipolar disorders, Anxiety disorders, Somatoform disorders, Eating disorders, Sleep disorders, Impulse-Control disorders, Adjustment disorders, and Personality disorders

*Geriatrics:* 16 years clinical psychiatric experience, both inpatient and outpatient; diagnoses included Mental Retardation, ADHD and Disruptive Behaviors disorders, Delirium, Dementia, Substance Abuse/Dependence disorders, Psychotic disorders, Depressive disorders, Bipolar disorders, Anxiety disorders, Somatoform disorders, Eating disorders, Sleep disorders, Impulse-Control disorders, Adjustment disorders, and Personality disorders

**Clinical Skills**
CPR, ECG interpretation, phlebotomy, physical examinations, and lab interpretations

**Ratings Experience**
*Diagnostic Evaluations:* SCID, K-SADS, DICA, and MINI

*Scales:* ADAS, ADHD rating scale, AIMS, Barnes, BPRS, CIBIC, CGI, CGI-SD, SDI, Conners, Global Assessment Scale, Hachinski Scale, Hamilton Anxiety Rating Scale, Hamilton Depression Scale, MADRS, PANSS (including SCI-PANSS), PDSS, PAAS, Quality of Life Assessment, Resource Utilization, SADS-C, Simpson-Angus, Tourette Rage Attack Questionnaire, Tourette Symptom Importance Test, Y-BOCS, and the Y-MRS

**Hospital Appointments**
Medical Director, Rational Therapy Center; 1989-2001
Medical Director, Lakewood Residential  Treatment Center; 1989-1993
Clinical Director, Getting Well Program; 1991-1994
Clinical Director, Chemical Dependency Treatment, South Seminole Hospital; 1990-1991
Medical Director, MCC ( Managed Care ); 1993-1995
Medical Director, Orlando Regional Behavioral Health Center, Outpatient Chemical Dependency Treatment Program; 1997-1998
Staff Psychiatrist, Lakeside Alternatives, Day Treatment Program; 1997-1998
Staff Psychiatrist,  Seminole Community Mental Health, Outpatient Child and Adolescent Psychiatry; 1997-1999
Staff Psychiatrist, Osceola Community Mental Health, Outpatient Child and Adolescent Psychiatry; 1998-2000

**CNS Healthcare Orlando ● Third Floor ● 77 Underwood Street ● Orlando, FL  32806**
**Tel: 407-425-5100 ● Fax: 407-425-3009**
**www.cnshealthcare.com/orlando**

Page 2 of 3
CNS Healthcare of  Orlando
Curriculum Vitae
©2001 Clinical Neuroscience Solutions, Inc.



**CHARLES E. BAILEY, M.D.**
**CNS HEALTHCARE OF ORLANDO**
September 6, 2002



| | |
|---|---|
| **Committee Appointments** | Chairman, Utilization Review Committee, South Seminole Hospital; 1990-1992 |
| | Chairman, Quality Assurance Review Committee, South Seminole Hospital; 1990-1992 |
| **Educational Conferences** | Harvard Medical School: Child and Adolescent Psychopharmacology, 1999 and 2000 |
| | Harvard Medical School: Attention Deficit/ Hyperactivity Disorder, 2001<br>NCDEU: 2001<br>NCDEU: 2002<br>AAPP:  Good Clinical Practices, 2001 |
| **Version Date** | November 1, 2001 |

**CNS Healthcare Orlando ● Third Floor ● 77 Underwood Street ● Orlando, FL  32806**
**Tel: 407-425-5100 ● Fax: 407-425-3009**
**www.cnshealthcare.com/orlando**

Page 3 of 3
CNS Healthcare of Orlando
Curriculum Vitae
©2001 Clinical Neuroscience Solutions, Inc.

71

# 0816536

**STATE OF FLORIDA**
**DEPARTMENT OF HEALTH**
**DIVISION OF MEDICAL QUALITY ASSURANCE**

5077US/0049:0043

| DATE | LICENSE NO. | CONTROL NO. |
|------|-------------|-------------|
| 01/29/2002 | ME 48759 | 91328 |

E MEDICAL DOCTOR
MED  BELOW  HAS MET ALL REQUIREMENTS OF
E LAWS AND RULES OF THE STATE OF FLORIDA.
PIRATION DATE: **JANUARY 31, 2005**
ARLES EDWARD BAILEY, JR
TN: M. B.
WEST UNDERWOOD STREET
D FLOOR
LANDO, FL   32806

*(sideways text, right margin)* STATE OF FLORIDA DEPARTMENT OF HEALTH DIVISION OF MEDICAL QUALITY ASSURANCE | DATE 01/29/2002 | LICENSE NO. ME 48759 | CONTROL NO. 91328 | THE MEDICAL DOCTOR NAMED BELOW HAS MET ALL REQUIREMENTS OF THE LAWS AND RULES OF THE STATE OF FLORIDA. EXPIRATION DATE: JANUARY 31, 2005 | CHARLES EDWARD BAILEY, JR | AC# 0816153

AT LEAST 90 DAYS PRIOR TO THE EXPIRATION DATE SHOWN ON THIS LICENSE, A NOTICE OF RENEWAL WILL BE SENT TO YOUR LAST KNOWN ADDRESS. IF YOU HAVE NOT RECEIVED YOUR NOTICE 60 DAYS PRIOR TO THE EXPIRATION DATE, PLEASE CALL (850) 410-3359.

JEB BUSH
GOVERNOR

JOHN O. AGWUNOBI, M.D., M.B.A.
SECRETARY

DISPLAY IF REQUIRED BY LAW

EXPIRATION DATE: **JANUARY 31, 2005**

OUR LICENSE NUMBER IS **ME 48759**          ,PLEASE USE IT IN ALL CORRESPONDENCE WITH YOUR BOARD/COUNCIL.  EACH ICENSEE IS SOLELY RESPONSIBLE FOR  NOTIFYING  THE  DEPARTMENT IN WRITING OF THE LICENSEE'S CURRENT MAILING ESS. USE THIS SECTION TO REPORT NAME AND/OR MAILING ADDRESS CHANGES.

ME CHANGES REQUIRE LEGAL DOCUMENTATION SHOWING  THE NAME CHANGE.  PLEASE MAKE SURE THAT A PHOTOCOPY OF NE OF THE FOLLOWING ACCOMPANIES THIS FORM: A MARRIAGE  LICENSE (MARRIAGE LICENSE MUST INDICATE  THE  ORIGINAL IGNATURE AND SEAL FROM THE CLERK OF THE COURT), A DIVORCE DECREE INDICATING RESTORATION OF YOUR MAIDEN NAME R A COURT ORDER (E.G., ADOPTION, NAME CHANGE, OR FEDERAL IDENTITY CHANGE). ANY ONE OF THESE WILL BE ACCEPTED NLESS THE DEPARTMENT HAS A QUESTION ABOUT THE AUTHENTICITY OF THE  DOCUMENT.  **A DRIVER'S LICENSE OR SOCIAL ECURITY CARD IS NOT CONSIDERED LEGAL DOCUMENTATION.**

O REQUEST A DUPLICATE LICENSE SUBMIT THIS FORM AND A CHECK, PAYABLE TO THE DEPARTMENT OF HEALTH, IN THE MOUNT OF $25.00.

☐ REQUEST DUPLICATE LICENSE

_____
SIGNATURE REQUIRED

**DEPARTMENT OF HEALTH**
**DIVISION OF MEDICAL QUALITY ASSURANCE**
**LICENSURE SERVICES**
**4052 BALD CYPRESS WAY, BIN #C-10**
**TALLAHASSEE, FLORIDA 32399-3260**

☐ NAME CHANGE (ATTACH LEGAL DOCUMENTATION)          ☐ MAILING ADDRESS CHANGE

ROM: _____
LAST          FIRST          MIDDLE

O: _____
LAST          FIRST          MIDDLE

_____
CITY          STATE          ZIP

H 2103, 5/98

AC# 0816536

STATE OF FLORIDA
DEPARTMENT OF HEALTH
DIVISION OF MEDICAL QUALITY ASSURANCE

| DATE | LICENSE NO. | CONTROL NO. |
|------|-------------|-------------|
| 01/29/2002 | ME 48758 | 91328 |

THE MEDICAL DOCTOR
NAMED BELOW HAS MET ALL REQUIREMENTS OF
THE LAWS AND RULES OF THE STATE OF FLORIDA
EXPIRATION DATE:          JANUARY 31, 2005

CHARLES EDWARD BAILEY, JR.

LICENSEE SIGNATURE

5077US/0049:0004

5077US/0049 : 0005

# RICHARD H. WEISLER, M.D.
## 2841 Plaza Place
## Suite 100
## Raleigh, North Carolina 27612

## CURRICULUM VITAE
### Revised 4-30-02

## PERSONAL DATA

NAME:                 RICHARD H. WEISLER, M.D.

BORN:                 JANUARY 30, 1951, GREENSBORO, NORTH CAROLINA

OFFICE ADDRESS:       2841 PLAZA PLACE
                      SUITE 100
                      RALEIGH, NORTH CAROLINA 27612
                      (919) 872-5900

MARITAL STATUS:       MARRIED; THREE CHILDREN

## LICENSURE:

Licensed North Carolina Board of Medical Examiners:
RI2506
Certification, American Board of Psychiatry: 1982
DEA Registration: AW 807 0346

## EDUCATION

Tulane University, New Orleans, Louisiana   1969-1970, 1971-1972
BS Cum Laude with departmental honors with distinction in psychology, minors in economics and chemistry.

University of Glasgow, Glasgow, Scotland   1970-1971
Junior year abroad program.  Honors in social psychology and political economy.

University of Nairobi, Nairobi, Kenya, Spring, 1971
Cross-cultural research on future aspirations of children and family structure.

University of North Carolina, Chapel Hill, North Carolina   1973-1976
M.D., Honors senior year

## FELLOWSHIPS

U.S. Junior Public Health Fellowship, Summer of 1974.
Worked as assistant to Dr. Sarah Morrow in the Guilford County Health Department.

North Carolina Medical Foundation Scholarship, Spring of 1975.
Worked in Washington, D.C. with Congressman Richardson Preyer and Paul Rogers on Health Subcommittee to draft the Clean Air Act and Health Insurance for the unemployed.

## PROFESSIONAL TRAINING & CONTINUING EDUCATION

GCP Training with AAPP, & UNC October 1999.

Regular CME at APA, NCDEU, ACNP, grand rounds and symposiums.

International Pharmaco EEG advanced training course, 1988, Kobe, Japan.

Psychiatry resident, University of North Carolina, Chapel Hill, North Carolina and Dorothea Dix Hospital, January 1977-June 1980

Senior resident, outpatient psychiatry clinic, North Carolina Memorial Hospital, March 1979-February 1980.

Medical internship consisting of four months of in- and out-patient medicine and neurology at Dorothea Dix Hospital and one month of family practice and emergency medicine at New Hanover Hospital in Wilmington, North Carolina.

Coordinated the services of more than thirty residents and thirty psychologists, social workers, and medical students. Co-chaired the multi-disciplinary treatment conference where all referrals and new patients were reviewed and matched for optimal treatment modality and therapist. Co-taught with Roger Spencer, M.D. the yearlong course for second year residents on diagnostic and treatment interviewing. Supervised all medical students and many of the residents on cases.

Senior resident, inpatient psychiatry, North Carolina Memorial Hospital, January 1980-June 1980.

Assist Seymour Halleck, M.D. in running an eighteen-bed acute inpatient ward. Conduct team meetings and supervise all residents, psychology interns, and students.

Consult-liaison psychiatrist for eighteen family practice and eight internal medicine residents at Moses Cone Hospital in Greensboro, North Carolina, 1979-1980.

Supervised by Dr. Morris Lipton on psychopharmacology and treatment, 1978-1980.

Personal psychoanalysis by Dr. Charles Keith, training and supervisory analyst, University of North Carolina-Duke University.

2

Psychiatric consultant at IBM Medical Unit in the Research Triangle Park, North Carolina, with William Hollister, M.D., 1980.

## PROFESSIONAL EXPERIENCE

Regular CME at APA, NCDEU, ACNP, grand rounds and symposiums

Private practice of psychiatry, Raleigh, North Carolina – 1980 to present
As a group, we follow several thousand patients with a mixture of psychiatric problems. We have patients with unipolar and bipolar disorders, generalized anxiety disorders, posttraumatic stress disorder, dementia, obsessive-compulsive disorder, sleep disorders, schizophrenia, and migraines.   Ages of patients range from 6 to 92.   We also treat patients with drug and/or alcohol abuse.

Attending psychiatrist, Holly Hill Hospital, 3019 Falstaff Road Raleigh, North Carolina 27610  1980-present.

Director of electrophysiology and neuroimaging, Holly Hill Hospital, 3019 Falstaff Road Raleigh, North Carolina, 27610,  1987 to 1998.

Adjunct Associate of Psychiatry, Duke University Medical Center, Durham, North Carolina, 1989 to present.

Adjunct Professor of Psychiatry, UNC School of Medicine, Chapel Hill, North Carolina.

Clinical assistant professor of psychiatry, North Carolina Memorial Hospital, Chapel Hill, North Carolina, 1980 to 1995.
Taught weekly course for psychiatry residents on interviewing diagnostic and treatment skills.   1980-1985: Multiple lectures of anxiety, affective and personality disorders, treatment approaches, community psychiatry, and electroencephalography.

Psychiatric consultant, Wake Medical Center, Raleigh Community Hospital, and Rex Hospital, Raleigh, North Carolina, 1980 to present.

Alcohol and drug rehabilitation consultant, Charter North Ridge Hospital, Raleigh, North Carolina, 1982 to 1990.

Psychiatric consultant, Trentham Mental Health Center, Raleigh, North Carolina, 1980-1981.

Psychiatric consultant, Rockingham County Mental Health Center, Reidsville, North Carolina, 1979- 1980.
Provided diagnostic evaluations, treatment, supervision, and education of the staff.

Emergency room physician, Central Prison Hospital, Raleigh, North Carolina, 1978-1980.

3

Instructor of psychology, Livingstone College, Salisbury, North Carolina, Fall of 1972.

## RESEARCH

PRINCIPAL INVESTIGATOR – A double-blind study of Nefazodone comparing once daily and twice daily dosage:  Bristol Myers Squibb, Princeton, New Jersey, 1991 and completed.

PRINCIPAL INVESTIGATOR – A placebo-controlled comparison of Nefazodone and Fluoxetine in elderly patients with major depressive disorder:  Bristol Myers Squibb, Princeton, New Jersey 1991 and completed. Protocol # CN 104-056-009.

PRINCIPAL INVESTIGATOR – Study of the safety and efficacy of Bupropion and Trazodone in depressed patients:  Burroughs Wellcome Company, Research Triangle Park, and North Carolina 1990-1991.

PRINCIPAL INVESTIGATOR – A multi-center double-blind evaluation of the safety and efficacy of Fluparoxan in the treatment of patients with major depressive disorder: Glaxo Pharmaceuticals, Inc, 1990 and completed.

PRINCIPAL INVESTIGATOR – 36 patient Fluparoxan double-blind study for major depression, Glaxo Pharmaceuticals, Inc.  1989-1990.

PRINCIPAL INVESTIGATOR – 42 patients double-blind study for generalized anxiety disorder, Glaxo Pharmaceuticals, Inc. 1989-1990

PRINCIPAL INVESTIGATOR –Wellbutrin plasma level response study, Burroughs Wellcome Company 1989-1990 Anafranil for obsessive-compulsive disorder, Ciba-Geigy Pharmaceuticals.  Study conducted under humanitarian protocol, 1989 and completed.

INVESTIGATOR – Wellbutrin surveillance study, Burroughs Wellcome Company, 1988 and completed.

CO-INVESTIGATOR with Dr. Arthur Prange in two studies assessing thyroid function in generalized anxiety disorder and major depression and its effect on treatment outcome, University of North Carolina at Chapel Hill 1989.  Completed

CO-INVESTIGATOR with Dr. Charles Nemeroff and Dr. K. Ranga Krishnan in two studies assessing CRF and neurotransmitter receptor sites in generalized anxiety disorder and major depression, Duke University Medical Center, Durham, North Carolina,  1989. Completed.

4

HCA GRANT to evaluate the applicability of evoked potentials and computer enhancement of EEG in psychiatric hospitals. 1989, completed.

PRINCIPAL INVESTIGATOR – 48 patient double-blind study for Wellbutrin-Burroughs Wellcome Company, 1987.  Study established 300 mg. daily dosage as effective.  Study completed.

PRINCIPAL INVESTIGATOR – Prozac humanitarian protocol, Eli Lilly Company 1987. Study completed.

PRINCIPAL INVESTIGATOR – 150 plus patients Wellbutrin humanitarian protocol, Burroughs Wellcome Company, Research Triangle Park, North Carolina 1984-1988. Protocol # 39-A.

PRINCIPAL INVESTIGATOR – A double-blind, placebo-controlled, dose ranging evaluation of Ondansetron vs. Diazepam in the treatment of generalized anxiety disorder – Glaxo Pharmaceuticals, Inc., 1991 and completed. Protocol S3A-210.

PRINCIPAL INVESTIGATOR – A double-blind, placebo-controlled evaluation of an investigational compound vs. placebo in the treatment of generalized anxiety disorder – Ciba-Geigy, 1991 and completed.

PRINCIPAL INVESTIGATOR – A double-blind, placebo-controlled evaluation of an investigational compound vs. Ativan in the treatment of generalized anxiety disorder – Eli Lilly and Company, 1991 and completed.

PRINCIPAL INVESTIGATOR – A double-blind, placebo-controlled evaluation of the safety and efficacy of Ondansetron in the treatment of primary degenerative dementia of the Alzheimer's type – Glaxo Pharmaceuticals, Inc., 1991 and completed. Protocol # S3A-222.

PRINCIPAL INVESTIGATOR – An open-label multi-center non-randomized safety study of Nefazodone in patients with mood disorders – Bristol Myers Squibb Pharmaceuticals, 1992 and completed. Protocol # CN-104-138-009.

PRINCIPAL INVESTIGATOR – A multi–center dose response evaluation of the safety and efficacy of Bupropion HCI sustained-release vs. placebo in depressed outpatients - Burroughs Wellcome Company, 1992 and completed. Protocol #93

PRINCIPAL INVESTIGATOR – A double-blind, placebo-controlled multi-center trial of the safety and efficacy of Buspar in anxious patients with co-existing depressive symptoms – Bristol Myers Squibb Pharmaceuticals, Inc., 1992-1993. Protocol # CN-101-045.

5

PRINCIPAL INVESTIGATOR – A Multi-Center Trial to Evaluate the Efficacy and Safety of Sertraline in the Treatment of Major Depression – Roerig Pharmaceuticals, 1991-1993. Protocol # R-0198.

PRINCIPAL INVESTIGATOR – Short and long-term discontinuation of Alprazolam in the treatment of panic disorders with agoraphobia –Upjohn Pharmaceuticals, 1992 and completed. Protocol # M2000/0474.

PRINCIPAL INVESTIGATOR – The safety and efficacy of Nefazodone in preventing relapse of patients with major depression – Bristol Myers Squibb Pharmaceuticals, 1992 and completed.

PRINCIPAL INVESTIGATOR – A randomized double-blind, placebo-controlled study of the safety and efficacy of two doses of Ondansetron vs. placebo in the treatment of social phobia – Glaxo pharmaceuticals, inc., 1992 and completed. Protocol # S3A-342.

PRINCIPAL INVESTIGATOR – A placebo-controlled study on Nefazodone vs. placebo in severely depressed inpatients – Bristol Myers Squibb Pharmaceutical Research, 1992 and completed.  Protocol # CN-105-101.

PRINCIPAL INVESTIGATOR -  A placebo-controlled study of Valnacrone vs. placebo in the treatment of Alzheimer's patients – Hoechst-Roussel Pharmaceutical Company, 1992 and completed. Protocol # HP029-303.

PRINCIPAL INVESTIGATOR – The safety and efficacy of Depakote in the prevention of mania in patients with bipolar disorder – Abbott laboratories, 1993 and completed. Protocol # M92-822.

PRINCIPAL INVESTIGATOR – A multi-center evaluation of the safety and efficacy of two flexible doses of Wellbutrin sustained release vs. placebo in depressed outpatients – Burroughs Wellcome Company, 1993 and completed.

PRINCIPAL INVESTIGATOR – A multi-center evaluation of the safety and efficacy of two flexible doses of Wellbutrin sustained release vs. placebo in depressed outpatients – Burroughs Wellcome Company, 1993 and completed.

PRINCIPAL INVESTIGATOR – The safety and efficacy of 12.5 and 25 mg. of Sumatriptan suppositories in acute treatment of multiple migraine attacks – Glaxo Pharmaceuticals, 1993 and completed. Protocol # S2B-353.

PRINCIPAL INVESTIGATOR – Double-blind study of Sertraline vs. placebo in the treatment of patients with panic disorder – Pfizer Pharmaceuticals, 1994 and completed. Protocol # 93-CE21-0629-030.

6

PRINCIPAL INVESTIGATOR – One year open label extension study of Sertraline followed by a double-blind comparison of Sertraline and placebo in outpatients with panic disorder – Pfizer Pharmaceuticals, 1994 and completed.  Protocol #1803-95-12R2.

PRINCIPAL INVESTIGATOR – Clinical evaluation of extended-release oral Physostigmine in the treatment of patients with dementia of the Alzheimer's type – Forest Laboratories, Inc., 1994 and completed.  Protocol # 1028B

PRINCIPAL INVESTIGATOR – One-year open label extension study of extended release oral Physostigmine in the treatment of patients with dementia of the Alzheimer's type – Forest laboratories, inc., 1995 and completed.  1995: Collaboration with Duke University Medical Center, Dr. K. Ranga Krishnan and Dr. Jonathan R. T. Davidson for the purpose of sharing research projects.

PRINCIPAL INVESTIGATOR – A prospective, multi-center, open-label study of Serzone (Nefazodone) in the management of patients with symptoms of depression in general psychiatric practices – Bristol Myers Squibb Pharmaceuticals, Inc., 1994 and completed.

PRINCIPAL INVESTIGATOR – Fluoxetine in depressed patients who failed Sertraline – Eli Lilly laboratories, 1994 and completed. Protocol # B1Y-MC-HCHF.

PRINCIPAL INVESTIGATOR – A double-blind comparison of Sertraline and placebo in outpatients with post-traumatic stress disorder – Pfizer Pharmaceuticals, 1994 and completed. Protocol # 93-CE21-0640-0641.

PRINCIPAL INVESTIGATOR –Double-blind, placebo-controlled fixed dose evaluation of the safety and efficacy of oral Ondansetron in the treatment of patients with panic disorder – Glaxo Pharmaceuticals, 1994 and completed. Protocol # S3AA-3009.

PRINCIPAL INVESTIGATOR – Open-label study of oral Ondansetron in the treatment of patients with panic disorder – an additional 18-month study for patients who completed the initial double-blind study – 1995 and completed.

PRINCIPAL INVESTIGATOR – Venlafaxine-ER in the treatment of adult patients with major depressive illness – Wyeth Ayerst Research, 1994 and completed. Protocol # 0600-B-209-US.

PRINCIPAL INVESTIGATOR – Venlafaxine-ER in the treatment of adult patients with generalized anxiety disorder – Wyeth Ayerst Research, 1995 and completed. Protocol # 0600-B-210-US.

PRINCIPAL INVESTIGATOR – A phase III, 14 day, multi-center, randomized, double-blind, comparative, placebo-controlled, parallel group, safety, tolerance, and efficacy study of 5 mg and 10 mg of CL 284,846 (Zaleplon), compared with 5 mg of Zolpidem in

7

elderly patients with insomnia, with a 12 month open-label extension phase. Wyeth Ayerst. Protocol # W-AR 897A1-306-US (formerly ACY D79-22). 1995.

PRINCIPAL INVESTIGATOR – A double-blind study of Valproate vs. Lithium in the treatment of patients with bipolar disorder – Abbot laboratories, 1994 and completed. Protocol # M93-111.

PRINCIPAL INVESTIGATOR – A double-blind study of Nefazodone vs. placebo, qd and bid dosing – Bristol Myers Squibb, 1994 and completed.

CO-INVESTIGATOR – An open-label pilot study of Fluvoxamine in the treatment of patients with posttraumatic stress disorder – Upjohn/Solvay Pharmaceuticals, 1995 and completed. Protocol # 114-8-25.

CO-INVESTIGATOR – A comparison study of Flesinoxan vs. Buspirone vs. placebo in the treatment of generalized anxiety disorder – Solvay pharmaceuticals, 1995, completed. Protocol # 128-2-07.

CO-INVESTIGATOR – A double-blind study of Gabapentin vs. placebo in the treatment of patients with social phobia – Parke Davis Pharmaceuticals, 1996, completed. Protocol # 945-203.

CO-INVESTIGATOR – A double-blind study of E2020 vs. placebo in the treatment of primary dementia of the Alzheimer's type – Pfizer Pharmaceuticals, 1996, completed.

PRINCIPAL CO-INVESTIGATOR – An open-label study of ENA713, dose titration study in the treatment of primary dementia of the Alzheimer's type - Sandoz Pharmaceuticals, 1996, completed.

PRINCIPAL INVESTIGATOR – An open-label pilot study of Nefazodone in posttraumatic stress disorder – Bristol Myers Squibb Pharmaceutical Company 1996, completed. Protocol # CN104-138-009.

PRINCIPAL INVESTIGATOR – A comparison study of Pindalol vs. Prozac in the treatment of major depression in adults – Eli Lilly Pharmaceuticals, 1996, completed.

PRINCIPAL INVESTIGATOR – A double-blind study of Lamictal in the treatment of bipolar patients in depressed phase – Glaxo Wellcome, Inc., 1996, completed. Protocol # 105-602.

PRINCIPAL INVESTIGATOR – One-year open label extension study of Lamictal in the treatment of bipolar patients in depressed phase – Glaxo Wellcome inc., 1996, completed. Protocol # 105-604.

8

PRINCIPAL INVESTIGATOR – Clinical trial of Paroxetine in the treatment of patients
with panic disorder – Smithkline Beecham, Inc. October 1996 and completed. Protocol #
29060-495.

PRINCIPAL INVESTIGATOR – A twenty-four week, double-blind, placebo-controlled
multi-center study to evaluate the efficacy and safety of Sertraline in outpatients with
major depression following recent myocardial infarction.  Pfizer Pharmaceuticals, 1996,
completed. Protocol # 96-R-0052

CO-INVESTIGATOR – with Dr. Eileen P. Ahearn, M.D., Ph.D.  in genetic research of
bipolar patients and their families – 1997, completed.

CO-INVESTIGATOR – with Ranga Krishnan, M.D. and Bernard Carroll, M.D. in the
NIH study of late life depression 1997 and in progress.

PRINCIPAL INVESTIGATOR – Double-blind study of Serzone in the treatment of
panic disorder - Bristol Myers Squibb Pharmaceutical, 1997, completed.

PRINCIPAL INVESTIGATOR – Double-blind study of Olanzapine in addition to
Lithium or Valproate in the treatment of bipolar disorder – Eli Lilly and Company, 1997,
completed.

PRINCIPAL INVESTIGATOR – A ten week, double-blind, placebo-controlled multi-
center study to evaluate the efficacy and safety of oral CP-93,393-1 in outpatients with
generalized anxiety disorder 129-110-568 – Pfizer, 1997.

PRINCIPAL INVESTIGATOR – Double-blind study of Zoloft in the treatment of
depression in elderly adults – Pfizer Pharmaceuticals 1997, completed.

PRINCIPAL INVESTIGATOR – Double-blind study of an investigational compound for
the treatment of depression in the adult population – Sanofi Pharmaceuticals 1997,
completed. Protocol # DRI 2412.

PRINCIPAL INVESTIGATOR – with Dr. Jonathan R. T. Davidson – open label study of
Remeron in the treatment of adults with posttraumatic stress disorder – Organon
Pharmaceuticals 1997, completed. Protocol # WIRB 9070440.

PRINCIPAL INVESTIGATOR – Double-blind study of the use of Ziprasidone in the use
of patients with mania – Pfizer Pharmaceuticals, 1998 and in progress.

PRINCIPAL INVESTIGATOR – Clinical trial of an investigational compound for
treatment of patients with susceptibility for Alzheimer's disease – Merck Pharmaceuticals
1998 and in progress.

9

PRINCIPAL INVESTIGATOR – Clinical trial of Olanzapine or placebo in the treatment of patients with bipolar disorder – inpatient trial – Eli Lilly and Company 1997 and in progress.

CO-INVESTIGATOR – Six-month open label treatment with Fluoxetine followed by randomization to Fluoxetine or Placebo for patients with posttraumatic stress disorder, 1997 and in progress. NIMH grant with Dr. Jonathan R. T. Davidson.

PRINCIPAL INVESTIGATOR – Clinical trial of Depakote CR in the treatment of inpatients with bipolar disorder – Abbott Laboratories 1998, completed.

PRINCIPAL INVESTIGATOR – Randomized double-blind, placebo-controlled clinical trial of an investigative compound for the treatment of major depression in adults – Merck Germany, 1998, completed.  Protocol # 68-843-009.

PRINCIPAL INVESTIGATOR – Placebo-controlled clinical trial of Gabapentin in the treatment of inpatients with mania – Parke Davis Research, 1999, completed.

CO-PRINCIPAL INVESTIGATOR – with  Duke University for trial of Hypericum in adults with major depression sponsored by NIH.  1999 completed.  Protocol # R-0552.

PRINCIPAL INVESTIGATOR – Placebo-controlled trial of Paroxetine for the treatment of generalized anxiety disorder in adults, Smithkline Beecham research. 1999 completed.

PRINCIPAL INVESTIGATOR – Long-term open-label treatment of Major Depression with R-Fluoxetine Hydrochloride for evaluation of safety, Eli Lilly and Company, 1999 and completed.

PRINCIPAL INVESTIGATOR   - R-Fluoxetine versus Placebo in the treatment of generalized anxiety disorder, Eli Lilly and Company, 1999 and completed.  Protocol # H5Z-MC-LUAH WIRB 99080.

PRINCIPAL INVESTIGATOR – Randomized, double-blind study with Olanzapine added to mood stabilizers in the treatment of bipolar disorder, Lilly, 1999 and completed. Protocol # F1D-MC-HGFU.

PRINCIPAL INVESTIGATOR – Randomized, double-blind, placebo-controlled multi-center trial to demonstrate the clinical efficacy and safety of two different doses of Ginkgo biloba special extract Egb 761 in patients suffering from dementia of the alzheimer's type according to DSM-IV and NINCDS / ADRDA criteria, Schwabe, 1999 and completed. Protocol # 523001.01.030.

PRINCIPAL INVESTIGATOR – A three-week, multi-center, randomized, double-blind, placebo-controlled, parallel-group safety and efficacy study of Extended-Release Carbamazepine in patients with bipolar disorder, Shire Laboratories, 1999 in progress. Protocol # 150-301.

PRINCIPAL INVESTIGATOR – A three-week, multi-center, randomized, double-blind, placebo-controlled, parallel-group safety and efficacy study of Extended-Release Carbamazepine in Lithium-Failure patients with bipolar disorder, Shire Laboratories, 1999 and completed. Protocol #105-302.

PRINCIPAL INVESTIGATOR – A six-month, open-label, multi-center study of Extended-Release Carbamazepine in patients with bipolar disorder – An extension of Protocols 105.301 and 105.302, Shire Laboratories, 1999, in progress. Protocol # 105-303.

PRINCIPAL INVESTIGATOR – A multi-center, randomized, double-blind, placebo controlled study of Aripiprazole in the maintenance treatment of patients with bipolar disorder – Bristol Myers Squibb, 2000, in progress. Protocol # CN 138-010.

PRINCIPAL INVESTIGATOR – Safety and efficacy of Depakote as combination therapy in the treatment of psychosis associated with schizophrenia – Abbott Laboratories, 2000 and completed. Protocol # M99-010 WIRB 991080.

PRINCIPAL INVESTIGATOR – A multi-center, randomized, double-blind, placebo controlled study of flexible doses of Aripiprazole in the treatment of hospitalized patients with acute mania – Bristol Myers Squibb, 2000, in progress. Protocol # CN-138-009.

PRINCIPAL INVESTIGATOR – A multi-center, randomized, double-blind safety and tolerability study of flexible doses of Aripiprazole and Olanzapine in the treatment of patients with acute schizophrenia, Bristol Myers Squibb, 2000 in progress.  Protocol #138-002. Amendment 4.

PRINCIPAL INVESTIGATOR – With Eileen P. Ahearn, M.D., Ph.D. of genetic research of psychiatric illness sponsored by Richard H. Weisler, M.D., 2000 and completed. National Association for Research in Schizophrenia and Depression grant.

PRINCIPAL INVESTIGATOR – A study of Mirtazapine in the treatment of posttraumatic stress disorder, Duke University Medical Center/NIH, 2000 in progress.

PRINCIPAL INVESTIGATOR – A multi-center, double-blind, placebo-controlled, fixed-dose evaluation of the safety, efficacy, and tolerability of Lamictal (Lamotrigine) in the treatment of a major depressive episode in patients with type I bipolar disorder, Glaxo Wellcome, Inc., 2000 in progress. Protocol # SCA40910.

PRINCIPAL INVESTIGATOR – A double-blind, placebo-controlled, comparative efficacy study of Venlafaxine ER and Sertraline in producing remission in outpatients with major depressive disorder, Wyeth Ayerst Research, 2000 in progress. Protocol # 0600B1-414-US.

11

PRINCIPAL INVESTIGATOR – The efficacy and safety of flexible dosage ranges of Risperidone vs. Placebo in the treatment of manic episodes associated with bipolar I disorder, Janssen Pharmaceutica Products, L.P., 2000 in progress. Protocol # RIS-USA-239.

PRINCIPAL INVESTIGATOR – A nine-week, open label, multi-center, safety study of single dosage ranges of Risperidone in the treatment of manic episodes associated with bipolar I disorder, Janssen Pharmaceutica Products, L.P., 2000 in progress. Protocol #RIS-INT-81.

PRINCIPAL INVESTIGATOR – A multi-center, double-blind, randomized, placebo-controlled trial of the safety and efficacy of Seroquel (Quetiapine Fumarate) as add-on therapy with Lithium or Divalproex in the treatment of acute mania, AstraZeneca Pharmaceuticals LP, 2000 in progress. Protocol # 5077IL/0099 WIRB 20001003.

PRINCIPAL INVESTIGATOR – An open-label randomized assessment of the efficacy and tolerability of Venlafaxine Extended Release in Serotonin-Selective Reuptake Inhibitor (SSRI)-Failure patients with major depression, Wyeth Ayerst Laboratories, 2000 in progress. Protocol # 0600B1-915.

PRINCIPAL INVESTIGATOR – Granisetron for the treatment of Paroxetine-associated sexual dysfunction in men: A preliminary open trial, SmithKline Beecham, 2000 and completed.  Protocol # 29060/731

PRINCIPAL INVESTIGATOR – Phase II multi-center, randomized comparison of TAK-637 versus Placebo in the treatment of subjects with major depressive disorder, TAP Pharmaceutical Products Inc., 2000 and completed. Protocol # TAK-637-99-301.

PRINCIPAL INVESTIGATOR – Open label long-term safety study of Venlafaxine ER in children and adolescents with major depressive disorder, Wyeth Ayerst Research, 2000 in progress. Protocol # 0600B1-395-US.

PRINCIPAL INVESTIGATOR – Double-blind, placebo-controlled study of Venlafaxine ER in children and adolescents with generalized anxiety disorder, 2000 in progress. Protocol # 0600B2-397-US.

PRINCIPAL INVESTIGATOR – A double-blind, placebo-controlled, parallel-group, flexible-dose study of Venlafaxine ER in adolescent outpatients with social anxiety disorder, Wyeth Ayerst Research, 2000 in progress.  Protocol # 0600B4-389-US.

PRINCIPAL INVESTIGATOR – A double-blind study, placebo-controlled study of a flexible dose of Venlafaxine ER in adult outpatients with generalized anxiety disorder, Wyeth Ayerst Research, 2000 and completed.

PRINCIPAL INVESTIGATOR – A double-blind, multi-center, acute study of two doses of L-830982 versus Lorazepam and Placebo in the treatment of outpatients with

12

generalized anxiety disorder, Merck & Company, 2000 and completed. Protocol # 066-01 WIRB 20001446.

PRINCIPAL INVESTIGATOR – An open-label study of the safety, tolerability, and efficacy of up to 90 mg Buspirone Hydrochloride Extended Release in patients with generalized anxiety disorder, Biovail Laboratories, 2000 & 2001 and completed. Protocol #B99.CT0L.008.BUS.P02.

PRINCIPAL INVESTIGATOR – Duloxetine once-daily dosing versus placebo in the acute treatment of major depression, Eli Lilly and Company, 2000 and completed. Protocol No F-15-MC-HMBH.

PRINCIPAL INVESTIGATOR – Genetic Research Study of Psychiatric Illness, sponsored -Richard H. Weisler, M.D.. Protocol No: WIRB 9990472, 2000.

OFFICES HELD AND HONORS AWARDED

UNC Psychiatry Department/ Board of Visitors 2000 and continuing.

National Depressive and Manic-Depressive Board of Scientific Advisors

President, Medical staff – Holly Hill Hospital, Raleigh, North Carolina, 1986-1987.

Chairman, Department of Psychiatry – Wake Medical Center, Raleigh, North Carolina, 1986-1987.

Vice-President, Medical staff – Holly Hill Hospital, Raleigh, North Carolina, 1984.

Secretary, Medical staff – Holly Hill Hospital, Raleigh, North Carolina, 1984.

Secretary, Raleigh Academy of Psychiatry, 1982-1983.

Member, Wake Medical Education Foundation Board of Directors, 1986 – present.

Member, Medical Executive Committee, Holly Hill Hospital, 1981-1989.

Member, Scientific Board of Advisors, North Carolina Depressive and Manic-Depressive Association, 1994 –present.

Member, Medical Executive Committee, Wake Medical Center, 1986-1987.

Outstanding Teacher Award, University of North Carolina, Department of Psychiatry, Chapel Hill, North Carolina, 1982.

13

Member, International Who's Who in Medicine.

Member, Triangle Area Who's Who in Medicine

## PRESENTATIONS AND WORKSHOPS

1977- Present – Presented over 700 invited lectures, grand rounds, and case conferences, nationally and internationally.  Lectures include discussion on bipolar disorders, major depressive episodes, anxiety disorders, genetics of psychiatric disorders, sleep disorders, attention deficit disorders, smoking cessation, psychosis, and managed care, with emphasis on pharmacotherapy, diagnosis and treatment.  Other topics include psychotherapy for borderline personality disorders, cognitive therapy, and research updates.

National Speakers Bureau – Glaxo Smith Kline, Bristol Myers Squibb Pharmaceuticals, Pfizer Pharmaceuticals, Abbott Laboratories, Organon Pharmaceuticals, Solvay Pharmaceuticals, Eli Lilly and Company, Wyeth Ayerst, Forrest Laboratories, Marketing Consultant and/or Scientific Consultant – Training of Pharmaceutical Representatives and Marketing Departments – Glaxo Smith Kline, Burroughs Wellcome Company, Upjohn Pharmaceuticals, Wyeth Ayerst Research, Bristol Myers Squibb, Smith Kline Beecham Pharmaceuticals, and Eli Lilly and Company, Organon, and Glaxo Wellcome Pharmaceuticals.

1972    Honors Thesis – Tulane University, "Role Relevant Skills Variable as a Predictor of Hypnotic Susceptibility"

1980    Stress Management Workshop, IBM Management, with William Hollister, M.D.

1988    Present – Local and National Public Radio and Television Appearances for discussion of depressive and anxiety disorder, pharmacotherapy, and environmental medicine.

## POSTERS

1996    Managed Care Article in Psychiatric Times.
        MRI Article co-authored with Dr. Eileen P. Ahearn.
        Wyeth Ayerst Research Article on Use of Effexor in Generalized Anxiety.
        POSTER:     Venlafaxine XR for Use in Major Depressive Episodes.
        POSTER:     Open Label Fluoxamine in PTSD – NCDEU.

1997    POSTER: "Double-Blind Comparison of Sertraline and Placebo in Patients with Post Traumatic Stress Disorder (PTSD)" – Co-authored with Jonathan Davidson, M.D., Peter Londborg, Teri Pearlstein, Carolyn Sikes, Gail Farfel. Presented in December 1997 at the American College of Neuropharmacology Meeting, Kanuela, Hawaii.

14

1997    North Carolina Depressive and Manic-Depressive Association – Brochure for Teens about Depressive Illness entitled "Sometimes It Isn't Easy" Abstract, ACNP.

1998    POSTER ABSTRACT: "Cost Effectiveness of Divalproex Sodium vs. Lithium in Long-Term Therapy for Bipolar Disorder".  Presented at ACNP 1998 Annual Meeting.

1998    POSTER ABSTRACT: " Lamotrigine: Evidence for Antidepressant Activity in Bipolar Disorder". Co-authored with J Apter, J Downs, D Goldstein, I Kolin, B. Lydiard, S McElroy, D Rudd, T. Shiovitz, T Suppes, H Udelman, C Zarate.

1999    Poster presentation at ACNP Meeting in Puerto Rico -"A Pilot Study of Mirtazapine in Post traumatic Stress Disorder". Paper submitted.

## ABSTRACTS

1992    "Treatment Strategies for Lithium-Resistant Bipolar Depression" Presented at the symposium management of patients who are non-responders to or non-tolerators of initial antidepressant therapy –McLean, Virginia   Journal of Clinical Psychiatry.

1994    ABSTRACT: "Use of Lamotrigine in the Treatment of Bipolar Disorder": Presented at the Annual Meeting for the American Psychiatric Association held in Philadelphia, Pennsylvania in May, 1994.  Initial report of Lamotrigine use in Bipolar Disorder.

1997    "A Placebo-Controlled Study of Gabapentin in Social Phobia" – Paper co-authored with Atul Pande, Jonathan Davidson, J. Greist, J. Jefferson, S. Sutherland Paper. Submitted.

1999    "A Double-Blind Placebo-Controlled Study of Lamotrigine Monotherapy in Outpatients with Bipolar I Depression" – Results of this trial published in the Journal of Clinical Psychiatry February 1999.

1999    ABSTRACT: "Pregabalin, A Novel Agent in the Treatment of Generalized Anxiety Disorder:  A Placebo-Controlled Trial" ACNP Meeting Poster 2000. Co-authored wit AC Pande, J Crockatt, DE Feltner, CA Janney, WT Smith, PD Londborg, RJ Bielski, DL Zimbroff, JT Davidson, ML Dumaw.

1999    ABSTRACT: "Time to Onset of Antidepressant Action with Venlafaxine: Analysis of Data". Submitted to Journal of Clinical Psychopharmacology. Co-authored with R. Entsuah, K Rickels, WT Smith, L. Aguiar.

15

2000    ABSTRACT: "Investigation of Notch3 as a Candidate Gene for Bipolar Disorder Using Brain Hyperintensities as an Endophenotype". Co-authored with EP Ahearn, MC Speer, YT Chen, DC Steffens, F Cassidy, S VanMeter, JM Provenzale, KR Krishnan.

2000    ABSTRACT: "A Comparison of the Safety and Efficacy of Divalproex Sodium and Olanzapine in the Treatment of Bipolar Disorder". Coauthored J Zajecka, J Davidson, KW Sommerville, G Sachs, A Swann, P Wozniak. ACNP Meeting.

## PUBLICATIONS

1990    "A Fixed Dose (300 mg) Efficacy Study of Bupropion and Placebo in Depressed Outpatients. Co-authored with CG Lineberry, JA Johnston, RN Raymond, JS Carman, WF Boyer, Burroughs Wellcome Company. The Journal of Clinical Psychopharmacology, May 1990, 51 (5) p194-9.

1991    "A 102-Center Prospective Study of Seizure in Association with Bupropion". Collaboration with JA Johnston, CG Lineberry, JA Ascher, J Davidson, MA Khayrallah, JP Feighner, P. Stark, Burroughs. Burroughs Wellcome Company. The Journal of Clinical Psychiatry, Nov 1991, 52 (11): 450-6.

"Roundtable Discussion Comparing Currently Available Antidepressants and an Ideal Antidepressant, "The Journal of Clinical Psychiatry Evolving Standards of Antidepressant Therapy-Monograph Series: May, 1991, Vol. 9, No. 1.

"A Profile of Bupropion: A Nonserotonergic Alternative, "The Journal of Clinical Psychiatry Monograph Series: May, 1991, Vol. . 9, No. 1."

1992    "Treatment Strategies for Lithium-Resistant Bipolar Depression", Journal of Clinical Psychiatry Monograph, May 1992 10 (1) p27-32.

1994    "Comparison of Bupropion and Trazodone for the Treatment of Major Depression": Journal of Clinical Psychopharmacology, June 1994, 14 (3) p170-9. Coauthored with JA Johnston, CG Lineberry, B Samara, RJ Branconnier, AA Billow.

1994    "Efficacy of Buspirone in Generalized Anxiety Disorder with Co-existing Depressive Symptoms": Journal of Clinical Psychiatry, (United States) July 1996 57 (7) p287-91. Co-authored with JJ Sramek, M Tansman, A Suri, M Hornig-Rohan, JD Amsterdam, Stahl.

1995    "Economic Evaluation of Drug Treatment for Psychiatric Disorders:  The New Clinical Trial Protocol" Co-authored  with GA Zarkin, HG Grabowski, J Mauskopf and HA Bannerman. Psychopharmacology: The Fourth Generation of Progress 1995, p1897-1905.

16

1996    "Understanding and Treating Mania and Depression in Bipolar Disorder" Case Study, <u>Primary Psychiatry, June 1996.</u>

1996    "Treatment of Post Traumatic Stress Disorder with Nefazodone", <u>In Press International Clinical Psychopharmacology (England), May 1998, 13 (3) p111-3</u> – Co-Authored with Jonathan Davidson M.D., Mary Malik, Ph.D., Kathryn M. Connor, M.D

1997    "Adjunctive Use of Olanzapine in Mood disorders: 5 Case Reports" Written in collaboration with Eileen P. Ahearn, M.D., Ph.D., Jonathan R. T. Davidson, M.D., and Charles D. Wallace, M.D. <u>Annals of Clinical Psychiatry (United States).</u> Dec1997, 9 (4) p259-62.

1997    Presented at the American Psychiatric Association: "Efficacy of Once-Daily Venlafaxine Extended Release (XR) for Symptoms of Anxiety in Depressed Outpatients " Written by John Feighner, M.D. with research conducted by Richard H. Weisler, M.D. and other. Submitted.

1997    "Efficacy and Tolerability of Once-Daily Venlafaxine Extended Release (XR) in Outpatients with Major Depression – <u>Journal of Clinical Psychiatry, 58:9, September 1997.</u> Michael Thase for the Venlafaxine XR 209 Study Group.

1997    "Fluoxetine Treatment of Patients With Major Depressive Disorder Who Failed Initial  Treatment With Sertraline". Co-authored by Michael E. Thase, M.D., Sharon Blomgren, M.D., Martin A. Birkett, Jerry T. Apter, M.D., Rosalinda G. Tepner. <u>Journal of Clinical Psychiatry 1997; 58:16-21.</u>

1998    "Fluvoxamine in Civilians with Post Traumatic Stress Disorder. Written in collaboration with Jonathan R. T. Davidson, M.D., Mary Malik, Ph.D., Larry A. Tupler, Ph.D. <u>Journal of Clinical Psychopharmacology (United States), Vol. 18 (1) p93-5, February 1998.</u>

1998    "Familial Leukoencephalopathy in Bipolar Disorder" – Submitted to <u>American Journal of Psychiatry (United States) 155 (11) p1605-7, November 1998.</u> Written by Eileen P. Ahearn, M.D., Ph.D. in collaboration with David C. Steffens, M.D., Frederick Cassidy, M.D., Susan A. Van Meter, M.D., James M. Provenzale, M.D., Michael F. Seldin, M.D., Ph.D., and K. Ranga Rama Krishnan, M.D. Study conducted in conjunction with Eileen P. Ahearn, M.D., Ph.D., K. Ranga Rama Krishnan, M.D. and others from Duke UniversityMedical Center, Dept of Psychiatry and Behavioral Sciences, and the Dept. of Medicine, Division of Molecular Medicine and Human Genetics of the University Of California.

1998    "Successful Outcome Following Long Term Lamotrigine Treatment of Severe Bipolar Disorder": 3 case reports – Submitted to the <u>Annals of Psychiatry.</u>

17

Written in collaboration with Jonathan R.T. Davidson M.D., Eileen P. Ahearn, M.D., Ph.D. and Charles D. Wallace, M.D

1998    "Psychometric Properties of the Social Phobia Inventory (SPIN)": A New Self-Rating Scale. The British Journal of Psychiatry, London, United Kingdom. Co-authored with Kathryn Connor, M.D, Jonathan Davidson, M.D. Andrew Sherwood, Ph.D., Erik Churchhill, Andrew Sherwood, Edna Foa, Atul Pande, Brinda Wita, and Larry Tupler, April 2000, 176 p379-86.

1998    "A Double-Blind Placebo-Controlled Study of Lamotrigine Monotherapy in Outpatients with Bipolar I Depression " in collaboration with J.R. Calabrese, M.D. C. L. Bowden, M.D. G. S. Sachs M.D., J. A. Ascher; M.D. E. Monaghan; G. D. Rudd; MS PharmD for the Lamictal 602 Study Group – Presented in part at the 1999 Annual Meeting of the American Psychiatric Association.

1998    Draft manuscript of the Physostigmine Study 1028 – "A 24-Week Randomized Trial of Controlled-Release Physostigmine in Alzheimer's Disease" with Dr. Leon J. Thal and the Physostigmine Study Group.

1998    "Outcome Update:   A Comparative Cost-Effectiveness Study of Depakote and Usual Care Versus Lithium and Usual Care in the Treatment of Bipolar Disorder (Abbott Study M93-111)". Co-authored with DA Revicki, RM Hirschfeld, PE Keck, EP Ahearn.

1999    "Safety Profile of Sustained-Release Bupropion in Depression: Results of Three Clinical Trials. In collaboration with EC Settle, SM Stahl, SR Batey, JA Johnston, JA Ascher. Clinical Therapy. March 1999, 21 (3): p454-63.

1999    "Treatment of Social Phobia with Gabapentin: Placebo-Controlled Study" (United States), Aug 1999, 19 (4) p341-8. Journal of Clinical Psychopharmacology.

1999    "Social Phobia: Issues in Assessment and Management" Epilepsia Vol. 40, Suppl. 6 1999. in collaboration with Kathryn M. Conner, M.D., Jonathan R. T. Davidson, M.D., Suzanne Sutherland, M.D.

1999    "Nefazodone in Post-Traumatic Stress Disorder: Results from Six Open-Label Trials". Co-authored with R. Hidalgo, M. A. Hertzberg, T. Mellman, F. Petty, P. Tucker, S. Zisook, S. Chen, E. Churchill and J. Davidson. Lippincott, Williams, & Wilkins Publishers. – International Clinical Psychopharmacology, Vol. 14., No. 2 March 1999.

1999    "Alternative Therapy Use by Psychiatric Outpatients" – Research report for publication in the Journal of Nervous and Mental Disease, Vol. 187, No. 11. p692-95. 1999. Written by Patricia R. Knaudt, M.D., Kathryn M. Connor, M.D., L. Eric Churchill, M.S., Jonathan R. T. Davidson, M.D.

18

1999    "Potential Neurostabilizing Effects of Donepezil's in Patients with Alzheimer's Disease: Measurement of N-acetylaspartate Levels Using Proton Magnetic Resonance Spectroscopy in a Randomized, Placebo-Controlled Trial . Written in collaboration with K. R. Krishnan, P. M. Doraiswamy, J. Mintzer, Xin Yu, C. Perdomo, J. R. Leni, S. Rogers. Paper submitted to American Journal of Psychiatry.

2000    Behavior Therapy for Obsessive-Compulsive Disorder Guided by a Computer or by a Clinician Compared with Relaxation as a Control. Collaboration with JH Greist, IM Marks, L. Baer, KA Kobak, KW Wenzel, MJ Hirsch, JM Mantle.

2000    "A Pilot Study of Mirtazapine in Post traumatic Stress Disorder". (United States) Jan 1999, issue of International Clinical Psychopharmacology 14 (1) p29-31. Co-authored with KM Connor, JT Davidson, EP Ahearn.

2000    "A Comparison of the Safety and Efficacy of Divalproex Sodium and Olanzapine in the Treatment of Bipolar Disorder". Coauthored J Zajecka, J Davidson, KW Sommerville, G Sachs, A Swann, P Wozniak. Paper Submitted to American Journal of Psychiatry.

2001    "MRI Correlates of Suicide Attempt History in Unipolar Depression". Co-authored EP Ahearn, KR Jamison, DC Steffens, F Cassidy, JM Provenzale, A Lehman, BJ Carroll, KR Krishnan. Biological Psychiatry. 16:28:56 p1-5.

2001    Zaleplon, A Novel Nonbenzodiazepine Hypnotic, Effectively Treats Insomnia in Elderly Patients Without Causing Rebound Effects". Written in collaboration with Sonia Ancoli-Israel, Ph.D., James K. Walsh, Ph.D., Richard M. Mangano, Ph.D., and Masamoto Fujimori, M.D., for the Zaleplon Clinical Study Group. The Primary Care Companion to The Journal of Clinical Psychiatry, Vol. 1, No. 4, pp. 114-120, August 1999.

19

Richard H. Weisler, MD, PA & Associates; Psychiatry and Clinical Trials
2841 Plaza Place, Suite 100    Raleigh, NC  27612
(919) 872-5900   Fax (919) 872-5428

I confirm that the attached is my curriculum vitae and that all information contained within is accurate and current as of this date:

_Richard H. Weisler, MD_

Printed Name

_[signature]_

Signature

_9/9/0_

Date

93

5077US/0049: 0005



**NORTH CAROLINA MEDICAL BOARD**

PHYSICIAN CERTIFICATE OF REGISTRATION

REGISTRATION REQUIRED
01/30/2003

REGISTRATION
CERTIFICATE NO.
7480

THIS IS TO CERTIFY THAT THE PHYSICIAN NAMED BELOW HAS REG-
ISTERED WITH THE BOARD AND HAS PAID THE REGISTRATION FEE
OF $           100.00          FOR THE YEAR ABOVE AS REQUIRED
BY THE GENERAL STATUTES OF NORTH CAROLINA, SECTION 90-15.1
AND RULES PROMULGATED PURSUANT THERETO.

LICENSE NO:   21381

RICHARD HARRY WEISLER MD
REDACTED

EXECUTIVE DIRECTOR

THIS IS YOUR REGISTRATION
CERTIFICATE FOR YOUR WALLET.
PLEASE DETACH AND DISCARD
THIS PORTION.

**NORTH CAROLINA MEDICAL BOARD**

REGISTRATION
CERTIFICATE

REGISTRATION REQUIRED
01/30/2003

7480

THIS IS TO CERTIFY THAT THE PHYSICIAN
NAMED BELOW HAS REGISTERED WITH THE
BOARD AND HAS PAID THE REGISTRATION FEE
FOR THE YEAR ABOVE AS REQUIRED BY THE
GENERAL STATUTES OF NORTH CAROLINA,
SECTION 90-15.1 AND RULES PROMULGATED
PURSUANT THERETO.

RICHARD HARRY WEISLER MD      EXECUTIVE DIRECTOR
LICENSE NO:   21381           P.O. BOX 20007
                             RALEIGH, N.C. 27619

PLEASE DETACH
AND DISCARD THIS PORTION.

5077US/0049 : 0006

# RED OAK PSYCHIATRY ASSOCIATES, PA
17115 Red Oak Drive, Suite 109
Houston, Texas 77090
Fax (281) 893-8082
(281) 893-4111

**LAWRENCE D. GINSBERG, M.D.**
**CURRICULUM VITAE**
**M.D. Texas License Number G7406**

## PROFESSIONAL ACTIVITIES:

1. President of Red Oak Psychiatry Associates, P.A. January 1991 - present.
2. Psychiatrist in private practice 1985 - present.
3. Medical Director, Gulf Pines Behavioral Health Services, March 1, 1994 - March 1998.
4. Assistant Medical Director, Gulf Pines Hospital, January 1991 - February 1994.
5. Clinical Director of Adolescent Services, Gulf Pines Hospital, November 1986-February 1994.
6. Chief of Staff, Gulf Pines Hospital, 1989 and 1991.
7. Peer Reviewer for Spectrum Review Services, January 1994 - present.
8. Peer Reviewer for One Health Plan of Texas, August 1996 - present.
9. Consultant, Texas Board of Medical Examiners, March 1997 - present.
10. Medical Director of Compliance and Quality Management, Cypress Creek Hospital, March 2, 1998 - present.

## PROFESSIONAL MEMBERSHIPS:

American Medical Association; American Psychiatric Association; Texas Psychiatric Society; Houston Psychiatric Society; Harris County Medical Society, American Academy of Psychiatry and the Law; Texas Medical Association; American Society of Addiction Medicine; American College of Physician Executives; American Society for Adolescent Psychiatry; American College of Legal Medicine; American College of Forensic Examiners; American Society of Clinical Psychopharmacology

## PUBLICATIONS:

The Effect of Steroidal and Nonsteroidal Anti-Inflammatory Agents on Ultraviolet-Induced Inflammation, Eaglestein, W.H., Ginsberg, L.D., and Mertz, P.M., Archives of Dermatology, Vol. 115, December, 1979.

Decisions Without Data, Ginsberg, L.D., Chapter in Psychiatry: A Problem-Oriented Approach, Moffic, S., Silverman, S., and Adams, G., Medical Exam Publishing Company, January, 1986.

The Insanity Defense and Alternatives, Ginsberg, L.D., The Houston Lawyer, May-June, 1986, Vol. 23, No. 5.

Mullen J., Reinstein M., Bari M., Ginsberg L.D., Sandler N.: Quetiapine and Risperidone in Outpatients with Psychotic Disorders: Results of the QUEST Trial, Schizophrenia Research 36(1-3): 290, April 1999.

DeVeaugh-Geiss J., Conners C.K., Sarkis E.H., Winner P.K., Ginsberg L.D., Hemphill J.M., Laurenza A., Asgharnejad M., Barrows C.F., Webster C.J.,: Open Label Efficacy of 1555U88 for the Treatment of ADHD in Children. Submitted to NCDEU.

DeVeaugh-Geiss J., Conners C.K., Sarkis E.H., Winner P.K., Ginsberg L.D., Hemphill J.M., Laurenza A., Asgharnejad M., Barrows C.F., Webster C.J.: Efficacy of GW320659 in Children with Attention-Deficit/Hyperactivity Disorder. Submitted to AACAP and ECNP.

95

Ginsberg, L., Adler, L., Casat, C., Huey, L., Lee, D.M., Earl, N., Montgomery, P.: Lamotrigine: Evidence for Mood Stabilization in Bipolar I Depression. Poster presented at NCDEU 2001.

Ginsberg, L.: Topiramate Use in Refractory Bipolar Disorder. Poster to be presented at American Psychiatric Association Institute on Psychiatric Services in October 2002.

**EDUCATION:**

University of Miami, Coral Gables, Florida, B.S. in Chemistry, magna cum laude, 1974-1977
University of Miami School of Medicine, M.D., 1977-1981

**POST GRADUATE TRAINING:**

Internship - University of Miami Affiliated Hospitals, Miami, Florida, Pediatric Internship, 1981-1982
Residency - Baylor College of Medicine, Department of Psychiatry, Houston, Texas, 1982-1985

**CERTIFICATION:**

Certified by examination in Addiction Medicine by The American Society of Addiction Medicine, April 1991 and, Recertified 2001, Diplomate Board Certified Forensic Examiner, The American Board of Forensic Examiners, July 1996, Diplomate of American Board of Forensic Medicine, The American Board of Forensic Medicine, Dec. 1996 Certified Medical Review Officer, the Medical Review Officer Certification Council, August 1997.

**AREAS OF SPECIAL INTEREST:**

Psychopharmacology, Addiction Medicine, Forensic Psychiatry, Administrative Psychiatry

**RESEARCH EXPERIENCE:**

Co-investigator with James Claghorn, MD (1988 - 1989) for the following Phase III inpatient trials:
Anafranil (clomipramine)
Clozaril (clozapine)
Luvox (favoxamine/fluvoxamine)

Co-investigator with Kenneth Blum, Ph.D. (1992) for the following inpatient Phase IV trial:
Neurecover

Principal investigator (1992) for the following pre and post clinical trials for Quintiles:
Zoloft (sertraline)

Principal investigator (1996-1997) for a post-clinical study for Strategic Advantage Inc.:
ReVia

Principal investigator (1997-1998) for a phase IV outpatient open-label randomized study for Zeneca:
Seroquel (quetiapine)

Principal investigator (1998) for a Phase II outpatient double-blind, placebo controlled study for Glaxo-Wellcome:
1555U88/GW320659

Principal investigator (1998-2000) for three Phase II-III long-term outpatient studies for Glaxo-Wellcome:
Lamictal (lamotrigine)

Principal investigator (1998-1999) for a Phase II-III inpatient double-blind, placebo controlled study for Glaxo-Wellcome:
Lamictal (lamotrigine)

Principal investigator (1998-1999) for a Phase II outpatient open label, uncontrolled dose titration pediatric study for GlaxoWellcome:
1555U88/GW320659

Principal investigator (1999) for a Phase IIIb outpatient double-blind, placebo controlled, fixed dose comparison study for SmithKline Beecham:
Paxil (paroxetine)

Principal investigator (1999-2000) for a Phase II inpatient/outpatient randomized, double-blind, placebo and active controlled efficacy and safety study for Novartis:
Zomaril (iloperidone)

Principal investigator (1999) for a Phase II outpatient, open-label safety and efficacy study for Hoechst Marion Roussel:
M100907

Principal investigator (2000) for an outpatient, double-blind, randomized, parallel, placebo-controlled study for Eli Lilly and Company:
Prozac (fluoxetine)

Principal investigator (2000) for a child/adolescent outpatient, randomized, double-blind efficacy and safety study for Organon:
Remeron (mirtazapine)

Principal investigator (1999-2001) for an outpatient, randomized, double-blind study for Eli Lilly and Company:
Prozac and Zyprexa (fluoxetine and olanzapine)

Principal investigator (1999-2001) for a Phase III outpatient, placebo controlled study for Pfizer:
Pregabalin

Principal investigator (2000-2001) for a Phase III outpatient, placebo controlled study for Pfizer:
Pregabalin

Principal investigator (1999-2001) for a Phase II/III outpatient sustained efficacy, placebo controlled study for Pfizer:
Pregabalin

Principal investigator for an ongoing outpatient open label study for Pfizer:
Pregabalin

Principal investigator (2000) for an outpatient open-label study for Alza:
Concerta (methylphenidate HCL)

Principal investigator (2000) for a randomized, double-blind, placebo and active treatment controlled study for Pharmacia & Upjohn:
Reboxetine

Principal investigator (2001) for an inpatient randomized, double-blind, placebo controlled study for Bristol-Myers-Squibb:
Aripiprazole

Principal investigator (2001) for an ongoing randomized, double-blind, fixed dose study for Bristol-Myers-Squibb:
Aripiprazole

Principal investigator (2000 – 2001) for a double-blind, placebo controlled efficacy study for Eli Lilly and Co.:
Duloxetine

Principal investigator (2000- 2002) for an outpatient, double-blind, placebo controlled fixed dose study for GlaxoSmithKline:
Lamictal (lamotrigine)

Principal investigator for an ongoing outpatient, double-blind, placebo controlled pediatric study for Wyeth-Ayerst:
Effexor XR (venlafaxine)

Principal investigator (2001) for an outpatient, double-blind, placebo controlled and open label study for Sepracor:
Zopiclone

Principal investigator (2001) for an outpatient, double-blind, placebo controlled comparison study for GlaxoSmithKline:
Paxil CR (paroxetine)

Principal investigator (2000) for an outpatient, double-blind, placebo controlled study for Pfizer/Parke-Davis:
Pagoclone

Principal investigator for an outpatient, open-label study with a double-blind extension phase for Wyeth-Ayerst:
Effexor XR (venlafaxine)

Principal investigator for an ongoing outpatient, double-blind, placebo comparison study for Wyeth-Ayerst:
Effexor XR (venlafaxine)

Principal investigator (2001) for an outpatient, open-label pediatric study for Shire:
Adderall XR

Principal investigator (2001) for an outpatient, open-label pediatric study for:
Metadate CD

Principal investigator for an outpatient, double-blind, placebo controlled adolescent study for Wyeth-Ayerst:
Effexor XR (venlafaxine)

Principal investigator (2001- 2002) for an outpatient, double-blind, placebo controlled flexible dose study for GlaxoSmithKline:
Paxil CR (paroxetine)

Principal investigator (2001-2002) for an outpatient, double-blind, placebo controlled study for Pfizer:
Pagoclone

Principal investigator for an ongoing outpatient, double-blind, placebo controlled study for GlaxoSmithKline:
Vilazodone

Principal investigator for an ongoing outpatient, randomized, open-label study for Neurocrine Biosciences:
NBI34060-IR-0105

Principal investigator for an ongoing inpatient, randomized, double-blind, dose-ranging study for Bristol-Myers-Squibb:
Intramuscular Aripiprazole

Principal investigator for an ongoing inpatient, randomized, double-blind study for Bristol-Myers-Squibb:
Aripiprazole

Principal investigator for an ongoing outpatient, randomized, double-blind, placebo controlled study for Alkermes:
Medisorb Naltrexone

Principal investigator (2002) for an outpatient, double-blind, placebo controlled fixed dose study for
Pharmacia/ORION Pharma:
Deramciclane

Principal investigator (in start-up phase) for an ongoing outpatient, double-blind, randomized placebo controlled
study for UCB Pharma, Inc.:
Levetiracetam

Principal investigator for an ongoing outpatient, double-blind, randomized efficacy and safety study for Eli Lilly
and Co.:
OFC (Olanzapine-Fluoxetine Combination)

Principal investigator (in start-up phase) for an ongoing inpatient, randomized, double-blind, placebo controlled,
parallel-dose study for Elan Pharmaceuticals:
Zonisamide

Principal investigator (2002) for a retrospective efficacy study in refractory bipolar disorder for Ortho-McNeil:
Topamax (topiramate)

Principal investigator for an ongoing post-marketing study comparing cardiovascular safety for Pfizer:
Zyprexa & Geodon

Principal investigator (in start-up phase) for an inpatient, double-blind, randomized placebo controlled study for
Shire Pharmaceutical:
Over Encapsulated Carbatrol (carbamazepine extended-release)

## LECTURES AND/OR CONSULTANT PANELS FOR PHARMACEUTICAL COMPANIES:

| | |
|---|---|
| Alza | Janssen |
| Astra Zeneca | Novartis |
| Bristol-Myers-Squibb | Organon |
| Cephalon | Pharmacia & Upjohn |
| Celltech | Pfizer |
| Eli Lilly | Shire |
| Forest Pharmaceuticals | Solvay |
| GlaxoSmithKline | Wyeth |
| | UCB Pharma |

5077US/0049 : 0006



CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE
UNITED STATES DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON, D.C. 20537

Sections 304 and 1008 (21 U.S.C. 824 and 958) of the Controlled Substances Act of 1970, as amended, provide that the Attorney General may revoke or suspend a registration to manufacture, distribute, dispense, import or export a controlled substance.

| DEA REGISTRATION NUMBER | THIS REGISTRATION EXPIRES | FEE PAID |
|---|---|---|
| AG3157763 | 09-30-2004 | $210.00 |

| SCHEDULES | BUSINESS ACTIVITY | DATE ISSUED |
|---|---|---|
| 2,2N,3,3N,4,5 | PRACTITIONER | 09-07-2001 |

GINSBERG, LAWRENCE O MD
17115 RED OAK DRIVE SUITE 109
HOUSTON, TX                    77090

THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, BUSINESS ACTIVITY, OR VALID AFTER THE EXPIRATION DATE.



**TEXAS STATE BOARD OF MEDICAL EXAMINERS**
P.O. BOX 2018 • AUSTIN, TEXAS 78768-2018

PHYSICIAN PERMIT

LICENSE/PERMIT NUMBER

G7406

EXPIRATION DATE

02-28-2003

LAWRENCE DAVID GINSBERG, MD
SUITE 109
17115 RED OAK
HOUSTON TX 77090-2641

THIS CERTIFIES THAT THE LICENSEE/PERMIT HOLDER NAMED AND NUMBERED HEREON HAS PROVIDED THIS BOARD
THE INFORMATION REQUIRED AND HAS PAID THE FEE FOR ANNUAL REGISTRATION FOR THE YEAR INDICATED ABOVE
PLEASE KEEP THIS BOARD NOTIFIED OF CHANGE OF ADDRESS

5077US/0049 : 0006

CURRICULUM VITAE          5077US/0049 : 0007

# IRVING S. KOLIN, M.D.

1065 WEST MORSE BOULEVARD, Suite 202
WINTER PARK, FLORIDA 32789

| | |
|---|---|
| **EDUCATION** | **UNIVERSITY OF BUFFALO SCHOOL OF ARTS AND SCIENCES**<br>Buffalo, New York<br>1957-1961<br>Major: Psychology<br>Degree: B.A. cum laude, Phi Beta Kappa<br><br>**STATE UNIVERSITY Of NEW YORK SCHOOL OF MEDICINE**<br>Buffalo, New York<br>1961-1965<br>Degree: M.D. |
| **INTERNSHIP** | STRAIGHT PEDIATRICS, CORNELL UNIVERSITY MEDICAL COLLEGE,<br>NEW YORK HOSPITAL<br>525 E. 68th Street, New York, New York 10021<br>July 1965 –July 1966 |
| **RESIDENCY** | PSYCHIATRY, CORNELL IJNIVERSITY MEDICAL COLLEGE,<br>NEW YORK HOSPITAL, PAYNE WHITNEY CLINIC<br>525 E. 68th Street, New York, New York 10021<br>July 1966 – July 1969<br><br>CHILD PSYCHIATRY, CORNELL UNIVERSITY MEDICAL COLLEGE<br>NEW YORK HOSPITAL, PAYNE WHITNEY CLINIC<br>525 E. 68th Street, New York, New York 10021<br>July 1968 – July 1969 |
| **TEACHING POSITIONS** | TEACHING FELLOW, PSYCHIATRY<br>CORNELL UNIVERSITY MEDICAL COLLEGE<br>New York, New York 1967 - 1969<br><br>CLINICAL PROFESSOR, DEPARTMENT OF PSYCHOLOGY<br>VISITING FACULTY, UNIVERSITY OF CENTRAL, FLORIDA<br>Orlando, Florida 1973 - 1975 |

Irving S. Kolin, M.D., 11/01/01          S/Kolin          10/03/02

**TEACHING POSITIONS** (Continued)

TEACHING FACULTY, MEDICAL RESIDENT PROGRAM
ORLANDO REGIONAL MEDICAL CENTER
Orlando, Florida 1977 to present

TEACHING FACULTY, FAMILY PRACTICE RESIDENCY PROGRAM
FLORIDA HOSPITAL
Orlando, Florida 1984 to 1990

CLINICAL INSTRUCTOR, PSYCHIATRY
UNIVERSITY OF FLORIDA COLLEGE OF MEDICINE
Gainesville, Florida 1971 - 1972

CLINICAL ASSISTANT PROFESSOR, DEPARTMENT OF PSYCHIATRY
UNIVERSITY OF FLORIDA COLLEGE OF MEDICINE
Gainesville, Florida 1972 - 1986

COURTESY CLINICAL ASSOCIATE PROFESSOR, DEPT. OF
PSYCHIATRY UNIVERSITY OF FLORIDA COLLECE OF MEDICINE
Gainesville, Florida 1986 to present

TEACHING FACULTY, THE OSLER INSTITUTE
PSYCHIATRIC BOARD REVIEW COURSES,
1994 to present

**BOARD CERTIFIED**

Diplomate, American Board of Psychiatry and Neurology
Adult Psychiatry, 1972

Diplomate, American Board of Psychiatry and Neurology
with Added Qualifications in Geriatric Psychiatry, 1992

Diplomate, American Board of Psychiatry and Neurology
with Added Qualifications in Addiction Psychiatry, 1993

Diplomate, American Board of Psychiatry and Neurology
with Added Qualifications in Forensic Psychiatry, 1994

Irving S. Kolin, M.D., 11/01/01                              2

| | |
|---|---|
| **BOARD EXAMINATIONS COMMITTEE** | Part II Examiner, Oral Examination, American Board of Psychiatry and Neurology, 1979, 1980, 1983, 1984 and 1987 |
| **CERTIFICATION** | Certification by Examination American Society of Addiction Medicine, 1987 |
| | Certification by Examination American Board of Quality Assurance and Utilization Review, 1991 |
| | Diplomate, American Academy of Pain Management, 1991 |
| | Certification by Examination American Society of Adolescent Psychiatry, 1993 |
| | Senior Disability Analyst and Diplomate, American Board of Disability Analysts, 1997 |
| | Certification by Examination American Society of Clinical Psychopharmacology, 1998 |
| **RESEARCH POSITIONS** | Resident Research Fellow, Cornell University Medical College, Department of Psychiatry, 1966-69 |
| | Principal Investigator, Wallace Laboratories, 1975-78 |
| | Principal Investigator, Upjohn Incorporated, 1980 to 1996 |
| | University of Central Florida Institutional Review Board (for the use of Human Subjects in Research), 1980 - 1981 |
| | Principal Investigator, Burroughs Wellcome Company, 1987 to 1990 |
| | Principal Investigator, G.H. Besselaar Associates, 1987 to 1990 |
| | Principal Investigator, Sandoz Pharmaceuticals Corp., 1991 - 1993 |
| | Principal Investigator, International Clinical Research Associates, 1991 to 1994 |

**RESEARCH POSITIONS** (Continued)

Principal Investigator, Imperial Chemical Industries Pharmaceuticals Group, 1992 - 1993

Principal Investigator, ClinTrials, Inc., 1992 - 1994

Principal Investigator, TAP Pharmaceuticals, Inc., 1993 - 1994

Principal Investigator, Dupont Merck Pharmaceutical Co., 1993, 1995-1996

Principal Investigator, Boehring Ingelheim, 1995

Principal Investigator, Janssen Research Foundation, 1995 - 1997

Principal Investigator, Hoechst Marion Roussel, Inc. Pharmaceuticals, 1996 - 1998

Principal Investigator, Worldwide Clinical Trials, Inc., 1996 - 1998

Principal Investigator, Pharmacia & Upjohn, 1996 - 1999

Principal Investigator, Eisai America, Inc., 1996 - 1997

Principal Investigator, Zeneca Pharmaceuticals, 1997

Principal Investigator, Bristol-Myers Squibb Company, 1997 - 1999

Principal Investigator, Titan Pharmaceuticals, Inc., 1997

Principal Investigator, IBAH, Inc., 1997

Principal Investigator, Bayer Corporation, 1998

Principal Investigator, Novartis Pharmaceuticals Corporation, 1998 - 1999

Principal Investigator, Forest Laboratories, 1998

Principal Investigator, Somerset Pharmaceuticals, 1998

Principal Investigator, Solvay Pharmaceuticals, 1998

Principal Investigator Parke-Davis, 1999 - 2000

Irving S. Kolin, M.D., 11/01/01                    4

**RESEARCH POSITIONS**
(Continued)

Principal Investigator, Wyeth-Ayerst Research, 2000

Principal Investigator, Eli Lilly/NIMH, 1995 to present

Principal Investigator, Quintiles Pacific, Inc. 1996 to present

Principal Investigator, Pfizer, 1996 to present

Principal Investigator, Glaxo Wellcome, Inc., 1997 to present

Principal Investigator, Otsuka Maryland Research Institute, 1997 - present

Principal Investigator, Organon, 2000

**RESEARCH TRIALS**

Fixed-Dose, Double-Blind Study Comparing Efficacy of Deanol Tablets vs. Placebo in the Treatment of Depressive Disorder - 1977

Double-Blind Comparison of Alprazolam and Diazepam for Subchronic Withdrawal From Alcohol - 1981

Fixed~Dose, Double-Blind Study Comparing Efficacy and Safety of Alprazolam Tablets vs. Imipramine - 1983

A Phase II, Parallel Group, Placebo Controlled Study to Evaluate the Efficacy and Safety of Antianxiety Medication in Outpatients with Generalized Anxiety Disorder - 1987

Prospective Open Evaluation of the Seizure Incidence with Bupropion Hydrochloride - 1987

Fixed-Dose, Double-Blind Study Comparing Efficacy of Antidepressant vs. Placebo in the Treatment of Geriatric Depression - 1987

Fixed-Dose, Double-Blind Study Comparing Efficacy and Safety of Antianxiety Tablets vs. Placebo in the Treatment of Panic Disorder, Using Once Daily Dosing - 1991

Randomized Double-Blind, Placebo-Controlled Study Comparing Efficacy and Safety of Antianxiety Medication in the Treatment of Generalized Anxiety Disorder – 1992

Irving S. Kolin, M.D., 11/01/01                    5

**RESEARCH**
**TRIALS**
**(Continued)**

Double-Blind, Placebo-Controlled Comparison of Low
and High Dosage Regimens of Seroquel in the Treatment
of Hospitalized Patients With Subchronic or Chronic Schizophrenia - 1992

Open Label Study of the Safety of Antianxiety Medication in the
Treatment of Generalized Anxiety Disorder - 1993

A Randomized Comparative Study of Paroxetine in the
Treatment of Depression as used in a Clinical Practice Setting - 1993

Short and Long Term Study of Alprazolam in the
Treatment of Panic Disorder with Agoraphobia - 1992 - 1994

Double-Blind, Fixed Dose, Comparing Antianxiety Medication (2, 4, and 8 mg/day), with
Placebo in Generalized Anxiety Disorder - 1993

Safety Surveillance Study for Wellbutrin Sustained Release
#28, 676 Study #208 - 1993 - 1994

An Open-Label, Long-Term Safety Study of Antianxiety Medication
In the treatment of Generalized Anxiety Disorder- 1994

Dupont Merck Pharmaceutical Company DUP 393-101
"An Open Label Usage Study of Trexan*R* (ReVia) as Adjunctive
Treatment with Psychosocial Therapy for Individuals with
Alcoholism - 1993 to 1995

Fixed-Dose, Placebo-Controlled Study of Antidepressant Capsules
in the Treatment of Mixed Anxiety and Depressive Disorder - 1994 to 1995

Eli Lilly/NIMH Open Label Olanzapine Trial - 1995 - 1996

Double-Blind, Placebo-Controlled Clinical Dose-Finding Trial
Comparing Fixed Dosages of Antipsychotic Medication - 1995-1996

Multicenter, Randomized, Double-Blind, Placebo-Controlled Study of Opiate
Antagonist 50 mg, Administered Once Daily with a Nicotine Patch as Adjunctive
Treatment of Psychosocial Therapy for Prevention of Smoking Relapse - 1996

Placebo-Controlled Trial of Antidepressant and Fluoxetine in the Treatment of Patients
with Major Depression - 1996

Irving S. Kolin, M.D., 11/01/01

6

**RESEARCH TRIALS** (Continued)

Phase II of Multicenter, Randomized, Double-Blind, Placebo and Active Controlled Study of Antipsychotic in Schizophrenic and Schizoaffective Patients - 1996

An Open-Label, Multicenter Clinical Trial Evaluating the Safety and Efficacy of Donepezil Hydrochloride (E2020) in Patients With Alzheimer's Disease - 1996 - 1997

A Multicenter, Double-Blind, Placebo-Controlled, Fixed-Dose Evaluation of the Safety and Efficacy of an Anticonvulsant in the Treatment of A Major Depressive Episode in Patients Suffering From Bipolar Disorder - 1997

An Open, Multicenter, Flexible Dose Continuation Study of An Anticonvulsant in Patients with Bipolar Disorder - 1997

A Multicenter, Double-Blind, Placebo-Controlled, Randomized, Fixed-Dose Evaluation of the Safety and Efficacy of an Anticonvulsant in the Long-Term Prevention of Relapse and Recurrence of Depression and/or Mania in Patients With Bipolar I Disorder - 1997

A Multicenter, Double-Blind, Double-Dummy, Placebo and Lithium-Controlled, Randomized, Flexible-Dose Evaluation Of the Safety and Efficacy of an Anticonvulsant in the Long-Term Prevention of Relapse and Recurrence of Mania and/or Depression in Patients with Bipolar I Disorder - 1997

A Double-Blind, Randomized Trial of Three Fixed Doses of Transdermal 5HT1 Agonist Compared to Placebo in the Treatment of Anxious Outpatients - 1997

A Multicenter, Randomized, Double-Blind, Placebo and Active Controlled Study of Antipsychotic Medication in Schizophrenic and Schizoaffective Patients - 1997

A Multicenter, Open-Label, Long-Term Followup, Safety Study Of Antipsychotic Medication in Schizophrenic and Schizoaffective Patients Who Participated in the Study 100907PR0015 (9/24/96) – 1997

A Comparison of Risperidone and Haloperidol for Prevention of Relapse in Subjects with Schizophrenia and Schizoaffective Disorders - 1997

A Double-Blind Flexible Dose Study of Transdermal 5HTI Agonist in the Treatment of Children With Attention-Deficit Hyperactivity Disorder – 1997

**RESEARCH TRIALS** (Continued)

An Open-Label, Long Term, Flexible Dose Safety Study of Transdermal 5HT1 Agonist in the Treatment of Childhood Attention-Deficit Hyperactivity Disorder - 1997

A Multicenter, Double-Blind, Randomized Comparison of Zolmitriptan and Sumatriptan in the Acute Treatment of Multiple Migraine Headaches - 1997

A Double-Blind Placebo Controlled, Parallel Group Study to Evaluate the Efficacy of a Second Sumatriptan Succinate Tablet (25 or 50 mg) in the Acute Treatment of Migraine - 1997

A Phase II Double-Blind Placebo-Controlled Study of Antipsychotic Medication in the Treatment of Psychosis - 1997

An Open-Label Follow-On Study of the Long Term Safety of Antipsychotic Medication in Patients with Psychosis- 1997 to present

A Double-Blind Placebo-Controlled, Haloperidol-Referenced Study of the Safety and Efficacy of Three Doses of Antipsychotic Medication Administered to Schizophrenic Patients for 42 Days - 1997

An Open-Label Assessment of the Long-Term Safety of Antipsychotic Medication - 1997

Antidepressant versus placebo in the treatment of Major Depressive Disorder - 1997

ChE Inhibitor in Alzheimer's Disease - 1998

A Double-Blind, Placebo-Controlled, Parallel Group Assessment of the Safety and Efficacy of Antidepressant Transdermal System in Patients with Major Depression - 1998

A Multicenter, Placebo and Active Control, Double-Blind Randomized Study of the Efficacy and Safety of Antipsychotic Medication in Schizophrenic and Schizoaffective Patients - 1998

A Multicenter, Open-Label, Long-Term Follow-Up Safety Study Of Antipsychotic Tablets in Schizophrenic and Schizoaffective Subjects Who Participated in Double Blind Antipsychotic - 1998

Irving S. Kolin, M.D., 11/01/01                    8

**RESEARCH**
**TRIALS**
(Continued)

CELEXA Clinical Experience Trial, Protocol CIT-MD4-98-I5-000
Parke-Davis - 1998

A Prospective, Randomized, Double-Blind, Placebo-and-Active
Controlled, Multicenter Study to Evaluate the Efficacy and Safety
Of Three Fixed Doses of Antipsychotic Medication (4, 8, and 12 mg/d)
Given b.i.d. for 42 days to Schizophrenic Patients With Acute or
Subacute Exacerbation, Followed by a Double-Blind, Active-Controlled,
Flexible-Dose, Long-Term, 6-Month Phase with Antipsychotic Medication
(4, 8, 12, or 16 mg/d) given q.d. - 1998

A Phase III, Open-Label, Treatment-Switching Study from
Orally Administered Antipsychotic Monotherapy to Orally
Administered Antipsychotic Medication Monotherapy in the
Treatment of Chronic Schizophrenic and Schizoaffective
Patients. Otsuka America Pharmaceutical, Inc. - 1999

An Open-Label Follow-on Study of the Long-Term Safety of
Antipsychotic Medication Administered Orally in Patients with
Psychotic Disorders or Psychotic Behaviors of Dementia.
Otsuka America Pharmaceutical, Inc. - 1999

A Double-Blind, Placebo-Controlled, Parallel Assessment of the Safety
And Efficacy of an Antidepressant Transdermal System in Patients with
Major Depression - 1999

An Open-Label Study to Assess the Safety of an Antidepressant Transdermal System in
Patients with Major Depression - 1999

The Multiple-Dose Pharmacokinetics of an Antidepressant in Children and Adolescents -
1999

A Randomized, Multicenter, Double-Blind, Placebo-Controlled,
Fixed-Dose 7-Week Evaluation of the Efficacy and Safety of an
Anticonvulsive Agent in Treatment of a Major Depressive Episode in
Unipolar Depressed Patients - 1999

A Multicenter, Randomized, Double-Blind, Parallel Group,
Placebo-Controlled Study Evaluating the Efficacy and Safety
Of Two Fixed Dose Ranges of an Anticonvulsive Agent (15-30
MG and 45-60 MG) in Children and Adolescents (AGED 6 to 17)
With Generalized Anxiety Disorder – 1999

**RESEARCH TRIALS** (Continued)

A Sustained Efficacy Study of an Antianxiety Agent in Patients With Generalized Anxiety Disorder- 1999 - 2001

A Placebo-Controlled Study of an Antianxiety Agent and Paroxetine In Patients with Panic Disorder - 1999 - 2001

Open-Label Safety Study of an Antianxiety Agent in Patients With Anxiety Disorders - 1999 - 2001

A Double-Blind, Placebo-Controlled Study of a Flexible Dose Of an Antidepressant in Adult Outpatients with Generalized Social Anxiety Disorder - 2000 - 2001

A Double-Blind, Placebo-Controlled Study of a Flexible Dose of An Antidepressant in Adolescent Outpatients with Generalized Social Anxiety Disorder - 2000 - 2001

A Multicenter, Randomized, Double-Blind, Placebo-Controlled, Efficacy and Safety Study of an Antidepressant in Outpatient Children and Adolescents with Major Depressive Disorder - 2000 - 2001

A Multicenter, Double-Blind, Placebo-Controlled Fixed Dose Evaluation of the Safety and Efficacy and Tolerability of an Anticonvulsive Agent in the treatment of a Major Depressive Episode in Patients with Type I Bipolar Disorder - 2001

A Multicenter, Randomized, Double-Blind Placebo-Controlled study of the Efficacy and Safety of antidepressant orally disintegrating tablets in subjects with Major Depressive Disorder - 2001

A Double-Blind, Placebo-Controlled, Parallel-groups, flexible dose study of an Antidepressant in Adolescents with Panic Disorder - 2001

A Multicenter, Randomized, Double-Blind, Placebo-Controlled, fixed dose, efficacy and safety study of an Antidepressant in outpatient children and adolescents with Major Depressive Disorder - 2001

(NOTE: Some trade names of medication withheld pursuant to sponsor agreements)

**PUBLICATIONS**

Kolin, I., NEMALINE MYOPATHY, American Journal Diseases of Children, Vol. 114, No. 1, July 1967

Kolin, I., et al STUDIES OF SCHOOL AGE CHILDREN WITH MENINGOMYELOCELE, The Journal of Pediatrics, St. Louis, Vol. 78, No.6, June 1971

Kolin, I., Baker, J.L., Jr., Bartlett, E.S., PSYCHOSEXUAL ASPECTS OF MAMMARY AUGMENTATION, Medical Aspects of Human Sexuality, Vol. 8, No. 12, December 1974

Irving S. Kolin, M.D., 11/01/01                    10

| | |
|---|---|
| **PUBLICATIONS**<br>(Continued) | Baker, J.L., Jr., Kolin, I., Bartlett, ES.,<br>Contribution, MEDICAL ASPECTS OF HUMAN SEXUALITY,<br>Vol. 10, No. 3, March 1976 and Vol. 10, No. 6,<br>June 1976 |
| | Kolin, I., Linet, 0., DOUBLE-BLIND COMPARISON OF<br>ALPRAZOLAM AND DIAZEPAM FOR SUBCHRONIC<br>WITHDRAWAL FROM ALCOHOL, The Journal of Clinical<br>Psychiatry, Vol. 42, No. 4, 1981 |
| | McGuire, I., Borowy, T., Kolin I., ATTITUDES TOWARD<br>MENTAL HEALTH PROFESSIONALS IN A HOSPITAL<br>BASED COMMUNITY MENTAL HEALTH CENTER, Community<br>Mental Health Journal, Vol. 22, No. 1, Spring 1986 |
| | Kolin, I., PRACTITIONER'S CORNER, "Practice Life<br>From Private Care to Managed Care", Journal of Practical<br>Psychiatry and Behavioral Health, Vol 1, No. 1, Spring, 1995 |
| | Kolin, I. ASK THE EXPERT, 'What is the Role of<br>Naltrexone in the Treatment of Alcohol Dependency", Journal<br>Of Practical Psychiatry and Behavioral Health, Vol. II, No. 3,<br>Spring 1996 |
| | Croop, R., Kolin, I., et al, For the Naltrexone Usage Study Group<br>"THE SAFETY PROFILE OF NALTREXONE IN THE<br>TREATMENT OF ALCOHOLISM, Results From a Multicenter<br>Usage Study", Archives of General Psychiatry, Volume 54,<br>December 1997 |
| | Apter, J., Kolin, I., et al, Poster, American College of<br>Neuropsychopharmacology, 37th Annual Meeting,<br>Lamotrigine:    Evidence of Antidepressant Activity in Bipolar<br>Disorder.", December 17, 1998. |
| **BOOK**<br>**CONSULTANT** | Peter Golenbock, WILD, HIGH AND TIGHT, The Life of<br>Billy Martin, St. Martin's Press, New York, New York, 1994 |
| | Eddie Fisher, BEEN THERE DONE THAT, St. Martin's Press,<br>New York, New York, 1999. |
| **SPEAKERS**<br>**BUREAU** | Dupont-Merck, Roerig-Pfizer, Eli Lilly Co., Glaxo Wellcome,<br>Organon, Medical World Conferences, Forest Laboratories,<br>Parke-Davis, Wyeth-Ayerst, SmithKline Beacham |

Irving S. Kolin, M.D., 11/01/01                    11

| | |
|---|---|
| **TELEVISION RADIO NEWS APPEARANCES** | WFTV 9 (ABC), WMFE 24 (PBS), WOFL 35 (FOX), WESH 2 (NBC), WKIS 740 (AM), WDBO 580 (AM, WKMG 6 (CBS), CNBC (Cable), PUBLIC BROADCASTING - MEXICO, AMERICA'S HEALTH NETWORK, SALLY JESSE RAPHAEL, CENTRAL FLORIDA NEWS |
| **INTERNET CHAT ROOM HOST** | America's Health Network Attn.Com |
| **CONFERENCE** | University of Florida, CHAIRMAN National C.M.E. Program in Psychiatry, PSYCHIATRIC PERSPECTIVES, 1982 to 1994 |
| **PEER REVIEW EXAMINER** | American Psychiatric Association, 1981 to 1990 |

**LICENSES**        National Board of Medical Examiners,

| Diplomate | July 1, 1966 | No. 82921 |
|---|---|---|
| New York State | November 30, 1966 | No. 97938 |
| California | October 7, 1968 | No. G15528 |
| Florida | September 12, 1969 | No. 14534 |

**MEDICAL SOCIETIES**

The American College of Psychiatrists, Fellow
American Psychiatric Association, Fellow
American Orthopsychiatric Association, Fellow
American Medical Association
American Academy of Child Psychiatry
American Society of Addiction Medicine
American Academy of Psychiatrists
    in Alcoholism and Addiction, Founding Member
American Pain Society, Diplomate
Florida Medical Association
Orange County Medical Society
Florida Psychiatric Society, President,
    Central Florida Chapter, 1980, 1981
Central Florida Adolescent Society, Secretary,
    1983 - 1984, President 1985

**MILITARY**

U.S. Navy Medical Corps, Lieutenant Commander,
Department of Neuropsychiatry, Naval Hospital
Orlando, Florida July 1969 – July 1971

**EMPLOYMENT**

Private Practice, 1065 West Morse Boulevard,
Winter Park, Florida 1971 to present

Psychiatric Consultant, Lucerne Spinal Injury
Center, Humana Hospital Lucerne
Orlando, Florida 1976 to 1995

Psychiatric Consultant, Burn Unit,
Orlando Regional Medical Center
Orlando, Florida 1978 to 1995

Psychiatric Consultant, Orange Memorial Hospital
Comprehensive Community Mental Health Center
Orlando, Florida 1971 - 1972

Chief of Psychiatry, Orange Memorial Hospital
Orlando, Florida 1977 - 1982

Medical Director, Orlando Regional Medical Center
Comprehensive Community Mental Health Center
Orlando. Florida 1977 - 1989

Founding Medical Director, Florida Hospital Center for
Psychiatry, Medical Psychiatric Unit B, 1984 - 1988

Founding Medical Director, Florida Hospital Center for
Psychiatry, Addictions Treatment Unit, 1984 - 1989

Medical Director, Glenbeigh Hospital - Orlando,
Glenbeigh Health Sources, 1989 - 1994

Administrative Director of Psychiatry, Princeton Hospital –
1996 to 1998

Medical Staff, Orlando Regional Heathcare Systems –
1971 to present

Psychiatric Staff - Florida Hospital 1984 to Present

Irving S. Kolin, M.D., 11/01/01                    13

114

| | |
|---|---|
| **REFERENCES** | Robert Michels, M.D. |
| | Walsh McDermott University Professor of Medicine |
| | University Professor of Psychiatry |
| | Cornell University Medical College |
| | New York, New York 10021 |
| | |
| | Dwight Evans, M.D. |
| | Chairman of Psychiatry |
| | University of Pennsylvania |
| | Department of Psychiatry |
| | 3 Blockley Hall, 423 Guardian Drive |
| | Philadelphia, Pennsylvania 19104-6021 |
| | |
| | Charles B. Nemeroff, M.D. |
| | Chairman, Department of Psychiatry and Behavioral Sciences |
| | Reunitte W. Harris Professor |
| | Emory University School of Medicine |
| | 1639 Pierce Drive, Suite 4000 |
| | Atlanta, GA 30322-4990 |
| | |
| | Alan Schatzberg, M.D. |
| | Kenneth T. Norris, Jr. Professor |
| | Chairman of Psychiatry |
| | Stanford University |
| | School of Medicine |
| | Stanford, California |
| | |
| **HONORS & AWARDS** | American Medical Association Physician's Recognition Award in Continuing Education, 1974 to present |
| | |
| | Who's Who in the South and Southwest, Fifteenth Edition, (Marquis Who's Who, Chicago, Illinois) |
| | |
| | Dictionary of International Biography, Volume 14, (International Biographical Center, Cambridge, England) |
| | |
| | The Best Doctors in America, Southeast Edition, 1996-97 |
| | |
| | The Best Doctors in Orlando, 1999 |

Irving S. Kolin, M.D., 11/01/01                                  14

| | |
|---|---|
| **CIVIC** | Rotary International, 1971 to 1981 |
| | Mental Health Association, Orange County, 1973 to present, (President 1977-78) |
| | NARPA, National Association of Responsible Professional Athletes, Co-Founder & Medical Advisor, 1992 to 1998 |

| | | |
|---|---|---|
| **PERSONAL** | Born: | Brooklyn, New York, February 15, 1940) |
| | Married: | REDACTED |
| | Children: | |

AC# 0793218

5077G...:0007

### STATE OF FLORIDA
### DEPARTMENT OF HEALTH
### DIVISION OF MEDICAL QUALITY ASSURANCE

| DATE | LICENSE NO. | CONTROL NO. |
|------|-------------|-------------|
| 01/04/2002 | ME 14534 | 77702 |

THE MEDICAL DOCTOR
NAMED BELOW HAS MET ALL REQUIREMENTS OF
THE LAWS AND RULES OF THE STATE OF FLORIDA.

EXPIRATION DATE: **JANUARY 31, 2004**

IRVING S KOLIN
1065 WEST MORSE BLVD
SUITE 202
WINTER PARK, FL  32789-3747

JEB BUSH
GOVERNOR

DISPLAY IF REQUIRED BY LAW

JOHN O. AGWUNOBI, M.D., M.B.A.
SECRETARY

117



CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE
UNITED STATES DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON, D.C. 20537

Sections 304 and 1008 (21 U.S.C. 824 and 958) of the Controlled Substances Act of 1970, as amended, provide that the Attorney General may revoke or suspend a registration to manufacture, distribute, dispense, import or export a controlled substance.

| DEA REGISTRATION NUMBER | THIS REGISTRATION EXPIRES | FEE PAID |
|---|---|---|
| AK4316887 | 12-31-2004 | $210.00 |

| SCHEDULES | BUSINESS ACTIVITY | DATE ISSUED |
|---|---|---|
| 2,2N,3,3N,4,5 | PRACTITIONER | 12-20-2001 |

KELIN, IRVING S MD
1065 WEST MORSE BLVD
SUITE 202
WINTER PARK, FL                    32789

THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, BUSINESS ACTIVITY, OR VALID AFTER THE EXPIRATION DATE.

Form DEA-223 (10/96)

5077US/0049:0007

# David W. Brown, M.D.

**Offices:**

Community Clinical Research, Inc.
4411 Medical Parkway
4409 Medical Parkway
Austin, TX 78756
Phone: (512) 323-2622
Fax: (512) 323-2625

Community Clinical Research, Inc.
at Ashwood Retirement and Assisted Living
12151 Hunters Chase Dr.
Austin, TX 78729
Phone: (512) 336-6407
Fax: (512) 336-6415

Texas License Number: H2267
Texas DPS Registration: M0067777
DEA Registration: BB3262805

**Education**

St. Mary's University, San Antonio, Texas; BA in Biology, graduated Magna cum laude, 1982.

University of Texas Medical School at Houston, Houston, Texas; M.D.,1986.

**Residency**

Department of Psychiatry, University of Texas Medical School at Houston, Houston, Texas; 1986-1990.

Psychiatry Resident in Training Examination (PRITE), overall national percentile scores:
1989: psychiatry -- 97, neurology -- 96;
1988: psychiatry -- 97, neurology -- 98.

PGY4 activities included one year of clinical EEG interpretation, supervised by Edward L. Reilly, M.D. and Nashaat Boutros, M.D.

**Fellowship**

Biological Psychiatry Branch, National Institute of Mental Health, Bethesda, Maryland; 6/90 - 7/91.

Fellowship provided training in conducting clinical drug trials and in the correlation of quantitative EEG with neuro-imaging and in the neuroscience of anxiety and affective disorders. Fellowship supervised by Robert M. Post, M.D.

**Board Eligibility Certification**

American Board of Psychiatry and Neurology, Board Certified, February, 1993. Board Certificate Number: 36730.
American Medical Electroencephalographic Association, Board Eligible, 7/90.

**Publications**

Fry J, Scharf M, Berkowitz D, Brown D, Claghorn J, Ferguson, J, Karacan I, Lahmeyer H, Mendels, J, Pascualy R, Vogel G, Walsh, J, and Wooten V: A Phase III, 28 Day, Multicenter, Randomized, Double-Blind Comparator-and Placebo-Controlled, Parallel-Group Safety, Tolerability, and Efficacy Study of 5, 10, and 20 MG of Zaleplon, Compared With 10 MG of Zolpidem or Placebo, In Adult Outpatients with Insomnia; Sleep. 1998; 21 (suppl):262.

Brown D, Gutierrez-Esteinou R, Hong-Lin Su, and O'Brien B: The safety and efficacy of risperidone 8mg QD and 4 mg QD compared to placebo in the treatment of schizophrenia; Presented at ACNP in San Juan, Puerto Rico, December 1996.

Brown, DW, Ketter TA, Crumlish J, Post RM: Carbamazepine induced increases in total serum cholesterol - clinical and theoretical implications; Journal of Clinical Psychopharmacology, December, 1992.

Wolfe HG, Bartke A, Amador A, Van Sickle M, Dalterio S, Brown DW: Effects of inhibitory and stimulatory photoperiods and sexual maturation on the ability of hamster testes to respond to hCG in vitro; International Journal of Andrology, 8(1985) 232-242.

Bartke A, Matt KS, Amador AG, Klemcke HG, Brown DW, Gonzales D, Hogan MD: Testicular function of strains of mice selected for differences in gonadotropin induced ovulation rate; Journal of Endocrinology, 90 (1981) 367-373.

**Presentations**

"Safety of Risperidone as Add-on Therapy to Mood Stabilizers in the Maintenance Treatment of Bipolar Disorder" and "Risperidone vs. Placebo as Combination Therapy to Mood Stabilizers In The Treatment of Manic Phase of Bipolar Disorder: Focus on Efficacy" for the American Psychiatric Association's Annual Scientific Poster Session in Chicago, 5/00.

"Update on the Treatment of Schizophrenia" for Austin Association of Psychiatric Nurses, CEU program, Austin, Texas 6/98.

"Update on the Treatment of Depression" for Internal Medicine Grand Rounds, Brackenridge Hospital, Sponsored by Central Texas Medical Foundation and Eli Lilly and Company, Austin, Texas, 3/98.

"Advances in the Treatment of Bipolar Disorder" for Austin Manic Depressive Association, Austin, Texas, 2/98.

"Atypical Neuroleptics" for Austin Chapter of The National Alliance for Mental Illness, Austin, Texas, 2/98.

"New Treatments for Schizophrenia" for Primary Care Physicians, Fairfield, Texas, 8/97.

"New Treatment for Schizophrenia" for Primary Care Physicians, Waco, Texas, 7/97.

"New Treatments for Alzheimer's Disease" for National Alzheimer's Association -Austin Chapter, Austin, Texas, 3/97.

"Bipolar Disorder and Kindling" for Austin Manic Depressive Association, Austin, Texas, 2/97.

"Pharmacotherapy for Depression" for Austin Association of Physician Assistants, Austin, Texas, 9/95.

"New Treatments for Schizophrenia" for Medco Behavioral Health, Houston, Texas, 8/95; Dallas, Texas, 9/95.

"Successful Strategies for Patient Enrollment and Retainment" for Janssen Research Foundation, West Palm Beach, Florida, 12/95.

"Psychiatric Presentations of Epilepsy" for Seton Hospital Grand Rounds, Austin, Texas, 11/95.

"Advances in the Treatment of Bipolar Disorder" for the Depressive-Manic Depressive Association of Austin, Austin, Texas, 10/95.

"Pharmacology of Geriatric Depression" for the Waco Veterans Administration Medical Center/ telecast to the Temple Veterans Administration Medical Center, Waco, Texas, 7/95.

"Pharmacotherapy Update for Therapists" for Personal Performance Consultants, Austin, Texas, 4/95.

"Interview on Bipolar Disorder" for Good Morning, Austin, K-BVO Television Station, Austin, Texas, 3/95.
"Kindling and Bipolar Disorder" for St. David's Hospital Family Practice Department, Austin, Texas, 10/94.

"Biological Explanations for Mood Disorders" for the Texas Alliance for the Mentally Ill 1993 Convention, Austin, Texas, 9/93.

Biology and Bipolar Disorder" for C.P.C. Capital Hospital Spring Lecture Series, Austin, Texas, 3/93.

2

"Kindling Hypothesis" for the University of Arkansas School for Medical Sciences (UAMS) Symposium, "Current Perspectives on Bipolar Disorder," Little Rock, Arkansas, 3/92.

"Pharmacological Treatment of Post-Traumatic Stress Disorder" for the UAMS Symposium, "Panic Disorder in Minorities and the Underserved," Little Rock, Arkansas, 6/92.

**Participation in Clinical Research**
F1D-MC-HGJX, A Comparison of Fasting Triglyceride Levels in Cohorts with Schizophrenia and Related Disorders Treated Chronically with Olanzapine, Risperidone, and Typical Antipsychotics, Principal Investigator, Sponsored by Lilly Resarch Laboratories, 2001-present.

SB-659746-A/014, A randomized, double-blind, parallel-group, placebo-controlled flexible-dose study evaluating efficacy and safety of SB-659746-A in patients with major depressive disorder, Principal Investigator; Sponsored by GlaxoSmithKline, 2001-present.

061-00, A double-blind, multicenter, placebo- and active-controlled acute and extension study of 2 doses of MK-0869 in the treatment of patients with major depressive disorder, Principal Investigator; Sponsored by Merck & Co., Inc., 2001-present.

CN138-050, Randomized, double-blind, dose-ranging study of intramuscular aripiprazole in the treatment of acute agitation in patients with a diagnosis of schizophrenia, schizoaffective, or schizophreniform disorder, Principal Investigator, Sponsored by Bristol-Myers Squibb, 2001-present.

DRI3650, A double-blind, placebo- and paroxetine-controlle, multicenter, dose-ranging study evaluating the efficacy and safety of SR142801 in outpatients with major depressive disorder, Principal Investigator; Sponsored by Sanofi Synthelabo Research, 2001-present.

5077US/0043, A multicenter, double-blind, randomized comparison of the efficacy and safety of Quetiapine Fumarate (Seroquel) and Risperidone (Risperdal) and the treatment of patients with schizophrenia, Principal Investigator; Sponsored by AstraZeneca Pharmaceuticals LP, 2001-present.

SCT-MD-17, An open label extension study of the safety and efficacy of LU 26-054 in patients with generalized anxiety disorder, Principal Investigator; Sponsored by Janssen Research Foundation, 2001-present.

RIS-USA-265, An open label, long term safety trial of Risperidone long acting microspheres in the treatment of subjects diagnosed with schizophrenia, Principal Investigator; Sponsored by Janssen Research Foundation, 2001-present.

RIS-USA-259, Open label trial exploring a switching regimen from oral neuroleptics, other than Risperidone to Risperidone depot microspheres, Principal Investigator; Sponsored by Janssen Research Foundation, 2001-present.

F1D-EW-LOBE(b), A study to assess the safety, tolerability and pharmacokinetics of single and multiple doses of an intramuscular formulation of depot Olanzapine (Pamoate Salt) in stable schizophrenic subjects, Principal Investigator; Sponsored by Lilly Research Laboratories, 2001-present.

BR29060-785, A double-blind, placebo controlled, fixed-dosage study comparing the efficacy and tolerability of Paroxetine CR and Citalopram to placebo in the treatment of major depressive disorder with anxiety, Principal Investigator; Sponsored by GlaxoSmithKline, 2001.

SCT-MD-06, Flexible dose comparison of the safety and efficacy of Escitalopram and placebo in the treatment of generalized anxiety disorder, Principal Investigator; Sponsored by Forest Laboratories, Inc. 2001-present.

5077IL/0099, A multicenter, double-blind, randomized, placebo-controlled trial of the safety and efficacy of Seroquel (Quetiapine Fumarate) as add-on therapy with lithium or Divalproex in the treatment of acute mania, Principal Investigator; Sponsored by AstraZeneca, 2001.

3

5077IL/0041, A multicenter, double-blind, randomized comparison of the efficacy and safety of sustained-release formulation Quetiapine Fumarate (Seroquel) and placebo in the treatment of patients with schizophrenia, Principal Investigator; Sponsored by AstraZeneca, 2001-present.

RIS-USA-235, A randomized trial of oral Risperidone versus intramuscular Haloperidol in the emergency treatment of acute psychosis, Principal Investigator; Sponsored by Janssen Research Foundation, 2001.

F1D-US-HGJB, A controlled trial of Olanzapine versus Quetiapine in the treatment of schizophrenic and schizoaffective subjects with prominent negative symptoms, Principal Investigator; Sponsored by Lilly Research Laboratories, 2000-present

CN138-047, A multicenter, randomized, double-blind, placebo controlled, 26 week study of a fixed dose of Aripiprazole in the treatment of stabilized patients with chronic schizophrenia, Principal Investigator; Sponsored by Bristol-Myers Squibb Pharmaceutical Research Institute, 2000-present.

RIS-USA-239, The efficacy and safety of flexible dosage ranges of Risperidone vs placebo in the treatment of manic episodes associated with bipolar I disorder, Principal Investigator; Sponsored by Janssen Research Foundation, 2000-present.

RIS-INT-81, A nine-week, open-label, multi-center, safety study of flexible dosage ranges of Risperidone in the treatment of manic episodes associated with Bipolar I Disorder, Principal Investigator; Sponsored by Janssen Research Foundation, 2000-present.

A1661048, A multicenter, double-blind, randomized, placebo-controlled parallel group comparative study of the efficacy and safety of oral Eletriptan (40 MG) and Sumatriptan (100 MG) given for the acute treatment of migraine, Principal Investigator; Sponsored by Pfizer Pharmaceuticals Group, 2000-2001.

387GCNS0069-012, Pharmacogenomics blood sampling protocol, Principal Investigator; Sponsored by Pharmacia & Upjohn Company, 2000-2001.

387GCNS0069-011, PNU-101387G: Double-blind, randomized, placebo- and Olanzapine-controlled, dose-finding study in the treatment of psychotic disorders, Principal Investigator; sponsored by Pharmacia & Upjohn Company, 2000-2001.

950E-CNS-0005-087, Open-label Reboxetine continuation therapy, Principal Investigator; sponsored by Pharmacia & Upjohn Company, 2000-2001.

M2020/0046, Reboxetine, placebo, and Paroxetine comparison in patients with Major Depressive Disorder, Principal Investigator; sponsored by Pharmacia & Upjohn Company, 2000-2001.

M2020/0047, Reboxetine, placebo, and Paroxetine comparison in patients with Major Depressive Disorder, Principal Investigator; sponsored by Pharmacia & Upjohn Company, 2000.

950ECNS0323-001, Pharmacogenomics blood sampling protocol, Principal Investigator; sponsored by Pharmacia & Upjohn Company, 2000-2001.

041505, Long-term maintenance of subjects with schizophrenia with Org5222, Principal Investigator; sponsored by Organon Inc., 2000-present.

041013, A double blind, three-armed, fixed-dose, placebo controlled dose-finding study with sublingual Org 5222 in subjects with acute phase schizophrenia, Principal Investigator; sponsored by Organon Inc., 2000-present.

M99-082, A double-blind, placebo-controlled study of Depakote in the treatment of behavioral agitation in elderly patients with dementia, Principal Investigator; sponsored by Abbott Laboratories, 2000-2001.

4

CN138-010, A multicenter, randomized, double-blind, placebo controlled study of Aripiprazole in the maintenance of patients with bipolar disorder; Principal Investigator, sponsored by Bristol-Myers Squibb Pharmaceutical Research Institute, 2000-present.

M99-010, Safety and efficacy of Depakote as combination therapy in the treatment of psychosis associated with schizophrenia; Principal Investigator, sponsored by Abbott Laboratories, 2000-2001.

CN138-007, A multicenter, randomized, double-blind, placebo controlled study of two fixed doses of Aripiprazole in the treatment of patients with acute mania; Principal Investigator; sponsored by Bristol-Myers Squibb Pharmaceutical Research Institute, 2000-present.

CN138-001-031, A multicenter, randomized, double-blind, placebo controlled study of three fixed doses of Aripiprazole in the treatment of patients with acute schizophrenia; Principal Investigator; sponsored by Bristol-Myers Squibb Pharmaceutical Research Institute, 2000.

RIS-USA-196, Risperidone depot (microspheres) in the treatment of subjects with schizophrenia or schizoaffective disorder, Principal Investigator; sponsored by Janssen Research Foundation, 1999-present.

RIS-USA-121, Risperidone depot (microspheres) vs. placebo in the treatment of subjects with schizophrenia, Principal Investigator; sponsored by Janssen Research Foundation, 1999-2001.

H5Z-MC-LUAB, R-Fluoxetine versus placebo in the treatment of major depression, Principal Investigator; sponsored by Eli Lilly and Company, 1999-2001.

1008-84, Open-label safety study of Pregabalin (CI-1008) in patients with anxiety disorders, Principal Investigator; sponsored by Parke-Davis Pharmaceutical Research, 1999-2001.

1008-92, A placebo-controlled study of Pregabalin and Paroxetine in patients with panic disorder, Principal Investigator; sponsored by Parke-Davis Pharmaceutical Research, 1999 –2001.

173-98-203, A phase II, randomized, double-blind, placebo-controlled, fixed dose study of oral OPC 14523 and Prozac in the treatment of outpatients with moderate depression, Principal Investigator; sponsored by Otsuka America Pharmaceuticals, Inc, 1999 –2001.

128-116B, A 260- week (5-year), open extension study evaluating the safety and outcome of 40-200 mg daily of oral Ziprasidone or 1-8 mg BID of oral Risperidone daily in the treatment of subjects who have participated in previous Ziprasidone clinical trials, Principal Investigator; sponsored by Pfizer Pharmaceuticals, 1999 – present.

2918, A comparison of the efficacy and safety of befloxatone 2.5mg OD versus placebo in outpatients with moderate to severe major depressive disorders; a randomized, double-blind, 8-week multi-center phase II trial, Principal Investigator; sponsored by Synthelabo Research, 1999.

EMD 128 130-008, A double-blind, randomized, multicenter, parallel group design study to evaluate the efficacy and safety of two dose ranges of EMD 128 130 in comparison with placebo and Haloperidol in the treatment of schizophrenia, Principal Investigator; sponsored by Merck KGaA, 1999-2000.

RIS-INT-50, Risperidone versus Olanzapine in the treatment of schizophrenia in elderly subjects, Principal Investigator; sponsored by Janssen Research Foundation, 1999.

F1D-MC-HGGU, Olanzapine versus Risperidone and placebo in the treatment of psychosis and associated behavioral disturbances in patients with dementia, Principal Investigator; sponsored by Eli Lilly and Company, 1999-present.

041002, A double-blind, five-armed, fixed-dose, active- and placebo-controlled dose-finding study with sublingual Org 5222 in subjects with acute phase schizophrenia, Principal Investigator; sponsored by Organon Inc., 1999-2000.

5

041500, Extension to 041002, Principal Investigator; sponsored by Organon Inc., 1999-2000.

F1D-MC-HGGL(a), Allelic Variation in schizophrenia, Principal Investigator; sponsored by Eli Lilly and Company, 1999.

S1420015, A randomized, double-blind, placebo-controlled, parallel group study to measure the efficacy and safety of nicotine gum (2mg and 4mg for smoking cessation by gradual reduction, Principal Investigator; sponsored by Smith-Kline Beecham, 1999.

NKP608A-141, A randomized, double-blind, dose-range finding, multicenter, parallel-group, active and Placebo-controlled trial of the safety and efficacy of NKP608A in patients with moderate to severe major depressive disorder, Principal Investigator; sponsored by Novartis Pharmaceuticals, 1999.

NKP608A-107, A multicenter, randomized, double-blind, parallel-group, placebo-controlled, dose-range finding trial to evaluate the safety and efficacy of 4 doses of NKP608A in patients with social phobia, Principal Investigator; sponsored by Novartis Pharmaceuticals, 1999.

31-98-218, An open-label, follow-on study of the long-term safety of Aripiprazole in patients with chronic schizophrenia, Principal Investigator; sponsored by Otsuka America Pharmaceutical, Inc., 1998-present.

31-98-217, a multi-center, randomized, double-blind, active-controlled study to compare the long-term maintenance effects and safety of Aripiprazole and Haloperidol following acute relapse in schizophrenic patients, Principal Investigator; sponsored by Otsuka America Pharmaceutical, Inc., 1998-1999.

31-98-204, An open-label pilot study to determine tolerability of oral Aripiprazole in patients with first-episode schizophrenia or schizoaffective disorder, Principal Investigator; sponsored by Otsuka America Pharmaceutical, Inc., 1998-present.

31-98-222, An open-label follow-on study of the long-term safety of Aripiprazole administered orally in patients with psychotic disorders or psychotic behaviors of dementia, Principal Investigator; sponsored by Otsuka America Pharmaceutical, Inc., 1998-present.

F1D-US-HGHQ, A phase IIIb, multicenter, randomized, double-blind, parallel study of the efficacy of Olanzapine verses Divalproex in the treatment of acute mania, Principal Investigator; sponsored by Eli Lilly and Company, 1998-2000.

M97-696, Evaluation of the efficacy and safety of Depakote ER in the treatment of the manic phase of bipolar disorder: a placebo-controlled study, Principal Investigator; sponsored by Abbott Laboratories,1999.

97-M-05, A six-month open-label safety trial of *d-three*-methylphenidate hydrochloride (*d*-MPH) in children with symptoms of attention deficit hyperactivity disorder (ADHD), Principal Investigator; sponsored by Celgene Corporation, 1999.

DFI 3024, A double-blind and Haloperidol-controlled, multicenter study evaluating the safety and efficacy of SR 46349B in schizophrenic patients, Principal Investigator; sponsored by Sanofi Pharmaceuticals, 1998-2000.

DFI 3138, A double-blind, placebo and Haloperidol-controlled, multicenter study evaluating the safety and efficacy of SR 142801 in schizophrenic patients, Principal Investigator; sponsored by Sanofi Pharmaceuticals, 1998-2000.

31-98-220, An open-label follow-on study of the long-term safety of Aripiprazole administered orally in patients with Psychosis, Principal Investigator; sponsored by Otsuka America Pharmaceutical, Inc., 1998-present.

31-98-213, An open-label study of the neurocognitive effects of Aripiprazole compared to Olanzapine administered orally in patients with psychosis, Principal Investigator; sponsored by Otsuka America Pharmaceutical, Inc., 1998-2000.

6

31-97-203, An open-label follow-on study of the long-term safety of Aripiprazole in patients with psychosis, Principal Investigator; sponsored by Otsuka America Pharmaceutical, Inc, 1998-present.

31-97-202, A phase III double-blind placebo-controlled study of Aripiprazole in the treatment of psychosis, with Risperidone as active control, Principal Investigator; sponsored by Otsuka America Pharmaceutical, Inc., 1998.

F1D-MC-HGHW, A double-blind randomized comparison of the efficacy and safety of short-acting intramuscular Olanzapine, short-acting intramuscular Lorazepam and intramuscular placebo in acutely agitated patients diagnosed with mania associated with bipolar disorder, Principal Investigator; sponsored by Eli Lilly and Company, 1998-2000.

F1D-MC-HGGN, The comparative efficacy of Olanzapine, Risperidone, and Haloperidol for cognition in schizophrenia, Principal Investigator; sponsored by Eli Lilly and Company, 1998-2000.

ILP-3000, A prospective, randomized, double-blind, placebo- and active-controlled, multicenter study to evaluate the efficacy and safety of three fixed doses of Iloperidone (4,8, and 12 mg/d) given BID for 42 days to schizophrenic patients with acute or subacute exacerbation, followed by a double-blind, active-controlled, flexible-dose, long-term, 20 week phase with Iloperidone (4, 8, 12, or 16 mg/d) given q.d, Principal Investigator; sponsored by Novartis Pharmaceuticals, 1998 –1999.

ILP-3007, part 2, A prospective, randomized, double-blind, active-controlled, flexible-dose, parallel-group, multicenter study to evaluate the safety, tolerability and efficacy of Iloperidone compared with Risperidone (both 0.5 to 4.0 mg/d given b.i.d.) in treating psychotic and behavioral symptoms in institutionalized elderly patients with dementia, Principal Investigator; sponsored by Novartis Pharmaceuticals, 1998-2000.

128-108E-719, A 156 (3 year), double-blind extension study evaluating the safety and efficacy of two dose regimens of oral Ziprasidone (CP,88,059-1) (80-120 mg, QD, and 40-80 mg, BID) and Haloperidol (5-20 mg daily in the maintenance treatment of outpatients with schizophrenia or schizoaffective disorder who have successfully completed protocol 128-108, Principal Investigator; sponsored by Pfizer Pharmaceuticals, 1996-1999.

160-108, UK-116, 044, A multi-center, randomized, open-label, comparative study of the safety, toleration, and efficacy of oral Eletriptan for long term treatment of subjects with acute migraine, Principal Investigator; sponsored by Pfizer Pharmaceuticals, 1997-1999.

128-108, Forty-week, double-blind study evaluating the safety and efficacy of two dose regiments of oral Ziprasidone (CP88, 059-1) (80-120 mg, QD, and 40-80 mg, BID) and Haloperidol (5-20 mg daily) in the maintenance treatment of outpatients with schizophrenia or schizoaffective disorder, Principal Investigator; sponsored by Pfizer Pharmaceuticals, 1996.

31-94-202, A dose ranging study of the efficacy and tolerability of OPC – 14597 in acutely relapsing hospitalized schizophrenic patients, Principal Investigator; sponsored by Otsuka America Pharmaceutical, Inc., 1995-1997.

E2020-A001-313, An open-label, multi-center clinical trial evaluating the safety and efficacy of Donepezil Hydrochloride in patients with Alzheimer's disease; Principal Investigator; sponsored by Pfizer Pharmaceuticals, 1997.

31-95-201, An open-label study of the tolerability and safety of OPC-14597in schizophrenic patients, Principal Investigator; sponsored by Otsuka America Pharmaceutical, Inc., 1995-1996.

BRL-029060/648, A 12 week, double-blind, placebo controlled, parallel group study to assess the efficacy and tolerability of Paroxetine in patients suffering from posttraumatic stress disorder (PTSD); Principal Investigator, sponsored by Smith-Kline Beecham, 1999.

7

BRL 029060/641, A randomized, double-blind, placebo-controlled, fixed dosage trial to evaluate the efficacy and tolerability of 20 and 40 mg/day Paroxetine in patients with generalized anxiety disorder, Principal Investigator; sponsored by Smith-Kline Beecham, 1999.

EMD 68 843-009, A double-blind, randomized, multicenter, parallel designed study to evaluate the efficacy and safety of individual maximum tolerated doses of EMD 68 843 in comparison with placebo and fluoxetine in outpatients with major depressive disorder, Principal Investigator; sponsored by Merck KGaA, 1998-1999.

EMD 68 843-010, A double-blind, randomized, multicenter, parallel designed study to evaluate the efficacy and safety of individual maximum tolerated doses of EMD 68 843 in comparison with placebo and fluoxetine in outpatients with major depressive disorder, Principal Investigator; sponsored by Merck KGaA, 1998-1999.

M97-817, An open-label extension study of Depakote in the treatment of signs and symptoms of mania in elderly patients with dementia, Principal Investigator; sponsored by Abbott Laboratories, 1998-1999.

M97-738, A double-blind, placebo-controlled study of Depakote in the treatment of signs and symptoms of mania in elderly patients with dementia, Principal Investigator; sponsored by Abbott Laboratories, 1998-1999.

B1Y-US-HCIR, Fluoxetine versus placebo in geriatric nursing home and assisted living patients with major depression, Principal Investigator; sponsored by Eli Lilly and Company, 1998 - 1999.

128-602, A phase III, randomized, placebo-controlled study evaluating the safety and outcome of treatment with oral Ziprasidone in subjects with mania who are receiving Lithium, Principal Investigator; sponsored by Pfizer Pharmaceuticals, 1998 - 1999.

128-602E-0243, An open extension study evaluating the safety and outcome of 40-160 mg daily of oral Ziprasidone in the Treatment of subjects who have participated in protocol 602, Principal Investigator; sponsored by Pfizer Pharmaceuticals, 1998 - 1999.

RIS-USA-102, The safety and efficacy of Risperdal (Risperidone) vs. placebo vs. Haloperidol as add-on therapy to mood stabilizers in the treatment of the manic phase of bipolar disorder, Principal Investigator; sponsored by Janssen Research Foundation, 1998-1999.

M100907/3005, A multicenter, open-label, long-term follow-up safety study of M100907 tablets in schizophrenic and schizoaffective subjects who participated in protocol M100907/3001 or protocol M100907/3002, Principal Investigator; sponsored by Hoechst Marion Roussel, 1998 – 1999.

M100907/3001, A multicenter, placebo and active control, double-blind, randomized study of the efficacy, safety and pharmacokenetics of M100907 (10 and 20 mg per day) in schizophrenic and schizoaffective patients (3001), Principal Investigator; sponsored by Hoechst Marion Roussel, 1998 – 1999.

B1Y-MC-HCIZ, Weekly enteric-coated Fluoxetine Hydrochloride versus daily Fluoxetine or placebo in the continuation treatment of major depressive disorder, Principal Investigator; sponsored by Eli Lilly and Company, 1998 – 1999.

160-103, A multicenter, double-blind, randomized, placebo-controlled, paralleled group study of the efficacy and safety of escalating the dose of oral Eletriptan in subjects with acute migraines, Principal Investigator; sponsored by Pfizer Pharmaceuticals, 1997-1999.

RIS-USA-113, Risperidone versus Olanzapine in the treatment of schizophrenia, Principal Investigator; sponsored by Janssen Research Foundation, 1997-1999.

RIS-USA-112, Risperidone versus Olanzapine in the treatment of schizophrenia, Principal Investigator; sponsored by Janssen Research Foundation 1997-1998.

8

5077US/0049 : 0009

*John Carman*
*9/17/02*

# CURRICULUM VITAE

**NAME:  JOHN S. CARMAN, M.D.**

**SOCIAL SECURITY NUMBER:** REDACTED

**DATE AND PLACE OF BIRTH:**  March 3, 1945; Teaneck, New Jersey

**HOME ADDRESS:** REDACTED

**WORK ADDRESS:** Carman Research, 4015 South Cobb Drive, Suite 245, Smyrna, Georgia  30080

**MARITAL STATUS:** Married

**EDUCATION AND TRAINING:**

1963 - 1967 -  B.S., Magna cum Laude in Chemistry, University of Notre Dame; South Bend, Indiana
1967 - 1971 -  M.D., State University of New York, Upstate Medical Center (UMC); Syracuse, New York
1971 - 1974 -  Resident in Psychiatry, University of North Carolina Memorial Hospital; Chapel Hill, North Carolina

**FULL TIME PROFESSIONAL POSITIONS:**

1973 - 1974 -  Clinical Associate and Admissions Coordinator, Biological Psychiatry Branch, National Institute of Mental Health (NIMH); Bethesda, Maryland
1974 - 1978 -  Clinical Associate and Ward Administrator, Laboratory of Clinical Psycho-pharmacology, Division of Special Mental Health Research, Intramural Research Program, NIMH; Washington, D.C.
1978 - 1981 -  Associate Professor in Psychiatry, University of Alabama in Birmingham (UAB); Birmingham, Alabama
1979 - 1981 -  Clinical Service Coordinator, Adult Inpatient Psychiatric Unit, University Hospital, UAB
1979 - 1981 -  Preceptor in Clinical Psychopharmacology, UAB
        1981 -  Director, Psychopharmacology Clinic, UAB
1981 - 1983 -  Director, Adult Treatment Service, Brawner Psychiatric Institute (BPI); Smyrna, Georgia
1981 - 1999 -  Active Staff, Brawner Psychiatric Institute (BPI); Smyrna, Georgia
1982 - 1983 -  Director of Geropsychiatry, Brawner Psychiatric Institute (BPI); Smyrna, Georgia
1982 - 1988 -  Clinical Assistant Professor of Psychiatry, Emory University, School of Medicine
1984 - 1988 -  Director of Research, Center for Psychiatry Studies; Smyrna, Georgia
1988-Present-  Director, Carman Research; Smyrna, Georgia
1996-Present-  Active Staff, Ridgeview Institute; Smyrna, Georgia
2000 - 2000 -  Active Staff, Charter Midtown; Atlanta, Georgia

127

**CURRICULUM VITAE**
**John S. Carman, M.D.**
**Page 2**

**OTHER PROFESSIONAL EXPERIENCE AND ACTIVITIES:**

| | |
|---|---|
| 1967 - | Research Fellow in Pediatric Endocrinolgy, Suny Upstate Medical Center |
| 1968 - | Research Fellow in Psychologic Testing, Suny Upstate Medical Center |
| 1969 - | Research Fellow in Anesthesiology, Suny Upstate Medical Center |
| 1969 - 1971 - | Medical Extern, Onandaga County Penitentiary; Jamesville, New York |
| 1975 - 1976 - | Staff Psychiatrist, Alexandria Mental Health Center, Virginia |
| 1977 - 1978 - | Staff Psychiatrist, Mount Vernon Mental Health Center, Virginia |
| 1980 - 1981 - | Leader, Psychiatric Resident's Sensitivity Training Group, UAB |
| 1980 - 1981 - | PSRO Committee, Neuroscience Program, UAB |
| 1981- | General Clinical Research Center - Scientific Advisory Committee, UAB |
| 1981 - 1982 - | Clinical Management Committee, BPI |
| 1981 - 1996 - | Institutional Review Board for Research Involving Human Subjects, BPI |

**HONORS AND AWARDS:**

| | |
|---|---|
| 1966 - 1967 - | Student President, College of Science, University of Notre Dame |
| 1963 - 1967 - | Academic Tuition Scholarship at Notre Dame |
| 1967 - 1971 - | New York State Regents Scholarship in Medicine at Suny Upstate Medical Center |
| 1978 - | Clinical Science A.E. Bennett Award from the Society of Biological Psychiatry |
| 1979 - | Curt P. Richter Award from the International Society of Psychoneuroendocrinology |
| 1998 - | Exemplary Psychiatrist Award: NAMI and NAMI-Austell-Douglasville South Cobb |

**BOARD CERTIFICATIONS:**

| | |
|---|---|
| 1972 - National Board of Medical Examiners | 120376 |
| 1977 - American Board of Psychiatry and Neurology | 16066 |

**MEDICAL LICENSURES:**

| | | |
|---|---|---|
| 1971 - 1974 - | North Carolina | |
| 1975 - 1980 - | Virginia | #25724 |
| 1978-Present- | Alabama | 8550 |
| 1981-Present- | Georgia | 023143 |

**CURRICULUM VITAE**
**John S. Carman, M.D.**
**Page 3**

**MEMBERSHIPS:**

American Medical Association
Society of Biological Psychiatry

American Psychiatric Association
International Society of Psychoneuroendocrinology

**MILITARY SERVICE:**

1973 - 1978 -  Assistant Surgeon (04), U.S. Public Health Service, Honorable Discharge

**RESEARCH GRANTS OR CONTRACTS AWARDED:**

**I. INDICATION: MAJOR DEPRESSIVE DISORDER**

| Drug | # Of Studies | Pivotal * | Company |
|------|------|------|------|
| Bupropion | 3 | * | Burroughs Wellcome |
| BW647 | 2 | | Burroughs Wellcome |
| Oxaprotaline | 1 | | Ciba Geigy |
| Trazodone | 1 | | Mead Johnson |
| Adinazolam | 1 | | Upjohn |
| Fluoxetine | 1 | | Eli Lilly |
| Indalpine | 1 | | Rorer |
| Citalopram | 1 | | Pfizer |
| Citalopram | 1 | * | Lundbeck |
| Citalopram | 1 | * | Forest |
| Mianserin | 1 | | Organon |
| Etoperidone | 3 | | McNeil |
| Dothiepin | 1 | | Boots |

**CURRICULUM VITAE**
**John S. Carman, M.D.**
**Page 4**

**RESEARCH GRANTS OR CONTRACTS AWARDED - Cont'd:**

I. <u>INDICATION</u>: MAJOR DEPRESSIVE DISORDER - Cont'd

| <u>Drug</u> | <u># Of Studies</u> | <u>Pivotal *</u> | <u>Company</u> |
|---|---|---|---|
| Mirtazepine | 2 | * | Organon |
| Gepirone | 2 | | Bristol Meyers |
| Venlafaxine | 4 | * | Wyeth Ayerst |
| Venlafaxine ER | 2 | * | Wyeth Ayerst |
| Fluvoxamine | 2 | | Reid Rowell/Solvay |
| MDL72394 | 1 | | Merrell Dow |
| Zalospirone | 1 | | Wyeth Ayerst |
| Ipsapirone | 1 | | Miles/Bayer |
| Ipsapirone ER | 2 | | Miles/Bayer |
| Sertraline | 3 | | Pfizer |
| Paroxetine | 2 | | SmithKline Beecham |
| Org4428 | 2 | | Organon |
| A75200 | 1 | | Abbott |
| Flesinoxan | 1 | | Solvay |
| Filbaurin | 1 | * | Boehringer Ingelheim |
| CP93,393 | 1 | | Pfizer |
| (MK 0869) | 5 | * | Merck |
| YM992 | 1 | | Yamanouchi USA |

130

**CURRICULUM VITAE**
**John S. Carman, M.D.**
**Page 5**

**RESEARCH GRANTS OR CONTRACTS AWARDED - Cont'd:**

**I. <u>INDICATION</u>: MAJOR DEPRESSIVE DISORDER - Cont'd**

| <u>Drug</u> | <u># Of Studies</u> | <u>Pivotal *</u> | <u>Company</u> |
|---|---|---|---|
| NS 2389 | 1 | | NeuroSearch |
| SR46349B | 1 | | Sanofi |
| SR 142801 | 1 | | Sanofi |
| CP 122721 | 1 | | Pfizer |
| CP 448187 | 1 | | Pfizer |
| Selegiline STS | 2 | | Somerset |
| NPS 1506 | 1 | * | NPS |
| OPC 14523 | 1 | | Otsuka |
| Prozac SR | 1 | | Eli Lilly |
| Olanzapine/Prozac | 1 | | Eli Lilly |
| KW-6002 | 2 | | Kyowa |
| Escitalopram | 1 | | Forest |
| Org 33062 ER | 2 | | Organon |
| INN 00835 | 1 | | Innapharma |
| Org 34517 | 1 | | Organon |
| C-1073 (Mifepristone) | 1 | | Corcept |
| Risperidone | 1 | | Janssen |

**CURRICULUM VITAE**
**John S. Carman, M.D.**
**Page 6**

**RESEARCH GRANTS OR CONTRACTS AWARDED - Cont'd:**

**II. INDICATION: MANIA**

| Drug | # Of Studies | Pivotal * | Company |
|------|--------------|-----------|---------|
| BW234 | 1 | | Burroughs Wellcome |
| Ziprasidone | 1 | | Pfizer |
| Olanzapine | 2 | | Eli Lilly |
| Depakote | 1 | | Abbott |
| Topiramate | 1 | | R.W. Johnson |
| Seroquel | 1 | | Astra Zeneca |

**III. INDICATION: SCHIZOPHRENIA/SCHIZOAFFECTIVE DISORDER**

| Drug | # Of Studies | Pivotal * | Company |
|------|--------------|-----------|---------|
| Pimozide | 1 | | Sandoz |
| Mellaril Concentrate | 1 | | Sandoz |
| Remoxipride | 1 | | Merck |
| Risperidone | 4 | * | Janssen |
| Seroquel | 6 | * | Astra Zeneca |
| Olanzapine | 1 | * | Eli Lilly |
| Sertindole | 2 | | Abbott |
| Ziprasidone | 3 | * | Pfizer |
| Aripiprazole | 3 | | Otsuka |
| ORG 5222 | 5 | | Organon |
| M100907 | 1 | | Hoechst |

**CURRICULUM VITAE**
**John S. Carman, M.D.**
**Page 7**

**RESEARCH GRANTS OR CONTRACTS AWARDED - Cont'd:**

**III. INDICATION: SCHIZOPHRENIA/SCHIZOAFFECTIVE DISORDER - Cont'd**

| Drug | # Of Studies | Pivotal * | Company |
|------|-------------|-----------|---------|
| SR 46349 B | 1 | | Sanofi |
| SR 142801 | 1 | | Sanofi |
| MK 0869 | 1 | | Merck |
| Depakote potentiation | 1 | | Abbott |
| Iloperidone | 1 | | Novartis |

**IV. INDICATION: GENERALIZED ANXIETY DISORDER**

| Drug | # Of Studies | Pivotal * | Company |
|------|-------------|-----------|---------|
| Alpidem | 1 | | Lorex |
| Gepirone | 1 | | Bristol-Meyers |
| Ipsapirone | 1 | | Miles/Bayer |
| Adinazolam SR | 1 | | Upjohn |
| Zalospirone | 1 | | Wyeth-Ayerst |
| Abecarnil | 2 | | Sandoz |
| LY237733 | 1 | | Eli Lilly |
| Buspar BID | 1 | | Bristol Meyers |
| DN2327 | 1 | | TAP |
| Adatanserin | 1 | | Wyeth-Ayerst |
| Venlafaxine ER | 1 | * | Wyeth-Ayerst |
| CP93,393 | 1 | | Pfizer |

**CURRICULUM VITAE**
John S. Carman, M.D.
Page 8

**RESEARCH GRANTS OR CONTRACTS AWARDED - Cont'd:**

**IV. INDICATION: GENERALIZED ANXIETY DISORDER - Cont'd**

| Drug | # Of Studies | Pivotal * | Company |
|------|--------------|-----------|---------|
| Flesinoxan | 1 | | Solvay |
| L-830982 | 1 | | Merck |
| Pregabalin | 1 | | Parke-Davis |
| Lu 26-054 | 2 | | Forest |
| Deramciclane | 1 | | Pharmacia |
| Gabitril™ | 1 | | Cephalon |

**V. INDICATION: PANIC DISORDER**

| Drug | # Of Studies | Pivotal * | Company |
|------|--------------|-----------|---------|
| Xanax SR | 1 | | Upjohn |
| Paroxetine | 1 | * | SmithKline Beecham |
| Paroxetine CR | 1 | | SmithKline Beecham |
| Sertraline | 1 | * | Pfizer |
| Pregabalin | 1 | | Parke-Davis |
| Venlafaxine ER | 1 | | Wyeth-Ayerst |

**VI. INDICATION: ALZHEIMER'S DISEASE**

| Drug | # Of Studies | Pivotal * | Company |
|------|--------------|-----------|---------|
| Metrifonate | 1 | | Miles/Bayer |
| Tacrine GTTS | 1 | | Parke Davis |
| Lazabemide | 1 | | Protodigm |

**CURRICULUM VITAE**
John S. Carman, M.D.
Page 9

**RESEARCH GRANTS OR CONTRACTS AWARDED - Cont'd:**

## VI. INDICATION: ALZHEIMER'S DISEASE - Cont'd

| Drug | # Of Studies | Pivotal * | Company |
|------|-------------|-----------|---------|
| Exelon | 1 | | Novartis |
| Idebenone | 1 | | Takeda |
| Memantine | 1 | | Merz |

## VII. INDICATION: SOCIAL PHOBIA

| Drug | # Of Studies | Pivotal * | Company |
|------|-------------|-----------|---------|
| Venlafaxine ER | 1 | | Wyeth-Ayerst |

## VIII. INDICATION: PREMENSTRUAL DYSPHORIC DISORDER

| Drug | # Of Studies | Pivotal * | Company |
|------|-------------|-----------|---------|
| Drospirenone | 1 | | Berlex |

**PRESENTATIONS:**

1. Carman, J.S., Post, R.M., Goodwin, F.K., Bunney, W.E., Teplitz, T.A.: Calcium, ECT, Lithium and Mood. The Annual Meeting of the American Psychiatric Association, New Research Program, Detroit, Michigan, May, 1974.

2. Stoddard, F.J., Post, R.M., Gillin, J.C., Bunney, W.E., Carman, J.S.: Phasic Changes in Manic-Depressive Illness. The Annual Meeting of the American Psychiatric Association, New Research Program, Detroit, Michigan, May, 1974.

3. Bunney, W.E., Post, R.M., Stoddard, F.J., Gillin, J.C., Buchsbaum, M.S., Carman, J.S.: Cyclic Biologic Changes in Manic-Depressive Illness. The 9th Congress, Collegium Internationale Neuropsychopharmacologicum, Paris, July, 1974.

4. Post, R.M., Gerner, R.H., Carman, J.S., Bunney, W.E.: A Dopamine-Receptor Stimulator in Depression. The Annual Meeting of the American Psychiatric Association, Anaheim, California, May, 1975.

5. Carman, J.S., Wyatt, R.J.: Alternations in CSF and Serum Total Calcium with Changes in Psychiatric State. The Conference on Neuroregulators and Hypotheses of Psychiatric Disorders, Asilomar, California, January, 1976.

**CURRICULUM VITAE**
John S. Carman
Page 10

**BIBLIOGRAPHY**
(Items 6-15)

**PRESENTATIONS - Cont'd:**

6.  Jimerson, D.C., Post, R.M., Carman, J.S., Van Kammen, D.P., Wood, J.H., Goodwin, F.K., Bunney, W.E. : CSF Electrolytes: Calcium and Depression. The Annual Meeting of the American Psychiatric Association, Miami, Florida, May, 1976.

7.  Carman, J.S., Wyatt, R.J.: Calcium: Pacesetting the Periodic Psychoses. The Annual Meeting of the American Psychiatric Association, Atlanta, Georgia, May, 1978.

8.  Carman, J.S.: Calcium: Bivalent Cation in the Bivalent Psychoses. A.E. Bennett Award Paper, The Annual Meeting of the Society for Biologic Psychiatry, Atlanta,Georgia, May, 1978.

9.  Freed, W.J., Perlow, M.J., Carman, J.S., Wyatt, R.J.: Calcitonin Reduces Feeding in Man, Monkey and Rat. The Annual Meeting of the Society for Neurosciences, St. Louis, Missouri, November, 1978.

10. Gillin, J.C., Kleinman, J.E., Nasrallah, H.S., Bigelow, L.B., Rogol, A., Luchins, D., Carman, J.S., Weinberger, D.R., Wyatt, R.J.: Inhibition of Dopamine Synthesis in Chronic Schizophrenia: A Follow-up Study. The 4th International Catecholamine Symposium, Asimolar, California, 1978.

11. Post, R.M., Gerner, R.J., Jimerson, D.C., Carman, J.S., Rey, A.C., Bunney, W.E.: The Effects of Piribedil on Mood, Sleep, Endocrine Function, and Amine Metabolism in Depressed Patients. The International Symposium on Piribedil, a Dopaminergic Agonist, Munich, Germany, November, 1978.

12. Carman, J.S.: Calcitonin and Other Calcitropic Hormones in the Periodic Psychoses. Curt P. Richter Award Essay, The 10th Congress of the International Society of Psychoneuroendocrinology, Park City, Utah, 1980.

13. Carman, J.S., Post, R.M., Ballenger, J.C., Becker, K.L., Silva, O.: Radioimmunoassayable Calcitin in Human CSF: Relationship to Psychiatric Diagnosis. The 35th Annual Meeting of the Society of Biologic Psychiatry, Boston, Massachusetts, September, 1980.

14. Carman, J.S., Wyatt, E.S., Hall, K.R., Crews, E.L.: Dexamethasone Non-Suppression: Predictor of Thymoleptic Response in Catatonic and Schizoaffective Patients. The 35th Annual Meeting of the Society of Biologic Psychiatry, Boston, Massachusetts, September, 1980.

15. Carman, J.S., Wyatt, E.S., Dohn, H.H., Hall, K.R., Crews, E.L., Ledbetter, J.: RBC/plasma Lithium Ratio (LR) as a Predictor of Acute Antimanic Response to Lithium in Affective, Shizoaffective or Paranoid Schizophrenic Patients. The 35th Annual Meeting of the Society of Biologic Psychiatry, Boston, Massachusetts, September, 1980.

**CURRICULUM VITAE**                              **BIBLIOGRAPHY**
John S. Carman                                    (Items 16-26)
Page 11

**PRESENTATIONS - Cont'd:**

16. Wyatt, E.S., Carman, J.S., Crews, E.L., Spencer, S., Bush, J.:  Computerized Cerebral Tomography in Schizophrenia.  The 35th Annual Meeting of the Society of Biologic Psychiatry, Boston, Massachusetts, September, 1980.

17. Smith, W.B., Carman, J.S., Wyatt, E.S.:  Calcitonin in Chronic Pain.  The 36th Annual Meeting of the Society of Biologic Psychiatry, New Orleans, Louisiana, May, 1981.

18. Carman, J.S., Wyatt, E.S., Hall, K.R., Crews, E.L.:  DST Predicts Thymoleptic Response in RDC Schizophrenics.  The Annual Meeting of the American Psychiatric Association, New Research Program; New Orleans, Louisiana, May, 1981.

19. Wyatt, E.S., Carman, J.S., Crews, E.L., Spencer, S., Bush, J.:  Computerized Cerebral Tomography in Schizophrenia.  The 134th Annual Meeting of the American Psychological Association New Research Program,  New Orleans, Louisiana, May, 1981.

20. Carman, J.S., Post, R.M., Ballenger, J.C., Goodwin, F.K., :  Calcitonin in Affective Disorder.  The XII Congress of the International Society of Psychoneuroendocrinology, Montreal, Canada, May, 1981.

21. Carman, J.S., Smith, W.B., Wyatt, E.S., Lukensmeyer, W.:  Calcitonin in Chronic Pain.  The XII Congress of the International Society of Psychoneuroendocrinology, Montreal, Canada, May, 1981.

22. Carman, J.S., Wyatt, E.S., Hall, K.R., Crews, E.L., Scalise, M., Watts, D., Hoppers, L.:  Dexamethasone Non-Suppression:  Predictor of Thymoleptic Response in Catatonic and Paranoid Schizophrenics and Schizoaffective Patients.  The XII Congress of the International Society of Psychoneuroendocrinology, Montreal, Canada, May, 1981.

23. Carman, J.S., Wyatt, E.S., Dohn, H.H., Hall, K.R., Crews, E.L.:  RBC/Plasma Lithium Ratio as a Predictor of Acute Response to Lithium in Manic, Schizoaffective Patients. The III World Congress of Biologic Psychiatry in the Symposium on Predictors of Response to Psychotropic Drugs at, Stockholm, Sweden, June, 1981.

24. Carman, J.S., Wyatt, E.S., Hall, K.R., Crews, E.L.:  Dexamethasone Non-Suppression:  Predictor of Thymoleptic Response in Schizophrenic and Schizoaffective Patients.  The III World Congress of Biologic Psychiatry in the Symposium on Predictors of Response to Psychotropic Drugs, Stockholm, Sweden, June, 1981.

25. Carman, J.S., Post, R.M., Ballenger, J.C., Goodwin, F.K.:  Reduced CSF Calcitonin in Mania. The III World Congress of Biologic Psychiatry in the Symposium on Neuropeptides in CSF, Stockholm, Sweden, June, 1981.

26. Carman, J.S.:  Calcium in Manic Depressive Illness.  The Wayne State University, Lafayette Clinic, Detroit, Michigan, January, 1982.

**CURRICULUM VITAE**
John S. Carman, M.D.
Page 12

**BIBLIOGRAPHY**
(Items 27-39)

**PRESENTATIONS - Cont'd:**

27.  Carman, J.S.: Biological Predictors of Psychotropic Drug Response. The Fair Oaks Hospital, Summit, New Jersey, March, 1982.

28.  Carman, J.S.: Psychopharmacology - 1982. The Annual Meeting of the Georgia Psychological Association, Savannah, Georgia, May, 1982.

29.  Carman, J.S.: Predictors of Response to Psychotropic Drugs. The South Carolina Psychiatric Association, Charleston, South Carolina, 1983.

30.  Carman, J.S., Tarry, M.H., Wyatt-Knowles, E.S.: BW647 in Depression. The Annual Meeting of the Society of Biological Psychiatry, New York, April, 1983.

31.  Carman, J.S., Wyatt-Knowles, E.S., Tarry, M.H., Dren, A., Manberg, P.: BW234 in Mania. The Annual Meeting of the Society of Biological Psychiatry, New York, April, 1983.

32.  Carman, J.S., Wyatt-Knowles, E.S., Fleck, R., Martin, D., Gold, M.S.: Neuroleptic Compliance in Schizophrenic Outpatients. The Annual Meeting of the National Association of Private Psychiatric Hospital, Palm Springs, California, January, 1984.

33.  Carman, J.S., Wyatt-Knowles, E.S., Fleck, R., Martin, D., Gold, M.S.: Monitoring Neuroleptic Compliance in Schizophrenic Outpatients. The XVth Congress of the International Society of Psychoneuroendocrinology, Vienna, Austria, July, 1984.

34.  Carman, J.S., Wyatt-Knowles, E.S.: Drug Research in the Private Psychiatric Setting. The 52nd Annual Meeting of the National Association of Private Psychiatric Hospitals, Marco Island, Florida, January, 1985.

35.  Carman, J.S., Wyatt-Knowles, E.S.: BW234 in Mania. The IVth World Congress of Biological Psychiatry, Philadelphia, Pennsylvania, 1985.

36.  Carman, J.S., Wyatt-Knowles, E.S.: Calcium and Affective Illness. The IVth World Congress of Biological Psychiatry, Philadelphia, Pennsylvania, 1985.

37.  Carman, J.S.: Lithium in Teenagers. The Annual Meeting of Georgia Adolescent Psychiatry, Atlanta, Georgia, December 11, 1985.

38.  Carman, J.S.: Update on Clinical Psychopharmacology. The Annual Symposium of Alabama State Department of Continued Education, Tuscaloosa, Alabama and Mobile, Alabama, April 30 and May 1, 1986.

39.  Carman, J.S., Ahdieh, H., Wyatt-Knowles, E.S., Warga, E., Panagides, J.: Mianserin vs. Amitriptyline vs. Placebo in Major Depression. The 30th Annual Meeting of the NCDEU, Key Biscayne, Florida, June, 1990.

**CURRICULUM VITAE**
John S. Carman, M.D.
Page 13

**PRESENTATIONS - Cont'd:**

40. Derivan, A., Borison, R., Carman, J., Crowder, J., Cunningham, L., Diamond, B.: Six-week Comparison of Venlafaxine, Trazodone, and Placebo in Major Depression. The ACNP meeting, San Juan, 1991.

41. Feighner, J., Overo, K., Fieve, R., Carman, J.S., Cunningham, L., Schwartz, G.: Fixed Dose Comparison of Citalopram vs. Placebo in the Treatment of Outpatients with Moderate to Severe Depression. The 37th Annual Meeting of the NCDEU, Boca Raton, Florida, May 1997.

**ABSTRACTS AND LETTERS:**

42. Carman, J.S.,: Methylphenidate in Akathisia. LANCET II: 1093, 1972.

43. Carman, J.S.: Hyperdopaminergic States: A Continuum. LANCET II: 1249, 1972.

44. Carman, J.S.: Physostigmine in Tardive Dyskinesia. LANCET II: 1424-1425, 1972.

45. Carman, J.S.: Pigment and Kinesia. LANCET I: 374, 1973.

46. Carman, J.S.: Lithium in Chorea. LANCET I: 611, 1973.

47. Carman, J.S.: Imipramine in Hyperacusic Depression. American Journal of Psychiatry 130: 937, 1973.

48. Carman, J.S.: M.I.F.: Inhibitor of O-methylation?. LANCET I: 1247, 1973.

49. Carman, J.S., Tucker, L.S.: Benztropine in Childhood Hyperkinesis. LANCET II: 1337, 1973.

50. Carman, J.S., Post, R.M., Goodwin, F.K., Bunney, W.E., Teplitz, T.A.: Calcium, ECT, Lithium and Mood. New Research Program of the 127th Annual Meeting of the American Psychiatric Association; Detroit, Michigan, May, 1974.

51. Stoddard, F.J., Post, R.M., Gillin, J.C., Bunney, W.E., Carman, J.S.: Phasic Changes in Manic-Depressive Illness. New Research Program of the 127th Annual Meeting of the American Psychiatric Association; Detroit, Michigan, May, 1974.

52. Post, R.M., Gerner, R.H., Carman, J.S., Bunney, W.E.: A Dopamine-Receptor Stimulator in Depression. Proceedings of the 128th Annual Meeting of the American Psychiatric Association; Anaheim, California, May, 1975.

CURRICULUM VITAE                                    BIBLIOGRAPHY
John S. Carman, M.D.                                (Items 53-61)
Page 14

## ABSTRACTS AND LETTERS (cont.):

53.   Jimerson, D.C., Post, R.M., Carman, J.S., Van Kammen, D.P., Wood, J.H., Goodwin, F.D.,
      Bunney, W.E. : CSF Electrolytes: Calcium and Depression. Proceedings of the 129th
      Annual Meeting of the American Psychiatric Association; Asimolar, California, January,
      1976.

54.   Carman, J.S., Post, R.M., Goodwin, F.J., Buswell, R.: Melatonin, MSH and Psychosis: A
      Reply. American Journal of Psychiatry 134: 583-584, 1977.

55.   Carman, J.S., Wyatt, R.J.: Calcium: Pacesetting the Periodic Psychoses. Proceedings of the
      131st Annual Meeting of the American Psychiatric Association; Atlanta, Georgia, May,
      1978.

56.   Carman, J.S., Post, R.M., Ballenger, J.C., Becker, K.L., Silva, O.: Radioimmunoassayable
      Calcitonin in Human CSF: Relationship to Psychiatric Diagnosis. Abstracts of the 35th
      Annual Meeting of the Society of Biologic Psychiatry; Boston, Massachusetts, September,
      1980.

57.   Carman, J.S., Wyatt, E.S., Hall, K.R., Crews, E.L., Hoppers, L., Scalise, M.: Dexamethasone
      Non-Suppression: Predictor of Thymoleptic Response in Catatonic and Schizoaffective
      Patients. Abstracts of the 35th Annual Meeting of the Society of Biologic Psychiatry;
      Boston, Massachusetts, September, 1980.

58.   Carman, J. S., Wyatt, E.S., Dohn, H.H., Hall, K.R., Crews, E.L., Ledbetter, J.: RBC/Plasma
      Lithium Ration (LR) as a Predictor of Acute Antimanic Response to Lithium in Affective,
      Schizoaffective or Paranoid Schizophrenic Patients. Abstracts of the 35th Annual Meeting
      of the Society of Biologic Psychiatry; Boston, Massachusetts, September, 1980.

59.   Smith, W.B., Carman, J.S., Wyatt, E.S.: Calcitonin in Chronic Pain. Abstracts of the 36th
      Annual Meeting of the Society of Biologic Psychiatry; New Orleans, Lousiana, May 1981.

60.   Wyatt, E.S., Carman, J.S., Crews, E.L., Spencer, S., Bush, J.: Computerized Cerebral
      Tomography in Schizophrenia. Abstracts of the 36th Annual Meeting of the Society of
      Biologic Psychiatry; New Orleans, Louisiana, May, 1981.

61.   Carman, J.S., Wyatt, E.S., Hall, K.R., Crews, E.L., Hoppers, L., Scalise, M.: DST and
      Thymoleptic Response in RDC Schizophrenics. New Research Program of the 134th Annual
      Meeting of the American Psychiatric Association; New Orleans, Louisiana, May, 1981.
      (NR48)

**CURRICULUM VITAE**                                    **BIBLIOGRAPHY**
John S. Carman, M.D.                                    (Items 62-71)
Page 15

**ABSTRACTS AND LETTERS - Cont'd:**

62.   Wyatt, E.S., Carman, J.S., Crews, E.L., Spencer, S., Bush, J.:  Computerized Cerebral Tomography in Schizophrenia.  New Research Program of the 134th Annual Meeting of the American Psychiatric Association; New Orleans, Louisiana, May, 1981. (NR49)

63.   Carman, J.S., Post, R.M., Ballenger, J.C., Goodwin, F.K.:  Calcitonin in Affective Disorders. Neuroendocrinology Letters 3: 115, 1981.

64.   Carman, J. S., Smith, W.B., Wyatt, E.S., Lukenmeyer, W.:  Calcitonin in Chronic Pain. Neuroendocrinology Letters 3: 122, 1981.

65.   Carman, J.S., Wyatt, E.S., Hall, K.R., Crews, E.L., Hoppers, L., Scalise, M.: Dexamethasone Non-Suppression:  Predictor of Thymoleptic Response in Catatonic, Paranoid, and Schizoaffective Patients. Neuroendocrinology Letters 3: 122, 1981.

66.   Carman, J.S., Tarry, M.H., Wyatt-Knowles, E.S.:  BW647 in Depression. Abstracts of the 38th Annual Meeting of the Society of Biologic Psychiatry; New York City, New York, April, 1983.

67.   Carman, J.S., Wyatt, E.S., Tarry, M.H., Dren, A., Manberg, P. : BW234 in Mania, Abstracts of the 38th Annual Meeting of the Society of Biologic Psychiatry; New York City, New York, April, 1983.

68.   Carman, J.S., Wyatt, E.S.:  BW234 in Mania.  Abstracts of the 14th World Congress Biological Psychiatry; Philadelphia, Pennsylvania, September 8-13, 1986.

69.   Carman, J.S., Wyatt, E.S.:  Calcium in Affective Disorder.  Abstracts of the 14th. World Congress Biological Psychiatry; Philadelphia, Pennsylvania, September 8-13, 1986.

70.   Harrigan, E.P., Reeves, K.R.:  The Efficacy and Safety of Two Fixed Doses of Ziprasidone in Schizophrenia and Schizoaffective Disorder.  Abstract #471 of the 10th World Congress of Psychiatry, Madrid, Spain, 1996, (Carman, J.S., member of the Ziprasidone study group).

71.   Fawcett, J.A., Gelenberg, A., Harrison, W., Hirschfeld, R.M.A., Keller, M.B., Klein, D.N., Kocsis, J., Koran, L.M., Markowitz, J., McCullough, J.P., Micelli, R., Rush, A.J., Schatzberg, A., Thase, M.E.:  The Treatment of Chronic Depression: Study Design and Rationale for Evaluating the Comparative Efficacy of Sertraline and Imipramine, Draft for Archives of General Psychiatry, 1997, (Carman, J.S., acknowledged).

**CURRICULUM VITAE**                                        **BIBLIOGRAPHY**
John S. Carman, M.D.                                        (Items 72-82)
Page 16

**PUBLICATIONS:**

72.  Prange, A.J., Sisk, J.L., Wilson, I.C., Morris, C.E., Hall, C.D., Carman, J.S.:  Balance, Permission, and Discrimination Among Amines: A Theoretical Consideration of the Actions of 1-Tryptophan in Disorders of Movement and Affect. Serotonin and Behavior, (Usdin, E. and Barchas, J.S., eds.), New York, Academic Press, 539-548, 1973.

73.  Carman, J.S., Schoulson, I., Chase, T.M.:  Lithium Carbonate Alone in Huntington's Chorea. Lancet I: 811-812, 1974.

74.  Carman, J.S., Post, R.M., Teplitz, T.A., Goodwin, F.K.:  Divalent Cations in Predicting Antidepressant Response to Lithium.  Lancet II: 1454, 1974.

75.  Post, R.M., Gerner, R.H., Carman, J.S., Bunney, W.E.:  Effect of Low Doses of a Dopamine Receptor Stimulator in Mania.  Lancet I: 203-204, 1976.

76.  Green, R.A., Barchas, J.D., Elliott, G.R., Carman, J.S., Wyatt, R.J.:  The Tryptolines: Effect of Intraventricular Administration on Spontaneous Motor Activity of Rats.  Pharmacologic Biochemical Behaviour 5: 383-385, 1976.

77.  Carman, J.S., Buswell, R.T., Post, R.M., Goodwin, F.K.:  Negative Effects of Melatonin on Depression.  American Journal of Psychiatry 133:  1181-1186, 1976.

78.  Carman, J.S., Post, R.M., Goodwin, F.K., Bunney, W.E.:  Calcium and Electro-convulsive Therapy of Severe Depressive Illness.  Biological Psychiatry 12:  5-17, 1977.

79.  Bigelow, L.B., Nasrallah, H.S., Carman, J.S., Gillin, J.C., Wyatt, R.J.:  Baclofen Treatment in Chronic Schizophrenia.  American Journal of Psychiatry 134: 318-319, 1977.

80.  Carman, J.S., Wyatt, R.J.:  Alterations in CSF and Serum Total Calcium with Changes in Psychiatric State:  Neuroregulators and Psychiatric Disorders (Usdin, E., Hamburg, D.A., and Barchas, J.S., eds.), New York, Oxford University Press, 488-494, 1977.

81.  Carman, J.S., Wyatt, R.J.:  Calcitonin and Malignant Catatonia.  Lancet II:  1124-1125, 1977.

82.  Carman, J.S., Wyatt, R.J.:  Reduction of Serum Prolactin Following Subcutaneous Salmon Calcitonin.  Lancet II:  1267-1268, 1977.

CURRICULUM VITAE
John S. Carman, M.D.
Page 17

BIBLIOGRAPHY
(Items 83-92)

PUBLICATIONS - Cont'd:

83.    Post, R.M., Gerner, R.H., Carman, J.S., Gillin, J.C., Jimerson, D.C., Goodwin, F.K., Bunney, W.E.: Effects of a Dopamine Agonist, Piribedil, in Depressed Patients. Arch. Gen. Psychiatry 35: 609-615, 1978.

84.    Carman, J.S., Nasrallah, H.A., O'Brien, P., Gillin, J.C., Wyatt, R.J.: Weight Changes During Various Neuropharmacologic Manipulations in Psychotic Inpatients. Acta Cientifica Venezolana 29: 178-182, 1978.

85.    Carman, J.S., Wyatt, R.J.: Use of Calcitonin in Psychotic Agitation or Mania. Arch. Gen. Psychiatry 36: 72-75, 1979.

86.    Carman, J.S., Gillin, J.C., Murphy, D.L., Weinberger, D.R., Bigelow, L.B., Wyatt, R.J.: Effects of a Specific Inhibitor or Type A Monoamine Oxidase on Behavior, Sleep and Circadian Rhythms in Schizophrenic and/or Affectively Ill Patients. Communications Psychopharmacology 2: 513-524, 1979.

87.    Jimerson, D.C., Post, R.M., Carman, J.S., Van Kammen, D.P., Wood, J.H., Goodwin, F.K., Bunney, W.E.: CSF Calcium: Clinical Correlates in Affective Illness and Schizophrenia. Biological Psychiatry 14: 295-336, 1979.

88.    Carman, J.S., Wyatt, R.J.: Calcium: Bivalent Cation in the Bivalent Psychoses. Biological Psychiatry 14: 295-336, 1979.

89.    Carman, J.S., Wyatt, R.J.: Calcium: Pacesetting the Periodic Psychoses. American Journal of Psychiatry 136: 1035-1039, 1979.

90.    Carman, J.S., Post, R.M., Runkle, D.C., Bunney, W.E., Wyatt, R.J.: Increased Serum Calcium and Phosphorus with the "Switch" into Manic or Excited Psychotic States. British Journal of Psychiatry 135: 55-61, 1979.

91.    Gillin, J.C., Kleinman, J.E., Nasrallah, H.A., Bigelow, L.B., Rogol, A., Luchins, D., Carman, J.S., Weinberger, D.R., Wyatt, R.J.: Inhibition of Dopamine Synthesis in Chronic Schizophrenia: A Follow-up Study: Catecholamines: Basic and Clinical Frontiers (Usdin, E., Kopin, I.J., and Barchas, J.D., eds.), New York, Pergamon Press,1839-1841, 1979.

92.    Post, R.M., Gerner, R.J., Jimerson, D.C., Carman, J.S., Rey, A.C., Bunney, W.E.: The Effects of Piribedil on Mood, Sleep, Endocrine Function, and Amine Metabolism in Depressed Patients. Psychologie Medicale II (B): 143-154, 1979.

**CURRICULUM VITAE**                                    **BIBLIOGRAPHY**
John S. Carman, M.D.                                    (Items 93-102)
Page 18

**PUBLICATIONS - Cont'd:**

93.   Oliver, P., Carman, J.S., Hoffer, B., Wyatt, R.J.:  The Effect of Altered Calcium Ion
      Concentration on Interictal Spike Generation in the Hippocampal Slice.  Experimental
      Neurology 68:  489-499, 1980.

94.   Carman, J.S., Crew, E.L., Bancroft, A., Wyatt, E., Cooper, B., Ledbetter, J., Daniels, J.,
      Monson, S., Bond, W.:  Calcium and Calcium-Regulating Hormones in the Biphasic
      Periodic Psychoses.  Journal of Operational Psychiatry 11:  5, 1980.

95.   Becker, K.L., Silva, O.L., Post, R.M., Ballenger, J.C., Carman, J.S., Snider, R.H., Moore,
      C.G.: Immunireactive Calcitonin in CSF of Man.  Brain Research 194: 598-602, 1980.

96.   Freed, W.J., Perlow, M.J., Carman, J.S., Wyatt, R.J.:  Calcitonin Reduces Feeding in Man,
      Monkey and Rat.  Pharmacological Biochemical Behaviour 12:  609-612, 1980.

97.   Carman, J.S., Wyatt. E.S., Crews, E.L.:   Prediction of Response to Psychotropic
      Medications.  Alabama Medical Journal 17:  161-165, 1980.

98.   Carman, J.S., Jimerson, D.C., Post, R.M.:  Electrolyte Changes Associated with Shifts in
      Affective States:  Electrolytes and Neuropsychiatric Disorders.  (Alexander, P., ed.), Plenum
      Press, New York, 277-293, 1981.

99.   Carman, J.S.:  Pharmacologic Studies of Calcium and Modd:  Electrolytes and Neuro-
      psychiatric Disorders.  (Alexander, P., ed.), Plenum Press, New York, 295-303, 1981.

100.  Carman, J.S., Bigelow, L.B., Wyatt, R.J.:  Lithium Combined with Neuroleptics in Chronic
      Schizophrenia and Schizoaffective Patients.  Journal of Clinical Psychiatry 42:  124-128,
      1981.

101.  Carman, J.S.:  Calcium Psychiatric Illness:  The Role of Calcium in Biological Systems, Vol.
      III (Anghileri, L.J., Tuffet-Anghileri, A.M., eds.) CRC Press, Boca Raton, Florida, 157-173,
      1982.

102.  Carman, J.S., Wyatt, E.S., Hall, K.R., Crews, E.L.:  Dexamethasone Non-Suppression:
      Predictor of Thymoleptic Response in Catatonic and Schizoaffective Patients:  Biological
      Psychiatry 1981.  (Perris, C., Struwe, Jansson, eds.), Elsevier Press, Amsterdam, 353-358,
      1981.

**CURRICULUM VITAE**                          **BIBLIOGRAPHY**
**John S. Carman, M.D.**                       **(Items 103-113)**
**Page 19**

**PUBLICATIONS - Cont'd:**

103.   Carman, J.S., Wyatt, E.S., Dohn, H.H., Hall, K.R., Crews, E.L., Ledbetter, J.: RBC/Plasma Lithium Ratio (LR) as a Predictor of Acute Antimanic Response to Lithium in Manic, Schizoaffective or Paranoid Schizophrenic Patients: Biological Psychiatry 1981, (Perris, C., Struwe, Jansson, eds.), Elsevier Press, Amsterdam, 353-358, 1981.

104.   Carman, J.S., Post, R.M., Ballenger, J.C., Goodwin, F.K.:  Reduced CSF Calcitonin in Mania: Biological Psychiatry 1981, (Perris, C., Struwe, Jansson, eds.), Elsevier Press, Amsterdam, 353-358, 1981.

105.   Potkin, S.G., Weinberger, D., Kleinman, J., Nasrallah, H., Luchins, D., Bigelow, L., Linnoila, M., Fischer, S.H., Bjornsson, T.D., Carman, J.S., Gillin, J.C., Wyatt, R.J.: Wheat Gluten Challenge in Schizophrenic Patients. American Journal of Psychiatry 138: 1208-1211, 1981.

106.   Carman, J.S., Wyatt, E.S., Smith, W., Post, R.M., Ballenger, J.C.:  Calcium and Calcitonin in Bipolar Affective Disorder: The Neurobiology of Mood Disorders, (Post, R.M., and Ballenger, J.C., eds.), Williams and Wilkins Company, Baltimore, 340-355 1984.

107.   Gold, M.S., Lydiard, R.B., Carman, J.S. (eds):   Advances in Psychopharmacology: Predicting and Improving Treatment Response, CRC Press, Boca Raton, Florida, 1984.

108.   Gold, M.S., Carman, J.S.:  Thyroid Failure and Clinical Misdiagnosis. 67-82. ibid.

109.   Lydiard, R.B., Carman, J.S., Gold, M.S.: Antipsychotics: Predicting Response/ Maximizing Efficacy. 179-224.

110.   Gold, M.S., Pottash, A.C., Carman, J.S., Lydiard, R.B.: The Role of the Laboratory in Psychiatry. 307-318. ibid.

111.   Carman, J.S., Wyatt, E.S., Fleck, R., Martin, D., Gold, M.:  Neuroleptic Compliance in Schizophrenic Outpatients. Psychiatric Hospital 15: 173-178, 1984.

112.   Carman, J.S., Wyatt-Knowles, E.S.: Calcium and Affective Disorder: Biological Psychiatry 1985, (eds.: Bridges, W.H., Josiasson, R.C., Shagas, C., Simpson, G.M., Stoff, D., Weiss, K.J.) Elsevier Press, New York, 323-325, 1986.

113.   Crews, E.L., Wyatt, E.S., Carman, J.S.: Salmon Calcitonin: Effects on Tardive Dyskinesia.

**CURRICULUM VITAE**
John S. Carman, M.D.
Page 20

### PUBLICATIONS - Cont'd:

114. Hall, K.R., Carman, J.S., Wyatt, E.S.: Bupropion: Antimanic Prophylaxis and Spectrum of Antidepressant Efficacy and Its Relationship to Dexamethasone Suppression of a Dopaminergic Thymoleptic.

115. Carman, J.S.: Marked but Asymptomatic Thyroid Hormone Elevations in a Paranoid Schizophrenic on Low Phenylalamine Diet.

116. Wyatt, E.S., Carman, J.S., Crews, E.L., Spencer, S., Bush, J.: Computerized Cerebral Tomography in Schizophrenia: Failure to Predict Neuroleptic Response or Side Effects.

117. Lineberry, C.G., Johnston, J.A., Raymond, R.N., Samara, B., Feighner, J.P., Harto, N.E., Granacher, R.P., Weisler, R.H., Carman, J.S., Boyer, W.F.: A Fixed Dose (300mg.) Efficacy Study of Bupropion and Placebo in Depressed Outpatients. Journal of Clinical Psychiatry 51: 194-199, 1990.

118. Carman, J.S., Adieh, H., Wyatt-Knowles, E.S., Warga, E., Panagides, J.: A Controlled Study of Mianserin in Moderately to Severely Depressed Outpatients. Psychopharmacology Bulletin 27 No. 2: 135-139.

119. Cunningham, L.A, Borison, R.A., Carman, J.S., et al: A Comparison of Venlafaxine, Trazodone and Placebo in Major Depression. Journal of Clinical Psychopharmacology: 1993.

120. Marder, S.R., Meibach, R.C., Carman, J.S., et al: Risperidone in the Treatment of Schizophrenia. American Journal of Psychiatry 151: 802-835, 1994.

121. Walczak, D.D., Halikas, J.A., Carman, J.S., et al: The Oral Dose-Effect Relationship for Fluvoxamine: A Fixed-Dose Comparison Against Placebo in Depressed Outpatients. Annals of Clinical Psychiatry.

122. Carman, J. S., Peuskens, J., Vangeneugden, T.: Risperidone in the Treatment of Negative Symptoms of Schizophrenia: A Meta-Analysis. International Clinical Psychopharmacology: 1995.

123. Beasley, C., Tollefson, G., Tran, P., Satterlee, W., Sanger, T., Hamilton, S., HGAD Study Group: Carman, J. S.: Olanzapine vs. Placebo and Haloperidol: Acute Phase Results of the North American Double-Blind Olanzapine Trial. Neuropsychopharmacology: 1995.

CURRICULUM VITAE                                    **BIBLIOGRAPHY**
John S. Carman, M.D.                                **(Item 124)**
Page 21

**PUBLICATIONS - Cont'd:**

124.  Kramer, M.S., Cutler, N., Feighner, J., Shrivastava, R., Carman, J.S., Sramek, J.J., Reines, S.A., Liu, G., Snavely, D., Wyatt-Knowles, E., Hale, J.J., Mills, S., MacCoss, M., Swain, C.J., Harrison, T., Hill, R.G., Hefti, F., Scolnick, E.M., Cascieri, M.A., Chicchi, G.G., Sadowski, S., Williams, A.R., Hewson, L., Smith, D., Carlson, E.J., Hargreaves, R.J., Rupniak, N.M.J.: Distinct Mechanism for Antidepressant Activity by Blockade of Central Substance P Receptors. Science 1998 September 11; 281: 1640-1645.

125.  Stahl, S., Carman, J.S., et al: Placebo-Controlled Comparison of The SSRI Antidepressants Citalopram and Sertraline (in Press) 1999.

126.  Kramer, M., Sramek, J.J., Feighner, J., Shrivastava, R., Carman, J.S., Reines, S.A., Liu, F., Rupniak, N.J., Cutler, N.R.: Journal of Clinical Psychopharmacology.

127.  Ballenger, J.C., Burnham, D.B., Oakes, R., Steiner, M., Long-Term Efficacy and Safety of Paroxetine in Panic Disorder and Prevention of Relapse.

128.  Kramer, M.S., Cutler, N.R., Feighner, J., Shrivastava, R., Carman, J.S., Liu, G., Snavely, D., Wyatt-Knowles, E., Reines, S.A., Rupniak, N.M.,: Clinical Profile of Substance P Antagonists. Biological Psychiatry, Vol. 47 (Supplement 1) (2000) pp. S11

129.  **Acknowledgments:**  Adler, L., Burnie, G., Apter, J., Baumel, B., Bralliar, R., Carman, J., Cunningham, L., Hartford, J., Kirby, L., Mihtar, H., Nunez, M., Sambunaris, A., Shrivastava, R., Tilker, H., Weiss, K.,: "A Double-blind, Placebo-controlled Trial of the Safety and Efficacy of Selegiline Transdermal System (STS) Without Dietary Restrictions in Patients with Major Depression". Journal of Clinical Psychiatry.

5077US/0049:0009



**STATE OF GEORGIA**
COMPOSITE STATE BOARD OF MEDICAL EXAMINERS

PHYSICIAN

LICENSE          023143

JOHN SCOTT CARMAN
4015 SOUTH COBB DRIVE
SUITE 245
SMYRNA GA   30080~

EXP DATE - 12/31/2003

5077US/0049: 0010

# ANDREW JON CUTLER, MD

**OFFICE ADDRESS:**   CORE Research, Inc.
807 W. Morse Blvd., Suite 101
Winter Park, FL 32789
Phone: 407-644-1165
Fax: 407-647-8103
E-mail: acutler@coreresearch.com
Tax ID#: Available on request

**AFFILIATIONS:**

Lakeside Alternatives                    LifeStream Behavioral Center
Princeton Plaza, 3 West                  2020 Tally Road
1800 Mercy Drive                         Leesburg, Florida 34748
Orlando, Florida 32808

**BIRTH:**          June 7, 1961, Philadelphia, PA

**CITIZENSHIP:**    United States

**EDUCATION:**

**1983-1989**       M.D. University of Virginia, School of Medicine
Charlottesville, VA;   Alpha Omega Alpha Medical Honor Society

**1979-1983**       B.S. (Biology), Haverford College, Philadelphia, PA

**PROFESSIONAL TRAINING:**

**1993-1994**       Chief Resident, Dept. of Psychiatric Medicine, University of Virginia
Charlottesville, VA

**1990-1994**       Psychiatry Residency, University of Virginia, Health Sciences Center
Charlottesville, VA

**1989-1993**       Internal Medicine Residency, University of Virginia, Health Sciences Center
Charlottesville, VA

**1989-1990**       Internship, University of Virginia, Health Sciences Center
Charlottesville, VA

**ACADEMIC AND PROFESSIONAL:**

**1999**            **Clinical Assistant Professor, Dept. of Psychiatry and Behavioral Medicine**
University of South Florida, Tampa, FL

**1999-**           **Instructor, Dept. of Psychology**
University of Central Florida, Orlando, FL

**1998-2002**       **Medical Director and Director of Psychopharmacology Research**, Lakeside
Alternatives Behavioral Healthcare Systems, Orlando FL

1                                                    REVISED: 10/24/02

149