| 1998 | **Medical Director and President** CORE Research, Inc., Orlando, FL |
| 1996-1998 | **Co-Medical Director, Co-Director of Psychopharmacology Research Program and Vice President,** Psychiatric Institute of Florida, Orlando, FL |
| 1995-1996 | **Director of Psychiatric Medicine and Psychiatry Grand Rounds Coordinator** Florida Hospital, Center for Psychiatry Orlando, FL |
| 1994-1995 | **Director of Consultation-Liaison Psychiatry, Dept. of Psychiatry** Biologic Sciences Division, University of Chicago, Chicago, IL |
| 1994-1995 | **Director of Adult Inpatient Services, Dept. of Psychiatry** Biologic Sciences Division University of Chicago, Chicago, IL |
| 1994-1995 | **Director of Psychiatric Medicine, Dept. of Psychiatry** Biologic Sciences Division University of Chicago, Chicago, IL |
| 1994-1995 | **Assistant Professor, Dept. of Psychiatry** Biologic Sciences Division University of Chicago, Chicago, IL |
| 1993-1994 | **Chief Resident, Dept. of Psychiatric Medicine** University of Virginia Charlottesville, VA |
| 1993-1994 | **Consulting Psychiatrist, HIV Clinic, Division of Infectious Disease, Dept. of Internal Medicine** University of Virginia Health Sciences Center Charlottesville, VA |
| 1992-1993 | **Psychiatry Clerkship Coordinator** University of Virginia, School of Medicine, Charlottesville, VA |
| 1992 | **National Depression Screening Day Coordinator** University of Virginia Dept. of Psychiatric Medicine, Charlottesville, VA |

## HOSPITAL APPOINTMENTS:

| 1998-present | Director, Medical Grand Rounds, Lakeside Alternatives, Orlando, FL |
| 1998-present | Medical Director, Lakeside Alternatives, Orlando, FL |
| 1997-present | Medical Director, Clozaril Clinic, Lakeside Alternatives, Orlando, FL |
| 1995-present | Medical Staff, Florida Hospital, Orlando, FL |
| 1997-1998 | Medical Director, Partial Hospitalization Program Lakeside Alternatives Behavioral Healthcare System Orlando, FL |
| 1996-1998 | Medical Staff, Charter Behavioral Center Systems, Orlando, FL |
| 1996-1997 | Medical Staff, University Behavioral Center, Orlando, FL |

2                                                            REVISED: 8/26/02

| | |
|---|---|
| **1996-1997** | Medical Staff, Lakewood Adult Care Center, Orlando, FL |
| **1995-1996** | Assistant Professor, University of Chicago Hospitals Chicago, IL |
| **1993-1994** | Central Virginia Training Center, Lynchburg, VA |
| **1990-1994** | Medical Staff, Western State Hospital,  Staunton, VA |
| **1989-1994** | Resident Physician, University of Virginia Hospitals Charlottesville, VA |

**HONORS:**

| | |
|---|---|
| **1999** | Distinguished Clinical Professional Award, Mental Health Association of Central Florida |
| **1998-1999** | Editorial Board, *Medicine and Behavior* |
| **1997** | Fellow, Academy of Psychosomatic Medicine |
| **1995** | Distinguished Service Award, Florida Hospital, Center for Psychiatry, Orlando, FL |
| **1995-1996** | Assistant Editor, *Medical Update for Psychiatrists* (Elsevier) |
| **1994** | NAMI Effective Legislative Fellow Award, 103rd Congress, Washington, DC |
| **1994** | Coordinator, US Senate Working Group on Mental Health, Washington, DC |
| **1994** | Legislative Fellow for Health Policy, US Senator Paul Wellstone, 103rd Congress Washington, DC |
| **1994** | William Sorum  Award for outstanding contribution to Members-in Training American Psychiatric Association |
| **1993-1994** | Chief Resident, Dept. of Psychiatric Medicine, University of Virginia Charlottesville, VA |
| **1993-1994** | Chair, Member-in-Training Representative Committee, American Psychiatric Association |
| **1992-1993** | Member-in-Training Representative, Southeastern US, American Psychiatric Association |
| **1990** | PRIDE Award for Outstanding Patient Care, University of Virginia Hospitals Charlottesville, VA |
| **1989** | Merck Award for Outstanding Medical Scholarship, University of Virginia, School of Medicine, Charlottesville, VA |
| **1988** | Alpha Omega Alpha, Medical Honor Society, University of Virginia, School of Medicine, Charlottesville, VA |
| **1981-1982** | Assistant to the President, Haverford College, Haverford, PA |
| **1981-1982** | Student Council, Haverford College, Haverford, PA |

3

REVISED:  8/26/02

| | |
|---|---|
| **1980-1983** | Resident Advisor, Haverford College, Haverford PA |
| **1979** | All-League, Pennsylvania Scholastic Tennis |

## COMMITTEES:

| | |
|---|---|
| **1998-present** | Chair, Peer Review Committee, Lakeside Alternatives, Orlando, FL |
| **1998-present** | Chair, Medical Staff Committee, Lakeside Alternatives, Orlando, FL |
| **1998-present** | Co-Chair, Pharmacy Committee, Lakeside Alternatives, Orlando, FL |
| **1995-present** | Scientific Program Committee, American Psychiatric Association |
| **1995-1998** | Joint Commission on Government Relations, American Psychiatric Association |
| **1997** | Chair, Early Career Psychiatrist Committee, Florida Psychiatric Society |
| **1995-1997** | Corporation for the Advancement of Psychiatry Board |
| **1995-1996** | Quality Assurance Committee, Center for Psychiatry, Florida Hospital, Orlando, FL |
| **1995-1996** | Medical Executive Committee, Center for Psychiatry, Florida Hospital Orlando, FL |
| **1994-1995** | Utilization Review Committee, University of Chicago Hospitals |
| **1994-1995** | Quality Assurance Committee, Dept. of Psychiatry, University of Chicago |
| **1994-1995** | Residency Training Committee, Dept. of Psychiatry, University of Chicago |
| **1994-1995** | Executive Committee, Dept. of Psychiatry, University of Chicago |
| **1995** | US Senate Working Group on Mental Health, 103rd Congress |
| **1993-1994** | Assembly Executive Committee, American Psychiatric Association |
| **1993-1994** | Planning Committee, American Psychiatric Association |
| **1993-1994** | Chair, Assembly Member-in-Training Committee, American Psychiatric Association |
| **1992-1993** | Membership Committee, American Psychiatric Association |
| **1992-1993** | Assembly Member-in-Training Committee, American Psychiatric Association |
| **1988-1991** | Admissions Committee, University of Virginia, School of Medicine |
| **1981-1983** | Student Council, Haverford College, Haverford, PA |

4                                                           REVISED:  8/26/02

**PROFESSIONAL ORGANIZATIONS:**

American Psychiatric Association

Florida Psychiatric Society

Association of Geriatric Psychiatry

American Medical Association

Florida Medical Association

Academy of Psychosomatic Medicine, Fellow 11/96

Association of Medicine and Psychiatry

National & Local Alliance for the Mentally Ill.

National & Local Mental Health Association

**CERTIFICATION:**

National Board of Medical Examiners; July 1, 1990, Diplomate # 377171

American Board of Internal Medicine; December 6, 1993, Diplomate # 150744

American Board of Psychiatry and Neurology; October 30, 1995, Diplomate # 41674

**LICENSURE:**

Drug Enforcement Agency; 1989, number available upon request

Virginia Medical License; June 29, 1990, # 0101045374

Pennsylvania Medical License; July 24, 1992, # MD-047674-L

Illinois Medical License; July 31, 1994, # 003-036-089225-01 (Inactive)

Florida Medical License; July 3, 1995, # ME-0068720

**RESEARCH TRAINING:**

| | |
|---|---|
| **1993-1994** | A Randomized Comparative Study of Paroxetine in the Treatment of Depression as Used in a Clinical Practice Setting; Anita Clayton, MD and Catherine Leslie, MD, Dept. of Psychiatric Medicine, University of Virginia, Charlottesville, VA |
| **1988-1989** | Development of Mesolimbic and Mesocortical Dopamine Systems; James P. Bennett, MD, PhD and Catherine Leslie, MD, Depts. of Neurology, Pharmacology, and Psychiatric Medicine, University of Virginia, Charlottesville, VA |

5                                                      REVISED:  8/26/02

| | |
|---|---|
| 1984 | Role of Thromboxane A2 in Renal Vasoconstriction; E. Darracot Vaughn, MD Cornell University, School of Medicine, New York, NY |
| 1982-1983 | E. coli 16s rRNA Structure and Function; Dr. Melvin Santer, Haverford College, Haverford, PA |

## CLINICAL RESEARCH:

Clinical Trials Investigator

1) Double-Blind, Randomized Comparison and Placebo Controlled Studies:

    a) Seroquel vs chlorpromazine in the treatment of subjects with treatment-resistant schizophrenia

    b) A comparison of the effects on sexual functioning of Wellbutrin SR (bupropion HCl) and sertraline in outpatients with moderate to severe recurrent major depression

    c) Safety and efficacy of lamotrigine in the treatment of a major depressive episode in patients with bipolar disorder

    d) Safety and efficacy of lamotrigine in the long-term prevention of mood episodes in patients with bipolar disorder with rapid cycling

    e) Efficacy and safety of lamotrigine, desipramine, and placebo in outpatients with unipolar depression

    f) Aripirazole in the treatment of psychosis

    g) Clozaril vs Zyprexa in the reduction of suicidality in patients with schizophrenia and schizoaffective disorder who are at risk for suicide

    h) Depakote in the treatment of signs and symtoms of mania in elderly patients with dementia

    i) Efficacy and safety of Seroquel, haloperidol, and placebo in elderly subjects residing in nursing homes with Alzheimer's dementia and psychosis or other psychoses

    j) Safety and efficacy of lamotrigine compared to placebo and lithium in the treatment of an acute manic or mixed episode in patients who have bipolar disorder

    k) Olanzapine vs placebo added to mood stabilizers in the treatment of bipolar disorder

    l) Safety and outcome of treatment with oral ziprasidone in subjects with mania who are receiving lithium

    m) OPC-14523 vs. Prozac in the treatment of patients with moderate depression

    n) Ro 64-0796 used in elderly subjects for the prevention of clinical influenza during influenza season

    o) Safety and efficacy of SR 46349B in schizophrenic patients

    p) Safety and efficacy of SR 141716B in schizophrenic patients

6                        REVISED: 8/26/02

2) Single-Blind Studies

   a)  Intramuscular ziprasidone vs haloperidol followed by treatment with oral ziprasidone vs haloperidol in subjects with a diagnosis of psychotic disorder

   b)  Intramuscular ziprasidone in subjects with psychosis and acute agitation

3)   Outcome & Extension Studies

   a)  Paroxetine in the treatment of depression in a clinical practice setting

   b)  Seroquel vs usual care health outcomes in subjects with schizophrenia and schizoaffective disorder

   c)  Risperidone vs haloperidol for prevention of relaspe in subjects with schizophrenia and schizoaffective disorder

   d)  Safety and efficacy of donepezil in patients with Alzheimer's disease

   e)  Outcome of oral ziprasidone in the treatment of subjects who have participated in previous ziprasidone clinical trials

   f)  Long-term safety of aripiprazole in patients with psychosis

   g)  Flexible-dose continuation study of Lamictal (lamotrigine) in patients with bipolar disorder

   h)  Safety and outcome of 40-160mg daily of oral ziprasidone in the treatment of subjects with mania

   i)  Open-label, treatment-switching study from oral antipsychotic monotherapy to oral aripiprazole in the treatment of chronic schizophrenic and schizoaffective patients

   j)  Open-label, follow-on study of the long-term safety of aripiprazole orally in patients with psychotic disorders or psychotic behaviors of dementia

   k)  Olanzapine versus placebo in the prevention of relapse in bipolar disorder

   l)  Cost-effectiveness and functional outcomes olanzapine in the treatment of schizophrenia in usual clinical practice: a randomized clinical study

**PUBLICATIONS:**

Cutler, AJ, Goldstein, JM, Tumas, JA:  Dosing and switching strategies for quetiapine fumarate. *Clinical Therapeutics* 24(2),209-222, 2002

Tariot PN, Schneider LS, Mintzer JE, Cutler AJ, et al: Safety and tolerability of divalproex sodium in the treatment of signs and symptoms of mania in elderly patients with dementia: results of a double-blind, placebo-controlled trial. *Current Therapeutic Research.* 2001; 62 (1): 51-67

Cutler AJ, Cantillon M, Goldstein JM: Dosing and switching strategies for seroquel (quetiapine fumarate), a new dibenzothiazepine atypical antipsychotic. ( Submitted to *Clinical Therapeutics*)

                    REVISED:  8/26/02

Wallace MB, Lim, J, Cutler, A, Bucci L.  Effects of dehydroepiandrosterone vs. androstenedione supplementation in men.  *Med Sci Sports Exercise.*  1999 Dec; 31(12):1788-92

Cutler AJ: Domestic violence. *Psychiatry* 25 (11 & 12), 1996 Audio Digest Foundation

Cutler AJ: Sleep apnea. *Medical Update for Psychiatrists* 1(4): 127-130, 1996

Cutler AJ: Asthma: recent trends in diagnosis and management. *Medical Update for Psychiatrists* 1(2):34-40, 1996

Cutler AJ: Recognition and management of hypertension by psychiatric physicians. *Medical Update for Psychiatrists* 1(1):5-12, 1996

Shaffer ER, Cutler AJ, Wellstone PD: Coverage of mental health and substance abuse services under a single-payer health care system. *Hospital and Community Psychiatry* 45:916-919, 1994

Leslie CA, Robertson MW, Cutler AJ, Bennett JP: Postnatal development of D1 dopamine receptors in the medial prefrontal cortex, striatum, and nucleus accumbens of normal and neonatal 6-hydroxydopamine treated rats: a quantitative autoradiographic analysis. *Developmental Brain Research* 62:109-114, 1996

**ABSTRACTS:**

Tariot P, Schneider L, Mintzer J, Cutler A, et al: Safety and tolerability of divalproex sodium in the treatment of signs and symptoms of mania in elderly patients with dementia: results of a double-blind, placebo-controlled trial. To be presented at the 153rd annual meeting of the American Psychiatric Association; May 2000, Chicago, IL

**EXPERT APPEARANCES:**

America's Health Network, national cable health channel

WFTV (ABC), Orlando, FL; WCPX (CBS), Orlando, FL; WTLN Radio, Orlando, FL; CSPAN

**PRINT FEATURES:**

Internal Medicine News; Psychiatric News; Psychiatric Times; Clinical Psychiatry News, New York Times, Newsweek

**OTHER:**

**1985-1990**     Jazz Disc Jockey, WTJU, Charlottesville, VA.

**COMMUNITY ACTIVITIES:**

**1998-present**     Board Member, Fountainbrook Homeowner's Association

**1998-present**     Board Member, Mental Health Association of Central Florida

**1998-present**     Vice President, Jewish Family Services of Orlando

**1997-present**     Board Member, Jewish Family Services of Orlando

**1998-1999**     Board Member, Coalition for the Homeless of Central Florida

8                                                    REVISED:  8/26/02

9                                          REVISED:  8/26/02

CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE

UNITED STATES DEPARTMENT OF JUSTICE

DRUG ENFORCEMENT ADMINISTRATION

WASHINGTON, D.C. 20537

Sections 304 and 1008 (21 U.S.C. 824 and 958) of the Controlled Substances Act of 1970, as amended, provide that the Attorney General may revoke or suspend a registration to manufacture, distribute, dispense, import or export a controlled substance.

| DEA REGISTRATION NUMBER | THIS REGISTRATION EXPIRES | FEE PAID |
|---|---|---|
| BC2566935 | 08-31-2005 | $210.00 |

| SCHEDULES | BUSINESS ACTIVITY | DATE ISSUED |
|---|---|---|
| 2,2N,3,3N,4,5 | PRACTITIONER | 08-19-2002 |

CUTLER, ANDREW J MD
807 W. MORSE BLVD
SUITE 101
WINTER PARK, FL          32789

Form DEA-223 (10/96)

THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, BUSINESS ACTIVITY, OR VALID AFTER THE EXPIRATION DATE.

5077US/0049 : 0010

AC#0783680

**STATE OF FLORIDA**
**DEPARTMENT OF HEALTH**
**DIVISION OF MEDICAL QUALITY ASSURANCE**

| DATE | LICENSE NO. | CONTROL NO. |
|------|-------------|-------------|
| 12/21/2001 | ME 68720 | 72983 |

THE MEDICAL DOCTOR
NAMED BELOW HAS MET ALL REQUIREMENTS OF
THE LAWS AND RULES OF THE STATE OF FLORIDA.

EXPIRATION DATE: **JANUARY 31, 2004**

ANDREW JON CUTLER
807 W. MORSE BLVD.
SUITE 101
WINTER PARK, FL  32789

AT LEAST 90 DAYS PRIOR TO THE
EXPIRATION DATE SHOWN ON
THIS LICENSE, A NOTICE OF
RENEWAL WILL BE SENT TO
YOUR LAST KNOWN ADDRESS.
IF YOU HAVE NOT RECEIVED
YOUR NOTICE 60 DAYS PRIOR
TO THE EXPIRATION DATE,
PLEASE CALL (850) 410-3359.

JEB BUSH
GOVERNOR     DISPLAY IF REQUIRED BY LAW

JOHN O. AGWUNOBI, M.D., M.B.A.
SECRETARY

5077US/0049 : 0011

# Bernadette B. D'Souza, MD

**Office:**

Midwest Clinical Research Center.LLC
9000 North Main Street, Suite 234
Dayton, Ohio 45415
Phone:937-836-8899
Fax: 937-836-1121
bdsouza@midwestclinical.com

**Home:**


REDACTED

## Curriculum Vitae

**Professional Experience:**

<u>February, 2002- present</u>

    **Chief Executive Officer,**
**Midwest Clinical Research Center. LLC**
9000 North Main Street, Suite 234
Dayton, Ohio 45415

<u>April, 2001-present</u>

    **Adjunct Associate Professor of Pharmaceutical**
**Services**
College of Pharmacy
University of Cincinnati
3223 Eden Avenue
Cincinnati, Ohio 45267

<u>March, 2000-July, 2002</u>

    **Assistant Director of Clinical Affairs, Mental Health**
**Service Line**
Cincinnati VA Medical Center
3200 Vine Street
Cincinnati, Ohio 45220

<u>December, 1997-March, 2000</u>

    **Director, General Psychiatry Division**
Cincinnati VA Medical Center
3200 Vine Street
Cincinnati, Ohio 45220

<u>September, 1988-present</u>

    **Associate Professor of Clinical Psychiatry**
Department of Psychiatry
University of Cincinnati College of Medicine
231 Bethesda Avenue
Cincinnati, Ohio 45267

<u>May, 1993-December, 1997</u>

    **Director, Ambulatory Care Psychiatry**
Cincinnati VA Medical Center
3200 Vine Street
Cincinnati, Ohio 45220

<u>September, 1991-May, 1993</u>

    **Acting Chief of Psychiatry**
Cincinnati VA Medical Center
3200 Vine Street
Cincinnati, Ohio 45220

<u>July, 1983-June, 1992</u>

    **PGY-1 Coordinator**

8/30/02

Department of Psychiatry
University of Cincinnati College of Medicine
231 Bethesda Avenue
Cincinnati, Ohio 45267

January, 1989-September, 1991 — **Director, MHC/HCMI**
Cincinnati VA Medical Center
3200 Vine Street
Cincinnati, Ohio 45220

September, 1987-December, 1988 — **Associate Director, Ambulatory Care Psychiatry**
Cincinnati VA Medical Center
3200 Vine Street
Cincinnati, Ohio 45220

March, 1980-August, 1988 — **Assistant Professor of Clinical Psychiatry**
Department of Psychiatry
University of Cincinnati College of Medicine
231 Bethesda Avenue
Cincinnati, Ohio 45267

March, 1980-June, 1981 — **Medical Director, Psychiatric Evaluation Center**
Cincinnati VA Medical Center
3200 Vine Street
Cincinnati, Ohio 45220

July, 1979-March, 1980 — **Staff Psychiatrist/Instructor**
Rollman Psychiatric Institute
3009 Burnet Avenue
Cincinnati, Ohio 45219

**Education and Training:**

July, 1976-June, 1979 — Rollman Psychiatric Institute, Cincinnati, Ohio
Psychiatric Residency

December, 1975-May, 1976 — University of Cincinnati Medical College, Cincinnati, Oh
Anesthesia Residency

July, 1974-January, 1975 — Safdarjang Hospital, New Delhi, India
Medicine Residency

July, 1968-June, 1973 — Armed Forces Medical College, Pune, India
Medical Student, lead to MD

**Examinations:**

- FLEX       July, 1977
- ECFMG     June, 1975

**Board Certification:**

November, 1982 American Board of Psychiatry & Neurology

Served as an Examiner for the Board November, 1993 and June, 1995

**Licensure:**

- Ohio        42602
- Kentucky   19281

**Publications:**

Book Chapter    Baker, D. G., and **D'Souza, B.** (1993).
Treatment of the VA Patient.
In: **Manual of Clinical Psychiatry**, APA Press, Washington, D.C.

**Presentations:**

- November, 1993. TQI and Use of TQM Tools. Knoxville VA Medical Center, Knoxville, Iowa.

- May, 1993. History of Suicide Attempts: A Trait Variable? (poster). American Psychiatric Association Annual Meeting, San Francisco, California.

- May, 1987. Revamping the Residency Curriculum (workshop). American Psychiatric Association Annual Meeting, Chicago, Illinois.

- April, 1986. Outpatient Treatment of Chronically Mentally Ill Veterans. Allen Park VA Medical Center, Detroit, Michigan.

- November, 1984. Psychopharmacology Review. Armed Forces Medical College, Pune, India.

**Grant Writing/Workgroups:**

Member of Committee for Homeless Mentally Ill Veterans Program
(Wrote proposal and obtained $500,000 funding for new program)

Member of Task Force for MEDIPP Proposal for Adult Day Health Care Program

VA Consultant for Development of Clinical Indicators
Washington, D.C., April, 1992

**Clinical Trials:**

- XXX: Phase III, Randomized, Double-blind, Placebo-Controlled study of the Safety and Efficacy of patients with Major Depressive Disorders with psychotic features.
Sponsor: Corcept Therapeutics Incorporated

- XXX: Phase III, Randomized, Double-Blind, Placebo-Controlled Study of Safety and Efficacy of XXX in Patients with Major Depressive Disorder with Psychotic Features Who are not Receiving Antidepressants or Antipsychotics.
Sponsor: Corcept Therapeutics Incorporated

- XXX: A Phase III, Open-Label Study of the Safety and Efficacy of XXX in Patients with Major Depressive Disorder with Psychotic Features Who Have Previously Demonstrated a Rapid Response to either C-1073 or Placebo in Study C-1073-02 or C-1073-03.
Sponsor: Corcept Therapeutics Incorporated

- Phase I, Double-blind, Randomized, Parallel Group Study of CSF 5-H1AA Concentrations during CP-448, 187 Challenge in Healthy Volunteers.
Sponsor: Pfizer

- Placebo-Controlled Evaluation of the Safety and Efficacy of XXX in the Prevention of Depression Relapse.
  Sponsor: Forest Laboratories

- Fixed Dose Comparison of the Safety and Efficacy of XXX, Citalopram, and Placebo in the Treatment of Major Depressive Disorder.
  Sponsor: Forest Laboratories

- An Open-Label Follow-on Study of the Long-Term Safety of Aripiprazole in Patients with Chronic Schizophrenia.
  Sponsor: Otsuka America Pharmaceutical, Inc.

- A Multi-Center, Randomized, Double-Blind, Active-Controlled Study to Compare the LongTermMaintenance Effects and Safety of Aripiprazole and Haloperidol Following Acute Relapse in Schizophrenic Patients.
  Sponsor: Otsuka America Pharmaceutical, Inc.

- TAP Holdings, Inc. "Phase II Multicenter Randomized Comparison of XXX Versus Placebo in the Treatment of Subjects with Major Depressive Disorder"

- An Eight-Week, Double-Blind, Placebo-Controlled Study of 2, 20, 50, and 100 mg Flibanserin b.i.d. and Paroxetine q.d. in Patients with Major Depressive Disorder .
  Sponsor: Boehringer-Ingelheim Pharmaceuticals, Inc.

- Double-Blind, Placebo-Controlled Study of Venlafaxine and Fluoxetine in Geriatric Outpatients with Major Depression .
  Sponsor: Wyeth-Ayerst Laboratories

- Safety and Efficacy of Risperidone 8 mg QD and 4 mg QD Compared to Placebo in the Treatment of Schizophrenia .
  Sponsor: Janssen Research Foundation

- Dose-Response Study in the Treatment of Negative Symptoms of Schizophrenia with XXX .
  Sponsor: Boehringer Ingelheim/The Upjohn Company

- A Placebo-Controlled, Double-Blind, Parallel-Group Safety and Efficacy Trial of XXX in Posttraumatic Stress Disorder .
  Sponsor: Ciba-Geigy Corp.

- A Multicenter, Randomized, Double-Blind, Study of XXX Versus Placebo in the Treatment of Acutely Manic Patients with Bipolar Disorder.
  Bristol-Myers Squibb

- An Open-Label Follow-On Study of the Long-Term Safety of XXX in Patients with Psychosis.
  Otsuka America Pharmaceutical

- A Phase III Double-Blind Placebo Controlled Study of XXX in the Treatment of Psychosis.
  Otsuka America Pharmaceutical

- A Multicenter, Randomized, Double-Blind, Placebo Controlled Study of Three Fixed Doses of XXX in the Treatment of Patients with Acute Schizophrenia.
  Bristol-Myers Squibb

- A Multicenter, Randomized, Double-Blind, Placebo Controlled Study of Two Fixed Doses of XXX in the Treatment of Hospitalized Patients With Acute Mania.
  Bristol-Myers Squibb

- A Multicenter, Randomized, Double-Blind, Placebo Controlled Study of XXX in the Maintenance Treatment of Patients With Bipolar Disorder..
  Bristol-Myers Squibb

- A Double-Blind, Placebo-Controlled, Multicenter Study of the Long-Term Efficacy of XXX in the Maintenance of Antidepressant Effect in Geriatric Outpatients With Major Depressive Disorder.
  Merck

- A Double-Blind, Three-Armed, Fixed-Dose, Placebo-Controlled Dose-Finding Study with Sublingual XXX in Subjects with Acute Phase Schizophrenia..
  Organon

- Long-term Maintenance of Subjects with Schizophrenia with XXX
  Organon

- The Efficacy and Safety of flexible dosage ranges of Risperidone vs. Placebo in the treatment of manic episodes associated with Bipolar I Disorder..
  Janssen Pharmaceutica Products

- A 9-Week, Multicenter, Safety Trial of Flexible Dose Ranges of Risperidone in the Treatment of Manic Episodes Associated with Bipolar I Disorder.
  Janssen Pharmaceutica Products

- A Multicenter, Double-Blind, Randomized Comparison of the Efficacy and Safety of Sustained-release Formulation Quetiapine Fumarate (SEROQUEL™) and Placebo in the Treatment of Patients with Schizophrenia..
  AstraZeneca Pharmaceuticals

**Military Experience:**

| | |
|---|---|
| <u>February, 1988</u> | Commissioned as Captain in the US Army Reserves. Colonel in the Air Force Reserve, Medical Corps. |
| <u>May, 1990</u> | Combat Casualty Care Course<br>Fort McCoy, Wisconsin |
| <u>December, 1992</u> | Advanced Cardiac Life Support Certification<br>Wright Patterson Air Force Base, Dayton, Ohio |
| <u>April, 1997</u> | Graduate of Air War College<br>Maxwell Air Force Base, Montgomery, Alabama |

**Professional Association Memberships:**

- American Psychiatric Association
- Ohio Psychiatric Association
- Association of Indian Physicians of Greater Cincinnati
- Association of Military Surgeons of the US
- National Association of VA Physicians

**Professional References:**

- Jerald Kay, MD
  Chair, Department of Psychiatry
  Wright State University
  Dayton, Ohio 45220
  REDACTED

- J. Randolph Hillard, MD
  Chair, Department of Psychiatry
  University of Cincinnati College of Medicine
  231 Bethesda Avenue
  Cincinnati, Ohio 45267
  REDACTED

- Thomas Geracioti, MD
  Chief, Mental Health Service Line
  Cincinnati VA Medical Center
  3200 Vine Street
  Cincinnati, Ohio 45220
  REDACTED

**STATE MEDICAL BOARD OF OHIO**
77 S. High St., Columbus, Ohio 43266-0315
www.state.oh.us/med/

EXPIRES : 04/01/2003     LICENSE NUMBER
35-04-2602-D

Between 01/02/01 and 01/01/03
you must complete and maintain
documentation of 100 hours
of CME. (40 in Category I)

BERNADETTE B. D'SOUZA,MD

is duly registered and entitled to practice in The State of Ohio
until the expiration date.     AUDIT # :068778

As a physician or podiatrist practicing in the State
of Ohio, you are responsible for:
• Keeping informed of new laws and rules pertaining
  to your profession.
• Reporting any violations of the Medical Practices Act
  to our complaint hotline at 1-800-554-7717.
• Notifying the board in writing within 30 days of any
  change in your address - (residence and principle
  practice)
• Completing and maintaining documentation of CME.
Access website at www.state.oh.us/med/ to obtain
current information from the board.

Signature

5077US/0049 : 0011

166

507?US/0049: 0013

*NPE 9/11/2002*

# NARESH PATRICK EMMANUEL M.D.

Carolina Clinical Research Services LLC
712 Richland Street, Suite H
Columbia, SC 29201
Phone:(803) 988-0080      Fax: (803) 988-0085
Mobile: REDACTED

**HOME ADDRESS**:

REDACTED

**BIRTHPLACE**:        Philadelphia, Pennsylvania

**MARITAL STATUS**:    Married, one daughter

**MEDICAL SPECIALTY**: Medical Specialty: Psychiatry

**EDUCATION**:

Medical:        Karnatak University, Jawarharlal Nheru Medical College,
                Belgaum, Karnatak State, India.
                Degree:Bachelor of Medicine & Bachelor of Surgery
                (MBBS) 1976-1981.

Internship:     State University of New York at Stony Brook Clinical
                Campus. Nassau County Medical Center, East Meadow.
                1986-1987

Residency:      State University of New York at Stony Brook Clinical
                Campus. Nassau County Medical Center, East Meadow.
                1987-1990.

Fellowship:     Medical University of South Carolina. Clinical
                Research Program in Anxiety Disorders with
                James C. Ballenger M.D. & R. Bruce  Lydiard Ph.D.
                M.D. 1990-1992.

May 18th 2002            Page 1 of 23

**MEDICAL LICENSURE:**

> South Carolina - 14837
> New York - 180 498
> Virginia - 44985
> North Carolina - 39796
> Education Commission for Foreign Medical Graduates 1982
> Federal Licensing Examination (FLEX)

**SPECIALITY CERTIFICATION:**

Diplomat, American Board of Psychiatry and Neurology     1998       #45089

**FACULTY APPOINTMENTS:**

| | |
|---|---|
| 1990-1992 | Instructor in Psychiatry, Medical University of South Carolina. July 1990-June 1992 |
| 1992-2002 | Assistant Professor in Psychiatry, Medical University of South Carolina. July 1992-present |
| 1997-2002 | Medical Director - MUSC Clinical Research Associates, 712 Richland Street, Suite J, Columbia, SC 29201. |

**HOSPITAL APPOINTMENTS:**

| | |
|---|---|
| 1990-1992 | Clinical and Research Fellow in Psychiatry, Medical University of South Carolina |
| 1992-2002 | Attending Physician, Department of Psychiatry, Medical University of South Carolina |

**MAJOR COMMITTEE ASSIGNMENTS:**

2000- 2002          Full Member MUSC IRB Board

**PROFESSIONAL MEMBERSHIP:**

> Member South Carolina Medical Association (SCMA)
> Member Drug Information of America (DIA)
> Member Association of Clinical Research Professionals
>                                             (ACRP)

May 18th, 2002                    **Page 2 of 23**

## RESEARCH EXPERIENCE:

2000-2002   **Principal investigator,** Forrest Laboratories "Flexible Dose Comparison of the Safety and Efficacy of Lu 26-054, Racemic Citalopram, and Placebo in the treatment of GAD."

2000-2002.   **Principal investigator,** Pfizer, "A Randomized, Double-Blind, Placebo-Controlled, Flexible Dosage Study To Evaluaate The Efficacy And Tolerability Of Sertraline In Subjects Diagnosed With DSM-IV Generalized Anxiety Disorder."

2000-2002   **Principal investigator,** Wyeth-Ayerst Research, Inc., "A six-month, double-blind, placebo-controlled, parallel-group comparison of Venlafaxine ER capsules and placebo in outpatients with Generalized Social Anxiety disorder."

2000-2002   **Principal investigator,** Sanofi-Synthelabo Inc. "DRI 3650: A double-blind, placebo and paroxetine controlled multicenter, dose ranging study evaluating the efficacy and safety of SR142801 in outpatient with Major Depressive Disorder.

1998-2000   **Principal investigator,** Biovail Laboratories "A double-blind, randomized, placebo-controlled, parallel group, fixed-dose study of the safety, tolerability and efficacy of 30 mg and 90 mg buspirone hydrochloride extended release compared to placebo in patients with generalized anxiety disorder."

2000-2001    **Principal investigator,** Biovail Laboratories "A double-blind, randomized, placebo-controlled, parallel group, fixed-dose study of the safety, tolerability and efficacy of 30 mg and 90 mg buspirone hydrochloride extended release compared to placebo in patients with generalized anxiety disorder. A three month extension"

1998-2000    **Principal investigator,** Biovail Laboratories "A double-blind, randomized, placebo-controlled, parallel group, fixed-dose study of the safety, tolerability and efficacy of 30 mg and 90 mg buspirone hydrochloride extended release compared to placebo in patients with generalized anxiety disorder. A nine month extension"

1999-2001   **Principal investigator,** Solvay Pharmaceuticals "A study of low dose flesinoxan, in patients with generalized anxiety disorder (GAD;DSMIV). A randomized double-blind, placebo controlled, parallel-group, multicenter study to assess efficacy and safety."

1999-2000   **Principal Investigator,** Glaxo Wellcome "A Randomized, Multicenter,

May 18th·· 2002                    Page 3 of 23

Double-blind, Placebo Controlled, Fixed Dose, 7-week Evaluation of the Efficacy and Safety of Lamotrigine in Treatment of a Major Depressive Episode in Unipolar Depressed Patients"

1992-1997    **Principal investigator**, "Imipramine vs.Placebo in the treatment of Social Phobia" Unfunded

1995-1997    **Principal Investigator**, Upjohn Company  "Pramipexole vs Placebo in the Treatment of Major Depression"

1997-1998    **Principal Investigator**, Glaxo Wellcome "Wellbutrin-SR open label in the Treatment of Social Phobia"

1998-1999    **Principal Investigator**, Bristol-Myers Squibb, "A double-blind, randomized flexible-dose trial of Buspirone transdermal or alprazolam compared to placebo in the treatment of anxious outpatients.

2000-2002    Co-Investigator, HR 9624, AstraZeneca 5099IL/0041  "A Multicenter, Double-Blind, Randomized Comparison of the Efficacy and Safety of Sustained-Release Formulation Quetiapine Fumarate (Seroquel) and Placebo in the Treatment of Patients with Schizophrenia."

2000- 2002   Co-Investigator, HR 9215, AstraZeneca 5099IL/0099 " A Multicenter, Double-Blind, Randomized, Placebo-controlled Trial of the Safety and Efficacy of Seroquel (Quetiapine Fumarate) as Add-on Therapy with Lithium or Divalproex in the Treatment of Acute Mania"

2000-2002    Co-Investigator, Janssen, Weight Gain, "Effects of Risperidone and Olanzapine on Weight Gain, Physical Health, Outcome in a Community Sample of Severely and Persistently Ill Patients.

2000-2002    Co- Investigator, NIH/NIMH, "Clinical Antipsychotic Trials of Intervention Effectiveness (CATIE)."

2000-2002     Co-Investigator, R.W. Johnson, "A placebo controlled 12 week study of the safety and efficacy of two doses of topiramate versus placebo for the treatment of acute mania or mixed episodes in subjects with bipolar I disorder with optimal open-label extension.

2000-2000    Co-Investigator, GlaxoWellcome, "A multi-center, double-blind, placebo-controlled, randomized, flexible-dose  evaluation of the safety and efficacy of lamotrigine in the long-term prevention of relapse  and recurrence of mania and/or depression in patients with bipolar I disorder."

May 18th. 2002                  **Page 4 of 23**

| | |
|---|---|
| 2000-2001 | Co- Investigator, Warner-Lambert Co., "Placebo-controlled study of Pregabalin and Paroxetine in patients with panic disorder." |
| 2000-2001 | Co- Investigator, Pfizer, Co., "A six-week, double-blind, placebo controlled, multi-center study to evaluate the safety and efficacy of 3 doses of CP-448,187 (0.5, 3, and 10 mg) and Fluoxetine in subjects with major depressive disorder." |
| 2000-2002 | Co-investigator, NIH (NCCAM) "R-21 Project: Screening Herbs for Drug Interactions." (P.I. John S. Markowitz Pharm.D.) |
| 1999-2002 | Co- Investigator, NIH/NIMH, "Systematic Treatment Enhancement Program, Bipolar disorder (STEP BD)." |
| 1999-2001 | Co-investigator, Forrest Laboratories "Flexible Dose Comparison of the Safety and Efficacy of Lu 26-054, Racemic Citalopram, and Placebo in theTreatment of Major Depressive Disorder" |
| 1999-2001 | Co-investigator, Forrest Laboratories, "Flexible Dose Comparison of the Safety and Efficacy of Lu 26-054, Citalopram, and Placebo in the Treatment of Panic Disorder". |
| 1999-2002 | Co-investigator, Glaxo-Wellcome, " Open Label, Safety and Effectiveness of Bupropion-SR for Panic Disorder." |
| 1999-2000 | Co-Investigator, Solvay Pharmaceuticals, "A twelve week, randomized, double-blind, placebo-controlled, flexible-dose study Flovoxamine-CR in the treatment of Generalized Social Anxiety Disorder." |
| 1999-2000 | Co- Investigator, Bristol Myers Squibb, " An open-label comparison of the efficacy of Serzone  vs. Zoloft in patients with generalized anxiety disorder." |
| 1999-2000 | Co-Investigator, Solvay Pharmaceuticals, "A study of low dose Flesinoxan in patients with generalized anxiety disorder (GAD; DSM A randomized, double-blind, placebo-controlled, parallel-group, multi center to assess the efficacy and safety." |
| 1999-2000 | Co-Investigator, Forest Labs, Inc., "A flexible-dose comparison of the safety and efficacy of LU 26-054, Citalopram, and placebo in the treatment of major depressive disorder." |
| 1999-2000 | Co- Investigator, Forest Labs, Inc., "A flexible-dose comparison of the safety and efficacy of LU 26-054, citalopram, and placebo in the treatment of panic disorder." |

May 18th. 2002                    Page 5 of 23

| | |
|---|---|
| 1999-2000 | Co-Investigator, Pharmacia & Upjohn, " Open label reboxetine rescue and continuation therapy." |
| 1999-2001 | Co-Investigator, Eli Lilly, "Long term open label treatment with r Fluoxetine for the evaluation of safety." |
| 1999-2000 | Co-Investigator, Warner Lambert/Parke Davis, "Pregabalin and paroxetine in patients with panic disorder." |
| 1999-2001 | Co-Investigator, Forest Labs, Inc. "LU-26-054 in the prevention of depression relapse." |
| 1999-2002 | Co-Investigator, Parke-Davis, "Open-label safety study of Pregabalin (CI-1008) in patients with anxiety disorders." |
| 1999-2003 | Co-Investigator, Parke-Davis, "A placebo-controlled study of Pregabalin and Alporazolam in patients with generalized anxiety disorder." |
| 1999- 2000 | Co-investigator, Parke-Davis Pharmaceuticals "A Placebo-Controlled Study of Pregabalin and Paroxetine in Patients with Panic Disorder" |
| 1999- 2000 | Co-investigator, Parke-Davis Pharmaceuticals "A Placebo-Controlled Study of Pregabalin, Alprazolam and Placebo in Patients with Generalized Anxiety Disorder" |
| 1999-2000 | Co-investigator, Pfizer Inc. A Multi-Centered Randomized Double-Blind Placebo Controlled trial of Sertraline for Acute Treatment of DSM-IV Generalized Social Phobia in Outpatients " |
| 1999- 2001 | Co-investigator, Solvay Pharmaceuticals." Venlafaxine vs Placebo in the treatment of Social Phobia." |
| 1999-2000 | Co-investigator, Eli Lilly & Co. "Open Label R-fluoxetine in the Treatment of Major Depression." |
| 1999-2000 | Co-investigator, Pharmacia & Upjohn Inc. " A Placebo-Controlled Study of Reboxetine vs Placebo in the treatment of Major Depression in patients resistant to Fluoxetine." |
| 1999-2001 | Co-Investigator, Pharmacia & Upjohn, "Reboxetine vs. placebo in the treatment of major depressive disorder resistant to Fluoxetine." |

May 18th, 2002                    Page 6 of 23

1999-1999    Co-investigator, Novartis. A Randomized, Double-Blind, Dose-Range
             Finding, Multicenter, Parallel Group, Active and Placebo Controlled Trial
             of the Safety and Efficacy of NKP608A in Patients with Moderate to
             Severe Major Depressive Disorder."

1998-1999    Co-Investigator, Glaxo Wellcome, "A multi-center, double-blind,
             placebo-controlled, randomized, fixed-dose evaluation of the safety and
             efficacy of Lamotrigine in the long-term prevention of relapse and
             recurrence of depression and/or mania in patients with bipolar I disorder."

1998-2000    Co- Investigator, Neurosearch, "A double-blind, randomized,
             placebo-controlled, safety, tolerability, and pilot efficacy study of NS
             2710 (ME3127) Compared to placebo in patients with generalized anxiety
             disorder."

1998-2000    Co-Investigator, Novartis Pharmaccuticals Corporation. "Safety and
             efficacy of 4 doses of NKP608A in Social Phobia."

1998-2001    Co- Investigator, Novartis Pharmaceuticals Corporation, "NKP608A
             in patients with  moderate to severe  major  depressive disorder."

1998-2000    Co-Investigator, SmithKline Beecham Corporation, "Paroxetine vs.
             placebo treatment of outpatients with IBS."

1998-1999    Co-Investigator, Vanderbilt University, "An eight-week, multi
             center, parallel-group, double-blind, placebo-controlled study of St. john's
             wort  in outpatients with DSM-IV major depression."

1998- 1999   Co-investigator, Sanofi-Synthelabo SA "Befloxatone vs. Placebo in
             Outpatients with Moderate to Severe Major Depressive Disorder."

1998- 1999   Co-investigator, Parke-Davis Pharmaceuticals "An Open Label Evaluation
             of the Efficacy, Safety, and Dosing of Citalopram in Outpatients with
             Depression."

1998- 1999   Co-investigator, Forest Laboratories "A Placebo-Controlled Study of
             Pregabalin and Placebo in Patients with Social Phobia."

1998- 1999   Co-investigator, Forest Laboratories "Citalopram Treatment of Depressed
             Outpatients Discontinued from Paroxetine for Adverse Events."

May 18th·· 2002                    Page 7 of 23

| | |
|---|---|
| 1998- 1999 | Co-investigator, Forest Laboratories "Citalopram Treatment of Depressed Outpatients Discontinued from Fluoxetine for Adverse Events." |
| 1998- 1999 | Co-investigator, Forest Laboratories "Citalopram Treatment in Major Depression in Fluoxetine Nonresponders." |
| 1998- 1999 | Co-investigator, Forest Laboratories "An Open Label Extension of Citalopram Treatment in Depressed Patients Discontinued from Fluoxetine or Paroxetine." |
| 1997-1998 | Co-Investigator, SmithKline Beecham, "A Randomized, Double-Blind, Fixed Dose Comparison of 20, 40, and 60 mg Daily of Paroxetine and Placebo in Generalized Social Phobia." |
| 1997-1998 | Co-Investigator, Parke-Davis Pharmaceutical, "Gabapentin Adjunctive Treatment in Patients with Bipolar Disorder." |
| 1997–1998 | Co-Investigator, GlaxoWellcome, "Open Label Bupropion Hydrochloride Sustained Release Tablets in Premenstrual Dysphoric Disorder." |
| 1997–1998 | Co-Investigator, GlaxoWellcome, "Open Label, Flexible Dosing of Wellbutrin SR in the Treatment of Generalized Social Phobia." |
| 1997-1998 | Co-Investigator, Bristol-Myers Squibb, "double-blind, Randomized Trial of Three Fixed Doses of Transdermal Buspirone vs. Placebo in Anxious Outpatients." |
| 1997-1998 | Co-Investigator, Organon, Inc., "Double-Blind, Placebo-Controlled, Fixed Dose Response Study to Define the Antidepressant Effectiveness and Sedative Properties of Remeron™ in Outpatients with Major Depression. |
| 1997–1999 | Co-Investigator, Bristol-Myers Squibb, "Flexible Dose Nefazodone vs. Placebo in Panic Disorder." |
| 1996-1997 | Co-Investigator, GlaxoWellcome. "A Multi-Center, Double-Blind, Placebo Controlled, Fixed Dose Evaluation of the Safety and Efficacy of Lamictal (Lamotrigine) in the Treatment of Major Depressive Episode in Patients Suffering from Bipolar Disorder." |
| 1996-1997 | Co-Investigator, Parke-Davis Pharmaceutical. "Placebo-Controlled Trial of Gabapentin in Patients with Panic Disorder." |
| 1996-1998 | Co-Investigator, GlaxoWellcome. "An Open, Multi-Center, Flexible Dose Continuation Study of Lamictal (Lamotrigine) in Patients with Bipolar |

May 18th, 2002       **Page 8 of 23**

Disorder."

| | |
|---|---|
| 1992-2000 | Co-Investigator, National Institutes of Mental Health. "Drug Treatment of Co-existing Panic and Major Depression." |
| 1996–1997 | Co-Investigator, Smith Kline Beecham, "Clinical Effects of Immediate Release Paroxetine and Modified Release Paroxetine in the Treatment of Major Depression." |
| 1996–1997 | Co-Investigator, SmithKline Beecham, "Flexible Dosing Trial to Evaluate the Efficacy of Modified Release Paroxetine in the Treatment of Panic Disorder." |
| 1996–1997 | Co-Investigator, University of Pittsburgh, "Psychometric Evaluation for the Structured Interview Guide for the Ham A Rating Scale (SIGH-A) in Anxiety Disorder Subjects." |
| 1996–1998 | Co-Investigator, Interneuron Pharmaceuticals, Inc., "Placebo Controlled Parallel Groups Trial of Three Doses of Pagaclone in Patients with Panic Disorder." |
| 1996–1998 | Co-Investigator, Wyeth Ayerst Research, "Venlafaxine ER in GAD Outpatients." |
| 1996–1998 | Co-Investigator, Pfizer, "Double-Blind Placebo Controlled Fixed Dose Sertraline in Premenstrual Syndrome." |
| 1995-1996 | Co-Investigator, Bristol-Myers Squibb. "Open-Label Study of Serzone in Outpatients with Depression" |
| 1995-1996 | Co-Investigator, Akzo Nobel. "An Eight-Week Placebo-Controlled Study of ORG 4428 in Outpatients with Major Depression" |
| 1995-1996 | Co-Investigator, Akzo Nobel. "A Long-Term, Placebo-Controlled Study of ORG 4428 in Outpatients with Major Depression" |
| 1995-1996 | Co-Investigator, SmithKline Beecham. "Comparison of Paroxetine and Placebo in the Treatment of Generalized Social Phobia" |
| 1994–1995 | Co-Investigator, Parke-Davis. "A Double-Blind, Placebo-Controlled, Six-Week Study of Oral CI-988 in Patients with Panic Disorder." |
| 1994–1995 | Co-Investigator, Pfizer, Inc. "Sertraline Treatment Followed by Double-Blind Comparison of Sertraline and Placebo in the Prevention of Relapse in Outpatients with Obsessive Compulsive Disorder" |
| 1994–1995 | Co-Investigator, Immunobiology Research Institute. "Basal Levels of |

May 18th 2002                     **Page 9 of 23**

Corticotropin-Releasing Factor and Thymopoietin in Patients with Panic Disorder"

1994–1995     Co-Investigator, Immunobiology Research Institute.  "Basal Levels of Corticotropin-Releasing Factor and Thymopoietin in Patients with Depression"

1994–1995     Co-Investigator, Immunobiology Research Institute.  "Basal Levels of Corticotropin-Releasing Factor and Thymopoietin in Patients with Generalized Anxiety Disorder"

1994–1995     Co-Investigator, Pfizer, Inc.  "12-Week, Double-Blind Comparison of Two Sertraline Dose Regimens in Non-Responder Outpatients with Obsessive Compulsive Disorder"

1994–1996     Co-Investigator, Solvay Pharmaceuticals.  "Flesinoxan in the Treatment of Generalized Anxiety Disorder" (M.R. Ware, PI)

1994–1996     Co-Investigator, Pfizer, Inc.  "Double-Blind Flexible Dose Parallel Comparison of Placebo and Sertraline (maximum dose 100 mg) in Outpatients with Panic Disorder"

1994–1996     Co-Investigator, Pfizer, Inc.  "One Year Open-Label Extension Study of Sertraline Followed by Double-Blind Comparison of Sertraline and Placebo in Outpatients with Panic Disorder"

1994-1996     Co-Investigator, National Institutes of Mental Health.  "IBS:  Association with Psychiatry Disorders and Trauma."

1994–1997     Co-Investigator, Eli Lilly & Co..  "Fluoxetine *v.* Placebo in the Treatment of Panic Disorder"

1994-1999     Co-Investigator, National Institute on Alcohol Abuse and Alcoholism.  "Alcohol and Social Phobia:  Treatment of Dual-Diagnosis."

1993–1994     Co-Investigator, Pfizer Inc.  "A Double-Blind Comparison of Sertraline vs Paroxetine in Outpatients with Major Depression"

1993–1994     Co-Investigator, Upjohn Company.  "Adinazolam in Social Phobia"

1993–1994     Co-Investigator, Solvay Pharmaceuticals.  "Fluvoxamine in the Treatment of Depression:  A Double-Blind Multicenter Comparison with Sertraline in Outpatients"

1993–1994     Co-Investigator, SmithKline Beecham.  "Comparative Study of Paroxetine vs.

May 18th. 2002        **Page 10 of 23**

Clomipramine and Placebo in the Treatment of OCD"

1993–1994    Co-Investigator, SmithKline Beecham.  "Long-term Treatment with Paroxetine of Outpatients with OCD:  An Extension of the Comparative Study"

1993–1994    Co-Investigator, SmithKline Beecham.  "Fixed Doses of Paroxetine (10 mg, 20 mg, 40 mg) vs. Placebo in Panic Disorder"

1993–1994    Co-Investigator, SmithKline Beecham.  "Continuation Study of Fixed Doses of Paroxetine (10 mg, 20 mg, 40 mg) vs. Placebo in the Treatment of Panic Disorder"

1993–95    Co-Investigator, Glaxo.  "A Double-Blind, Placebo-Controlled Dose Escalation Study of the Safety and Efficacy of Oral Ondansetron in the Treatment of Patients with Panic Disorder"

1992–1994    Co-Investigator, Roche Inc.  "Moclobemide vs Placebo in the Treatment of Social Phobia"

1992–1994    Co-Investigator, Roche Inc.  "Moclobemide vs Placebo in the Treatment of Panic Disorder" (J.C. Ballenger, PI)

1992–1993    Co-Investigator, Glaxo, Inc.  "Ondansetron vs Placebo in the Treatment of Social Phobia"

1992–1993    Co-Investigator, Ciba-Geigy, Inc.  "Brofaramine vs Placebo in the Treatment of Social Phobia"

1992–1995    Co-Investigator, Pfizer, Inc.  "Sertraline, Desipramine, and Placebo in the Treatment of Outpatients with Obsessive-Compulsive Disorder and Major Depression"

1992–1994    Co-Investigator, Sandoz, Inc.  "Abecarnil and Alprazolam in GAD:  Long-term Treatment"

1992–1993    Co-Investigator, E. Lilly, Inc.  "Fluoxetine, Amesergide and Placebo in the Treatment of Depressed Outpatients with Normal vs. Short REM Latency"

1992–1994    Co-Investigator, Parke-Davis, Inc.  "A Double-Blind, Placebo-Controlled, Study of Oral CI-988 in Patients with Panic Disorder"

1992–1994    Co-Investigator, Glaxo, Inc.  "CSF Monoamine Metabolites in Social Phobia"

1992–1995    Co-Investigator, Hoffman-LaRoche, Inc.  "Librax vs. Librium, Quarzan and Placebo in the Treatment of Irritable Bowel Syndrome"1988–1990  Co-Investigator, Sandoz Inc., "Safety and Efficacy of ZK112–179 vs Placebo in

the Treatment of Generalized Anxiety"

1990–1991    Co-Investigator, Searle Inc. "Efficacy and Safety of SC-48274 0.25, 1 mg and 5 mg Twice Daily in Patients with Generalized Anxiety Disorder"

1990–1991    Co-Investigator, Upjohn Company. "Evaluation of Xanax SR 4 mg, 6 mg, and placebo in the Treatment of Panic Disorder with Agoraphobia"

1990–1992    Co-Investigator, Wyeth-Ayerst. "Venlafaxine vs. Placebo in Panic Disorder"

1990–present  Co-Investigator for substudy, NIH RR01070-15-19 General Clinical Research Center (Scatter Bed Costs) for RO1AA07825. "Imipramine Treatment of Alcoholics with Panic Disorder"

1990–1992    Co-Investigator, Pfizer Inc. "Sertraline, Amitriptyline, and Placebo in Outpatients with Depression"

1990–1992    Co-Investigator, Pfizer Inc. "Sertraline, Clomipramine, and Placebo in Outpatients with Obsessive Compulsive Disorder"

1990–1991    Co-Investigator, Pfizer Inc. "Open Study of Sertraline in Depressed Outpatients Discontinued from Fluoxetine"

1990–1992    Co-Investigator, Pfizer Inc. "Follow-Up Study of Sertraline in Outpatients with Obsessive Compulsive Disorder"

1990–1992    Co-Investigator, Glaxo Inc. "Ondansetron vs. Diazepam and Placebo in the Treatment of Generalized Anxiety Disorder"

1990–1992    Co-Investigator, Bristol-Myers, Inc. "Nefazodone vs Placebo in the Treatment of Depressed Outpatients"

1989–1991    Co-Investigator, Sandoz, Inc. "ZK112–179 Alprazolam and Placebo in the Treatment of Panic Disorder" (J.C. Ballenger, PI)

1989–1991    Co-Investigator, Sandoz, Inc. "ZK112–179 Alprazolam and Placebo in the Treatment of Generalized Anxiety Disorder"

1989–1994    Co-Investigator, NIAAA (RO1AA07825-01A1), "Imipramine Treatment of Alcoholics with Panic Disorder"

1988–1990    Co-Investigator, Pfizer, Inc. "Sertraline vs. Placebo in the Treatment of Obsessive-Compulsive Disorder"

May 18th 2002            Page 12 of 23

| 1999-2000 | Co-Investigator, GlaxoWellcome, "A randomized, multi-center, double blind, placebo-controlled, fixed-dose 7-week evaluation of the efficacy and safety of Lamotrigine in treatment of a major depressive episode in unipolar depressed patients." |

**REVIEWER:**

Depression & Anxiety
Psychiatric Research
Journal of Clinical Psychiatry

**TEACHING ACTIVITIES:**

**Medical Students:**

| 1992-1997 | Small Group Leader- Behavior and Medicine. For medical students. |
| 1993-2002 | Anxiety Disorders. Psychiatry Clerkship Lecture Series for medical students. |
| 1992-1994 | Introduction to Medicine, Interviewing skills, for medical students |
| 1998 | Introduction to Medicine, Interviewing skills, for medical students |
| 2000-2002 (BSMP) | Small Group Leader- Behavioral Sciences in Medical Practice |
| 1999-2002 | Small Group Leader- Longitudinal Patient Care Experience (LPCE) |

**Psychiatry Residents:**

| 1999-onwards | Herbal Remedies- fourth year psychiatry residents |
| 1993-1995 | Cross-Cultural Psychiatry. Lectures to 3rd. year psychiatry residents. |
| 1993-2002 | Obsessive-Compulsive Disorder. Anxiety disorders Seminar for third year psychiatry residents. |
| 1994-2002 | Obsessive-Compulsive Disorder. Anxiety disorders Seminar for second year psychiatry residents. |

**Physician Assistant Students:**

| 1994-2002 | Anxiety & Somatoform Disorders-Physicians Assistant Course in Psychiatry. |

**Postgraduate:**

| 1995- 2002 | Supervision, Anxiety Disorders Fellows, Department of Psychiatry, Medical University of South Carolina, Charleston, South Carolina |

**Dental Student:**

| 2000-Summer | Mentor, dental student on Bruxism and anxiety disorders. |

May 18th,· 2002           **Page 13 of 23**

**Academic Appointment:**

2000-2002          Director, Anxiety Disorders Seminar Series for psychiatry  residents,
                   Medical University of South Carolina.

## CONTINUING MEDICAL EDUCATION:

1997-2001          Weekly Anxiety Disorders Seminar and Journal Club Series,
                   Clinical Psychopharmacology Research Division, Department of
                   Psychiatry, Medical University of South Carolina.

## EXTRAMURAL PROFESSIONAL ACTIVITIES:

1997          Speakers Bureau Glaxo-Wellcome Inc. Laboratories
2002          Speakers Bureau Wyeth-Ayerst Laboratories
2000          Speakers Bureau Forrest Pharmaceuticals, Inc.
2001          Speakers Bureau Pfizer Inc.
1999          Speakers Bureau, Projects in Knowledge Inc.

## COMMUNITY SERVICES:

1990- onward          Clinical Assessments: National Depression Screening Day
1991- onward          Clinical Assessments: National Anxiety Screening Day

**Presentations:**

May 8th. 1999          "Stress Management" Vanderhorst Memorial C.M.E. Church. Part
                         of "The Woman in Me" workshop.

December 1St. 1998     "Stress Management" Our Lady of Mercy Community Outreach
                         Center. Johns Island.

April 7th. 1999        "Stress Management" Santee Cooper Health Fair,

May 18th. 2002                    **Page 14 of 23**

## PUBLICATIONS:

1.  **Emmanuel NP**, Lydiard RB Ballenger JC. "Fluoxetine treatment of exhibitionism" American Journal of Psychiatry, 148 (7): 950, 1991.

2.  **Emmanuel NP**, Lydiard RB, Ballenger JC. " Treatment of Social Phobia with Bupropion." Journal of Clinical Psychopharmacology, 11:4,276-277, 1991.

3.  **Emmanuel, NP**., Lydiard RB., & Ballenger, JC. " Blood Groups in Panic Disorder." American Journal of Psychiatry 149 (3): 410,1992.

4.  Lydiard RB., Morton WA,, **Emmanuel NP**., Zealberg JJ,, Laraia MT,, Stuart GW,, O'Neil PM., Ballenger JC. "Preliminary Report: Placebo Controlled, Double-Blind Study of the Clinical and Metabolic Effects of Desipramine in Panic Disorder." Psychopharmacology Bulletin 29: 183-188, 1993.

2.  Brawman-Mintzer O, Lydiard RB, **Emmanuel NP**, Payeur R, Johnson M, Roberts J., Jarrell MP., Ballenger JC. "Psychiatric Comorbidity in Patients with Generalized Anxiety Disorder." American Journal of Psychiatry 150:1216-1218, 1993.

3.  **Emmanuel NP**, Lydiard RB., Reynolds RD., Roberts J,, Johnson M, Mintzer O, Ballenger JC. "Plasma Pyridoxal Phosphate in Anxiety Disorders." Biological Psychiatry 36:606-608, 1994.

4.  Brawman-Mintzer O, Lydiard RB, Crawford MM., **Emmanuel NP**, Payeur R, Johnson M, Knapp RG., Ballenger JC. "Symptoms Distribution in different presentations of generalized Anxiety disorder." American Journal of Psychiatry 151:930-932,1994.

5.  Czepowicz VD, MD, Johnson MR, Lydiard RB, **Emmanuel NP**, Ware MR, Mintzer OB, Walsh MD, Ballenger JC. "Sertraline in Social Phobia" Journal of Clinical Psycho- pharmacology.5;15:372-373,1995.

6.  Brawman-Mintzer O, Lydiard RB, Phillips KA, Morton A, Czepowicz V, **Emmanuel N**, Villareal G, Johnson M, Ballenger JC: Body dysmorphic disorder in patients with anxiety disorders and major depression: a comorbidity study. Am J Psychiatry 1995; 152(11):1665-1667

7.  Ware MR, **Emmanuel N**, Johnson MR, Brawman-Mintzer O, Kapp R, Crawford-Harrison M, Lydiard RB: " Self-reported sexual dysfunctions in anxiety disorder patients'. Psychopharmacology Bulletin, 1996; 32 (3): 530.

8.  Rubey RN, Johnson MR, **Emmanuel N**, Lydiard RB. Fluoxetine in the treatment of anger: An open clinical trial. J Clin Psychiatry 57(9):398-401,1996.

May 18th 2002          **Page 15 of 23**

9.    **Emmanuel NP**, Lydiard RB., Crawford M. "Treatment of Irritable Bowel Syndrome with Fluvoxaine" American Journal of Psychiatry  154:5 711-712, 1997.

10.    Brawman-Mintzer O, Lydiard RB, Bradwejn J, Villarreal G, Knapp R, **Emmanuel N**, Ware MR, He Q, Ballenger JC: Effects of the cholecystokinin agonist pentagastrin in patients with generalized anxiety disorder. Am J Psychiatry 1997; 154(5):700-702.

11.    Labatte L, Johnson MR, Lydiard RB, Brawman-Mintzer O, **Emmanuel N**, Ballenger JC;" Sleep deprevation in panic disorder and obsessive compulsive disorder". Canadian Journal of Psychiatry. 1997; 42 (9): 982-983.

12.    **Emmanuel NP**, Jones C, Lydiard RB: Use of herbal products and symptoms of bipolar disorder. Am J Psychiatry 1998; 155(11):1627.

13.    Johnson MR, **Emmanuel N**, Crawford C, Lydiard RB, Villareal G.  Treatment of generalized anxiety disorder with venlafaxine:  A series of 11 cases.   J Clin Psychopharmacol 18(5), 1998(Oct).

14.    Johnson MR, Marazziti M, Brawman-Mintzer O, **Emmanuel NP**, Ware MR, Morton WA, Rossi A, Cassano GB, Lydiard RB: "Abnormal peripheral benzodiazepines receptor density associated with generalized social phobia". Biological Psychiatry 1998; 43: 306-309.

15.    Labatte L, Johnson MR, Lydiard RB, Brawman-Mintzer O, **Emmanuel N**, Ballenger JC;" Sleep depravation in social phobia and generalized anxiety disorder. Biological psychiatry. 1998; 43  840-842.

16.    **Emmanuel NP**, Ware MR, Brawman-Mintzer O, Ballenger JC, Lydiard RB: Once-weekly dosing of fluoxetine in the maintenance of remission in panic disorder. J Clin Psychiatry 1999; 60(5):299-301

17.    DeVane CL, Ware MR, **Emmanuel NP**, Brawman-Mintzer O, Morton WA, Villarreal G, Lydiard RB: Evaluation of the efficacy, safety and physiological effects of fluvoxamine in social phobia. Int Clin Psychopharmacol 1999; 14(6):345-351

18.    **Emmanuel NP, MD**, Brawman-Mintzer O, MD, Morton WA, Pharm D, Book SW, MD,. Johnson MR, MD, Lorberbaum JP,MD, Ballenger JC, MD, Lydiard RB, PhD, MD. "Bupropion-SR in Treatment of Social Phobia" Depression & Anxiety 12:111-113,200.

19.    J.P. Lorberbaum, J.D. Newman, J.R. Dubno, A.R. Horwitz, Z. Nahas, C.C.

Teneback, C.W. Bloomer, D.E. Bohning, D. Vincent, M.R.Johnson, **N. Emmanuel**, O. Brawman-Mintzer, S.W. Book, R.B. Lydiard, J.C. Ballenger, M.S. George. The Feasibility Of Using fMRI To Study Mothers Responding To Infant Cries. Depression and Anxiety, 10 (3):99-1041, 1999.

## PUBLISHED ABSTRACTS:

**Emmanuel, NP,** Mark H. Pollack, , Alexander W. Morton, Naomi M. Simon , Carolyn M. Cosby, John W. Worthington, R. Bruce Lydiard, James C. Ballenger "Bupropion Sustained Release in the Treatment of Panic Disorder" New research poster presentation at NCDEU Annual Meeting, Phoenix, AZ, May 28-31, 2001.

**Emmanuel NP,** JP Lorberbaum , O Mintzer , R Kapp , M Crawford , A Morton , MR Johnson , SW Book , M Hamner, Z Nahas , GW Arana , JC Ballenger , RB Lydiard , MS George ." r-TMS in GAD Subjects: Testing the Valence Theory of Emotions" Presented at the 153rd. American Psychiatric Association Meeting, May 13-18, Chicago,2000

**Emmanuel NP,** Michael Ware, Carolyn Cosby, Marsha Crawford, Rebecca Kapp, Olga Mintzer, Michael Johnson, Sarah Book, Alex Morton, , Cathie Jones, James C. Ballenger, R. Bruce Lydiard. "Concomitant Use of Herbal Products in Subjects Applying for Clinical Trials" New research poster presentation at American  Psychiatric Association  Annual Meeting, Toronto Canada, May, 1998.

**Emmanuel NP,** Carolyn Cosby, Olga-Brawman Mintzer, Alex Morton, Sarah Book, Michael Johnson, Jeffery Lorberbaum, Marsha Crawford, Rebecca Kapp, Cathie Jones, Bruce Lydiard, James C. Ballenger, R. "Open label Treatment of Social Phobia using Sustained-Released Bupropion" New research poster presentation at NCDEU  Annual Meeting, Boca Raton, Fl, June 10-13, 1998.

**Emmanuel NP,** Michael Ware, Carolyn Cosby, Marsha Crawford, Rebecca Kapp, Olga Mintzer, Michael Johnson, Sarah Book, Alex Morton, , Cathie Jones, James C. Ballenger, R. Bruce Lydiard. "Concomitant Use of Herbal Products in Subjects Applying for Clinical Trials" New research poster presentation at NCDEU  Annual Meeting, Boca Raton, Fl, June 10-13, 1998.

**Emmanuel NP,** Michael Johnson, Gerardo Villareal, Carolyn Cosby, Violetta Czepowicz, Olga Mintzer, Marsha Crawford, Sarah Book, Alex Morton, Robert Rubey, Cynthia Amundsen, John Roberts, Rebecca Kapp, Cathie Jones, R. Bruce Lydiard. " Imipramine in the treatment of social phobia, A double-blind study."  New Research poster presented at ACNP Annual meeting, Waikoloa, Hawaii.  December 8-12, 1997

**Emmanuel NP,** Carolyn Cosby C,  Olga Mintzer, Michael Johnson, Sarah Book, Alex Morton, Marsha Crawford, James C. Ballenger, R. Bruce Lydiard. "Sertraline in Generalized Anxiety

Disorder, a case series." New research poster presentation at NCDEU  Annual Meeting, Boca
Raton, Fl, May 27-30, 1997.

**Emmanuel NP**, Cosby C, Ware MR, Lydiard RB. "The Efficacy of Once a Week Dosing in the
Treatment of Panic Disorder." New  research poster presentation at NCDEU  Annual Meeting,
Boca Raton, Fl, May 27-31, 1996.

**Emmanuel NP**, Cosby C, Ware MR, Lydiard RB. "The Efficacy of Once a Week Dosing of
fluoxetine in the Treatment of Panic Disorder." New  research poster presentation at American
Psychiatric Association  Annual Meeting, New York NY, May, 1996.


**Emmanuel NP**, Czepowicz VD, Villarreal G, Johnson M, Ware MR, Rubey R, Ballenger JC,
Lydiard RB. "Venlafaxine in Social Phobia: A Case Series Study." New research poster
presentation at American Psychiatric Association Annual Meeting, Miami, FL, May, 1995.

**Emmanuel NP**, Ware MR, Damewood SB, Ballenger JC, Lydiard RB. "Predicting Patient
Dropout in Panic Patients. "New research poster presentation at American  Psychiatric
Association Annual Meeting, Miami, FL, May, 1995.

**Emmanuel NP**, Czepowicz VD, Villarreal G, Johnson M, Ware MR, Rubey R, Ballenger JC,
Lydiard RB. "Venlafaxine in Social Phobia: A Case Series Study." New research poster
presentation at Anxiety Disorders Association of America Annual meeting, Pittsburgh, PA. April
1995.

**Emmanuel NP**, Ware MR, Damewood SB, Ballenger JC, Lydiard RB. "Predicting Patient
Dropout in Panic Patients. "New research poster presentation at Anxiety Disorders Association
of America Annual meeting, Pittsburgh, PA. April 1995.

**Emmanuel NP**, Ware MR, Lydiard RB, Ballenger JC, Brawman-Mintzer O, Czepowicz V,
Walsh M, Villarreal G. "Clinical Psychopharmacologic Trials: Cost of Patient Recruitment." New
research poster presentation at Anxiety Disorders Association of America Annual Meeting,
Santa Monica, CA, March, 1994.

**Emmanuel NP**, Ware MR, Lydiard RB, Ballenger JC, Brawman-Mintzer O, Czepowicz V,
Walsh M, Villarreal G. "Clinical Psychopharmacologic Trials: Cost of Patient Recruitment." New
research poster presentation at American Psychiatric Association  Annual Meeting, Philadelphia,
PA, May, 1994.

**Emmanuel NP**, Mintzer O, Johnson MR, Morton A, Lydiard RB, Ballenger JC:
"Personality Disorders in Social Phobia." Presented at the 13th. National Conference of
the Anxiety Disorders Association of America. Charleston SC. March  18-21, 1993.

**Emmanuel NP**, Mintzer OB, Lydiard RB, Payeur R, Roberts J, Johnson M, Ballenger
JC. "Prevalence of Personality  Disorders in General Anxiety Disorder". Presented at the

May 18th, 2002                    **Page 18 of 23**

12 th. National Conference of the Anxiety Disorders Association of America, Houston, Texas, April 9-12, 1992.

**Emmanuel NP**, Lydiard RB, Morton AW, Laraia MT, Zealberg JJ, Stuart GW, Ballenger JC. " Effects of Desipramine on the Resting Metabolic Rate in Panic Disorder." Presented at the 145th. Annual Meeting of the American Psychiatric Association, Washington, DC May 2-6, 1992.

**Emmanuel NP**, Lydiard RB, Melvin JA, Jolley R, Villeponteaux V, Ballenger JC. "Personality Disorders in Panic Disorder." Presented at the 144th. Annual Meeting of the American Psychiatric Association, New Orleans, LA, May 13-17, 1991.

JP Lorberbaum , **NP Emmanuel** , O Mintzer , R Kapp , MCrawford , A Morton , MR Johnson , SW Book , M Hamner,Z Nahas , GW Arana , JC Ballenger , RB Lydiard , MS George "Changes in Anxiety After Prefrontal r-TMS in Patients with GAD" Society of Biological Psychiatry Annual meeting, May 11-13, 2000, Chicago

Kimberly Coxe, **Naresh Emmanuel**, James Rivers " The Relationship between Bruxism and Anxiety" Presented at Medical University of South Carolina, Annual Students Research Day presentation November 30th.2000.

Michael R. Ware, **Emmanuel NP**, Cathie Jones "Prevalence and Type of Herbal Product Use Among College Students" New research poster presentation at NCDEU Annual Meeting, Boca Raton, Fl, June 10-13, 1998

Johnson MR, **Emmanuel NP**, Brawman-Mintzer O, Book S, Ware M, Morton A, Crawford M, Kapp R, Czepowicz V, Villareal G, Lydiard RB, Ballenger JC.Generalized Social Phobia and Major Depressive Disorder: Increased Disability.New research poster presentation at NCDEU Annual Meeting, Boca Raton, Fl, May 27-30, 1997.

Ware MR, **Emmanuel NP**, Johnson MR, Mintzer OB, Kapp R, Crawford-Harrison M, Lydiard RB. "Self Reported Sexual Dysfunction in Anxiety Disorder Patients" New research poster presentation at American Psychiatric Association Annual Meeting, New York NY, May, 1996.

Johnson MR, **Emmanuel NP**, Ware MR,Brawman-Mintzer O, Book S,Jones C, Kapp R, Crawford M, Morton A, Ballenger JC, Lydiard RB. "Differentiating Generalized from Specific Social Phobia by Response on the Liebowitz Social Anxiety Scale" New research poster presentation at Anxiety Disorders Association of America Annual meeting, Orlando, Fl. March,1996.

Ware MR, **Emmanuel NP**, Czepowicz VD, Johnson MR, Kapp R, Walsh M, Villarreal G, Ruby R, Crawford M, Morton AW, Ballenger JC, Lydiard RB. "Self Report Sexual Dysfunction in Social Phobic Patients. "New research poster presentation at Anxiety Disorders Association of America Annual meeting, Pittsburgh, PA. April 1995.

May 18[th,] 2002          **Page 19 of 23**

Ware MR, **Emmanuel NP**, Czepowicz VD, Johnson MR, Kapp R, Walsh M, Villarreal G, Ruby R, Crawford M, Morton AW, Lydiard RB. "Self Report Sexual Dysfunction in Social Phobic Patients. "New research poster presentation at  American  Psychiatric Association Annual Meeting, Miami, FL, May, 1995.

Villarreal G, **Emmanuel NP**, Lydiard RB, Ballenger JC,. "Venlafaxine in Generalized Anxiety Disorder" New research poster presentation at American Psychiatric Association Annual Meeting, Miami, FL, May, 1995.

Brawman-Mintzer O, **Emmanuel N**, Czepowicz V, Walsh M, Lydiard RB, Villarreal G, Johnson M, Ballenger JC. "Prevalence of Body Dysmorphic Disorder in Different Anxiety Disorders." New research poster presentation at American Psychiatric Association Annual Meeting, Philadelphia, PA, May,1994.

Brawman-Mintzer O, **Emmanuel N**, Czepowicz V, Walsh M, Lydiard RB, Villarreal G, Johnson M, Ballenger JC. "Prevalence of Body Dysmorphic Disorder in Different Anxiety Disorders." New research poster presentation at Anxiety Disorders Association of America Annual Meeting, Santa Monica, CA, March, 1994.

Mintzer OB, **Emmanuel NP**, Lydiard RB Payeur R, Johnson M, Roberts J, Ballenger JC. " Symptom Distribution in Comorbid and Uncomplicated GAD".  Presented at the 13th. National Conference of the Anxiety Disorders Association of America. Charleston SC. March  18-21, 1993

Mintzer OB, **Emmanuel NP**, Lydiard RB, Payer R, Johnson M, Roberts J, Ballenger JC: "Validity of Generalized Anxiety Disorder as a diagnostic entity". Presented at the Annual Meeting of the American Psychiatric Association, San Francisco, CA, May 22-27, 1993.

Mintzer OB, **Emmanuel NP**, Lydiard RB, Payeur R, Johnson M, Roberts J, Ballenger JC. "Psychiatric Comorbidity in Generalized Anxiety Disorder." Presented at the 12th. National Conference of the Anxiety Disorders Association of America, Houston,  Texas, April 9-12, 1992.

DeVane CL, Ware MR, **Emmanuel NP**, Brawman-Mintzer O, Jones CA, Morton WA, Kapp R, Villareal G, Lydiard RB: "The Evaluation of the Safety, Efficacy, and Physiological Effects of Fluvoxamine in Social Phobia". Presented at the American Psychiatric Association Annual Meeting, New York, NY May 7th. 1996.

DeVane CL, Ware MR, **Emmanuel NP**, Mintzer OB, Johnson MR, Ruby RN, Villarreal G, Lydiard RB. "The Evaluation of the Safety, Efficacy, and Physiological Effects of Fluvoxamine in Social Phobia." New research poster presentation at  A.C.N.P. , Puerto Rico, December, 1995.

Johnson MR, Mintzer O, **Emmanuel N**, Morton A, Lydiard RB, Ballenger JC:" The Effect of Personality Disorders on the response to Pharmacologic Treatment of Generalized Anxiety

May 18[th.] 2002            **Page 20 of 23**

186

Disorder". Presented at the 15[th]. Annual Meeting of the Anxiety Disorders Association of
America, Pittsburgh, PA, May 21-26, 1995.

Villarreal G, Johnson M, **Emmanuel N**, Czepowicz V, Walsh M, Brawman-Mintzer O, Ware
M, Crawford-Harrison M. "Attributional Style in Social Phobia: Comparison with Major
Depression." New research poster presentation at Anxiety Disorders Association of America,
Annual Meeting, Santa Monica, CA, March, 1994.

Villarreal G, Johnson M, **Emmanuel N**, Czepowicz V, Walsh M, Brawman-Mintzer O, Ware
M, Crawford-Harrison M. "Attributional Style in Social Phobia: Comparison with Major
Depression." New research poster presentation at American Psychiatric Association Annual
Meeting, Philadelphia, PA, May, 1994.

Irwin C, Lydiard RB, **Emmanuel NP**, Johnson M, Roberts J. "Comorbidity of PTSD and
Irritable Bowel Syndrome". Presented at the 13th National Conference of the Anxiety Disorders
Association of America. Charleston SC. March  18-21, 1993.

Mintzer O, Lydiard RB, Knapp R, **Emmanuel N**, Johnson M, Morton A, Ballenger
JC:"Treatment response in patients with Generalized Anxiety Disorder and a Lifetime History of
Major Depression". Presented at the NCDEU Annual Meeting, Boca Raton, Fl, June 10-13,
1998.

Johnson MR, Lydiard RB,Mintzer OB, **Emmanuel NP**, Ware MR, Morton WA, Diamond
BI:"Abnormal Peripheral Benzodiazepine Receptors in Social Phobia". Presented at the Society
of Biological Psychiatry, New York, NY, May 3, 1996.

Minter O, Lydiard RB, Villareal G, **Emmanuel NP**, Ballenger JC;"Biological Findings in GAD:
CCK-B agonist challenge". Presented at the 15th. Annual Meeting of the Anxiety Disorders
Association of America, Pittsburgh, PA, April 19-21, 1995.

Lydiard RB, Villarreal G, Knapp RS, **Emmanuel NP**,  Ballenger JC. "Pentagastrin Effects in
Patients with GAD" New  research poster presentation at American  Psychiatric Association
Annual Meeting, Miami, FL, May, 1995.

Czepowicz VD, MD, Johnson MR, Lydiard RB, **Emmanuel NP**, Ware MR, Mintzer OB,
Walsh MD, Ballenger JC. "Sertraline in Social Phobia" New research poster presentation at the
Anxiety Disorders Association of America Annual Meeting, Santa Monica, CA, March, 1994.

Czepowicz VD, MD, Johnson MR, Lydiard RB, **Emmanuel NP**, Ware MR, Mintzer OB,
Walsh MD, Ballenger JC. "Sertraline in Social Phobia" New research poster presentation at the
American Psychiatric Association Annual Meeting, Philadelphia, PA, May, 1994.

Johnson MR, Lydiard RB, Brawman-Mintzer O, **Emmanuel NP**, Ware M, Morton A,
Crawford-Harrison M, Walsh M, Czepowicz V, Villarreal G, Amundsen C, Ballenger JC.
"Prevalence of Irritable Bowel Syndrome in Anxiety Disorders." New research poster

May 18[th-] 2002                **Page 21 of 23**

presentation at Anxiety Disorders Association of America Annual Meeting, Santa Monica, CA, March, 1994.

Johnson M, Lydiard RB, Brawman-Mintzer O, **Emmanuel NP**, Czepowicz V, Villarreal G, Amundsen C, Ballenger JC: "Prevalence of Irritable Bowel Syndrome in Anxiety Disorders". Presented at the 14th. National Conference on Anxiety Disorders, Anxiety Disorders Association of America, Santa Monica, CA, March 17-20, 1994.

Jeffrey P. Lorberbaum, Mark S. George, Michael R. Johnson, **Naresh P. Emmanuel,** Olga Mintzer, Sarah W. Book, Alex Morton, Marsha Crawford-Cisa,Rebecca Kapp, Mark B. Hamner, James C. Ballenger, R. Bruce Lydiard "Brain Activity in Social Phobics Undergoing a Public Speaking Task." ACNP annual meeting December 10-14, 2000 in San Juan, Puerto Rico

Mintzer O, Kapp R, Crawford M, Books S, **Emmanuel NP**, Knapp R, Lydiard RB:"Effects of burpirone on cholecystokinin-B receptor agonist pentagastrin induced anxiety/panic in generalized anxiety disorder. Presented at the 17th. Annual Meeting of the Anxiety Disorders Association of America. New Orleans, LA May 20-23, 1997.

## Invited Presentations:

"Stress in the Workplace." Charleston Neonatal Nurses Association. East Cooper Hospital. Charleston. March 18 1993.

"Recent Trends in the Management of Panic Disorder" Department of Psychiatry.  S.M.S. Medical College, Jaipur, India. December 29th. 1995.

"Stress in the Workplace." Charleston Area Medical Managers Association. Charleston Hilton Hotel. Charleston. July 18, 1996.

"Anxiety disorders" as part of "ask the experts" public education series. Medical University of South Carolina. April 16th. 1997

"Management of Depression in primary care" for Department of Family Medicine , Medical University of South Carolina. Charleston  September 10th. 1997.

"Depression in the Medical Setting" for Department of Internal Medicine , Medical University of South Carolina. Charleston  November 6th. 1997.

"Obsessive Compulsiveness; from the perfectionist to the troubles"  Mind your health seminar for the lay public. Medical University of South Carolina. Charleston. May  6th 1998

"Update in the treatment of Major Depression" for Savannah Medical Society. Savannah. June 25th 1998

May 18th 2002                    **Page 22 of 23**

" Anti-anxiety drug update" Faculty Outreach CME-Hilton Head Hospital. July 28, 1998
"Mixed anxiety-depression and related conditions" Florence Medical Society. October 6th. 1998

" Depression- an update" Society of Army Physician Assistants  Annual Meeting, April 28th. 1999, Fayetteville NC

"Herbal Remedies-what clinicians need to know and what to tell your patients" June 25th. 1999. MUSC breakfast rounds.

"Anxiety Disorder Complicated by Depression" Glaxo Wellcome Pharmaceutical Preceptorship Depression Education Program. April 6-7[th] 1999.

"Anxiety disorders and Comorbid Conditions" Dorn VA Medical Center, Columbia Aptil 6th.1999

"Current Research in Alternative Medicine" Day of Discovery Program at Medical University of South Carolina. October 12th. 2000

" Depression- Beyond the Stigma" - March 2nd 2000, Houston Texas, (CME 3 hrs)

"Alternative Treatments in Mental Health" May 25, 2001,Coffee with the Mental Health Pros lecture series: Medical University of South Carolina, Charleston. (CME 1 hr)

May 18[th.] 2002                    **Page 23 of 23**

5077US/0049 : 0013

## SC Department of Labor, Licensing and Regulation
## Board of Medical Examiners
## 2001-2002

REREGISTRATION
CERTIFICATE

PHYSICIAN



EXPIRES 12/31/2002

ALL PHYSICIANS LICENSED BY THIS BOARD ARE REQUIRED TO REREGISTER ANNUALLY. APPLICATIONS ARE MAILED BY MAY 1st EACH YEAR. THIS IS TO CERTIFY THAT THE PHYSICIAN NAMED BELOW HAS REREGISTERED WITH THE BOARD.

# DR. NARESH P. EMMANUEL

CERTIFICATE &
LICENSE NUMBER        14837

REPORT CHANGES
AS REQUIRED:            P.O. Box 11289 • Columbia, SC 29211-1289

5077US/0049 : 0014

# CURRICULUM VITAE
October 2002

**Personal Data**

Name:                                    Frederick W. Reimherr

Business Address:                        University of Utah School of Medicine
                                         Department of Psychiatry
                                         Mood Disorders Clinic
                                         30 North 1900 East, Room 5R218
                                         Salt Lake City, UT. 84132-2502

Business Phone:                          (801) 581-8806
Home Phone:                              REDACTED
Fax                                      (801) 585-7830
E-mail                                   fred.reimherr@hsc.utah.edu

Date of Birth:                           February 21, 1946

Place of Birth:                          Yonkers, N.Y.

Citizenship:                             United States of America

Social Security Number:                  REDACTED

Medical License                          Utah - 156060-1205
                                         State Controlled Substance - 156060-8905

**Education**

| Institution | Degree | Year | Field |
|---|---|---|---|
| Haverford College<br>Haverford, Pennsylvania | B.A. | 1964 - 68 | Chemistry |
| Case Western Reserve University<br>School of Medicine<br>Cleveland, Ohio | M.D. | 1968 - 72 | Medicine |
| University of Utah<br>College of Medicine | Internship | 1972 - 73 | Pediatrics |
| University of Utah<br>College of Medicine | Residency | 1973 - 76 | Psychiatry |

**Board Certification**

Psychiatry, 1983

**Professional Positions**

| | | |
|---|---|---|
| 1976 - 1981 | Staff Psychiatrist | Sugarhouse Unit Salt Lake City Community Mental Health Center |
| 1981 - 1986 | Staff Psychiatrist | Sugarhouse Unit Salt Lake County Mental Health Center |
| 1976 - 1979 | Instructor in Psychiatry | College of Medicine University of Utah |
| 1977 - 1980 | Psychiatric Consultant | Fremont County Mental Health Center Riverton and Lander, Wyoming |
| 1977 - 1979 | Psychiatric Consultant | Public Health Service Wind River Indian Reservation Lander, Wyoming |
| 1978 - 1980 | Psychiatric Consultant | Wyoming State Training School Lander, Wyoming |
| 1980 - 1994 | Assistant Professor (Clinical) | University of Utah Dep. Of Psychiatry |
| 1985 - present | Director | University of Utah Mood Disorder Clinic Department of Psychiatry |
| 1987 - 1996 | Medical Director | United Behavioral Clinics United Health Care Salt Lake City, Utah |
| 1988 - present | Designated Mental Health Examiner | Department of Social Services State of Utah |

CURRICULUM VITAE, Fred W. Reimherr, page 2    Last Revision: October, 15, 2002

1994 - present                          Associate Professor          Department of Psychiatry
                                        (Clinical)

**Editorial and Review Experience**

Referee                                 American Journal of Psychiatry
                                        Hospital Formulary
                                        Journal of Nervous and Mental Disease
                                        Medical Letter on Drugs and Therapeutics
                                        Biological Psychiatry

Site Visitor                            1986 Clinical Research Center Grant
                                        National Institute of Health

Grant Review                            1988 Office of Orphan Products Development

**Research and Grant Awards**

Cylert in the Treatment of Adults with Hyperactivity
1975 - 1976
Abbott Research Laboratories
Co-Investigator

Studies of Hyperactivity in Adults
1978 - 1981
National Institute of Mental Health
Co-Investigator

Training Grant in Psychiatry
1980 - 1983
National Institute of Mental Health
Program Director

MK-212 in the Treatment of Patients with Major Depression
1981 - 1982
Merck Sharp and Dohme Research Laboratories
Principal Investigator

CURRICULUM VITAE, Fred W. Reimherr, page 3     Last Revision: October, 15, 2002

The Use of Fluoxetine in the Treatment of Outpatients with Major Depression, Unipolar Type, Double-Blind Trial with Long-term Open Extension
1981 - 1983
E. Lilly Research Laboratories
Co-Investigator


Studies of Hyperactivity in Adults
1981 - 1984
National Institute of Mental Health
Co-Investigator

The Use of Oxaprotiline in the Treatment of Inpatients with Major Depression; Assessment of Onset of Action, Initial Double-Blind Trial with Long-term Open Extension
1982 - 1983
Ciba-Geigy Corporation
Principal Investigator

Open Evaluation of Tomoxetine in the Treatment of Inpatients with Major Depression, Unipolar Type, Initial Inpatient Trial with Long-term Outpatient Extension
1982 - 1983
E. Lilly Research Laboratories
Co-Investigator

The Use of Oxaprotiline in the Treatment of Outpatients with Major Depression, with Significant Retardation, Initial Double-Blind Trial with Long-term Open Extension
1982 - 1984
Ciba-Geigy Corporation
Co-Investigator

MK-801 in the Treatment of Attention Deficit Disorder, Residual Type
1983 - 1984
Merck Sharp and Dohme Research Laboratories
Principal Investigator

Double-Blind Trial of Tomoxetine in the Treatment of Outpatients with Major Depression, Unipolar Type, Initial Double-Blind Trial with Long-term Double-Blind Extension
1984 - 1985
E. Lilly Research Laboratories
Co-Investigator

The Use of Multiple Dosage Levels of Fluoxetine in the Treatment of Outpatients with Major Depression, Unipolar Type, Double-Blind Trial with Long-term Open Extension
1984 - 1985
E. Lilly Research Laboratories and International Clinical Research Corporation
Co-Investigator

Double-Blind Trial of Nefazodone at Multiple Dose Levels in the Treatment of Inpatients with Major Depression, Unipolar Type
1984 - 1985
Bristol Myers
Principal Investigator

Double-Blind Trial of Sertraline in the Treatment of Outpatients with Major Depression, Unipolar Type, Initial Double-Blind Trial with Long-term Open Extension
1984 - 1985
Pfizer Central Research
Principal Investigator

Double-Blind Trial of AM versus PM Dosing of Fluoxetine in the Treatment of Outpatients with Major Depression, Unipolar Type
1984 - 1985
E. Lilly Research Laboratories
Co-Investigator

Double-Blind Trial of 5-hydroxytryptophan in the Treatment of Outpatients with Major Depression, Unipolar Type
1985 - 1989
FDA Orphan Drug Division
Principal Investigator

The Assessment of the Risk Associated with Phospholipdosis in Patients Chronically Treated with Fluoxetine, Imipramine or Amiodarone
1986
E. Lilly Research Laboratories
Principal Investigator

Double-Blind Trial of Etoperidone in the Treatment of Outpatients with Major Depression, Unipolar Type, Short-term Double-Blind Trial with Long-term Double-Blind Extension
1986 - 1987
McNeil Pharmaceutical Corporation

Double-Blind Trial of Fluoxetine in the Treatment of Outpatients with Bulimia
1986 - 1987
E. Lilly Research Laboratories
Principal-Investigator

CL-844 in the Treatment of Attention Deficit Disorder, Residual Type
1986 - 1987
Warner Lambert
Principal Investigator

Double-Blind Trial of Fluvoxamine in the Treatment of Outpatients with Major Depression, Unipolar Type,
Short-term Double-Blind Trial with Long-term Double-Blind Extension
1986 - 1988
Kali-Duphar
Principal Investigator

Double-Blind Trial of Ipsapirone in the Treatment of Outpatients with Generalized Anxiety Disorder
1987 - 1988
G.H. Besselaar Associates and Bayer
Principal Investigator

Assessment of the Risk of Seizures in Patients with Depression Treated with Bupropion
1987 - 1989
Burroughs Wellcome and International Clinical Research Corporation
Principal Investigator

The Use of Dothiepin in Outpatients with Depression
1987 - 1989
Boots Pharmaceutical, Marion Laboratories, and International Clinical Research Corporation Principal
Investigator

Double-Blind Trial of Nefazodone at 2 Dose Levels in the Treatment of Outpatients with Major Depression,
Unipolar Type
1987 - 1990
Bristol Myers
Principal Investigator

Double-Blind Trial of Sertraline in the Treatment of Elderly Outpatients with Major Depression, Unipolar
Type
1987 - 1990
Pfizer and International Clinical Research Corporation
Principal Investigator

Fluoxetine  Versus Placebo:  Long term Treatment of Bulimia Nervosa
1988 - 1990
E. Lilly Research Laboratories
Principal Investigator

Randomized, Double-Blind, Comparison of Venlafaxine Amitriptyline and Placebo in Inpatients with Major
Depression
1989 - 1990
Wyeth-Ayerst
Principal Investigator

Risperidone (R 64 766) in the Treatment of Chronic Schizophrenic Patients - An International Multicenter
Placebo-Controlled Double-Blind Parallel Group Study Versus Haloperidol
1989 - 1991
Janssen Research Foundation
Principal Investigator

A  Double-Blind, Multicenter Trial of Gepirone, Imipramine and Placebo in the Treatment of Depressed
Outpatients
1989 - 1991
Bristol Myers
Principal Investigator

A Double-Blind Multicenter Trial of Nefazodone, Fluoxetine and Placebo in the Treatment of Depressed
Outpatients
1989 - 1992
Bristol Myers
Principal Investigator

An Open Multicenter Trial of Nefazodone in the Treatment of Patients with Mood Disorders
1989 - 1993
Bristol Myers
Principal Investigator

Genetic and Neurobiological Investigation of Schizophrenia
1989 - 1993
NIMH
Co-Investigator

A Double-Blind Multicenter Trial of Gepirone, Fluoxetine and Placebo in the Treatment of Depressed
Outpatients
1989
Bristol Myers
Principal Investigator

Fluoxetine Versus Placebo: Long-Term Treatment of Major Depressive Disorder
1990 - 1992
E. Lilly Research Laboratories
Principal Investigator

Open Study of Sertraline in Depressed Outpatients Discontinued From Fluoxetine
1991 - 1992
Pfizer and International Clinical Research Corporation
Principal Investigator

A Prospective Randomized Double-Blind, Placebo-Controlled, Multicenter Parallel-Groups Comparison of
The Efficacy and Safety of Abecarnil Low Dose (3.0-9.0 mg) High Dose (7.5 - 22.4) and Buspirone
1991 - 1992
Sandoz Pharmaceuticals Corporation
Principal Investigator

Fixed-Dose, Double-Blind Study Comparing Efficacy and Safety of Xanax SR Tablets Versus Placebo in the
Treatment of Panic Disorder Using Once Daily Dosing
1991
Upjohn
Principal Investigator

Double-Blind, Dose Ranging Trial Comparing CGS-18102A to Placebo in Patients with Generalized Anxiety
Disorder
1991 - 1993
Ciba-Geigy Corporation
Principal Investigator

A Multicenter Evaluation of the Safety and Efficacy of 150 mg/day and 300 mg/day of Bupropion HCL
Sustained-Release Versus Placebo in Depressed Outpatients
1991 - 1993
Burroughs Wellcome
Principal Investigator

CURRICULUM VITAE, Fred W. Reimherr, page 8    Last Revision: October, 15, 2002

A Prospective, Multicenter, Open-label Study of the Safety of Abecarnil (5.0-17.5 mg.) in Outpatients with Generalized Anxiety Disorder
1991 - 1993
Sandoz Pharmaceuticals Corporation
Principal Investigator

Short and Long-term Discontinuation of Alprazolam in the Treatment of Panic Disorder with Agoraphobia
1992 - 1993
Upjohn
Principal Investigator

A Double-Blind Dose-Response Study to Determine the Safety and Efficacy of Fixed Doses (Range 75 to 900 mg/day) of Moclobemide in Patients with Panic Disorder with or without Agoraphobia
1992 - 1993
Hoffman-La Roche
Principal Investigator

Evaluation of the Safety and Efficacy of 150 mg/day and 300mg/day of Bupropion HCL Sustained-Release vs. Placebo in Depressed Outpatients
1992 - 1993
Burroughs Wellcome
Principal Investigator

A Double-Blind Dose-Response Study to Determine the Safety and Efficacy of Fixed doses (Range 75 to 900 mg/day) of Moclobemide in Patients with Social Phobia
1992 - 1993
Hoffman-La Roche
Principal Investigator

A Randomized, Double-Blind, Placebo-Controlled Study of the Safety and Efficacy of Two Doses of Ondansetron Versus Placebo in the Treatment of Social Phobia
1992 - 1994
Glaxo Incorporated
Principal Investigator

Molecular Genetics of Manic-Depression
1992 - 1994
NIMH
Co-Investigator

The Safety and Efficacy of Nefazodone in Preventing Relapse of Patients With Major Depression:  A Multicenter, Double-Blind, Placebo-Controlled Discontinuation Study
1992 - 1995
Bristol-Myers
Principal Investigator

Safety Surveillance Study for Wellbutrin Sustained Release
1993
Burroughs Wellcome
Principal Investigator

Double-Blind Comparison of Tandospirone GUTS and Placebo in the Treatment of Outpatients with Major Depression
1993 - 1995
Pfizer and International Clinical Research Corporation
Principal Investigator

A Double-Blind, Placebo-Controlled Study of the Safety and Efficacy of Ondansetron in the Treatment of Social Phobia
1993 - 1995
Glaxo, Inc.
Principal Investigator

Olanzapine versus Haloperidol in the Treatment of Schizophrenia and other Psychotic Disorders
1993 - 1996
Lilly Research Laboratories
Principal Investigator

A Multicenter Fixed Dose Study of BMS-181101 in Depressed Patients:  A Double-Blind Placebo Controlled Fixed Dose Study of BMS-181101 in Outpatients with Major Depressive Disorder
1994 - 1995
Bristol-Myers
Principal Investigator

Double-Blind, Placebo-Controlled. Parallel-Group. T.I.D. Dose-Finding Study of Adatanserin Hydrochloride Capsules in Outpatients with Generalized Anxiety Disorder
1994 - 1995
Wyeth-Ayerst
Principal Investigator

An Open-Label Trial of the Efficacy of Venlafaxine in Patients with Adult Attention Deficit and Hyperactivity Disorder
1994 - 1995
University of Utah
Department of Psychiatry
Principal Investigator

A Double-Blind, Placebo-Controlled, Fixed Dose Evaluation of the Safety and Efficacy of Oral Ondansetron in the Treatment of Patients with Panic Disorder
1994 - 1995
Glaxo Inc.
Principal Investigator

A Prospective, Multicenter Open-Label Study of Serzone (Nefazodone) in the Management of Depression in General Psychiatric Practices
1994 - 1995
Bristol-Myers
Principal Investigator

Flesinoxan in the Treatment of Generalized Anxiety Disorder:  A Multi-center, Double-Blind Parallel Placebo-Controlled Dose Range Study in Outpatients
1995 - 1996
Sylvia Pharmaceuticals
Principal Investigator

An Open-Label Trial of the Efficacy of Serzone in Patients with Generalized Anxiety Disorder
1995 - 1996
University of Utah
Department of Psychiatry
Principal Investigator

A Multicenter Placebo-Controlled Study of Relapse-Prevention by Long-Term Treatment with High or Low Doses of ORG 4428 in Outpatients with Recurrent Major Depressive Episode
1995 - 1996
Pharmaco RS
Principal Investigator

Risperidone QD vs BID Dosing in Schizophrenia
1995 - 1996
Janssen
Principal Investigator

*1. M — 12/18/2002*

A Three Month Open Label Study of the Tolerability and Safety of OPAQUE in Schizophrenic Patients
1995 - 1996
Otsuka
Principal Investigator

A Dose-Ranging Study of the Efficacy and Tolerability of OPAQUE in Acutely Relapsed Hospitalized Schizophrenic Patients
1995 - 1996
Otsuka
Principal Investigator

Dose-Ranging Study of Pramipexole in Combination with Maintenance Haloperidol for the Treatment of Negative Symptoms of Schizophrenia
1995 - 1997
Upjohn
Principal Investigator

Double Blind, Placebo Controlled, Parallel-Group Comparison of Venlafaxine Extended-Release Capsules and Buspirone in Outpatients with Generalized Anxiety Disorder
1996 - 1998
Wyeth-Ayerst
Principal Investigator

A Double-Blind, Placebo-Controlled, Study of Venlafaxine and Fluoxetine in Outpatients with Major Depression
1997 - 1997
Wyeth-Ayerst
Principal Investigator

A Double-Blind, Placebo-Controlled, Flexible Dosing Trial to Evaluate the Efficacy of Modified Release Paroxetine in the Treatment of Panic Disorder
1997 - 1998
Eli Lilly
Principal Investigator

Double-Blind, Placebo-Controlled Study of the Safety and Efficacy of LY354740 and Lorazepam in Outpatients with Generalized Anxiety Disorder
1997 - 1998
Eli Lilly
Principal Investigator

A Double-Blind Trial of Three Fixed Doses of Nefazodone and Placebo in the Treatment of Patients with Panic Disorder
1997 - 1999
Bristol-Myers Squibb
Principal Investigator

A Double-Blind, Randomized, Placebo-Controlled Flexible Dose Trial of 30 RM Transdermal Buspirone Patches in Treatment of Anxious Outpatient
1997 - 1999
Bristol-Myers Squibb
Principal Investigator

A Multicenter, Double-Blind, Placebo-Controlled, Randomized, Fixed-Dose Evaluation of the Safety and Efficacy of Lamotrigine in the Long-Term Prevention of Relapse and Recurrence of Depression and/or Mania in Patients with Bipolar I Disorder
1997 - 2001
Glaxo Wellcome
Principal Investigator

A Multicenter, Double-Blind, Double-Dummy, Placebo and Lithium-Controlled, Randomized, Flexible-Dose Evaluation Of The Safety And Efficacy Of Lamotrigine In The Long-Term Prevention Of Relapse And Recurrence Of Mania And/Or Depression In Patients With Bipolar I Disorder
1997 - 2001
Glaxo-Wellcome
Principal Investigator

A Multicenter, Placebo-Controlled Study Of Relapse Prevention By Long-Term Treatment With The Recommended Dose Of Remeron In Outpatients With Major Depressive Episode
1997 - 1999
Organon Inc.
Principal Investigator

A Multicenter, Double-Blind Placebo-Controlled Comparison of the Effects on Sexual Functioning of Wellbutrin (Bupropion Hal) Sustained Release and Sertraline in Outpatients with Moderate to severe Recurrent Major Depression
1997 - 1998
Glaxo Wellcome
Principal Investigator

*F.h. 12/16/2002*

A Double-Blind, Placebo-Controlled, Multicenter Study Evaluating the Efficacy and Safety of SR 2B in
Outpatients with Major Depression
January 1998 - July 1998
Sanofi Research Division
Principal Investigator

A Multicenter, Open-label, Long-term, Safety and Efficacy Study of M100907 Tablets Once Daily In
Subjects With Schizophrenia Or Other Psychotic Disorders
1998 - 2000
Hoechst Marion Roussel, Inc.
Principal Investigator

A Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, Dose-Ranging Study of Four
Oral Doses of 1555U88 (2.5, 5.0, 10, and 20MG per day) in the Treatment of Attention Deficit/Hyperactivity
Disorder in Adults
1998 - 1999
Glaxo Wellcome, Inc.
Principal Investigator

A Phase I Study of the Safety and Tolerance of Single Doses of Intranasal PH80
1998 - 2000
Cheri Pharmaceuticals
Co-Investigator

Reboxetine Versus Placebo And Fluoxetine In A Controlled, Randomized, Double-Blind, Multicenter Study
Of Treatment In Major Depressive Disorders
1998 - 1999
Pharmacia & Upjohn
Principal Investigator

A Placebo Controlled, 8-Week Clinical Trial of Wellbutrin SR In The Treatment Of Adults With Attention
Deficit Hyperactivity Disorder Combined With A Six Month Extension For Treatment Responders
1998 - 2000
Glaxo-Welcome & Mood Disorders Clinic
Principal Investigator

A Double-Blind, Randomized, Multicenter, Parallel Design Study to Evaluate The Efficacy and Safety of
Three dose Ranges of EMD 68 843 in Comparison with Placebo and Fluoxetine in Outpatients With Major
Depressive Disorder
1998 - 1999
Merck KGaA
Principal Investigator

A Multicenter, Double-Blind, Placebo-Blind, Placebo-Controlled Comparison of the Safety and Efficacy and Effects on Sexual Functioning of Wellbutrin (Bupropion HCL) Sustained Release (SR) and Fluoxetine in Outpatients with Moderate to Severe Recurrent Major Depression
1999 - 2000
Glaxo Wellcome
Principal Investigator

A Double-Blind, Placebo Controlled, Randomized to Determine the Safety and Efficacy of Topiramate in Treating Patients with Bulimia Nervosa
1999 - 2001
Ortho-McNeil Pharmaceuticals
Principal Investigator

The Combination of Olanzapine and Fluoxetine in Treatment Resistant Depression Without Psychotic Features
1999 - 2001
Lilly Research Laboratories
Principal Investigator

Safety of Two Dose Ranges of EMD 128 130 in Comparison with Placebo and Haloperidol in the Treatment of Schizophrenia
1999 - 2000
Merck KGaA
Principal Investigator

A Multicenter, Double-Blind, Placebo Controlled, Randomized Fixed Dose Study of Nefazodone ER in the Treatment of Depressed Patients
1999 - 2001
Bristol Myers Squibb
Principal Investigator

Olanzapine Versus Placebo in the Prevention of Relapse in Bipolar Disorder
1999 - 2001
Lilly/Parexel
Principal Investigator

A Double-Blind, Placebo-Controlled, Study of a Flexible Dose of Venlafaxine ER in Adult Outpatients with Generalized Social Anxiety Disorder
1999 - 2001
Wyeth Ayerst
Principal Investigator

A Multicenter, Double-Blind, Placebo Controlled, Randomized Fixed Dose Study of Nefazodone ER in the Treatment of Depressed Patients
1999 - 2000
Bristol Myers Squibb
Principal Investigator

Open-Label Safety Study of Pregabalin in Patients with Anxiety Disorders (Panic)
1999 -2001
Warner Lumber Division of Parke Davis
Principal Investigator

A Placebo-Controlled Study of Pregabalin Dosed BID and TID in Patients with Generalized Anxiety Disorder
1999 - 2001
Warner Lumber Division of Parke Davis
Principal Investigator

A Placebo-Controlled Study of Pregabalin and Paroxetine in Patients with Panic Disorder
1999 - 2001
Warner Lumber Division of Parke Davis
Principal Investigator

A Multicenter, Double-Blind, Placebo and Sertraline Controlled, Randomized, Parallel Group Design, Flexible Dose Trial of Nefazodone ER in the Treatment of Depressed Patients -
1999 - 2001
Bristol Myers Squibb
Principal Investigator

Open Label Safety Study of Pregabalin in Patients with Generalized Anxiety Disorder
1999-2001
Warner Lumber Division of Parke Davis
Principal Investigator

A Double-Blind, Multi-Center Extension Trial in Subjects Who Suffer From Major Depressive Disorder with Atypical Features who Participated in the Placebo and Fluoxetine Controlled Study of ORG 33062 ER
2000 - Present
Organon
Principal Investigator

A Double-Blind, Multi-center, Randomized, Placebo-Controlled, Efficacy and Safety Study of ORG 33062 ER and Fluoxetine in Subjects Who Suffer from Major Depressive Disorder with Atypical Features
2000 - Present
Organon
Principal Investigator

Phase III Randomized, double-Blind Comparison of Placebo and Tomoxetine in Adult Outpatients with DSM-IV Attention Deficit/Hyperactivity Disorder
2000 - 2001
Eli Lilly
Principal Investigator

A Long-term, Open-Label Safety Study of Tomoxetine Hydrochloride in Adult Outpatients with DSM-IV Attention-Deficit/Hyperactivity Disorder
2000-Present
Eli Lilly
Principal Investigator

A Multicenter, Parallel, Double-Blind, Placebo-Controlled, 6-Week Randomized Comparison of 3 Fixed Doses of GW650250A (8, 16, and 32mg/day), Fluoxetine 20 mg/day and Placebo for the Outpatient Treatment of Moderate to Severe Recurrent Depression
2000-Present
Glaxo Welcome
Principal Investigator

A Multicenter, Double-Blind, Placebo-Controlled, Fixed-Dose Evaluation of the Safety, Efficacy and Tolerability of Lamictal (Lamotrigine) in the Treatment of a Major Depressive Episode in Patients with Type I Bipolar Disorder
2000-2002
Glaxo SmithKline
Principal Investigator

An Open Assessment of Buspirone in Adult Outpatients with DSM-IV Attention-Deficit/Hyperactivity Disorder (ADHD) for 8 weeks with up to 16 Weeks Extended Observation
2001-Present
University of Utah Health Sciences Center
Mood Disorders Clinic
Principal-Investigator

A Controlled Trial of Olanzapine versus Ziprasidone in the Treatment of Schizophrenia and Schizoaffective
Subjects with Comorbid Depression
2001 – Present
Eli Lilly and Company
Principal-Investigator

A Double-Blind, Randomized, Placebo-Controlled 3-Month Clinical Trial of Venlafaxine ER and Sertraline in
the Treatment of Posttraumatic Stress Disorder
2001 – Present
Wyeth-Ayerst
Principal-Investigator

A Randomized, Double-Blind, Parallel-Group, Placebo-Controlled Study Evaluating Efficacy and Safety of
SB-659746-A (10 Mg/Day and 20 Mg/Day) and Citalopram (20 Mg/Day) in Patients with Major Depressive
Disorder
2002 – Present
SmithKline Beecham
Principal-Investigator

A Randomized, Double-Blind, Multicenter, Placebo-Controlled 12-Week Study of the Safety and Efficacy of
Two Doses of Topiramate for the Treatement of Acute Manic or Mixed Episodes in Subjects with Bipolar I
Disorder with an Optional Open-Label Extention
2002 – Present
Ingenix
Principal-Investigator

A Randomized, Double-Blind, Placebo-Controlled, Phase II Study to Evaluate the Efficacy, Safety, and
Tolerability of CP-601,927 in Adults with Attention Deficit/Hyperactivity Disorder
2002 – Present
Pfizer Inc.
Principal-Investigator

Comparative Effectiveness of Antipsychotic Medications in Patients with Schizophrenia
2002 – Present
University of North Carolina (NIMH)
Principal-Investigator

Efficacy and Tolerability of Olanzapine, Quetiapine and Risperidone in the Treatment of First Episode
Psychosis:  A Randomized Double Blind 52 Week Comparison
2002 – Present
University of North Carolina (NIMH)
Principal-Investigator

A Double-Blind Study of Treatment Optimization with Atomoxetine Hydrochloride in Adults with DSM-IV
Attention-Deficit/Hyperactivity Disorder
2002 – Present
Eli Lilly
Principal-Investigator

## Scholastic Honors

1964 Pennsylvania State Scholarship Winner

## Administrative Experience

1976-1979 - Member Research Committee, Salt Lake City Community Mental Health Center

1979-1980 - Director Residency Training, University of Utah Medical Center, Department of Psychiatry

1980-1982 - Chairman - Peer Review and Records Evaluation Committee, Salt Lake County Mental Health Center

1981-1986 - Member, Residency Training Committee, University of Utah Medical Center, Department of Psychiatry

1982-1997 - Member, Pharmacy and Therapeutics Committee, University of Utah Medical Center

1987-1990 - Member, Drug Utilization Review Sub-Committee, Pharmacy and Therapeutics Committee, University of Utah Medical Center

1987-1989 - Member, Ad-hoc Committee to Establish Standards for Psychiatric Hospitalization formed by Utah State Medical Association, Utah Professional Review Organization, and Utah Psychiatric Association

1996-present - Member, Ad-hoc Committee to Review Psychiatric Treatment provided by the Utah State Office of Crime Reparations Association

## Professional Organizations

Utah Psychiatric Association - past member

American Psychiatric Association - past member

American Association for the Advancement of Behavior Therapy - past member

American Society for Clinical Trials - past member

American Society of Clinical Psychopharmacology - Current member

**Teaching Responsibilities**

Regular lectures in third year medical student rotation in Psychiatry

Periodic lectures in Main Residency Lecture Series

Supervisor of third year residents during year long outpatient rotation at Salt Lake Community Mental Health, 1976-86

Supervise Residents and medical students during elective research rotations
Currently have 2 residents and finishing a medical student elective

While serving as Director of Residency Training, planned new programs in Psychiatry Department of Residency Program:

1. Training in rural psychiatry
2. Service to patients with chronic mental illness
3. Evaluation of teaching performance
4. Evaluation of residency performance
5. Evaluation training sites
6. Developed and implemented residency committee to oversee Residency Training Program

Supervise medical students during 3rd year rotation in Mood Disorder Clinic

**Bibliography**

Wood, D.R., Reimherr, F.W., Johnson, G., and Wender, P.H.
Diagnosis and treatment of minimal brain dysfunction in adults: A preliminary report.
Archives of General Psychiatry, 33:1453-1461, 1976

Reimherr, F.W., Hill, G., and Wong, K.
Prolongation of muscle relaxant effects by lithium carbonate.
American Journal of Psychiatry, 134:205-206, 1977

Reimherr, F.W., Wood, D.R., and Wender, P.H.
An Open Clinical Trial of L-DOPA and Carbidopa in the Treatment of Adults with Minimal Brain Dysfunction
American Journal of Psychiatry, 137:73-75, 1980

CURRICULUM VITAE, Fred W. Reimherr, page 20   Last Revision: October, 15, 2002

Strassberg, D.S., Reimherr, F.W., Ward, M.F., Russell, S., and Cole, A.
The MMPI and Chronic Pain.
Journal of Consulting Clinical Psychology, 49:220-226, 1981

Wender, P.H., Reimherr, F.W., Wood, D.R., and Coyne, T.
Diagnosis and Treatment of Minimal Brain Dysfunction in Adults:  A Replication
Archives of General Psychiatry, 38:499-456, 1981

Wood, D.R.; Reimherr, F.W.; Wender, P.H.
Effects of Levodopa on Attention Deficit Disorder, Residual Type (ADD,RT)
Psychiatry Research, 6:13-20, 1982

Wender, P.H., Wood, D.R., Reimherr, F.W., Ward, M.F.
An Open Trial of Pargyline in the Treatment of Attention Deficit Disorder, Residual Type
Psychiatry Research, 9:329-336, 1983

Wood, D.R., Reimherr, F.W.
Minimal Brain Dysfunction (Attention Deficit Disorder) in Adults
New Psychiatric Syndromes, Edited by Akhtar, Aronson, 1983, New York

Wood, D.R., Reimherr, F.W., Wender, P.H.
The Use of L-Deprenyl in the Treatment of Attention Deficit Disorder, Residual Type
Psychopharmacology Bulletin, 19:627-629, 1983

Wood, D.R., Wender, P.H., Reimherr, F.W.
The Prevalence of Attention Deficit Disorder, Residual Type, or Minimal Brain Dysfunction, in a Population of Male Alcoholic Patients
American Journal of Psychiatry, 140:95-98, 1983

Grosser, B.I., Brainard, J., Byerley, W.F., Reimherr, F.W.
Effects of the DST on Plasma Steroids or Melancholic Patients
Neuroendocrinology Letters, Vol 5, #3, 1984

Reimherr, F.W., Wender, P.H., Ebert, M.H., Wood, D.R.
Cerebrospinal Fluid Homovanillic Acid and 5-hydroxyindole Acetic Acid in Adults with Attention Deficit Disorder, Residual Type (ADD,RT)
Psychiatry Research, 11:71-78, 1984

Reimherr, F.W., Wood, D.R., Byerley, W.F., Brainard, J., Grosser, B.I.
Characteristics of Responders to Fluoxetine,
Psychopharmacology Bulletin, 20:70-72, 1984

211

Wender, P.H., Wood, D.R., Reimherr, F.W.
Studies in Attention Deficit Disorder, Residual Type (Minimal Brain Dysfunction in Adults)
Psychopharmacology Bulletin, 20:18-20, 1984

Wender, P.H., Reimherr, F.W., Wood, D.R., Ward, M.F.
A Controlled Study of Methylphenidate in the Treatment of Attention Deficit Disorder in Adults, Residual Type
American Journal of Psychiatry, 142:547-552, 1985

Wood, D.R., Reimherr, F.W., and Wender, P.H.
The Treatment of Attention Deficit Disorder With DL-Phenylalanine.
Psychiatry Research, 16:21-26, 1985

Wood, D.R., Reimherr, F.W., Wender, P.H.
Amino-acid Acid Precursors in the Treatment of Attention Deficit Disorder, Residual Type
Psychopharmacology Bulletin, 21:146-149, 1985

Reimherr, F.W., Wood, D.R., Wender, P.H.
The Use of MK-801, a Novel Sympathomimetic, in Adults with Attention Deficit Disorder, Residual Type
Psychopharmacology Bulletin, 22:237-242, 1986

Byerley, W.F., Reimherr, F.W., Wood, D.R., Grosser, B.I.
5-hydroxytryptophan, A Review of its Antidepressant Effectiveness and Adverse Effects
Journal of Clinical Psychopharmacology, 7:127-137, 1987

Reimherr, F.W., Wender, P.H., Wood, D.R., Ward, M.F.
An Open Trial of l-tyrosine in the Treatment of Attention Deficit Disorder, Residual Type
American Journal of Psychiatry, 144:1071-1074, 1987

Byerley, W.F., Reimherr, F.W., Wood, D.R., Grosser, B.I.
Fluoxetine, A Selective Serotonin Re-uptake Inhibitor For The Treatment of Outpatients With Major Depression
Journal of Clinical Psychopharmacology, 8:112-115, 1988

Reimherr, F., Byerley, W.F., Grosser, B.I.
Sertraline, A Selective Serotonin Re-uptake Blocker for Outpatients With Major Depression
Psychopharmacology Bulletin, 24:200-205, 1988

Reimherr, F.W., Ward, M.F., Byerley, W.F.
The Introductory Placebo Washout:  A Retrospective Evaluation
Psychiatry Research, 30:191-199, 1989

212

Byerley, W.F., Leppert, M., O'Connell, P., Mellon, C., Holik, J., Lubbers, A., Bullen, K., Reimherr, F.W., Wender, P.H., Bunzow, J., Grandy, D., Litt, M., Civelli, O., Lalouel, J.,White, R.
D2 Dopamine Receptor Gene Not Linked to Manic-Depression in Three Families
Psychiatric Genetics, 1:55-62, 1990

Reimherr, F.W., Chouinard, G, Cohn, CK et al
Antidepressant Efficacy of Sertraline: a Double-Blind, Placebo- and Amitriptyline-controlled Multicenter Comparison Study in Outpatients with Major Depression
Journal of Clinical Psychiatry, 51(12, suppl B): 18-27, 1990

Wender, P.H., Reimherr, F.W.,
Bupropion Treatment of Attention Deficit Hyperactivity Disorder in Adults
American Journal of Psychiatry, 147, 1018-1020, 1990

Wender, P.H., Wood, D.R., Reimherr, F.W.
Pharmacological Treatment of Attention Deficit Disorder, Residual Type (ADD-RT) in Adults.  In Greenhill, L.L. and Osman, B.B (Eds.), Ritalin:  Theory and Patient Management
New York: Mary Ann Liebert, Inc., 1991

Jensen, S., Plaetke, R., Holik, J., Hoff, M., O'Connell, P., Reimherr, F.W., Wender, P.H., Zhou, Q-Y., Civelli, O., Litt, M., Leppert, M., Byerley, W.F.
Linkage Analysis of the D1 Dopamine Receptor Gene Region and Manic-Depression in Six Families
Human Heredity, 42:269-275, 1992

Byerley, W.F., Plaetke, R., Hoff, M., Jensen, S., Holik, J., Reimherr, F.W., Mellon, C., Wender, P.H., O'Connell, P. and Leppert, M.
Tyrosine Hydroxylase Gene Not Linked to Manic-Depression in Seven of Eight Pedigrees
Human Heredity, 42:259-263, 1992

Byerley, W.F., Plaetke, R., Hoff, M., Jensen, S., Leppert, M., Holik, J., Reimherr, F.W., Wender, P.H., Waldo, M., Myles-Worsley, M., Freedman, R., O'Connell, P.
Tyrosine Hydroxylase Gene Not Linked to Schizophrenia in Nine Pedigrees
Psychiatric Genetics, 3:29-31,1993

Fluoxetine Bulimia Nervosa Collaborative Study Group "Fluoxetine in the Treatment of Bulimia Nervosa, A Multicenter, Placebo-Controlled, Double-Blind Trial"
Archives of General Psychiatry, 49:139-147, 1992

Jensen S, Plaetke R, Holik J, Hoff M, O'Connell P, Reimherr F, Wender P, Zhou QY, Civelli O, Litt M, et al, "Linkage analysis of the D1 dopamine receptor gene and manic depression in six families."
Hum Hered. 42(5): 269-75, 1992

Byerley, W.F., Coon, H., Hoff, M., Holik, J., Jensen, S., Reimherr, F.W., Wender, P.H., Leppert, M., Plaetke, R. "A Genome Wide Search for Genes Predisposing to Manic-Depression Assuming Autosomal Dominant Inheritance."
American Journal of Human Genetics, 52:1234-1249, 1993

Ward, M.F., Wender, P.H., and Reimherr, F.W.
The Wender Utah Rating Scale: An aid in the Retrospective Diagnosis of Attention Deficit Hyperactivity Disorder
American Journal of Psychiatry, 150:885-890, 1993

Tollefson, G.D., Rampey Jr., A. H., Potvin, J. H., Jenike, M. A., Rush, A. J., Reimherr, F. W., Dominguez, R. A., Koran, L. M., Shear, M. K.
A Multicenter Investigation of Fixed-Dose Fluoxetine in the Treatment of Obsessive-Compulsive Disorder
Archives of General Psychiatry, to be submitted, 1993

Coon H, Jensen S, Hoff M, Holik J, Plaetke R, Reimherr F, Wender P, Leppert M, Byerley W, "A genome wide search for genes predisposing to manic depression, assuming autosomal dominant inheritance."
Am J Hum Genet. 52(6): 1234-49, 1993

Coon H, Jensen S, Holik J, Hoff M, Myles Worsley M, Reimherr F, Wender P, Waldo M, Freedman R, Leppert M, et al, "Genomic scan for genes predisposing to schizophrenia."
Am J Med Genet. 54(1): 59-71, 1994

Coon H, Sobell J, Heston L, Sommer S, Hoff M, Holik J, Umar F, Robertson M, Reimherr F, Wender P, et al, "Search for mutations in the beta 1 GABAA receptor subunit gene in patients with schizophrenia."
Am J Med Genet. 54(1): 12-20, 1994

Coon H, Holik J, Hoff M, Reimherr F, Wender P, Myles Worsley M, Waldo M, Freedman R, Byerley W, "Analysis of chromosome 22 markers in nine schizophrenia pedigrees."
Am J Med Genet. 54(1): 72-9, 1994

Coon H, Hicks AA, Bailey ME, Hoff M, Holik J, Harvey RJ, Johnson KJ, Darlison MG, Reimherr F, Wender P, et al , "Analysis of GABAA receptor subunit genes in multiplex pedigrees with manic depression. "
Psychiatr Genet. 4(3): 185-91, 1994

Marder SR, Meibach RC et al, "Risperidone in the treatment of schizophrenia."
Am J Psychiatry 151:825-35, 1994

Byerley W, Bailey ME, Hicks AA, Riley BP, Darlison MG, Holik J, Hoff M, Umar F, Reimherr F, Wender P, et al, "Schizophrenia and GABAA receptor subunit genes."
Psychiatry Genet. 5(1): 23-9, 1995

Fang N, Coon H, Hoff M, Holik J, Hadley D, Reimherr F, Wender P, Myles Worsley M, Waldo M, Freedman R, et al , "Search for a schizophrenia susceptibility gene on chromosome 18." Psychiatr Genet. 5(1): 31-5, 1995

Goldstein, D.J., Wilson, M.G., Thompson, V.L., Potvin, J.H., Rampey, A.H. and the Fluoxetine Bulimia Nervosa Research Group, "Long-Term Fluoxetine Treatment of Bulimia Nervosa" British Journal of Psychiatry 166:660-666, 1995

Hadley D, Hoff M, Holik J, Reimherr F, Wender P, Coon H, Byerley W, "Manic depression and the norepinephrine transporter gene. Hum Hered. 45(3): 165-8, 1995

Reimherr-FW, Hedges-DW, Rogers-A, Strong-RE and Wender-PH: "An Open Trial of Venlafaxine in Adult Patients with Attention Deficit Hyperactivity Disorder": 1995: Psychopharmacology Bulletin, 31 (4):  779-783, 1995

Mendels J, Reimherr FW, Marcus RN, Roberts DL et-al,  "A double-blind, placebo-controlled trial of two dose ranges of nefazodone in the treatment of depressed outpatients." Journal-of-Clinical-Psychiatry Vol 56(Suppl 6): 30-36, 1995

Coon H, Hoff M, Holik J, Hadley D, Fang N, Reimherr F, Wender P, Byerley W , "Analysis of chromosome 18 DNA markers in multiplex pedigrees with manic depression." Biol Psychiatry 39(8): 689-96, 1996

Hedges- DW, Reimherr- FW, Strong-RE, Halls-CH, Rust-C, "An Open Trial of nefazodone in Adult Patients with Generalized Anxiety Disorder" Psychopharmacology Bulletin, 32 (4): 671-676, 1996

Amsterdam JD, Fawcett J, Quitkin FM, Reimherr, FW,  "Fluoxetine and norfluoxetine plasma concentrations in major depression: A multicenter study. " American-Journal-of-Psychiatry 154: 963-969, 1997

Freedman R, Coon H, Myles Worsley M, Orr Urtreger A, Olincy A, Davis A, Polymeropoulos M, Holik J, Hopkins J, Hoff M, Rosenthal J, Waldo MC, Reimherr F, Wender P, Yaw J, Young DA, Breese CR, Adams C, Patterson D, Adler LE, Kruglyak L, Leonard S, Byerley W , "Linkage of a neurophysiological deficit in schizophrenia to a chromosome 15 locus." Proc Natl Acad Sci U S A. 94(2): 587-92, 1997

Amsterdam JD, Garcia Espana F, Fawcett J, Quitkin FM, Reimherr FW, Rosenbaum JF, Schweizer E, Beasley C, "Efficacy and safety of fluoxetine in treating bipolar II major depressive episode." J Clin Psychopharmacol. 18(6): 435-40, 1998

Coon H, Myles-Worsley M, Tiobech J, Hoff M, Rosenthal J, Bennett P, Reimherr F, Wender P, Dale P,
Polloi A, Byerley W  "Evidence for a chromosome 2p13-14 schizophrenia susceptibility locus in families from
Palau, Micronesia."
Mol Psychiatry 3:521-527, 1998

Jensen J, Coon H, Hoff M, Rosenthal J, Reimherr F, Wender P, Myles Worsley M, Freedman R, Byerley W ,
"Search for a schizophrenia susceptibility gene on chromosome 13."
Psychiatr Genet. 8(4): 239-43, 1998

Reimherr FW, Cunningham LA, Batey SR, Johnston JA, Ascher JA, "A multicenter evaluation of the efficacy
and safety of 150 and 300 mg/d sustained release bupropion tablets versus placebo in depressed
outpatients."
Clin Ther. 20(3): 505-16, 1998

Reimherr FW, Amsterdam JD, Quitkin FM, Rosenbaum JF, Fava M, Zajecka J, Beasley CM Jr, Michelson
D, Roback P, Sundell K, "Optimal length of continuation therapy in depression: a prospective assessment
during long term fluoxetine treatment."
Am J Psychiatry  155(9): 1247-53, 1998

Stewart JW, Quitkin FM, McGrath PJ, Amsterdam J, Fava M, Fawcett J, Reimherr F, Rosenbaum J,
Beasley C, Roback P, "Use of pattern analysis to predict differential relapse of remitted patients with major
depression during 1 year of treatment with fluoxetine or placebo."
Arch Gen Psychiatry  55(4): 334-43, 1998

Zajecka J, Fawcett J, Amsterdam J, Quitkin F, Reimherr F, Rosenbaum J, Michelson D, Beasley C, "Safety
of abrupt discontinuation of fluoxetine: a randomized, placebo controlled study. "
J Clin Psychopharmacol 18(3): 193-7, 1998

Amsterdam J, Garcia-Espana F, Fawcett J, Quitkin F, Reimherr F, Rosenbaum J, Beasley C, "Fluoxetine
efficacy in menopausal women with and without estrogen replacement."
J-Affect-Disord. 55(1): 11-7, 1999

Amsterdam JD, Garcia Espana F, Fawcett J, Quitkin FM, Reimherr FW, Rosenbaum JF, Beasley C, "Blood
pressure changes during short term fluoxetine treatment."
J Clin Psychopharmacol. 19(1): 9-14, 1999

Michelson D, Amsterdam JD, Quitkin FM, Reimherr FW, Rosenbaum JF, Zajecka J, Sundell KL, Kim Y,
Beasley CM Jr , "Changes in weight during a 1 year trial of fluoxetine."
Am J Psychiatry  156(8): 1170-6, 1999

Myles-Worsley M, Coon H, Tiobech J, Collier J, Dale P, Wender P, Reimherr F, Polloi A, Byerley W
"Genetic epidemiological study of schizophrenia in Palau, Micronesia: prevalence and familiality."
Am J Med Genet. 88:4-10, 1999

Zajecka J, Amsterdam JD, Quitkin FM, Reimherr FW, Rosenbaum JF, Tamura RN, Sundell KL, Michelson D, Beasley CM Jr , "Changes in adverse events reported by patients during 6 months of fluoxetine therapy. "J Clin Psychiatry 60(6): 389-94, 1999

McGrath PJ, Stewart JW. Petkova E,  Quitkin FM, Amsterdam JD, Fawcett J, Reimherr FW, Rosenbaum JF, Beasley CM Jr , "Predictors of Relapse During Fluoxetine Continuation or Maintenance Treatment of Major Depression. "
J Clin Psychiatry 61: 518-517, 2000

Preston, G.A., Marchant, B.K., Reimherr, F.W., Strong, R.E., Hedges, D.W., "Response To Lamotrigine In Patients With Comorbid Borderline Personality Disorder And Bipolar Disorder."  _Accepted by the "Journal of Affective Disorders" for Publication._

Reimherr FW, Strong RE, Marchant BK, Hedges DW, Wender PH, "A Long-Term Naturalistic Evaluation of Mood and Social Adjustment Following Treatment in a 62-Week Controlled Study of Fluoxetine in Major Depression, Submitted for Publication".

**Presentations**

Wood, D.R., Reimherr, F.W.
The Treatment of Attention Deficit Disorder, Residual Type with L-Deprenyl
Proceedings, International Jumex Symposium, 1982; Chinoin Pharmaceutical Ltd.
Budapest, Hungary

Grosser, B.I., Brainard, J., Byerley, W.F., Reimherr, F.W., Wood, D.R.
Low Sensitivity of the DST in Melancholia
American Psychiatric Association, 1983 Annual Meeting
New York City, N.Y.

Reimherr, F.W., Wood, D.R., Byerley, W.F., Brainard, J., Grosser, B.I.
Clinical Characteristics of Responders in a Controlled and Open Study of Fluoxetine NCDEU, May, 1983
Key Biscayne, Florida

Wender, P.H., Wood, D.R., Reimherr, F.W.
Studies in Attention Deficit Disorder, Residual Type (Minimal Brain Dysfunction in Adults)
NCDEU, May, 1983
Key Biscayne, Florida

Grosser, B.I., Brainard, J., Byerley, W.F., Reimherr, F.W., Wood, D.R.
Effects of the DST on Plasma Steroids of Melancholic Outpatients
International Congress of the International Society of Psycho Neuroendocrinology
New York, 1983

Wood, D.R., Reimherr, F.W., Wender, P.H.
Amino-acid Precursors in the Treatment of Adults with ADD,RT
NCDEU, May, 1984
Key Biscayne, Florida

Reimherr, F.W., Wood, D.R., Wender, P.H.
The Use of MK-801, a Novel Sympathomimetic, in Adults with Attention Deficit Disorder, Residual Type
NCDEU, May, 1985
Key Biscayne, Florida

Byerley, W.F., Wamsley, J.K., McCabe, T., McConnell, E., Reimherr, F. W., Grosser, B.I.
Fluoxetine Alters Beta-adrenergic, %HT1, and 5HT2 Receptors
New Research Abstracts, Annual Meeting of the American Psychiatric Association
Washington, D.C., 1986

Reimherr, F.W., Byerley, W.F., Ward, M.F., Lebegue, B.J., Grosser, B.I.
Sertraline, a Selective Inhibitor of Serotonin Uptake, for the Treatment of Outpatients with Major Depressive Disorder
NCDEU, May, 1987
Key Biscayne, Florida

Byerley, W.F., Mellon, C., Holik, J.J., Lubbers, A.M., Leppert, M., O'Connell, P., Reimherr, F.W., Grosser, B.I., Wender, P.H., Bunzow, J., Grandy, D., Civelli, O., Lalouel, J-M., Litt, M., White, R.
Molecular Genetic Studies Using D2 Dopamine Receptor
New Research Abstracts.
Annual Meeting of American Psychiatric Association
San Francisco, California, 1989

Mellon, C., Byerley, W.F., Holik, J.J., Lubbers, A.M., Bullen, K., Reimherr, F.W., Wender, P.H., Myles-Worsley, M., Grosser, B.I., Leppert, M., O'Connell, P., Lalouel, J-M., White, R.
Linkage Analysis of the 11pter Region in MDI
New Research Abstracts.
Annual Meeting of the American Psychiatric Association
San Francisco, California, 1989

Byerley, W.F., Leppert, M., Holik, J., Lubbers, A., Jensen, S., Bullen, K., Grosser, B.I., Reimherr, F.W., Wender, P.H., O'Connell, P., Lalouel, J-M., White, R.,
Molecular Genetic Study of Manic-Depression and Schizophrenia
ACNP, Maui, Hawaii, 1989

Reimherr, F.W., Chouinard, G., Cohn, C.K., et al.
Antidepressant Efficacy of Sertraline: a Double-Blind, Placebo- and Amitriptyline-controlled Multicenter Comparison Study in Outpatients with Major Depression
5th World Congress of Biological Psychiatry,
Florence, Italy 1991

Mendels, J., Reimherr, F.W., Roberts, D., Ecker, J., Marcus, R., Schwiderski, U., Robinson, D.
A Double-Blind Comparison of High-Dose Nefazodone, Low-Dose Nefazodone, and Placebo in the Treatment of Depressed Outpatients
European College of Neuropsychopharmacology
Monte-Carlo, Monaco, 1991

Rosenbaum JF, Quitkin FM, Fava M, Amsterdam J, Fawcett J, Zajeck J, Lebegue BJ, Reimherr FW, Beasley CM, "Fluoxetine vs Placebo: Long-term Treatment of MDD"; Poster Presented at the American College of Neuropsychopharmacology
Meeting in San Juan, Puerto Rico, December, 1993

Corrigan MH, Jonas JM, Reimherr FW, Tagum S, Salzman C, "Short and Long-term Discontinuation of Alrazolam in Patients with Panic Disorder with Agoraphobia" Poster Presented at the American College of Neuropsychopharmacology Meeting in San Juan, Puerto Rico, December, 1994

Hedges-DW, Reimherr-FW, Rogers-A, Strong-RE and Wender-PH; "An Open Trial of Venlafaxine in Adult Patients with Attention Deficit Hyperactivity Disorder"; 1995; Poster Presented at the NCDEU Meeting in Orlando Florida, May, 1995.

Hedges-DW, Reimherr-FW, Strong-RE, Olsen C, "An Open Trial of Nefazodone in Adult Patients with Generalized Anxiety Disorder" Poster presented at NCDEU Meeting in Boca Raton, Florida, May 29-June 2, 1996

Byerley W, Polloi A,  Myles-Worsley M, Hoff M, Rosenthal J, Yaw J, Reimherr F, Wender P, Dale P, Coon H, "Startegies for Mapping a Schizophrenia Gen in the Isolated Population of Palau, Micronesia" American Society of Human Genetics, 1997

Reimherr-FW, Hedges-DW, Wender-PH, Strong-RE, Lebegue-BJ, and Halls-C, "The Residual Symptoms of Major Depressive Disorder and the Effects of Treatment with Fluoxetine in a Long Term Placebo-Controlled Study"' Poster Presented at the American college of Neuropsychopharmacology Meeting in San Juan, Puerto Rico, December, 1996

Hedges-DW, Reimherr FW, Wender-PH, Strong-RE and Cameron-M, "The Relationship Between Fluoxetine and Norfluoxetine Plasma Levels and Hamilton Depression Scored During 63 Weeks of Treatment of Major Depression"; Poster Presented at the American College of Neuropsychopharmacology Meeting in San Juan, Puerto Rico, December, 1996

Reimherr FW, Olsen C, Strong RE, Hedges-DW, and WenderPH, "Long-term Changes in Mood and Social Adjustment in Patients with Major Depression Treated in a Long-term Controlled Study of Fluoxetine"; Poster Presented at the American College of Neuropsychopharmacology Meeting in San Juan, Puerto Rico, December, 1996

Wender PH, Reimherr FW, , Czajkowski L, Sanford E, Rogers A, Gardner L and Eden J, "A Longterm Trial of Methylphenidate in the Treatment of ADHD Adults I. APlacebo-Ctontrolled Trial and Six-Month Followup"; Poster Presented at the American College of Neuropsychopharmacology Meeting in San Juan, Puerto Rico, December, 1996

Fawcett J, Zajeck J, Reimherr FW, Kornstein S, Borian F, Ieni J, Jody D, "An Open-Label Study of Nefazodone in the General Psychiatric Practice: Treatment of Depression with a Focus on Anxiety, Sleep, & Sexual Function"; Presented at the American Psychiatric Association, San Diego, California, May, 1997

Reimherr FW, Michelson D, Beasley CM, Wilson M, "Optimal Length of Continuation Therapy: A Prospective Assessment During Fluoxetine Long-term Treatment of Major Depressive Disorder"; Presented at the American Psychiatric Association, San Diego, California, May, 1997

Byerley W, Polloi A, Dale P, Hoff M, Rosenthal J, Tiobech J, Reimherr F, Wender P, Myles-Worsley M, Coon H, "Genome Wide Linkage Analysis of a Large Schizophrenia Pedigree Ascertained from Palau, Micronesia" International Society of Psychiatric Genetics, Santa Fe, New Mexico 1997

Brunswick DJ, Amsterdam JD, Fawcett J, Quitkin F, Reimherr F, Rosenbaum J, Beasley C, "Relation of Steady-State Fluoxetine Plasma levels and Relapse-Prevention Outcome." ECDEU, Boca Raton, Florida June, 1998

Brunswick DJ, Amsterdam JD, Fawcett J, Quitkin F, Reimherr F, Rosenbaum J, Beasley C, "What Constitutes an "Adequate" Treatment Period with Fluoxetine." ECDEU, Boca Raton, Florida June, 1998

Amsterdam J, Garcia-Espana F, Fawcett J, Quitkin F, Reimherr F, Rosenbaum J, Beasley C, "Fluoxetine efficacy in menopausal Peri & Postmenoopausal Depressed Women: Effect of Estrogen Replacement Therapy." International College of Neuro-Psychopharmacology, Glasscow, England July, 1998

Amsterdam J, Garcia-Espana F, Fawcett J, Quitkin F, Reimherr F, Rosenbaum J, Beasley C, "Weight Change During Acute and Chronic Fluoxetine Therapy in Patients with Major Depression." International College of Neuro-Psychopharmacology, Glasscow, England July, 1998

Reimherr FW, Hedges DW, Strong RE, Williams ED, Marchant BK, Wender PH,  "6-Week, Double-Bind, Controlled Trial of Bupropion SR in the Treatment of Adults with Attention Deficit Hyperactivity Disorder (ADHD) ", Poster Presented at the Annual Meeting of the American Psychiatric Association
Chicago, Illinois, May, 2000

Reimherr FW, Strong RE, Hedges DW, Williams ED, Marchant BK, Wender PH,  "6-Month, Open Trial of Burpropion SR in Comparison to Methylphenidate in the Treatment of Adults with Attention Deficit Hyperactivity Disorder (ADSHD) ", Poster Presented at the ECDEU sponsored by the National Institute of Mental Health, Boca Raton, Florida, May, 2000

**Professional Community Activities**

Utah Mental Health Association

Physicians for Social Responsibility

Catalyst - Association of Families of Patients with Chronic Mental Illness

National Association for the Mentally Ill

5077US/0049: 0014

# STATE OF UTAH
## DEPARTMENT OF COMMERCE
### DIVISION OF OCCUPATIONAL & PROFESSIONAL LICENSING
### LICENSE

| | |
|---|---|
| **EFFECTIVE DATE:** | 12/17/2001 |
| **EXPIRATION DATE:** | 01/31/2004 |
| **ISSUED TO:** | Frederick Reimherr |



**REFERENCE NUMBER(S), CLASSIFICATION(S) & DETAIL(S)**

| 156060-1205 | Physician & Surgeon |
| 156060-8905 | Physician & Surgeon Controlled Substance |

_(signature)_

SIGNATURE OF HOLDER

---

STATE OF UTAH
DEPARTMENT OF COMMERCE
LICENSE

Frederick Reimherr

EFFECTIVE         EXPIRATION
12/17/2001        01/31/2004

REFERENCE NUMBER(S), CLASSIFICATION(S) & DETAIL(S)

Physician & Surgeon
156060-1205

Physician & Surgeon Controlled Substance
156060-8905

SIGNATURE OF HOLDER

## IMPORTANT LICENSURE REMINDERS:

- Your license is valid until the expiration date listed on this form. Approximately 60 days prior to this expiration you will receive a renewal notice in the mail.

- Please note the address listed below. This is your public address of record for the division, and all future correspondence from the division will be mailed to this address. If you move, it is your responsibility to notify us directly of the change. Maintaining your current address with us is the easiest way to ensure continuous licensure.

```
FREDERICK  REIMHERR
U OF U MED CTR, DEPT OF PSYCH
50 N MEDICAL DR
SALT LAKE CITY UT  84132
```

Please visit our web site at www.dopl.utah.gov should you have any questions in the future.

**CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE**
**UNITED STATES DEPARTMENT OF JUSTICE**
**DRUG ENFORCEMENT ADMINISTRATION**
WASHINGTON, D.C. 20537

Sections 304 and 1008 (21 U.S.C. 824 and 958) of the Controlled Substances Act of 1970, as amended, provide that the Attorney General may revoke or suspend a registration to manufacture, distribute, dispense, import or export a controlled substance.

| DEA REGISTRATION NUMBER | THIS REGISTRATION EXPIRES | FEE PAID |
|---|---|---|
| AR9669904 | 04-30-2005 | $210.00 |

| SCHEDULES | BUSINESS ACTIVITY | DATE ISSUED |
|---|---|---|
| 2,2N,3,3N,4,5 | PRACTITIONER | 04-11-2002 |

REIMHERR, FREDERICK W MD
UNIV OF UT SCHOOL OF MEDICINE
DEPT OF PSYCHIATRY
30 NORTH 1900 EAST, RM 5R218
SALT LAKE CITY, UT          84132-2502

Form DEA-223 (10/96)

THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, BUSINESS ACTIVITY, OR VALID AFTER THE EXPIRATION DATE

5077US/0049 : D014

5077US/0049 : 0015

# CURRICULUM VITAE

**Abbey Strauss, M.D.**

Comprehensive NeuroScience, Inc.
8200 Jog Road, Suite 101
Boynton Beach, FL 33437
561-731-0158

**Education:**

| | |
|---|---|
| 1981 - 1985 | Beth Israel Medical Center<br>New York, NY<br>Internship and Psychiatric Residency |
| 1981 | Medical University of South Carolina<br>Charleston, SC<br>Doctor of Medicine |
| 1972 | New York University<br>New York, NY<br>Masters of Social Work |
| 1969 | Ohio State University<br>Columbus, Ohio<br>BA in general psychology |
| | Piqua Central High School<br>Piqua, Ohio |

**Professional Experience:**

| | |
|---|---|
| Feb 2002 – Present | Investigator<br>Comprehensive NeuroScience, Inc.<br>Boynton Beach, FL |
| 1994 - Jan 2002 | Investigator<br>ICSL - Clinical Studies<br>Boynton Beach, FL |
| 1986 - Present | Private Practice<br>Boca Raton, FL<br>Psychopharmacological, forensic and pain control emphasis.<br>Psychiatric Consultant on a number of felony cases associated with cocaine abuse and general psychiatric problems. |

Abbey Strauss, M.D.
Curriculum Vitae
Page 2

**Professional Experience:**
(cont'd):

| | |
|---|---|
| 1997 - Present | Regional Director (Southeast United States) *Physician's For Social Responsibility* (US Affiliate of the International Physicians for the Prevention of Nuclear War - Winner 1985 Nobel Peace Price), |
| 1992 - 1993 | Quality Assurance Committee<br>Fair Oaks Hospital<br>Delray Beach, FL |
| | Faculty, Fair Oaks Hospital<br>Institute of Advance Studies<br>Delray Beach, Florida |
| 1988 | Forensic Evaluator Training<br>University of South Florida |
| | Professional Speaker for McNeil Laboratories, Sandoz Pharmaceutical and Abbott Laboratories, Cosensys, Wyeth, Lilly, Purdue and other professional organizations |
| | Many community lectures and Continuing Education Seminars to nursing groups and lay organizations |
| 1987 | Substance Abuse Awareness Committee<br>Psychiatric Consultant<br>Boca Raton Community Hospital<br>Boca Raton, FL |
| 1986 - 1988 | Executive Committee<br>Fair Oaks Hospital<br>Delray Beach, FL |
| 1986 | Reviewer<br>American Journal of Family Therapy |
| | Psychiatrist<br>Regent's Park Nursing Home<br>Boca Raton, FL |

Abbey Strauss, M.D.
Curriculum Vitae
Page 3

**Professional Experience:**
(cont'd):

| | |
|---|---|
| 1986 - 1991 | Psychiatrist<br>North Broward Detention Center |
| 1984 - 1985 | New York University Graduate School<br>of Social Work |
| 1984 - 1985 | Gracie Square Hospital<br>New York, NY |
| 1972 - 1976 | Pee Dee Mental Health Center<br>Florence, SC |
| 1967 - 1968 | Columbus Children's Psychiatric Hospital<br>Columbus, Ohio |

**Professional Memberships/Organizations:**

American Psychiatric Association, General Member
Florida Psychiatric Association
New York Academy of Sciences
American Academy of Psychiatry and the Law
Who's Who in Medicine
American Association of Orthopsychiatry
American Academy of Pain Management
American Sleep Disorders Association

**Licenses/Certification:**

| | |
|---|---|
| 1988 | Board Certified<br>American Board of Psychiatry & Neurology |
| 1982 | Diplomat<br>National Board of Medical Examiners |
| | Florida State Medical License; ME0045950 |

Abbey Strauss, M.D.
Curriculum Vitae
Page 4

**Research Papers/Presentations:**

| | |
|---|---|
| 1982 | Propranolol and Anxiety<br>Beth Israel Medical Center (NY)<br>Annual Research Meeting |
| 1985 | NMR Study of Human Erythrocyte in Affective Disorders<br>Beth Israel Medical Center (NY)<br>On-Going Research Seminar |
| 1985 | NMR Study of Human Erythrocyte in Affective Disorders<br>Grand Rounds Presentation<br>Beth Israel Medical Center (NY) |
| 1985 | NMR Study of Human RBC's in Affective Disorders<br>IVth World Congress of Biological Psychiatry<br>Philadelphia |
| 1986 | NMR Study of Human RBC's in Affective Disorders<br>New Research Meeting<br>Washington, DC |
| 1985 - 1987 | Consultant<br>RBC/NMR and Bipolar Disorders<br>Beth Israel Medical Center (NY) |
| 1988 | Interviewed by CBS News "60 Minutes" as the psychiatrist involved with the "Cara" case<br>Aired Autumn |

**Awards:**

| | |
|---|---|
| 1994 | Exemplary Psychiatrist Award from the National Alliance for the Mentally Ill<br>Arlington,VA |

227

Abbey Strauss, M.D.
Curriculum Vitae
Page 5

**Publications:**

1.  Drug Logic, a monthly column in the ADA Journal, Charlotte, NC, directed to high school students; 1974-1975
2.  Strauss A: A Physician's Guide to the Treatment of the Overdosed Patient-A Psycho-Medical Approach, Florence County Drug Abuse Team, Florence, SC 1973
3.  Strauss A: Several book reviews for The New Physician
4.  Strauss A: Communicating with Spanish-Speaking Patients. The New Physician 26:34-36, 1974
5.  Strauss A: From Im Morphine to PO Methadone Case Report, Western Journal of Medicine, December 1980, page 520
6.  Strauss A: High False Negative Rate for the RPR Syphilis Test (letter) Southern Medical Journal 74:535, March 1981
7.  Strauss A: Cimetidine and delirium - Assessment and Management. Psychosomatics 23:57-62, 1982
8.  Liu P. Strauss A: Diagnosis and Treatment of Syphilis, Journal of the Medical Association of Alabama 53(10): 26-28, April 1983
9.  Strauss A: Propranolol and Anxiety: Theory and Practice Unpublished literature review, 1982
10. Strauss A: Shpos. Southern Medical Journal 76:981-984, 1983
11. Strauss A: Psychiatric Services in New York City: A Partial Listing.  Committee of Residents NYC APA District Branch, 1984
12. Strauss A: A Social Workers Guide to Psychiatric Drugs. A 100 page unpublished handbook for New York University Graduate Students used in my course, 1984-1985
13. Strauss A., Minkoff L., Rosenthal JS: NMR Study of Human Erythrocytes T1 Relaxation Time. Journal of Magnetic Resonance Imaging presented at the Magnetic Resonance Imaging Conference, San Diego, CA 1985
14. Rosenthal JS, Strauss A., Minkoff L., Winston A: Identifying Lithium Responsive Patients Using Nuclear Magnetic Resonance American Journal of Psychiatry, 143:779, June 1986
15. Rosenthal JS, Strauss A., Minkoff L., Winston A: Variations in red blood cell proton T1 relaxation times that correspond to menstrual cycle changes. American Journal of Obstetrics and Gynecology 13:812-3, 1985
16. Many newspaper articles related to psychiatry
17. Strauss A., Trujillo M: Lithium-induced goiter and Voice Changes, Journal of Clinical Psychopharmacology Volume 3, 1985
18. Letter to the Editor with response, American Journal of Psychiatry, March 1987 (response to article #14 above)
19. Strauss A: Oral Dyskinesias Following Buspirone Use, Journal of Clinical Psychiatry 49:322-3, 1988
20. Responses to Letters to the Editor, Journal of Clinical Psychiatry, 49:12, Dec 1988,p. 503

Abbey Strauss, M.D.
Curriculum Vitae
Page 6

**Publications:**
(cont'd):

21.  Nuclear magnetic Response and Lithium Response, review of article #14 (above) in <u>The SKF Eskalith CR Newsletter</u>, Philadelphia, Vol. 12:2, August 1987
22.  Strauss A: A Homicidal Psychosis Due to the combined Use of Cocaine and Over-the-Counter Cold Preparations. <u>Journal of Clinical Psychiatry</u>, 1989; 50(3); 147
23.  Strauss A., LaCandia S: Cocaine Use and Sickle Cell Anemia-A Deadly Mixture. <u>Southern Medical Journal</u>, 1989 82(11); 1455-6
24.  Strauss A., LaCandia S: Pockets of Subcutaneous Cocaine-Legal and Clinical Implications in an Induced Death. <u>Southern Medical Journal</u>, 1989, 82(8); 1064-5
25.  Strauss A., LaCandiaS: Pseudohypermnesia - A conscious Effort to avoid Telling the Truth. <u>Am J Psychiatry</u> 1992; 149(2): 274-5
26.  Strauss A: Dialogues. University Editions, Huntington, WV, 1992
27.  Strauss A: Seasonal Variation in Platelet Serotonin Levels, in process
28.  Strauss A: Platelet Serotonin Levels and Depression, in process
29.  Strauss A: Difficult Mothers - Troubled Daughters, SeaCliff Publications, in press
30.  Strauss A: Amy, University Editions, Huntington, WV, 1993
31.  Strauss A.: <u>Me & My Pain - The Challenges of Chronic Pain</u>, a book submitted 1997 for review
32.  Strauss A., Strauss SG: The Two Roles of Expert Psychiatric Testimony, submitted
33.  Strauss A., Strauss SG: Clozapine Use in the Demented Elderly submitted
34.  Strauss A.: The Pain Project, A Periodic Discussion of the Problems Related Pain Treatment Issues.
35.  Strauss A.: Altered Responses to Medications Exposed to Excessive Temperatures During Shipping. <u>Southern Medical Journal</u> 88 (6): 696, 1995
36.  Strauss A: Book review of Krivacska & Money, Eds., The Handbook of Forensic Sexology. Biomedical and Criminological Perspectives, in the <u>Journal of Sex Research</u>, 32 (1); 89-91, 1995
37.  Strauss A., Strauss S.G., Strauss J.: Lower Intelligence, Drug Abuse and Criminal Behaviors-An Understudied Combination, in process

**Research Experience:**

A Thirty Day Open-Label Multicenter Observational Study Assessing the Safety of xxxx Sustained Release (10 mg or 30 mg) Tablets Administered Every Twelve Hours (q12 hours) in Patients Experiencing Chronic Pain

Abbey Strauss, M.D.
Curriculum Vitae
Page 7

**Research Experience:**
(cont'd)

A Three Month, Open-Label, Multicenter, Compassionate-Use Study
Assessing the Safety of xxxx Sustained Release (10 mg or 30 mg)
Tablets Administered Every Twelve Hours (q12 hours) in Patients
Experiencing Chronic Pain

A Forty-Eight Week Study to Compare the Efficacy and Safety of
xxxx (xxxx) with Placebo in Outpatients with
Alzheimer's Disease

A Twenty-Four Week Study to Compare the Efficacy and Safety of
xxxx (xxxx) with Placebo in Outpatients with Vascular
Dementia

A Double-Blind, Placebo-Controlled, Safety, Tolerability and Efficacy
Study of xxxx Following Four-Week, Step-Wise Dose Escalations
in Patients with Probable Alzheimer's Disease

An Open-Label, Multicenter, Extended Evaluation of the Safety and
Efficacy of xxxx In Patients with Alzheimer's Disease

An Open-Label, Six-Month Extension of xxxx Studies xxxx and
xxxx to Prospectively Evaluate the Long-Term Safety, Tolerability, and
Efficacy of 1 Through 6 mg B.I.D. (2-12 mg/day) xxxx in Outpatients with
Probable Alzheimer's Disease

An Open-Label, Six-Month Extension of xxxx Studies xxxx (U.S. Centers Only),
xxxx and xxxx to Prospectively Evaluate the Long-Term Safety, Tolerability, and
Efficacy of 1 through 6 mg B.I.D. (2/12 mg/day) xxxx in Outpatients with
probable Alzheimer's Disease

A Prospective, Randomized, Multicenter, Double-Blind, Placebo-
Controlled, Parallel-Group Comparison of the Efficacy and Safety
of Three Fixed-Doses of xxxx, 3 mg, 6 mg, and 9 mg per day
in Patients with Probable Mild to Moderate Alzheimer's Disease

xxxx Experience with Safety and Tolerability (QUEST) in Schizophrenia.

Abbey Strauss, M.D.
Curriculum Vitae
Page 8

**Research Experience:**
(cont'd)

A Phase III, Multicenter, Randomized, Double-Blind, Placebo-Controlled,
Parallel-Group, Safety, Tolerance, and Efficacy Study of 5 and 10 mg of
xxxx and 5 mg of xxxx (xxxx) in Elderly Outpatients with Insomnia
with an Open-Label Extension Phase for a Maximum Duration of Twelve
Months

A Multicenter, Double-Blind, Placebo-Controlled Study of the
Cardiovascular Safety and Tolerability of xxxx in Otherwise Healthy
Migraineurs

A 15 Week, Multicenter, Randomized, Double-Blind, Placebo-Controlled
Evaluation of the Safety and Efficacy of xxxx in Patients with Alzheimer's
Disease

A 30 Week, Multicenter, Randomized, Double-Blind, Placebo-Controlled,
Evaluation of the Safety and Efficacy of xxxx in Patients with Alzheimer's
Disease

A Randomized, Comparative, Multicenter, Safety and Contraceptive Efficacy
Study of Two Cyclophasic xxxx/xxxx Regimens, and One Triphasic xxxx/xxxx
Regimens (xxxx) and xxxx 1/20

xxxx Versus xxxx and xxxx in Major Depression:
Comparison of Discontinuation-Emergent Signs and Symptoms

A Randomized, Double-Blind, Placebo-Controlled, Parallel-Group,
Multicenter, Single-Dose, Dose-Range-Finding Study to Assess the
Efficacy and Tolerability of xxxx in the Acute Treatment of Migraine

Comparison of xxxx, Continuous Combined Hormone Replacement
Therapy, and Placebo in Early Postmenopausal Women: Effects on Bone,
Endometrium, Menopausal Symptoms and Lipids

A Randomized, Double-Blind, Multicenter, Placebo-Controlled Menopausal
Symptom Study of Three Doses of xxxx/xxxx (xxxx) Patches in a Sequential
Hormone Replacement Therapy (HRT) Regimen

Abbey Strauss, M.D.
Curriculum Vitae
Page 9

**Research Experience:**
(cont'd)

A Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, Multicenter, Dose-Range-Finding Study to Assess the Efficacy, Tolerability and Safety of xxxx (Administered As A Single Dose of 0.5 MG, 2.5 MG, or 5.0 MG) In The Treatment of Acute Migraine

A Multicenter, Double-Blind, Randomized, Placebo-Controlled, Parallel-Group Study of the Efficacy and Safety of Escalating the Dose of Oral xxxx in Subjects with Acute Migraine

A Multicenter, Randomized, Open-Label, Comparative, Study of the Safety, Toleration and Efficacy of Oral xxxx for Long Term Treatment of Subjects with Acute Migraine

A Randomized, Double-Blind, Parallel Trial Comparing xxxx 5/10 Mg Once Daily, xxxx 5/20 Mg Once Daily, xxxx xxxx 30 Mg Once Daily, and xxxx xxxx 0 Mg Once Daily In Patients Age 1-80 With Essential Hypertension Inadequately Controlled With xxxx xxxx 30 Mg Once Daily Followed By A Single-Blind Extension of xxxx 5/20  Mg Once Daily

A Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Study to Determine the Efficacy and Safety of xxxx in the Treatment of Osteoporosis in Elderly Women

Evaluation of Endometrial Histology and Bone Mineral Density (BMD) in Post Menopausal Women Receiving xxxx/xxxx Hormone Replacement Therapy (HRT)

A Double-Blind, Randomized, Placebo-Controlled, Multicenter Study Comparing the Efficacy and Safety of Oral Tablets of xxxx/xxxx xxxx as well as xxxx Alone Against Placebo in the Prevention of Osteoporosis in Postmenopausal Women

A Multicenter, Double-Blind, Placebo-Controlled, Parallel-Group Study Comparing the Efficacy and Safety of 3 Dosage Combinations of xxxx xxxx Plus xxxx xxxx for the Treatment of Vasomotor Symptoms of Menopause (Hot Flash Frequency and Intensity)

Abbey Strauss, M.D.
Curriculum Vitae
Page10

**Research Experience:**
(cont'd)

A Randomized, Double-Blind, Active-Controlled, Parallel-Group, Multicenter Study Assessing Menstrual Cycle Control and Ovulation Suppression Associated with Vaginal Administration of 5 Dose-Combinations of xxxx xxxx and xxxx xxxx

Evaluation of the Safety and Efficacy of Adding xxxx xxxx (8 to 16 mg) to xxxx in the Treatment of Patients with Severe (JNC-V) Hypertension: A Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel-Design Study with an Open-Label, Long Term Extension

A Randomized, Double-Blind, Placebo-Controlled, Four-Arm Dose-Finding Study Investigating the Efficacy and Safety of Three Doses of xxxx in Patients with Alzheimer's Disease

A Double-Blind, Randomized, Parallel-Group, Multicenter, Dose Finding Study Comparing the Efficacy and Safety of 1 mg xxxx - xxxx in Combination with Low Doses of xxxx xxxx with that of 1 mg xxxx - xxxx Alone on the Endometrium in Postmenopausal Women

Multinational, Multicentre, Double-Blind, Randomized, Placebo-Controlled, Parallel-Group Study to Compare xxxx 80 mg o.d. Titrated to 160 mg o.d. with xxxx 50 mg o.d. Titrated to 100 mg o.d. in Patients with Mild to Moderated Essential Hypertension

Randomized, Double-Blind, Double-Dummy, Active-Controlled Multi-Site Crossover Investigation Comparing the Efficacy of xxxx xx (xxxx xx10 mg OR 30 mg Tablets) Administered Every Twelve Hours to xxxx xx (xxxx 5 mg Tablets) Administered Every Six Hours in Patients with Chronic Pain

Double-Blind, Randomized, Placebo-Controlled Evaluation of the Safety, Tolerability, and Pharmacokinetics of xxxx (xxxx) in Patients with Alzheimer's Disease

A Double-Blind, Placebo-Controlled, Randomized, Dose Titration Study to Evaluate the Safety and Efficacy of xxxx

233

Abbey Strauss, M.D.
Curriculum Vitae
Page 11

**Research Experience:**
(cont'd)

An Eight-Week, Multicenter, Parallel-Group, Double-Blind, Placebo-Controlled Study of xxxx in the Treatment of Elderly Outpatients with DSM-IV Major Depression

A Multicenter, Randomized, Double-Blind, Placebo-Controlled Study to Evaluate the Efficacy and Safety of xxxx(xxx xx xx) in the Treatment of Moderate to Severe Vasomotor Symptoms and Atrophic Conditions Associated with the Menopause

A Randomized, Double-Blind, Placebo-Controlled, Eighteen Week, Safety and Efficacy Trial of xxxx (xx-xxx) 1.5 mg/Day with Uptitration to 6 mg/Day as Adjunctive Therapy to Insulin and Compared to Insulin Alone in Type II Diabetes Mellitus Patients (Non-Insulin Dependent Diabetes Mellitus, NIDDM)

A 24 Week, Multicenter, Randomized, Double-Blind, Placebo-Controlled Evaluation of the Efficacy and Safety of xxxx xxxx (xxxxx) in Patients with Dementia Associated with Cerebrovascular Disease

An Open Label, Randomized Dose Comparative Phase II Study of Low Dose xxxx

An Active Comparator and Placebo-Controlled, Parallel-Group, 6-Week Double Blind Study, Conducted Under In-House Blinding Conditions, to Assess the Efficacy, Safety and Tolerability of xxxx in Patients Aged 80 and Over with Osteoarthritis of the Knee or Hip

An Open-Label Extension Study to Evaluate the Long-Term Safety and Tolerability of xxxx-xx in Patients with Mild to Moderate Alzheimer's Disease

xxxx (xxxx) Experience with Safety and Tolerability (xxxx) with Outpatients With DSM IV Psychosis

An Open-Label, Non-Comparative, Multicenter, Study to Evaluate Contraceptive Efficacy, Cycle Control and Safety of an One-Compartment All-xxxx Vaginal Ring

234

Abbey Strauss, M.D.
Curriculum Vitae
Page 12

**Research Experience:**
(cont'd)

A Multicenter, Double-Blind, Randomized Comparison of Continuous Oral
xxxx-xxxx Combinations and Continuous Oral xxxx, examining
the Effect on the Endometrium, Symptoms and Bleeding Patterns in
Postmenopausal Women.

A Multicenter, Double-Blind, Controlled, Randomized Study to Determine
Efficacy in the Relief of Hot Flushes in Women Receiving xxxx xxxx
Compared to Oral Conjugated Estrogens.

A Twelve Month, Double-Blind, Placebo-Controlled, Investigation of the Safety
And Efficacy of xxxx Transdermal System (1.0mg/cm² x 20 cm²) in Patients with
Dementia of the Alzheimer's Type (Twenty-Four Month Open-Label Extension)

A Twelve Month, Double-Blind, Placebo-Controlled, Investigation of the Safety
and Efficacy of xxxx Transdermal System (1.0mg/cm² x 20 cm²) in Patients with
Dementia of the Alzheimer's Type.

A Multicenter, Randomized, Double-Blind, Eight Week Comparative Efficacy
and Safety Study of xxxx 40 mg and xxxx 20 mg in Study Subjects with Erosive
Esophagitis.

A Multicenter, Open-Label Long Term Safety Study of xxxx 40 mg in Subjects
with Healed Erosive Esophagitis.

A Multicenter, Double-Blind, Double-Dummy, Randomized, Parallel-Group Trial
to Compare the Efficacy and Safety of Three Doses of xxxx (3.75, 7.5, and
15 mg) with Placebo in Patients with Osteoarthritis of the Knee or Hip; and
xxxx (100mg) as an Active Control Assess Trial Sensitivity.

A Multicenter, Double-Blind, Double-Dummy, Randomized, Parallel-Group to
Compare the Efficacy and Safety of Three Doses of xxxx (7.5, 15, and 22 mg)
with xxxx (150 mg) with Placebo in Patients with Rheumatoid Arthritis; and
with xxxx (150 mg) as an Active Control to Assess Trial Sensitivity.

Phase II Double-Blind, Placebo-Controlled, 4-Week Multiple Dose Evaluation of
xxxx for Its Safety, Toleration and Efficacy for Increasing IGF-1 in Older
Normal Men and Women.

Xxxx in the Treatment of    Skin/Soft Tissue Infections: An Open Label,
Randomized, Dose Comparative Phase II Study of Low Dose xxxx.

Abbey Strauss, M.D.
Curriculum Vitae
Page 13

**Research Experience:**
(cont'd)

Safety and Efficacy of Fixed Combination xxxx/xxxx Products as First Line Therapy in Patients With Type 2 Diabetes Mellitus Who Have Inadequate Glycemic Control With Diet and Exercise.

A Triple-Blind, Randomized, Parallel, Pilot Study of xxxx versus xxxx Treatment Regimens in Patients with Mild to Moderate Essential Hypertension

The Comparative Efficacy of xxxx, xxxx, and xxxx for Cognition in Schizophrenia.

Allelic Variation in Schizophrenia.

A Double-Blind, Placebo-Controlled, Parallel-Group Assessment of the Safety and Efficacy of Two Doses of the xxxx Transdermal System (10 mg and 20 mg) in Patients with Major Depression.

A Two-Week, Double-Blind, Placebo-Controlled Trial of the Effects of xxxx 20, 50, and 100 mg BID on Cognitive Tests in Depressed Geriatric Patients.

A Multicenter, Randomized, Double-Blind, Placebo-Controlled Study to Evaluate xxxx in Patients with Probable Alzheimer's Disease of Mild to Moderate Severity.

A Randomized, Placebo-Controlled, Parallel-Group, Multiple-Dose Study of the Effects of xxxx and xxxx in Non-Insulin Dependent Diabetic Patients.

The Safety and Activity of Three Doses of xxxx Compared to Acyclovir in the Treatment of Herpes Zoster in Immunocompetent Adults.

A Comparative Efficacy and Safety Study of xxxx 40 mg and xxxx 20 mg in Study Subjects with Erosive Esophagitis

A Multicenter, Double-Blind, Randomized Study of Continuous Transdermal xxxx Combinations, Compared to Continuous Transdermal xxxx, to Examine the Safety and Effect on the Endometrium Symptoms and Bleeding Patterns in Postmenopausal Women.

A Double-Blind, Placebo-Controlled, Ranedomized Trial to Determine the Effects of a Range of Doses of xxxx Novel Oral Dose form (Biphasic Tablet) Administered Either Once or Twice a Day in Patients with Type 2 Diabetes Who Have Inadequate Glycemic Control with Diet and Exercise.

236

Abbey Strauss, M.D.
Curriculum Vitae
Page 14

**Research Experience:**
(cont'd)

A Multicenter, Randomized, Placebo-Controlled, Double-Blind, Dose-Ranging Study to Assess the Effect of xxxx on Insulin and Ovarian Androgen Production in Obese Woman with Polycystic Ovary Syndrome (PCOS).

A Double-Blind Randomized, Stratified, Parallel-Group Study to Assess the Incidence of PUB's During Chronic Treatment with xxxx or xxxx in Patients with Rheumatoid Arthritis; U.S. Cohort.

A Multicenter, Double-Blind, Randomized Parallel-Group Fixed Dose Study to Prospectively Evaluate the Efficacy, Safety and Tolerability of xxxx Monotherapy, Compared to xxxx Monotherapy in Patients with Type 2 Diabetes Mellitus Inadequately Controlled With Diet.

Multicenter, Randomized, Double-Blind, xxxx Controlled Study of the Efficacy and Safety of xxxx in Subjects with Major Depressive Disorder Who are at Least 65 Years of Age.

A Randomized, Double-Blind, Active-and-Placebo-Controlled, Parallel-Group, Multicenter Study Assessing the Safety and Protective Effect on the Endometrium of 4 Dosage Combinations of xxxx plus xxxx.

A Comparative Trial of xxxx, xxxx and xxxx in Early Postmenopausal Women: A Randomized, Open, Multicenter Study

A Multicenter, Double-Blind, Randomized, Placebo-Controlled, Dose-Finding Study of xxxx in Patients with Essential Hypertension.

A Multicenter, Randomized, Double-Blind, Parallel-Group Study comparing Two 12-Hour xxxx Formulations for the Treatment of Patients with Moderate to Severe Chronic Pain.

A Phase II, Multicenter, Randomized, Double-Blind, Placebo-Controlled, Multiple-Dose Study of a Novel Formulation of Molecular xxxx for the Treatment of Moderate or Severe, Symptomatic Fibrocystic Breast Disease in Otherwise Healthy, Euthyroid, Premenopausal Woman.

Abbey Strauss, M.D.
Curriculum Vitae
Page 15

**Research Experience:**
(cont'd)

Double-Blind, Placebo-Controlled, Parallel-Group Comparison of the Efficacy
and Safety of xxxx, xxxx, and Placebo with an Open Label Extension in the
Treatment of Osteoarthritis of the Knee and/or Hip.

Evaluation of the Antihypertensive Efficacy of xxxx in Comparison to xxxx: A
Multicenter, Double-Blind, Randomized, Parallel-Group, Forced-Titration Study.

A Prospective, Multinational, Multicenter, Double-Blind, Randomized, Active-
Controlled Trial in Patients with Essential Hypertension to Compare the Effects
of xxxx 80 and 160 mg, with or Without the Addition of xxxx, Once Daily to
That of xxxx 5 and 10 mg Once Daily, with or Without the Addition of xxxx, on
Cardiovascular Morbidity and Mortality.

An Open-Label Study to Assess the Safety of the xxxx Transdermal System in
Patients with Major Depression.

A Multicenter, Randomized, Double-Dummy, Parallel Groups Study of xxxx
(xxxx oral extended release capsules) in Patients with Chronic, Moderate to
Severe Pain.

A Multicenter, Non-Randomized, Open-Extension Study of xxxx (xxxx oral
extended release capsules in Patients with Chronic, Moderate to Severe Pain Who
Have Completed a Prior xxxx Clinical Trial.

A 1-Year, Randomized, Placebo- and Active-Comparator-Controlled, Parallel
Group, Double-Blind, Two-Part Study to Assess the Safety and Efficacy of xxxx
Versus xxxx in Patients with Osteoarthritis.

An Open-Label, Repeated-Dose Trial to Characterize the Efficacy and Safety,
and Impact on Quality of Life Measures of xxxx (xxxx) in Patients with Chronic
Low Back Pain.

Safety, Efficacy, and Impact on Quality of Life of Long-Term Administration of
xxxx (xxxx) in Patients with Chronic Low Back Pain.

A Double-Blind, Placebo and xxxx-Controlled, Multicenter Study Evaluating the
Efficacy and Safety of xxxx in Patients with Major Depressive Disorder.

Abbey Strauss, M.D.
Curriculum Vitae
Page 16

**Research Experience:**
(cont'd)

A Phase III Double-Blind Efficacy and Safety Study of One Dose of xxxx (10 mg) Compared to Placebo in Subjects with Primary Hypercholesterolemia.

A Multicenter, Randomized, Controlled Clinical Trial Comparing the Safety and Efficacy of xxxx to xxxx 3.75 mg in Women with Endometriosis-Associated Pain.

A Phase III, Randomized, Multicenter, Placebo-Controlled, Double-Blind Clinical Trial to Study the Efficacy and Safety of xxxx for the Treatment of Hot Flashes Following Surgical or Chemical Castration of Prostate Cancer Patients and its Impact on the Quality of Life in These Patients.

A 24-Week, Randomized, Double-Blind, Multicenter, Trial to Evaluate the Efficacy and Safety of Starting and Maximum Doses of xxxx and xxxx in the Treatment of High Risk Hypercholesterolemic Subjects.

A 12-Week, Multicenter, Randomized, Double-Blind, Placebo-Controlled Trial to Evaluate the Efficacy and Safety of xxxx (5, 10, 20, 40, and 80 mg) in the Treatment of Subjects with Hypertriglyceridemia.

A Double-Blind, Randomized, Placebo-Controlled, Parallel-Group, Fixed-Dose Study of the Efficacy, Safety, and Tolerability of 30 mg and 90 mg xxxx Extended Release Compared to Placebo in Patients with Generalized Anxiety Disorder.

An Open-Label Study of the Safety, Tolerability, and Efficacy of up to 90 mg xxxx Extended Release in Patients with Generalized Anxiety Disorder.

A Multicenter, Randomized, Double-Blind, Active Control Trial to Evaluate the Safety and Efficacy of xxxx as First Line Therapy in Patients with Type 2 Diabetes Mellitus Who Have Inadequate Glycemic Control with Diet and Exercise.

Ninety Day Safety Study of xxxx in Male and Female Parkinson's Patients on xxxx + xxxx.

An Innovative Approach to the Treatment of Post-Herpetic Neuralgia: An Open-Label Study of xxxx.

Abbey Strauss, M.D.
Curriculum Vitae
Page 17

**Research Experience:**
(cont'd)

A Double-Blind, Randomized, Placebo-Controlled Clinical Trial in Postmenopausal Women to Demonstrate the Efficacy of Intravaginal Rings Releasing xxxx with Respect to Postmenopausal Vasomotor Symptoms.

Xxxx Versus Placebo and xxxx in the Acute Treatment of Major Depression.

A Prospective, Double-Blind, Randomized, Parallel Efficacy Study of a xxxx Treatment Regimen Versus Placebo in the Treatment of Patients with Isolated Systolic Hypertension.

A Placebo Controlled, Parallel-Group, 4-Week, Trial Conducted Under Double Blind Conditions to Assess the Efficacy and Safety of xxxx in Patients with Chronic Low Back Pain.

A Multicenter, Double-Blind, Placebo-Controlled Study of the Tolerability and Effect of xxxx in Parkinson's subjects with End-of-Dose Wearing off Symptoms Occurring no Earlier than 4 Hours After Their Most Recent xxxx Dose.

Evaluation of Daily Dose of xxxx 7.5 mg Compared to Placebo in the Treatment of Symptomatic Post-Menopausal Women.

Xxxx, Placebo, and xxxx Comparison in Patients with Major Depressive Disorder.

A Single Dose, Double-Blind, Safety and Efficacy Study of xxxx, xxxx and xxxx in Subjects with Acute Migraine Attacks.

Randomized, Multicenter, Multi-Dose, Double-Blind, Double-Dummy, Parallel-Group Study Comparing the Efficacy and Safety of Sustained-Release xxxx to Placebo in the Treatment of Pain Associated with Osteoarthritis.

Long-Term, Open-Label, Safety and Tolerability Study of xxxx in Subjects with Primary Hypercholesterolemia.

A Comparative Efficacy Study of xxxx (40 mg qd) and xxxx (30 mg qd) in Patients with Erosive Esophagitis.

An Open-Label, Multinational, Multicenter, Extension Trial to Assess the Long-Term Safety and Efficacy of xxxx in Subjects in the xxxx Clinical Trial Program.

Abbey Strauss, M.D.
Curriculum Vitae
Page 18

**Research Experience:**
(cont'd)

A Multicenter, Randomized, Double-Blind, Active Control Trial to Compare the
Safety and Efficacy of a New Formulation of xxxx Tablets (500/1.25mg) to xxxx
as First Line Therapy in Patients with Type 2 Diabetes Mellitus Who Have
Inadequate Glycemic Control with Diet and Exercise.

Xxxx Cardiovascular Treatment Assessment Versus xxxx.

A Double-Blind Randomized Study to Evaluate the Effects of Fixed Combination
xxxx Therapy in Subjects with Type 2 Diabetes Mellitus Who Have Inadequate
Glycemic Control on Half-Maximum to Maximum of the Labeled Doses of xxxx
Monotherapy.

Patient Treatment Preference for and Satisfaction with Migraine Headache
Therapy: xxxx Tablets Versus Current xxxx Therapy.

A 13-Week, Multicenter, Randomized, Double-Blind, Double-Dummy, Placebo-
Controlled, Parallel Group Trial of 2 Doses of xxxx (200 and 400 mg qd) in
Patients with Rheumatoid Arthritis Using xxxx (200 mg bid) as a Comparator.

A Randomized, Open-Label, Comparative, Multicenter Trial to Evaluate
Contraceptive Efficacy, Cycle Control, Safety and Acceptability of a Monophasis
xxxx containing 200 μg xxxx and 20 μg xxxx, Compared to a xxxx Containing
100 μg xxxx and 20 μg xxxx.

A Six-Week, Double-Blind, Placebo-Controlled Multicenter Study to Evaluate
the Safety and Efficacy of 3 Doses of xxxx (0.5, 3 and 10mg) and xxxx in
Subjects with Major Depressive Disorder.

A Randomized, Double-Blind, xxxx and Placebo-Controlled Study of the
Efficacy and Safety of xxxx in Outpatients with Generalized Anxiety Disorder.

Open-Label xxxx Continuation Therapy in Patients with Major Depression
Disorder.

Pharmacogenomics Blood Sampling Protocol.

A Randomized, Double-Blind, Parallel-Group, Placebo Controlled Evaluation of
xxxx and Over-Encapsulated xxxx, Alone and in Combination in the Acute
Treatment of a Migraine Attack.

Abbey Strauss, M.D.
Curriculum Vitae
Page 19

**Research Experience:**
(cont'd)

A Multicenter, Multinational, Open-Label, Extension Study of Oral xxxx for the
Treatment of Opioid-Induced Constipation in Patients with Chronic, Non-
Malignant or Malignant Pain.

Open-Label, Multicenter, Multi-Dose Study Evaluating the Long Term Efficacy
and Safety of xxxx SR (Titrated Doses) in the Treatment of Pain Associated with
Osteoarthritis.

A Double-Blind, Placebo- and xxxx-Controlled, Multicenter, Dose-Ranging
Study Evaluating the Efficacy and Safety of xxxx in Outpatients with Major
Depressive Disorder.

A Double-Blind, Placebo Controlled, 3-Arm Fixed Dose Study of xxxx CR
Continuous Treatment (12.5mg and 25mg/day) for Premenstrual Dysphoric
Disorder.

A Double-Blind, Placebo-Controlled, Randomized, Multicenter Study to
Investigate the Safety and Efficacy of xxxx in Non-Constipated Patients with
Established Irritable Bowel Syndrome.

A Randomized Comparator, Controlled, Double-Blind, Study of the Liver Safety
of xxxx Versus xxxx with xxxx and Insulin as Part of Step Therapy in Subjects
with Type 2 (Non-Insulin Dependent) Diabetes.

A Multicenter, Randomized, Double-Blind Clinical Trial Comparing the Safety
and Efficacy of xxxx Tablets to xxxx Plus xxxx Therapy in Patients with Type 2
Diabetes Mellitus Who Have Inadequate Glycemic Control with xxxx
Monotherapy.

A Phase IIB, Six-Week, Double-Blind, Placebo- and xxxx-Controlled Multicenter
Study to Evaluate the Safety and Efficacy of Oral xxxx in Outpatients with Major
Depressive Disorder.

A Six-Week, Double-Blind, Placebo-Controlled Multicenter Study to Evaluate
the Safety and Efficacy of 3 Doses of xxxx (0.5, 3 and 10 mg) and xxxx in
Subjects with Major Depressive Disorder.

A 3-Month, Double-Blind, Placebo-Controlled, Fixed Dose, Extension Study of
xxxx (12.5mg and 25mg/day) Continuous Treatment for PMDD Patients
Completing Studies xxxx, xxxx or xxxx.

Abbey Strauss, M.D.
Curriculum Vitae
Page 20

**Research Experience:**
(cont'd)

A Phase II, Randomized, Double-Blind, Vehicle-Controlled, Dose Frequency Response Study of Topical xxxx Gel Applied to Anogenital Herpes Lesions Once, Twice or Three Times Per Week for One Recurrence to Prevent Future Recurrences.

A Randomized, Double-Blind, Parallel, Placebo-Controlled, Multicenter Trial to Study the Efficacy, Safety and Steady State Pharmacokinetics of xxxx (dose Levels: 80 mg, 120 mg, 160 mg and 640 mg) in Patients with Essential Hypertension.

Antihypertensive Efficacy of Adding xxxx to xxxx in Comparison to Up-titration of xxxx: A Multicenter Trial using xxxx vs xxxx to Evaluate the Effects on Lowering Blood Pressure.

A 24 Week, Multicenter, Randomized, Double-Blind, Placebo-Controlled Evaluation of the Safety and Efficacy of xxxx in Patients with Severe Alzheimer's Disease Followed by a 12 Week Open-Label Extension Period.

Placebo Controlled Evaluation of xxxx in the Treatment of Alzheimer's Disease: Safety and Efficacy of a Controlled Release Formulation.

A Randomized, 26 Week, Double-Blind, Placebo-Controlled Trial to Evaluate the Safety and Efficacy of xxxx in the Treatment of Dementia Secondary to Cerebrovascular Disease.

A Randomized, Double-Blind, Safety, and Efficacy Pilot Study of xxxx Versus xxxx as First-Line Antihypertensive Therapy in Patients with Type 2 Diabetes Mellitus and Hypertension.

A Placebo-Controlled Dose-Titration Efficacy and Tolerability Study of xxxx in Patients with Probable Alzheimer's Disease.

Multicenter, Randomized, Double-Blind, Active Controlled Trial to Compare the Efficacy and Safety of 104 Weeks of xxxx Plus xxxx vs xxxx Plus xxxx in Drug Naïve Subjects with Type 2 Diabetes Mellitus who have Inadequate Glycemic Control with Diet and Exercise.

A 52 Week Prospective, Randomized, Multicenter, Double-Blind, Placebo-Controlled, Parallel-Group Comparison of the Efficacy, Tolerability and Safety of 3-12 mg/day of xxxx Capsules in Patients with Probable Vascular Dementia.

Abbey Strauss, M.D.
Curriculum Vitae
Page 21

**Research Experience:**
(cont'd)

A 13 Week, International, Multicenter, Randomized Double-Blind, Double-Dummy, Placebo-Controlled, Parallel Group Trial Assessing the Safety and Efficacy of 2 Doses xxxx (200 mg and 400 mg od) in Patients with Knee Primary Osteoarthritis, Using xxxx (200 mg od) as a Comparator.

A 26-Week, International, Multicenter, Randomized, Double-Blind, Double-Dummy Parallel Group Active Controlled Endoscopic Study of Gastroduodenal Effects of xxxx (400 mg and 800 mg) in Patients with Rheumatoid Arthritis Using xxxx (800 mg tid) and xxxx (200 mg bid) as Comparators.

A Phase IIB, Seven Week, Double-Blind, Placebo- and xxxx Controlled Multicenter Study to Evaluate the Safety and Efficacy of Oral xxxx in Outpatients with Major Depressive Disorder and Associated Somatic Symptoms.

Preliminary Efficacy Study in Pre-Menopausal Women with Normal or Impaired Sexual Function Due to Acquired Arousal and/or Orgasm Disorder Comparing xxxx 1.0 mg to Placebo:  Double-Blind with 8 Week Home Treatment Phase.

Phase III Study of xxxx Subcutaneous Injection in Women with Endometriosis in the US and Canada.

Phase III Contraception Study of xxxx Subcutaneous Injection in Women of Childbearing Potential in the Americas (Including a Bone Mineral Density (BMD) Substudy Comparing the Effects of xxxx and xxxx) Also Including a Return of Ovulation Substudy.

Effects of Oral xxxx on Lipoproteins in Subjects with Type II Diabetes Mellitus Who are Receiving Statin Therapy.

A Phase 2, Multicenter, Double-Blind, Placebo-Controlled, Dose-Finding Study of xxxx in the Treatment of High-Grade Squamous Intra-Epithelial Lesions of the Uterine Cervix.

Prospective, Randomized, Double-Blind Multicenter, Comparative Trial to Evaluate the Efficacy and Safety of xxxx Once-Daily (QD) Modified Release Tablets 1000 Mg Versus Conventional xxxx 500 mg Tablets BID in the 7-14 Day Treatment of Patients with Complicated Urinary Tract Infections (cUTI) or Acute Uncomplicated Pyelonephritis.

Abbey Strauss, MD
Curriculum Vitae
Page 22

**Research Experience:**
(cont'd)

Open-Label Pilot Study Assessing the Efficacy and Safety of New Formulations of xxxx in the Treatment of Low Back Pain.

A Randomized, Double-Blind, Placebo-Controlled Study to Evaluate the Safety and Efficacy of Three Doses of xxxx (0.3 mg, 0.45 mg, and 0.625 mg Modified Release Tablets) Compared with Placebo in Hysterectomixed Postmenopausal Women for the Prevention of Osteoporosis.

Double-Blind, Placebo-Controlled, Parallel Group, Dose Ranging Comparison of the Efficacy and Safety of Extended Release xxxx and Placebo in the Treatment of Osteoarthritis of the Knee and/or Hip.

A Multicenter, Double-Blind, Placebo-Controlled, Randomized Study to Determine Efficacy in the Relief of Hot Flashes in Women Receiving Oral xxxx Tablets.

An Open-Label Extension Trial to Assess the Long-Term Safety of a Controlled Release Formulation of xxxx in the Treatment of Alzheimer's Dementia.

A Double-Blind, Multicenter, Randomized, Placebo-Controlled, Parallel Group Study of the Effects of xxxx on Safety and Efficacy in Patients with Mild to Moderate Hypertension.

A Multinational, Multicenter, Randomized, Double-Blind, Parallel Group, Active Controlled, Comparative Trial, to Assess the Endometrial Histological Profile Following Treatment with xxxx Versus xxxx plus xxxx in Postmenopausal Women.

A Seven-Week, Double-Blind, Extension of xxxx: A Phase IIB, Seven-Week, Double-Blind, Placebo and xxxx-Controlled Multicenter Study to Evaluate the Safety and Efficacy of Oral xxxx in Outpatients with Major Depressive Disorder and Associated Somatic Symptoms.

A Double-Blind Placebo-Controlled, Parallel Group Design Study of Two Doses of xxxx vs. Placebo for the Treatment of Sexual Dysfunction (Hypoactive Desire) in Postmenopausal Women.

A Double-Blind, Placebo-Controlled, Parallel Group Design Study of Two Doses of xxxx vs. Placebo for the Treatment of Sexual Dysfunction (Arousal Disorder) in Postmenopausal Women.

Abbey Strauss, MD
Curriculum Vitae
Page 23

**Research Experience:**
(cont'd)

A Double-Blind, Randomized, Parallel Group Study of xxxx 10 mg OD Versus Placebo in the Management of Acute Urinary Retention in Patients with a First Episode Due to BPH.

A Randomized, Double-Blind, Dose Ranging, Dose Comparison-Controlled Trial to Determine the Safety and Efficacy of xxxx in Patients with Type 2 Diabetes.

A Phase II Study on Analgesic Efficacy, Safety and Tolerability of xxxx: a Six Week, Randomized, Double-Blind, Placebo-Controlled, Dose-Finding, Multicenter Study Comparing xxxx with xxxx and with xxxx in Subjects with Osteoarthritis of the Knee.

_____                    _____
Abbey Strauss, M.D.                                      Date

CVStrauss02.doc                                                    September 2001
                                                                            February 2002

246

AC# 0770874

**STATE OF FLORIDA**
**DEPARTMENT OF HEALTH**
**DIVISION OF MEDICAL QUALITY ASSURANCE**

| DATE | LICENSE NO. | CONTROL NO. |
|------|-------------|-------------|
| 12/05/2001 | ME 45950 | 64510 |

THE **MEDICAL DOCTOR**
NAMED BELOW HAS MET ALL REQUIREMENTS OF
THE LAWS AND RULES OF THE STATE OF FLORIDA.
EXPIRATION DATE: **JANUARY 31, 2004**
**ABBEY STRAUSS**
**1050 NW 15TH ST #207-A**
**BOCA RATON, FL 33486-1341**

JEB BUSH
GOVERNOR          DISPLAY IF REQUIRED BY LAW

JOHN O. AGWUNOBI, M.D., M.B.A.
SECRETARY

247

5077US/0049 : 0015



**CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE**
**UNITED STATES DEPARTMENT OF JUSTICE**
**DRUG ENFORCEMENT ADMINISTRATION**
WASHINGTON, D.C. 20537

Sections 304 and 1008 (21 U.S.C. 824 and 958) of the Controlled Substances Act of 1970, as amended, provide that the Attorney General may revoke or suspend a registration to manufacture, distribute, dispense, import or export a controlled substance.

| DEA REGISTRATION NUMBER | THIS REGISTRATION EXPIRES | FEE PAID |
|---|---|---|
| AS3143293 | 01-31-2003 | $210.00 |

| SCHEDULES | BUSINESS ACTIVITY | DATE ISSUED |
|---|---|---|
| 2,2N,3,3N,4,5 | PRACTITIONER | 01-25-2000 |

STRAUSS, ABBEY MD
1050 NW 15TH STREET
#207A
BOCA RATON, FL          33486

THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, BUSINESS ACTIVITY, OR VALID AFTER THE EXPIRATION DATE.

Form DEA-223 (10/96)

*5077US/0049.0016*

## CURRICULUM VITAE
# William Thiel Granger III, M.D.

### Licensure

| | |
|---|---|
| Nevada Medical License | 7492 |
| Texas Medical License | K4443 |
| Arkansas Medical License | C-5059 |
| DEA Number | AG7171616 |

### Associated Sites

American Medical Research Associates
1301 N. McCarron Blvd., Suite 103
Sparks, NV 89431

West Hills Hospital
1240 East Ninth Street
Reno, NV 89512

Research Strategies Inc
3858 Carson Street, Suite 206
Torrance, CA 90503

### Research Experience

➢ Open Label Trials on Anafranil for Obsessive Compulsive Disorder in Adults and Adolescents.
➢ Open Label Trials on Buspar for Anxiety Disorders in Adults.
➢ A Multicenter, Double-blind, Randomized Comparison of the Efficacy and Safety of XXX and XXX in the Treatment of Patients with Schizophrenia
➢ A Controlled Trial of XXX Versus XXX in the Treatment of Schizophrenic and Schizoaffective Subjects with Comorbid Depression.
➢ A Phase III, Randomized, Double-Blind, Placebo-Controlled Study of Safety and Efficacy of XXX in Patients with Major Depressive Disorder with Psychotic Features Who are not Receiving Antidepressants or Antipsychotics
➢ A Phase III, Open-Label Study of the Safety and Efficacy of XXX in Patients with Major Depressive Disorder with Psychotic Features Who Have Previously Demonstrated a Rapid Response to either XXX or Placebo.
➢ A Randomized, Double-Blind, Multiple Dose Study of the Relative Bioavailability and Tolerability of a Slow-Release Formulation and a Medium-Release Formulation of XXX in Patients with Schizophrenia or Schizoaffective Disorder.

*20 JAN '03*