## Education

| | |
|---|---|
| Internship and Residency in Psychiatry<br>Arkansas State Hospital and University of Arkansas<br>Medical Sciences Campus<br>Little Rock, AR | 1979 |
| Doctor of Medicine<br>University of Arkansas Medical Sciences Campus<br>Little Rock, AR | 1976 |
| Major-Microbiology; Minor-Chemistry<br>Bachelor of Science<br>University of Arizona<br>Tucson, AZ | 1965 |
| Associate of Arts<br>American River College<br>Sacramento, CA | 1962 |

## Professional Experience

| | |
|---|---|
| Private Practice<br>American Medical Research Assoc<br>Sparks, NV | 2002-Present |
| Adult Services Medical Director<br>BHC West Hills Hospital<br>Reno, NV | 2000-Present |
| Associate Medical Director<br>Magellan Behavioral Health<br>Dallas, TX | 1999-2000 |
| Consulting Staff<br>South Baldwin County Hospital<br>Foley, AL | 1999 |
| Consulting Staff<br>Thomas Hospital<br>Fairhope, AL | 1999 |
| Psychiatric Director<br>Bill Nichols State Veteran Home<br>Alexander City, LA | 1998-1999 |

William T. Granger III, MD                     Page 2 of 5                          Curriculum Vitae

| | |
|---|---|
| Interim Medical Director | Jan-Mar 1998 |
| Psychiatric Director | 1998-1999 |
| Wm. F. Green State Veteran Home | |
| Bay Minette, AL | |
| | |
| Associate Staff | 1997 |
| St. Frances Cabrini Hospital | |
| Alexandria, LA | |
| | |
| Associate Staff | 1996-1997 |
| Rapides Regional Medical Center | |
| Alexandria, LA | |
| | |
| Medical Director | 1996-1997 |
| Crossroads Regional Hospital | |
| Alexandria, LA | |
| | |
| Medical Director | 1995-1996 |
| MCC Behavioral Care | |
| Eden Prairie, MN | |
| | |
| Medical Review Officer | 1989-1995 |
| Medical Towers Laboratory | |
| Little Rock, AR | |
| | |
| Medical Review Officer | 1989-1995 |
| Air Transport International | |
| Little Rock, AR | |
| | |
| Reviewer and Senior Reviewer | 1989-1995 |
| AR PRO (Peer Review Organization); | |
| AFMC (Alt Foundation for Medical Care) | |
| | |
| Psychiatric Assessor, DAPA Drug & Alcohol Treatment Program | 1988-1989 |
| Southwest Hospital | |
| Little Rock, AR | |
| | |
| US Veterans Administration, Compensation & Pension Evaluations | |
| North Little Rock, AR | 1987-1995 |
| Alexandria, LA | 1996-1997 |
| | |
| Arkansas Division of Youth Services | 1986-1987 |
| Alexander & Bluff Units | |
| | |
| Credentials Committee | 1985-1986 |
| Psychiatric Care Committee | 1983-1995 |

William T. Granger III, MD            Page 3 of 5            Curriculum Vitae

| | |
|---|---|
| Executive Committee | 1983-1984 |
| | 1993-1995 |
| Psychiatry Section Chief | 1983-1984 |
| | 1993-1995 |
| Baptist Medical Center | 1979-1995 |
| Little Rock, AR | |
| | |
| Medical Director, Adolescent Stress Center | 1986-1991 |
| Baptist Rehabilitation Institute | 1979-1995 |
| Little Rock, AR | |
| | |
| St. Vincent Infirmary Medical Center | 1979-1995 |
| Little Rock, AR | |
| Doctors Hospital | 1979-1995 |
| Little Rock, AR | |
| Memorial Hospital | 1979-1991 |
| North Little Rock, AR | |
| | |
| President of Medical Staff | 1991-1992 |
| Cedarstone Psychiatric Institute | 1979-1982 |
| North Little Rock, AR | |
| | |
| Psychiatric Consultant | 1979-1995 |
| North Little Rock Public Schools | |
| North Little Rock, AR | |
| | |
| Private Practice | 1979-1995 |

**Professional Affiliations**

| | |
|---|---|
| Diplomate, American Academy of Pain Management | 1997-Present |
| American Society of Military Surgeons | 1992-Present |
| American Association of Medical Review Officers | 1992-Present |
| Southern Medical Association | 1991-1993 |
| Pulaski Co (AR) Medical Society | 1990-1995 |
| AR Medical Society | 1990-1995 |
| American Society of Adolescent Psychiatry | 1989-1992 |
| American Medical Association | 1985-1987 |
| American Psychiatric Association | 1983-Present |
| AR State Psychiatric Society | 1980-1995 |
| American Board of Psychiatry and Neurology | 1983-Present |

**Accreditation and Licensure**

| | |
|---|---|
| Aviation Medical Examiner | 1992-1995 |
| Federal Aviation Administration | |

William T. Granger III, MD                    Page 4 of 5                    Curriculum Vitae

| Member and Certified<br>American Association of Medical Review Officers | 1992-Present |

| Member and Certified<br>American Board of Psychiatry and Neurology | 1993-Present |

**Military History**

| | |
|---|---|
| Current Rank-Lieutenant Colonel | 1994 |
| USAF Active Reserve | 1999-Present |
| US Army Active Reserve | 1992-1999 |
| Retired Reserve USAF | 1921-1992 |
| Inactive Reserve USAF | 1971-1987 |
| Separation from Active Duty | 1971 |
| Promoted to CAPT | 1969 |
| Promoted to 1st Lieutenant | 1967 |
| Completed Clinical Laboratory Officer training | 1966 |
| Commissioned 2nd Lieutenant | 1965 |
| Enlisted | 1962 |
| United States Air Force | |

20 JAN 03



5077US/0049 : 0017



July 12, 2002

CURRICULUM VITAE

**LASZLO GYULAI, M.D.**



Associate  Professor
Departments of Psychiatry and Radiology
University of Pennsylvania

**Home Address:**   REDACTED

**Office Address:**  Division of Mood and Anxiety Disorders

3535 Market Street, Suite 670
Philadelphia, PA  19104-3309
(215) 746-6415

**Social Security Number:**  REDACTED

**Education:**

| | |
|---|---|
| 1967-73 | M.D. Summa Cum Laude |
| | Semmelweis Medical University, Budapest, Hungary |
| 1978-80 | Philosophy - Post Graduate Training |
| | Eotvos L. University, Budapest, Hungary |

**Postgraduate Training:**

| | |
|---|---|
| 2/85-6/85 | Intern in Psychiatry |
| | University of Pennsylvania Medical Center - Philadelphia |
| 6/85 - 2/86 | Intern in Medicine |
| | Mercy Catholic Medical.Center - Philadelphia |
| 2/86 - 2/89 | Resident in Psychiatry |
| | University of Pennsylvania Medical Center - Philadelphia |

**Faculty Appointments:**

| | |
|---|---|
| 1973-80 | Assistant Professor of Physiology |
| | Experimental Research Department, II Institute of |
| | Physiology, Semmelweis Medical University, |



2

| | |
|---|---|
| | Budapest, Hungary |
| 1980-82 | Research Associate in Neurology, Cerebrovascular Research Center, University of Pennsylvania Medical Center |
| 1982-85 | Research Associate, Johnson Research Foundation Department of Biochemistry and Biophysics, University of Pennsylvania |
| 1985-89 | Assistant Instructor, Department of Psychiatry, University of Pennsylvania Medical Center |
| 1989 | Instructor, Department of Psychiatry, University of Pennsylvania Medical Center |
| 1989-1999 | Assistant Professor of Psychiatry at the University of Pennsylvania Medical Center, Department of Psychiatry, University of Pennsylvania School of Medicine |
| 1999-present | Associate Professor of Psychiatry at the University of Pennsylvania Medical Center, Department of Psychiatry, University of Pennsylvania School of Medicine |
| 1991-present | Associate Professor of Psychiatry in Radiology, Department of Radiology, University of Pennsylvania Medical Center |

**Hospital and Administrative Appointments:**

| | |
|---|---|
| 1976-80 | Director, Research Training Program for Medical Students Semmelweis Medical University, Budapest, Hungary |
| 1987-89 | House Physician, Northwestern Institute, Fort Washington, Pennsylvania |
| 1988-89 | Psychiatric Consultant, Child Guidance Clinic, University of Pennsylvania, Philadelphia |
| 1989-present | Attending Psychiatrist, Hospital of the University of Pennsylvania |
| 1990-91 | Co-Director, Bipolar Disorders Unit, Mood and Anxiety Disorders Section, Department of Psychiatry, University of Pennsylvania Medical Center. |
| 1991-present | Director, Bipolar Disorders Program, Mood and Anxiety Disorders Section, Department of Psychiatry, University of Pennsylvania Medical Center. |
| 1998 to 2000 | Attending Psychiatrist, Presbyterian Medical Center, University of Pennsylvania Medical Center |

**Specialty Certification:**

| | |
|---|---|
| 1991 | American Board of Psychiatry and Neurology |

**Licensure:**          Commonwealth of Pennsylvania

3

**Medical Registration:**          ECFMG, FLEX

**Awards, Honors and Membership in Honorary Societies:**

| | |
|---|---|
| 1989 | National Psychiatric Endowment Fund, Annual Laughlin Award for Merit (N.P.E.F. Fellow) |
| 1990 | Young Investigator Award National Alliance for Research in Schizophrenia and Depression |
| 1992 | University Research Foundation Award |
| 1994,1995,1996, 2002 | Selected as one of the "Best Doctors in Philadelphia" by Philadelphia Magazine |
| 1995 | Theodore and Vada Stanley Foundation Research Award |
| 1996-present | Board Examiner for American Board of Psychiatry and Neurology |
| 1997 | Patricia Kind Foundation Research Award |
| 1997 | University Research Foundation Award |
| 1998,2000 | Best Doctors in the US, Woodward/ White Publication |
| 1999 | Achievement Award, Jonathan Philip Ford Foundation |
| 2000 | Professional of the Year, New Directions/NDMDA Delaware |
| 2001 | Selected for inclusion in the Who's Who, Starthmore |
| 2002 | Research Award, Jonathan Philip Ford Foundation |
| 2002 | |

**Memberships in Professional and Scientific Societies:**

National Societies:
    American Psychiatric Association
    Society of Nuclear Medicine
Local Societies:
    American Suicide Foundation, Member, Scientific Advisory Council for the Greater Philadelphia Chapter
National Scientific Committees:
    Member, Reviewer, Institutional Development Grant Program, North Carolina Biotechnology Center, 1997 .
    Advisor, Administrator for Special Programs, Office of Vocational Rehabilitation, Commonwealth of Pennsylvania, 1997
    Member, Data Monitoring Board for " Reducing the Efficacy-Effectiveness Gap in Bipolar Disorder" (P.I.:Dr. Mark S. Bauer) Department of Veterans Affairs, Washington D.C.,1998-current
    Member of Advisory Board, Abbott Laboratories, Glaxo-Wellcome, Bristol-Meyers-Squibb
    Grant Reviewer, Department of Veterans Affairs, Washington D.C

256

4

**Academic Committees at the University of Pennsylvania:**

| | |
|---|---|
| 1989-1994 | Member, Residency Recruitment Subcommittee, Department of Psychiatry |
| 1991-1994 | Member, Research Committee, Department of Psychiatry |
| 1992-1999 | Member, Committee on Undergraduate Education |
| 1998-2000 | Member, Faculty Senate |
| 1998-2000 | Member, Faculty Senate Executive Committee |
| 1998-2000 | Observing member, Medical Faculty Senate Steering Committee |
| 1999 | Member, Committee on Committees, Faculty Senate Executive Committee |
| 1999-2000 | Co-Chair, Ad-Hoc Committee on Parity in Health Insurance for Mental Health, Medical Faculty Senate Steering Committee |
| 1999-current | Program Directors Committee, Department of Psychiatry |

**Major Teaching and Clinical Responsibilities :**

<u>Clinical</u>

| | |
|---|---|
| 1990 to present | In charge of the Clinical Program at the Bipolar Disorders Program |
| 1990 to present | Attending Psychiatrist, Hospital of the University of Pennsylvania |
| 1990 to present | Consultation Service of the Bipolar Disorders Program for psychiatrists and other physicians in the Mid-Atlantic Region, US, and abroad |
| 1998 to 2000 | Attending Psychiatrist of the Affective Disorders Team at the Inpatient Service, Department of Psychiatry, UPMC |

<u>Teaching:</u>

<u>Residency</u>

| | |
|---|---|
| 1989,1990-91 | Course Director, Inpatient Psychotherapy: Course of six lectures for residents, Department of Psychiatry, Hospital of the University of Pennsylvania |
| 1990-97 | Course Director, Resident's Bipolar Clinic - a one-year Specialty training program for Residents in Bipolar Disorder |
| 1989-present | Clinical Supervision of residents for outpatient, inpatient care and consultation service |
| 1994-97 | Clinical supervision of fellows and psychologists at the Cognitive Therapy Center |
| 1990- present | Lectures on Bipolar Disorders for PGYII., III and IV |



5

|  | Residents |
|---|---|
| 2000-current | Course Director, Professors' Rounds (Inpatient Program) |
| 2000-current | Module Director, Neuroscience and Psychopharmacology Course, Mood Disorders Module |

<u>Medical Students</u>

| 1974-1980 | Lecturer and Instructor on medical physiology for medical students  annually, II. Department of Physiology, Semmelweis Medical University, Budapest |
|---|---|
| 1976 - 1980 | Course Director, Experimental Methods, Research Scientist Training Program for Medical Students, Semmelweis Medical University, Budapest |
| 1988 -present | Supervision of medical  students on Inpatient Unit of the Department of  Psychiatry, Hospital of the University of Pennsylvania |
| 1991- 1995 | Integrative Neuroscience Course, Leader, Small Group, School of Medicine, University of Pennsylvania |
| 1991,1992,1994,1997,1998,1999,2000,2001 | Lectures on Bipolar Disorder and Treatment of Mania Pharmacology 100, University of Pennsylvania |
| 1996-97 | Penn Medical Scholars Program, Preceptor |
| 1996-current | Advisor, Medical Student Research Track |
| 1998, 1999 | Course Director, the Affective Disorders Panel for the Integrative Neuroscience Course |
| 1996,1997,1998,1999,2000,2001 | Lectures on Phenomenology, Diagnosis and Course of Affective Disorders, Integrative Neuroscience Course |

**<u>Principal Investigator on Grants and contracts:</u>**

<u>National Institute of Mental Health:</u>

Systematic Treatment Enhancement Program for Bipolar Disorder, NIMH-98-DS-001, PI at the U. Pennsylvania Site.  (PI for the whole project: Gary Sachs M.D., Massachusetts General Hospital, Harvard University)

Thyroid Axis and Episodic Behavior. NIMH 1P01MH44210-01; 7/1/89-6/30/94 (Co-Investigator; PI: Peter C. Whybrow, MD)

A Collaborative Genomic Study of Bipolar Disorder. NIMH 1RO1MH5955301;10/01/98-9/30/99 (Co-Investigator; PI: Wade

6

Berrettini, MD,PhD)

Foundations:

Treatment of rapid cycling bipolar disorder with thyroid hormones. Stanley Foundation; 7/1/95-6/30/97

Measurement of regional brain lithium concentration in humans in vivo by localized lithium-7 magnetic resonance Spectroscopy. Whitaker Foundation;11/1/89-10/30/92

Brain lithium metabolism in rapid cycling bipolar disorder - An in Vivo 7-lithium magnetic resonance study. NARSAD; 7/1/90-6/30/1992;

Lithium NMR Spectroscopy in Rapid Cycling Bipolar Disorders. Research Foundation, University of Pennsylvania; 5/27/92-5/26/93

Quantitative analysis of daily mood fluctuations in bipolar disorder – methods to improve diagnosis and treatment. University of Pennsylvania Research Foundation. 6/15/97-6/15/98

Pharmaceutical Companies :

Safety and Efficacy of Depakote in the Prevention of Mania in Patients with Bipolar Disorder. Abbott Laboratories; 7/1/93-9/30/96

A Double-Blind, Placebo-Controlled, Comparison of Imipramine and Paroxetine in the Treatment of Bipolar Depression. SmithKline Beecham Pharmaceuticals; 11/1/93-6/30/97

Comparative Cost-Effectiveness Study of Depakote and Usual Care Versus Lithium and Usual Care in the Treatment of Bipolar Disorder. Abbott Laboratories; 5/1/96-6/30/98

Gabapentin adjunctive treatment in patients with bipolar disorder; Parke Davis; 6/15/96-3/31/98

Chronobook data analysis and management study.Parke-Davis; 4/15/97-6/30/98

Lamictal (lamotrigine) in Bipolar Disorder (fixed dose) (605): A multicentre, double-blind, placebo-controlled, randomised, fixed –dose evaluation of the safety and efficacy of lamotrigine in the long-term prevention of relapse and recurrence of depression and/or mania in patients with Bipolar I disorder. Glaxo-Wellcome; 11/1/97-2001



7

Lamictal (lamotrigine in Rapid Cycling Bipolar Disorder (614): A multicenter, double-blind, placebo-controlled flexible-dose, parallel-group evaluation of the safety and efficacy of lamotrigine in the long-term prevention of mood episodes in patients with bipolar disorder with rapid cycling. Glaxo-Wellcome; 11/1/97-5/28/99

Depakote ER in the Treatment of the manic phase of bipolar disorder: Evaluation of the efficacy and safety of depakote CR in the treatment of the manic phase of bipolar disorder:  A placebo-controlled study.Abbott Laboratories; 11/1/98-6/30/99

A multicenter, double-blind, placebo controlled, flexible-dose evaluation of the safety and efficacy of lamictal (lamotrigine) in the long-term treatment of patients who have bipolar disorder with rapid cycling. Glaxo-Wellcome; 2/1/99-6/30/99

A multicenter, randomized, double-blind, placebo-controlled study of two fixed doses of aripiprazole in the treatment of patients with acute mania, Bristol-Myers Squibb Company, 3/1/00-3/1/2001

A multicenter, randomized, double-blind, placebo-controlled study of aripiprazole in the maintenance treatment of patients with bipolar disorder, Bristol-Myers Squibb Company, 3/1/00-3/1/2001

A Multicenter, Double-Blind, Randomized, Placebo-Controlled Trial of the Safety and Efficacy of Seroquel (Quetiapine Fumarate) as Add-On Therapy with Lithium or Divalproex in the Treatment of Acute Mania, Astra-Zeneca, 8/1/00-8/1/2001

A Multicenter, Double-Blind, Placebo-Controlled, Fixed-Dose Evaluation of the Safety, Efficacy and Tolerability of LAMICTAL (Lamotrigine) in the Treatment of a Major Depressive Episode in Patients with Type I Bipolar Disorder, GlaxoSmithKline, 1/30/00-2002

Bipolar Disorder Effectiveness Study (BIDES), Eli Lilly, 2002-

A Multicenter, Randomized, Double-Blind Study of Aripiprazole versus Placebo in the Treatment of Acutely Manic Patients with Bipolar Disorder Bristol-Myers Squibb Company, 2002-

8

## Bibliography:

### Research Publications, peer reviewed:

1.   Dora, E., Gyulai, l., Kovach, A. G. B., Eke, E.:  Die Schutzwirkung einer Durchblutungsfoerdernde Wirkstoffkombination, CRP aur Storgen des Stoffwechsels der Durchblutung und der spontanen kortikalen elektrischen Aktivat des Kortex.  Arzneim, Forsh.  Drug Res. 27:108-11, 1987.

2.   Gyulai, L., Dora, E., Kovach, A.G.B.:  NAD/NADH:  Redox State Changes on Cat Brain Cortex During Stimulation and Hypercapnia.  American *Journal of Physiology* 243:H619-H627, 1982.

3.   Haselgrove, J.C., Subramanian, H.V., Leigh, J.S. Jr., Gyulai, L., Chance, B.:  In Vivo One Dimensional Imaging of Phosphorus Metabolites by Phosphorus Nuclear Magnetic Resonance.  *Science* 220:1170-1173, 1983.

4.   Dora, E., Gyulai, L., Kovach, A.G.B.:  Determinants of Brain Activation-Induced Cortical NAD/NADH in Vivo. *Brain Research* 299:61-72, 1984.

5.   Hilberman, M., Subramanian, H.V., Haselgrove, J.C., Cone, J., Egan, J., Gyulai, L., Chance, B.:  In Vivo Time Resolved Brain Phosphorus Nuclear Magnetic Resonance. *Journal of Cerebral Blood Flow and Metabolism* 4:334-342, 1984.

6.   Schnall, M., Subramanian, H.V., Leigh, J.S. Jr., Gyulai, L., McLaughlin, A., Chance, B.:  A Technique for Simultaneous1H- and 31P-NMR at 2.2 T In Vivo. *Journal of Magnetic Resonance* 63:401-405, 1985.

7.   Gyulai, L., Roth, Z., Leigh, J.S. Jr., Chance, B.:  Bioenergetic Studies of Mitochondrial Oxidative Phosphorylation Using 31P-Phosphorus NMR. *Journal of Biological Chemistry* R60:3947-3954, 1985.

8.   Gyulai, L., Bollinger, L., Leigh, J.S. Jr., Barlow, C., Chance, B.:  Phosphorylethanolamine - The Major Constituent of the Phosphomonoester Peak Observed by 31P-NMR on Developing Dog Brain.  *FEBS Letters* 178:137-142, 1985.

9.   Gyulai, L., Schnall, M., McLaughlin, A., Leigh, J.S. Jr., Chance, B.:  Simultaneous 31P and 1H NMR Studies of Hypoxia and Ischemia in the Cat Brain. *Journal Cerebral Blood Flow and Metabolism* 7:543-551, 1987.

10.  Gyulai, L., Chance, B., Ligeti, L., McDonald, G., Cone, J.:  Correlated in vivo

9

31P NMR and NADH-Fluorometric Studies on Gerbil Brain in Graded Hypoxia and Hyperoxia. *American Journal Physiology* 254:C699-C708, 1988.

11.     Gyulai, L., Wicklund, S.W., Greenstein, R., Bauer, M., Ciccione, P., Whybrow, P.C., Zimmerman, J., Kovachich, J.: Measurement of Tissue Lithium Concentration by Lithium Magnetic Resonance Spectroscopy in Patients with Bipolar Disorder. *Biological Psychiatry* 29:1161-1170, 1991.

12.     Whybrow, P.C., Bauer, M.S., Gyulai, L.: Thyroid Axis Considerations in Patients with Rapid Cycling Affective Disorder. *Clinical Neuropharmacology* 15(1):391A-392A, 1992.

13.     DiPietro, L., Gyulai, L., Stunkard, S., Whybrow, P.C.: Mood and Body Weight in a Woman with Rapid Cycling Bipolar Disorder. *Psychosomatic Medicine* 55(1):7-10, 1993.

14.     Lish, D., Gyulai, L., Resnick, S., Kirtland, A., Amsterdam, J., Whybrow, P.C., Price, R.: A Family History Study of Rapid-Cycling Bipolar Disorder. *Psychiatry Research* 48(1):37-40, 1993.

15.     Bauer, M.S., Calabrese, J., Dunner, D., Post, R., Whybrow, P.C., Gyulai, L., Tay, L., Younkin, S., Bynum, D., Lavori, P., Price, R.A.: Multi-Site Data Reanalysis: Validity of Rapid Cycling as a Course Modifier for Bipolar Disorder in DSM-IV. *American Journal of Psychiatry* 151(4):506-15, 1994.

16.     Bauer, M.S., Whybrow, P.C., Gyulai, L., Gonnel, J., Yeh, H.S. Testing Definitions of Dysphoric Mania and Hypomania: Prevalence, Clinical Characteristics and Inter-Episode Stability. *Journal of Affective Disorders.* 32:201-211, 1994.

17.     Gyulai, L., Alavi, A., Broich, D., Reilley, J., Ball, W., Whybrow, P.C. I-123 Iofetamine (IMP) Single Photon Computed Emission Tomography in Rapid Cycling Bipolar Disorder - A Clinical Study. *Biological Psychiatry* 41:152-161, 1997.

18.     Gyulai, L., Jaggi, J., Bauer, M.S., Younkin, S., Rubin, L., Attie, M., and Whybrow, P.C. Bone Mineral Density and L-Thyroxine Treatment in Rapidly Cycling Disorder. *Biological Psychiatry* 41:503-506, 1997.

19.     Revicki, D. A., Tohen, M., Gyulai, L., Thompson, C., Pike, S., Davis-Vogel, A., Zarate, C. Telephone versus In-Person Clinical and Health Status Assessment Interviews in Bipolar Disorder Patients. *Harvard Review of Psychiatry* 5:75-81, 1997.

20.     Bowden, CL., Swann, AC., Calabrese, JR., McElroy, SL., Morris, D., Petty, F.,



10

Hirschfeld, RM. and Gyulai, L. Maintenance Clinical Trials in Bipolar Disorder:

Design Implications of the Divalproex-Lithium Study. *Psychopharmacology Bulletin* 33(4):693-699, 1997.

21.  Hahn, C., Pawlyk A.C., Whybrow, P.C., Gyulai, L.,Tejani-Butt, S.M. Lithium Administration Affects Gene Expression of Thyroid Hormone Receptors in Rat Brain. *Life Sciences*, 64(20):1793-1802,1999

22.  Rapaport, M.H., Gyulai,L. Whybrow, P.C. Immune Parameters in Rapid Cycling Bipolar patients Before and After Lithium Treatment *J. Psychiatry Research*, 33:335-340,1999

23.  Bowden, C. H., Calabrese, J., McElroy, S., Gyulai, L., Wassef, A., Petty, F., Pope, HG., Chou C-Y., Keck, P., Rhodes, L., Swann, A., Hirschfeld, RM., Wozniak, P.  Randomized, Placebo-Controlled Trial of Divalproex Versus Lithium in Maintenance  Therapy of Bipolar Disorder *Arch. Gen. Psychiatry*,57:481-489,2000

24.  Gyulai, L., Bauer, M., Garcia-Espana, F., Hierholzer, J., Baumgartner, A., Whybrow, P.C. Supressive doses of thyroxine and bone mineral density in pre- and postmenopasual women with affective disorder, *J. of Affective Disorders*, 66:185-191,2001

25.  Nemeroff, C., Evans, D., Gyulai, L., Sachs, G., Bowden, C., Young, M., Pitts, C., Oaks,  R., Gergel, I.  A Double-Blind, Placebo-Controlled comparison of imipramine and paroxetine in the treatment of bipolar depression, *American Journal of Psychiatry*, 158, 906-912, 2001

26.  Gyulai, L., Bauer M., Bauer,M.S., Espana-Garcia, F, Whybrow, P.C.Lithium challenge to the thyroid axis in rapid cycling bipolar affective disorder and healthy controlsSubmitted , *Accepted with revisions, Biological Psychiatry*

27.  Hahn, C-H, Gyulai, L, Baldassano, C.F, Lenox, R.H., The Current Understanding of Lamotrigine as a Mood Stabilizer, *Submitted, J. Clin. Psychiatry*

28.  Young, R. C. , Gyulai, L and. Reynolds, III,C.F. Treatment of Bipolar Disorders in Late Life—Focus on Pharmacotherapy, *To be submitted to Journal of American Association of Geriatric Psychiatry*

11

### Editorials, Reviews and Book Chapters:

1.   Kovach, A.G.B., Hamar, J., Nyary, I., Sandor, P., Reivich, M., Dora, E., Gyulai, L., Eke, A.: Cerebral Blood Flow and Metabolism in Hemorrhagic Shock in the Baboon. In: *Blood Flow Metabolism in the Brain*. Eds. Harper, M., Jennet, B., Miller, D., Rowan, J. Edinburgh, London, New York, Churchill, Livingstone 2:17-19, 1975.

2.   Kovach, A.G.B., Eke, E., Dora, E. Gyulai, L.: Correlation Between the Redox State, Electrical Activity and Blood Flow in Cat Brain Cortex during Hemorrhagic Shock In: *Oxygen Transport to Tissues*, Ed: Jurgen Grote D. Reneau and G.Thews, G. New York, London, Plenum Press, 299-305, 1976.

3.   Kovach, A.G.B., Dora, E., Eke, E., Gyulai, L.: Effects of Microcirculation on Microfluorometric Measurements. In *Oxygen and Physiologic Function*. Ed.: Frans F. Jobsis, Dallas Tx. Professional Information Library, 111-132, 1977

4.   Chance, B., Eleff, S., Leigh, J.S., Jr., Barlow, C., Ligeti, L., Gyulai, L.: "Phosphorus NMR" *In Nuclear Magnetic Resonance Imaging* Eds: Partain, C.L., James, A.E., Jr. Rollo, F.D., Price, R.R., W.B. Saunders Co., Phila, pp. 399-415, 1983

5.   Gyulai, L., Roth, Z., Chance, B.: NMR of Subcellular Organelles - A Bioenergetic Viewpoint. In *Phosphorus NMR in Biology*, Ed: C. Tyler Burt, CRC Press, pp.185-209, 1987.

6.   Mark S. Bauer, Joseph Calabrese, David L. Dunner, Robert Post, Peter C. Whybrow, Laszlo Gyulai, Sharon Younkin, Diane Bynum, Phil Lavori. Multisite Data Reanalysis: Rapid Cycling as a Modifier for Bipolar Disorder *in DSM-IV, DSM-IV Sourcebook*, ed. T.A. Widiger et al., pp 299-314, American Psychiatric Press, Inc., Washington, D.C.,

7.   Cory Newman, Noreen Reilly-Harrington, Laszlo Gyulai, Aaron T. Beck Cognitive Therapy of Bipolar Disorder, APA Press, 2001

8.   Wade H. Berrettini and Laszlo Gyulai. The Search for Susceptibilty Genes in Bipolar Disorder. In *Genetic Influences on Neuronal and Behavioral Functions*, Ed: Donald. Pfaff, CRC Press, 1999.

### Research Publications, other:



12

1.    Kovach, A.G.B., Dora, E., Gyulai, L., Eke, E.:  Cerebrovascular and Metabolic Reactions at the CBF Autoregulatory Level Evoked by Electrical Stimulation of the Cat Brain Cortex.  Recent Advances in Basic Microcirculatory Research.  Eds. Lewis, D.H., Basel, K. 388-393, 1977.

2.    Kovach, A.G.B., Dora, E., Gyulai, Eke, E.:  Non-invasive Microreflectometric Local Blood Flow Measurement in Cat Brain Cortex.  Recent Advances in Basic Microcirculatory Research, Eds. Lewis, D.H., Basel, K.  376-387, 1977.

3.    Gyulai, L., Dora, E., Eke, E., Kovach, A.G.B.:  Microvascular Reactions and NAD/NADH Changes in Cat Brain Cortex During Cortical Stimulation Under Normo- and Hypercapnic Conditions.  Recent Advances in Basic Microcirculatory Research, Eds: Lewis, D.H., Basel, K.  371-374, 1977.

4.    Gyulai, L., Dora., E., Kovach, A.G.B.:  Opposite Changes in the Redox State of the Brain Cortex Depending on the Length and Strength of Direct Cortical Stimulation.  Adv. In Physiol. Sciences, Vol. 25.  Oxygen transport to tissue, Eds. Kovach, A.G.B., Dora, E., Kessler, M., Silver, I.A., Pergamon Press, Akademia Kiado.  1981.

5.    Contributor as Expert to: Sachs GS. Printz DJ. Kahn DA. Carpenter D. Docherty JP. The Expert Consensus Guideline Series: Medication Treatment of Bipolar Disorder 2000. Postgraduate Medicine. Spec No:1-104, 2000.

**Abstracts of Presentations:**

1.    Kovach, A.G.B., Dora, E., Hamar, J., Gyulai, L., Eke, A.:  The role of catecholamines in anoxic changes of cerebral blood flow metabolism and ultrastructure, pathophysiological biochemical and morphological aspects of cerebra ischemia and arterial hypertension.  Abstracts, International Symp. Warsaw, Polish Acad. of Sci. 62m, 1975.

2.    Eke, A., Gyulai, L., Dora, E., Hutiray, G., Kovach, A.G.B.:  New method for studying cerebral circulation with induced reflectance changes.  Acta Biochem. Biophys., Acad. Sci. Hung., 1:183, 1976.

3.    Gyulai, L., Dora, E., Eke, A., Kovach, A.G.B.:  Effect of direct cortical stimulation on the redox state and blood content of the cerebral cortex during hypotension and hypoxemia.  Acta. Biochem. Sci. Hung., 11:182-183, 1976.

4.    Eke, A., Hutiray, G., Gyulai, L., Dora, E., Kovach, A.G.B.:  NaCl transport across capillary walls monitored by microrelectometry as a new method for measuring local blood flow.  Fed. Proc., 35:829, Abstract #3443, 1976.

13

5.    Kovach, A.G.B., Dora, E., Gyulai, L., Eke, A.: Oxido-reduction state, hemoglobin content and blood flow in cat brain cortex during hemorrhagic shock. Fed. Proc., 35:526, Abstract #1762, 1976.

6.    Gyulai, L., Dora, E., Eke, A., Kovach, A.G.B.: Microvessel reactions and NAD/NADH changes in cat brain cortex during cortical stimulation under physiologic and hypercapnic conditions, Fed. Proc., 35:52, Abstract #1749, 1976.

7.    Kovach, A.G.B., Dora, E., Eke, A., Gyulai, L.: A new method for simultaneous local non-invasive measurement of cerebrocortical blood flow and redox state by microfluororelectrometry and its application in neuropharmacology. Naunlyn-Schmiedelberg Arch. Exp. Pharmak, 293, Suppl. R. 69, 1976.

8.    Gyulai, L., Dora, E., Eke, A., Kovach, A.G.B.: Effect of direct cortical stimulation on the redox state and blood content of the cerebral cortex during hypoxia. Acta. Physiol. Acad. Sci. Hung., 49:289, 1977.

9.    Gyulai, L., Eke, A., Kovach, A.G.B.: Quantitative aspects of the microvascular and NAD/NADH changes of the cat brain cortex induced by direct cortical stimulation under normal and hypercapnic conditions. Proceedings of the International Union of Physiological Sciences, Vol. 27. Abstracts, Paris 296, 867, 1977.

10.   Dora, E., Eke, A., Gyulai, L., Kovach, A.G.B.: Oxidoreduction state and hemoglobin content in the cat cerebral cortex during hemorrhagic shock. Acta. Physiol. Acad. Sci. Hung., 49:272, 1977.

11.   Eke, A., Gyulai, L., Dora, E., Hutiray, G., Kovach, A.G.B.: New method for studying cerebral circulation. Acta. Physiol. Acad. Sci. Hung., 49:273, 1977

12.   Dora, E., Eke, A., Gyulai, L., Nagy, Z., Kovach, A.G.B.: Changes in cortical redox state and hemoglobin contents in response to electrical stimulation in hemorrhagic shock. Acta Physiol. Acad. Sci. Hung. 51:100, 1978.

13.   Eke, A., Gyulai, L., Dora, E., Hutiray, G., Kovach, A.G.B.: Correlation of local blood flow and metabolic changes in cat cerebral cortex: A microreflectometric study. Acta. Physiol. Acad. Sci. Hung., 51:119, 1978.

14.   Gyulai, L., Dora, E., Eke, A., Kovach, A.G.B.: Dynamics and stimulus parameter dependence of cortical vascular reactions and redox changes. Acta. Physiol. Acad. Sci. Hung., 51:119, 1978.

15.   Gyulai, L., Kovach, A.G.B.: Effect of hypercapnic acidosis on microvascular responses to electrical stimulation of cat brain cortex. Microvasc. Res., 1982.



14

16.    Chance, B., Haselgrove, J.C., Subramanian, J.C., Gyulai, L.: [31]P-NMR spectroscopy and imaging studies of cortical metabolism in animal models and neonates.  Abstr. ASBC meeting, San Francisco (June 1982).

17.    Chance, B., Barlow, C., Ligeti, L., Gyulai, L., Eleff. S., Sapega, A., Sokolow, D.: [31]P-NMR of arm and brain as an index of mitochondrial performance.  Biophys. J. 37:81a (1982).

18.    Gyulai, L., Roth, Z., Chance, B., Bolinger, L., Leigh, J.S. Jr.:  Intracellular pH of brain determined by [31]P-NMR resonance shifts for inorganic phosphate and deoxyglucose-6 phosphate.  Fed Proc. 43:772 (1984).

19.    Gyulai, L., Chance, B., Ligeti, L., McDonald, G., Leigh, J.S. Jr, Cone, J., Subramanian, J.C.:  Correlated in vivo [31]P-NMR and NADH fluorometric studies on gerbil brain in graded hypoxia.  Magn. Res. in Med., 2:160 (1984).

20.    Hilberman, M., Subramanian, H.V., Gyulai, L., Haselgrove, J.C., Cone, J., Egan, J., Chance, B.:  Brain bioenergetic and functional state during hypoxia: simultaneous assessment by [31]P-NMR and EEG in dogs. Magn. Res. in Med., 2:166 (1984).

21.    Gyulai, L., Schnall, M., Leigh, J.S. Jr, Chance, B., McLaughlin, A.: Simultaneous NMR determination of lactate and phosphocreatine in the cat brain. Fed. Proc., 44(5):1733 (1985).

22.    Roth, Z., Gyulai, L., Leigh, J.S. Jr, Chance, B.:  The effect of pH on the extramitochondrial phosphorylation ratio as determined by [31]P-NMR.  Fed. Proc., 11(3):676 (1985).

23.    Gyulai, L., Roth, A., Leigh, J.S. Jr., Chance, B.:  Bioenergetic studies of mitochondrial oxidative phosphorylation using 31-phosphorus NMR. J. Biol.,Chem., R60:3947-3954 (1985).

24.    Gyulai, L., Price, T., McAllister, T., Braffman, B.H., Grossman, R.I., Hackney, D.B., Goldberg, H.I., Bilaniuk, L.T., Zimmerman, R.A., Shah, A.:  MRI of patients with major affective disorder prior to and following electroconvulsive therapy.  Abstr. Society of Biological Psychiatry Annual Meeting:325 (1988).

25.    Gyulai, L., Price, T., McAllister, T., Grossman, R.E., Braffman, B.H., Shah, A.: Brain MRI before/after electroconvulsive therapy.  APA Meeting NR Abstr:84 (1988).

26.    Gyulai, L., Lenkinski, R.:  Quantitative localized Li-7 NMR Spectroscopy of the brain in bipolar patients.  Magn. Reson. Imaging, 7 (Suppl 1):32 (1989).

15

27.    Gyulai, L., Alavi, A., Mozley, D., Reilley, J., Bauer, M., Ball, W.: IMP SPECT brain imaging in bipolar disorder, Abstr. APA meeting New York, (1990).

28.    Gyulai, L., Lew, T., Rubin, L., Younkin, S., Jaggi, J., Whybrow, P.C.: High-dose thyroxine does not decrease bone density. Abstr. APA Meeting, San Francisco (1993).

29.    Gyulai, L., Lipton, L., Ball, W., Alter, C., Chance, B.: Continuous monitoring of cerebral blood volume and hemoglobin oxygenation during electroconvulsive treatment (ECT) with near-infrared spectroscopy. Abstr. APA Meeting, Philadelphia (1994).

30.    Duncan D, Alavi A, Stecker M, Graves M, Loessner A, Payer F, Ball W, Gyulai, L. Miller D, Veloso P, Lang A.: Changes in cerebral blood flow measured during electroconvulsive therapy using TC 99-M HMPAO brain SPECT, Soc. Nucl. Med Mtg, 1995.

31.    Gyulai L, Lipton L, Ball W, Alter C, Chance B: Continuous monitoring of cerebral blood volume and hemoglobin oxygenation during electroconvulsive treatment (ECT) with near-infrared spectroscopy. APA Annual Mtg., 1994.

32.    Rapaport M, Gyulai L et al . Immune function in rapid cycling bipolar disorder APA Annual Mtg, 1996.

33.    Rapaport M, Gyulai L et al.  Immune function in normal volunteers after treatment with lithium, APA Annual Meeting, 1997.

34.    Whybrow, P.C., Gyulai, L., Gotschalk, A. Physiological rigidity and behavioral pathology in bipolar illness, American Psychiatric Association Annual Meeting, 1997, San Diego

35.    Gyulai, L., Bauer M., Bauer,M.S., Espana-Garcia, F, Whybrow, P.C.Lithium challenge to the thyroid axis in rapid cycling bipolar affective disorder and healthy controls, Lithium-Lexington'99, Meeting of the International Society for Lithium Research

36.    Gyulai, L., Bauer, M., Garcia-Espana, F., Hierholzer, J., Baumgartner, A., Whybrow, P.C. Supressive doses of thyroxine and bone mineral density in pre-and post  menopasual women with affective disorder, Third International Conference on Bipolar Disorder, Pittsburgh, Pa, 1999

37.    Rapaport, M.H., Gyulai, L., Manji, H., Whybrow, P.C. Immune function in rapid cycling bipolar disorder: Effects of lithium, Psychiatric Research Society, 1999 Meeting

16

38.   Gyulai, L., Bauer M., Bauer,M.S., Espana-Garcia, F, Whybrow, P.C.Lithium challenge to the thyroid axis in rapid cycling bipolar affective disorder and healthy controls. Third International Conference  on Bipolar Disorder, Pittsburgh, Pa,1999

39.   Gyulai, L., Bauer M., Bauer,M.S., Espana-Garcia, F, Whybrow, P.C.  Thyroid Axis on Rapid Cycling Bipolars  and Controls. World Conference of Psychiatry, Hamburg, Germany, 1999

40.   Gyulai, L., Bowden, C., Calabrese , J.R., McElroy, S.L., Petty, F., Risch, S.C., Swann, A.C. Efficacy of Divalproex for Bipolar Depression. APA Annual Meeting, Chicago, 2000

41.   Gyulai, L., Bauer, M., Bauer, M.S., Cnaan, A.L., Whybrow, P.C. Thyroid Hypofunction in Rapid Cycling Bipolars. APA Annual Meeting, Chicago, 2000.

42.   Whybrow, P.C. Gyulai, L., Bauer, M.S., Cnaan, A.L., Bauer, M. Effects of Short-Term Lithium Treatmentto the HPT Axis in Rapid Cycling Bipolar Disorder, ACNP 38th Annual Meeting, 1999.

43.   Bauer, M, Berghoefer, A, Baumgartner, A, Gyulai, L, Whybrow, P.C. T4 Enhancement in Bipolar and Unipolar Illness. Neuroopsychopharmacology 23: S68, 2000

44.   Kusumakar, P, Greene, P, Asscher, J, Monaghan, E, Smoot, T, Fouche, N, Bowden, C, Clabrese, J, Post, R, Sachs, G, Suppes, T, Gyulai,L, Young, T, Rapaport, M.  Mood Stabilization with Lamotrigine in Rapid Cycling Bipolar Disorder: A Double-Blind Placebo-Controlled Study, ECNP Annual Meeting, 2000 Munich, Germany

45.   Suppes, P, Ascher, J, Bowden, C, Calabrese, J,Earl, N, Greene, P, Lamotrigine in Rapid-Cycling Bipolar Disorder: Predictors of Response, APA, Annual Meeting 2001

46.   Gyulai, L, Suppes , T, Apter,  J, Zajecka, J, Ascher, J, Greene, P, Lamotrigine in Rapid Cycling Bipolar Disorder: Predictors of Response, NCDEU Annual Meeting, 2001, Puerto Rico

47.   Bauer, M ,. Gyulai, L Glenn, T, Whybrow, PC,  A New Clinical and Research Tool for Bipolar Disorder: ChronoRecord Software for Daily Self-Reporting of Mood, Sleep and Medications, Bipolar Disorders Conference, Pittsburgh, 2001

17

48. Bauer, M ,. Gyulai, L Glenn, T, Whybrow, PC ChronoRecord Software for Daily Self-Reporting of Mood: A New Clinical Tool for Bipolar Disorder, APA Annual Meeting, 2001

49. Gyulai, L, Bauer, M, Garcia-Espania, F, Hierholzer, J, Baumgartner, A, Whybrow, PC. Bone Mineral Density in Pre-and Postmenopausal Women with Refractory Affective Disorder Treated with High-Dose Levothyroxine,

**Media:**(selected)
> Business Philadelphia, April 1994
> WLYH-TV 15, Lebanon, PA, 1995
> National Public Radio, Family Matters, featured guest of Dr. Dan Gottlieb
> WHYY 95.7,1995
> WCAU-TV 10: Sunday Focus, 1995
> TV Channel 57: 1995
> Philadelphia Inquirer News December 19,1996
> WCAU TV -10: News,1996
> WRPN: 1997
> WRTI: 1997
> WXPN:1997
> WXPN:1998
> Power 99, WHAT, NPR, WXPN, WRTI: 1999
> Daily Local News,West Chester, Pa., 1999 November
> Fox News, 2000 March

**Film:**

Psychiatric consultant to "12 Monkeys" film: advisor to actor Brad Pitt on his role.

5077US/0049 : 0018

**OCCI** Oregon Center for Clinical Investigations, Inc.
Clinical Resource Solutions

Revised 7/02

Signature: _____
Date: _____

# Saul H. Helfing, M.D.
## Psychiatry

| | |
|---|---|
| **09/98-Present** | Research Investigator<br>Oregon Center for Clinical Investigations, Inc.<br>Oak Ridge Medical Center<br>4309 Oak Ridge Road<br>Lake Oswego, OR 97035<br>(503) 675-1911    Fax (503) 675-7825 |
| | Research Investigator<br>Oregon Center for Clinical Investigations, Inc.<br>572 West 11th Ave<br>Eugene, Oregon 97401<br>(541) 341-6565    Fax (541) 341-3370 |
| | Research Investigator<br>Oregon Center for Clinical Investigations, Inc.<br>1050 Oak Street SE, Suite 3<br>Salem, OR  97309<br>(503) 540-0100    Fax (503) 540-0300 |
| **03/00-Present** | Medical Arbiter<br>Division of Workers' Compensation Department<br>State of Oregon |
| **09/95-Present** | Expert Reviewer<br>Medical Board of California |
| **01/95-Present** | Consultant<br>Advanced Pain Management Group<br>Portland, Oregon |
| **01/94-Present** | Private Practice<br>Oak Ridge Medical Clinic<br>4309 Oak Ridge Road<br>Lake Oswego, OR  97035<br>(503) 534-1433    Fax (503) 675-7825 |

REDACTED

271

Saul H. Helfing, M.D.

**05/96–03/00**                 Director, Psychiatric Services
                               Springbrook Northwest
                               2001 Crestview Drive
                               Newberg, Oregon 97312
                               (503) 537-0999
                               (503) 537-5024 Fax

**EDUCATION:**                 West Los Angeles College, Culver City, California,
                               Advanced Study, 1974-1975, Culver City, California,
                               Advanced Study, 1974-1975

                               Los Angeles Pierce College, Woodland Hills, California,
                               EMT Certificate, 1975

                               University of California, Los Angeles, B.S. Public Health,
                               Health Services Administration, 1975-1979

                               Jefferson Medical College, Philadelphia, Pennsylvania,
                               M.D., 1979-1983

**INTERNSHIP &**
**RESIDENCY:**                 University of Nevada, Reno, Nevada,
                               Internal Medicine, 1983-1984

                               Oregon Health Sciences University,
                               Portland, Oregon, Psychiatry, 1984-1988

**CERTIFICATION:**             Diplomat, American Board of Psychiatry and Neurology,

                               #32433, March, 1990

                               Diplomat, Added Qualifications in Addiction Psychiatry,

                               ABPN, #587, December, 1994

                               Diplomat, National Board of Medical Examiners

                               Eligible, American Medical Records Association, RRA

2

Saul H. Helfing, M.D.

**MEDICAL LICENSURE:**   California State Medical Licensure, #G067103, September, 1989

Ohio State Medical Licensure, #56587, April, 1988

Oregon State Medical Licensure, #14018, July, 1984

Washington State Medical Licensure, #30174, September, 1992

Drug Enforcement Administration, #AH2683236

**PAST HOSPITAL COMMITTEES/ POSITIONS:**

**Woodland Park Hospital:**
Member-Quality Assurance, Medicine/Pediatrics, Psychiatry Committee, Jan 1994-Jun 1995

**Saint Agnes Hospital:**
Member, Physical Medicine, Jan 1993-Dec 1993

**Cedar Vista Hospital, Fresno, CA:**
President, Professional Staff, Jan 1992-Jan 1993
President-Elect, Professional Staff, Jan 1991-Jan 1992
Treasurer, Professional Staff, Jan 1990-Jan 1991
Chairman, Pharmacy and Therapeutics, Jan 1990-Jan 1992, Jan 1993-Mar 1993
Member, Medical Records/UR, Jan 1990-Jan 1992
Member/Chairman, Executive Committee, Jan 1990-Jan 1993

**Sacred Heart General Hospital, Eugene, OR:**
Medical Records Committee, member, 1988-1989
Emergency Room/Trauma Committee, member, 1988-1989

**PROFESSIONAL AFFILIATIONS:**

American Psychiatric Association, Member
Oregon Psychiatric Association, Member
OHSU Resident Training Committee, Resident Representative, 1984-1986
OPA Executive Council, Resident Representative, 1987-1988
OMA Public Health and Safety Committee, Member, 1989
FMMS Public Health Committee, Member, 1991-1992

**PUBLICATIONS:**

Bray, J.D.; Asmann, B.; Helfing, S.; Heide, M; Matsunaga, D.; Garofalo, R.: *Civil Commitment Handbook*; Mental Health Division, State of Oregon: 1987

3

*Saul H. Helfing, M.D.*

## PUBLIC RELATIONS
## EXPERIENCE:

"Oregon at Five"; Eugene, OR; Guest Psychiatrist; *"Post-Partum Depression", " Holiday Blues".*  November and December, 1998

"Ask an Expert"; Eugene, OR, Talk show guest; *"Anxiety and Obsessive-Compulsive Disorders"*; January and May, 1989

"Sun Up"; Fresno, CA; guest; *"Family Stress During A War"*; December, 1990

"Live at 5"; Fresno, CA; Live guest; *"Winter Depression"*; January, 1991

"Family Forum"; Fresno, CA; Live discussion, panelist; *"Family Values"*; November, 1992

## CLINICAL TRIALS
## EXPERIENCE

*Drug,* Generalized Anxiety Disorder, Phase III , 1988.

*Drug,* Obsessive-Compulsive Disorder, Phase IV Open Label Trial, 1989.

*Drug,* Co-Morbidity, Open Label Panic Trial, 1992.

*Drug,* Panic Disorder, Double-Blind Phase III, 1992.

*Drug,* Major Depression, Open Label Phase IV, Pfizer-Roerig, 1991.

*Drug,* Timed-Release, Major Depression, Phase III Double-Blind, 1996.

Oral *Drug,* Chronic Pain, Phase III Double-Blind, 1997.

*Drug,* Major Depression, Double-Blind Phase II, 1998.

*Drug,* Migraine Headache, Phase IV Open Label,1998.

*Drug,* Posttraumatic Stress Disorder (PTSD), Phase III Double-Blind, 1999.

*Drug,* Major Depressive Disorder, Phase III Double-Blind, Organon, 1999.

*Drug,* Generalized Anxiety Disorder, Phase III Double-Blind, 1999.

4

Saul H. Helfing, M.D.

*Drug*, Major Depressive Disorder Double-Blind, 1999.

*Drug,* Major Depressive Disorder Resistant to *Drug,* 1999.

*Drug*, ADHD, Double Blind, Placebo Controlled Parallel-Group Study, 1999.

*Drug*, ADHD, Double Blind, Placebo-Controlled Study of Modified Release, 1999

A Placebo-controlled Study of *Drug* Dosed BID and TID in Patients with Generalized Anxiety Disorder, 1999.

A Placebo-Controlled Study of *Drug* and *Drug* in Patients with Panic Disorder, 1999.

A Multicenter Trial to Evaluate the Efficacy, Tolerability and Subject Satisfaction with *Drug* in the Treatment Of Migraine Headache Attacks in Neurology Practices, 1999.

*Drug*, Placebo, and *Drug* Comparison In Patients with Major Depressive Disorder (M/2020/0046). 2000.

A Double-Blind, Placebo-Controlled, Fixed Dose study of *Drug* or Continuous Treatment (12.5 mg and 25mg) for Premenstrual Dysphoric Disorder. (Protocol 29060/677). 2000.

Three month Double Blind, Placebo-Controlled, Fixed Dose, Extension of *Drug* Continuous Treatment for Premenstrual Dysphoric Disorder for Patients Completing Protocol 29060/667, 668, or 689. 2000.

A Multicenter, Double-Blind, Placebo-controlled, Safety and Efficacy Study of *Drug* Transdermal System in Pediatric patients with Attention Deficit Hyperactivity Disorder. Protocol N17-010. 2000.

A long-term, Open-label Study of *Drug* Transdermal System in Pediatric Patients with Attention Deficit Hyperactivity Disorder Protocol N17-011. 2000.

A Multicenter, Open-Label, Six Month Extension Study to assess the Long-Term Safety of *Drug* in children and

5

*Saul H. Helfing, M.D.*

Adolescents with Major depressive Disorder (MDD) or Obsessive Compulsive Disorder (OCD). Protocol 29060/716. 2000.

A 16 Week Double-Blind, Placebo Controlled Study to Investigate the Efficacy And Tolerability of *Drug* in the Treatment of Children and Adolescents With Social Anxiety Disorder/Social Phobia. Protocol 29060/676. 2000.

*Drug* versus Placebo in Treatment of Major Depression. Protocol H5Z-MC-LUAB(c). 2000.

An Open-Label Evaluation of the Long-term Safety of Oral *Drug* 1 mg Twice Daily as short-Term Prophylactic Treatment for Menstrually-Associated Migraines. Protocol S2W40027. 2000.

Open-Label *Drug* continuation Therapy. Protocol 950E-0005-087. 2000.

A Randomized, Double-blind, placebo-controlled study of *drug* as mono-therapy Assessment of Reducing Cholesterol (MONARCH), 2001.

A Double-Blind, placebo controlled, fixed-dosage study comparing the efficacy and tolerability of *drug* and *drug* to placebo in the treatment of Major Depressive Disorder with anxiety, 2001.

A Well-Controlled Safety and Efficacy Study of *Drug* in Subjects with Mild to Moderate Alzheimer's Disease, 2001.

Multicenter, Randomized, Double-blind, Parallel group, Multiple dose Comparison study of *drug, drug,* and placebo in patients with Moderate to Severe Acute Migraine Headache, 2001.

A Randomized, Double-Blind, Placebo-Controlled, Flexible Dosage Trial to Evaluate the Efficacy and Tolerability of *drug* in Patients with Generalized Anxiety Disorder (GAD), 2001.

A 6-Week, Double-Blind, Randomized, Multicenter, Fixed-Dose, Placebo-Controlled Study of *drug* Dosed Twice a

6

Saul H. Helfing, M.D.

Day in Patients with Generalized Anxiety Disorder, 2001.

A Randomized, Double-Blind, Parallel-Group, Placebo-Controlled Study Evaluating Efficacy and Safety of Three doses of *drug* versus Placebo in Patients with Major Depressive Disorder, 2001.

A Double-Blind, Placebo-Controlled, Parallel-Group, Flexible-Dose Study of *drug* in Adolescent Outpatients with Panic Disorder, 2001.

A Double-Blind, Multicenter, Placebo- and Active-Controlled Acute and Extension study of two doses of *drug* in the treatment of Patients with Major Depressive Disorder, 2001.

A Multicenter, Double-Blind, Placebo-Controlled Safety and Efficacy Study of *drug* in Pediatric Patients with Attention Deficit Hyperactivity Disorder, 2001.

Open Label Study of *drug* in Children with ADHD, 2001.

A 12-week, multicenter, randomized, double-blind, placebo-controlled, parallel-group, study to evaluate the efficacy and safety of flexible dosing of *drug* at 500 mg to 1500 mg b.i.d. in the treatment of subjects with painful diabetic neuropathy, 2001.

A 4-Week, Double-Blind, Randomized, Placebo-Contolled, Parallel Study to Evaluate the Efficacy and Safety of *drug* in Children and Adolescents with Attention-Deficit/ Hyperactivity Disorder, Followed by an 8 week Open Label Extension, 2002.

*Drug* 30 mg and *Drug* 60 mg once daily versus placebo in Generalized Anxiety Disorder. A Randomized Double-Blind Placebo-Controlled and *drug* controlled Fixed-Dose Parallel Group MultiCenter Study of 10 weeks (Including a 2 week Single Blind Placebo Period), 2002.

A Study to Evaluate the Efficacy, Safety and Maintenance Effect of Risperidone Augmentation of SSRI Monotherapy in Young and Older Adult Patients with Unipolar Treatment-Resistant Depression, 2002. (Janssen Protocol RIS-INT-93)

7

Saul H. Helfing, M.D.

Drug 60 mg (or 30 mg) once daily in the treatment of Generalized Anxiety Disorder. An Open Label Multicenter Safety Study of 5 months, including a 1-month drug free follow-up period, 2002. (Pharmacia Protocol 3013038)

A Phase III Multi-center, Randomized, Double-blind, Parallel Group Study of drug 20 mg, drug 40 mg and Placebo in Patients with Multiple Moderate or Severe Acute Migraine Headaches, 2002. (Pharmacia Protocol VALA-0513-138)

The Effect of *drug* on Bone Mineral Density in Pediatric Subjects with Anorexia Nervosa: A Double-Blind, Placebo-Controlled Study Protocol CAPSS-169, 2002. (Ortho-McNiel Pharmaceutical, Inc.)

A 6 ½ Month, Multicenter, Randomized, Double-blind, Placebo-Controlled Comparison of 300 mg/day of Extended- release *Drug* and Placebo for the prevention of Seasonal Affective Disorder in Subjects with a History of Seasonal Affective Disorder, 2002.( GlaxoSmithKline Protocol AK 130930/36)

8

5077US/0049 : 0018

12/13/2001  15:22   5035345162            SAULHELFINGMD            PAGE  81

OREGON STATE BOARD OF MEDICAL EXAMINERS
620 CROWN PLAZA, 1500 S.W. FIRST AVENUE
PORTLAND, OR 97201-5826  (503) 229-5770

AUDIT NO.

153409

CERTIFICATE OF REGISTRATION FOR MEDICAL PHYSICIAN AND/OR SURGEON
LICENSE NUMBER: MD14018               INITIAL LICENSE DATE: 07/14/1984
STATUS: ACTIVE                        EXPIRATION DATE: 12/31/2003

HELFING, SAUL HERSCHEL; MD
4309 OAK RIDGE RD
LAKE OSWEGO, OR  97035

MUST BE POSTED IN A
CONSPICUOUS PLACE

NOT TRANSFERABLE

279



CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE
UNITED STATES DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON, D.C. 20537

Sections 304 and 1008 (21 U.S.C. 824 and 958) of the Controlled Substances Act of 1970, as amended, provide that the Attorney General may revoke or suspend a registration to manufacture, distribute, dispense, import or export a controlled substance.

| DEA REGISTRATION NUMBER | THIS REGISTRATION EXPIRES | FEE PAID |
|---|---|---|
| AH2683235 | 10-31-2003 | $210.00 |

| SCHEDULES | BUSINESS ACTIVITY | DATE ISSUED |
|---|---|---|
| 2,2N,3,3N,4,5 | PRACTITIONER | 10-13-2000 |

HELFING, SAUL HERSCHEL MD
6309 OAK RIDGE ROAD
LAKE OSWEGO, OR         97035

THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, BUSINESS ACTIVITY, OR VALID AFTER THE EXPIRATION DATE.

Form DEA-223 (10-96)

5077US/0049.0018

**GEORGE M. JOSEPH, M.D.**
**CNS HEALTHCARE OF JACKSONVILLE**
March 28, 2002

5077US/0049:0019



*3/28/02*

| | |
|---|---|
| **Date of Birth** | 08/23/1943 |
| **Affiliation** | **Principal Investigator**<br>Clinical Neuroscience Solutions, Inc.<br>4063 Salisbury Road, Suite 108, Jacksonville, FL<br>05/01-Present |
| **Education** | Emory University, Atlanta, Georgia; 1961-1964<br>Emory University School of Medicine; 1964-1968<br>Madigan Army Medical Center; Internship (Rotating, Internal Medicine Surgery, ObGyn, Pediatrics 1968-1969<br>Walter Reed Army Medical Center; Residency (Psychiatry) |
| **Professional Training** | Forensic Psychiatry Evaluations and Testimony; 1990 - Present<br>Physicians Recovery Network; Evaluator; 1984 – Present<br>United States Army Medical Corps; Major; 1968-1974<br>Baptist Medical Center Department of Psychiatry; Chairman; 1983-1984<br>CPC St Johns River Hospital; Medical Director; 1984-1994/1978-1980<br>Mental Health Resource Center; Staff Psychiatrist; 1995-1997<br>George M. Joseph, M.D. & Associates; Private Practice 1974-Present |
| **Clinical Trial Experience** | 2001-Principal Investigator experience in Phase II-IV clinical research.<br>2002- Continued Principal Investigator/Sub-Investigator experience.<br><br>Diagnoses include ADHD, general anxiety disorder, depressive disorders, panic disorders, Schizoaffective disorders, Schizophrenia, Migraine, Bipolar disorder, Alzheimer's<br>Industry contracts include: Eli Lilly, Pfizer, Parke-Davis, Forest, GlaxoSmithKline and POZEN |
| **License/ Accreditation** | State of Florida Board of Medicine ME# 0015175<br>State of Georgia Board of Medicine (Inactive)<br>State of Maryland Board of Medicine (Inactive)<br>Drug Enforcement Administration Controlled Substances BJ0563595 |
| **Population Experience** | *Children & Adolescents:* Twenty eight years clinical psychiatric experience, both inpatient and outpatient; diagnoses included Mental Retardation, Learning Disorders, Motor Skills Disorders, Communication Disorders, Pervasive Dev. Disorders, ADHD & Disruptive Behavior Disorders, Tic Disorders, Elimination Disorders, Substance Abuse/Dependence (adolescents), Psychotic Disorders, Depressive Disorders, Bipolar Disorders, Anxiety Disorders, Sexual & Gender Identity Disorders (adolescents), Eating Disorders (adolescents), Sleep Disorders (adolescents), Impulse-Control Disorders (adolescents), Adjustment Disorders (adolescents), Personality Disorders (adolescents) |

---

CNS Healthcare Jacksonville   Suite 108   4063 Salisbury Road   Jacksonville, FL 32216
Tel: 904-281-5757   Fax: 904-281-5758
www.cnshealthcare.com/jacksonville

Page 1 of 2
CNS Healthcare of Jacksonville
Curriculum Vitae
©2001 Clinical Neuroscience Solutions, Inc.

281

**GEORGE M. JOSEPH, M.D.**
**CNS HEALTHCARE OF JACKSONVILLE**
March 28, 2002



*Adults:* Twenty eight years clinical psychiatric experience, both inpatient and outpatient; diagnoses included Mental Retardation, Learning Disorders, Motor Skills Disorders, Communication Disorders, Pervasive Dev. Disorders, ADHD &

Disruptive Behavior Disorders, Tic Disorders, Delirium, Dementia, Amnestic Disorders, Substance Abuse/Dependence, Psychotic Disorders, Depressive Disorders, Bipolar Disorders, Anxiety Disorders, Somatoform Disorders, Factitious Disorders, Dissociative Disorders, Sexual & Gender Identity Disorders, Eating Disorders, Sleep Disorders, Impulse-Control Disorders, Adjustment Disorders, Personality Disorders
*Geriatrics:* Twenty eight years clinical psychiatric experience, both inpatient and outpatient; diagnoses included Delirium, Dementia, Alzheimer's, Amnestic Disorders, Substance Abuse/Dependence, Psychotic Disorders, Depressive Disorders, Bipolar Disorders, Anxiety Disorders, Somatoform Disorders, Sleep Disorders, Impulse-Control Disorders, Adjustment Disorders, Personality Disorders

**Clinical Skills**    CPR, ECG interpretation, phlebotomy, physical examinations, and lab interpretations

**Ratings Experience**    *Diagnostic Evaluations:* SCID, K-SADS, DICA and MINI

*Scales:* ADAS, ADCS/ADL scale, ADHD rating scale, AIMS, Barnes, Benten Visual Retention Test, BPRS, Calgary Depression Scale, California Verbal Learning Test, CAPS, CGI, CIBIC, Conners, Continuous Performance Test, Covi Anxiety Scale, Disability Scale, ESRS, Family Impact Scale, Global Assessment Scale, Grooved Pegboard, Hamilton Anxiety Rating Scale, Hamilton Depression Scale, Hospital Anxiety and Depression Scale, MADRS, MMSE, ADAS-COG, ADCS-CGIC, North American Adult Reading Test, PANSS, Quality of Life Assessment, Raskin Depression Scale, Resource Utilization, SADS-C, Simpson-Angus, TODS, Tourette Rage Attack Questionnaire, Tourette Symptom Importance Scale, Trail Making Test, Verbal Fluency Tests, WAIS-III, Wechsler Intelligence Scales, Wisconsin Card Sorting Tests, Yale Global Tic Severity Scale, Y-BOCS, and the Y-MRS

**Hospital Appointments**    Baptist Medical Center – Beaches; Active Professional
Baptist Medical Center ; Courtesy

**Version**    March 28, 2002

Page 2 of 2
CNS Healthcare of Jacksonville
Curriculum Vitae
©2001 Clinical Neuroscience Solutions, Inc.

AC# 0316327

### STATE OF FLORIDA
### DEPARTMENT OF HEALTH
### DIVISION OF MEDICAL QUALITY ASSURANCE

| DATE | LICENSE NO. | CONTROL NO. |
|------|-------------|-------------|
| 01/29/2002 | ME 15175 | 91002 |

THE MEDICAL DOCTOR
NAMED BELOW HAS MET ALL REQUIREMENTS OF
THE LAWS AND RULES OF THE STATE OF FLORIDA.
EXPIRATION DATE: **JANUARY 31, 2005**
GEORGE M JOSEPH
1579 THE GREEN'S WAY
SUITE 18
JACKSONVILLE, FL  32250

AT LEAST 90 DAYS PRIOR TO THE
EXPIRATION DATE SHOWN ON
THIS LICENSE, A NOTICE OF
RENEWAL WILL BE SENT TO
YOUR LAST KNOWN ADDRESS.
IF YOU HAVE NOT RECEIVED
YOUR NOTICE 60 DAYS PRIOR
TO THE EXPIRATION DATE,
PLEASE CALL (850) 410-3359.

JEB BUSH
GOVERNOR

**DISPLAY IF REQUIRED BY LAW**

JOHN O. AGWUNOBI, M.D., M.B.A.
SECRETARY

5077US/0049 · 0016

5077US/0049 : 0020

# Center for Emotional Fitness

*Focused on Emotional Stability*

110 Marter Avenue, Suite 303 • Moorestown, NJ 08057

## LEON I. ROSENBERG, M.D.
## CURRICULUM VITAE

### EDUCATION:

| | |
|---|---|
| May 1978 | Medical School<br>SUNY-Upstate Medical School at Syracuse<br>Doctor of Medicine |
| June 1974 | Undergraduate School<br>Harvard University, Cambridge, Massachusetts<br>Bachelor of Arts Degree cum laude in Biology |
| June 1970 | High School<br>Oceanside Senior High School, Oceanside, New York<br>Regents Graduate |

### TRAINING:

| | |
|---|---|
| July 1981 to<br>June 1983 | Child Psychiatry Fellowship<br>Division of Child Psychiatry<br>Hahnemann University Hospital<br>Philadelphia, Pennsylvania |
| July 1979 to<br>June 1981 | Adult Psychiatry Residency<br>Department of Psychiatry<br>Hospital of the University of Pennsylvania<br>Philadelphia, Pennsylvania |
| July 1978 to<br>June 1979 | Psychiatric Categorical Internship<br>(Rotating Internship with Emphasis in Psychiatry)<br>Long Island Jewish-Hillside Hospital<br>Glen Oaks, New York |

### CLINICAL EXPERIENCE:

| | |
|---|---|
| 1983 to Present | Private Practice<br>Center for Emotional Fitness<br>Moorestown, New Jersey<br>Geriatric, Adult, Adolescent and Child Psychiatry<br>Individual, Marital, Family and Group Therapy<br>Forensic Evaluations & Treatment<br>Research Studies in Psychopharmacology |
| 2001 to Present | Privileges<br>Center for Emotional Fitness/South Philadelphia Office<br>Philadelphia, Pennsylvania<br>Research Studies in Pharmacology |

Phone: 856-608-8800 • Fax: 856-231-8182 •

1

Leon I. Rosenberg, M.D.

| | |
|---|---|
| July 1983 to January 2000 | Memorial Hospital of Burlington County<br>Active Medical Staff - Department of Psychiatry<br>Consultations and In-Patient Care |
| July 1989 to December 1990 | Acting Chairman Department of Psychiatry |
| January 1985 to 2001 | Long-Term Care Consultant to Nursing Homes, Residential Care Facilities and Group Homes |
| July 1983 to January 1985 | Drenk Memorial Guidance Center, Mt. Holly, New Jersey<br>Staff Psychiatrist |
| July 1982 to June 1984 | Private Practice - Part-Time<br>424 Pine Street, Philadelphia, Pennsylvania<br>Adult Psychiatry |

## CLINICAL DRUG STUDIES AND RESEARCH PROGRAMS:

| | |
|---|---|
| 3/95 to 4/96 | Wyeth-Ayerst PMS Study in association with<br>The University of Pennsylvania Department of Psychiatry,<br>Private Practice Research Group. |
| 3/95 to 9/95 | Open-Label Study of Management of<br>Patients with Symptoms of Depression in General Psychiatric<br>Practices, International Clinical Research Corporation. |
| 3/97 to 6/98 | Bristol-Myers Squibb Double-Blind Study of<br>Treatment of Children with Attention-Deficit Hyperactivity Disorder. |
| 3/97 to 9/98 | Bristol-Myers Squibb Study of Treatment of<br>Children with Attention-Deficit Hyperactivity Disorder. Open-Label,<br>Long-Term Flexible Dose Safety. |
| 9/97 to 3/98 | PPD Pharmaco Study of Safety and<br>Tolerability in Psychotic Patients. |
| 10/97 to 11/99 | Eli Lilly & Company, Double-Blind, Placebo-Control Study of<br>Geriatric Nursing Home Patients with Major Depression. |
| 11/97 to 7/98 | Zeneca Pharmaceuticals Double-Blind, Placebo-Control Study of<br>Geriatric Nursing Home Patients with Alzheimer's Dementia and Psychoses and<br>Other Selected Idiopathic and Organic Psychoses. |
| 12/97 to 12/98 | Eli Lilly & Company Study of Management of Behavioral Disturbances<br>and/or Psychosis in Demented Nursing Home Patients. |
| 4/98 to 4/99 | Hoechst Marion Roussel, a Multicenter, Placebo and Active Control Randomized Study<br>of Efficacy and Safety in Schizophrenic and Schizoaffective Patients. |
| 4/98 to 9/99 | Hoechst Marion Roussel, a Multicenter, Open-Label, Long-Term Follow-up Safety<br>Study of Schizophrenia and Schizoaffective Subjects. |
| 9/98 to 8/00 | Eli Lilly & Co, Multicenter, Double Blinded Study of the Treatment of<br>Posttraumatic Stress Disorder. |
| 9/98 to 11/98 | Multicenter, Double Blinded Efficacy and Tolerability Study of Depressed<br>Outpatients. |

2

Leon I. Rosenberg, M.D.

| | |
|---|---|
| 10/98 to 4/99 | Roche, A Double-Blind, Randomized, Placebo-Controlled Study of Elderly Subjects for Prevention of Clinical Influenza during the Flu Season. |
| 10/98 to 1/00 | Merck, A Double-Blind, Randomized, Placebo-Controlled Evaluation of the Efficacy and Safety of Two Dose Range study Drug in Comparison with Placebo and Haloperidol in the Treatment of Schizophrenia. |
| 5/99 to 4/00 | Somerset Pharmaceuticals, A Double-Blind, Placebo-Controlled, Parallel-Group Assessment of the Safety and Efficacy of Two Doses of Study Drug in Patients with Major Depression. |
| 4/99 to 12/00 | Medeva Development, Double-Blind, Placebo-Controlled Study of Children with ADHD. |
| 9/99 to 10/00 | Somerset Pharmaceuticals, Open-Label Study to Assess the Safety in Patients with Major Depression. |
| 8/99 to 8/01 | Eli Lilly & Company, Double-Blind Combination in the Treatment of Resistant Depression Without Psychotic Features |
| 8/99 to 10/01 | Eli Lilly & Company, Double-Blind Study of Treatment of Bipolar Disorder |
| 10/99 to 3/01 | Parke-Davis, Double-Blind Sustained for Efficacy in Treatment of Social Phobia |
| 10/99 to 2002 | Parke-Davis, Open Label for Efficacy in Treatment of Social Phobia |
| 11/99 to 9/00 | Organon, Double-Blind in Treatment of Children and Adolescents with Major Depressive Disorder |
| 12/99 to 10/00 | Eli Lilly & Company, Double-Blind in the Treatment of Major Depression in Adults |
| 1/00 to 9/00 | Novartis, Double-Blind in Children with ADHD |
| 6/00 to 6/01 | Eli Lilly & Company Double-Blind Study of Adult Patients with Attention-Deficit/Hyperactivity Disorder |
| 6/00 to Present | Eli Lilly & Company, Open-Label Study of Outpatients with ADHD Ages 6 to 18 Years |
| 6/00 to 4/01 | Eli Lilly & Company, Double-Blind Study of Treatment of Bipolar I Depression |
| 6/00 to 10/01 | Parke-Davis Double-Blind Study of Patients with Panic Disorder |
| 6/00 to 8/00 | Parke-Davis, Double-Blind Study of Elderly Patients with Generalized Anxiety Disorder |
| 7/00 to 6/01 | Parke-Davis, Double-Blind Study of Patients with Generalized Anxiety Disorder |
| 11/00 to Present | Eli Lilly & Company, Open-Label Study of ADHD Children Ages 6 to 18 |

3

Leon I. Rosenberg, M.D.

| | |
|---|---|
| 11/00 to 9/01 | Wyeth-Ayerst, Double-Blind Study of Children and Adolescents with Major Depressive Disorder |
| 11/00 to 10/01 | Wyeth-Ayerst, Double-Blind Study of Children and Adolescents with Generalized Anxiety Disorder |
| 3/00 to Present | Wyeth-Ayerst, Double-Blind Study of Children and Adolescents with Social Anxiety Disorder |
| 8/00 to 2002 | Pfizer, Double-Blind Study of Patients with Generalized Anxiety Disorder ages 18 and above |
| 8/00 to Present | Wyeth-Ayerst, Double-Blind Study of the Treatment of Posttraumatic Stress Disorder |
| 8/00 to 2001 | Shire Pharmaceutical, Open-Label Study of Children with ADHD |
| 9/01 to Present | Merck Research, Double-Blind, Placebo and Active-Controlled, Acute and Extension Study of 2 Doses in the Treatment of Patients with Major Depressive Disorder |
| 10/01 to Present | Wyeth-Ayerst, Double-Blind, Placebo-Controlled, Parallel-Group, Flexible-Dose Study of Adolescent Outpatients with Panic Disorder |
| 03/02 to Present | Eli Lilly & Company Duloxetine Once-Daily Dosing Versus Placebo in Patient with Major Depression and Pain |
| 04/02 to Present | Eli Lilly & Company The Study of Olanzapine Plus Fluoxetine in Combination for Treatment-Resistant Depression Without Psychotic Features |
| 04/02 to Present | Eli Lilly & Company A Double-Blind Study of Treatment with Optimization with Atomoxetine Hydrochloride In Adults with DSM-IV Attention-Deficit/Hyperactivity Disorder |

## CERTIFICATIONS:

American Board of Psychiatry and Neurology

Board Certified Psychiatry
June 1986

Board Certified Geriatric Psychiatry
December 1995

Board Certified Forensic Psychiatry
June 1996

Board Eligible Child Psychiatry
June 1983

The American Board of Addiction Medicine
Board Certified December 1993

4

Leon I. Rosenberg, M.D.

## LICENSURE:

Licensed to Practice Medicine In New Jersey
June 1983 (MA-42361)

Licensed to Practice Medicine in the Commonwealth of Pennsylvania
October 1979 (MD-022896-E)

## AFFILIATIONS:

| | |
|---|---|
| 1988 to Present | Center for Emotional Fitness, P.A. President, Medical Director |
| 1983 to 1999 | Memorial Hospital of Burlington County Active Medical Staff |
| 1987 to Present | Deborah Heart and Lung Center, Browns Mills, New Jersey Psychiatric Consultant |
| 1994 to Present | Rancocas Hospital, Willingboro, New Jersey Active Medical Staff |
| 2000 to Present | Hampton Hospital, Rancocas, NJ Active Medical Staff |

## PROFESSIONAL SOCIETIES & BOARDS:

| | |
|---|---|
| 1980 to Present | American Medical Association |
| 1980 to Present | American Psychiatric Association |
| 1984 to Present | Burlington County Medical Society |
| 1983 to Present | New Jersey Psychiatric Society |
| 1990 to Present | American Academy of Psychiatry and Law |
| 1993 to Present | International Society for Traumatic Stress Studies |
| 1996 to Present | Camden County Mental Health Board |

5

Leon I. Rosenberg, M.D.

## PUBLICATIONS AND COPYRIGHTS:

*GeriHatTricks*, The Journal, Editor, 1997

*Mood Mnemonic Manual*©, 1999

*The Authoritative Guide To Psychiatric Diagnosis*©, 2002

_____
Leon I. Rosenberg, M.D.

6

5077US/0049 : 0020



AR2140212        04-30-2004        $210.00

2,2N,3,3N,4,5 PRACTITIONER     04-10-2001

ROSENBERG, LEON I MD
110 HARTER AVENUE
SUITE 304
MOORESTOWN, NJ                   08057

5077US/0049 '0020

CA-1

THE FACE OF THIS DOCUMENT HAS A MULTI-COLORED BACKGROUND AND MULTIPLE SECURITY FEATURES

**State Of New Jersey**
**Department Of Law and Public Safety**
**Division of Consumer Affairs**

THIS IS TO CERTIFY THAT THE
BOARD OF MEDICAL EXAMINERS

HAS REGISTERED

LEON I ROSENBERG
110 MARTER AVE STE 304
MOORESTOWN      NJ 08057-3124

FOR PRACTICE IN NEW JERSEY AS A(N):  PHYSICIAN - MD

07/01/01  TO  06/30/03
VALID

**MA 42361**
LICENSE/REGISTRATION/CERTIFICATION #

SIGNATURE OF REGISTRANT

DIRECTOR

5077US/0049 : 0021

# CURRICULUM VITAE

## TERENCE ARTHUR KETTER, M.D.

11/21/02

**OFFICE ADDRESS:**    Department of Psychiatry and Behavioral Sciences
Stanford University School of Medicine
Stanford, California   94305-5723
Telephone:  (650) 723-2515
Fax:  (650) 723-2507

**BORN:**    April 20, 1950.  Toronto, Ontario, Canada

**CITIZEN OF:**    United States of America

**MARITAL STATUS:**    Married, 1984
Wife: REDACTED
REDACTED

## EDUCATION AND TRAINING:

| | |
|---|---|
| 1969-1973 | University of Toronto, Toronto, Canada<br>B.Sc. (Mathematics)  1973 |
| 1974-1976 | University of Sydney, Sydney, Australia<br>M.Sc. (Mathematics)  1976 |
| 1980-1984 | University of Toronto, Toronto, Canada<br>M.D.  1984 |
| 1984-1985 | University of California, San Francisco<br>Department of Psychiatry, Internship |
| 1985-1988 | University of California, San Francisco<br>Department of Psychiatry, Residency |
| 1988-1995 | National Institute of Mental Health, Bethesda<br>Intramural Research Program<br>Biological Psychiatry Branch, Senior Staff Fellow |

## CURRENT POSITIONS:

| | |
|---|---|
| 1997-Present | Associate Professor<br>Department of Psychiatry and Behavioral Sciences<br>Stanford University School of Medicine<br>Stanford, California |
| 1995-Present | Chief, Bipolar Disorders Clinic<br>Department of Psychiatry and Behavioral Sciences<br>Stanford University School of Medicine<br>Stanford, California |

## PROFESSIONAL EXPERIENCE:

| | |
|---|---|
| 1999-Present | Voting Member<br>Administrative Panel on Human Subjects in Medical Research<br>Stanford University School of Medicine<br>Stanford, California |

| | |
|---|---|
| 1995-1996 | Acting Associate Professor<br>Department of Psychiatry and Behavioral Sciences<br>Stanford University School of Medicine<br>Stanford, California |
| 1992-1995 | Chief, Unit on Brain Imaging<br>Section on Psychobiology<br>Biological Psychiatry Branch<br>National Institute of Mental Health, Bethesda |
| 1990-1995 | Chief, 3 West Clinical Research Unit<br>Section on Psychobiology<br>Biological Psychiatry Branch<br>National Institute of Mental Health, Bethesda |
| 1988-1995 | Private Medical Practice<br>Pharmacotherapy of Mood and Anxiety Disorders<br>Washington, D.C., and Bethesda, MD |
| 1993-1994 | Chair, Physician-Nurse Committee<br>National Institutes of Health Clinical Center, Bethesda |
| 1992-1995 | Member, Physician-Nurse Committee<br>National Institutes of Health Clinical Center, Bethesda |
| 1988-1990 | Unit Administrator<br>3 West Clinical Research Unit<br>Section on Psychobiology<br>Biological Psychiatry Branch<br>National Institute of Mental Health, Bethesda |
| 1988-1989 | Psychiatric Consultant<br>Clinical Epilepsy Section<br>Medical Neurology Branch<br>National Institute of Neurological Disorders<br>and Stroke, Bethesda |
| 1987-1988 | Senior Resident<br>Behavioral Neurosciences Service<br>Langley Porter Psychiatric Institute<br>Department of Psychiatry<br>University of California, San Francisco |
| 1987-1988 | Psychiatric Consultant<br>Northern California Epilepsy Center<br>Department of Neurology<br>University of California, San Francisco |
| 1987-1988 | Resident Representative<br>Executive Medical Board<br>Department of Psychiatry<br>University of California, San Francisco |
| 1987-1988 | Vice-President, Residents' Association<br>Department of Psychiatry<br>University of California, San Francisco |

## HONORS AND FELLOWSHIPS:

| | |
|---|---|
| Undergraduate | University of Toronto Varsity Fund Scholarship 1969-73<br>Governor General's Silver Medal<br>(First standing in graduating class in Erindale College,<br>University of Toronto) |
| Graduate | Commonwealth of Australia Research Fellowship 1974-76 |
| Pre-medical | Carl Manning Book Prize 1980<br>(First standing in organic chemistry in Erindale College,<br>University of Toronto) |
| Medical School | Walter F. Watkins Scholarship  1982 |
| Residency | Creative Resident Award 1987-88<br>(Creative achievement by a resident in psychiatry,<br>University of California, San Francisco) |
| Fellowship | American College of Neuropsychopharmacology<br>Mead Johnson Travel Award Fellow 1994 |

## SOCIETY MEMBERSHIPS:

| | |
|---|---|
| 1987 - Present | American Psychiatric Association |
| 1987 - 1988<br>1996 - Present | Northern California Psychiatric Society |
| 1988 - 1995 | Washington Psychiatric Society |
| 1992 - Present | Society of Biological Psychiatry |
| 1992 - Present | International Society for Neuroimaging in Psychiatry |
| 1994 - Present | American Society of Clinical Psychopharmacology |
| 1994 - Present | American Association for the Advancement of Science |
| 1994 - Present | American Academy of Clinical Psychiatrists |
| 1995 - Present | American Epilepsy Society |
| 1996 - Present | Association for Convulsive Therapy |
| 1996 - Present | National Depressive and Manic-Depressive Association |
| 1996 - Present | National Alliance for the Mentally Ill |
| 1996 - Present | West Coast College of Biological Psychiatry |
| 1996 - Present | American Neuropsychiatric Association |
| 1997 - Present | Canadian Psychiatric Association |
| 1998 - Present | International Society for Magnetic Resonance Imaging in Medicine |
| 1999 - Present | International Society for Bipolar Disorders |
| 2001 - Present | Child & Adolescent Bipolar Foundation |

**MEDICAL  LICENSES:**

| | | |
|---|---|---|
| California | March 10, 1986 | #G56822 |
| District of Columbia | September 20, 1988 | #17541 |
| Maryland | October 13, 1988 | #D37533 |

**BOARD  CERTIFICATION:**

| | |
|---|---|
| 1988 | Specialist Certificate in Psychiatry (# 370484) Royal College of Physicians and Surgeons of Canada |
| 1989 | Specialist Certificate in Psychiatry (# 31895) American Board of Psychiatry and Neurology |
| 1989 | Fellow of Royal College of Physicians & Surgeons of Canada (F.R.C.P.C.) |

**JOURNAL  REFEREE:**

| | |
|---|---|
| 1991-Present | Neuropsychiatry, Neuropsychology, and Behavioral Neurology |
| 1993-Present | Biochemical Pharmacology |
| 1995-Present | Journal of Clinical Psychopharmacology |
| 1996-Present | Drug Safety |
| 1996-Present | Human Psychopharmacology |
| 1996-Present | Journal of Affective Disorders |
| 1997-Present | Psychiatric Times |
| 1997-Present | Journal of Neuropsychiatry and Clinical Neurosciences |
| 1997-Present | Archives of General Psychiatry |
| 1997 - Present | Psychiatry Research |
| 1997 - Present | Biological Psychiatry |
| 1998-Present | Life Sciences |
| 1998 - Present | Journal of Psychiatric Research |
| 1998 - Present | Journal of Clinical Psychiatry |
| 1998 - Present | Bipolar Disorders |
| 1999 - Present | Harvard Review of Psychiatry |
| 1999 - Present | Expert Opinion on Pharmacotherapy |
| 2000 – Present | Southern Medical Journal |
| 2000 – Present | Depression and Anxiety |
| 2000 – Present | Schizophrenia Research |
| 2000 – Present | Neuropsychopharmacology |

## EDITORIAL  BOARDS

| | |
|---|---|
| 2000-Present | Bipolar Disorders |
| 2000-Present | Journal of Psychiatric Research |
| 2001-Present | Journal of Affective Disorders |

## EXTERNAL  GRANT  REVIEWER:

| | |
|---|---|
| 1993-Present | Ontario Mental Health Foundation |
| 1997-Present | Canadian Psychiatric Research Foundation |
| 1997-Present | Department of Veterans Affairs |
| 1998 | American Psychiatric Association (1998 Annual Meeting, Research Colloquium for Junior Investigators Applications) |
| 2000-Present | Medical  Research Council of Canada |
| 2001-Present | Veterans' Administration Merit Review Committee |

# BIBLIOGRAPHY OF TERENCE A. KETTER, M.D.

## PART I:  ABSTRACTS AND PRESENTATIONS

## PART II:  PUBLICATIONS

### PART I:  ABSTRACTS AND PRESENTATIONS

1)  **Ketter TA**: Complex partial seizures and panic disorder. UCSF symposium: The medical / psychiatric interface of panic. 8th Annual National Conference on Phobias and Related Anxiety Disorders, San Francisco, Oct. 22-25, 1987.  Abstract.

2)  Kanas N, Deri J, **Ketter T**, and Fein G: Outcome of short-term outpatient groups for schizophrenics. American Group Psychotherapy Association Annual Meeting, San Francisco, Feb. 21-25, 1989.  Abstract.

3)  Bromfield EB, **Ketter TA**, Balish M, Sato S, Leiderman DB, and Theodore WH: Simple partial status epilepticus with psychosensory and psychoaffective manifestations. American Epilepsy Society Annual Meeting, Boston, December 3-6, 1989.  Abstract.

4)  **Ketter TA**, Laxer KD: Psychopathology in pseudoepileptic seizures and epilepsy. Pseudoepileptic Seizure Symposium, Fort Lauderdale, March 1-3, 1990. Abstract.

5)  Bromfield EB, Altshuler L, Leiderman DB, Balish M, **Ketter TA**, Devinsky O, Post RM, Theodore WH: Cerebral metabolism and depression in patients with complex partial seizures. American Epilepsy Society Annual Meeting, San Diego, November 12-14, 1990.  Abstract.  Epilepsia 1990;31(5):625-626.

6)  **Ketter TA**: Psychiatric aspects of epilepsy. American College of Neuropsychiatrists Spring Meeting, Scottsdale, March 21-24, 1991.  Abstract.

7)  Post RM, Weiss SR, **Ketter TA**, George MS, Clark M, Rosen J: The temporal lobes and affective disorders. The Temporal Lobes and Limbic System - Basic and Clinical Perspectives. Copenhagen, Denmark, September 19-20, 1991.  Abstract.

8)  Post RM, Weiss SR, **Ketter TA**, Pazzaglia PJ, Denicoff K: Impact of affective illness on gene expression: rationale for long-term prophylaxis. . 4th European College of Neuropsychopharmacology Congress, Monte Carlo, Monaco, October 6-9, 1991. European Neuropsychopharmacology 1991;1:214-216.

9)  Post RM, George MS, **Ketter TA**, Denicoff K, Leverich G, Mikalauskas K: Mechanisms underlying recurrence and cycle acceleration in affective disorders: implications for long-term treatment. British Association for Pharmacology Meeting, London, November 21,1991.  Abstract.

10)  **Ketter TA**, Barnett J, Schroeder DH, Hinton ML, Chao J, Post RM: Carbamazepine induces bupropion metabolism. 145th Annual Meeting of the American Psychiatric Association, Washington, May 2-7, 1992.  Abstract NR563.  Page 186.

11)  **Ketter TA**, Malow BA, White SR, Post RM, Theodore WH: Anticonvulsant withdrawal-emergent psychopathology. 44th Annual Meeting of the American Academy of Neurology, San Diego, May 3-9, 1992.  Abstract 1029P.  Neurology 1992;42(Suppl 3):450.

12)  Post RM, **Ketter TA**, Pazzaglia PJ, Denicoff K, George MS, Marangell L, Weiss SR: Anticonvulsants in refractory mood disorders. 2nd International Conference on Refractory Depression, The Hague and Amsterdam, June 24-26, 1992.  Abstract.

13)  **Ketter TA**, Potter WZ: Pharmacologic issues in the treatment of bipolar disorder. 42nd Annual Meeting of the Canadian Psychiatric Association, Montreal, September 16-18,1992.  Abstract.

14) Post RM, **Ketter TA**, Pazzaglia PJ, George MS, Marangell L, Weiss SR: Receptor, ion channel, and neuropeptide targets for drug development: implications from the anticonvulsant model. 31st Annual Meeting of the American College of Neuropsychopharmacology, San Juan, Puerto Rico, December 14-18, 1992.  Abstract. Page 9.

15) Post RM, **Ketter TA**, Pazzaglia PJ, George MS, Marangell L, Denicoff K: New developments in the use of anticonvulsants as mood stabilizers Symposium on antiepileptic drugs in psychiatry, Freiberg, Germany, January 29-30, 1993.  Abstract.

16) **Ketter TA**, Malow BA, Flamini R, White SR, Post RM, Theodore WH: Carbamazepine withdrawal-emergent psychopathology. 45th Annual Meeting of the American Academy of Neurology, New York, April 25-May 1, 1993.  Abstract 163S.  Neurology 1993;43(Suppl 2):A194.

17) Post RM, **Ketter TA**, George MS: Psychiatric syndromes and the limbic system. 45th Annual Meeting of the American Academy of Neurology, New York, April 25-May 1, 1993.  Abstract.

18) **Ketter TA**, Andreason PJ, George MS, Herscovitch P, Post RM: Paralimbic rCBF increases during procaine-induced psychosensory & emotional experiences. 48th Annual Convention and Scientific Program of the Society of Biological Psychiatry, San Francisco, May 19-23, 1993.  Abstract 107.  Biol Psychiatry 1993;33(Suppl 6A):66A.

19) George MS, **Ketter TA**, Gill D, Herscovitch P, Post RM: The neuroanatomy of facial emotion recognition. 146th Annual Meeting of the American Psychiatric Association, San Francisco, May 22-27, 1993.  Abstract NR16.  Page 63.

20) **Ketter TA**, Andreason PJ, George MS, Marangell LB, Pazzaglia PJ, Post RM: Reduced resting frontal lobe CBF in mood disorders. 146th Annual Meeting of the American Psychiatric Association, San Francisco, May 22-27, 1993.  Abstract NR298.  Page 135.

21) George MS, **Ketter TA**, Gill D, Marangell LB, Pazzaglia PJ, Post RM: Blunted CBF with emotion recognition in depression. 146th Annual Meeting of the American Psychiatric Association, San Francisco, May 22-27, 1993.  Abstract NR114.  Page 88.

22) **Ketter TA**, Andreason PJ, George MS, Pazzaglia PJ, Marangell LB, Post RM: Blunted CBF response to procaine in mood disorders. 146th Annual Meeting of the American Psychiatric Association, San Francisco, May 22-27, 1993.  Abstract NR297.  Pages 134-135.

23) Pazzaglia PJ, Post RM, **Ketter TA**, George MS, Marangell LB: Nimodipine in affective illness. 146th Annual Meeting of the American Psychiatric Association, San Francisco, May 22-27, 1993.  Abstract NR714.  Page 239.

24) Post RM, Pazzaglia PJ, **Ketter TA**, George MS, Marangell LB: Carbamazepine and nimodipine in refractory bipolar illness: efficacy and mechanisms. 1st International Congress on Hormones, Brain, and Neuropsychopharmacology, Rhodes, Greece, September 13-17, 1993.  Abstract.

25) Parekh P, Spencer J, George MS, Gill DS, **Ketter TA**, Post RM: rCBF correlates of EEG frequencies before and after i.v. procaine. Society of Neuroscience Annual Meeting, November 7-12, 1993.  Abstract 501.9, M-46.  Page 239.

26) George MS, **Ketter TA**, Parekh PI, Ring, HA, Rosinsky N, Pazzaglia PJ, Marangell LB, Post RM: Differences in performance and regional brain activation in controls and mood disordered subjects while performing a classic and emotional Stroop. 32nd Annual Meeting of the American College of Neuropsychophamacology, Honolulu, December 13-17, 1993.  Abstract.

27) Post RM, Pazzaglia PJ, **Ketter TA**, Marangell LB, George MS: Efficacy of the L-type calcium channel blocker nimodipine in recurrent affective disorders. 32nd Annual Meeting of the American College of Neurosychophamacology, Honolulu, December 13-17, 1993. Abstract.

28) George MS, **Ketter TA**, Post RM: An overview of brain activation studies in mood disorders. 49th Annual Convention and Scientific Program of the Society of Biological Psychiatry, Philadelphia, May 18-22, 1994.  Abstract 157.  Biol Psychiatry 1994;35(9):658.

29) **Ketter TA**, George MS, Andreason PJ, Herscovitch P, Post RM: Blunted paralimbic resting & procaine-activated rCBF in healthy females compared to males. 49th Annual Convention and Scientific Program of the Society of Biological Psychiatry, Philadelphia, May 18-22, 1994.  Abstract 120.  Biol Psychiatry 1994;35(9):648.

30) George MS, **Ketter TA**, Parekh P, Post RM: Regional blood flow correlates of transient self-induced sadness or happiness. 49th Annual Convention and Scientific Program of the Society of Biological Psychiatry, Philadelphia, May 18-22, 1994.  Abstract 119.  Biol Psychiatry 1994;35(9):647.

31) **Ketter TA**, George MS, Pazzaglia PJ, Marangell LB, Andreason PJ, Post RM: PET activation studies in mood disorders. 147th Annual Meeting of the American Psychiatric Association, Philadelphia, May 21-26, 1994.  Abstract.  Symposium 105D.  Page 184.

32) George MS, **Ketter TA**, Post RM: Brain imaging in mania. 147th Annual Meeting of the American Psychiatric Association, Philadelphia, May 21-26, 1994.  Abstract.  Symposium 73C.  Page 142.

33) **Ketter TA**, George MS, Andreason PJ, Parekh P, Pazzaglia PJ, Marangell LB, Callahan AM, Cohen RM, Herscovitch P, Post RM: rCMRglu in unipolar versus bipolar depression. 147th Annual Meeting of the American Psychiatric Association, Philadelphia, May 21-26, 1994.  Abstract NR444.  Page 172.

34) Callahan AM, **Ketter TA**, George MS, Marangell LB, Pazzaglia PJ, Andreason PJ, Parekh P, Horwitz B, Herscovitch P, Post RM: Cholesterol and cerebral metabolism in mood disorders. 147th Annual Meeting of the American Psychiatric Association, Philadelphia, May 21-26, 1994.  Abstract NR188.  Page 104.

35) George MS, **Ketter TA**, Parekh PI, Horwitz B, Herscovitch P, Cloninger CR, Post RM: Personality traits correlate with resting rCBF. 147th Annual Meeting of the American Psychiatric Association, Philadelphia, May 21-26, 1994.  Abstract NR450.  Page 173.

36) **Ketter TA**, George MS, Andreason PJ, Horwitz B, Parekh P, Pazzaglia PJ, Marangell LB, Callahan AM, Cohen RM, Herscovitch P, Post RM: Depression and frontal rCMRglu correlate inversely. 147th Annual Meeting of the American Psychiatric Association, Philadelphia, May 21-26, 1994.  Abstract NR443.  Pages 171-172.

37) Marangell LB, **Ketter TA**, George MS, Pazzaglia PJ, Callahan AM, Andreason PJ, Parekh P, Horwitz B, Herscovitch P, Post RM: Thyroid indices and cerebral metabolism in mood disorders. 147th Annual Meeting of the American Psychiatric Association, Philadelphia, May 21-26, 1994.  Abstract NR187.  Page 104.

38) Post RM, **Ketter TA**, Denicoff, K, Pazzaglia PJ, Marangell LB, George MS, Callahan, A: Anticonvulsants: state of the art. 1st International Conference on Bipolar Disorder, Pittsburgh, June 23-34, 1994.  Abstract.

39) **Ketter TA**, George MS, Andreason PJ, Horwitz B, Herscovitch P, Post RM: Positive correlations between procaine-induced paralimbic rCBF increases and psychosensory and emotional experiences. 19th Congress of Collegium Internationale Neuro-Psychopharmacologicum, Washington, June 27-July 1, 1994.  Abstract O-84-107. Neuropsychopharmacology 1994;10(3S Part 2):28S.

40) Post RM, Leverich, GS, **Ketter TA**, Denicoff, K, Marangell LB, George MS, Pazzaglia PJ, Callahan, A, Weiss, SRB: The empirical and theoretical rationales for lifetime prophylaxis in bipolar affective disorder. 19th Congress of Collegium Internationale Neuro-Psychopharmacologicum, Washington, June 27-July 1, 1994. Abstract S-30-128. Neuropsychopharmacology 1994;10(3S Part 1):160S.

41) George MS, **Ketter TA**, Davis CL, Rubinow DR, Andreason PJ, Pazzaglia PJ, Marangell LB, Callahan, Herscovitch P, Horwitz B, Post RM: CSF somatostatin correlates with regional cerebral metabolism in mood disorder subjects. 19th Congress of Collegium Internationale Neuro-Psychopharmacologicum, Washington, June 27-July 1, 1994. Abstract P-117-101. Neuropsychopharmacology 1994;10(3S Part 2):178S.

42) **Ketter TA**, George MS, Andreason PJ, Marangell LB, Pazzaglia PJ, Callahan AM, Parekh P, Herscovitch P, Post RM: Carbamazepine-induced decreases in regional cerebral glucose metabolism in affective disorders are influenced by mood states. 19th Congress of Collegium Internationale Neuro-Psychopharmacologicum, Washington, June 27-July 1, 1994. Abstract O-225-326. Neuropsychopharmacology 1994;10(3S Part 2):83S.

43) Marangell LB, George MS, Callahan AM, Pazzaglia PJ, **Ketter TA**, Post RM: Intrathecal thyrotropin-releasing hormone in the treatment of affective disorders: preliminary results of a clinical trial. 19th Congress of Collegium Internationale Neuro-Psychopharmacologicum, Washington, June 27-July 1, 1994. Abstract P-174-35. Neuropsychopharmacology 1994;10(3S Part 2):221S.

44) George MS, **Ketter TA**, Parekh PI, Herscovitch P, Post RM: Gender differences in rCBF during transient self-induced sadness or happiness in healthy women. American Neuropsychiatric Association Annual Meeting, Newport, R.I., July 23, 1994.

45) Lee C, Unser M, **Ketter TA**: A global approach to multivariate correlation analysis of PET brain images. Society of Photo- Optical Instrumentation Engineers (SPIE): Mathematical Methods in Imaging III Conference, San Diego, July 25-26, 1994. Abstract.

46) Post RM, **Ketter TA**, Callahan AM, Denicoff KD, Marangell L, George MS: Rational polypharmacy in bipolar affective disorder: a focus on prophylaxis. Rational Polypharmacy Conference, Durango, September 10-12, 1994. Abstract.

47) **Ketter TA**: Clinical pharmacology and pharmacokinetics of mood stabilizers. 44th Annual Meeting of the Canadian Psychiatric Association, Ottawa, September 21-23,1994. Abstract. CPA Annual Meeting Selected Symposia Highlights 1994:11-12.

48) **Ketter TA**: Anatomy and pharmacology of depression. 20th Annual Postgraduate Course of the American Academy of Clinical Psychiatrists , Washington, October 6-8,1994.

49) **Ketter TA**, Malow BA, Flamini R, Ko D, White SR, Stertz BE, Post RM, Theodore WH: Psychotropic effects of felbamate monotherapy in patients with epilepsy. American Epilepsy Society Annual Meeting, New Orleans, December 2-8,1994. Abstract C.06. Epilepsia 1994;35(Suppl 8):32.

50) Post RM, **Ketter TA**: Psychiatric effects of the anticonvulsant drugs: a focus on affective illness. In: Ferrendelli J: Psychiatric Aspects of Epilepsy. American Epilepsy Society Annual Meeting, New Orleans, December 2-8,1994.

51) **Ketter TA**, Pazzaglia PJ, George MS, Marangell LB, Callahan AM, Kimbrell T, Frye MA, Parekh PI, Andreason PJ, Herscovitch P, Post RM: Baseline cerebral hypometabolism may predict response to nimodipine in mood disorders. 33rd Annual Meeting of the American College of Neuropsychopharmacology, San Juan, Puerto Rico, December 12 - 16, 1994. Abstract. Page 149.

52) George MS, Parekh PI, Rosinsky N, **Ketter TA**, Kimbrell TA, Herscovitch P, Post RM: Right hemisphere activation when listening for emotional prosody: an O-15 water PET study in healthy volunteers. 47th Annual Meeting of the American Academy of Neurology, Seattle, May 6-13, 1995.  Abstract 817S.  Neurology 1995;45(Suppl 4):A389.

53) Theodore WH, Albert P, Stertz BE, Malow BA, Ko D, White SR, Flamini R, **Ketter TA**: Felbamate monotherapy: implications for antiepileptic drug development. 47th Annual Meeting of the American Academy of Neurology, Seattle, May 6-13, 1995. Abstract 718P.  Neurology 1995;45(Suppl 4):A360.

54) Callahan AM, Frye MA, Marangell LB, George MS, **Ketter TA**, Kimbrell T, L'Herrou T, Pazzaglia PJ, Post RM: Differential mood and endocrine effects of intravenous versus intrathecal TRH. 50th Annual Convention and Scientific Program of the Society of Biological Psychiatry, Miami, May 17-20, 1995.  Abstract 63.  Biol Psychiatry 1995;37(9):609.

55) Kimbrell TA, George MS, Parekh PI, **Ketter TA**, Parekh PI, Herscovitch P, Post RM: Regional brain activity during self-induced anger and anxiety.  50th Annual Convention and Scientific Program of the Society of Biological Psychiatry, Miami, May 17-20, 1995. Abstract 93.  Biol Psychiatry 1995;37(9):617.

56) Parekh PI, George MS, Willis M, Lalonde F, **Ketter TA**, Post RM: A functional MRI study of transient sadness in healthy adult women: brain activity due to mood versus the effort of changing mood. 148th Annual Meeting of the American Psychiatric Association, Miami, May 20-25, 1995.  Abstract NR522.  Page 195.

57) George MS, Kimbrell TA, Parekh PI, **Ketter TA**, Pazzaglia PJ, Callahan A, Frye M, Marangell L, Herscovitch P, Post RM: Actively depressed subjects have difficulty inducing, and blunted limbic rCBF during, transient sadness. 148th Annual Meeting of the American Psychiatric Association, Miami, May 20-25, 1995.  Abstract NR167. Pages 99-100.

58) **Ketter TA**, George MS, Parekh PI, Pazzaglia PJ, Marangell LB, Callahan AM, Kimbrell T, Frye MA, Herscovitch P, Post RM: PET imaging and psychotropic response prediction in mood disorders. 148th Annual Meeting of the American Psychiatric Association, Miami, May 20-25, 1995.  Paper Session 19, Paper 58.  Pages 23-24.

59) George MS, Wassermann ES, Williams WA, Kimbrell TA, Pazzaglia PJ, Callahan A, Frye M, **Ketter TA**, Hallett M, Post RM: Differential prefrontal rapid transcranial magnetic stimulation (rTMS) in depression: preliminary observations. 148th Annual Meeting of the American Psychiatric Association, Miami, May 20-25, 1995. Abstract NR313. Page 139.

60) Lee C, Unser M, **Ketter TA**: Automated recognition of corpus callosum from sagittal brain MR images. Society of Photo- Optical Instrumentation Engineers (SPIE): Applications of Digital Image Processing XVIII Conference, San Diego, July 12-14,1995. Abstract.

61) George MS, **Ketter TA**, Kimbrell TA, Post RM: Functional neuroimaging and mood. In: Physiology and pharmacology of emotion symposium.  Annual Meeting of the American EEG Society, Washington, September 9-12, 1995. Abstract.

62) Heynen TLP, Nierenberg J, RM, **Ketter TA**, Weiss SRB, Post RM: Cholinergic modulation of local anesthetic kindling.  National Institutes of Health Research Festival '95, Bethesda MD, September 18-22, 1995.  Abstract A-25.

63) Wassermann ES, George MS, **Ketter TA**, Kimbrell TA, Herscovitch P, Post RM, Hallett M: Changes in global and regional cerebral metabolism with and during repetitive transcranial magnetic stimulation (rTMS) in depression. 10th International Congress of EMG and Clinical Neurophysiology, Kyoto, October 15-19, 1995.  Abstract.  (To appear in Electroencephalography and Clinical Neurophysiology)

64) **Ketter TA**, Kimbrell TA, George MS, Post RM: PET studies of illness heterogeneity and baseline markers of therapeutic responses in refractory depression. 3rd International Conference on Refractory Depression, Napa Valley CA, October 18-21, 1995.  Abstract.

65) Marangell LB, Callahan AM, George MS, **Ketter TA**, Pazzaglia PJ, L'Herrou TA, Post RM: Effects of intrathecal TRH in patients with affective disorders. 3rd International Conference on Refractory Depression, Napa Valley CA, October 18-21, 1995.  Abstract.

66) Callahan AM, Frye MA, Marangell LB, George MS, **Ketter TA**, L'Herrou TA, Post RM: Clinical case experiences comparing intrathecal and intravenous TRH: confounding effects of tolerance and implications for therapeutics.  3rd International Conference on Refractory Depression, Napa Valley CA, October 18-21, 1995.  Abstract.

67) George MS, **Ketter TA**, Williams W, Wasserman E, Kimbrell TA, Post RM: Functional neuroimaging of brain correlates of depression. 34th Annual Meeting of the American College of Neuropsychopharmacology, San Juan, Puerto Rico, December 11 - 15, 1995. Abstract.  Page 65.

68) **Ketter TA**, George MS, Kimbrell TA, Stein RM, Willis MW, Little JT, Frye MA, Corá-Locatelli G, Benson BE, Herscovitch P, Post RM: Assessment of PET data in individual patients with mood disorders. 34th Annual Meeting of the American College of Neuropsychopharmacology, San Juan, Puerto Rico, December 11 - 15, 1995.  Abstract. Page 230.

69) Callahan AM, Marangell LB, Frye MA, George MS, **Ketter TA**, L'Herrou TA, Pazzaglia PJ, Post RM: Comparative mood and endocrine effects of intravenous versus  intrathecal TRH. 34th Annual Meeting of the American College of Neuropsychopharmacology, San Juan, Puerto Rico, December 11 - 15, 1995.  Abstract.  Page 153.

70) George MS, **Ketter TA**, Mathe AA, Kimbrell TA, Frye MA, Willis MW, Benson BE, Little JT, Stein RM, Post RM: Mapping neurochemistry onto neuroanatomy: correlation between resting rCBF and CSF monoamine metabolites.  34th Annual Meeting of the American College of Neuropsychopharmacology, San Juan, Puerto Rico, December 11 - 15, 1995.  Abstract.  Page 226.

71) Lee C, **Ketter TA**, Unser M: Automated connectivity-based thresholding segmentation of midsagittal brain MR images.  Society of Photo- Optical Instrumentation Engineers (SPIE): Visual Communications and Image Processing Conference, Orlando , March 17-20,1996.  Abstract.

72) Marangell LB, Callahan AM, **Ketter TA**: What you need to know about the cytochrome P450 system. 149th Annual Meeting of the American Psychiatric Association, New York, May 4-9, 1996.  Industry Symposium 21A.  Page 306.

73) Kimbrell TA, **Ketter TA**, Willis MW, George MS, Andreason PJ, Post RM: Increased basal ganglia, thalamic, and anterior cingulate glucose metabolism in women compared to men. 149th Annual Meeting of the American Psychiatric Association, New York, May 4-9, 1996. Abstract NR463.  Page 196.

74) Kimbrell TA, **Ketter TA**, George MS, Stein RM, Danielson A, Post RM: Anterior paralimbic hypometabolism in patients with unipolar depression in remission. 149th Annual Meeting of the American Psychiatric Association, New York, May 4-9, 1996.  Abstract NR462.  Page 196.

75) **Ketter TA**, George MS, Kimbrell TA, Stein RM, Frye MA, Corá-Locatelli G, Post RM: Anterior paralimbic dysfunction in mood disorders. 149th Annual Meeting of the American Psychiatric Association, New York, May 4-9, 1996.  Symposium 113E.  Page 187.

76)  Frye MA, **Ketter TA**, Corá-Locatelli G, Grothe DR, Kimbrell TA, Piscitelli SC, Little JT, Post RM: Gabapentin does not alter lithium pharmacokinetics. 149th Annual Meeting of the American Psychiatric Association, New York, May 4-9, 1996.  Abstract NR311.  Page 151.

77)  Frye MA, **Ketter TA**, Leverich GS, Denicoff K, Kimbrell TA, Little JT, Corá-Locatelli G, Stein R, Lantz C, Post RM: The increasing use of polypharmacy for refractory mood disorders: twenty-five years of study. 149th Annual Meeting of the American Psychiatric Association, New York, May 4-9, 1996.  Abstract NR312.  Pages 151-152.

78)  Corá-Locatelli G, Frye MA, Kimbrell TA, Denicoff K, **Ketter TA**, Post RM: Carbamazepine induces escape from dexamethasone suppression across mood and anxiety disorder subtypes. 149th Annual Meeting of the American Psychiatric Association, New York, May 4-9, 1996.  Abstract NR444.  Page 191.

79)  George MS, Kimbrell TA, **Ketter TA**, Post RM: Transient sadness in depression and health. 149th Annual Meeting of the American Psychiatric Association, New York, May 4-9, 1996.  Symposium 47D.  Page 103.

79)  George MS, **Ketter TA**, Kimbrell TA, Post RM: Functional brain imaging in women with respect to mood and depression. 149th Annual Meeting of the American Psychiatric Association, New York, May 4-9, 1996.  Symposium 12G.  Page 59.

80)  Little JT, **Ketter TA**, Kimbrell TA, Stein RM, Danielson A, Benson BE, Willis MW, Post RM: Venlafaxine and bupropion responders in contrast to nonresponders have baseline prefrontal and paralimbic hypometabolism. 36th Annual Meeting of the New Clinical Drug Evaluation Unit of the National Institute of Mental Health.  Boca Raton, May 28-June 1, 1996.  Abstract.

81)  **Ketter TA**, Frye MA, Callahan AM, Marangell LB, Post RM: Clinical pharmacokinetic update on anticonvulsants. 20th Congress of Collegium Internationale Neuro-Psychopharmacologicum, Melbourne, June 23-27, 1996.  Abstract S-20-2.  Eur Neuropsychopharmacol 1996;6(Suppl 3):81.

82)  **Ketter TA**, Kimbrell TA, George MS, Stein RM, Willis MW, Benson BE, Frye MA, Corá-Locatelli G, Post RM: Baseline hypermetabolism may predict carbamazepine response, and hypometabolism nimodipine response in mood disorders. 20th Congress of Collegium Internationale Neuro-Psychopharmacologicum, Melbourne, June 23-27, 1996.  Abstract O-5-6.  Eur Neuropsychophamacol 1996;6(Suppl 3):10.

83)  **Ketter TA**, George MS, Kimbrell TA, Stein RM, Willis MW, Benson BE, Frye MA, Corá-Locatelli G, Post RM: Prefrontal and anterior paralimbic dysfunction in primary and secondary mood disorders: evidence of common neural substrates.  8th Congress of the Association of European Psychiatrists, London, July 7-12, 1996.  Abstract.  Eur Psychiatry 1996;11(Suppl 4):167s-168s.

84)  **Ketter TA**, George MS, Kimbrell T, Little JT, Frye MA, Corá-Locatelli G, Post RM: Preliminary evidence of prefrontal and anterior paralimbic baseline markers of psychotropic responses in mood disorders. 35th Annual Meeting of the American College of Neuropsychopharmacology, San Juan, Puerto Rico, December 9-13, 1996.  Abstract. Page 86.

85)  George MS, Cloninger CR, Kimbrell TA, Willis MW, Parekh PI, Danielson A, **Ketter TA**, Herscovitch P, Post RM: Toward the neurobiological basis of temperament: PET studies of Cloninger's tridimensional scale in healthy adults.. 35th Annual Meeting of the American College of Neuropsychopharmacology, San Juan, Puerto Rico, December 9-13, 1996. Abstract. Page 274.

86) **Ketter TA**, Kling MA, George MS, Kimbrell T, Lefter L, Willis MW, Benson BE, Herscovitch P, Post RM: Relationships between procaine-induced increases in CBF and cortisol, ACTH, and prolactin in healthy volunteers. 35th Annual Meeting of the American College of Neuropsychopharmacology, San Juan, Puerto Rico, December 9-13, 1996. Abstract. Page 277.

87) Dunn RT, Kimbrell TA, Frye MA, **Ketter TA**, Danielson AL, Little JT, Benson BE, Willis MW, Post RM: Baseline cerebral metabolism differs in responders to lamotrigine or gabapentin. 52nd Annual Convention and Scientific Program of the Society of Biological Psychiatry, San Diego, May 14-18, 1997. Abstract 60. Biol Psychiatry 1997;41(Suppl 7S):18S-19S.

88) Kimbrell TA, **Ketter TA**, Danielson AL, Benson BE, Dunn RT, Little JT, Willis MW, Herscovitch P, Post RM: Serial resting cerebral blood flow measurement in healthy volunteers. 52nd Annual Convention and Scientific Program of the Society of Biological Psychiatry, San Diego, May 14-18, 1997. Abstract 61. Biol Psychiatry 1997;41(Suppl 7S):19S.

89) Willis MW, **Ketter TA**, Kimbrell TA, Danielson AL, Benson BE, Little JT, Post RM: Differential changes in cerebral metabolism with age in mood disorder subtypes. 52nd Annual Convention and Scientific Program of the Society of Biological Psychiatry, San Diego, May 14-18, 1997. Abstract 62. Biol Psychiatry 1997;41(Suppl 7S):19S.

90) Frye MA, Kimbrell TA, Willis MW, **Ketter TA**, George MS, Pazzaglia PJ, Dunn RT, Luckenbaugh D, Huggins T, Little JT, Vanderham L, Danielson AL, Benson BE, Davis C, Rubinow DR, Post RM: Low CSF somatostatin and cerebral hypometabolism in depression. 52nd Annual Convention and Scientific Program of the Society of Biological Psychiatry, San Diego, May 14-18, 1997. Abstract 111. Biol Psychiatry 1997;41(Suppl 7S):32S-33S.

91) Little JT, **Ketter TA**, Kimbrell TA, Danielson AL, Benson BE, Willis MW, Dunn RT, Frye MA, Post RM: Anterior paralimbic blood flow decreased after venlafaxine response. 52nd Annual Convention and Scientific Program of the Society of Biological Psychiatry, San Diego, May 14-18, 1997. Abstract 270. Biol Psychiatry 1997;41(Suppl 7S):79S-80S.

92) **Ketter TA**, Frye MA, Corá-Locatelli G, Kimbrell T, Post RM: Pharmacology and pharmacokinetics of new anticonvulsants. In the symposium: New Anticonvulsants in Mood Disorders. 150th Annual Meeting of the American Psychiatric Association, San Diego, May 17-22, 1997. Symposium 33A. Pages 84-85.

93) Frye MA, **Ketter TA**, Kimbrell T, Corá-Locatelli G, Dunn RT, Post RM: Gabapentin and lamotrigine monotherapy in mood disorder. In the symposium: New Anticonvulsants in Mood Disorders. 150th Annual Meeting of the American Psychiatric Association, San Diego, May 17-22, 1997. Symposium 33C. Page 85.

94) Kimbrell T, **Ketter TA**, Frye MA, Danielson AL, Benson BE, Post RM: Neuroimaging of response to new anticonvulsants. In the symposium: New Anticonvulsants in Mood Disorders. 150th Annual Meeting of the American Psychiatric Association, San Diego, May 17-22, 1997. Symposium 33D. Page 85.

95) **Ketter TA**, George MS, Kimbrell TA, Little JT, Post RM: Brain imaging in bipolar disorders. In the industry symposium: Diagnostic and Treatment Advances in Manic Depression. 150th Annual Meeting of the American Psychiatric Association, San Diego, May 17-22, 1997. Industry Symposium 12E. Page 277.

96) Winsberg ME, DeGolia SG, Strong CM, **Ketter TA**: Divalproex in medication-naive bipolar II depression. 150th Annual Meeting of the American Psychiatric Association, San Diego, May 17-22, 1997. Abstract NR113 Page 97.

97)   Kimbrell TA, **Ketter TA**, Dunn RT, Little JT, Frye MA, Post RM:  Differential female and male cerebral glucose metabolism abnormalities in depression. 150th Annual Meeting of the American Psychiatric Association, San Diego, May 17-22, 1997.  Abstract NR421 Page 182.

98)   Ali SO, Denicoff K D, **Ketter TA**, Smith-Jackson EE, Post RM: Psychosensory symptoms in patients with bipolar disorder. 150th Annual Meeting of the American Psychiatric Association, San Diego, May 17-22, 1997.  Abstract NR423. Pages 182-183.

99)   Benson BE, Kimbrell TA, **Ketter TA**, Little JT, Dunn RT, Post RM: Outpatient antidepressant responders have lower paralimbic rCMRglu than inpatient nonresponders. 150th Annual Meeting of the American Psychiatric Association, San Diego, May 17-22, 1997.  Abstract NR539  Page 213.

100)  **Ketter TA**: Clinical pharmacology of carbamazepine.  In the course: Anticonvulsants in Child, Adolescent, and Adult Psychiatry.  150th Annual Meeting of the American Psychiatric Association, San Diego, May 17-22, 1997.  Course 42.

101)  **Ketter TA**, Winsberg ME, DeGolia SG, Dunai M, Tate DL, Strong CM: Bupropion plus SSRI combination therapy in treatment-resistant bipolar depression.  2nd International Conference on Bipolar Disorder, Pittsburgh, June 19-21, 1997.  Abstract.  Page 95.

102)  **Ketter TA**, Winsberg ME, Sachs N, Tate DL, Strong CM, Dunai M, Segall GM: Amygdalar metabolism decreases with thirty minute self-induction of depressed mood by recalling sad memories.  36th Annual Meeting of the American College of Neuropsychopharmacology, Waikaloa, Hawaii, December 8-12, 1997. Abstract.  Page 236.

103)  Winsberg ME, Sachs N, Tate DL, Dunai M, Strong CM, Spielman DM, **Ketter TA**: Decreased dorsolateral prefrontal *N*-acetyl aspartate in bipolar disorder. 53rd Annual Convention and Scientific Program of the Society of Biological Psychiatry, Toronto, May 27-31, 1998.  Abstract.  Abstract 74.  Biol Psychiatry 1998;43(Suppl 8S):23S.

104)  Benson BE, Carson RE, Sandoval W, Linthicum WL, Kimbrell TA, Kieswetter DO, Herscovitch P, Eckleman WC, McCann UD, Weiss SRB, Post RM, **Ketter TA**: A potential cholinergic mechanism of procaine's limbic activation. 53rd Annual Convention and Scientific Program of the Society of Biological Psychiatry, Toronto, May 27-31, 1998. Abstract 89.  Biol Psychiatry 1998;43(Suppl 8S):27S-28S.

105)  **Ketter TA**, Kennedy SH, Kimbrell TA, Wu JC, Sackeim HA, George MS: Brain imaging studies of treatments in mood disorders. 53rd Annual Convention and Scientific Program of the Society of Biological Psychiatry, Toronto, May 27-31, 1998.  Abstract 206.  Biol Psychiatry 1998;43(Suppl 8S):61S.

106)  **Ketter TA**, Frye MA, Kimbrell T, Post RM: Pharmacology and pharmacokinetics of new anticonvulsants.  In the symposium: New Anticonvulsants in Mood Disorders: An Update. 151st Annual Meeting of the American Psychiatric Association, Toronto, May 30 - June 4, 1998.  Symposium 77A.  Page 149.

107)  Frye MA, **Ketter TA**, Osuch EA, Kimbrell T, Speer AM, Dunn RT, Post RM: Gabapentin and lamotrigine monotherapy in mood disorder: an update.  In the symposium: New Anticonvulsants in Mood Disorders. 151st Annual Meeting of the American Psychiatric Association, Toronto, May 30 - June 4, 1998.  Symposium 77D. Page 150.

108)  Kimbrell T, **Ketter TA**, Frye MA, Dunn RM, Speer AM, Osuch EA, Post RM: Neuroimaging of response to lamotrigine and gabapentin . In the symposium: New Anticonvulsants in Mood Disorders. 151st Annual Meeting of the American Psychiatric Association, Toronto, May 30 - June 4, 1998.  Symposium 77E. Page 150.

109)  **Ketter TA**: Clinical pharmacology of carbamazepine.  In the course: Anticonvulsants in Child, Adolescent, and Adult Psychiatry. 151st Annual Meeting of the American Psychiatric Association, Toronto, May 30 - June 4, 1998.  Course 41.

305

110)  Chang KD, **Ketter TA**, Steiner H: Psychiatric morbidity in children of bipolar parents. 151st Annual Meeting of the American Psychiatric Association, Toronto, May 30 - June 4, 1998. Abstract NR29. Page 75.

111)  Dunn RT, Kimbrell TA, **Ketter TA**, Frye MA, Speer AM, Osuch EA, Post RM: Beck depression inventory and regional cerebral metabolism. 151st Annual Meeting of the American Psychiatric Association, Toronto, May 30 - June 4, 1998. Abstract NR49. Pages 80-81.

112)  Winsberg ME, Tate DL, Strong CM, **Ketter TA**: Temperament differences in bipolar disorder patients. 151st Annual Meeting of the American Psychiatric Association, Toronto, May 30 - June 4, 1998. Abstract NR140. Page 106.

113)  Chang KD, **Ketter TA**, Santosa CM, Lee BW, Steiner H: Psychiatric phenomenology in children of bipolar parents. Annual Meeting of the American Academy of Child and Adolescent Psychiatry, Anaheim, October 27 - November 1, 1998. Abstract NR-46. Page 97.

114)  Theodore WH, **Ketter TA**, Kimbrell TA, Dean A, Siegel H, Benson B, Ben-Menachem E: The effect of vigabatrin on psychiatric status assessed by standard rating scales. Annual Meeting of the American Epilepsy Society, San Diego, December 2-8, 1998. Abstract 7.069. Epilepsia 1998;39(Suppl 3):240.

115)  **Ketter TA**, Theodore WH, Kimbrell TA, Dean AC, Siegel H, Benson BE, Ben-Menachem E: Adjunctive vigabatrin decreases anxiety and depression in epilepsy patients. 37th Annual Meeting of the American College of Neuropsychopharmacology, Los Croabas, Puerto Rico, December 13-18, 1998. Abstract.

116)  **Ketter TA**: PET studies in bipolar disorders. In: Charney DS, Anand A. Neural circuitry in bipolar disorder - evidence from brain imaging studies. 54th Annual Convention and Scientific Program of the Society of Biological Psychiatry, Washington, May 13-15, 1999. Abstract 405. Biol Psychiatry 1999;45(Suppl 8):47S.

117)  Winsberg ME, Sachs N, Tate DL, Spielman DM, **Ketter TA**: Differences in dorsolateral prefrontal cortex N-acetyl aspartate in bipolar disorder subtypes using 1H MRS. 54th Annual Convention and Scientific Program of the Society of Biological Psychiatry, Washington, May 13-15, 1999. Abstract 405. Biol Psychiatry 1999;45(Suppl 8):125S.

118)  Osuch EA, **Ketter TA**, Kimbrell TA, George MS, Benson BE, Willis MW, McCann U, Post RM: Regional cerebral metabolism unique to anxiety symptoms in affective disorder patients. 54th Annual Convention and Scientific Program of the Society of Biological Psychiatry, Washington, May 13-15, 1999. Abstract 417. Biol Psychiatry 1999;45(Suppl 8):129S.

119)  **Ketter TA**: Clinical pharmacology of carbamazepine. In the course: Anticonvulsants in Child, Adolescent, and Adult Psychiatry. 152nd Annual Meeting of the American Psychiatric Association, Washington, May 15 - 20, 1999. Course 55.

120)  Chang KD, Steiner H, **Ketter TA**: Temperamental characteristics of children and adolescents with bipolar parents. 152nd Annual Meeting of the American Psychiatric Association, Washington, May 15 - 20, 1999. Abstract NR108. Page 91.

121)  Santosa CM, Sachs N, Strong CM, Winsberg ME, **Ketter TA**: Differential creativity assessments in patients with bipolar disorder. 152nd Annual Meeting of the American Psychiatric Association, Washington, May 15 - 20, 1999. Abstract NR449. Pages 191-2.

122) **Ketter TA**, Kimbrell TA, George MS, Dunn RT, Speer AM, Willis MW, Benson BE, Frye MA, Post RM: Functional brain imaging studies of treatments for bipolar disorders. 22nd Annual Meeting of the Canadian College of Neuropsychopharmacology, Halifax, June 12-15, 1999. Symposium 7. Abstract. Page 34.

123) Chang KD, Steiner H, **Ketter TA**: Family environment of children and adolescents with bipolar parents. 3rd International Conference on Bipolar Disorder, Pittsburgh, June 17-19, 1999. Abstract 23. Bipolar Disorders 1999;1(Suppl 1):27.

124) **Ketter TA**, Kimbrell TA, George MS, Dunn RT, Speer AM, Willis MW, Benson BE, Danielson A, Frye MA, Herscovitch P, Post RM: Effects of mood state, illness subtype, and course on cerebral glucose metabolism in bipolar disorders. 3rd International Conference on Bipolar Disorder, Pittsburgh, June 17-19, 1999. Abstract 62. Bipolar Disorders 1999;1(Suppl 1):38.

125) **Ketter TA**, Kimbrell TA, Little JT, George MS, Sachs N, Winsberg ME, Wang PW, Post RM: Differences and commonalties in cerebral function in bipolar compared to unipolar depression. 38th Annual Meeting of the American College of Neuropsycho-pharmacology, Acapulco, Mexico, December 13-17, 1999. Abstract. Page 72.

126) **Ketter TA**, Winsberg ME, Wong PW, Tate DL, Strong CM: Olanzapine in nonpsychotic bipolar disorders. 38th Annual Meeting of the American College of Neuropsycho-pharmacology, Acapulco, Mexico, December 13-17, 1999. Abstract. Page 166.

127) Little JT, **Ketter TA**, Kimbrell TA, et al.: Antidepressant response and regional cerebral flow. 55th Annual Convention and Scientific Program of the Society of Biological Psychiatry, Chicago, May 11-13, 2000. Abstract 272. Biol Psychiatry 2000;47(8S):82S-83S.

128) Lembke A, Sachs N, Ekman P, **Ketter TA**: Impaired facial fear recognition in manic but not euthymic bipolar patients. 55th Annual Convention and Scientific Program of the Society of Biological Psychiatry, Chicago, May 11-13, 2000. Abstract 276. Biol Psychiatry 2000;47(8S):83S-84S.

129) Wang PW, Winsberg ME, Santosa CM, Tate DL, Strong CM, **Ketter TA**: Open adjunctive gabapentin effective in bipolar depression. 55th Annual Convention and Scientific Program of the Society of Biological Psychiatry, Chicago, May 11-13, 2000. Abstract 277. Biol Psychiatry 2000;47(8S):84S.

130) Benson BE, Willis MW, **Ketter TA**, Kimbrell TA, Osuch EA, Speer AM, Post RM: Altered relationships in rCMRglu associativity in bipolar and unipolar disorders. 55th Annual Convention and Scientific Program of the Society of Biological Psychiatry, Chicago, May 11-13, 2000. Abstract 357. Biol Psychiatry 2000;47(8S):108S.

131) Willis MW, Benson BE, **Ketter TA**, Kimbrell TA, Osuch EA, Speer AM, Post RM: Interregional associations of cerebral glucose metabolism in healthy adults, in 55th Annual Convention and Scientific Program of the Society of Biological Psychiatry. Chicago, May 11-13, 2000. Abstract 358. Biol Psychiatry 2000;47(8S):108S.

132) **Ketter TA**, Wang PW, Winsberg ME, Sachs N, Tate DL, Strong CM, Segall GM: Baseline hypofrontality and divalproex response in bipolar disorders. 55th Annual Convention and Scientific Program of the Society of Biological Psychiatry, Chicago, May 11-13, 2000. Abstract 412. Biol Psychiatry 2000;47(8S):126S.

133) **Ketter TA**, Kimbrell TA, Little JT, George MS, Sachs N, Winsberg ME, Wang PW, Post RM: Cerebral function in bipolar depression. 153rd Annual Meeting of the American Psychiatric Association, Chicago, May 13 – 18, 2000. Abstract 8B. Page 54.

134) **Ketter TA**: Carbamazepine in bipolar disorder.  In the course: Anticonvulsants in Bipolar Disorder. 153rd Annual Meeting of the American Psychiatric Association, Chicago, May 2000.  Course 97.

135) **Ketter TA**, Wang PW, Santosa CM, Tate DL, Strong CM, Sachs N: Baseline cerebral glucose metabolism compared to other potential divalproex response markers. 153rd Annual Meeting of the American Psychiatric Association, Chicago, May 13 - 18, 2000. Abstract NR447. Page 178.

136) Wang PW, Santosa CM, Tate DL, Strong CM, **Ketter TA**: Gabapentin in bipolar depression. 153rd Annual Meeting of the American Psychiatric Association, Chicago, May 13 - 18, 2000. Abstract NR151. Page 97.

137) Rennicke CM, Strong CM, Santosa CM, Sachs N, Wang PW, Winsberg ME, **Ketter TA**: Personality and temperament in bipolar disorders. 153rd Annual Meeting of the American Psychiatric Association, Chicago, May 13 - 18, 2000. Abstract NR479. Page 188.

138) Earl NL, Greene P, Ascher JA, Chang CN, Sachs GS, **Ketter TA**, Swann AC: Mood stabilization with lamotrigine in rapid cycling bipolar disorder, in 153rd Annual Meeting of the American Psychiatric Association. Chicago, May 13 - 18, 2000 Abstract NR509. Page 196.

139) Strong CM, Santosa CM, Sachs N, Rennicke CM, Wang PW, Hier AM, **Ketter TA**: Relationships between creativity and temperament in bipolar disorder patients and healthy controls. 153rd Annual Meeting of the American Psychiatric Association, Chicago, May 13 - 18, 2000. Abstract NR728. Page 254.

140) Santosa CM, Sachs N, Strong CM, Rennicke CM, Hier AM, Wang PW, **Ketter TA**: Aging and creativity in bipolar disorder. 153rd Annual Meeting of the American Psychiatric Association, Chicago, May 13 - 18, 2000. Abstract NR729. Page 254-5.

141) Post RM, **Ketter TA**, Speer AM, Kimbrell T, Dunn RD, Benson B, Willis M: Neurobiology of bipolar disorder: a focus on regional cerebral metabolism, in 22nd Congress of Collegium Internationale Neuro-Psychopharmacologicum. Brussels, July 9-13, 2000 Abstract S.31.1. Int J Neuropsychopharmacol 2000;3(Suppl 1):S49.

142) Greene P, Earl N, Ascher J, Monaghan E, Smoot T, Bowden C, Calabrese J, **Ketter T**, McElroy S, Post R, Sachs G, Suppes P, Swann A: Mood stabilization with lamotrigine in rapid cycling bipolar disorder: a double-blind placebo-controlled study, in 22nd Congress of Collegium Internationale Neuro-Psychopharmacologicum. Brussels, July 9-13, 2000 Abstract P.16.35. Int J Neuropsychopharmacol 2000;3(Suppl 1):S341.

143) Earl N, Greene P, Ascher J, Chang C, Evoniuk G, Bowden C, Calabrese J, **Ketter T**, McElroy S, Post R, Sachs G, Suppes P, Swann A: Mood stabilization with lamotrigine in rapid cycling bipolar disorder, in 22nd Congress of Collegium Internationale Neuro-Psychopharmacologicum. Brussels, July 9-13, 2000 Abstract P.16.36. Int J Neuropsychopharmacol 2000;3(Suppl 1):S341.

144) **Ketter TA**, Kimbrell TA, George MS, Sachs N, Wang PW, Post RM: PET studies o f baseline markers or treatment response in bipolar disorders. 22nd Congress of Collegium Internationale Neuro-Psychopharmacologicum, Brussels, July 9-13, 2000. Abstract P.16.30. Int J Neuropsychopharmacol 2000;3(Suppl 1):S339.

145) **Ketter TA**, Wang PW, Tate DL, Rennicke CM, Hier AM, Strong CM: Low dose adjunctive topiramate attenuates weight gain in bipolar disorder patients. 22nd Congress of Collegium Internationale Neuro-Psychopharmacologicum, Brussels, July 9-13, 2000. Abstract P.16.46. Int J Neuropsychopharmacol 2000;3(Suppl 1):S344.

146) **Ketter TA**, Wang PW, Marangell LB, Post RM: Emerging relationships between thyroid and cerebral function in mood disorders and healthy volunteers. 2nd International Congress on Hormones, Brain, and Neuropsychopharmacology, Rhodes, Greece, July 15-19, 2000. Neuropsychopharmacoloy 2000;23(S2):S67.

147)  Earl, N, Greene P, Ascher J, Fouche N, Chang C, Evoniuk G, Swann A, Pope S, **Ketter T**, McElroy S, Post R, Zajecka J, Altshuler L, Apter J, West S, Risch C, Khan A: Mood stabilization with lamotrigine in rapid cycling bipolar disorder. 13th European College of Neuropsychopharmacology Congress, Munich, Germany, September 9-13, 2000.

149)  Sailasuta N, Adalsteinsson E, Sachs N, Wang PW, Spielman D, **Ketter TA**: In vivo determination of cerebral gamma-aminobutyric acid (GABA) by proton magnetic resonance spectroscopy at 3 Tesla. 2nd Annual European Stanley Foundation Conference on Bipolar Disorder, Amsterdam, Netherlands, September 21-22, 2000.

150)  **Ketter TA**, Kimbrell TA, George MS, Sachs N, Wang PW, Post RM: Predictors of treatment response in bipolar disorder: evidence from clinical PET studies. Annual Meeting of the Canadian Psychiatric Association, Victoria, B.C., October 3 - 6, 2000. Abstract S2d. page 77.

151)  Glick I, Tandon R, Davis J, Kane J, Casey D, Marder S, Kasper S, **Ketter TA**, Sikich LM, Jeste D, Janowsky D: Atypical antipsychotics: what do we really know? 39th Annual Meeting of the American College of Neuropsychopharmacology. San Juan, Puerto Rico, December 10-14, 2000. Abstract. Page 67.

152)  **Ketter TA**, Wang P, Sachs N, Rennicke CM, Segall GM: Differential anterior paralimbic metabolic decreases with sustained sadness and happiness in healthy volunteers. 39th Annual Meeting of the American College of Neuropsychopharmacology. San Juan, Puerto Rico, December 10-14, 2000. Abstract. Page 131.

153)  **Ketter TA**: New treatments for bipolar disorders.  42nd Annual Meeting of the Northern California Psychiatric Society. Olympic Valley, CA, April 20-22, 2001.

154)  Chang KD, Adleman N, Dienes K, **Ketter TA**, Reiss A: fMRI of a spatial working memory task in bipolar offspring with bipolar disorder, in 56th Annual Convention and Scientific Program of the Society of Biological Psychiatry. New Orleans, May 3-5, 2001. Abstract 89. Biol Psychiatry 2001;49(8S):25S-26S.

155)  Wang PW, Sachs N, Sailasuta N, Adalsteinsson E, Spielman D, **Ketter TA**: 3 Tesla 1H-Magnetic Resonance Spectroscopic (MRS) detection of cerebral gamma-aminobutyric acid (GABA) in bipolar disorder patients and healthy volunteers, in 56th Annual Convention and Scientific Program of the Society of Biological Psychiatry. New Orleans, May 3-5, 2001. Abstract 93. Biol Psychiatry 2001;49(8S):27S.

156)  Obrocea GV, Dunn RT, Frye MA, **Ketter TA**, Luckenbaugh DA, Leverich GS, Speer AM, Osuch EA, Jajodia K, Post RM: Clinical predictors of response to lamotrigine and gabapentin monotherapy in refractory affective disorders, in 56th Annual Convention and Scientific Program of the Society of Biological Psychiatry. New Orleans, May 3-5, 2001. Abstract 175. Biol Psychiatry 2001;49(8S):50S.

157)  **Ketter TA**, Wang PW, Sachs N, Kimbrell TA, Little JT, George MS, Post RM: Brain imaging studies of medication effects and baseline markers of response in bipolar disorders, in 56th Annual Convention and Scientific Program of the Society of Biological Psychiatry. New Orleans, May 3-5, 2001. Abstract 280. Biol Psychiatry 2001;49(8S):80S.

158)  Chang KD, Adleman N, Sachs N, Dienes K, Reiss A, **Ketter TA**: Proton MRS of bipolar offspring with bipolar disorder, in 56th Annual Convention and Scientific Program of the Society of Biological Psychiatry. New Orleans, May 3-5, 2001. Abstract 318. Biol Psychiatry 2001;49(8S):91S-92S.

159)  Tohen M, Baker RW, Milton DR, Risser RC, Gilmore JA, Altshuler L, Zarate CA, **Ketter TA**: Olanzapine versus divalproex sodium in the treatment of acute mania, in 56th Annual Convention and Scientific Program of the Society of Biological Psychiatry. New Orleans, May 3-5, 2001. Abstract 382. Biol Psychiatry 2001;49(8S):109S-110S.

160) Janenawasin S, Wang PW, Schumacher M, Das B, Santosa CM, Mongkolcheep J, Strong CM, **Ketter TA**: Rapid improvement with olanzapine in diverse syndromal and subsyndromal exacerbations of bipolar disorders, in 56th Annual Convention and Scientific Program of the Society of Biological Psychiatry. New Orleans, May 3-5, 2001. Abstract 414. Biol Psychiatry 2001;49(8S):119S.

161) Benson BE, Willis MW, **Ketter TA**, Kimbrell TA, Speer AM, Repella JD, Herscovitch P, Post RM: Functional connectivity of the subgenual anterior cingulate in bipolar and unipolar illness, in 56th Annual Convention and Scientific Program of the Society of Biological Psychiatry. New Orleans, May 3-5, 2001. Abstract 537. Biol Psychiatry 2001;49(8S):156S-157S.

162) **Ketter TA**, Wang Po W: Emerging treatments for bipolar disorders. 154th Annual Meeting of the American Psychiatric Association, New Orleans, May 5 – 10, 2001. In the industry symposium: Treating Psychotic Disorders: What is the State of the Art?. Industry Symposium 15. Abstract 15C. Pages 281-2.

163) **Ketter TA**: Clinical and neuroimaging evidence of illness progression in bipolar disorders. 154th Annual Meeting of the American Psychiatric Association, New Orleans, May 5 – 10, 2001. In the industry symposium: Plasticity as Efficacy? Neurotrophic Effects of Mood Stabilizers. Industry Symposium 44. Abstract 44B. Page 320-1.

164) **Ketter TA**: Carbamazepine and oxcarbazepine in bipolar disorders. In the course: Anticonvulsants in Bipolar Disorder. 154th Annual Meeting of the American Psychiatric Association, New Orleans, May 5 – 10, 2001. Course 54.

165) Janenawasin S, Wang PW, Schumacher M, Das B, Santosa CM, Mongkolcheep J, **Ketter TA**: Olanzapine yields rapid improvement in diverse syndromal and subsyndromal exacerbations of bipolar disorders. 154th Annual Meeting of the American Psychiatric Association, New Orleans, May 5 - 10, 2001. Abstract NR168. Pages 46-7.

166) Dieckmann NF, Wang PW, Sachs N, Rennicke CM, Tate D, Patwardhan A, **Ketter TA**: Frontal lobe gray matter volume and biochemical differences in bipolar disorder. 154th Annual Meeting of the American Psychiatric Association, New Orleans, May 5 - 10, 2001. Abstract NR333. Pages 90-1.

167) Das B, Strong CM, Sachs N, Mongkolcheep J, Schumacher M, Wang PW, **Ketter TA**: Creativity enhancement in bipolar patients more specific than in creative discipline graduate students. 154th Annual Meeting of the American Psychiatric Association, New Orleans, May 5 - 10, 2001. Abstract NR343. Page 93.

168) Strong CM, Das B, Sachs N, Santosa CM, Wang PW, **Ketter TA**: Creativity and temperament relationships in mood disorder and creative subjects. 154th Annual Meeting of the American Psychiatric Association, New Orleans, May 5 - 10, 2001. Abstract NR344. Pages 93-4.

169) **Ketter, TA**, Santosa CM, Wang PW, Das B, Sachs N, Strong CM, Mongkolcheep J: Mood stabilizer effects on creativity in bipolar disorder patients. 154th Annual Meeting of the American Psychiatric Association, New Orleans, May 5 - 10, 2001. Abstract NR370. Pages 100-1.

170) Ascher JA, Barnett S, Batey S, **Ketter TA**, Meredith CE, Londborg PD, West SA: Safety and tolerability of lamotrigine in controlled mood disorder trials, in 154th Annual Meeting of the American Psychiatric Association. New Orleans, May 5 - 10, 2001 Abstract NR400. Page 109.

171) DeBattista C, Solvason HB, Lopez. J, Ghebremichael R, **Ketter T**, Schatzberg A: Low frequency transcranial magnetic stimulation (TMS) in the treatment of resistant depression. 41st Annual New Clinical Drug Evaluation Unit Meeting, Phoenix, May 28-31, 2001. Abstract.

172)   Ascher J, Davis L, McEvoy J, Frangou S, , **Ketter TA**, Batey S, Earl N: Safety and tolerability of lamotrigine in controlled mood disorder trials, in 41st Annual New Clinical Drug Evaluation Unit Meeting. Phoenix, May 28-31, 2001. Abstract.

173)   **Ketter TA**, Janenawasin S, Wang PW, Schumacher M, Das B, Santosa CM, Mongkolcheep J, Strong CM: Olanzapine yields rapid improvement in diverse syndromal and subsyndromal exacerbations of bipolar disorders.  In 4th International Conference on Bipolar Disorder. Pittsburgh, June 14-16, 2001. Abstract 71.  Bipolar Disord 2001;3(Suppl 1):44.

174)   Chang K, Adleman N, Dienes K, Reiss A, **Ketter TA**: 1H-MRS of bipolar offspring with and at high risk for bipolar disorder.  Annual Meeting of the American Academy of Child and Adolescent Psychiatry, **Anaheim, October 27 - November 1,** 2001. Abstract.

175)   **Ketter TA**, Wang PW, Dieckmann N: Brain Imaging in Mood Disorders, in 40th Anniversary Meeting of the Taiwanese Society of Psychiatry.  Taipei, Taiwan, Republic of China, November 2, 2001

176)   Sachs G, Altshuler L, **Ketter TA**, Suppes P, Tracy K, Collins M: Divalproex versus placebo for the treatment of bipolar depression, in 40th Annual Meeting of the American College of Neuropsychopharmacology. Waikaloa, Hawaii, December 9-13, 2001 Abstract.

177)   Chang KD, Adleman N, Dienes K, Reiss A, **Ketter TA**: 1H-MRS in bipolar offspring with bipolar disorder, in 40th Annual Meeting of the American College of Neuropsychopharmacology. Waikaloa, Hawaii, December 9-13, 2001 Abstract. Page 219.

178)   Sachs G, Altshuler L, **Ketter T**, Suppes T, Rasgon N, Frye M, Collins M: Divalproex versus placebo for the treatment of bipolar depression, in 40th Annual Meeting of the American College of Neuropsychopharmacology. Waikaloa, Hawaii, December 9-13, 2001 Abstract. Page 232.

179)   Baker RW, Tohen M, Altshuler L, Zarate CA, Suppes T, **Ketter TA**, Risser RC, Schuh L: Olanzapine versus divalproex sodium for treatment of acute mania and maintenance of remission: a 47-week study, in 40th Annual Meeting of the American College of Neuropsychopharmacology. Waikaloa, Hawaii, December 9-13, 2001 Abstract. Page 247.

180)   Calabrese JR, Suppes T, Swann A, **Ketter T**, Bowden CL, DeVeaugh-Geiss J, Evoniuk G: Lamotrigine and rash: a review of evidence from double-blind, placebo-controlled trials in bipolar disorder patients, in 40th Annual Meeting of the American College of Neuropsychopharmacology. Waikaloa, Hawaii, December 9-13, 2001 Abstract. Page 347.

181)   **Ketter TA**, Wang PW, Sachs GS, Zarate CA, Marangell LB, Calabrese JR, Goldberg JF: Increased obesity in women with bipolar disorders. 40th Annual Meeting of the American College of Neuropsychopharmacology, Waikaloa, Hawaii, December 9-13, 2001. Abstract.  Page 359.

182)   Little JT, **Ketter TA**, Kimbrell TA, Dunn RT, B.E. B, Willis MW, Luckenbaugh DA: Pretreatment regional cerebral metabolism and antidepressant response to bupropion and venlafaxine, in 57th Annual Convention and Scientific Program of the Society of Biological Psychiatry. Philadelphia, May 16-18, 2002 Abstract. (Submitted).

## PART II:   PUBLICATIONS

1) **Ketter TA**, Lehrer GI: On Conjugacy Classes in Certain Isogenous Groups. Bull Austral Math Soc 1976;14(3):371-377.

2) **Ketter TA**: A computer study of conjugacy classes in certain isogenous groups. University of Sydney Department of Mathematics Technical Reports 1976.

3) **Ketter TA**: Cultural stylization and mental illness in Bali. Transcultural Psychiatric Research Review 1983;20(2):87-106.

4) **Ketter TA**: Review of L. Connor's article "Ships of fools and vessels of the divine". Transcultural Psychiatric Research Review 1983;20(3):207-210.

5) **Ketter TA**: Review of L. Suryani's article "Culture and mental disorder: The case of bebainan in Bali". Transcultural Psychiatric Research Review 1985;22(2):135-138.

6) **Ketter TA**, Chun D, Lu FG: Alprazolam in the treatment of compulsive symptoms. (letter) J Clin Psychopharmacol 1986;6(1):59-60.

7) Louie AK, Lannon RA, **Ketter TA**: Treatment of cocaine induced panic disorder. Am J Psychiatry 1989;146(1):40-44.

8) Kanas N, Stewart P, Deri J, **Ketter T**, Haney K: Group process in short-term outpatient therapy groups for schizophrenics. Group 1989;13(2):67-73.

9) Kanas N, Deri J, **Ketter T**, Fein G: Short-term outpatient therapy groups for schizophrenics. Int J Group Psychotherapy 1989;39(4):517-522.

10) Nakajima T, Post RM, Pert A, **Ketter TA**, Weiss SR: Perspectives on the mechanism of action of electroconvulsive therapy: anticonvulsant, peptidergic, and c-*fos* proto-oncogene effects. Convulsive Therapy 1989;5(3):274-295.

11) Post RM, Kramlinger KG, Altshuler LL, **Ketter TA**, Denicoff K: Treatment of rapid cycling bipolar illness. Psychopharmacology Bulletin 1990;26(1):37-47.

12) Post RM, Altshuler LL, **Ketter TA**, Denicoff K, Weiss SR: Antiepileptic drugs in affective illness: clinical and theoretical implications. In: Smith DB, Treiman DM, Trimble MR, eds. Neurobehavioral Problems in Epilepsy. Advances in Neurology, Volume 55. Raven Press, New York 1991:239-277.

13) **Ketter TA**, Post RM, Worthington K: Principles of clinically important drug interactions with carbamazepine. Part I. J Clin Psychopharmacol 1991;11(3):198-203.

14) **Ketter TA**, Post RM, Worthington K: Principles of clinically important drug interactions with carbamazepine. Part II. J Clin Psychopharmacol 1991;11(5):306-313.

15) Post RM, Weiss SR, Clark M, Nakajima T, **Ketter TA**: Seizures as an evolving process: implications for neuropsychiatric illness. In: Theodore WH, Devinsky O, eds. Epilepsy and Behavior. Wiley-Liss, New York 1991:361-387.

16) Post RM, **Ketter TA**, Joffe RT, Kramlinger KL: Lack of beneficial effects of l-baclofen in affective disorder. International Clinical Psychopharmacology 1991;6(4):197-207.

17) George MS, Post RM, **Ketter TA**, Marangell LB, Pazzaglia PJ: A clarification of alpidem as an antidepressant. (letter) J Clin Psychiatry 1992;53(2):68-69.

18) Post RM, Weiss SR, **Ketter TA**, George MS, Clark M, Rosen J: The temporal lobes and affective disorders. In: Bolwig T, Trimble M, eds. The Temporal Lobes and Limbic System: Basic and Clinical Perspectives. Wrightson Biomedical Publishing Limited, England 1992:247-265.

19) Bromfield EB, Altshuler L, Leiderman DB, Balish M, **Ketter TA**, Devinsky O, Post RM, Theodore WH: Cerebral metabolism and depression in patients with complex partial seizures. Arch Neurol 1992;49(6):617-623.

20) **Ketter TA**, Pazzaglia PJ, Post RM: Synergy of carbamazepine and valproic acid in affective illness: case report and review of the literature. J Clin Psychopharmacol 1992;12(4):276-281.

21) Brown DW, **Ketter TA**, Crumlish J, Post RM Carbamazepine-induced increases in total serum cholesterol: clinical and theoretical implications. J Clin Psychopharmacol 1992;12(6):431-437.

22) Gill DS, **Ketter TA**, Post, RM Antidepressant response to sleep deprivation as a function of time into depressive episode in rapidly cycling bipolar patients. Acta Psychiatr Scand 1993;87(2):102-109.

23) Post RM, **Ketter TA**, Denicoff K, Leverich G, Mikalauskas K: Assessment of anticonvulsant drugs in patients with bipolar affective illness. In: Hindmarch I, Stonier PD, eds. Human Psychopharmacology: Methods and Measures, Volume 4. John Wiley & Sons, Limited, New York 1993:211-245.

24) Potter WZ, **Ketter TA**: Pharmacologic issues in the treatment of bipolar disorder: focus on mood stabilizing compounds. Can J Psychiatry 1993;38(3 Suppl 2):S51-S56.

25) Post RM, **Ketter TA**, Pazzaglia PJ, George MS, Marangell L, Denicoff K: New developments in the use of anticonvulsants as mood stabilizers Neuropsychobiology, 1993;27(3):132-137.

26) George MS, **Ketter TA**, Gill DS, Haxby JV, Ungerleider LG, Herscovitch P, Post RM: Brain regions involved in recognizing facial emotion or identity: an oxygen-15 PET study. J Neuropsychiatry Clin Neurosci 1993;5(4):384-394.

27) Pazzaglia PJ, Post RM, **Ketter TA**, George MS, Marangell LB: Preliminary controlled trial of nimodipine in ultra-rapid cycling affective dysregulation. Psychiatry Research 1993;49(3):257-272.

28) Post RM, **Ketter TA**, George MS: Psychiatric syndromes and the limbic system. In: Mesulam MM, ed. Behavioral Neurology: Limbic System in Neurology and Psychiatry. Course Syllabus 246. American Academy of Neurology, Minneapolis 1993:79-99.

29) George MS, **Ketter TA**, Post RM: SPECT and PET imaging in mood disorders. J Clin Psychiatry 1993;54(11 Suppl):6-13.

30) **Ketter TA**, Malow BA, Flamini R, White SR, Post RM, Theodore WH: Anticonvulsant withdrawal-emergent psychopathology. Neurology 1994;44(1):55-61.

31) Post RM, George MS, **Ketter TA**, Denicoff K, Leverich G, Mikalauskas K: Mechanisms underlying recurrence and cycle acceleration in affective disorders: implications for long-term treatment. In: Montgomery SA, Corn TH, eds. Psychopharmacology of Depression. Oxford University Press, Oxford 1994:141-169.

32) Post RM, Weiss SRB, Chuang DM, **Ketter TA**: Mechanisms of action of carbamazepine in seizure and affective disorders. In: Joffe RT, Calabrese JR, eds. Anticonvulsants in Psychiatry. Marcel Dekker, Inc., New York 1994:43-92.

33) **Ketter TA**, Post RM: Clinical pharmacology and pharmacokinetics of carbamazepine. In: Joffe RT, Calabrese JR, eds. Anticonvulsants in Psychiatry. Marcel Dekker, Inc., New York 1994:147-187.

313

34)   George MS, **Ketter TA**, Parekh P, Gill DS, Huggins T, Marangell LB, Pazzaglia PJ, Post RM: Spatial ability in affective illness: differences in regional brain activation during a spatial matching task ($H_2{}^{15}O$ PET).  Neuropsychiatry Neuropsychol Behav Neurol 1994;7(3):143-153.

35)   Post RM, **Ketter TA**, Pazzaglia PJ, Denicoff K, Marangell L, George MS: Anticonvulsants in refractory mood disorders. In: Nolan WA, Zohar J, Roose SP, Amsterdam JD, eds. Refractory Depression: Current Strategies and Future Directions. John Wiley & Sons, Limited, New York 1994:97-113.

36)   George MS, **Ketter TA**, Parekh P, Rosinsky N, Ring H, Casey BJ, Trimble MR, Horwitz B, Herscovitch P, Post RM: Regional brain activity when selecting a response despite interference: an $H_2{}^{15}O$ PET study of the Stroop and an emotional Stroop. Human Brain Mapping 1994;1;194-209.

37)   Del Zompo M, Bocchetta A, Loviselli A, Martino E, Post RM, **Ketter TA**: Thyroid function during carbamazepine. Biol Psychiatry 1994;36(2):135-136.

38)   Post RM, Weiss SRB, Levirich, **Ketter TA**: Modeling of affective illness: implications for treatment. In:  Depression as a Lifetime Disorder, Lundbeck Monograph 1994:25-50.

39)   George MS, **Ketter TA**, Post RM: Prefrontal cortex dysfunction in clinical depression. Depression  1994;2:59-72.

40)   **Ketter TA**, George MS, Ring HA, Pazzaglia PJ, Marangell LB, Kimbrell T, Post RM: Primary mood disorders: structural and resting functional studies. Psychiatric Annals 1994;24(12):637-642.

41)   George MS, **Ketter TA**, Post RM: Activation studies in mood disorders. Psychiatric Annals 1994;24(12):648-652.

42)   Post RM, **Ketter TA**, Callahan AM: Treating a manic episode that breaks through lithium prophylaxis.  International Drug Therapy Newsletter 1994;29(3):13-16.

43)   Lee C, Unser M, **Ketter TA**: A global approach to multivariate correlation analysis of PET brain images.  Proc SPIE 1994;2299:305-315.

44)   George MS, **Ketter TA**, Parekh PI, Horwitz B, Herscovitch P, Post RM: Brain activity during transient sadness and happiness in healthy women. Am J Psychiatry 1995;152(3):341-351.

45)   **Ketter TA**: Anatomy and pharmacology of depression I. Audio Digest Psychiatry 1995;24(8):2.

46)   **Ketter TA**: Anatomy and pharmacology of depression II. Audio Digest Psychiatry 1995;24(9):1-2.

47)   Parekh PI, Spencer JW, George MS, Gill DS, **Ketter TA**, Andreason PJ, Herscovitch P, Post RM: Procaine-induced increases in limbic rCBF correlate positively with increases in occipital and temporal EEG fast activity. Brain Topography 1995;7(3):209-216.

48)   McDermut W, Pazzaglia P, Huggins T, Mikalauskas K, Leverich G, **Ketter TA**, Bartko J, Post RM: Use of single case analyses in on-off-on trials in affective illness: a demonstration of the efficacy of nimodipine. Depression 1995;2:259-271.

49)   **Ketter TA**, Post RM, Parekh P, Worthington K: Addition of monoamine oxidase inhibitors to carbamazepine: preliminary evidence of safety and antidepressant efficacy in treatment-resistant depression. J Clin Psychiatry 1995;56(10):471-475.

50) Theodore WH, Albert P, Stertz BE, Malow B, Ko D, White S, Flamini R, **Ketter TA**: Felbamate monotherapy: implications for antiepileptic drug development. Epilepsia 1995;36(11):1105-1110.

51) **Ketter TA**, Jenkins JB, Schroeder DH, Pazzaglia PJ, Marangell LB, George MS, Callahan AM, Hinton ML, Chao J, Post RM: Carbamazepine but not valproate induces bupropion metabolism. J Clin Psychopharmacol 1995;15(5):327-333.

52) Lee C, Unser M, **Ketter TA**: Automated recognition of corpus callosum from sagittal brain MR images. Proc SPIE 1995;2564:528-534.

53) **Ketter TA**, Flockhart DA, Post RM, Denicoff K, Pazzaglia PJ, Marangell LB, George MS, Callahan AM: The emerging role of cytochrome P450 3A in psychopharmacology. J Clin Psychopharmacol 1995;15(6):387-398.

54) George MS, Wassermann EM, Williams WA, Callahan A, **Ketter TA**, Basser P, Hallett M, Post RM: Daily repetitive transcranial magnetic stimulation (rTMS) improves mood in depression. NeuroReport 1995;6(14):1853-1856.

55) **Ketter TA**, George MS, Kimbrell TA, Benson BE, Post RM: Functional brain imaging, limbic function, and affective disorders. The Neuroscientist 1996;2(1):55-65.

56) Callahan AM, **Ketter TA**, Crumlish J, Parekh P, Brown DW, Post RM: Reply to letter from Swartz on "Mania and lower serum cholesterol levels". [letter] J Clin Psychopharmacol 1996;16(1):95-97.

57) Lee C, **Ketter TA**, Unser M: Automated connectivity-based thresholding segmentation of midsagittal brain MR images. Proc SPIE 1996;2727:713-724.

58) **Ketter TA**, Callahan AM, Post RM: Nefazodone relief of alprazolam interdose dysphoria: a potential therapeutic benefit of 3A3/4 inhibition. [letter] J Clin Psychiatry 1996;57(7):307.

59) George MS, **Ketter TA**, Kimbrell TA, Speer AM, Steedman JM, Post RM: What functional imaging has revealed about the brain basis of mood and emotion. In: Panksepp J: Advances in Biological Psychiatry, Volume 2. JAI Press Inc., Greenwich, CT 1996:63-113.

60) **Ketter TA**, Malow BA, Flamini R, Ko D, White SR, Stertz BE, Post RM, Theodore WH: Felbamate monotherapy has stimulant-like effects in patients with epilepsy. Epilepsy Research 1996;23(2):129-137.

61) Post RM, Weiss SRB, Leverich GS, George MS, Frye M, **Ketter TA**: Developmental psychobiology of cyclic affective illness: implications for early therapeutic intervention. In: Chichetti D, Tucker D (eds.) Development and Psychopathology Cambridge University Press, Cambridge 1996;8:273-305.

62) George MS, Parekh PI, Rosinsky N, **Ketter TA**, Kimbrell TA, Heilman KM, Herscovitch P, Post RM: Understanding emotional prosody activates right hemisphere regions. Arch Neurology 1996;53(7):665-670.

63) **Ketter TA**, Andreason PJ, George MS, Lee C, Gill DS, Parekh P, Willis MW, Herscovitch P, Post RM: Anterior paralimbic mediation of procaine-induced emotional and psychosensory experiences. Arch Gen Psychiatry 1996;53(1):59-69.

64) Callahan AM, Marangell LB, **Ketter TA**: Evaluating the clinical significance of drug interactions: a systematic approach. Harvard Rev Psychiatry 1996;4(3):153-158.

65) George MS, **Ketter TA**, Parekh PI, Herscovitch P, Post RM: Gender differences in regional cerebral blood flow during transient self-induced sadness or happiness. Biological Psychiatry 1996;40(9):859-871.

66)   **Ketter TA**, Post RM, Parekh P, Worthington K: Dr. Ketter and colleagues reply (Reply to: MAOI-carbamazepine combination and statistical power) [letter]. J Clin Psychiatry 1996;57(7):312.

67)   Little JT, **Ketter TA**, Kimbrell TA, Danielson A, Benson BE, Willis MW, Post RM: Venlafaxine or bupropion responders but not nonresponders show baseline prefrontal and paralimbic hypometabolism compared with controls.  Psychopharmacol Bull 1996;32(4):629-635.

68)   Post RM, **Ketter TA**, Denicoff K, Pazzaglia PJ, Leverich GS, Marangell LB, Callahan AM, George MS, Frye MA: The place of anticonvulsant therapy in bipolar illness. Psychopharmacology (Berl) 1996;128(2):115-129.

69)   Post RM, **Ketter TA**, Pazzaglia PJ, Denicoff KD, George MS, Callahan AM, Leverich G, Frye M: Rational polypharmacy in the bipolar affective disorders. Epilepsy  Res Suppl 1996;11:153-180.

70)   **Ketter TA**, Malow BA, Post RM, Theodore WH: Psychiatric effects of felbamate. [letter] J Neuropsychiatry Clin Neurosci 1997;9(1):118-119.

71)   Marangell LB, **Ketter TA**, George MS, Pazzaglia PJ, Callahan AM, Parekh P, Andreason PJ, Horwitz B, Herscovitch P, Post RM: Inverse relationship of peripheral thyroid-stimulating hormone levels to brain activity in mood disorders. Am J Psychiatry 1997;154(2):224-230.

72)   Callahan AM, Frye MA, Marangell LB, George MS, **Ketter TA**, L'Herrou T, Post RM: Comparative antidepressant effects of intravenous and intrathecal thyroid releasing hormone: confounding effects of tolerance and implications for therapeutics.  Biol Psychiatry 1997;41(3):264-272.

73)   **Ketter TA**, George MS, Kimbrell TA, Willis MW, Benson BE, Post RM: Neuroanatomical models and brain imaging studies. In: Joffe RT, Young LT (eds.) Bipolar Disorder: Neurobiology and Clinical Applications. Marcel Dekker, Inc., New York 1997:179-217.

74)   Marangell LB, George MS, Callahan AM, **Ketter TA**, Pazzaglia PJ, L'Herrou TA, Leverich GS, Post RM: Effects of intrathecal thyrotropin-releasing hormone (protirelin) in refractory depressed patients. Arch Gen Psychiatry 1997;54(3):214-222.

75)   George MS, **Ketter TA**, Parekh PI, Rosinsky N, Ring HA, Pazzaglia PJ, Marangell LB, Callahan AM, Post RM: Blunted left cingulate activation in mood disorder subjects during a response interference task (the Stroop).  J Neuropsychiatry Clin Neurosci 1997;9(1):55-63.

76)   **Ketter TA**, Chang KD, Post RM: Carbamazepine in child and adolescent psychiatry. Child and Adolescent Psychopharmacology News 1997;2(1):1:4.

77)   **Ketter TA**, Andreason PJ, Lee C, Gill DS, Parekh PI, Willis MW, Herscovitch P, Post RM, George MS: Dr. Ketter and colleagues reply (Reply to: Anterior paralimbic mediation of procaine-induced emotional and psychosensory experiences) [letter].  Arch Gen Psychiatry  1997;54(8):763-765.

78)   George MS, Post RM, **Ketter TA**, Kimbrell TA, Speer AM: Neural mechanisms of mood disorders.  Current Review of Mood Disorders 1997;1(2):71-83.

79)   **Ketter TA**, George MS, Kimbrell TA, Benson BE, Post RM: Functional imaging in mood and anxiety disorders.  Current Review of Mood Disorders 1997;1(2):95-112.

80)   Post RM, Weiss SRB, **Ketter TA**, Denicoff KD, George MS, Frye M, Smith MA, Leverich GS: The kindling model: implications for the etiology and treatment of mood disorders.  Current Review of Mood Disorders 1997;1(2):113-126.

316

81) Ali SO, Denicoff KD, **Ketter TA**, Smith-Jackson EE, Post RM: Psychosensory symptoms in bipolar disorder.  Neuropsychiatry Neuropsychol Behav Neurol 1997;10(4):223-31.

82) George MS, **Ketter TA**, Parekh PI, Gill DS, Marangell LB, Pazzaglia PJ, Herscovitch P, Post RM: Depressed subjects have decreased rCBF activation during facial emotion recognition.  CNS Spectrums 1997;2(10):45-55.

83) **Ketter TA**, Callahan AM, Post RM: Dr. Ketter and colleagues reply (Reply to: Antiepileptic drug augmentation for treatment-resistant depression)[letter] J Clin Psychiatry 1997;58(8):362-363.

84) Post RM, **Ketter TA**, Denicoff KD, Frye MA, Levirich GS: Re-evaluating carbamazepine prophylaxis in bipolar disorder.  Br J Psychiatry 1997;170:202-204.

85) George MS, **Ketter TA**, Kimbrell TA, Post RM: Brain imaging in mania. In: Goodnick P (ed.) Mania: Clinical and Research Perspectives. American Psychiatric Press, Washington 1998:191-238.

86) **Ketter TA**, Post RM, Denicoff K, Pazzaglia PJ, Marangell LB, George MS, Callahan AM: Carbamazepine. In: Goodnick P (ed.) Mania: Clinical and Research Perspectives. American Psychiatric Press, Washington 1998:263-300.

87) George MS, Post RM, **Ketter TA**, Kimbrell TA, Speer AM: Neural mechanisms of mood disorders. In: Rush AJ (ed.) Mood and Anxiety Disorders.  Williams & Wilkins, Baltimore 1998:1-21.

88) Post RM, Weiss SRB, **Ketter TA**, Denicoff KD, George MS, Frye M, Smith MA, Leverich GS: The kindling model: implications for the etiology and treatment of mood disorders. In: Rush AJ (ed.) Mood and Anxiety Disorders.  Williams & Wilkins, Baltimore 1998:22-42.

89) **Ketter TA**, Winsberg ME, DeGolia SG, Dunai M, Tate DL, Strong CM: Rapid efficacy of olanzapine augmentation in nonpsychotic bipolar mixed states [letter].  J Clin Psychiatry 1998;59(2):83-85.

90) Parekh PI, **Ketter TA**, Altshuler L, Frye M, Callahan A, Marangell L, Post RM: Relationships between thyroid hormone and antidepressant responses to total sleep deprivation in mood disorder patients.  Biol Psychiatry 1998;43(5):392-394.

91) Frye MA, **Ketter TA**, Altshuler LL, Denicoff K, Dunn RT, Kimbrell TA, Corá-Locatelli G, Post RM: Clozapine in bipolar disorder: treatment implications for other atypical antipsychotics.  J Affect Disord  1998;48(2-3):91-104.

92) **Ketter TA**, Winsberg ME, DeGolia SG, Dunai M, Tate DL, Strong CM: Dr. Ketter and colleagues reply (Reply to: Comments on efficacy of olanzapine in mood disorders) [letter]. J Clin Psychiatry 1998;59(10):538.

93) Pazzaglia PJ, Post RM, **Ketter TA**, Callahan AM, Marangell LB, Frye MA, George MS, Kimbrell TA, Levirich GS, Corá-Locatelli G, Luckenbaugh D: Nimodipine monotherapy and carbamazepine augmentation in patients with refractory recurrent affective illness. J Clin Psychopharmacol 1998;18(5):404-413.

94) Lee C, Huh S, **Ketter TA**, Unser M: Unsupervised connectivity-based thresholding segmentation of midsagittal brain MR images. Comput Biol Med 1998; 28(3):309-338.

95) Frye MA, Kimbrell TA, Dunn RT, Piscitelli SC, Grothe DR, Vanderham E, Corá-Locatelli G, Post RM, **Ketter TA**: Gabapentin does not alter single dose  lithium pharmacokinetics. J Clin Psychopharmacol  1998;18(6):461-4.

96) Frye MA, Luckenbaugh D, Kimbrell TA, Constantino C, Grothe D, Corá-Locatelli G, **Ketter TA**: Possible gabapentin-induced thyroiditis [letter]. J Clin Psychopharmacol 1999;19(1):94-5.

317

**IN  PREPARATION**

1)   George MS, Greenberg BD, Maisog J, Barker C, **Ketter TA**: Statistical parametric mapping (SPM) of brain SPECT images. Eur J Nuc Med (Submitted 12/93)

2)   Huggins T, **Ketter TA**, George MS, Reus V, Post RM: Spatial ability in affective illness: cognitive style testing. Neuropsychiatry Neuropsychol Behav Neurol (Submitted 12/93)

3)   George MS, Cloninger CR, Kimbrell TA, Willis MW, Parekh PI, Danielson A, **Ketter TA**, Herscovitch P, Post RM: Toward the neurobiological basis of temperament: PET studies of Cloninger's tridimensional scale in healthy adults..

4)   **Ketter TA**, Winsberg ME, Dunai M, DeGolia SG, Tate DL, Strong CM: Developing a lithium to divalproex switch algorithm in bipolar disorder patients. Abstract.

5)   Little JT, **Ketter TA**, Kimbrell TA, Dunn RT,  Danielson, A, Benson BE, Willis MW, Post RM: Changes in regional cerebral blood flow by $^{15}$O PET with treatment response to venlafaxine versus bupropion monotherapy in outpatients with unipolar depression.

5077US/0049 :0021



**The Medical Board of California**
1426 Howe Avenue, Suite 54
Sacramento, California   95825-3236

Department of
Consumer
Affairs

**PHYSICIAN AND SURGEON**

CERTIFICATE NO.   G56822                    EXPIRATION   04/30/2003

TERENCE A. KETTER
DEPT PSYC & BHVRL SCIENCES
STANFORD UNIV SCHL OF MED
STANFORD, CA  94305-5723

ORIGINAL
ISSUANCE DATE
03/13/1986

RECEIPT NO.
02300042

5077US/0049 : 0022

**Study Code: 5077US/0049**
**Country: USA**
**Centre No.: 22**

# CURRICULUM VITAE

| | |
|---|---|
| *Name:* | Arifulla Khan, MD |
| *Birth:* | Bangalore, India<br>February 3, 1953 |
| *Citizenship:* | U.S. |
| *Marital Status:* | Married REDACTED |
| *Current Position:* | Principal Investigator |
| *Addresses:* | Northwest Clinical Research Center<br>*(FID: 91-199-4554)*<br>1900 - 116th Ave NE<br>Bellevue, WA 98004<br><br>Ph:     Northwest Clinical Research Center -(425) 453-0404<br>Fax:    (425) 453-1033<br>E-mail:     akhan@nwcrc.net<br><br>4070 East Mercer Way<br>Mercer Island, WA 98040<br>Ph. (206) 236-1008<br>Fax. (206) 230-8204 |
| *Education:* | National College (1967-1969)<br>Bangalore Medical College (1969-1975)<br>Bangalore University, India |
| *Qualifications:* | MBBS, Bangalore University, India, 1975<br>ECFMG, 1976<br>Visa Qualifying Examination, 1979<br>FLEX, 1982<br>American Board of Psychiatry and Neurology, 1987 |
| *Licensure:* | Indian Medical Council  (Karnataka State) #14, 297<br>Washington State - #21545 |

320

*Clinical and Academic Experience:*

| | |
|---|---|
| 9/75 - 9/76 | Intern, Victoria and Combined Hospitals<br>Bangalore University, India |
| 9/77 - 9/81 | Psychiatric Registrar<br>Christchurch Clinical School<br>University of Otago<br>Christchurch, New Zealand |
| 10/81 - 6/84 | Resident/Chief Resident<br>Department of Psychiatry<br>University of Connecticut<br>Farmington, Connecticut |
| 10/84 - 8/87 | Medical Director<br>Voluntary Psychiatric Inpatient Unit<br>Harborview Medical Center, Seattle, WA |
| 11/84 - 6/90 | Assistant Professor, Department of Psychiatry<br>University of Washington, Seattle, WA |
| 9/87 - 6/88 | Medical Director, Inpatient Psychiatry Service<br>Harborview Medical Center, Seattle, WA |
| 6/88 -<br>Present | Examiner/Senior Examiner, American Board of Psychiatry<br>and Neurology (Part II) |
| 7/88 - 1/95 | Medical Director, Inpatient Psychiatry Service<br>University of Washington Medical Center<br>Seattle, WA |
| 7/90 - 6/95 | Associate Professor, Department of Psychiatry<br>University of Washington, Seattle, WA |
| 7/92 - 1/95 | Associate Medical Director<br>University of Washington Medical Center<br>Seattle, WA |
| 4/95 -<br>Present | Medical Director<br>Northwest Clinical Research Center<br>Northwest Medical Education, Inc<br>Bellevue, WA |

2

321

| | |
|---|---|
| 6/95 - Present | Medical Staff at<br>Overlake Hospital Medical Center<br>1035 – 116th Ave.NE<br>Bellevue, WA 98004 |
| 6/95- Present | Research Affiliate/Consultant and Courtesy Medical Staff<br>BHC Fairfax Hospital<br>10200 NE 132nd St.<br>Kirkland, WA 98034 |
| 2/97- Present | Clinical Associate Professor<br>Department of Psychiatry and Behavioral Sciences<br>University of Washington, Seattle, WA |
| 10/00 - Present | Adjunct Associate Professor<br>Department of Psychiatry and behavioral Sciences<br>Duke University School of Medicine, Durham, NC |

*Grants, Awards, and Research Experience:*

| | |
|---|---|
| 6/84 | Sandoz Award for superior academic achievement<br>Department of Psychiatry, University of Connecticut |
| 9/84 - 2/90 | Clinical psychopharmacology sub-investigator in depressive disorders,<br>Psychiatric Research Unit, Harborview Medical Center<br>and University of Washington (PI - D. Dunner, MD) |
| 3/85 | Principal Investigator, Biomedical Research Support Grant from<br>University of Washington for the study of treatment response to<br>various antidepressants and placebo |
| 8/87 | Travel fellowship from the American College of<br>Neuropsychopharmacology (ACNP) |
| 10/88 | Principal Investigator, ECT vs. pharmacotherapy in psychotic<br>depression (R01 application, approved, not funded) |
| 1/89-12/89 | Co-Investigator, Sleep changes in Early Alzheimer's Disease<br>(PI- Patricia Prinz, PhD, MHR01-33688) |
| 3/91 - 10/91 | Principal Investigator, The Washington Institute for Mental Illness<br>Research and Training Grant for TRH in ECT and ECS |

3

| 1/92 - 12/92 | Principal Investigator, The Alcohol and Drug Abuse Institute, University of Washington, Grant for TRH in cognitively impaired alcoholics |
|---|---|
| 6/94 | Principal Investigator, Treatment of Depression Using Low-level Electrical Current or Alternating Magnetic Fields (patent filed) |

3/90 -        *Principal Investigator*
Present       *Phase I, II and III Psychopharmacology Studies in depression, anxiety, insomnia,bipolar mood disorder,  schizophrenia, Alzheimer's Disease, migraine, irritable bowel syndrome, PTSD, social phobia, pediatric depression, pediatric bipolar mood disorder*

3/01          Extramural Reviewer, SBIR proposals, Ad Hoc committees
Present        NIMH

*Academic Memberships and Related Activities:*

American Medical Association
American Psychiatric Association
American College of Clinical Psychopharmacology
King County Medical Society

*Journal Reviewer:*

American Journal of Psychiatry
Archives of General Psychiatry
Biological Psychiatry
Convulsive Therapy
International Journal of Neuropsychopharmacology
Journal of Clinical Psychopharmacology
Journal of General Internal Medicine
Journal of Nervous and Mental Disease
Journal of Psychiatric Research
Psychiatry Research

*Publications:*

1. Khan A, Joyce P and Jones A.  Benzodiazepine withdrawal syndromes.  *New Zealand Medical Journal* 92: 94-96, 1980.
2. Khan A, Hornblow A and Walshe JWB.  Benzodiazepine dependence: a general practice survey.  *New Zealand Medical Journal* 94: 19-21, 1981.
3. Joyce P, Khan A and Jones A.  The revolving door patient.  *Comprehensive Psychiatry* 223: 97-403, 1981.

4

4. Khan A, Ciraulo DA, Nelson WH, Becker JT, Jaffe J and Nies A.  Dexamethasone suppression test in recently detoxified alcoholics: clinical implications.  *Journal of Clinical Psychopharmacology* 4: 94-97, 1984.

5. Nelson WH, Khan A and Orr WW.  Delusional depression: phenomenology, neuroendocrine function, and antidepressant response.  *Journal of Affective Disorders* 6: 297-306, 1984.

6. Nelson WH, Khan A, Orr WW and Tamragouri RN.  The dexamethasone suppression test: interaction of diagnosis, sex and age in psychiatric patients.  *Biological Psychiatry* 19: 1293-1304, 1984.

7. Reik L, Smith L, Khan A and Nelson WH.  Demyelinating encephalopathy in Lyme disease.  *Neurology* 35: 267-269, 1985.

8. Khan A, Jaffe J, Nelson WH and Morrison B.  Resolution of neuroleptic malignant syndrome with dantrolene sodium: case report.  *Journal of Clinical Psychiatry* 46: 244-246, 1985.

9. Khan A, Nies A, Johnson GA and Becker JT.  Plasma catecholamines and ECT.  *Biological Psychiatry* 20: 799-804, 1985.

10. Nelson WH, Sullivan P, Khan A and Tamragouri RN.  The effects of age on dexamethasone suppression test results in alcoholic patients.  *American Journal of Psychiatry* 143: 237-239, 1986.

11. Khan A, Lee E, Dager S, Hyde T, Raisys V, Avery D, Dunner DL.  Platelets MAO activity in anxiety and depression.  *Biological Psychiatry* 21: 847-849, 1986.

12. Dager S, Khan A, Comess K, Raisys V and Dunner DL.  Mitral valve abnormalities and catecholamine activity in anxious patients.  *Psychiatry Research* 20: 13-18, 1987.

13. Khan A, Cohen S, Chiles J, Stowell M, Hyde T and Robbins M.  Therapeutic role of a psychiatric intensive care unit in acute psychosis.  *Comprehensive Psychiatry* 28: 264-269, 1987.

14. Dunner DL, Myers J, Khan A, Avery D, Ishiki D and Pyke R.  Adinazolam - a new antidepressant: findings of a placebo controlled, double-blind study in outpatients with major depression.  *Journal of Clinical Psychopharmacology* 7: 170-172, 1987.

15. Khan A, Cohen S, Stowell M, Capwell R, Avery D and Dunner DL.  Treatment options in severe psychotic depression.  *Convulsive Therapy* 3: 93-99, 1987.

16. Cohen S, Khan A and Johnson S.  Pharmacological management of manic psychosis in an unlocked setting.  *Journal of Clinical Psychopharmacology* 7: 261-264, 1987.

17. Cohen S and Khan A.  Adjunctive benzodiazepines in acute schizophrenia.  *Neuropsychobiology* 18: 9-12, 1987.

18. Cohen S and Khan A.  Respiratory distress with use of lorazepam in mania.  *Journal of Clinical Psychopharmacology* 7: 199-200, 1987.

19. Geiduschek J, Cohen S, Khan A and Cullen BF.  Repeated anesthesia for a patient with neuroleptic malignant syndrome.  *Anesthesiology* 68: 134-137, 1988.

20. Scher M, Hartford J, Khan A, Gentry R and Wilson L.  Comparison of two formats for a psychiatry clerkship.  *Journal of Medical Education* 63: 140-143, 1988.

21. Solan W, Khan A, Avery D and Cohen S.  Psychotic and nonpsychotic depression: comparison of response to ECT.  *Journal of Clinical Psychiatry* 49: 97-99, 1988.

22. Cohen S, Khan A, Clark A, Goldner M and Dunner DL.  Hospitalization effect in acute mania.  *General Hospital Psychiatry* 10: 138-141, 1988.

5

23. Cohen S, Khan A and Robison J.  Significance of mixed features in acute mania. *Comprehensive Psychiatry* 29: 421-426, 1988.

24. Khan A, Johnson F, Avery D, Cohen S, Scherzo B and Dunner DL.  DST results in nonpsychotic depressed outpatients. *American Journal of Psychiatry* 145: 1153-1156, 1988.

25. Khan A, Cohen S, Dager S, Avery D and Dunner DL.  Onset of response to outcome in depressed outpatients with placebo and imipramines. *Journal of Affective Disorders* 17: 33-38, 1989.

26. Cohen S, Khan A and Cox G.  Demographic and clinical features predictive of recovery in acute mania. *The Journal of Nervous and Mental Disease* 177: 638-642, 1989.

27. Khan A, McMurray JS, McCreery JM and Hunt H. Carbamazepine and SIADH. *American Journal of Psychiatry* 146: 1639, 1989.

28. Vitiello MV, Prinz PN, Avery DH, Williams DE, Ries RK, Bokan JA and Khan A.  Sleep is undisturbed in elderly, depressed individuals who have not sought health care. *Biological Psychiatry* 27: 431-440, 1990.

29. Scher M, Briggs T, Khan A and Cohen S.  Patient satisfaction with care received in teaching settings. *Academic Psychiatry* 12: 21-26, 1990.

30. Cohen S and Khan A.  The antipsychotic effect of milieu in the acute treatment of schizophrenia. *General Hospital Psychiatry* 12: 248-251, 1990.

31. Healey W, Khan A and Noonan C.  Major depression with psychosis (MD-P): demographic, phenomenological, and outcome characteristics in one hospitalized population. *Journal of Nervous and Mental Disease* 178: 722-723, 1990.

32. Dager SR, Khan A, Cowley D, Avery DH, Elder J, Roy-Byrne P and Dunner DL.  Characteristics of placebo response during long-term treatment of panic disorder. *Psychopharmacology Bulletin* 26: 273-278, 1990.

33. Avery DH, Khan A, Dager SR, Cox G and Dunner DL.  Bright light treatment of winter depression: morning versus evening light. *Acta Psychiatrica Scandinavica* 82: 335-338, 1990.

34. Avery DH, Khan A, Dager SR, Cohen S, Cox GB and Dunner DL.  AM or PM bright light treatment of winter depression? The significance of hypersomnia. *Biological Psychiatry* 29: 117-126, 1991.

35. Avery D, Khan A, Dager S, Cohen S, Cox G and Dunner DL.  Is morning light superior to evening light in treating seasonal affective disorder? *Psychopharmacology Bulletin* 26: 521-524, 1991.

36. Khan A, Dager S, Cohen S, Avery D, Scherzo B and Dunner DL.  The chronicity of depressive episode in relation to antidepressant-placebo response. *Neuropsychopharmacology* 4: 125-130, 1991.

37. Cohen S, Khan A, Zheng Y and Chiles J.  Tardive dyskinesia in the mentally retarded: prevalence, risk factors and topographical comparison with a schizophrenic population. *Acta Psychiatrica Scandinavica* 83: 234-237, 1991.

38. Khan A, Fabre L and Rudolph R. Venlafaxine in depressed outpatients. *Psychopharmacology Bulletin* 27: 141-144, 1991.

39. Khan A and Brown WA.  Who should receive antidepressants: suggestions from placebo treatment.  *Psychopharmacology Bulletin* 27: 271-274, 1991.

6

40. Khan A, Noonan C and Healey W.  Is a single tricyclic antidepressant trial an active treatment for psychotic depression?  *Progress in Neuropsychopharmacology and Biological Psychiatry* 15: 765-770, 1991.

41. Khan A, Shim H, Mirolo MH, Horita A, Douglas R and Tucker GJ.  TRH effects on arousal, locomotor activity and spontaneous alternation in ECS post-ictal state. *Psychopharmacology* 106: 570-571, 1992.

42. Davis JM, Janicak PG and Khan A.  Neuroleptic Malignant Syndrome.  In: Dunner DL, ed., *Current Psychiatric Therapy*, WB Saunders, Philadelphia, Pennsylvania, 170-175, 1992.

43. Goren A, Swindell C and Khan A.  Expressive language characteristics of schizophrenic subjects with different medication histories. *Journal of Neurolinguistics* 7: 67-90, 1992.

44. Khan A, Mirolo HA and Mirolo MH.  Management of depression in the older woman. *Geriatrics* 48: 14-17, 1993 (suppl).

45. Khan A, Mirolo MH, Claypoole K and Hughes D.  Low dose TRH effects in cognitively impaired alcoholics.  *Alcoholism: Clinical and Experimental Research* 17: 791-796, August, 1993.

46. Khan A, Mirolo MH, Hughes D and Bierut L.  Electroconvulsive Therapy. *Psychiatric Clinics of North America* 16:497-513, 1993

47. Khan A, Mirolo MH, Mirolo HA and Miller S.  Can ECT-induced cognitive deficits be altered pharmacologically?  *Progress in Neuropsychopharmacology and Biological Psychiatry* 17: 861-874, 1993.

48. Khan A, Mirolo MH, Lai H, Claypoole K and Bhang J.  ECT and TRH: Cholinergic Involement. *Psychopharmacology Bulletin* 29: 345-352, 1993.

49. Khan A, Lai H, Ukai Y and Mirolo MH.  NS-3, a TRH-Analog, Reverses Repeated ECS-Induced Deficits in Water-Maze Performance in the Rat. *Pharmacology, Biochemistry and Behavior* 47: 477-481, 1994.

50. Brown WA and Khan A.  Which Depressed Patients Should Receive Antidepressants? *CNS Drugs* 1: 341-347, 1994.

51. Rosenfarb IS, Becker J, and Khan A.  Perceptions of parental and peer attachments by women with mood disorders. *Journal of Abnormal Psychology* 103: 637-644, 1994.

52. Khan A, Mirolo MH, Claypoole K, Bhang J, Cox G, Horita A and Tucker GJ.  Effects of low-dose TRH in the ECT post-ictal state. *American Journal of Psychiatry* 151: 1694-1696, 1994.

53. Rosenfarb IS, Becker J, Khan A, and Mintz J.  Dependency, self-criticism and perceptions of socialization experiences. *Journal of Abnormal Psychology* 103: 669-675, 1994.

54. Khan A, Lai H, Nishimura Y, Mirolo MH, and Singh NP.  Effect of ECS on DNA single-strand breaks in rat brain cells. *Convulsive Therapy* 11: 114-121, 1995.

55. Singh NP and Khan A.  Acetaldehyde's geno- and cytotoxicity in human lymphocytes. *Mutation Research* 337: 9-17, 1995.

56. Khan A, Rudolph R, Baumel B, Ferguson J, Ryan PJ, and Shrivatsava R.  Venlafaxine in depressed geriatric outpatients: an open-label clinical study. *Psychopharmacology Bulletin* 31: 753-758, 1995.

57. Singh NP, Graham, MM, Singh V, and Khan A.  Induction of DNA single-strand breaks in

7

human lymphocytes by millirad doses of gamma rays. *International Journal of
Radiation Biology* 68: 563-569, 1995.

59. Singh NP, Lai H, and Khan A.  Ethanol-induced single-strand DNA breaks in rat brain
cells.  *Mutation Research* 345: 191-196, 1995.

60. Khan A. Overall safety profile of venlafaxine: a commentary.  *Journal of Clinical
Psychopharmacology* 16: 59S-61S, 1996.

61. Chandos B, Khan A, Lai H and Lin JC.  (E Ueno, edi)The application of electromagnetic
energy in the treatment of neurological and psychiatric diseases.  In *Biological effects of
magnetic and electromagnetic fields, Plenum Press, NY,* pp.161-169, 1996.

62. Khan A.  Letter to the Editor (Antidepressant Discontinuation Syndrome), *Psychiatric
Annals* 27: 259, April, 1997

63. Lehman AK, Ellis B, Becker J, Rosenfarb I, Devine R, Khan A and Reichler R.  Personality
and depression: a validation study of the depressive experiences questionnaire. *Journal
of Personality Assessment* 68: 197-210, 1997.

64. Khan A, Upton, GV, Rudolph R, Entsuah R, Leventer SM and venlafaxine investigator
study group.  The use of venlafaxine in the treatment of Major Depression and Major
Depression associated with anxiety: A dose-response study.  *Journal of Clinical
Psychopharmacology* 18: 19-25, 1998.

65. Khan A.  Treating Depression.  *Psychiatric Annals* 29: 123-124, 1999.

66. Khan A, Warner H, and Brown, WA.  Symptom reduction and suicide risk in patients treated
with placebo in antidepressant clinical trials: an analysis of the FDA database.  *Archives
of General Psychiatry*  57: 311-317, 2000.

*Invited Commentaries by Drs. Leber, Michels, Quitkin, Klein, Hirschfeld, Chmura Kramer,
Leon.  Archives of General Psychiatry 57: 319-330, 2000.*

*Cited in New York Times.  Erica Goode.  More fuel for debate on Prozac.  OL.CXLIX,
No. 51; 369, Tuesday, April 25, 2000*

*Cited in Science.  Martin Enserink.  Are placebo-controlled drug trials ethical?  Science
288: 5465, April 21, 2000, p. 416*

*Cited in WebMD.  Amy Rothman Schonfeld.  Analysis of FDA data indicates placebo-
treated patients not at increased risk for suicide compared with active controls-experts
debate the role of placebo-controlled trials.  April 17, 2000.*

*Cited in Science News.  Bruce Bower.  Placebos for depression attract scrutiny, 157: April
29, 2000, p.278*

67. Cohen S, Drabeski GW, Khan S, and Khan A.  Weight gain with risperidone among patients
with mental retardation.  *Journal of Clinical Psychiatry* 62;2: 114-116, 2001

*68.* Khan A and Brown WA.  Placebo enigma in antidepressant clinical trials. *Invited Guest
Editorial. Journal of Clinical Psychopharmacology* 21: 2: 123-125, 2001

69. Khan A, Khan S, Leventhal R and Brown W.  Symptom reduction and suicide risk in
patients treated with placebo in antidepressant clinical trials; a replication analysis of the
FDA database. *International Journal of Neurpsychopharmacology* 4: 113-118, 2001

70. Khan A, Khan S, Leventhal R, and Brown WA.  Symptom reduction and suicide risk in
patients treated with placebo in antipsychotic clinical trials: an analysis of the FDA
database. *American Journal of Psychiatry* 149: 1449-1454, 2001

71. Khan A, Leventhal S, Khan S, and Brown WA.  Severity of depression and response to
Antidepressants and placebo: An analysis of the FDA database. *Journal of Clinical*

8

*Psychopharmacology* 22(1): <u>40-45</u>, 2002.

72. Khan A, Leventhal R, Khan S and Brown WA.  Suicide risk in anxiety disorder patients: an analysis of the FDA database.  *Journal of Affective Disorders* 68: <u>183-190</u>, April 2002.

73. Labetelle M, Zumbrunnen T, Brennan J, Biederman J, Connor J, Emslie G, Ferguson J, Khan A, Ruckle J, Sallee R and Riddle M.  Multiple-dose pharmacokinetics of fluvoxamine in children and adolescents. Submitted to *J Amer Acad Child Adolesc Psychiatry.*

74. Khan A, Khan S, Leventhal R, Krishnan R, and Gorman J.  An application of the CONSORT standards to FDA summary reports of recently approved antidepressants and Antipsychotics.  *Biological Psychiatry* 52: <u>62-70</u>, July 2002.

75. Khan A and Leventhal R.  Medical aspects of capital punishment executions.  *Journal of Forensic Medicine* (In Press, 7/2002).

76. Cohen S, Fitzgerald B, Okos A, Khan S, Khan A.  Weight, lipid, glucose and behavioral measures with ziprasidone treatment in a population with mental retardation.  *Journal of Clinical Psychiatry* (In Press).

77. Khan A, Khan S, Brown WA.  Are placebo controls necessary to test new antidepressants and anxiolytics?  *International Journal of Neuropsychopharmacology* (In Press, 9/2002)

78. Khan A, Detke M, Khan S and Mallenkrodt C.  Placebo response and outcome among Antidepressant clinical trials.  *Journal of Nervous and Mental Disease* (In Press).

79. Storosum J, van Zweiten B, Khan A, Wohlfarth T, de Haan L, van der Brink W.  Suicide risk in placebo-controlled trials for schizophrenia.  Submitted for publication (October 2001).

*Abstracts, Book Reviews, and Other Publications:*

1. Khan A, Johnson GA and Becker JT.  Catecholamine turnover with ECT.  14th Annual Meeting of Society for Neuroscience (Abstract, p. <u>289</u>, Part I), 1984.

2. Becker JT, Khan A and Reddy AS.  Hypothalamic amnesia in man.  14th Annual Meeting of Society for Neuroscience (Abstract, p. <u>385</u>, Part I), 1984.

3. Khan A, Lee E, Dager S, Hyde T, Raisys V, Avery D and Dunner DL.  Platelet MAO-B activity in anxiety and depression.  IV Congress in Biological Psychiatry (Abstract p. <u>90</u>), 1985.

4. Dager S, Khan A, Comess K, Raisys V and Dunner DL.  MHPG/creatinine, MAO-B activity, autonomic arousal and MVP in anxious patients.  Annual Meeting of Society of Biological Psychiatry (Abstract, p. <u>106</u>), 1986.

5. Khan A, Cohen S, Chiles J and Dunner DL.  Therapeutic role of a psychiatric care unit in acute psychosis.  Annual Meeting of Society of Biological Psychiatry (Abstract, p. <u>37</u>), 1987.

6. Khan A, Hyde T and Dunner DL.  Treatment response to placebo and IMI/DMI in outpatients with major depression.  Annual Meeting of Society of Biological Psychiatry (Abstract, p. <u>243</u>), 1987.

7. Khan A, Cohen S, Avery D and Dunner DL.  Treatment options in psychotic depression.  Annual Meeting of Society of Biological Psychiatry (Abstract, p. <u>242</u>), 1987.

8. Avery D, Khan A, Dager S and Dunner DL.  Temperature rhythm phase-typing of seasonal affective disorder and response to Am and PM bright light.  Annual Meeting of the Sleep Research Society (Abstract), 1987.

9

9.  Nelson WH and Khan A.  Age effects on the dexamethasone suppression test in unipolar major depression. *Neuroendocrinology letters* 9:181, 1987.

10. Khan A and Dunner DL.  Clinical predictors of placebo response in depressed outpatients. Panel presentation at 26th Annual Meeting of American College of Neuropsychopharmacology (Abstract, p. 58), 1987.

11. Avery D, Khan A and Cohen S.  Bright light treatment of SAD: AM vs PM light. Symposium at World Psychiatric Association Washington, DC (Abstract), 1988.

12. Khan A. Acute treatment of psychotic depression.  Clinical Advances in the Treatment of Psychiatric Disorders 2; 4: 4, 1988.

13. Khan A and Dunner DL.  Study group participant on placebo response at the 27th Annual Meeting of the American College of Neuropsychopharmacology, (Abstract, p. 56), 1988.

14. Cohen S and Khan A.  Hospitalization effect on acute exacerbation of schizophrenia. *Schizophrenia Research*  2: 220, 1989.

15. Khan A, Dager S and Dunner DL.  Clinical and demographic features related to placebo and antidepressant response. *Biological Psychiatry* 25:79-80A, 1989, (Suppl).

16. Khan A.  Book Review on "Electroconvulsive Therapy" by Richard Abrams, MD, 1988. *Journal of Nervous and Mental Disease* 177:501-502, 1989.

17. Khan A.  Study group participant on placebo response in depression at the 28th Annual Meeting of the American College of Neuropsychopharmacology, (Brown   and Dunner, Abstract, p. 44), 1989.

18. Khan A, Dager S, Cohen S, Avery D and Dunner DL.  When is the onset of response to antidepressant? 28th Annual Meeting of the American College of Neuropsychopharmacology, (Abstract, p. 198), 1989.

19. Dager S, Khan A, Cowley DC, Avery DH, Elder J, Roy-Byrne P and Dunner DL. Clinical characteristics of placebo response among panic patients. 28th Annual Meeting of the American College of Neuropsychopharmacology, (Abstract, p. 183), 1989.

20. Cohen S, Khan A and Cox G.  Demographic and clinical features predictive of recovery in acute mania. *Psychiatry Digest* 6:23-25, 1990.

21. Khan A and Brown WA.  Who should receive antidepressants: suggestions from placebo treatment.  29th Annual Meeting of the American College of Neuropsychopharmacology, (Abstract, p. 138) December, 1990.

22. Khan A, Mirolo MH, Horita A, Lampe T and Tucker GJ.  TRH in ECT/ECS post-ictal state. 30th Annual Meeting of the American College of Neuropsychopharmacology, (Abstract, p. 233), 1991.

23. Khan A, Lai H, Mirolo MH and Ukai Y.  TRH and ECT: Cholinergic involvement in cognitive deficit state. 31st Annual Meeting of the American College of Neuropsychopharmacology, (Abstract, p. 106) 1992.

24. Khan A.  Book review on "Electroconvulsive Therapy" by Richard Abrams, Second Edition. *Journal of Nervous and Mental Disease* 181: 592, 1993.

25. Khan A, Steiert J and Githens S.  Effective Collaboration with Managed Care. 146th Annual Meeting of the American Psychiatric Association, (Issue Workshop #12, Abstract p. 303-304), 1993.

26. Khan A, Mirolo MH, Claypoole K, Lai H, and Tucker G.  Low-dose TRH effects in   ECT post-ictal state. Annual Meeting of the Society of Biological Psychiatry (Abstract, p 654), 1994.

10

27. Khan A, Lai H, Nishimura Y, Mirolo MH, and Singh NP.  ECS effects on neuronal DNA strand breaks.  Annual Meeting of the Society of Biological Psychiatry.  (Abstract, p. 664).

28. Singh NP, Malik S, Kenny MA, Lai H, and Khan A.  Acetaldehyde induced DNA single strand breaks in human lymphocytes.  Annual Meeting of the Society of Biological Psychiatry.  (Abstract, p. 708).

29. Khan A, Rudolph R, Baumel B, Ferguson J, Ryan P, Shrivatsava R, and Mirolo MH.  Venlafaxine in depressed geriatric outpatients: an open label study.  XIXth CINP Congress, 1994.  (Abstract, p. 163S).

30. Ferguson J, Khan A, Kucharik R, Leventer S, and Cucci C.  A placebo-controlled comparative study of the effects on blood pressure and antidepressant efficacy of venlafaxine and imipramine.  XIXth CINP Congress, 1994.  (Abstract, p. 165S).

31. Khan A, and Montgomery N.  Seizure Inhibition Syndrome.  Annual Meeting of the Association for convulsive Therapy, 1995 (Abstract in Convulsive Therapy, p. 70).

32. Khan A. Overall safety profile of venlafaxine: a commentary.  An invited abstract for Psychiatry Digest, February, 1997 (Abstract p. 27-28).

33. Khan A.  Panel Participant: IMGs and ABPN Performance, APA Annual meeting (p.36) 1997.

34. Khan, A, Warner H and Brown WA.  Placebo in Antidepressant Clinical trials:  Efficacy and safety.  36th Annual Meeting of the American College of  Neuropsychopharmacology, December, 1997 (Abstract p.138).

35. Khan A, (Chair) Walter A. Brown (Moderator) and Quitkin F (ACNP Invitee).  Are placebo controls ethical in antidepressant clinical trials?  Study Group at the 37th Annual Meeting of the American College of Neuropsychopharmacology, 1998

36. Cookson J, Khan A, Asnis P et al .  Profile of antidepressant activity of lamotrigine (Lamictal) in Bipolar and Unipolar Depression:  Results from double-blind, placebo-controlled studies.  12th Annual meeting of the European College of Neuropsychopharmacology (Abstract), September 1999.

37. Efficacy of lamotrigine in bipolar and unipolar depression: results from double-blind, placebo-controlled studies.  Asnis G, Beaman M, Bowden C, Calabrese, De Veaugh-Geiss, Evoniuk G, Huffman R and Khan A.  38th Annual Meeting of the American College of Neuropsychopharmacology, December 1999 (Abstract p. 162).

38. Khan A and Khan S.  Are placebo controls ethical in antidepressant clinical trials?  Invited Article for Psychiatric Times, XVII: 4 – 29, April 2000.

39. Khan A, Warner H,  Brown WA.   Symptom reduction and suicide  risk in patients treated with placebo in antidepressant clinical trials.  *Archives of General Psychiatry*, April, 2000, vol. 57, © American Medical Association. pp 311-317 (see also pages 319, 321, 323, 325, 327 & 329)

40. Huffman R, Ascher J, Khan A, and Calabrese J.  Evaluation of Efficacy and Safety of Lamotrigine for the Long-Trem Treatment of Bipolar Depression.  NCDEU, poster #51, 2000.

41. Earl N, Greene P, Ascher J, Fouche N, Chang C, Evoniuk G, Swann A, Pope S, Ketter T, McElroy S, Post R, Zajecka J, Altshuler L, Apter J, Wets S, Risch C and Khan A.  Mood stabilization with lamotrigine in rapid cycling bipolar disorder.  ECNP Annual Meeting, Munich, September, 2000.

11

42. Labetelle M, Zumbrunnen T, Brennan J, Biederman J, Connor J, Emslie G,Ferguson J, Khan A, Ruckle J, Sallee R and Riddle M. Multiple-dose pharmacokinetics of fluvoxamine in children and adolescents. Poster presentation child neuropsychiatry conference (Pisa) May, 2000.

43. Khan A, Khan S, Leventhal R, Brown WA.  Symptom reduction and suicide risk among patients treated with placebo in antipsychotic clinical trials: an analysis of the FDA database.  39th Annual meeting of the American College of neuropsychopharmacology (#178), 2000.

44. Suppes T, Altshuler L, Apter J, Bowden C, Calabrese J, Ginsberg L, Goldberg J, Gyulai L, Khan A, McElroy S, Rapaport M, Risch S, Scahs G, Swann A, West S, Zajecka J, Ascher J, Barrows C, Earl N,Greene P.  Mood  stabilization with lamotrigine in rapid cycling bipolar disorder:  a double-blind placebo-controlled study.  39th Annual meeting of the American College of Neuropsychopharmacology (#99), 2000.

45. Khan A, Khan SR, Brown WA.  Do psychotropics reduce suicide risk?  40th Annual Meeting of the American College of Neuropsychophamacology (#159, p. 186), 2001

46. Pollock MH, feltner, DE, Rickels K, Lydiard RB, Zimbroff DL, Bieski RJ, Khan A, Goodrich J, Brock JD, Pande AC.  A placebo-controlled, double-blind study of pregabalin treatment of generalized anxiety disorder.  40th Annual Meeting of the American College of Neuropsychopharmacology (#46, p. 337), 2001.

47. Bowden C, Ghaemi N, Gyulai L, Huey L, Khan A, Montgomery P and Ascher, J. lamotrigine delays mood episodes in recently depressed bipolar I patients.  Annual meeting of American Psychiatric Association, 2002 (in press)

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data protection laws may not exist or be as developed as in the European Economic Area.

Signature _____   Date of Signature _____

*September 6, 2002*

12

5077US/0049 : 0022

### STATE OF WASHINGTON
HEALTH PROFESSIONS QUALITY ASSURANCE DIVISION
THIS CERTIFIES THAT THE PERSON OR ESTABLISHMENT NAMED HEREON IS AUTHORIZED AS PROVIDED BY LAW AS A

PHYSICIAN AND SURGEON

ACTIVE

KHAN, ARIFULLA
4070 E MERCER WAY
MERCER ISLAND, WA  98040

SECRETARY

| NUMBER | | DATE ISSUED | EXPIRATION DATE |
|---|---|---|---|
| 025209 | MD00021545 | 05-09-84 | 02-03-03 |

14

5077US/0049: 0022



CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE
UNITED STATES DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON, D.C. 20537

Sections 304 and 1003 (7) U.S.C. (34 and 938) of the Controlled Substance Act of 1970, as amended, provide that the Attorney General may revoke or suspend a registration to manufacture, distribute, dispense, import or export a controlled substance.

| DEA REGISTRATION | EXPIRES | FEE PAID |
| AK2733740 | 12-31-2004 | $210.00 |
| 2,2N,3,3N,4,5 PRACTITIONER | 01-29-2002 | |

* CORRECTED CERTIFICATE *
(NOT A RENEWAL)

KHAN, ARIFULLA MD MedS
NORTHWEST CLINICAL RESEARCH
CENTER
1900 116TH AVENUE NE/SUITE 112
BELLEVUE, WA            98004

THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, BUSINESS ACTIVITY, OR VALID AFTER THE EXPIRATION DATE.

15

5077US/0049 : 0023

# CURRICULUM VITAE
## James A. Knutson, MD
512 6TH Street South, Suite 101
Kirkland, WA 98033
(425) 820-3800 (w)
(425) 821-8693 (fax)

### Licensure
Washington Medical License      MD00033603
DEA Number      BK3018579

### Associated Sites
Private Practice      BHC Fairfax Hospital
512 6th Street South, Suite 101      10200 NE 132nd St
Kirkland, WA 98033      Kirkland, WA 98034

### Research Experience
A Multicenter, Double-blind, Randomized Comparison of the Efficacy and Safety of XXXXX and Placebo in the Treatment of Patients with Schizophrenia

A Placebo-Controlled 12 week Study of the Safety and Efficacy of Two Doses of XXXXX Versus Placebo for the Treatment of Acute Manic or Mixed Episodes in Subjects with Bipolar I Disorder with an Optional Open-Label Extension

A Multicenter, Double-blind, Randomized Comparison of the Efficacy and Safety of XXXXX and XXXXX in the Treatment of Patients with Schizophrenia

A Randomized, Double-Blind, Multiple Dose Study of the Relative Bioavailability And Tolerability of a Slow-Release Formulation of XXXXX in Patients With Schizophrenia or Schizoaffective Disorder

The Effect of XXXXX on Bone Mineral Density in Pediatric Subjects with Anorexia Nervosa: A Double-Blind, Placebo Controlled Study

A Multicenter, Double-Blind, Placebo-Controlled Comparison of the Efficacy and Safety of Extended-Release XXXXX and Placebo Administered for Eight Weeks for the Treatment of Adult Outpatients with Major Depressive Disorder and the Symptoms of Decreased Energy, Pleasure, and Interest

An Open-Label Study Assessing XXXXX with Major Depressive Disorder who Discontinued Treatment with XXXXX or a XXXXX due to Intolerability

A Phase III, Randomized, Multi-Center, Double-Blind, Parallel-Group, Placebo-Controlled Safety and Efficacy Study of XXXXX in Children and Adolescents Aged 6-17 with Attention Deficit Hyperactivity Disorder (ADHD)

A Phase III, Open-Label Study of XXXXX in Children and Adolescents (aged 6-17) with Attention Deficit Hyperactivity Disorder (ADHD)

A Multi-Center, Double-Blind, Randomized, Placebo-Controlled, Double-Dummy Trial
of the Use of XXXXX in the Treatment of Patients with Bipolar Depression

A Multi-Center, Randomized, Double-Blind, Placebo-Controlled, Parallel, Phase III
Study Comparing the Efficacy of XXXXX with Placebo, Utilizing a 6-Week Acute Phase
and an Optional 26-Week Open-Label Phase, on Adolescent Patients Age 13-17 Years
Who Meet the Diagnostic Criteria for Schizophrenia According to the DSM-IV-TR

A Phase III, Randomized , Multi-Center, Double-Blind, Parallel-Group, Placebo-
Controlled Safety and Efficacy Study of XXXXX in Adolescents Aged 13-17 with
Attention Deficit Hyperactivity Disorder (ADHD)

An assessment of the efficacy and safety of two sublingual doses of XXXXX in subjects
with schizophrenia (in an acutely exacerbated state) compared to placebo in a
multicenter randomized, double-blind, fixed-dose, 6-week trial with a XXXXX positive
control group.

**Education**

Fellowship: Child and Adolescent Psychiatry                           06/93-06/95
Los Angeles County/University of Southern California Medical Center
Los Angeles, CA

Residency: Adult Psychiatry                                           06/90-06/93
Los Angeles County/University of Southern California Medical Center
Los Angeles, CA

Medical School                                                       09/85-06/90
University of Washington School of Medicine, Seattle, WA

B.A. Zoology                                                         09/80-06/83
University of Washington, Seattle, WA

Undergraduate                                                       09/78-06/80
Washington State University, Pullman, WA

**Professional Experience**

Private Practice                                                     06/96-Present
512 6th Street South, Suite 101
Kirkland, WA 98033

Consulting Psychiatrist for Behaviorally Disturbed Students          02/00-Present
Fairfax Hospital-Fairfax School
Kirkland, WA

Medical Director of Child and Adolescent Service                     06/96-03/99
Fairfax Hospital
Kirkland, WA

Curriculum Vitae                                                     Page 2

Attending Physiatrist                                              09/95-05/96
Van Nuys Psychiatric Hospital
Van Nuys, CA

Psychiatrist                                                      11/91-5/96
Psychiatric Admissions/Consultant
LAC/USC Medical Center

Consulting Psychiatrist                                           06/94-05/96
Optimist Youth Home
Los Angeles, CA

**Certification**
American Board of Psychiatry and Neurology                       01/96
Certificate No. 42103

Curriculum Vitae                                                  Page 3

5077US/0049 : 0024



# PROTOCARE

**ELLY R. LEE, MD**
Investigator
Protocare Trials Irvine Center for Clinical Research
16259 Laguna Canyon Road
Irvine, CA 92618
(949) 753-1663

&

Protocare Trials Irvine Center for Clinical Research
16263 Laguna Canyon Road, Suite 150
Irvine, CA 92618
(949) 753-1663

**EDUCATION:**

| | |
|---|---|
| 1976–1981 | Clinical Clerkships and Medical School<br>Institute of Medicine (I)<br>Burma<br>Degree: M.D. |
| 1973 –1976 | Pre-medical Training<br>Institute of Medicine (I)<br>Burma |

**INTERNSHIP:**

| | |
|---|---|
| 1981–1982 | Rotating Internship<br>Clinical Intern at the Departments of Medicine, Surgery,<br>Pediatrics, Obstetrics, and Gynecology<br>Rangoon General Hospital, Burma |

**RESIDENCY:**

| | |
|---|---|
| 1992–1993 | Psychiatric Chief Resident (PGY IV)<br>Nassau County Medical Center<br>State University of New York, Stonybrook<br>East Meadow, New York |
| 1989–1992 | Psychiatric Resident (PGY I-III)<br>Nassau County Medical Center<br>State University of New York, Stonybrook<br>New York, New York |
| 1988–1989 | Psychiatric Clinical Research Fellow<br>Albert Einstein College of Medicine / Montefiore Medical Center<br>Bronx, New York |

*Elly R. Lee, MD - Curriculum Vitae*
*Page 2*

**LICENSURE:**

California State Physician and Surgeon
License Number: A52179
Expiration Date: January 31, 2003

**CERTIFICATION:**

American Board of Psychiatry and Neurology: Board Eligible

**CURRENT POSITION:**

2000 – Present   Principal Investigator/Psychiatry
Protocare Trials Irvine Center For Clinical Research
Irvine, California

1999 – Present   Sub Investigator/Psychiatry
Protocare Trials Irvine Center for Clinical Research
Irvine, California

**PROFESSIONAL EXPERIENCE:**

1995 – 2000   Staff Psychiatrist
General Psychiatry (Outpatient)
Newport PsychCare Clinic
Newport Beach, California

1993 – 1996   Staff Psychiatrist
General Psychiatric Unit (In-patient)
Orange County Community Hospital
Buena Park, California

**TEACHING AND ADMINISTRATION:**

1992–1993   Member of Council of Chief Residents, Resident Selection
Committee, Utilization Review and Quality Assurance, Pertinence
Review Committees
Nassau County Medical Center, New York

1991–1992   Resident Representative of Hospitality Committee
Nassau County Medical Center, New York

1990–1993   Preceptor to junior residents and medical students
State University of New York
Stonybrook, New York

**CLINICAL RESEARCH EXPERIENCE:**

1.   XXXXX versus Placebo in the Treatment of Generalized Anxiety Disorder.
Principal Investigator

2.   XXXXX versus Placebo in Posttraumatic Stress Disorder.
Principal Investigator

3.   XXXXX versus Placebo in the Treatment of Major Depression. (a)
Principal Investigator

Revision Date 05/24/02 cw

*Elly R. Lee, MD - Curriculum Vitae*
*Page 3*

4.     XXXXX Versus Placebo in the Treatment of Major Depression.(b)
Principal Investigator

5.     XXXXX Versus Placebo and XXXXX in the Acute Treatment of Major Depression
Principal Investigator

6.     Efficacy Study of XXXXX in Patient With Panic Disorder
Subinvestigator

7.     Dose Finding Study in Patients With Major Depressive Disorder
Subinvestigator

8.     Monitor Long Term Safety of XXXXX in Major Depressive Disorder
Subinvestigator

9.     XXXXX Versus Placebo in Treatment of Major Depressive Disorder Resistant to XXXXX.
Principal Investigator

10.     Sustained Efficacy Study of XXXXX in Patients With Panic Disorder With or Without Agoraphobia.
Principal Investigator

11.     A Seven-Week, Multicenter Study to Examine Study Drug in Patients with Major Depressive Disorder Receiving XXXXX or XXXXX.
Principal Investigator

12.     Open Label XXXXX Rescue and Continuation Therapy
Principal Investigator

13.     Double Blind, Multicenter, Dose Finding Acute and Extension Study of XXXXX Versus XXXXX and Placebo in the Treatment of Outpatients with Major Depressive Disorder.
Principal Investigator

14.     Multicenter, 10 Week, Randomized, Double Blind, Placebo Controlled Flexible Dose, Outpatient Study of XXXXX in Children and Adolescents with Major Depressive Disorder
Principal Investigator

15.     Multicenter, 24-Week Open Label Extension Study of XXXXX in Children and Adolescent Outpatients Previously Diagnosed with Major Depressive Disorder.
Principal Investigator

16.     XXXXX Versus Placebo in Childhood/Adolescent Depression
Subinvestigator

17.     Double Blind, Placebo Controlled Comparative Efficacy Study of XXXXX and XXXXX in Producing Remission in Outpatients with Major Depressive Disorder.
Principal Investigator

18.     Double Blind, Placebo-Controlled Study of XXXXX in Children and Adolescents with Generalized Anxiety Disorder.
Sub-Investigator

19.     A Randomized, Open Label, Parallel Groups, Outpatient Study To Examine the Long Term Safety and Tolerability of XXXXX for the Acute Treatment of Migraine in Adolescents.

Revision Date 05/24/02 cw

*Elly R. Lee, MD - Curriculum Vitae*
*Page 4*

Sub-Investigator

20.   A Phase II Randomized, Multicenter, Placebo-And-Active Controlled Study of Oral XXXXX in Subjects With Major Depressive Disorder.
Principal Investigator

21.   Phase III Contraception Study of XXXXX Subcutaneous Injection in Women of Childbearing Potential in the Americas (Including a Bone Mineral Density Substudy Comparing the Effects of XXXXX) Also Including a Return of Ovulation Substudy.
Sub-Investigator

22.   A Double-Blind, Placebo Controlled, Parallel Group, Flexible-Dose Study of XXXXX Extended Release Capsules in Adult Outpatients with Panic Disorder
Principal Investigator

23.   A Multicenter, Randomized, Double-Blind, Placebo Controlled Parallel – Group Trial To Assess the Efficacy of Oral XXXXX 2.5mg in the Acute Treatment of Migraine During the Mild Intensity Phase of an Attack in Patients Highly Disabled by Migraine (MIDAS Grades III or IV)
Sub-Investigator

24.   Flexible Dose Comparison of the Safety and Efficacy of XXXXX and Placebo in the Treatment of Generalized Anxiety Disorder. # 3570
Principal Investigator

25.   A Randomized, Double-Blind, Placebo Controlled Parallel, Two-Week Efficacy and Safety of XXXXX in Subjects with Primary Insomnia. # 3703
Sub-Investigator

26.   A Long Term Extension Study to Evaluate the Safety of Oral XXXXX in Subjects with Major Depressive Disorder. # 2927x1
Principal Investigator

27.   A 12 Week Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel Group Study to Evaluate the Efficacy and Safety of Flexible Dosing of XXXXX at 500 to 1500 mg B.I.D. in the Treatment of Subjects With Painful Diabetic Neuropathy. #3612
Sub-Investigator

28.   A Phase III , Vehicle-Controlled Study of XXXXX XXXXX Applied 2 Times per Week for 1 Week for Each Recurrence of Herpes Genitalis Over 12 Months. # 3685
Sub-Investigator

29.   Efficacy and Safety of a Flexible Dose of XXXXX versus Placebo in the Treatment of Psychosis in Alzheimer's Disease (#3583)
Principal Investigator

30.   A Well Controlled Safety and Efficacy Study of XXXXX in Subjects with Mild to Moderate Alzheimer's Disease (#3261)
Principal Investigator

31.   A Randomized, Double-Blind, Placebo-Controlled, Crossover Study to Evaluate the Effects of XXXXX 200 mg q.d., XXXXX 200 mg b.i.d. and Placebo in Patients With Treated Hypertension. (#3676)
Sub-Investigator

32.   A Dose Ranging Study of XXXXX in Patients With Primary Hypercholesterolemia.

Revision Date 05/24/02 cw

*Elly R. Lee, MD - Curriculum Vitae*
*Page 5*

(# 3518)
Sub-Investigator

33. A 12-Week, Randomized, Parallel, Double-Blind, Placebo-Controlled, Multicenter Study of the Safety and Efficacy of 4 Doses of XXXXX in Patient With Type 2 Diabetes (#3576) Sub-Investigator

34. A Randomized, Double-Blind, Multicenter Study Comparing the Glycemic Control Characteristics of XXXXX and XXXXX in Hypertensive Patients with Type II Diabetes Mellitus. (#3535) Sub-Investigator

35. A Randomized, Double Blind, Placebo Controlled, Parallel Group Study to Evaluate the Safety and Impact on Quality of Life of 12 Weeks of XXXXX Therapy at Dosages of 200 and 300 mg Once Daily as Treatment for Adults With Excessive Sleepiness Associated with Shift Work Sleep Disorder, Followed by a 12-Month Open-Label Extension Period. (# 3643a1) Principal Investigator

36. A Double Blind, Placebo-Controlled, Parallel-Group Safety and Efficacy Study Evaluating Three Dose Regimens of XXXXX, A Selective Alpha-Adrenergic Antagonist, In The Treatment of Benign Prostatic Hyperplasia (#3750) Sub-Investigator

37. A Phase III, Double-Blind, Randomized, Placebo Controlled Study of XXXXX in Severely Obese Subjects. (#3696) Sub-Investigator

38. An Open-Label Extension Study of the Safety and Efficacy of XXXXX in Patients With Generalized Anxiety Disorder. (#3597) Principal Investigator

39. A Double-Blind, Randomized, Placebo-Controlled, 3-Month Clinical Trial of XXXXX and XXXXX in the Treatment of Post Traumatic Stress Disorder (#3536) Principal Investigator

40. A 13-Week, International, Multicenter, Randomized, Double-Blind, Double-Dummy, Placebo-Controlled, Parallel Group Trial Assessing the Safety and Efficacy of 2 Doses of XXXXX (200 mg and 400mg od) in Patients With Primary Knee Osteoarthritis, Using XXXXX (200 mg od) as a Comparator. (# 3753) Sub-Investigator

41. A Phase III, Double-Blind, Randomized, Parallel Study Evaluating the Efficacy and Safety of XXXXX (xxxxx HCl tablets) Sublingual (2 and 3 mg) In the Treatment of Male Erectile Dysfunction. (#3806) Sub-Investigator

42. A Randomized, Double-Blind, Placebo-Controlled Evaluation of the Safety and Efficacy of XXXXX in Subjects With Acute Migraine Attack. (#3844) Sub-Investigator

43. A Double-Blind, Placebo-Controlled, Parallel Group, Dose Response Study to Evaluate the Efficacy and Safety of XXXXX Versus Placebo in the Treatment of Pain Associated with Diabetic Peripheral Polyneuropathy.(#1711) Sub-Investigator

44. Double-Blind, Placebo-Controlled, Parallel Group, Dose Ranging Comparison of the Efficacy and Safety of Controlled Release XXXXX and Placebo in the Treatment of Osteoarthritis of the Knee and/or Hip (#3881) Sub-Investigator

Revision Date 05/24/02 cw

*Elly R. Lee, MD - Curriculum Vitae*
*Page 6*

45.     A Multicenter, Open-Label Study to Evaluate the Safety and Efficacy of XXXXX/XXXXX as an Oral Contraceptive (#2390) Sub-Investigator

46.     Double-Blind, Placebo-Controlled Study of Sustained Release XXXXXX in Subjects with Symptoms of Overactive Bladder of Urgency, Frequency, and Urinary Incontinence (#3641) Sub-Investigator

47.     A 6-Week, Double-Blind, Randomized, Multicenter, Fixed-Dose, Placebo-Controlled Study of XXXXX Dosed Once a Day in Patients With Generalized Anxiety Disorder (#3791) Principal Investigator

48.     Evaluation of Safety and Efficacy of XXXXX in the Treatment of Chronic Pain in Patients With Painful Diabetic Neuropathy (#3758) Sub-Investigator

49.     A Double-Blind, Randomized, Placebo-Controlled, 3-Month Clinical Trial of XXXXX and XXXXX in the Treatment of Post Traumatic Stress Disorder (#3635) Principal Investigator

50.     A Double-Blind, Multicenter, Randomized, Parallel Group, Phase III Study to Evaluate the Safety and Efficacy of XXXXX in Comparison to XXXXX in Patients with Non-Insulin Dependent Diabetes Mellitus (NIDDM) (#2867) Sub-Investigator

51.     A Double-Blind, Randomized, Placebo and Active Controlled, Parallel Group, Dose-Finding Study to Evaluate the Efficacy and Safety of Once Daily Dose Oral Administration of 5 mg, 10 mg, 25 mg and 50 mg of XXXXXX for 8 Weeks in Subjects With Mild to Moderate Essential Hypertension (# 3913) Sub-Investigator

52.     A Randomized, Double-Blind, Placebo-Controlled, Flexible Dosage Trial to Evaluate the Efficacy and Tolerability of XXXXX in Patients With Generalized Anxiety Disorder (GAD) (#3971) Principal Investigator

53.     A Phase III, Double-Blind, Randomized, Placebo Controlled Study of XXXXX in Overweight and Obese Subjects With a 12-month Open-Label Extension Phase. (#3696) Sub-Investigator

54.     A Multicenter, Double-Blind, Randomized, Placebo-Controlled, Parallel Group Study of the Continuation of Benefit of Two Dosages of XXXXX Complex for the Prophylactic Treatment of Migraine Headaches. (#2372x2) Sub-Investigator

55.     A Prospective, Multinational, Double-Blind, Randomized, Active Controlled Trial in Patients With Essential Hypertension to Compare the Effect of XXXXX 80 mg and 160 mg, With or Without the Addition of XXXXX, One Daily to That of XXXXX 5 and 10 mg once daily, With or Without the Addition of XXXXX, on Cardiovascular Morbidity and Mortality. (#2338) Sub-Investigator

56.     A Multicenter, Prospective, Randomized, Double-Blinded, Parallel Group Study Comparing the Effects of XXXXX (5/20 mg) to XXXXX (5mg) and XXXXX (20mg) on Systolic Blood Pressure and Pulse Pressure in Patients with Systolic Hypertension. (#3980) Sub-Investigator

57.     A Multi-Center, Double-Blind, Randomized, Placebo-Controlled Study to Evaluate the Lipid-Altering Efficacy, Safety and Tolerability of XXXXX When Added to Ongoing Therapy with an HMG-CoA Reductase Inhibitor in Patient With Primary Hypercholesterolemia, Known Heart Disease or Multiple Cardiovascular Risk Factors (#3452) Sub-Investigator

Revision Date 05/24/02 cw

*Elly R. Lee, MD - Curriculum Vitae*
*Page 7*

58.     A Double-Blind, Multicenter, Placebo- and Active- Controlled Acute and Extension Study of XXXXX in the Treatment of Major Depressive Disorder With Melancholic Features (#3925) Principal Investigator

59.     12 Week, Multinational, Multicenter, Controlled, Open, 1:1:1 Randomized, Parallel Clinical Trial to Assess Noninferiority Between Pre and Post-Meal Administration of XXXXX and Pre-Meal Regular Human Insulin in Subjects With Type 1 Diabetes Mellitus Receiving Insulin XXXXX as the Basal Insulin Therapy (# 3974) Sub-Investigator

60.     Clinical Protocol For  A Double-Blind, Randomized, Parallel Group Comparison Study of the Safety of XXXXX Vs XXXXX in Treated Hypertensive Patients With Osteoarthritis (# 3871) Sub-Investigator

61.     A Randomized, Double-Blind, Parallel Group, Placebo-Controlled Study of Evaluating Efficacy and Safety of Three Doses of XXXXX (5mg, 10mg, and 20mg) Versus Placebo in Patients With Major Depressive Disorder (# 3920) Principal Investigator

62.     A Randomized, Double-Blind, Comparator-Controlled Study of XXXXX Vs XXXXXX in the Treatment of Subjects With Type 2 (Non-Insulin Dependent) Diabetes Mellitus and Mild Cardiac Disease (NYHA1) (#4055) Sub-Investigator

63.     A Phase III, Open-Label Safety and Efficacy Study of XXXXX in Outpatients with ADHD, Ages 6 to 18 Years. (#2474) Principal Investigator

64.     A Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, Fixed-Dose, Multicenter Study of Weight-Reducing Effect and Safety of XXXXX in Obese Patients With Untreated Dyslipidemia (#3813) Sub-Investigator

65.     Systolic and Pulse Pressure Hemodynamic Improvement by Restoring Elasticity (#3783a1) Sub-Investigator

66.     A Phase II, Randomized, Double-Blind, Placebo-Controlled Dose Ranging Study to determine the Efficacy, Safety, Tolerability and Pharmacokinetic of XXXXX in Patients With Type 2 Diabetes Mellitus (# 3833) Sub-Investigator

67.     A Randomized, Double-Blind, Placebo-Controlled, Single-Attack, Parallel Group Evaluation of the Efficacy of XXXXXX 50 mg Tablets versus Placebo in the Treatment of Self-Described and/or Physician Diagnosed Sinus Headaches that Meet International Headache Society (IHS) Criteria for Migraine Headaches ( # 4147) Sub-Investigator

68.     Open-Label Extension Study of Sustained Release XXXXX in Subjects With Symptoms of Overactive Bladder (# 3641x1) Sub-Investigator

69.     A 52-Week, Open-Label, Multicenter Study of the Long-Term Safety and Efficacy of XXXXX 200 mg T.I.D. in Patients With Constipation-Predominant and Alternating-Type Irritable Bowel Syndrome (# 4159) Sub-Investigator

70.     A 16-Week, Randomized, Double-Blind, Placebo-Controlled, Flexible-Dose, Parallel Group, Multicenter Study With a Withdrawal Phase to Investigate the Safety and Efficacy of XXXXX 200 mg T.I.D. or 200 mg B.I.D. in Female Patients with Constipation-Predominant Irritable Bowel Syndrome (# 3633) Sub-Investigator

71.     Long-Term, Open-Label, Safety Study of XXXXX in Patients 6 Years and Older (# 3552) Principal Investigator

72.     Evaluation of Atherosclerotic Outcomes with XXXXXX Therapy (# 3832) Sub-Investigator

Revision Date 05/24/02 cw

*Elly R. Lee, MD - Curriculum Vitae*
*Page 8*

73.   A Multicenter, Double-Blind, Randomized, Placebo-and Active-Controlled, Parallel Study to Evaluate the Lipid Altering Efficacy and Safety of XXXXX in Patients with Metabolic Syndrome and Dyslipidemia. (#4011) Sub-Investigator

74.   Efficacy and Safety of XXXXX in Patient with Probable Alzheimer's Disease (#3822) Principal Investigator

75.   Efficacy and Safety of XXXXX in Patients with Mild Cognitive Impairment (#3823) Principal Investigator

76.   A Randomized, Double-Blind, Placebo-Controlled, Two-Year Parallel-Group Study to Evaluate the Efficacy and Safety of XXXXX in the Treatment and Modification of Progression of Benign Prostatic Hyperplasia, Followed by a Two-Year Open-Label Treatment Phase. (#2328) Subinvestigator

77.   A Phase III/IV Extension – A Phase III, Parallel, Randomized, Multicenter, Open-Label Clinical Study to Evaluate the Safety of XXXXX Extended Oral Contraceptive Therapy – 84-Day Active Cycle (#2745x1) Subinvestigator

78.   A Double-Blind, Placebo-Controlled, Parallel Group Design Dose-Ranging Study of Three Doses of XXXXX vs. Placebo for the Treatment of Sexual Dysfunction (Arousal Disorder) in Postmenopausal Women (# 4100) Principal Investigator

79.   A Double-Blind, Placebo-Controlled, Parallel Group Design Dose-Ranging Study of Three Doses of XXXXX vs. Placebo for the Treatment of Sexual Dysfunction (Hypoactive Disorder) in Postmenopausal Women (#4101) Principal Investigator

80.   A Multicenter, Eight-Week Treatment, Single Step Titration, Open-Label Study Assessing the Percentage of Patients Achieving Low Density Lipoprotein Cholesterol Target with XXXXX Starting Doses of 10 mg, 20 mg, 40 mg, and 80 mg.(# 4168) Sub-Investigator

81.   A Randomized, Double-Blind, Placebo-Controlled Study of the Efficacy and Safety of XXXXX Tablets in Patients with Primary Hypercholesterolemia (# 3713) Sub-Investigator

82.   A Double-Blind, Placebo-Controlled Study to Evaluate the Safety and Efficacy of XXXXX Versus Over-Encapsulated XXXXX in Subjects with Acute Migraine Attacks (#4293) Subinvestigator

83.   A Phase III, Multi-Center, Randomized, Double-Blind, Parallel Group Study of XXXXX 20 mg, XXXXX 40 mg and Placebo in Patients with Multiple Moderate or Severe Acute Migraine Headaches (# 3695) Subinvestigator

84.   A Randomized, Double-Blind, Dose Ranging, Placebo-Controlled Trial to Determine the Lipid-Lowering Efficacy and Safety of XXXXX Alone and in Combination with XXXXX in Subjects with Mixed Dyslipidemia (# 4204) Subinvestigator

85.   A Multi-Center, Eight-Week Treatment, Single Step Titration, Open-Label Study Assessing the Percentage of Patients Achieving Low Density Lipoprotein Cholesterol Target with XXXXX Starting Doses of 10mg, 20mg, 40mg and 80mg (#4168) Sub-Investigator

86.   A Double-Blind, Placebo-Controlled Study to Evaluate the Safety and Efficacy of XXXXX Versus Over-Encapsulated XXXXX in Subjects with Acute Migraine Headaches (#4293) Sub-Investigator

Revision Date 05/24/02 cw

**Elly R. Lee, MD - Curriculum Vitae**
**Page 9**

87.　A Phase III, Randomized, Multicenter, Clinical Trial to Evaluate the Efficacy and Safety of Combination Oral Contraceptive Regimens Utilizing Ethinyl Estradiol During the Pill-Free Interval for Prevention of Pregnancy in Women. (#4330) Sub-Investigator

88.　A Multicenter, Double-Blind, Randomized, Placebo-Controlled Study to Evaluate the Safety of the Hormone Replacement Therapy Combination Drug Product XXXXX in Postmenopausal Women with Concomitant Disease and Medication Known to Potentiate the Risk of Hyperkalemia. (#4300) Sub-Investigator

<u>2002</u>

89.　A Randomized, Double-Blind, Multi-Center Study to Assess the Safety of Long-Term Administration of Two Dose Levels of XXXXX in Patients with Primary Insomnia. (#3930) Sub-Investigator

90.　A Randomized, Double-Blind, Multi-Center, Fixed-Dose, Cross-Over Study to Investigate the Efficacy and Safety of 20mg of XXXXX Given on Demand in Comparison to 100mg of XXXXX Given on Demand in Males with Erectile Dysfunction and a Diagnosis of Diabetes Mellitus  and/or Hypertension and/or Hyperlipidemia. (#3521) Sub-Investigator

91.　An Open Label Study of Topical XXXXX 0.01% Gel Applied 2 Times per Week for 3 Weeks for Each Recurrence of Herpes Genitalis over 52 Weeks. (#4347) Sub-I

92.　Randomized, Double-Blind, Parallel Groups, Multicenter Study to Compare the Efficacy and Safety of Monthly Oral Administration of 100mg and 150mg XXXXX with 2.5 mg Daily Oral XXXXX in Postmenopausal Osteoporosis. (#4267) Sub-I

93.　Randomized, Double-Blind, Parallel Groups, Multicenter Study to Compare the Efficacy and Safety of Two IV XXXXX Dose Regimens (2mg q 2 mo., 3mg q 3mo.) with 2.5mg Daily Oral XXXXX in Postmenopausal Osteoporosis. (#4266) Sub-I

94.　A Multicenter, Double-Blind, Randomized, Parallel Group, 28-Week Study to Evaluate the Efficacy and Safety of XXXXX and XXXXX Co-Administration Versus XXXXX in Patients with Hypercholesterolemia. (#4223) Sub-I

95.　An Open-Label Extension of Study DEX-MD-02A to Investigate the Long-Term Safety and Efficacy of XXXXX 200mg T.I.D. in Female Patients with Constipation-Predominant Irritable Bowel Syndrome. (#3663x1) Sub-I

96.　A Multinational, Randomized, Double-Blind, Parallel Group, Placebo Controlled 24 Week Study to Evaluate the Efficacy and Safety of Transdermal Testosterone (300 μg/day) in Women with Hypoactive Sexual Desire Disorder on Concurrent Estrogen Replacement Therapy Who Have Undergone Hysterectomy and Bilateral Oophorectomy. (#1727) Sub-I

97.　A Multinational, Randomized, Double-Blind, Parallel Group, Placebo-Controlled 24-Week Study to Evaluate the Efficacy and Safety of Transdermal Testosterone (300μg/day) in Naturally Menopausal Women with Hypoactive Sexual Desire Disorder on Concurrent Oral Hormone Replacement Therapy. (#4337) Sub-I

98.　A Double-Blind, Placebo-Controlled, Parallel Group Study to Evaluate Two Dose Levels (5mg and 20mg) of XXXXX Nasal Spray in the Acute Treatment of a Single Migraine Attack in Adolescent Migraineurs (12-17 Years of Age). (#4452) Sub-I

99.　A Randomized, Double-Blind, Placebo-Controlled Study Evaluating Acetaminophen Extended Release (1950 mg/day and 3900 mg/day) in the Treatment of Osteoarthritis of the Hip or Knee. (#3993) Sub-I

Revision Date 05/24/02 cw

***Elly R. Lee, MD - Curriculum Vitae***
***Page 10***

100.   A Randomized, Double-Blind, Placebo-Controlled, Efficacy and Safety Study of XXXXX Including 3-Months of Initial Drug Dosing, a 9-Month Off-Drug Treatment Period, and a 3-Month Re-Exposure Followed by a 3-Month Crossover in Overweight and Obese Subjects. (#4456) Sub-I

5077US/0049 : 0024

 

**The Medical Board of California**
1426 Howe Avenue, Suite 54
Sacramento, California  95825-3236

*PHYSICIAN AND SURGEON*

CERTIFICATE NO.   A52179                    EXPIRATION   01/31/2003

ELLY R. LEE
16259 LAGUNA CANYON RD
IRVINE CA 92618

ORIGINAL
ISSUANCE DATE                              RECEIPT NO.
07/30/1993                                 01100077

3/9/01

5077US/0049 :0025

| Study Code | 5077US/0049 |
|---|---|
| Country | USA |
| Centre No. | 0025 |

## Curriculum Vitae

Please complete this form in English

| **First and family name** | Leon Rubenfaer, MD |
|---|---|
| **Present position** | Principal Investigator/Medical Director |
| **Address**<br>(Full office address incl. postal/zip code) | 33497 23 Mile Rd, Suite #110<br>New Baltimore, MI  48047 |

**Medical education**

| | |
|---|---|
| Name of school | Wayne State University-College of Medicine |
| City, Country | Detroit, MI |
| Duration of education | 4    year(s),       month(s) |
| Degree attained | MD |
| Education completed in year | 1966 |

| **Physician's reference/license number (if applicable)** | 4301027683<br>Physician License # for State of Michigan |
|---|---|

**Postgraduate training**

| | |
|---|---|
| Type of training | Rotating  Internship |
| Name of institution | Sinai Hospital of Detroit |
| City, Country | Detroit, MI-US |
| Duration of training | 1    year(s),       month(s) |
| Degree attained | |
| Training completed in year | 1967 |

| | |
|---|---|
| Type of training | Psychiatric Residency |
| Name of institution | Sinai Hospital of Detroit |
| City, Country | Detroit, MI-US |
| Duration of training | 3    year(s),       month(s) |
| Degree attained | |
| Training completed in year | 1970 |

| | |
|---|---|
| Type of training | |
| Name of institution | |
| City, Country | |
| Duration of training | year(s),       month(s) |
| Degree attained | |
| Training completed in year | |

Curriculum Vitae
Study Code 5077US/0049

**Publications**
(number of written publications in
relevant area(s) of research)

**Experience of clinical research**          12 studies sponsored by the pharmaceutical industry
(number of clinical studies sponsored
by the pharmaceutical industry to
which the individual has contributed)

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of
the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data
protection laws may not exist or be as developed as in the European Economic Area.

**Signature**                                            **Date of signature**  2/ 10/ 03

2(2)

349