5077US/0049 : 0026

*Curriculum Vitae*

| | |
|---|---|
| *Full Name:* | David M. Marks, M.D. |
| *Credentials:* | Board-Certified in Psychiatry |
| *Position Title:* | Medical Director/C.E.O. |
| *Address:* | Optimum Health Services |
| | 7200 Parkway Drive, Suite 116 |
| | La Mesa, CA 91942 |
| *Telephone Number:* | 619-667-4567 |
| *Cellular Number:* | REDACTED |
| *Facsimile Number:* | 619-667-4568 |

**Education:**

| Institution & Location | Degree | Year Conferred | Field of Study |
|---|---|---|---|
| University of California at San Diego San Diego, CA | Fellowship | 1999 - 2000 | Consultation and Liaison Psychiatry |
| Medical College of Pennsylvania / Clinical Neuroscience Research Unit Philadelphia, PA | Senior Resident | 1998 - 1999 | Psychiatry |
| University of California at San Diego San Diego, CA | Resident | 1995 - 1998 | Psychiatry |
| University of Texas Medical Branch Galveston, TX | M.D. | 1995 | |
| Rice University Houston, TX | B.A. | 1991 | Psychology |

**Research and Professional Experience:**

| Position | Institution/Employer & Location | Dates of Employment |
|---|---|---|
| Medical Director/C.E.O. | Optimum Health Services, La Mesa, CA | 10/00 - Present |
| Assistant Medical Director | Behavioral & Medical Research, LLC San Diego, CA | 04/00 - 01/02 |
| Secretary/Treasurer of Medical Executive Committee | Alvarado Parkway Institute La Mesa, CA | 12/01 - Present |
| Clinical Director of Intensive-Care Unit North | Alvarado Parkway Institute La Mesa, CA | 10/01 - Present |
| Associate Medical Director | Integrated Insights San Diego, CA | 10/00 - Present |
| Clinical Instructor | UCSD Department of Psychiatry San Diego, CA | 07/99 - Present |
| Clinical Director of Research | Alvarado Parkway Institute La Mesa, CA | 01/01 - 10/01 |
| Medical Director | Isis Center Short-term Residential Treatment Program San Diego, CA | 08/99 - 04/00 |
| Director of Clinical Education | Integra Managed Behavioral Health Care Organization San Diego, CA | 09/98 - 06/99 |
| Staff Psychiatrist | Charter Fairmount Institute Philadelphia, PA | 09/98 - 06/99 |

---

David M. Marks, M.D.                                                    Curriculum Vitae: July 26, 2002

| Staff Psychiatrist | California Psychiatric Coverage San Diego, CA | 10/97 - 07/98 |
| Staff Psychiatrist (volunteer position) | St. Vincent De Paul Village San Diego, CA | 12/97 - 06/98 |
| Instructor | Psychopathology UCSD Medical School San Diego, CA | 01/97 - 05/97 |
| Instructor | DSM-IV for the Novice Practitioner UCSD Extension San Diego, CA | 04/96 |
| Instructor | Introduction to Patient Evaluation UTMB Medical School Galveston, TX | 09/94 - 05/95 |
| Research Assistant | Psychiatric Epidemiology Laboratory, UTMB Galveston, TX | 05/91 - 08/91 |
| Research Assistant | National Institutes of Health Student Research Forum, UTMB Galveston, TX | 05/92 - 08/92 |

*Honors and Awards:*
Fellowship to Explore Complementary Medicine, 1999
Journal of Clinical Psychiatry Resident Advisory Board, 1998
Commendation for Teaching, UCSD Department of Psychiatry, 1997
UTMB Clinical Pathology Conference Award, 1993; first place out of 200 medical students
National Merit Scholar, Rice University

*Publications:*
Marks, D.M. and Zisook, S., "Mood Disorders" in Psychiatry: Pearls of Wisdom, Boston Medical
    Publishing Corporation, 1999.

*Clinical Trials Experience:*

*Principal Investigator on trials*

A 6-Week, Double-Blind, Randomized, Fixed-Dose, Parallel-Group study of the Efficacy and Safety of
Three Dose Levels of SM-13496 Compared to Placebo and Haloperidaol in Patients with Schizophrenia
Who are Experiencing an Acute Exacerbation of Symptoms: Sumitomo Pharmaceuticals America, Ltd.

A Randomized, Open-Label, Dose-Blinded, Multicenter, 6-Month Study of Safety and Tolerability of 3
Dose Levels of SM-13496 in Patients with Schizophrenia: Sumitomo Pharmaceuticals America Ltd.

A Phase III, Three Week, Multicenter, Randomized, Double-Blind, Placebo Controlled, Parallel-Group
Safety and Efficacy Study of Extended-Release Carbamazepine in the Treatment of Bipolar I Disorder:
Shire Pharmaceutical Development Inc.

Nalfemene in the Treatment of Pathological Gambling. A Placebo-Controlled Dose-Response Study: Oy
Contral Pharma Ltd.

*Subinvestigator on trials*

A Double-Blind, Randomized, Fixed-Dose, Placebo-Controlled, Parallel-Group, Six-Week Efficacy, Safety,
and Tolerability Study of Two Dose Levels of SM-13496 in Patients with Schizophrenia by DSM-IV

---

David M. Marks, M.D.                          Curriculum Vitae: July 26, 2002

Criteria who are Experiencing an Acute Exacerbation of Symptoms:  Sumitomo Pharmaceuticals America Ltd.

Duloxetine vs. Placebo and Paroxetine in the Acute Treatment of Major Depression:  Eli Lilly and Company.

Safety and Efficacy of Depakote as Combination Therapy in the Treatment of Psychosis Associated with Schizophrenia:  Abbott.

A Randomized, Double-Blind, Placebo- and Risperidone-Controlled, Multicenter Study to Evaluate the Efficacy and Safety of Two Nonoverlapping Dose Ranges of Iloperidone Given b.i.d. for 42 Days to Schizophrenic Patients Followed by a Long-Term Treatment Phase with Iloperidone Given q.d.:  Novartis Pharmaceuticals.

An Open-Label Randomized Assessment of The Efficacy and Tolerability of Venlafaxine Extended Release in Serotonin-Selective Reuptake Inhibitor (SSRI)-Failure Patients with Major Depression:  Wyeth-Ayerst.

Fixed Dose Comparison of the Safety and Efficacy of LU 26-054, Citalopram, and Placebo in the Treatment of Major Depressive Disorder: Forest Laboratories.

An Open-Label Study of the Safety, Tolerability, and Efficacy of Up to 90 mg Buspirone HydrochlorideExtended Release in Patients with Generalized Anxiety Disorder: Biovail.

A Double-Blind, Placebo-Controlled, Fixed-Dose Study of Paroxetine CR  Continuous Treatment (12.5mg and 25mg/day) for Premenstrual Dysphoric Disorder"  Issue Date:27 August 1999; Modification No. 1:6 September 1999:  Smith Kline Beecham.

A Phase III Randomized, Double-Blind Comparison of Placebo and Tomoxetine Hydrocholoride in Adult Outpatients with DSM-IV Attention-Deficit/Hyperactivity Disorder: Eli Lilly and Company.

A  Long-Term, Open-Label Safety Study of Tomoxetine Hydrochloride in Adult Outpatients with DSM-IV Attention-Deficit/Hyperactivity Disorder: Eli Lilly and Company.

A Phase III Open-Label Safety and Efficacy Study of Tomoxetine Hydrochloride in Outpatients with ADHD, Ages 6 to 18 years: Eli Lilly and Company.

A Seven Week, Multi-Center Study to Examine Norepinephrine Transporter Inhibition in Patients with Major Depressive Disorder Receiving Paroxetine or Desipramine: Smith Kline Beecham.

Flexible Dose Comparison of the Safety and Efficacy of Lu 26-054 and Placebo in the Treatment of Generalized Anxiety Disorder: Forest Laboratories.

A Double-Blind, Placebo and Paroxetine Controlled, Multi-Center, Dose Ranging Study Evaluating the Efficacy and Safety of SR142801in Outpatients with Major Depressive Disorder: Sanofi.

A Phase 4, Multicenter, 6-Week, Double-Blind, Randomized, Placebo-Controlled, Parallel-Group Study to Evaluate the   Safety and Efficacy of PROVIGIL™ (Modafinil) at Individually Titrated Doses of 100, 200, 300, or 400 mg/day as Adjunctive Therapy in Patients With Major Depressive Disorder Who Have Demonstrated a Partial Response to Antidepressant Therapy for a Current Major Depressive Episode: Cephalon.

Evaluation of the Safety and Efficacy of Lu26-054 in the Prevention of Depression Recurrence: Forest Laboratories.

---

David M. Marks, M.D.                                      Curriculum Vitae: July 26, 2002

The Efficacy and Safety of Single Dosage Ranges of Risperidone vs. Placebo in the Treatment of Manic Episodes Associated with Bipolar I Disorder: Janssen Research Foundation.

A Nine-Week, Open-Label, Multi-Center, Safety Study of Single Dosage Ranges of Risperidone in the Treatment of Manic Episodes Associated with Bipolar I Disorder: Janssen Research Foundation.

A Phase 3 Open-Label Safety and Efficacy Study of Tomoxetine Hydrochloride in Pediatric Outpatients (6 to 18 Years) with ADHD: Eli Lilly and Company.

A Phase III Multi-Center Randomized Comparison of TAK-637 Versus Placebo in the Treatment of Subjects with Major Depressive Disorder: Tap Holdings, Inc.

A Double-Blind, Multicenter, Randomized, Placebo-Controlled, Parallel Group Study of Efficacy and Safety of ORG 33062 ER and Paroxetine in Subjects who suffer from Major Depressive Disorder with Atypical Features: Organon.

A Double-Blind, Multi-Center Extension Trial in Subjects who suffer from Major Depressive Disorder with Atypical Features who Participated in the Placebo-and Paroxetine-Controlled Study of ORG 33062 ER: Organon.

Placebo-Controlled Olanzapine Monotherapy in the Treatment of Bipolar I Depression: Eli Lilly and Company.

A Phase IIB Seven-Week Double-Blind, Placebo- and Paroxetine-Controlled Multicenter Study to Evaluate the Safety and Efficacy of Oral CP-122,721 in Outpatients with Major Depressive Disorder and Associated Somatic Symptoms: Pfizer.

A Multicenter, Double-blind, Randomized Comparision of the Efficacy and Safety of Sustained-Release Formulation Quetiapine Fumurate (Seroquel TM) and Placebo in the Treatment of Patients with Schizophrenia: Astra Zeneca.

A Randomized, Double-Blind, Placebo-Controlled Trial to Evaluate the Efficacy and Safety of Galantamine in Subjects with Mild Cognitive Impairment (MCI) Clinically at Risk for Development of Probable Alzheimer's Disease: Janssen Research Foundation.

A Double-blind, Placebo and Paroxetine Controlled, Multicenter, Dose Ranging Study Evaluating the Efficacy and Safety of SR142801 in Outpatients with Major Depressive Disorder.

Evaluation of the Safety and Efficacy of Escitalopram in the Prevention of Depression Recurrence Protocol SCTMD-11 Fixed Dose Continuation Study of Escitalopram in the Treatment of Depressed Nonresponders: Forest Laboratories.

Placebo-Controlled Olanzapine Monotherapy in the Treatment of Bipolar I Depression:  Eli Lilly and Company.

The Assessment of Sibutramine for the Treatment of Olanzapine-Associated Weight Gain in Subjects with Schizophrenia, Schizophreniform Disorder, Schizoaffective Disorder, and Bipolar I Disorder: Eli Lilly and Company.

A Double Blind, Placebo-controlled, Parallel-group, Flexible-dose Study of Venlafaxine ER in Adolescent Outpatients with Social Anxiety Disorder: Wyeth-Ayerst.

A four-week double-blind, placebo and active controlled, dose-ranging study of SL 65.1498-00, 3 doses (5,15, and 50 mg QD) and lorazepam (3mg QD) in outpatients with Generalized Anxiety Disorder (GAD): Sanofi-Synthelabo.

---

David M. Marks, M.D.                                        Curriculum Vitae: July 26, 2002

A Randomized, Double-blind, Placebo-Controlled Evaluation of the Safety and Efficacy of Memantine in Patients with Mild to Moderate Dementia of the Alzheimer's Type:  Forest Laboratories.

A Multicenter, Randomized, Double-blind, Parallel Group, Multiple Dose Comparison Study of Valdecoxib 20mg, Valdecoxib 40mg, Sumatriptan 50mg and Placebo in Patients with Moderate or Severe Acute Migraine Headache.  Pharmacia.

A Phase II, Randomized, Double-Blind, Palcebo-Controlled, Dose-Ranging Study of Fixed-Doses of Oral OPC-14523 and Prozac in the Treatment of Outpatients with Moderate Depression:  Otsuka.

Multi-Center, Randomized, Double-Blind, Fluoxetine and Placebo-Controlled Study of the Efficacy and Safety of Remeron Soltab (Mirtazapine) Orally Disintegrating Tablets in Subjects with Major Depressive Disorder:  Organon.

Topiramate Versus Placebo as Add-On Treatment of Subjects with Bipolar Disorder in the Outpatient Setting:  Ortho-McNeil Pharmaceutical, Inc.

A Double-blind, Parallel-Group, Multicenter, Fixed-dose  Study to Evaluate the Safety and Efficacy of Three Doses of INN 00835 in Subjects Diagnosed with Major Depressive Disorder.  Innapharma, Inc.

A Phase IIB, Seven Week, Double-Blind, Placebo- and Paroxetine-Controlled Multicenter Study to Evaluate the Safety and Efficacy of Oral CP-122,721 in Outpatients with Major Depressive Disorder and Associated Somatic Symptoms: Pfizer, Inc.

An Open-Label Pilot Study of Modafinil in Patients with Schizophrenia:  Cephalon, Inc.

A Randomized,  Open-Label, Rater-Blinded Assessment of Optimal Treatment Change Strategy to Risperdone for Patients Intolerant of Olanzapine (Risperdal rescue study): Janssen Pharmaceutica.

A Double-Blind, Placebo-controlled, Multicenter Study of the Long-Term Efficacy of MK-0869 in the Maintenance of Antidepressant Effect in Geriatric Outpatients with Major Depressive Disorder: Merck and Company.

David M. Marks, M.D.                                   Curriculum Vitae:  July 26, 2002

5077US/0049 : 0027

# Gregory Warren Mattingly, M.D.
## CURRICULUM VITAE

### PERSONAL DATA

| | |
|---|---|
| Birth date: | September 24, 1963 |
| Wife: | REDACTED |
| Children: | |
| Work Address: | 330 First Capitol Drive<br>Suite 390<br>St. Charles, MO  63301-2847 |
| Work Phone: | (636) 949-3894 or (636) 949-5760 |
| Work Fax: | (636) 949-0729 |
| Email: | REDACTED |

*Greg Mattingly MD*
*9/19/02*

### EDUCATION

| | |
|---|---|
| 1981-1985 | University of Missouri-Rolla; B.S. in Chemical Engineering |
| 1985-1989 | Washington University School of Medicine, St. Louis, Missouri ; M.D. |
| 1989-1993 | Resident, Department of Psychiatry Washington University School of Medicine |

### ACADEMIC DISTINCTIONS

| | |
|---|---|
| 1981-1985 | National Merit Scholarship |
| | President's Scholar, University of Missouri-Rolla |
| 1982-1985 | Alpha Chi Sigma Honorary Chemistry Society President, 1984-1985 |
| 1985 | Summa Cum Laude, B.S. Chemical Engineering |

| 1986-1989 | Fulbright Scholarship |
| 1991 | Academy of Child and Adolescent Psychiatry National Leadership Award, Charter Fellowship |
| 1992 | Upjohn Neuropsychiatry Research Award |
| 1993 | Southern Psychiatric Association Research Award |

## ACADEMIC APPOINTMENTS

| 1992-present | Journal of Neuropsychiatry and Clinical Neurosciences Reviewer |
| 1993-present | Clinical Faculty, Department of Psychiatry Washington University School of Medicine |
| 1995-present | Psychopharmacology Instructor Washington University School of Medicine |

## ADMINISTRATIVE APPOINTMENTS

| 1998-2000 | Medical Director, Adolescent Services, St. Joseph Health Center |
| 1998-2000 | Regional Director, Adolescent Behavioral Medicine SSM Health Care |
| 1998-present | Medical Director Hobart and Associates EAP |
| 1998-present | Medical Review Board, Blue Cross Blue Shield of Missouri |
| 2000-present | Medical Review Board, Health Link Insurance Corporation |
| 2001-present | Medical Director Adult Behavioral Medicine St. Joseph Health Center |
| 2001-present | SSM Health Care Managed Care Contract Board |
| 2002-present | Chairman, Department of Psychiatry St. Joseph Health Center |

## BOARD CERTIFICATIONS

| 1990 | Diplomate, National Board of Medical Examiners |

| | |
|---|---|
| 1996 | Board Certified<br>American Board of Psychiatry and Neurology |
| 1997 | Board Certified<br>American Academy of Adolescent Psychiatry |

## PROFESSIONAL LICENSURE

| | |
|---|---|
| 1989 | Missouri Medical License, #MD102964 |

## HOSPITAL AFFILIATIONS

Barnes Hospital; St. Louis, MO
St. John's Mercy Hospital; Creve Coeur, MO
St. Joseph Health Center; St. Charles, MO

## PUBLICATIONS

1. Mattingly GW, Figiel GS, Jarvis MR, Zorumski CF. Prospective uses of ECT in the presence of intracranial tumors. J. Neuropsychiatry Clin Neurosciences, 3:459-463, 1991.

2. Figiel GS, Mattingly GW, Zorumski CF. Simultaneous major depression and panic disorder: treatment with electroconvulsive therapy. J. Clin Psychiatry, 53:12-15, 1992.

3. Mattingly GW, Baker K, Figiel GS, Zorumski CF. Multiple Sclerosis and ECT: the potential predictive value of gadolinium enhanced magnetic resonance scans. J. Neuropsychiatry Clin Neurosciences, 4:48-53, 1992.

4. Figiel GS, Mattingly GW. The safety and efficacy of cardiac modified ECT in depressed elderly patients. Convulsive Therapy, 8:72-73, 1992.

5. Figiel GS, Mattingly GW, Zorumski CF. ECT and delirium in Parkinson's disease. J. Neuropsychiatry Clin Neurosciences, 4:231-232, 1992.

6. Martin M, Figiel GS, Mattingly GW, Zorumski CF, Jarvis MR. ECT-induced interictal delirium in patients with a history of CVA. J. Geriatric Psychiatry and Neurology, 5:149-155, 1992.

7. Figiel GS, Zorumski CF, Mattingly GW. Combined use of Labetalol and Nifedipine in controlling cardiovascular response from ECT. J. Geriatric Psychiatry and Neurology, 6:20-24, 1993.

## PRESENTATIONS

Cardiac Modified ECT for Geriatric Depression; Academy of Biological Psychiatry.  Washington, C.C., 1992.

ECT and Neurological Illness:  A Comprehensive Review; Southern Psychiatric Association, Hot Springs, VA, 1992.

Psychiatric Patients and Chronic Fatigue Syndrome.  Is There an Overlap?  American Psychiatric Association, San Francisco, CA, 1992.

The Interface between PTSD and Borderline Personality Disorder;  American Psychiatric Association, San Francisco, CA, 1993.

Neurophysiology of Sleep Disorders; Grand Rounds, Farmington Regional Hospital, Farmington, MO, 1998.

Child and Adolescent Anxiety Disorders; Grand Rounds, St. Luke's Hospital, Town and Country, MO, 1998.

Pediatric Depression; Grand Rounds, St. John's Mercy Health Center, Creve Coeur, MO, 2000.

## CLINICAL TRIALS EXPERIENCE

Washington University, Malcolm Bliss Mental Health Center Research Ward-Clinical Rater for 4 Different Double Blind, Placebo Controlled Antipsychotic Trials (1992-1993).

X-Company-An Open-Label, Multi-Center Study to Assess Tolerability, Efficacy and Quality of Life Associated with the Use of Compound A in Children with Attention Deficit Hyperactivity Disorder (ADHD) in a Community Practice Setting, Principal Investigator (2001).

X-Company-A Double-Blind, Randomized, Parallel-Group, Placebo-Controlled Study to Investigate the Safety and Efficacy of Compound A for the Prevention of an Affective Episode in Subjects with Bipolar 1 Disorder, Principal Investigator (2001).

X-Company-A Double Blind, Randomized, Parallel-Group, Placebo-Controlled Study to Investigate the Safety and Efficacy of Compound A for the Treatment of Acute Episodes of Major Depressive disorder, Subinvestigator (2001).

X-Company-A Randomized Open-Label, Parallel-Group, Multi-Center
Study to Assess the Efficacy, Cardiac Safety and Side Effect Profile of
Two Different Antipsychotics in the Treatment of Schizoprenia and
Schizoaffective Disorder, Principal Investigator (2002).

X-Company-A Phase 1 Double Blind, Randomized, Multi-Center
Inpatient Study of the Relative Bioavailability and Tolerability of a Slow-
Release Formulation and a Medium-Release Formulation of Compound A
in Patients with Schizophrenia or Schizoaffective Disorder, Principal
Investigator (2002).

X-Company-A Double Blind Placebo Controlled Multi-Center Study to
Evaluate the Efficacy and Tolerability of Compound A for Child and
Adolescent Depression, Principal Investigator (2002).

5077US/0049:0027



GREGORY W MATTINGLY, M.D.
ST. CHARLES PSYCHIATRIC ASSOCIATES
330 FIRST CAPITOL DRIVE, SUITE 390
ST CHARLES  MO  63301
USA





5077US/0049-0028

# CURRICULUM VITAE

## Charles H. Merideth, M.D.

**Affiliated Research Institute**
8989 Rio San Diego Drive, Suite 350
San Diego, CA  92108
Phone:  (619) 688-6565
Fax:      (619) 688-6569

## PROFESSIONAL LICENSURE:

California Medical License #C32377
DEA # AM4425802

## BOARD CERTIFICATION:

10/1972   American Board of Psychiatry and Neurology

## EDUCATION:

1960        DePauw University, Greencastle, Indiana
            Rector Scholarship, B.A. Summa Cum Laude

1961        Fullbright Scholarship, Anthropology
            Tuebingen University, Tuebingen, Germany

1965        Washington University School of Medicine, St. Louis, Missouri
            Jackson–Jackson Fellowship, M.D.

## INTERNSHIPS AND RESIDENCIES:

1965–1966      Straight Medicine Internship, Michael Reese Hospital
                  Chicago, Illinois

1966–1969      Psychiatry Residency, Barnes Hospital
                  Washington University School of Medicine, St. Louis, Missouri

1

March, 2002

Charles H. Merideth, M.D.

## EXPERIENCE:

| | |
|---|---|
| 1994–Present | Medical Director, Affiliated Research Institute<br>San Diego, California |
| 1992–1993 | Medical Director, Sunrise Recovery<br>San Diego, California |
| 1990–Present | Private Practice, Charles H. Merideth, M.D., Inc. |
| 1971–1990 | Private Practice, Psychiatric Centers at San Diego<br>San Diego, California |
| 1985–1989 | Director of Research, Alvarado Parkway Institute<br>San Diego, California |
| 1976–1985 | Medical Director, Psychiatric Unit, Villa View Community Hospital, San Diego,<br>California |
| 1978–1979 | Chief of Staff, Villa View Community Hospital<br>San Diego, California |
| 1970–1971 | Consultant, Child Guidance Center, Savannah, Georgia |
| 1969–1971 | Consultant, Alcoholism Clinic, Savannah, Georgia |
| 1969–1971 | Chief, Mental Hygiene Consultation, Service,<br>U.S. Army Hospital, Fort Stewart, Georgia |
| 1969–1971 | Military Service, U.S. Army, Major, Medical Corps |
| 1969 | Chief, Consultation Service, Malcolm Bliss Mental Health Center, St. Louis,<br>Missouri |
| 1969 | Ward Supervisor, Malcolm Bliss Mental Health Center, St. Louis, Missouri |

## APPOINTMENTS:

| | |
|---|---|
| 2002 | Staff Psychiatrist, Paradise Valley Hospital<br>2400 E. 4th Street<br>National City, CA  91950 |

March, 2002

2

Charles H. Merideth, M.D.

## APPOINTMENTS (CONTINUED):

| | |
|---|---|
| 2001 | Staff Psychiatrist, Bay View Hospital<br>330 Moss Street<br>Chula Vista, CA 91911 |
| 2000 | Clinical Professor of Psychiatry, Loma Linda University, Loma Linda, California |
| 1971–1978 | Assistant Clinical Professor of Psychiatry, University of California, San Diego, California |

## PUBLICATIONS:

Ascher J, Barnett S, Batey S, Ketter T, Merideth CH, Londborg P, West S: Safety and Tolerability of Lamotrigine in Controlled Mood Disorder Trials. Presented at APA in New Orleans 2001.

Merideth, CH: Divalproex Sodium vs. Olanzapine for the treatment of mania in bipolar disorder: Effects on body weight change and related outcomes, 2000

Michael E. Thase, and et al.: Mirtazapine versus Sertraline after SSRI Non-Response. Evaluation of the efficacy and safety of 8 weeks treatment with either Mirtazapine or Sertraline in patients with major depression who had failed to respond to Fluoxetine, Paroxetine, or Citalpram, 2000

Merideth CH, Mahmoud RA, Engdlhart LM, Ramirez L, and the Risperidone Outcome Study & Effectiveness (ROSE) Group: Clinical and quality of life superiority of Risperidone over conventional antipsychotics under usual care conditions: a prospective randomized trial in schizophrenia and schizoaffective disorder, APA, 1998

Ferguson F, Cunningham L, Merideth CH, Apter J, Feighner JP, Ionescu-Pioggia M, Samara B, Johnston JA, Ascher J: Bupropion in Tricyclic Antidepressant Nonresponders with Unipolar Major Depressive Disorder, Annals of Clinical Psychiatry, 6(3), 153–160, 1994

Feighner JP, Boyer WF, Merideth CH, Hendrickson GG: A blind comparison of fluoxetine, imipramine and placebo in outpatients with major depression. International Clinical Psychopharmacology, 4, 127–134, 1989.

Feighner JP, Boyer WF, Merideth CH, Hendrickson GG: An overview of fluoxetine in geriatric depression. Brit J Psychiatry 153 (Supp 3), 105–108, 1988

March, 2002

3

Charles H. Merideth, M.D.

## PUBLICATIONS (CONTINUED):

Feighner JP, Frost NR, Merideth CH, Hendrickson GG, Jacobs RS: A comparative trial of fluoxetine and amitriptyline in outpatients with major depressive disorder. J Clin Psychiatry 46,9.369-372, 1985

Merideth CH, Feighner JP, Hendrickson GG: A blind comparative evaluation of the efficacy and safety of nomifensine, imipramine, and placebo in depressed geriatric outpatients. J Clin Psychiatry 45(4,Pt.2): 73-77, 1984

Feighner JP, Merideth CH, Stern W, Hendrickson GG, Miller LM: A blind study of buproprion and placebo in depression. Am J Psychiatry 141:525-529, 1984

Feighner JP, Merideth CH, Claghorn JL: Multi-center, placebo-controlled evaluation of nomifensive treatment in depressed outpatients. J Clin Psychiatry 45 (4, Pt.2) 47-51, 1984

Merideth CH, Feighner JP: A blind, controlled evaluation of zimelidine, imipramine, and placebo in inpatients with primary affective disorders. Acta Psychiatrica Scandinavica 308: 70-79, 1983

Feighner JP, Merideth CH, Frost NR, Chammas SN, Hendrickson GG: A blind comparison of alprazolam versus imipramine and placebo in the treatment of major depressive disorder. Acta Psychiatrica Scandinavica 68 (4) 223-233, 1983

Feighner JP, Jacobs RS, Jackson RE, Hendrickson GG, Merideth CH, O'Mear P: A Blind Comparative trial with mianserin and amitriptyline in outpatients with major depressive disorder. BR. J. Clin. Pharma. 15:227S-237S, 1983

Feighner JP, Merideth CH, Hendrickson GG: A blind comparison of buspirone and diazepam in outpatients with generalized anxiety disorder. J Clin Psychiatry 43 (12): 103-107, 1982

Feighner JP, Merideth CH, Hendrickson GG: A comparative blind placebo-controlled trial of nomifensine versus imipramine in primary depression. Proceedings of the Collegium Internationale Neuropsycholopharmacologium, Jerusalem, 1982

Feighner JP, Merideth CH, Dutt JE, Hendrickson GG: The comparative evaluation of lofepramine and imipramine for patients with primary depression. Preliminary Report Depressioner. AB Leo, Helsingborg, Sverige, and Acta Psychiatica Scandinavica 66(2): 100-108, 1982

"Maintenance Antidepressant Therapy: A Double-Blind Comparison of Trazadone and Imipramine" Journal of Clinical Psychopharmacology, I - 6, 1981

March, 2002

4

Charles H. Merideth, M.D.

## PUBLICATIONS (CONTINUED):

"Suicide Communication by Adolescents", published by <u>Diseases of the Nervous System,</u> 1971

"The Communication of Suicide Intent in Psychiatric Illness" was presented at a conference on Life History of Research in Psychopathology in St. Louis, Missouri, November 1970

## CLINICAL RESEARCH EXPERIENCE:

| | |
|---|---|
| 1974- | Co-Investigator: (Flupenthixol Study) Hoffman–LaRouche Pharmaceutical. |
| 1975–1976 | Co-Investigator: (Limbitrol Study) Hoffman–La Roche Pharmaceutical. |
| 1975 | Co-Investigator: (Nomifensine Study) Protocol 308. A blind, outpatient, antidepressant study.  Hoechst-Roussel Pharmaceutical. |
| 1976–1977 | Co-Investigator: (Alprázolam Study) Protocol 63226. A blind, outpatient, antidepressant study.  Upjohn Pharmaceutical. |
| 1976–1977 | Co-Investigator: (Trazadone Study) Protocol 616.  A Blind, Inpatient, Antidepressant Study. Mead Johnson Pharmaceutical. |
| 1976–1977 | Co-Investigator: (Trazadone Study) Protocol 63226.  A Blind, Inpatient, Antidepressant Study, Mead Johnson Pharmaceutical. |
| 1976 | Co-Investigator: (Nomifensine Study) Protocol 3109.  A Blind, Inpatient Antidepressant Study.  Hoechst-Roussel Pharmaceutical. |
| 1977–1979 | Co-Investigator: (Nomifensine Study) Protocol 323.  A Double–Blind, Inpatient Geriatric Antidepressant Study.  Hoechst-Roussel Pharmaceutical. |
| 1977–1982 | Co-Investigator: (Trazadone Study) Protocol 720.  A Blind, Long–Term, Outpatient Antidepressant Study.   Mead Johnson Pharmaceutical. |
| 1978–1979 | Co-Investigator: (Clobazam Study) Protocol 302.  A Double–Blind, Outpatient, Anxiolytic Study.  Hoechst-Roussel Pharmaceutical. |
| 1978–1979 | Co-Investigator: (Lofepramine Study) Protocol 13.  A Blind, Outpatient, Antidepressant Study.   EM Laboratories. |

March, 2002

5

Charles H. Merideth, M.D.

## CLINICAL RESEARCH EXPERIENCE (CONTINUED):

1978-1979    Co-Investigator: (Nomifensine Study) Protocol 320.  A Blind,
Geriatric, Outpatient, Antidepressant Study.  Hoechst-Roussel Pharmaceutical.

1979-1980    Co-Investigator: (Buspirone Study) Protocol 1049.  A Blind,
Outpatient, Anxiolytic Study.  Mead Johnson Pharmaceutical.

1979-1980    Co-Investigator: (Hydergine Study) Protocol 58.  A Blind, Geriatric,
Outpatient, Antidepressant Study.  Sandoz, Incorporated.

1979-1980    Co-Investigator: (Buspirone Study) Protocol 9966.  A Blind,
Outpatient, Anxiolytic Study.  Mead Johnson Pharmaceutical.

1979-1981    Co-Investigator: (Mianserin Study) Protocols A and B.  A Blind, Outpatient,
Antidepressant Study with Long-Term Follow Up.  Organon Laboratories.

1979-1980    Co-Investigator: (Wellbutrin Study) Protocols 14-01 and 17-01.  A
Blind Outpatient Antidepressant Study with Long-Term, Open Label Follow Up.
Burroughs Wellcome Company.

1980-        Co-Investigator: (Fluotracen Study) Protocol 03.  A Blind, Outpatient
Antidepressant Study.  Sandoz Incorporated.

1980-1981    Co-Investigator: (Fluoxetine Study) Protocol 23.  A Blind,
Outpatient Antidepressant Study.  Eli Lilly Pharmaceutical.

1980-1981    Co-Investigator: (Fluvoxamine Study) Protocol 1145510.  A Blind,
Inpatient Antidepressant Study.  Duphar Laboratories.

1980-1982    Co-Investigator: (Zimelidine Study) Protocols 108-411.  A Blind , Outpatient,
Antidepressant Study with Long-Term Follow Up.  Astra Pharmaceutical.

1981-1983    Co-Investigator: (Fluoxetine Study) Protocols 27 and 28.  A Blind
Outpatient Antidepressant Study with Crossover and Long-Term
Options.  Eli Lilly Pharmaceutical.

1981-1983    Co-Investigator: (Fluoxetine Study) Protocols 29 and 30.  A
Double-Blind, Inpatient Antidepressant Study with Crossover and Long-Term
Options.  Eli Lilly Pharmaceutical.

March, 2002                                                                    6

Charles H. Merideth, M.D.

**CLINICAL RESEARCH EXPERIENCE (CONTINUED):**

1981-1983   Co-Investigator: (Fluoxetine Study) Protocols 33 and 34. A Double Blind, Geriatric, Inpatient and Outpatient Antidepressant Study with Crossover and Long-Term Options. Eli Lilly Pharmaceutical.

1982-   Co-Investigator: (LY 123508 Study) Protocols 06 and 07.

1982-   Co-Investigator: (Trazadone Study) Protocol 1136. A Double-Blind, Outpatient, Antidepressant Study with Long-Term Follow Up. Mead Johnson Pharmaceutical.

1982-1983   Co-Investigator: (Adinazolam Study) Protocols 6309, 6311 and 6312. A Blind, Outpatient, Antidepressant Study with Long-Term Follow Up. Upjohn Pharmaceutical.

1982-1983   Co-Investigator: (Zimelidine Study) Protocol 108-303. A Blind, Geriatric, Inpatient and Outpatient Antidepressant Study. Astra Pharmaceutical.

1982-1989   Co-Investigator: (Wellbutrine Study) Protocol 39. An Open-Label, Humanitarian, Outpatient, Antidepressant Study. Burroughs Wellcome Company.

1983-1984   Co-Investigator: (Oxaprotiline Study) Protocol 14. A Blind, Outpatient, Antidepressant Study in Patients with a History of Alcoholism. Ciba-Geigy Pharmaceutical.

1983-1984   Co-Investigator: (Adinazolam Study) Protocol 6331. A Long-Term, Blind, Outpatient Antidepressant Study. Upjohn Pharmaceutical.

1983-1984   Co-Investigator: (Buspirone Study) Protocol 1604. A Double-Blind, Outpatient Anxiolytic Study. Mead Johnson Pharmaceutical.

1983-1984   Co-Investigator: (Moban (Molindone HCl) Study) A Blind, Outpatient, Anti-psychotic Study. DuPont Pharmaceutical.

1983-1985   Co-Investigator: (Oxaprotiline Study) Protocols 07 and 12. A Double-Blind, Outpatient, Antidepressant Study. Ciba-Geigy Pharmaceutical.

1983-1984   Co-Investigator: (Adinazolam Study) Protocol 6318. A Blind, Outpatient, Antidepressant Study. Upjohn Pharmaceutical.

March, 2002

7

Charles H. Merideth, M.D.

## CLINICAL RESEARCH EXPERIENCE (CONTINUED):

1983–1984   Co-Investigator: (BW647U Study) Protocol 6318.  A Blind, Outpatient, Antidepressant Study.  Burroughs Wellcome Company.

1983–1984   Co-Investigator: (Tomoxetine Study) Protocols 5 and 10.  A Blind, Outpatient, Antidepressant Study with Long Term Follow Up.  Eli Lilly Pharmaceutical.

1984–1985   Co-Investigator: (Fluoxetine Study) Protocol 62.  A Blind, Outpatient, Antidepressant Study.  Eli Lilly Pharmaceutical.

1985–1986   Co-Investigator: (Fluoxetine Study) Protocol 79.  A Blind, outpatient Antidepressant Study.  Eli Lilly Pharmaceutical.

1985–1986   Co-Investigator: (Paroxetine Study) Protocol 09.  A Fixed Dose, Blind, Outpatient, Antidepressant Study.  Beecham Laboratories.

1985–1986   Co-Investigator: (Paroxetine Study) Protocols 03 and 04.  A Blind, Outpatient, Antidepressant Study with Long-Term Follow-Up.  Beecham Laboratories.

1985–1988   Co-Investigator: (Mianserin Study) Protocols 001–032 and 001–042.   A Blind, Outpatient Antidepressant Study with Long-Term Follow Up.  Organon Laboratories.

1986–1987   Co-Investigator: (Tomoxetine Study) Protocol B4Z-HFAG.  A Blind, Fixed-Dose, Outpatient, Depression Study with Long-Term Extension.  Lilly Pharmaceutical.

1987   Co-Investigator: (WY-45, 030 Study) Protocol 600A-204.  Intermediate-Term Safety and Clinical Acceptability Study of WY-45, 030 Tablets in Depressed Patients.  Wyeth Laboratories.

1987–1988   Co-Investigator: (Buspirone Study) Protocol 03AIL.  A Blind, Outpatient, Anxiety Study.  Bristol-Myers Company.

1987–1988   Co-Investigator: (Tomoxetine Study) Protocol B4Z-MC-HFAH.  A Blind, Fixed Dose, Outpatient Depression Study with Long-Term Extension.  Lilly Pharmaceutical.

March, 2002

8

Charles H. Merideth, M.D.

## CLINICAL RESEARCH EXPERIENCE (CONTINUED):

1987–1988   Co-Investigator: (Wellbutrin Study) Protocol 84A.  A Blind, Fixed
Dose, Outpatient Depression Study.  Burroughs Wellcome Company.

1987–1988   Co-Investigator: (WY 45, 030 Study) Protocol 600A-203.  A Blind, Outpatient
Depression Study.  Wyeth Pharmaceutical.

1987–1988   Co-Investigator: (Wellbutrin Study) Protocol 84A.  An Open-Label,
Surveillance Study for Depressed Outpatients.  Burroughs Wellcome
Company.

1987–1988   Co-Investigator: (Dothiepin Study) Protocol BPI 1003.  An Open-
Label, Multi-Center Trial to Evaluate the Safety and Tolerability of
Dothiepin in Doses of 200-300 mg/day for a 6-Week Period in
Patients with Depression.  The Boots Company.

1987–1988   Co-Investigator: (Dothiepin Study) Protocol BPI 1004.  An Open-
Label, Long-Term Extension Study of Dothiepin in Patients who have Previously
Received Dothiepin for Depression in Study BPI 1003.  The Boots Company.

1987–1989   Co-Investigator: (Idazoxan Study) Protocol CR87/026.  A Blind, Parallel Group
Comparison of Idazoxan and Placebo in  Patients with Major Depressive Disorder.
Reckitt & Colman.

1987   Co-Investigator: (Buspirone Study) Protocol CN101-006.  A Placebo-Controlled
Study to Assess a Concurrent Usage Schedule for Switching Patients from
Alprazolam to Buspirone.  Bristol-Myers Company.

1988   Co-Investigator: (Buspirone Study) Protocol CN101-008.  A Placebo-Controlled
Study to Assess a Concurrent Usage Schedule for Switching Patients from
Alprazolam to Buspirone.  Bristol-Myers Company.

1988   Co-Investigator: (Milacemide Study) Protocol IC7-87-02-016.  A Multi-Center,
Randomized, Blind, Parallel Group Dose Response Study of Milacemide in
Patients with Mood Disorders Currently in a Major Depressive Episode.  G.D.
Searle & Company.

1988–1989   Co-Investigator: (CP-76,593 Study) Protocol 088-101.  A Multi-Center, Blind,
Placebo Controlled Trial of CP-76, 593 in the Treatment of Outpatients with
Major Depressive Disorder.  Pfizer, Inc.

March, 2002

9

Charles H. Merideth, M.D.

## CLINICAL RESEARCH EXPERIENCE (CONTINUED):

1988-1989   Co-Investigator: (Enciprazine Study) Protocol 685-203-US.  A Blind, Placebo Controlled, Parallel Group Dose-Determined Study of Enciprazine Tablets in Outpatients with Generalized Anxiety Disorder.  Wyeth-Ayerst Research.

1988-1989   Co-Investigator: (Ritanserin Study) Protocol 55667/201E. Ritanserin vs. Placebo in the Treatment of Generalized Anxiety Disorder (GAD), A Blind, Parallel Group Phase II Study.  Janssen Research Foundation.

1988-1989   Co-Investigator: (Ritanserin Study) Protocol 55667/201E. Ritanserin in the Treatment of Generalized Anxiety Disorder (GAD), an Open-Label Extension Study.  Janssen Research Foundation.

1988-1989   Co-Investigator: (Venlafaxine Study) Protocol 600A-301-US.  A Randomized, Blind Comparison of Venlafaxine, Imipramine, and Placebo Capsules in Outpatients with Major Depression.  Wyeth-Ayerst Research.

1988-1989   Co-Investigator: (Venlafaxine Study) Protocol 60A-305-US.  Long-Term Extension of a Blind Comparison of Venlafaxine, Imipramine, and Placebo Capsules in Outpatients with Major Depression.  Wyeth-Ayerst Research.

1988   Co-Investigator: (Buspirone Study) Protocol CN101-016.  A Blind Trial of Buspirone, Imipramine and Placebo in  the Treatment of Depressed Outpatients.  Bristol-Myers Company.

1990-1991   Co-Investigator: (Fluvoxamine Study) Protocol 114.01.06.  Fluvoxamine in the Treatment of Depression, A Single Center, Blind, Placebo-Controlled Comparison with Imipramine in Outpatients.  Reid-Rowell, Inc.

1989   Principal Investigator: (WY-47,846 Study) Protocol 656A-201-US.  Open-Label, Outpatient, Antidepressant Study.  Wyeth-Ayerst Research.

1990   Principal Investigator: (WY-47-846 Study) Protocol 656A-202-US.  An Open-Label, Outpatient, Anxiolytic Study.  Wyeth-Ayerst Research.

1990   Principal Investigator: (Wellbutrin Study) Protocol 88.   The Safety and Efficacy of Wellbutrin and Fluoxetine in Depressed Outpatients.  Burroughs Wellcome Company.

March, 2002                                                                                                   10



Charles H. Merideth, M.D.

**CLINICAL RESEARCH EXPERIENCE (CONTINUED):**

1992–1993    Principal Investigator: (Wellbutrin SR Study) Protocol 205.  A Multi-
Center, Dose Response Evaluation of the Safety and Efficacy of Bupropion HCl
Sustained-Release Versus Placebo in Depressed Outpatients.  Burroughs
Wellcome Company.

1992–1993    Principal Investigator: (Wellbutrin Study) Protocol 93.  A Multi-Center Evaluation
of Bupropion (Wellbutrin) in Depressed Outpatients Non-Responsive to Tricyclic
Antidepressants:  Amitriptyline, Doxepin, Imipramine, Desipramine, or
Nortriptyline.  Burroughs Wellcome Company.

1993–1994    Principal Investigator: (DN-2327 Study) Protocol M92-826.  A Multi-
Center Study  Comparing DN-2327 with Placebo in Generalized Anxiety Disorder.
Abbott Labs/ Tap Pharmaceuticals Inc./ Besselaar

1993–1994    Principal Investigator: (Wellbutrin SR Study) Protocol 208.  An Open-Label, Multi-
Site Evaluation of Bupropion HCl Sustained-Release to Determine the Clinical
Response, Functional Status and Incidence of Serious Adverse Events.  Burroughs
Wellcome Company.

1993–1994    Principal Investigator: (Olanzapine Study) Protocol F1D-MC-HGAJ (a).  A Multi-
Center Evaluation of the Safety and Efficacy of Olanzapine Compared with
Haloperidol in the Treatment of Psychotic Disorders.  Eli Lilly Company.

1993–1994    Principal Investigator: (DN-2327 Study) Protocol M93-007.  An Open-   Label,
Outpatient Study on Generalized Anxiety Disorder.  Abbott Labs/ Tap
Pharmaceutical/ Besselaar.

1993–1994    Principal Investigator: (Wellbutrin SR Study) Protocol 212.  A Multi-
Center Evaluation of Bupropion HCl Sustained-Release Versus Placebo in
Depressed Outpatients.  Burroughs Wellcome Company.

1994–1995    Principal Investigator: (Sertindole Study) Protocol M93-098.  A
Double-Blind, Placebo-Controlled, Haldol-Referenced Study of the Safety and
Efficacy of Two Doses of Sertindol in Schizophrenia Patients.  Abbott
Laboratories.

1994–1995    Principal Investigator: (Sertindole Study) Protocol M92-795.  An Open-Label
Assessment of the Long-Term Safety of Sertindol in the Treatment of
Schizophrenic Patients.  Abbott Laboratories.

March, 2002                                                                            11

Charles H. Merideth, M.D.

## CLINICAL RESEARCH EXPERIENCE (CONTINUED):

1994-1995    Principal Investigator: (Ziprasidone) Protocol 128-108.  A Blind, Haldol-Referenced Study of the Safety and Efficacy of Two Dose Regimens of Ziprasidone in the Maintenance and Treatment of Outpatients with Schizophrenia Disorder.  Pfizer Central Laboratories.

1994-1995    Principal Investigator: (Ziprasidone Study) Protocol 128-114.  A Blind, Placebo-Controlled Study Evaluating the Safety and Efficacy of Two Fixed Doses of Ziprasidone in the Acute Exacerbation of Schizophrenia and Schizoaffective Disorder.  Pfizer Central Laboratories.

1994-1995    Principal Investigator: (Flesinoxan Study) Protocol 128.2.02.   A Blind, Parallel, Placebo Controlled Comparison of Diazepam and Flesinoxan in the Treatment of Generalized Anxiety Disorder.  Solvay Pharmaceuticals.

1994-1995    Principal Investigator: (Seroquel Study) Protocol 5077IL/0013.  A Blind, Parallel, Multiple Fixed Dose Comparison of Seroquel and Haloperidol in the Treatment of Hospitalized Subjects with Acute Exacerbation of Chronic or Subchronic Schizophrenia.  Zeneca Pharmaceuticals.

1994-1995    Principal Investigator: (Propentofylline Study) Protocol US 301.  A Forty-Eight Week Efficacy and Safety Study of Propentofylline (HWA 285) in Patients with Alzheimer's Disease.  Hoechst-Roussel Pharmaceuticals.

1994-1995    Principal Investigator: (Propentofylline Study) Protocol US 302.  A Twenty-Four Week Efficacy and Safety Study of Propentofylline in Patients with Vascular Dementia.  Hoechst-Roussel Pharmaceuticals.

1994-1995    Principal Investigator: (Zalaplon Study) A Placebo-Controlled Comparison of Ambien and Zalaplon in the Treatment of Insomnia.  American Cyanamid Company.

1995-1996    Principal Investigator: (Sertindole Study) Protocol M94-222.  An Open Label Assessment of the Long Term Safety of Sertindole.  Abbott Laboratories.

1995-1996    Principal Investigator: (Pramipexole Study) Protocol M/2730/0046.  A Dose-Response Study of Pramipexole in Combination with Maintenance Haloperidol for the Treatment of Negative Symptoms of Schizophrenia.  The Upjohn Company.

March, 2002

12

Charles H. Merideth, M.D.

**CLINICAL RESEARCH EXPERIENCE (CONTINUED):**

1995–1996   Principal Investigator: (ORG 4428 Study) Protocol 057-004. An Eight-Week,
Multi-Center, Active and Placebo-Controlled, Fixed Dose, Efficacy and Safety
Study of ORG 4428 in Patients with Major Depression. Organon, Inc.

1995–1996   Principal Investigator: (ORG 4428 Study) Protocol 057-011. A Long
Term, Multi-Center, Active and Placebo-Controlled, Fixed Dose Efficacy and
Safety Study of ORG 4428 in Outpatients with Major Depression. Organon, Inc.

1995–1996   Principal Investigator: (Fluoxetine Study) Protocol B1Y-MC-HCHG (a).
Fluoxetine/Placebo in Panic Disorder. Eli Lilly Laboratories.

1995–1996   Principal Investigator: (MK-462 Study) Protocol 022-012. A Randomized, Triple
Blind, Placebo-Controlled, Outpatient Study to Examine the Safety and Efficacy of
MK-462 10 mg p.o. and MK-462 5 mg p.o. for the Treatment of Acute Migraine
and Migraine Recurrence. Merck & Co, Inc.

1995–1996   Principal Investigator: (L-745,870 Study) Protocol L-745-870. A Blind, Placebo
Controlled, Safety, Tolerability and Preliminary Antipsychotic Activity Study of L-
745,870 in Hospitalized Schizophrenic Patients. Merck & Co., Inc.

1995–1997   Principal Investigator: (Depakote Study) Protocol M93-111. A
Comparative Cost Effectiveness Study of Depakote and Usual Care Versus
Lithium and Usual Care in the Treatment of Bi-Polar Disorder. Abbott
Laboratories.

1995–1996   Principal Investigator: (Risperdal Study) Protocol RIS-USA-56B. A
Randomized Trial to Assess the Outcomes and Costs of Risperdal Versus
Conventional Antipsychotic Therapy in Patients with Chronic Schizophrenia.
Janssen Research Foundation.

1995–1996   Principal Investigator: (Mazapertine Study) Protocol MAZ-INT-01.
Mazapertine Dose Finding Trial, Comparing Three Fixed Dosages of Mazapertine
to Risperidone and Placebo: Multi-Center, Blind Parallel-Group Study. Janssen
Research Foundation.

March, 2002                                                                                                    13

Charles H. Merideth, M.D.

## CLINICAL RESEARCH EXPERIENCE (CONTINUED):

1995–1996    Principal Investigator: (Ziprasidone Study) Protocol 128–115. Phase III, Six Week, Blind, Multi-Center, Placebo-Controlled Study Evaluating the Safety and Efficacy of Three Fixed Doses of Oral Ziprasidone (CP-88, Q59-I) (20 mg b.i.d., 60 mg b.i.d., 100 mg b.i.d.) and Haloperidol in the Acute Exacerbation of Schizophrenia or Schizoaffective Disorder. Pfizer Central Laboratories.

1995–1996    Principal Investigator: (Luvox Study) Protocol S1143101. Establishment of the Oral Fluoxetine Dose Effect Relationship for Efficacy and Safety in Outpatients   with Major Depressive Disorder. A Randomized, Blind, Placebo and Sertraline Controlled, Parallel Group, Multicenter study. Solvay Pharmaceuticals.

1995–1996    Principal Investigator: (Seroquel Study) Protocol 5077IL/0056. A Multicenter, Open Randomized Comparison of ICI 204, 636 (SEROQUEL) and Usual Care on Health Outcomes in subjects with Schizophrenia and Schizoaffective Disorder. Zeneca Pharmaceuticals.

1995–1996    Principal Investigator: (Wellbutrin Study) Protocol AKIA4003. A Multicenter, Blind, Present Randomized Pilot Study Comparing the Safety and Efficacy of Wellbutrin (Bupropion HCl) Sustained Release and Paroxetine in the Treatment of Elderly Outpatients with Moderate to Severe Recurrent Major Depression. Glaxo Wellcome.

1996–    Principal Investigator: (Exelon Study) Protocol ENA-B-452. A Prospective, Multicenter, Open Label Pilot Present Study of the Safety and Efficacy of Exelon in Patients with Moderate to Severe Probable Alzheimer's Disease in a Long-Term Care Setting. Sandoz Pharmaceuticals.

1997–    Principal Investigator: (Exelon Study) Protocol ENA-B-356. An Open Label Study to Evaluate the Safety and Efficacy of 1.5 mg b.i.d. through 6 mg b.i.d. of Exelon in Patients with Mild to Severe Probable Alzheimer's Disease in the Community Setting. Sandoz Pharmaceuticals.

1996–1997    Principal Investigator: (NXX-066 Study) Protocol SA-NXX-0013. A Randomized, Placebo-Controlled Present Blind 16 Week Study of the Safety and Tolerability of NXX-066 in Patients with Mild to Moderate Alzheimer's Disease. Astra USA.

March, 2002    14

Charles H. Merideth, M.D.

## CLINICAL RESEARCH EXPERIENCE (CONTINUED):

1996–1997    Principal Investigator: (Paroxetine  Study) Protocol PAR–494.  A Blind, Placebo-
Controlled Present Flexible Dosing Trial to Evaluate the Efficacy of Modified
Release Paroxetine in the Treatment of Panic Disorder.  SmithKline Beecham
Pharmaceuticals.

1996–1997    Principal Investigator: (Paroxetine Study) Protocol PAR–487.  A Blind, Placebo-
Controlled Present Trial to Evaluate the Clinical Effects of Immediate Release
Paroxetine and Modified Release Paroxetine in the Treatment of Major
Depression in Elderly Patients.  SmithKline Beecham.

1997    Principal Investigator: (Ziprasidone Study) Protocol 128–126, A Phase III,
Randomized Study Comparing 2 Doses of Intramuscular Ziprasidone (2 mg and
20 mg) in Subjects with Psychosis and Acute Agitation.  Pfizer, Inc.

1996    Principal Investigator: (Zolmitriptan Study) Protocol 311C11/0071.  A Multi-
Center, Blind, Randomized Comparison of Zolmitriptan (311C90, ZOMIG) and
Sumatriptan in the Acute Treatment of Multiple Migraine Headaches.  Zeneca
Pharmaceuticals.

1997    Principal Investigator: (Alniditan Study) Protocol ALN–INT–17.  A Randomized,
Blind, Placebo-Controlled Trial to Evaluate the Efficacy and Safety of Alniditan
(0.4, 0.8, or 1.4 mg) Given Subcutaneously in the Acute Treatment of Migraine.
Janssen Research Foundation.

1997    Principal Investigator: (Alniditan Study) Protocol ALN–USA–18.  Open Evaluation
of the Long–Term Efficacy, Safety and Tolerability of 1.4 mg SC Alniditan in the
Acute Treatment of Migraine Attacks.  Janssen Research Foundation.

1997    Principal Investigator: (Propentofylline Study) Protocol HWA285–3018.  A 48-
Week Study to Compare the Efficacy and Safety of Propentofylline (HWA285) with
Placebo in Outpatients with Alzheimer's Disease.  Hoechst-Roussel
Pharmaceuticals.

1997    Principal Investigator: (Wellbutrin Study) Protocol AK1A4002.  A Multi–Center,
Blind, Placebo-Controlled Comparison of the Effects of Sexual Functioning of
Wellbutrin (Bupropion HCl) Sustained Release of Sertraline in Outpatients with
Moderate to Recurrent Major Depression.  Glaxo–Wellcome.

March, 2002    15

Charles H. Merideth, M.D.

CLINICAL RESEARCH EXPERIENCE (CONTINUED):

1998            Principal Investigator: (Risperdal Study) Protocol RIS-USA-102.  The Safety and
                Efficacy of Risperdal (Risperidone) vs. Placebo vs. Haloperidol as Add on Therapy
                to Mood Stabilizers in the Treatment of the Manic Phase of Bipolar Disorder.
                Janssen Research Foundation.

1997            Principal Investigator: (Fluvoxamine Study) Protocol S1143102.  A Multicenter,
                Blind, Placebo-Controlled, Parallel Group Study of the Safety, Tolerability, and
                Efficacy of Three Fixed Doses of Fluvoxamine vs. Placebo in Outpatients with
                Major Depressive Disorder.  Solvay Pharmaceuticals.

1997-1998       Principal Investigator/Medical Director: (Aripiprazole Study) Protocol 31-97-201.
                A Phase III Double Blind, Placebo-Controlled Study of Aripiprazole in the
                Treatment of Psychosis.  Otsuka America Pharmaceutical.

1997            Principal Investigator: (Aripiprazole Study) Protocol 31-97-203.  An Open-Label,
                Follow-On Study of the Long Term Safety of Aripiprazole in Patients with
                Psychosis.  Otsuka America Pharmaceutical.

1997            Principal Investigator: (Sertraline Study) Protocol R-0552.  An Eight-Week, Multi-
                Center, Parallel-Group, Blind, Placebo-Controlled Study of Sertraline In Elderly
                Outpatients With DSM-IV Major Depression.  Pfizer Pharmaceuticals.

1997            Principal Investigator: (MDL 100, 907 Study) Protocol 100907PR0015.  A
                Multicenter, Randomized, Blind, Placebo-Controlled Study of MDL 100, 907 in
                Schizophrenic and Schizoaffective Patients.  Hoechst Marion Roussel
                Pharmaceuticals.

1997            Principal Investigator: (Flibanserine Study) Protocol 511.11.  An Eight-Week,
                Blind, Placebo-Controlled Study of 2, 20, 50 and 100 mg Flibanscrine b.i.d. and
                Paroxetine q.d. in Patients with Major Depressive Disorder.  Boehringer Ingelheim
                Pharmaceuticals, Inc.

1997            Principal Investigator: (Celecoxib Study) Protocol PR #IQ5-97-02-001.  Clinical
                Protocol for Blind, Randomized, Placebo-Controlled, Comparative Study of
                Celecoxib (SC-58635) for the Inhibition of Progression of Alzheimer's Disease.
                G.D. Searle Pharmaceuticals.

March, 2002                                                                                    16

Charles H. Merideth, M.D.

## CLINICAL RESEARCH EXPERIENCE (CONTINUED):

1997    Principal Investigator: (L–754–030 Study) Protocol MK-0869 (L–754, 030).  A Blind, Multicenter, Dose-Finding Acute and Extension Study of MK-0869 (L–754-030) vs. Fluoxetine Hydrochloride and Placebo in the Treatment of Outpatients with Major Depressive Disorder.  Merck & Co., Inc.

1997    Principal Investigator: (EMD 68 843 Study) Protocol EMD 68 843-009.  A Blind, Randomized, Multicenter, Parallel Design Study to Evaluate the Efficacy and Safety of Individual Maximum Tolerated Doses of EMD 68 843 in Comparison with Placebo and Fluoxetine in Outpatients with Major Depressive Disorder. Merck Lipha.

1997    Principal Investigator: (M100907 Study) Protocol M100907/3001.  A Multicenter, Placebo and Active Control, Blind, Randomized Study of the Efficacy, Safety and Pharmacokinetics of M100907 (10 and 20 mg/ day) in Schizophrenic and Schizoaffective Patients (3001).  Hoechst Marion Roussel.

1997    Principal Investigator: (M100907 Study) Long Term Follow-up, Safety Study of M100907 Tablets in Schizophrenic and Schizoaffective Subjects who Participated in Protocol M100907/3001 or M100907/3002.  Hoechst Marion Roussel.

1997    Principal Investigator: (ORG 5222 Study) Protocol 041002.  A Blind, Five-Armed, Fixed-Dose, Active and Placebo Controlled Dose-Finding Study With Sublingual ORF 5222 in Subjects with Acute Phase Schizophrenia.  Organon, Inc.

1997    Principal Investigator: (ORG 5222 Study) Protocol 041500.  ORG 5222 for Humanitarian Use. Organon, Inc.

1997    Medical Director: (Sertindole Study) Protocol M95-372.  A Double-Blind, Placebo-Controlled, Haldol-Referenced Study of the Safety and Efficacy of Sertindole in Schizophrenic Patients.  Abbott Laboratories.

1998    Medical Director: (Flibanserine Study) Protocol 511.12.  An Eight-Week, Double-Blind, Placebo-Controlled, Study of 2, 20, 50 and 100 mg Flibanscrine b.i.d. and Paroxetine q.d. in Patients with Major Depressive Disorder.  Boehringer Ingelheim.

Charles H. Merideth, M.D.

## CLINICAL RESEARCH EXPERIENCE (CONTINUED):

| | |
|---|---|
| 1998 | Principal Investigator: (Lamictal Study) Protocol SCAA2008. A Multicenter, Blind, Placebo-Controlled Evaluation of the Safety and Efficacy of Lamictal (Lamotrigine) Compared to Placebo and Lithium in the Treatment of An Acute Manic or Mixed Episode in Patients who have Bi-Polar Disorder: Incorporating Participation in Genotype Research Which is Optional for Both Study Centers and Patients.  Glaxo Wellcome Research and Development. |
| 1998 | Principal Investigator: (Pregabalin Study) A Placebo-Controlled Study of Pregabalin and Lorazepam in Patients With Generalized Anxiety Disorder (Protocol 1008-025). Parke-Davis Pharmaceutical Research. |
| 1999 | Principal Investigator/Medical Director: (Olanzapine (LY170053) Study) Protocol F1D-MC-HGGN.  The Comparative Efficacy of Olanzapine, Risperidone, and Haloperidol for Cognition in Schizophrenia.  Eli Lilly and Company. |
| 1999 | Medical Director: (Lamictal Study) Protocol SCAA2008 (105-609).  A Multicenter, Blind, Placebo-Controlled Evaluation of the Safety and Efficacy of Lamictal (Lamotrigine) Compared to Placebo in the Treatment of An Acute Manic or Mixed Episode in Patients Who Have Bi-Polar Disorder.  Glaxo Wellcome. |
| 1999 | Principal Investigator/Medical Director: (Aripiprazole Study) Protocol 31-98-213. An Open-Label Comparison of the Neurocognitive Effects of Aripiprazole to Olanzapine Administered Orally in Patients with Stable Psychosis.  Otsuka America Pharmaceutical, Inc. |
| 1998 | Principal Investigator: (Aripiprazole Study) Protocol 31-98-217.  A Multi-Center, Randomized, Blind, Active-Controlled Study to Compare the Long-term Maintenance Effects and Safety of Aripiprazole and Haloperidol Following Acute Relapse in Schizophrenia Patients.  Otsuka America Pharmaceutical, Inc. |
| 1998 | Principal Investigator: (Aripiprazole Study) Protocol 31-98-218.  Aripiprazole, An Open-Label Follow-up Study of the Long-Term Safety of Aripiprazole in Patients with Chronic Schizophrenia.  Otsuka America Pharmaceutical, Inc. |
| 1998 | Principal Investigator/Medical Director: (Aripiprazole Study) Protocol 31-98-220. An Open-Label Follow-On Study of the Long-Term Safety of Aripiprazole Administered Orally in Patients with Psychosis.  Otsuka America Pharmaceutical, Inc. |

March, 2002                                                                                                                 18

Charles H. Merideth, M.D.

## CLINICAL RESEARCH EXPERIENCE (CONTINUED):

1998     Principal Investigator: (Iloperidone Study) Protocol ILP 2001.  A Prospective, Randomized, Blind, Multicenter Study of Iloperidone to Evaluate the Safety of Two Titration Schedules and to Compare the Safety and Efficacy of b.i.d. and q.d. Regimens to Haloperidol in Patients with Schizophrenia.  Novartis Pharmaceuticals Corporation.

1998     Principal Investigator/Medical Director: (Ziprasidone Study) Protocol R-0548.  A Multi-Center, Placebo-Controlled, Double-Blind Study Comparing  the Safety and Efficacy of Ziprasidone and Olanzapine in Subjects with Schizophrenia or Schizoaffective Disorder Needing Inpatient Care.  Pfizer, Inc.

1998     Principal Investigator: (Selegeline Study) Protocol S9303-E113-98B.  A Blind, Placebo-Controlled, Parallel Assessment of  the Safety and Efficacy of the Selegiline Transdermal System in Patients with Major Depression.  Somerset Pharmaceuticals, Inc. ´

1998     Principal Investigator: (Memantine Study) Protocol MRZ 90001-9605.   Efficacy and Long-term Tolerability of Memantine in Patients with Moderately Severe to Severe Alzheimer's Disease (AD).  Merz + Co., GmbH & Co.

1998     Principal Investigator: (MK-0869 Study) Protocol MK-0869.  A Blind, Active and Placebo-Controlled, Safety,  Tolerability, and Preliminary Antipsychotic Activity Study of MK-0869 in Hospitalized Schizophrenic Patients.  Merck & Co., Inc.

1998     Principal Investigator: (Idebinone Study) Protocol CV-2619/PFNP-002.  A Blind, 12-Month Safety and Efficacy Extension Study of Idebinone (CV-2619) 120 mg t.i.d., and 360 mg t.i.d. in Patients with Probable Alzheimer's Disease.  Takeda America Research & Development Center, Inc.

1998     Principal Investigator: (Paroxetine Study) Protocol BRL 29060/641.  A Randomized, Blind, Placebo-Controlled, Fixed Dosage Trial to Evaluate the Efficacy and Tolerability of 20 and 40 mg/day Paroxetine in Patients with Generalized Anxiety Disorder.  SmithKline Beecham Pharmaceuticals.

1998     Principal Investigator: (Olanzapine Study) Protocol F1D-MC-HGGU.  Olanzapine vs. Risperidone and Placebo in the Treatment of Psychosis and Associated Behavioral Disturbances in Patients with Dementia.  Eli Lilly and Company, Inc.

March, 2002

19

Charles H. Merideth, M.D.

CLINICAL RESEARCH EXPERIENCE (CONTINUED):

1998            Principal Investigator: (Depakote Study) Protocol M97-696. Evaluation of the
                Efficacy and Safety of Depakote CR in the treatment of the Manic Phase of Bi-
                Polar Disorder: A Placebo-Controlled Study. Abbott Laboratories.

1998            Principal Investigator: (Ziprasidone Study) Protocol 128-127E. An Open
                Extension Study in the Treatment of Schizophrenic Subjects Who Have
                Participated in Previous Ziprasidone Clinical Trials. Pfizer, Inc.

1998            Principal Investigator: (Propentofylline Study) Protocol HWA285-3019. A 24
                Week Study to Compare the Efficacy & Safety of Propentofylline (HWA285) with
                Placebo in Outpatients with Vascular Dementia. Hoechst-Roussel
                Pharmaceuticals.

1999            Principal Investigator: (Lamictal Study) Protocol SCAA2010. A Multi-Center,
                Blind, Placebo-Controlled, Flexible Dose Evaluation of the Safety and Efficacy of
                Lamictal (Lamotrigine) in the Treatment of a Major Depressive Episode in Patients
                Suffering from Bipolar Disorder. Glaxo Wellcome.

1998            Principal Investigator: (Galantamine Study) Protocol GAL-USA-10. Placebo
                Controlled Evaluation of Galantamine in the Treatment of Alzheimer's Disease:
                Safety and Efficacy Under a Slow-Titration Regimen. Janssen Research.

1998            Medical Director: (Lamictal Study) Protocol SCAA4005. An Evaluation of
                Lamotrigine vs. Carbamazepime, Phenytoin or Divalproex Sodium as
                Monotherapy Treatment for Epilepsy Patients who have Failed a Previous Course
                of Antiepileptic Drug Therapy. Glaxo Wellcome Pharmaceuticals.

2000            Medical Director: (Paroxetine Study) Protocol 29060-651. A Twelve-Week
                Double-Blind Fixed Dose Comparison of 20 and 40 mg Daily of Paroxetine and
                Placebo in Patients Suffering from Posttraumatic Stress Disorder. SmithKline
                Beecham Pharmaceuticals.

1998-1999       Medical Director: (Lamictal Study) Protocol SCAA2010. A Multi-Center, Blind,
                Placebo-Controlled, Flexible Dose Evaluation of the Safety and Efficacy of
                Lamictal (Lamotrigine) in the Treatment of a Major Depressive Episode in Patients
                Suffering from Bi-Polar Disorder. Glaxo Wellcome.

March, 2002                                                                               20

Charles H. Merideth, M.D.

CLINICAL RESEARCH EXPERIENCE (CONTINUED):

1998–1999    Medical Director: (M100907 Study) Protocol M100907/3001.  A Multicenter, Placebo and Active Control, Blind, Randomized Study of the Efficacy, Safety and Pharmacokinetics of M100907 (10 and 20 mg/ day) in Schizophrenic and Schizoaffective Patients (3001).  Hoechst Marion Roussel.

1998–1999    Medical Director: (Depakote Study) Protocol M97-696.  Evaluation of the Efficacy and Safety of Depakote CR in the treatment of the Manic Phase of Bi-Polar Disorder: A Placebo-Controlled Study.  Abbott Laboratories.

1998–1999    Principal Investigator/Medical Director: (Lamictal Study) Protocol SCAA20022.  A Randomized, Multicenter, Blind, Placebo Controlled, Fixed Dose, 7 Week Evaluation of the Efficacy and Safety of Lamotrigine in Patients with Major Depression.  Glaxo Wellcome.

1998–1999    Principal Investigator/Medical Director: (Iloperidone Study) Protocol ILP 3000.  A Prospective, Randomized, Double-Blind, Placebo and Active-Controlled, Multi-Center Study to Evaluate the Efficacy and Safety of Three Fixed Doses of Iloperidone Given b.i.d. for 42 Days to Schizophrenic Patients with Acute or Subacute Exacerbation, Followed by a Double-Blind, Active-Controlled, Flexible Dose, Long-Term, Six-Month Phase with Iloperidone Given q.d.  Novartis Pharmaceutical.

1999    Principal Investigator: (Remeron (Mirtazapine) Study) Protocol 003-900.  A Multicenter, Randomized, Blind, Sertraline-Controlled Study of the Efficacy and Safety of Remeron (Mirtazapine) in Subjects with Major Depressive Disorder Who Failed on SSRI Treatment Due to Lack of Efficacy.  Organon Pharmaceuticals.

1999    Principal Investigator: (MK-0869 Study) Protocol 039-00.  A Double-Blind, Parallel, Placebo and Active-Controlled, Multicenter Study to Determine the Safety and Efficacy of MK 869 in Outpatients With Major Depressive Disorder and Anxiety.  Merck & Co., Inc.

1999    Principal Investigator: (Galantamine Study) Protocol GAL-USA-11.  Safety and Efficacy of Galantamine During Withdrawal in the Treatment of Alzheimer's Disease.  Janssen Research Foundation.

1999    Principal Investigator/Medical Director: (Ziprasidone) R-0570.  A Double-Blind Six-Month Continuation Protocol for Patients who Successfully Completed Protocol R-0548. Pfizer, Inc.

March, 2002

Charles H. Merideth, M.D.

## CLINICAL RESEARCH EXPERIENCE (CONTINUED):

1999        Principal Investigator: (Belfloxatone Study) Protocol 2918. A Comparison of the
            Efficacy and Safety of Belfloxatone 2.5 mg OD vs. Placebo in Outpatients With
            Moderate to Severe Major Depressive Disorders; A Randomized, Double-Blind, 8-
            Week Multi-Center Phase II Trial. Synthelabo Research, Inc.

1999        Principal Investigator/Medical Director: (Ziprasidone Study) Protocol R-0585. A
            52-Week (1 Year), Open Extension Study Evaluating the Safety and Efficacy of
            Continued Administration of 40-160 mg Daily of Oral Ziprasidone in the
            Treatment of Schizophrenic Patients Who have Participated in Previous
            Ziprasidone Clinical Trials. Pfizer, Inc.

1999        Principal Investigator/Medical Director: (Pregabalin Study) Protocol 1008-022. A
            Placebo-Controlled Study of Pregabalin in Patients with Acute Mania. Parke-
            Davis.

1999        Principal Investigator: (Paroxetine Study) Protocol 29060/648. A 12 Week,
            Double-Blind, Placebo Controlled, Parallel Group Study to Assess the Efficacy and
            Tolerability of Paroxetine in Patients Suffering from Posttraumatic Stress
            Disorder (PTSD). SmithKline Beecham.

1999        Principal Investigator: (Aripcept and Vitamin E Study) Protocol ADC-008. A
            Randomized, Blind, Placebo Controlled Trial to Evaluate the Safety and Efficacy of
            Vitamin E and Donepezil HCl (Aricept) to Delay Clinical Progression from Mild
            Cognitive Impairment (MCI) to Alzheimer's Disease (AD). Alzheimer's Disease
            Cooperative Study.

1999        Principal Investigator: (Aripiprazole Study) Protocol 173-98-203. A Phase III,
            Randomized, Double-Blind, Placebo-Controlled, Fixed-Dose Study of Oral OPC-
            14523 and Prozac in the Treatment of Outpatients with Moderate Depression.
            Otsuka America Pharmaceutical, Inc.

1999        Principal Investigator: (AIT-082 Study) Protocol 082-99-003. A Multicenter,
            Randomized, Double-Blind, Placebo-Controlled Study to Evaluate AIT-082 in
            Patients with Probable Alzheimer's Disease of Mild to Moderate Severity.
            Neotherapeutics.

March, 2002                                                                          22

Charles H. Merideth, M.D.

## CLINICAL RESEARCH EXPERIENCE (CONTINUED):

1999    Principal Investigator/Medical Director: (Selegeline Study) Protocol S9303-P9806. A Double-Blind, Placebo-Controlled, Parallel Group Assessment of the Selegiline Transdermal System in the Prevention of Relapse of Symptoms Associated with Major Depression.  Somerset Pharmaceuticals, Inc.

1999    Principal Investigator/Medical Director: (Selegeline Study) Protocol S9303-9918. An Open-Label Study to Assess the Safety of the Selegiline Transdermal System in Patients with Major Depression.  Somerset Pharmaceuticals, Inc.

1999    Principal Investigator/ Medical Director: (Pregabalin Study) Protocol 1008-088.  A Sustained Efficacy Study of Pregabalin in Patients With Generalized Anxiety Disorder.   Parke-Davis Pharmaceutical Research.

1999    Principal Investigator/Medical Director: (Pregabalin Study) Protocol 1008-084. Open-Label Safety Study of Pregabalin (CI-1008) in Patients with Anxiety Disorders.  Parke-Davis Pharmaceutical Research.

1999    Principal Investigator: (Org 33062 Study) Protocol 134-002.  A Double-Blind, Multicenter, Randomized, Placebo-Controlled, Efficacy and Safety Study of Org 33062 ER in Subjects with Major Depressive Disorder.  Organon, Inc.

1999    Principal Investigator: (Org 33062 Study) Protocol 134-501.  Open-Label Extension Trial in Subjects with Major Depressive Disorder Who Participated in One of the ORG 33062 ER Efficacy Trials.  Organon, Inc.

1999    Principal Investigator: (Depakote Study) Protocol M99-045.  Randomized, Double-Blind, Parallel Group, Multi-Center, Comparing the Use of Depakote and Zyprexa in the Treatment of Subjects with Bi-Polar Disorder Type I who are Hospitalized for an Acute Manic Episode.  Abbott Laboratories.

1999    Medical Director: (Selegeline Study) Protocol S9303-E114.  A Double-Blind, Placebo-Controlled, Parallel-Group Assessment of the Safety and Efficacy of Two Doses of the Selegiline Transdermal System (10 am and 20 mg) in Patients with Major Depression.  Somerset Pharmaceuticals.

1999    Principal Investigator/Medical Director: (Org 5222) Protocol  041-002.  A Double-Blind Five-Armed, Fixed-Dose, Active and Placebo-Controlled Dose-Finding Study with Sublingual Org 5222 in Subjects with Acute Phase Schizophrenia.  Organon Pharmaceuticals.

March, 2002

23

Charles H. Merideth, M.D.

## CLINICAL RESEARCH EXPERIENCE (CONTINUED):

1999        Medical Director: (Fluoxetine Study) Protocol B1Y-MC-HCJL. Fluoxetine vs. Placebo in Posttraumatic Stress Disorder. Eli Lilly and Company.

1999        Medical Director: (Wellbutrin Study) Protocol AK1A4007. A Multi-Center, Double-Blind, Placebo-Controlled Comparison of the Safety and Efficacy and Effects on Sexual Functioning of Wellbutrin (Bupropion HCl) Sustained Release (SR) and Fluoxetine in Outpatients with Moderate to Severe Recurrent Major Depression. Glaxo Wellcome Pharmaceuticals.

1999        Medical Director: (Olanzapine Study) Protocol F1D-MC-HGHL. Olanzapine vs. Placebo in the Prevention of Relapse in Bi-Polar Disorder. Eli Lilly Pharmaceuticals.

1999        Medical Director: (Paroxetine Study) Protocol 29060-651. A 12-Week, Double-Blind, Fixed Dose Comparison of 20 and 40 mg Daily of Paroxetine and Placebo in Patients Suffering From Post Traumatic Stress Disorder (PTSD). SmithKline Beecham.

1999        Principal Investigator/Medical Director: (Org 5222 Study) Protocol 041-500. Org 5222 Long-Term Extension to Protocol 041-002. Organon Pharmaceuticals.

1999        Medical Director: (Selegeline Study) Protocol S9303-E113-98B. A Double-Blind, Placebo-Controlled Parallel Assessment of the Safety and Efficacy of the Selegeline Transdermal System in Subjects with Major Depression. Somerset Pharmaceuticals.

2000        Principal Investigator: (Venlafaxine ER) Protocol 0600B4-390-US. A Six-Month, Double-Blind, Placebo-Controlled, Parallel-Group Comparison of Venlafaxine ER Capsules and Placebo in Outpatients with Generalized Social Anxiety Disorder. Wyeth Ayerst.

2000        Principal Investigator/Medical Director: (Iloperidone Study) Protocol ILP3005. A Randomized, Double-Blind, Placebo- and Risperidone-Controlled, Multicenter Study to Evaluate the Efficacy and Safety of Two Nonoverlapping Dose Ranges of Iloperidone Given b.i.d. for 42 Days to Schizophrenic Patients Followed by a Long-Term Treatment Phase with Iloperidone given q.d. Novartis Pharmaceuticals.

March, 2002                                                                                    24

Charles H. Merideth, M.D.

## CLINICAL RESEARCH EXPERIENCE (CONTINUED):

2000        Medical Director: (L-759274 Study) Protocol 026-00. A Double-Blind,
            Multicenter Study of Two Doses of L-759274 vs. Paroxetine Hydrochloride and
            Placebo in the Treatment of Outpatients with Major Depressive Disorder. Merck
            & Co., Inc.

2000        Medical Director: (Paroxetine Study) Protocol SB29060-701. A Randomized,
            Multicenter, Eight-Week, Double-Blind, Placebo-Controlled Flexible Dose Study
            to Evaluate the Efficacy and Safety of Paroxetine in Children and Adolescents with
            Major Depressive Disorder (MDD). SmithKline Beecham.

2000        Principal Investigator/Medical Director: (Lu 26-26-054 Study) Protocol SCT-MD-
            01. Fixed Dose Comparison of the Safety and Efficacy of Lu 26-054, Citalopram,
            and Placebo in the Treatment of Major Depressive Disorder. Forest Laboratories,
            Inc.

2000        Medical Director: (Org 33062 Study) Protocol 134-004. A Double-Blind,
            Multicenter, Randomized, Placebo-Controlled Efficacy and Safety Study of Org
            33062 ER and Fluoxetine in Subjects with Major Depressive Disorder. Organon,
            Inc.

2000        Medical Director: (Org 33062 Study) Protocol 134-502. A Double-Blind
            Extension Trial in Subjects with Major Depressive Disorder who Participated in
            the Placebo-and Fluoxetine Controlled Study of Org 330762 ER (protocol 134-
            004). Organon, Inc.

2000        Principal Investigator/Medical Director: (Lu 26-26-054 Study) Protocol SCT-MD-
            05. Flexible Dose Comparison of the Safety and Efficacy of Lu 26-054 and
            Placebo in the Treatment of Generalized Anxiety Disorder. Forest Laboratories,
            Inc.

2000        Medical Director: (Paroxetine Study) Protocol 29060/676. A 16-Week Double-
            Blind, Placebo Controlled Study to Investigate the Efficacy and Tolerability of
            Paroxetine in the Treatment of Children and Adolescents with Social Anxiety
            Disorder/Social Phobia. SmithKline Beecham.

March, 2002                                                                        25

Charles H. Merideth, M.D.

**CLINICAL RESEARCH EXPERIENCE (CONTINUED):**

2000          Medical Director: Protocol D1050006-P02, A Double-Blind, Randomized, Fixed
                 Dose, Placebo-Controlled, Parallel-Group, 6-Week Efficacy, Safety and
                 Tolerability Study of Two Dose Levels of SM-13496 in Patients with
                 Schizophrenia by DSM-IV Criteria Who are Experiencing an Acute Exacerbation of
                 Symptoms.  Sumitomo Pharmaceuticals America, Ltd.

2000          Principal Investigator: (Depakote Study) Protocol M99-010.  Safety and Efficacy of
                 Depakote as Combination Therapy in the Treatment of Psychosis Associated
                 with Schizophrenia.  Abbott Laboratories.

2000          Principal Investigator/Medical Director: (Org 5222 Study) Protocol 041-013.  A
                 Double-Blind, Three-Armed, Fixed-Dose, Placebo-Controlled Dose-Finding
                 Study with Sublingual Org 5222 in Subjects with Acute Phase Schizophrenia.
                 Organon, Inc.

2000          Medical Director: Protocol 29060-716, A Multicenter, Open-Label, Six-Month
                 Extension Study to Assess the Long-Term Safety of Paroxetine in Children and
                 Adolescents with major Depressive Disorder (MDD) or Obsessive-Compulsive
                 Disorder (OCD).  SmithKline Beecham.

2000          Medical Director: Protocol TOPMAT-PHI-374, A Comparative Study of the
                 Steady-State Pharmacokinetics of Lithium Before and During Multiple Oral Daily
                 Topiramate (RWJ-17021) Dosing in Patients with Bipolar Disorder.  R.W. Johnson
                 Pharmaceutical research Institute

2000          Principal Investigator/Medical Director: (Org 5222 Study) Protocol 041-505.
                 Long-Term Maintenance of Subjects with Schizophrenia with Org 5222.
                 Organon, Inc.

2000          Principal Investigator: (Galantamine Study) Protocol GAL-USA-18.  Open Label
                 Use of Synthetic Galantamine in the Treatment of Alzheimer's Disease.  Janssen
                 Research Foundation.

2000          Principal Investigator/Medical Director: (Sertraline Study) Protocol A0501017.  A
                 Multicenter, Ten-Week, Randomized, Double-Blind, Placebo-Controlled, Flexible
                 Dose Outpatient Study of Sertraline in Children and Adolescents with Major
                 Depressive Disorder.  Pfizer Central Research.

March, 2002                                                                                                           26

Charles H. Merideth, M.D.

**CLINICAL RESEARCH EXPERIENCE (CONTINUED):**

2000      Principal Investigator/Medical Director: (Sertraline Study) Protocol A0501015. A Multicenter, 24-Week, Open-Label Extension Study of Sertraline in Children and Adolescent Outpatients Previously Diagnosed with Major Depressive Disorder. Pfizer Central Research.

2000      Principal Investigator/Medical Director: (LU 26-054 Study) Protocol SCT-MD-04. Flexible Dose Comparison of the Safety and Efficacy of LU 26-054, Citalopram, and Placebo in the Treatment of Panic Disorder. Forest Laboratories.

2000      Principal Investigator/Medical Director: (Seroquel Study) Protocol 0577IL/0099. A Multicenter, Double-Blind, Randomized Placebo-Controlled Trial of the Safety and Efficacy of Seroquel (Quetiapine Fumarate) as Add-On Therapy with Lithium or Divalproex in the Treatment of Acute Mania. Astra Zeneca Pharmaceuticals.

2000      Medical Director: (Reboxetine Study) Protocol M2020-0047. Reboxetine, Placebo, and Paroxetine Comparison in Patients with Major Depressive Disorder. Pharmacia & Upjohn.

2000      Medical Director: (Reboxetine Study) Protocol 950E-CNS-0005-087. Open-Label Reboxetine Continuation Therapy. Pharmacia & Upjohn.

2000      Principal Investigator/Medical Director: (Buspirone Hydrochloride ER Study) Protocol B99-CT3.005.BUS P02. A Double-Blind, Randomized, Placebo-Controlled, Parallel-Group, Fixed-Dose Study of the Efficacy, Safety, and Tolerability of Buspirone Hydrochloride Extended Release Compared to Placebo in Patients with Generalized Anxiety Disorder. Biovail Laboratories, Inc.

2000      Principal Investigator/Medical Director: (Buspirone Hydrochloride ER Study) Protocol B99.CTOL.008.BUS.P02. An Open-Label Study of the Safety, Tolerability, and Efficacy of Up to 90 mg Buspirone Hydrochloride Extended Release in Patients with Generalized Anxiety Disorder. Biovail Laboratories, Inc.

2000      Medical Director: (Venlafaxine Study) Protocol 0600B4-392-US. A Double-Blind, Placebo-Controlled, Parallel-Group Comparison of Venlafaxine Extended-Release Capsules and Paroxetine in Outpatients with Generalized Anxiety Disorder. Wyeth-Ayerst Research.

March, 2002               27

Charles H. Merideth, M.D.

CLINICAL RESEARCH EXPERIENCE (CONTINUED):

2000          Medical Director: (Aripiprazole Study) Protocol 173-98-203. A Phase II,
              Randomized, Double-Blind, Placebo-Controlled, Fixed-Dose Study of Oral OPC-
              14523 and Prozac in the Treatment of Outpatients with Moderate Depression.
              Otsuka America Pharmaceutical, Inc.

2000          Principal Investigator: Protocol 31-98-213. An Open-Label Comparison of the
              Neurocognitive Effects of Aripiprazole to Olanzapine Administered Orally in
              Patients with Stable Psychosis. Otsuka America Pharmaceutical, Inc.

2000          Principal Investigator/Medical Director: Protocol 31-98-220. An Open-Label
              Follow-On Study of the Long-Term Safety of Aripiprazole Administered Orally in
              Patients with Psychosis. Otsuka America Pharmaceutical, Inc.

2000          Principal Investigator: (Paroxetine Study) Protocol DRI3650. A Double-Blind,
              Placebo- and Paroxetine Controlled, Multicenter, Dose Ranging Study Evaluating
              the Efficacy and Safety of
              SRI42801 in Outpatients with Major Depressive Disorder. Sanofi-Synthelabo

2000          Medical Director: (Topiramate Study) Protocol TOPMAT-PDMD-005. A Placebo-
              Controlled 12-Week Study of the Safety and Efficacy of Two Doses of Topiramate
              Versus Placebo for the Treatment of Acute Manic or Mixed Episodes In Subjects
              With Bipolar I Disorder With An Optional Open-Label Extension Protocol. The
              R.W. Johnson Pharmaceutical Research Institute.

2000          Medical Director: (Depakote Study) Protocol M99-082. A Double-Blind, Placebo-
              Controlled Study of Depakote® in the Treatment of Behavioral Agitation in Elderly
              Patients with Dementia. Abbott Laboratories.

2000          Medical Director: (LU 26-054 Study) Protocol SCT-MD-11. Evaluation of the
              Safety and Efficacy of LU 26-054 in the Prevention of Depression Recurrence.
              Forest Laboratories, Inc.

2000          Principal Investigator: (LU 26-054 Study) Protocol SCT-MD-17. An Open-Label
              Extension Study of the Safety and Efficacy of LU 26-054 Patients with
              Generalized Anxiety Disorder. Forest Laboratories, Inc.

March, 2002                                                                                  28

Charles H. Merideth, M.D.

### CLINICAL RESEARCH EXPERIENCE (CONTINUED):

2000        Principal Investigator/Medical Director: (Lamictal Study) Protocol SCA40910.  A Multicenter-Double-Blind, Placebo Controlled, Fixed-Dose Evaluation of the Safety, Efficacy, and Tolerability of Lamical (Lamotrigine) in the treatment of a Major Depressive Episode in Patients with Type I Bipolar Disorder.  Glaxo Wellcome.

2000        Principal Investigator: (Topiramate Study) Protocol CAPSS-155.  A comparison of the Efficacy and Safety of TOPAMAX® (Topiramate) Tablets Versus Placebo for the Prophylaxis of Migraine.  Ortho-McNeil Pharmaceutical, Inc.

2000        Principal Investigator: (Galantamine Study) Protocol GAL-INT-10.  A Placebo controlled evaluation of galantamine in the treatment of Alzheimer's Disease: Safety and Efficacy of a controlled release formulation.  Janssen Research Foundation.

2000        Principal Investigator: (L-830982 Study) Protocol 008-00, A Double-Blind, Multicenter, Placebo-Controlled Study of L-830982 in the Treatment of Outpatients with Generalized Anxiety Disorder.  Merck & Co., Inc.

2000        Medical Director: (Fluoxetine Study) Protocol 003048, A Multicenter, Randomized, Double-Blind, Fluoxetine and Placebo controlled Study of the Efficacy and Safety of Remeron Sol Tab (mirtazapine) Orally Disintegrating Tablets in Subjects with Major Depressive Disorder.  Organon, Inc.

2001        Principal Investigator: (Seroquel Study) Protocol 5077IL/0099, A Multicenter, Double-Blind, Randomized, Placebo-Controlled Trial of Safety and Efficacy of SEROQUEL (Quetiapine Fumerate) as Add-on Therapy with Lithium or Divalproex in the Treatment of Acute Mania.  Astra Zeneca Pharmaceuticals, Inc.

2001        Principal Investigator/Medical Director: (Seroquel Study) Protocol 5077IL/0041, A Multicenter, Double-Blind, Randomized Comparison of the Efficacy and Safety of Sustained-Release Formulation Quetiapine Fumerate (Seroquel ™) and Placebo in the Treatment of Patients with Schizophrenia.  Astra Zeneca Pharmaceuticals, Inc.

2001        Principal Investigator/Medical Director: (Org 5222 Study) Protocol 041-013, A Double-Blind, Three-Armed, Fixed-Dose, Placebo Controlled Dose-Finding Study with Sublingual Org 5222 in Subject with Acute Phase Schizophrenia.  Organon, Inc.

March, 2002                                                                                                              29



Charles H. Merideth, M.D.

**CLINICAL RESEARCH EXPERIENCE (CONTINUED):**

2001        Medical Director: (L-330932 Study) Protocol 006-01, A Double-Blind, Multicenter Acute Study of Two Doses of L-330932 versus Larazapam and Placebo in the Treatment of Out Patients with Generalized Anxiety Disorder. Merck & Co., Inc.

2001        Principal Investigator: (Risperdal Study) Protocol RIS-USA-240, The Efficacy and Safety of Flexible Dose Ranges of Risperidone vs. Placebo or Divalproex Sodium in the Treatment of Manic or Mixed Episodes Associated with Bipolar I Disorder. Janssen Pharmaceutica Research Foundation.

2001        Principal Investigator: (Risperdal Study) Protocol RIS-USA-241, A 9-Week, Open-Label, Multicenter, Safety Trial of Flexible Dose Ranges of Risperidone in the Treatment of Manic or Mixed Episodes Associated with Bipolar I Disorder. Janssen Pharmaceutica Research Foundation.

2001        Medical Director: (Zopiclone Study) Protocol 190-049, A Twelve-Month, Open-Label Study of the Safety of (S) Zopiclone in Adult Subjects with Insomnia. Sepracor, Inc.

2001        Medical Director: (Risperdal Study) Protocol RIS-USA-209, A Randomized Double Blind Study to Evaluate the Anticholinergic Burden in Subjects with Psychosis of Dementia Treated with Risperidone or Olanzapine. Janssen Pharmaceutica, Inc.

2001        Medical Director/Principal Investigator: Protocol RIS-USA-259, Open Label Trial Exploring a Switching Regimen from Oral Neuroleptics, other than Risperidone, to Risperidone Depot Microspheres. Janssen Research Foundation.

2001        Medical Director/Principal Investigator: Protocol RIS-USA-265, An Open Label, Long Term Trial of Risperidone Long Acting Microspheres in the Treatment of Subjects Diagnosed with Schizophrenia. Johnson & Johnson Pharmaceutical Research & Development, L.L.C.

2001        Medical Director: Protocol 006B-1007-35, A Double-Blind, Randomized, Placebo-Controlled, 3-Month Clinical Trial of Venlafaxine ER and Sertraline in the Treatment of Posttraumatic Stress Disorder. Wyeth-Ayerst Pharmaceuticals.

March, 2002                                                                                                    30

Charles H. Merideth, M.D.

## CLINICAL RESEARCH EXPERIENCE (CONTINUED):

2001        Medical Director/Principal Investigator: Protocol 059–00, A Double–Blind,
            Multicenter, Placebo– and Active–Controlled Study of MK–0869 in the Treatment
            of Patients with Major Depressive Disorder with Melancholic Features. Merck &
            Company, Inc.

2001        Medical Director: Protocol 0600B-100735, A Double–Blind, Randomized,
            Placebo–Controlled, 3–Month Clinical Trail of Venlafaxine ER and Sertraline in the
            Treatment of Posttraumatic Stress Disorder.  Wyeth–Ayerst Pharmaceuticals.

2001        Medical Director: Protocol 060–00, A Double–Blind, Multicenter, Placebo– and
            Active–Controlled Acute and Extension Study of MK–0869 in the Treatment of
            Patients with Major Depressive Disorder.  Merck & Co., Inc.

2001        Medical Director: Protocol B01.CT3.016.BUS P02, Randomized, Double–Blind,
            Placebo–Controlled Parallel–Group, Fixed Dose Study of the Efficacy, Safety, and
            Tolerability of 60mg Buspirone Hydrochloride Extended Release Compared to
            Placebo in Patients with Generalized Anxiety Disorder Who Have Stable Disease
            Characteristics.

2001        Medical Director: Protocol F1D–US–HGJT, Olanzapine Versus Risperidone in the
            Treatment of Bipolar I Disorder, Manic or Mixed.  Eli Lilly and Company

2001        Medical Director: Protocol 1043–012, A 6–Week, Double–Blind, Rancomized,
            Multicenter, Fixed–Dose, Placebo–Controlled Study of Pagoclone Dosed Twice a
            Day in Patients with Generalized Anxiety Disorder. Pfizer, Inc.

2001        Medical Director: Protocol 0600B4–392–US, A Double–Blind, Placebo–Controlled,
            Parallel Group Comparison of Venlafaxine in Outpatients with Generalized Social
            Anxiety Disorder.  Wyeth–Ayerst Research.

2001        Medical Director: Protocol D10005–P01, A Double–Blind, Randomized, Fixed-
            Dose, Placebo–Controlled, Parallel Group, 6–Week, Efficacy, Safety and
            Tolerability of Two Dose Levels of SM–13496 in Patients with Schizophrenia by
            DSM–IV Criteria who are Experiencing an Acute Exacerbation of Symptoms.
            Sumitomo Pharmaceuticals

2001        Medical Director: Protocol 134–004 (02), A Double–Blind, Multi–center,
            Randomized, Placebo–Controlled, Efficacy and Safety Study of ORG 33062 ER and
            Fluoxetine in Subjects who suffer from Major Depressive Disorder with Atypical
            Features.  Organon, Inc.

March, 2002                                                                    31

Charles H. Merideth, M.D.

## CLINICAL RESEARCH EXPERIENCE (CONTINUED):

2001        Medical Director: Protocol 134-502 (02), A Double-Blind, Multi-center Extension Trial in Subjects who shffer from Major Depressive Disorder with Atypical Features who Participated in the Placebo- and Fluoxetine Controlled Study of ORG 33062 ER.  Organon, Inc.

2001        Medical Director: Protocol 173-00-221, A Phase II, Randomized, Double-Blind, Placebo-Controlled, Dose-Ranging study of Fixed Doses of Oral OPC-14523 and Prozac in the Treatment of Outpatients with Moderate Depression.  Otsuke America Pharmaceutical, Inc.

2001        Medical Director: Protocol SB59746-A Study 003, A Randomized, Double-Blind, Placebo-Controlled, Flexible Dosage Trial to Evaluate the Efficacy and Tolerability of Paroxetine CR in Patients with Generalized Anxiety Disorder (GAD).  GlaxoSmithKline.

2001        Medical Director: Protocol 190-048, A Randomized, Double-Blind, Placebo-Controlled Parallel, Two-Week Efficacy and Safety Study of (S)-Zopicione in Elderly Subjects with Primary Insomnia.  Sepracor.

2001        Medical Director: Protocol 003-048, Multi-Center, Randomized, Double-Blind, Fluoxetine and Placebo-Controlled Study of the Efficacy and Safety of REMERON Sol Tab (mirtazapine) Orally Disintegrating Tablets in Subjects with major Depressive Disorder.  Organon, Inc.

2001        Principal Investigator: Protocol 082-2001-001, A Placebo-Controlled, Dose-Titration, Efficacy and Tolerability Study of Neotrofin™ in Patients with Probable Alzheimer's Disease.  NeoTherapeutics Inc.

2001        Medical Director: Protcol TOPMAT-PDMD-005, A Randomized, Double-Blind, Multicenter, Placebo-Controlled 12-Week Study of the Safety and Efficacy of Two Doses of Topirmamte for the Treatment of Acute Manic or Mixed Episodes in Subjects with Bipolar 1 Disorder with an Optional Open-Label Extension .  R.W. Johnson Pharmaceutical Research Institute.

2002        Principal Investigator: Protocol 134-501.4, Protocol for the Open-label Extension Trial in Subjects with Major Depressive Disorder who Participated in One of the ORG 33062 ER Efficacy Trials (Amendment 4 Modification: Inclusion of Subjects with major Depressive Disorder Without Prior Participation in ORG 33062 Efficacy Trials) Organon.

March, 2002                                                                                                    32

Charles H. Merideth, M.D.

## STUDIES COMPLETED

| STUDY | NUMBER COMPLETED |
|---|:---:|
| Acute Mania | 9 |
| Adolescent Depression | 7 |
| Alcoholism | 1 |
| Alzheimer's   Disease | 15 |
| Bi-Polar Disorder | 13 |
| Depression | 96 |
| Epilepsy | 1 |
| Geriatric Depression | 8 |
| Insomnia | 3 |
| Migraine | 5 |
| Other Dementia | 2 |
| Psychosis | 19 |
| PTSD | 5 |
| Schizophrenia | 50 |
| GAD | 31 |
| Panic | 4 |
| Social Anxiety Disorder | 3 |
| Total | 271 |

March, 2002

33

5077US/0049 :0028

  **The Medical Board of California**
1426 Howe Avenue, Suite 54
Sacramento, California  95825-3236

State of
California
& Department of
Consumer
Affairs

*PHYSICIAN AND SURGEON*

CERTIFICATE NO.  C32377          EXPIRATION  01/31/2003

**CHARLES HOWARD MERIDETH**
**8880 RIO SAN DIEGO DRIVE**
**SUITE 1090**
**SAN DIEGO CA 92108**

ORIGINAL
ISSUANCE DATE
06/24/1970

RECEIPT NO.
00092926

394

5077US/0049 : 0029

**JANICE L. MILLER, M.D.**
**CNS HEALTHCARE OF WEST PALM BEACH**
April 9, 2002

**CNS**
**HEALTHCARE**

| | |
|---|---|
| **Title** | Principal Investigator<br>Clinical Neuroscience Solutions, Inc.<br>May 1999 to Present |
| **Birth** | August 14, 1951 |
| **Education** | Indian River Community College, Fort Pierce, FL; Associate of Arts, 1969-1971 |
| | University of Miami, Coral Gables, FL; Bachelor of Science, Summa Cum Laude, 1971-1972 |
| | University of Miami School of Medicine, Miami, FL; Doctor of Medicine, 1972-1976 |
| **Professional Training** | University of Miami School of Medicine, Miami, FL; Residency in Psychiatry, 1976-1977 |
| | Georgetown University Hospital, Washington, DC; Residency in Psychiatry, 1977-1979 |
| **License/ Accreditation** | Florida ME-0031592 |
| | 1983 - Diplomate of the American Board of Psychiatry and Neurology |
| | 1990 - Certification in Alcoholism & Drug Dependencies, American Society of Addiction Medicine |
| **Population Experience** | *Children and Adolescents:* 15 years clinical psychiatric experience, both inpatient and outpatient; diagnoses included ADHD and Disruptive Behaviors disorders, Substance Abuse/ Dependence disorders, Psychotic disorders, Depressive disorders, Bipolar disorders, Anxiety disorders, Eating disorders, Adjustment disorders, and Personality disorders. |
| | *Adults:* 22 years clinical psychiatric experience, both inpatient and outpatient; diagnoses included Mental Retardation, ADHD and Disruptive Behaviors disorders, Delirium, Dementia, Substance Abuse/ Dependence disorders, Psychotic disorders, Depressive disorders, Bipolar disorders, Anxiety disorders, Somatoform disorders, Sleep Disturbance disorders, Dissociative disorders, Sexual and Gender Identity disorders, Eating disorders, Adjustment disorders, and Personality disorders. |
| | *Geriatrics:* 22 years clinical psychiatric experience, both inpatient and outpatient; diagnoses included Delirium, Dementia, Substance Abuse/Dependence disorders, Psychotic disorders, Depressive disorders, Bipolar disorders, Anxiety disorders, Sleep Disturbance disorders, Eating disorders, Adjustment disorders, and Personality disorders. |

---

**CNS Healthcare West Palm Beach    Bldg. 2, Suite 210    5601 Corporate Way    West Palm Beach, FL 33407**
**Tel: 561-616-9595    Fax: 561-616-9545**
**www.cnshealthcare.com/westpalmbeach**

Page 1 of 2
CNS Healthcare of West Palm Beach
Curriculum Vitae
©2001 Clinical Neuroscience Solutions

395

**JANICE L. MILLER, M.D.**
**CNS HEALTHCARE OF WEST PALM BEACH**
April 9, 2002



| | |
|---|---|
| **Clinical Skills** | CPR, vital signs (including orthostatic blood pressure), ECG, venipuncture, height, weight, body mass index, urine dipsticks, urine pregnancy testing, slide preparation, pharmacokinetic sampling and storage, specimen preparation and specimen packaging |
| **Ratings Experience** | *Diagnostic Evaluations:* SCID, K-SADS, DICA, MINI and MINI-Kid |
| | *Scales:* ADHD rating scale, AIMS, ASEX, Barnes, BPRS, CGI, Conners Continuous Performance Test, Global Assessment Scale, Hamilton Anxiety Rating Scale, Hamilton Depression Scale, MADRS, PANSS (including SCI-PANSS), PGI-Improvement, Quality of Life Assessment, Resource Utilization, SADS-C, Simpson-Angus, Somatic Symptom Inventory, Y-BOCS, Y-MRS, Visual Analog Scales, Stanford Sleepiness Scales, PAAS (Panic and Anticipatory Anxiety Scale, PDSS (Panic Disorder Severity Scale) |
| **Hospital Appointments** | Medical Director, Loudoun County Mental Health; Leesburg, Virginia; 1979 – 1980 |
| | Medical Staff, Columbia Hospital; West Palm Beach, Florida; 1983 – 1996 |
| | Medical Staff, JFK Hospital; Atlantis, Florida; 1982 – 1993 |
| | Medical Staff, Savannas Hospital; Port St. Lucie, Florida; 1990 - 2001 |
| **Private Practice Experience** | Psychiatric Private Practice; Jupiter/West Palm Beach, Florida; 1981 - 2002 |
| **Professional Memberships** | Association of Clinical Research Professionals (ACRP) December 2000 to Present |
| **Version Date** | April 9, 2002 |

CNS Healthcare West Palm Beach    Bldg. 2, Suite 210    5601 Corporate Way    West Palm Beach, FL 33407
Tel: 561-616-9595    Fax: 561-616-9545
www.cnshealthcare.com/westpalmbeach

Page 2 of 2
CNS Healthcare of West Palm Beach
Curriculum Vitae
©2001 Clinical Neuroscience Solutions

396

5077US/0049:0029

AC# 0815131

**STATE OF FLORIDA**
**DEPARTMENT OF HEALTH**
**DIVISION OF MEDICAL QUALITY ASSURANCE**

| DATE | LICENSE NO. | CONTROL NO. |
|------|-------------|-------------|
| 01/26/2002 | ME 31592 | 90140 |

THE MEDICAL DOCTOR
NAMED BELOW HAS MET ALL REQUIREMENTS OF
THE LAWS AND RULES OF THE STATE OF FLORIDA.
EXPIRATION DATE: **JANUARY 31, 2004**

JANICE L MILLER, MD
5601 CORPORATE WAY
BLDG 2, SUITE 210
WEST PALM BCH, FL  33407

JEB BUSH
GOVERNOR

DISPLAY IF REQUIRED BY LAW

JOHN O. AGWUNOBI, M.D., M.B.A.
SECRETARY

397

5077US/0049 : 0030

| | |
|---|---|
| Study Code | 5077US/0049 |
| Country | USA |
| Centre No. | 30 |

## Curriculum Vitae

| | |
|---|---|
| First and family name: | Dennis J. Munjack, M.D. |
| Present position: | Clinical Professor |
| | University of Southern California |
| | Department of Psychiatry |
| | Los Angeles, CA |
| | 1998 - Present |
| | |
| | Director |
| | Southwestern Research, Inc. |
| | Beverly Hills, CA |
| | 1980 – Present |
| Address: | Southwestern Research, Inc. |
| | 435 North Bedford Drive, Suite 216 |
| | Beverly Hills, CA 90210 |
| | 310-858-7448 Telephone |
| | 310-858-7489 Facsimile |
| Medical education: | Albert Einstein College of Medicine |
| | Bronx, New York |
| | M.D. |
| | 1967 |
| Physician's license number: | Medical Board of California, Physician and Surgeon License Certificate Number G23190 |
| Postgraduate training: | Residency, Psychiatry |
| | Temple University Hospital |
| | Philadelphia, Pennsylvania |
| | 1968 – 1971 |
| | |
| | Internship |
| | Long Island College Hospital |
| | Brooklyn, New York |
| | 1967 – 1968 |

| | | |
|---|---|---|
| **Publications** | Peer Review Publications | 48 |
| *Number of written publications in* | Chapters | 3 |
| *relevant area(s) of research* | Minor Articles | 12 |
| **Experience of clinical research** | 100 | |
| *Number of clinical studies sponsored* | | |
| *by the pharmaceutical industry to* | | |
| *which the individual has contributed* | | |

I consent to the transfer of my personal data disclosed to AstraZeneca Herein (or subsequently to one or more of the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data protection laws may not exist or be as developed as in the European Economic Area.

| | | | |
|---|---|---|---|
| Signature | *[signature]* | Date of signature | 9/6/02 |

Curriculum Vitae
September 6, 2002
Page 1 of 35

5077US/0049 : 003D

# Dennis J. Munjack, M.D.

| | |
|---|---|
| **Address** | Southwestern Research, Inc.<br>435 North Bedford Drive<br>Suite 216<br>Beverly Hills, California 90210<br>310-858-7448 Telephone<br>310-858-7489 Facsimile<br><br>2031 West Alameda Avenue<br>Suite 360<br>Burbank, California 91506<br><br>7872 Walker Street<br>Suite 106<br>La Palma, California 90623 |
| **Education** | **Temple University Hospital**<br>Philadelphia, Pennsylvania<br>Psychiatry<br>1968 – 1971<br><br>**Long Island College Hospital**<br>Brooklyn, New York<br>Fellowship<br>1967 – 1968<br><br>**Albert Einstein College of Medicine**<br>Bronx, New York<br>M.D.<br>1967<br><br>**Brooklyn College**<br>Brooklyn, New York<br>B.A.<br>1963 |
| **Medical License** | Medical Board of California, Physician and Surgeon License,<br>Certificate Number G23190 |
| **Academic Appointments** | **Clinical Professor**<br>University of Southern California<br>Department of Psychiatry<br>Los Angeles, California<br>7/1/1998 – Present<br><br>**Associate Professor**<br>University of Southern California<br>Department of Psychiatry<br>Los Angeles, California<br>1980 – 1998<br><br>**Associate Clinical Professor**<br>University of Southern California<br>Department of Psychiatry<br>Los Angeles, California<br>1977 – 1980 |

Dennis J. Munjack, M.D.
Curriculum Vitae
September 6, 2002
Page 2 of 35

**Assistant Professor**
University of Southern California
Department of Psychiatry
Los Angles, California
1973 – 1977

**Instructor**
Temple University Hospital
Department of Psychiatry
Philadelphia, Pennsylvania
1971 –1975

**Teaching Appointments**    **University of Southern California**
Los Angeles, California
1973 – 1997

- First Year Medical Students:
  Lecturer and Supervisor
  Sex Education Course
  Sex Therapy Lecture Course
  Summer Fellowship

- Third Year Medical Students:
  Supervisor, Psychiatric  Outpatient Clinic

- Third Year Residents:
  Behavior Therapy Lecture Seminar
  Clinical Supervisor, Psychiatric Outpatient Clinic

- Resident Programs:
  Resident Follow-up Group Supervisor
  Resident Clinic Team Leader
  Resident Supervisor, Sex Therapy and Marital Counseling Clinic
  Resident Supervisor, Anxiety Disorders Clinic
  Research Supervisor, Clinical Case Conference and Demonstration

**Temple University School of Medicine**
Philadelphia, Pennsylvania
1971 – 1973

- Medical Students:
  Supervisor, Psychiatric Outpatient Department

- Third Year Medical Students:
  Behavior Therapy Lecture Seminar

- Second Year Residents:
  Supervisor, Outpatient Psychotherapy Section

- Lecturer:
  Summer Behavior Therapy Institute

**Administrative Appointments**    **University of Southern California School of Medicine**
Los Angeles, California
1973 – 1997

Dennis J. Munjack, M.D.
Curriculum Vitae
September 6, 2002
Page 3 of 35

- Coordinator, Medical Student Psychiatric Outpatient Clinic Rotation
- Coordinator, Behavior Therapy Unit
- Coordinator, Sex Therapy and Marital Counseling Clinic
- Medical Care Evaluation Committee
- Acting Director, Psychiatric Outpatient Clinic
- Director, Anxiety Disorders Clinic
- Sex Education Committee
- Medical Care Evaluation Committee 1973 – 1978
- Third Year Psychiatry Clerkship Committee 1973 – 1977

**Temple University School of Medicine**
Philadelphia, Pennsylvania
1971 – 1973

- Coordinator, Third Year Psychiatric Clerkship
- Undergraduate Education Committee

**Additional Professional Activities**

**Member**
Harbor View Medical Center
Data Safety Monitoring Board:  Protocol Improving
Therapy for Panic Disorder in Primary Care.
Peter P. Roy-Byrne, M.D., Principal Investigator
Present

**Lecturer**
University of Southern California School of Medicine
Postgraduate Education Division
Los Angeles, California
Present

**Article Referee**
Journal of Anxiety Disorders
1989 – Present

**Article Referee**
Journal of Clinical Psychopharmacology
1989 – Present

**Article Referee**
Psychiatry Research
1989 – Present

**Lecturer**
University of Southern California School of Medicine
Anxiety Disorders Open Forum for the Public
Los Angeles, California
July 17, 1995

**Member**
Coordination Committee
14th Annual Conference on Anxiety
Los Angeles, California
July 7, 1993
March 1994

Dennis J. Munjack, M.D.
Curriculum Vitae
September 6, 2002
Page 4 of 35

**Expert Panelist**
Human Psychopharmacology
International Study of Expert Judgment on Therapeutic of
Benzodiazepines
Vol 8, pp. 253 – 261
1993

**Editor**
Anxiety Disorders Newsletter
1989 – 1995

**Assistant Editor**
Anxiety Disorders Newsletter
1986 – 1989

**Reviewer**
National Institute on Mental Health Treatment Development and
Assessment Research Review Committee
1981 – 1982

**Director**
Southwestern Research, Inc.
Beverly Hills, California
Burbank, California
Los Angeles, California
La Palma, California
1980 – Present

**Member**
Union of American Physicians and Dentists
Union Negotiating Team
1987

**Book Reviewer**
Journal of Clinical Psychiatry

**Article Reviewer**
The Journal of Clinical Review

**Article Referee**
Journal Nervous and Mental Disease
1980 – Present

**Article Referee**
Journal of Behavior Therapy
1980 – Present

**Article Referee**
American Journal of Psychiatry
1980 – Present

**NIMH Summer Fellow**
Kinsey Institute for Sex Research
1972

**Supervisor**
Behavior therapy Training Institute

Dennis J. Munjack, M.D.
Curriculum Vitae
September 6, 2002
Page 5 of 35

**Lieutenant J.G.**
United States Navy
Honorable Discharge
1969 – 1971

**Consultantships**

**Wyeth-Ayerst Pharmaceuticals**
Investigator's Meeting
San Diego, California
June 1996

**DSM-IV Anxiety Disorders Work Group Advisor**
1993

**Sex Hotline**
Los Angeles, California

**USC News Service**
Los Angeles, California

**TAP Pharmaceuticals Corporation**
Drug Development conference
Scottsdale, Arizona
December 3-6, 1992

**TAP Pharmaceuticals Corporation**
New Anxiolytic (DN-2327) Research Protocol Development
1991 – 1993

**Editorial Board**
Anxiety Disorders Practice Journal
Practice Press
Napa, California
1989 – Present

**Consulting Editor**
Journal of Sex Education and Therapy

**PRN Magazine**
Oradell, New Jersey
1982 – Present

**Consulting Editor**
Journal of Behavior Therapy and Experimental Psychiatry
1980 – 1982

Dennis J. Munjack, M.D.
Curriculum Vitae
*September 6, 2002*
Page 6 of 35

**Media**

**KFWB Radio**
Los Angeles, California
Interview, Oklahoma City Bomb Blast
April 19, 1995

**Health Connection**
KIEV Radio
Los Angeles, California
Interview, Social Phobia
July 1, 1994

**Health Connection**
KIEV Radio
Los Angeles, California
Interview, Obsessive Compulsive Disorder
May 4, 1994

**Health Connection**
KIEV Radio
Los Angeles, California
Interview, Recent Advances in Psychiatry
May 1994

**USC Transcript**
University of Southern California
Los Angeles, California
Interview, Panic Disorder
March 22, 1993

**KUNW Radio**
Albuquerque, New Mexico
Interview, Anxiety and Depression
September 24, 1992

**SELF Magazine**
Writer, John Sedgwick
Interview, Panic Attacks
December 1991

**Health Connection**
KIEV Radio
Los Angeles, California
Interview, Depression
October 2, 1991

**Los Angeles Times**
Los Angeles, California
Interview, Obsessions and Compulsions
May 1991

**Eye On LA**
KHJ
Interview, Fears and Phobias
July 7, 1990

Dennis J. Munjack, M.D.
Curriculum Vitae
September 6, 2002
Page 7 of 35

**Los Angeles Times**
Los Angeles, California
Interview, Needle Phobias
June 19, 1990

**Los Angeles Magazine**
Writer, Tom Johnson
Los Angeles, California
Interview and Quotation, Fear in the City: How Real is the Fear?
September 1988

**About You**
KNBC Television
Los Angeles, California
Guest Appearance, Fears and Phobias
October 8, 1987

**Los Angeles Harold Examiner**
Los Angeles, California
Interview, Earthquakes
October 5, 1987

**Lifetime Medical Television**
Los Angeles, California
Discussant, Panic Attacks and Mitral Valve Prolapse:  Diagnostic and
Treatment Implications
August 6, 1987

**Dr. Ruehl Show**
Group W Cable
Los Angeles, California
Interview, Managing Anxiety Disorders
July 14, 1987

**Channel 4 News**
KNBC Television
Los Angeles, California
Guest Appearance, Phobias and Anxiety
May 25-29, 1987

**KFCO Radio**
Host, Ted Pane
San Diego, California
Interview, Superstitions and Phobias
February 13, 1987

**KVEN Radio**
Host, Barry Turnbull
Ventura, California
Interview, Superstition and Phobias
February 13, 1987

**KABC Radio**
Host, Michael Jackson
Los Angeles, California
Interview, Superstition and Phobias
February 13, 1987

Dennis J. Munjack, M.D.
Curriculum Vitae
September 6, 2002
Page 8 of 35

**KXL Radio**
Host, Jim Bikell
Portland, Oregon
Interview, Superstition and Phobias

**Eye On LA**
Host, Chuck Henry
KABC Television
Interview, Phobias
February 27, 1986

**KGIL Radio**
Host, Danielle Sullivan
Los Angeles, California
Interview, Anxiety Disorders
November 1985

**KNXT Radio**
Host, Lisa Litwiller
Los Angeles, California
Interview, Freeway Phobias
August 14, 1995

**Playgirl Magazine**
Writer, Catherine Johnson
Los Angeles, California
Interview, Public Passions, Private Thrills
November 1984

**AM Los Angeles**
KABC
Los Angeles, California
Guest, Anxiety Disorders, Diagnosis and Treatment
November 8, 1984

**Lifeline, Educational Television for Physicians**
KCET Television
Los Angeles, California
Interview, the Implications of Lactate Induced Panic Attacks for
Understanding Panic Disorder
September 6, 1984

**Group W Cable Television**
Los Angeles, California
Interview, Diagnosis and Treatment of Anxiety Disorders
January 1984

**Cable Health Network**
Los Angeles, California
Interview, Anxiety Disorders
November 1983

**KCBS Radio**
San Francisco, California
Interview, Anxiety Disorders
October 1983

Dennis J. Munjack, M.D.
Curriculum Vitae
September 6, 2002
Page 9 of 35

**Cable Health Network**
Los Angeles, California
Interview, Panic Disorders
October 1983

**KWBT Radio**
South Carolina
Interview, Anxiety and Panic Attacks
August 1983

**KRLA Radio**
Los Angeles, California
Interview, Anxiety and Panic Attacks
August 1983

**Health Connection**
KIEV Radio
Los Angeles, California
Interview, Anxiety and Panic Attacks
July 1983

**Los Angeles Times**
Los Angeles, California
Interview, The Treatment of Panic disorders
March 8, 1983

**Women's Day Magazine**
Writer, Catherine Houck
Interview, Panic Attacks and Anxiety
February 1983

**KZLA Radio**
Host, Robert Wilds
Los Angeles, California
Interview, Panic Attacks and Panic Disorder
February 1983

**Cable TV Network**
Los Angeles, California
Discussant, Phobias
1983

**Channel 2 News**
KCBS Television
Los Angeles, California
Guest, The Treatment of Phobias
1980

**Board Certification**       •   American Board of Psychiatry and Neurology, October 1974

**Other Certification/**      **SCID Interview Training**
**Training**                  Solvay Pharmaceuticals
                              Atlanta, Georgia
                              February 26, 1998

Dennis J. Munjack, M.D.
Curriculum Vitae
September 6, 2002
Page 10 of 35

**HAM-D Anchor Points and Conventions Inter-Rater Training**
Solvay Pharmaceuticals
Atlanta, Georgia
February 26, 1998

**Professional Memberships**

- Southern California Psychiatric Society
- Chairman, Sex Therapy Committee 1977 – 1978
- American Psychiatric Association
- Association for the Advancement of Behavior Therapy
- Society for the Scientific Study of Sex
- American Association of Sex Educators, Counselors, and Therapists
- Behavior therapy Research Society, Charter Clinical Fellow
- The American college of Sexologists
- Anxiety Disorders Association of America, Board of Directors 1980 – 1992, Program Committee 1980 – 1982
- Obsessive-Compulsive Disorders Foundation
- National Anxiety Foundation
- American Society of Clinical Psychopharmacology
- Behavior Therapy and Research Society, Charter Clinical Fellow, 1972

**Awards**

**Teacher of the Year Award**
University of Southern California + Los Angeles County Hospital
Los Angeles, California
Presented by:  Psychiatric Residency Program
1996

**Teacher of the Year Award**
University of Southern California + Los Angeles County Hospital
Los Angeles, California
Presented by:  Psychiatric Residency Program
1995

**Excellence in Teaching Award**
University of Southern California + Los Angeles County Hospital
Los Angeles, California
Presented by: The Third Year Class Psychiatric Residency Program
1994

**Teacher of the Year Award**
University of Southern California + Los Angeles County Hospital
Los Angeles, California
Presented by: The Senior Class Psychiatric Residency Program
1992

**Sherwyn M. Woods, M.D. Teaching Award**
University of Southern California + Los Angeles County Hospital
Los Angeles, California
Presented by: The Third Year Class Psychiatric Residency Program
1984

**Distinguished Teacher Award**
University of Southern California + Los Angeles County Hospital
Los Angeles, California
Issued by:  Department of Psychiatry, Education division

Dennis J. Munjack, M.D.
Curriculum Vitae
September 6, 2002
Page 11 of 35

1983

**Outstanding Instructor Award**
University of Southern California + Los Angeles County Hospital
Los Angeles, California
Issued by: Department of Psychiatry, Education Division
1981

**Contracts and Grants**

Inderal in the Treatment of General Anxiety Disorder, Ayerst Laboratories, Protocol No. 81-153-CR

Xanax Regular Tablets Versus Xanax Sustained Release (SR) in the Treatment of Panic Attacks with and without Phobias, The Upjohn Company, Protocol No. 4438

Immediate and Delayed Effects Following Discontinuation of Buspirone or Alprazolam Therapy in Generalized Anxiety Disorder Patients: A Multicenter Study, Bristol-Myers Squibb U.S. Pharmaceutical Group, Protocol No. 05149.

Fluvoxamine in the Treatment of Panic Disorder and Panic Disorder in Agoraphobia: A Multicenter Double-Blind, Placebo-Controlled Study in Outpatients, Kali-Duphar laboratories, Inc., Protocol No. H114.5535/3

A Double-Blind Comparison of the Efficacy of ZK112-119, Alprazolam, and Placebo in Outpatients with Generalized Anxiety Disorder, Sandoz Pharmaceuticals Corporation, Protocol No. B202

A Prospective, Randomized, Double-Blind, Placebo-Controlled, Multicenter, Parallel-Group Comparison of the Efficacy and Safety of Abecarnil and Alprazolam in Outpatients with Generalized Anxiety Disorder, Sandoz Pharmaceuticals, Protocol No. B351

A Double-Blind, Placebo-Controlled, Multicenter Trial Comparing 30 MG of Buspar Given Two Times Daily Versus Three Times Daily in Patients with Generalized Anxiety Disorder, Ciba-Geigy, Protocol No. 07

A Double-Blind, 12 Week, Parallel Comparison of Sertraline and Placebo in Outpatients with Obsessive Compulsive Disorder, Pfizer Pharmaceuticals, Protocol No. 91CE21-0546.

A Double-Blind, Placebo-Controlled Study to Determine the Efficacy and Safety of Fluparoxan (0.5, 2 & 8 MG BID) in the Treatment of Secondary (Acquired) Male Erectile Disorder, Glaxo, Inc., Protocol No. ADA-203.

A Randomized, Double-Blind, Placebo-Controlled Study of the Safety and Efficacy of Two Doses of Ondansetron Versus Placebo in the Treatment of Social Phobia, Glaxo, Inc., S3A-342.

A Placebo-Controlled, Double-Blind, Parallel Trial of Brofaromine Hydrochloride in Patients with Social Phobia, Ciba-Geigy, Protocol No. 04.

A Double-Blind, Comparison of Three Doses of Tandospirone GITS and Placebo in Outpatients with Major Depression, Pfizer Pharmaceuticals, Protocol No. 93CE30-0611.

Double-Blind, Placebo-Controlled, Parallel-Group, Dose-Finding Study of Venlafaxine Extended Release Capsules in Outpatients with Generalized Anxiety Disorder, Wyeth-Ayerst Research, Protocol No. 0600B2-210-US.

A Double-Blind, Placebo-Controlled Dose Escalation Study of the Safety and Efficacy of Oral Ondansetron in the Treatment of Patients with Panic Disorder, Glaxo, Inc., Protocol No. S3A-323.

Sertraline Treatment Followed by a Double-Blind Comparison of Sertraline and Placebo in the Prevention of Relapse in Outpatients with Obsessive Compulsive Disorder, Pfizer, Inc., Protocol No. 93CE21-0615.

12-Week, Double-Blind, Comparison of Two Sertraline Dose Regimens in "Nonresponder" Outpatients with Obsessive Compulsive Disorder, Pfizer, Inc., Protocol No. 93CE21-0643.

A Phase III, Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, Safety, Tolerance, and Efficacy Study of 10 and 20 mg Zaleplon, Wyeth-Ayerst Research, Protocol No. 0897A1-307-US.

A Phase III, Multicenter, Long-Term, Open-Label, Safety and Tolerance Study of 10 or 20 mg of Zaleplon Administered Once Daily for a Maximum of 360 Days in Adult Outpatients with Insomnia, Wyeth-Ayerst Research, Protocol No. 0897A1-312-US.

A Phase II, Eight Week, Double-Blind, Placebo-Controlled Multicenter Study to Evaluate the Efficacy and Safety of Three Fixed Doses of Oral CP-93, 393-1 in Outpatients with Major Depressive Disorder, Pfizer, Inc., Protocol No. 129-106.

Double-Blind, Placebo-Controlled Study of Venlafaxine-ER and Venlafaxine OROS[7] in Outpatients with Major Depression, Wyeth-Ayerst Research, Protocol No. 0600C1-217-US.

Six-Month Double-Blind, Placebo-Controlled, Parallel-Group Comparison of Venlafaxine Extended Release Capsules and Placebo in Outpatients with Generalized Anxiety Disorder, Wyeth-Ayerst Research, Protocol No. 0600B2-218-US.

A Double-Blind, Placebo-Controlled Trial to Evaluate the Clinical Effects of Immediate Release Paroxetine and Modified Release Paroxetine in the Treatment of Major Depression, SmithKline Beecham Pharmaceuticals, Protocol No. 29060/448.

A Double-Bind, Placebo-Controlled, Flexible Dosing Trial to Evaluate the Efficacy of Modified Release Paroxetine in the Treatment of Panic Disorder, SmithKline Beecham Pharmaceuticals, Protocol No. 29060/497.

Placebo-Controlled, Parallel Group Trial of Three Doses of Pagoclone in Patients with DSM-IV Panic Disorder, Interneuron Pharmaceuticals Inc., Protocol No. IP456/004.

Dennis J. Munjack, M.D.
Curriculum Vitae
September 6, 2002
Page 13 of 35

A Randomized, Double-Blind, Fixed Dose Comparison of 20, 40, and 60 mg Daily of Paroxetine and Placebo in the Treatment of Generalized Social Phobia, SmithKline Beecham Pharmaceuticals, Protocol No. 29060/454.

A Multicenter, Double-Blind, Placebo-Controlled, Dose-Ranging Study to Evaluate the Efficacy and Safety of Single Doses of SB-220453 in the Treatment of Acute Migraine, SmithKline Beecham Pharmaceuticals, Protocol No. 220453/006.

An Eight-Week, Double-Blind, Placebo-Controlled Study of 2, 20, 50, and 100 mg Flibanserin BID and Paroxetine QD in Patients with Major Depressive Disorder, Boehringer Ingelheim, Protocol No. 511.12.

A Double-Blind, Placebo-Controlled, Trial to Evaluate the Clinical Effects of Immediate Release Paroxetine and Modified Release Paroxetine in the Treatment of Major Depression in Elderly Patients, SmithKline Beecham Pharmaceuticals, Protocol No. 29060/487.

Double-Blind Placebo-Controlled, Multicenter Study Evaluating the Efficacy and Safety of SR58611A in Outpatients with Major Depression, Sanofi Research, Protocol No. DRI2412.

A Double-Blind, Placebo-Controlled, Comparative Study of an Extended Release Formulation of Venlafaxine and Imipramine on the Time of Onset of Antidepressant Response in Patients with Severe Depression, Wyeth-Ayerst Research, Protocol No. 0600B1-384-US.

A Double-Blind, Randomized Trial of Three Fixed Doses of Transdermal Buspirone Compared to Placebo in the Treatment of Anxious Outpatients, Bristol-Myers Squibb, Protocol No. CN101-094.

Fluoxetine Versus Placebo in Posttraumatic Stress Disorder, Eli Lilly & Company, Protocol No. B1Y-MC-HCHG.

A Double-Blind, Randomized, Multicenter, Parallel Design Study to Evaluate the Efficacy and Safety of Individual Maximum Tolerated Doses of EMD 68 843 in Comparison with Placebo and Fluoxetine in Outpatients with Major Depressive Disorder, Merck, Protocol No. EMD 68 843 009.

A Double-Blind, Randomized, Multicenter, Parallel Design Study to Evaluate the Efficacy and Safety of Three Dose Ranges of EMD 68 843 in Comparison with Placebo and Fluoxetine in Outpatients with Major Depressive Disorder, Merck, Protocol No. EMD 68 843 010.

A Multicenter, Double-Blind, Randomized Parallel Group Study of the Efficacy, Safety, Tolerability of a Flexible Dose Regimen of Flesinoxan Versus Placebo in Outpatients with Major Depressive Disorder with Fluoxetine as an Active Control, Solvay Pharmaceuticals, Protocol No. S1283101.

Dennis J. Munjack, M.D.
Curriculum Vitae
September 6, 2002
Page 14 of 35

A Six-Week, Double-Blind, Placebo and Fluoxetine Controlled Multicenter Study to Evaluate the Safety and Efficacy of Oral CP-122-721 in Outpatients with Major Depressive Disorder, Pfizer Inc., Central Research Division, Protocol No. 165-112.

A Multicenter, Randomized, Double-Blind, Parallel-Group, Placebo-Controlled, Dose-Range Finding Trial to Evaluate the Safety and Efficacy of 4 Doses of NKP608A in Patients with Social Phobia, Novartis Pharmaceuticals Corporation, Protocol No. 107.

A Randomized, Double-Blind, Dose-Range Finding Multicenter Parallel-Group, Active and Placebo-Controlled Trial to Evaluate the Safety and Efficacy of NKP608A in Patients with Social Phobia, Novartis Pharmaceuticals Corporation, Protocol No. 141.

Comparison of the Efficacy and Safety of Befloxatone 2.5 mg OD Versus Placebo in Outpatients with Moderate to Severe Major Depressive Disorders; A Randomized, Double-Blind, 8-Week Multi-Center Phase II Trial, Synthelabo Research, Inc., Protocol No. 2918.

A Double-Blind, Randomized, Flexible Dose Trial of Buspirone Transdermal or Alprazolam Compared to Placebo in the Treatment of Anxious Outpatients, Bristol-Myers Squibb Pharmaceutical Research Institute, Protocol No. CN101-101.

A 12-Week, Double-Blind, Fixed Dose Comparison of 20 and 40 mg Daily of Paroxetine and Placebo in Patients Suffering from Posttraumatic Stress Disorder, SmithKline Beecham Pharmaceuticals, Protocol No. 29060/648.

A Randomized, Double-Blind, Placebo-Controlled, Flexible Dosage Trial to Evaluate the Efficacy and Tolerability of Paroxetine in Patients with Generalized Anxiety Disorder, SmithKline Beecham Pharmaceuticals, Protocol No. 29060/642.

A Multicenter, Randomized, Double-Blind, Placebo-Controlled, Efficacy and Safety Study of Remeron in Outpatient Children and Adolescents with Major Depressive Disorder, Organon, Inc., Protocol No. 003-045.

A Multicenter, Double-Blind, Placebo and Sertraline Controlled, Randomized Parallel Group, Flexible Dose Trial of Nefazodone ER in the Treatment of Depressed Patients, Bristol-Myers Squibb, Protocol No. CN104-175.

A Multi-Center, Randomized, Double-Blind, Parallel Group, Placebo-Controlled Study Evaluating the Efficacy and Safety to Two Fixed Dose Ranges of Buspirone Hydrochloride (15-30 mg and 45-60 mg) in Children and Adolescents (Aged 6-17) with Generalized Anxiety Disorders, Bristol-Myers Squibb, Protocol No. CN101-125.

A Multicenter, Double-Blind, Flexible Dose Safety Trial Comparing Nefazodone ER to Nefazodone IR in the Treatment of Depressed Patients, Bristol-Myers Squibb, Protocol No. CN104-181.

Dennis J. Munjack, M.D.
Curriculum Vitae
September 6, 2002
Page 15 of 35

Fluoxetine Versus Placebo in the Treatment of Posttraumatic Stress Disorder, Eli Lilly & Company, Protocol No. B1Y-MC-HCJL.

The Combination of Olanzapine and Fluoxetine in Treatment Resistant Depression Without Psychotic Features, Eli Lilly & Company, Protocol No. F1D-MC-HGHZ.

A Double-Blind, Multicenter, Placebo-Controlled Study of L-759274 in the Treatment of Outpatients with Major Depression Melancholic Features, Merck & Company, Protocol No. 027-00.

A Double-Blind, Placebo-Controlled Study of Patient Reported Sleep Effects of L-759274 in Older Patients with Chronic Primary Insomnia, Merck & Company, Protocol No. 028-00.

A Multicenter Randomized Double-Blind, Placebo Controlled Trial of Sertraline for Acute Treatment of DSM-IV Generalized Social Phobia in Outpatients, Pfizer, Inc., Protocol No. R0601.

Reboxetine (PNU-15590E) Versus Placebo in the Treatment of Major Depressive Disorder Resistant to Fluoxetine, Pharmacia & Upjohn, Protocol No. M/2020/0034.

Pharmacogenomics Blood Sampling Protocol, Pharmacia & Upjohn, Protocol No. 950ECNS0323-001.

Open-Label Reboxetine Rescue and Continuation Therapy, Pharmacia & Upjohn, Protocol No. 950ECNS0005-071.

A Double-Blind Placebo and Fluoxetine Controlled, Multicenter Study Evaluating the Efficacy and Safety of SR48968C in Patients with Major Depressive Disorder, Sanofi-Synthelabo Research, Protocol No. ACT3820.

A Double-Blind, Placebo-Controlled Comparative Efficacy Study of Venlafaxine ER and Sertraline in Producing Remission in Outpatients with Major Depressive Disorder, Wyeth-Ayerst Research, Protocol No. 0600B1-414-US.

A Double-Blind, Placebo-Controlled Study of Flexible Dose of Venlafaxine ER in Adolescent Outpatients with Generalized Social Anxiety Disorder, Wyeth-Ayerst Research, Protocol No. 0600B4-389-US.

A Six-Month, Double-Blind, Placebo-Controlled Parallel-Group Comparison of Venlafaxine Extended Release Capsules and Placebo in Outpatients with Generalized Social Anxiety Disorder, Wyeth-Ayerst Research, Protocol No. 0600B4-390-US.

A Double-Blind, Placebo-Controlled Study of Quatipine in Outpatients with Alzheimer's Dementia, Astro-Xenica.

R-fluoxetine Versus Placebo in the Treatment of Generalized Anxiety Disorder, Eli Lilly & Company, Protocol No. H5Z-MC-LUAH.

A Double-Blind, Multicenter, Acute Study of Two Doses of L-830982 Versus Lorazepam and Placebo in the Treatment of

Dennis J. Munjack, M.D.
Curriculum Vitae
September 6, 2002
Page 16 of 35

Outpatients with Generalized Anxiety Disorder, Merck Research, Protocol No. 006-00.

A Double-Blind, Multi-Center, Randomized, Placebo-Controlled, Efficacy and Safety Study of ORG 33062 ER and Fluoxetine in Subjects Who Suffer from Major Depressive Disorder with Atypical Features, Organon Inc., Protocol 134-004.

A Double-Blind, Multi-Center Extension Trial in Subjects Who Suffer from Major Depressive Disorder with Atypical Features who Participated in the Placebo and Fluoxetine Controlled Study of Org 33062 ER (Protocol 134-004), Organon Inc, Protocol No. 134-502.

A Double-Blind, Randomized, Placebo and Paroxetine Controlled, Multicenter, Dose-Finding Trial with ORG 34517 in Outpatients with Moderate to Severe Major Depressive Disorder, Organon Inc., Protocol No. 28105.

Reboxetine, Placebo and Paroxetine Comparison in Patients with Depressive Disorder, Pharmacia & Upjohn, Protocol No. M20200046.

Open-Label Reboxetine Continuation Therapy, Pharmacia & Upjohn, Protocol No. 950ECNS0005-087.

The Effect of Reboxetine, Placebo, and Paroxetine on Cognitive Functioning in Patients with Major Depressive Disorder, James Ferguson, M.D., Protocol No. M20200047cog.

A Double-Blind, Placebo and Paroxetine Controlled Multicenter, Dose-Ranging Study Evaluating the Efficacy and Safety of SR142801 in Outpatients with Major Depressive Disorder, Sanofi-Synthelabo Research, Protocol No. DRI3650.

Double-Blind, Placebo-Controlled Study of Venlafaxine ER in Children and Adolescents with Major Depressive Disorder, Wyeth-Ayerst, Protocol No. 0600B1-394-US.

Double-Blind, Placebo-Controlled Study of Venlafaxine ER in Children and Adolescents with Generalized Anxiety Disorder, Protocol No. 0600B2-396-US.

A Double-Blind, Placebo-Controlled, Parallel-Group Comparison of Venlafaxine ER Capsules and Paroxetine in Outpatients with Generalized Social Anxiety Disorder, Wyeth-Ayerst Research, Protocol No. 0600B4-392-US.

A Single-Dose, Pharmacokinetic Trial of Remeron® (Mirtazapine) in Children and Adolescents with Major Depression, Organon Inc., Protocol No. 003-047.

A Double-Blind, Multicenter, Placebo and Active Controlled Acute and Extension Study of MK-0869 in the Treatment of Patients with Major Depressive Disorder with Melancholic Features, Merck & Co., Inc., Protocol No. 059-00.

Dennis J. Munjack, M.D.
Curriculum Vitae
September 6, 2002
Page 17 of 35

A Worldwide, Multicenter, Double-Blind, Parallel, Active-Controlled, Long-Term Safety Study of MK-0869 in Outpatients with Major Depressive Disorder, Merck & Co., Inc., Protocol No. 066-00.

A Double-Blind, Randomized, Placebo-Controlled, 3-Month Clinical Trial of Venlafaxine ER and Sertraline in the Treatment of Post Traumatic Stress Disorder, Wyeth-Ayerst Pharmaceuticals, Protocol No. 0600B-100735.

Open-Label, Multiple Oral Dose Study to Assess the Steady State Pharmacokinetics of Org 33062 ER in Children and Adolescents with Major Depressive Disorder, Organon Inc., Protocol No. 28721.

A Randomized, Double-Blind, Placebo-Controlled, Flexible Dosage Trial to Evaluate the Efficacy and Tolerability of Paroxetine CR in Patients with Generalized Anxiety Disorder (GAD). Protocol Issue Date: 22 June 2001, GlaxoSmithKline, Protocol No. 29060/791.

A Randomized, Double-Blind, Parallel-Group, Placebo-Controlled Study Evaluating Efficacy and Safety of SB-29060 Controlled Release (12.5 and 25 mg/day) versus Placebo in Patients with Major Depressive Disorder, GlaxoSmithKline, Protocol No. 29060/810.

A Double-Blind, Placebo-Controlled, Parallel-Group, Flexible-Dose Study of Venlafaxine Extended-Release Capsules in Adult Outpatients with Panic Disorder, Wyeth-Ayerst Research, Protocol No. 0600B5-353-US.

A Double-Blind, Placebo-Controlled Comparative Efficacy Study of Venlafaxine ER and Sertraline in Producing Remission in Outpatients with Major Depressive Disorder, Wyeth-Ayerst Research, 0600B1-402-US.

A Phase IIB, Seven-Week, Double-Blind, Placebo and Paroxetine Controlled Multicenter Study to Evaluate the Safety and Efficacy of Oral CP-122, 721 in Outpatients with Major Depressive Disorder and Associated Somatic Symptoms, Pfizer, Inc., Protocol No. A1651008.

A Seven-Week, Double Blind, Extension of Protocol A1651008: A Phase IIB, Seven-Week, Double-Blind, Placebo and Paroxetine-Controlled Multicenter Study to Evaluate the Safety and Efficacy of Oral CP-122, 721 in Outpatients with Major Depressive Disorder and Associated Somatic Symptoms, Pfizer, Inc., Protocol No. A1651009.

A Double-Blind, Placebo-Controlled, Parallel Group Design Dose-Ranging Study of Three Doses of Lasofoxifene vs. Placebo for the Treatment of Sexual Dysfunction (Arousal Disorder) in Postmenopausal Women, Pfizer Inc., Protocol A2181015.

A Double-Blind, Placebo-Controlled, Parallel Group Design Dose-Ranging Study of Three Doses of Lasofoxifene vs. Placebo for the Treatment of Sexual Dysfunction (Hypoactive Desire) in Postmenopausal Women, Pfizer Inc., Protocol No. A2181021.

Dennis J. Munjack, M.D.
Curriculum Vitae
September 6, 2002
Page 18 of 35

An Eight-Week, Double-Blind, Placebo-Controlled Multicenter Study to Evaluate the Safety and Efficacy of 2 Doses of CP-448, 187 (1.5 and 3 mg) and Paroxetine in Subjects with Major Depressive Disorder, Pfizer Inc., Protocol No. A2721008.

A Randomized, Double-Blind, Alprazolam and Placebo-Controlled Study of the Efficacy and Safety of CP-615, 003 in Outpatients with Generalized Anxiety Disorder, Pfizer Inc., Protocol No. A3381003.

A Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, Fixed-Dose Study of the Efficacy, Safety, and Tolerability of 60 mg Buspirone Hydrochloride Extended Release Compared to Placebo in Patients with Generalized Anxiety Disorder Who Have Stable Disease Characteristics, Biovail Corporation, Protocol No. B01.CT3.016.BUS P02.

A Four-Week, Double-Blind, Placebo and Active Controlled, Dose-Ranging Study of SL 65.1498-00, 3 Doses (5,15,50 mg per day) and Lorazepam (3 mg/day) in Out-Patients with Generalized Anxiety Disorder, Sanofi-Synthelabo Research, Protocol No. DRI4390.

Double-Blind, Comparison of the Safety and Efficacy of Escitalopram and Fluoxetine in the Treatment of Fluoxetine Nonresponders, Forest Laboratories, Protocol No. SCT-MD-21.

Two-Week Double-Blind Placebo-Controlled Study of Escitalopram in the Treatment of Severe Major Depression. Phase A: Double-Blind Comparison of the Safety and Efficacy of Escitalopram and Placebo After Two Weeks of Treatment of Patients with Severe Major Depression. Phase B: Double-Blind Comparison of the Safety and Efficacy of Escitalopram and Placebo After Eight Weeks of Treatment of Patients with Severe Major Depression, Forest Laboratories, Protocol No. SCT-MD-26.

An Open-Label Extension Study of the Safety and Efficacy of Escitalopram in Patients with Major Depressive Disorder, Forest Laboratories, Protocol No. SCT-MD-19.

Flexible Dose Comparison of the Safety and Efficacy of Escitalopram and Placebo in the Treatment of Generalized Anxiety Disorder, Forest Laboratories, Protocol No. SCT-MD-06.

An Open-Label Extension Study of the Safety and Efficacy of Lu 26-054 in Patients with Generalized Anxiety Disorder, Forest Laboratories, Protocol No. SCT-MD-17.

Deramciclane 30 mg and 60 mg Once Daily Versus Placebo in Generalized Anxiety Disorder.  A Randomized Double-Blind Placebo and Buspirone–Controlled Fixed-Dose Parallel-Group Multicenter Study of 10 Weeks (Including a 2-Week Single-Blind Placebo Period), Pharmacia Corporation, Protocol No. DERA-5334-025.

Dennis J. Munjack, M.D.
Curriculum Vitae
September 6, 2002
Page 19 of 35

Deramciclane 60 mg (or 30 mg) once daily in the treatment of generalized anxiety disorder. An open multicenter safety study of 5 months, including a 1 month drug-free follow-up period. Follow-up to studies 3013023 and 3013025, Pharmacia Corporation, Protocol No. DERA-5334-038.

The Study of Olanzapine and Fluoxetine in Combination for Treatment Resistant Depression Without Psychotic Features, Eli Lilly & Company, Protocol No. H6P-MMC-HDAO.

The Study of Olanzapine and Fluoxetine in Combination for Treatment Resistant Depression Without Psychotic Features, Eli Lilly & Company, Protocol No. F1J-US-HMCB.

A Phase III, Randomized, Double-Blind, Placebo-Controlled, Outpatient Study to Assess the Long-Term Safety and Efficacy of Two Dose Levels of NBI-34060 in Adult Patients with Primary Insomnia, Neurocrine Bioscience, Protocol No. NBI-34060-IR-0114.

Dennis J. Munjack, M.D.
Curriculum Vitae
*September 6, 2002*
Page 20 of 35


**Bibliography**

I. Peer Review Publications

Munjack, D.J.: "Impotence", Journal of Continuing Education for the Family Physician, pp. 25-28, 1974.

Munjack, D.J., and Razani, J.: "Side Effects of Brevital-Aided Desensitization: Some Clinical Impressions", Behavior Therapy, 5:423-427, 1974

Munjack, D.J.: "Overcoming Obstacles to Desensitization Using In-Vitro Stimuli and Brevital", Behavior Therapy, 6:543-546, 1975.

Munjack, D.J., Cristol, A., Goldstein, A., Phillips, D., Goldberg, A., Whipple, K. Staples, F., and Kanno, P.: "Behavioral Treatment of Orgasmic Dysfunction: A Controlled Study", British Journal of Psychiatry, 129:497-502, 1976.

Munjack, D.J., and Kanno, P.: "Prognosis in Treatment of Female Sexual Inhibition", Comprehensive Psychiatry, 18:481-488, 1977.

Munjack, D.J.: "The Behavioral Treatment of Sysmorphophobia, Journal of Behavior Therapy and Experimental Psychiatry, 9:53-56, 1978.

Munjack, D.J., and Oziel, L.J.: "Resistance in the Behavioral Treatment of Sex Dysfunctions", Journal of Sex and Marital Therapy, 4:122-138, 1978.

Munjack, D.J., Oziel, L.J., and Kanno, P.: "Ejaculatory Disorders: Some Psychometric Data", psychological Reports, 43:783-787, 1978.

Munjack, D.J., and Kanno, P.: "Retarded Ejaculation: A Review", Archives of Sexual Behavior, 8:139-150, 1979.

Munjack, D.J., and Oziel, L.J.: "Sex and Pregnancy I", British Journal of Sexual Medicine, 6:19-20 & 32, 1979.

Munjack, D.J., and Oziel, L.J.: "Sex and Pregnancy II", British Journal of Sexual Medicine, 6:21-22, 1979.

Munjack, D.J., and Oziel, L.J.: "Sex and Drugs", Clinical Toxicology, 15:75-89, 1979.

Munjack, D.J., and Oziel, L.J.: "Sex and Psychiatric Illness I", British Journal of Sexual Medicine, 7:12-16, 1980.

Munjack, D.J., and Oziel, L.J.: "Sex and Psychiatric Illness II", British Journal of Sexual Medicine, 7:32-34, 1980.

Munjack, D.J., and Oziel, L.J., Kanno, P., and Leonard, M.: "Ejaculatory Disorders, Some Psychometric Data.  A further Note", Psychological Reports, 46:1047-1050, 1980.

Dennis J. Munjack, M.D.
Curriculum Vitae
September 6, 2002
Page 21 of 35

Munjack, D.J., Oziel, L.J., Kanno, P. Whipple, K., and Leonard, M.: "Psychological Characteristics of Males with Secondary Erectile Failure", Archives of Sexual Behavior, 10:123-131, 1981.

Munjack, D.J., Moss, H.B, and Leonard, M.: "Affective Disorder and Alcoholism in Families of Agoraphobics", Archives of General psychiatry, 83:869-871, 1981.

Munjack, D.J.: "The Treatment of Phenelzine-Induced Hypotension with Salt Tablets: Case Report", journal of Clinical Psychiatry, 45:89-90, 1984.

Munjack, D.J., Schlaks, A., Sanchez, V., Usigili, R., Zulueta, A., and Leonard, M.: "Rational-Emotive Therapy in the Treatment of Erectile Failure: An Initial Study", Journal of Sex and Marital Therapy, 10-170-175, 1984.

Munjack, D.J., Rebal, R., Braun, R., Shaner, R., Staples, F., and Leonard, m.: "Imipramine Versus Propranolol for the Treatment of Panic Attacks: A Pilot Study", Comprehensive Psychiatry, 26:80-89, 1985.

Munjack, D.J., and Crocker, B.: "Alprazolam Induced Ejaculatory Inhibition", Journal of Clinical Psychopharmacology, 6(1):57-58, 1986.

Munjack, D.J., Croker, B., Cabe, D., Usigli, R., Zulueta, A., McManus, M., Leonard, M., Palmer, R., and McDowell, D.: "Inderal Versus Xanax in the Treatment of Panic Disorder and Agoraphobia with Panic Attacks", Abstracts of Biological Psychiatry Meetings, 512-514, 1986.

Brown, R., and Munjack, D.J.: "Fear of Relaxation and WAIS Picture Completion Scores", Psychological Reports, 60:1082, 1987.

Munjack, D.J., Brown, R., and McDowell, D.: "comparison of Social Anxiety in Patients with Social Phobia and Panic Disorder", Journal of Nervous and Mental Disease, 75:49-51, 1987.

Munjack, D.J., Usigli, R., Zulueta, A., Crocker, B., Adatia, N., Buckwalter, J.G., Baltazar, P., Kurvink, W., Inglove, H., Kelly R., and Leonard, M.: "Nortrptyline in the Treatment of panic Disorder and Agoraphobia with Panic Attacks", journal of Clinical Psychopharmacology, 8:3, 204-207, 1988.

Munjack, D.J., and Palmer, R.: "thyroid Hormone in Panic disorder, Agoraphobia with Panic Attacks, and Generalized Anxiety disorder", journal of Clinical Psychiatry, 49:6, 229-231, 1988.

Munjack, D.J., et al: "Alprazolam, Propranolol and Placebo in the Treatment of Panic Disorder and Agoraphobia with Panic Attacks", Journal of Clinical Psychopharmacology, 9:1, 22-27, 1989.

Munjack, D.J., Brown, R., McDowell, D., and Palmer, R.: "Actual Medication Vs. Therapist Guesses: In a Blind Study, How Blind is Blind?", Journal of Clinical Psychopharmacology, 9:2, 148-149, 1989.

Dennis J. Munjack, M.D.
Curriculum Vitae
September 6, 2002
Page 22 of 35

Brown, R., Munjack, D.J., and McDowell, D.: "Agoraphobia With and Without current Panic Attacks", Psychological Reports, pp 64, 503-506, 1989.

Brooks, R.R., Baltazar, P.L., and Munjack, D.J.: "Co-occurrence of Personality disorders with Panic Disorder, Social Phobia, and Generalized Anxiety Disorder: A Review of the Literature", Journal of Anxiety disorders, pp. 3, 259-285, 1989.

Bruns, J.R., Munjack, D.J., Baltazar, P.L., et al: "Buspirone for the Treatment of Social Phobia", family Practice Recertification, 11:46-52, 1989.

Munjack, D.J., Baltazar, P., DeQuattro, V., Sobi, P., Palmer, R., Zulueta, A., Crocker, B., Usigli, R., Buckwalter, J.G., and Leonard, M.: "Generalized Anxiety Disorder: Some Biochemical Aspects", Psychiatry Research, 32:35-43, 1990.

Munjack, D.J., Baltazar, P.L., Bohn, P.B., Cabe, D.D., and Appleton, A.A.: "Clonazepam in the Treatment of Social Phobia: A Pilot Study: Journal of Clinical Psychiatry, 51(5):35-40, 1990.

Munjack, D.J., Bruns, J.R., Baltazar, P.L., Brown, R.A., Leonard, M., Nagy, R., Koek, R., Crocker, B., And Schafer, S.: " A Pilot Study of Buspirone in the Treatment of Social Phobia", Journal of Anxiety Disorders, pp 1, 87-98, 1991.

Wincor, M.Z., Munjack, D.J., and Palmer, R.: "Alprazolam levels and Response in Panic Disorder: Preliminary Results", Journal of Clinical Psychopharmacology, 11(1):48-51, 1991.

Brooks, R.B., Baltazar, P.L., McDowell D.E., Munjack, D.J., and Burns, J.R.: "Personality Disorders Co-occurring with Panic Disorder with Agoraphobia", Journal of Personality disorders, 5(4):328-336, 1991.

Munjack, D.J., Brown, R.A., and McDowell, D.E.: "Existence of Hyperventilation in Panic Disorder With and Without Agoraphobia, GAD, and Normals: Implications for the Cognitive Theory of Panic", Journal of Anxiety disorders, 7:37-48, 1993.

Munjack, D.J., brown, R.A., Cabe, D.D., McDowell, D.E., and Baltazar, P.L.: "A Naturalistic Follow-Up of Panic Patients After Short-Term Pharmacologic Treatment", Journal of Clinical Psychopharmacology, 13(2):156-158, 1993.

Pecknold, J.C., Luthe, L., Munjack, D.J.: panic factor: Outcome Variable in Panic disorder", Journal of Psychiatric Research, 27:369-377, 1993.

Munjack, D.J., Brooks, R.B., and Baltazar, P.L.: "Clonazepam Versus Buspirone in the Treatment of Social Phobia", anxiety Disorders Practice Journal, 1(1):17-27, 1993.

Dennis J. Munjack, M.D.
Curriculum Vitae
September 6, 2002
Page 23 of 35

Pecknold, J., Alexander, P., Munjack, D.J.: "Alprazolam-XR in the Management of Anxiety: discontinuation", Psychiatric Annals, Supplement, pp. 38-46, October 1993.

Hoffman, D.L., O'Leary, D.P., and Munjack, D.J.: "Autorotation Test Abnormalities of the Horizontal and Vertical Vestibulo-Ocular Reflexes in Panic Disorder", Otolaryngology – head and neck Surgery, March 1994.

Pecknold, J., Luthe, L., Munjack, D.J., Alexander, P.: "A Double-Blind, Placebo-Controlled, Multicenter Study Using Alprazolam and Alprazolam XR in the Treatment of Panic Disorder", The Journal of Clinical Psychopharmacology, V14, No5, pp. 314-321, 1994.

Munjack, D.J., and flowers, c.: "Sertraline in the Treatment of Social Phobia", anxiety, 1:196-198, 1994/1995.

Munjack, D.J., and Adler, M.: "Thrombocytopenia and Delirium with Tranycypromine Overdose: A Reply to Chatterje (Letter to the Editor)", The Journal of Clinical Psychopharmacology, June 1996.

Brooks, R.B., Baltazar, P.L., and Munjack, D.J., "Study of the Descriptive Validity, diagnostic Overlap and Internal consistency of DSM-III-R Axis Criteria Among Panic Disorder Subjects", anxiety disorders Practice Journal, V 2, No. 1, summer 1995.

Kronig, M.H., Apter, J., Asnis, G., Bystritsky, A., Curtis, G., Ferguson, J., Landbloom, R., Munjack, D.J., Riesenberg, R., Robinson, D., Roy-Byrne, P., Phillips, K., Du Pont, I.J.: "A Placebo-Controlled Multicenter Study of Sertraline Treatment for Obsessive Compulsive Disorder", December 30, 1997.

Kronig, M.H., Apter, J., Asnis, G., Bystritsky, A., Curtis, G., Ferguson, J., Landbloom, R., Munjack, D., Riesenberg, R., Robinson, D., Roy-Byrne, P., Phillips, K., and DuPont, IJ: "Placebo-Controlled, Multicenter Study of Sertraline Treatment for Obsessive-Compulsive Disorder", J Clin Psychopharmacology, 19(2):172-6, April 1999.

**II. Books**

Munjack, D.J., and Oziel, L.J.: "Sexual Medicine and Counseling Office Practice", Little, Brown and Company, 1980.

**III. Chapters**

Munjack, D.J.: "Short-Term Behavioral Treatment of Female Sex Dysfunction", In: Sloane, R.B., and Staples, F.R. (eds), Brief Psychotherapy, The Psychiatric Clinics of North America, Philadelphia, W.B. Saunders, 1979.

Munjack, D.J.: "The Recognition and Management of Desire Phase Dysfunction", In: Sciana, J.J., (ed), Gynecology and Obstetrics, Vol 6, Philadelphia, J.B. Lippincott Company, 1983.

Zuercher-White, E., and Munjack, D.J.: "The Role of Medications In and An End to Panic", In: Breakthrough Techniques for Overcoming Panic Disorder, Chapter 5, 1995.

421

Dennis J. Munjack, M.D.
Curriculum Vitae
September 6, 2002
Page 24 of 35

**IV. Invited Article**

Munjack, D.J., "Reciprocity in Sexual Relations", Medical Aspects of
Human Sexuality, 7:156-188, 1974.

Munjack, D.J.: "Evaluating Sexual Problems in Office Practice", Medical
Aspects of Human Sexuality",.

Munjack, D.J.: "Inability to Ejaculate", Medical Aspects of Human
Sexuality, 14:116, 1980.

Munjack, D.J.: "How Self-Assertion Can Improve Marital Sexuality",
14:116, 1983.

Munjack, D.J., Phillips, D.: "Letter to the Editor, Rejoinder to Article
Entitled, "Cost-Offset Studies", (Psychiatric Times, August) in
Psychiatric Times, pp. 6-7, November 1993.

**V. Minor Articles, Book
Reviews, Etc.**

Munjack, D.J.: "the Effect of Psychotherapy by S. Rachman, A book
Review", Journal of behavior Therapy and Experimental
Psychiatry, 3:241-242, 1972.

Munjack, D.J.: "Behavior therapy and U.S.C.", Southern California
Psychiatric Society News, 21:10-11, 1974.

Munjack, D.J.: "Staff conference Report:  Behavioral Analysis", Frontiers
of Psychiatry, Roche Reports, November 1974.

Munjack, D.J.: "Viewpoints:  How do Men contribute to their Wives'
Frigidity?", medical Aspects of Human Sexuality, 8:82, 1974.

Munjack, D.J.: "Retardant Effect of Fellatio", Consultant Answers to
Questions Section, medical Aspects of Human Sexuality, 8:213,
1974.

Munjack, D.J.: "Use of Mirror During Coitus", Consultant, Answers to
Questions Section, Medical Aspects of Human Sexuality, 8:110,
1974.

Munjack, D.J.: "Behavior Therapy Unit", Headliner, Los Angeles County
+ University of Southern California Medical Center, January
1975.

Munjack, D.J.: "Brief Guide to office Counseling:  Male Inability to
Climax", Medical Aspects of Human Sexuality, 8:125-126,
1975.

Munjack, D.J.:  "Changes in Rapidity of Ejaculation with Age",
consultant, Answers to Questions Section, Medical Aspects of
Human Sexuality, 9:75, 1975.

Munjack, D.J.:  "How Does One Find a Competent Sex Therapist to
Make Referrals to?", consultant, Answers to Questions Section,
medical Aspects of Human Sexuality, 10:89, 1976.

Dennis J. Munjack, M.D.
Curriculum Vitae
*September 6, 2002*
Page 25 of 35

Munjack, D.J.: "Make Breast Eroticism", consultant, Answers to Question Section, Medical Aspects of Human Sexuality, 11:91, 1977.

Munjack, D.J., and Oziel, L.J.: "Difference Between Libido and Potency", consultant, Answers to Questions Section, Medical Aspects of Human Sexuality, march 1978.

Munjack, D.J.: "The New Sex Therapy, Volume II – Disorders of Sexual Desire and Other New Concepts and Techniques in Sex Therapy, by Helen Kaplan, A Book Review", Journal of Behavior Therapy and Experimental Psychiatry, 11:4, 74-78, Spring 1988.

Munjack, D.J.: "Human Sexuality: A health Practitioner's Text, Richard Green (ed), A Book Review", Journal of Clinical Psychiatry, 4:182, 1980.

Munjack, D.J.: "The Role of Drugs in the Treatment of Panic disorders", Fear Breaker: The Newsletter of the Phobia Society of America, Vol 1, 1982.

Munjack, D.J., "Care and cure of Neurosis, Isaac Marks (ed), A book Review", Journal of Clinical Psychiatry, 44:162, 1983.

Munjack, D.J.: "Rush From Judgment", USC Trojan Family, 18(2):11, 1985.

Munjack, D.J.: "A new Look at Panic Disorder and Agoraphobia with Panic Attacks", Anxiety Disorders, V 1, pp. 2-3, Spring/Summer, 1986.

Munjack, D.J., "Biological Theories of Panic Disorder", Anxiety Disorders, Vol 2, p. 3, Spring, 1987.

Munjack, D.J.: "Beyond Exposure Therapy", Anxiety Disorders, Vol 2, p. 3, Fall/Winter, 1987.

Munjack, D.J.: "Book Review: Sexual Aversion, Sexual Phobias, and Panic Disorder", Anxiety disorders, Vol 3, p 4, Spring, 1988.

Munjack, D.J.: "Newer Psychological Theories in the Treatment of Panic Anxiety", Anxiety Disorders, Vol 3, p. 3, Summer, 1988.

Munjack, D.J.: "What is social Phobia?" Anxiety disorders, Vol 3, p 3, Fall, 1988.

Munjack, D.J.: "Alprazolam (Xanax): What is All the Noise About?", Anxiety disorders, Vol 4, p. 4, winter/Spring, 1989.

Munjack, D.J.: "the Relationship between Panic Attacks, Panic Disorder, and Depression", anxiety Disorders, Vol 4, p. 2, Summer/Fall, 1989.

Munjack, D.J.: "Fluoxetine (Prozac) for Panic Disorder and Panic Disorder with Agoraphobia", Anxiety Disorders, Vol 5, No 1, p. 5, Winter/Spring, 1990.

Dennis J. Munjack, M.D.
Curriculum Vitae
*September 6, 2002*
Page 26 of 35

Munjack, D.J.: "The Basics of Behavioral Desensitization for Anxiety and Guilt", anxiety Disorders, Vol 5, No 1, p 6, Winter/Spring, 1990.

Munjack, D.J.: "Panic Disorder and Coronary Artery Disease", Anxiety Disorders, Vol 5, No 2, p 5, Summer/Fall, 1990.

Munjack, D.J.: "Prozac (Fluoxetine):  A Practical Note", Anxiety Disorders, Vol 5, No 2, p. 6, Summer/Fall, 1990.

Munjack, D.J.: "External Factors in Panic Disorder", Anxiety Disorders, Vol 6, No 1, p. 4, Winter, 1991.

Munjack, D.J.: "Posttraumatic Stress Disorder", Anxiety Disorders, Vol 6, No 1, p 6, Winter, 1991.

Munjack, D.J.: "Prozac and Panic Disorder", Anxiety Disorders, Vol 6, No 1, p 4, Winter, 1991,

Munjack, D.J.: "Exogenous Factors in Panic Disorder, Part II", Anxiety Disorders, Vol 6, No 2, p 3, summer 1991.

Munjack, D.J.: "Treatment of Posttraumatic Stress Disorder, Part II", Anxiety Disorders, Vol 6, no 2, p 4 , summer, 1991.

Munjack, D.J.: "AIDS Phobia", Anxiety Disorders, Vol 6, No 2, p 4, Summer, 1991.

Munjack, D.J.: "Anafranil", Anxiety Disorders, Vol 6, No 2, p 5, Summer, 1991.

Yent, J., and Munjack, D.J.: "Job Interview Anxiety:  Strategies for Successful Coping", Anxiety disorders, Vol 6, No 2, p 7, summer, 1991.

Munjack, D.J.: "Anxiety Disorders in Children", Anxiety Disorders, Vol 6, No 3, p 2, Winter, 1992.

Munjack, D.J.: "What is Placebo?", Anxiety Disorders, Vol 6, No 3, p 3, Winter, 1992.

Munjack, D.J.: "Editor's Column", Anxiety Disorders, Vol 6, No 4, p 2, Spring/Summer, 1992.

Munjack, D.J.: "Obsessive-Compulsive Disorder in Children", Anxiety Disorders, Vol 6, No 4,  pp 2-3, Spring/Summer, 1992.

Munjack, D.J.: "Issues in the Pharmacological Treatment of Obsessive-Compulsive Disorder", Anxiety Disorders, Vol 6, No 4, p 3, Spring/Summer, 1992.

Munjack, D.J.: "The Suffocation Alarm Theory of Panic Attacks", Anxiety disorders, Vol 6, No 4,  p 4, Spring/Summer, 1992.

Munjack, D.J.: "Medication Discontinuation in Panic Disorder", Anxiety Disorders, Vol 6, No 4, p 5, Spring/summer, 1992.

Dennis J. Munjack, M.D.
Curriculum Vitae
September 6, 2002
Page 27 of 35

Munjack, D.J.: " A Random Sampling of Interesting Facts for Individuals with Anxiety Disorders", Anxiety Disorders, Vol 6, No 4, p 6, Spring/Summer, 1992.

Munjack, D.J.: "Avoidant Personality Disorder of Childhood and Adolescence", Anxiety Disorders, Vol 6, No 4, p 7, Spring/Summer, 1992.

Munjack, D.J.: "Can You Believe It?", Anxiety Disorders, Vol 6, No 4, p 7, Spring/Summer, 1992.

**VI. Papers Presented**

Munjack, D.J.: "The Limitations of Behavior Therapy:  Some Proposed Solutions", Eastern Pennsylvania Psychological Association Meeting, Philadelphia, Pennsylvania, July 1969.

Munjack, D.J.: "the Behavioral Treatment of Sex Dysfunctions:  Lecture and Videotape Presentation", Temple University – Albert Einstein Hospital Annual Psychotherapy conference, Psychotherapy, Family Therapy, Behavior Therapy, Philadelphia, Pennsylvania, , April 1973.

Munjack, D.J.:  "The Treatment of Sex Dysfunction by the Family Practitioner: A Lecture", American Academy of Family Practitioners Meeting, Los Angeles, California, October 1974.

Munjack, D.J.: "Sex Dysfunction:  Newer Behavioral Approaches", University of Southern California Psychiatry Alumni Continuing Education Meeting, Los Angeles, California, October 1974.

Munjack, D.J.: "Psychological Characteristics of Frigidity in Sex Clinics", Society for the Scientific Study of Sex, San Diego, California, 1976.

Munjack, D.J.:  "Human Sexuality in Medical Practice", Pomona Valley Community Hospital, Pomona, California, October 1976.

Munjack, D.J.:  "Male Sexual Problems in Office Practice", Good Samaritan Hospital, Los Angeles, California, November 1976.

Munjack, D.J.:  "The Behavioral Treatment of Sex Dysfunction", Harbor General Hospital, Carson, California, December 1976.

Munjack, D.J.:  "Sex Dysfunction", USC Department of Psychiatry, Grand Rounds, Los Angeles, California, march 1977.

Munjack, D.J.: "Prognosis in the Treatment of Female Sexual Inhibition", Western Regional Meetings of the Society for the Scientific Study of Sex, Los Angeles, California, October 1977.

Munjack, D.J.:  "Males Sexuality", Western Regional Meetings of the Society for the Scientific Study of Sex, Los Angeles, California, October 1977.

Munjack, D.J.: "Sexual complications of Psychiatric Illness", Alcoholism and Illicit Drugs, USC School of Medicine and the Department of Psychiatry, Palm Springs, California, November 1977.

Dennis J. Munjack, M.D.
Curriculum Vitae
September 6, 2002
Page 28 of 35

Munjack, D.J.: "The Criteria for Selection for Treatment of Sexual Problems: an Audio-Visual Presentation", Third International Symposium and Workshops on Short-Term Dynamic Psychotherapy, Crisis Theory, and Crisis Intervention, and Short-Term Therapies of Sexual Dysfunctions, Los Angeles, California, November 1977.

Munjack, D.J.: "Principles and Practice of Behavior Therapy", Member of Faculty Panel, American Psychiatric Association Annual Meeting, Atlanta, Georgia, May 10, 1978.

Munjack, D.J.: "A Behavioral Approach to the Evaluation and Treatment of Depression: Comparative Psychiatric Therapies, Diagnosis, and Treatment", USC School of Medicine and the Department of Psychiatry, Maui, Hawaii, June 1979.

Munjack, D.J.: "Male Sexual Dysfunctions", USC School of Medicine and the Department of Psychiatry, USC Medical School Campus, Los Angeles, California, February 1980.

Munjack, D.J.: "The Origins of Phobias", Good Samaritan Hospital, Los Angeles, California, June 1980.

Munjack, D.J.: "The Treatment of Phobias", Good Samaritan Hospital, Los Angeles, California, June 1980.

Munjack, D.J.: "Evaluating Sexual  Problems in Office Practice", Panorama City Hospital, Panorama, California, January 1981.

Munjack, D.J.: "The Sex History", family Practice Seminar, LAC+USC Medical Center, Los Angeles, California, June 1981.

Munjack, D.J.: "Evaluating Sexual Problems in Office Practice", Whittier Presbyterian Hospital, Whittier, California, April 1981.

Munjack, D.J.: "Pharmacological Treatment of Agoraphobia", third Annual Phobia Conference, San Francisco, California, October 1981.

Munjack, D.J.: "Panic Disorder",  LAC+USC Medical Center, Grand Rounds, Los Angeles, California, September 1981.

Munjack, D.J.: "The Treatment of Panic Disorders", Department of Psychiatry, Postgraduate Education, LAC+USC Medical Center, Los Angeles, California, March 1982.

Munjack, D.J.: "The Treatment of Erectile Failure", Burbank Community Hospital, Burbank, California, March 1982.

Munjack, D.J.: "Panic Disorders:  An Overview", Charter Oak Hospital, Covina, California, September 1982.

Munjack, D.J.: "Outcome Studies of Psychological Therapy (by Joseph Wolpe)", Association for the Advancement of Behavior Therapy, Los Angeles, California, November 1982.

Dennis J. Munjack, M.D.
Curriculum Vitae
*September 6, 2002*
Page 29 of 35

Munjack, D.J.: "Panic Disorders and Phobias", La Habra Community Hospital, La Habra Community Hospital, La Habra, California, March 1983.

Munjack, D.J.: "Panic Disorders and Phobias", Guardians of Courage, Hebrew University, Los Angeles, California, May 1983.

Munjack, D.J.: "Anxiety Disorders Clinic", LAC-USC Medical Center, Grand Rounds, Los Angeles, California, July 1983.

Munjack, D.J.: "Clinical Assessment of Depression", USC Department of Psychology, Advanced Graduate Students' Seminars in Psychiatry under Dr. Marston and Dr. Wolpin, USC Department of Psychology, Los Angeles, California, October 1983.

Munjack, D.J.: "Recent Advances in the Treatment of Anxiety Disorders", USC's Salerni Collegium, San Diego, California, September 1983.

Munjack, D.J.: "Recent Advances in the Treatment of Anxiety Disorders", Orange County Psychiatric Society Educational Meeting, Irvine, California, October 1983.

Munjack, D.J.: "Recent Advances in the Treatment of Anxiety Disorders", Del Amo Hospital, Torrance, California, October 1983.

Munjack, D.J.: "Recent Advances in the Treatment of Anxiety Disorders", Pacifica Hospital, Long Beach, California, October 1983.

Munjack, D.J.: "Recent Advances in the Treatment of Anxiety Disorders", Marin County Community Hospital, Marin County, California, October 1983.

Munjack, D.J.: "The Biology of Panic Related Anxiety Disorders", Participant, Conference Sponsored by Upjohn Pharmaceuticals, Boston, Massachusetts, November 1983.

Munjack, D.J.: "Anxiety Disorders – Here Today, Here Tomorrow", Charter Oak Hospital, Covina, California, October 1983.

Munjack, D.J.: "Obsessive-Compulsive Neurosis", LAC+USC Medical Center, Grand Rounds, Los Angeles, California, January 1984.

Munjack, D.J.: "Diagnosis and Treatment of Anxiety Disorders", Kaiser Hospital, Van Nuys, California, January 1984.

Munjack, D.J.: "Agoraphobia", Los Angeles County Department of Mental Health, Human Resources Development Section, Los Angeles, California, February 22 and 29, 1984.

Munjack, D.J.: "The Treatment of Anxiety Disorders: The Present Status", Harbor-UCLA Medical Center, Grand Rounds, Torrance, California, March 5, 1984.

Dennis J. Munjack, M.D.
Curriculum Vitae
September 6, 2002
Page 30 of 35

Munjack, D.J.: "Principles and Practices of Behavior therapy: Varieties of Psychotherapy", UCLA Medical Center, Department of Psychiatry, Los Angeles, California, 1984.

Munjack, D.J.: "The Pharmacological Treatment of Generalized Anxiety States", Santa Clara County Psychiatric Society, San Jose, California, March 29, 1984.

Munjack, D.J.: "The Pharmacological Treatment of Generalized States", El Camino Hospital, San Jose, California, March 30, 1984.

Munjack, D.J.: "Panic Disorders", El Centro Community Mental Health Center, Los Angeles, California, April 26, 1984.

Munjack, D.J.: "The Pharmacological Treatment of Panic Disorder", Metropolitan State Hospital, Norwalk, California, April 25, 1984.

Munjack, D.J.: "Panic Disorders", Glendale Adventist Hospital, Glendale, California, May 15, 1984.

Munjack, D.J.: "Anxiety: Symptom or Diagnosis? Rationale for Recognition and Management", Rio Hondo Memorial Hospital, Downey, California, June 18, 1984.

Munjack, D.J.: "Panic Disorder and the Heart Patient", LAC+USC Medical Center, Grand Rounds, Los Angeles, California, July 17, 1984.

Munjack, D.J.: "Clinical Management of Anxiety States", Department of Social Work, LAC+USC Medical Center, Los Angeles, California, August 15, 1984.

Munjack, D.J.: "Psychological Vs. Pharmacological Treatment for Agoraphobia with Panic Attacks", Ingleside Hospital, Rosemead, California, November 1984.

Munjack, D.J.: "Principles and Practices of Behavior Therapy: Varieties of Psychotherapy", UCLA Medical Center, Department of Psychiatry, Los Angeles, California, April 8, 1985.

Munjack, D.J.: "Anxiety Disorders: The Present Status", Hope Community Hospital, San Mateo, California, may 10, 1985.

Munjack, D.J.: "Panic Disorders, Mirtal Valve Prolapse, and Cardiorespiratory Symptoms", The Cypress foundation, Treating the Emotional Aspects of Cardiovascular Disease – Stress, Anxiety, and Depression in the Cardiac Patient, Monterey, California, May 11, 1985.

Munjack, D.J.: "Diagnosis and Treatment of Panic Attacks", Hollywood Mental Health Clinic, Los Angeles, California, June 1985.

Munjack, D.J.: "Panic Attacks: Present Status", Arcadia Methodist Hospital, Arcadia, California, October 1985.

Munjack, D.J.: "Recent Research in the Treatment of Anxiety Disorders", Edgemont Hospital, Los Angeles, California, November 1985.

Dennis J. Munjack, M.D.
Curriculum Vitae
September 6, 2002
Page 31 of 35

Munjack, D.J.:  "The Current status of Anxiety Disorders", LAC+USC Medical Center, Grand Rounds, Los Angeles, California, November 19, 1985.

Munjack, D.J.: "Overview of Stress/Anxiety and its Effects", Los Angeles Unified School District, Region H, Los Angeles, California, March 19, 1986.

Munjack, D.J.: "Depression:  The Other Side of Anxiety", Los Angeles Unified School District, Region H, Los Angeles, California, March 20, 1986.

Munjack, D.J.: "Alprazolam, Propranolol and Placebo in the Treatment of Panic Disorder and Agoraphobia with Panic Attacks", Presented as Anxiety and Anxiety Disorders:  Biological Considerations, Sponsored by the Upjohn Company, Panic Disorder Biological Research Workshop, Washington D.C., April 14-16, 1986.

Schneider, L., Munjack, D.J., et al:  "Imipramine binding in Panic Disorder and Generalized Anxiety", Presented as a Poster Session, American Psychiatric Association Meeting, Washington, D.C., May 1986.

Munjack, D.J.: "Principles and Practices of Behavior Therapy: Varieties of Psychotherapy", UCLA Medical Center, Department of Psychiatry, Los Angeles, California, August 1986.

Munjack, D.J.: "the role of Medication in the Treatment of Panic and Phobic States", Phobia Society of America National Meeting, New York, New York, October 1986.

Munjack, D.J.: "Sexual Dysfunction", 16th Annual Review Course in Obstetrics and Gynecology, School of Medicine/Postgraduate Division and the Department of Obstetrics and Gynecology, University of Southern California, Pasadena, California, October 21, 1986.

Munjack, D.J.: "The Treatment of Panic Disorders and Agoraphobia with Panic Attacks", Northridge Hospital Medical Center, Northridge, California, October 23, 1986.

Munjack, D.J.: "Sexual Dysfunction", 17th Annual Review Course in Obstetrics and Gynecology, School of Medicine/Postgraduate Division and the Department of Obstetrics and Gynecology, University of Southern California, Pasadena, California, January 15, 1987.

Munjack, D.J.: "Anxiety and panic", Clinical Advances and disorders of Women", University of Southern California Hospital, Marriott Hotel, Los Angeles, California, January 17, 1987.

Munjack, D.J.: "The Role of Medication in the Treatment of Panic and Phobic States", Phobia Society of America National Meeting, San Francisco, California, October 1987.

Dennis J. Munjack, M.D.
Curriculum Vitae
September 6, 2002
Page 32 of 35

Munjack, D.J.: "Anxiety Disorders", Los Angeles Unified School District,
Region A, Principals and Administrators Stress Management
Workshop, Los Angeles, California, April 1988.

Munjack, D.J.: "The Evaluation and Treatment of Anxiety", Arcadia
Methodist Hospital, Arcadia, California, June 1988.

Munjack, D.J.: "The Evaluation of Anxiety, The Treatment of Anxiety,
The Evaluation of Depression", and "The Treatment of
Depression; Plenary Session – An Overview of Depression
Disorders", 31st Anniversary Postgraduate Refresher Course,
University of Southern California School of Medicine
Postgraduate Division, Honolulu and Kauai, Hawaii, August 14-
31, 1988.

Munjack, D.J.: "The Evaluation and Treatment of Anxiety", Los Angeles
County Medical Women's Association, West Hollywood,
California, September 14, 1988.

Munjack, D.J.: "Evaluation of Sexual Problems in Office Practice",
Detroit-Macomb Hospital, Detroit, Michigan, October 1988.

Munjack, D.J.: "The Role of Medication in the Treatment of Anxiety
Disorders, San Bernardino County Hospital Staff, San
Bernardino, California, October 1988.

Munjack, D.J.: "The Present State of Pharmacological Therapy for
Anxiety", Phobia Society of America National Meeting, Boston
Massachusetts, October 1988.

Munjack, D.J.: "Panic Disorder and Agoraphobia: The Present Status",
LAC+USC Medical Center, Grand Rounds, Los Angeles,
California, April 25, 1989.

Munjack, D.J.: "The Treatment of Psychiatric Disorders with Behavior
Therapy", Harbor-UCLA Medical Center, Psychiatry Residents,
Torrance, California, May 4, 1989.

Munjack, D.J.: "Panic Disorders: Management and Treatment", Beyond
Depression, Los Angeles Chapter of California Academy of
Family Physicians, Marriott Hotel, Los Angeles International
Airport, Los Angeles, California, May 6, 1989.

Munjack, D.J.: "Attacking Anxiety", Discussant on Film, American
Psychiatric Association, Annual Meeting, San Francisco,
California, may 10, 1989.

Munjack, D.J.: "Panic Disorders and Depression in the Latino
community: Evaluation, Diagnosis, and Treatment",
Depression and Anxiety Disorders Update on the Diagnosis
and Treatment as Seen in the Latino Medical Community, Multi-
cultural Area Health Education Center (MAHEC), Tamayo
Restaurant, Los Angeles, California, June 7, 1989.

Munjack, D.J.: "Clonazepam in the Treatment of Social Phobia: A Pilot
Study", Conference on High Potency Benzodiazepines:
Emerging Use in Psychiatry, Sponsored by Roche
Laboratories, Boston, Massachusetts, January 20, 1990.

Dennis J. Munjack, M.D.
Curriculum Vitae
September 6, 2002
Page 33 of 35

Munjack, D.J.: "Panic Disorder and Agoraphobia", Desert Medic al Series, Family Crises in Family Medicine, Sponsored by the Upjohn Company, Annenberg Center for Health Sciences at Eisenhower, Rancho Mirage, California, February 10-11, 1990.

Munjack, D.J.: "Panic Disorder:  Disease for the 90's-Psychiatry and Primary Care Interface, Charter Canyon Hospital, Orem, Utah, April 18, 1990.

Munjack, D.J.: "Panic Disorder:  Disease for the 90's", Western Institute of Neuropsychiatry, Salt lake City, Utah, April 18, 1990.

Munjack, D.J.: "Panic Disorder:  Also  a Disorder for the Family Physician", Good Samaritan Hospital, Los Angeles, California, June 11, 1990.

Hoffman, D.L., O'Leary, D.P., Munjack, D.J., and Koek, R.: "Vestibular Autorotation Testing of Panic Disordered Patients", Presented as a Poster Session, Association for Research in Otolaryngology Meeting, St. Petersburg, Florida, February 3-7, 1991.

Munjack, D.J.: "Recent Developments in the Treatment of Panic Disorders", Cedars-Sinai Medical Center, Grand Rounds, Los Angeles, California, October 22, 1990.

Munjack, D.J.: "Panic Disorder:  A Diagnosis for the Family Doctor, As Well as the Psychiatrist", Huntington Memorial Hospital, Grand Rounds, Pasadena, California, November 1990.

Munjack, D.J.: "Panic Disorder:  The Masquerader of Medical Illness", Torrance Memorial Hospital, Medical Education Conference, Torrance, California, December 5, 1990.

Munjack, D.J.: "Panic Disorder:  A Treatable Dilemma", Cigna Hospital (Temple Branch), Health Education Conference, Los Angeles, California, March 14, 1991.

Hoffman, D., O'Leary, D.P., and Munjack, D.J.:  "Vestibulo-Ocular Asymmetry and Gain-Phase Abnormalities in Patients with Panic Disorder", Presented as a Poster Session, American Academy of Otolaryngology-Head and Neck Surgery, Kansas City, Missouri, September 23, 1991.

Munjack, D.J.:  "Systematic Approach to the Depressed Patient in Primary Care Practice", Sponsored by Eli Lilly and Company, Ma Maison Sofitel Hotel, Los Angeles, California, August 1991.

Munjack, D.J.: "Panic Disorder:  Recognition and Treatment", California Medical Center, Family Health Department, Los Angeles, California, February 7, 1992.

Munjack, D.J.: "Results of a Comparative Discontinuation Study of Buspirone Vs. Alprazolam", Visiting Faculty Program by Mead-Johnson Pharmaceuticals, Loews Ventura Canyon Resort, Tucson, Arizona, February 22, 1992.

Dennis J. Munjack, M.D.
Curriculum Vitae
September 6, 2002
Page 34 of 35

Munjack, D.J.: "Assessment and Treatment of Panic Attacks and Assessments and Treatment of Acute Depression", Twelfth Annual Mammoth Mountain Emergency Medicine Ski Conference, Mammoth Lakes, California, March 13, 1992.

Munjack, D.J.: "Assessment and Treatment of Panic Attacks", Primary Care Physicians, University of Southern California, Continuing Education Course, Mayer Auditorium, Health Science Campus, Los Angeles, California, March 17, 1992.

Hoffman, D.L,, O'Leary, D.P., and Munjack, D.J.: "Vestibulo-Ocular Asymmetry and Gain-Phase Abnormalities in Panic Disorder", Western Psychological Association, Portland, Oregon, May 2, 1992.

Munjack, D.J.: "Gain-Phase Abnormalities and Vestibular Abnormalities in Relation to Panic Disorder", Pacific Coast OTO-Opthalmological Society, Dona, Hawaii, June 23, 1992.

Hoffman, D.L., O'Leary, D.P., and Munjack, D.J.: "New Possible biological markers for Panic Disorder", LAC+USC Medical Center, Los Angeles, California, June 30, 1992.

Munjack, D.J.: "Recent Advances in the Treatment of Anxiety Disorders", Ingleside Hospital Medical Staff, Rosemead, California, May 20, 1992.

Munjack, D.J.: "Principles and Practice of Behavior Therapy", Psychiatric Residents, Harbor-UCLA Medical Center, Torrance, California, October 28, 1992.

Munjack, D.J., and Hoffman, D.L.: "Vestibular Abnormalities in Panic Disorder and Generalized Anxiety Disorder: Why Are Panic Disorder Patients Dizzy?", Department of Psychiatry, Grand Rounds, LAC+USC Medical Center, Los Angeles, California, November 24, 1992.

Munjack, D.J.: "Vestibular Abnormalities in Panic disorder and Generalized Anxiety Disorder", Biomedical Simulations Resource Site Visit, Seaver Science Building, University of Southern California, Collaborative Project #10 (with Dr. Dennis O'Leary), March 22, 1993.

Munjack, D.J.: "The Evaluation and Treatment of Depression in General Medical Practice", Department of Family Medicine, Harbor-UCLA Medical Center, Sponsored by SmithKline Beecham Pharmaceuticals, April 1993.

Munjack, D.J.: "Obsessive Compulsive disorder", Discussant, Grand Rounds, LAC+USC Medical Center, Los Angeles, California, September 1993.

Munjack, D.J.: "High Frequency Vestibulo-Ocular Reflex (VOR) by Vestibular Autorotation Test in Panic Disorder and GAD", The Anxiety Disorders Association of America, 14th National Conference, Santa Monica, California, March 17-20, 1994.

Dennis J. Munjack, M.D.
Curriculum Vitae
September 6, 2002
Page 35 of 35

Munjack, D.J.: "The Suffocation Alarm theory of Panic Disorder", Presenter, Psychiatry Grand Rounds, LAC+USC Medical Center, Department of Psychiatry, Los Angeles, California, March 1994.

Munjack, D.J.: "Panic Disorders", Presenter, Common Problems in Primary Care, 20th Annual Review Course, Post-Graduate Education Course for Primary Care Physicians, Mayer Auditorium, Los Angeles, California, March 22, 1994.

Munjack, D.J.: "Sertraline in Social Phobia", Poster Presentation, CINP Meeting, Washington, D.C., June 1994.

Munjack, D.J., Fertig, D., Flowers,C.: "Sharing of Benzodiazepines in an Outpatient Anxiety Population", Poster Presentation, CINP Meeting, Washington, D.C., June 1994.

Hoehn-Saric, R., Fawcet, J., Munjack, D.J., Roy-Byrne, P.P.: "A Multicenter, Double-Blind, Placebo-Controlled Study of Fluvoxamine in the Treatment of Panic disorder", Poster Presentation, CINP Meeting, Washington, D.C, June 1994.

Munjack, D.J.: "Space Phobia Implications and Treatment", Discussant, Psychiatry Grand Rounds, USC+LAC Medical Center, Los Angeles, California, March 28, 1995.

Munjack, D.J.: "The Pharmacological Treatment of Obsessive Compulsive Disorder: An Update", 19th Annual Psychiatry Symposium – Psychiatric Treatments for the Mid-Nineties, Anaheim, California, September 8, 1995.

Munjack, D.J.: "Medical and Behavioral Aspects of Anxiety Disorders", Workshop, 19th Annual Psychiatry Symposium – Psychiatric Treatments of the Mid-Nineties, Anaheim, California, September 8, 1995.

Munjack, D.J.: "Depression", Family Medicine Comprehensive Review, University of Southern California School of Medicine, Los Angeles, California, June 28, 1996.

Munjack, D.J.: "The Spectrum of Social Anxiety Disorders", Orange County Psychiatric Society, Annual Meeting, Los Angeles, California, July 18, 1999.

_____          _____
Signature                                                     Date

9/6/02

5077US/0049 · 0030

Medical Board of California
Physician and Surgeon License

# Munjack, M.D., Dennis

**Certificate No.:**     G23190
**Expiration Date:**     10/31/02

The Medical Board of California
1426 Howe Avenue, Suite 54
Sacramento, California   95825-3236

*PHYSICIAN AND SURGEON*

CERTIFICATE NO.   G23190          EXPIRATION   10/31/2002

DENNIS JOSEPH MUNJACK
435 N BEDFORD DR NO 216
BEVERLY HILLS CA 90210

ORIGINAL
ISSUANCE DATE                          RECEIPT NO.
09/01/1972                             22200007

Southwestern Research, Inc.

11/04/02  MON 09:05 FAX 919 547 0142       LINEBERRY RES.                            ⌀003

5077US/0049: 0030



5077US/0049 : 0031

# CURRICULUM VITAE

# WILLIAM JOHN PRIVITERA, M.D.

*Office*
FutureSearch Trials
4200 Marathon Blvd., Suite 200
Austin, TX 78756
Tel: 512-380-9925
Fax: 512-380-9935

## EDUCATION

Bachelor of Arts, 1980, University of Texas at Austin (Psychology, Microbiology)
Doctor of Medicine, 1984, University of Texas Health Science Center at Houston
Internship in Psychiatry, 1984-1985, St. Mary's Hospital and Medical Center, San Francisco, CA
Residency in Psychiatry, 1985-1988, St. Mary's Hospital and Medical Center, San Francisco, CA
Fellowship in Electroconvulsive Therapy, 1989, Duke University Medical Center, Durham, NC

## CERTIFICATION

Certified in Psychiatry by the American Board of Psychiatry and Neurology, July 1992

## WORK EXPERIENCE

June 1986 to December 1988 – Contract Psychiatrist, Psychiatric Emergency Service, San Francisco
    General Hospital
August 1988 to September 1992 – Private Practice, San Francisco, California
November 1989 to September 1992 – Clinical Instructor in Psychopharmacology, University of  California at San Francisco Family Practice Residency Program
October 1992 to Present – Private Practice, Austin, Texas
April 1993 to November 1995 – Medical Director, Geriatric Partial Hospitalization Program, St.
    David's Pavilion, Austin, Texas
July 1996 to April 1997 – Medical Director, Health and Wellness Center, Lockhart, Texas
April 1996 to February 1998 – Contract Psychiatrist, Austin Travis County Mental Health/Mental
    Retardation (Medication Support Service, Methadone Clinic, Anew/Champs Offender
    Program, CARE HIV Program, Intake Unit)

7/22/02

436

March 1998 to May 1999 – Staff Psychiatrist, Austin Travis County Mental Health/Mental Retardation, Director of Psychiatric Emergency Service and Inn/Cornerstone Unit January 1999 to present – Medical Director for FUTURESEARCH TRIALS.

## MEDICAL PRIVILEGES

Texas NeuroRehab Hospital, 1106 W. Dittmar Austin, Texas 78745

Shoal Creek Hospital, 3501 Mills Ave. Austin, Texas 78731

## RESEARCH EXPERIENCE

A Multicenter, Double-Blind, Randomized Comparison of the Efficacy and Safety of an Atypical Antipsychotic and Risperidone in the Treatment of Patients with Scizophrenia

A Multicenter, Double-Blind, Randomized, Placebo-Controlled Trial of the Safety and Efficacy of an Atypical Antpsychotic as Add-On Therapy with Lithium or Divalproex in the Treatment of Acute Mania

Double-Blind Comparison of the Safety and Efficacy of an Investigational Antidepressant and Fluoxetine in the Treatment of Fluoxetine Nonresponders

Double-Blind Placebo-Controlled Study of an Investigational Antidepressant in the Treatment of Severe Major Depression

Flexible Dose Comparison of the Safety and Efficacy of an Investigational Antidepressant  and Fluoxetine in the Treatment of Major Depressive Disorder

A Randomized, Double-Blind, Parallel-Group, Placebo-Controlled Study Evaluating Efficacy and Safety of a Novel Antidepressant and Citalopram (20mg/day) in Patients with Major Depressive Disorder

A Randomized, Double-Blind, Parallel-Group, Placebo-Controlled Study Evaluating Efficacy and Safety of a SSRI Controlled Release Formulation versus Placebo in Patients with Major Depressive Disorder

A Study to Evaluate the Efficacy, Safety and Maintenance Effect of an Atypical Antipsychotic Augmentation of SSRI Monotherapy in Young and Older Adult Patients with Unipolar Treatment-Resistant Depression

A Novel Antidepressant Once-Daily Dosing Versus Placebo in Patients with Major Depression and Pain

$MK_1$-Receptor Antagonist versus Active and Placebo Controls in Patients with Major Depressive Disorder with Melancholic Features

A Double-Blind, Placebo-Controlled, Multicenter Study of the Long-Term Efficacy of a $MK_1$-Receptor Antagonist in the Maintenance of Antidepressant Effect in Geriatric Outpatients With Major Depressive Disorder

An Anticonvulsant Versus Placebo as Add-On Treatment in Subjects with Bipolar Disorder in the Outpatient Setting

An Eight Week, Double-Blind, Placebo-Controlled Multicenter Study to Evaluate the Safety and Efficacy of 2 Doses of a 5-HT$_{1D}$ (1.5 and 3MG) and Paroxetine in Subjects with Major Depressive Disorder

A Phase III, Randomized, Placebo-Controlled Study Evaluating the Safety and Outcome of Treatment with Oral Atypical Antipsychotic in Subjects with Mania

A Phase III, Three Week, MultiCenter, Randomized, Double-Blind, Placebo Controlled, Parallel Group Safety and Efficacy Study of an Extended-Release Anticovulsant in Treatment of Bipolar I Disorder

A Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Study of an Extended Release Single Ingredient Amphetamine in Adults with Attention Deficit Hyperactivity Disorder

A Four-week Double-blind, Placebo and Active Controlled, Dose-Ranging Study of 3 Doses of a Novel Anxiolytic and Lorazepam (3mg/day) in Outpatients with Generalized Anxiety Disorder

A Flexible Dose Comparison of the Safety and Efficacy of a Novel Antidepressant and Placebo in the Treatment of Generalized Anxiety Disorder

A Double-blind Comparison of a Novel Antidepressant and an SSRI in the Treatment of Generalized Anxiety Disorder

An Atypical Antipsychotic vs. Risperidone and Placebo in the Treatment of Psychosis and Associated Behavioral Disturbances in Patients with Dementia

A Placebo-Controlled 12-Week Study of the Safety and Efficacy of Two Doses of an Anticonvulsant in the Treatment of Acute Manic or Mixed Episodes in Subjects with Bipolar I Disorder with an Optional Open-Label Extension

A Double-Blind, Placebo-Controlled Dose Finding Study Evaluating the Safety and Efficacy of a Novel Antidepressant and a once daily dosing in the Treatment of Major Depressive Disorder

A Double-Blind, Placebo-Controlled Dose Finding Study Evaluating the Safety and Efficacy of a Novel Antidepressant in the Treatment of Major Depressive Disorder

A Double-Blind Inpatient Study of Flexible Doses of a Novel Antipsychotic versus Perphenazine in the Treatment of Patients with Treatment-Resistant Schizophrenia

A Double-Blind, Placebo-Controlled Dose Finding Study Evaluating the Safety and Efficacy of a Novel Antidepressant in the Treatment of Major Depressive Disorder

A Double-Blind Inpatient Study Evaluating the Safety and Efficacy of a Novel Antipsychotic versus Olanzapine in the Treatment of an Acute Episode of Schizophrenia

A Double-Blind Study Evaluating the Safety and Efficacy of a Novel Antidepressant verses Placebo and Paroxetine in the Treatment of Major Depression

A Double-Blind, Placebo Controlled Comparison of the Efficacy and Safety of a Short Acting Intramuscular Antipsychotic, Intramuscular Lorazepam and Intramuscular Placebo in Treating Agitation in Patients with Dementia of the Alzheimer's Type, Vascular Dementia and Mixed Dementia

A Six-Month, Open-Label, Multicenter Study of an Extended-Release Form of a Marketed Anticonvulsant in the Treatment of Patients with Bipolar Disorder

A Three-Week, Multicenter, Randomized, Double-Blind, Placebo-Controlled Parallel-Group Safety and Efficacy Study of an Extended-Release Form of a Marketed Anticonvulsant in Patients with Bipolar Disorder

The Efficacy of an Atypical Antipsychotic and Adjunctive Lorazepam, as needed, to Treat Acute Behavioral Agitation in Inpatients with Schizophrenia

A Multicenter, Randomized, Double-Blind, Sertraline Controlled Study of the Efficacy and Safety of an Antidepressant in Subjects with Major Depression Disorder Who Failed on SSRI Treatment Due to Lack of Efficacy

An Open-Label Study Evaluating the Prevalence of Hyperprolactinemia in Schizophrenic Patients Taking Antipsychotics

An Open-Label Study Evaluating the Effects of an Antipsychotic on Hyperprolactinemia and Associated Comorbidity in Patients with Schizophrenia and Schizoaffective Disorder

A Multicenter, Double-Blind, Randomized, Placebo-Controlled Trial of the Safety and Efficacy of an atypical antipsychotic as Add-On Therapy with Lithium or Divalproex in the Treatment of Acute Mania

A Double-Blind, Randomized, Parallel Study of the Safety, Tolerability and Preliminary Efficacy of an Anti-Androgen Compared to Placebo in Patients with Anorexia Nervosa

A Dose Ranging, Double-Blind Placebo-Controlled, Safety, Tolerability and Efficacy Study of a Novel Anti-Depressant in Patients with Major Depressive Disorder

A Three Week, Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, Safety and Efficacy Study of a Mood Stabilizer in Lithium-Failure Patients with Bipolar Disorder

A Double-Blind, Randomized Comparison of the Efficacy and Safety of Sustained Release Atypical Antipsychotic and Placebo in the Treatment of Patients With Schizophrenia

A Controlled Trial of Atypical Antipsychotics in the Treatment of Schizophrenic and Schizoaffective Subjects with Prominent Negative Symptoms

A Novel Antidepressant Once-Daily Dosing Versus Placebo in the Acute Treatment of Major Depression

Flexible Dose Comparison of the Safety and Efficacy of a Novel SSRI and a marketed SSRI in the Treatment of major Depressive Disorder

# PROFESSIONAL AFFILIATIONS

Texas Medical Association
Travis County Medical Association
Association of Clinical Research Professionals

5077US/0049 : 0031



PLEASE NOTE OUR NEW ADDRESS AND PHONE NUMBER
P.O. BOX 2018, AUSTIN, TX 78768-2018
PHONE# 512/305-7010

# TEXAS STATE BOARD OF MEDICAL EXAMINERS

P.O. BOX 2018 • AUSTIN, TEXAS 78768-2018

PHYSICIAN PERMIT

LICENSE/PERMIT NUMBER

J2262

EXPIRATION DATE

08-31-2003

WILLIAM JOHN PRIVITERA, MD
4200 MARATHON BLVD STE 200
AUSTIN TX 78756-3433

THIS CERTIFIES THAT THE LICENSEE/PERMIT HOLDER NAMED AND NUMBERED HEREON HAS PROVIDED THIS BOARD
THE INFORMATION REQUIRED AND HAS PAID THE FEE FOR ANNUAL REGISTRATION FOR THE YEAR INDICATED ABOVE
PLEASE KEEP THIS BOARD NOTIFIED OF CHANGE OF ADDRESS

# CURRICULUM VITAE
# Javad Razani, MD

## Licensure

California Medical License          G15084
DEA Number                          AR8917645

## Associated Sites

Research Strategies Inc.            Glendale Memorial Hospital
3858 Carson St., Suite 206          1520 South Central Avenue
Torrance, CA 90503                  Glendale, CA 91204

Golden State Behavioral Medical Group     Advanced Psychiatric Group
1510 South Central Ave., Suite 320        3907 N. Rosemead Blvd., Suite 130
Glendale, CA 91204                        Rosemead, CA 91770

1510 South Central Ave., Suite 330
Glendale, CA 91204

## Research Studies

- An Investigation of Thiothixine and Chlorpromazine on the Cognitive Disorders of the Process and Reactive Schizophrenics.
- A Controlled Comparative Study and Follow-Up of the Treatment of Dependence on Opiates in Iran.
- A Double-Blind Comparison of Tranylcypromine, Nortriptyline and Placebo in Depressed Outpatients.
- Comparative Efficacy and Side Effects of Amitriptyline vs Tranylcypromine vs. Their Combination in Treatment of Acutely Depressed in-patients.
- Family Therapy with Relapsing Schizophrenics.
- A Double-Blind Comparison of Slow Release Lithium (SRLI) and Rapid. Release Lithium (RRLI) with Particular Emphasis on Side Effects.
- Haloperidol Blood Levels in Relation to Clinical Effects.
- Cognitive Therapy vs. Notriptyline in Depression.
- An Open Trial of Deprenyl in MAOI—Responsive Depressive.

1

10 - 15 -02

## Education

| | |
|---|---|
| Psychiatry Residency<br>Temple University Health Sciences Center<br>Department of Psychiatry<br>Philadelphia, PA | 1969-1972 |
| Residency<br>General Surgical Residency<br>University of Colorado Medical Center<br>Denver, CO | 1967-1969 |
| Internship<br>University of Colorado Medical Center<br>Denver, CO | 1966-1967 |
| B.A./ M.D. Program<br>The John Hopkins University School of Medicine<br>Baltimore, Maryland | 1961-1966 |
| Major Premedical<br>Case-Western Reserve University<br>Cleveland, OH | 1959-1961 |

## Board Certifications

| | |
|---|---|
| Certification<br>Added Qualifications in Geriatric Psychiatry<br>Subspecialty Board | 04/1994 |
| Certification<br>Added Qualifications in Addiction Psychiatry<br>Subspecialty Board | 03/1993 |
| Diplomate<br>American Board of Psychiatry and Neurology, Inc. | 1978 |

## Academic Appointments

| | |
|---|---|
| Clinical Professor of Psychiatry and Behavioral Sciences<br>University of Southern California<br>Keck School of Medicine | 08/97-Present |
| Professor of Clinical Psychiatry and Behavioral Sciences | 07/89-08/97 |

2

University of Southern California School of Medicine

| | |
|---|---|
| Associate Professor of Clinical Psychiatry and<br>Behavioral Sciences<br>University of Southern California School of Medicine | 1980-1989 |
| Assistant Professor of Psychiatry and Behavioral Sciences<br>University of Southern California School of Medicine | 1972-1980 |

**Other Appointments**

| | |
|---|---|
| Chairman and Medical Director<br>Behavioral Health Services<br>Glendale Memorial Hospital and Health Center<br>Glendale, CA | 1997-Present |
| Director of Inpatient Geriatric Psychiatry<br>University of Southern California School of Medicine<br>Los Angeles, CA | 1986-1996 |
| Acting Director, Division of Geriatric Psychiatry<br>University of Southern California School of Medicine<br>Los Angeles, CA | 1988-1989 |
| Chairman, Patient Care Evaluation Committee<br>Department of Psychiatry<br>University of Southern California School of Medicine<br>Los Angeles, CA | 1985-1989 |
| Chairman, Medical Care Review and Quality Assurance Committee<br>University of Southern California School of Medicine<br>Los Angeles, CA | 1983-1989 |
| Director, Division of Professional and Staff Development<br>Department of Psychiatry<br>University of Southern California<br>Los Angeles, CA | 1982-1989 |

**Other Post Graduate Training and Workshop**

| | |
|---|---|
| Certificate, Annual Workshop of the Society for Clinical<br>And Experimental Hypnosis<br>Philadelphia, PA | 10/70 & 10/86 |
| Course in Marital Therapy and Sexual Incompatibility<br>Dr. Harold Lief & Staff<br>Department of Psychiatry<br>University of Pennsylvania | 02-05/71 |

3

| | |
|---|---|
| Certificate of Completion | 06/1971 |
| VI Behavior Therapy Institute | |
| Temple University | |

## Society Memberships

| | |
|---|---|
| General Member | 05/73-Present |
| American Psychiatric Association | |
| General Member | 1973-Present |
| Southern California Psychiatric Society | |
| Member, The John Hopkins University Alumni Association | 1967-Present |
| Society for Biological Psychiatry | 1976-Present |
| Member, American Association for Geriatric Psychiatry | 1989-Present |
| Member, American Academy of Addiction Psychiatry | 1989-Present |
| Member, National Geographic Society | 1984-Present |
| Coordinator (President) The Academy of Persian Physicians | 1991 |
| Coordinator Elect (President Elect) The Academy of Persian Physicians | 1991 |
| Member, Association for Advancement of Behavior Therapy | 1980-1989 |
| Member, American Association for the Advancement of Science | 1981-1984 |
| Member, Expert Advisory Committee on Drug Dependence and Alcohol Problems World Health Organization Geneva, Switzerland | 1977-1981 |
| Iranian Psychiatric Association | 1975-1980 |
| Pennsylvania Psychiatric Association | 1971-1973 |
| Philadelphia Psychiatric Society | 1971-1973 |
| Member Training American Psychiatric Association | 1971-1972 |
| Nu Sigma Nu (NEN) Medical Fraternity | 1961-1966 |
| Sigma Chi (EX) Fraternity | 1959-1961 |

4

## Other Activities

Faculty Lecturer                                                          02/1988
"Appropriate Use of Neuroleptics on Medical-Surgical Units"
Medical Staff Meeting, Memorial Hospital of Glendale
Glendale, CA

Board Member                                                             1987
University of Southern California Psychiatry and Behavioral
Associates Faculty Practice Plan
Los Angeles, CA

Lecturer                                                                   07/30/86
"Depression: The Hidden Illness"
Elder Med Community Education Program
Verdugo Hills Hospital

Chairman, Education Committee, Department of Psychiatry        1982-1985
Brotman Medical Center
Culver City, CA

Member, Executive Committee, Department of Psychiatry          1982-1985
Brotman Medical Center
Culver City

## Bibliography

1. Razani, Javad, "Ejaculatory Incompetence Treated by Deconditioning Anxiety" J. Behav. Ther. And Exp Psychiat. 3:65-67, 1972
2. Razani, Javad, " Residents Participation in Curriculum Planning and Execution:, Transactions and Studies of the College of Physicians of Philadelphia, 40(2): 103-105, 1972
3. Razani, Javad, "Treatment of Phobias by Systematic Desensitization: Comparison of Standard vs. Methoexital-Aided Desensitization", Archives of General Psychiatry, 30: 391-393, 1974
4. Munjack, D., Razani, J., "Side Effects of Brevital-Aided Desensitization: Some Clinical impressions", Behavior Therapy, 423-427, 1974
5. Knee, S., Razani, J., "Acute Organic Brain Syndrome, A Complication of Disulfiram Therapy", American Journal of Psychiatry, 131 (11): 286-291, 1974
6. Razani, J., Farina, S., and Stern, R., "Covert Drug Abuse Among Patients Hospitalized in the Psychiatric Ward of a University Hospital." The International Journal of the Addictions, 10(4) : 693-698, 1975.
7. Razani, J., Chisolm, D., Glasser, M., Kappeler, T., "Self-Regulated Methadone Detoxification of Heroin Addicts: An Improved Technique in and Inpatient Setting", Archives of General Psychiatry, 32: 909-911, 1975

5

8.  Maloney, M.P., Sloane, R.B., Whipple, K., Razani, J., and Eaton, E.M., "Auditory Attention in Process and Reactive Schizophrenia", Biological Psychiatry, 11 (3): 325-331, 1976.

9.  Razani, Javad, "Status of Drug Abuse and Its Treatment in Iran", Addictive Disease, 3 (1): 69-74, 1977.

10. Razani, Javad, "Current Modalities of Treatment and Follow-Up Approaches of Addicts", presented at Tehran University Symposium on Addiction, Tehran, Iran, Fall 1976. Published in Ravan Pezeshgi (Journal of Psychiatry), Tehran, Iran, 49: 125-131,1977.

11. Strang, J., Falloon, I., Moss, H., Razani, J., and Boyd, J. The Effects of Family Therapy on Treatment Compliance in Schizophrenia. Psychopharmacology Bulletine. 17: 87-8, 1981.

12. Razani, J., White, K., White, J., Simpson, G., Sloane, R. B., Rebal, R., Palmer, R., The Safety and Efficacy of Combined Amitriptyline and Tranylcpromine Antidepressant Treatments: A Controlled Trial. Arch. Gen. Psych. 40: 657-661, 1983.

13. White, K., Razani, J., Cadow, B., Gelfrand, R., Palmer, R., R., Simpson, G., and Sloane R. B. Tranylcypromine vs. Nortriptyline vs. Placebo in Depressed Outpatients: A Controlled Trial. Psychopharmacology 82: 258-262, 1984.

14. White, K., Razani, J., Simpson, G., Rebal, R. Sloane, R.B., O'Leary, J., and Palmer, R. Combined MAOI-Tricyclia Antidepressant Treatment: A Controlled Trial. Psychopharmacology Bulletin 18(1): 179-81, 1982.

15. Falloon, I., Marshal, G., Boyd, J., Razani, J., and Wood, C. Relapse in Schizophrenia: A Review of the Concept and it's Definition. Psychological Medicine, 13(3): 469-77, 1983.

16. White, K., O'Leary, J., Razani, J., Rebal, R., and Palmer, R. MAOI vs. TCA: Electrocardiographic Effects. Journal of Clinical Psychiatry 44: 91-93, 1983.

17. Falloon, I.R.H., Boyd, J., McGill, C., Razani, J., Moss, H., and Golderman, A.. Family Management in the Prevention of Exacerbations of Scizophrenia. A Controlled Study. New England Journal of Medicine, 306: 1437-1440, 1982.

18. Falloon, I.R.H., Boyd, J., McGill, C. Razani, J., et al. Family Management in the Prevention of Morbidity of Schizophrenia. Archives of General Psychiatry, 42 (9): 887-896, 1985.

19. White, J., White, K., Razani, J.: The Influence of Subtype of Depression in Self Rating Scale Validity. National Institute of Education, Resources in Education, University of Michigan, Ann Arbor, 8: 271-274, 1983.

20. White, K., Busk, J., Eaton, E., Gomez, G., Rzaani, J., Sloane, R.B. Dysporic Response to Neuroleptics as a Predictor of Treatment Outcome with Schizophrenics. International Pharmacopsychiatry. 16: 34-38, 1981.

21. Simpson, G., White, K., Pi, E., Razani, J., Sloane, R.B. Monoamine Oxidase Inhibition and Tyramine Sensitivity in Deprenyl Treated Subjects. Psychopharmacology Bulletin 19(3): 93-96, 1983.

22. White, K., McDonald, I., Razani, J., Shih, J., Simpson, G., Sloane, R.B. Platelet MAO Activity in Depression. Comprehensive Psychiatry, 24(5): 453-8, Sept.-Oct.1983.

6

23.    White, J., White, K., Razani, J. Effects of Endogenicity and Severity on
Consistency of Standard Depression Rating Scales. <u>J Clin Psychiatry</u>, 45(6):
260-262, 1984.

In Progress:

1.    Tuma, A.H., Kline, N., Razani, J., et al. A Report on the Comparative
Treatment of Opiate Dependence in Iran. World Health Organization
Publications, Geneva, Switzerland.

2.    Whipple, K., Eaton, E., Sloane, R.B., Maloney, M. P., Razani, J. World
Association Commonality in Schizophrenia: Clinical Correlates and the
Process-Reactive Dimension.



# The Medical Board of California
### 1426 Howe Avenue, Suite 54
### Sacramento, California  95825-3236



## *PHYSICIAN AND SURGEON*

CERTIFICATE NO.  G15084                    EXPIRATION   08/31/2003

**JAVAD RAZANI**
**PO BOX 491998**
**LOS. ANGELES, CA  90049**

ORIGINAL
ISSUANCE DATE
07/30/1968

RECEIPT NO.
14900048

5077US/0049'

CURRICULUM VITAE
**Ari Kiev, M.D.**
SOCIAL PSYCHIATRY RESEARCH INSTITUTE

**Education:**

1950-1954     Harvard College, Cambridge, Massachusetts- A.B., Magna Cum Laude

1954-1958     Cornell Medical College, New York, NY- M.D.

1984-1988     New York Law School, New York, NY- J.D.

**Professional Experience:**

2001- Present     Social Psychiatry Research Institute, 3044 Coney Island Avenue, Suite 201
Brooklyn, NY 11235- <u>President</u>

1970- Present     Social Psychiatry Research Institute, 150 East 69th Street, Suite 2H
New York, NY  10021- <u>President</u>

1994-Present      LifeSpan DevelopMental Systems, 7 Fox Street, Suite 103
Poughkeepsie, NY 12601- <u>Director of Research</u>

1995              Admitted to Practice Before United States Supreme Court

1990              Admitted to New York Bar

1988              Admitted to New Jersey Bar

1978-1980         United States Olympic Council on Sports Medicine
New York, NY
<u>Chairman, Psychiatry Division</u>

1977              Wilford Hall Hospital, Lackland Air Force Base, Texas
<u>Distinguished Visiting Professor</u>

1975-1976         New York University, New York, NY, Adjunct Professor of Psychology

1967-1968         Brandeis University,Waltham, MA- Visiting Professor of Anthropology

1962-1964         Wilford Hall USAF Hospital, Lackland Air force Base, Texas
<u>Staff Psychiatrist, Captain USAF, M.D.</u>

1961-1962         The Institute of Psychiatry, Maudsley Hospital, London, England
<u>Clinical Assistant, Postdoctoral Research Fellow (NIMH)</u>

1959-1961         Henry Phipps Psychiatric Clinic, The Johns Hopkins Hospital
Baltimore, MD- <u>Psychiatric Resident</u>

1958-1959         New York State Medical College (Downstate),Kings County Hospital Center
Brooklyn, NY, <u>University Medical Internship</u>

Ari Kiev, M.D.
Page 1 of 2
Revised May 2003