**Professional Memberships/Organizations:**

American Psychiatric Association (Life Fellow)
American College of Legal Medicine (Fellow)

**Academic Affiliations:**

1967-1998        Cornell University Medical College, New York, NY
                 Clinical Associate Professor of Psychiatry

1967-1998        New York Hospital, New York, NY- Associate Attending Psychiatrist

1966-1967        College of Physicians and Surgeons, Department of Psychiatry
                 Columbia University, New York, NY Field Station Director
                 • Psychiatric Epidemiology Research Unit

1964-1967        New York State Psychiatric Institute, New York, NY
                 Assistant Attending Psychiatrist

1964-1967        Department of Psychiatry, College of Physicians and Surgeons
                 Columbia University, New York, NY- Research Associate

**Licenses/Certification:**

**Medical Licenses:**
New York # 083337
New Jersey # MA20261
New York        DEA #      AK 1795559
New Jersey      DEA #      BK 2206630

**Certifications:**
1965             American Board of Psychiatry and Neurology

**Publications:**        Available upon request.

**Recent Research Experience: 2003**

A Multi-center, Double-Blind, Randomized, Placebo-Controlled Comparison of the Effects on Sexual Functioning of Extended-Release Bupropion Hydrochloride (300-450mg) and Escitalopram (10-20mg) in Outpatients with Moderate to Severe Major Depression over an Eight-Week Treatment Period AK130926

A four-week double-blind, placebo and active controlled, dose-ranging study of SL 65.1498-00, 3 doses (5, 15, 50mg per day) and lorazepam (3mg/day) in out-patients with Generalized Anxiety Disorder (GAD) DR14390

A Multi-center, Double-blind, Randomized, Placebo-controlled, Double-dummy Trial of the Use of Quetiapine Fumarate (SEROQUEL™) in the Treatment of Patients with Bipolar Depression 5077US/0049

A Double-blind, Multi-center, Extension Trial in Subjects with Major Depressive Disorder who participated in the Placebo-controlled, Efficacy and Safety Trial of Org 22062 ER and Fluoxetine in Subjects with Major Depressive Disorder 134506

Ari Kiev, M.D.
Page 2 of 2
Revised May 2003



# The University of the State of New York

THIS IS TO CERTIFY THAT QUALIFICATIONS FOR PROFESSIONAL PRACTICE IN NEW YORK STATE HAVING BEEN APPROVED

**THE STATE EDUCATION DEPARTMENT**

HAS REGISTERED          4769176

KIEV ARI
150 E 69TH ST
NEW YORK                    NY   10021-5704

FOR PRACTICE IN NEW YORK STATE AS A (N)

**PHYSICIAN**

11/30/05                         083337-1
REGISTRATION PERIOD ENDS                    LICENSE/CERTIFICATE NO.

SIGNATURE OF REGISTRANT          COMMISSIONER OF EDUCATION

REGISTRATION CERTIFICATE --- NOT A LICENSE

801295

451

6077US/0040 : 0034

# CURRICULUM VITAE

**Ramanath Gopalan, MD**

Comprehensive NeuroScience of Northern Virginia
6066 Leesburg Pike
Falls Church, VA 22041
703-998-5850

## Education:

| | |
|---|---|
| 1983-1985 | Arizona Health Sciences Center, Tucson, Arizona<br>Fellowship in Administrative Psychiatry<br>Southern Arizona Mental Health Center and Kino Community Hospital<br>Practical experience |
| 1980-1983 | Arizona Health Sciences Center, Tucson, Arizona<br>Psychiatry Residency -- PGY-11-IV |
| 1979-1980 | Chicago Medical School, Chicago, Illinois<br>Psychiatry Internship--PGY-I |
| 1975-1976 | General Rotating Medical Internship, Bombay, India |
| 1969 – 1975 | Topiwala National Medical College, University of Bombay, India –<br>M.B.B.S. (equivalent to MD) |
| 1967-1969 | University of Bombay, Bombay, India – Bachelor of Science |

## Professional Experience:

| | |
|---|---|
| 2001-present | Investigator<br>Comprehensive NeuroScience of Northern Virginia, LLC |
| 1998 – 2002 | Principal Investigator<br>ICSL - Clinical Studies<br>Falls Church, VA |
| 1997-1998 | Sub-Investigator<br>ICSL - Clinical Studies<br>Falls Church, Virginia |

452

Ramanath Gopalan MD
Curriculum Vitae
Page 2

**Professional Experience:**
(cont'd)

| | |
|---|---|
| 1996-Current | Private Practice in General Psychiatry,<br>6066 Leesburg Pike<br>Falls Church, Virginia 22041 |
| 1996-Current | Psychiatric Consultant at: Burke Health Care Center, Burke, Virginia |
| 1996-Current | Sleepy Hollow Manor Nursing & Convalescent Home<br>Annandale, Virginia |
| 1996-Current | Cherrydale Healthcare Center<br>Arlington, Virginia |

**Licenses/Certifications:**

| | |
|---|---|
| 1994- Current | MD-State of Virginia #0101049249 |
| 1985- Current | MD-State of Arizona #15598 |
| 1992- Current | American Association of Physicians from India |
| 1982- Current | American Psychiatric Association |
| 1982- Current | Arizona Psychiatric Society |
| 1989- Current | Tucson Psychiatric Society |
| 1979 | E.C.F.M.G. Certificate #255-305-5 |

**Admitting Priviledges:**

- Dominion Hospital - 2960 Sleepy Hollow Road, Falls Church, VA  22044
- Virginia Hospital Center Arlington - 1701 North George Mason Drive, Arlington, VA  22205
- Northern Virginia Community Hospital - 611 S. Carlin Springs Rd, Arlington, VA  22204

**Medical Procedures:**

Trained in physical exams, venipuncture, vital signs and administering electrocardiograms.

Ramanath Gopalan MD
Curriculum Vitae
Page 3

**Proficient In The Following Adult Psychiatric Rating Scales:**

Brief Psychiatric Rating Scale (BPRS)
Calgary Depression Scale
Hamilton Anxiety Scale (HAMA)
Hamilton Depression Rating Scale (HAMD)
Leibowitz Social Anxiety Scale (LSAS)
Montgomery and Asberg Depression Rating Scale (MADRS)
Positive and Negative Syndrome Scale for Schizophrenia (PANSS)
Structured Clinical Interview for DSM-IV (SCID)
Structured Clinical Interview for DSM-IV Axis II Disorders (SCID II)
Yale Brown Obsessive Compulsive Scale (YBOCS)
Young Mania Rating Scale (YMRS)

**Research Experience:**

A Multicenter, Randomized, Double-Blind, Placebo Controlled Study of study medication in the Maintenance Treatment of Patients with Bipolar Disorder

A Multicenter, Randomized, Double-Blind Study of Flexible Doses of study medication Versus Perhenazine In The Treatment of Patients With Acute Schizophrenia

A Multicenter, Double-blind, Randomized Comparison of the Efficacy and Safety of Quetiapine Fumarate (SEROQUEL[TM]) and Risperidone (RISPERDAL[TM])    in the Treatment of Patients with Schizophrenia

Olanzapine versus Risperidone in the Treatment of Bipolar I Disorder, Manic or Mixed

A Multicenter, Randomized, Double-Blind, Study of Aripiprazole Versus Placebo in the Treatment of Acutely Manic Patients with Bipolar Disorder

A randomized, open-label, multicenter, 6-arm, parallel group, safety study evaluating the effect of oral iloperidone at doses of 8 mg b.i.d., 12 mg b.i.d., and 24 mg q.d. on QTc interval duration in the presence and absence of metabolic inhibition, relative to other antipsychotics (Risperidone 4 mg b.i.d., ziprasidone 80 mg b.i.d., and quetiapine 375 mg b.i.d. in the presence and absence of metabolic inhibition), in otherwise healthy patients diagnosed with schizophrenia or schizoaffective disorder

Ramanath Gopalan MD
Curriculum Vitae
Page 4


**Research Experience:**
(cont'd)

A 6½ Month, Multicenter, Randomized, Double-blind, Placebo Controlled Comparison of
150-300mg/day of Extended-release Bupropion hydrochloride and Placebo for the Prevention of
Seasonal Affective Disorder in Subjects with a History of Seasonal Affective Disorder

A Double-Blind, Multicenter, Placebo-Controlled Study of MK-0869 in the Treatment of
Patients with Major Depressive Disorder

A 12 Week, Multicenter, Randomized, Double-Blind, Placebo-Controlled Evaluation of
Donepezil Hydrochloride as Adjunctive Therapy in the Treatment of Cognitive Impairment in
Patients with Schizophrenia or Schizoaffective Disorder

An Open-Label, Dose-Blinded, Multicenter, 6-Month Study of Safety and Tolerability of 3 Dose
Levels of SM-13496 in Patients with Schizophrenia

A 6-Week, Double-Blind, Randomized, Fixed-Dose, Parallel-
Group Study of the Efficacy and Safety of Three Dose Levels of SM-13496 Compared to
Placebo and Haloperidol in Patients with Schizophrenia Who are Experiencing an Acute
Exacerbation of Symptoms

A randomized assigned trial of oral XXX versus intramuscular XXX in the emergency treatment
of acute psychosis.

XXX cardiovascular treatment assessment versus XXX (XXX).

Safety and efficacy of XXX as combination therapy in the treatment of psychosis associated with
schizophrenia.

A multicenter, randomized, double blind study of flexible doses of XXX versus XXX in the
treatment of patients with treatment-resistant schizophrenia.

Sustained efficacy study of XXX in patients with panic disorder with or without agoraphobia.

A placebo-controlled 12-week study of the safety and efficacy of two doses of XXX versus XXX
for the treatment of acute manic or mixed episodes in subjects with Bipolar I Disorder with an
optional open-label extension.

Ramanath Gopalan MD
Curriculum Vitae
Page 5

**Research Experience:**
(cont'd)

A double blind, placebo-controlled dose finding study evaluating the safety and efficacy of XXX/day in the treatment of major depressive disorder.

Safety and efficacy of long-term administration of XXX in the treatment of major depressive disorder. A 4-month double blind extension to study XXX.

Safety of open-label standard antidepressant therapy in the treatment of major depressive disorder. A 1-month follow-up after termination of study XXX.

A 6-week, double blind, placebo-controlled, multicenter study to evaluate the safety and efficacy of 3 doses of XXX and XXX in subjects with major depressive disorder.

A double blind 6-month continuation protocol for patients who successfully completed protocol XXX followed by an optional extension phase of up to a year.

A 364-week (7 year), open extension study evaluating the safety and outcome of XXX daily of oral XXX or XXX BID of oral XXX daily in the treatment of subjects who have participated in previous XXX clinical trials.

A double blind multi-centered study comparing the safety and efficacy of XXX to XXX in patients with schizophrenia or schizoaffective disorder needing in-patient care.

A multicenter, randomized, double blind, placebo-controlled study of flexible doses of XXX in the treatment of hospitalized patients with acute mania.

A multicenter, randomized, double blind, placebo controlled study of XXX in the maintenance treatment of patients with bipolar disorder.

A multicenter, randomized, double blind, placebo controlled study of three fixed doses of XXX in the treatment of patients with acute schizophrenia.

XXX depot (microspheres) vs placebo in the treatment of subjects with schizophrenia.

XXX depot (microspheres) in the treatment of subjects with schizophrenia or schizoaffective disorder.

Ramanath Gopalan MD
Curriculum Vitae
Page 6

**Research Experience:**
(cont'd)

A double blind, placebo and XXX controlled, multicenter study evaluating the safety and efficacy of SR XXX in schizophrenic patients.

A double blind, placebo and XXX controlled, multicenter study evaluating the safety and efficacy of SRXXXXXX in schizophrenic patients.

A randomized, double-blind, placebo and XXX controlled, multicenter study to evaluate the efficacy and safety of two overlapping dose ranges of XXX given b.i.d. for 42 days to schizophrenic patients followed by a long term treatment phase with XXX given q.d.

A double blind, place controlled, parallel group comparison of XXX extended release capsules and XXX in outpatients with generalized social anxiety disorder.

A three-month open label study of the tolerability and safety of XXX in schizophrenic patients.

An open-label follow on study of the long-term safety of XXX in patients with psychosis.

XXX long term extension of Protocol XXX-XXX.

A multi-center, open-label, humanitarian study with sublingual XXX.

A double blind, placebo-controlled study of XXX in the treatment of signs and symptoms of mania in elderly patients with dementia.

XXX in the management of behavioral disturbances and/or psychosis in demented nursing home patients.

Clinical evaluation of efficacy and safety of XXX in the treatment of Alzheimer's disease.

A Phase III randomized study comparing 2 doses of intramuscular XXX in subjects with psychosis and acute agitation.

An open-label study to evaluate the safety and efficacy of XXX through XXX of XXX in patients with mild to severe probable Alzheimer's disease.

A randomized, double blind, placebo-controlled, four-arm dose-finding study.

Ramanath Gopalan MD
Curriculum Vitae
Page 7

**Research Experience:**
(cont'd)

Investigating the efficacy and safety of three doses of XXX in patients with Alzheimer's disease.

A double blind, randomized, comparison of the safety and efficacy of XXX and XXX in treatment resistant schizophrenic patient.
Double blind, haloperidol-controlled, safety and dose finding study in the treatment of schizophrenia.

A double blind, placebo-controlled, haloperidol-referenced study of the safety and efficacy of three doses of XXX administered to schizophrenic patients for 42 days.

An open-label assessment of the long-term safety of XXX.

Long-term safety and efficacy of XXX in the treatment of Alzheimer's disease.

An open-label, long-term, safety study of transdermal XXX in the treatment of anxious outpatients.

An eight-week, multicenter parallel group, double-'blind, placebo-controlled study of XXX in elderly outpatients with DSM-IV major depression.

A multi-center pilot study to examine the clinical effects of cross titration of antipsychotics with XXX in subjects with schizophrenia or schizoaffective disorder followed by an optional open extension phase with continued XXX treatment.

A multi-center pilot study to examine the clinical effects of cross titration of XXX with XXX in subjects with schizophrenia or schizoaffective disorder followed by an optional open extension phase with continued XXX treatment.

The safety and efficacy of XXX vs placebo vs XXX as add-on therapy to mood stabilizers in the treatment of the manic phase of bipolar disorder.

Weekly enteric-coated  XXX  XXX versus daily XXX  or placebo in the continuation treatment of major depressive disorder.

An open-label follow on study of the long-term safety of XXX in patients with psychosis.

XXX added to mood stabilizers in the treatment of bipolar disorder.

Ramanath Gopalan MD
Curriculum Vitae
Page 8

**Research Experience:**
(cont'd)

A phase III double-blind placebo-controlled study of XXX in the treatment of psychosis, with XXX as active control.

A Phase III double-blind placebo-controlled study of XXX in the treatment of psychosis.

A multicenter, double - blind, placebo-controlled evaluation of the safety and efficacy of XXX compared to placebo and XXX in the treatment of an acute manic or mixed episode in patients who have bipolar disorder:  Incorporating participation in genotype research which is optional for both study centers and patients.

A double-blind, randomized, active controlled, parallel study comparing ethical XXX XXX 7-day patch 40, 60, 80 ug/day to oral XXX 0.625 mg/day in the treatment of vasomotor symptoms in postmenopausal women.

XXX vs. XXX in the treatment of subjects with schizophrenia.

A multicenter, placebo and active control, double blind, randomized study of the efficacy, safety and pharmacokinetics of XXX (10 and 20mg/day) in schizophrenic and schizoaffective patients.

Multicenter, open-label, long-term follow-up, safety study of XXX tablets in schizophrenic and schizoaffective subjects who participated in protocol XXX or XXX.

A double blind, placebo and haloperidol-controlled, multicenter study evaluating the safety and efficacy of XXX in schizophrenic patients.

A six-week, double-blind, placebo- and fluoxetine-controlled multicenter study to evaluate the safety and efficacy of oral XXX in outpatients with major depressive disorder.

A prospective, randomized, international, parallel-group comparison of XXX/XXX vs XXX in the reduction of suicidality in patients with schizophrenia or schizoaffective disorder who are at risk for suicide.

Safety and efficacy of fixed combination XXX/XXX products as first line therapy in patients with type 2 diabetes mellitus who have inadequate glycemic control with diet and exercise.

Ramanath Gopalan MD
Curriculum Vitae
Page 9

**Research Experience:**
(cont'd)

A multicenter, double-blind, randomized study of continuous transdermal XXX-XXX combinations, compared to continuous XXX XXX, to examine the safety and effect on the endometrium, symptoms and bleeding patterns in postmenopausal women.

Placebo-controlled study of the safety and efficacy of XXX in the treatment of acute manic or mixed episodes in subjects with bipolar I disorder.

A prospective, randomized, double-blind, placebo- and active-controlled, multicenter study to evaluate the efficacy and safety of three fixed doses of XXX (4, 8, and 12 mg/day) given b.i.d. for 42 days to schizophrenic patients with acute or subacute exacerbation, followed by a double-blind, active-controlled, flexible-dose, long-term, 20-week phase with XXX (4, 8, 12 or 16 mg/day) given q.d.

A multicenter, open-label, long-term, safety and efficacy study of XXX tablets once daily in subjects with schizophrenia or other psychotic disorders.

A double blind, multi-center controlled study comparing the safety and efficacy of XXX and XXX to placebo in patients with schizophrenia or schizoaffective disorder needing inpatient care.

XXX versus XXX  and placebo in the treatment of psychosis and associated behavioral disturbances in patients with dementia.

A double blind, placebo-controlled parallel-group assessment of the safety and efficacy of two doses of the XXX in patients with major depression.

A randomized, multi-center, double blind, placebo-controlled, fixed-dose seven-week evaluation of the efficacy and safety of XXX in treatment of a major depressive episode in unipolar depressed patients.

A double-blind, randomized, multicenter, parallel group design study to evaluate the efficacy and safety of two dose ranges of XXX in comparison with placebo and haloperidol in the treatment of schizophrenia.

Phase II, six-week, double blind, placebo- and XXX controlled study evaluating the safety and efficacy of oral XXX in schizophrenia and schizoaffective disorder.

Ramanath Gopalan MD
Curriculum Vitae
Page 10

**Research Experience:**
(cont'd)

A double blind, five-armed, fixed-dose active- and placebo-controlled dose-finding study with sublingual XXX in subjects with acute phase schizophrenia.

A multicenter, double blind, placebo-controlled evaluation of the safety and efficacy of XXX compared to placebo in the treatment of an acute manic or mixed episode in patients who have bipolar disorder.

A prospective, randomized, double-blind, placebo- and active controlled, multicenter study to evaluate the efficacy and safety of three fixed doses of XXX given b.i.d. for 42 days to schizophrenic patients with acute or subacute exacerbation, followed by a double-blind, active-controlled, flexible-dose, long-term, 6-month phase with XXX given q.d.

Efficacy of XXX in the treatment of acutely ill non-compliant schizophrenic subjects.

Comparison of the safety and efficacy of XXX and XXX in the treatment of bipolar disorder.

A double blind, multicenter study of two doses of XXX vs. XXX and placebo in the treatment of outpatients with major depressive disorder.

January 27, 2003

5077US/0049 0059
0034
Jen 5/15/03

# COMMONWEALTH OF VIRGINIA
## DEPARTMENT OF HEALTH PROFESSIONS

*Robert A. Nebiker, Director*

William L. Harp, M.D.
Executive Director
(804) 662-9908

### BOARD OF MEDICINE

### License to Practice
#### MEDICINE & SURGERY

**Ramanath  Gopalan  MD**

6606 West Broad Street, 4th Floor
Richmond, VA 23230-1717
www.dhp.state.va.us/medicine

**Issued**
04/30/1993

**Expires**
05/31/2004

**Number**
0101049249

**To Provide Information or File a
Complaint About a Licensee, Call: 1-800-533-1560**

5077US/0049 : 0035



## Comprehensive NeuroScience of Southern California, L.L.C.

*d/b/a* **Institute for PsychoPharmacology Research**

### *CURRICULUM VITAE*

**Full Name:**     David A. Sack     09-03-02

**Address:**     19456 Woodlands Lane, Huntington Beach, CA 92648

**Office Address:**     **Comprehensive NeuroScience**
11050 East Artesia Blvd, Suite G
  Cerritos, CA 90703

10802 College Place
Cerritos, CA. 90703

2900 Del Mar Blvd.
Pasadena, CA. 91107

1161 E. Covina Blvd.
Covina, CA. 91724

**Telephone:**     Home: REDACTED     Work: (562) 809-2512

**Born:**     October 16, 1953, New York, New York

**Marital Status:**     Married

**Current Positions:**

Senior Vice President, National Director of Clinical Research, Comprehensive Neurosciences, Inc.

Medical Director, CNS-IPR of Southern California, Inc., a multi site clinical trials program limited to central nervous system diseases.

**Board Status:**

Diplomate, Psychiatry, American Board of Psychiatry and Neurology, January 1984

Diplomate, Added Qualification in Geriatric Psychiatry, American Board of Psychiatry and Neurology, 1991

Diplomate, Added Qualification in Addiction Psychiatry, American Board of Psychiatry and Neurology, 1994

Diplomate, American Society of Addiction Medicine, 2000

**Licensure:**

California License #G40374

State of California, Department of Industrial Relations, Industrial Medical Council; Qualified Medical Evaluator
- 1993 to present

---

**Education:**

B.A. Psychology, Suma Cum Laude, 1974, SUNY at Buffalo, Buffalo, NY

M.D., 1978, Rush Medical College, Chicago, Illinois

**Internship:**

Psychiatry, UCLA Neuropsychiatric Institute, 1978-1979

**Residency:**

Psychiatry, UCLA Neuropsychiatric Institute, 1979-1981

**Fellowship:**

Psychopharmacology, National Institute of Mental Health, Bethesda, Maryland, 1981-1983

**Clinical and Administrative Experience**

Senior Vice President, Clinical Services,
Aspen Youth Services, Cerritos California, 1998-2001

President and Medical Director,
College Health IPA, a managed behavioral health group practice, Cerritos California, 1993-2001

Senior Medical Director,
College Hospital, Cerritos, California, 1993-1999

Medical Director,
Los Altos Hospital and Mental Health Center, Long Beach, California August 1987 to August 1993

Chief, Inpatient Unit,
Clinical Psychobiology Branch, National Institute of Mental Health, Bethesda, Maryland
January 1993 to August 1987

Private Practice Experience,
1982 to Present, predominantly in the treatment of patients with affective and anxiety disorders

Emergency Psychiatric Experience,
L.A. County, Olive View Medical Center, Van Nuys, California
December 1979 to June 1981
Prince George's County General Hospital
December 1981 to June 1983

**Honors:**

1978 – Phi Beta Kappa

## PUBLICATIONS

1. Schauf CL, Davis FA, Sack DA, Reed BT, Kesler RL:  Neuroelectric blocking factors in human and sera evaluated using the isolated frog spinal chord.  *Journal of Neurology, Neurosurgery, and Psychiatry,* 39: 680-685, 1976.

2. Scharfstein SS, Sack DA, Fauci AS:  Relationship between alternate day corticosteroid therapy and behavioral abnormalities.  *Journal of the American Medical Association,* 248:  2987-2989, 1982

3. Wehr TA, Sack DA, Rosenthal NE, Duncan WK, Gillin JD, Gillin JC:  Circadian rhythm disturbances in manic-depressive illness.  *Federation Proceedings,* 42: 2809-2814, 1983.

4. Rosenthal NE, Sack DA, Wehr TA:  Seasonal Variation in affective disorders, in Wehr TA, Goodwin FK (eds.), *Biological Rhythms in Psychiatry,* Boxwood Press, Pacific Grove, California, 1983, pp. 185-201.

5. Rosenthal NE, Sack DA, Gillin JC, Lewy AJ, Goodwin FK, Davenport Y, Newsome DA, Wehr TA: Seasonal affective disorder: A description of the syndrome and preliminary findings with light therapy.  *Archives of General Psychiatry,* 41: 72-80, 1984.

6. Rosenthal NE, Sack DA, Carpenter CJ, Parry BL, Mendelson WB, Wehr TA: Antidepressant effects of light in seasonal affective disorder.  *American Journal of Psychiatry,* 142: 06-608, 1985.

7. Wehr TA, Sack DA, Duncan W, Rosenthal NE, Gillin JC, Goodwin FK: Sleep and circadian rhythms in affective patients isolated from external time cues.  *Psychiatry Research,* 15: 327-339, 1985

8. Sack DA, Nurnburger J, Rosenthal NE, Ashburn E, Wehr TA: The potentiation of antidepressant medications by phase-advance of the sleep-wake cycle.  *American Journal of Psychiatry,* 142: 606-608, 1985

9. Wehr TA, Rosenthal NE, Sack DA, Gillin JC: Antidepressant effects of sleep deprivation in bright and dim light.  *Acta Psychiatrica Scandinavica,* 72: 161-165, 1985.

10. James SP, Wehr TA, Sack DA, Parry BL, Rosenthal NE: Evening light treatment of seasonal affective disorder.  *British Journal of Psychiatry,* 147: 424-428, 1985.

11. Strauss GD, Sack DA, Lesser I: Which veterans go to VA psychiatric hospitals for care: a pilot study.  *Hospital Community Psychiatry, Sept.* 1985.

12. Golden RN, James SP, Sherer MA, Rodorfer MV, Sack DA, Potter WZ: Psychosis associated with bupropion treatment.  *American Journal of Psychiatry, Dec.* 1985

13. Rosenthal NE, Sack DA, Wehr TA:  Seasonal effects on mood: The role of light in Adelman G(ed.), *Encyclopedia of Neuroscience,* Birkhauser, Boston.

465

14. Wehr TA, Sack DA, Rosenthal NE: Antidepressant effects of sleep deprivation and phototherapy. *Acta Psychiatrica Belgica,* 85, 593-602, 1985.

15. Wehr TA, Sack DA, Parry BL, Rosenthal NE: The role of biological rhythms in the biology and treatment of insomnia and depression, in Brodie HKH, Berger PA (eds.), *The American Handbook of Psychiatry.*

16. Rosenthal NE, Sack DA, Jacobsen FM, James SP, Parry BL, Arendt J, Tamarkin L, Wehr TA: The role of melatonin in seasonal affective disorder. *Journal of Neural Transmission.*

17. James SP, Wehr TA, Sack DA, Rosenthal NE, Mendelson WB: Experimental modalities in the treatment of seasonal and non-seasonal affective disorder. *Proceedings of the World Congress of Biological Psychiatry.*

18. Mendelson WB, James SP, Rosenthal NE, Sack DA, Wehr TA, Garnett D, Weingartner H: The experience of insomnia. *Proceedngs of the World Congress of Biological Psychiatry.*

19. Rosenthal NE, Sack DA, Jacobsen FM, Parry BL, James SP, Tamarkin L, Arendt J, Wehr TA:  Consensus and controversy in seasonal affective disorder and phototherapy. *Proceedings of the World Congress of Biological Psychiatry.*

20. Sack DA, James SP, Rosenthal NE, Wehr TA:  Partial sleep deprivation and phase advance therapy for depression. *Proceedings of the World Congress of Biological Psychiatry.*

21. James SP, Wehr TA, Sack DA, Parry BL, Rogers SLB, Roenthal NE:  The dexamethasone suppression test in seasonal affective disorder. *Comprehensive Psychiatry,* 27: 224-226, 1986.

22. Mendelson WB, James SP, Garnett D, Sack DA, Rosenthal NE: A pyshcophysiological study of insomnia. *Psychiatry Res., Dec.* 1986.

23. Wehr TA, Jacobsen FM, Sack DA, Arendt J, Tamarkin L, Rosenthal NE: Phototherapy of seasonal affective disorder.  Time and day suppression of melatonin are not critical for antidepressant effects. *Arch Gen Psychiatry Sept.* 1986.

24. Roy-Bryne PP, Uhde TW, Sack DA, Linnoila M, Post RM:  Plasma HVA and anxiety in patients with panic disorder. *Biol Psychiatry, July* 1986.

25. Rosenthal NE, Sack DA, Jacobsen FM, Skwerer RG, Wehr TA:  Seasonal affective disorder and light:  past, present, and future. *Clin Neuropharmacol, Sept.* 1986.

26. Wehr TA, Sack DA:  The relevance of sleep research to affective illness.  In *Sleep,* 1986, Koella WP, Obal F, Schula H, Visser P, eds.

27. Wehr TA, Sack DA:  Jacobsen F, Tamarkin L, Arendt J, Rosenthal NE:  Timing of phototherapy and its effect on melatonin secretion are not critical for its

antidepressant effect in seasonal affective disorder. *Archives of General Psychiatry,*
43: 870-875.

28. Wehr TA, Sack DA, Rosenthal NE:  Sleep and biological rhythms in bipolar illness, in
Goodwin FK, Jamison K (eds.):  Bipolar Disorders, in Hales RE, Frances AJ (eds.):
American Psychiatric Association Press, Washington, D.C.

29. Sack DA, Wehr TA.  Circadian rhythms in psychiatry.  In Depression and Mania:  A
Comprehensive Textbook, Georgotas A, Concro R (eds.), Elsevier Science
Publishing Co., New York.

30. Jacobsen FM, Wehr TA, Sack DA, James SP, Parry BL, Rosenthal NE:  Seasonal
affective disorder in the workplace:  implications for public health. *American Journal
of Public Health,* 77: 57-60, 1987.

31. Wehr TA, Sack DA, Rosenthal NE:  Sleep reduction as a final common pathway in
the genesis of mania. *American Journal of Psychiatry,* 144: 201-204, 1987.

32. Sack DA, Rosenthal NE, Parry BA, Wehr TA:  Biological Rhythms in Psychiatry.  In:
*Psychopharmacology.  A second generation of progress.*

33. Rosenthal NE, Sack DA, James SP, Parry BL, Mendelson WB, Tamarkin L, Wehr
TA:  Seasonal affective disorder and phototherapy. *Annals of the New York
Academy of Sciences,* 453:  260-269, 1985.

34. James SP, Golden RN, Sack DA:  Vitamin B$_{12}$ deficiency and the dexamethasone
test. *Journal of Nervous and Mental Diseases,* 174: 560-561, 1986.

35. Wehr TA, Sack DA, Rosenthal NE, Goodwin FK:  Sleep and biological rhythms in
bipolar disorder, Annual Review, Volume 6, American Psychiatric Association,
Washington, D.C., 1986.

36. Sack DA, Rosenthal NE:  Do changes in melatonin cause SAD? *Intergrative
Psychiatry,* 1: 35-37, 1987.

37. Wehr Tam Skwerer RG, Jacobsen FM, Sack DA, Rosenthal NE:  Eye versus skin
phototherapy of seasonal affective disorder. *American Journal of Psychiatry* 144:
753-757.

38. Wehr TA, Sack DA, Rosenthal NE:  Reverse seasonal affective disorder with spring-
summer depression and fall-winter hypomania:  possible relationship to
environmental

39. Mendelson WB, Sack DA, James SP, Martin JV, Wagner R, Garnett D, Milton J,
Wehr TA:  Frequency analysis of the sleep EEG in depression. *Psychiatry Research
June* 1987.

40. James SP, Mendelson WB, Sack DA, Rosenthal NE, Wehr TA:  The effect of
melatonin on normal sleep. *Neuropsychopharmacology, Dec.* 1987

41. Sack DA, James SP, Rosenthal NE, Wehr TA:  Deficient nocturnal TSH during sleep and sleep deprivation in rapid-cycling manic-depressives. *Psychiatry Research,* in press.

42. Sack DA, James SP, Doran AR, Sherer MA, Linnoila M, Wehr TA:  The diurnal variation in plasma HVA persist by the variation in MHPG is abolished under constant conditions. *Archives of General Psychiatry,* in press.

43. Jacobsen FM, Sack DA, Wehr TA, Rogers S, Rosenthal NE:  Neuroendocrine responses to 5-hydroxytryptopha in seasonal affective disorder. *Archives of General Psychiatry,* in press.

44. Jacobsen FM, Wehr TA, Skwere RG, Sack DA, Rosenthal NE:  Morning versus midday phototherapy of seasonal affective disorder. *American Journal of Psychiatry,* in press.

45. Golden RN, Morris JE, Sack DA:  Combined lithium-tricyclic treatment of obsessive compulsive disorder. *Biological Psychiatry,* in press.

46. Wehr TA, Sack DA:  Sleep disruption:  A treatment for depression and a cause of mania. *Psychiatric Annals,* in press.

47. Sack DA, Rosenthal NE, Wehr TA:  Biological rhythms in psychiatry, in *Psychopharmacology:  The Third Generation of Progress,* Meltzer HY, editor, Raven Press, NY, 1987.

48. Environmental and behavioral influences on affective illness. *Acta Psychiatrica Scandinavica,* in press.

49. Jacobsen FM, Sack DA, James SP:  Delirium induced by verapramil {letter}. *American Journal Psychiatry, Feb.* 1987.

50. Wehr TA, Sack DA, Rosenthal NE, Cowdry RW:  Rapid cycling affective disorder: contributing factors and treatment responses in 51 patients. *American Journal Psychiatry, Feb.* 1988.

51. Sack DA, Duncan W, Rosenthal NE, Mendelson WE, Wehr TA:  The timing and duration of sleep in partial sleep deprivation therapy of depression. *Acta Psychiatrica Scandinavica, Feb.* 1988.

52. Wehr TA, Rosenthal NE, Sack DA:  Environmental and behavioral influences on affective illness. *Acta Psychiatrica Scandinavica Suppl.,* 1988.

53. Rosenthal NE, Skwerer RG, Sack DA, Duncan CC, Jacobsen FM, Tamarkin L, Wehr TA:  Biological effects of morning-plus-evening bright light treatment of seasonal affective disorder. *Psychopharmacol Bull,* 1987.

54. Schulz PM, Goldberg S, Wehr TA, Sack DA, Kasper S, Rosenthal NE:  Personality as a dimension of summer and winter depression. *Psychopharmacol Bull,* 1988.

55. Kasper S, Sack DA, Wehr TA, Kick H, Voll G, Vieira A:  Nocturnal TSH and prolactin secretion during sleep deprivation and prediction of antidepressant response in patients with major depression.  *Biol Psychiatry, Oct.* 1988

56. Skwerer RG, Jacobsen FM, Duncan CC, Kelly KA, Sack DA, Tamarkin L, Gaist PA, Kasper S, Rosenthal NE: Neurobiology of seasonal affective disorder and phototherapy.  *J. Biol Rythms,* 1988.

57. Rosenthal NE, Sack DA, Skwerer RG, Jacobsen FM, Wehr TA:  Phototherapy for seasonal affective disorder.  *J. Biol Rhythms,* 1988.

58. Souetre E, Salvati E, Wehr TA, Sack DA, Krebs B, Darcourt G:  Twenty-four-hour profiles of body temperature and plasma TSH in bipolar patients during depression and during remission and in normal control subjects.  *American Journal Psychiatry,* 1988.

59. Rosenthal NE, Jocobson FM, Sack DA, Arendt J, James SP, Parry BL, Wehr TA:  Atenolol in seasonal affective disorder:  a test of the melatonin hypothesis.  *American Journal Psychiatry,* 1988.

60. Parry BL, Mendelson WB, Duncan WC, Sack DA, Wehr TA:  Longitudinal sleep EEG, temperature, and activity measurements across the menstrual cycle in patients with premenstrual depression and in age-matched controls.  *Psychiatry Res,* 1989.

61. Sack DA:  "No More Secrets, No More Shame" Understanding Sexual Abuse and Emotional Disorders.  *PIA Press, Washington D.C.,*  1990.

Submitted for publication:

62. James SP, Sack DA, Rosenthal NE, Mendleson WB, Wehr TA:  The effect of melatonin on polygraphically monitored sleep.

63. Rosenthal NE, Sack DA, Carpenter CJ, Van Sant D, James SP, Wehr TA:  The Weekly Mood Inventory:  A self-rating scale for the longitudinal evaluation of seasonal affective disorder (SAD).

64. Rosenthal NE, Carpenter CJ, Sack DA, Jacobsen FM, James SP, Wehr TA: The placebo effect and other methodological issues in phototherapy studies of seasonal affective disorder.

# ADDENDUM

# RECENT CLINICAL RESEARCH EXPERIENCE

1. "Olanzapine Versus Haloperidol in the Treatment of Schizophrenia and Other
   Psychotic Disorders", Protocol F1D-MC-HGAJ.  Sponsored by Lilly Research
   Laboratories.

2. "A Comparative Cost Effectiveness Study of Depakote and Usual Care versus
   Lithium and Usual care in the Treatment of Bipolar Disorder", Protocol M93-111.
   Sponsored by Abbott Laboratories.

3. "Fluoxetine Plus Pindolol Versus Fluoxetine Plus Placebo in the Treatment of
   Major Depression", Protocol B1Y-MC-HZAA.  Sponsored by Lilly Research
   Laboratories.

4. "Double-Blind, Randomized, Placebo-Controlled Evaluation of the Safety,
   Tolerability and Parmacokinetics of Dehydoepiandrosterone (DHEA) in Patients
   with Alzheimer's Disease", Protocol 01.  Sponsored by Neurocrine Biosciences.

5. "An Open-Label, Multicenter Clinical Trial Evaluating the Safety and Efficacy of
   Donepepezil Hydrochloride (E2020) in Patients with Alzheimer's Disease",
   Protocol E2020-A001-303.

6. "Strategies for Switching from Conventional Antipsychotic Drugs to
   Olanzapine", Protocol F1D-MC-HGFW.  Sponsored by Lilly Research
   Laboratories.

7. "U-101387G: Double-Blind, Haloperidol-Controlled, Safety and Dose-Finding
   Study in the treatment of Schizophrenia".  ProtocolM/2745/0004.  Sponsored by
   Pharmacia & Upjohn, Inc.

8. "A Phase III Double-Blind Placebo-Controlled Study of Aripiprazole in the
   Treatment of Psychosis", Protocol 31-97-201.  Sponsored by Otsuka
   Pharmaceuticals.

9. "An Open-label Follow-On Study of the Long-Term Safety of Aripiprazole in
   Patients with Psychosis", Protocol 31-97-203.  Sponsored by Otuska
   Pharmaceuticals.

10. "Olanzapine Added to Mood Stabilizers in the Treatment of Bipolar Disorder",
    Protocol F1D-MC-HGFU.  Sponsored by Lilly Research Laboratories.

11. "Olanzapine Alone and in Combination with Fluoxetine versus Placebo in Major Depressive Disorder with Psychotic Features", Protocol F1D-MC-HGGA. Sponsored by Lilly Research Laboratories.

12. "A Multicenter, Placebo and Active Control, Double-Blind Randomized Study of the Efficacy and Safety of M100907 (10 & 20 mg/day) in Schizophrenic and Schizoaffective Patients (3002)", Protocol lM100907/3002. Sponsored by Hoechst Marion Roussel.

13. "A Multicenter, Open-Label, Long-Term, Follow-up Safety Study of M100907 Tablets in Schizophrenic and Schizoaffective Subjects Who Participated in Protocol M100907/3001 or Protocol M100907/3002", Protocol M100907/3005. Sponsored by Hoechst Marion Roussel.

14. "A Prospective, Randomized, International, Parallel-Group Comparison of Clozaril/Leponex Vs. Zyprexa in the Reduction of Suicidality in Patients with Schizophrenia and Schizoaffective Disorder Who Are at Risk for Suicide", Protocol ABA 451. Sponsored by Novartis Pharma AG.

15. "A Multicenter Randomized, Double-Blind, Placebo, Controlled Study of Three Fixed Doses of A

16. "A Double-blind, Placebo-Controlled, Parallel- Group Assessment of the Selegiline Transdermal System in the Reappearance of Symptoms Associated with Major Depression." protocol #S9303-P9806, sponsored by Somerset

17. "A Double-blind, Randomized, Multicenter, Parallel Group design Study to Evaluate the Efficacy and Safety of Two Dose Ranges of EMD 128 130 in comparison with Placebo and Haloperidol in the Treatment of Schizophrenia." Sponsored by Mereck

18. "Protocol M/2020/047 , Reboxetine, Placebo, and Paroxetine Comparison in Patients with Major Depressive Disorder." sponsored by Pharmacia Upjohn

19. "A Multi-center Placebo–Controlled Double Blind Study Comparing the Safety and Efficacy of Ziprasidone and Olanzapine in Subjects with Schizophrenia or Schizoaffective Disorder Needing Inpatient Care" Protocol R-548 Sponsored by Pfizer

20. "A 52 Week (1 year), Open Extension Study Evaluating The Safety and Efficacy Of Continued Administration of 40-160 mg Daily Of Oral Ziprasidone In the Treatment Of Subjects Who Have Participated In Previous Ziprasidone Trials" Protocol R-0585, Sponsored by Pfizer

21. "Olanzapine in the Management of Behavioral Disturbance and/or Psychosis in Demented Nursing Home Patients." Protocol F1D-HGGV, Sponsored by Lilly

22. " A Double-Blind Randomized Comparison of the Efficacy and Safety of Short Acting Intramuscular Olanzapine, Short Acting Intramuscular Haloperidol, and Intramuscular Placebo in Patients with Schizophrenia" Protocol HGHB, sponsored by Lilly

23. "The Efficacy of Olanzapine and Adjunctive Lorazepam, as needed, to Treat Acute Behavioral Agitation in Schizophrenia".  Sponsored By Lilly.

24.  "A Randomized Double-Blind Study to Evaluate the Anticholinergic Burden in Subjects with Psychosis of Dementia Treated with Risperidone of Olanzapine".  Sponsored by Janssen.

25. "A Multicenter, Randomized, Double-Blind, Placebo Controlled Study of Three Fixed Doses of Aripiprazole in the Treatment of Institutionalized Patients with Psychosis Associated with Dementia of the Alzheimer's Type".  Sponsored by Bristol-Myers Squibb.

26. "Risperidone Depot (microspheres) vs. Placebo in the Treatment of Subjects with Schizophrenia or Schizoaffective Disorder".  Sponsored by Janssen

27. "A Three-Week, Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Safety and Efficacy Study of Extended-Release Carbamazepine in Patients With Bipolar Disorder".  Sponsored by Shire.

28. "The Efficacy and Safety of Flexible Dose Ranges of Risperidone vs. Placebo or Divalproex Sodium in the Treatment of Manic or Mixed Episodes Associated with Bipolar I Disorder".  Sponsored by Janssen

29. "A 9-Week, Open-Label, Multicenter, Safety Trial of Flexible Dose Ranges of Risperidone in the Treatment of manic or Mixed Episodes Associated with Bipolar I Disorder".  Sponsored by Janssen

30. "A Controlled Trial of Olanzipine versus Quetiapine in the Treatment of Schizophrenic and Schizoaffective Subjects with Prominent Negative Symptoms." Protocol #F1D-US-HJGB Sponsored by Lilly

31. "A Multicenter, Randomized, Double-Blind Study of Flexible Doses of Aripiprazole vs. Perphenzaine in the Treatment of Patients with Treatment-Resistant Schizophrenia".  Sponsored by Bristol-Myers Squibb

32. A Multicenter, Randomized, Double-Blind, Placebo Controlled, 26 Week Study of a Fixed Dose of Aripratrazole in the Treatment of Stabilized Patients with Chronic Schizophrenia".  Sponsored by Bristol-Myers Squibb.

33. "A Multicenter, Randomized, Double-Blind Safety and Tolerability Study of
Flexible Doses of Aripiprazole and Olanzapine in the Treatment of Patients with
Acute Schizophrenia".  Sponsored by Bristol-Myers Squibb.

34. "A Double-Blind, Placebo and Haloperidol-Controlled, Multicenter Study
Evaluating the Safety and Efficacy of SR46349B in Schizophrenic patients".
Sponsored by Sanofi-Synthelabo.

35. "A Double-Blind, Placebo and Haloperidol-Controlled, Multicenter Study
Evaluating the Safety and Efficacy of SR141716 in Schizophrenic Patients".
Sponsored by Sanofi-Synthelabo.

5077US/0049 : 0035

 **The Medical Board of California**
1426 Howe Avenue, Suite 54
Sacramento, California  95825-3236 

State of
California
Department of
Consumer
Affairs

### *PHYSICIAN AND SURGEON*

CERTIFICATE NO.  **G40374**          EXPIRATION  **10/31/2002**

**DAVID ANDREW SACK**
**17100 PIONEER BOULEVARD SUITE 300**
**CERRITOS CA 90701-2709**

ORIGINAL
ISSUANCE DATE
**07/30/1979**

RECEIPT NO.
**20600150**

11/04/02  MON 09:06 FAX 919 547 0142          LINEBERRY RES.                    ☑004

**The Medical Board of California**
1426 Howe Avenue, Suite 54
Sacramento, California, 95825-3236

5077US/0049 0035

*PHYSICIAN AND SURGEON*
?TIFICATE NO. G40374        EXPIRATION 10/31/2004

.VID ANDREW SACK
?50 E ARTESIA BLVD STE G
?RRITOS, CA 90703

ORIGINAL
SSUANCE DATE          RECEIPT NO.
07/30/1979            00091529

**IMPORTANT!**
?lease include your certificate number on any correspondence to this
?ffice.
?lotify the Board of any name or address change in writing.
?eport any loss immediately in writing to the Board.
?lease sign your name above, as printed on the front, and carry this
?ocket certificate with you.

?ou have any questions regarding your pocket certificate,
?ase call (916) 263-2571, or write to the Board at the
?ress on the front of this card.

475



5077US/0049:0036 41603

# Guy E. Brannon, M.D.

*Curriculum Vitae*

### Education:

*Louisiana State University Medical Center*, Shreveport, Louisiana
Department of Psychiatry
Chief Resident 1998-1999
**Residency Completed**:  1995-1999

*Louisiana State University Medical Center*, Shreveport, Louisiana
Dr. John M. Bick Award (Louisiana Psychiatric Medical Association)
Borroughs Welcome U.S. Psychiatric Congress Fellow
Chairman's Certificate of Award - Psychiatry Department
**M.D. Awarded**:  June 1995

*Louisiana State University*, Shreveport, Louisiana
**Bachelor of Science Degree** in Biology (Cum Laude)
Graduation:  May 1991

*Airline High School*, Bossier City, Louisiana
**High School Diploma** with Honors
Graduation:  May 1986

### Current Positions:

Principal Investigator
**Brentwood Research Institute**

Director of Clinical Research
Director of Adult Psychiatric Unit
Director of Chemical Dependency Unit
**Brentwood, A Behavioral Health Company**

Assistant Clinical Professor of Psychiatry
Teacher of the Year 2001-2002
**Department of Psychiatry**
**Louisiana State University Health Science Center**

Adjunct Professor of Psychology
**Louisiana State University in Shreveport**

1002 Highland Avenue
Suite 400
Shreveport, LA  71101

Telephone – (318) 227-4565
Fax - (318) 227-4564
E-mail - REDACTED

<u>Current Positions</u>:  (continued)

Medical Director
**First Step Services**

Psychiatric Consultant
**Family Services Unlimited**
**Vision Integrated Programs, Inc.**
**Louisiana Methodist Children's Home**
**Samaritan Counseling Center**
**Volunteers of America**
**Spectrum Rehabilitation Center**

<u>Staff Privileges</u>:

Brentwood, A Behavioral Health Company
Christus-Schumpert Medical Center
Louisiana State University Health Science Center

<u>Publications</u>:

**Brannon, G.E.**  Schizoaffective Disorder.
*eMedicine Journal* - March 2002
**Brannon, G.E.**  Inhalant-Related Psychiatric Disorders.
*eMedicine Journal* - June 2002
**Brannon, G.E.**  History and Mental Status Exam.
*eMedicine Journal* - April 2002
**Brannon, G.E.**  Paraphilias.
*eMedicine Journal* June 2001
**Brannon, G.E.** and Rolland, P.D.  Anorgasmia in a Patient with Bipolar Disorder Type I Treated with Gabapentin.
*Journal of Clinical Psychopharmacology* - 2000; 20(3):379-381
**Brannon, G.E.**, Rolland, P.D., and Gary, J.M.  Use of Mirtazapine as Prophylactic Treatment for Migraine Headache.
*Psychosomatics* – 2000; 41(2):153-154
**Brannon, G.E.**, Seizure Disorder Presenting as Psychosis -- *In Press*
Rolland, P.D., Kablinger, A.S., **Brannon, G.E.**, and Freeman, A.M.  Treatment of Generalized Anxiety Disorder with Venlafaxine XR – A Randomized, Double Blind Trial in Comparison with Buspirone and Placebo.
*Clinical Drug Investigations* – 2000; 19(2):163-165
**Brannon, G.E.**  Therapeutic Alternatives for Treatment-Resistant Depression.
*The Resident Reporter* – 1999; 4(9):33-39
Freeman, A.M., Kablinger, A.S., Rolland, P.D. and **Brannon, G.E.**  Millon Multiaxial Personality Patterns Differentiate Depressed and Anxious Outpatients.
*The Journal of Depression and Anxiety* – 1999; 10:73-76

1002 Highland Avenue
Suite 400
Shreveport, LA  71101

Telephone – (318) 227-4565
Fax – (318) 227-4564
E-mail - docbrannon@aol.com

**Publications:  (continued)**

**Brannon, G.E**. and Stone, K.D.  The Use of Mirtazipine in a Patient with Chronic Pain.
*The Journal of Pain and Symptom Management*; 18:382-385
Fitz-Gerald, M.J., Pinofsky, H., and **Brannon, G.E.**  Olanzapine Induced Mania.
*The American Journal of Psychiatry* – 1999; 156;7:1114
**Brannon, G.E.** and Fitz-Gerald, M.J.  Psychiatry Pearls of Wisdom.
*Substance Abuse*.  Boston Medical Publishing Corporation – 1999:180-188
Kablinger, A.S.  **Brannon, G.E.** Rolland, P.D. and Freeman, A.M.  Venlafaxine Versus Buspirone in Treatment of Generalized Anxiety Disorder.
*Journal of the American Pharmaceutical Association* – 1999; 39 (2):258
**Brannon, G.E.**  Personality Pathology in Depression Ups Costs.
*Clinical Psychiatry News* – 1999; 27(1):28
Reeves, R.R., McBride, W., and **Brannon, G.E.**  Olanzapine Induced Mania.
*Journal of American Osteopathic Association* – 1998;98(10):549-550
**Brannon, G.E.** and Kablinger, A.S.  When the Depression Won't Go Away.
*Annals of Clinical Psychiatry* – 1998;10(3):137

**Drug Studies**:

**Abbott Laboratories**
A 21-day, Double-Blind, Placebo-Controlled, Parallel-Group Evaluation of the Efficacy and Safety of Depakote ER in the Treatment of the Manic Phase of Bipolar Disorder.  March 2003 - present
**Bristol-Myers Squibb**
A Multicenter, Randomized, Double-Blind, Placebo Controlled Study of Two Fixed Doses of an Investigational Medication in the Treatment of Hospitalized Patients with Acute Mania.  July 2001-November 2001
**Johnson & Johnson Pharmaceutical Research & Development**
A Randomized, Double-Blind, Multicenter, Placebo-Controlled 12-week Study of the Safety and Efficacy of Two Doses of an Investigational Medication vs. Placebo for the Treatment of Acute Manic or Mixed Episodes in Subjects with Bipolar I Disorder with an Optional Open-Label Extension.
August 2000 - present
**Bristol-Myers Squibb**
A Multi-Center, Randomized, Double Blind Safety and Tolerability Study of Flexible Doses of an Investigational Medication in the Treatment of Patients with Acute Schizophrenia.  March 2000-February 2001
**Bristol-Myers Squibb**
A Multi-center, Randomized, Double-Blind, Placebo-Controlled Study of Flexible Doses of an Investigational Medication in the Treatment of Hospitalized Patients with Acute Mania.  February 2000 – August 2001

1002 Highland Avenue
Suite 400
Shreveport, LA  71101

Telephone – (318) 227-4565
Fax - (318) 227-4564
E-mail - docbrannon@aol.com



### Drug Studies:  (continued)

**Bristol-Myers Squibb**
A Multi-Center, Randomized, Double-Blind, Placebo-Controlled Study of an Investigational Medication in the Maintenance Treatment of Patients with Bipolar Disorder.  February 2000 – Present

**anofi~Synthelabo**
A Double-Blind, Placebo and Comparator Controlled, Multicenter Study Evaluating the Safety and Efficacy of an Investigational Medication in Schizophrenic Patients.  May 1999 – April 2001

**Sanofi~Synthelabo**
An Investigational Medication as Sole Therapy for Bipolar Disorder. December 1999 – Present

**Sanofi~Synthelabo**
A Double-Blind, Placebo and Comparator Controlled, Multi-Center Study Evaluating the Safety and Efficacy of an Investigational Medication in Schizophrenic Patients.  December 1999 – August 2000

**Otsuka America Pharmaceuticals, Inc.**
An Open-Label Follow-on Study of the Long Term Safety and Efficacy of Aripiprazole Administered Orally in Patients with Psychotic Disorders or Psychotic Behaviors of Dementia.  September 1999 – Present

**Glaxo Wellcome**
A Multi-Center, Double-Blind, Placebo-Controlled, Evaluation of the Safety and Efficacy of an Investigational Medication Compared to Placebo in the Treatment of an Acute Manic of Mixed Episode in Patients who have Bipolar Disorder. January 1999 – November 1999

**Otsuka America Pharmaceuticals, Inc.**
A Phase III, Open-Label, Treatment-Switching Study from Orally Administered Antipsychotic Monotherapy to Orally Administered Aripiprazole Monotherapy on the Treatment of Chronic Paranoid Schizophrenia and Schizoaffective Patients. September 1998 – August 2000

**Eli Lilly & Co.**
Olanzapine versus Divalproex in the Treatment of Acute Mania. September 1998 – August 2000

**Pfizer**
A MultiCenter, Placebo-Controlled, Double-Blind Study Comparing the Safety and Efficacy of Ziprasidone and Olanzapine in Subjects with Schizophrenia and Schizoaffective Disorder needing Inpatient Care.  June 1998 – Present

**Pfizer**
A Double-Blind Six Month Continuation Protocol for Subjects who Successfully Completed Protocol #R-0548.  June 1998 – August 1999

**Pfizer**
A 52 Week, Open Extension Study Evaluating the Safety and Efficacy of Continued Administration of 40-160mg Daily of Oral Ziprasidone in the Treatment of Subjects who have participated in Previous  Clinical Trials. June 1998 – Present

1002 Highland Avenue
Suite 400
Shreveport, LA  71101

Telephone – (318) 227-4565
Fax - (318) 227-4564
E-mail - docbrannon@aol.com



**Drug Studies:  (continued)**

**Eli Lilly & Co.**
The Comparative Efficacy of Olanzapine, Risperidone, and Haloperidol for
Cognition in Schizophrenia.  June 1998 – November 2000
**Abbott Laboratories**
Is there a Difference Between Depakote and Valproic Acid in the Treatment of
Bipolar Disorder?  May 1998 - April 1999
**Hoechst Marion Roussel**
A Multi-Center Placebo and Active Control Double-Blind Randomized Study of
the Efficacy and Safety of M100907 (10mg and 20mg/day) in Schizophrenia and
Schizoaffective Patients.  May 1998 – March 1999
**Hoechst Marion Roussel**
A Multi-Center, Long Term Followup Safety Study of M100907 tablets in
Schizophrenic and Schizoaffective Subjects who Participated in Protocol
M100907/3001 Protocol M100907/3002. March  1998 – March 1999
**Sanofi Research Division**
A Double-Blind, Placebo-Controlled, MultiCenter Study Evaluation of the Efficacy
and Safety of SR 46349B in Outpatients with Major Depression.
October 1997 – October 1998
**Zeneca Pharmaceuticals**
Quetiapine (SEROQUEL) Experience with Safety and Tolerability (QUEST).
October 1997 – June 1998
**Eli Lilly & Co.**
Weekly Enteric-Coated Fluoxetine Hydrochloride versus daily Fluoxetine or
Placebo in the Continuation Treatment of Major Depressive Disorder.
October 1997 – July 1999
**Otsuka America Pharmaceuticals, Inc.**
A Phase III Double-Blind Placebo Controlled Study of Aripiprazole in the
Treatment of Psychosis.  September 1997 – May 1998
**Otsuka America Pharmaceuticals, Inc.**
An Open-Label, Follow-on Study of the Long-Term Safety of Aripiprazole in
Patients with Psychosis.  September 1997 – May 1998
**Novartis**
An Open-Label Study to Evaluate the Safety and Efficacy of 1.5mg
b.i.d.(3mg/day) Through 6mg b.i.d. (12mg/day) of Exelon in Patients with Mild to
Severe Probable Alzheimer's Disease in the Community Setting.  September
1997 – Present
**Pfizer**
Comparison of Sertraline and Imipramine in Childhood Depression
July 1997 – Present

1002 Highland Avenue                                                 Telephone – (318) 227-4565
Suite 400                                                                        Fax - (318) 227-4564
Shreveport, LA  71101                                        E-mail - docbrannon@aol.com

5077US/0040: 0036

**LOUISIANA STATE BOARD OF MEDICAL EXAMINERS**
PO BOX 30250       NEW ORLEANS, LA 70190-0250       www.lsbme.org

Medicine & Surgery

*Credentialing Entity: Visit LicenseeSearch at www.lsbme.org
RENEW ON OR BEFORE:                                        June 1, 2003

L#022555

GUY EDDIE BRANNON MD
1500 LINE AVE
BOSSIER CITY 71111-5226

*D.E.Brannon, MD*
SIGNATURE OF LICENSEE
CARD MUST BE SIGNED TO BE VALID

481

5077US/0049 : 0037

*David P. Walling Ph.D.*
*09/11/02*

## CURRICULUM VITAE

**NAME:** David P. Walling, Ph.D.                    **DATE:**   July 2002

**PRESENT POSITION:**
Chief Executive and Clinical Officer
Collaborative NeuroScience Network
12772 Valley View St.  Ste. 3
Garden Grove, CA  92845

**HOSPITAL PRIVILEDGES:**

| | | |
|---|---|---|
| Pacific Hospital of Long Beach | Western Medical Center – Anaheim | Del Amo Hospital |
| 2776 Pacific Ave | 1025 S. Anaheim Blvd. | 23700 Camino Del Sol |
| Long Beach, CA  90804 | Anaheim, CA  92805 | Torrance, CA  90505 |

**BIOGRAPHICAL:**

Place of Birth:    Long Beach, California
Address:            REDACTED

Telephone:         (714) 799-7799 – office
                         REDACTED

**EDUCATION:**

University of Southern California                    1989-1993
Ph.D. in Counseling Psychology
APA Accredited

California State University at Fullerton             1987-1989
M.S. in Counseling

California State University at Long Beach            1985-1986
B.A. in Psychology

Golden West College                                 1983-1985
A.A. in Social Science

**Internship:**

University of Texas Medical Branch                  1992-1993
APA Accredited
Galveston, TX

Curriculum Vitae                                                                                    **2**
David P. Walling, Ph.D.

## RESEARCH EXPERIENCE:

Principal Investigator "A Multicenter, Double-blind, Randomized Comparison of the Efficacy and Safety of Two Atypical Antipsychotics in the Treatment of Patients with Schizophrenia (2001 – ongoing).

Principal Investigator " A Phase III, Randomized, Placebo-Controlled Study Evaluating the Safety and Outcome of Treatment with Oral Ziprasidone in Subjects with Mania (A1281083)." Pfizer (2002 – ongoing).

Principal Investigator "A Placebo-Controlled 21-Day Study of the Safety and Efficacy of Topiramate for the Treatment of Treatment-Resistant Bipolar I Disorder with an Optional Open-Label Extension (TOPMAT-PDMD-006)." R.W. Johnson Pharmaceutical Research (2001 – 2002).

Sub-Investigator "A Novel Anxiolytic Versus Placebo in Generalized Anxiety Disorder. A Randomized Double-Blind Placebo and Buspirone Controlled Fixed Dose Parallel Group Multicenter Study of 10 Weeks" (2002 – ongoing).

Sub-Investigator "A Trial of One Atypical Antipsychotic versus Another Atypical Antipsychotic in the Treatment of Schizophrenic and Schizoaffective Subjects with Comorbid Depression." (2001 – ongoing).

Principal Investigator " A Randomized, Double-Blind, Parallel-Group, Placebo-Controlled, Study Evaluating Efficacy and Safety of SB-29060 Controlled Release (12.5 and 25mg/day) versus Placebo in Patients with Major Depressive Disorder." (29060/810) GlaxoSmithKline (2001-2002).

Principal Investigator "A Three-Week, Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Safety and Efficacy Study of Extended-Release Carbamazepine in Patients with Bipolar Disorder." (Protocol 105.301) Shire Laboratories, Inc. (2000- 2001)

Principal Investigator "A Three-Week, Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Safety and Efficacy Study of Extended-Release Carbamazepine in Lithium-Failure Patients with Bipolar Disorder." (Protocol 105.302) Shire Laboratories, Inc. (2000 - 2001).

Principal Investigator "A Six-Month, Open-Label, Multicenter Study of Extended Release Carbamazepine in Patients with Bipolar Disorder – an Extension of Protocols 105.301 and 105.302." (Protocol 105.303) Shire Laboratories, Inc. (2001)

Co-Investigator "A Multicenter, Double-Blind, Randomized, Placebo-Controlled Trial of the Safety and Efficacy of Seroquel as Add-on therapy with Lithium or Divalproex in the Treatment of Acute Mania." (Protocol 5077IL/0099) AstraZeneca (2000 – 2001).

Curriculum Vitae
David P. Walling, Ph.D.

**3**

## RESEARCH EXPERIENCE (Cont.)

Sub-investigator "Risperidone QD vs. BID Dosing in Schizophrenia: A Double-Blind, Parallel Group, Phase III Multicenter Study."  (Protocol RIS-USA-60) Janssen Research Foundation (1995).

Sub-investigator: "A Multicenter, Double-Blind, Randomized Comparison of SEROQUEL (ICI 204,636) and chlorpromazine in the Treatment of Hospitalized Subjects with Treatment Resistant Schizophrenia." (Protocol 0031) ZENECA Pharmaceuticals Group (1994-1996).

Sub-investigator/Therapist: "A Prospective, Multicenter Study Comparing the Safety and Efficacy of Nefazodone HCl to Cognitive Behavioral Therapy - Chronic Depression (CBT-CD) and Combined Nefazodone and CBT-CD for the Acute, Continuation and Maintenance Treatment of Chronic Forms of Depression."  (Protocol CN104-132) Bristol-Meyers Squibb Company (1996-1999).

Sub-investigator/Therapist: "Serzone and Cognitive Behavior Therapy for the Chronic Depressives: Pilot Study."  Bristol-Myers Squibb Company (1995-1996).

Sub-investigator: "A Double-Blind Placebo-Controlled, Dose-Response Comparison of the Safety and Efficacy of Three Doses of SERTINDOLE and Three Doses of Haldol in Schizophrenic Patients."  (Protocol M93-113) ABBOTT Laboratories (1994-1995) completed.

Sub-investigator: "An Open-Label Assessment of the Long-Term Safety of SERTINDOLE in the Treatment of Schizophrenic Patients."  (Protocol M92-795) ABBOTT Laboratories (1994-1995) completed.

Sub-investigator: "An Open-Label Assessment of the Long-Term Safety of SERTINDOLE." (Protocol M92-222) ABBOTT Laboratories (1994-1995).

Sub-investigator: "A Multicenter, Double-Blind, Placebo-Controlled, Randomized, Multiple Fixed-Dose Comparison of SEROQUEL (ICI 204,636) and Haloperidol in the Treatment of Hospitalized Subjects with Acute Exacerbation of Chronic or Subchronic Schizophrenia."  (Protocol 0013) ZENECA Pharmaceuticals (1993-1994) completed.

Sub-investigator: "Fixed-Dose OLANZOPINE Versus Placebo in the Treatment of Schizophrenia." (Protocol FID-MC-HGAP) ELI LILLY and Company (1993-1994) completed.

Sub-investigator: "A Multicenter, Double-Blind, Randomized, Controlled, Multiple Fixed Dose and Dose Regimen Comparison of SEROQUEL (ICI 204,636) and Haloperidol in the Prevention of Psychotic Relapse in Outpatients with Chronic or Subchronic Schizophrenia." (Protocol 0015) ZENECA Pharmaceuticals (1993-1994) completed.

Curriculum Vitae                                                                    **4**
David P. Walling, Ph.D.

## TEACHING EXPERIENCE:

"Introduction to Clinical Hypnosis."  One day seminar presented to psychiatry and psychology residents at the University of Texas Medical Branch at Galveston – Department of Psychiatry – 2000.

"Schizophrenia: Theory, Symptoms and Treatment."  Seminar presented as a component of Psychiatric Pharmaceutical Care Certificate Program sponsored by the University of Pittsburgh School of Pharmacy – 1999.

"Introduction to Clinical Hypnosis."  One day seminar presented to psychiatry and psychology residents at the University of Texas Medical Branch at Galveston – Department of Psychiatry – 1999.

Medical Hypnosis - five week course presented to all third year medical students during psychiatry rotation.  University of Texas Medical Branch at Galveston, 1995-1996.

Therapeutic Hypnosis -  Thirty week hypnosis training seminar presented to psychology interns at University of Texas Medical Branch at Galveston, 1994.

Faculty and Small Group Facilitator - Introduction to Patient Evaluation.  University of Texas Medical Branch at Galveston: Term III, 1995; Term III, 1996.

Faculty and Small Group Facilitator - Community Continuity Experience/Introduction to Patient Evaluation. University of Texas Medical Branch at Galveston: Term II, 1997.

Faculty - Counseling Practicum, School of Education.  University of Houston at Clear Lake: Summer Session, 1994.

Faculty - Senior Medical Student Elective: Forensic Psychiatry - Violence Recovery Program.

## WORK EXPERIENCE:

Vice President of Clinical Services                          1997-2000
Psychiatric Management Resources &
Stadt Solutions Pharmacy Corporation
San Diego, CA

Assistant Professor of Psychiatry and Behavioral Sciences   1995-1997
Dept. of Psychiatry and Behavioral Sciences
University of Texas Medical Branch - Galveston, TX

Curriculum Vitae                                                                                    **5**
David P. Walling, Ph.D.

**WORK EXPERIENCE (cont.):**

    Clinical Director                                                          1993-1997
    The Gulf Coast Center
    Intensive Treatment Program
    Galveston, TX

    Research Scientist                                                         1993-1995
    Dept. of Psychiatry and Behavioral Sciences
    University of Texas Medical Branch - Galveston, TX

    College Hospital - Costa Mesa, CA                                          1992
    Crisis Response Clinician

    Harbor View Adolescent Center - Long Beach, CA                             1990-1992
    Primary Therapist

    Huntington Psychotherapy - Huntington Beach, CA                            1991-1992
    Marriage, Family, & Child Counselor

    Bellflower Doctors Hospital - Bellflower, CA                               1989-1990
    Clinical Coordinator

    Western Medical Center - Anaheim, CA                                       1988-1989
    Clinical Social Worker/Unit Therapist

**PEER REVIEWED PUBLICATIONS:**

Bishop, S., Walling, D., Dott, S., Folkes, C., & Bucy, J. (In press) "Refining Quality of Life: Validating a Five Factor Measure for the Severe Mentally Ill. *International Journal for Quality of Life Research.*

Walling, D., Goodwin, J., & Cole, C. (1998) "Prevalence of Dissociative Disorders in a Transsexual Population." *Journal of Sex Education and Therapy 23(2); 121-123.*

Walling, D., Baker, J., & Dott, S. (1998) "Hypnosis Training in Psychology Graduate Programs: A National Survey." *International Journal of Clinical and Experimental Hypnosis, 46(2);* 150-156.

Walling, D. and Levine, R. (1997) "Power in the Hypnotic Relationship: Therapeutic or Abusive?" *American Journal of Psychotherapy, 51(1);* 67-76.

Bishop, S., Walling, D., & Walker, B. (1997) "The Emperor's Clothes: Assessing the Validity of the Tennessee Self-Concept Scale." *Educational and Psychological Measurement, 57(1),* 150-163.

Curriculum Vitae                                                                              **6**
David P. Walling, Ph.D.

## PEER REVIEWED PUBLICATIONS (cont.):

Dott, S., Walling, D., Bishop, S, Bucy, J., & Folkes, C. (1996)  "The Efficacy of Short-Term
Treatment for Improving Quality of Life: A Pilot Study."  *Journal of Nervous and Mental
Disease,* 507-509.

Walling, D., Baker, J., & Dott, S. (1996) "A National Survey of Hypnosis Training: Its Status in
Psychiatric Residencies."  *International Journal of Clinical and Experimental Hypnosis, 44,*
184-188.

Walling, D., & Baker, J. (1996)  "Hypnosis Training in Psychology Internship Programs."
*American Journal of Clinical Hypnosis, 38,(3)*  219-223.

## OTHER PUBLICATIONS:

Walling, D. & Marsh, D. (In press)  "Relapse Prevention in Serious Mental Illness"  In F.J. Frese
(Ed.), Psychologists and Serious Mental Illness: New Directions in Mental Health Services.  San
Francisco: Jossey-Bass.

Walling, D. & Dott, S. (1999) "Contemporary Approaches to the Management of Serious
Mental Illness." Book chapter in P. Vega (Ed.) Behavioral Disease Management. Mannisses
Communication.

Walling,  D. (1997)  "Quality of Life in Behavioral Medicine Research"  Book Review -
*Behavioral Medicine.*

Walling, David (1996) "Standards for Long-Term Psychiatric Residential Care." Book Review -
*Psychiatric Services, 47(7),* 772.

Walling, David P. (1993) "Self-Concept in High Achieving Women: A Comparison of
Medical and Nursing Educators."  Doctoral Dissertation. University of Southern
California.

## PRESENTATIONS:

"Using Technology to Improve Prescribing Patterns"  Presented at Shaping Partnerships for
Recovery – 2000 Washington Behavioral Healthcare Conference.  Yakima, WA

"Quality of Life: How are we Improving Patient's Lives?"  Keynote address given at the
Ventura County Department of Mental Health Annual Awards Banquet – Ventura, CA: 1999.

" Partial Hospitalization and the Continuum of Care"  Continuing education presentation
sponsored by North East Ohio Health Services and Cuyahoga County Community Mental
Health Board - Cleveland, Ohio: 1997.

Curriculum Vitae                                                                    **7**
David P. Walling, Ph.D.

## PRESENTATIONS (cont.):

"Strategic Psychotherapy in Practice" Presented to graduate students enrolled in the Psychology Department at the University of Houston - Clear Lake: 1997.

"Suicide and Schizophrenia: Examining the Role of Negative Symptoms." Lecture presented as part of American Suicide Foundation/University of Texas Medical Branch at Galveston series on suicide research.

"Psychological Approaches to the Management of Pain." Lecture presented to second year medical students at the University of Texas Medical Branch - Galveston, 1996.

"Novel Treatment and Current Research in Severe Mental Illness." Invited Speaker: Gulf Coast Alliance for the Mentally Ill. March, 1995.

"Treatment of Sexual Abuse Survivors: Application of Psychotherapy and Hypnotherapy." Presented to graduate students enrolled in the Psychology Department at the University of Houston - Clear Lake: 1993, 1994, 1995 & 1996.

"Treatment Issues in Serious Mental Illness." Invited Speaker: Gulf Coast Alliance for the Mentally Ill. October, 1993.

"Recognition and Treatment of Substance Abuse Disorders." Series of lectures presented to students enrolled in the Physician's Assistant Program at the University of Texas Medical Branch: 1992 & 1993.

## ABSTRACTS:

Walling, D.P. "Pharmacologic and Psychosocial Treatment for Serious Mental Illness." Abstract accepted for presentation at the the Institute for Psychiatric Services October 2001 annual meeting: Orlando, FL.

Walling, D., Bisbee, C. & McGurk, S. (Symposium Chair) "Serious Mental Illness:Interventions for Change." Paper: Walling, David "Pharmacologic and Psychosocial Treatment for Serious Mental Illness." Symposium accepted for presentation at the American Psychological Association: August 2001, San Francisco, CA.

Walling, D.P., McGurk, S. & Meltzer, H.Y. "Quality of Life and Service Use in Schizophrenia" Abstract presented at the International Congress on Schizophrenia Research – May 2001; Whistler, B.C. Abstract published in Schizophrenia Research.

McCleery, G., Walling, D.P., Erskine, S. & Bruce, R. "Antipsychotic Usage and Prescriber Reasoning" Abstract presented at the International Congress on Schizophrenia Research – May 2001; Whistler, B.C. Abstract published in Schizophrenia Research.

Curriculum Vitae                                                                                    8
David P. Walling, Ph.D.


**ABSTRACTS (cont.):**

Walling, D., Marsh, D. Scheifler, P. & McGurk, S. (Symposium Chair)  "Serious Mental Illness: Providing Hope Through Treatment."  Paper: Walling, David & Siry, Deborah. "Pharmacologic Treatment Options for Serious Mental Illness: Providing New Hope" Symposium presented at the American Psychological Association: August 2000, Washington, D.C.

Walling, David "Hypnosis in Medical Treatment: Defining Ethical Boundaries." Paper presented at the American Psychological Association: August 2000, Washington, D.C.

Walling, D., Marsh, D. Scheifler, P. & McGurk, S. (Symposium Chair)  "Schizophrenia: Hope for the New Millenium."  Paper: Walling, David & Siry, Deborah. "Novel Medications: Changing the Face of Schizophrenia Treatment"  Symposium presented at the American Psychological Association; August, 1999 annual conference: Boston, MA.
Walling, D. & Baker, J.  "Hypnosis: Education and Training for the Future"  Paper presented at the American Psychological Association August, 1999 annual conference: Boston, MA.

Walling, D.P., Klein, C.K., Bishop, S.L. & McCleery, G. "Psychometric Evaluation of a Four Factor Quality of Life Instrument."  Paper presented at the National Clinical Drug Evaluation Unit June 1999 annual conference; Boca Raton, FL.

Walling, D., Klein, C. & Bruce, R.  Quality of Life: A Measure of Efficacy in Psychosocial Treatment.  Paper presented at the International Congress on Schizophrenia Research 1999 biannual conference: Santa Fe, New Mexico.

Walling, D., Klein, C. & Bruce, R. Factor Analysis of the Q-LES-Q: Validating a Quality of Life Measure. Paper presented at the International Congress on Schizophrenia Research 1999 biannual conference: Santa Fe, New Mexico.

Walling, D., Klein, C., Bruce, R., Stephens, J., Erskine, S., Jimenez, R. "Quality of Life in Schizophrenia: The Impact of Symptomatology."  Paper presented at the Institute for Psychiatric Services October 1998 annual meeting: Los Angeles, CA.

Walling, D., Klein, C., Bruce, R., Stephens, J., Tepper, A., Jimenez, R.  "Validation of the Q-LES-Q for use in Schizophrenia Research and Treatment." Paper presented at the Institute for Psychiatric Services October 1998 annual meeting: Los Angeles, CA.

Walling, D., McGurk, S. Hanson, M., Hollis, J., & Summerfelt, T. (Symposium Chair) "Severe Mental Illness in the Community: Increasing Standards of Care." Paper: Walling, David. "Intensive Outpatient Services for the Severe Mentally Ill: Designing What Works."   Symposium presented at the American Psychological Association August, 1998 annual conference: San Francisco, CA.

Curriculum Vitae                                                                                          9
David P. Walling, Ph.D.


**ABSTRACTS (cont.):**

Walling, D. & Goodwin, J. "Sexual Abuse and Hypnosis: Exploring the Relationship to
Svengali." Paper presented at the American Psychological Association for August, 1998
annual conference: San Francisco, CA.

Walling, D., & Goodwin, J. "Hypnosis, Sexual Abuse and the Attendant Relationship." Paper
presented at the American Society of Clinical Hypnosis March 1998 annual meeting: Dallas, TX.

Dott, S., Walling, D., and Rosales, L. "Quality of Life and Novel Antipsychotics." Paper
presented at the American Psychiatric Association's Institute on Psychiatric Services October
1997 annual meeting: Washington, D.C.

Walling, D., Dott, S., & Gaston, C. "Service Delivery in Severe Mental Illness: Training Issues
for Psychologists." Paper presented at the American Psychological Association - August 1997
annual meeting, Chicago, Illinois.

Walling, D. (Symposium Chair) "Novel Antipsychotics for the Next Millennium: Treatment
Advances in Psychosis" Paper: Dott, S. & Walling, D. "Olanzapine in the Treatment of
Schizophrenia: A Novel Antipsychotic." Paper presented at the American Psychological
Association - August 1997 annual meeting, Chicago, Illinois.

Walling, D. & Goodyear, R. "Supervision Issues in Hypnosis: Drawing on Counseling
Psychology Paradigms." Paper presented at the American Psychological Association - August
1997 annual meeting, Chicago, Illinois.

Bishop, S., Walling, D., Dott, S., & Baker, J. "Sensitivity and Specificity in the Quality of Life
Enjoyment and Satisfaction Questionnaire." Paper presented at the American Psychological
Association (Div. 5) August 1997 annual meeting, Chicago, Illinois.

Durant, D. & Walling, D. "Recapping the Uses of Hypnosis in the Psychiatric Setting." Paper
presented at the American Psychological Association (Div. 30) August 1997 annual meeting,
Chicago, Illinois.

Dott, S. & Walling, D. "Quality of Subjective Life Experiences in Schizophrenia-Spectrum
Disorders." Paper presented at the International Congress on Schizophrenia Research for April
1997 biennial meeting.

Walling, D. & Dott, S. "Risking it All? Sexual Behavior in Schizophrenia." Paper presented at
the American Psychiatric Association May 1997 annual meeting, San Diego, CA.

Dott, S., Walling, D., Cole, C., & Meyer, W. "When Schizophrenia and Gender Dysphoria
Coexist." Paper presented at the American Psychiatric Association May 1997 annual meeting,
San Diego, CA.

Curriculum Vitae
David P. Walling, Ph.D.

**10**

## ABSTRACTS (cont.):

Bishop, S., Walling, D., Baker, J., & Dott, S. "Quality of Life Assessment: A Window on Chronic Back Pain Management?" Paper presented at the Society of Behavioral Medicine. April 1997 annual meeting, San Francisco, CA.

Walling, D., Baker, J., & Dott, S. "Hypnosis in Academia: National Status." Paper presented at the Society for Clinical and Experimental Hypnosis. November 1996 annual meeting: Tampa, Florida.

Dott, S., Walling, D., Cole, C., & Meyer, J. "Schizophrenia and Gender Dysphoria: Misdiagnosis, Misconceptions and Realities." Paper presented at the Society for the Scientific Study of Sexuality November 1996 annual meeting: Houston, Texas.

Walling, D. & Dott, S. "Quality of Life: Measurement, Importance, and Validity in Schizophrenia." Paper presented at the International Conference on Schizophrenia: Breaking Down the Barriers. October 1996: Vancouver, Canada.

Dott, S. & Walling, D. "Sexual Attitudes, Beliefs and Behaviors in Schizophrenia-Spectrum Disorders." Paper presented at the International Conference on Schizophrenia: Breaking Down the Barriers. October 1996: Vancouver, Canada.

Dott, S. & Walling, D. "Crisis Interventions in the Community." Paper presented at the American Psychiatric Association's Institute on Psychiatric Services October 1996 annual meeting: Chicago, Illinois.

Durant, D. & Walling, D. "The Schizophrenogenic Mother in Family Therapy?" Paper presented the American Association of Family Therapy for October 1996 annual meeting: Toronto, Canada.

Walling, D., Walker, B., & Bishop, S. "Self-Concept in High Achieving Women." Paper presented at the Northeastern Division Meeting of the American Educational Research Association. October 1996 annual meeting: Ellenville, New York.

Walling, D., Baker, J., & Dott, S. "Hypnosis Training in the U.S.: Results of a National Survey." Paper presented at the American Psychological Association's (Div. 30) August 1996 annual meeting: Toronto, Canada.

Walling, D., Dott, S., Folkes, C., and Glenn, S. "Quality of Life: Measuring the Success of Partial Hospitalization." Paper presented at the Association for Ambulatory Behavioral Healthcare August 1996 annual meeting: Minneapolis, Minnesota.

Dott, S. & Walling, D. "The Ghost of Schizophrenia: Past, Present and Future." Paper presented at the Texas Department of Mental Health and Mental Retardation July 1996 annual meeting: Galveston, Texas.

Curriculum Vitae                                                        **11**
David P. Walling, Ph.D.

**ABSTRACTS (cont.):**

Folkes, C., Dott, S., & Walling, D. "A Collaborative System: Creating a Continuum of Care Within the Community." Paper presented at the Texas Department of Mental Health and Mental Retardation July 1996 annual meeting: Galveston, Texas.

Dott, S. & Walling, D. "An Ounce of Prevention: What Our Patients Don't Know." Paper presented at the 149th annual meeting of the American Psychiatric Association May 1996: New York.

Walling, D. & Wills, S. "Hypnosis, Metaphor and Psychotherapy: Enhancing Treatment Outcomes." Workshop presented at the Southwestern Psychological Association April 1996 annual meeting: Houston, Texas.

Dott, S., Walling, D., & Folkes, C. "Community Based Alternatives to Psychiatric Hospitalization: Efficacy and Outcomes" Paper presented at the American Psychiatric Association's Institute on Psychiatric Services October, 1995: Boston, MA.

Walling, D., Dott, S., & Folkes, C. "Quality of Life in Severe Mental Illness: Does Diagnosis Matter?" Paper presented at the American Psychiatric Association's Institute on Psychiatric Services October, 1995: Boston, MA.

Dott, S., Walling, D., Avery, E., Cole, C., & Meyer, W. "Schizophrenia and Transsexualism: Defining the Boundaries." Paper presented at the Harry Benjamin International Symposium: Transsexualism: State of the Art Treatment. September 1995: Munich, Germany.

Walling, D., Goodwin, J., & Cole, C. "Dissociation and Gender Dysphoria: Exploring the Relationship." Paper presented at the Harry Benjamin International Symposium: Transsexualism: State of the Art Treatment. September 1995: Munich, Germany.

Bishop, S., Walling, D., & Dott, S. "The Quality of Life Enjoyment Scale: Issues of Validity." Paper presented at the American Psychological Association (Div. 5). August 1995: New York.

Dott, S. & Walling, D. "Quality of Life: Exploring How Patients Change." Paper presented at the American Psychiatric Association. May 1995: Miami, FL.

Walker, B., Dott, S., & Walling, D. "Meeting Women's Mental Health Needs: A Challenge to the Primary Care Physician." Paper presented at the Society for Teachers in Family Medicine May 1995: New Orleans, LA.

Walker, B., Walling, D., & Bishop, S. "Women in Academic Medicine: What it Takes to Succeed." Paper presented at the Society for Teachers in Family Medicine. May 1995: New Orleans, LA.

Curriculum Vitae                                                              **12**
David P. Walling, Ph.D.

## ABSTRACTS (cont.):

Bishop, S., Walling, D., Dott, S., & Folkes, C.  "Severe Mental Illness: Exploring Quality of Life Enjoyment Scale Validity (Preliminary Findings)."  Paper presented at the Southwestern Psychological Association. April 1995: San Antonio, TX.

Walling, D., Segura, S., & Armsworth, M. "Exploring the Spectrum of Dissociation" (Symposium Chair)  Paper: Walling, D., Goodwin, J., & Cole, C. "Dissociation in a Transsexual Population"  Paper presented at the Southwestern Psychological Association. April 1995: San Antonio, TX.

Walling, D. & Dott, S.  "Beyond Crisis Stabilization: How Are We Improving Quality of Life?"  Paper presented at International Conference on Schizophrenia: Schizophrenia. August 1994: Vancouver, Canada.

Dott, S. & Walling, D. "Emerging Treatment Alternatives: A Challenge to Hospital Efficacy."  Paper presented at the International Conference on Schizophrenia: Schizophrenia 1994.  August 1994: Vancouver, Canada.

Walling, D. & Dott, S.  "Quality of Life: A Pilot Study - Comparison of Crisis Stabilization and Psychiatric Hospitalization."  Paper presented at New Clinical Drug Evaluation Unit (NCDEU) sponsored by the National Institute of Mental Health - June 1994: Marco Island, FL.  Abstract published in *Psychopharmacology Bulletin 30, 725.*

Walling, David. "Symposium on Theories of Metaphor Utilized in the Therapy Process." (Symposium Chair). Paper presented at the Annual Meeting of the Western Psychological Association - May 1992: Portland, OR.

Walling, David. "The Use of Metaphors in Psychotherapy."  Presented at the Annual Meeting of the Western Psychological Association - April 1991: San Francisco, CA.

## GRANTS:

Walling, D. (Principal Investigator) & Dott, S. "Negative Symptoms as Predictors of Suicide in Schizophrenia: A Prospective Study."  Grant funded by the American Suicide Foundation: December 1994 - December 1995 ($8,965.00).

## ARTICLES IN SUBMISSION:

Bishop, S.L., Walling, D.P., Dott, S.G., Baker, J. (In submission) *Validating Sensitivity and Specificity in the Quality of Life Enjoyment and Satisfaction Scale (Q-LES-Q).*

Walling, D.P., Klein, C., Bishop, S.L. (In submission) *Validating a Four-Factor Model of Quality of Life in Severe Mental Illness.*

Curriculum Vitae                                                                                    **13**
David P. Walling, Ph.D.

## WORK IN PROGRESS...

Walling, David P. *Serious mental illness: A guide to clinical treatment.* Book manuscript in process for Professional Resource Press;  Sarasota, FL.  (Anticipated publication Spring 2001).

Walling, D. & Goodwin, J. "The Svengali Effect: Sexual Exploitation During Hypnotherapy." In preparation.

Walling, D. & Goodyear, R. "Supervision in Hypnosis Training: Applying Models from Counseling Psychology."  In preparation.

"Evaluating the Effectiveness of the Quality of Life Enjoyment and Satisfaction Scale in Medical Populations."  In preparation with Sharon G. Dott, M.D. and Sheryl L. Bishop, Ph.D.

"Validating the Quality of Life Enjoyment Scale with Chronic Pain Patients" with Sheryl L. Bishop, Ph.D. and Jeffrey M. Baker, Ph.D.

**AFFILIATIONS:**
American Psychological Association
Member – Task Force on Serious Mental Illness (1999 – 2002)
Member - Division 30: Psychological Hypnosis
Member - Division 17: Counseling Psychology
Member Division 17 Program Committee (1999 – 2002)
Vice Chair Hypnosis Special Interest Group  (1997-1999)

**LICENSES:**

| 1992 | California Licensed Marriage, Family & Child Counselor License No. MFC29326 |
| 1995 | Texas Licensed Psychologist License No. 25348 – License placed on inactive status October 2000 |
| 1999 | California Licensed Psychologist License No. 16657 |

**CERTIFICATION:**

| 1983 | Clinical Hypnotherapist |
| 1996 | Cognitive-Behavior Therapy for the Chronic Depressions: The Unipolar Mood Disorders Institute of Virginia Commonwealth University |

Curriculum Vitae                                                                    **14**
David P. Walling, Ph.D.


**ADDITIONAL EXPERIENCE:**

Special Member of the Faculty: Graduate School of Biomedical Sciences - University of
Texas Medical Branch - Galveston (1993-1996).

Member Psychology Internship Program Committee: University of Texas Medical
Branch - Galveston (1993-1997).

Reviewer for Psychiatric Services (formerly Hospital and Community Psychiatry)

Reviewer for Psychiatry Research

Reviewer for American Journal of Clinical Hypnosis

Reviewer for Southwestern Psychological Association 1996 annual conference

507US/0049: 0037

Remove your new pocket license
from the receipt portion and keep
on your person.

BOARD OF PSYCHOLOGY
1422 HOWE AVENUE, SUITE 22
SACRAMENTO, CA 95825-3200
916 263-2699

10/31/01
10/31/01

CUT ON
DOTTED LINE

CUT ON
DOTTED LINE

BOARD OF PSYCHOLOGY
1422 HOWE AVENUE, SUITE 22
SACRAMENTO, CA 95825-3200
916 263-2699

CUT ON
DOTTED LINE

**I M P O R T A N T**

1. Please include your license no. on any correspondence to this office.

2. Notify the Board of any name or address change in writing.

3. Report any loss immediately in writing to the Board.

4. Please sign and carry the pocket license with you.
   DAVID P. WALLING

**PSYCHOLOGIST**

LICENSE NO.    PSY 16657
DAVID P. WALLING
10429 LA CEBRA
FOUNTAIN VALLEY CA 92708

EXPIRATION 10/31/03

Signature

PPYPSY 05/05/95

RECEIPT NO.
00700502

LICENSE NO.
PSY 16657

EXPIRATION DATE
10/31/03

RECEIPT NO.
00700502

This is your RECEIPT. Please save for your records.

496

# CURRICULUM VITAE

**Name:**    Paul E. Keck, Jr., M.D.

**Address:**    University of Cincinnati Medical Center
231 Albert Sabin Way
Cincinnati, OH 45267-0559

**Date of Birth:**    July 22, 1957

**Place of Birth:**    Pittsburgh, Pennsylvania

**Education:**

| | | |
|---|---|---|
| 1979 | A.B. | Dartmouth College, Hanover, New Hampshire |
| 1983 | M.D. | Mount Sinai School of Medicine, New York, New York |

**Postdoctoral Training:**

Internship and Residencies:

| | |
|---|---|
| 1983-1984 | Internship in Internal Medicine, Beth Israel Medical Center, New York, New York |
| 1984-1987 | Resident in Psychiatry, McLean Hospital Belmont, Massachusetts |

Research Fellowships:

| | |
|---|---|
| Research Award, | National Institute of Arthritis, Metabolism and Digestive Diseases |
| 1983 | Fellowship, Tucker Foundation, Hanover, New Hampshire |
| 1987-1989 | Fellowship, Scottish Rite Schizophrenia Program, Northern Masonic Jurisdiction, USA |

**Licensure:**

| | |
|---|---|
| 1985-1991 | Massachusetts License Registration |
| 1991 | Ohio License Registration No. 61382 |
| 1991 | American Board of Psychiatry and Neurology No. 34691 |
| 1995 | American Board of Forensic Examiners No. 745 |

C.V.
Paul E. Keck, Jr., M.D.

| 1997 | American Board of Psychological Specialties No. 2331 |

## Academic Appointments:

| 1984-1987 | Clinical Fellow in Psychiatry, Harvard Medical School, Boston, Massachusetts |
| 1987-1989 | Instructor in Psychiatry Harvard Medical School, Boston, Massachusetts |
| 1989-1991 | Assistant Professor of Psychiatry Harvard Medical School, Boston, Massachusetts |
| 1991-1998 | Associate Professor of Psychiatry, University of Cincinnati College of Medicine, Cincinnati, Ohio |
| 1992- | Associate Professor of Pharmacology and Cell Biophysics (Dual Track), University of Cincinnati College of Medicine, Cincinnati, Ohio |
| 1995- | Adjunct Assistant Professor of Psychology, University of Cincinnati, Cincinnati, Ohio |
| 1997- | Vice Chairman for Research, Department of Psychiatry, University of Cincinnati College of Medicine, Cincinnati Ohio |
| 1998- | Professor of Psychiatry (with tenure), University of Cincinnati College of Medicine, Cincinnati, Ohio |

## Hospital Appointments:

| 1986-1987 | Chief Resident in Psychiatry, McLean Hospital, Belmont, Massachusetts |
| 1985-1987 | Research Fellow in Psychiatry, Laboratories for Psychiatric Research, Mailman Research Center, Belmont, Massachusetts |
| 1987-1990 | Assistant Psychiatrist, McLean Hospital, Belmont, Massachusetts |
| 1991- | Attending Psychiatrist, University of Cincinnati Hospital |
| 1992-1993 | Consultant, Good Samaritan Hospital, Cincinnati, Ohio |
| 1991- | Attending Psychiatrist, Veterans Administration Medical Center, Cincinnati, Ohio |
| 1992- | Consultant, Children's Hospital Medical Center, Cincinnati, Ohio |
| 1994- | Senior Consulting Psychiatrist Pauline Warfield Lewis Center, Ohio Department of Mental Health, Cincinnati, Ohio |
| 1997- | Attending Psychiatrist, Christ Hospital, Cincinnati, Ohio |

2

C.V.
Paul E. Keck, Jr., M.D.

## Awards and Honors:

| | |
|---|---|
| 1977-1979 | New Hampshire Alpha Award for Academic Excellence, Dartmouth College |
| 1979 | Phi Beta Kappa Society, Dartmouth College |
| 1979 | Magna Cum Laude, Dartmouth College |
| 1983 | Alpha Omega Alpha Society, Mount Sinai School of Medicine |
| 1983 | M. Ralph Kaufman Award for Excellence in Psychiatry, Mount Sinai School of Medicine |
| 1987 | Laughlin Award for Merit, National Psychiatric Endowment Fund |
| 1991 | Phillip L. Isenberg Award, Excellence in Teaching McLean Hospital, Harvard Medical School |
| 1993 | Exemplary Psychiatrist Award, National Alliance for the Mentally Ill (NAMI) |
| 1994- | Stanley Scholars Program, The Theodore & Vada Stanley Foundation and National Alliance for the Mentally Ill |
| 1994 | The Best Mental Health Experts, Good Housekeeping Magazine |
| 1994 | Golden Apple Award for Excellence in Teaching Department of Psychiatry, University of Cincinnati College of Medicine |
| 1996 | Outstanding Young Men of America |
| 1997 | Gerald L Klerman Young Investigator Award, National Depressive and Manic – Depressive Association |
| 1998 | Nancy C A Roeske, MD Award for Excellence in Medical Student Education, American Psychiatric Association |
| 1998 | Outstanding Young Men of America |
| 1999 | Best Doctors in America |
| 1999 | Wyeth-Ayerst AADPRT IMG Mentorship Program |
| 1999 | Outstanding Physician Partner Award, Postgraduate Institute for Medicine |
| 2000 | Crystal Award (2), The Communicator Awards for Continuing Medical Education |
| 2001 | Leadership Recognition Award, Neuroleptic Malignant Syndrome Information Service (NMSIS) |

## Major Committee Assignments:

National and Regional:

### Neuroleptic Malignant Syndrome Information Service:

1995-        Professional Advisory Council and Director of Scientific Development

### U.S. Food and Drug Administration:

3

C.V.
Paul E. Keck, Jr., M.D.

2000-        Psychopharmacology Drug Advisory Committee (PDAC)

American Psychiatric Association:

1992-1994    APA Practice Guidelines for Bipolar Disorders
             Work Group (Formulation of official American Psychiatric Association
             treatment guidelines for patients with bipolar disorder)

1993-1994    DSM-IV Medication – Induced Movement Disorder
             (Formulation of diagnostic criteria for neuroleptic malignant syndrome,
             akathisia)

2000-        APA Institute for Research and Education (Enhance research infrastructure
             and psychiatric education by fostering collaboration among academic
             institutions)

2000-        APA Practice Guidelines for Bipolar Disorders Work Group (Revise and
             update treatment guidelines for patients with bipolar disorder)

Local:

McLean Hospital:

1985         Committee on Inpatient Psychotherapy in Residency Training
             (Review teaching and supervision of psychotherapy of inpatients by
             residents)
1986-1987    Committee on Hospital Admissions
             (Review problems associated with admission of patients to hospital)
1987         Committee on Residency Training Curriculum and Requirements (Review
             core residency training curriculum, update and modify in accordance with
             national standards)
1987-1991    Pharmacy and Therapeutics Committee
             (Quality assurance, drug utilization, adverse events)
1990-1991    Hospital Formulary committee
             (Review of new drugs for addition to hospital formulary)

University of Cincinnati Hospital:

1991-1997    Hospital Pharmacy and Therapeutics Committee; Chair, Biotechnology
             Subcommittee, 1993 – (Review of new biotechnology products for
             submission to hospital formulary committee; involves consultation with
             experts, cost-benefit analysis)
1998- 2000   Executive Board, Office of Clinical Trials

College of Medicine:

4

C.V.
Paul E. Keck, Jr., M.D.

| | |
|---|---|
| 1991-1997 | Year II Medical Student Education Committee (Ongoing curriculum review) |
| 1992-1995 | Preceptor, Clinical Opportunities Program (Supervision and teaching of medical students wishing to observe clinical care by specialty) |
| 1993- | Medical Student Advisor:  David Kriendler, Danielle Kizer |
| 1997- | Dispute Mediation Committee (Assist in mediation of disputes involving faculty) |

### Department of Psychiatry:

| | |
|---|---|
| 1991- | Medical Student Education Committee (Review department contribution to curriculum of medical school) |
| 1991-1995 | Residency Selection Committee (Interview and evaluate resident applicants) |
| 1991-1995 | Continuing Education Committee; Chair, 1992-1994 (Coordinate and design Grand Rounds schedule and other CME activities) |
| 1991- | Research Committee; Chair 1997- (Enhance research in department) |
| 1994-1996 | Residency Training Committee (Review and improve curriculum, ongoing advisory board to Residency Training Director) |
| 1994- | Steering Committee (Long range resource and personnel planning) |
| 1997-1998 | Space Committee (Space allocation for personnel and laboratories) |
| 1999- | Intellectual Property Committee (Assess intellectual property opportunities) |
| 1999- | Community Advisory Committee on Research; Chair (Bioethical considerations of human subjects protocols) |
| 2000- | Appointments and Promotions Committee (Faculty appointments and promotions) |

## Review and Editorial Boards:

### Reviewer:

| | |
|---|---|
| 1987- | Journal of Clinical Psychopharmacology |
| 1988- | Journal of Clinical Psychiatry |
| 1989- | Journal of Neuropsychiatry and Clinical Neurosciences |
| 1989- | American Journal of Psychiatry |
| 1991- | Biological Psychiatry |
| 1991- | Comprehensive Psychiatry |
| 1992- | Journal of Child and Adolescent Psychopharmacology |

5

C.V.
Paul E. Keck, Jr., M.D.

| | |
|---|---|
| 1992- | Journal of Nervous and Mental Diseases |
| 1993- | Depression |
| 1994- | Drugs |
| 1994- | The Medical Letter |
| 1994- | Harvard Review of Psychiatry |
| 1995- | Anxiety |
| 1995- | Psychiatric Research |
| 1995- | Psychopharmacology |
| 1996- | International Clinical Psychopharmacology |
| 1996- | CNS Drugs |
| 1997- | Journal of Affective Disorders |
| 1998- | Journal of Psychiatric Research |
| 1998- | Critical Reviews in Neurobiology |
| 1999- | Neuro-psychopharmacology & Biological Psychiatry |
| 1999- | Archives of General Psychiatry |
| 1999- | Acta Psychiatrica Scandinavica |
| 1999- | European Neuropsychopharmacology |
| 2000- | Psychosomatic Medicine |
| 2000- | General Hospital Psychiatry |
| 2001- | International Journal of Neuropsychopharmacology |
| 2001- | European Psychiatry |

**Editorial Boards:**

| | |
|---|---|
| 1992- | Psychiatric Annals |
| 1993- | Journal of Clinical Psychiatry |
| 1994- | Psychiatric Times' Bipolar Disorders Letter |
| 1996-1998 | Journal of Depressive Disorders: Index and Reviews |
| 1996- | Medscape Mental Health |
| 1996-1998 | Journal of Psychotic Disorders |
| 1997-1998 | Journal of Bipolar Disorder |
| 1997- | Behavioral Health Advisor, Clinical Reference Systems |
| 1998- | Bipolar Disorder, An International Journal of Psychiatry and Neurosciences |
| 2000- | Journal of Affective Disorders |
| 2000- | Clinical Psychiatry News |
| 2001- | Deputy Editior, Current Psychiatry |

**Other Professional Activities:**

| | |
|---|---|
| 1985-1987 | Site interviewer, McLean Hospital, The Structured Clinical Interview for DSM-III-R (SCID), Multisite Test-Retest Reliability Study; Biomedical Research Department, New York State Psychiatric Institute, Arch Gen Psychiatry 1992; 49:630-636 |
| 1994 | Site participant, University of Cincinnati College of Medicine, DSM-IV General Reliability Field Trial, Expert Phase, American Psychiatric Association |

6

C.V.
Paul E. Keck, Jr., M.D.

| | |
|---|---|
| 1995 | NIMH/NCDEU Workgroup, Assessment of Efficacy in Schizophrenia Clinical Trails |
| 1995 | Consensus Panel Expert, The Tri-University (Departments of Psychiatry at Columbia, Cornell and Duke Universities) Consortium, Bipolar Disorder Consensus Evaluation Project |
| 1996 | Consensus Panel Expert, The Tri-University (Departments of Psychiatry at Columbia, Cornell and Duke Universities) Consortium, Obsessive Compulsive Disorder Treatment Guidelines |
| 1996 | Ad Hoc Consultant, Contracts Review, National Institute of Mental Health, Division of Clinical and Treatment Research, Rockville, MD |
| 1997 | Faculty, University Institute for Psychiatry & Law, University of Cincinnati Medical Center |
| 1997 | Consultant Veterans Affairs Medical Center Bipolar Disorder Treatment Guidelines |
| 1998 | Data Monitoring Board of VA Cooperative Study #430, "Reducing the Efficacy – Effective Gap in Bipolar Disorder" |
| 1998 | Consensus Panel Expert, The Tri –University Consortium, Schizophrenia Consensus Evaluation Project |
| 1998 | Consensus Panel Expert, The Tri-University Consortium, Posttraumatic Stress Disorder Consensus Evaluation Project |
| 1998- | NIMH Intramural Protocols Review Panel |
| 1999 | Consensus Panel Expert Consortium, Health Knowledge Improvement Foundation, Guidelines for Antidepressant Medication in Primary Care |
| 2000 | Consultant, American Psychiatric Association Committee on Psychiatric Diagnosis and Assessment, DSM-IV Text Revision Work Group on Mood Disorders |
| 2000 | Consultant, NIMH Special Emphasis Panel |
| 2000 | Consultant, The Expert Consensus Guideline Series. Medication Treatment of Bipolar Disorder 2000. Postgraduate Medicine Institute |
| 2000 | Consultant, Texas Medication Algorithm Project (TMAP), Texas Department of Mental Health and Mental Retardation, Austin, TX |

**Professional Societies:**

| | |
|---|---|
| 1983-1989 | American Medical Association |
| 1983-1990 | American Psychiatric Association |
| 1989-1991 | American Sleep Disorders Association |
| 1991 | Society of Biological Psychiatry |
| 1991 | American Academy of Clinical Psychiatrist |
| 1991 | American Association for the Advancement of Science |
| 1991 | Cincinnati Psychiatric Society, Treasurer 1992-1993 |
| 1992 | Anxiety Disorders Association of America |
| 1993 | American Society of Clinical Psychopharmacology |
| 1995 | American College of Forensic Examiners, Fellow (1997) |
| 1997 | Collegium Internationale Neuro-Psychopharmacologicum |
| 1997 | New York Academy of Sciences |

7

C.V.
Paul E. Keck, Jr., M.D.

| 1999 | International Society for Bipolar Disorders (Councilor) |
| 2001 | International Society for Affective Disorders (Fellow) |

**Major Research Interests:**

1.  Novel psychopharmacologic agents in the treatment of mood, anxiety, and psychotic disorders
2.  Phenomenology, epidemiology, biological abnormalities and treatment of bipolar disorders
3.  Neuroleptic malignant syndrome and related side effects of antipsychotic agents

**Patent Application:**  Shapira NA, Goldsmith TD, Keck PE, Jr. Methods of treating obsessive-compulsive spectrum disorders. Filed March 25, 1999.

**Principal Clinical and Hospital Service Responsibilities:**

McLean Hospital

| 1987-1988 | Clinical and Research Associate, Psychopharmacology Program, McLean Hospital, Belmont, Massachusetts |
| 1988-1991 | Psychiatrist-in-Charge, South Belknap I, II (Depression Research, Units McLean Hospital, Belmont Massachusetts) |
| 1989-1990 | Assistant Director, Sleep Disorder Center, Neurophysiology Laboratory and Sleep Research Program, McLean Hospital, Belmont, Massachusetts |

University Hospital

| 1991-1996 | Co-Director, Biological Psychiatry Program, University of Cincinnati College of Medicine Cincinnati, Ohio |
| 1991-1998 | Director, Inpatient Psychobiology Research Unit University Hospital, Cincinnati Ohio |

**Teaching Experience:**

| 1986-1987 | Supervision of medical students and psychiatric residents in emergency psychiatry and psychopharmacology, McLean Hospital |
| 1987-1991 | Supervision of residents in psychopharmacology through psychopharmacology program, McLean Hospital |
| 1988-1990 | Modern management of acute neuroleptic- induced extrapyramidal syndromes.  American Psychiatric Association Annual meeting, Montreal, Canada, May 1-5, 1989; course 90; New York, May 13, 1990; course 26 |

8

C.V.
Paul E. Keck, Jr., M.D.

| | |
|---|---|
| 1988-1999 | Supervision of medical students and residents in inpatient psychiatry, McLean Hospital; University Hospital |
| 1989-1995 | Neuroleptic malignant syndrome: diagnosis, treatment and aftercare. American Psychiatric Association Annual Meeting, San Francisco, May 9, 1989, W4; New York, May 16, 1990, W47; New Orleans, May 1991; Washington DC, May 1992; San Francisco, 1993; Philadelphia, 1994; Miami, 1995 |
| 1990 | Side effects of neuroleptics. American Psychiatric Association Annual Meeting, New York, May 17, 1990, PS54 |
| 1990 | Senior Consultant Psychopharmacology Inpatients Services, McLean Hospital, Belmont, Massachusetts |
| 1991 | Visiting Professor, Northeastern Ohio Universities College of Medicine, Akron, Ohio, April, 1991 |
| 1991-1993 | Integrating research into clinical programs. American Psychiatric Association Annual Meeting, New Orleans, May 1991; Washington DC, 1992; San Francisco, 1993 |
| 1993 | Visiting Professor, University of Texas Medical Branch at Galveston, Galveston, Texas, February, 1993 |
| 1994-1995 | Anticonvulsants in Psychiatry. American Psychiatric Association Annual Meeting Philadelphia, May 1994; Miami, 1995 |
| 1994 | Advances in Treatment of Refractory Depression. American Psychiatric Association Annual Meeting Philadelphia, May 1994 |
| 1995 | Predictors of Response in Mood Disorder. American Psychiatric Association Annual Meeting Miami, May, 1995 |
| 1996 | Visiting Professor, McLean Hospital Mini Fellowship in Bipolar Disorder, Belmont, Massachusetts, April 1996 |
| 1996 | Visiting Professor, Rush-Presbyterian Hospital Mini Fellowship in Bipolar Disorder, Chicago, Illinois, October, 1996 |
| 1996 | Visiting Professor, Rush-Presbyterian Hospital Mini Fellowship in Bipolar Disorder, Chicago, Illinois, July, 1997 |
| 1997 | Visiting Professor, New York University Mini Fellowship in Bipolar Disorder, New York, NY, October 1997 |

**Fellowships:**

1992          Director, Biological Psychiatry Program Fellowship,

Department of Psychiatry, University of Cincinnati College of Medicine
Fellowship graduates:          Scott A West, M.D., 1995
Tammy J. Huber, M.D., 1996
John M. Hawkins, M.D., 1996
Cesar A. Soutullo, M.D., 1997
Vikram Shah, M.D., 1998
N. Andrew Shapira, M.D., 1999
Marlene P. Freeman, M.D., 1999
Shashuka Malhotra, M.D., 2001

9

C.V.
Paul E. Keck, Jr., M.D.

## Course Developer and Course Director:

|  |  |
|---|---|
| 1991-1997 | Course Director, Psychiatry/Neuroscience Core Curriculum, Second Year Course, University of Cincinnati College of Medicine This integrated course received very high UCCM student evaluations annually since 1991 |
| 1992 | Designed and organized "Management of Depression in Primary Core Practice," Regional Symposium, April 11, 1992 |
| 1992 | Designed and organized "Medical Illness and Anxiety Disorders: The Clinical Interface," Regional Symposium, September 24,1992 |
| 1993 | Designed and organized "Update on the Treatment of Bipolar Disorder," Regional Symposium, October 1, 1993 |
| 1993-1999 | Course Director, Advanced Psychobiology Clerkship, Fourth Year Course, University of Cincinnati College of Medicine |
| 1999- | Co-Director, Brain and Behavior II, Second Year Course, University of Cincinnati College of Medicine |

## Course Participant:

|  |  |
|---|---|
| 1986-1987 | Emergency Psychiatry Resident Lecture Series, McLean Hospital |
| 1987-1991 | Lecturer in Advanced Psychopharmacology Resident Seminar, McLean Hospital |
| 1987-1991 | Lecturer in Affective Disorders Resident Course, McLean Hospital |
| 1990 | Course Participant, Comprehensive Update in Clinical Psychiatry, CME Course, McLean Hospital and Harvard Medical School |
| 1991-1993 | Lecturer in Psychopharmacology Module, Third Year Clerkship, University of Cincinnati College of Medicine |
| 1991- | Lecturer in Advanced Psychopharmacology Resident Seminar, University of Cincinnati College of Medicine |
| 1991-1999 | Lecturer in Psychiatry/Neuroscience Core Curriculum, Second Year, University of Cincinnati College of Medicine |
| 1991-1999 | Lecturer in Pharmacology Core Curriculum, Second Year, University of Cincinnati College of Medicine |
| 1992-1998 | Lecturer in Introduction to Clinical Practice II Course, Second Year, University of Cincinnati College of Medicine |
| 1999-2001 | Lecturer in Forensic Psychiatry Fellowship Didactic Series |
| 1999- | Lecturer in Brain and Behavior II Course, Second Year, University of Cincinnati College of Medicine |
| 2000- | Lecturer in Brain and Behavior I Course, First Year, University of Cincinnati College of Medicine |

## Invited Lecturer / Grand Rounds:

10

C.V.
Paul E. Keck, Jr., M.D.

1987    "Antidepressants in the Treatment of Bulimia"
            St. Francis Hospital, Tulsa, OK

1988    "Pharmacologic Treatment of Eating Disorders"
            St. Luke's Hospital, St. Louis, MO

1989    "Pharmacologic Approaches to the Treatment of Eating Disorders"
            Philadelphia Psychiatric Institute, Philadelphia, PA
        "Valproate as a Potential Antimanic Treatment"
            University of Massachusetts Medical Center, Worcester, MA
        "Diagnosis and Treatment of Neuroleptic Malignant Syndrome"
            Massachusetts General Hospital, Boston, MA
        "Pharmacologic Treatment of Schizophrenia"
            McLean Hospital, Belmont, MA

1990    "Recognition of Sleep Disorders in Psychiatric Practice"
            Massachusetts Institute of Technology (MIT), Cambridge, MA
        "Why Do We Sleep?   Why Do We Study It?"
            McLean Hospital, Belmont, MA
        "Management of Bipolar Disorder and Comorbid Substance Abuse"
            West Virginia University Medical Center, Charleston, WV
        "Valproate in the Treatment of Bipolar Disorder"
            Canadian Psychiatric Association Annual Meeting, Toronto,
            Canada
        "Valproate in the Treatment of Psychiatric Disorders"
            American Academy of Neurology Annual Meeting, Cincinnati, OH
        "Anticonvulsants in the Treatment of Bipolar Disorder"
            Kings Park Hospital, NY
        "Diagnosis and Therapy of Sleep Disorders"
            Mount Auburn Hospital, Cambridge, MA
        "Anticonvulsants in the Treatment of Bipolar Disorder"
            University of Massachusetts Medical Center, Worcester, MA

1991    "Current Research Supporting the Use of Anticonvulsants in Bipolar
        Disorder"
            University of Rochester School of Medicine, Rochester, NY
        "Anticonvulsants in the Treatment of Bipolar Disorder:
            Jackson-Brook Institute, Portland, MA
        "Anticonvulsants as Treatment Alternatives to Lithium in Bipolar Disorder"
            University of Toronto School of Medicine, Toronto, Canada
        "Pharmacologic Treatment of Bipolar Disorder"
            Pembroke Pines Hospital, Ft. Lauderdale, FL
        "Pharmacologic Treatment of Bipolar Disorder"
            Danvers State Hospital, Danvers, MA
        "Anticonvulsants in the Treatment of Bipolar Disorder"

11

C.V.
Paul E. Keck, Jr., M.D.

         Napa Valley Hospital, Napa, CA
"The Use of Carbamazepine and Valproate in Bipolar Disorder"
    Mind, Mountain and Medicine Conference, Portland, OR
"Sleep Disorders and Psychiatric Illness"
    University of Winnipeg Hospital, Winnipeg, Canada
"Anticonvulsants in Bipolar Disorder"
    Hartford Hospital, Hartford, CT
"Recognition of Sleep Disorders in Children and Adolescents"
    North Shore Children's Hospital, Salem, MA
"Advances in the Pharmacologic Treatment of Bipolar Disorder"
    Northeast Ohio Universities Medical School, Akron, OH
"Use of Valproate in Bipolar Illness"
    Dayton Mental Health Center, Dayton, OH
"Treatment of Bipolar and Schizoaffective Disorders"
    Monson Developmental Center, Palmer, MA
"Anticonvulsants in the Treatment of Mania"
    The Carrier Foundation, Belle Mead, NJ
"New Developments in the Psychopharmacologic Treatment of Mania"
    The Carrier Foundation, Belle Mead, NJ
"Anticonvulsants in the Treatment of Mania:
    Walter Reed Army Medical Center, Washington, DC
"Anticonvulsants in the Treatment of Mania"
    Beth Israel Medical Center, New York, NY
"Recent Advances in the Use of Valproate in the Treatment of Bipolar Disorders"
    Patton State Hospital, Patton, CA
"Valproate in the Treatment of Acute Mania: A Placebo-Controlled Study"
    University of Iowa College of Medicine, Iowa City, IA
"Diagnosis and Management of Insomnia and Sleep Disorders"
    University of Alabama at Birmingham, Birmingham, AL

1992    "Recent Advances in the Use of Valproate for Bipolar Disorders"
    Lutheran Hospital, Park Ridge, IL
"Anticonvulsants in Psychiatry"
    Central Ohio Psychiatric Hospital, Columbus, OH
"Diagnosis and Management of Refractory Bipolar Patients"
    Heritage Oaks Hospital, Sacramento, CA
"Insomnia"
    University of California, Davis, Sacramento, CA
"Management of Bipolar Disorder"
    St. Elizabeth's Hospital, Washington, DC
"Treatment of Resistant Bipolar Disorder"
    Brookdale Hospital, Brooklyn, NY
"Antiepileptic Drugs in Bipolar Disorder"
    University of North Dakota, Fargo, ND
"Valproate in Bipolar Disorder"

12

C.V.
Paul E. Keck, Jr., M.D.

Charlotte Mental Health Center, Charlotte, SC
"Assessment and Management of Suicidal Patients and Refractory Depression"
Spring Grove Hospital, Baltimore, MD
"Valproate in Psychiatry"
University of Texas Southwestern Medical Center, Dallas, TX
"New Treatments in Bipolar Disorder:
Oklahoma University College of Medicine, Oklahoma City, OK

1993    "Serotonin Uptake Inhibitors"
Riverside Methodist Hospitals, Columbus, OH
"Recognition and Management of Major Sleep Disorders"
Doctors Hospital, Columbus, OH
"Advances in Antidepressant Therapy"
Dayton Mental Health Center, Dayton, OH
"Organic Mood Syndromes"
Allegheny General Hospital, Pittsburgh, PA
"Diagnosis and Treatment of Panic Disorder"
Kettering Medical Center, Kettering, OH
"Recent Advances in the Treatment of Bipolar Disorder and Schizoaffective Disorder" Menniger Phoenix at St. John's Hospital and Medical Center, Phoenix, AZ
"Recognition and Pharmacologic Treatment of Depression"
Upper Valley Medical Centers, Piqua, OH
"Anticonvulsant Treatment of Bipolar Disorder"
Baylor College of Medicine, Houston, TX
"Insomnia: Treatment Strategies"
Mount Carmel Medical Center, Columbus, OH
"Sleep Disorders and Insomnia"
Dayton VAMC, Dayton, OH
"Pharmacology of Mania"
University of Tennessee Medical Center, Knoxville, TN

1994    "The Atypical Antipsychotics – What's New and When Do You Use Them?"
Upper Valley Medical Centers, Troy, OH
"Treatment of Bipolar Depression"
McLean Hospital, Belmont, MA
"New Management Options in Bipolar Disorders"
Parkside Lutheran Hospital, Park Ridge, IL
"New Management Options in Bipolar Disorder"
Madison Center, South Bend, IN
"New Agents in Acute Mania"
Oregon Health Sciences University, Portland, OR
"Pharmacologic Treatment of Acute Mania"
Henry Ford Hospital, Detroit, MI
"Schizoaffective and Psychotic Mood Disorders"

13

C.V.
Paul E. Keck, Jr., M.D.

Harper Hospital/ Wayne State University, Detroit, MI
"Management Options in Bipolar Disorder"
San Francisco General Hospital, University of California, San Francisco, CA
"Pharmacology of Acute Mania"
Harbor UCLA Medical Center, Los Angeles, CA
"Treatment of Bipolar Disorders"
Mount Carmel Health Center, Columbus, OH
"New Management Options in Bipolar Disorder"
St. Louis State Hospital, St. Louis, MO
"Pharmacologic Treatment of Acute Mania"
VAMC Battle Creek, Battle Creek, MI
"Advances in the Pharmacologic Treatment of Acute Mania"
Brigham and Women's Hospital, Boston, MA
"Pharmacologic Treatment of Schizoaffective Disorder"
University of Minnesota School of Medicine, Minneapolis, MN
"Current Ideas on Antidepressant Therapy"
Miami Valley Hospital, Dayton, OH

1995    "Pharmacology of Hypnotic Agents"
Chillecothe VAMC, Chillecothe, OH
"Predictors of Pharmacologic Treatment Response in Acute Mania"
Loyola University Medical Center Chicago, Stritch School of Medicine
"Atypical Antipsychotics in the Treatment of Schizoaffective and Psychotic Mood Disorders"
Wright State University school of Medicine, Dayton, OH
"Diagnosis and Management of Hypochondriasis"
Wright State University School of Medicine, Dayton, OH
"Use of Novel Antipsychotics in Affective Psychoses"
University of Chicago Department of Psychiatry, Chicago, IL
"Acute Treatment of Psychosis in the Emergency Room Setting"
St. Louis University School of Medicine, St. Louis, MO
"Pharmacologic Treatment of Bipolar Disorder"
Ohio University, Athens, OH
"Pharmacologic Treatment of Bipolar Disorder"
Bipolar Disorders Symposium, Stanford University School of Medicine, Stanford, CA
"Bipolar Disorder"
Medical College of Wisconsin, Milwaukee, WI
"Hypochondriasis"
Kettering Medical Center, Kettering, OH
"Pharmacologic Treatment of Acute Mania"
Chicago-Read Hospital, Chicago, IL
"Current advances in the Treatment of Bipolar Disorder"
West Virginia University School of Medicine, Charleston, WV

14

C.V.
Paul E. Keck, Jr., M.D.

"Atypical Antipsychotics in the Treatment of Schizophrenia, Schizoaffective Disorder, and Psychotic Mood Disorders"
    Mount Sinai School of Medicine, New York, NY

1996    "Treatment – Resistant Depression"
            Dayton Mental Health Center, Dayton, OH
        "Atypical Antipsychotics in the Treatment of Schizoaffective Disorder and Psychotic Mood Disorders"
            University of Southern Florida, Tampa, FL
        "Atypical Antipsychotics"
            Jewish Hospital, Cincinnati, OH
        "Pharmacoeconomics of the Treatment of Bipolar Disorder"
            St. Elizabeth's Hospital, Brighton, MA
        "Advances in Bipolar Disorder: The Bipolar Spectrum and Pharmacoeconomics"
            Ohio State University School of Medicine, Columbus, OH
        "The New Antipsychotics: Safety and Efficacy"
            Wright State University School of Medicine, Dayton, OH
        "Pharmacoeconomics of Bipolar Disorder"
            Wayne State University School of Medicine, Detroit, MI
        "Advances in the Treatment of Mania Associated with Bipolar Disorder"
            Northwestern University Medical School, Chicago, IL
        "Definitive Treatment of Acute Mania"
            St. Luke's – Roosevelt Medical Center, New York, NY

1997    "Bipolar Disorder: Valproate Loading Strategies"
            Massachusetts Mental Health Center, Boston, MA
        "Compliance with Maintenance Treatment in Manic-Depressive Illness"
            Robert Wood Johnson Medical School, Piscataway, NJ
        "Bipolar Disorder"
            Cleveland Clinic, Cleveland, OH
        "Pharmacology and Therapeutic Efficacy of New Antipsychotics"
            University of Louisville School of Medicine, Louisville, KY
        " Pharmacology of New Antipsychotics: Implications for Schizoaffective Disorder"
            Ohio State University School of Medicine, Columbus, OH
        "New Antipsychotics and Affective Psychosis"
            University of Mississippi School of Medicine, Jackson, MI
        "Therapeutic Potential of New Antipsychotics"
            University of California-Davis, Sacramento, CA

1998    "Update on Anticonvulsants in the Treatment of Bipolar Disorder"
            University Hospital of Cleveland, Cleveland, OH
        "Antipsychotics in the Treatment of Psychotic Mood Disorders" Finch
            University of Health Sciences/Chicago Medical School, N. Chicago, IL
        "Advances in the Pharmacotherapy of Acute Mania"

15

511

C.V.
Paul E. Keck, Jr., M.D.

Cornell University Medical Center, White Plains, NY
"Pharmacologic Mechanisms of the New Antipsychotics"
University of Rochester, Rochester, NY
"The New Anticonvulsant and Antipsychotic Drugs: what is Their Role in the Treatment of Bipolar Disorder?"
Albert Einstein Medical Center, Philadelphia, PA

1999    "Atypical Antipsychotics: Their Role in the Treatment of Schizoaffective Disorder" St. Vincent's Medical Center, New York, NY
"Antipsychotic and Thymoleptic Actions of Atypical Antipsychotics"
Kevin T. Finnegan Annual Memorial Lecture, University of Utah, Salt Lake City, UT
"Pharmacologic Treatment of Bipolar Disorder – The Future"
University of Cincinnati College of Medicine, Cincinnati, OH
"Alternatives to Lithium in the Treatment of Bipolar Disorder" Lithium – 50th Anniversary in Clinical Medicine Symposium. Lexington, KY
"Atypical Antipsychotics in the Treatment of Acute Mania"
University of Massachusetts, Worcester, MA
"Pharmacotherapy of Schizoaffective Disorder"
McLean Hospital, Belmont, MA
"Principles of Antidepressant Prescribing" Dept. of Internal Medicine, University of Cincinnati Medical Center, Cincinnati, Ohio
"Clinical Update: Antipsychotic and Mood Stabilizer Drug Therapy" Ohio University College of Osteopathic Medicine, Dayton, Ohio

2000    "Why Do We Send Roses? The Neurobiology of Emotion"
University of Cincinnati College of Medicine,
Mini Medical College, Cincinnati, Ohio
"Schizoaffective Disorder" Hillside Hospital – Long Island Jewish Medical Center, Glen Oaks, NY
"Advances in Pharmacotherapy for Bipolar Disorder" University of South Florida, Tampa, FL
"Advances in the Pharmacological Treatment of Bipolar Disorder"
Emory University School of Medicine, Atlanta, GA
"Neurobiology of Bipolar Disorder and Treatment Advances"
University of Southern California School of Medicine, Los Angeles, CA

2001    "Update on Advances in Pharmacotherapy of Bipolar Disorder"
Wright State University School of Medicine, Dayton, OH
"Pharmacologic and Efficacy Comparison of New Atypical Antipsychotic Drugs," Good Samaritan Hospital, Cincinnati, OH
"Latest Treatment Advances for Bipolar Disorder"
St. Elizabeth's Hospital, Washington, DC
"The Many Faces of Bipolar Disorder"
University of Cincinnati College of Medicine
Mini Medical College, Cincinnati, Ohio

16

C.V.
Paul E. Keck, Jr., M.D.

| | |
|---|---|
| 2002 | "Atypical Antipsychotics: Promise and Controversy"<br>Jonathan O. Cole Mental Health Consumer Resource Center<br>McLean Hospital, Belmont, MA<br>" Recent Advances in the Pharmacological Treatment of Bipolar Disorder"<br>Massachusetts General Hospital, Boston, MA<br>"Antiepileptics and Atypical Antipsychotics in the Treatment of Bipolar<br>Disorder" University of Mississippi School of Medicine,<br>Jackson, MS |

**Other Teaching Experience and Invited Lectures:**

| | |
|---|---|
| 1989 | Drug Treatment of Schizophrenia; The Pharmacist and Mental Health Regional Symposium, Northeastern University College of Pharmacy, Waltham, MA<br>New Advances in the Pharmacologic Treatment of Manic-Depressive Illness, Regional Meeting, National Depressive and Manic Depressive Association, Chattanooga, TN |
| 1990 | Recent Research on the Use of Anticonvulsants in Bipolar Disorder; Portraits of Mania Symposium, Third Annual U.S. Psychiatric Congress, San Diego, CA<br>Clinical Applications of Anticonvulsants in Psychiatric Disorders; Current Trends in the Expanded Use of Anticonvulsants, Ohio Department of Mental Health Conference, Columbus, OH<br>Recent Research on the Use of Anticonvulsants in Bipolar Disorder; Portraits of Mania, Regional Symposium, Atlanta, GA<br>The Use of Medications in Treating Psychiatric Illness; Orientation to Mental Health Issues, Pastoral Care and Counseling Symposium, McLean Hospital Belmont, MA<br>Sleep Disorders and Psychiatric Illness: Diagnosis and Treatment Issues; McLean Hospital Intensive Update in Biological Psychiatry CME Course, Belmont, MA<br>Differentiating Sleep Disorders from Psychiatric Syndromes; Western Massachusetts Psychiatric Society, Smith College, Northampton, MA<br>Sleep Disorders; Manic Depressive and Depressive Association of Boston, Boston, MA |
| 1991 | Innovative Uses of Anticonvulsants, Henry Ford Hospital Symposium, Dearborn, MI<br>Pharmacotherapy for Anxiety Disorders; Anxiety Disorders; Recognition, Treatment and Management, Regional Symposium, University of Cincinnati College of Pharmacy, Cincinnati, OH<br>Alternative Uses of Anticonvulsants; Innovative Uses of Anticonvulsants, Regional Symposium, Case Western Reserve University School of Medicine, Cleveland, OH |

17

513

C.V.
Paul E. Keck, Jr., M.D.

Other Possible Uses of Anticonvulsants in Psychiatry; Summit Conference on the Treatment of Bipolar Disorder, National Symposium, School of Medicine, University of Texas Health Science Center at San Antonio, Snowmass, CO

The Clinical Approach to the Differential Diagnosis of Bipolar Disorder; Practical Clinical Guidelines for the Management of Bipolar Disorder, Regional Symposium, Worcester, MA

Rational Use of Traditional Pharmacologic Therapy; Practical Guidelines for the Management of bipolar Disorder, Regional Symposium, Philadelphia, PA

Depression: Recognition and Treatment; Third Annual Mental Health Institute Regional Symposium, Louisville, KY

Reclaiming Lives; Psychiatric Rehabilitation and Clozaril; Third Annual Mental Health Institute Regional Symposium, Louisville, KY

Recent Advances in the Use of Valproate in the Treatment of Bipolar Disorder; Southern California Psychiatric Society, San Bernardino, CA

1992    The Diagnosis of Bipolar II Patients; Bipolar Disorder; Current Progress and Future Directions in Diagnosis and Management; National Symposium, Snowbird, UT

Treatment Refractory Depression, Valley Medical Center, Louisville, KY

Serotonin Reuptake Inhibitor Antidepressants; Charleston Psychiatric Association, Charleston, WV

Traditional Pharmacologic Management for the Treatment of Bipolar Disorder; Bipolar Disorder: Current Progress and Future Directions, Regional Symposium, Chicago, IL

Pharmacologic Treatment of Depression and Panic Disorder; Academy of Medicine, Lima and Allen Counties, OH

Myths of Psychopharmacology; Residency Training Graduation Dinner, Harding Hospital, Columbus, OH

Traditional Pharmacologic Management of Bipolar Disorder; Bipolar Disorder: Current Progress and Future Directions in Diagnosis and Management; Regional Symposium, Detroit, MI

Depression; Association of Indian Psychiatrists, Cincinnati, OH

Depression in Medical Practice: Recognition and Treatment Advances; Current Therapy XXIII, Scioto County 23rd Annual Postgraduate Medical Seminar, Portsmouth, OH

Antiepileptic Drugs in Primary Psychiatric Disorders; Crafts-Farrow State Hospital Eleventh Annual CME Program

New Developments in Sleep Therapy; Central Ohio Academy of Family Practitioners, Columbus, OH

Bipolar Disorder: The Treatment Resistant Patient; Acute Mania: Strategies for Success; Regional Symposium, Ohio State University College of Medicine, Columbus, OH

18

C.V.
Paul E. Keck, Jr., M.D.

| 1993 | Common Pitfalls of Diagnosis; Bipolar Disorder: Meeting the Challenge, National Symposium; Keystone, CO |

1993   Common Pitfalls of Diagnosis; Bipolar Disorder: Meeting the Challenge, National Symposium; Keystone, CO

Bipolar Disorder; OMEN-TV, Ohio State University, Columbus, OH

Depression… When the Blues Become More Than Music; Mental Health Association of Franklin County, Columbus, OH

1994   Management Options in Bipolar disorder; Bipolar Disorder: Diagnostic Challenges, Treatment Optimization; Regional Symposium, Indianapolis, IN

Lithium, Valproate and Carbamazepine: What Do We Know?; Lithium: The Present and the Future, American Psychiatric Association Symposium, Philadelphia, PA

Atypical Antipsychotics in Schizophrenia, Schizoaffective Disorder and Psychotic Mood Disorders; Ohio Department of Mental Health Annual Symposium, Columbus, OH

Management of Bulimia, Body Dysmorphic Disorder and Related Disorders; Diagnosis and Treatment of Depression and Related Disorders: Symposium for Psychiatric Residents; National Symposium, Emory University School of Medicine, Atlanta, GA

Bipolar Disorder: Case Management; CME Video Symposium, The IMN Group, Psych LINK, Dallas, TX

Pharmacotherapeutic New Agents in the Treatment of Depression; What's New in Depression? An Update for Clinicians; Regional Symposium, The Ohio State University Medical Center for Continuing Education, Columbus, OH

Refractory Bipolar Depression and Mania; Complicated and Treatment – Resistant Mood disorders; Regional Symposium, University of Pittsburgh Medical Center, Western Psychiatric Institute and Clinic, Center for Continuing Education in the Health Sciences, Pittsburgh, PA

1995   The Biology and Treatment of Rapid Cycling Bipolar Disorders; Caribbean Psychopharmacology Congress; National Symposium, CME, Inc., St. Martin, Antilles Francaises

Treatment of Bipolar Disorder; Bipolar Disorders. Current Breakthroughs in Diagnosis and Treatment; Regional Symposium, University of Miami School of Medicine, Miami, FL

Treatment of Schizoaffective Disorder. Antipsychotic Drug Therapy: Current Status, Roundtable Symposium. Physicians Postgraduate Press, Inc. New Orleans, LA

The Promise of New Antipsychotic Medications. Spring Mental Health Conference: Innovations in Mental Health Care in Public Psychiatry. Western Reserve Psychiatric Hospital, Northfield, OH

Secondary Bipolar Disorder. Comorbidity in Bipolar Disorder, American Psychiatric Association Symposium, Miami, FL

Practical Perspectives on Bipolar Disorders. CME Library Audio Video. CME, Inc., Santa Ana, CA

19

C.V.
Paul E. Keck, Jr., M.D.

Bipolar Disorders, Depressive Disorders, and Psychotic Disorders, Intensive Review of Psychiatry and Neurology CME Inc., Tysons Corner, MD

Human Behavioral and Biochemical Sensitization: Implications for Mood Disorders. American College of Neuropsychopharmacology (ACNP) Annual Meeting Satellite Symposium – in Honor of Jonathan O. Cole, M.D., San Juan, Puerto Rico

Rapid Stabilization and Treatment of Bipolar Disorder in the Psychiatric Emergency Service. American Psychiatric Association Meeting, Institute on Psychiatric Services, Boston, MA

New Uses of Antidepressants: Social Phobia. Physicians Postgraduate Press, Inc. Roundtable Symposium. Tyson Corner, VA

1996     Clinical Strategies for the Care of Patients with Bipolar Disorder; National Symposium, Co-Chair person. Discovery International, Aspen, CO

New Perspectives on the Treatment of Bipolar Disorder; National Roundtable Symposium, Chairperson. Physicians Postgraduate Press, Inc. Dallas, TX

Strategies for Acute Treatment of Mania; Management of Bipolar Disorder in the Current Environment. American Psychiatric Association Annual Meeting Symposium. New York, NY

Epidemiology and Differential Diagnosis of Bipolar Disorder; Pharmacologic Treatment of Manic-Depressive Illness. Bipolar Disorder Minifellowship, McLean Hospital, Belmont, MA

The Adult Bipolar Patient: Cormorbidity and Treatment; Treating Bipolar Disorder – Comorbidity Issues Throughout the Lifecycle. Massachusetts Psychiatric Society and Cambridge Hospital Symposium. Boston, MA

Health Economic Impact of Bipolar Disorder; Comorbidity and Mixed Mania in Bipolar Disorder - - Cost Effective Strategies, National Symposium Chairperson. Institute on Psychiatric Services, American Psychiatric Association Annual Meeting. Chicago, IL

1997     Role of Antipsychotics in Treating Psychotic Mood Disorders; 4th Annual Psychopharmacology Symposium. Ohio State University School of Medicine. Columbus, OH

Role of Antipsychotics in Treating Mood Disorders; Antipsychotics in Unique Patient Populations. American Psychiatric Association Annual Meeting Symposium, San Diego, CA

Costs and Benefits of Bipolar Pharmacotherapy; Diagnostic and Treatment Advances in Manic Depression. American Psychiatric Association Annual Meeting Symposium. San Diego, CA

Psychopharmacological Treatment of Psychotic Disorders Across the Life Span. American Psychiatric Association Annual Meeting Symposium. San Diego, CA

Treating the Affective Component in Schizophrenia; Depression in Schizophrenia-Expanding Therapeutic Opportunities. World Congress of Biological Psychiatry. Nice, France

20

C.V.
Paul E. Keck, Jr., M.D.

The New Antipsychotics and Their Therapeutic Potential; Comprehensive Schizophrenia Update. Alabama Psychiatric Society and the Mississippi Psychiatric Association Annual Meeting, Destin, FL

Pharmacoeconomics of Mood Stabilizers, Acute Manic Phase. International Bipolar Conference. Paris, France

Management of Mixed Mood States and Bipolar Disorder. Mental Health Association of Franklin County Annual Symposium. Columbus, OH

Bipolar Disorder in the Elderly. Institute for Psychiatric Services, American Psychiatric Association Annual Meeting, Washington, DC

Pharmacoeconomics of Bipolar Disorder. Mississippi Psychiatric Society, Jackson, MI

1998    Rapid Pharmacologic Treatment of Acute Mania. Ontario Psychiatric Association, Toronto, Canada

Rapid Loading Strategies in the Treatment of Acute Mania; Pharmacotherapy of Bipolar Disorder: Newest Advances Symposium Chairperson, American Psychiatric Association Annual Meeting, Toronto, Canada

A Biological Basis for Overlap of Mood in Psychotic Disorders; Expanding the Spectrum of Psychoses: The Interface of Affect Symposium. Co-Chairperson, American Psychiatric Association Annual Meeting, Toronto, Canada

Antipsychotics in Schizoaffective Disorder and Mania; Redefining Mood Stabilization: Advances in the Management of Bipolar Disorders. CINP XXIst Congress, Glasgow, Scotland

Making a Difference in Clinical Outcomes – the Profile of IM and Oral Ziprasidone; Making a Difference in Schizophrenia Management. CINP XXIst Congress, Glasgow, Scotland

A Biological Basis for Mood Overlap in Psychotic Disorders; New Advances in the Management of Bipolar Disorder (Chair). 9th Congress of the Association of European Psychiatrists (AEP), Copenhagen, Denmark

Long-term Management of Schizophrenia: The Role of New Antipsychotic; Schizophrenia: Charting a Course Through Mental Illness. Institute on Psychiatric Services Annual Meeting, American Psychiatric Association, Los Angeles, CA

Antipsychotics in Acute Mania: New Findings; Use of Antipsychotics in the management of Bipolar Disorder (Chair). Institute on Psychiatric Services Annual Meeting, American Psychiatric Association Annual Meeting, Los Angeles, CA

Newest Treatment Advances in Bipolar Disorder. U.S. Psychiatric & Mental Health Congress, San Francisco, CA

Atypical Antipsychotics: Efficacy in Treating Affective Symptoms, Hostility and Suicidality in Schizophrenia; Antipsychotic Standard of Care: Redefining the Definition of Atypical Antipsychotics. U.S. Psychiatric & Mental Health Congress, San Francisco, CA

21

C.V.
Paul E. Keck, Jr., M.D.

Psychosis and Mood Disorders: Defining Reasonable Expectations for Treatment Outcomes (Chair). Center Net Symposium in conjunction with the Association of Academic Health Centers, Washington, DC

1999    Clinical Assessment of Atypical Antipsychotics: Interpreting the Data. PsychLINK Symposium, Dallas, TX

Update on Clinical Psychopharmacology Research. American Society of Clinical Psychopharmacology Regional Meeting, Cincinnati, OH

Pharmacologic Mechanisms of Mood Stabilization Among Atypical Antipsychotics. Are Atypical Antipsychotics also Mood Stabilizers? (Symposium Chairperson). American Psychiatric Association Annual Meeting, Washington, DC.

Mood Stabilizing Medication. Medication Controversies in Bipolar Disorder Symposium. American Psychiatric Association Annual Meeting, Washington, DC.

Antipsychotics in Schizoaffective Disorder.  Global Medical Conference: Focus on Bipolar Disorder. Indianapolis, IN.

Relier L'interface entre les Troubles Psychotiques et les Troubles de l'humeur. Association des M9decins Psychiatres du Quebec. Alymer, Quebec, Canada

The Costs of Treatment of Bipolar Disorder. Bipolar Disorders – 100 years after Kraeplin.  Martin Luther Universitat Halle – Wittenburg. Berlin Germany.

Optimizing Outcomes in Bipolar Disorder. Redefining Mood Stabilization: Advances in the Management of Bipolar Disorder. XI World Congress of the World Psychiatric Association. Hamburg, Germany.

Treatment of Psychotic Disorders for the New Century: From Social Containment to Reintegration (Chair). CENTERNET National Videoconference. New York, NY.

Treatment of Bipolar Disorder: Lithium, Anticonvulsants and Atypical Antipsychotics.  Advances in Mood Disorders and Schizophrenia: Diagnosis – Biology – Treatment. Palm Beach, Fl.

The Use of Placebo in Studies of Bipolar Disorder: Current Status. Clinical Trials in Mood Disorders.  The Use of Placebo, Past, Present and Future. A consensus conference of the National Depressive and Manic-Depressive Association.  Washington, DC.

Ask the Doctors. National DMDA Annual Convention. Houston, TX.

New Horizons in Research.  National DMDA Annual Convention. Houston, TX.

Clinical Vignettes: Strategies for Psychosis.  PsychLink Symposium, Dallas, TX.

Antipsychotics in Acute and Maintenance Treatment of Bipolar Disorder. Role for Antipsychotics in Long-term Mood Stabilization (Program Chair).  APA Institute on Psychiatric Services, New Orleans, LA.

22

C.V.
Paul E. Keck, Jr., M.D.

Atypical Antipsychotics in the treatment of Mania.   Progress in Bipolar Disorders (Program Chair). US Psychiatric & Mental Health congress, CME, Inc. Atlanta, GA.

Filling the Unmet Needs of the Bipolar Patient. Psychlink Symposium, Dallas, TX.

2000

Bipolar Disorder: From Pre-Clinical to Clinical, Facing the New Millenium (Program Chair). Society of Biological Psychiatry, Phoenix, AZ.

Keck PE, Jr. Update on tardive dyskinesia. Tardive dyskinesia in patients with depression including bipolar disorder. J Clin Psychiatry Audiograph Series 2000; 3:1.

Management of Bipolar Disorder for the New Millennium (Program Chair). Provision Medical Education Telecast. Miami, FL.

Thymoleptic mechanisms and activity of atypical antipsychotics. Fifth Annual Psychopharmacology Update. Nevada Association of Psychiatric Physicians. Las Vegas, NV

Rapid stabilization of mood and psychotic symptoms in mania. Defining Bipolar Disorder (Co-Chairman), American Psychiatric Association Annual Meeting. Chicago, IL.

NMS 1960-2000: Forty years of Progress. American Psychiatric Association Annual Meeting. Chicago, IL.

Newest Advances in the Pharmacological Treatment of Psychiatric Illnesses. Wyoming Medical Society Annual Meeting, Jackson Hole, WY

Restoring Balance: Long Term Mood Stabilization in the Bipolar Patient. PsychLink Symposium, Dallas, TX.

Treatment of Bipolar Disorder: Lithium, Anticonvulsants, and Atypical Antipsychotics. Advances in the Diagnosis, Biology and treatment of the Major Psychiatric Disorder. Palm Beach, FL.

Realities of Reintegration: Multidimensional Approaches to Optimize Outcomes in Psychosis and Mood Disorder. Provision Medical Education Telecast. New York, NY.

Redefining Mood Stabilization. The Coming of Age of the Bipolar Spectrum: An International Conference.  University of California, San Diego.  San Diego, CA.

Interface of Thought, Mood and Behavior. 13th Annual U.S. Psychiatric & Mental Health Congress, San Diego, CA.

Redefining Efficacy in Psychosis and Mood Disorders. 13th Annual U.S. Psychiatric & Mental Health Congress, San Diego, CA.

2001

Update on Treatment Advances in Bipolar Disorder.   Sunshine From Darkness, NARSAD Annual Meeting, Sarasota, FL.

Atypical Antipsychotics in the Treatment of Aggressive Behvaviors. Off-Label on the Table: Using New Pharmacological Agents. American Psychiatric Association Annual Meeting, New Orleans, LA.

23

C.V.
Paul E. Keck, Jr., M.D.

Manic and Mixed Episodes: The Challenge of Improving Functional Outcome. Providing Complete Treatment for Patients with Bipolar Disorder (Chairperson). American Psychiatric Association Annual Meeting, New Orleans, LA.

New Antiepileptics in the Treatment of Bipolar Disorder. Clinical Issues in Bipolar Disorder: The Stanley Foundation Bipolar Network. American Psychiatric Association Annual Meeting, New Orleans, LA.

Update on Pharmacotherapy and Neuroscience. Fourth International Conference on Bipolar Disorder, Pittsburgh, PA.

What Makes a Drug a Mood-Stabilizer? PsychLink telecast, Interactive Medical Networks, Dallas, TX.

Update on New Treatment Research for Bipolar Disorder. National DMDA 14th Annual Conference, Cleveland, OH.

Bipolar Disorder: An Overview of Diagnosis and Treatment. 150th Annual Meeting of the Kentucky Medical Association, Louisville, KY.

Update on Latest Treatment Advances for Bipolar Disorder. Annual Meeting of the Kentuck Psychiatric Association, Louisville, KY.

Latest Treatment Advances for Bipolar Disorder. Interface of Mood, Thought, and Behavior.  U.S. Psychiatric & Mental Health Congress, Boston, MA.

Treating the Acute Phases of Bipolar Disorder: Mania. Progress in Bipolar Disorder. U.S. Psychiatric & Mental Health Congress, Boston , MA.

Acute Efficacy Considerations in Managing Schizophrenia.   Redefining Optimal Patients Management in Schizophrenia. U.S. Psychiatric & Mental Health Congress, Boston, MA.

2002

Comprehensive Treatment of Manic-Depressive Illness (Program Chair). Depression Awareness Day: The Latest on Chasing the Blues Away. Albert Sabin Center, Cincinnati Children's Hospital Medical Center, Cincinnati, Ohio.

**Doctoral Candidate Committee:**

1993-1995   Megan G. Murray, "The Measurement of Life Stress in Biplar Disorder," Committee Member for Major Qualifying Exam (MQE) and Dissertation. University of Cincinnati, Department of Psychology

**Bibliography:**

Science Citation Index 1988-2,001: 14, 252

Original Reports:

1986

24

520

C.V.
Paul E. Keck, Jr., M.D.

1.   Pope HG, Jr, Keck PE, Jr, McElroy SL. Frequency and presentation of neuroleptic malignant syndrome in a large psychiatric hospital. Am J Psychiatry 1986; 143:1227-1233.

2.   White K, Keck PE, Jr, Lipinski JF. Serotonin uptake inhibitors in obsessive compulsive disorder: a case report. Compr Psychiatry 1989; 27:211-214.

3.   Keck PE, Jr, Lipinski JF, White K. An inverse relationship between mania and obsessive compulsive disorder: A case report. J Clin Psychopharm 1986; 6:123-124.


**1987**

4.   McElroy SL, Keck PE, Jr, Pope HG, Jr. Sodium valproate: Its use in primary psychiatric disorders. J Clin Psychopharm 1987; 7:16-24.

5.   Keck PE, Jr, Pope HG, Jr, McElroy SL. Frequency and presentation and neuroleptic malignant syndrome: a prospective study. Am J Psychiatry 1987; 144:1344-1346.

6.   Keck PE, Jr, Pope HG, Jr, McElroy SL. Frequency of neuroloeptic malignant syndrome, 1963-1986. Psychiatrie and Psychobiologie 1987; 2:59-63


**1988**

7.   Keck PE, Jr, Pope HG, Jr, Hudson JI, McElroy SL, Kulick AR. Lycanthropy: alive and well in the twentieth center. Psychol Med 1988; 18:113-120.

8.   Cohen BM, Buonanno F, Keck PE, Jr, Finkelstein S, Benes FM. Comparison of MRI and CT scans in a group of psychiatric patients. Am J Psychiatry 1988; 145:1084-1088.

9.   Lipinski JF, Jr, Keck PE, Jr, McElroy SL. Beta-adrenergic antagonists in psychosis: Is improvement due to treatment of neuroleptic-induced akathisia? J Clin Psychopharm 1988; 8:409-416.

10.  McElroy SL, Pope HG, Jr, Keck PE, Jr, Hudson JI. Treatment of psychiatric disorders with sodium valproate: A series of 73 cases. Psychiatrie & Psychobiologie 1988; 3:81-85.

11.  McElroy SL, Keck PE, Jr, Pope HG, Jr, Hudson JI. Valproate in the treatment of rapid cycling bipolar. J Clin Psychopharm 1988; 8:275-279.

12.  Pope HG, Jr, McElroy SL, Satlin A, Hudson JI, Keck PE, Jr, Kalish R. Head injury, bipolar disorder, and response to valproate. Compre Psychiatry 1988; 29:34-38.


**1989**

25

C.V.
Paul E. Keck, Jr., M.D.

13.   Pope HG, Jr, McElroy SL, Keck PE, Jr, Hudson JI.   Electrophysiologic abnormalities in bulimia and their implications for pharmacotherapy: A reassessment.   Int J Eating Disorders 1989; 8:191-201.

14.   Pope HG, Jr, Keck PE, Jr, McElroy SL, Hudson JI.   A placebo-controlled study of trazodone in bulimia nervosa.   J Clin Psychopharm 1989; 9:254-259.

15.   Keck PE, Jr, Cohen BM, Baldessarini RJ, McElroy SL.   Time course of antipsychotic effects of neuroleptic drugs.   Am J Psychiatry 1989; 146:1289-1292.

16.   Keck PE, Jr, Sebastianelli J, Pope HG, Jr, McElroy SL.   Frequency and presentation of neuroleptic malignant syndrome in a state psychiatric hospital.   J Clin Psychiatry 1989; 50:352-355.

17.   Keck PE, Jr, Pope HG, Jr, Nierenberg AA.   Autoinduction of hypertensive reactions by tranylcypromine?   J Clin Psychopharm 1989; 9:48-51.

18.   Nierenberg AA, Keck PE, Jr.   Management of MAO inhibitor-associated insomnia with trazodone.   J Clin Psychopharm 1989; 9:42-45.

19.   Keck PE, Jr, Vuckovic A, Pope HG, Jr, Nierenberg AA, Gribble GW, White K.   Acute cardiovascular response to monoamine oxidase inhibitors:  A prospective assessment.   J Clin Psychopharm 1989; 9:203-206.

20.   Pope HG, Jr, McElroy SL, Keck PE, Jr, Hudson JI.   Long-term pharmacotherapy of bulimia nervosa.   J Clin Psychopharm 1989; 9:385-386.

21.   Hudson JI, Pope HG, Jr, Keck PE, Jr, McElroy SL.   Treatment of bulimia nervosa with trazodone:   Short-term response and long-term follow-up.   Clinical Neuropharmacology 1989; 12 (Suppl 1): S38-46.

22.   Keck PE, Jr, Pope HG, Jr, Cohen BM, McElroy SL, Nierenberg AA.   Risk factors for neuroleptic malignant syndrome:  a case-control study.   Arch Gen Psychiatry 1989; 46:914-918.

23.   McElroy SL, Keck PE, Jr, Pope HG, Jr, Hudson JI.   Pharmacological treatment of kleptomania and bulimia nervosa.   J Clin Psychopharm 1989; 9:358-360.


1990

24.   Kulick AR, Pope HG, Jr, Keck PE, Jr, Hudson, JI.   Lycanthropy and self-identification in traditional and modern societies.   J Nerv Ment Dis 1990; 178:134-137.

26

C.V.
Paul E. Keck, Jr., M.D.

25.   Vuckovic A, Cohen BM, Keck PE, Jr, Shedlack K.   Neuroleptic dosage regimens in psychotic inpatients: A retrospective comparison.  J Clin Psychiatry 1990; 51:107-109.

26.   Keck PE, Jr, Pope HG, Jr, Hudson JI, McElroy SL, Yurgelun-Todd D, Hundert EM.   A controlled study of phenomenology and family history in outpatients with bulimia nervosa.  Compr Psychiatry 1990; 31:275-283.

27.   Keck PE, Jr, Seeler DC, Pope HG, Jr, McElroy SL.   Porcine Stress Syndrome:  An animal model for neuroleptic malignant syndrome?  Biol Psychiatry 1990;28:58-62.

28.   Kando JC, Keck PE, Jr, Wood P.  Severe hypotension associated with initiation of pergolide therapy.  Drug Intell Clin Pharm, Ann Pharmacotherapy 1990; 24:543.

29.   Hudson JI, Lipinski JF, Keck PE, Jr, Lukas SE, Dorsey CM, Rothschild AJ, Aizley HG.  Sleep in mania versus unipolar depression.  Sleep Res 1990; 19:66.

30.   Keck PE, Jr, Hudson JI, Dorsey CM, Matheson JK, Campbell PI.  Antiepileptic Drugs.  Sleep Res 1990; 19:166.

### 1991

31.   McElroy SL, Hudson JI, Pope HG, Jr, Keck PE, Jr.  Kleptomania:  clinical characteristics and associated psychopathology.  Psychol Med 1991; 21:93-108.

32.   Cohen BM, Keck PE, Jr, Satlin A, Cole JO.  Prevalence and severity of akathisia in patients on clozapine.  Biol Psychiatry 1991; 29:1215-1219.

33.   McElroy SL, Keck PE, Jr, Lawrence JM.   Treatment of panic disorder and benzodiazepine withdrawal with valproate:  A case report.  J Neuropsychiatry Clin Neurosci 1991;2:232-233.

34.   McElroy SL, Woods BT, Pope HG, Jr, Hudson JI, Keck PE, Jr, Aizley H.  Brain electrical activity mapping (BEAM) in bulimia nervosa.  Ann Clin Psychiatry 1991; 3:281-286.

35.   Pope HG, Jr, McElroy SL, Keck PE, Jr, Hudson JI.   Valproate in the treatment of acute mania:  A placebo-controlled study.  Arch Gen Psychiatry 1991; 48:62-68.

36.   Keck PE, Jr, Carter WP, Nierenberg AA, Cooper TB, Potter WZ, Rothschild AJ.   Acute cardiovascular effects of tranylcypromine:  Correlation with plasma drug levels, metabolite, norepinephrine, and MHPG levels.  J Clin Psychiatry 1991; 52:250-254.

37.   Keck PE, Jr, Hudson JI, Dorsey CM, Campbell PI.   Effect of fluoxetine on sleep.   Biol Psychiatry 1991; 29:618-619.

38.   McElroy SL, Pope HG, Jr, Hudson JI, Keck PE, Jr, White KL.  Kleptomania:  a report of 20 cases.  Am J Psychiatry 1991; 148:652-657.

27

C.V.
Paul E. Keck, Jr., M.D.

39. McElroy SL, Keck PE, Jr, Pope HG, Jr, Hudson JI, Morris D.   Correlates of antimanic response to valproate.  Psychopharm Bull 1991; 27:127-133.

40. McElroy SL, Dessain EC, Pope HG, Jr, Cole JO, Keck PE, Jr, Aizley H, O'Brien S, Frankenberg FR.  Clozapine in the treatment of psychotic mood disorders, schizoaffective disorder, and schizophrenia.  J Clin Psychiatry 1991; 52:411-414.

41. Strakowski SM, Hudson JI, Keck PE, Jr, Wilson DR, Frankenberg FR, Alpert JE, Teschke GC, Tohen M.  Obstructive sleep apnea associated with treatment-resistant mania.  J Clin Psychiatry 1991; 52:156-158.

42. Keck, PE, Jr, Pope HG, Jr, McElroy SL.  Declining frequency of neuroleptic malignant syndrome in a hospital population.  Am J Psychiatry 1991; 148:880-882.

43. Lipinski JF, Hudson JI, Aizley HG, Cunningham SL, Keck PE, Jr, Mallya G, Aranow RB, Lukas SE.   Polysomnographic characteristics of neuroleptic-induced akathisia.    Clin Neuropharmacol 1991; 5:413-419.

44. Pope HG, Jr, Aizley HG, Keck PE, Jr, McElroy SL.  Neuroleptic malignant syndrome:  long-term follow-up of twenty cases.  J Clin Psychiatry 1991; 52:208-212.

45. McElroy SL, Satlin A, Pope HG, Jr, Keck PE, Jr, Hudson JI.   Treatment of compulsive shopping with antidepressants:  A report of three cases.  Ann Clin Psychiatry 1991; 3:199-204.

### 1992

46. Keck PE, Jr, Hudson JI, Cunningham SL, Aizley HG, McElroy SL, Vuckovic A.  Polysomnographic features of excessive daytime somnolence associated with MAOI treatment.  Ann Clin Psychiatry 1992; 4:49-53.

47. Hudson JI, Lipinski JF, Keck PE, Jr, Aizley HG, Lukas SE, Rothschild AJ, Waternaux CS, Kupfer DJ.  Polysomnographic characteristics of young manic patients:  Comparison with unipolar depressed patients and normal control subjects.  Arch Gen Psychiatry 1992; 49:378-383.

48. Hudson JI, Pope HG, Jr, Keck PE, Jr, Waternaux CS, Sullivan LE, Broughton RJ.  Good sleep, bad sleep.  A meta-analysis of polysomnographic measures in insomnia, depression, and narcolepsy.  Biol Psychiatry 1992; 32:958-975.

49. McElroy SL, Hudson JI, Pope HG, Jr, Keck PE, Jr, Aizley HG.  The DSM-III-R impulse control disorders not elsewhere classified:  clinical characteristics and relationship to other psychiatric disorders.  Am J Psychiatry 1992; 149:318-327.

C.V.
Paul E. Keck, Jr., M.D.

50. Keck PE, Jr, McElroy SL, Vuckovic A, Friedman LM.   Combined valproate and carbamazepine treatment of bipolar disorder.  J Neuropsychiatry Clin Neurosci 1992; 4:319-322.

51. McElroy SL, Keck PE, Jr, Pope, HG, Jr, Hudson JI, Faedda GL, Swann AC.  Clinical and research implications of the diagnosis of dysphoric or mixed mania or hypomania.  Am J Psychiatry 1992; 149:1633-1644.

52. Hudson JI, Goldenberg DL, Pope HG, Jr, Keck PE, Jr, Schlesinger L.   Comorbidity of fibromyalgia with medical and psychiatric disorders.  Am J Med 1992; 92:363-367.

53. Keck PE, Jr, McElroy SL.  Ratio of plasma fluoxetine to norfluoxetine concentrations and associated sedation.  J Clin Psychiatry 1992; 53:127-129.

54. Keck PE, Jr, McElroy SL, Nemeroff CB.   Anticonvulsants in the treatment of bipolar disorder.  J Neuropsychiatry Clin Neurosci 1992; 4:395-405.


1993


55. Phillips KA, McElroy SL, Keck PE, Jr, Pope HG, Jr, Hudson JI.  Body dysmorphic disorder: a report of 30 cases.  Am J Psychiatry 1993; 150:302-308.

56. McElroy SL, Hudson JI, Phillips KA, Keck PE, Jr, Pope HG, Jr.   Clinical and theoretical implications of a possible link between obsessive-compulsive and impulse control disorders.  Depression 1993; 1:121-132.

57. McElroy SL, Phillips KA, Keck PE, Jr, Hudson JI, Pope HG, Jr.  Body dysmorphic disorder: Does it have a psychotic subtype?  J Clin Psychiatry 1993; 54:389-395.

58. Keck PE, Jr, McElroy SL, Tugrul KC, Bennett JA.  Valproate oral loading in the treatment of acute mania.  J Clin Psychiatry 1993; 54:305-308.

59. Hansen TE, Wilson WH, Keck PE, Jr, Keepers GE, Munetz M.  Integrating research into clinical settings.  Innovations & Research 1993; 2:35-41.

60. Keck PE, Jr, Taylor VE, Tugrul KC, McElroy SL, Bennett JA.  Valproate treatment of panic disorder and lactate-induced panic attacks.  Biol Psychiatry 1993; 33:542-546.

61. Hudson JI, Lipinski JF, Keck PE, Jr, Aizley HG, Vuckovic A, Pope HG.  Polysomnographic characteristics of schizophrenia in comparison with mania and depression.  Biol Psychiatry 1993; 34:191-193.

62. Keck PE, Jr, McElroy SL, Tugrul KC, Bennett JA, Smith JMR.  Antiepileptic drugs for the treatment of panic disorder.  Neuropsychobiology 1993; 27:150-153.

29

C.V.
Paul E. Keck, Jr., M.D.

63.  McElroy SL, Keck PE, Jr, Tugrul KC, Bennett JA.  Valproate as a loading treatment in acute mania.  Neuropsychobiology 1993; 27:146-149.

64.  Hudson JI, Lipinski JF, Keck PE, Jr, Aizley HG, Vuckovic A, Zierk KC, Pope HG, Jr.  Sleep in schizophrenia.  Sleep Res 1993; 22:150.

65.  Hudson JI, Pope HG, Jr, Sullivan LE, Waternaux CM, Keck PE, Jr, Broughton RJ.  A meta-analysis of polysomnography in insomnia, depression, and narcolepsy.  Sleep Res 1993; 22:210.

66.  Hudson JI, Keck PE, Jr, Lipinski JF, Aizley HG, Pope HG, Jr.  Polysomnographic characteristics of bipolar depression.  Depression 1993; 1:227-230.

### 1994

67.  McElroy SL, Keck PE, Jr, Pope HG, Jr, Smith JMR, Strakowski SM.  Compulsive buying:  A report of 20 cases.  J Clin Psychiatry 1994; 55:242-248.

68.  Keck PE, Jr, McElroy SL, Strakowski SM, West SA.   Pharmacologic treatment of schizoaffective disorder.  Psychopharmacology 1994; 114:529-538.

69.  Dwight MM, Keck PE, Jr, Stanton SP, Strakowski SM, McElroy SL.  Antidepressant activity and mania associated with risperidone treatment of schizoaffective disorder.  Lancet 1994; 344:555-556.

70.  Bennett JA, Keck PE, Jr, Wallhauser LJ.  Desmopressin for risperidone-induced enuresis.  Ann Clin Psychiatry, 1994; 6:139-140.

71.  Phillips KA, McElroy SL, Keck PE, Jr, Hudson JI, Pope HG, Jr.  A comparison of delusional and nondelusional body dysmorphic disorder in 100 cases.  Psychopharmacol Bull 1994; 30:179-186.

72.  Keck PE, Jr, Merikangas KR, McElroy SL, Strakowski SM.   Diagnostic and treatment implications of psychiatric comorbidity with migraine.  Ann Clin Psychiatry 1994; 6:165-172.

73.  Strakowski SM, McElroy SL, Keck PE, Jr, West SA.  The co-occurrence of mania with medical and other psychiatric disorders.  International J Psychiatry in Medicine 1994; 24:305-328.

### 1995

74.  West SA, McElroy SL, Strakowski SM, Keck PE, Jr, McConville BJ.  The co-occurrence of attention-deficit hyperactivity disorder in adolescent mania.  Am J Psychiatry 1995; 152:271-273.

30

C.V.
Paul E. Keck, Jr., M.D.

75.    McElroy SL, Keck PE, Jr.   Misattribution of eating disorder, obsessive-compulsive and
       depressive symptoms to repressed memories of childhood sexual or physical abuse.   Biol
       Psychiatry 1995; 37:48-51.

76.    West SA, Keck PE, Jr, McElroy SL, Strakowski SM, Minnery KL, McConville BJ, Sorter
       MT.   Open trial of valproate in the treatment of adolescent mania.   J Child Adol
       Psychopharmacol 1995; 4:263-267.

77.    Strakowski SM, Keck PE, Jr, McElroy SL, Lonczak HS, West SA, Tugrul KC.  Chronology
       of comorbid and principal syndromes in first-episode psychosis.   Compr Psychiatry 1995;
       36:106-112.

78.    Keck PE, Jr, McElroy SL, Strakowski SM, West SA, Hawkins JM, Huber TJ, Newman RM.
       Outcome and comorbidity in first compared with multiple episode mania.   J Nerv Ment Dis
       1995; 183:320-324.

79.    Keck PE, Jr, Caroff SN, McElroy SL.   Neuroleptic malignant syndrome and malignant
       hyperthermia -- End of a controversy?  J Neuropsychiatry Clin Neurosci 1995; 7:135-144.

80.    Sax KW, Strakowski SM, McElroy SL, Keck PE, Jr, West SA, Stanton SP.  Differences in
       sustained attention and formal thought disorder between mixed and pure mania.   Biol
       Psychiatry 1995; 37:420-423.

81.    McElroy SL, Strakowski SM, Keck PE, Jr, Tugrul KL, West SA, Lonczak HS.  Differences
       and similarities in mixed and pure mania.  Compr Psychiatry 1995; 36:187-194.

82.    Strakowski SM, Dunayevich E, Keck PE, Jr, McElroy SL.  Affective state dependence of the
       tridimensional personality questionnaire.  Psychiatry Res 1995; 57:209-214.

83.    Keck PE, Jr, Wilson DR, Strakowski SM, McElroy SL, Kizer DL, Balistreri T, Holtman HM,
       DePriest M.    Clinical predictors of acute risperidone response in schizophrenia,
       schizoaffective disorder and psychotic mood disorders.  J Clin Psychiatry 1995; 56:466-470.

84.    West SA, Raute NJ, McElroy SL, Keck PE, Jr.   Oral valproate loading in the treatment of
       adolescents with mixed bipolar disorder.  J Child Adol Psychopharmacol 1995; 5:225-231.

85.    West SA, Strakowski SM, Sax KW, Minnery KL, McElroy SL, Keck PE, Jr.   The
       comorbidity of attention-deficit hyperactivity disorder in adolescent mania:   Potential
       diagnostic and treatment implications.  Psychopharmacol Bull 1995; 31:347-351.

86.    Hawkins JM, Archer KJ, Strakowski SM, Keck PE, Jr.  Somatic treatments of catatonia.  Int J
       Psychiatry Med 1995; 25:345-369.

31

C.V.
Paul E. Keck, Jr., M.D.

87.   Ram A, Cao Q, Rozic P, Keck PE, Jr, Pope HG, Jr, Otani K, Addonizio G, McElroy SL, Kaneko S, Gershon ES, Gejman P.   Structural change in dopamine $D_2$ receptor gene in a patient with neuroleptic malignant syndrome.  Am J Med Genet 1995; 60:228-230.

### 1996

88.   Sax KW, Keck PE, Jr, Strakowski, SM, West SA, McElroy SL.   Relationships among negative, positive, and depressive symptoms in schizophrenia and psychotic depression.  Br J Psychiatry 1996; 168:68-71.

89.   Keck PE, Jr, McElroy SL, Strakowski SM, Balistreri T, Kizer DL, West SA.   Factors associated with maintenance neuroleptic treatment of patients with bipolar disorder.  J Clin Psychiatry 1996; 57:147-151.

90.   West SA, Strakowski SM, Sax KW, McElroy SL, Raute NJ Keck PE, Jr.   The phenomenology and comorbidity of adolescents hospitalized for the treatment of acute mania.  Biol Psychiatry 1996; 39:458-460.

91.   Bennett JA, Keck PE, Jr.   A target dose finding study of clozapine in patients with schizophrenia.  Ann Clin Psychiatry 1996; 8:19-21.

92.   Strakowski SM, McElroy SL, Keck PE, Jr, West SA.   Suicidality in mixed and manic bipolar disorder.  Am J Psychiatry 1996; 153:674-676.

93.   McElroy SL, Keck PE, Jr, Stanton SP, Tugrul KC, Bennett JA, Strakowski SM.   A randomized comparison of divalproex oral loading versus haloperidol in the initial treatment of acute psychotic mania.  J Clin Psychiatry 1996; 57:142-146.

94.   Keck PE, Jr, Nabulsi AA, Taylor JL, Henke CJ, Chmiel JJ, Stanton SP, Bennett JA.   A pharmacoeconomic model of divalproex vs. lithium in the acute and prophylactic treatment of bipolar I disorder.  J Clin Psychiatry 1996; 57:213-222.

95.   West SA, Sax KW, Stanton SP, Keck PE, Jr, McElroy SL, Strakowski SM.   Differences in thyroid function studies in acutely manic adolescents with and without attention deficit hyperactivity disorder (ADHD).  Psychopharmacol Bull 1996; 32:69-66.

96.   Keck PE, Jr, McElroy SL, Strakowski SM, Stanton SP, Kizer DL, Balistreri T, Bennett JA, Tugrul KC.   Factors associated with pharmacologic compliance in patients with mania.  J Clin Psychiatry 1996; 57:292-297.

97.   Strakowski SM, McElroy SL, Keck PE, Jr, West SA.   The effects of antecedent substance abuse on the development of first-episode psychotic mania.  J Psychiatry Res 1996; 30:59-68.

32

Paul E. Keck, Jr., M.D.

98.  Strakowski SM, West SA, Sax K, Keck PE, Jr.  Enhanced response to d-amphetamine challenge: Evidence for behavioral sensitization in humans.  Biol Psychiatry 1996; 40:872-880.

99.  Dunayevich E, Strakowski SM, Sax KW, Sorter MW, Keck PE, Jr, McElroy SL, McConville BJ.  Personality disorders in first and multiple episode mania.  Psychiatry Res 1996; 64:69-75.

100.  McElroy SL, Keck PE, Jr, Hudson JI, Strakowski SM, Phillips KA, Pope HG, Jr.  Are impulse control disorders related to bipolar disorder?  Compr Psychiatry 1996; 37:229-240.

101.  Strakowski SM, McElroy SL, Keck PE, Jr, West SA, Tugrul KC, DePriest M, Kmetz GF, Maley DM.  Racial influence on diagnosis in psychotic mania.  J Affect Disord 1996; 39:59-68.

**1997**

102.  McElroy SL, Strakowski SM, West SA, Keck PE, Jr, McConville BJ.  A comparison of the phenomenology of adolescent versus adult mania in hospitalized patients with bipolar disorder.  Am J Psychiatry 1997; 154:44-49.

103.  Keck PE, Jr, McElroy SL, Strakowski SM, Bourne ML, West SA.  Compliance with maintenance treatment in bipolar disorder.  Psychopharmacol Bull 1997; 33:87-91.

104.  Keck PE, Jr.  The use of antipsychotics in bipolar disorder.  J Psychotic Disorders 1997; 1:4-19.

105.  Stanton SP, Keck PE, Jr, McElroy SL.  Treatment of acute mania with gabapentin.  Am J Psychiatry, 1997; 154:287.

106.  Small JG, Hirsch SR, Arvanitis LA, Miller BG, Link CGG, and the Seroquel Study Group (Keck PE, Jr, et al.).  Quetiapine in patients with schizophrenia.  A high- and low-dose double-blind comparison with placebo. Arch Gen Psychiatry 1997; 54:549-557

107.  Arvanitis LA, Miller BG, and the Seroquel Trial 13 Study Group (Keck PE, Jr., et al.).  Multiple fixed doses of "Seroquel" (Quetiapine) in patients with acute exacerbation of schizophrenia: a comparison with haloperidal and placebo.  Biol Psychiatry 1997; 42: 233-246.

108.  McElroy SL, Soutullo CA, Keck PE, Jr, Kmetz G.  A pilot trial of gabapentin in the treatment of bipolar disorder.  Ann Clin Psychiatry 1997; 9: 99-103.

109.  Geracioti TD, Jr, Goldsmith J, Friedman LM, Norman AB, Somoza E, Kasckow, JW, Baker DG, Richtand NH, Anthenelli RM, Keck PE, Jr.  Cerebrospinal fluid neurochemistry of alcohol misusers. Addiction Biology 1997; 2: 401-409.

33

C.V.
Paul E. Keck, Jr., M.D.

110. Sax KW, Strakowski SM, Keck PE, Jr, McElroy SL, West SA, Bourne ML, Larson ER. A comparison of early-, typical- and late-onset affective psychosis. Am J Psychiatry 1997; 154: 1299-1301.

111. Shapira NA, McConville BJ, Pagnucco ML, Norman AB, Keck PE, Jr. Novel use of tramadol hydrochloride in the treatment of Tourette's syndrome. J Clin Psychiatry 1997; 58: 174-175.

112. Strakowski SM, Sax KW, Setters MJ, Stanton SP, Keck PE, Jr. Lack of enhanced response to repeated-amphetamine challenge in first-episode psychosis: Implications for a sensitization model of psychosis in humans. Biol Psychiatry 1997; 42: 749-755.

113. Strakowski SM, Hawkins JM, Keck PE, Jr, McElroy SL, West SA, Bourne ML, Tugrul KC. The effects of race and information variance on disagreement between psychiatric emergency service and research diagnoses in first – episode psychosis. J Clin Psychiatry 1997; 58: 457-463.

114. Nelson EB, Keck PE, Jr, McElroy SL. Resolution of fluoxetine-induced sexual dysfunction with the 5HT-3 antagonist granisetron. J Clin Psychiatry 1997; 58: 496-497.

115. Baker DG, West SA, Orth DN, Hill K, Nicholson W, Ekhator NN, Wortman M, Keck PE, Jr, Geracioti, TD, Jr. Cerebrospinal fluid and plasma beta-endorphin in combat veterans with posttraumatic stress disorder. Psychoendocrinology 1997; 22: 517-529.

116. Geracioti TD, Jr, Loosen PT, Ekhator NN, Schmidt D, Baker DG, Kasckow JW, Richtand NM, Keck PE, Jr, Ebert MH. Uncoupling of serotonergic and noradrenergic systems in depression: Evidence from continuous cerebrospinal fluid sampling. Depression and Anxiety 1997; 6: 89-94.

117. Shapira NA, Keck PE, Jr, Goldsmith TD, McConville BJ, Eis M, McElroy SL. An open-label pilot study of tramadol hydrochloride in treatment-refractory obsessive-compulsive disorder. Depression & Anxiety 1997; 6: 170-173.

118. Baker DG, West SA, Orth DN, Hill K, Nicholson WE, Ekhator NN, Bruce A, Wortman M, Keck PE, Geracioti TD. Cerebrospinal fluid and plasma beta-endorphin in combat veterans with post-traumatic stress disorder. Ann NY Acad Sci 1997; 821: 449-450.

**1998**

119. Strakowski SM, Keck PE, Jr, McElroy SL, West SA, Sax KW, Hawkins JM, Upadhyaya V, Tugrul KC, Bourne ML. Twelve-month outcome following a first hospitalization for psychosis in a predominantly urban, affectively-ill patient sample. Affective psychosis. Arch Gen Psychiatry 1998; 55: 49-55.

34

C.V.
Paul E. Keck, Jr., M.D.

120. Dwight MM, Arnold LM, O'Brien H, Metzer R, Morris-Park E, Keck PE, Jr.  An open clinical trial of venlafaxine in fibromyalgia. Psychosomatics 1998; 39: 14-17.

121. Keck PE, Jr, McElroy SL, Strakowski SM, West SA, Sax KW, Hawkins JM, Bourne ML, Haggard P.  Twelve-month outcome of bipolar patients following hospitalization for a manic or mixed episode.  Am J Psychiatry 1998; 155: 646-652.

122. McElroy SL, Soutullo CA, Beckman DA, Taylor P, Keck PE, Jr.  DSM-IV intermittent explosive disorder: a report of 27 cases. J Clin Psychiatry 1998; 59: 203-210.

123. Chang KD, Keck PE, Jr, Stanton SP, McElroy SL, Strakowski SM, Geracioti TD, Jr.  Differences in thyroid function between bipolar manic and mixed states. Biol Psychiatry 1998; 43: 730-733.

124. Soutullo CA, Casuto L, Keck PE, Jr. Gabapentin in adolescent mania: a case report. J Child Adol Psychopharmacol 1998; 8: 81-85.

125. Keck PE, Jr, McElroy SL, Dewan NA. Economic costs and pharmacoeconomics of bipolar disorder. J Bipolar Disord 1998; 2: 9-13.

126. Soutullo CA, McElroy SL, Keck PE, Jr.  Hypomania associated with mirtazipine augmentation of sertraline.  J Clin Psychiatry 1998; 59: 320.

127. McElroy SL, Frye M, Denicoff K, Altshuler L, Nolen W, Kupka R, Suppes T, Keck PE, Jr, Leverich GS, Kmetz GF, Post RM.  Olanzapine in treatment-resistant bipolar disorder.  J Affect Disord, 1998; 49: 119-122.

128. Caroff SN, Mann SC, Keck PE, Jr. Pharmacotherapy of neuroleptic malignant syndrome. Biological Psychiatry, 1998; 44: 378-381.

129. Sax KW, Strakowski SM, Setters MJ, Keck PE, Jr, McElroy SL, Stanton SP.  Symptom correlates of attentional improvement following hospitalization for a first-episode of affective psychosis. Biol Psychiatry, 1998; 44: 784-786.

130. Sax KW, Strakowski SM, Keck PE, Jr. Attentional improvement following seroquel (quetiapine fumurate) treatment in schizophrenia. Schizophr Res 1998; 33: 151-155.

131. Berardi D, Amore M, Keck PE, Jr, Troia M, Dell'Atti M.  Risk factors for neuroleptic malignant syndrome: A prospective, case-control study.  Biol Psychiatry 1998; 44: 748-754.

132. Strakowski SM, Sax KW, McElroy SL, Keck PE, Jr, Hawkins JM, West SA.  Course of psychiatric and substance abuse syndrome co-occurring with bipolar disorder after a first psychiatric hospitalization. J Clin Psychiatry 1998; 59: 465-471.

133. Hudson JI, McElroy SL, Raymond NC, Crow S, Keck PE, Jr, Carter WP, Mitchell JE, Strakowski SM, Pope HG, Jr, Coleman B, Jones JM. Fluvoxamine in the treatment of binge-

35

C.V.
Paul E. Keck, Jr., M.D.

eating disorder. A multicenter, placebo-controlled, double-blind trial. Am J Psychiatry 1998; 155: 1756-1762.

134. Geracioti TD, Jr, Keck PE, Jr, West SA, Ekhabtor NN, Baker DG, Hill K, Bruce A, Wortman M. Continuous covariability of dopamine and serotonin metabolites in human cerebrospinal fluid. Biol Psychiatry 1998; 44: 228-233.

135. Linder MW, Keck PE, Jr. Standard of laboratory practice: antidepressant drug monitoring. Clin Chem 1998; 44: 1073-1084.

136. Soutullo CA, Keck PE, Jr, McElroy SL. Olanzapine in the treatment of tardive dyskinesia: a report of two cases. J Clin Psychopharmacol 1998; 140: 173-184.

137. Keck PE, Jr, Buffenstein A, Ferguson J, Feighner J, Dubin W, Harrigan E, Morrisey M, and the Ziprasidone Study Group. Ziprasidone 40mg and 120mg/day in the acute exacerbation of schizophrenia and schizoaffective disorder: a 4-week placebo-controlled trial. Psychopharmacology 1998; 19: 100-101.

## 1999

138. Geracioti TD, West SA, Baker DG, Hill KK, Ekhator NN, Wortman MD, Keck PE, Norman AB. Low CSF concentration of dopamine metabolite in tobacco smokers. Am J Psychiatry 1999; 156: 130-132.

139. Sax KW, Strakowski SM, Zimmerman ME, DelBello MP, Keck PE, Jr, Hawkins JM. Frontosubcortical neuroanatomy and the continuous performance test in mania. Am J Psychiatry1999; 156: 139-141.

140. Strakowski SM, Keck PE, Jr, Sax KW, McElroy SL, Hawkins JM. Twelve-month outcome of patients with schizoaffective disorder: comparisons to matched patients with bipolar disorder. Schizophr Res 1999; 35: 167-174.

141. Goldsmith TD, Shapira NA, Keck PE, Jr. Rapid remission of obsessive compulsive disorder with tramadol hydrochloride. Am J Psychiatry 1999; 156: 660-661.

142. Bowden CL, Calabrese JR, McElroy SL, Rhodes LJ, Keck PE, Jr, Anderson J, Bolden-Watson C, Corn T, Ascher J. Comparison of the efficacy of lamotrigine in rapid cycling and non-rapid cycling patients with bipolar disorder. Biol Psychiatry 1999; 45: 953-958.

143. Tohen M, Sanger TM, McElroy SL, Tollefson GD, Chengappa KNR, Daniel DG, Petty F, Centorrino F, Wang R, Grundy SL, Greaney MG, Jacobs TG, David SR, Toma V and The Olanzapine HGEH Study Group (Keck PE, Jr, et al.). Olanzapine versus placebo in the treatment of acute mania. Am J Psychiatry 1999; 156: 702-709.

36

C.V.
Paul E. Keck, Jr., M.D.

144. McElroy SL, Soutullo CA, Taylor P Jr, Nelson EB, Beckman DA, Brusman LA, Ombaba JM, Strakowski SM, Keck PE, Jr. Psychiatric features of 36 men convicted of sexual offenses. J Clin Psychiatry 1999; 60: 414-420.

145. Suppes T, Sherwood Brown E, McElroy SL, Keck PE, Jr, Nolen W, Kupka R, Frye M, Denicoff K, Altshuler LL, Leverich G, Post RM. Preliminary experience with lamotrigine for the treatment of bipolar disorders. J Affect Disords 1999; 53: 95-98.

146. Calabrese JR, Bowden CL, McElroy SL, Cookson J, Andersen J, Rhodes L, Keck PE, Jr, Bolden-Watson C, Zhou J, Ascher J. Spectrum of activity of lamotrigine in treatment refractory bipolar disorder. Am J Psychiatry 1999; 156: 1019-1023.

147. Shapira NA, Del Bello MP, Goldsmith TD, Rosenberger BM, Keck PE, Jr. Evaluation of bipolar disorder in pre-lingual deaf inpatients. Am J Psychiatry 1999; 156: 1267-1269.

148. Altshuler LL, Keck PE, Jr, McElroy SL, Suppes T, Denicoff K, Frye MP, Gitlin M, Goodman R, Nolen W, Kupka R, Post RM. Gabapentin in the treatment of refractory bipolar disorder. Bipolar Disorders 1999; 1: 60-65.

149. DelBello MP, Strakowski SM, Sax KW, McElroy SL, Keck PE, Jr, West SA, Kmetz GF. Effects of familial rates of affective illness and substance abuse on rates of substance abuse in patients with first-episode mania. J Affective Disord, 1999; 56:55-60.

150. Hirschfeld RMA, Allen MH, McEvoy J, Keck PE, Russell J. Safety and tolerability of oral loading divalproex sodium in acutely manic bipolar patients. J Clin Psychiatry, 1999; 60:815-818.

151. Galli V, McElroy SL, Soutullo C, Kizer D, Raute N, Keck PE, Jr, McConville BJ. The psychiatric diagnoses of twenty-two adolescents who have sexually molested other children. Compr Psychiatr 1999; 40: 85-88.

152. Soutullo CA, Cottingham EM, Keck PE, Jr. Psychosis associated with pseudoephedrine and dextromethorphan. J Am Acad Child Adolesc Psychiatry 1999; 38: 1471-1472.

153. Soutullo CA, Sorter MT, Foster KD, McElroy SL, Keck PE, Jr. Olanzapine in the treatment of adolescent acute mania. J Affect Disord 1999;

2000

154. Arnold LM, McElroy SL, Keck PE, Jr. The role of gender in mixed mania. Compr Psychiatry 2000; 41: 83-87.

155. Keck PE, Jr, McElroy SL, Bennett JA.  Pharmacologic loading in the treatment of acute mania.  Bipolar Disorders 2000; 2: 42-46.

37

C.V.
Paul E. Keck, Jr., M.D.

156. Dunayevich E, Sax KW, Strakowski SM, Keck PE, Jr, McElroy SL, Sorter MT, McConville BJ, West SA. Twelve-month outcome in bipolar patients with and without personality disorders. J Clin Psychiatry 2000; 61: 134-139

157. Arnold LM, Keck PE, Jr., Welge JA. Antidepressant treatment of fibromyalgia: A meta-analysis and review. Psychosomatics 2000; 41:104-113.

158. Caroff SN, Mann SC, Keck PE, Jr, Francis A. Residual catatonic-Parkinsonian state following neuroleptic malignant syndrome. J Clin Psychopharmacol 2000; 20:257-259.

159. Keck PE, Jr, Welge JA, Strakowski SM, Arnold LM, McElroy SL. Placebo effect in randomized, controlled maintenance studies of patients with bipolar disorder. Biol Psychiatry 2000; 47:756-755.

160. Keck PE, Jr, Welge JA, McElroy SL, Arnold LM, Strakowski SM. Placebo effect in randomized, controlled studies of acute bipolar mania and depression. Biol Psychiatry 2000; 47:748-755.

161. Bowden CL, Calabrese Jr, McElroy SL, Hirchfeld RMA, Petty F, Gyulai L, Pope HG, Jr, Chou JC, Keck PE, Jr, Rhodes LJ, Swann AC, Wozniak PJ. Efficacy of divalproex versus lithium and placebo in maintenance treatment of bipolar disorder. Arch Gen Psychiatry 2000; 57: 481-489

160. McElroy SL, Suppes T, Keck PE. Jr, Frye MA, Denicoff KD, Altshuler LL, Brown ES, Nolen WA, Kupka RW, Rochussen J, Leverich GS, Post RM. Open-label adjunctive topiramate in the treatment of bipolar disorders. Biol Psychiatry 2000; 47: 1025-1033.

161. Arnold LM, Witzeman KA, Swank ML, McElroy SL, Keck PE, Jr. Health-related quality of life using the SF-36 in patients with bipolar disorder compared with patients with chronic back pain and the general population. J Affect Disorder 2000; 57: 235-239.

162. Shapira NA, Goldsmith TD, Keck PE, Jr, Khosla UM, McElroy SL. Psychiatric features of individuals with problematic internet use. J Affect Disord 2000; 57: 267-272.

163. Rush AJ, Post RM, Nolen WA, Keck PE, Jr, Suppes T, Altshuler L, McElroy SL. Methodological issues in developing new treatments for patients with bipolar illness. Bio Psychiatry 2000; 48: 615-624.

164. McElroy SL, Keck PE, Jr. Pharmacologic agents for the treatment of acute bipolar mania. Biol Psychiatry 2000; 48: 539-557.

165. Tohen M, Jacobs TG, Grundy SL, McElroy SL, Banov MC, Janicak PG, Sanger T, Risser R, Zhang F, Toma V, Francis J, Tollefson GD, Breier A and the Olanzapine HGGW Study Group (Keck PE, Jr, et al.). Efficacy of olanzapine in acute bipolar mania: a double-blind, placebo-controlled study. Arch Gen Psychiatry 2000; 57: 841-849.

38

C.V.
Paul E. Keck, Jr., M.D.

166. Pande AC, Crockatt JG, Janney CA, Werth JL, Tsaroucha G, and the Gabapentin Bipolar Disorder Study Group (Keck PE, Jr, et al.). Gabapentin in bipolar disorder: a placebo-controlled trial of adjunctive therapy. Bipolar Disorders 2000; 2: 249-255.

167. Hirschfeld RMA, Williams JBW, Spitzer RL, Calabrese Jr, Flynn L, Keck PE, Jr, McElroy SL, Lewis L, Post RM, Russell JM, Sachs GS, Zajecka J. Development and validation of a screening instrument for bipolar spectrum disorder: the Mood Disorder Questionnaire. Am J Psychiatry 2000; 157: 1873-1875.

168. McElroy SL, Casuto LS, Nelson EB, Lake KA, Soutullo CA, Keck PE, Jr, Hudson JI. Sertraline in the treatment of binge-eating disorder. A randomized controlled trial. Am J Psychiatry 2000; 157: 1004-1006.

169. Kornberg JR, Brown JL, Sadovnick AD, Remick RA, Keck PE, Jr, McElroy SL, Raparot MH, Thompson PM, Kaul JB, Vrabel CM, Schommer SC, Wilson T, Pizzuco D, Jameson S, Schibuk L, Kelsoe JR. Evaluating the parent-of-origin effect in bipolar affective disorder. J Affect Disord 2000; 59: 183-192.

170. Tsevat J, Keck PE, Hornung RW, McElroy SL. Health values of patients with bipolar disorder. Quality of Life Res 2000; 9: 579-586.

171. Keck PE, Jr., Mendlwicz J, Calabrese JR, Fawcett J, Suppes T, Vestergaard PA, Carbonell C. Pharmacologic treatment of acute mania. J Affect Disords 2000; 59: S31-S37.

172. Montgomery SA, Keck PE, Jr. Summary statement: First International Exchange on Bipolar Disorder. J Affective Disord 2000; 59: S81-S88.

173. Denicoff KD, Leverich GS, Nolen W, Rush AJ, McElroy SL, Keck PE, Suppes T, Altshuler LL, Kupka R, Frye MA, Hater J, Brotman MA, Post RM. Validation of the prospective NIMH-Life-Chart Method (NIMH-LCM[TM]) for longitudinal assessment of bipolar illness. Psychological Medicine 2000; 30: 1391-1397.

### 2001

174. Keck PE, Jr, Reeves KR, Harrigan EP. A double blind, placebo-controlled study ziprasidone in the acute treatment of patients with schizoaffective disorder. J Clin Psychopharmacol 2001; 21: 27-35.

175. McElroy SL, Altshuler LL, Suppes T, Keck PE, Jr, Fryz MA, Denicoff KD, Nolen WA, Kuplea R, Leverich GS, Rochussen JR, Rush AJ, Post RM. Axis I psychiatric comorbidity and its relationship with the historical illness variables in 288 patients with bipolar disorder. Am J Psychiatry 2001; 158:420-426.

39

176. Hudson JI, Laird NM, Betensky RA, Keck PE, Jr, Pope HG, Jr. Multivariate binary response models for familial aggregation of two disorders. II. Analysis of studies of eating and mood disorders. Am J Epidemiol 2001; 153: 506-514.

177. Freeman MP, Keck PE, Jr, McElroy SL. Postpartum depression with bipolar disorder. Am J Psychiatry 2001; 158: 652.

178. Keck PE, Jr, Strakowski SM, Hawkins JM, Dunayevich E, Tugrul KC, Bennett JA, McElroy SL. Rapid lithium administration in the treatment of acute mania. Bipolar Disorders 2001; 3: 68-72.

179. Calabrese JR, Keck PE, Jr, McElroy SL, Shelton MD. A pilot study of topiramate as monotherapy in the treatment of acute mania. J Clin Psychopharmacol 2001; 21: 340-342.

180. Janicak PG, Keck PE, Jr, Davis JM, Kasckow JW, Tugrul KC, Dowd SM, Strong J, Sharma RP, Strakowski SM. A double-blind, randomized, prospective evaluation of the efficacy and safety of risperidone versus haloperidol in the treatment of schizoaffective disorder. J Clin Psychopharmacol 2001; 21: 360-368.

181. Nelson EB, Shah VN, Welge JA, Keck PE, Jr. A placebo-controlled, crossover trial of granisetron in SRI-induced sexual dysfunction. J Clin Psychiatry 2001; 62; 469-473.

182. Post RM, Nolen W, Kupka R, Denicoff K, Leverich GS, Keck PE, McElroy SL, Rush AJ, Suppes T, Altshuler LL, Frye MA. The Stanley Foundation Bipolar Network: I. Rationale and methods. Br J Psychiatry 2001; 41 [Suppl]: S169-S176.

183. Kupka R, Nolen W, Altshuler L, Denicoff K, Frye M, Leverich G, Keck PE, Jr, McElroy SL, Rush AJ, Suppes T, Post RM. The Stanley Foundation Bipolar Network. 2. Preliminary summary of demographics, course of illness and response to novel treatments. Br J Psychiatry 2001; 178 [Suppl 41]: 177-183.

184. Geracioti TD, Jr, Baker DG, Ekhator NN, West SA, Hill KK, Bruce AB, Schmidt D, Rounds-Kugler B, Yehuda R, Keck PE, Jr, Kasckow JW. Cerebrospinal fluid norepinephrine concentrations in post-traumatic stress disorder. Am J Psychiatry 2001; 158; 1227-1230.

185. Keck PE, Jr, McElroy SL, Arnold LM. Ziprasidone: a new atypical antipsychotic. Exp Opin Pharmacotherapy 2001; 2: 1033-1042.

186. Post RM, Altshuler LL, Frye MA, Suppes T, Rush AJ, Keck PE, Jr, McElroy SL, Denicoff KD, Leverich GS, Kupka R, Nolen WA. Rate of switch in bipolar patients prospectively treated with second-generation antidepressants as augmentation to mood stabilizers. Bipolar Disorders 2001; 3: 259-265.

187. Keck PE, Jr, McElroy SL. Management of treatment refractory mania. Psychopharmacol Bulletin 2001; 35: 130-148.

C.V.
Paul E. Keck, Jr., M.D.

188.  Nelson EB, Reilage E, Welge JA, Keck PE, Jr. An open trial of olanzapine in the treatment of patients with psychotic depression. Ann Clin Psychiatry 2001; 13: 147-151.

189.  Greenwood TA, Alexander M, Keck PE, McElroy S, Sadovnick AD, Remick RA, Kelsoe JR. Evidence for linkage disequilibrium between the dopamine transporter and bipolar disorder. Am J Med Genet 2001; 105: 145-151.

190.  Leverich GS, Nolen W, Rush AJ, McElroy SL, Keck PE, Jr, Denicoff KD, Suppes T, Altschuler LL, Kupka R, Kramlinger KG, Post RM. The Stanley Foundation Bipolar Treatment Outcome Network: I. Longitudinal methodology. J Affect Disord 2001; 67:33-44.

191.  191. Suppes T, Leverich GS, Keck PE, Jr, Nolen WA, Denicoff KD, Altshuler LL, McElroy SL, Rush AJ, Kupka R, Frye MA, Bickel M, Post RM. The Stanley Foundation Bipolar Treatment Outcome Network: II. Demographics and illness characteristics of the first 261 patients.  J Affect Disord 2001; 67: 45-59.

192.  Tohen M, Zhang F, Keck PE, Jr, Feldman PD, Risser RC, Tran PV, Breier A. Olanzapine versus haloperidol in schizoaffective disorder, bipolar type. J Affective Disorders 2001; 67: 133-140.

**2002**

193.  Post RM, Keck PE, Jr, Rush AJ. New designs for studies of the prophylaxis of bipolar disorder. J Clin Psychopharmacol 2002; 22: 1-3.

194.  Charney DS, Nemeroff CB, Lewis L, Borenstein M, Bowden CL, Caplan A, Emslie GJ, Evans DL, Geller B, Gorman JM, Grabowski L, Herson J, Horwite R, Hyman SE, Kalin NH, Keck PE, Jr, Kirsch I, Krishnan RR, Kupfer DJ, Laska EM, Laughren RP, Lavori PW, Leber P, Makuch RW, Miller FG, Pardes H, Post RM, Reynolds MM, Roberts L, Roseubaum JF, Rosenstein D, Rubinow D, Rush AJ, Ryan ND, Sachs GS, Schateberg AF, Shore D, Solomon S. National Depressive and Manic-Depressive Association consensus statement on the use of placebo in clinical trials of mood disorders. Arch Gen Psychiatry 2002; 59: 262-270.

195.  Arnold LM, Hess EV, Hudson JI, Welge JA, Berno SE, Keck PE, Jr. A randomized, placebo-controlled, double-blind, flexible-dose study of fluoxetine in the treatment of women with fibromyalgia.  Am J Med 2002; 112; 191-197.

196.  Leverich GS, McElroy SL, Suppes T, Keck PE, Jr, Denicoff KD, Nolen WA, Altshuler LL, Rush AJ, Kupka R, Frye M, Autio KA, Post RM.  Early physical and sexual abuse associated with an adverse course of bipolar illness. Biol Psychiatry 2002; 51: 288-297.

197.  Leverich GS, McElroy SL, Suppes T, Keck PE, Jr, Denicoff KD, Nolen WA, Altshuler LL, Rush AJ, Kupka R, Frye M, Autio KA, Post RM.  Early physical and sexual abuse associated with an adverse course of bipolar illness. Biol Psychiatry 2002; 51: 288-297.

41

C.V.
Paul E. Keck, Jr., M.D.

198.  Keck PE, Jr, McElroy SL, Richtand N, Tohen M. What makes a drug a primary mood-stabilizer? Molecular Psychiatry 2002; 7: S8-S14.

199.  The Hypericum Depression Trial Study Group (Davidson JRT, Gadde K, Fairbank J, Krishnan KRR, Califf RM, Binanay C, Parker C, Hartwell T, Cole JO, De Battista C, Doraiswamy MP, Feighner JP, Keck PE, Kelsey J, Lin K-M, Londborg PD, Nemeroff CB, Schatzberg AF, Sheehan DV, Srivastava RK, Taylor L, Trivedi MH, Weisler RH., Vitiello B, Ritz L, Severe J. An extract of hypericum peroratum (St. John's Wort) in major depressive disorder: a randomized trial with placebo and active control. JAMA 2002; 287: 1807-1814.

200.  Hirschfeld RMA, Bowden CL, Gitlin MJ, Keck PE, Perlis RH, Suppes T, Thase ME. Practice guideline for the treatment of patients with bipolar disorder (revised). Am J Psychiatry 2002; 159: 1-50.

201.  Suppes T, Dennehy EB, Swann AC, Bowden C, Calabrese JR, Hirschfeld RMA, Keck PE, Jr, Sachs GS, Shon SP, and the Texas Consensus Conference Panel on Medication Treatment of Bipolar Disorder. Report of the Texas Consensus Conference Panel on Medication Treatment of Bipolar Disorder 2000. J Clin Psychiatry 2002; 6: 288-299.

202.  Freeman MP, Smith KW, Freeman SA, McElroy SL, Kmetz GF, Wright R, Keck PE, Jr,. The impact of reproductive events on the course of bipolar disorder in women. J Clin Psychiatry 2002; 63: 284-287.


**Accepted for Publication**


203.  Rush AJ, Hatef J, Nolen Wam Suppest, McElroy SL, Altshuler L, Denicoff K, Keck PE, Jr, Kupka R, Leverich GS, Post RM. A psychometric evaluation of the Inventory of Depressive Symptomatology (IDS) clinician rating (IDS-C) and self-report (IDS-SR) in patients with bipolar disorder. Psychiatr Res, accepted for publication.

204.  Keck PE, Jr, McElroy SL. Redefining mood stabilization. J Affect Disords, accepted for publication.

205.  Tohen M, Zhang F, Keck PE, Jr, Feldman PD, Risser RC, Tran PV, Breier A. Olanzapine versus haloperidol in schizoaffective disorder, bipolar type. J Affective Disorders, accepted for publication.

206.  Welge JA, Keck PE, Jr. Moderators of placebo response to antipsychotic treatment in patients with schizophrenia: a meta-regression. Psychopharmacology, accepted for publication.

42

C.V.
Paul E. Keck, Jr., M.D.

207.  Strakowski SM, Keck PE, Jr, Wong YWJ, Thyrum PT, Yeh C. The effect of multiple doses of cimetidine on the steady-state pharmacokinetics of quetiapine in men with selected psychotic disorders. J Clin Psychopharmacol, accepted for publication.

208.  Nelson EB, Rielage E, Welge JA, Keck PE, Jr. An open trial of olanzapine in the treatment of patients with psychotic depression. Ann Clin Psychiatry, accepted for publication.

209.  Soutullo CA, DelBello MP, Ochsner JE, McElroy SL, Taylor SA, Strakowski SM, Keck PE, Jr. Severity of illness in hospitalized manic adolescents with history of stimulant or antidepressant treatment. J Affect Disord, accepted for publication.

210.  McElroy SL, Frye MA, Suppes T, Altshuler LL, Keck PE, Jr, Leverich GS, Denicoff KD, Nolen WA, Kupka R, Grunze H, Walden J, Dhavale D, Post RM. Correlates of overweight and obesity in 644 patients with bipolar disorder. J Clin Psychiatry, accepted for publication.

211.  McElroy SL, Arnold LM, Shapira NA, Keck PE, Jr, Kamin M, Karim R, Rosenthal N, Hudson JI. Topiramate in the treatment of binge-eating disorder associated with obesity: a randomized, placebo-controlled, trial. Am J Psychiatry, accepted for pubication.

212.  Liang SG, Sadovnick AD, Remick RA, Keck PE, Jr, McElroy SL, Kelsoe JR. A linkage disequilibrium study of bipolar disorder and microsatellite markers on 22q13. Psychiatric Genetics, accepted for publication.

213.  Greenwood TA, Alexander M, Keck PE, Jr, McElroy SL, Sadovick AD, Remick R, Shaw S, Kelsoe JR. Segemental linkage disequilibrium within the dopamine transporter gene. Molecular Psychiatry 2002, accepted for publication.

214.  Keck PE, Jr, Nelson EB, McElroy SL. Advances in the pharmacological treatment of bipolar depression. Biol Psychiatry, accepted for publication.

**Submitted for Publication**

215.  Sax KW, Zimmerman ME, DeBello, MP, Hawkins JM, Keck PE, Jr, Strakowski SM. Prefrontal cortical volume and attentional functioning in mania. Submitted for publication.

216.  Nelson EB, McElroy SL, Keck PE, Jr. Possible discontinuation syndrome with lamotrigine. Submitted for publication.

217.  Revicki DA, Ganoczy D, Palmer C, Hirschfeld RMA, Keck PE, Jr, Ahern EP, Weisler RH. Effectiveness and cost of divalproex versus lithium in the treatment of bipolar disorder: results of a naturalistic clinical trial. Submitted for publication.

218.  Hill KK, West SA, Ekhator NN, Keck PE, Baker DG, Geracioti TD. Relationship between lumbar puncture stress and CSF HVA and 5-HIAA concentrations and ratios. Submitted for publication.

C.V.
Paul E. Keck, Jr., M.D.

219.  Del Bello MP, Soutullo CA, Ochsner JE, McElroy SL, Keck PE, Jr, Strakowski SM. Racial differences in the treatment of adolescents with bipolar disorder. Submitted for publication.

220.  Tugrul K, Dunayevich E, Keck PE, Jr. A risk-benefit assessment of anticonvulsants in the treatment of bipolar disorder. Submitted for publication.

221.  Namjoshi MV, Rajamannar G, Jacobs T, Sanger TM, Tohen M, Breier A, Keck PE, Jr. Economic, clinical, and humanistic outcomes associated with olanzapine treatment in mania: results from a randomized controlled trial. Submitted for publication.

222.  Anthenelli, RM, Hill KK, West SA, Ekhator NN, Bruce AB, Maxwell RA, Baker DG, Keck PE, Jr, Geracioti TD, Jr. Cigarette smokers exhibit lower cerebrospinal fluid concentrations of 5-hydroxyindolacetic acid: a preliminary report. Submitted for publication.

223.  Sztajnkrycer MD, Gesell LB, Dewan NA, Keck PE, Jr, Hillard JR. A comparison of cyclic and newer antidepressants. Submitted for pubication.

224.  Post RM, Denicoff KD, Leverich GS, Altshuler LL, Frye MA, Suppes T, Rush AJ, Keck PE, Jr, McElroy SL, Kupka R, Nolen WA. Morbidity in 258 bipolar outpatients followed for one year with daily prospective ratings on the NIMH-LCM. Submitted for publication.

225.  Gyulai L, Bowden CL, McElroy SL, Calabrese JR, Petty F, Swann AC, Chou JC-Y, Wassef A, Risch CS, Hirschfeld RMA, Nemeroff CB, Keck PE, Jr, Wozniak PJ. Maintenance efficacy of divalproex in the prevention of bipolar depression. Submitted for publication.

226.  Frye MA, Altshuler LL, McElroy SL, Suppes T, Keck PE, Jr, Denicoff K, Nolen W, Kupka R, Leverich GL, Pollio C, Grunze H, Walden J, Post RM. Increased risk for alcoholism in women compared to men with bipolar disorder. Submitted for publication.

227.  Suppes T, Chisholm K, Dhavale D, Frye MA, Altshuler L, McElroy SL, Keck PE, Jr, Nolen WA, Kupka R, Denicoff K, Leverich G, Rush AJ, Post RM. Tiagabine for the treatment of refractory bipolar disorder: a clinical case series. Submitted for publication.

228.  Shaw SH, Mroczkowski-Parker Z, Shecktman T, Alexander M, Remick RA, Sadovnick AD, McElroy SL, Keck PE, Jr, Kelsoe JR. Linkage of a bipolar disorder susceptibility locus to human chromosome 13q32 in a new pedigree. Submitted for publication.

229.  Post RM, Leverich GS, Denicoff KD, Altshuler LL, Frye MA, Suppes TM, Rush AJ, Keck PE, Jr, McElroy SL, Kupka R, Nolen WA, Grunze H, Walden J. An update on the Stanley Foundation Bipolar Network. Submitted for publication.

230.  Nolen WA, Altshuler LL, Frye MA, Grunze H, Keck PE, Jr, Kupka R, Leverich GS, McElroy SL, Post RM, Suppes T, Walden J, Luckenbaugh D. Response to Medications in patients with bipolar disorder: results from the naturalistic follow-up study of the Stanley Foundation Bipolar Network. Submitted for publication.

44

C.V.
Paul E. Keck, Jr., M.D.

231. Leverich GS, Altshuler LL, Frye MS, Suppes T, Keck PE, Jr, McElroy SL, Denicoff KD, Obrocea G, Nolen WA, Kupka RD, Walden G, Grunze H, Perez S, Post RM. Factors associated with suicide attempts in 648 patients with bipolar disorder in the Stanley Foundation Bipolar Network. Submitted for publication.

232. Hirschfeld RMA, Calabrese JR, Weissman MM, Reed M, Ballesteros D, Campbell D, Davies L, Davies J, Frye MA, Graham J, Hamm S, Hazard E, Ho G, Holzer C, Jenkins J, Keck PE, Jr, Lewis L, Mathieson K, McElroy SL, McNulty J, Murray E, O'Dwyer K, Padgent R, Patrick P, Pies R, Reeves-Pennington K, Tierce J, Wagner K, Ward K, Wilson G. Prevalence of bipolar spectrum disorder in the United States.  Submitted for publication.

233. Altshuler LL, Suppes T, Black D, Denicoff KD, Frye MA, Keck PE, Jr, Kupka R, Leverich GS, McElroy SL, Nolen WA, Rush AJ, Post RM. Treating both "poles" of bipolar disorder: impact of antidepressant discontinuation on relapse rates of bipolar depression.  Submitted for publication.

234. Arnold LM, McElroy SL, Hudson JI, Welge JA, Bennett AJ, Keck PE, Jr. A placebo-controlled, randomized trial of fluoxetine in the treatment of binge eating disorder. Submitted for publication.

234. Hirschfeld RMA, Holzer C, Calabrese JR, Davies M, Frye MA, Keck PE, Jr, McElroy SL, Lewis L, Weissman MM, Tierce J, Wagner K, Hazard E. Reliability and validity of the mood disorder questionniare: a general population study. Submitted for publication.

235. Keck PE, Jr, Versiani M, Potkin S, West SA, Giller E, Ice K for the Ziprasidone in Mania Study group.  Ziprasidone in the treatment of acute bipolar mania: a three-week, placebo-controlled, double-blind, randomized trial. Submitted for publication.

236. Strakowski SM, Keck PE, Jr, Arnold LM, Collins J, Wilson R, Fleck DE, Corey KB, Amicone J, Adebimpe VR. Ethnicity and diagnosis in patients with affective psychoses. Submitted for publication.

237. Keck PE, Jr., Marcus M, Tourkodimitris S, Ali M, Saha A, Ingenito G. A placebo-controlled, double-blind double-blind study of the efficacy and safety of aripiprazole in patients with acute bipolar mania. Submitted for publication.

238. Welge JA, Keck PE, Jr. Predictors of response to treatment of acute manic episodes with divalproex sodium or placebo in two randomized, controlled, parallel-group trials. Submitted for publication.

**Letters:**

1. Keck PE, Jr, Pope HG, Jr, McElroy SL.  Haloperidol in neuroleptic malignant syndrome.  Am J Psychiatry 1988; 45:654.

45

C.V.
Paul E. Keck, Jr., M.D.

2.    McElroy SL, Keck PE, Jr, Pope HG, Jr, Hudson JI.   Valproate in the treatment of rapid-cycling bipolar disorder.  J Clin Psychopharm 1989; 9:383-384.

3.    McElroy SL, Keck PE, Jr., Pope HG, Jr, Hudson JI, Faedda GL, Swann AC.   Dysphoric mania.  Am J Psychiatry 1993; 150:1908-1909.

4.    Phillips KA, Pope HG, Jr, McElroy SL, Hudson JI, Keck PE, Jr.  Body dysmorphic disorder:  Symptom or syndrome.  Am J Psychiatry 1994; 151:461-462.

5.    Strakowski SM, Sax KW, Setters MJ, Keck PE, Jr. Stimulant sensitization in humans. Biol Psychiatry 1997; 42:230-231.

6.    Keck PE, Jr, Bennett JA, Stanton SP. Cost-effectiveness of divalproex versus lithium. J Clin Psychiatry 1997; 58: 364.

7.    Keck PE, Jr, Bennett JA, Stanton SP. Is divaloproex a cost-effective alternative in the acute and prophylactic treatment of bipolar I disorder? J Clin Psychiatry 1997; 58: 495-496.

8.    Goldsmith TD, Shapira NA, Keck PE, Jr. Possible interaction of tramadol and antidepressants. Am J Psychiatry 2000; 157: 839.

**Reviews and Book Chapters:**

### 1986

1.    Cohen BM, Keck PE, Jr.   Questions and answers about psychosis.   McLean Review 1986;1:4-22.

### 1987

2.    Pope HG, Jr, Keck PE, Jr.  Neuroleptic malignant syndrome:  what is it and how is it treated?  Harvard Medical School Mental Health Letter 1987; 4: 8.

### 1988

3.    Keck PE, Jr, McElroy SL.  Anticonvulsants in the treatment of rapid-cycling bipolar disorder.  In:  McElroy SL, Pope HG, Jr (eds.).  Use of anticonvulsant in psychiatry:  recent advances.  Clifton, NJ:  Oxford Health Care, 1988: pp. 115-125.

4.    McElroy SL, Keck PE, Jr, Pope HG, Jr, Hudson JI.   Valproate in primary psychiatric disorders:  literature review and clinical experience in a private psychiatric hospital.  In:  McElroy SL, Pope HG, Jr (eds.).  Use of anticonvulsant in psychiatry:  recent advances.  Clifton, NJ:  Oxford Health Care, 1988: pp. 24-41.

46

C.V.
Paul E. Keck, Jr., M.D.

5.    McElroy SL, Keck PE, Jr, Pope HG, Jr.   The use of anticonvulsants in major affective disorder:  a brief review. Mind 1988; 2:11-15.


**1989**

6.    Keck PE, Jr.  Neuroleptic malignant syndrome.  Directions in Psychiatry, 1989;9:1-7.

7.    McElroy SL, Keck PE, Jr, Pope HG, Jr, Hudson JI.   The use of valproate in psychiatric disorders:  literature review and clinical guidelines.   J Clin Psychiatry (supplement), 1989;50:23-29.


**1991**

8.    Nierenberg AA, Keck PE, Jr, Samson J, Rothschild AJ, Schatzberg AF.   Methodologic considerations for the study of treatment resistant depression  In:   Amsterdam J (ed.), Advances in Neuropsychiatry and Psychopharmacology, vol. 2:  Refractory Depression, New York; Raven Press, 1991: pp. 1-12.

9.    Keck PE, Jr, McElroy SL, Pope HG, Jr.  Epidemiology of neuroleptic malignant syndrome. Psychiatry Ann 1991;21:148-151.

10.   Keck PE, Jr, McElroy SL, Pope HG, Jr.  Neuroleptic malignant syndrome.  Current Opinion in Psychiatry 1991;4:34-37.


**1992**

15.   Keck PE, Jr, McElroy SL, Friedman LM.  Carbamazepine and valproate in panic and post traumatic stress disorders, withdrawal states and behavioral dyscontrol syndromes.  J Clin Psychopharm,1992;12:365-415.

16.   McElroy SL, Keck PE, Jr, Pope HG, Jr, Hudson JI.  Valproate in the treatment of bipolar disorder:  literature review and clinical guidelines.  J Clin Psychopharm 1992;12:425-525.

17.   Keck PE, Jr.  Insomnia in anxiety and depression:  Differential diagnosis and treatment options.  Modern Medicine 1992; 60:79-86.

**1993**

14.   McElroy SL, Keck PE, Jr.  Mood disorders:  rapid cycling.  In:  Dunner D (ed.),  Current Psychiatric Therapy, Philadelphia; W.B. Saunders, 1993: pp 226-231.

47

C.V.
Paul E. Keck, Jr., M.D.

15.   McElroy SL, Keck PE, Jr.  Treatment guidelines for valproate in schizoaffective and bipolar disorder.  Can J Psychiatry 1993; 38:S62-S66.

16.   Keck PE, Jr, McElroy SL.  Treatment of bipolar disorder with lithium.  Psychiatry Ann 1993; 23:1-6.

17.   Bowden CL, Hirschfeld RMA, Jamison KR, Keck PE, McElroy SL, Nemeroff CB, Post RM, Potter WZ, Swann AC.  Practical Guidelines for the Management of Bipolar Disorder. Monograph on Practical Clinical Guidelines, Edited by Bowden CL, Nemeroff CB, Potter WZ.  Chicago:  Discovery International, 1993.


1994

18.   Keck PE, Jr, McElroy SL, Bennett JA.  Pharmacology and pharmacokinetics of valproic acid. In:  Joffe RT, Calabrese JR (eds).  Anticonvulsants in Psychiatry.  Marcel Dekker, 1994; pp. 27-42.

19.   Keck PE.  Managing the manic patient better.  Emergency Psychiatry News, Spring 1994, pp. 1-4.

20.   Keck PE, Jr, McElroy SL, Thienhaus OJ, Faedda GL. Antiepileptic drugs in the treatment of withdrawal and detoxification states.  In:  Modigh K, Robak O, Vestergaard P (eds.), Anticonvulsants in Psychiatry.  Wrightson Biomedical Publishing Ltd., Petersfield, UK, 1994, pp. 99-111.

21.   McElroy SL, Keck PE, Jr.  Experience with valproate in affective disorders.  In:  Modigh K, Robak O, Vestergaard P (eds.), Anticonvulsants in Psychiatry.  Wrightson Biomedical Publishing Ltd., Petersfield, UK, 1994, pp. 57-71.

22.   Stewart W, Breslau N, Keck PE, Jr.  Comorbidity of migraine and panic disorder.  Neurology 1994; 44(Suppl 7):S23-S27.

23.   McElroy SL, Phillips KA, Keck PE, Jr.  Obsessive-compulsive spectrum disorder.  J Clin Psychiatry (Suppl) 1994; 55:33-51.

24.   Hirshfeld RMA, Clayton PJ, Cohen I, Fawcett J, Keck PE, McClellan J, McElroy SL, Post RM, Satloff A.  Practice guidelines for the treatment of patients with bipolar disorders.  Am J Psychiatry 1994; 151(Suppl): 1-31.


1995

48

25.  McElroy SL, Pope HG, Jr, Keck PE, Jr, Hudson JI.  Disorders of impulse control.  In: Hollander E, ed.  Impulsive Aggression and Disorders of Impulse Control.  John Wiley & Sons, London, 1995; pp. 109-136.

26.  McElroy SL, Keck PE, Jr, Phillips KA.  Kleptomania, compulsive buying, and binge eating disorder.  J Clin Psychiatry 1995; 56(Suppl):14-26.

27.  Keck PE, Jr.  Lithium, valproate, and carbamazepine:  What do we know?  Academic highlights.  J Clin Psychiatry 1995; 56:41-43.

28.  McElroy SL, Keck PE, Jr, Friedman LM.  Minimizing and managing antidepressant side effects.  J Clin Psychiatry (Suppl) 1995; 56:49-55.

29.  Keck PE, Jr, McElroy SL.  Rapid pharmacological loading in acute mania.  CME Commentary, Champaign, IL, 1995; 1-6.

30.  McElroy SL, Keck PE, Jr.  Drugs for treatment of bipolar disorder:  Anticonvulsants.  In: Nemeroff CB, Schatzberg AS (eds.), Textbook of Psychopharmacology.  American Psychiatric Press, Washington, DC 1995; 17:351-376.

31.  Bowden C, Schatzberg A, Keck PE.  Bipolar disease:  Expanding therapeutic options.  Primary Psychiatry 1995; 2:29-41.

32.  Keck PE, Jr, Mathew NT, Naritoku DK.  The Use of Anticonvulsants for the Treatment of Epilepsy, Migraine, and Bipolar Disorder.  Champaign, IL:  Grotelueschen Associates, 1995.

33.  Keck PE, Jr, Bennett JA, Stanton SP.  Health-economic aspects of the treatment of manic-depressive illness with divalproex.  Rev Contemp Pharmacother 1995; 6:597-604.

34.  Keck PE, Jr.  Monitoring neuroleptic malignant syndrome.  Current approaches to psychoses.  Excerpta Medica 1995; 4:6-7.

35.  Keck PE, Jr.  Schizoaffective patients.  J Clin Psychiatry monograph series 1995; 13:24-27.

36.  McElroy SL, Keck PE, Jr.  Recovered memory therapy:  False memory syndrome and other complications.  Psychiatr Ann 1995; 25:731-735.

37.  Keck PE, Jr.  Identifying and treating secondary mania.  Psychiatric Times Bipolar Disorders Letter 1995; 1:1-3.

**1996**

49

C.V.
Paul E. Keck, Jr., M.D.

38.     West SA, McElroy SL, Keck PE, Jr.   Valproate.   In: Goodnick PJ (ed.), Predictors of Response in Mood Disorders.  American Psychiatric Press, Washington, DC:  1996, pp. 133-146.

39.     Keck PE.   Update on valproic acid in psychiatry (Currents Interview).   Currents in Affective Illness 1996; 15:5-11.

40.     Keck PE.   Risks and benefits in the treatment of bipolar depression (Currents Interview). Currents in Affective Illness 1996; 15:5-12.

41.     Keck PE, Jr, McElroy SL, Kmetz GF, Sax KW.  Clinical features of mania in adulthood.  In: Shulman K, Tohen M, Kutcher S, (eds.), Mood Disorders Throughout the Life Span.  John Wiley & Sons, Inc., New York 1996; pp. 265-279.

42.     Keck PE, Jr, McElroy SL.   Outcome in the pharmacologic treatment of bipolar disorder.  J Clin Psychopharmacol 1996; 16(Suppl):15S-23S.

43.     Keck PE, Jr, McElroy SL, Stanton SP, Bennett JA.   Pharmacoeconomic aspects of the treatment of bipolar disorder.  Psychiatr Ann 1996; 26:S449-S453.

44.     McElroy SL, Keck PE, Jr, Strakowski SM.   Mania, psychosis, and antipsychotics.  J Clin Psychiatry (Suppl) 1996; 57:14-26.

45.     McElroy SL, Kasckow JW, Lott AD, Keck PE, Jr.  Valproate in the treatment of behavioral agitation of dementia.  Psychiatr Ann 1996; 26:S470-S473.

46.     Keck PE, Jr, McElroy SL, Strakowski SM.   New developments in the pharmacologic treatment of schizoaffective disorder.  J Clin Psychiatry (Suppl) 1996; 57:41-48.

47.     Keck PE, Jr, McElroy SL.   Olanzapine:   A novel antipsychotic medication.   Today's Therapeutic Trends 1996; 14:63-78.

48.     Keck PE, Jr, McElroy SL, Bennett JA.  Health-economic implications of the onset of action of antimanic agents.  J Clin Psychiatry (Suppl) 1996; 57:13-18.

49.     Bennett JA, Keck PE, Jr, Bennett PA.  New medications to treat bipolar disorder.  Nursing Home Medicine 1996; 4:213-218.

50.     Keck PE, Jr.  Time course of improvement in acute mania and rationale for drug selection.  J Clin Psychiatry (Suppl) 1996; 57:3.

51.     McElroy SL, Keck PE, Jr, Friedman LM.  Minimizing and managing antidepressant side effects: An update.  J Clin Psychiatry 1996; 56(Suppl):49-55.

1997

50

C.V.
Paul E. Keck, Jr., M.D.

52. Keck PE, Jr, McElroy SL. The new antipsychotics and their therapeutic potential. Psychiatry Ann 1997; 27: 320-331.

53. Bowden CL, Nemeroff CB, Keck PE, Jr, Hirschfeld RMA. Practical considerations in the use of mood stabilizers. J Clin Psychiatry Intercom. The Experts converse 1997; 2:1-12.

54. Keck PE, Jr, Strakowski SM. Psychopharmacologic treatment of psychotic disorders across the lifespan. In: Dickstein L, Oldham JM, Riba MB, (eds.), Annual Review of Psychiatry, Vol. 16. American Psychiatric Press, Washington, DC, 1997; IV-7-IV-29.

55. Keck PE, Jr. The use of divalproex. J Clin Psychiatry Mongraph 1997; 15: 18-22.

56. Keck PE, Jr, McElroy SL. New uses of antidepressants: Social phobia. J Clin Psychiatry 1997; 58[Suppl 9]: 32-36.

57. Keck PE, Jr, McElroy SL. Pharmacologic treatment of bipolar disorders. In: Nathan PE, Gorman JM (eds.), A Guide to Treatments that Work. Oxford University Press, New York, NY, 1997; pp. 249-269.

58. Keck PE, Jr. Ask the expert-side effects/toxicity of valproate and carbamazepine. Bipolar Disorders Letter 1997, p. 8.

59. Keck PE, Jr. Bipolar depression. J Depressive Disords 1997; 2: 3-17.

60. Keck PE, Jr. Practical pharmacology. A pharmacoeconomic model of divalproex vs. lithium in the acute and prophylactic treatment of bipolar disorder. Medscape Mental Health 1997; 2:1-5.

**1998**

61. West SA, Keck PE, Jr, McElroy SL. Valproate. In: Goodnick PJ (ed.), Mania: Clinical and Research Perspectives. American Psychiatric Press, Washington, DC, 1998; 301-317.

62. Keck PE, Jr, McElroy SL, Arnold LM. Economic implications of pharmacotherapy for bipolar disorders. Primary Psychiatry 1998; 5: 70-72.

63. Keck PE, Jr, McElroy SL. Antiepileptic drugs. In: Nemeroff CB, Schatzberg AS (eds.) Textbook of Psychopharmacology, Second Edition. American Psychiatric Press, Washington, DC, 1998; pp. 431-454.

64. Keck PE, Jr. Update on treatment of bipolar disorder (Currents Interview). Currents in Affective Illness 1998; 17: 5-10.

65. Bennett JA, Moioffer M, Stanton SP, Dwight M, Keck PE, Jr. A risk-benefit assessment of pharmacologic treatments for panic disorder. Drug Safety 1998; 18: 419-430.

51

66.   Keck PE, Jr. McElroy SL, Strakowski SM. Anticonvulsants and antipsychotics in the
      treatment of bipolar disorder. J Clin Psychiatry 1998; 59 [Supple 6]: 74-81.

67.   Goldberg JF, Altshuler LL, Frye M, Keck PE, Jr. Pharmacoeconomics of lithium and
      divalproex sodium in the treatment of bipolar disorder.  Directions in Psychiatry 1998; 18:
      113-127.

68.   Keck PE, Jr. Mood stabilizers do not always control depression, mania. Psychopharmacology
      Update 1998; 9: 1-9.

69.   Keck PE, Jr. Update on treatment of bipolar depression (Currents Interview). Currents in
      Affective Illness 1998; 17: 5-11.

70.   Goldberg JF, Altshuler LL, Frye M, Keck PE, Jr. Pharmacoeconomics of lithium and
      divalproex sodium. In: Stahl S, ed. Essential Psychopharmacology 1998; 2:363-383.


                                    **1999**

71.   Goldberg, JF, Keck PE, Jr. Summary of findings on the course and outcome of bipolar
      disorders, In: Goldberg JF, Harrow M (eds.), Bipolar disorders: clinical course and outcome.
      American Psychiatric Press, Washington, DC, 1999; pp. 275-288.

72.   McElroy SL, Keck PE, Jr, Strakowski SM. An overview of the treatment of schizoaffective
      disorder. J. Clin Psychiatry 1999; 60 [Suppl 5]: 16-22.

73.   Keck, PE, Jr, McElroy SL, Strakowski SM.  Schizoaffective disorder – Role of atypical
      antipsychotics. Schizophr Res 1999; 35: S5-S12.

74.   McElroy SL, Soutullo CA, Keck PE, Jr. Pharmacologic management of abnormal sexual
      behavior. In: Buckley PF (ed.), Sexuality and Serious Mental Illness. Harwood Academic
      Publishers, Amsterdam, The Netherlands, 1999; pp. 197-216.

75.   Keck PE, Jr. Pharmacological treatment strategies: atypical antipsychotics, In: Keck PE, Jr
      (ed.), Managing Depressive Symptoms of Schizophrenia. Science Press, London, UK, 1999;
      pp. 44-57.

76.   McElroy SL, Pope HG, Jr, Keck PE, Jr. Valproate. In: Sadock BJ, Sadock VA, eds. Kaplan
      and Sadock's Comprehensive Textbook of Psychiatry. Seventh Edition. Lippincott Williams
      & Wilkins, Baltimore, MD, 1999, pp. 2289-2299.

77.   Keck PE, Jr, McElroy SL, Arnold LM. Economic implications of pharmacotherapy for
      bipolar disorder: An update.  Economics of Neuroscience 1999; 1: 61-64.

78.   Soutullo CA, McElroy SL, Keck PE, Jr. Gabapentin treatment of adults and adolescents with
      bipolar disorder: a literature review. Psychiatric Networks 1999; 2: 77-87.

C.V.
Paul E. Keck, Jr., M.D.

## 2000

79.   Keck PE, Jr, Licht R.  Antipsychotic medications in the treatment of mood disorders.  In: Buckley PF, Waddington JL, eds. Schizophrenia and Mood Disorders: The New Drug Therapies in Clinical Practice; Butterworth-Heiman, Boston, 2000, pp. 199-211.

80.   Keck PE, Jr, Strakowski SM, McElroy SL. The efficacy of atypical antipsychotics in the treatment of depressive symptoms, hostility and suicidality in patients with schizophrenia. J. Clin Psychiatry 2000; 61[Suppl 3]: 4-9.

81.   Keck PE, Jr, McElroy SL, Strakowski SM, Soutullo CA. Antipsychotics in the treatment of mood disorders and risk of tardive dyskinesia. J Clin Psychiatry 2000; 61[Suppl 4]: 33-38.

82.   Keck PE, Jr, Arnold LM. Serotonin syndrome. Psychiatr Ann 2000; 30:333-343

83.   Bennett JA, Moioffer M, Stanton SP, Dwight M, Keck PE, Jr. A risk-benefit assessment of pharmacological treatments for panic disorder. In, Palmer KI, ed. Pharmacotherapy of Anxiety Disorders. Adis International, Auckland, NZ, 2000, pp 31-42.

84.   Arnold LM, Keck PE, Jr. Depression in women. Columbia Womens Health Monograph 2000; 2: 5-15

85.   Keck PE, Jr. Treatment of bipolar disorder: lithium, atypical antipsychotics, and anticonvulsants. Resident & Staff Physician 2000, 5:32-38.

86.   Keck PE, Jr, McElroy SL, Arnold LM, Dewan NA, Bennett JA. The costs of treatment of bipolar disorder. In: Marneros A, Angst J, eds, Bipolar Disorders. 100 years after Manic-Depressive Insanity. Kluwer Academic Publishers, 2000: pp. 437-448.

87.   Keck PE, Jr. The efficacy of atypical antipsychotics against negative symptoms in schizophrenia and mood disturbances in affective disorders. Directions in Psychiatry 2000; 20: 12-17.

88.   Dunayevich E, Keck PE, Jr. Prevalence and description of psychotic features in mania. Current Psychiatry Reports 2000; 2: 286-290.

89.   Keck PE, Jr. Editorial: Treatment advances in bipolar disorder – making up for lost time. Biol Psychiatry 2000; 48: 430-432.

90.   Bennett JA, Dunayevich E, McElroy SL, Keck PE, Jr. New mood stabilizers and the treatment of bipolar disorder. Drug Benefit Trends 2000; 12: 3-16.

## 2001

53