C.V.
Paul E. Keck, Jr., M.D.

91.    Keck PE, Jr, McElroy SL. Antiepileptic drugs. In: Schatzberg AF, Nemeroff CB, eds. Essentials of Clinical Psychopharmacology. American Psychiatric Press, Washington, DC: 2001: pp. 237-266.

92.    Keck PE, Jr, McElroy SL, Arnold LM. Bipolar disorder. Medical Clinics of North America 2001; 85: 645-661.

## 2002

93.    Keck PE, Jr, McElroy SL. Antiepileptic agents for bipolar disorder: what is the evidence so far?  Current Psychiatry 2002; 1: 18-24.

94.    Keck, PE, Jr, McElroy SL. Pharmacological treatment of bipolar disorder. In: Gorman JM, Nathan PE, eds. A Guide to Treatments that Work, Second Edition. Oxford University Press,  2002: pp. 277-300.

95.    Keck PE, Jr, McElroy SL. Clinical pharmacodynamics and pharmacokinetics of antimanic mood-stabilizing agents.  J Clin Psychiatry 2002; 63 [Suppl 4]: 3-11.

96.    Keck PE, Jr, Nelson EB, McElroy SL. Maintenance treatment of bipolar disorder: improving long-term outcome. Current Psychiatry 2002; 1: 40-47.

## In Press

97.    Strakowski SM, McElroy SL, Keck, PE, Jr. Efficacy of valproate in bipolar illness: Comparisons and contrasts with lithium. In: Montgomery S, Halbreich U, eds, Pharmacotherapy of Mood and Cognition.  American Psychiatric Press, Washington, DC, in press.

98. Keck PE, Jr, Strakowski SM, Geracioti TD, Jr, Owens M, Meyer M, Norman AB. Human behavioral and biochemical sensitization: Implications for mood disorders. In: Oxenkrug G (ed.), Contemporary Clinical Psychopharmacology: Relating Basic and Clinical Science. Raven Press, New York, NY, in press.

99. Keck PE, Jr, Manji HK. Pharmacologic treatment of acute bipolar mania and maintenance treatment. In: Charney D, Coyle J, Davis K, Nemeroff CB, eds. Psychopharmacology: The Fifth Generation of Progress. Raven Press, New York, in press.

100.  Keck PE, Jr. Commentary: What is the true cost of bipolar disorder? World Psychiatric Series Series: Evidence and Experience in Psychiatry, Volume 5. Maj M, ed.  John Wiley & Sons, Chichester, England, in press.

101.    Delbello MP, Kowatch RA, Keck PE, Jr. New antiepileptic agents for the treatment of bipolar disorder.  Child and Adolescent Psychopharmacology Newsletter, in press.

54

C.V.
Paul E. Keck, Jr., M.D.

102. Keck PE, Jr. Medications, medical problems and psychiatric medicine. J Clin Psychiatry, in press.

103. Keck PE, Jr, McElroy SL. Carbamazepine and valproate in the maintenance treatment of bipolar disorder. J Clin Psychiatry, in press.

**Books:**

1.   Keck PE, Jr. (ed.) Managing Depressive Symptoms of Schizophrenia.  Science Press, Lond, UK, 1999.

**Abstracts:**

**1986**

1.   Keck PE, Jr, Pope HG, Jr, McElroy SL.  Neuroleptic malignant syndrome: its frequency and presentation in a large psychiatric hospital.  American Psychiatric Association Annual Meeting, Washington, DC, May 15, 1986, SN95.

**1987**

2.   McElroy SL, Pope HG, Jr, Keck PE, Jr, Hudson JI.  Treatment of Psychiatric disorders with sodium valproate:  a series of 73 cases.  American Psychiatric Association Annual Meeting, Chicago, IL, May 10-13, 1987.  Scientific Exhibit #838.

3.   McElroy SL, Pope HG, Jr, Keck PE, Jr, Hudson JI.  Treatment of psychiatric disorders with sodium valproate:  a series of 73 cases.  Hospital and Community Psychiatry Annual Meeting, Boston, MA, October 26-28, 1987.  Scientific Exhibit #6.

**1988**

4.   Pope HG, Jr, Keck PE, Jr, McElroy SL, Hudson JI.  Treatment of bulimia nervosa with trazodone:  a placebo-controlled double-blind study.  Third International Conference on Eating Disorders.  New York, April 24, 1988.

5.   Hudson JI, Pope HG, Jr, Keck PE, Jr, McElroy SL.  Treatment of bulimia with trazodone: short-term response and long-term follow-up.  XVIth C.I.N.P. Congress.  Munich, West Germany, August 15, 1988.

6.   Nierenberg AA, Keck PE, Jr, Pope HG, Jr, Vuckovic A.  MAOI autoinduction of hypertension without crisis.  World Psychiatric Association Regional Symposium, Washington, DC, October 13-16, 1988.

7.   Nierenberg AA, Keck PE, Jr, Schatzberg AF, Rothschild AJ, Samson J.  Catecholamine, cortisol, and psychosocial correlates of refractory depression.  First International Conference on Refractory Depression.  Philadelphia, October 6-7, 1988.

55

C.V.
Paul E. Keck, Jr., M.D.

8.    Keck PE, Jr, Pope HG, Jr, Cohen BM, McElroy SL, Nierenberg AA.  Risk factors for
      neuroleptic  malignant  syndrome:  a  case-control  study.  American  College  of
      Neuropsychopharmacology Annual Meeting, San Juan, Puerto Rico, December 13, 1988.

**1989**

9.    Hudson JI, Lipinski JF, Lukas SE, Keck PE, Jr, Dorsey CM.  EEG sleep in mania and
      depression:  preliminary findings.  Northeastern Sleep Society Annual Meeting, White Plains,
      NY, March 31 - April 1, 1989.

10.   Keck PE, Jr, Cohen BM, Satlin A, Cole JO.  Incidence of akathisia in patients on clozapine.
      American Psychiatric Association Annual Meeting, San Francisco, CA, May 9, 1989, NR
      132.

11.   Aaronson ST, Nierenberg AA, Keck PE, Jr, McElroy SL, White K.  A simple refractory
      depression scale.  Society of Biological Psychiatry Annual Meeting, San Francisco, CA, May
      5, 1989.

**1990**

12.   Hudson JI, Lipinski JF, Keck PE, Jr, Lukas SE, Dorsey CM, Rothschild AJ, Aizley HG.
      Sleep in mania versus unipolar depression.  Association of Professional Sleep Societies
      Annual Meeting, Minneapolis, MN, June 27 - July 1, 1990.

13.   Keck PE, Jr, Hudson JI, Dorsey CM, Matheson JK, Campbell PI.  Increased eye movements
      during NREM sleep in fluoxetine-induced insomnia.  Association of Professional Sleep
      Societies Annual Meeting, Minneapolis, MN, June 27 - July 1, 1990.

14.   Keck PE, Jr, Hudson JI, Dorsey CM, Matheson JK, Campbell PI.  Fluoxetine-associated
      insomnia associated with increased eye movements and muscle tone during non-REM sleep.
      Northeastern Sleep Meeting, Boston, MA, March 31 - April 1, 1990.

15.   McElroy SL, Pope HG, Jr, Keck PE, Jr, Hudson, JI.  A placebo-controlled study of valproate
      in mania.  American Psychiatric Association Annual Meeting, New York, NY, May 15, 1990,
      NR.

16.   McElroy SL, Pope HG, Jr, Keck PE, Jr, Hudson JI.  A placebo-controlled study of valproate
      in the treatment of acute mania.  NCDEU Annual Meeting, Key Biscayne, FL, June 1, 1990.

17.   Nierenberg AA, Keck PE, Jr.  One antidepressant failed, what next?  NCDEU Annual
      Meeting, Key Biscayne, FL, May 30, 1990, #11.

18.   Goldenberg DL, Hudson JI, Keck PE, Jr, Pope HG, Jr.  Depression, panic disorder, migraine,
      and irritable bowel syndrome in patients with fibromyalgia syndrome.  American College of
      Rheumatology, 54th Annual Scientific Meeting, Seattle, WA, October 27 - November 1,
      1990.

56

C.V.
Paul E. Keck, Jr., M.D.

## 1991

19.  Phillips KA, McElroy SL, Keck PE, Jr, Pope HG, Jr, Hudson JI.  Body dysmorphic disorder.  American Psychiatric Association Annual Meeting, New Orleans, LA, May 1991, NR.

## 1992

20.  McElroy SL, Keck PE, Jr, Pope HG, Jr, Hudson JI, Faedda GL.  What is dysphoric mania?  American Psychiatric Association Annual Meeting, Washington, DC, May 1992, S 105 A.

21.  McElroy SL, Phillips KA, Keck PE, Jr, Pope HG, Jr, Hudson JI.  Body dysmorphic disorder: can it be psychotic?  American Psychiatric Association Annual Meeting, Washington, DC, May 1992, NR 482.

22.  Phillips KA, McElroy SL, Keck PE, Jr, Pope HG, Jr, Hudson JI.  Body dysmorphic disorder: 50 cases of imagined ugliness.  American Psychiatric Association Annual Meeting, Washington, DC, May 1992, NR 147.

23.  Keck PE, Jr, McElroy SL.  Alternatives to lithium in treatment resistant bipolar depression.  Second International Conference on Refractory Depression.  Amsterdam, The Netherlands, June 24-26, 1992.

24.  McElroy SL, Keck PE, Pope HG, Hudson JI, Faedda GL, Swann AC.  Dysphoric or mixed mania:  Clinical and theoretical implications of mania accompanied by depression.  Second International Conference on Refractory Depression.  Amsterdam, The Netherlands, June 24-26, 1992.

25.  Keck PE, McElroy SL, Tugrul KC, Bennett JA.  Valproate oral loading in the treatment of acute mania.  Ohio College of Clinical Pharmacy 1992 Annual Symposium, Cincinnati, Ohio, October 9, 1992.

## 1993

26.  Bottorff MB, Dean S, Bennett JA, Keck PE.  Valproic acid pharmacokinetics are not altered following CYP2D6 inhibition with quinidine.  Am Soc Clin Pharmacol Ther, Honolulu, HI, March 1993.

27.  Keck PE.  Antiepileptic drugs for the treatment of panic disorder.  International Symposium Antiepileptic Drugs in Psychiatry.  University of Freiburg, Freiburg, Germany, January 29-30, 1993.

28.  Phillips KA, McElroy SL, Keck PE, Pope HG, Hudson JI.  Body dysmorphic disorder:  74 cases of imagined ugliness.  First International Obsessive-Compulsive Disorder Conference, Capri, Italy, March 12-13, 1993.

57

C.V.
Paul E. Keck, Jr., M.D.

29.   Keck PE, Taylor VE, McElroy SL, Tugrul KC, Bennett JA.   Valproate treatment of panic disorder and lactate-induced panic attacks.  13th National Conference on Anxiety Disorders, Charleston, South Carolina, March 20, 1993.

30.   Wulsin LR, Keck PE, McElroy SL.   Reliable diagnosis:   What to do with Bipolar II. American Psychiatric Association Annual Meeting, San Francisco, May 1993, Paper.

31.   Phillips KA, McElroy SL, Keck PE, Jr, Pope HG, Jr, Hudson JI.  Body dysmorphic disorder: Can it be psychotic?  American Psychiatric Association Annual Meeting, San Francisco, May 24, 1993, NR1.

32.   Phillips KA, McElroy SL, Keck PE, Jr, Pope HG, Jr, Hudson JI.  Body dysmorphic disorder: 90 cases of imagined ugliness.   American Psychiatric Association Annual Meeting, San Francisco, May 24, 1993, NR2.

33.   Keck PE.    Antiepileptic drugs in treatment of withdrawal and detoxification states. Anticonvulsants in Psychiatry, Loen, Norway,  September 1993, Paper.

34.   Keck PE, McElroy SL, Strakowski SM, Tugrul KC, Hawkins JM, Huber TJ, Newman RM. Comorbidity in first compared with multiple episode mania.  American Academy of Clinical Psychiatrist Annual Meeting, Chicago, IL, October 8, 1993.  Ann Clin Psychiatry 1993; 5:285-286.

35.   McElroy SL, Strakowski SM, Keck PE, Tugrul KC, Huber TJ, Hawkins JM, Newman RM. Comorbidity in dysphoric compared with pure mania.   American Academy of Clinical Psychiatrists Annual Meeting, Chicago, IL, October 8, 1993.  Ann Clin Psychiatry 1993; 5:285.

36.   Keck PE, Bennett JA, McElroy SL, Strakowski SM, Tugrul KC, Lonczak HS.   Low prevalence of antithyroid antibodies and hypothyroidism in patients with mania.   First International Congress on Hormones, Brain and Neuropsychopharmacology.   Rhodes, Greece, September 13-17, 1993; Neuropsychopharmacol 1993; 9:109S-110S.

37.   Strakowski SM, Keck PE, McElroy SL, Tugrul KC, Huber TJ, Hawkins JM, Newman RM. Temporal relationship of age of onset of comorbid and principal diagnoses in first-episode psychosis.   American Academy of Clinical Psychiatrist Annual Meeting, Chicago, IL, October 8, 1993.

38.   Phillips KA, McElroy SL, Keck PE, Pope HG, Hudson JI.  Body dysmorphic disorder: Can it be psychotic?  NCDEU Annual Meeting, Boca Raton, FL, June 3, 1993; Psychopharm Bull 1994; 30:119.

39.   Phillips KA, McElroy SL, Keck PE, Pope HG, Hudson JI.  Body dysmorphic disorder:  74 cases of imagined ugliness.  First International Obsessive-Compulsive Disorder Conference Abstracts.  Weesp, The Netherlands: Solvay Duphar, 1993; 85-86.

58

C.V.
Paul E. Keck, Jr., M.D.

40.  Hudson JI, Lipinski JF, Keck PE, Jr, Aizley HG, Vuckovic A, Zierck KC, Pope HG, Jr. Sleep in schizophrenia. Seventh Annual Meeting Association of Professional Sleep Societies. Los Angeles, CA, June 1993.

41.  Phillips KA, McElroy SL, Keck PE, Jr, Pope HG, Jr, Hudson JI. Body dysmorphic disorder: Can it be delusional? American Psychiatric Association 45th Institute on Hospital and Community Psychiatry. Baltimore, MD NR63.

42.  Phillips KA, McElroy SL, Keck PE, Jr, Pope HG, Jr, Hudson JI. Body dysmorphic disorder: 100 cases of imagined ugliness. American Psychiatric Association 45th Institute on Hospital and Community Psychiatry. Baltimore, MD, NR64.

## 1994

43.  Keck PE, Jr, Bennett JA, McElroy SL, Strakowski SM, Tugrul KC. Low prevalence of antithyroid antibodies and hypothyroidism in patients with mania. American College of Clinical Pharmacy, Annual Meeting, San Diego, February 1994.

44.  Hudson JI, McElroy SL, Raymond N, Crow S, Keck PE, Jr, Carter WP, Mitchell J, Strakowski S, Pope HG, Jr, Coleman B, Jonas J. Fluvoxamine in the treatment of binge eating disorder: A multicenter, placebo-controlled study. Sixth International Conference on Eating Disorders, New York, April 30, 1994.

45.  Keck PE, Jr, McElroy SL, Arnold LM, Newman RM. Neuroleptic malignant syndrome - End of a controversy? American Psychiatric Association Annual Meeting, Philadelphia, PA, May 1994.

46.  Stanton SP, Bennett JA, Keck PE, Jr, Tugrul KC, Strakowski SM, McElroy SL. Compliance with pharmacologic treatment in mania. American Psychiatric Association Annual Meeting, Philadelphia, PA, May 1994.

47.  Sax KW, Strakowski SM, Keck PE, Jr, McElroy SL, West SA, Stanton SP. Attention deficit in mixed and pure mania. American Psychiatric Association Annual Meeting, Philadelphia, PA, May 1994.

48.  West SA, McElroy SL, Strakowski SM, Keck PE, Jr, McConville BJ. Comorbid ADHD in adolescent mania. American Psychiatry Association Annual Meeting, Philadelphia, PA, May 1994.

49.  Hudson JI, McElroy SL, Raymond NC, Crow S, Keck PE, Jr, Jonas JM. Fluvoxamine treatment of binge eating disorder: A multicenter, placebo-controlled trial. American Psychiatric Association Annual Meeting, Philadelphia, May 1994.

59

C.V.
Paul E. Keck, Jr., M.D.

50.  Strakowski SM, Keck PE, Jr, McElroy SL, Lonczak HS, Tugrul KC, West SA.  Chronology of principal and comorbid syndromes in first-episode psychosis.  Biol Psychiatry [abstract] 1994; 35:623-624.

51.  West SA, McElroy SL, Strakowski SM, Keck PE, Jr, McConville BJ.  Comorbidity of attention-deficit hyperactivity disorder in adolescent mania.  NCDEU Annual Meeting, Marco Island, FL, June 1994.  Psychopharmacol Bull [Abstract] 1995; 30:72952.  Friedman LM, Keck PE, Jr, Bianca R, Cutler NR, Cole JO.  A prospective, double-blind, randomized, cross-over, outpatient study to evaluate and compare the subjective effects of single doses of placebo, abecarnil and diazepam in volunteer adults with a history of recreational sedative drug use.  NCDEU Annual Meeting, Marco Island, FL, June 1994.  Psychopharmacol Bull [Abstract] 1995; 30:670.

52.  Keck PE, Jr.  NMS and malignant hyperthermia - End of a controversy?  XIXth CINP Congress, Washington, DC, June 1994.  Neuropsychopharmacol 1994; 10:4645.

53.  Stanton SP, West SA, Newman RM, Keck PE, Jr, Bennett JA, Tugrul KC.  TRH stimulation test in patients with mania, mixed mania, and psychotic depression.  International Society Psychoneuroendocrinology 25th Congress, Seattle, WA, August 1994.

54.  Strakowski SM, Keck PE, Jr, McElroy SL, Lonczak HS, Tugrul KC, West SA.  Chronology of principal and comorbid syndromes in first-episode psychosis.  Schizophrenia 1994, Vancouver, BC, Canada, August 23, 1994.

**1995**

55.  West SA, Strakowski SM, Raute NJ, McElroy SL, Keck PE, Jr.  Phenomenology and comorbidity of adolescents hospitalized for mania.  American Psychiatric Association Annual Meeting, Miami, FL, May 1995, NR148.

56.  Keck PE, Jr, Wilson DR, Strakowski SM, McElroy SL, Kizer DL, Balistreri T, Holtman H, DePriest M.  Clinical predictors of acute risperidone response in schizphrenia, schizoaffective disorder, and psychotic mood disorders.  American Psychiatric Association Annual Meeting, Miami, FL, May 1995, NR484.

57.  West SA, Sax KW, Keck PE, Jr, Strakowski SM, McElroy SL.  Thyroid function studies in acutely manic adolescents with and without ADHD.  NCDEU Annual Meeting, Orlando, FL, May 31 - June 3, 1995; Psychopharmacol Bull 1995; 31:630.

58.  Chang KD, Stanton SP, Keck PE, Jr, McElroy SL, Strakowski SM.  Differences in thyroid function between bipolar patients with mixed mania and pure mania.  American Psychiatric Association Annual Meeting, Miami, FL, May 1995, NR103.

60

59.  Dwight MM, Newman RM, Strakowski SM, Keck PE, Jr, McElroy SL.  Co-occurrence of migraine with mixed mania, pure mania, and rapid-cycling bipolar disorder.  American Psychiatric Association Annual Meeting, Miami, FL, May 1995, NR86.

60.  Wortman MD, Stanton SP, Keck PE, Jr, West SA.  An indirect measure of dopamine sensitization by serum prolactin levels in humans.  American Psychiatric Association Annual Meeting, Miami FL, May 1995, NR516.

61.  Strakowski SM, McElroy SL, Keck PE, Jr, West SA, DePriest M.  Racial influence on diagnosis in psychotic mania.  Society of Biological Psychiatry Annual Meeting, Miami, FL, May 1995, NR44.

62.  Sax KW, Strakowski SM, Keck PE, Jr, McElroy SL.  Attention and formal thought disorder in first-episode psychosis.  American Neuropsychiatric Association Seventh Annual Meeting, 1995.

63.  Calabrese JR, Woyshville MJ, McElroy SL, Keck PE, Cookson J, Andersen J, Ascher J, Bolden-Watson C, Paterson G.  Spectrum of efficacy of lamotrigine in treatment-refractory manic depression.  Second International Conference on Affective Disorders, Jerusalem, Israel, September 4-8, 1995.


## 1996

64.  Geracioti TD, Loosen P, Ekhator N, Schmidt D, Baker D, Richtand N, Kasckow J, Keck PE, Jr, Ebert M.  Uncoupling of CNS serotonin and norepinephrine systems in depression.  Society of Biological Psychiatry Annual Meeting, May 1-5, 1996; New York, NY; Biol Psychiatry 1996; 39:584-585.

65.  Chang KD, Keck PE, Jr, Lu S.  Treatment of mixed mania with levo-thyroxine.  American Psychiatric Association Annual Meeting, New York, NY, May, 1996, NR 26.

66.  Soutullo CA, Chang KD, Stanton SP, Keck PE, Jr, McElroy SL, West SA.  Thyroid function in adolescents with mixed mania versus pure mania.  American Psychiatric Association Annual Meeting, New York, NY, May, 1996, NR 42.

67.  Stanton SP, Gilbert P, Wilson DR, Keck PE, Jr, McElroy SL.  The relationship of shame in depression versus mania.  American Psychiatric Association Annual Meeting, New York, NY, May, 1996, NR 46.

68.  Stanton SP, McElroy SL, Keck PE, Jr, Strakowski SM, Chang KD, Soutullo CA.  Seasonal variation and onset of illness in mixed versus pure mania.  American Psychiatric Association Annual Meeting, New York, NY, May, 1996, NR 94.

61

C.V.
Paul E. Keck, Jr., M.D.

69.  Stanton SP, Wilson DR, Keck PE, Jr, McElroy SL, Kizer DL, Balistreri T.   Clinical predictors of acute risperidone response in elderly patients with schizophrenia and schizoaffective illnesses.   American Psychiatric Association Annual Meeting, New York, NY, May 1996, NR 117.

70.  Calabrese JR, Bowden CL, Rhodes LJ, McElroy SL, Cookson J, Anderson J, Woyshville MJ, Keck PE, Jr, Kunda K, Ascher JA, Paterson G, Tvarno K, Bolden-Watson C.  Lamotrigine in treatment-refractory bipolar disorder.  American Psychiatric Association Annual Meeting, New York, NY, May, 1996, PS 36.

71.  Strakowski SM, Keck PE, Jr, McElroy SL, West SA.  Diagnostic stability of first-episode psychosis.  American Psychiatric Association Annual Meeting, New York, NY, May, 1996, PS 11.

72.  Keck PE, Jr, Nabulsi AA, Taylor JL, Henke CJ, Chmiel JJ, Stanton SP, Bennett JA.  A pharmacoeconomic model of divalproex vs. lithium in the acute and prophylactic treatment of bipolar I disorder.  NCDEU Annual Meeting, Boca Raton, FL, May, 1996.

73.  Keck PE, Jr, McElroy SL, Strakowski SM, Bourne M.  Compliance with maintenance treatment in manic-depressive disorders.  NCDEU Annual Meeting, Boca Raton, FL, May, 1996.

74.  Bennett JA, Setters MJ, Stanton SP, Keck PE, Jr, Hawkins JM, Pagnucco ML.  Prediction of valproic acid concentrations from divalproex sodium.  NCDEU Annual Meeting, Boca Raton, RL, May, 1996.

75.  Bennett JA, Stanton SP, Wilson DR, Keck PE, Jr, McElroy SL, Balistreri T, Kizer D.  Clinical predictors of acute risperidone response in elderly patients with schizophrenia and schizoaffective illness.  NCDEU Annual Meeting, Boca Raton, FL, May 1996.

76.  Chang K, Soutullo CA, Stanton SP, McElroy SL, Keck PE, Jr, West SA.  Thyroid function in adolescents with mixed vs. pure mania.  World Congress of Psychiatry, Madrid, Spain, August, 1996, #877.

77.  Stanton SP, McElroy S, Keck P Jr, Chang KI, Soutullo C.  Seasonality of mixed vs. pure mania. World Congress of Psychiatry, Madrid, Spain, August, 1996, #735.

78.  Wilson D, Stanton S, Keck P Jr, McElroy S, Balistreri T, Kizer D.  Risperidone response in elderly patients.  World Congress of Psychiatry, Madrid, Spain, August, 1996, #733.

79.  Wilson D, Stanton S, Gilbert P, Keck P Jr, McElroy S.  The relationship of shame in depression vs. mania.  World Congress of Psychiatry, Madrid, Spain, August, 1996, #291.

80.  Strakowski SM, Sax KW, Hawkins JM, Krikorian R, Larsen E, Keck PE, Jr, McElroy SL, Fernandez M.   The neuropathophysiology of bipolar disorder:   What we know from

62

C.V.
Paul E. Keck, Jr., M.D.

neuroimaging research.   American College of Neuropsychopharmacology Annual Meeting, San Juan, PR, December 1996.

81.  Strakowski SM, Hawkins JM, Keck PE, Jr, McElroy SL, West SA.  Agreement in PES and research diagnosis in first-episode psychosis.  Schizophrenia 1996.  Vancouver, British Columbia, 1996.

## 1997

82.  McElroy SL, Soutullo CA, Beckman DA, Keck PE, Jr, Taylor P, Jr.  Intermittent explosive disorder:  A preliminary report of 17 cases.  American Psychiatric Association Annual Meeting, San Diego, CA, May 1997.

83.  Keck PE, Jr, Harrigan E, Reeves K.  The efficacy of ziprasidone in the treatment of positive, negative and depressive symptoms of schizophrenia.   American Psychiatric Association Annual Meeting, San Diego, CA, May 1997.

84.  Keck PE, Jr.  Ziprasidone:  An overview of efficacy and tolerability in the treatment of patients with an acute exacerbation of schizophrenia or schizoaffective disorder.  NCDEU Annual Meeting, Boca Raton, FL, May 1997, NR1; Psychopharmacol Bull 1997; 33: 535.

85.  Shapira NA, Keck PE, Jr, Goldsmith TD, McConville BJ, Haggard PJ, McElroy SL. Tramadol for treatment-refractory OCD.  American Psychiatric Association Annual Meeting, San Diego, CA, May 1997.

86.  Keck PE, Jr, Harrigan E, Reeves K.   The efficacy of ziprasidone in schizophrenia and schizoaffective disorder.   6th World Congress of Biological Psychiatry, Nice, France, June1997.

87.  Geracioti TD, Ekhator NN, West SA, Hill KK, Baker DG, Bruce AB, Wortman MD, Keck PE, Norman AB. Cerebrospinal fluid dopamine and homovanillic acid concentrations in tobacco smokers and patients with post-traumatic stress disorder. Psychoneuroendocrinology 1997; 22: S204.

88.  Baker D, West SA, Orth DN, Hill K Nicholson WE, Ekhator NN, Bruce A Wortman M, Keck PE, Geracioti TD. Elevated cerebrospinal fluid beta-endorphin concentrations in patients with post-traumatic stress disorder. Psychoneuroendocrinology 1997; 22 S212.

## 1998

89.  Soutullo CA, Sorter MT, Foster KD, McElroy SL, Keck PE, Jr. Olanzapine in the treatment of adolescent acute mania: Preliminary report of seven cases. American Psychiatric Association Annual Meeting, June 1, 1998, Toronto, Canada, NR 163.

90.  Shapira NA, Goldsmith TD, Keck PE, Jr, Khosla UM, McElroy SL. Psychiatric evaluation of individuals with problematic use of the Internet.  American Psychiatric Association Annual Meeting, June 1, 1998, Toronto, Canada, NR 157.

63

C.V.
Paul E. Keck, Jr., M.D.

91.    Sax KW, Zimmerman ME, DeBello MP, Hawkins JM, Keck PE, Jr, Strakowski SM.
       Prefrontal corical volume and attentional performance in bipolar disorder. 53rd Annual
       Meeting of the Society of Biological Psychiatry, Toronto, Canada, May 1998, Biol
       Psychiatry 1998; 43: 16s

92.    Calabrese JR, Shelton MD, Keck PE, Jr, McElroy SL, Werkner JE. Topiramate in severe
       treatment-refractory mania. American Psychiatric Association Annual Meeting, June 1, 1998,
       Toronto, Canada, NR 202.

93.    McElroy SL, Soutullo CA, Taylor P, Nelson EB, Beckman DA, Keck, PE, Jr, Strakowski
       SM. Psychiatric features of 30 sex offenders. American Psychiatric Association Annual
       Meeting, June 2, 1998, Toronto, Canada, NR 424.

94.    Hawkins JM, Strakowski, SM, McElroy SL, Sax KW, Keck PE, Jr. First-rank symptoms and
       outcome in new-onset nonaffective psychosis.  American Psychiatric Association Annual
       Meeting, June 3, 1998, Toronto, Canada, NR 456.

95.    Calabrese JR, Shelton MD, Keck PE, McElory SL. Topiramate in severe refractory mania.
       XXIst CINP Congress, July 13, 1998, Glasgow, Scotland, PM 03032. Int J
       Neuropsychopharmacol 1999; 2 (Suppl 1): 57.

96.    McElory, Kmetz GF, Keck PE, Jr. A pilot trial of adjunctive topiramate in the treatment of
       bipolar disorder. XXIst CINP Congress, July 13, 1998, Glasgow, Scotland, PM 03006. Int J
       Neuropsychopharmacol 1999; 2 (Suppl 1): 50.

97.    Keck PE, Jr.  The efficacy of ziprasidone in the treatment  of an acute exacerbation of
       schizophrenia or schizoaffective disorder.   Fifth World Congress of the International
       association for Emergency Psychiatry, October 15, 1998, Brussels, Belgium.

98.    Hirchfeld RMA, Allen MH, Keck PE, Jr, McEvoy J, Fawcett J, Nemeroff CB, Russell J,
       Bowden CL. Safety and efficacy of rapid-loading divalproex sodium in acutely manic bipolar
       patients. American College of Neuropsychopharmacology Annual Meeting, December 13-17,
       1998, San Juan, Puerto Rico.

99.    Sax KW, Strakowski SM, Keck PE, Jr. Attentional improvement and quetiapine fumarate in
       schizophrenia. Institute on Psychiatric Services Annual Meeting, October 2-6, 1998.

100.   Suppes T, Brown ES, McElroy SL, Kmetz GF, Frye MA, Keck PE, Kupka R, Altshuler L,
       Rochussen J, Hatef J, Leverich GS, Post RM. A pilot trial of adjunctive topiramate in the
       treatment of bipolar disorder. American College of Neuropsychopharmacology Annual
       Meeting, Dec 13-17, 1998, San Juan, Puerto Rico.

1999

64

C.V.
Paul E. Keck, Jr., M.D.

101.  Revicki DA, Hirschfeld RMA, Keck PE, Jr, Weisler RH, Ahearn EP. Cost-effectiveness of divalproex sodium vs lithium in long-term therapy for bipolar disorder. American College of Neuropsychopharmacology Annual Meeting, December 13-17, 1999 San Juan, Puerto Rico.

102.  Brown ES, Suppes T, McElroy S, Kmetz G, Frye M, Denicoff K, Keck P, Nolen W, Kupka, Altshuler L, Rochussen J, Hatef J, Leverich G, Post R. A pilot trial of adjunctive topiramate in the treatment of bipolar disorder. Society of Biological Psychiatry Annual Meeting, Washington, DC, May 13-15, 1999, NR 252.

103.  Soutullo CA, Del Bello MP, Casuto LS, Lake K, Gramam SM, McDonough-Ryan, McElroy SL, Strakowski SM, Keck PE, Jr. Psychiatric disorders in children of bipolar patients versus controls: preliminary results. American Psychiatric Association Annual Meeting, Washington, DC. May 17, 1999, NR 23.

104.  Keck PE, Jr, Reeves KR, Harrigan EP. Ziprasidone treatment of an acute exacerbation of schizoaffective disorder. American Psychiatric Association Annual Meeting, Washington DC. May 18, 1999, NR 283.

105.  Del Bello MP, Soutullo CA, Ochsner JE, McElroy SL, Keck PE, Jr, Strakowski, SM. Racial differences in the treatment of adolescents with bipolar disorder.  American Psychiatric Association Annual Meeting, Washing, DC. May 18, 1999, NR 379.

106.  Keck PE, Jr, Martin J, Thomas JH, Allen MH, Hirschfeld RMA, Aomerville KW. Safety and efficacy of oral loading divalproex sodium in acutely manic bipolar patients. American Psychiatric Association Annual Meeting, Washington, DC. May 19, 1999, NR 451.

107.  Calabrese JR, Van Kammen DP, Shelton MD, Keck PE, Jr, McElroy SL. Topiramate in severe treatment-refractory mania. American Psychiatric Association Annual Meeting, Washington, DC. May 20, 1999, NR 680

108.  Hirschfeld RMA, Weisler RH, Keck PE, Jr, Ahern E, Revicki S. Cost-effectiveness evaluation of divalproex sodium versus lithium in the treatment of bipolar disorder. American Psychiatric Association Annual Meeting, Washington, DC. May 20, 1999, NR 686.

109.  Janicak PG, Keck PE, Jr, Davis JM, Kasckow JW, Tugrul K, Dowd S, Sharma RP. Risperidone versus haloperidol for schizoaffective disorder. American Psychiatric Association Annual Meeting, Washington, DC. May 20, 1999, NR 694.

110.  Liang SG, Sadovnick AD, Remick RA, Keck PE, McElroy SL, Luchman HM, Alexander M, Brown JL, Kelsoe JR. Evidence for linkage disequilibrium between bipolar disorder and markers on chromosome 22q. World Congress on Psychiatric Genetics,

111.  Kelsoe JR, Spence MA, Loetscher E, Sadovnick AD, Remick RA, Keck PE, McElroy S, Mroczkowski-Parker Z, Shekhtman T, Brown JL, Flodman P, Ungerleider S, Tran H, Rapaport MH, Foquet M, Luebbert H. A genome survey indicates a susceptibility locus for

65

C.V.
Paul E. Keck, Jr., M.D.

bipolar disorder on chromosome 22: further support form two additional family sets. World Congress on Psychiatric Genetics,

112.   Greenwood TA, Sadovnick AD, Remick RA, Keck PE, McElroy S, Kelsoe JR. Evidence for linkage disequilibrium between the dopamine transporter and bipolar disorder. World Congress on Psychiatric Genetics,

113.   Brown ES, Suppes T, McElroy S, Kmetz G, Frye M, Denicoff K, Keck P, Nolen W, Kupka R, Altshuler L, Rochussen J, Haytef J, Leverich GS, Post R. A pilot trial of adjunctive topiramate in the treatment of bipolar disorder. Third International Conference on Bipolar Disorder, Pittsburgh, PA, June 17-19, 1999, Abstract # 17;  Bipolar Disorders 1999; 1: 25.

114.   Denicoff KD, Brotman MA, Leverich GS, Nolen W, Rush AJ, McElroy SL, Keck PE, Suppes T, Altshuler LL, Kupka R, Frye MA, Post Rm. Validation of the NIMH-Life-Chart Method (NIMH-LCM™).  Third International Conference on Bipolar Disorder, Pittsburgh, PA, June 17-19, 1999, Abstract # 29;  Bipolar Disorders 1999; 1: 29.

115.   Van Kammen DP, Calabrese JR, Shelton MD, Keck PE, McElroy SL. Topiramate in severe treatment refractory mania. Third International Conference on Bipolar Disorder, Pittsburgh, PA, June 17-19, 1999, Abstract # 132; Bipolar Disorders 1999; 1: 56.

116.   Soutullo CA, McElroy SL, Del Bello MP, Foster K, Keck PE, Jr, Strakowski SM. Open label olanzapine in the treatment of children and adolescents with acute mania associated with bipolar disorder. American Psychiatric Association Research Colloquium for Junior Investigators. National Institute of Health (NIH), Bethesda, MD, May 16, 1999.

117.   Soutullo CA, Sorter MT, Foster KD, McElroy SL, Keck PE, Jr. Olanzapine in the treatment of adolescent acute mania: preliminary report of seven cases. American Psychiatric Association Research Colloquium for Junior Investigators, NIH, Bethesda, MD, May 16, 1999.

118.   Mather DB, Bell EM, Bryant-Comstock L, Sullivan SD, Keck PE, Jr. Development of a cost consequences computer simulation model of bipolar disorder. International Society for Pharmacoeconomics and Outcome Research. Crystal City, VA; May 23-26, 1999.

119.   McElroy S, Altshuler L, Frye M, Keck P, Kmetz G, Suppes T.  A pilot trial of adjunctive topiramate in the treatment of bipolar disorder. XI World Congress of Psychiatry, World Psychiatric Association. Hamburg, Germany, August 7, 1999.

120.   Keck PE, Reeves KR, Harrigan EP, Lakshminarayanan M, and the Ziprasidone Study Group. Ziprasidone reduces overall psychopathology and symptoms of depression in the acute treatment of schizoaffective disorder. XI World Congress of Psychiatry, World Psychiatric Association. Hamburg, Germany, August 7, 1999.

66

C.V.
Paul E. Keck, Jr., M.D.

121. Friedman LM, Keck PE, Jr, Dewan N, McBride JF, Rothschild AJ. Clinical trials infrastructure in academic psychiatry: a case study. American College of Neuropsychopharmacology. Acapulco, Mexico, December 1999.

**2000**

122. Hudson JI, Laird NM, Betensky RA, Keck PE, Jr, Pope HG, Jr. Familial aggregation of eating and mood disorders. American Psychiatric Association Annual Meeting, May 13-18, 2000, Chicago, IL.

123. Keck PE, Jr, Ice KN and the Ziprasidine Study Group. Controlled treatment of acute mania with ziprasidone. American Psychiatric Association Annual Meeting, May 13-18, 2000, Chicago, IL.

124. Keck PE, Jr. A three-week, double-blind, randomized trial of ziprasidone with acute treatment of mania. NCDEU Annual Meeting, Boca Raton, FL, May 30 – June 2, 2000.

125. Bryant-Comstock L, Mather DB, Sullivan SD, Keck PE, Jr, Lee TA, Li H. treatment of bipolar depression: clinical and economic outcomes using a computer simulation model. American Psychiatric Association Annual Meeting, May 13-18, 2000, Chicago, IL.

126. Mann SC, Caroff SN, Cabrina-Cambell E, Blerer HR, Fricchime GL. Keck PE, Jr. Malignant catatonia. American Psychiatric Association Annual Meeting, May 13-18, 2000, Chicago, IL.

127. Suppes T, Kupka R, McElroy SL, Altshuler LL, Frye MA, Keck PE, Denicoff KD, Nolen WA, Rochussen J, Leverich GS, Post RM. Incidence of co-occurrence of hypomania and depressive symptoms in the Stanley Foundation Bipolar Network. 2nd European Stanley Foundation Conference on Bipolar Disorder. October, Amsterdam, The Netherlands.

128. Denicoff KD, Leverich GS, Nolen WA, McElroy SL, Keck PE, Jr, Suppes T, Altshuler LL, Kupka R, Frye MA, Pollio C, Post RM. Morbidity in 202 patients followed for one year in the Stanley Foundation Bipolar Network. 2nd European Stanley Foundation Conference on Bipolar Disorder. October, Amsterdam, The Netherlands.

129. Leverich GS, Altshuler LL, McElroy SL, Keck PE, Jr, Suppes T, Denicoff KD, Nolen WA, Rush AJ, Kupka R, Frye MA, Autio KA, Post RM. Prevalence of axis II comorbidity in bipolar disorder: relationship to mood state and course of illness. 2nd European Stanley Foundation Conference on Bipolar Disorder, October, Amsterdam, The Netherlands.

130. Soutullo CA, DelBello MP, Ochsner JE, McElroy SL, Keck PE, Jr. Severity of bipolar illness in hospitalized manic adolescents exposed to stimulants or antidepressants. Spanish Psychiatric Society Fifth Congress, October 18-21, 2000, Zaragoza, Spain.

**2001**

67

C.V.
Paul E. Keck, Jr., M.D.

131. Arnold LM, Hess E, Hudson JI, Keck PE. A double-blind, placebo-controlled, randomized, parallel-group, 12-week trial of fluoxetine in the treatment of fibromyalgia. 41st Annual Meeting of NCDEU, May 28-31, 2001, Phoenix, AZ.

132. Wosnitzer-Smith K, Freeman MP, Kmetz GF, McElroy SL, Keck PE, Jr. Bipolar disorder and the risk of postpartum depressive episodes. American Psychiatric Association Annual Meeting, May 2001, New Orleans, LA.

133. Frye MA, Altshuler LL, Denicoff KD, Keck PE, Jr, McElroy SL, Suppes T. Gender differences in bipolar disorder: alcohol abuse comorbidity. American Psychiatry Association Annual Meeting, May 2001, New Orleans, LA.

134. Welge JA, Keck PE, Jr. Meta-regression of placebo response in antipsychotic trials involving patients with schizophrenia. Society of Biological Psychiatry Annual Meeting, New Orleans, LA, May 3-5, 2001; Biol Psychiatry 2001; 49: 63S.

135. Arnold LM, Hess EV, Hudson JI, Welge JA, Keck PE, Jr. Fluoxetine treatment of fibromyalgia. American College of Rheumatology 65th Annual Meeting, San Francisco, CA, November, 2001.

136. Kupka R, Nolen WA, Post RM, McElroy SL, Altshuler LL, Denicoff KD, Frye MA, Keck PE, Jr, Leverich GS, Rush AJ, Pollio C, Drexhage HA. High rate of autoimmune thyroiditis in bipolar disorder: lack of association with lithium exposure. Fourth International Conference on Bipolar Disorder, Pittsburgh, PA, June 14-16, 2001.

137. Keck PE, Jr. Update on Pharmacotherapy. Fourth International Conference on Bipolar Disorder, Pittsburgh, PA, June 14-16, 2001.

138. McElroy SL, Arnold LM, Shapira NA, Keck PE, Jr, Rosenthal N, Hudson JI. Topiramate in the treatment of binge eating disorder associated with obesity. Annual Meeting of the American Psychiatric Association Psychiatric Services, October 2001.

139. Arnold LM, Hess EV, Hudson JI, Welge JA, Keck PE, Jr. Fluoxetine treatment of fibromyalgia. American College of Rheumatology 65th Annual Meeting.

**2002**

140. Keck PE, Jr, Saha A, Ali M, Ingenito G, English PA. Aripiprazole vs. placebo in acute mania. American Psychiatric Association Annual Meeting, New Research. Philadelphia, PA, May 13-18, 2002.

141. Keck PE, Hirschfeld RMA, Calabrese J, Reed M, Tierce, Hazard EH. Economic impact of manic symptoms of bipolar spectrum disorder in the United States. New Clinical Drug Evaluation Unit (NCDEU) Annual Meeting. Boca Raton, FL, June 10-13, 2002.

68

C.V.
P___ T. K___ J_ M.D.

142.  Welge JA, Keck PE, Jr, Friedman LM. The Schizophrenia Trial Constorium for modeling placebo response. New Clinical Drug Evaluation Unit (NCDEU) Annual Meeting. Boca Raton, FL, June 10-13, 2002.

**Scientific Advisory Boards:**

| | |
|---|---|
| 1990- | Abbott Laboratories, National Advisory Board, Depakote[R] |
| 1992-1993 | SmithKline Beecham, Regional Advisory Board, Paxil[R] |
| 1993-1994 | Janssen, Inc., Regional Advisory Board, Risperdal[R] |
| 1994- | National Depressive and Manic Depressive Association, Vice Chairman (1998-2001) |
| 1994- | Alza Pharmaceutical, CNS Drug Delivery Systems |
| 1994- | Stanley Foundation Bipolar Network Study |
| 1995- | Chairman and Faculty Advisor, Psychiatric Residents National Advisory Board, Abbott Laboratories, Depakote[R] |
| 1995- | Park-Davis, National Advisory Board, Neurontin[R] |
| 1995- | Wyeth-Ayerst, National Advisory Board, CNS Pharmaceutical Development |
| 1996- | Eli Lilly and Company, Regional Advisory Board, Zyprexa[R] |
| 1996- | Zeneca Pharmaceuticals, National Advisory Board, Seroquel[R] |
| 1997- | The R.W. Johnson Pharmaceutical Research Institute, Scientific Consultant |
| 1997- | Solvay Pharmaceuticals, National Advisory Board, Lithobid[R] |
| 1997- | Pfizer, Inc., National Advisory Board, CNS Pharmaceuticals |
| 1999- | Pfizer, Inc., Visiting Professorship Program Advisory Board |

69

C.V.
Paul E. Keck, Jr., M.D.

| 1998- | Quintiles Pacifica, Inc., La Jolla, CA |
| 2001- | GlaxoSmithKline, National Advisory Board, Lamitcal ® |

**Scientific Consultant:**

| 2001- | Malignant Hyperthermia Association of the United States (MHAUS) |

**Community Services:**

| 1991- | Speaker, NAMI of Hamilton County |
| 1992-1997 | S.A.Y. Soccer Coach, Summit County Day School |
| 1992-1995 | Knothole Baseball Coach, Mt. Lookout Knights |
| 1994-1997 | Knothole Baseball Coach, Green Monsters Baseball Team |
| 1995-1996 | C.Y.O. Baseball Coach, Summit County Day School |
| 1996- | Board of Trustees, Living Arrangements for the Developmentally Disabled, Cincinnati, Ohio |
| 1997 | Speaker, Bipolar Support Group, Hamilton County |
| 1999 | Speaker, Annual Meeting of PLAN, Hamilton County |
| 1999-2000 | C.Y.O. Basketball Coach, Summit County Day School |
| 2000 | M.V.L.A. LACROSSE Coach, Summit Country Day School |

_Paul E. Keck, Jr., M. D._   9/19/02

Reviewed 9/19/02

70

566



# Comprehensive Clinical Research CNS, P.C.

## *"Improving the Quality of Life"*

130 White Horse Pike • Clementon, NJ 08021

## HOWARD A. HASSMAN, D. O.

## CURRICULUM VITAE

**OFFICE ADDRESS:**

Comprehensive Clinical Research, CNS, P.C.
130 White Horse Pike
Clementon, NJ 08021
856-566-9000
Fax: 856-566-4101

**DATE OF BIRTH:** August 11, 1956

**PLACE OF BIRTH:** Philadelphia, PA

**LICENSURE:**

Board Certified by the American Osteopathic Board of Family Practice
Osteopathic Physician and Surgeon, State of California
Osteopathic Physician and Surgeon, State of New Jersey
Osteopathic Physician and Surgeon, State of Pennsylvania

**CURRENT STATUS:**

1998 – Present
Chief Medical Officer
Comprehensive Clinical Research, CNS, P.C.

1994 – 1998
Executive Vice-President, Corporate Development
FPA Medical Management, Inc.

1984 – 1993
General Practitioner
Family Practice Associates of San Diego, Inc.

**EDUCATION:**

1979 – 1983
Philadelphia College of Osteopathic Medicine, Philadelphia, Pennsylvania
Osteopathic Physician and Surgeon, D.O.

1978 – 1979
Drexel University, Philadelphia, Pennsylvania

1974 – 1978
Fairleigh Dickinson University, Madison, New Jersey
B.S.

1983 – 1984
Rotating Internship

Phone: (856)566-9000 • Fax (856)566-9701 • 24 Hour Emergency (800)913-1843 ... ... ... ... Co...

567

## HOWARD A. HASSMAN, D.O.

University of Medicine & Dentistry
John F. Kennedy Memorial Hospital
Stratford, Cherry Hill, and Washington Township Divisions, New Jersey

**POST GRADUATE TRAINING:**

| | |
|---|---|
| 1982 – 1994 | University of Pennsylvania, Ongoing Clinical Research Training. Instructor for five years in the Department of Psychiatry at University of Pennsylvania. Worked collaboratively with Karl Rickels, M.D., Chairman of the Department of Psychiatry and President of the Private Practice Research Group |
| 1981 – 1984 | W. George Case, M.D., Director, University of Pennsylvania 1240 Hours of Training in the Conduct of Clinical Research |

**HOSPITAL AND ADMINISTRATIVE APPOINTMENTS:**

| | |
|---|---|
| 2001 – 2002 | Hampton Behavioral Center, Westhampton NJ |
| 2001 – 2002 | Scientific Advisory Group of Organon, Inc. for The New Treatment Option for the Mature Depressed Patient, presenter of Patient Trial Program The Plaza Hotel, New York, NY March 24, 2001 |
| 2001 – 2002 | Scientific Advisory Group of Organon, Inc. for The New Treatment Option for the Mature Depressed Patient, presenter of Patient Trial Program New York Hilton, New York, NY March 25, 2001 |
| 2000 – 2001 | Eli Lilly and Company Advisory Board on Tomoxetine for ADD and ADHD Pediatrics, Adolescents, and Adults |
| 1999 – Present | Eli Lilly and Company Advisory Board for Pediatric, Adolescent, and Adult ADHD |
| 1999 – Present | Forest Laboratories Advisory Board for Geriatric Study |
| 1999 – 2000 | Eli Lilly and Company Advisory Board on Tomoxetine for ADD and ADHD Pediatrics, Adolescents, and Adults |
| 1998 – 2001 | JFK Memorial Hospital, University of Medicine and Dentistry, Stratford NJ |
| 1991 – 1995 | Staff Member, Hillside Hospital (Closed) |
| 1990 – 1996 | Staff Member, Mercy Hospital |
| 1984 – 1998 | Staff Member, Grossmont Hospital |
| 1984 – 1987 | Staff Member, Executive Committee, Alvarado Hospital |

**AWARDS AND HONORS:**

| | |
|---|---|
| 1996 | Entrepreneur of the Year Award, Ernst & Young |
| 1996 | Outstanding Efforts in the Healthcare Community The City of San Diego, Susan Golding, Mayor |

2

# HOWARD A. HASSMAN, D.O.

| | |
|---|---|
| 1995 | San Diego Press Club, Headliner |
| 1982 | American College of General Practitioners - Osteopathic Medicine and Surgery Preceptor Program |
| 1980 – 1983 | Philadelphia College of Osteopathic Medicine<br>Lambda Omicron Gamma, National Medical Fraternity<br>Award for Outstanding Leadership (three-time recipient) |

## PUBLICATIONS:

### MONOGRAPHS

| | |
|---|---|
| 1999 | *Alternative Treatments for Common Conditions*, St. Louis: Quality Medical Publishing, Inc. |

### ARTICLES

| | |
|---|---|
| 2000 | Comparative Study of the Clinical Effectiveness of a Pyrethrin-Based Pediculicide with Combining Versus a Permethrin-Based Pediculide with Combing |
| 2000 | Pleconaril Treatment Shortens Duration of Picornavirus Respiratory Illness in Adults; F.G. Hayden; H.A. Hassman; T. Coats; R. Menedez; T. Bock; and the Pleconaril Respiratory Infection Study Group |
| 1998 | Clinical Pediatrics<br>Comparative Study of the Clinical Effectiveness of a Pyrethrin-Based Pediculicide with Combining Versus a Permethrin-Based Pediculicide; C.V. Bainbridge, Ph.D.; G.L. Klein, M.D.; S.I. Neibart, M.D.; H. Hassman, D.O.; K. Ellis, D.O.; D. Manring, M.D.; R. Goodyear, R.N.C.; J. Newman, M.D.; S. Micik, M.D.; F. Hoehler, Ph.D.; P. Walicke, M.D. |
| 1998 | Journal Of Clinical Psychiatry<br>Buspirone and Imipramine for Treatment of Major Depression in the Elderly; Edward Schweizer, M.D.; Karl Rickels, M.D.; Howard Hassman, D.O.; Felipe Garcia-Espana, Ph.D. |
| 1993 | Archives of General Psychiatry<br>Antidepressants for the Treatment of Generalized Anxiety Disorder:<br>A Placebo-Controlled Comparison of Imipramine, Trazodone and Diazepam; Karl Rickels, M.D.; Robert Downing, Ph.D.; Schwizer, M.D.; Howard Hassman D.O. |
| 1991 | European Journal Pharmacopsychiatry<br>Adinazolam, Diazepam, Imipramine and Placebo in Major Depressive Disorder, A Controlled Study; K. Rickels; J. London; Ira Fox; H. Hassman; Irma Csanalosi; Ch. Weise; The Psychopharmacology Research and Treatment of Unit and the Private practice Research Group, Department of Psychiatry and The University of Pennsylvania |

### CLINICAL ABSTRACTS

3

# HOWARD A. HASSMAN, D.O.

| 2001 | American Rosuvastatin Trialists Group – Long-Term Efficacy and Safety of Rosuvastatin: Results of a 52-Week Comparator-Controlled Trial Versus Pravastatin and Simvastatin |
| 1999 | Hoechst Marion Roussel – A Double-Blind, Multi-Center, Randomized, Active-Controlled, Two-Arm, Parallel-Group Comparative Study of the Efficacy and Safety of Oral HMR3647 Versus Oral Clarithromycin in the Treatment of Community Acquired Pneumonia in Adults |

## POSTERS

| 2000 | Mirtazapine vs. Sertraline after SSRI Non-Response presented at the ECNP meeting in Munich, Germany September 9-13, 2000 |
| 2000 | Mirtazapine vs. Paroxetine in Elderly Depressed Patients presented at the ECNP meeting in Munich, Germany September 9-13, 2000 |

## CLINICAL RESEARCH:

### CNS STUDIES

| 1982 – 1983 | Rater and Physician, Alprazelam Anxiety Study #2 PPRG |
| 1982 – 1983 | Rater and Physician, Abbott Anxiety Study with PPRG |
| 1984 – 1985 | University of Pennsylvania Adinazolam Depression Study |
| 1984 | Principal Investigator Cheviak Bigasdh Syndrome Study Independently conducted |
| 1985 – 1987 | Downing Anxiety Study with PPRG University of Pennsylvania |
| 1989 – 1991 | Miles Laboratories Ipsapirone Study, Anxiety Investigational Research University of Pennsylvania |
| 1990 – 1991 | Bristol Myers Laboratories Buspirone Study, Depression in the Elderly Research University of Pennsylvania |
| 1990 – 1991 | Bristol Myers Laboratories Gepirone Study, Depression Research University of Pennsylvania |
| 1990 – 1991 | Bristol Myers Laboratories Gepirone Study, Anxiety Research University of Pennsylvania |
| 1991 – 1992 | Sandoz Pharmaceutical Corporation Abecarnil and Diazepam in Outpatients with Generalized Anxiety Disorder Principal Investigator |

4

## HOWARD A. HASSMAN, D.O.

1991 – 1992     Wyeth Ayerst Laboratories
Hydrochloride Study, Depression Research
University of Pennsylvania

1991 – 1993     Wyeth Ayerst Laboratories
Hydrochloride Study, Anxiety Research
University of Pennsylvania

1991 – 1993     Bristol Myers Laboratories,
Gepirone Extended Release, Depression Study
University of Pennsylvania

1992 – 1994     Bristol Myers-Squibb Lab
Open Multi-Center Trial of Nefazodone in the Treatment of
Elderly Patients with Mood Disorders
Principal Investigator

1992 – 1993     Bristol Myers-Squibb Lab
Buspar ER Extended Release in the Treatment of Anxiety
Principal Investigator

1993 –1994     TAP Pharmaceuticals, Inc.
Double-Blind, Fixed-Dose, Multi-Center Study Comparing DN-2327
(4&8 Mg. Daily) to Buspar (25mg/day) and Placebo in Patients with Generalized
Anxiety Disorder
Principal Investigator

1999     B4Z-MC-LYAO          Eli Lilly and Company
ADHD – Adult
A Phase III, Randomized, Double-Blind Comparison of Placebo and
Tomoxetine Hydrochloride in Adult Outpatients with DSM-IV Attention Deficit
Hyperactivity Disorder

1999     B4Z-MC-LYAB          Eli Lilly and Company
ADHD – Pediatric
A Phase III, Open-Label Safety and Efficacy Study of Tomoxetine in
Outpatients with ADHD Ages 6 to 18 Years

1999     SCT-MD-05          Forest Laboratories
Anxiety
Flexible-Dose Comparison of the Safety and Efficacy of LU26-054 and Placebo
in the Treatment of Generalized Anxiety Disorder

1999     CN101-124          Bristol-Myers Squibb
Anxiety – Adolescent
A Double-Blind, Multi-Center, Randomized, Parallel-Group, Placebo-Controlled
Study Evaluating the Efficacy and Safety of Two Flexible-Dose Ranges of an
Anxiolitic Agent in Children and Adolescents (Ages 6 to 17)
with Generalized Anxiety Disorder (GAD).  The product is currently marketed
for use in adults

1999     0600B2-397          Wyeth-Ayerst Research
Anxiety – Pediatric
A Double-Blind, Placebo-Controlled Study of Venlafaxine ER in Children and
Adolescents with Generalized Anxiety Disorder

5

**HOWARD A. HASSMAN, D.O.**

1999          003-901                    Organon, Inc.
              Depression – Elderly
              A Double-Blind, Multi-Center, Randomized, Paroxetine-Controlled Study of the
              Efficacy and Safety of Remeron (mirtazapine) in Subjects with Major
              Depressive Disorder who are at least 65 Years of Age

1999          134-004                    Organon, Inc.
              Depression – Gepirone
              A Double-Blind, Multi-Center Randomized, Placebo-Controlled Efficacy and
              Safety Study of ORG 33062 ER and Fluoxetine in Subjects who Suffer from
              Major Depressive Disorder with Atypical Features

1999          CN104-181                  Bristol-Myers Squibb
              Depression – Nefazadone
              A Multi-Center, Double-Blind, Flexible-Dose Safety Trial Comparing
              Nefazodone IR to Nefazodone ER in the Treatment of Depressed Patients

1999          CIT-MD3-97-03              Forest Laboratories
              Depression – Old
              A Randomized, Double-Blind, Placebo-Controlled Trial of Citalopram In
              Depressed Patients at Least 75 Years of Age

1999          CIT-MD-22                  Forest Laboratories
              Depression – Old – Extension
              Celexa Open-Label Treatment of Depression

1999          31-98-220                  Otsuka America Pharmaceuticals, Inc.
              Schizophrenia – Extension
              Open-Label Follow-Up of the Long Term Safety of Aripiprazole Administered
              Orally in Patients with Stable Psychosis

1999          CN 138-004-047             Bristol-Myers Squibb
              Alzheimer's
              A Multi-Center, Randomized, Double-Blind, Placebo-Controlled Study of Three
              Fixed Doses of Aripiprazole in the Treatment of Institutionalized Patients with
              Psychosis Associated with Dementia of the Alzheimer's Type

2000          0600B1-395                 Wyeth-Ayerst Research
              Depression – Pediatric
              An Open-Label, Long Term Safety Study of Venlafaxine ER in Children and
              Adolescents with Major Depressive Disorder

2000          CIT-MD-20                  Forest Laboratories
              Depression – Pediatric – Extension
              Open-Label Extension Study of the Safety and Efficacy of Citalopram in
              Children and Adolescents with Depression

2000          003-045                    Organon, Inc.
              Depression – Pediatric
              A Multi-Center, Randomized, Double-Blind, Placebo-Controlled, Efficacy and
              Safety Study of Remeron in Outpatient Children and Adolescents with Major
              Depressive Disorder

6

**HOWARD A. HASSMAN, D.O.**

| | | |
|---|---|---|
| 2000 | M2020/0046 | Pharmacia & Upjohn Corporation |

Depression – Reboxetine
Reboxetine, Placebo and Paroxetine Comparison in Patients with Major
Depressive Disorder

| 2000 | SCT-MD-01 | Forest Laboratories |
|---|---|---|

Depression – Son of Celexa
Fixed-Dose Comparison of the Safety and Efficacy of LU26-054, Citalopram
and Placebo in the Treatment of Major Depressive Disorder

| 2000 | SCT-MD-03 | Forest Laboratories |
|---|---|---|

Depression – Son of Celexa
Placebo-Controlled Evaluation of the Safety and Efficacy of LU26-054 in the
Prevention of Depression Relapse

| 2000 | 003-900 | Organon, Inc. |
|---|---|---|

Depression – SSRI Failure
Multi-Center, Randomized, Double-Blind, Sertaline-Controlled Study of the
Efficacy and Safety of Remeron (mirtazapine) in Subjects with Major
Depressive Disorder who Failed on SSRI Treatment Due to Lack of Efficacy

| 2000 | F1D-MC-HGIE | Eli Lilly and Company |
|---|---|---|

Depression – Treatment
Olanzapine Plus Fluoxetine Combination Therapy in Treatment Resistant
Depression: A Dose-Ranging Study

| 2000 | SCT-MD-04 | Forest Laboratories |
|---|---|---|

Panic Disorder
Flexible-Dose Comparison of the Safety and Efficacy of LU26-054, Citalopram
and Placebo in the Treatment of Panic Disorder

| 2000 | 31-98-213 | Otsuka America Pharmaceuticals, Inc. |
|---|---|---|

Schizophrenia
An Open-Label Comparison of the Neurocognitive effects of Aripiprazole to
Olanzapine Administered Orally in Patients with Stable Psychosis

| 2000 | B1Y-MC-HCKN | Eli Lilly and Company |
|---|---|---|

Depression – Switching
Switching Subjects from Citalopram, Paroxetine, or Sertraline to Once-Weekly
Modified-Release Fluoxetine Hydrochloride in Maintenance of Response for
Depression

| 2000 | 28105 | Organon, Inc. |
|---|---|---|

Major Depressive Disorder
A Double-Blind, Randomized, Placebo- and Paroxetine- Controlled, Multi-
Center Dose Finding Trial in Outpatients with Moderate to Severe Major
Depressive Disorder

| 2000 | B4Z-MC-LYBB | Eli Lilly and Company |
|---|---|---|

ADHD – Pediatric – Extension
A Phase III, Open-Label Safety and Efficacy Study of Tomoxetine
Hydrochloride in Pediatric Outpatients (6 to 18 Years) with ADHD

| 2000 | 29060/701 | SmithKline Beecham |
|---|---|---|

7

**HOWARD A. HASSMAN, D.O.**

Depression -- Pediatric
A Randomized, Multi-Center, 8-Week, Double-Blind, Placebo-Controlled, Flexible-Dose Study to Evaluate the Efficacy and Safety of Paroxetine in Children and Adolescents with Major Depressive Disorder

| | | |
|---|---|---|
| 2000 | SCT-MD-11 | Forest Laboratories |

Depression – Prophylaxis
An Evaluation of the Safety and Efficacy of LU26-054 in the Prevention of Depression Recurrence

| | | |
|---|---|---|
| 2000 | CIT-MD-18 | Forest Laboratories |

Depression – Pediatric
A Randomized, Double-Blind, Placebo-Controlled Evaluation of the Safety and Efficacy of Citalopram in Children and Adolescents with Depression

| | | |
|---|---|---|
| 2000 | SCT-MD-17 | Forest Laboratories |

Anxiety – Extension
An Open-Label Extension Study of the Safety and Efficacy of LU26-054 in Patients with Generalized Anxiety Disorder

| | | |
|---|---|---|
| 2000 | 134-502 | Organon, Inc. |

Depression – Gepirone – Extension
A Double-Blind, Multi-Center Extension Trial in Subjects who Suffer from Major Depressive Disorder with Atypical Features who Participated in the Placebo and Fluoxetine Study of ORG33062ER – Protocol 134-004

| | | |
|---|---|---|
| 2000 | H5Z-MC-LUAH | Eli Lilly and Company |

Anxiety
R-Fluoxetine vs. Placebo in the Treatment of Generalized Anxiety Disorder

| | | |
|---|---|---|
| 2000 | 0600B1-402 | Wyeth-Ayerst Research |

Major Depressive Disorder
A Double-Blind, Placebo-Controlled Comparative Efficacy Study of Venlafaxine ER and Sertraline in Producing Remission in Outpatients with Major Depressive Disorder

| | | |
|---|---|---|
| 2000 | B4Z-MC-LYAI | Eli Lilly and Company |

ADHD – Pediatric – Extension
Long-Term, Open-Label, Safety Study of Tomoxetine HCL in Patients 6 Years and Older

| | | |
|---|---|---|
| 2000 | F1D-MC-HGGY | Eli Lilly and Company |

Bipolar I Depression
Placebo-Controlled Olanzapine Monotherapy in the Treatment of Bipolar I Depression

| | | |
|---|---|---|
| 2000 | F1J-MD-HMBH | Eli Lilly and Company |

Depression – Adult
Duloxetine Once-Daily Dosing Versus Placebo in the Acute Treatment of Major Depression.

| | | |
|---|---|---|
| 2000 | GAL-INT-10 | Janssen Research Foundation |

Alzheimer's Disease
Placebo-Controlled Evaluation of Galantamine in the Treatment of Alzheimer's Disease: Safety and Efficacy of a Controlled Release Formulation

| | | |
|---|---|---|
| 2000 | GAL-INT-11/18 | Janssen Research Foundation |

8

**HOWARD A. HASSMAN, D.O.**

|  |  |  |
|--|--|--|
|  | MCI<br>Galantamine in Patients at Risk for the Development of Alzheimer's Disease |  |
| 2000 | 0600B4-389 | Wyeth-Ayerst Research |
|  | Social Anxiety<br>A Double-Blind, Placebo-Controlled, Parallel-Group, Flexible-Dose Study for Venlafaxine ER in Adolescent Outpatients with Social Anxiety Disorder |  |
| 2000 | F1D-MC-HGJJ | Eli Lilly and Company |
|  | Schizophrenia<br>The Assessment of Sibutramine for the Treatment of Olanzapine-Associated Weight Gain in Patients with Schizophrenia and Related Disorders and Bipolar Disorder |  |
| 2000 | RIS-USA-240 | Janssen Research Foundation |
|  | Bipolar I<br>The Efficacy and Safety of Flexible-Dose Ranges of Risperidone vs. Placebo or Divalproex Sodium in the Treatment of Manic or Mixed Episodes Associated with Bipolar I Disorder |  |
| 2001 | MEM-MD-01, 02, 03 | Forest Laboratories |
|  | Alzheimer's Disease<br>A Long-Term Study Evaluating the Safety and Tolerability of Four Memantine Dosing Regimens in Patients with Moderate to Severe Dementia of the Alzheimer's Type |  |
| 2001 | 0600B5-353 | Wyeth-Ayerst Research |
|  | Panic<br>A Double-Blind, Placebo-Controlled, Parallel-Group, Flexible-Dose Study of Venlafaxine Extended-Release Capsules in Adult Outpatients With Panic Disorder |  |
| 2001 | 003-048 | Organon , Inc. |
|  | MDD<br>A Multi-Center, Randomized, Double-Blind, Fluoxetine- and Placebo-Controlled Study of the Efficacy and Safety of REMERON Sol Tab (mirtazapine) Orally Disintegrating Tablets in Subject with Major Depressive Disorder |  |
| 2001 | B1Y-MC-HCLD | Eli Lilly and Company |
|  | MDD<br>Continuation Treatment with Once-Weekly Modified-Release Fluoxetine HCl |  |
| 2001 | B4Z-MC-LYAR | Eli Lilly and Company |
|  | ADHD – Adult – Extension<br>Long-Term, Open-Label Safety Study of Tomoxetine HCl in Adult Outpatients with DSM-IV ADHD |  |
| 2001 | SCT-MD-06 | Forest Laboratories |
|  | Panic Disorder<br>Flexible-Dose Comparison of the Safety and Efficacy of Escitalopram and Placebo in the Treatment of Generalized Anxiety Disorder |  |
| 2001 | 5077US/0043 | Astra-Zeneca |
|  | Schizophrenia |  |

9

### HOWARD A. HASSMAN, D.O.

A Multi-Center, Double-Blind, Randomized Comparison of the Efficacy and Safety of Quetiapine Fumarate and Risperidone in the Treatment of Patients with Schizophrenia

| | | |
|---|---|---|
| 2001 | GAL-INT-26 | Janssen Research Foundation |

Vascular Dementia
A Randomized 26-Week, Double-Blind, Placebo-Controlled Trial to Evaluate the Safety and Efficacy of Galantamine in the Treatment of Dementia Secondary to Cerebrovascular Disease

| | | |
|---|---|---|
| 2001 | C-1073-02 | Scirex Corporation |

MDD
A Phase III, Randomized, Double-Blind, Placebo-Controlled Study of Safety and Efficacy of C-1073 in Patients with Major Depressive Disorder With Psychotic Features

**IM STUDIES**

1992 – 1994    Whitehall Laboratories
Dimetane Extend Tabs vs. Terfenadine, Allergic Rhinitis
Principal Investigator

1992 -- 1995    Glaxo, Inc.
Oral GR122311X Compared with Ranitidine, Duodenal,
and Benign Gastric Ulcer
Principal Investigator

1992 -- 1995    Forest Laboratories
Fosfomycin Tromethamine vs. Ciprofloxin, Uncomplicated
Urinary Tract Infection
Principal Investigator

1992 -- 1993    Upjohn Company
Insomnia Treatment Study Comparing Triazolam and Temazepam
Principal Investigator

1992  - 1994    Pfizer, Inc.
Randomized Parallel Comparative Study of the Clinical Effectiveness of Two
Nit Combs after Treatment with a Pyrethrin-Based Pediculicide
Principal Investigator

1992 –1993    Harris Laboratories/SmithKline Beecham
Safety and Efficacy of Miconazole Nitrate 2% Vaginal Cream
(SB) Compared with Miconazole Nitrate 2% Vaginal Cream (Monistat 7) and
Placebo in the Treatment of Vulvovaginal Candidiasis
Principal Investigator

1992 –1994    Otsuka Pharmaceutical, Inc.
Protocol 106-92-206, Double-Blind Active-Controlled Efficacy Study of OPC-
17116 - Inpatients with Acute Bacterial Exacerbations of
Chronic Bronchitis
Principal Investigator

1992 –1993    Otsuka Pharmaceutical, Inc.
Protocol 106-92-201, Double-Blind Active-Controlled Efficacy

10

# HOWARD A. HASSMAN, D.O.

Study of OPC 17116 - Inpatients with Community Acquired Pneumonia
Principal Investigator

1993 –1994     Forest Lab, Inc.
Fosfomycin Tromethamine vs. Nitrofuantoin Monohydrate/Macrocrystals in
Uncomplicated Urinary Tract Infections, MON-US-03
Principal Investigator

1998 –1999     Tap Holdings, Inc.
A Phase III, Randomized, Double-Blind Comparative Safety and Efficacy of
Cefditoren Pivoxil and Cefadroxil Monohydrate in the Treatment of Patients
with Uncomplicated Skin or Skin Structure infection
Principal Investigator

1998 –1999     TAP Holdings, Inc.
A Randomized Investigator-Blinded Active-Controlled, Parallel-Group Phase III
Study Comparative Safety and Efficacy of Cefditoren Pivoxil and Augmentin
(Amoxicillin/Clavulanate Potassium) in the treatment of Patients with Acute
Bacterial Sinusitis
Principal Investigator

1998 –1999     ViroPharma
A Double-Blind, Randomized,  Placebo-Controlled Trial of Pleconaril in the
Treatment of Picornavirus Respiratory Tract Disease
Principal Investigator

1998 –1999     Scirex Corporation
A Multi-Center, Double-Blind, Placebo-Controlled Trial for Safety and Efficacy
Evaluation of Study Drug in the Treatment of Viral Syndrome
Principal Investigator

1999     99-0-054            Fujisawa Healthcare Research Institute
Atopic Dermatitis
An Open-Label Study To Evaluate The Safety Of Topically Applied Tacrolimus
Ointment For The Treatment Of Atopic Dermatitis

1999     GFXA4004           Glaxo SmithKline Pharmaceutical
Bronchitis – Chronic
A Randomized, Double-Blind, Multi-Center Comparison of the Efficacy and
Safety of Grepafloxacin (Raxar) 400mg or 600mg once daily and Clarithromycin
(Biaxin) 500mg twice daily in the Treatment of Patients with
Acute Bacterial Exacerbations of Treatment of Patients with Acute Bronchitis

1999     ALLHAT           National Heart, Lung and Blood Institute
Heart Attack Prevention
Antihypertensive and Lipid-Lowering Treatment to Prevent Heart Attack Trial
Consisting of a Double-Blinded First-Line Anti-Hypertensive Drug with
Chlorthalidone, Amlodipine, Linsinopril or Doxazosin and an
Open-Labeled Second- and Third-Line Anti-Hypertensive Drug with Reserpine,
Clonidine, Atenolol or Hydralazine along with a Lipid Lowering Component of
Pravastatin vs. Usual Care

11

**HOWARD A. HASSMAN, D.O.**

1999      265805/049           SmithKline Beecham
          Pneumonia 2
          A Randomized, Double-Blind, Double-Dummy, Multi-Center, Parallel-Group
          Study to Asses the Efficacy and Safety of SB-265805, 320mg Oral Dose Once a
          Day for 7 or 14 Days Compared with Trovafloxacin, 200mg Oral Dose Once a
          Day for 7 or 14 Days in the Treatment of Bacterial Community Acquired
          Pneumonia

2000      CV138-056            Bristol Myers Squibb
          Diabetes -- Medication
          A Multi-Center, Randomized, Double-Blind, Parallel-Group Trial Comparing
          the Safety and Efficacy of Metformin/Glyburide to Pioglitazone as First Line
          Therapy in Patients with Type 2 Diabetes Mellitus Who Have Inadequate
          Glycemic Control with Diet and Exercise

2000      AGEE-2064            Nova Nordisk
          Diabetes -- Open-Label
          Repaglinide vs. Pioglitazone vs. Combination in Type 2 Diabetes Patients: A 24-
          Week, Randomized, Controlled Multi-Center Trial

2000      FLTA4038             Glaxo Wellcome
          Asthma
          A Randomized, Double-Blind, Parallel-Group Comparison Study of Inhaled
          fluticasone propionate (88mcg BID) versus Montelukst sodium (10 mg QD)
          Subjects Currently Receiving Beta agonists Alone

2000      SC-397-5098          Astra-Zeneca
          COPD 1
          A 3 Month, Multi-Center, Multinational, Double-Blind, Group Comparative
          Study to Investigate the Effects of AR-C68397AA via pMDI Compared with
          Placebo in Adult Patients with Chronic Obstructive Pulmonary Disease COPD

2000      SC-397-5163          Astra-Zeneca
          COPD 2
          A Multi-Center, Multi-National Double-Blind, Double-Dummy, Placebo-
          Controlled, Group Comparative Study to Investigate the Long Term Safety of
          ARC68397AA via pMDI Compared with Salmeterol in Adult Patients with
          Chronic Obstructive Pulmonary Disease

2000      WV15799              Hoffman LaRoche
          Flu -- Contacts
          A Double-Blind, Randomized, Placebo-Controlled study of RO64-0796
          (also known as GS4104) Used for the Prevention of Clinical Influenza Post
          Exposure in Families

2000      NAII30012            Glaxo Wellcome
          Flu -- Elderly Relenza
          A Double-Blind, Randomized, Placebo-Controlled, Parallel-Group, Multicentre
          Study to Investigate the Efficacy and Safety of Inhaled Zanamivir 10 mg
          Administered Twice Daily for Five Days in the Treatment of Symptomatic
          Influenza A and B Viral Infections in Subjects Ages 65 years +

2000      WV15978              Hoffman LaRoche
          Flu -- Elderly Tamiflu
          A Double-Blind, Stratified, Randomized Placebo-Controlled Study of

                                                                                    12

## HOWARD A. HASSMAN, D.O.

Ro64-0796 in the Treatment of Influenza Infection in Elderly Adults

| | | |
|---|---|---|
| 2000 | NAI40012 | Glaxo Wellcome |

Flu – Relenza Device
An Open-Label, Multi-Center Study of the Patient Instructional Leaflet for Relenza Diskhaler

| | | |
|---|---|---|
| 2000 | S1673001 | Solvay Pharmaceuticals |

Hormone Replacement
A Double-Blind Investigation of the Efficacy and Safety of Continuous Transdermal 1% 17 b-Estradiol in Combination with Levonorgestrel Compared with Continuous Transdermal 1% 17 b-Estradiol Alone for the Prevention of Endometrial Hyperplasia in Postmenopausal Women

| | | |
|---|---|---|
| 2000 | S3B30011 | Glaxo Wellcome |

IBS 1
A Twelve Week Randomized, Double-Blind, Placebo-Controlled Study of the Efficacy and Tolerability of Hydrochloride 1mg Twice Daily for Control of Bowel Urgency in Females with Diarrhea-predominant Irritable Bowel Syndrome

| | | |
|---|---|---|
| 2000 | S3B30020 | Glaxo Wellcome |

IBS 2
A 24 Week, Randomized, Open-Label Study of Health Care Resource Used Quality of Life and Productivity with Alosetron 1 mg Twice Daily Versus Traditional Therapy in Females with Non-constipated Irritable Bowel Syndrome

| | | |
|---|---|---|
| 2000 | P00691 | Schering-Plough |

Lipids
A Phase III Double-Blind Efficacy and Safety Study of SCH 58235 (10mg) in Addition to Pravastatin Compared to Placebo in Subjects with Primary Hypercholesterolemia

| | | |
|---|---|---|
| 2000 | ZD4522IL/0028 | Zeneca Pharmaceuticals |

Lipids 1
A Randomized Double-Blind Multi-Center Trial to Compare the Short-Term and Long-Term Efficacy and Safety of ZD4522, Simvastatin and Pravastatin in the Treatment of Subjects with Hypercholesterolemia

| | | |
|---|---|---|
| 2000 | ZD4522IL/0033 | Zeneca Pharmaceuticals |

Lipids 2
A 6-week Randomized Double-blind Multi-Center Trial to Evaluate the Safety and Efficacy of ZD4522 (5,10,20,40, and 80 mg) and Atorvastatin (10,20,40 and 80Mg) Across Their Respective Dose Ranges in the Treatment of Subjects With Hypercholesterolemia

| | | |
|---|---|---|
| 2000 | ZD4522IL/0034 | Zeneca Pharmaceuticals |

Lipids 2A
An Open-Label, Multinational, Multi-Center, Extension Trial to Assess the Long-term Safety and Efficacy of ZD4522 in Subjects in the ZD4522 Clinical Trial Program

| | | |
|---|---|---|
| 2000 | ZD4522IL/0035 | Zeneca Pharmaceuticals |

Lipids 3
A 12 Week Multi-Center Randomized Double-blind Placebo-controlled Trial to Evaluate the Efficacy and Safety of ZD4522 (5,10,20,40 and 80 mg) in the Treatment of Subjects with Hypertriglyceridemia

13

**HOWARD A. HASSMAN, D.O.**

2000 MT100-304  Pozen
Migraine
A Single Dose, Double-Blind, Safety and Efficacy Study of MT 100,
Metoclopramide Hydrochloride and Naproxen Sodium in Subjects with Acute
Migraine Attacks

2000 N91-99-02-053  Searle
OA – Knee Valdecoxib
Clinical Protocol for a Multi-Center, Double-Blind, Placebo-Controlled,
Randomized Comparison Study of the Efficacy and Upper Gastrointestinal
Safety of Valdecoxib 5 mg, 10 mg and 20 mg qd and Naproxen 500 mg Bid in
Treating the Signs and Symptoms of Osteoarthritis of the Knee

2000 22-163, 302R1  Roberts Laboratories
OA – Ultram
Double-Blind, Placebo-Controlled, Parallel-Group Comparison Of The Efficacy
and Safety of Propiram, Tramadol (Ultram), and Placebo With an Open-Label
Extension of Pain Associated With Osteoarthritis of the Knee and/or Hip

2000 MK-0663-018  Merck Research Laboratories
OA 1
A 1 year Randomized, Placebo and Active-Comparator-Controlled, Parallel-
Group, Double-Blind Two Part Study to Assess the Safety and Efficacy of MK-
0663 versus Naproxen in Patients with Osteoarthritis

2000 MK-0663-019  Merck Research Laboratories
OA 2
A 1-Year Randomized, Placebo and Active-Comparator-Controlled, Parallel-
Group , Double-Blind, Two Part Study to Access the Safety and Efficacy of
MK-0663 Versus Naproxen in Patients with Osteoarthritis

2000 ALX1-11-93001  NPS-Allelix
Osteoporosis
An 18-Month Double-Blind, Placebo-Controlled, Phase III, Trial with a 12-
Month Interim Analysis of the Effect of Recombinant Human Parathyroid
Hormone (ALX1-11) on Fracture Incidence in Women with
Post-Menopausal Osteoporosis

2000 843-023  Viropharma Inc.
Otitis Media
A Double-Blind, Randomized, Placebo-Controlled Evaluation of Pleconaril in
the Prevention of Otitis Media in Children with a History of Otitis Media
Following Picornavirus Respiratory Tract Infection

2000 HMR3647  Hoechst Marion Roussel
Pneumonia
A Double-Blind, Multi-Center, Randomized, Active-Controlled, Two-Arm
Parallel -Group Comparative Study of the Efficacy and Safety of Oral HMR3647
(800mg once daily) Versus Oral Clarithromycin (500mg twice daily) in the
Treatment of Community Acquired Pneumonia in Adults

2000 C99-712  Biogen
Psoriasis
A Randomized, Double-Blind, Placebo-Controlled, Dose Comparison Study to
Evaluate the Efficacy and Safety of Intramuscular Administration of LFA3TIP
(LFA-3/IgG1 Human Fusion Protein) in Subjects with Chronic Plaque Psoriasis

14

**HOWARD A. HASSMAN, D.O.**

2000      MK-0663-024      Merck Research Laboratories
RA
An Active-Comparator and Placebo-Controlled, Parallel-Group, Double-Blind,
52 - Week Study to Assess the Safety and Efficacy of Mk-0663 in Rheumatoid
Arthritis Patients

2000      MK-0966-088      Merck Research Laboratories
RA – GI Outcome
A Double-Blind, Randomized, Stratified, Parallel-Group to Assess the Incidence
of PUB's During Chronic Treatment with MK-0966 or Naproxen in Patients with
Rheumatoid Arthritis: U.S. Cohort

2000      LAM IV-307      Shire Laboratories
Renal Failure – Chronic
Dose Titration, Open-Label Study to Evaluate Long-Term Safety and Efficacy of
Study Drug in Chronic Renal Failure Patients Receiving Hemodialysis

2000      CEF-97-007      Tap Holdings
Sinusitis
Comparative Safety and Efficacy of Cefditoren Pivoxil and Augmentin
(Amoxicillin/Clavulanate Potassium) in the Treatment of Patients with Acute
Bacterial Sinusitis

2000      M1260/0065      Pharmacia & Upjohn Corporation
Skin Infection – Pediatric
Linezolid vs. Cefadroxil in the Treatment of Skin and Skin Structure Infections
in Children

2000      CEF-97-011      Tap Holdings
Skin Infection
Comparative Safety and Efficacy of Cefitoren Pivoxil and Cefadroxil
Monohydrate in the Treatment of Patients with Uncomplicated Skin or Skin
Structure Infection

2000      843-032      Viropharma Inc.
Viral/Cold Study
A Double-Blind, Randomized, Placebo-Controlled Trial Of A Tablet
Formulation of Pleconaril in the Treatment of Viral Respiratory Infection

2000      HMP-3005      Purdue
OA – Pain
A Double-Blind, Randomized, Parallel-Arm, Placebo-Controlled Trial to
Evaluate the Efficacy and Safety of Hydromorphone Hydrochloride Extended
Release 12mg Capsules Compared to Placebo in Patients with Osteoarthritis who
have Moderate to Severe Pain

2000      CV138-056      Bristol-Myers Squibb
Diabetes – Medication
A Multi-Center, Randomized, Double-Blind, Parallel-Group Trial Comparing
the Safety and Efficacy of Metformin/Glyburide to Pioglitazone as First Line
Therapy in Patients with Type 2 Diabetes Mellitus who have Inadequate
Glycemic Control with Diet and Exercise

15

# HOWARD A. HASSMAN, D.O.

2000      WV16193            Roche Global Development
          Flu – Post Exposure Prevention
          A Randomized, Controlled Study of Tamiflu Used for the Prevention of Clinical
          Influenza Post Exposure in Families

2000      KD98-0601          Purdue
          Diabetes – Type II
          A Randomized, Double-Blind, Exploratory, Comparison of Titrated Doses of
          V20001 and Glyburide in Type 2 Diabetic Patients

## PROFESSIONAL AFFILIATIONS AND SOCIETIES:

| | |
|---|---|
| 2001 – 2002 | Scientific Advisory Group for Organon, Inc. for The New Treatment Option for the Mature Depressed Patient |
| 2000 – 2001 | Advisory Board for Eli Lilly on Tomoxetine for ADD and ADHD Pediatrics, Adolescence, and Adults |
| 1999 – Present | Forest Laboratories Advisory Board for Geriatric Study |
| 1999 – Present | Member, Lilly Advisory Board on ADHD |
| 1997 – 1998 | California Board for Devereux California |
| 1994 – 1997 | Fellow, American Academy of Disability Evaluative Physicians |
| 1993 – 1998 | Qualified Medical Evaluator by Department of Industrial Relations Industrial Medical Council |
| 1991 – 1997 | Appointed Instructor of Department of Psychiatry, University of Pennsylvania |
| 1991 | Appointed Member of San Diego Advisory Committee for State Insurance Commissioner, John Garamendi |
| 1989 – 1997 | Alvarado Hospital Medical Center, San Diego, California Supervisor of Surgery Committee |
| 1987 – 1996 | College of Osteopathic Medicine Faculty Council Member |
| 1986 – 1987 | Alvarado Hospital Medical Center, San Diego, California Family Practice Supervisory Committee Supervisor of Orthopedic Committee |
| 1986 – 1987 | Alvarado Hospital Medical Center, San Diego, California Family Practice Supervisory Committee Supervisor of Orthopedic Committee |
| 1986 – 1987 | The Prudential Insurance Company, La Jolla, California Assistant Medical Director |
| 1986 – 1987 | Alvarado Medical Center Utilization Review Committee |
| 1986 – 1987 | Alvarado Medical Center, Family Practice Sub-Supervisory Committee (1987-1988) |

16

## HOWARD A. HASSMAN, D.O.

| | |
|---|---|
| 1986 – 1987 | Alvarado Medical Center Orthopedics Committee (also appointed 1987-88) |
| 1985 – 1987 | Associate Medical Director Pru-Care Plus, San Diego |
| 1984 – 1995 | Philadelphia College of Osteopathic Medicine<br>Faculty Council Member |
| 1984 – 1995 | Pacific College of Osteopathic Medicine<br>Faculty Council Member |
| 1984 | American Osteopathic Association of Osteopathic<br>Physicians and Surgeons of California |
| 1983 | American Heart Association |
| 1983 | New Jersey Association of Osteopathic Physicians and Surgeons |
| 1982 | Osteopathic Physicians and Surgeons of New Jersey |
| 1979 | American College of General Practitioners<br>in Osteopathic Medicine and Surgery |
| 1979 | Philadelphia College of Osteopathic Medicine, Alumni Association |
| 1979 | Lambda Omicron Gamma<br>National Osteopathic Medical Fraternity |
| 1979 | Pennsylvania Osteopathic Association |

_Howard Hassman, D.O.  5/22/02_

17

THE FACE OF THIS DOCUMENT HAS A MULTI-COLORED BACKGROUND AND MULTIPLE SECURITY FEATURES

## State Of New Jersey
## Department Of Law and Public Safety
## Division of Consumer Affairs

THIS IS TO CERTIFY THAT THE
**BOARD OF MEDICAL EXAMINERS**

HAS REGISTERED

HOWARD A HASSMAN
130   WHITE HORSE PIKE
CLEMENTON        NJ 08021

FOR PRACTICE IN NEW JERSEY AS A(N): PHYSICIAN - DO

07/01/01  TO  06/30/03
VALID

SIGNATURE OF REGISTRANT

**MB 45305**
LICENSE/REGISTRATION/CERTIFICATION #

DIRECTOR

584



5077US/0049 : 0040

# CURRICULUM VITAE

## MICHAEL T. LEVY, M.D.

_7/12/03_

### EDUCATION

Queens College, B.A., Magna Cum Laude, 1965

Washington University, St. Louis, M.D., 1969

Fellow:  The Hampstead Clinic, London, with Anna Freud, 1969

Albert Einstein College of Medicine, Medical Internship, 1969-1970

Albert Einstein College of Medicine, Resident in Psychiatry, 1970-1972

Albert Einstein College of Medicine, Chief Resident, 1972-1973

New York Psychoanalytic Institute, 1973-1983.  Graduate Psychoanalyst, 1983.

### HONORS

Phi Beta Kappa, 1965

Alpha Omega Alpha, 1969

### SPECIALTY CERTIFICATE

American Board of Psychiatry & Neurology, Diplomate in Psychiatry, 1976

American Board of Psychiatry & Neurology, Added Qualifications in Geriatric Psychiatry, 1992-2002

New York State License #:  106805-1

### PROFESSIONAL POSITIONS

**Albert Einstein College of Medicine**
Assistant Director Outpatient Clinic - Clinical Instructor, 1973-74

**Mt. Sinai**
Clinical Instructor, 1974-1976

**Gracie Square Hospital**
Director, Inpatient Unit, 1975-1978
Coordinated care on inpatient psychiatric unit, developing an extensive network of community outreach consultation services.  Linked hospital services to Protective Services for Adults, Jewish Association for Services tot he Aged, New York City Department for the Aging, et. al.

**Geriatric Consultation Center, 1973 to date**
Created the first private comprehensive psychiatric group practice in New York dedicated to the assessment and treatment of geriatric patients with psychiatric illness.  Developed an extensive network of consultation services to community-based agencies throughout the five boroughs providing home visits, education, outpatient assessment and treatment, inpatient care.  Trained social workers and mental health aides in the essentials of psychiatric assessment and care through regular lecture series and individual supervision.

**_PROFESSIONAL POSITIONS_** (continued)

**Private Practice**, 1973 to date
General Psychiatry, Psychoanalysis, Psychopharmacology and Geriatric Psychiatry

**Long Island College Hospital**
Director, Inpatient Psychiatry & Coordinator of Geriatric Psychiatry, 1985-1989
Developed the Geriatric Psychiatry service consisting of an inpatient unit, consultation and liaison, community and nursing home consultation, teaching, and research. Created a unique system of psychiatric consultation in the patient's home working with teams of social workers from the community throughout New York City.

**Eger Health Care Center**, Staten Island, New York
Director of Psychiatry , 1989 to date

**Staten Island University Hospital**   450 Seaview Avenue Staten Island, NY  10305
Director of Gerontology & Associate Director, Department of Psychiatry, 1989-1996
Developed and coordinated a fully comprehensive geriatric psychiatry service including a 35 bed inpatient unit, outpatient services, memory disorder clinic, nursing home consultation, community consultation, teaching and research.

**Staten Island University Hospital**
Chairman, Department of Behavioral Sciences, 1997 to date
450 Seaview Avenue Staten Island, New York 10305

Director, Behavioral Medical Research of Staten Island, PC
1361 Hylan Blvd Staten Island, New York 10305

**_CONSULTANT IN GERIATRIC PSYCHIATRY TO:_**

Jewish Association for Services to the Aged, 1980 to date

New York City Department for the aging, 1984 to date

| | | |
|---|---|---|
| Thomas Jefferson Home for Adults, 1984 to date | 650 East 104th St | Brooklyn, NY 11236 |
| Verrazano Nursing Home, 1990 to date | 100 Castleton Ave | Staten Island, NY 10310 |
| New Broadview Manor Home for Adults, 1990 to date | 70 Father Capadanno Blvd | SI, NY 10305 |
| Lakeside Manor Home for Adults, 1995 to date | 797 Brighton Ave | Staten Island, NY 10301 |
| Hylan Manor Home for Adults , 2000 to date | 3565 Hylan Blvd | Staten Island, NY 10308 |
| Mermaid Manor Home for Adults | 3602 Mermaid Ave | Brooklyn, NY 11224 |
| Golden Gate Health Care Center | 191 Bradley Ave. | Staten Island, NY 10314 |
| Staten Island Care | 200 Lafayette Ave. | Staten Island, NY 10301 |

## HOSPITAL APPOINTMENTS

Staten Island University Hospital, 1989 to date

| | |
|---|---|
| 777 Seaview Avenue | 375 Seguine Avenue |
| Staten Island, NY 10305 | Staten Island, NY 10309 |
| | |
| 450 Seaview Avenue | 392 Seguine Avenue |
| Staten Island, NY 10305 | Staten Island, NY 10309 |

## LECTURE SERIES

- How to be Home bound Without Being Shut In: Improving the Quality of Life for Frail Elders: Lecturer, March 1981.

- Growth in the 80's Enhancing Mental Health in Old Age: Panelist, October 1981.

- The Physiology of the Aging Process. New York State Office of Mental Health, March 1982.

## LECTURE SERIES (continued)

- Organic Brain Syndrome, Brooklyn Community Senior Service Network, June 1984.

- Medical/Legal Issues in Aging, Mayor's Conference on Alzheimer's Disease, November 1984.

- Geriatric Medicine. Lutheran Medical Center, November 1985.

- Coping with An Aging Relative. Mental Illness in Later Years: Myths, Realities and Warning Signs, February, 1988.

- The Family Physician and Medication. Alzheimer's Association of Staten Island, March 1990.

- Mothering Mom & Dad. A special Seminar for the "Sandwich Generation". April 1990.

- Update on New Regulations Impacting on Physician Services in Long Term Care Facilities. The Southern New York Residential Health Care Facilities Association. June 1990.

- Come of Age: Coping with Change. Staten Island University Hospital. April 1991.

- Elder Abuse: Working with the Victim and the Abuser. Catholic Charities. April 1991.

- Mayor's Conference on Alzheimer's Disease, Panel Moderator. Sexuality and Aging, 1993.

- Medicine in China: East Meets West in Clinical Practice. Staten Island University Hospital, South, 1993.

- Review of SSRIs: Psychopharmacology, Efficacy, and Side Effect Profile. Staten Island University Hospital, South. Grand Rounds, 1994.

- Olanzapine (Zyprexa): Atypical Antipsychotics; New Directions in Psychopharmacology. Staten Island University Hospital, South. Grand Rounds, 1995.

- Sleep Problems in the Elderly. Staten Island University Hospital, South. Grand Rounds, 1996.

- New Treatments in Schizophrenia: A Review of Atypical Antipsychotics. Staten Island University Hospital, South, 1997.

### *RESEARCH*

- Clinical Investigator:  Olanzapine vs. Placebo in the Treatment of Patients with Psychosis Associated with Depression, Eli Lilly, 1994.

- Clinical Investigator:  Olanzapine vs. Risperdal in the Treatment of Schizophrenia and Other Psychiatric Disorders, Eli Lilly, 1995.

- Clinical Investigator:  Fluoxtine vs. Sertraline vs. Paroxetine in Major Depression, Eli Lilly, 1996 - 1997.

- Clinical Investigator:  Seroquel (Quetiapine Fumarate): Comparison with Haldol and Placebo in Nursing Home Patients, Eli Lilly, 1997 - 1998.

- Clinical Investigator:  Olanzapine vs. Risperidone and Placebo in the Treatment of Psychosis and Associated Behavioral Disturbances in Patients with Dementia, Eli Lilly, 1999.

- Clinical Investigator:  A Double Blind Comparison of the Efficacy and Safety of Short Acting Intramuscular Olanzapine, Lorazepam, and Placebo in Treating Agitation in Patients with Dementia of the Alzheimer's Type, Vascular Dementia and Mixed Dementia, Eli Lilly, 1999.

- Clinical Investigator:  Safety and Efficacy of Olanzapine on Cognitive Symptoms in Subjects with Mild to Moderate Alzheimer's Disease without Psychosis, Eli Lilly, 1999.

- Clinical Investigator:  A Double Blind Multi - Center Study Comparing the Safety and Efficacy of Ziprasidone to Olanzapine in Patients with Schizophrenia or Schizoaffective Disorder Needing In - Patient Care, Pfizer. Inc. , 1999.

- Clinical Investigator:  Olanzapine Plus Fluoxetine Combination Therapy in Treatment-Resistant Depression:  A Dose Ranging Study, Eli Lilly, 2000.

- Clinical Investigator:  Reboxetine, Placebo and Paroxetine Comparison in Patients with Major Depressive Disorder, Pharmacia & Upjohn, 2000.

- Clinical Investigator:  A Randomized, Double-Blind, Placebo-Controlled Trial to Evaluate the Safety and Efficacy of Divalproex Sodium Therapy for Agitation in Nursing Home Residents with Dementia, Alzheimer's Disease Cooperative Study, 2000.

- Clinical Investigator:  A Multicenter Randomized Double-Blind Study of Flexible Doses of Aripiprazole Versus Perphenazine in the Treatment of Patients with Treatment-Resistant Schizophrenia, Bristol-Myers Squibb Co., 2000.

- Clinical Investigator:  Aripiprazole Study of Psychosis Associated with Dementia of the Alzheimer's Type of Nursing Home Residents, Bristol-Myers Squibb Co., 2000.

- Clinical Investigator:  A Controlled Trial of the Efficacy of Rapid Initial Dose Escalation of Olanzapine to Treat Acute Behavioral Agitation in Schizophrenia and Bipolar 1 Disorder, Eli Lilly, 2000.

- Clinical Investigator: A Comparative Effectiveness of Antipsychotic Medications in Patients with Schizophrenia,CATIE,2001

- Clinical Investigator: A Comparative Effectiveness of Antipsychotic Medications in Patients with Alzheimer's Disease, CATIE, 2001

- Clinical Investigator: A Randomized, Double-Blind, Placebo-controlled and Open-Label twelve-month study of the safety of (S)-Zopiclone in Adult Subjects with Insomnia, Sepracor, 2001

- Clinical Investigator: A Randomized, Double-Blind, Placebo-controlled and Open-Label twelve-month study of (S)-Zopiclone in Geriatric Subjects with Insomnia, Sepracor, 2001.

<u>RESEARCH</u> (continued)

- A Multicenter, Double-Blind, Randomized, Placebo Controlled, Crossover Study to Evaluate the Efficacy of a Monophasic Oral Contraceptive Preparation, Containing Drospirenone 3 mg/Ethinyl Estradiol 20 g (as Beta-Cyclodextrin Clathrate), in the treatment of Premenstrual Dysphoric Disorder (PMDD), Berlex Laboratories, 2002.

- A Multicenter, Randomized, Double-Blind, Study of Aripiprazole Versus Placebo in the Treatment Acutely Manic Patients with Bipolar Disorder. Bristol Myers Squibb, 2002.

- Randomized, Double-Blind, Dose-Ranging Study of Intramuscular Aripiprazole in the Treatment of Acute Agitation in Patients with a Diagnosis of Schizophrenia, Schizoaffective, or Schizophreniform Disorder. Bristol Myers Squibb, 2002.

- Switching from Oral Neuroleptics to Risperidone Depot Microspheres, Janssen Pharmaceuticals, 2002.

- A Double-Blind, Placebo-Controlled Multicenter Study of the Long-Term Efficacy of MK-0869 in the Maintenance of Antidepressant Effect in Geriatric Outpatients with Major Depressive Disorder. Merck Laboratories, 2002.

- Clinical Investigator: A Phase III, Randomized, Double-Blind, Placebo-Controlled, Outpatient Study to Assess the Long-Term Safety and Efficacy of Two Dose Levels of NBI-34060 in Adult Patients with Primary Insomnia, Neurocrine Biosciences, Inc., 2002.

- Clinical Investigator: A Double-Blind, Placebo-Controlled, Multicenter Study of the Long-Term Efficacy of MK-0869 in the Maintenance of Antidepressant Effect in Patients with Major Depressive Disorder, Merck Laboratories, 2002.

- Clinical Investigator: Forced Dose Titration, Double-Blind Treatment with Duloxetine Hydrochloride Once Daily Dosing for Evaluation of Safety in Major Depression, Lilly, 2002.

- Clinical Investigator: The Effect of Ortho Tri-Cyclen on Bone Mineral Density in Pediatric Subjects with Anorexia Nervosa: A Double-Blind, Placebo-Controlled Study, Ortho-McNeil Pharmaceutical, Inc., 2002.

<u>PROFESSIONAL ASSOCIATIONS</u>

American Psychiatric Association, 1993

American Association for Geriatric Psychiatry, 1982

The New York Psychoanalytic Society, 1985 - 1992

<u>PUBLICATIONS</u>

"Dynamics of Suicide in Black and White Populations", <u>Archives of General Psychiatry</u>, 1974.

"Depression, Paranoia and Senility in Problems of the Elderly", <u>Health Care News</u>, Vol. 3, 1980.

"What Can You Tell About People From The Way They Dress", <u>Bottom Line</u>, Vol. 2. No. 20, 1981.

"Understanding Aging", <u>Bottom Line</u>, Vol. 5, No. 19, 1984.

"Depression, Myths and Realities", <u>Bottom Line</u>, Vol. 5, No. 19, 1984.

"Psychiatric Assessment of Elderly Patients in the Home: A Survey of 176 Cases", <u>Journal of the American Geriatric Society</u>, 1985.

## **BOOKS**

<u>Parenting Mom & Dad</u>, A Guide for the Grown - Up Children of Aging Parents. N.Y. Prentice - Hall, 1991.

<u>Parenting Mom & Dad</u>, Audiotape, 1992.

<u>Wenn Elfern Alter Werden Der Unfassende Ratgeher Fur Erwadhsene Kinder</u>, Bonn, Bastei Lubee, 1991. (German Edition)

CUT OFF THIS STRIP

5077US/0049 : 0040



The University of the State of New York

THIS IS TO CERTIFY THAT QUALIFICATIONS FOR PROFESSIONAL
PRACTICE IN NEW YORK STATE HAVING BEEN APPROVED

**THE STATE EDUCATION DEPARTMENT**
HAS REGISTERED          4527966

LEVY MICHAEL T
APT 7A
320 CENTRAL PARK WEST
NEW YORK              NY  10025-0000

FOR PRACTICE IN NEW YORK STATE AS A (N)

PHYSICIAN

12/31/04                          106805-1
REGISTRATION PERIOD ENDS            LICENSE/CERTIFICATE NO.

SIGNATURE OF REGISTRANT        COMMISSIONER OF
                               EDUCATION

REGISTRATION CERTIFICATE --- NOT A LICENSE

556

READ
INSTRUC

ON REVER-
SIDE

CUT OFF
THIS STRI

592

5077US/0049 : 0041

## ROBERT A. RIESENBERG, MD
### *CURRICULUM VITAE*

**DATE OF BIRTH:** August 16, 1949

**BIRTHPLACE:** Memphis, Tennessee

**MARITAL STATUS:** Married with three children

**SOCIAL SECURITY NUMBER:** 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

**CITIZENSHIP:** U.S.A.

**EDUCATION**
*Memphis State University (Memphis, TN) BS (Zoology, Psychology) 1972
*University of Tennessee (Memphis, TN) MD 1975

**HOSPITAL AND CLINICAL APPOINTMENTS**

Resident in Psychiatry, Washington University School of Medicine (St Louis, MO)
Department of Psychiatry (Barnes Hospital) 1975-1978

Veterans' Administration Hospital (Atlanta, GA) 1978-1979

Consultant in Geriatric Psychiatry, North Dekalb Mental Health Clinic
(Atlanta, GA) 1979-1981

Secretary of the Department of Psychiatry, Dekalb General Hospital (Decatur, GA) 1981-1982

Vice President of the Department of Psychiatry, Dekalb Medical Center
(Decatur, GA) 1994-1996

**Private Practice-Psychiatry, BioBehavioral Associates-811 Juniper St. NE, Atlanta, GA 30308
1979-Present**

**President, Atlanta Center for Medical Research, 811 Juniper St NE, Atlanta, GA 30308
1982-Present**

Designed Behavioral Medicine Unit, Decatur Hospital (Decatur, GA)
Served as Medical Director, 1981-1982

Medical Director
   **Atlanta Center for Medical Research (Atlanta, GA) 1982-Present**
   **BioBehavioral Associates, P.C. (Atlanta, GA) 1979-Present**
   T.H.E. Sexual Impotency Center (Decatur, GA) 1986-1996
   Weight Control Center (Decatur, GA) 1986-Present
   Medical-Psychiatry Unit, Dekalb Medical Center (Decatur, GA) 1992-1993
   Central Home Health Care (Atlanta, GA) 1994-1995

Robert A. Riesenberg, MD          09-11-02

Page 1 of 17

## ACADEMIC AND STAFF APPOINTMENTS

IRB Advisor/Board member, DeKalb Medical Center IRB, 2701 North Decatur Rd., Decatur, GA 30033 1995 - 2000

Staff Psychiatrist, Full Privileges, Dekalb Medical Center 2701 North Decatur Road, Decatur, GA 30033; 1979-2000

Clinical Assistant Professor of Psychiatry, Emory University School of Medicine (Atlanta, GA), 1978-1979

Partial Privileges, Decatur Hospital (Decatur, GA) 1994-Present

Partial Privileges, Northside Hospital (Atlanta, GA) 1994-Present

## CERTIFICATION

Tennessee Board of Medical Examiners, 1974

FLEX, 1974

## LICENSURE

9398 (State of Tennessee)

**19589 (State of Georgia)**

DEA Number - AR 8246476

## PROFESSIONAL MEMBERSHIP

*American Psychiatric Association*

*Georgia Psychiatric Physicians Association*

*American Medical Association*

*Dekalb Medical Society*

*American Academy of Clinical Psychiatrists*

*Associates of Clinical Pharmacology*

*Drug Information Association*

*American Federation for Aging Research*

*American Geriatric Society*

*Southern Association for Geriatric Medicine*

*American Society on Aging*

Robert A. Riesenberg, MD

**CLINICAL TRIAL EXPERIENCE**

Residency - participation in all phases of tricyclic antidepressant and development studies

CIBA-GEIGY 07
        Principal Investigator
        Phase III of tricyclic short-term study

CIBA-GEIGY 112
        Principal Investigator
        Phase III of tricyclic long-term study

LILLY 79
        Principal Investigator
        Phase III of Serotonin re-uptake inhibitor short-term study

BRISTOL-MEYERS 030A2-0004-1982
        Principal Investigator
        Phase II of second generation antidepressant short-term study

MCNEIL
        Principal Investigator
        Phase II antidepressant short-term study

MCNEIL
        Principal Investigator
        Phase II antidepressant long-term study

MCNEIL
        Principal Investigator
        Phase II antidepressant long-term study

BURROUGHS-WELLCOME
        Principal Investigator
        Long-term safety study

MCNEIL
        Principal Investigator
        Phase III antidepressant long-term study

BOOTS
        Principal Investigator
        Long-term study

WYETH-AYERST
        Principal Investigator
        Generalized Anxiety Disorder outpatient study

CIBA-GEIGY
        Principal Investigator
        Obsessive Compulsive Disorder study

BOOTS
        Principal Investigator

Robert A. Riesenberg, MD

**CLINICAL TRIAL EXPERIENCE**
Phase III study


PFIZER
Principal Investigator
Depression/Bipolar inpatient study

PFIZER
Principal Investigator
Generalized Anxiety Disorder outpatient study

PFIZER
Principal Investigator
Panic Disorder outpatient study

MCNEIL
Principal Investigator
Phase III antidepressant study

WYETH-AYERST
Principal Investigator
Phase III long-term antidepressant study

BOOTS
Principal Investigator
Phase III long-term antidepressant study

ICI
Principal Investigator
Phase II antidepressant study

MERRELL DOW
Principal Investigator
Phase II Single-site antidepressant study

PFIZER
Principal Investigator
Outpatient antidepressant study

PFIZER
Principal Investigator
Outpatient antidepressant study

GLAXO
Principal Investigator
Generalized Anxiety Disorder outpatient study

PFIZER
Principal Investigator
Open-Label outpatient depression study

LOREX
Principal Investigator

Robert A. Riesenberg, MD                                    Page 4 of 17

596

**CLINICAL TRIAL EXPERIENCE**
    Generalized Anxiety Disorder outpatient study

PFIZER
    Principal Investigator
    Geriatric Antidepressant outpatient study

UPJOHN
    Principal Investigator
    Geriatric Panic outpatient study

HOECHST-ROUSSEL
    Principal Investigator
    Dementia [AAMI] outpatient study

PFIZER
    Principal Investigator
    Panic outpatient study

PFIZER
    Principal Investigator
    Obsessive-Compulsive Disorder study

DuPONT
    Principal Investigator
    Alzheimer's outpatient study

HOECHST-ROUSSEL
    Principal Investigator
    Alzheimer's outpatient study

WYETH-AYERST
    Principal Investigator
    Antidepressant outpatient study

TAP ABBOTT
    Principal Investigator
    Generalized Anxiety Disorder outpatient study

SANDOZ
    Principal Investigator
    Generalized Anxiety Disorder outpatient study

PFIZER
    Principal Investigator
    Child & Adolescent Obsessive-Compulsive Disorder study

LILLY
    Principal Investigator
    Phase I-B Generalized Anxiety Disorder outpatient study

ICI
    Principal Investigator

Robert A. Riesenberg, MD                              Page 5 of 17

597

**CLINICAL TRIAL EXPERIENCE**
Schizophrenia inpatient study

PFIZER
Principal Investigator
Adult Obsessive-Compulsive Disorder study

UPJOHN
Principal Investigator
Generalized Anxiety Disorder outpatient study

CAMBRIDGE NEUROSCIENCE
Principal Investigator
Electroconvulsive Therapy inpatient study

ORGANON
Principal Investigator
Antidepressant outpatient study

UPJOHN
Principal Investigator
Panic outpatient study

MILES
Principal Investigator
Depression open-label outpatient study

BURROUGHS WELLCOME
Principal Investigator
Depression open-label outpatient study

PFIZER
Principal Investigator
Generalized Anxiety Disorder outpatient study

PFIZER
Principal Investigator
Depression outpatient study

LILLY
Principal Investigator
Schizophrenic outpatient study

ZENECA
Principal Investigator
Schizophrenia outpatient study

MILES
Principal Investigator
Alzheimer's outpatient study

SMITHKLINE BEECHAM
Principal Investigator
Panic outpatient study

Robert A. Riesenberg, MD                                    Page 6 of 17

## CLINICAL TRIAL EXPERIENCE

LILLY
>    Principal Investigator
>    Depression open-label outpatient study

PFIZER
>    Principal Investigator
>    Alzheimer's outpatient study

ABBOTT
>    Sub-Investigator
>    Schizophrenic inpatient study

ABBOTT
>    Sub-Investigator
>    Schizophrenia open-label outpatient study

WYETH-AYERST
>    Principal Investigator
>    Antidepressant outpatient study

WYETH-AYERST
>    Principal Investigator
>    Generalized Anxiety Disorder outpatient study

PFIZER 108 and 108E
>    Principal Investigator
>    Schizophrenia double-blind outpatient study

MILES
>    Principal Investigator
>    Depression outpatient study

BRISTOL-MYERS SQUIBB
>    Sub-Investigator
>    Depression open-label outpatient study

MILES
>    Principal Investigator
>    Phase III double-blind drug Alzheimer's outpatient study

WYETH-AYERST 341, 335, 208, 211
>    Principal Investigator
>    Depression outpatient study

SOLVAY
>    Principal Investigator
>    Phase II double-blind drug Generalized Anxiety Disorder outpatient study

BAYER
>    Principal Investigator

Robert A. Riesenberg, MD                                  Page 7 of 17

**CLINICAL TRIAL EXPERIENCE**
Depression outpatient study

DUPONT MERCK
Principal Investigator
Outpatient alcohol dependence study

JANSSEN
Principal Investigator
Inpatient/outpatient Schizophrenia study

JANSSEN
Principal Investigator
Inpatient Schizophrenia study

JANSSEN
Sub-Investigator
Inpatient stroke study

JAPAN TOBACCO
Principal Investigator
Phase II double-blind Inpatient/Outpatient Alzheimer's study

SMITHKLINE
Principal Investigator
Phase III double-blind Outpatient Alzheimer's study

WYETH-AYERST 600B-370-US
Principal Investigator
Outpatient Depression study

WYETH-AYERST 600B-214-US
Principal Investigator
Outpatient Anxiety study

SMITHKLINE 497
Principal Investigator
Outpatient Panic study

SMITHKLINE 449
Principal Investigator
Outpatient Depression study

LILLY B1Y-MC-HZAA
Principal Investigator
Outpatient Depression study

PFIZER 128-121
Principal Investigator
Inpatient 7 day Schizophrenia study

JANSSEN RIS USA 069
Principal Investigator

Robert A. Riesenberg, MD                    Page 8 of 17

**CLINICAL TRIAL EXPERIENCE**
Inpatient Schizophrenia study

WYETH-AYERST 95-016-MA
Principal Investigator
Inpatient Depression study

WYETH-AYERST 95-015-MA
Principal Investigator
Outpatient Geriatric Depression study

PROTODIGM LTD. PDL-1000P
Principal Investigator
Outpatient double-blind Alzheimer's study

PROTODIGM LTD. PDL-1015P
Principal Investigator
Outpatient Open-Label extension Alzheimer's study

PFIZER 128-125
Principal Investigator
Inpatient 24 hour acute psychosis study

PFIZER 128-127E
Principal Investigator
Outpatient psychosis study

GLAXO WELLCOME AK1A4001
Principal Investigator
Outpatient Sexual Functioning in Major Depression study

HOECHST MARION ROUSSEL, INC. 0015
Principal Investigator
Phase IIa Inpatient/outpatient double-blind Schizophrenia study

HOECHST MARION ROUSSEL, INC. 0018
Principal Investigator
Phase IIa Inpatient/outpatient open-label extension Schizophrenia study

EAISI E2020-A001-313
Sub-Investigator
Phase IV Outpatient Alzheimer's study

ZENECA 311CIL/0071
Principal Investigator
Phase II I Outpatient migraine study

LILLY F1D-MC-HGFU
Principal Investigator
Outpatient Bipolar disorder double-blind study

GLAXO WELLCOME
Robert A. Riesenberg, MD                                    Page 9 of 17

**CLINICAL TRIAL EXPERIENCE**
> Principal Investigator
> Phase IV Grant Outpatient geriatric depression open-label study

OTSUKA AMERICA 31-97-202
> Principal Investigator
> Inpatient/outpatient Schizophrenia double-blind study

OTSUKA AMERICA 31-97-203
> Principal Investigator
> Outpatient Schizophrenia open-label study

SANOFI DRI2412
> Principal Investigator
> Outpatient depression double-blind study

ASTRA, INC. 0009/0010/0011
> Sub-Investigator
> Stroke Inpatient/Outpatient follow up study

GLAXO WELLCOME AK1A4004
> Principal Investigator
> Outpatient Relapse/Recurrence of Depression study

TAKEDA AMERICA PNFP-004
> Principal Investigator
> Outpatient double-blind Alzheimer's study

TAKEDA AMERICA PNFP-007
> Principal Investigator
> Outpatient double-blind co-administered with Aricept Alzheimer's study

ELI LILLY F1D-MC-HGGA
> Principal Investigator
> Inpatient/Outpatient double-blind Psychotic Depression study

MCNEIL CONSUMER PRODUCTS 97-030
> Principal Investigator
> Outpatient double-blind Migraine study

PFIZER 128-601
> Principal Investigator
> Inpatient/Outpatient double-blind Mania study

PFIZER 128-601E
> Principal Investigator
> Inpatient/Outpatient open-label extension Mania study

MERCK EMD68 843-009
> Principal Investigator
> Outpatient double-blind Depression study

Robert A. Riesenberg, MD                                          Page 10 of 17

602

**CLINICAL TRIAL EXPERIENCE**

OTSUKA 31-98-213
    Principal Investigator
    Outpatient open label Schizophrenia study

OTSUKA 31-98-220
    Principal Investigator
    Outpatient Schizophrenia open label extension study

ELI LILLY B3L-MC-LWA0
    Principal Investigator
    Outpatient double-blind Generalized Anxiety study

ORGANON 041-002
    Principal Investigator
    Inpatient double-blind Schizophrenia study

ORGANON 041-500
    Principal Investigator
    Outpatient Schizophrenia extension

MERCK 128-130-008
    Principal Investigator
    Inpatient double-blind Schizophrenia study

R.W. JOHNSON TOPMAT PDMD-002
    Principal Investigator
    Inpatient double-blind bipolar study

R.W. JOHNSON TOPMATPDMD-003
    Principal Investigator
    Outpatient bipolar open label extension

FOREST CIT-MD3-97-07-000
    Principal Investigator
    Outpatient double-blind depression study

FOREST CIT-MD3-97-11-000
    Principal Investigator
    Outpatient double-blind depression study

FOREST CIT-MD3-97-12-000
    Principal Investigator
    Outpatient double-blind depression study

FOREST CIT-MD3-98-13-000
    Principal Investigator
    Outpatient depression open label extension study

OTSUKA 31-98-217

Robert A. Riesenberg, MD                    Page 11 of 17

## CLINICAL TRIAL EXPERIENCE
      Principal Investigator
      Outpatient double-blind Schizophrenia study

OTSUKA 31-98-218
      Principal Investigator
      Outpatient Schizophrenia open label extension study

HOECHST MARION ROUSSEL 3001
      Principal Investigator
      Inpatient double-blind Schizophrenia study

HOECHST MARION ROUSSEL 3005
      Principal Investigator
      Outpatient Schizophrenia extension study

PFIZER 165-112-5052
      Principal Investigator
      Outpatient Depression Study

NOVARTIS ILP3000
      Principal Investigator
      Inpatient/Outpatient Double-Blind Schizophrenia Study

GLAXO WELLCOME AK1A4007
      Principal Investigator
      Outpatient Sexual Dysfunction Study

SMITHKLINE BEECHAM 29060/641
      Principal Investigator
      Outpatient Generalized Anxiety Disorder Study

ELI LILLY F1D-MC-HGHB
      Principal Investigator
      Inpatient Intramuscular Schizophrenia Study

ELI LILLY F1D-MC-HGHQ
      Principal Investigator
      Inpatient/Outpatient Mania Study

LILLY F1D-MC-HGGU (a)
      Principal Investigator
      Outpatient Agitated Dementia study ongoing

LILLY H5Z-MC-LUAH
      Principal Investigator
      Outpatient Adult Generalized Anxiety Disorder

LILLY H5Z-MC-LUAB
      Principal Investigator
      Outpatient Depression study

Robert A. Riesenberg, MD                Page 12 of 17

**CLINICAL TRIAL EXPERIENCE**

PHARMACIA AND UPJOHN M/3275/0011
      Principal Investigator
      Outpatient Migraine Study

FOREST SCT-MD-04
      Principal Investigator
      Outpatient Panic Study

FOREST SCT-MD-01
      Principal Investigator
      Outpatient Depression Study

FOREST CIT-MD-20
      Principal Investigator
      Outpatient Child Depression Study

FOREST SCT-MD-05
      Principal Investigator
      Outpatient Adult Generalized Anxiety disorder

FOREST CIT-MD-18
      Principal Investigator
      Outpatient Pediatric Depression

FOREST CIT-MD-20
      Principal Investigator
      Outpatient Pediatric Extension Study

WYETH-AYERST LABS 0600B1-915
      Principal Investigator
      Outpatient SSRI failure Depression Study

ORGANON 003-900
      Principal Investigator
      Outpatient Depression Study

ORGANON 003-901
      Principal Investigator
      Outpatient Geriatric Depression Study

ORGANON 003-045
      Principal Investigator
      Outpatient Child/Adolescent Depression Study

ELI LILLY F1D-MC-HGHL
      Principal Investigator
      Outpatient Bipolar Study

ELI LILLY F1D-MC-HGHZ

Robert A. Riesenberg, MD

**CLINICAL TRIAL EXPERIENCE**
      Principal Investigator
      Outpatient treatment resistant depression study

ELI LILLY F1D-MC-HGJA
      Principal Investigator
      IM antipsychotic (Schizophrenia) study

ELI LILLY B4Z-MC-LYAA
      Principal Investigator
      Outpatient Adult ADHD study

ELI LILLY B4Z-MC-LYAR
      Principal Investigator
      Outpatient Open-Label Extension ADULT ADSH Study

ELI LILLY F1D-US-HGIY
      Principal Investigator
      Inpatient Schizophrenia and Bipolar Study

ELI LILLY F1D-EW-LOBE
      Principal Investigator
      IM Depo (schizophrenia) Study

PFIZER 128-602
      Principal Investigator
      Inpatient bipolar with current manic episode study

PFIZER 128-602E
      Principal Investigator
      Outpatient bipolar extension study

GLAXO AK1A4011
      Principal Investigator
      Outpatient Smoking Cessation

ABBOTT M99-045
      Principal Investigator
      Inpatient bipolar with current manic episode study

ABBOTT M99-010
      Principal Investigator
      Inpatient schizophrenia study

NOVARTIS ILP3004
      Principal Investigator
      Inpatient Schizophrenia Study

NOVARTIS ILP3005
      Principal Investigator
      Inpatient Schizophrenia study

Robert A. Riesenberg, MD                   Page 14 of 17

## CLINICAL TRIAL EXPERIENCE

PFIZER A2721002
    Principal Investigator
    Outpatient Depression study

GLAXO/SKB 29060/715
    Principal Investigator
    Outpatient Child Depression & Obsessive Compulsive Disorder PK Study

SUMITOMO D1050006
    Principal Investigator
    Inpatient/Outpatient Schizophrenia study

PURDUE HCD1002
    Principal Investigator
    Phase One PK Inpatient Healthy Normal Study

WYETH-AYERST 0600B2-396-US
    Principal Investigator
    Outpatient Double-Blind Child/Adolescent Anxiety Study

WYETH-AYERST 0600B2-394-US
    Principal Investigator
    Outpatient Double-Blind Child/Adolescent Depression Study

WYETH-AYERST 0600B4-393-US
    Principal Investigator
    Outpatient double-Blind Generalized Social Anxiety Disorder

PHARMACIA & UPJOHN M/3275/0008
    Principal Investigator
    Outpatient double-Blind Adult Migraine Study

ELI LILLY F1D-US-HGJB
    Principal Investigator
    Outpatient Open-Label Adult Schizophrenia Study

WYETH-AYERST 0600B1-382
    Principal Investigator
    Outpatient Double-Blind child/Adolescent Depression Study

GLAXO NSD20000004
    Principal Investigator
    Outpatient Double-Blind Adult Depression Study

TAKEDA ABBOTT PHARMACEUTICALS TAK-637-99-301
    Principal Investigator
    Outpatient Double-Blind Adult Depression Study

JANSSEN PHARMACEUTICALS INC RIS-USA-235

Robert A. Riesenberg, MD                                    Page 15 of 17

## CLINICAL TRIAL EXPERIENCE
Principal Investigator
Inpatient Open-Label Adult Acute Psychosis Study

PFIZER A1651002
Principal Investigator
Outpatient double-Blind Adult Depression Study

PFIZER A1651007
Principal Investigator
Outpatient Double-Blind Adult Depression Extension Study

FOREST CIT-MD3-97-03-000
Principal Investigator
Outpatient 75 Years and Older Depression Study

ORGANON 041-013
Principal Investigator
Inpatient Schizophrenia study

ORGANON 041-505
Principal Investigator
Outpatient Schizophrenia Extension Study

SEPRACOR 190-049
Principal Investigator
Outpatient double-Blind Adult Insomnia Study

FUJISAWA FA-960-0005
Principal Investigator
Outpatient Double-Blind Adult Alzheimer's Study

WYETH-AYERST 06000B1-402-US
Principal Investigator
Outpatient Double-Blind Adult Depression Study

GLAXO SMITHKLINE 29060/810
Principal Investigator
Outpatient Double-Blind Adult Depression Study

OTSUKA 173-98-203
Principal Investigator
Outpatient Double-Blind Adult Depression Study

PARKE-DAVIS 1008-088
Principal Investigator
Outpatient Double-Blind Generalized Anxiety Disorder Study

PARKE-DAVIS 1008-92
Principal Investigator
Outpatient Double-Blind Adult Panic Disorder Study

Robert A. Riesenberg, MD                                    Page 16 of 17

**CLINICAL TRIAL EXPERIENCE**

PHARMACIA & UPJOHN M2020/0047
      Principal Investigator
      Outpatient Double-Blind Adult Depression Study

PHARMAACIA & UPJOHN M 2020/0046
      Principal Investigator
      Outpatient Double-Blind Adult Depression Study

PHARMACIA & UPJOHN 378GCNS0069-01
      Principal Investigator
      Inpatient Double-Blind Schizophrenia Study

SHIRE 105.301
      Principal Investigator
      Inpatient Double-Blind Bipolar Disorder Study

SHIRE 105.303
      Principal Investigator
      Inpatient/Outpatient Open-Label bipolar Disorder Study

SMITHKLINE BEECHAM 29060-701
      Principal Investigator
      Outpatient Double-Blind Pediatric Depression Study

SMITHKLINE BEECHAM 29060/716
      Principal Investigator
      Outpatient Open-Label Pediatric Depression Study

**PUBLICATIONS**

Numerous research-related publications

**Revised January 2002**

Robert A. Riesenberg, MD                  Page 17 of 17

5077US/0049: DOH





STATE OF GEORGIA
COMPOSITE STATE BOARD OF MEDICAL EXAMINERS

PHYSICIAN

LICENSE          019589

ROBERT A RUESENBERG
811 JUNIPER STREET
ATLANTA GA    30308

EXP DATE - 12/31/2003

610

3077US/0043: 0042

# BIRMINGHAM PSYCHIATRY
# PHARMACEUTICAL STUDIES, INC.

**Curriculum Vitae**
*January 10, 2003*

| | |
|---|---|
| Name: | H. Edward Logue, M.D. |
| Position Title: | Principal Investigator<br>Medical Director |
| Address: | Birmingham Psychiatry Pharmaceutical Studies, Inc.<br>One Independence Plaza, Suite 900<br>Birmingham, Alabama 35209 |
| Telephone Number: | 205-868-4286 |
| Fax Number: | 205-868-4293 |
| Education: | Medicine          AL ML#:  5861 |

**Education:**

| Institution and Location | Degree | Year Conferred | Field of Study |
|---|---|---|---|
| *Medical College of Georgia, Augusta Ga.* | *M.D.* | *1963* | *Medicine* |
| *Emory University, Atlanta, Ga.* | *B.S.* | *1958* | *Pre-Med* |
| *Emory University, Oxford Georgia* | *A.D.* | *1955* | *Science* |

**Research and Professional Experience:**

| Position | Institution/Employer and Location | Dates of Employment |
|---|---|---|
| *Psychiatrist/President/Founder* | *Private Practice, Birmingham Psychiatry P.A., Birmingham, Alabama* | *1972 - Present* |
| *Medical Director, Adult Psychiatric Services* | *Brookwood Medical Center Birmingham, Alabama* | *October 1987-Present* |
| *Founder, Medical Director Chairman of Board* | *American Behavioral Benefits Managers, Inc.* | *1989 - Present* |
| *Medical Director* | *Birmingham Psychiatry Pharmaceutical Studies,* Inc. | *1991 - Present* |

---

**ONE  INDEPENDENCE  PLAZA,  SUITE 900   •   BIRMINGHAM,  ALABAMA  35209**
**TELEPHONE (205) 868-4286   •   FAX (205) 868-4293**

*Revised 03-16-2001*

611

| President Alabama Psychiatric Society | State of Alabama | 1990 - 1991 |
|---|---|---|
| Exemplary Psychiatrist Award | National Alliance for the Mentally Ill  Birmingham Alliance for the Mentally Ill | 1998 |

**Professional Memberships:**

(1)     American Psychiatric Association

(2)     American Medical Association

(3)     Alabama Psychiatric Society-District Branch of American Psychiatry Association

(4)     Jefferson County Medical Society

(5)     Medical Association of State of Alabama

(6)     Central Alabama Psychiatric Society

Publications:
    Papers presented to Medical Association of Alabama:
        1.   "Ethics Meets Thanatos"     January 1998
        2.   "Atypical Antipsychotics:  What is Here and What is Coming"          January 1998

Alabama Medical License Number:  5861

Revised 1-10-2003
**Research Experience:**

1. Principal Investigator
"Insomnia treatment study"
Outpatient study
The Upjohn Company
1992

2. Principal Investigator
"Fluvoxamine vs Placebo in the treatment of Panic Disorder."
Enrolled:  20 patients (6 months)
Outpatient study
The Upjohn Company
1992-1993

3. Principal Investigator
"Fluvoxamine vs Placebo in the treatment of Panic
Disorder: A long term maintenance, Double Blind study
comparing efficacy and safety."
Enrolled: 20 patients (6 months)
Outpatient study
The Upjohn Company
1993-1994

4. Principal Investigator
"A Randomized, comparative open-labeled study of Paroxetine
in the Treatment of Depression as used in a Clinical Practice Setting."
Smith-Kline Beecham
Outpatient study
Enrolled: 20 patients (3 months)
1993-1994

5. Principal Investigator
"Olanzapine versus Haloperidol in the Treatment of
Schizophrenia and Other Psychotic Disorders."
 FID-MC-HGAJ
Enrolled: 44 patients (12 months)
Inpatient/Outpatient study
Eli Lilly
1994-1995

6. Principal Investigator
"Imitrex Injections in the Treatment of Migraine Headaches."
Enrolled: 40 patients (2 months)
Outpatient study
Glaxo\Pact
1994

7. Principal Investigator
"Epidemiologic Survey of Prostep."
Smoking cessation study
Enrolled:  20 patients          1993-1994

Revised 1-10-2003

8.  Principal Investigator
    " A Double-Blind, Placebo-controlled, dose response comparison of the
    safety and efficacy of three doses of Sertindole and three doses of Haldol
    in Schizophrenic Patients."
    M93-113
    Inpatient Study
    Abbott Laboratories
    Enrolled: 34 Patients (6 months)
    1994-1995

9.  Principal Investigator
    "An Open-label Assessment of the long-term safety of Sertindole in the treatment of
    Schizophrenic Patients"
    M92-795
    Outpatient study
    Enrolled: 17 (Continuation Study from M93-113)
    Abbott Laboratories
    1995

10. Principal Investigator
    "An Open-label Assessment of the Safety of Sertindole".
    (M94-222)
    Enrolled: 15 patients  (Continuation Study from M93-113)
    Outpatient study
    Abbott Laboratories
    1995

11. Principal Investigator
    "A Phase II   comparative study using a single dose of Acetaminophen,
    Acetaminophen/Cyproheptadine,  Cyproheptadine  Alone  and  Placebo  in  the
    Treatment of Migraine Headache"
    Enrolled: 39 Patients (6 months)
    McNeil Laboratories
    1994 - 1995

12. Principal Investigator
    "A prospective, Multi-center, Open-label study of Serzone (nefazodone) in
    the Managementof Patients with Symptoms of Depression in Depression in
    General Psychiatric Practices"
    (CN 104-127)
    Depression study
    Enrolled:  14 patients (3 months)
    Bristol-Myers Squibb\ICRC

13. Principal Investigator
    "Olanzapine  versus  Risperidone  in  the  Treatment  of  Schizophrenia  and  other
    Psychotic Disorders"
    F1D-MC-HGBG
    Enrolled: 49 patients (4 months)
    Outpatient study
    Eli Lilly              1995

Revised 1-10-2003

14. Sub Investigator
"A Multi Center, Placebo-Controlled Study of Relapse Prevention By Long-Term Treatment with High or Low Doses of ORG-4428 in Outpatients with Recurrent Major Depressive Episode"
Outpatient study
Organon\Pharmaco  Enrolled: 35 patients
1995

15. Principal Investigator
"Open-Label Experience with Olanzapine in Patients Who Have Completed a Previous Olanzapine Clinical Trial" protocol.
Compassionate Use Study
FID-MC-HGDI
Outpatient study
Eli Lilly        1996
Enrolled: 13 patients from previous Olanzapine studies

16. Sub Investigator
"A Randomized Double-Blind, Placebo-Controlled parallel group multicenter, single dose, dose range-finding study to assess the efficacy and tolerability of VML 251 in the acute treatment of migraine."
Outpatient study
April 1996 to June 1996
Vanguard Medica Limited

17. Principal Investigator
"Mazapertine dose finding trial, comparing three fixed dosages of Mazapertine to Risperidone and placebo: multicenter, double-blind parallel group study".
MAZ-INT-01
Janssen Pharmaceutical Research Foundation
March 1996 to July 2, 1996
Inpatient Study        Phase II Clinical Trial
Screened: 23 patients   Randomized: 20 patients
Janssen Pharmaceutical Research

18. Principal Investigator
"A Comparison of Risperidone and Haloperidol for Prevention of Relapse in subjects with schizophrenia and schizoaffective disorders."
RIS-USA-79            Outpatient Study
Enrolled: 27 patients   Janssen Pharmaceutical Research

19. Sub Investigator
"An Open Label, Multicenter Trial Evaluating the Safety and Efficacy of Donepezil Hydrochloride in Patients with Alzheimer's Disease." (E2020)
Outpatient
Pfizer Pharmaceutica

20. Principal Investigator
"A Multicenter Double-Blind, Randomized Comparison of Zolmitriptan and Sumatriptan in The Acute Treatment and of Multiple Migraine Headaches."
Outpatient                    Zeneca Pharmaceuticals

Revised 1-10-2003

21.  Principal Investigator
"A Multicenter, Double-Blind, Randomized, Placebo Controlled, Parallel Group Study of the Efficacy and Safety of Escalating the Dose of Oral Eletriptan in Subjects with Acute Migraine."
Outpatient
Pfizer

22.  Principal Investigator
"A 12-Month Study of VML 251 In the Acute Treatment of Migraine"
Outpatient
Vanguard Medica Ltd.

23.  Principal Investigator
"The Safety and Efficacy of Risperdal (Risperidone) vs Placebo vs Haloperidol as Add – On Therapy to Mood Stabilizers in the Treatment of the Manic Phase of Bipolar Disorder"
Inpatient/Outpatient study
Add –On site   Enrolled 7 patients

24.  Principal Investigator
"A Multi-Center, Randomized, Double-Blind, placebo and active controlled study of MDL 100,907 in Schizophrenic and Schizoaffective Patients."
MDL 100.907 PR0015
Inpatient Study          Enrolled 27 Patients   Hoechst Marion Roussel, Inc.

25.  Principal Investigator
"A Multi-Center, Open-Label, Long-Term Follow-Up, Safety Study of MDL 100,907 In Schizophrenic and Schizoaffective Patients Who Participated in Protocol 100907 PR0015."
MDL 100,907 PR 0018          Inpatient/Outpatient
Hoechst Marion Roussel, Inc.

26.  Principal Investigator
"A Phase III, Randomized, Multicenter, Open Label Study Evaluating the Toleration and Safety of 3 Days of Treatment with Intramuscular Ziprasidone (20 to 80 mg. Daily) or Haloperidol (up to 40 mg Daily) Followed by 4 Days of Treatment with Oral Ziprasidone (40 to 200 mg Daily) or Haloperidol in Subjects with a Diagnosis of Psychotic Disorder." (128-121)          Inpatient Study
Enrolled 27 Patients          Pfizer

27.  Principal Investigator
"Risperidone vs Olanzapine in the Treatment of Schizophrenia".
RIS-USA-112          Outpatient Study          Janssen Research Foundation

28.  Principal Investigator
"Risperidone vs Olanzapine in the Treatment of Schizophrenia".
RIS-USA-113          Outpatient Study          Janssen Research Foundation

29.  Principal Investigator
"Risperidone vs Olanzapine in the Treatment of Schizophrenia in Elderly Subjects".
RIS-INT-50   Outpatient Study          Janssen Research Foundation

**Revised 1-10-2003**

30.    Principal Investigator
"Fluoxetine Augmentation in Schizophrenic or Schizoaffective Patients with Depressive or  Nonresponders to Olanzapine".
FID-MC-HGFT         Outpatient Study                    Eli Lilly

31.    Principal Investigator
"Strategies for Switching from Conventional Antipsychotic Drugs to Olanzapine".
FID-MC-HGFW         Outpatient Study                    Eli Lilly

32.    Principal Investigator
"Olanzapine Added to Mood Stabilizers in the Treatment of Bipolar Disorder".
FID-MC-HGFU         Outpatient Study                    Eli Lilly

33.    Sub-Investigator
"Metrifonate Investigational Nationwide Trial".
(M.I.N.T.) D97-019
Alzheimer' Disease    Outpatient Study        Bayer Corporation

34.    Principal Investigator
"A Phase III, Randomized, Placebo-Controlled Study Evaluating the Safety and Outcome of  Treatment with Oral Ziprasidone in subjects with Mania".
128-601        Mania study    Inpatient Study        Pfizer

35.    Principal Investigator
"An Open Extension Study Evaluating the Safety and Outcome of 40-160 mg daily of Ziprasidone in Previous Ziprasidone Clinical Trials".
128-601        Inpatient/Outpatient Study            Pfizer

36.    Principal investigator
"A Double – Blind, Randomised, Multicenter, Parallel Design Study to Evaluate the Efficacy and Safety of Individual Maximum Tolerated Doses of EMD 68 843 in Comparison with Placebo and Fluoxetine in Outpatients with Major Depressive Disorder"
Merck EMD    Outpatient study          Merck KGaA

37.    Principal investigator
"Phase II, Six-Week, Double-Blind, Placebo and Olanzapine-Controlled Study Evaluating the Safety and Efficacy of Oral CP-361,428 in Schizophrenia and Schizoaffective Disorder"
Schizophrenia study
Pfizer 245-102        Inpatient study        Pfizer

38.    Principal Investigator
"A double-blind, randomized, multicenter, parallel group design study to evaluate the  efficacy and safety of two dosse ranges of EMD 128 130 in comparison with placebo and haloperidol in the treatment of schizophrenia"
EMD 128-130-08
Schizophrenia study    Inpatient/Outpatient Study
Merck KgaA Pharmaceutical Co.

Revised 1-10-2003

39.    Principal Investigator
"A prospective, randomized, double-blind, placebo- and active-controlled, multicenter study to evaluate the efficacy and safety of three fixed doses of iloperidone (4, 8, and 12 mg/d) given b.i.d. for 42 days to schizophrenic patients with acute or subacute exacerbation, followed by a double-blind, active-controlled, flexible-dose, long-term, 6-month phase with iloperidone (4, 8, 12, or 16 mg/d) given q.d." ILP 3000
Schizophrenia          Inpatient and Outpatient Study          Novartis

40.    Principal Investigator
Novartis Protocol No.: ABA 451
"A Prospective, Randomized, International Parallel-Group Comparison of Clozaril/Leponex vs. Zyprexa in the Reduction of Suicidality in Patients with Schizophrenia or Schizoaffective Disorder Who are at Risk for Suicide"
Novartis ABA 451
Schizophrenia          Outpatient Study          Novartis

41.    Principal Investigator
"The Assessment of Nizatidine for the Prevention of  Olanzapine-Associated Weight Gain in Patients with Schizophrenia"
HGIJ          Outpatient Study          Eli Lilly

42.    Principal Investigator
Protocol: F1D-MC-HGHL
"Olanzapine Versus Placebo in the Prevention of Relapse in Bipolar Disorder
HGHL          Outpatient Study          Eli Lilly

43.    Principal Investigator
"Prevalence of Hyperprolactemia in Schizophrenic Patients Treatees with Antipsychotic Drugs"
Prolactin study          HGHC          Outpatient study          Eli Lilly

44.    Principal Investigator
"Allelic Variation in Schizophrenia"
HGGL          Outpatient study          Eli Lilly

45.    Principal Investigator
Protocol:     F1D-MC-HGHZ
"The Combination of Olanzapine and Fluoxetine in Treatment Resistant Depression without Psychotic Features"
HGHZ          Outpatient study          Eli Lilly

46.    Principal Investigator
Randomized, double-blind, placebo-controlled multicenter trial to demonstrate the clinical efficacy and safety of two different doses of Ginkgo biloba special extract Egb 761 in patients suffering from Dementia of the Alzheimer's Type according to DSM-IV and NINCDS/ADRA criteria.
Protocol 523001-01-030
Alzheimer's Study          Outpatient study          Schwabe

618

**Revised 1-10-2003**

47.    Principal Investigator
       "A Double-Blind, Placebo-Controlled Dose-Finding Study Evaluating the
       Safety and Efficacy of MKC-242 1.5, 6, and 24 mg/day (0.5. 2, and 8 mg tid) in
       the Treatment of Major Depressive Disorder."
       MKC/A01          Depression study
       Outpatient study     Mitsubishi

48.    Principal Investigator
       "Safety and Efficacy of MKC-242 in the treatment of major depressive disorder:
       A 4 month double-blind extension to study MKC242-A01."
       MKC/A02          Depression study
       Outpatient study     Mitsubishi

49.    Principal Investigator
       "Safety of open-label standard therapy in the treatment of major depressive
       disorder:  A 1 month follow-up after termination of study MKC-242/A01."
       MKC/A03          Depression study
       Outpatient study     Mitsubishi

50.    Principal Investigator
       "A Double-Blind, Placebo and Haloperidol-Controlled, Multicenter Study
       Evaluating the Safety and Efficacy of SR48692 in Schizophrenic Patients"
       Schizophrenia study    Inpatient study      Sanofi

51.    Principal Investigator
       "A   Double-Blind,   Placebo   and   Haloperidol-Controlled,   Multicenter   Study
       Evaluating
       the Safety and Efficacy of SR141716 in Schizophrenic Patients"
       Sanofi 3077          Schizophrenia study          Inpatient study

52.    Principal Investigator
       Abbott M99-010
       "Safety and Efficacy of Depakote as Combination Therapy in the Treatment of
       Psychosis Associated with  Schizophrenia"
       Inpatient study        Abbott Laboratories

53.    Principal Investigator
        Protocol No.  CN138-070  and CN 138-010
       "A Multicenter, Randomized, Double-Blind, Placebo Controlled Study of
       Aripiprazole in the Maintenance Treatment of Patients with Bipolar
       Disorder."
       Bristol-Myers Squibb Pharmaceutical Research Institute
       Inpatient/Outpatient study

54.    Principal Investigator
       Protocol No.   F1D-MC-HGIJ
       "The  Assessment  of  Nizatidine  for  the  Prevention  of  Olanzapine-Associated
       Weight Gain in Patients with Schizophrenia"
       Outpatient study            Sponsor:     Eli Lilly

Revised 1-10-2003

55.     Principal Investigator
        Protocol No.   F1J-MC-HMAT
        "Duloxetine Versus Placebo and Paroxetine in the Acute Treatment of Major
        Depression"          Sponsor:        Eli Lilly

56.     Principal Investigator
        Protocol No.   F1D-US-HGJB
        "A Controlled Trial of Olanzapine Versus Quetiapine in the Treatment of
        Schizophrenic and Schizoaffective Subjects with Prominent Negative Symptoms"
        Outpatient study             Sponsor:        Eli Lilly

57.     Principal Investigator
        Protocol No.   F1J-MC-HMBH
        "Duloxetine Once-Daily Dosing Versus Placebo in the Acute Treatment of Major
        Depression"
        Outpatient Study             Sponsor:        Eli Lilly

58.     Principal Investigator
        Protocol No.   TAK 637-00-302
        "A Phase II Randomized, Multicenter, Placebo- and Active Controlled Study of
        Oral TAK-637 in Subjects with Major Depressive Disorder"
        Outpatient study             Sponsor:        TAP Pharmaceutical Products, Inc.

59.     Principal Investigator
        Protocol No.   F1D-MC-HGGY
        "Placebo – Controlled Olanzapine Monotherapy in the Treatment of Bipolar I
        Depression"
        Outpatient study        Sponsor:        Eli Lilly

60.     Principal Investigator
        Protocol No.   F1D-MC-HGJN
        "The Assessment of Amantadine for the Treatment of Olanzapine – Associated
        weight Gain in Patients with schizophrenia, Schizophreniform, Schizoaffective
        and Bipolar I Disorder"
        Outpatient Study        Sponsor:        Eli Lilly

61.     Principal Investigator
        Protocol No.   ILP 3005
        "A randomized, Double-Blind, placebo-and risperidone controlled multicenter
        study to evaluate the efficacy and safety of two nonoverlapping dose ranges of
        iloperidone given B.I.D. for 42 days to schizophrenic patients followed by a long-
        term treatment phase with iloperidone given Qd."
        Inpatient and outpatient study
        Sponsor:        Novartis        (Inpatient/Outpatient study)

62.     Principal Investigator
        Protocol No.   D105006
        "A Double-Blind, Randomized, Fixed Dose, Placebo-Controlled, Placebo-
        Controlled, Parallel-Group, 6-Week, Efficacy, Safety, and Tolerability Study of
        Two Dose Levels of SM-13496 in Patients with Schizophrenia by DSM-IV
        Criteria Who are Experiencing an Acute Exacerbation of Symptoms"
        Sponsor:        Sumitomo        Inpatient/Outpatient study

**Revised 1-10-2003**

63.   Principal Investigator
Protocol No.   5077US/0043
"A Multicenter, Double-blind, Randomized Comparison of the Efficacy and
Safety of Quetiapine Fumarate (SEROQUEL) and Risperidone (RISPERDAL) in
the Treatment of Patients with Schizophrenia"
Sponsor:    AstraZeneca      Inpatient/Outpatient study

64.   Principal Investigator
B99.CT3.005.BUS P02
"A Double-Blind, Randomized, Placebo-Controlled, Parallel-Group, Fixed-Dose
Study of the Efficacy, Safety, and Tolerability of 60 mg Buspirone
Hydrochloride Extended Release Compared to Placebo in Patients with
Generalized Anxiety Disorder"
Sponsor:    Biovail      Outpatient  study

65.   Principal Investigator
"An Open-Label Study of the  Safety, and Tolerability, and Efficacy of Up to
90mg Buspirone Hydrochloride Extended Release in Patients with Generalized
Anxiety Disorder"
B99.CT#3.008.BUS P02
Sponsor:    Biovail      Outpatient  study

66.   Principal Investigator
Protocol # Biovail B01. 016. BUS PO2
"A Randomized, Double-blind, Placebo-Controlled, Parallel-Group, Fixed-
Dose Study of the Efficacy, Safety, and Tolerability of 60 mg Buspirone
Hydrochloride Extended Release Compared to Placebo in Patients with
Generalized Anxiety Disorder Who Have Stable Disease Characteristics"
Sponsor:    Biovail      Outpatient  study

67.   Principal Investigator
Protocol:
"An Acute and Continuation Phase Study of the Comparative Efficacy
of  Venlafaxine ER (Effexor XR) and Fluoxetine (Prozac) in
Achieving and Sustaining Remission (Wellness) in Patients With
Recurrent Unipolar Major Depression; Followed by a Long-term
Randomized, Placebo-Controlled     Maintenance Treatment Study in
Patients Treated Initially with Venlafaxine ER"
Sponsor:    Wyeth-Ayerst Pharmaceuticals      Outpatient Study

68.   Principal Investigator
Protocol: "An International, Multicenter, Large Simple Trial (LST) To Compare
the Cardiovascular Safety of Ziprasidone and Olanzapine"
Sponsor    Pfizer, Inc.    Outpatient study

**Revised 1-10-2003**

69.     Principal Investigator
        Protocol:  "A 6-Week, Double-Blind, Randomized, Fixed-Dose, Parallel-Group
        Study of the Efficacy and Safety of Three Dose Levels of    SM-13496
        Compared to Placebo and Haloperidol in Patients with Schizophrenia Who
        are Experiencing an Acute Exacerbation of Symptoms "
        Sponsor        Sumitomo Pharmaceuticals America, Ltd.
        Inpatient/Outpatient study

70.     Principal Investigator
        Protocol:
        "A Phase III, Randomised, Placebo-Controlled, Double-Dummy Study
        Evaluating the Safety and Efficacy of Oral Ziprasidone vs. Haloperidol
        and Placebo in In-Patients with an Acute Manic Episode"
        Sponsor        Pfizer Inc.            Inpatient/Outpatient study

71.     Principal Investigator
        Protocol:
        "A Phase III, Three-Week, Multicenter, Randomized, Double-Blind,
        Placebo-Controlled, Parallel-Group Safety and Efficacy Study of
        Extended-Release Carbamazepine in the Treatment of Bipolar Disorder"
        Sponsor        Shire Pharmaceutical Development Inc.
        Inpatient/Outpatient study

72.     Principal Investigator
        Protocol:  "A Pilot Study of the Effect of Hormone Replacement Therapy In
        Recently Postmenopausal Women with Subjective Complaints"
        Sponsor        Wyeth Pharmaceuticals Inc.            Outpatient study

507US/0049 :0042



**ALABAMA MEDICAL LICENSURE COMMISSION**
P.O. BOX 887
MONTGOMERY, ALABAMA 36101-0887

**CERTIFICATE OF REGISTRATION**
2003

This is to certify that annual registration has been made
and license to practice medicine in the State of Alabama
has been granted for the year ending December 31, 2003

License # 00005861          Amount Paid: $200
Date Issued: 01/21/1972          Receipt # 265021

HARRY EDWARD LOGUE , M.D.
ONE INDEPENDENCE PLAZA
SUITE 900
BIRMINGHAM, AL 35209-5604

CHAIRMAN

**Detach along this line**

**ALABAMA MEDICAL LICENSURE COMMISSION**

HARRY EDWARD LOGUE, M.D.
ONE INDEPENDENCE PLAZA
SUITE 900
BIRMINGHAM, AL 35209-5604

Is entitled to practice medicine in
Alabama.  Registration expires
December 31, 2003

LICENSE#  00005861

CHAIRMAN

623



**Appendix 12.1.5**
**Signatures**

Clinical Study Report: Appendix 12.1.5
Study Code: D1447L00001

| Title | Version ID |
|---|---|
| Main body of document | CNS.000-071-341.2.0 |
| Appendix 12.1 Study information | CNS.000-071-342.2.0 |
| Appendix 12.1.1 Protocol and protocol amendments | CNS.000-071-343.2.0 |
| Appendix 12.1.2 Sample Case Report Form | CNS.000-071-344.3.0 |
| Appendix 12.1.3 Independent Ethics Committees/Institutional Review Boards consulted and sample of written Subject Information and Consent Form | CNS.000-071-345.4.0 |
| Appendix 12.1.4 Participants in the study | CNS.000-071-346.3.0 |
| Appendix 12.1.5 Signatures | CNS.000-071-347.2.0 |
| Appendix 12.1.6 Listing of subjects receiving the various batches of investigational product(s) | CNS.000-071-348.2.0 |
| Appendix 12.1.7 Randomisation scheme and codes | CNS.000-071-349.2.0 |
| Appendix 12.1.8 Audit certificates | CNS.000-071-350.2.0 |
| Appendix 12.1.9 Documentation of statistical methods and supporting statistical analysis | CNS.000-071-351.3.0 |
| Appendix 12.1.10 Documentation of assay-methods, inter-laboratory standardisation methods and related quality assurance procedures | CNS.000-071-352.2.0 |
| Appendix 12.1.11 Publications based on the study | CNS.000-071-353.3.0 |
| Appendix 12.1.12 Important publications referenced in the report | CNS.000-071-354.2.0 |
| Appendix 12.2 Subject data listings | CNS.000-071-355.2.0 |
| Appendix 12.2.1 Disposition of each subject (completion/ discontinuation) | CNS.000-071-356.2.0 |
| Appendix 12.2.2 Protocol deviations | CNS.000-071-357.2.0 |
| Appendix 12.2.3 Subjects and data excluded from efficacy analysis | CNS.000-071-358.2.0 |
| Appendix 12.2.4 Demographic and baseline characteristics | CNS.000-071-359.2.0 |
| Appendix 12.2.5 Treatment compliance (and/or drug concentration data) | CNS.000-071-360.2.0 |
| Appendix 12.2.6 Individual efficacy and pharmacokinetics response data | CNS.000-071-361.2.0 |
| Appendix 12.2.7 Adverse event listing by subject | CNS.000-071-362.2.0 |
| Appendix 12.2.8 Listing of individual laboratory measurements by subject | CNS.000-071-363.2.0 |
| Appendix 12.2.9 Listing of vital signs | CNS.000-071-364.2.0 |
| Appendix 12.2.10 Listing of other safety data | CNS.000-071-365.2.0 |
| Appendix 12.3 Case Report Forms | CNS.000-071-366.2.0 |
| Appendix 12.4 Individual subject data listings | CNS.000-071-367.2.0 |

Clinical Study Report: Appendix 12.1.5
Study Code: D1447L00001

# SIGNATURE OF SPONSOR'S RESPONSIBLE MEDICAL OFFICER

## A Multicenter, Double-blind, Randomized, Placebo-controlled, Double-dummy Trial of the Use of Quetiapine Fumarate (SEROQUEL®) in the Treatment of Patients with Bipolar Depression

I have read this report and confirm that to the best of my knowledge it accurately describes the conduct and results of the study

Signature:

Martin Brecher, MD, DMSc
Medical Science Director

Jul 21, 2005
Date
(Day Month Year)

3

Clinical Study Report: Appendix 12.1.5
Study Code: D1447L00001

# SIGNATURE OF SPONSOR'S GLOBAL PRODUCT STATISTICIAN

## A Multicenter, Double-blind, Randomized, Placebo-controlled, Double-dummy Trial of the Use of Quetiapine Fumarate (SEROQUEL®) in the Treatment of Patients with Bipolar Depression

I have read this report and confirm that to the best of my knowledge it accurately describes the conduct and results of the study

Signature:

*for* [signature] Ralein R Chidra PhD
(Information Science Director)   July 21st 2005

Mårten Vågerö, PhL          Date
Global Product Statistician    (Day Month Year)

4



| Clinical Study Report: Appendix 12.1.6 | |
|---|---|
| Drug Substance | Quetiapine fumarate |
| Study Code | D1441L00001 |

**Appendix 12.1.6**

**Listing of subjects receiving the various batches of investigational product(s)**

Clinical Study Report: Appendix 12.1.6.
Study Code: 5077US/0049

This was a Phase IIIb study in which all active treatments were from production batches of an approved, marketed medication.  Therefore, there are no listings of patients receiving different batches of research medication contained in this report.  The formulation and lot numbers of the over-encapsulated tablets are given in the following table.

| Investigational product or other treatment | Dosage form and strength | Manufacturer | Formulation number | Lot number |
|---|---|---|---|---|
| Quetiapine | tablet, 25 mg | AstraZeneca | F12804 | 7527F |
| Quetiapine | tablet, 100 mg | AstraZeneca | F12689 | 7513H |
| Quetiapine | tablet, 200 mg | AstraZeneca | F12690 | 7541F |
| Placebo | tablet, 25 mg | AstraZeneca | F12636 | 7553F |
| Placebo | tablet, 100 mg | AstraZeneca | F12637 | 7550F |
| Placebo | tablet, 200 mg | AstraZeneca | F12638 | 1509C |



| Clinical Study Report: Appendix 12.1.7 | |
| --- | --- |
| Drug Substance | Quetiapine fumarate |
| Study Code | D1447L00001 |

## Appendix 12.1.7
## Randomisation scheme and codes

Monday,  26 August 2002

SCHEDULE NUMBER: 006841
PROTOCOL NUMBER: 5077US/0049

Astra Pharmaceuticals, L.P.

UNBLINDED ALLOCATION SCHEDULE

PRODUCT/DRUG NAME: Seroquel

A Multicenter, Double-blind, Randomized, Placebo-c

TREATMENT GROUP  1 : Placebo               TREATMENT GROUP  2 : Seroquel 300 mg
TREATMENT GROUP  3 : Seroquel 600 mg
BLOCKING FACTOR: 3

| 0001001 | 0001002 | 0001003 | 0001004 | 0001005 | 0001006 | 0001007 | 0001008 | 0001009 | 0001010 |
|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| 0000003 | 0000001 | 0000002 | 0000003 | 0000001 | 0000002 | 0000002 | 0000003 | 0000001 | 0000001 |

| 0001011 | 0001012 | 0001013 | 0001014 | 0001015 | 0001016 | 0001017 | 0001018 | 0001019 | 0001020 |
|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| 0000002 | 0000003 | 0000002 | 0000003 | 0000001 | 0000001 | 0000003 | 0000002 | 0000002 | 0000003 |

| 0001021 | 0001022 | 0001023 | 0001024 | 0001025 | 0001026 | 0001027 | 0001028 | 0001029 | 0001030 |
|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| 0000001 | 0000001 | 0000003 | 0000002 | 0000002 | 0000001 | 0000003 | 0000001 | 0000002 | 0000003 |

| 0001031 | 0001032 | 0001033 | 0001034 | 0001035 | 0001036 | 0001037 | 0001038 | 0001039 | 0001040 |
|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| 0000002 | 0000001 | 0000003 | 0000003 | 0000002 | 0000001 | 0000003 | 0000001 | 0000002 | 0000003 |

| 0001041 | 0001042 | 0001043 | 0001044 | 0001045 | 0001046 | 0001047 | 0001048 | 0001049 | 0001050 |
|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| 0000001 | 0000002 | 0000002 | 0000003 | 0000001 | 0000002 | 0000001 | 0000003 | 0000002 | 0000003 |

Statistical Scientist's Initials: MM
Generated by: RAS
Randomization Design: Randomized Block

Statistical Associate's Initials: TW
Seed: 1345988098
Page    1

Monday,  26 August 2002                                          SCHEDULE NUMBER: 006841
                                                                 PROTOCOL NUMBER: 5077US/0049

                              Astra Pharmaceuticals, L.P.

                            UNBLINDED ALLOCATION SCHEDULE

PRODUCT/DRUG NAME: Seroquel

A Multicenter, Double-blind, Randomized, Placebo-c

TREATMENT GROUP  1 : Placebo                TREATMENT GROUP  2 : Seroquel 300 mg
TREATMENT GROUP  3 : Seroquel 600 mg
BLOCKING FACTOR: 3

| 0001051 | 0001052 | 0001053 | 0001054 | 0001055 | 0001056 | 0001057 | 0001058 | 0001059 | 0001060 |
|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| 0000001 | 0000002 | 0000003 | 0000001 | 0000001 | 0000002 | 0000003 | 0000001 | 0000002 | 0000003 |

| 0001061 | 0001062 | 0001063 | 0001064 | 0001065 | 0001066 | 0001067 | 0001068 | 0001069 | 0001070 |
|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| 0000001 | 0000003 | 0000002 | 0000001 | 0000002 | 0000003 | 0000002 | 0000003 | 0000001 | 0000003 |

| 0001071 | 0001072 | 0001073 | 0001074 | 0001075 | 0001076 | 0001077 | 0001078 | 0001079 | 0001080 |
|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| 0000001 | 0000002 | 0000002 | 0000001 | 0000003 | 0000003 | 0000002 | 0000001 | 0000003 | 0000001 |

| 0001081 | 0001082 | 0001083 | 0001084 | 0001085 | 0001086 | 0001087 | 0001088 | 0001089 | 0001090 |
|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| 0000002 | 0000002 | 0000001 | 0000003 | 0000003 | 0000001 | 0000002 | 0000003 | 0000001 | 0000002 |

| 0001091 | 0001092 | 0001093 | 0001094 | 0001095 | 0001096 | 0001097 | 0001098 | 0001099 | 0001100 |
|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| 0000002 | 0000003 | 0000001 | 0000001 | 0000003 | 0000002 | 0000003 | 0000001 | 0000002 | 0000001 |

Statistical Scientist's Initials: MM              Statistical Associate's Initials: TW
Generated by: RAS                                              Seed: 1345988098
Randomization Design: Randomized Block                         Page    2

Monday,  26 August 2002                                              SCHEDULE NUMBER: 006841
                                                                     PROTOCOL NUMBER: 5077US/0049

                                        Astra Pharmaceuticals, L.P.

                                        UNBLINDED ALLOCATION SCHEDULE

PRODUCT/DRUG NAME: Seroquel

A Multicenter, Double-blind, Randomized, Placebo-c

TREATMENT GROUP  1 : Placebo                    TREATMENT GROUP  2 : Seroquel 300 mg
TREATMENT GROUP  3 : Seroquel 600 mg
BLOCKING FACTOR: 3

| 0001101 | 0001102 | 0001103 | 0001104 | 0001105 | 0001106 | 0001107 | 0001108 | 0001109 | 0001110 |
|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| 0000003 | 0000002 | 0000003 | 0000002 | 0000001 | 0000002 | 0000001 | 0000003 | 0000001 | 0000003 |

| 0001111 | 0001112 | 0001113 | 0001114 | 0001115 | 0001116 | 0001117 | 0001118 | 0001119 | 0001120 |
|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| 0000002 | 0000003 | 0000001 | 0000002 | 0000002 | 0000003 | 0000001 | 0000002 | 0000003 | 0000001 |

| 0001121 | 0001122 | 0001123 | 0001124 | 0001125 | 0001126 | 0001127 | 0001128 | 0001129 | 0001130 |
|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| 0000002 | 0000003 | 0000001 | 0000002 | 0000001 | 0000003 | 0000002 | 0000003 | 0000001 | 0000003 |

| 0001131 | 0001132 | 0001133 | 0001134 | 0001135 | 0001136 | 0001137 | 0001138 | 0001139 | 0001140 |
|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| 0000002 | 0000001 | 0000001 | 0000003 | 0000002 | 0000003 | 0000001 | 0000002 | 0000003 | 0000001 |

| 0001141 | 0001142 | 0001143 | 0001144 | 0001145 | 0001146 | 0001147 | 0001148 | 0001149 | 0001150 |
|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| 0000002 | 0000001 | 0000003 | 0000002 | 0000002 | 0000001 | 0000003 | 0000002 | 0000001 | 0000003 |

Statistical Scientist's Initials: MM              Statistical Associate's Initials: TW
Generated by: RAS                                             Seed: 1345988098
Randomization Design: Randomized Block                        Page    3

Monday,  26 August 2002

SCHEDULE NUMBER: 006841
PROTOCOL NUMBER: 5077US/0049

Astra Pharmaceuticals, L.P.

UNBLINDED ALLOCATION SCHEDULE

PRODUCT/DRUG NAME: Seroquel

A Multicenter, Double-blind, Randomized, Placebo-c

TREATMENT GROUP  1 : Placebo                    TREATMENT GROUP  2 : Seroquel 300 mg
TREATMENT GROUP  3 : Seroquel 600 mg
BLOCKING FACTOR: 3

| 0001151 | 0001152 | 0001153 | 0001154 | 0001155 | 0001156 | 0001157 | 0001158 | 0001159 | 0001160 |
|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| 0000003 | 0000001 | 0000002 | 0000001 | 0000002 | 0000003 | 0000003 | 0000002 | 0000001 | 0000001 |

| 0001161 | 0001162 | 0001163 | 0001164 | 0001165 | 0001166 | 0001167 | 0001168 | 0001169 | 0001170 |
|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| 0000002 | 0000003 | 0000001 | 0000003 | 0000002 | 0000002 | 0000003 | 0000001 | 0000003 | 0000001 |

| 0001171 | 0001172 | 0001173 | 0001174 | 0001175 | 0001176 | 0001177 | 0001178 | 0001179 | 0001180 |
|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| 0000002 | 0000003 | 0000001 | 0000002 | 0000001 | 0000002 | 0000003 | 0000002 | 0000003 | 0000001 |

| 0001181 | 0001182 | 0001183 | 0001184 | 0001185 | 0001186 | 0001187 | 0001188 | 0001189 | 0001190 |
|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| 0000003 | 0000001 | 0000002 | 0000001 | 0000003 | 0000002 | 0000001 | 0000003 | 0000002 | 0000003 |

| 0001191 | 0001192 | 0001193 | 0001194 | 0001195 | 0001196 | 0001197 | 0001198 | 0001199 | 0001200 |
|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| 0000001 | 0000002 | 0000002 | 0000003 | 0000001 | 0000001 | 0000002 | 0000003 | 0000001 | 0000003 |

Statistical Scientist's Initials: MM                    Statistical Associate's Initials: TW
Generated by: RAS                                                        Seed: 1345988098
Randomization Design: Randomized Block                                   Page    4

Monday,  26 August 2002

SCHEDULE NUMBER: 006841<br>PROTOCOL NUMBER: 5077US/0049

Astra Pharmaceuticals, L.P.

UNBLINDED ALLOCATION SCHEDULE

PRODUCT/DRUG NAME: Seroquel

A Multicenter, Double-blind, Randomized, Placebo-c

TREATMENT GROUP  1 : Placebo              TREATMENT GROUP  2 : Seroquel 300 mg
TREATMENT GROUP  3 : Seroquel 600 mg
BLOCKING FACTOR: 3

| 0001201 | 0001202 | 0001203 | 0001204 | 0001205 | 0001206 | 0001207 | 0001208 | 0001209 | 0001210 |
|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| 0000002 | 0000003 | 0000001 | 0000002 | 0000001 | 0000002 | 0000003 | 0000003 | 0000002 | 0000001 |

| 0001211 | 0001212 | 0001213 | 0001214 | 0001215 | 0001216 | 0001217 | 0001218 | 0001219 | 0001220 |
|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| 0000003 | 0000002 | 0000001 | 0000001 | 0000003 | 0000002 | 0000002 | 0000001 | 0000003 | 0000002 |

| 0001221 | 0001222 | 0001223 | 0001224 | 0001225 | 0001226 | 0001227 | 0001228 | 0001229 | 0001230 |
|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| 0000001 | 0000003 | 0000001 | 0000003 | 0000002 | 0000002 | 0000001 | 0000003 | 0000002 | 0000003 |

| 0001231 | 0001232 | 0001233 | 0001234 | 0001235 | 0001236 | 0001237 | 0001238 | 0001239 | 0001240 |
|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| 0000001 | 0000002 | 0000003 | 0000001 | 0000002 | 0000001 | 0000003 | 0000003 | 0000001 | 0000002 |

| 0001241 | 0001242 | 0001243 | 0001244 | 0001245 | 0001246 | 0001247 | 0001248 | 0001249 | 0001250 |
|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| 0000001 | 0000003 | 0000002 | 0000001 | 0000003 | 0000002 | 0000003 | 0000002 | 0000001 | 0000001 |

Statistical Scientist's Initials: MM          Statistical Associate's Initials: TW
Generated by: RAS                                         Seed: 1345988098
Randomization Design: Randomized Block                    Page    5

Monday,  26 August 2002                                          SCHEDULE NUMBER: 006841
                                                                 PROTOCOL NUMBER: 5077US/0049

                                  Astra Pharmaceuticals, L.P.

                                UNBLINDED ALLOCATION SCHEDULE

PRODUCT/DRUG NAME: Seroquel

A Multicenter, Double-blind, Randomized, Placebo-c

TREATMENT GROUP  1 : Placebo                      TREATMENT GROUP  2 : Seroquel 300 mg
TREATMENT GROUP  3 : Seroquel 600 mg
BLOCKING FACTOR: 3

0001251   0001252   0001253   0001254   0001255   0001256   0001257   0001258   0001259   0001260

0000002   0000003   0000002   0000003   0000001   0000001   0000003   0000002   0000003   0000001


0001261   0001262   0001263   0001264   0001265   0001266   0001267   0001268   0001269   0001270

0000002   0000003   0000002   0000001   0000001   0000003   0000002   0000001   0000002   0000003


0001271   0001272   0001273   0001274   0001275   0001276   0001277   0001278   0001279   0001280

0000003   0000002   0000001   0000001   0000003   0000002   0000003   0000002   0000001   0000003


0001281   0001282   0001283   0001284   0001285   0001286   0001287   0001288   0001289   0001290

0000001   0000002   0000001   0000002   0000003   0000002   0000001   0000003   0000002   0000003


0001291   0001292   0001293   0001294   0001295   0001296   0001297   0001298   0001299   0001300

0000001   0000003   0000001   0000002   0000003   0000001   0000002   0000002   0000001   0000003


Statistical Scientist's Initials: MM                 Statistical Associate's Initials: TW
Generated by: RAS                                               Seed: 1345988098
Randomization Design: Randomized Block                          Page     6

Monday,  26 August 2002

SCHEDULE NUMBER: 006841
PROTOCOL NUMBER: 5077US/0049

Astra Pharmaceuticals, L.P.

UNBLINDED ALLOCATION SCHEDULE

PRODUCT/DRUG NAME: Seroquel

A Multicenter, Double-blind, Randomized, Placebo-c

TREATMENT GROUP  1 : Placebo                     TREATMENT GROUP  2 : Seroquel 300 mg
TREATMENT GROUP  3 : Seroquel 600 mg
BLOCKING FACTOR: 3

| 0001301 | 0001302 | 0001303 | 0001304 | 0001305 | 0001306 | 0001307 | 0001308 | 0001309 | 0001310 |
| 0000002 | 0000001 | 0000003 | 0000003 | 0000001 | 0000002 | 0000003 | 0000001 | 0000002 | 0000002 |

| 0001311 | 0001312 | 0001313 | 0001314 | 0001315 | 0001316 | 0001317 | 0001318 | 0001319 | 0001320 |
| 0000003 | 0000001 | 0000003 | 0000001 | 0000002 | 0000002 | 0000001 | 0000003 | 0000001 | 0000002 |

| 0001321 | 0001322 | 0001323 | 0001324 | 0001325 | 0001326 | 0001327 | 0001328 | 0001329 | 0001330 |
| 0000003 | 0000003 | 0000001 | 0000002 | 0000001 | 0000003 | 0000002 | 0000002 | 0000003 | 0000001 |

| 0001331 | 0001332 | 0001333 | 0001334 | 0001335 | 0001336 | 0001337 | 0001338 | 0001339 | 0001340 |
| 0000002 | 0000001 | 0000003 | 0000003 | 0000001 | 0000002 | 0000001 | 0000003 | 0000002 | 0000003 |

| 0001341 | 0001342 | 0001343 | 0001344 | 0001345 | 0001346 | 0001347 | 0001348 | 0001349 | 0001350 |
| 0000002 | 0000001 | 0000003 | 0000001 | 0000002 | 0000001 | 0000002 | 0000003 | 0000002 | 0000003 |

Statistical Scientist's Initials: MM                     Statistical Associate's Initials: TW
Generated by: RAS                                                       Seed: 1345988098
Randomization Design: Randomized Block                              Page    7

Monday,  26 August 2002

SCHEDULE NUMBER: 006841
PROTOCOL NUMBER: 5077US/0049

Astra Pharmaceuticals, L.P.

UNBLINDED ALLOCATION SCHEDULE

PRODUCT/DRUG NAME: Seroquel

A Multicenter, Double-blind, Randomized, Placebo-c

TREATMENT GROUP  1 : Placebo                    TREATMENT GROUP  2 : Seroquel 300 mg
TREATMENT GROUP  3 : Seroquel 600 mg
BLOCKING FACTOR: 3

| 0001351 | 0001352 | 0001353 | 0001354 | 0001355 | 0001356 | 0001357 | 0001358 | 0001359 | 0001360 |
|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| 0000001 | 0000002 | 0000003 | 0000001 | 0000002 | 0000003 | 0000001 | 0000001 | 0000002 | 0000003 |

| 0001361 | 0001362 | 0001363 | 0001364 | 0001365 | 0001366 | 0001367 | 0001368 | 0001369 | 0001370 |
|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| 0000002 | 0000003 | 0000001 | 0000001 | 0000002 | 0000003 | 0000001 | 0000002 | 0000003 | 0000001 |

| 0001371 | 0001372 | 0001373 | 0001374 | 0001375 | 0001376 | 0001377 | 0001378 | 0001379 | 0001380 |
|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| 0000003 | 0000002 | 0000002 | 0000001 | 0000003 | 0000002 | 0000003 | 0000001 | 0000002 | 0000001 |

| 0001381 | 0001382 | 0001383 | 0001384 | 0001385 | 0001386 | 0001387 | 0001388 | 0001389 | 0001390 |
|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| 0000003 | 0000003 | 0000002 | 0000001 | 0000001 | 0000003 | 0000002 | 0000002 | 0000003 | 0000001 |

| 0001391 | 0001392 | 0001393 | 0001394 | 0001395 | 0001396 | 0001397 | 0001398 | 0001399 | 0001400 |
|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| 0000001 | 0000003 | 0000002 | 0000002 | 0000003 | 0000001 | 0000003 | 0000002 | 0000001 | 0000002 |

Statistical Scientist's Initials: MM            Statistical Associate's Initials: TW
Generated by: RAS                                             Seed: 1345988098
Randomization Design: Randomized Block                          Page      8

Monday,  26 August 2002

SCHEDULE NUMBER: 006841
PROTOCOL NUMBER: 5077US/0049

Astra Pharmaceuticals, L.P.

UNBLINDED ALLOCATION SCHEDULE

PRODUCT/DRUG NAME: Seroquel

A Multicenter, Double-blind, Randomized, Placebo-c

TREATMENT GROUP  1 : Placebo                    TREATMENT GROUP  2 : Seroquel 300 mg
TREATMENT GROUP  3 : Seroquel 600 mg
BLOCKING FACTOR: 3

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 0001401 | 0001402 | 0001403 | 0001404 | 0001405 | 0001406 | 0001407 | 0001408 | 0001409 | 0001410 |
| 0000001 | 0000003 | 0000002 | 0000003 | 0000001 | 0000002 | 0000003 | 0000001 | 0000002 | 0000001 |
| 0001411 | 0001412 | 0001413 | 0001414 | 0001415 | 0001416 | 0001417 | 0001418 | 0001419 | 0001420 |
| 0000003 | 0000003 | 0000002 | 0000001 | 0000003 | 0000001 | 0000002 | 0000002 | 0000001 | 0000003 |
| 0001421 | 0001422 | 0001423 | 0001424 | 0001425 | 0001426 | 0001427 | 0001428 | 0001429 | 0001430 |
| 0000001 | 0000002 | 0000003 | 0000002 | 0000003 | 0000001 | 0000002 | 0000003 | 0000001 | 0000003 |
| 0001431 | 0001432 | 0001433 | 0001434 | 0001435 | 0001436 | 0001437 | 0001438 | 0001439 | 0001440 |
| 0000002 | 0000001 | 0000002 | 0000003 | 0000001 | 0000001 | 0000003 | 0000002 | 0000001 | 0000003 |
| 0001441 | 0001442 | 0001443 | 0001444 | 0001445 | 0001446 | 0001447 | 0001448 | 0001449 | 0001450 |
| 0000002 | 0000001 | 0000003 | 0000002 | 0000003 | 0000002 | 0000001 | 0000003 | 0000001 | 0000002 |

*Statistical Scientist's Initials: MM*
Generated by: RAS
Randomization Design: Randomized Block

Statistical Associate's Initials: TW
Seed: 1345988098
Page     9

Monday,  26 August 2002

SCHEDULE NUMBER: 006842
PROTOCOL NUMBER: 5077US/0049
C of 6841

Astra Pharmaceuticals, L.P.

UNBLINDED ALLOCATION SCHEDULE

PRODUCT/DRUG NAME: Seroquel

A Multicenter, Double-blind, Randomized, Placebo-c

TREATMENT GROUP  1 : Placebo
TREATMENT GROUP  3 : Seroquel 600 mg
BLOCKING FACTOR: 3

TREATMENT GROUP  2 : Seroquel 300 mg

| 0002001 | 0002002 | 0002003 | 0002004 | 0002005 | 0002006 | 0002007 | 0002008 | 0002009 | 0002010 |
|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| 0000002 | 0000003 | 0000001 | 0000003 | 0000002 | 0000001 | 0000003 | 0000001 | 0000002 | 0000003 |

| 0002011 | 0002012 | 0002013 | 0002014 | 0002015 | 0002016 | 0002017 | 0002018 | 0002019 | 0002020 |
|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| 0000001 | 0000002 | 0000002 | 0000003 | 0000001 | 0000002 | 0000003 | 0000001 | 0000002 | 0000003 |

| 0002021 | 0002022 | 0002023 | 0002024 | 0002025 | 0002026 | 0002027 | 0002028 | 0002029 | 0002030 |
|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| 0000001 | 0000003 | 0000001 | 0000002 | 0000003 | 0000001 | 0000002 | 0000002 | 0000001 | 0000003 |

| 0002031 | 0002032 | 0002033 | 0002034 | 0002035 | 0002036 | 0002037 | 0002038 | 0002039 | 0002040 |
|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| 0000003 | 0000001 | 0000002 | 0000002 | 0000001 | 0000003 | 0000003 | 0000002 | 0000001 | 0000003 |

| 0002041 | 0002042 | 0002043 | 0002044 | 0002045 | 0002046 | 0002047 | 0002048 | 0002049 | 0002050 |
|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| 0000002 | 0000001 | 0000001 | 0000003 | 0000002 | 0000001 | 0000002 | 0000003 | 0000001 | 0000003 |

Statistical Scientist's Initials: MM
Generated by: RAS
Randomization Design: Randomized Block

Statistical Associate's Initials: TW
Seed: 1345988511
Page    1

Monday,  26 August 2002

SCHEDULE NUMBER: 006842
PROTOCOL NUMBER: 5077US/0049
C of 6841

Astra Pharmaceuticals, L.P.

UNBLINDED ALLOCATION SCHEDULE

PRODUCT/DRUG NAME: Seroquel

A Multicenter, Double-blind, Randomized, Placebo-c

TREATMENT GROUP  1 : Placebo                   TREATMENT GROUP  2 : Seroquel 300 mg
TREATMENT GROUP  3 : Seroquel 600 mg
BLOCKING FACTOR: 3

| 0002051 | 0002052 | 0002053 | 0002054 | 0002055 | 0002056 | 0002057 | 0002058 | 0002059 | 0002060 |
| 0000002 | 0000002 | 0000001 | 0000003 | 0000002 | 0000003 | 0000001 | 0000003 | 0000001 | 0000002 |

| 0002061 | 0002062 | 0002063 | 0002064 | 0002065 | 0002066 | 0002067 | 0002068 | 0002069 | 0002070 |
| 0000002 | 0000003 | 0000001 | 0000002 | 0000003 | 0000001 | 0000002 | 0000001 | 0000003 | 0000001 |

| 0002071 | 0002072 | 0002073 | 0002074 | 0002075 | 0002076 | 0002077 | 0002078 | 0002079 | 0002080 |
| 0000002 | 0000003 | 0000001 | 0000002 | 0000003 | 0000003 | 0000002 | 0000001 | 0000003 | 0000001 |

| 0002081 | 0002082 | 0002083 | 0002084 | 0002085 | 0002086 | 0002087 | 0002088 | 0002089 | 0002090 |
| 0000002 | 0000002 | 0000003 | 0000001 | 0000003 | 0000001 | 0000002 | 0000002 | 0000001 | 0000003 |

| 0002091 | 0002092 | 0002093 | 0002094 | 0002095 | 0002096 | 0002097 | 0002098 | 0002099 | 0002100 |
| 0000002 | 0000003 | 0000001 | 0000001 | 0000002 | 0000003 | 0000003 | 0000002 | 0000001 | 0000002 |

Statistical Scientist's Initials: MM              Statistical Associate's Initials: TW
Generated by: RAS                                 Seed: 1345988511
Randomization Design: Randomized Block                      Page   2

Monday,  26 August 2002

SCHEDULE NUMBER: 006842
PROTOCOL NUMBER: 5077US/0049
C of 6841

Astra Pharmaceuticals, L.P.

UNBLINDED ALLOCATION SCHEDULE

PRODUCT/DRUG NAME: Seroquel

A Multicenter, Double-blind, Randomized, Placebo-c

TREATMENT GROUP  1 : Placebo
TREATMENT GROUP  3 : Seroquel 600 mg
BLOCKING FACTOR: 3

TREATMENT GROUP  2 : Seroquel 300 mg

| 0002101 | 0002102 | 0002103 | 0002104 | 0002105 | 0002106 | 0002107 | 0002108 | 0002109 | 0002110 |
|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| 0000003 | 0000001 | 0000001 | 0000002 | 0000003 | 0000002 | 0000001 | 0000003 | 0000003 | 0000002 |

| 0002111 | 0002112 | 0002113 | 0002114 | 0002115 | 0002116 | 0002117 | 0002118 | 0002119 | 0002120 |
|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| 0000001 | 0000002 | 0000001 | 0000003 | 0000001 | 0000003 | 0000002 | 0000001 | 0000003 | 0000002 |

| 0002121 | 0002122 | 0002123 | 0002124 | 0002125 | 0002126 | 0002127 | 0002128 | 0002129 | 0002130 |
|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| 0000003 | 0000001 | 0000002 | 0000001 | 0000002 | 0000003 | 0000001 | 0000003 | 0000002 | 0000001 |

| 0002131 | 0002132 | 0002133 | 0002134 | 0002135 | 0002136 | 0002137 | 0002138 | 0002139 | 0002140 |
|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| 0000003 | 0000002 | 0000002 | 0000003 | 0000001 | 0000003 | 0000001 | 0000002 | 0000002 | 0000003 |

| 0002141 | 0002142 | 0002143 | 0002144 | 0002145 | 0002146 | 0002147 | 0002148 | 0002149 | 0002150 |
|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| 0000001 | 0000001 | 0000003 | 0000002 | 0000003 | 0000002 | 0000001 | 0000002 | 0000001 | 0000003 |

Statistical Scientist's Initials: MM
Generated by: RAS
Randomization Design: Randomized Block

Statistical Associate's Initials: TW
Seed: 1345988511
Page    3

Monday,  26 August 2002

SCHEDULE NUMBER: 006842
PROTOCOL NUMBER: 5077US/0049
C of 6841

Astra Pharmaceuticals, L.P.

UNBLINDED ALLOCATION SCHEDULE

PRODUCT/DRUG NAME: Seroquel

A Multicenter, Double-blind, Randomized, Placebo-c

TREATMENT GROUP  1 : Placebo                    TREATMENT GROUP  2 : Seroquel 300 mg
TREATMENT GROUP  3 : Seroquel 600 mg
BLOCKING FACTOR: 3

| 0002151 | 0002152 | 0002153 | 0002154 | 0002155 | 0002156 | 0002157 | 0002158 | 0002159 | 0002160 |
| 0000002 | 0000001 | 0000003 | 0000002 | 0000003 | 0000001 | 0000002 | 0000003 | 0000001 | 0000002 |

| 0002161 | 0002162 | 0002163 | 0002164 | 0002165 | 0002166 | 0002167 | 0002168 | 0002169 | 0002170 |
| 0000001 | 0000003 | 0000001 | 0000003 | 0000002 | 0000001 | 0000002 | 0000003 | 0000001 | 0000003 |

| 0002171 | 0002172 | 0002173 | 0002174 | 0002175 | 0002176 | 0002177 | 0002178 | 0002179 | 0002180 |
| 0000002 | 0000002 | 0000001 | 0000003 | 0000001 | 0000003 | 0000002 | 0000002 | 0000001 | 0000003 |

| 0002181 | 0002182 | 0002183 | 0002184 | 0002185 | 0002186 | 0002187 | 0002188 | 0002189 | 0002190 |
| 0000001 | 0000003 | 0000002 | 0000003 | 0000002 | 0000001 | 0000001 | 0000002 | 0000003 | 0000003 |

| 0002191 | 0002192 | 0002193 | 0002194 | 0002195 | 0002196 | 0002197 | 0002198 | 0002199 | 0002200 |
| 0000001 | 0000002 | 0000002 | 0000003 | 0000001 | 0000001 | 0000002 | 0000003 | 0000002 | 0000001 |

Statistical Scientist's Initials: MM          Statistical Associate's Initials: TW
Generated by: RAS                                        Seed: 1345988511
Randomization Design: Randomized Block                          Page    4



Monday, 26 August 2002

SCHEDULE NUMBER: 006842
PROTOCOL NUMBER: 5077US/0049
C of 6841

Astra Pharmaceuticals, L.P.

UNBLINDED ALLOCATION SCHEDULE

PRODUCT/DRUG NAME: Seroquel

A Multicenter, Double-blind, Randomized, Placebo-c

TREATMENT GROUP  1 : Placebo                    TREATMENT GROUP  2 : Seroquel 300 mg
TREATMENT GROUP  3 : Seroquel 600 mg
BLOCKING FACTOR: 3

| 0002201 | 0002202 | 0002203 | 0002204 | 0002205 | 0002206 | 0002207 | 0002208 | 0002209 | 0002210 |
|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| 0000003 | 0000003 | 0000002 | 0000001 | 0000001 | 0000003 | 0000002 | 0000001 | 0000002 | 0000003 |

| 0002211 | 0002212 | 0002213 | 0002214 | 0002215 | 0002216 | 0002217 | 0002218 | 0002219 | 0002220 |
|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| 0000003 | 0000002 | 0000001 | 0000002 | 0000003 | 0000001 | 0000001 | 0000003 | 0000002 | 0000002 |

| 0002221 | 0002222 | 0002223 | 0002224 | 0002225 | 0002226 | 0002227 | 0002228 | 0002229 | 0002230 |
|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| 0000001 | 0000003 | 0000003 | 0000001 | 0000002 | 0000002 | 0000001 | 0000003 | 0000003 | 0000001 |

| 0002231 | 0002232 | 0002233 | 0002234 | 0002235 | 0002236 | 0002237 | 0002238 | 0002239 | 0002240 |
|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| 0000002 | 0000003 | 0000001 | 0000002 | 0000001 | 0000003 | 0000002 | 0000001 | 0000002 | 0000003 |

| 0002241 | 0002242 | 0002243 | 0002244 | 0002245 | 0002246 | 0002247 | 0002248 | 0002249 | 0002250 |
|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| 0000003 | 0000002 | 0000001 | 0000002 | 0000001 | 0000003 | 0000002 | 0000001 | 0000003 | 0000002 |

Statistical Scientist's Initials: MM          Statistical Associate's Initials: TW
Generated by: RAS                                           Seed: 1345988511
Randomization Design: Randomized Block                      Page     5

Monday, 26 August 2002

SCHEDULE NUMBER: 006842
PROTOCOL NUMBER: 5077US/0049
C of 6841

Astra Pharmaceuticals, L.P.

UNBLINDED ALLOCATION SCHEDULE

PRODUCT/DRUG NAME: Seroquel

A Multicenter, Double-blind, Randomized, Placebo-c

TREATMENT GROUP  1 : Placebo
TREATMENT GROUP  3 : Seroquel 600 mg          TREATMENT GROUP  2 : Seroquel 300 mg
BLOCKING FACTOR: 3

| 0002251 | 0002252 | 0002253 | 0002254 | 0002255 | 0002256 | 0002257 | 0002258 | 0002259 | 0002260 |
| 0000001 | 0000003 | 0000002 | 0000001 | 0000003 | 0000002 | 0000003 | 0000001 | 0000003 | 0000001 |

| 0002261 | 0002262 | 0002263 | 0002264 | 0002265 | 0002266 | 0002267 | 0002268 | 0002269 | 0002270 |
| 0000002 | 0000003 | 0000002 | 0000001 | 0000002 | 0000003 | 0000001 | 0000003 | 0000002 | 0000001 |

| 0002271 | 0002272 | 0002273 | 0002274 | 0002275 | 0002276 | 0002277 | 0002278 | 0002279 | 0002280 |
| 0000002 | 0000001 | 0000003 | 0000002 | 0000003 | 0000001 | 0000001 | 0000003 | 0000002 | 0000001 |

| 0002281 | 0002282 | 0002283 | 0002284 | 0002285 | 0002286 | 0002287 | 0002288 | 0002289 | 0002290 |
| 0000002 | 0000003 | 0000002 | 0000003 | 0000001 | 0000003 | 0000001 | 0000002 | 0000002 | 0000003 |

| 0002291 | 0002292 | 0002293 | 0002294 | 0002295 | 0002296 | 0002297 | 0002298 | 0002299 | 0002300 |
| 0000001 | 0000003 | 0000002 | 0000001 | 0000001 | 0000002 | 0000003 | 0000002 | 0000001 | 0000003 |

Statistical Scientist's Initials: MM                    Statistical Associate's Initials: TW
Generated by: RAS                                                          Seed: 1345988511
Randomization Design: Randomized Block                               Page    6

Monday,  26 August 2002

SCHEDULE NUMBER: 006842
PROTOCOL NUMBER: 5077US/0049
C of 6841

Astra Pharmaceuticals, L.P.

UNBLINDED ALLOCATION SCHEDULE

PRODUCT/DRUG NAME: Seroquel

A Multicenter, Double-blind, Randomized, Placebo-c

TREATMENT GROUP  1 : Placebo
TREATMENT GROUP  3 : Seroquel 600 mg          TREATMENT GROUP  2 : Seroquel 300 mg
BLOCKING FACTOR: 3

| 0002301 | 0002302 | 0002303 | 0002304 | 0002305 | 0002306 | 0002307 | 0002308 | 0002309 | 0002310 |
|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| 0000002 | 0000001 | 0000003 | 0000002 | 0000003 | 0000001 | 0000001 | 0000003 | 0000002 | 0000002 |

| 0002311 | 0002312 | 0002313 | 0002314 | 0002315 | 0002316 | 0002317 | 0002318 | 0002319 | 0002320 |
|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| 0000001 | 0000003 | 0000001 | 0000003 | 0000002 | 0000001 | 0000002 | 0000003 | 0000002 | 0000001 |

| 0002321 | 0002322 | 0002323 | 0002324 | 0002325 | 0002326 | 0002327 | 0002328 | 0002329 | 0002330 |
|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| 0000003 | 0000003 | 0000002 | 0000001 | 0000002 | 0000003 | 0000001 | 0000002 | 0000003 | 0000001 |

| 0002331 | 0002332 | 0002333 | 0002334 | 0002335 | 0002336 | 0002337 | 0002338 | 0002339 | 0002340 |
|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| 0000001 | 0000002 | 0000003 | 0000002 | 0000001 | 0000003 | 0000002 | 0000003 | 0000001 | 0000001 |

| 0002341 | 0002342 | 0002343 | 0002344 | 0002345 | 0002346 | 0002347 | 0002348 | 0002349 | 0002350 |
|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| 0000002 | 0000003 | 0000002 | 0000001 | 0000003 | 0000003 | 0000001 | 0000002 | 0000003 | 0000001 |

Statistical Scientist's Initials: MM
Generated by: RAS
Randomization Design: Randomized Block

Statistical Associate's Initials: TW
Seed: 1345988511
Page    7

Monday,  26 August 2002                                    SCHEDULE NUMBER: 006842
                                                           PROTOCOL NUMBER: 5077US/0049
                                                           C of 6841

                          Astra Pharmaceuticals, L.P.

                          UNBLINDED ALLOCATION SCHEDULE

PRODUCT/DRUG NAME: Seroquel

A Multicenter, Double-blind, Randomized, Placebo-c

TREATMENT GROUP  1 : Placebo                  TREATMENT GROUP  2 : Seroquel 300 mg
TREATMENT GROUP  3 : Seroquel 600 mg
BLOCKING FACTOR: 3

| 0002351 | 0002352 | 0002353 | 0002354 | 0002355 | 0002356 | 0002357 | 0002358 | 0002359 | 0002360 |
| 0000002 | 0000003 | 0000001 | 0000002 | 0000003 | 0000001 | 0000002 | 0000001 | 0000002 | 0000003 |

| 0002361 | 0002362 | 0002363 | 0002364 | 0002365 | 0002366 | 0002367 | 0002368 | 0002369 | 0002370 |
| 0000003 | 0000001 | 0000002 | 0000003 | 0000002 | 0000001 | 0000003 | 0000001 | 0000002 | 0000003 |

| 0002371 | 0002372 | 0002373 | 0002374 | 0002375 | 0002376 | 0002377 | 0002378 | 0002379 | 0002380 |
| 0000001 | 0000002 | 0000001 | 0000002 | 0000003 | 0000001 | 0000002 | 0000003 | 0000001 | 0000003 |

| 0002381 | 0002382 | 0002383 | 0002384 | 0002385 | 0002386 | 0002387 | 0002388 | 0002389 | 0002390 |
| 0000002 | 0000002 | 0000003 | 0000001 | 0000001 | 0000002 | 0000003 | 0000003 | 0000002 | 0000001 |

| 0002391 | 0002392 | 0002393 | 0002394 | 0002395 | 0002396 | 0002397 | 0002398 | 0002399 | 0002400 |
| 0000003 | 0000001 | 0000002 | 0000003 | 0000003 | 0000001 | 0000001 | 0000002 | 0000003 | 0000002 |

Statistical Scientist's Initials: MM            Statistical Associate's Initials: TW
Generated by: RAS                                              Seed: 1345988511
Randomization Design: Randomized Block                         Page     8

18

Monday,  26 August 2002

SCHEDULE NUMBER: 006842
PROTOCOL NUMBER: 5077US/0049
C of 6841

Astra Pharmaceuticals, L.P.

UNBLINDED ALLOCATION SCHEDULE

PRODUCT/DRUG NAME: Seroquel

A Multicenter, Double-blind, Randomized, Placebo-c

TREATMENT GROUP  1 : Placebo                    TREATMENT GROUP  2 : Seroquel 300 mg
TREATMENT GROUP  3 : Seroquel 600 mg
BLOCKING FACTOR: 3

| 0002401 | 0002402 | 0002403 | 0002404 | 0002405 | 0002406 | 0002407 | 0002408 | 0002409 | 0002410 |
|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| 0000003 | 0000001 | 0000002 | 0000003 | 0000001 | 0000003 | 0000001 | 0000002 | 0000003 | 0000002 |

| 0002411 | 0002412 | 0002413 | 0002414 | 0002415 | 0002416 | 0002417 | 0002418 | 0002419 | 0002420 |
|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| 0000001 | 0000003 | 0000002 | 0000001 | 0000003 | 0000002 | 0000001 | 0000003 | 0000002 | 0000001 |

| 0002421 | 0002422 | 0002423 | 0002424 | 0002425 | 0002426 | 0002427 | 0002428 | 0002429 | 0002430 |
|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| 0000002 | 0000003 | 0000001 | 0000002 | 0000003 | 0000001 | 0000001 | 0000003 | 0000002 | 0000002 |

| 0002431 | 0002432 | 0002433 | 0002434 | 0002435 | 0002436 | 0002437 | 0002438 | 0002439 | 0002440 |
|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| 0000001 | 0000003 | 0000002 | 0000003 | 0000001 | 0000002 | 0000003 | 0000001 | 0000002 | 0000003 |

| 0002441 | 0002442 | 0002443 | 0002444 | 0002445 | 0002446 | 0002447 | 0002448 | 0002449 | 0002450 |
|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| 0000001 | 0000003 | 0000001 | 0000002 | 0000003 | 0000001 | 0000002 | 0000003 | 0000002 | 0000001 |

Statistical Scientist's Initials: MM          Statistical Associate's Initials: TW
Generated by: RAS                                   Seed: 1345988511
Randomization Design: Randomized Block                   Page     9



| Clinical Study Report: Appendix 12.1.8 | |
|---|---|
| Drug Substance | Quetiapine fumarate |
| Study Code | D1447L00001 |

# Appendix 12.1.8

# Audit certificates

<<Not applicable to this study>>