12.1.9.2.1.3   MADRS Response (CMH - LOCF - ITT)

----------------------------------------------- nvisit=DAY 29 -------------------------------------------------

The FREQ Procedure

Statistics for Table 1 of trtseg by respond50
Controlling for numcd=BIPOLAR I

| Statistic | DF | Value | Prob |
|-----------|----|-------|------|
| Chi-Square | 1 | 7.6578 | 0.0057 |
| Likelihood Ratio Chi-Square | 1 | 7.7170 | 0.0055 |
| Continuity Adj. Chi-Square | 1 | 6.9262 | 0.0085 |
| Mantel-Haenszel Chi-Square | 1 | 7.6242 | 0.0058 |
| Phi Coefficient | | -0.1833 | |
| Contingency Coefficient | | 0.1803 | |
| Cramer's V | | -0.1833 | |

Fisher's Exact Test
------------------------------------
| Cell (1,1) Frequency (F) | 60 |
|---|---|
| Left-sided Pr <= F | 0.0041 |
| Right-sided Pr >= F | 0.9982 |
| | |
| Table Probability (P) | 0.0024 |
| Two-sided Pr <= P | 0.0067 |

Sample Size = 228

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS226H.SAS
GENERATED:  14JUL2005 11:40:31  iceadmn3

12.1.9.2.1.3  MADRS Response (CMH - LOCF - ITT)

------------------------------------------ nvisit=DAY 29 ------------------------------------------

The FREQ Procedure

Table 2 of trtseq by respond50
Controlling for numcd=BIPOLAR II

```
trtseq        respond50

Frequency    |
Percent      |
Row Pct      |
Col Pct      |        0|        1|  Total
-------------+--------+--------+
Q300MG       |      29 |      27 |     56
             |   25.66 |   23.89 |  49.56
             |   51.79 |   48.21 |
             |   42.65 |   60.00 |
-------------+--------+--------+
P            |      39 |      18 |     57
             |   34.51 |   15.93 |  50.44
             |   68.42 |   31.58 |
             |   57.35 |   40.00 |
-------------+--------+--------+
Total             68         45      113
               60.18      39.82   100.00
```

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS226H.SAS
GENERATED:  14JUL2005 11:40:31  iceadmn3

12.1.9.2.1.3  MADRS Response (CMH - LOCF - ITT)

-------------------------------------------------- nvisit=DAY 29 --------------------------------------------------

The FREQ Procedure

Statistics for Table 2 of trtseg by respond50
Controlling for numcd=BIPOLAR II

| Statistic | DF | Value | Prob |
|---|---|---|---|
| Chi-Square | 1 | 3.2620 | 0.0709 |
| Likelihood Ratio Chi-Square | 1 | 3.2793 | 0.0702 |
| Continuity Adj. Chi-Square | 1 | 2.6048 | 0.1065 |
| Mantel-Haenszel Chi-Square | 1 | 3.2331 | 0.0722 |
| Phi Coefficient | | -0.1699 | |
| Contingency Coefficient | | 0.1675 | |
| Cramer's V | | -0.1699 | |

Fisher's Exact Test
-----------------------------------
| Cell (1,1) Frequency (F) | 29 |
|---|---|
| Left-sided Pr <= F | 0.0531 |
| Right-sided Pr >= F | 0.9774 |
| Table Probability (P) | 0.0305 |
| Two-sided Pr <= P | 0.0853 |

Sample Size = 113

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS226H.SAS
GENERATED:  14JUL2005 11:40:31  iceadmn3

12.1.9.2.1.3  MADRS Response (CMH - LOCF - ITT)

--------------------------------------------- nvisit=DAY 29 ------------------------------------------------

The FREQ Procedure

Summary Statistics for trtseq by respond50
Controlling for numcd

Cochran-Mantel-Haenszel Statistics (Based on Table Scores)

| Statistic | Alternative Hypothesis | DF | Value | Prob |
|---|---|---|---|---|
| 1 | Nonzero Correlation | 1 | 10.8416 | 0.0010 |
| 2 | Row Mean Scores Differ | 1 | 10.8416 | 0.0010 |
| 3 | General Association | 1 | 10.8416 | 0.0010 |

Estimates of the Common Relative Risk (Row1/Row2)

| Type of Study | Method | Value | 95% Confidence Limits | |
|---|---|---|---|---|
| Case-Control | Mantel-Haenszel | 0.4764 | 0.3059 | 0.7419 |
| (Odds Ratio) | Logit | 0.4764 | 0.3059 | 0.7420 |
| Cohort | Mantel-Haenszel | 0.7473 | 0.6268 | 0.8910 |
| (Col1 Risk) | Logit | 0.7473 | 0.6268 | 0.8910 |
| Cohort | Mantel-Haenszel | 1.5687 | 1.1926 | 2.0633 |
| (Col2 Risk) | Logit | 1.5683 | 1.1923 | 2.0628 |

Breslow-Day Test for
Homogeneity of the Odds Ratios
-------------------------------
| | |
|---|---|
| Chi-Square | 0.0155 |
| DF | 1 |
| Pr > ChiSq | 0.9009 |

Total Sample Size = 341

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS226H.SAS
GENERATED:  14JUL2005 11:40:31  iceadmn3

69

Quetiapine Fumarate 5077US/0049                                              Page 21 of 80

12.1.9.2.1.3  MADRS Response (CMH - LOCF - ITT)

-------------------------------------- nvisit=DAY 36 --------------------------------------

The FREQ Procedure

Table 1 of trtseq by respond50
Controlling for numcd=BIPOLAR I

```
trtseq            respond50

Frequency        |
Percent          |
Row Pct          |
Col Pct          |        0|        1|  Total
-----------------+--------+--------+
Q300MG           |      50|      66|    116
                 |   21.93|   28.95|  50.88
                 |   43.10|   56.90|
                 |   38.76|   66.67|
-----------------+--------+--------+
P                |      79|      33|    112
                 |   34.65|   14.47|  49.12
                 |   70.54|   29.46|
                 |   61.24|   33.33|
-----------------+--------+--------+
Total                   129       99      228
                      56.58    43.42   100.00
```

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS226H.SAS
GENERATED:  14JUL2005 11:40:31  iceadmn3

12.1.9.2.1.3   MADRS Response (CMH - LOCF - ITT)

---------------------------------------------- nvisit=DAY 36 ----------------------------------------------

The FREQ Procedure

Statistics for Table 1 of trtseg by respond50
Controlling for numcd=BIPOLAR I

| Statistic | DF | Value | Prob |
|---|---|---|---|
| Chi-Square | 1 | 17.4546 | <.0001 |
| Likelihood Ratio Chi-Square | 1 | 17.7186 | <.0001 |
| Continuity Adj. Chi-Square | 1 | 16.3558 | <.0001 |
| Mantel-Haenszel Chi-Square | 1 | 17.3780 | <.0001 |
| Phi Coefficient | | -0.2767 | |
| Contingency Coefficient | | 0.2667 | |
| Cramer's V | | -0.2767 | |

Fisher's Exact Test
------------------------------------
| Cell (1,1) Frequency (F) | 50 |
|---|---|
| Left-sided Pr <= F | 2.341E-05 |
| Right-sided Pr >= F | 1.0000 |
| Table Probability (P) | 1.642E-05 |
| Two-sided Pr <= P | 3.325E-05 |

Sample Size = 228

71

Quetiapine Fumarate 5077US/0049                                          Page 23 of 80

12.1.9.2.1.3  MADRS Response (CMH - LOCF - ITT)

-------------------------------------------- nvisit=DAY 36 --------------------------------------------

The FREQ Procedure

Table 2 of trtseq by respond50
Controlling for numcd=BIPOLAR II

```
trtseq          respond50

Frequency      |
Percent        |
Row Pct        |
Col Pct        |       0|       1|  Total
---------------+--------+--------+
Q300MG         |     34 |     22 |     56
               |  30.09 |  19.47 |  49.56
               |  60.71 |  39.29 |
               |  47.22 |  53.66 |
---------------+--------+--------+
P              |     38 |     19 |     57
               |  33.63 |  16.81 |  50.44
               |  66.67 |  33.33 |
               |  52.78 |  46.34 |
---------------+--------+--------+
Total                72       41      113
                  63.72    36.28   100.00
```

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS226H.SAS
GENERATED:  14JUL2005 11:40:31  iceadmn3

72

12.1.9.2.1.3   MADRS Response (CMH - LOCF - ITT)
------------------------------------------------- nvisit=DAY 36 -------------------------------------------------
The FREQ Procedure

Statistics for Table 2 of trtseg by respond50
Controlling for numcd=BIPOLAR II

| Statistic | DF | Value | Prob |
|---|---|---|---|
| Chi-Square | 1 | 0.4329 | 0.5106 |
| Likelihood Ratio Chi-Square | 1 | 0.4332 | 0.5104 |
| Continuity Adj. Chi-Square | 1 | 0.2137 | 0.6439 |
| Mantel-Haenszel Chi-Square | 1 | 0.4291 | 0.5124 |
| Phi Coefficient | | -0.0619 | |
| Contingency Coefficient | | 0.0618 | |
| Cramer's V | | -0.0619 | |

Fisher's Exact Test
------------------------------------
Cell (1,1) Frequency (F)        34
Left-sided Pr <= F          0.3220
Right-sided Pr >= F         0.8033

Table Probability (P)       0.1253
Two-sided Pr <= P           0.5605

Sample Size = 113

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS226H.SAS
GENERATED:  14JUL2005 11:40:31  iceadmn3

12.1.9.2.1.3  MADRS Response (CMH - LOCF - ITT)

-------------------------------------------- nvisit=DAY 36 --------------------------------------------

The FREQ Procedure

Summary Statistics for trtseq by respond50
Controlling for numcd

Cochran-Mantel-Haenszel Statistics (Based on Table Scores)

| Statistic | Alternative Hypothesis | DF | Value | Prob |
|---|---|---|---|---|
| 1 | Nonzero Correlation | 1 | 14.5157 | 0.0001 |
| 2 | Row Mean Scores Differ | 1 | 14.5157 | 0.0001 |
| 3 | General Association | 1 | 14.5157 | 0.0001 |

Estimates of the Common Relative Risk (Row1/Row2)

| Type of Study | Method | Value | 95% Confidence Limits | |
|---|---|---|---|---|
| Case-Control | Mantel-Haenszel | 0.4280 | 0.2753 | 0.6654 |
| (Odds Ratio) | Logit | 0.4275 | 0.2736 | 0.6678 |
| Cohort | Mantel-Haenszel | 0.7067 | 0.5885 | 0.8487 |
| (Col1 Risk) | Logit | 0.7244 | 0.6036 | 0.8694 |
| Cohort | Mantel-Haenszel | 1.6607 | 1.2669 | 2.1767 |
| (Col2 Risk) | Logit | 1.6586 | 1.2631 | 2.1778 |

Breslow-Day Test for
Homogeneity of the Odds Ratios
-------------------------------
Chi-Square          3.4596
DF                       1
Pr > ChiSq          0.0629

Total Sample Size = 341

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS226H.SAS
GENERATED:  14JUL2005 11:40:31  iceadmn3

74

12.1.9.2.1.3  MADRS Response (CMH - LOCF - ITT)

-------------------------------------------- nvisit=DAY 43 --------------------------------------------------

The FREQ Procedure

Table 1 of trtseq by respond50
Controlling for numcd=BIPOLAR I

```
trtseq            respond50

Frequency        |
Percent          |
Row Pct          |
Col Pct          |       0|       1|  Total
-----------------+--------+--------+
Q300MG           |     50 |     66 |    116
                 |  21.93 |  28.95 |  50.88
                 |  43.10 |  56.90 |
                 |  38.17 |  68.04 |
-----------------+--------+--------+
P                |     81 |     31 |    112
                 |  35.53 |  13.60 |  49.12
                 |  72.32 |  27.68 |
                 |  61.83 |  31.96 |
-----------------+--------+--------+
Total                 131       97      228
                    57.46    42.54   100.00
```

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS226H.SAS
GENERATED:  14JUL2005 11:40:31  iceadmn3

12.1.9.2.1.3  MADRS Response (CMH - LOCF - ITT)

------------------------------------------- nvisit=DAY 43 -------------------------------------------

The FREQ Procedure

Statistics for Table 1 of trtseg by respond50
Controlling for numcd=BIPOLAR I

| Statistic | DF | Value | Prob |
|---|---|---|---|
| Chi-Square | 1 | 19.9007 | <.0001 |
| Likelihood Ratio Chi-Square | 1 | 20.2540 | <.0001 |
| Continuity Adj. Chi-Square | 1 | 18.7233 | <.0001 |
| Mantel-Haenszel Chi-Square | 1 | 19.8134 | <.0001 |
| Phi Coefficient | | -0.2954 | |
| Contingency Coefficient | | 0.2833 | |
| Cramer's V | | -0.2954 | |

Fisher's Exact Test
-----------------------------------
Cell (1,1) Frequency (F)          50
Left-sided Pr <= F       6.472E-06
Right-sided Pr >= F       1.0000

Table Probability (P)    4.696E-06
Two-sided Pr <= P        9.169E-06

Sample Size = 228

76

12.1.9.2.1.3  MADRS Response (CMH - LOCF - ITT)

------------------------------------ nvisit=DAY 43 ------------------------------------

The FREQ Procedure

Table 2 of trtseq by respond50
Controlling for numcd=BIPOLAR II

```
trtseq          respond50

Frequency     |
Percent       |
Row Pct       |
Col Pct       |      0|       1|  Total
--------------+--------+--------+
Q300MG        |     30 |     26 |     56
              |  26.55 |  23.01 |  49.56
              |  53.57 |  46.43 |
              |  45.45 |  55.32 |
--------------+--------+--------+
P             |     36 |     21 |     57
              |  31.86 |  18.58 |  50.44
              |  63.16 |  36.84 |
              |  54.55 |  44.68 |
--------------+--------+--------+
Total              66       47      113
                58.41    41.59   100.00
```

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS226H.SAS
GENERATED:  14JUL2005 11:40:31  iceadmn3

77

12.1.9.2.1.3  MADRS Response (CMH - LOCF - ITT)

------------------------------------------------- nvisit=DAY 43 ----------------------------------------------------

The FREQ Procedure

Statistics for Table 2 of trtseg by respond50
Controlling for numcd=BIPOLAR II

| Statistic | DF | Value | Prob |
|-----------|----|-------|------|
| Chi-Square | 1 | 1.0686 | 0.3013 |
| Likelihood Ratio Chi-Square | 1 | 1.0703 | 0.3009 |
| Continuity Adj. Chi-Square | 1 | 0.7104 | 0.3993 |
| Mantel-Haenszel Chi-Square | 1 | 1.0591 | 0.3034 |
| Phi Coefficient | | -0.0972 | |
| Contingency Coefficient | | 0.0968 | |
| Cramer's V | | -0.0972 | |

Fisher's Exact Test
------------------------------------
| Cell (1,1) Frequency (F) | 30 |
| Left-sided Pr <= F | 0.1997 |
| Right-sided Pr >= F | 0.8897 |
| | |
| Table Probability (P) | 0.0894 |
| Two-sided Pr <= P | 0.3429 |

Sample Size = 113

78

Quetiapine Fumarate 5077US/0049                                         Page 30 of 80

12.1.9.2.1.3  MADRS Response (CMH - LOCF - ITT)

-------------------------------------- nvisit=DAY 43 -----------------------------------------

The FREQ Procedure

Summary Statistics for trtseq by respond50
Controlling for numcd

Cochran-Mantel-Haenszel Statistics (Based on Table Scores)

| Statistic | Alternative Hypothesis | DF | Value | Prob |
|---|---|---|---|---|
| 1 | Nonzero Correlation | 1 | 17.9163 | <.0001 |
| 2 | Row Mean Scores Differ | 1 | 17.9163 | <.0001 |
| 3 | General Association | 1 | 17.9163 | <.0001 |

Estimates of the Common Relative Risk (Row1/Row2)

| Type of Study | Method | Value | 95% Confidence Limits | |
|---|---|---|---|---|
| Case-Control | Mantel-Haenszel | 0.3900 | 0.2508 | 0.6063 |
| (Odds Ratio) | Logit | 0.3898 | 0.2496 | 0.6087 |
| Cohort | Mantel-Haenszel | 0.6722 | 0.5561 | 0.8125 |
| (Col1 Risk) | Logit | 0.6780 | 0.5607 | 0.8198 |
| Cohort | Mantel-Haenszel | 1.7394 | 1.3313 | 2.2726 |
| (Col2 Risk) | Logit | 1.7146 | 1.3106 | 2.2430 |

Breslow-Day Test for
Homogeneity of the Odds Ratios
-------------------------------
Chi-Square          3.1415
DF                       1
Pr > ChiSq          0.0763

Total Sample Size = 341

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS226H.SAS
GENERATED:  14JUL2005 11:40:31  iceadmn3

79

```
                   12.1.9.2.1.3  MADRS Response (CMH - LOCF - ITT)
------------------------------------ nvisit=DAY 50 ----------------------------------

                          The FREQ Procedure

                       Table 1 of trtseq by respond50
                         Controlling for numcd=BIPOLAR I

              trtseq        respond50

              Frequency     |
              Percent       |
              Row Pct       |
              Col Pct       |      0|      1|  Total
              --------------+------+------+
              Q300MG        |    48|    68|   116
                            | 21.05| 29.82| 50.88
                            | 41.38| 58.62|
                            | 37.80| 67.33|
              --------------+------+------+
              P             |    79|    33|   112
                            | 34.65| 14.47| 49.12
                            | 70.54| 29.46|
                            | 62.20| 32.67|
              --------------+------+------+
              Total             127    101    228
                              55.70  44.30 100.00
```

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS226H.SAS
            GENERATED:  14JUL2005 11:40:31  iceadmn3

12.1.9.2.1.3  MADRS Response (CMH - LOCF - ITT)

---------------------------------------- nvisit=DAY 50 --------------------------------------------

The FREQ Procedure

Statistics for Table 1 of trtseg by respond50
Controlling for numcd=BIPOLAR I

| Statistic | DF | Value | Prob |
|-----------|-----|---------|---------|
| Chi-Square | 1 | 19.6315 | <.0001 |
| Likelihood Ratio Chi-Square | 1 | 19.9577 | <.0001 |
| Continuity Adj. Chi-Square | 1 | 18.4677 | <.0001 |
| Mantel-Haenszel Chi-Square | 1 | 19.5454 | <.0001 |
| Phi Coefficient | | -0.2934 | |
| Contingency Coefficient | | 0.2816 | |
| Cramer's V | | -0.2934 | |

Fisher's Exact Test
-----------------------------------
| Cell (1,1) Frequency (F) | 48 |
|---|---|
| Left-sided Pr <= F | 7.490E-06 |
| Right-sided Pr >= F | 1.0000 |
| | |
| Table Probability (P) | 5.400E-06 |
| Two-sided Pr <= P | 1.036E-05 |

Sample Size = 228

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS226H.SAS
GENERATED:  14JUL2005 11:40:31  iceadmn3

12.1.9.2.1.3  MADRS Response (CMH - LOCF - ITT)

-------------------------------------------- nvisit=DAY 50 --------------------------------------------------

The FREQ Procedure

Table 2 of trtseq by respond50
Controlling for numcd=BIPOLAR II

```
trtseq          respond50

Frequency      |
Percent        |
Row Pct        |
Col Pct        |        0|        1|  Total
---------------+--------+--------+
Q300MG         |      29|      27|     56
               |   25.66|   23.89|  49.56
               |   51.79|   48.21|
               |   43.28|   58.70|
---------------+--------+--------+
P              |      38|      19|     57
               |   33.63|   16.81|  50.44
               |   66.67|   33.33|
               |   56.72|   41.30|
---------------+--------+--------+
Total                 67       46     113
                   59.29    40.71  100.00
```

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS226H.SAS
GENERATED:  14JUL2005 11:40:31  iceadmn3

82

12.1.9.2.1.3   MADRS Response (CMH - LOCF - ITT)

------------------------------------------- nvisit=DAY 50 -------------------------------------------

The FREQ Procedure

Statistics for Table 2 of trtseg by respond50
Controlling for numcd=BIPOLAR II

| Statistic | DF | Value | Prob |
|---|---|---|---|
| Chi-Square | 1 | 2.5916 | 0.1074 |
| Likelihood Ratio Chi-Square | 1 | 2.6022 | 0.1067 |
| Continuity Adj. Chi-Square | 1 | 2.0117 | 0.1561 |
| Mantel-Haenszel Chi-Square | 1 | 2.5687 | 0.1090 |
| Phi Coefficient | | -0.1514 | |
| Contingency Coefficient | | 0.1497 | |
| Cramer's V | | -0.1514 | |

Fisher's Exact Test
-----------------------------------
Cell (1,1) Frequency (F)          29
Left-sided Pr <= F            0.0779
Right-sided Pr >= F           0.9644

Table Probability (P)        0.0423
Two-sided Pr <= P            0.1276

Sample Size = 113

83

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS226H.SAS
GENERATED:  14JUL2005 11:40:31  iceadmn3

12.1.9.2.1.3  MADRS Response (CMH - LOCF - ITT)

------------------------------------------ nvisit=DAY 50 ------------------------------------------

The FREQ Procedure

Summary Statistics for trtseq by respond50
Controlling for numcd

Cochran-Mantel-Haenszel Statistics (Based on Table Scores)

| Statistic | Alternative Hypothesis | DF | Value | Prob |
|---|---|---|---|---|
| 1 | Nonzero Correlation | 1 | 20.6355 | <.0001 |
| 2 | Row Mean Scores Differ | 1 | 20.6355 | <.0001 |
| 3 | General Association | 1 | 20.6355 | <.0001 |

Estimates of the Common Relative Risk (Row1/Row2)

| Type of Study | Method | Value | 95% Confidence Limits | |
|---|---|---|---|---|
| Case-Control | Mantel-Haenszel | 0.3622 | 0.2326 | 0.5641 |
| (Odds Ratio) | Logit | 0.3622 | 0.2320 | 0.5652 |
| Cohort | Mantel-Haenszel | 0.6473 | 0.5331 | 0.7859 |
| (Col1 Risk) | Logit | 0.6537 | 0.5385 | 0.7937 |
| Cohort | Mantel-Haenszel | 1.7944 | 1.3780 | 2.3366 |
| (Col2 Risk) | Logit | 1.7875 | 1.3718 | 2.3290 |

Breslow-Day Test for
Homogeneity of the Odds Ratios
-------------------------------
Chi-Square           1.5743
DF                        1
Pr > ChiSq          0.2096

Total Sample Size = 341

```
                      12.1.9.2.1.3  MADRS Response (CMH - LOCF - ITT)
-------------------------------------- nvisit=DAY 57 ---------------------------------------

                              The FREQ Procedure

                         Table 1 of trtseq by respond50
                          Controlling for numcd=BIPOLAR I

            trtseq           respond50

            Frequency       |
            Percent         |
            Row Pct         |
            Col Pct         |      0|      1|  Total
            ----------------+------+------+
            Q300MG              44     72      116
                             19.30  31.58    50.88
                             37.93  62.07
                             36.97  66.06
            ----------------+------+------+
            P                   75     37      112
                             32.89  16.23    49.12
                             66.96  33.04
                             63.03  33.94
            ----------------+------+------+
            Total              119    109      228
                             52.19  47.81   100.00
```

85

```
                    12.1.9.2.1.3  MADRS Response (CMH - LOCF - ITT)
------------------------------------ nvisit=DAY 57 ------------------------------------
                              The FREQ Procedure

                   Statistics for Table 1 of trtseg by respond50
                          Controlling for numcd=BIPOLAR I

            Statistic                   DF       Value      Prob
            ------------------------------------------------------
            Chi-Square                   1      19.2499    <.0001
            Likelihood Ratio Chi-Square  1      19.5395    <.0001
            Continuity Adj. Chi-Square   1      18.1039    <.0001
            Mantel-Haenszel Chi-Square   1      19.1655    <.0001
            Phi Coefficient                    -0.2906
            Contingency Coefficient             0.2790
            Cramer's V                         -0.2906


                            Fisher's Exact Test
                   --------------------------------------
                   Cell (1,1) Frequency (F)           44
                   Left-sided Pr <= F            9.215E-06
                   Right-sided Pr >= F             1.0000

                   Table Probability (P)        6.586E-06
                   Two-sided Pr <= P            1.218E-05

                            Sample Size = 228
```

98

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS226H.SAS
        GENERATED:  14JUL2005 11:40:31  iceadmn3

12.1.9.2.1.3   MADRS Response (CMH - LOCF - ITT)

```
------------------------------------- nvisit=DAY 57 -------------------------------------

                          The FREQ Procedure

                     Table 2 of trtseq by respond50
                     Controlling for numcd=BIPOLAR II

           trtseq         respond50

           Frequency      |
           Percent        |
           Row Pct        |
           Col Pct        |      0|      1|  Total
           ---------------+-------+-------+
           Q300MG         |    29 |    27 |     56
                          | 25.66 | 23.89 |  49.56
                          | 51.79 | 48.21 |
                          | 46.77 | 52.94 |
           ---------------+-------+-------+
           P              |    33 |    24 |     57
                          | 29.20 | 21.24 |  50.44
                          | 57.89 | 42.11 |
                          | 53.23 | 47.06 |
           ---------------+-------+-------+
           Total               62      51     113
                            54.87   45.13  100.00
```

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS226H.SAS
GENERATED:  14JUL2005 11:40:31  iceadmn3

12.1.9.2.1.3   MADRS Response (CMH - LOCF - ITT)

----------------------------------------------- nvisit=DAY 57 -----------------------------------------------

The FREQ Procedure

Statistics for Table 2 of trtseg by respond50
Controlling for numcd=BIPOLAR II

| Statistic | DF | Value | Prob |
|---|---|---|---|
| Chi-Square | 1 | 0.4257 | 0.5141 |
| Likelihood Ratio Chi-Square | 1 | 0.4260 | 0.5140 |
| Continuity Adj. Chi-Square | 1 | 0.2148 | 0.6431 |
| Mantel-Haenszel Chi-Square | 1 | 0.4220 | 0.5160 |
| Phi Coefficient | | -0.0614 | |
| Contingency Coefficient | | 0.0613 | |
| Cramer's V | | -0.0614 | |

Fisher's Exact Test
-----------------------------------
Cell (1,1) Frequency (F)        29
Left-sided Pr <= F          0.3216
Right-sided Pr >= F         0.7999

Table Probability (P)       0.1215
Two-sided Pr <= P           0.5729

Sample Size = 113

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS226H.SAS
GENERATED:  14JUL2005 11:40:31  iceadmn3

12.1.9.2.1.3   MADRS Response (CMH - LOCF - ITT)

------------------------------------------ nvisit=DAY 57 ------------------------------------------

The FREQ Procedure

Summary Statistics for trtseq by respond50
Controlling for numcd

Cochran-Mantel-Haenszel Statistics (Based on Table Scores)

| Statistic | Alternative Hypothesis | DF | Value | Prob |
|-----------|------------------------|----|----|-----|
| 1 | Nonzero Correlation | 1 | 15.6421 | <.0001 |
| 2 | Row Mean Scores Differ | 1 | 15.6421 | <.0001 |
| 3 | General Association | 1 | 15.6421 | <.0001 |

Estimates of the Common Relative Risk (Row1/Row2)

| Type of Study | Method | Value | 95% Confidence Limits | |
|---------------|--------|-------|------|------|
| Case-Control | Mantel-Haenszel | 0.4213 | 0.2731 | 0.6498 |
| (Odds Ratio) | Logit | 0.4204 | 0.2711 | 0.6519 |
| Cohort | Mantel-Haenszel | 0.6649 | 0.5399 | 0.8188 |
| (Col1 Risk) | Logit | 0.6758 | 0.5484 | 0.8328 |
| Cohort | Mantel-Haenszel | 1.5947 | 1.2544 | 2.0274 |
| (Col2 Risk) | Logit | 1.5795 | 1.2407 | 2.0109 |

Breslow-Day Test for
Homogeneity of the Odds Ratios
-------------------------------
Chi-Square            4.1367
DF                         1
Pr > ChiSq           0.0420

Total Sample Size = 341

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS226H.SAS
GENERATED:  14JUL2005 11:40:31  iceadmn3

12.1.9.2.1.3  MADRS Response (CMH - LOCF - ITT)

------------------------------ nvisit=DAY 8 ------------------------------

The FREQ Procedure

Table 1 of trtseq by respond50
Controlling for numcd=BIPOLAR I

| trtseq | respond50 | | |
|--------|-----------|------|-------|
| Frequency<br>Percent<br>Row Pct<br>Col Pct | 0 | 1 | Total |
| Q600MG | 84<br>37.17<br>73.68<br>45.41 | 30<br>13.27<br>26.32<br>73.17 | 114<br>50.44 |
| P | 101<br>44.69<br>90.18<br>54.59 | 11<br>4.87<br>9.82<br>26.83 | 112<br>49.56 |
| Total | 185<br>81.86 | 41<br>18.14 | 226<br>100.00 |

06

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS226H.SAS
GENERATED:  14JUL2005 11:40:31  iceadmn3

12.1.9.2.1.3   MADRS Response (CMH - LOCF - ITT)

------------------------------------------------ nvisit=DAY 8 ------------------------------------------------

The FREQ Procedure

Statistics for Table 1 of trtseg by respond50
Controlling for numcd=BIPOLAR I

| Statistic | DF | Value | Prob |
|---|---|---|---|
| Chi-Square | 1 | 10.3502 | 0.0013 |
| Likelihood Ratio Chi-Square | 1 | 10.6974 | 0.0011 |
| Continuity Adj. Chi-Square | 1 | 9.2692 | 0.0023 |
| Mantel-Haenszel Chi-Square | 1 | 10.3044 | 0.0013 |
| Phi Coefficient | | -0.2140 | |
| Contingency Coefficient | | 0.2093 | |
| Cramer's V | | -0.2140 | |

Fisher's Exact Test
-----------------------------------
Cell (1,1) Frequency (F)          84
Left-sided Pr <= F            0.0010
Right-sided Pr >= F          0.9997

Table Probability (P)     7.357E-04
Two-sided Pr <= P            0.0017

Sample Size = 226

91

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS226H.SAS
GENERATED:  14JUL2005 11:40:31  iceadmn3

12.1.9.2.1.3  MADRS Response (CMH - LOCF - ITT)

------------------------------------------- nvisit=DAY 8 -------------------------------------------

The FREQ Procedure

Table 2 of trtseq by respond50
Controlling for numcd=BIPOLAR II

| trtseq | respond50 | | |
|---|---|---|---|
| Frequency Percent Row Pct Col Pct | 0 | 1 | Total |
| Q600MG | 44 39.29 80.00 46.81 | 11 9.82 20.00 61.11 | 55 49.11 |
| P | 50 44.64 87.72 53.19 | 7 6.25 12.28 38.89 | 57 50.89 |
| Total | 94 83.93 | 18 16.07 | 112 100.00 |

92

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS226H.SAS
GENERATED:  14JUL2005 11:40:31  iceadmn3

12.1.9.2.1.3   MADRS Response (CMH - LOCF - ITT)

------------------------------------------- nvisit=DAY 8 -------------------------------------------

The FREQ Procedure

Statistics for Table 2 of trtseg by respond50
Controlling for numcd=BIPOLAR II

| Statistic | DF | Value | Prob |
|---|---|---|---|
| Chi-Square | 1 | 1.2365 | 0.2661 |
| Likelihood Ratio Chi-Square | 1 | 1.2439 | 0.2647 |
| Continuity Adj. Chi-Square | 1 | 0.7305 | 0.3927 |
| Mantel-Haenszel Chi-Square | 1 | 1.2255 | 0.2683 |
| Phi Coefficient | | -0.1051 | |
| Contingency Coefficient | | 0.1045 | |
| Cramer's V | | -0.1051 | |

Fisher's Exact Test
-----------------------------------
Cell (1,1) Frequency (F)        44
Left-sided Pr <= F          0.1966
Right-sided Pr >= F         0.9150

Table Probability (P)       0.1115
Two-sided Pr <= P           0.3105

Sample Size = 112

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS226H.SAS
GENERATED:  14JUL2005 11:40:31  iceadmn3

93

12.1.9.2.1.3   MADRS Response (CMH - LOCF - ITT)

---------------------------------------------- nvisit=DAY 8 ----------------------------------------------

The FREQ Procedure

Summary Statistics for trtseq by respond50
Controlling for numcd

Cochran-Mantel-Haenszel Statistics (Based on Table Scores)

| Statistic | Alternative Hypothesis | DF | Value | Prob |
|---|---|---|---|---|
| 1 | Nonzero Correlation | 1 | 10.7688 | 0.0010 |
| 2 | Row Mean Scores Differ | 1 | 10.7688 | 0.0010 |
| 3 | General Association | 1 | 10.7688 | 0.0010 |

Estimates of the Common Relative Risk (Row1/Row2)

| Type of Study | Method | Value | 95% Confidence Limits | |
|---|---|---|---|---|
| Case-Control | Mantel-Haenszel | 0.3733 | 0.2046 | 0.6813 |
| (Odds Ratio) | Logit | 0.3762 | 0.2053 | 0.6896 |
| Cohort | Mantel-Haenszel | 0.8480 | 0.7673 | 0.9370 |
| (Col1 Risk) | Logit | 0.8510 | 0.7702 | 0.9402 |
| Cohort | Mantel-Haenszel | 2.2774 | 1.3635 | 3.8041 |
| (Col2 Risk) | Logit | 2.2511 | 1.3439 | 3.7708 |

Breslow-Day Test for
Homogeneity of the Odds Ratios
-----------------------------
Chi-Square            0.8808
DF                         1
Pr > ChiSq            0.3480

Total Sample Size = 338

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS226H.SAS
GENERATED:  14JUL2005 11:40:31  iceadmn3

94

12.1.9.2.1.3  MADRS Response (CMH - LOCF - ITT)

-------------------------------------------- nvisit=DAY 15 --------------------------------------------

The FREQ Procedure

Table 1 of trtseq by respond50
Controlling for numcd=BIPOLAR I

```
trtseq            respond50

Frequency       |
Percent         |
Row Pct         |
Col Pct         |       0|       1|  Total
----------------+--------+--------+
Q600MG          |      74|      40|    114
                |   32.74|   17.70|  50.44
                |   64.91|   35.09|
                |   44.58|   66.67|
----------------+--------+--------+
P               |      92|      20|    112
                |   40.71|    8.85|  49.56
                |   82.14|   17.86|
                |   55.42|   33.33|
----------------+--------+--------+
Total                  166      60     226
                     73.45   26.55  100.00
```

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS226H.SAS
GENERATED:  14JUL2005 11:40:31  iceadmn3

95

12.1.9.2.1.3  MADRS Response (CMH - LOCF - ITT)

-------------------------------------------------- nvisit=DAY 15 --------------------------------------------------

The FREQ Procedure

Statistics for Table 1 of trtseg by respond50
Controlling for numcd=BIPOLAR I

| Statistic | DF | Value | Prob |
|-----------|----|-------|------|
| Chi-Square | 1 | 8.6014 | 0.0034 |
| Likelihood Ratio Chi-Square | 1 | 8.7339 | 0.0031 |
| Continuity Adj. Chi-Square | 1 | 7.7405 | 0.0054 |
| Mantel-Haenszel Chi-Square | 1 | 8.5634 | 0.0034 |
| Phi Coefficient | | -0.1951 | |
| Contingency Coefficient | | 0.1915 | |
| Cramer's V | | -0.1951 | |

Fisher's Exact Test
----------------------------------
Cell (1,1) Frequency (F)            74
Left-sided Pr <= F              0.0026
Right-sided Pr >= F             0.9991

Table Probability (P)          0.0016
Two-sided Pr <= P              0.0041

Sample Size = 226

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS226H.SAS
GENERATED:  14JUL2005 11:40:31  iceadmn3

96

12.1.9.2.1.3  MADRS Response (CMH - LOCF - ITT)
------------------------------------------------ nvisit=DAY 15 ------------------------------------------------

The FREQ Procedure

Table 2 of trtseq by respond50
Controlling for numcd=BIPOLAR II

```
trtseq          respond50

Frequency      |
Percent        |
Row Pct        |
Col Pct        |      0|      1|  Total
---------------+-------+-------+
Q600MG         |    39 |    17 |     56
               | 34.51 | 15.04 |  49.56
               | 69.64 | 30.36 |
               | 46.99 | 56.67 |
---------------+-------+-------+
P              |    44 |    13 |     57
               | 38.94 | 11.50 |  50.44
               | 77.19 | 22.81 |
               | 53.01 | 43.33 |
---------------+-------+-------+
Total              83      30     113
                73.45   26.55  100.00
```

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS226H.SAS
GENERATED:  14JUL2005 11:40:31  iceadmn3

12.1.9.2.1.3   MADRS Response (CMH - LOCF - ITT)

-------------------------------------------------- nvisit=DAY 15 --------------------------------------------------

The FREQ Procedure

Statistics for Table 2 of trtseg by respond50
Controlling for numcd=BIPOLAR II

| Statistic | DF | Value | Prob |
|---|---|---|---|
| Chi-Square | 1 | 0.8258 | 0.3635 |
| Likelihood Ratio Chi-Square | 1 | 0.8275 | 0.3630 |
| Continuity Adj. Chi-Square | 1 | 0.4840 | 0.4866 |
| Mantel-Haenszel Chi-Square | 1 | 0.8184 | 0.3656 |
| Phi Coefficient | | -0.0855 | |
| Contingency Coefficient | | 0.0852 | |
| Cramer's V | | -0.0855 | |

Fisher's Exact Test
-----------------------------------
Cell (1,1) Frequency (F)        39
Left-sided Pr <= F          0.2435
Right-sided Pr >= F         0.8691

Table Probability (P)       0.1125
Two-sided Pr <= P           0.4001

Sample Size = 113

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS226H.SAS
GENERATED:  14JUL2005 11:40:31  iceadmn3

12.1.9.2.1.3  MADRS Response (CMH - LOCF - ITT)

------------------------------------------- nvisit=DAY 15 -------------------------------------------

The FREQ Procedure

Summary Statistics for trtseq by respond50
Controlling for numcd

Cochran-Mantel-Haenszel Statistics (Based on Table Scores)

| Statistic | Alternative Hypothesis | DF | Value | Prob |
|---|---|---|---|---|
| 1 | Nonzero Correlation | 1 | 8.4719 | 0.0036 |
| 2 | Row Mean Scores Differ | 1 | 8.4719 | 0.0036 |
| 3 | General Association | 1 | 8.4719 | 0.0036 |

Estimates of the Common Relative Risk (Row1/Row2)

| Type of Study | Method | Value | 95% Confidence Limits | |
|---|---|---|---|---|
| Case-Control | Mantel-Haenszel | 0.4818 | 0.2936 | 0.7909 |
| (Odds Ratio) | Logit | 0.4829 | 0.2935 | 0.7946 |
| Cohort | Mantel-Haenszel | 0.8260 | 0.7253 | 0.9408 |
| (Col1 Risk) | Logit | 0.8267 | 0.7258 | 0.9416 |
| Cohort | Mantel-Haenszel | 1.7179 | 1.1830 | 2.4945 |
| (Col2 Risk) | Logit | 1.7055 | 1.1730 | 2.4798 |

Breslow-Day Test for
Homogeneity of the Odds Ratios
--------------------------------
Chi-Square          0.9642
DF                       1
Pr > ChiSq          0.3261

Total Sample Size = 339

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS226H.SAS
GENERATED:  14JUL2005 11:40:31  iceadmn3

12.1.9.2.1.3  MADRS Response (CMH - LOCF - ITT)

------------------------------------------------- nvisit=DAY 22 -----------------------------------------------------

The FREQ Procedure

Table 1 of trtseq by respond50
Controlling for numcd=BIPOLAR I

| trtseq | respond50 | | |
|---|---|---|---|
| Frequency Percent Row Pct Col Pct | 0 | 1 | Total |
| Q600MG | 59 26.11 51.75 40.97 | 55 24.34 48.25 67.07 | 114 50.44 |
| P | 85 37.61 75.89 59.03 | 27 11.95 24.11 32.93 | 112 49.56 |
| Total | 144 63.72 | 82 36.28 | 226 100.00 |

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS226H.SAS
GENERATED:  14JUL2005 11:40:31  iceadmn3

100

12.1.9.2.1.3  MADRS Response (CMH - LOCF - ITT)

----------------------------------------------- nvisit=DAY 22 -----------------------------------------------

The FREQ Procedure

Statistics for Table 1 of trtseg by respond50
Controlling for numcd=BIPOLAR I

| Statistic | DF | Value | Prob |
|-----------|----|-------|------|
| Chi-Square | 1 | 14.2388 | 0.0002 |
| Likelihood Ratio Chi-Square | 1 | 14.4586 | 0.0001 |
| Continuity Adj. Chi-Square | 1 | 13.2139 | 0.0003 |
| Mantel-Haenszel Chi-Square | 1 | 14.1758 | 0.0002 |
| Phi Coefficient | | -0.2510 | |
| Contingency Coefficient | | 0.2435 | |
| Cramer's V | | -0.2510 | |

Fisher's Exact Test
------------------------------------
| Cell (1,1) Frequency (F) | 59 |
|---|---|
| Left-sided Pr <= F | 1.266E-04 |
| Right-sided Pr >= F | 1.0000 |
| Table Probability (P) | 8.620E-05 |
| Two-sided Pr <= P | 1.831E-04 |

Sample Size = 226

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS226H.SAS
GENERATED:  14JUL2005 11:40:31  iceadmn3

Case 6:06-md-01769-ACC-DAB   Document 1351-33   Filed 03/11/09   Page 37 of 100 PageID 48297

12.1.9.2.1.3  MADRS Response (CMH - LOCF - ITT)

---------------------------------------------- nvisit=DAY 22 ------------------------------------------------

The FREQ Procedure

Table 2 of trtseq by respond50
Controlling for numcd=BIPOLAR II

```
trtseq          respond50

Frequency      |
Percent        |
Row Pct        |
Col Pct        |       0|       1|  Total
---------------+--------+--------+
Q600MG         |     37 |     19 |     56
               |  32.74 |  16.81 |  49.56
               |  66.07 |  33.93 |
               |  46.84 |  55.88 |
---------------+--------+--------+
P              |     42 |     15 |     57
               |  37.17 |  13.27 |  50.44
               |  73.68 |  26.32 |
               |  53.16 |  44.12 |
---------------+--------+--------+
Total                79       34      113
                  69.91    30.09   100.00
```

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS226H.SAS
GENERATED:  14JUL2005 11:40:31  iceadmn3

102

12.1.9.2.1.3   MADRS Response (CMH - LOCF - ITT)

------------------------------------------------ nvisit=DAY 22 -------------------------------------------------

The FREQ Procedure

Statistics for Table 2 of trtseg by respond50
Controlling for numcd=BIPOLAR II

```
Statistic                     DF       Value      Prob
--------------------------------------------------------
Chi-Square                     1       0.7783     0.3777
Likelihood Ratio Chi-Square    1       0.7795     0.3773
Continuity Adj. Chi-Square     1       0.4584     0.4984
Mantel-Haenszel Chi-Square     1       0.7714     0.3798
Phi Coefficient                       -0.0830
Contingency Coefficient                0.0827
Cramer's V                            -0.0830
```

Fisher's Exact Test
```
-----------------------------------
Cell (1,1) Frequency (F)            37
Left-sided Pr <= F              0.2493
Right-sided Pr >= F             0.8616

Table Probability (P)          0.1109
Two-sided Pr <= P              0.4169
```

Sample Size = 113

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS226H.SAS
GENERATED:  14JUL2005 11:40:31  iceadmn3

12.1.9.2.1.3  MADRS Response (CMH - LOCF - ITT)

-------------------------------------------- nvisit=DAY 22 --------------------------------------------

The FREQ Procedure

Summary Statistics for trtseq by respond50
Controlling for numcd

Cochran-Mantel-Haenszel Statistics (Based on Table Scores)

| Statistic | Alternative Hypothesis | DF | Value | Prob |
|-----------|------------------------|-----|---------|--------|
| 1 | Nonzero Correlation | 1 | 13.0401 | 0.0003 |
| 2 | Row Mean Scores Differ | 1 | 13.0401 | 0.0003 |
| 3 | General Association | 1 | 13.0401 | 0.0003 |

Estimates of the Common Relative Risk (Row1/Row2)

| Type of Study | Method | Value | 95% Confidence Limits | |
|---------------|--------|-------|------|------|
| Case-Control | Mantel-Haenszel | 0.4310 | 0.2717 | 0.6837 |
| (Odds Ratio) | Logit | 0.4313 | 0.2710 | 0.6864 |
| Cohort | Mantel-Haenszel | 0.7521 | 0.6423 | 0.8808 |
| (Col1 Risk) | Logit | 0.7643 | 0.6531 | 0.8943 |
| Cohort | Mantel-Haenszel | 1.7499 | 1.2784 | 2.3954 |
| (Col2 Risk) | Logit | 1.7470 | 1.2742 | 2.3953 |

Breslow-Day Test for
Homogeneity of the Odds Ratios
-------------------------------
Chi-Square                  2.0145
DF                               1
Pr > ChiSq                  0.1558

Total Sample Size = 339

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS226H.SAS
GENERATED:  14JUL2005 11:40:31  iceadmn3

104

12.1.9.2.1.3   MADRS Response (CMH - LOCF - ITT)

------------------------------------------- nvisit=DAY 29 -------------------------------------------

The FREQ Procedure

Table 1 of trtseq by respond50
Controlling for numcd=BIPOLAR I

```
trtseq            respond50

Frequency        |
Percent          |
Row Pct          |
Col Pct          |      0|      1|  Total
-----------------+-------+-------+
Q600MG           |     43|     71|    114
                 |  19.03|  31.42|  50.44
                 |  37.72|  62.28|
                 |  35.54|  67.62|
-----------------+-------+-------+
P                |     78|     34|    112
                 |  34.51|  15.04|  49.56
                 |  69.64|  30.36|
                 |  64.46|  32.38|
-----------------+-------+-------+
Total                  121     105      226
                     53.54   46.46   100.00
```

105

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS226H.SAS
GENERATED:  14JUL2005 11:40:31  iceadmn3

12.1.9.2.1.3   MADRS Response (CMH - LOCF - ITT)

-------------------------------------------- nvisit=DAY 29 --------------------------------------------------

The FREQ Procedure

Statistics for Table 1 of trtseg by respond50
Controlling for numcd=BIPOLAR I

| Statistic | DF | Value | Prob |
|---|---|---|---|
| Chi-Square | 1 | 23.1462 | <.0001 |
| Likelihood Ratio Chi-Square | 1 | 23.5747 | <.0001 |
| Continuity Adj. Chi-Square | 1 | 21.8806 | <.0001 |
| Mantel-Haenszel Chi-Square | 1 | 23.0438 | <.0001 |
| Phi Coefficient | | -0.3200 | |
| Contingency Coefficient | | 0.3048 | |
| Cramer's V | | -0.3200 | |

Fisher's Exact Test
-----------------------------------
| Cell (1,1) Frequency (F) | 43 |
|---|---|
| Left-sided Pr <= F | 1.200E-06 |
| Right-sided Pr >= F | 1.0000 |
| | |
| Table Probability (P) | 8.991E-07 |
| Two-sided Pr <= P | 1.535E-06 |

Sample Size = 226

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS226H.SAS
GENERATED:  14JUL2005 11:40:31  iceadmn3

106

```
Quetiapine Fumarate 5077US/0049                                    Page 58 of 80

       12.1.9.2.1.3  MADRS Response (CMH - LOCF - ITT)
----------------------------------- nvisit=DAY 29 -----------------------------------

                        The FREQ Procedure

                    Table 2 of trtseq by respond50
                    Controlling for numcd=BIPOLAR II

           trtseq        respond50

           Frequency      |
           Percent        |
           Row Pct        |
           Col Pct        |      0|      1|  Total
           --------------+-------+-------+
           Q600MG         |    29 |    27 |     56
                          | 25.66 | 23.89 |  49.56
                          | 51.79 | 48.21 |
                          | 42.65 | 60.00 |
           --------------+-------+-------+
           P              |    39 |    18 |     57
                          | 34.51 | 15.93 |  50.44
                          | 68.42 | 31.58 |
                          | 57.35 | 40.00 |
           --------------+-------+-------+
           Total              68      45      113
                            60.18   39.82  100.00
```

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS226H.SAS
          GENERATED:  14JUL2005 11:40:31  iceadmn3

107

12.1.9.2.1.3  MADRS Response (CMH - LOCF - ITT)

---------------------------------------------- nvisit=DAY 29 ----------------------------------------------

The FREQ Procedure

Statistics for Table 2 of trtseg by respond50
Controlling for numcd=BIPOLAR II

| Statistic | DF | Value | Prob |
|---|---|---|---|
| Chi-Square | 1 | 3.2620 | 0.0709 |
| Likelihood Ratio Chi-Square | 1 | 3.2793 | 0.0702 |
| Continuity Adj. Chi-Square | 1 | 2.6048 | 0.1065 |
| Mantel-Haenszel Chi-Square | 1 | 3.2331 | 0.0722 |
| Phi Coefficient | | -0.1699 | |
| Contingency Coefficient | | 0.1675 | |
| Cramer's V | | -0.1699 | |

Fisher's Exact Test
-----------------------------------
| Cell (1,1) Frequency (F) | 29 |
|---|---|
| Left-sided Pr <= F | 0.0531 |
| Right-sided Pr >= F | 0.9774 |
| | |
| Table Probability (P) | 0.0305 |
| Two-sided Pr <= P | 0.0853 |

Sample Size = 113

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS226H.SAS
GENERATED:  14JUL2005 11:40:31  iceadmn3

12.1.9.2.1.3   MADRS Response (CMH - LOCF - ITT)

-------------------------------------------- nvisit=DAY 29 --------------------------------------------

The FREQ Procedure

Summary Statistics for trtseq by respond50
Controlling for numcd

Cochran-Mantel-Haenszel Statistics (Based on Table Scores)

| Statistic | Alternative Hypothesis | DF | Value | Prob |
|---|---|---|---|---|
| 1 | Nonzero Correlation | 1 | 24.6765 | <.0001 |
| 2 | Row Mean Scores Differ | 1 | 24.6765 | <.0001 |
| 3 | General Association | 1 | 24.6765 | <.0001 |

Estimates of the Common Relative Risk (Row1/Row2)

| Type of Study | Method | Value | 95% Confidence Limits | |
|---|---|---|---|---|
| Case-Control | Mantel-Haenszel | 0.3278 | 0.2099 | 0.5121 |
| (Odds Ratio) | Logit | 0.3276 | 0.2092 | 0.5129 |
| Cohort | Mantel-Haenszel | 0.6125 | 0.5005 | 0.7496 |
| (Col1 Risk) | Logit | 0.6247 | 0.5108 | 0.7639 |
| Cohort | Mantel-Haenszel | 1.8720 | 1.4424 | 2.4296 |
| (Col2 Risk) | Logit | 1.8716 | 1.4412 | 2.4305 |

Breslow-Day Test for
Homogeneity of the Odds Ratios
-------------------------------
| Chi-Square | 1.7144 |
|---|---|
| DF | 1 |
| Pr > ChiSq | 0.1904 |

Total Sample Size = 339

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS226H.SAS
GENERATED:  14JUL2005 11:40:31  iceadmn3

109

12.1.9.2.1.3  MADRS Response (CMH - LOCF - ITT)

-------------------------------------------- nvisit=DAY 36 --------------------------------------------

The FREQ Procedure

Table 1 of trtseq by respond50
Controlling for numcd=BIPOLAR I

```
trtseq          respond50

Frequency  |
Percent    |
Row Pct    |
Col Pct    |        0|        1|  Total
-----------+--------+--------+
Q600MG     |     50 |     64 |    114
           |  22.12 |  28.32 |  50.44
           |  43.86 |  56.14 |
           |  38.76 |  65.98 |
-----------+--------+--------+
P          |     79 |     33 |    112
           |  34.96 |  14.60 |  49.56
           |  70.54 |  29.46 |
           |  61.24 |  34.02 |
-----------+--------+--------+
Total          129       97      226
             57.08    42.92   100.00
```

110

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS226H.SAS
GENERATED:  14JUL2005 11:40:31  iceadmn3

12.1.9.2.1.3   MADRS Response (CMH - LOCF - ITT)

-------------------------------------------- nvisit=DAY 36 -------------------------------------------------

The FREQ Procedure

Statistics for Table 1 of trtseg by respond50
Controlling for numcd=BIPOLAR I

| Statistic | DF | Value | Prob |
|-----------|----|-------|------|
| Chi-Square | 1 | 16.4102 | <.0001 |
| Likelihood Ratio Chi-Square | 1 | 16.6409 | <.0001 |
| Continuity Adj. Chi-Square | 1 | 15.3394 | <.0001 |
| Mantel-Haenszel Chi-Square | 1 | 16.3376 | <.0001 |
| Phi Coefficient |  | -0.2695 |  |
| Contingency Coefficient |  | 0.2602 |  |
| Cramer's V |  | -0.2695 |  |

Fisher's Exact Test
-----------------------------------
Cell (1,1) Frequency (F)          50
Left-sided Pr <= F        4.066E-05
Right-sided Pr >= F          1.0000

Table Probability (P)     2.817E-05
Two-sided Pr <= P         5.563E-05

Sample Size = 226

III

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS226H.SAS
GENERATED:  14JUL2005 11:40:31  iceadmn3

12.1.9.2.1.3  MADRS Response (CMH - LOCF - ITT)

------------------------------------------- nvisit=DAY 36 ---------------------------------------------

The FREQ Procedure

Table 2 of trtseq by respond50
Controlling for numcd=BIPOLAR II

```
trtseq            respond50

Frequency        |
Percent          |
Row Pct          |
Col Pct          |      0|      1|  Total
-----------------+------+------+
Q600MG           |    32|    24|     56
                 | 28.32| 21.24|  49.56
                 | 57.14| 42.86|
                 | 45.71| 55.81|
-----------------+------+------+
P                |    38|    19|     57
                 | 33.63| 16.81|  50.44
                 | 66.67| 33.33|
                 | 54.29| 44.19|
-----------------+------+------+
Total                 70     43     113
                   61.95  38.05  100.00
```

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS226H.SAS
GENERATED:  14JUL2005 11:40:31  iceadmn3

112

12.1.9.2.1.3   MADRS Response (CMH - LOCF - ITT)

-------------------------------------------- nvisit=DAY 36 --------------------------------------------

The FREQ Procedure

Statistics for Table 2 of trtseg by respond50
Controlling for numcd=BIPOLAR II

| Statistic | DF | Value | Prob |
|-----------|----|----|------|
| Chi-Square | 1 | 1.0869 | 0.2972 |
| Likelihood Ratio Chi-Square | 1 | 1.0888 | 0.2967 |
| Continuity Adj. Chi-Square | 1 | 0.7204 | 0.3960 |
| Mantel-Haenszel Chi-Square | 1 | 1.0773 | 0.2993 |
| Phi Coefficient | | -0.0981 | |
| Contingency Coefficient | | 0.0976 | |
| Cramer's V | | -0.0981 | |

Fisher's Exact Test
-----------------------------------
| Cell (1,1) Frequency (F) | 32 |
|---------------------------|------|
| Left-sided Pr <= F | 0.1981 |
| Right-sided Pr >= F | 0.8919 |
| Table Probability (P) | 0.0900 |
| Two-sided Pr <= P | 0.3361 |

Sample Size = 113

113

12.1.9.2.1.3  MADRS Response (CMH - LOCF - ITT)

---------------------------------------- nvisit=DAY 36 ----------------------------------------

The FREQ Procedure

Summary Statistics for trtseq by respond50
Controlling for numcd

Cochran-Mantel-Haenszel Statistics (Based on Table Scores)

| Statistic | Alternative Hypothesis | DF | Value | Prob |
|---|---|---|---|---|
| 1 | Nonzero Correlation | 1 | 15.2982 | <.0001 |
| 2 | Row Mean Scores Differ | 1 | 15.2982 | <.0001 |
| 3 | General Association | 1 | 15.2982 | <.0001 |

Estimates of the Common Relative Risk (Row1/Row2)

| Type of Study | Method | Value | 95% Confidence Limits | |
|---|---|---|---|---|
| Case-Control | Mantel-Haenszel | 0.4166 | 0.2675 | 0.6487 |
| (Odds Ratio) | Logit | 0.4164 | 0.2665 | 0.6504 |
| Cohort | Mantel-Haenszel | 0.6973 | 0.5793 | 0.8395 |
| (Col1 Risk) | Logit | 0.7077 | 0.5880 | 0.8517 |
| Cohort | Mantel-Haenszel | 1.6815 | 1.2841 | 2.2019 |
| (Col2 Risk) | Logit | 1.6774 | 1.2795 | 2.1989 |

Breslow-Day Test for
Homogeneity of the Odds Ratios
-------------------------------
Chi-Square              2.2233
DF                           1
Pr > ChiSq             0.1359

Total Sample Size = 339

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS226H.SAS
GENERATED:  14JUL2005 11:40:31  iceadmn3

114

12.1.9.2.1.3  MADRS Response (CMH - LOCF - ITT)

-------------------------------------------- nvisit=DAY 43 --------------------------------------------

The FREQ Procedure

Table 1 of trtseq by respond50
Controlling for numcd=BIPOLAR I

```
trtseq        respond50

Frequency    |
Percent      |
Row Pct      |
Col Pct      |      0|      1|  Total
-------------+-------+-------+
Q600MG       |    41 |    73 |    114
             | 18.14 | 32.30 |  50.44
             | 35.96 | 64.04 |
             | 33.61 | 70.19 |
-------------+-------+-------+
P            |    81 |    31 |    112
             | 35.84 | 13.72 |  49.56
             | 72.32 | 27.68 |
             | 66.39 | 29.81 |
-------------+-------+-------+
Total             122     104     226
                53.98   46.02  100.00
```

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS226H.SAS
GENERATED:  14JUL2005 11:40:31  iceadmn3

115

12.1.9.2.1.3  MADRS Response (CMH - LOCF - ITT)

---------------------------------------------- nvisit=DAY 43 -------------------------------------------------

The FREQ Procedure

Statistics for Table 1 of trtseg by respond50
Controlling for numcd=BIPOLAR I

| Statistic | DF | Value | Prob |
|---|---|---|---|
| Chi-Square | 1 | 30.0609 | <.0001 |
| Likelihood Ratio Chi-Square | 1 | 30.7983 | <.0001 |
| Continuity Adj. Chi-Square | 1 | 28.6152 | <.0001 |
| Mantel-Haenszel Chi-Square | 1 | 29.9279 | <.0001 |
| Phi Coefficient | | -0.3647 | |
| Contingency Coefficient | | 0.3426 | |
| Cramer's V | | -0.3647 | |

Fisher's Exact Test
-----------------------------------
Cell (1,1) Frequency (F)         41
Left-sided Pr <= F       3.168E-08
Right-sided Pr >= F         1.0000

Table Probability (P)    2.518E-08
Two-sided Pr <= P        3.918E-08

Sample Size = 226

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS226H.SAS
GENERATED:  14JUL2005 11:40:31  iceadmn3

116

12.1.9.2.1.3  MADRS Response (CMH - LOCF - ITT)
------------------------------------------------- nvisit=DAY 43 -------------------------------------------------

The FREQ Procedure

Table 2 of trtseq by respond50
Controlling for numcd=BIPOLAR II

```
trtseq          respond50

Frequency     |
Percent       |
Row Pct       |
Col Pct       |      0|      1|  Total
--------------+-------+-------+
Q600MG        |    30 |    26 |     56
              | 26.55 | 23.01 |  49.56
              | 53.57 | 46.43 |
              | 45.45 | 55.32 |
--------------+-------+-------+
P             |    36 |    21 |     57
              | 31.86 | 18.58 |  50.44
              | 63.16 | 36.84 |
              | 54.55 | 44.68 |
--------------+-------+-------+
Total              66      47     113
                58.41   41.59  100.00
```

117

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS226H.SAS
GENERATED:  14JUL2005 11:40:31  iceadmn3

12.1.9.2.1.3   MADRS Response (CMH - LOCF - ITT)

---------------------------------------------- nvisit=DAY 43 ----------------------------------------------

The FREQ Procedure

Statistics for Table 2 of trtseg by respond50
Controlling for numcd=BIPOLAR II

| Statistic | DF | Value | Prob |
|---|---|---|---|
| Chi-Square | 1 | 1.0686 | 0.3013 |
| Likelihood Ratio Chi-Square | 1 | 1.0703 | 0.3009 |
| Continuity Adj. Chi-Square | 1 | 0.7104 | 0.3993 |
| Mantel-Haenszel Chi-Square | 1 | 1.0591 | 0.3034 |
| Phi Coefficient | | -0.0972 | |
| Contingency Coefficient | | 0.0968 | |
| Cramer's V | | -0.0972 | |

Fisher's Exact Test
----------------------------------
| Cell (1,1) Frequency (F) | 30 |
|---|---|
| Left-sided Pr <= F | 0.1997 |
| Right-sided Pr >= F | 0.8897 |
| Table Probability (P) | 0.0894 |
| Two-sided Pr <= P | 0.3429 |

Sample Size = 113

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS226H.SAS
GENERATED:  14JUL2005 11:40:31  iceadmn3

118

Case 6:06-md-01769-ACC-DAB   Document 1351-33   Filed 03/11/09   Page 54 of 100 PageID
48314

12.1.9.2.1.3   MADRS Response (CMH - LOCF - ITT)

------------------------------------------- nvisit=DAY 43 -------------------------------------------

The FREQ Procedure

Summary Statistics for trtseq by respond50
Controlling for numcd

Cochran-Mantel-Haenszel Statistics (Based on Table Scores)

| Statistic | Alternative Hypothesis | DF | Value | Prob |
|---|---|---|---|---|
| 1 | Nonzero Correlation | 1 | 25.7114 | <.0001 |
| 2 | Row Mean Scores Differ | 1 | 25.7114 | <.0001 |
| 3 | General Association | 1 | 25.7114 | <.0001 |

Estimates of the Common Relative Risk (Row1/Row2)

| Type of Study | Method | Value | 95% Confidence Limits | |
|---|---|---|---|---|
| Case-Control | Mantel-Haenszel | 0.3251 | 0.2087 | 0.5065 |
| (Odds Ratio) | Logit | 0.3241 | 0.2064 | 0.5088 |
| Cohort | Mantel-Haenszel | 0.6039 | 0.4921 | 0.7413 |
| (Col1 Risk) | Logit | 0.6241 | 0.5084 | 0.7661 |
| Cohort | Mantel-Haenszel | 1.8926 | 1.4567 | 2.4590 |
| (Col2 Risk) | Logit | 1.8614 | 1.4295 | 2.4237 |

Breslow-Day Test for
Homogeneity of the Odds Ratios
-----------------------------
Chi-Square            5.7197
DF                         1
Pr > ChiSq           0.0168

Total Sample Size = 339

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS226H.SAS
GENERATED:  14JUL2005 11:40:31  iceadmn3

```
Quetiapine Fumarate 5077US/0049                                    Page 71 of 80

         12.1.9.2.1.3  MADRS Response (CMH - LOCF - ITT)
--------------------------------- nvisit=DAY 50 -------------------------------------

                        The FREQ Procedure

                     Table 1 of trtseq by respond50
                     Controlling for numcd=BIPOLAR I

          trtseq          respond50

          Frequency      |
          Percent        |
          Row Pct        |
          Col Pct        |        0|        1|  Total
          ---------------+--------+--------+
          Q600MG         |      45|      69|    114
                         |   19.91|   30.53|  50.44
                         |   39.47|   60.53|
                         |   36.29|   67.65|
          ---------------+--------+--------+
          P              |      79|      33|    112
                         |   34.96|   14.60|  49.56
                         |   70.54|   29.46|
                         |   63.71|   32.35|
          ---------------+--------+--------+
          Total                 124      102      226
                              54.87    45.13   100.00
```

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS226H.SAS
          GENERATED:  14JUL2005 11:40:31  iceadmn3

120

12.1.9.2.1.3   MADRS Response (CMH - LOCF - ITT)

------------------------------------------------ nvisit=DAY 50 ------------------------------------------------

The FREQ Procedure

Statistics for Table 1 of trtseg by respond50
Controlling for numcd=BIPOLAR I

| Statistic | DF | Value | Prob |
|---|---|---|---|
| Chi-Square | 1 | 22.0125 | <.0001 |
| Likelihood Ratio Chi-Square | 1 | 22.4091 | <.0001 |
| Continuity Adj. Chi-Square | 1 | 20.7760 | <.0001 |
| Mantel-Haenszel Chi-Square | 1 | 21.9151 | <.0001 |
| Phi Coefficient | | -0.3121 | |
| Contingency Coefficient | | 0.2979 | |
| Cramer's V | | -0.3121 | |

Fisher's Exact Test
-----------------------------------
Cell (1,1) Frequency (F)          45
Left-sided Pr <= F        2.167E-06
Right-sided Pr >= F          1.0000

Table Probability (P)     1.607E-06
Two-sided Pr <= P         2.814E-06

Sample Size = 226

121

12.1.9.2.1.3  MADRS Response (CMH - LOCF - ITT)

-------------------------------- nvisit=DAY 50 --------------------------------

The FREQ Procedure

Table 2 of trtseq by respond50
Controlling for numcd=BIPOLAR II

```
trtseq          respond50

Frequency      |
Percent        |
Row Pct        |
Col Pct        |       0|       1|  Total
---------------+--------+--------+
Q600MG         |     30 |     26 |     56
               |  26.55 |  23.01 |  49.56
               |  53.57 |  46.43 |
               |  44.12 |  57.78 |
---------------+--------+--------+
P              |     38 |     19 |     57
               |  33.63 |  16.81 |  50.44
               |  66.67 |  33.33 |
               |  55.88 |  42.22 |
---------------+--------+--------+
Total                68       45      113
                  60.18    39.82   100.00
```

122

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS226H.SAS
GENERATED:  14JUL2005 11:40:31  iceadmn3

12.1.9.2.1.3   MADRS Response (CMH - LOCF - ITT)

------------------------------------------- nvisit=DAY 50 -------------------------------------------

The FREQ Procedure

Statistics for Table 2 of trtseg by respond50
Controlling for numcd=BIPOLAR II

| Statistic | DF | Value | Prob |
|---|---|---|---|
| Chi-Square | 1 | 2.0214 | 0.1551 |
| Likelihood Ratio Chi-Square | 1 | 2.0278 | 0.1544 |
| Continuity Adj. Chi-Square | 1 | 1.5119 | 0.2189 |
| Mantel-Haenszel Chi-Square | 1 | 2.0035 | 0.1569 |
| Phi Coefficient | | -0.1337 | |
| Contingency Coefficient | | 0.1326 | |
| Cramer's V | | -0.1337 | |

Fisher's Exact Test
-----------------------------------
| Cell (1,1) Frequency (F) | 30 |
|---|---|
| Left-sided Pr <= F | 0.1093 |
| Right-sided Pr >= F | 0.9469 |
| Table Probability (P) | 0.0563 |
| Two-sided Pr <= P | 0.1812 |

Sample Size = 113

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS226H.SAS
GENERATED:  14JUL2005 11:40:31  iceadmn3

12.1.9.2.1.3  MADRS Response (CMH - LOCF - ITT)

------------------------------------- nvisit=DAY 50 -------------------------------------

The FREQ Procedure

Summary Statistics for trtseq by respond50
Controlling for numcd

Cochran-Mantel-Haenszel Statistics (Based on Table Scores)

| Statistic | Alternative Hypothesis | DF | Value | Prob |
|-----------|------------------------|----|-------|------|
| 1 | Nonzero Correlation | 1 | 21.6199 | <.0001 |
| 2 | Row Mean Scores Differ | 1 | 21.6199 | <.0001 |
| 3 | General Association | 1 | 21.6199 | <.0001 |

Estimates of the Common Relative Risk (Row1/Row2)

| Type of Study | Method | Value | 95% Confidence Limits | |
|---------------|--------|-------|------------------------|---|
| Case-Control | Mantel-Haenszel | 0.3534 | 0.2267 | 0.5511 |
| (Odds Ratio) | Logit | 0.3531 | 0.2257 | 0.5524 |
| Cohort | Mantel-Haenszel | 0.6379 | 0.5239 | 0.7768 |
| (Col1 Risk) | Logit | 0.6502 | 0.5342 | 0.7914 |
| Cohort | Mantel-Haenszel | 1.8153 | 1.3947 | 2.3628 |
| (Col2 Risk) | Logit | 1.8089 | 1.3884 | 2.3569 |

Breslow-Day Test for
Homogeneity of the Odds Ratios
-------------------------------
| | |
|---|---|
| Chi-Square | 2.4539 |
| DF | 1 |
| Pr > ChiSq | 0.1172 |

Total Sample Size = 339

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS226H.SAS
GENERATED:  14JUL2005 11:40:31  iceadmn3

124

12.1.9.2.1.3   MADRS Response (CMH - LOCF - ITT)

-------------------------------------------------- nvisit=DAY 57 --------------------------------------------------

The FREQ Procedure

Table 1 of trtseq by respond50
Controlling for numcd=BIPOLAR I

```
trtseq           respond50

Frequency       |
Percent         |
Row Pct         |
Col Pct         |      0|      1| Total
----------------+-------+-------+
Q600MG          |    41 |    73 |   114
                | 18.14 | 32.30 | 50.44
                | 35.96 | 64.04 |
                | 35.34 | 66.36 |
----------------+-------+-------+
P               |    75 |    37 |   112
                | 33.19 | 16.37 | 49.56
                | 66.96 | 33.04 |
                | 64.66 | 33.64 |
----------------+-------+-------+
Total                116     110     226
                   51.33   48.67  100.00
```

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS226H.SAS
GENERATED:  14JUL2005 11:40:31  iceadmn3

125

12.1.9.2.1.3   MADRS Response (CMH - LOCF - ITT)

```
----------------------------------- nvisit=DAY 57 -----------------------------------
```

The FREQ Procedure

Statistics for Table 1 of trtseg by respond50
Controlling for numcd=BIPOLAR I

| Statistic | DF | Value | Prob |
|---|---|---|---|
| Chi-Square | 1 | 21.7313 | <.0001 |
| Likelihood Ratio Chi-Square | 1 | 22.0974 | <.0001 |
| Continuity Adj. Chi-Square | 1 | 20.5082 | <.0001 |
| Mantel-Haenszel Chi-Square | 1 | 21.6352 | <.0001 |
| Phi Coefficient | | -0.3101 | |
| Contingency Coefficient | | 0.2962 | |
| Cramer's V | | -0.3101 | |

Fisher's Exact Test
-----------------------------------
| | |
|---|---|
| Cell (1,1) Frequency (F) | 41 |
| Left-sided Pr <= F | 2.526E-06 |
| Right-sided Pr >= F | 1.0000 |
| Table Probability (P) | 1.862E-06 |
| Two-sided Pr <= P | 3.217E-06 |

Sample Size = 226

126

12.1.9.2.1.3   MADRS Response (CMH - LOCF - ITT)

------------------------------------ nvisit=DAY 57 ------------------------------------

The FREQ Procedure

Table 2 of trtseq by respond50
Controlling for numcd=BIPOLAR II

```
trtseq          respond50

Frequency      |
Percent        |
Row Pct        |
Col Pct        |      0|      1|  Total
---------------+-------+-------+
Q600MG         |     30|     26|     56
               |  26.55|  23.01|  49.56
               |  53.57|  46.43|
               |  47.62|  52.00|
---------------+-------+-------+
P              |     33|     24|     57
               |  29.20|  21.24|  50.44
               |  57.89|  42.11|
               |  52.38|  48.00|
---------------+-------+-------+
Total                63      50     113
                  55.75   44.25  100.00
```

127

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS226H.SAS
GENERATED:  14JUL2005 11:40:31   iceadmn3

12.1.9.2.1.3   MADRS Response (CMH - LOCF - ITT)

-------------------------------------------- nvisit=DAY 57 -------------------------------------------

The FREQ Procedure

Statistics for Table 2 of trtseg by respond50
Controlling for numcd=BIPOLAR II

| Statistic | DF | Value | Prob |
|-----------|----|-------|------|
| Chi-Square | 1 | 0.2140 | 0.6436 |
| Likelihood Ratio Chi-Square | 1 | 0.2141 | 0.6436 |
| Continuity Adj. Chi-Square | 1 | 0.0746 | 0.7847 |
| Mantel-Haenszel Chi-Square | 1 | 0.2121 | 0.6451 |
| Phi Coefficient | | -0.0435 | |
| Contingency Coefficient | | 0.0435 | |
| Cramer's V | | -0.0435 | |

Fisher's Exact Test
-----------------------------------
| Cell (1,1) Frequency (F) | 30 |
|--------------------------|----|
| Left-sided Pr <= F | 0.3924 |
| Right-sided Pr >= F | 0.7427 |
| | |
| Table Probability (P) | 0.1351 |
| Two-sided Pr <= P | 0.7066 |

Sample Size = 113

128

12.1.9.2.1.3  MADRS Response (CMH - LOCF - ITT)

---------------------------------------------- nvisit=DAY 57 ----------------------------------------------

The FREQ Procedure

Summary Statistics for trtseq by respond50
Controlling for numcd

Cochran-Mantel-Haenszel Statistics (Based on Table Scores)

| Statistic | Alternative Hypothesis | DF | Value | Prob |
|---|---|---|---|---|
| 1 | Nonzero Correlation | 1 | 16.5500 | <.0001 |
| 2 | Row Mean Scores Differ | 1 | 16.5500 | <.0001 |
| 3 | General Association | 1 | 16.5500 | <.0001 |

Estimates of the Common Relative Risk (Row1/Row2)

| Type of Study | Method | Value | 95% Confidence Limits | |
|---|---|---|---|---|
| Case-Control | Mantel-Haenszel | 0.4112 | 0.2663 | 0.6349 |
| (Odds Ratio) | Logit | 0.4097 | 0.2635 | 0.6372 |
| Cohort | Mantel-Haenszel | 0.6543 | 0.5295 | 0.8084 |
| (Col1 Risk) | Logit | 0.6731 | 0.5444 | 0.8321 |
| Cohort | Mantel-Haenszel | 1.6131 | 1.2693 | 2.0500 |
| (Col2 Risk) | Logit | 1.6002 | 1.2567 | 2.0376 |

Breslow-Day Test for
Homogeneity of the Odds Ratios
--------------------------------
Chi-Square                 5.5718
DF                              1
Pr > ChiSq                 0.0183

Total Sample Size = 339

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS226H.SAS
GENERATED:  14JUL2005 11:40:31  iceadmn3

129

Quetiapine Fumarate 5077US/0049                                                                    Page 1 of 2

12.1.9.2.1.4  MADRS Response - Homogeneity Across Diagnoses (Dreslow-Day Test - LOCF - ITT)

| Obs | visit | numcd | Value | LowerCL | UpperCL | trtseq | Chi_Square | DF | Pr___ChiSq | nvisit |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 3 | | . | . | . | Q300MG VS P | 0.055172 | 1.000000 | 0.814296 | DAY 8 |
| 2 | 3 | BIPOLAR I | 1.6822 | 0.8391 | 3.3723 | Q300MG VS P | . | . | . | DAY 8 |
| 3 | 3 | BIPOLAR II | 1.4541 | 0.5955 | 3.5505 | Q300MG VS P | . | . | . | DAY 8 |
| 4 | 3 | | . | . | . | Q600MG VS P | 0.880765 | 1.000000 | 0.347992 | DAY 8 |
| 5 | 3 | BIPOLAR I | 2.6794 | 1.4132 | 5.0802 | Q600MG VS P | . | . | . | DAY 8 |
| 6 | 3 | BIPOLAR II | 1.6286 | 0.6808 | 3.8959 | Q600MG VS P | . | . | . | DAY 8 |
| 7 | 4 | | . | . | . | Q300MG VS P | 2.034834 | 1.000000 | 0.153731 | DAY 15 |
| 8 | 4 | BIPOLAR I | 2.2690 | 1.4405 | 3.5738 | Q300MG VS P | . | . | . | DAY 15 |
| 9 | 4 | BIPOLAR II | 1.3310 | 0.7154 | 2.4765 | Q300MG VS P | . | . | . | DAY 15 |
| 10 | 4 | | . | . | . | Q600MG VS P | 0.964225 | 1.000000 | 0.326125 | DAY 15 |
| 11 | 4 | BIPOLAR I | 1.9649 | 1.2291 | 3.1412 | Q600MG VS P | . | . | . | DAY 15 |
| 12 | 4 | BIPOLAR II | 1.3310 | 0.7154 | 2.4765 | Q600MG VS P | . | . | . | DAY 15 |
| 13 | 5 | | . | . | . | Q300MG VS P | 0.385982 | 1.000000 | 0.534419 | DAY 22 |
| 14 | 5 | BIPOLAR I | 1.8238 | 1.2378 | 2.6870 | Q300MG VS P | . | . | . | DAY 22 |
| 15 | 5 | BIPOLAR II | 1.4929 | 0.8675 | 2.5691 | Q300MG VS P | . | . | . | DAY 22 |
| 16 | 5 | | . | . | . | Q600MG VS P | 2.014496 | 1.000000 | 0.155803 | DAY 22 |
| 17 | 5 | BIPOLAR I | 2.0013 | 1.3691 | 2.9254 | Q600MG VS P | . | . | . | DAY 22 |
| 18 | 5 | BIPOLAR II | 1.2893 | 0.7308 | 2.2746 | Q600MG VS P | . | . | . | DAY 22 |
| 19 | 6 | | . | . | . | Q300MG VS P | 0.015493 | 1.000000 | 0.900943 | DAY 29 |
| 20 | 6 | BIPOLAR I | 1.5903 | 1.1343 | 2.2295 | Q300MG VS P | . | . | . | DAY 29 |
| 21 | 6 | BIPOLAR II | 1.5268 | 0.9555 | 2.4397 | Q300MG VS P | . | . | . | DAY 29 |
| 22 | 6 | | . | . | . | Q600MG VS P | 1.714442 | 1.000000 | 0.190410 | DAY 29 |
| 23 | 6 | BIPOLAR I | 2.0516 | 1.4975 | 2.8106 | Q600MG VS P | . | . | . | DAY 29 |
| 24 | 6 | BIPOLAR II | 1.5268 | 0.9555 | 2.4397 | Q600MG VS P | . | . | . | DAY 29 |
| 25 | 7 | | . | . | . | Q300MG VS P | 3.459606 | 1.000000 | 0.062885 | DAY 36 |
| 26 | 7 | BIPOLAR I | 1.9310 | 1.3919 | 2.6791 | Q300MG VS P | . | . | . | DAY 36 |
| 27 | 7 | BIPOLAR II | 1.1786 | 0.7215 | 1.9252 | Q300MG VS P | . | . | . | DAY 36 |
| 28 | 7 | | . | . | . | Q600MG VS P | 2.223349 | 1.000000 | 0.135938 | DAY 36 |
| 29 | 7 | BIPOLAR I | 1.9054 | 1.3708 | 2.6484 | Q600MG VS P | . | . | . | DAY 36 |
| 30 | 7 | BIPOLAR II | 1.2857 | 0.7990 | 2.0688 | Q600MG VS P | . | . | . | DAY 36 |
| 31 | 8 | | . | . | . | Q300MG VS P | 3.141512 | 1.000000 | 0.076323 | DAY 43 |
| 32 | 8 | BIPOLAR I | 2.0556 | 1.4651 | 2.8842 | Q300MG VS P | . | . | . | DAY 43 |
| 33 | 8 | BIPOLAR II | 1.2602 | 0.8106 | 1.9591 | Q300MG VS P | . | . | . | DAY 43 |
| 34 | 8 | | . | . | . | Q600MG VS P | 5.719663 | 1.000000 | 0.016776 | DAY 43 |
| 35 | 8 | BIPOLAR I | 2.3135 | 1.6641 | 3.2163 | Q600MG VS P | . | . | . | DAY 43 |
| 36 | 8 | BIPOLAR II | 1.2602 | 0.8106 | 1.9591 | Q600MG VS P | . | . | . | DAY 43 |
| 37 | 9 | | . | . | . | Q300MG VS P | 1.574250 | 1.000000 | 0.209591 | DAY 50 |
| 38 | 9 | BIPOLAR I | 1.9896 | 1.4378 | 2.7530 | Q300MG VS P | . | . | . | DAY 50 |
| 39 | 9 | BIPOLAR II | 1.4464 | 0.9162 | 2.2834 | Q300MG VS P | . | . | . | DAY 50 |
| 40 | 9 | | . | . | . | Q600MG VS P | 2.453927 | 1.000000 | 0.117231 | DAY 50 |
| 41 | 9 | BIPOLAR I | 2.0542 | 1.4878 | 2.8364 | Q600MG VS P | . | . | . | DAY 50 |
| 42 | 9 | BIPOLAR II | 1.3929 | 0.8771 | 2.2120 | Q600MG VS P | . | . | . | DAY 50 |
| 43 | 10 | | . | . | . | Q300MG VS P | 4.136668 | 1.000000 | 0.041964 | DAY 57 |
| 44 | 10 | BIPOLAR I | 1.8788 | 1.3924 | 2.5352 | Q300MG VS P | . | . | . | DAY 57 |

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS228H.SAS
GENERATED:  14JUL2005 11:40:34  iceadmn3

130

12.1.9.2.1.4  MADRS Response - Homogeneity Across Diagnoses (Dreslow-Day Test - LOCF - ITT)

| Obs | visit | numcd | Value | LowerCL | UpperCL | trtseq | Chi_Square | DF | Pr___ChiSq | nvisit |
|-----|-------|-------|-------|---------|---------|--------|-----------|-----|-----------|--------|
| 45 | 10 | BIPOLAR II | 1.1451 | 0.7616 | 1.7217 | Q300MG VS P | . | . | . | DAY 57 |
| 46 | 10 | | . | . | . | Q600MG VS P | 5.571789 | 1.000000 | 0.018252 | DAY 57 |
| 47 | 10 | BIPOLAR I | 1.9384 | 1.4397 | 2.6097 | Q600MG VS P | . | . | . | DAY 57 |
| 48 | 10 | BIPOLAR II | 1.1027 | 0.7285 | 1.6690 | Q600MG VS P | . | . | . | DAY 57 |

131

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS228H.SAS
GENERATED:  14JUL2005 11:40:34  iceadmn3

12.1.9.2.1.5  MADRS Remission (CMH - LOCF - ITT)

------------------------------------ nvisit=DAY 8 ------------------------------------

The FREQ Procedure

Table of trtseq by nremiss12

```
trtseq        nremiss12

Frequency   |
Percent     |
Row Pct     |
Col Pct     |       0|       1|  Total
------------+--------+--------+
Q300MG            153|      18|     171
               45.00|    5.29|   50.29
               89.47|   10.53|
               49.51|   58.06|
------------+--------+--------+
P                 156|      13|     169
               45.88|    3.82|   49.71
               92.31|    7.69|
               50.49|   41.94|
------------+--------+--------+
Total             309      31      340
               90.88    9.12  100.00
```

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS247H.SAS
GENERATED:  14JUL2005 11:40:37  iceadmn3

12.1.9.2.1.5  MADRS Remission (CMH - LOCF - ITT)

------------------------------------------ nvisit=DAY 15 ------------------------------------------

The FREQ Procedure

Table of trtseq by nremiss12

```
trtseq          nremiss12

Frequency    |
Percent      |
Row Pct      |
Col Pct      |       0|       1| Total
-------------+--------+--------+
Q300MG       |    126 |     46 |    172
             |  36.95 |  13.49 |  50.44
             |  73.26 |  26.74 |
             |  45.99 |  68.66 |
-------------+--------+--------+
P            |    148 |     21 |    169
             |  43.40 |   6.16 |  49.56
             |  87.57 |  12.43 |
             |  54.01 |  31.34 |
-------------+--------+--------+
Total             274       67      341
                80.35    19.65   100.00
```

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS247H.SAS
GENERATED:  14JUL2005 11:40:37  iceadmn3

133

12.1.9.2.1.5  MADRS Remission (CMH - LOCF - ITT)
------------------------------------------------ nvisit=DAY 22 -------------------------------------------------

The FREQ Procedure

Table of trtseq by nremiss12

```
trtseq          nremiss12

Frequency    |
Percent      |
Row Pct      |
Col Pct      |        0|        1|   Total
-------------+--------+--------+
Q300MG       |    112 |     60 |     172
             |  32.84 |  17.60 |   50.44
             |  65.12 |  34.88 |
             |  44.62 |  66.67 |
-------------+--------+--------+
P            |    139 |     30 |     169
             |  40.76 |   8.80 |   49.56
             |  82.25 |  17.75 |
             |  55.38 |  33.33 |
-------------+--------+--------+
Total             251        90      341
                73.61     26.39   100.00
```

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS247H.SAS
         GENERATED:  14JUL2005 11:40:37  iceadmn3

134

12.1.9.2.1.5  MADRS Remission (CMH - LOCF - ITT)

------------------------------------------------- nvisit=DAY 29 --------------------------------------------------

The FREQ Procedure

Table of trtseq by nremiss12

trtseq        nremiss12

```
Frequency  |
Percent    |
Row Pct    |
Col Pct    |      0|      1|   Total
-----------+-------+-------+
Q300MG     |   108 |    64 |    172
           | 31.67 | 18.77 |  50.44
           | 62.79 | 37.21 |
           | 44.08 | 66.67 |
-----------+-------+-------+
P          |   137 |    32 |    169
           | 40.18 |  9.38 |  49.56
           | 81.07 | 18.93 |
           | 55.92 | 33.33 |
-----------+-------+-------+
Total          245      96      341
             71.85   28.15   100.00
```

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS247H.SAS
GENERATED:  14JUL2005 11:40:37  iceadmn3

135

12.1.9.2.1.5  MADRS Remission (CMH - LOCF - ITT)
------------------------------------------------- nvisit=DAY 36 -------------------------------------------------

The FREQ Procedure

Table of trtseq by nremiss12

```
trtseq        nremiss12

Frequency     |
Percent       |
Row Pct       |
Col Pct       |       0|       1|  Total
--------------+--------+--------+
Q300MG        |    101 |     71 |    172
              |  29.62 |  20.82 |  50.44
              |  58.72 |  41.28 |
              |  44.30 |  62.83 |
--------------+--------+--------+
P             |    127 |     42 |    169
              |  37.24 |  12.32 |  49.56
              |  75.15 |  24.85 |
              |  55.70 |  37.17 |
--------------+--------+--------+
Total             228      113      341
                66.86    33.14   100.00
```

136

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS247H.SAS
GENERATED:  14JUL2005 11:40:37  iceadmn3

12.1.9.2.1.5  MADRS Remission (CMH - LOCF - ITT)

------------------------------------------------ nvisit=DAY 43 ------------------------------------------------

The FREQ Procedure

Table of trtseq by nremiss12

```
trtseq           nremiss12

Frequency  |
Percent    |
Row Pct    |
Col Pct    |        0|        1|   Total
-----------+--------+--------+
Q300MG     |      87 |      85 |     172
           |   25.51 |   24.93 |   50.44
           |   50.58 |   49.42 |
           |   40.65 |   66.93 |
-----------+--------+--------+
P          |     127 |      42 |     169
           |   37.24 |   12.32 |   49.56
           |   75.15 |   24.85 |
           |   59.35 |   33.07 |
-----------+--------+--------+
Total           214      127      341
              62.76    37.24   100.00
```

137

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS247H.SAS
GENERATED:  14JUL2005 11:40:37  iceadmn3

12.1.9.2.1.5  MADRS Remission (CMH - LOCF - ITT)
------------------------------------------------- nvisit=DAY 50 -------------------------------------------------

The FREQ Procedure

Table of trtseq by nremiss12

```
trtseq        nremiss12

Frequency  |
Percent    |
Row Pct    |
Col Pct    |       0|       1|  Total
-----------+--------+--------+
Q300MG     |     83 |     89 |    172
           |  24.34 |  26.10 |  50.44
           |  48.26 |  51.74 |
           |  39.90 |  66.92 |
-----------+--------+--------+
P          |    125 |     44 |    169
           |  36.66 |  12.90 |  49.56
           |  73.96 |  26.04 |
           |  60.10 |  33.08 |
-----------+--------+--------+
Total            208      133     341
              61.00    39.00   100.00
```

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS247H.SAS
GENERATED:  14JUL2005 11:40:37  iceadmn3

```
                        12.1.9.2.1.5  MADRS Remission (CMH - LOCF - ITT)
------------------------------------------ nvisit=DAY 57 ------------------------------------------
                                  The FREQ Procedure

                              Table of trtseq by nremiss12

                   trtseq       nremiss12

                   Frequency  |
                   Percent    |
                   Row Pct    |
                   Col Pct    |        0|        1|  Total
                   ------------+--------+--------+
                   Q300MG     |      81|      91|    172
                              |   23.75|   26.69|  50.44
                              |   47.09|   52.91|
                              |   40.10|   65.47|
                   ------------+--------+--------+
                   P          |     121|      48|    169
                              |   35.48|   14.08|  49.56
                              |   71.60|   28.40|
                              |   59.90|   34.53|
                   ------------+--------+--------+
                   Total            202      139     341
                                  59.24    40.76  100.00
```

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS247H.SAS
        GENERATED:  14JUL2005 11:40:37  iceadmn3

Case 6:06-md-01769-ACC-DAB   Document 1351-33   Filed 03/11/09   Page 75 of 100 PageID 48335

12.1.9.2.1.5  MADRS Remission (CMH - LOCF - ITT)

-------------------------------------------------- nvisit=DAY 8 --------------------------------------------------

The FREQ Procedure

Table of trtseq by nremiss12

```
trtseq        nremiss12

Frequency  |
Percent    |
Row Pct    |
Col Pct    |       0|       1|  Total
-----------+--------+--------+
Q600MG         146 |      23 |     169
            43.20 |    6.80 |   50.00
            86.39 |   13.61 |
            48.34 |   63.89 |
-----------+--------+--------+
P              156 |      13 |     169
            46.15 |    3.85 |   50.00
            92.31 |    7.69 |
            51.66 |   36.11 |
-----------+--------+--------+
Total          302        36       338
            89.35      10.65    100.00
```

140

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS247H.SAS
GENERATED:  14JUL2005 11:40:37  iceadmn3

12.1.9.2.1.5  MADRS Remission (CMH - LOCF - ITT)

```
----------------------------------------- nvisit=DAY 15 -----------------------------------------
```

The FREQ Procedure

Table of trtseq by nremiss12

```
trtseq         nremiss12

Frequency    |
Percent      |
Row Pct      |
Col Pct      |        0|        1|  Total
-------------+--------+--------+
Q600MG       |     124|      46|    170
             |   36.58|   13.57|  50.15
             |   72.94|   27.06|
             |   45.59|   68.66|
-------------+--------+--------+
P            |     148|      21|    169
             |   43.66|    6.19|  49.85
             |   87.57|   12.43|
             |   54.41|   31.34|
-------------+--------+--------+
Total             272       67     339
                80.24    19.76  100.00
```

141

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS247H.SAS
GENERATED:  14JUL2005 11:40:37  iceadmn3

```
Quetiapine Fumarate 5077US/0049                                    Page 11 of 96

        12.1.9.2.1.5  MADRS Remission (CMH - LOCF - ITT)
------------------------------------ nvisit=DAY 22 ----------------------------------

                          The FREQ Procedure

                     Table of trtseq by nremiss12

             trtseq        nremiss12

             Frequency  |
             Percent    |
             Row Pct    |
             Col Pct    |        0|        1|  Total
             -----------+--------+--------+
             Q600MG     |     107|      63|     170
                        |   31.56|   18.58|   50.15
                        |   62.94|   37.06|
                        |   43.50|   67.74|
             -----------+--------+--------+
             P          |     139|      30|     169
                        |   41.00|    8.85|   49.85
                        |   82.25|   17.75|
                        |   56.50|   32.26|
             -----------+--------+--------+
             Total            246       93      339
                           72.57    27.43   100.00
```

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS247H.SAS
        GENERATED:  14JUL2005 11:40:37  iceadmn3

142

```
Quetiapine Fumarate 5077US/0049                                    Page 12 of 96

            12.1.9.2.1.5  MADRS Remission (CMH - LOCF - ITT)
------------------------------------- nvisit=DAY 29 -----------------------------------------

                          The FREQ Procedure

                        Table of trtseq by nremiss12

              trtseq         nremiss12

              Frequency    |
              Percent      |
              Row Pct      |
              Col Pct      |       0|       1|  Total
              -------------+--------+--------+
              Q600MG           86       84     170
                           25.37    24.78    50.15
                           50.59    49.41
                           38.57    72.41  |
              -------------+--------+--------+
              P               137       32     169
                           40.41     9.44    49.85
                           81.07    18.93
                           61.43    27.59  |
              -------------+--------+--------+
              Total           223      116     339
                           65.78    34.22   100.00
```

143

```
        SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS247H.SAS
            GENERATED:  14JUL2005 11:40:37  iceadmn3
```

```
Quetiapine Fumarate 5077US/0049                                    Page 13 of 96

              12.1.9.2.1.5  MADRS Remission (CMH - LOCF - ITT)
---------------------------------- nvisit=DAY 36 -----------------------------------

                          The FREQ Procedure

                     Table of trtseq by nremiss12

            trtseq        nremiss12

            Frequency   |
            Percent     |
            Row Pct     |
            Col Pct     |       0|       1| Total
            ------------+--------+--------+
            Q600MG            88       82      170
                           25.96    24.19    50.15
                           51.76    48.24
                           40.93    66.13
            ------------+--------+--------+
            P               127       42      169
                           37.46    12.39    49.85
                           75.15    24.85
                           59.07    33.87
            ------------+--------+--------+
            Total           215      124      339
                           63.42    36.58   100.00
```

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS247H.SAS
                GENERATED:  14JUL2005 11:40:37  iceadmn3

144

12.1.9.2.1.5  MADRS Remission (CMH - LOCF - ITT)

-------------------------------------------------- nvisit=DAY 43 --------------------------------------------------

The FREQ Procedure

Table of trtseq by nremiss12

```
trtseq        nremiss12

Frequency  |
Percent    |
Row Pct    |
Col Pct    |        0|        1|  Total
-----------+--------+--------+
Q600MG     |      83|      87|    170
           |   24.48|   25.66|  50.15
           |   48.82|   51.18|
           |   39.52|   67.44|
-----------+--------+--------+
P          |     127|      42|    169
           |   37.46|   12.39|  49.85
           |   75.15|   24.85|
           |   60.48|   32.56|
-----------+--------+--------+
Total           210      129     339
              61.95    38.05  100.00
```

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS247H.SAS
GENERATED:  14JUL2005 11:40:37  iceadmn3

145

```
Quetiapine Fumarate 5077US/0049                                    Page 15 of 96

          12.1.9.2.1.5  MADRS Remission (CMH - LOCF - ITT)
---------------------------------------- nvisit=DAY 50 ------------------------------------------

                           The FREQ Procedure

                       Table of trtseq by nremiss12

         trtseq        nremiss12

         Frequency  |
         Percent    |
         Row Pct    |
         Col Pct    |       0|       1|  Total
         -----------+--------+--------+
         Q600MG     |     85 |     85 |    170
                    |  25.07 |  25.07 |  50.15
                    |  50.00 |  50.00 |
                    |  40.48 |  65.89 |
         -----------+--------+--------+
         P          |    125 |     44 |    169
                    |  36.87 |  12.98 |  49.85
                    |  73.96 |  26.04 |
                    |  59.52 |  34.11 |
         -----------+--------+--------+
         Total           210      129     339
                       61.95    38.05  100.00
```

146

12.1.9.2.1.5  MADRS Remission (CMH - LOCF - ITT)

---------------------------------------------- nvisit=DAY 57 ----------------------------------------------

The FREQ Procedure

Table of trtseq by nremiss12

```
trtseq        nremiss12

Frequency    |
Percent      |
Row Pct      |
Col Pct      |        0|        1|  Total
-------------+--------+--------+
Q600MG       |      80|      90|     170
             |   23.60|   26.55|   50.15
             |   47.06|   52.94|
             |   39.80|   65.22|
-------------+--------+--------+
P            |     121|      48|     169
             |   35.69|   14.16|   49.85
             |   71.60|   28.40|
             |   60.20|   34.78|
-------------+--------+--------+
Total             201      138      339
                59.29    40.71   100.00
```

147

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS247H.SAS
GENERATED:  14JUL2005 11:40:37  iceadmn3

```
                        12.1.9.2.1.5  MADRS Remission (CMH - LOCF - ITT)
------------------------------------- nvisit=DAY 8 ------------------------------------

                            The FREQ Procedure

                        Table 1 of trtseq by nremiss12
                        Controlling for numcd=BIPOLAR I

         trtseq        nremiss12

                     Frequency  |
                     Percent    |
                     Row Pct    |
                     Col Pct    |       0|       1|  Total
                     -----------+--------+--------+
         Q300MG                100       15        115
                              44.05     6.61      50.66
                              86.96    13.04
                              49.02    65.22
                     -----------+--------+--------+
         P                     104        8        112
                              45.81     3.52      49.34
                              92.86     7.14
                              50.98    34.78
                     -----------+--------+--------+
         Total                 204       23        227
                              89.87    10.13    100.00
```

148

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS247H.SAS
          GENERATED:  14JUL2005 11:40:37  iceadmn3

12.1.9.2.1.5  MADRS Remission (CMH - LOCF - ITT)
------------------------------------ nvisit=DAY 8 ------------------------------------

The FREQ Procedure

Statistics for Table 1 of trtseg by nremiss12
Controlling for numcd=BIPOLAR I

| Statistic | DF | Value | Prob |
|-----------|----|----|----|
| Chi-Square | 1 | 2.1696 | 0.1408 |
| Likelihood Ratio Chi-Square | 1 | 2.2034 | 0.1377 |
| Continuity Adj. Chi-Square | 1 | 1.5700 | 0.2102 |
| Mantel-Haenszel Chi-Square | 1 | 2.1600 | 0.1416 |
| Phi Coefficient |  | -0.0978 |  |
| Contingency Coefficient |  | 0.0973 |  |
| Cramer's V |  | -0.0978 |  |

Fisher's Exact Test
-----------------------------------
| Cell (1,1) Frequency (F) | 100 |
| Left-sided Pr <= F | 0.1047 |
| Right-sided Pr >= F | 0.9558 |
| Table Probability (P) | 0.0605 |
| Two-sided Pr <= P | 0.1870 |

Sample Size = 227

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS247H.SAS
GENERATED:  14JUL2005 11:40:37  iceadmn3

12.1.9.2.1.5  MADRS Remission (CMH - LOCF - ITT)

---------------------------------------- nvisit=DAY 8 ----------------------------------------

The FREQ Procedure

Table 2 of trtseq by nremiss12
Controlling for numcd=BIPOLAR II

```
trtseq        nremiss12

Frequency    |
Percent      |
Row Pct      |
Col Pct      |       0|       1|  Total
-------------+--------+--------+
Q300MG       |     53 |      3 |     56
             |  46.90 |   2.65 |  49.56
             |  94.64 |   5.36 |
             |  50.48 |  37.50 |
-------------+--------+--------+
P            |     52 |      5 |     57
             |  46.02 |   4.42 |  50.44
             |  91.23 |   8.77 |
             |  49.52 |  62.50 |
-------------+--------+--------+
Total             105        8      113
                92.92     7.08   100.00
```

150

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS247H.SAS
GENERATED:  14JUL2005 11:40:37  iceadmn3

12.1.9.2.1.5  MADRS Remission (CMH - LOCF - ITT)

------------------------------------------------- nvisit=DAY 8 -------------------------------------------------

The FREQ Procedure

Statistics for Table 2 of trtseg by nremiss12
Controlling for numcd=BIPOLAR II

| Statistic | DF | Value | Prob |
|-----------|----|-------|------|
| Chi-Square | 1 | 0.5007 | 0.4792 |
| Likelihood Ratio Chi-Square | 1 | 0.5060 | 0.4769 |
| Continuity Adj. Chi-Square | 1 | 0.1162 | 0.7332 |
| Mantel-Haenszel Chi-Square | 1 | 0.4963 | 0.4811 |
| Phi Coefficient | | 0.0666 | |
| Contingency Coefficient | | 0.0664 | |
| Cramer's V | | 0.0666 | |

WARNING: 50% of the cells have expected counts less
than 5. Chi-Square may not be a valid test.

Fisher's Exact Test
----------------------------------------
Cell (1,1) Frequency (F)            53
Left-sided Pr <= F             0.8586
Right-sided Pr >= F            0.3682

Table Probability (P)         0.2268
Two-sided Pr <= P             0.7165

Sample Size = 113

151

12.1.9.2.1.5  MADRS Remission (CMH - LOCF - ITT)

--------------------------------------------- nvisit=DAY 8 ---------------------------------------------

The FREQ Procedure

Summary Statistics for trtseq by nremiss12
Controlling for numcd

Cochran-Mantel-Haenszel Statistics (Based on Table Scores)

| Statistic | Alternative Hypothesis | DF | Value | Prob |
|-----------|------------------------|-----|--------|--------|
| 1 | Nonzero Correlation | 1 | 0.8041 | 0.3699 |
| 2 | Row Mean Scores Differ | 1 | 0.8041 | 0.3699 |
| 3 | General Association | 1 | 0.8041 | 0.3699 |

Estimates of the Common Relative Risk (Row1/Row2)

| Type of Study | Method | Value | 95% Confidence Limits | |
|---------------|--------|-------|-----------------------|---|
| Case-Control | Mantel-Haenszel | 0.7112 | 0.3371 | 1.5005 |
| (Odds Ratio) | Logit | 0.7086 | 0.3281 | 1.5300 |
| Cohort | Mantel-Haenszel | 0.9696 | 0.9065 | 1.0371 |
| (Col1 Risk) | Logit | 0.9781 | 0.9153 | 1.0452 |
| Cohort | Mantel-Haenszel | 1.3650 | 0.6888 | 2.7047 |
| (Col2 Risk) | Logit | 1.3751 | 0.6802 | 2.7797 |

Breslow-Day Test for
Homogeneity of the Odds Ratios
------------------------------
Chi-Square             1.9052
DF                          1
Pr > ChiSq             0.1675

Total Sample Size = 340

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS247H.SAS
GENERATED:  14JUL2005 11:40:37  iceadmn3

152

12.1.9.2.1.5  MADRS Remission (CMH - LOCF - ITT)

-------------------------------------------- nvisit=DAY 15 --------------------------------------------

The FREQ Procedure

Table 1 of trtseq by nremiss12
Controlling for numcd=BIPOLAR I

```
trtseq      nremiss12

Frequency  |
Percent    |
Row Pct    |
Col Pct    |        0|       1|  Total
-----------+--------+--------+
Q300MG     |     83 |     33 |    116
           |  36.40 |  14.47 |  50.88
           |  71.55 |  28.45 |
           |  45.60 |  71.74 |
-----------+--------+--------+
P          |     99 |     13 |    112
           |  43.42 |   5.70 |  49.12
           |  88.39 |  11.61 |
           |  54.40 |  28.26 |
-----------+--------+--------+
Total            182       46       228
               79.82    20.18   100.00
```

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS247H.SAS
GENERATED:  14JUL2005 11:40:37  iceadmn3

153

12.1.9.2.1.5  MADRS Remission (CMH - LOCF - ITT)

-------------------------------------------- nvisit=DAY 15 --------------------------------------------

The FREQ Procedure

Statistics for Table 1 of trtseg by nremiss12
Controlling for numcd=BIPOLAR I

| Statistic | DF | Value | Prob |
|---|---|---|---|
| Chi-Square | 1 | 10.0352 | 0.0015 |
| Likelihood Ratio Chi-Square | 1 | 10.3309 | 0.0013 |
| Continuity Adj. Chi-Square | 1 | 9.0167 | 0.0027 |
| Mantel-Haenszel Chi-Square | 1 | 9.9911 | 0.0016 |
| Phi Coefficient | | -0.2098 | |
| Contingency Coefficient | | 0.2053 | |
| Cramer's V | | -0.2098 | |

Fisher's Exact Test
-----------------------------------
Cell (1,1) Frequency (F)           83
Left-sided Pr <= F             0.0012
Right-sided Pr >= F            0.9996

Table Probability (P)     8.319E-04
Two-sided Pr <= P             0.0017

Sample Size = 228

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS247H.SAS
GENERATED:  14JUL2005 11:40:37  iceadmn3

154

12.1.9.2.1.5  MADRS Remission (CMH - LOCF - ITT)
------------------------------------------------ nvisit=DAY 15 ------------------------------------------------

The FREQ Procedure

Table 2 of trtseq by nremiss12
Controlling for numcd=BIPOLAR II

```
trtseq        nremiss12

              Frequency  |
              Percent    |
              Row Pct    |
              Col Pct    |        0|        1|   Total
              -----------+--------+--------+
              Q300MG     |      43 |      13 |      56
                         |   38.05 |   11.50 |   49.56
                         |   76.79 |   23.21 |
                         |   46.74 |   61.90 |
              -----------+--------+--------+
              P          |      49 |       8 |      57
                         |   43.36 |    7.08 |   50.44
                         |   85.96 |   14.04 |
                         |   53.26 |   38.10 |
              -----------+--------+--------+
              Total            92        21      113
                             81.42     18.58   100.00
```

155

12.1.9.2.1.5  MADRS Remission (CMH - LOCF - ITT)

```
---------------------------------------------- nvisit=DAY 15 ------------------------------------------------------
```

The FREQ Procedure

Statistics for Table 2 of trtseg by nremiss12
Controlling for numcd=BIPOLAR II

| Statistic | DF | Value | Prob |
|---|---|---|---|
| Chi-Square | 1 | 1.5731 | 0.2098 |
| Likelihood Ratio Chi-Square | 1 | 1.5847 | 0.2081 |
| Continuity Adj. Chi-Square | 1 | 1.0249 | 0.3114 |
| Mantel-Haenszel Chi-Square | 1 | 1.5591 | 0.2118 |
| Phi Coefficient | | -0.1180 | |
| Contingency Coefficient | | 0.1172 | |
| Cramer's V | | -0.1180 | |

Fisher's Exact Test
```
-----------------------------------
```
| Cell (1,1) Frequency (F) | 43 |
|---|---|
| Left-sided Pr <= F | 0.1557 |
| Right-sided Pr >= F | 0.9332 |
| Table Probability (P) | 0.0889 |
| Two-sided Pr <= P | 0.2350 |

Sample Size = 113

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS247H.SAS
GENERATED:  14JUL2005 11:40:37  iceadmn3

12.1.9.2.1.5  MADRS Remission (CMH - LOCF - ITT)

---------------------------------------------- nvisit=DAY 15 ----------------------------------------------

The FREQ Procedure

Summary Statistics for trtseq by nremiss12
Controlling for numcd

Cochran-Mantel-Haenszel Statistics (Based on Table Scores)

| Statistic | Alternative Hypothesis | DF | Value | Prob |
|-----------|------------------------|----|-------|------|
| 1 | Nonzero Correlation | 1 | 10.9820 | 0.0009 |
| 2 | Row Mean Scores Differ | 1 | 10.9820 | 0.0009 |
| 3 | General Association | 1 | 10.9820 | 0.0009 |

Estimates of the Common Relative Risk (Row1/Row2)

| Type of Study | Method | Value | 95% Confidence Limits | |
|---------------|--------|-------|-----------------------|---|
| Case-Control | Mantel-Haenszel | 0.3895 | 0.2207 | 0.6873 |
| (Odds Ratio) | Logit | 0.3913 | 0.2212 | 0.6924 |
| Cohort | Mantel-Haenszel | 0.8367 | 0.7521 | 0.9309 |
| (Col1 Risk) | Logit | 0.8385 | 0.7537 | 0.9327 |
| Cohort | Mantel-Haenszel | 2.1523 | 1.3430 | 3.4491 |
| (Col2 Risk) | Logit | 2.1357 | 1.3306 | 3.4281 |

Breslow-Day Test for
Homogeneity of the Odds Ratios
-------------------------------
Chi-Square            0.6477
DF                         1
Pr > ChiSq           0.4209

Total Sample Size = 341

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS247H.SAS
GENERATED:  14JUL2005 11:40:37  iceadmn3

157

Quetiapine Fumarate 5077US/0049

12.1.9.2.1.5  MADRS Remission (CMH - LOCF - ITT)

-------------------------------------------- nvisit=DAY 22 --------------------------------------------

The FREQ Procedure

Table 1 of trtseq by nremiss12
Controlling for numcd=BIPOLAR I

```
trtseq       nremiss12

Frequency |
Percent   |
Row Pct   |
Col Pct   |        0|        1|  Total
----------+--------+--------+
Q300MG    |      73|      43|     116
          |   32.02|   18.86|   50.88
          |   62.93|   37.07|
          |   43.98|   69.35|
----------+--------+--------+
P         |      93|      19|     112
          |   40.79|    8.33|   49.12
          |   83.04|   16.96|
          |   56.02|   30.65|
----------+--------+--------+
Total            166       62      228
               72.81    27.19   100.00
```

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS247H.SAS
GENERATED:  14JUL2005 11:40:37  iceadmn3

12.1.9.2.1.5  MADRS Remission (CMH - LOCF - ITT)

------------------------------------------------ nvisit=DAY 22 ------------------------------------------------

The FREQ Procedure

Statistics for Table 1 of trtseg by nremiss12
Controlling for numcd=BIPOLAR I

| Statistic | DF | Value | Prob |
|---|---|---|---|
| Chi-Square | 1 | 11.6334 | 0.0006 |
| Likelihood Ratio Chi-Square | 1 | 11.8828 | 0.0006 |
| Continuity Adj. Chi-Square | 1 | 10.6401 | 0.0011 |
| Mantel-Haenszel Chi-Square | 1 | 11.5823 | 0.0007 |
| Phi Coefficient | | -0.2259 | |
| Contingency Coefficient | | 0.2203 | |
| Cramer's V | | -0.2259 | |

Fisher's Exact Test
-----------------------------------
Cell (1,1) Frequency (F)          73
Left-sided Pr <= F        4.997E-04
Right-sided Pr >= F          0.9998

Table Probability (P)     3.391E-04
Two-sided Pr <= P         9.677E-04

Sample Size = 228

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS247H.SAS
GENERATED:  14JUL2005 11:40:37  iceadmn3

159

12.1.9.2.1.5  MADRS Remission (CMH - LOCF - ITT)
-------------------------------------- nvisit=DAY 22 -------------------------------------------

The FREQ Procedure

Table 2 of trtseq by nremiss12
Controlling for numcd=BIPOLAR II

```
trtseq      nremiss12

Frequency  |
Percent    |
Row Pct    |
Col Pct    |       0|       1|  Total
-----------+--------+--------+
Q300MG     |     39 |     17 |     56
           |  34.51 |  15.04 |  49.56
           |  69.64 |  30.36 |
           |  45.88 |  60.71 |
-----------+--------+--------+
P          |     46 |     11 |     57
           |  40.71 |   9.73 |  50.44
           |  80.70 |  19.30 |
           |  54.12 |  39.29 |
-----------+--------+--------+
Total            85       28      113
              75.22    24.78   100.00
```

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS247H.SAS
GENERATED:  14JUL2005 11:40:37  iceadmn3

160

12.1.9.2.1.5  MADRS Remission (CMH - LOCF - ITT)

------------------------------------ nvisit=DAY 22 --------------------------------------------

The FREQ Procedure

Statistics for Table 2 of trtseg by nremiss12
Controlling for numcd=BIPOLAR II

| Statistic | DF | Value | Prob |
|-----------|----|-------|------|
| Chi-Square | 1 | 1.8535 | 0.1734 |
| Likelihood Ratio Chi-Square | 1 | 1.8640 | 0.1722 |
| Continuity Adj. Chi-Square | 1 | 1.3076 | 0.2528 |
| Mantel-Haenszel Chi-Square | 1 | 1.8371 | 0.1753 |
| Phi Coefficient | | -0.1281 | |
| Contingency Coefficient | | 0.1270 | |
| Cramer's V | | -0.1281 | |

Fisher's Exact Test
-----------------------------------
Cell (1,1) Frequency (F)      39
Left-sided Pr <= F         0.1263
Right-sided Pr >= F        0.9433

Table Probability (P)      0.0696
Two-sided Pr <= P          0.1965

Sample Size = 113

161

12.1.9.2.1.5  MADRS Remission (CMH - LOCF - ITT)

---------------------------------------------- nvisit=DAY 22 -------------------------------------------------

The FREQ Procedure

Summary Statistics for trtseq by nremiss12
Controlling for numcd

Cochran-Mantel-Haenszel Statistics (Based on Table Scores)

| Statistic | Alternative Hypothesis | DF | Value | Prob |
|---|---|---|---|---|
| 1 | Nonzero Correlation | 1 | 12.7725 | 0.0004 |
| 2 | Row Mean Scores Differ | 1 | 12.7725 | 0.0004 |
| 3 | General Association | 1 | 12.7725 | 0.0004 |

Estimates of the Common Relative Risk (Row1/Row2)

| Type of Study | Method | Value | 95% Confidence Limits | |
|---|---|---|---|---|
| Case-Control | Mantel-Haenszel | 0.4039 | 0.2441 | 0.6683 |
| (Odds Ratio) | Logit | 0.4049 | 0.2442 | 0.6711 |
| Cohort | Mantel-Haenszel | 0.7920 | 0.6956 | 0.9018 |
| (Col1 Risk) | Logit | 0.7947 | 0.6981 | 0.9048 |
| Cohort | Mantel-Haenszel | 1.9644 | 1.3377 | 2.8848 |
| (Col2 Risk) | Logit | 1.9555 | 1.3303 | 2.8744 |

Breslow-Day Test for
Homogeneity of the Odds Ratios
-------------------------------
Chi-Square              0.7088
DF                           1
Pr > ChiSq              0.3998

Total Sample Size = 341

162

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS247H.SAS
GENERATED:  14JUL2005 11:40:37  iceadmn3

12.1.9.2.1.5  MADRS Remission (CMH - LOCF - ITT)

------------------------------------------- nvisit=DAY 29 -------------------------------------------

The FREQ Procedure

Table 1 of trtseq by nremiss12
Controlling for numcd=BIPOLAR I

```
trtseq          nremiss12

           Frequency |
           Percent   |
           Row Pct   |
           Col Pct   |      0|      1|  Total
           ----------+-------+-------+
           Q300MG    |    70 |    46 |    116
                     | 30.70 | 20.18 |  50.88
                     | 60.34 | 39.66 |
                     | 43.21 | 69.70 |
           ----------+-------+-------+
           P         |    92 |    20 |    112
                     | 40.35 |  8.77 |  49.12
                     | 82.14 | 17.86 |
                     | 56.79 | 30.30 |
           ----------+-------+-------+
           Total         162      66     228
                       71.05   28.95  100.00
```

163

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS247H.SAS
GENERATED:  14JUL2005 11:40:37  iceadmn3

12.1.9.2.1.5  MADRS Remission (CMH - LOCF - ITT)

--------------------------------------------- nvisit=DAY 29 ---------------------------------------------

The FREQ Procedure

Statistics for Table 1 of trtseg by nremiss12
Controlling for numcd=BIPOLAR I

| Statistic | DF | Value | Prob |
|---|---|---|---|
| Chi-Square | 1 | 13.1640 | 0.0003 |
| Likelihood Ratio Chi-Square | 1 | 13.4520 | 0.0002 |
| Continuity Adj. Chi-Square | 1 | 12.1255 | 0.0005 |
| Mantel-Haenszel Chi-Square | 1 | 13.1062 | 0.0003 |
| Phi Coefficient | | -0.2403 | |
| Contingency Coefficient | | 0.2336 | |
| Cramer's V | | -0.2403 | |

Fisher's Exact Test
-----------------------------------
| Cell (1,1) Frequency (F) | 70 |
|---|---|
| Left-sided Pr <= F | 2.206E-04 |
| Right-sided Pr >= F | 0.9999 |
| Table Probability (P) | 1.526E-04 |
| Two-sided Pr <= P | 4.113E-04 |

Sample Size = 228

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS247H.SAS
GENERATED:  14JUL2005 11:40:37  iceadmn3

164

Quetiapine Fumarate 5077US/0049

12.1.9.2.1.5  MADRS Remission (CMH - LOCF - ITT)

```
--------------------------------- nvisit=DAY 29 ---------------------------------

                         The FREQ Procedure

                    Table 2 of trtseq by nremiss12
                    Controlling for numcd=BIPOLAR II

    trtseq          nremiss12

    Frequency    |
    Percent      |
    Row Pct      |
    Col Pct      |       0|       1|  Total
    -------------+--------+--------+
    Q300MG       |     38 |     18 |     56
                 |  33.63 |  15.93 |  49.56
                 |  67.86 |  32.14 |
                 |  45.78 |  60.00 |
    -------------+--------+--------+
    P            |     45 |     12 |     57
                 |  39.82 |  10.62 |  50.44
                 |  78.95 |  21.05 |
                 |  54.22 |  40.00 |
    -------------+--------+--------+
    Total              83       30     113
                    73.45    26.55  100.00
```

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/MADRS247H.SAS
              GENERATED:  14JUL2005 11:40:37  iceadmn3

165