Quetiapine Fumarate 5077US/0049                                                    Page 7 of 14

12.1.9.2.7  PSQI Total Score Change from Baseline (ANCOVA - ITT)

----------------------------------------------- WINDOWED VISIT=10 -----------------------------------------------

The Mixed Procedure

Solution for Random Effects

| Effect | CENTRE | Estimate | Std Err Pred | DF | t Value | Pr > \|t\| |
|--------|--------|----------|--------------|-----|---------|-----------|
| CENTRE | 0001 | -0.01087 | 0.2168 | 1 | -0.05 | 0.9681 |
| CENTRE | 0002 | -0.01186 | 0.2143 | 1 | -0.06 | 0.9648 |
| CENTRE | 0003 | 0.001094 | 0.2143 | 1 | 0.01 | 0.9967 |
| CENTRE | 0004 | -0.06932 | 0.2135 | 1 | -0.32 | 0.8002 |
| CENTRE | 0005 | 0.02785 | 0.2116 | 1 | 0.13 | 0.9167 |
| CENTRE | 0006 | -0.01290 | 0.2155 | 1 | -0.06 | 0.9619 |
| CENTRE | 0007 | 0.01024 | 0.2151 | 1 | 0.05 | 0.9697 |
| CENTRE | 0009 | -0.02200 | 0.2159 | 1 | -0.10 | 0.9354 |
| CENTRE | 0010 | -0.04403 | 0.2156 | 1 | -0.20 | 0.8717 |
| CENTRE | 0011 | -0.01178 | 0.2128 | 1 | -0.06 | 0.9648 |
| CENTRE | 0013 | 0.02071 | 0.2151 | 1 | 0.10 | 0.9389 |
| CENTRE | 0014 | -0.04727 | 0.2139 | 1 | -0.22 | 0.8615 |
| CENTRE | 0015 | 0.01843 | 0.2168 | 1 | 0.09 | 0.9460 |
| CENTRE | 0016 | -0.02123 | 0.2168 | 1 | -0.10 | 0.9378 |
| CENTRE | 0018 | 0.005119 | 0.2155 | 1 | 0.02 | 0.9849 |
| CENTRE | 0019 | -0.02374 | 0.2106 | 1 | -0.11 | 0.9285 |
| CENTRE | 0020 | 0.01749 | 0.2144 | 1 | 0.08 | 0.9482 |
| CENTRE | 0022 | 0.04327 | 0.2047 | 1 | 0.21 | 0.8674 |
| CENTRE | 0023 | -0.04396 | 0.2063 | 1 | -0.21 | 0.8663 |
| CENTRE | 0025 | -0.01288 | 0.2172 | 1 | -0.06 | 0.9623 |
| CENTRE | 0026 | 0.05204 | 0.2135 | 1 | 0.24 | 0.8478 |
| CENTRE | 0027 | 0.008199 | 0.2159 | 1 | 0.04 | 0.9758 |
| CENTRE | 0028 | 0.1200 | 0.2124 | 1 | 0.57 | 0.6726 |
| CENTRE | 0029 | -0.03821 | 0.2140 | 1 | -0.18 | 0.8875 |
| CENTRE | 0030 | -0.00355 | 0.2143 | 1 | -0.02 | 0.9895 |
| CENTRE | 0031 | 0.04888 | 0.2135 | 1 | 0.23 | 0.8567 |
| CENTRE | 0033 | -0.01232 | 0.2147 | 1 | -0.06 | 0.9635 |
| CENTRE | 0034 | 0.000664 | 0.2151 | 1 | 0.00 | 0.9980 |
| CENTRE | 0035 | -0.04723 | 0.2131 | 1 | -0.22 | 0.8611 |
| CENTRE | 0036 | -0.01610 | 0.2168 | 1 | -0.07 | 0.9528 |
| CENTRE | 0037 | 0.001443 | 0.2151 | 1 | 0.01 | 0.9957 |
| CENTRE | 0039 | -0.06833 | 0.2103 | 1 | -0.32 | 0.8000 |
| CENTRE | 0040 | 0.03341 | 0.2168 | 1 | 0.15 | 0.9026 |
| CENTRE | 0041 | 0.07470 | 0.2147 | 1 | 0.35 | 0.7868 |
| CENTRE | 0042 | 0.03402 | 0.2168 | 1 | 0.16 | 0.9009 |

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/PSQI204H.SAS
GENERATED:  14JUL2005 11:42:06  iceadmn3

12.1.9.2.7  PSQI Total Score Change from Baseline (ANCOVA - ITT)

-------------------------------------------------- WINDOWED VISIT=10 --------------------------------------------------

The Mixed Procedure

Type 3 Tests of Fixed Effects

| Effect | Num DF | Den DF | F Value | Pr > F |
|--------|--------|--------|---------|--------|
| trtseq | 2 | 306 | 16.33 | <.0001 |
| numcd | 1 | 147 | 0.00 | 0.9593 |
| B_PSQIT | 1 | 306 | 175.85 | <.0001 |

Least Squares Means

| Effect | trtseq | Estimate | Standard Error | DF | t Value | Pr > \|t\| | Alpha | Lower | Upper |
|--------|--------|----------|----------------|-----|---------|-----------|-------|-------|-------|
| trtseq | Q300MG | -5.3978 | 0.3276 | 84.9 | -16.48 | <.0001 | 0.05 | -6.0492 | -4.7464 |
| trtseq | Q600MG | -6.4379 | 0.3676 | 98.7 | -17.51 | <.0001 | 0.05 | -7.1673 | -5.7084 |
| trtseq | P | -3.6794 | 0.3433 | 88.2 | -10.72 | <.0001 | 0.05 | -4.3616 | -2.9973 |

Differences of Least Squares Means

| Effect | trtseq | _trtseq | Estimate | Standard Error | DF | t Value | Pr > \|t\| | Alpha | Lower | Upper |
|--------|--------|---------|----------|----------------|-----|---------|-----------|-------|-------|-------|
| trtseq | Q300MG | Q600MG | 1.0401 | 0.4727 | 305 | 2.20 | 0.0285 | 0.05 | 0.1099 | 1.9702 |
| trtseq | Q300MG | P | -1.7184 | 0.4627 | 307 | -3.71 | 0.0002 | 0.05 | -2.6287 | -0.8080 |
| trtseq | Q600MG | P | -2.7584 | 0.4901 | 307 | -5.63 | <.0001 | 0.05 | -3.7228 | -1.7941 |

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/PSQI204H.SAS
GENERATED:  14JUL2005 11:42:06  iceadmn3

12.1.9.2.7  PSQI Total Score Change from Baseline (ANCOVA - ITT)

-------------------------------------------------- WINDOWED VISIT=99 --------------------------------------------------

The Mixed Procedure

Model Information

```
Data Set                        WORK.PSQIVSTXBL
Dependent Variable              C_PSQIT
Covariance Structure            Variance Components
Estimation Method               REML
Residual Variance Method        Profile
Fixed Effects SE Method         Model-Based
Degrees of Freedom Method       Satterthwaite
```

Class Level Information

```
Class     Levels   Values

trtseq      3       Q300MG Q600MG P
numcd       2       1 2
CENTRE     35       0001 0002 0003 0004 0005 0006
                    0007 0009 0010 0011 0013 0014
                    0015 0016 0018 0019 0020 0022
                    0023 0025 0026 0027 0028 0029
                    0030 0031 0033 0034 0035 0036
                    0037 0039 0040 0041 0042
```

Dimensions

```
Covariance Parameters            2
Columns in X                     7
Columns in Z                    35
Subjects                         1
Max Obs Per Subject            452
Observations Used              452
Observations Not Used            0
Total Observations             452
```

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/PSQI204H.SAS
GENERATED:  14JUL2005 11:42:06  iceadmn3

468

Quetiapine Fumarate 5077US/0049                                    Page 10 of 14

12.1.9.2.7  PSQI Total Score Change from Baseline (ANCOVA - ITT)

-------------------------------------- WINDOWED VISIT=99 ----------------------------------------

The Mixed Procedure

Iteration History

| Iteration | Evaluations | -2 Res Log Like | Criterion |
|-----------|-------------|-----------------|-----------|
| 0 | 1 | 2483.08017986 | |
| 1 | 2 | 2482.97993917 | 0.00000000 |

Convergence criteria met.

Covariance Parameter
Estimates

| Cov Parm | Estimate |
|----------|----------|
| CENTRE | 0.07722 |
| Residual | 14.1291 |

Fit Statistics

| -2 Res Log Likelihood | 2483.0 |
|-----------------------|--------|
| AIC (smaller is better) | 2487.0 |
| AICC (smaller is better) | 2487.0 |
| BIC (smaller is better) | 2490.1 |

Solution for Fixed Effects

| Effect | numcd | trtseq | Estimate | Standard Error | DF | t Value | Pr > |t| |
|--------|-------|--------|----------|----------------|-----|---------|----------|
| Intercept | | | 4.0882 | 0.6712 | 369 | 6.09 | <.0001 |
| trtseq | | Q300MG | -2.2181 | 0.4356 | 446 | -5.09 | <.0001 |
| trtseq | | Q600MG | -2.5168 | 0.4340 | 446 | -5.80 | <.0001 |
| trtseq | | P | 0 | . | . | . | . |
| numcd | 1 | | 0.2594 | 0.3826 | 231 | 0.68 | 0.4985 |
| numcd | 2 | | 0 | . | . | . | . |
| B_PSQIT | | | -0.6178 | 0.04519 | 447 | -13.67 | <.0001 |

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/PSQI204H.SAS
GENERATED:  14JUL2005 11:42:06  iceadmn3

469

12.1.9.2.7  PSQI Total Score Change from Baseline (ANCOVA - ITT)

------------------------------------------------- WINDOWED VISIT=99 -------------------------------------------------

The Mixed Procedure

Solution for Random Effects

| Effect | CENTRE | Estimate | Std Err Pred | DF | t Value | Pr > \|t\| |
|--------|--------|----------|--------------|----|---------|-----------|
| CENTRE | 0001 | -0.00298 | 0.2757 | 1 | -0.01 | 0.9931 |
| CENTRE | 0002 | -0.05949 | 0.2715 | 1 | -0.22 | 0.8627 |
| CENTRE | 0003 | 0.01815 | 0.2715 | 1 | 0.07 | 0.9575 |
| CENTRE | 0004 | -0.1532 | 0.2696 | 1 | -0.57 | 0.6710 |
| CENTRE | 0005 | 0.05077 | 0.2623 | 1 | 0.19 | 0.8783 |
| CENTRE | 0006 | -0.01691 | 0.2736 | 1 | -0.06 | 0.9607 |
| CENTRE | 0007 | -0.02041 | 0.2702 | 1 | -0.08 | 0.9520 |
| CENTRE | 0009 | 0.03660 | 0.2722 | 1 | 0.13 | 0.9149 |
| CENTRE | 0010 | 0.07007 | 0.2696 | 1 | 0.26 | 0.8381 |
| CENTRE | 0011 | -0.07314 | 0.2684 | 1 | -0.27 | 0.8306 |
| CENTRE | 0013 | 0.09648 | 0.2708 | 1 | 0.36 | 0.7821 |
| CENTRE | 0014 | -0.01757 | 0.2683 | 1 | -0.07 | 0.9584 |
| CENTRE | 0015 | 0.05626 | 0.2742 | 1 | 0.21 | 0.8712 |
| CENTRE | 0016 | -0.01480 | 0.2757 | 1 | -0.05 | 0.9659 |
| CENTRE | 0018 | 0.07902 | 0.2708 | 1 | 0.29 | 0.8193 |
| CENTRE | 0019 | 0.03224 | 0.2606 | 1 | 0.12 | 0.9216 |
| CENTRE | 0020 | 0.02718 | 0.2709 | 1 | 0.10 | 0.9363 |
| CENTRE | 0022 | -0.09192 | 0.2509 | 1 | -0.37 | 0.7764 |
| CENTRE | 0023 | -0.1010 | 0.2562 | 1 | -0.39 | 0.7609 |
| CENTRE | 0025 | -0.01940 | 0.2771 | 1 | -0.07 | 0.9555 |
| CENTRE | 0026 | 0.1126 | 0.2652 | 1 | 0.42 | 0.7443 |
| CENTRE | 0027 | -0.00229 | 0.2750 | 1 | -0.01 | 0.9947 |
| CENTRE | 0028 | 0.1006 | 0.2636 | 1 | 0.38 | 0.7679 |
| CENTRE | 0029 | 0.04337 | 0.2658 | 1 | 0.16 | 0.8970 |
| CENTRE | 0030 | -0.02143 | 0.2696 | 1 | -0.08 | 0.9495 |
| CENTRE | 0031 | 0.05784 | 0.2659 | 1 | 0.22 | 0.8636 |
| CENTRE | 0033 | -0.03152 | 0.2703 | 1 | -0.12 | 0.9261 |
| CENTRE | 0034 | -0.02116 | 0.2728 | 1 | -0.08 | 0.9507 |
| CENTRE | 0035 | -0.09272 | 0.2670 | 1 | -0.35 | 0.7872 |
| CENTRE | 0036 | -0.03851 | 0.2750 | 1 | -0.14 | 0.9114 |
| CENTRE | 0037 | 0.01502 | 0.2728 | 1 | 0.06 | 0.9650 |
| CENTRE | 0039 | -0.1730 | 0.2613 | 1 | -0.66 | 0.6277 |
| CENTRE | 0040 | 0.03921 | 0.2764 | 1 | 0.14 | 0.9103 |
| CENTRE | 0041 | 0.08020 | 0.2715 | 1 | 0.30 | 0.8172 |
| CENTRE | 0042 | 0.03586 | 0.2764 | 1 | 0.13 | 0.9179 |

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/PSQI204H.SAS
GENERATED:  14JUL2005 11:42:06  iceadmn3

470

Quetiapine Fumarate 5077US/0049                                    Page 12 of 14

12.1.9.2.7  PSQI Total Score Change from Baseline (ANCOVA - ITT)

------------------------------------------------ WINDOWED VISIT=99 --------------------------------------------------

The Mixed Procedure

Type 3 Tests of Fixed Effects

| Effect | Num DF | Den DF | F Value | Pr > F |
|--------|--------|--------|---------|--------|
| trtseq | 2 | 442 | 19.98 | <.0001 |
| numcd  | 1 | 231 | 0.46 | 0.4985 |
| B_PSQIT | 1 | 447 | 186.97 | <.0001 |

Least Squares Means

| Effect | trtseq | Estimate | Standard Error | DF | t Value | Pr > \|t\| | Alpha | Lower | Upper |
|--------|--------|----------|----------------|-----|---------|-----------|-------|-------|-------|
| trtseq | Q300MG | -5.1587 | 0.3194 | 126 | -16.15 | <.0001 | 0.05 | -5.7908 | -4.5267 |
| trtseq | Q600MG | -5.4575 | 0.3191 | 117 | -17.10 | <.0001 | 0.05 | -6.0894 | -4.8255 |
| trtseq | P      | -2.9407 | 0.3198 | 130 | -9.20  | <.0001 | 0.05 | -3.5733 | -2.3081 |

Differences of Least Squares Means

| Effect | trtseq | _trtseq | Estimate | Standard Error | DF | t Value | Pr > \|t\| | Alpha | Lower | Upper |
|--------|--------|---------|----------|----------------|-----|---------|-----------|-------|-------|-------|
| trtseq | Q300MG | Q600MG | 0.2988 | 0.4334 | 442 | 0.69 | 0.4909 | 0.05 | -0.5529 | 1.1505 |
| trtseq | Q300MG | P      | -2.2181 | 0.4356 | 446 | -5.09 | <.0001 | 0.05 | -3.0741 | -1.3620 |
| trtseq | Q600MG | P      | -2.5168 | 0.4340 | 446 | -5.80 | <.0001 | 0.05 | -3.3697 | -1.6639 |

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/PSQI204H.SAS
GENERATED:  14JUL2005 11:42:06  iceadmn3

Quetiapine Fumarate 5077US/0049                                    Page 13 of 14

12.1.9.2.7  PSQI Total Score Change from Baseline (ANCOVA - ITT)

------------------------------------------- WINDOWED VISIT=6 -------------------------------------------

The MEANS Procedure

| trtseq | N Obs | Variable | Label | N | N Miss | Mean | Std Dev |
|--------|-------|----------|-------|---|--------|------|---------|
| Q300MG | 148 | C_PSQIT | CHG BL PSQI TOTAL SCORE | 148 | 0 | -4.73 | 4.21 |
|        |     | B_PSQIT | BL PSQI TOTAL SCORE | 148 | 0 | 11.34 | 3.78 |
| Q600MG | 151 | C_PSQIT | CHG BL PSQI TOTAL SCORE | 151 | 0 | -5.30 | 4.89 |
|        |     | B_PSQIT | BL PSQI TOTAL SCORE | 151 | 0 | 11.74 | 4.18 |
| P      | 147 | C_PSQIT | CHG BL PSQI TOTAL SCORE | 147 | 0 | -2.46 | 4.18 |
|        |     | B_PSQIT | BL PSQI TOTAL SCORE | 147 | 0 | 11.68 | 3.83 |

------------------------------------------- WINDOWED VISIT=10 -------------------------------------------

| trtseq | N Obs | Variable | Label | N | N Miss | Mean | Std Dev |
|--------|-------|----------|-------|---|--------|------|---------|
| Q300MG | 117 | C_PSQIT | CHG BL PSQI TOTAL SCORE | 117 | 0 | -5.29 | 4.30 |
|        |     | B_PSQIT | BL PSQI TOTAL SCORE | 117 | 0 | 11.21 | 3.70 |
| Q600MG | 93 | C_PSQIT | CHG BL PSQI TOTAL SCORE | 93 | 0 | -6.44 | 4.33 |
|        |     | B_PSQIT | BL PSQI TOTAL SCORE | 93 | 0 | 11.39 | 4.45 |
| P      | 102 | C_PSQIT | CHG BL PSQI TOTAL SCORE | 102 | 0 | -3.81 | 4.14 |
|        |     | B_PSQIT | BL PSQI TOTAL SCORE | 102 | 0 | 11.59 | 3.71 |

------------------------------------------- WINDOWED VISIT=99 -------------------------------------------

| trtseq | N Obs | Variable | Label | N | N Miss | Mean | Std Dev |
|--------|-------|----------|-------|---|--------|------|---------|
| Q300MG | 150 | C_PSQIT | CHG BL PSQI TOTAL SCORE | 150 | 0 | -5.03 | 4.34 |
|        |     | B_PSQIT | BL PSQI TOTAL SCORE | 150 | 0 | 11.43 | 3.82 |
| Q600MG | 152 | C_PSQIT | CHG BL PSQI TOTAL SCORE | 152 | 0 | -5.43 | 4.82 |
|        |     | B_PSQIT | BL PSQI TOTAL SCORE | 152 | 0 | 11.61 | 4.16 |

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/PSQI204H.SAS
GENERATED:  14JUL2005 11:42:06  iceadmn3

Quetiapine Fumarate 5077US/0049

12.1.9.2.7  PSQI Total Score Change from Baseline (ANCOVA - ITT)

-------------------------------------- WINDOWED VISIT=99 --------------------------------------

The MEANS Procedure

| trtseq | N Obs | Variable | Label | N | N Miss | Mean | Std Dev |
|--------|-------|----------|-------|---|--------|------|---------|
| P | 150 | C_PSQIT | CHG BL PSQI TOTAL SCORE | 150 | 0 | -2.99 | 4.25 |
|   |   | B_PSQIT | BL PSQI TOTAL SCORE | 150 | 0 | 11.72 | 3.82 |

473

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/PSQI204H.SAS
GENERATED:  14JUL2005 11:42:06  iceadmn3

12.1.9.3.7  Glucose and Insulin Analysis(ANCOVA - Safety)

The Mixed Procedure

Model Information

```
Data Set                       WORK.GLUC
Dependent Variable             TL VALUE
Covariance Structure           Variance Components
Estimation Method              REML
Residual Variance Method       Profile
Fixed Effects SE Method        Model-Based
Degrees of Freedom Method      Satterthwaite
```

Class Level Information

| Class   | Levels | Values |
|---------|--------|--------|
| trtseq  | 3      | 1 2 3 |
| CENTRE  | 36     | 0001 0002 0003 0004 0005 0006 |
|         |        | 0007 0009 0010 0011 0013 0014 |
|         |        | 0015 0016 0017 0018 0019 0020 |
|         |        | 0022 0023 0025 0026 0027 0028 |
|         |        | 0029 0030 0031 0033 0034 0035 |
|         |        | 0036 0037 0039 0040 0041 0042 |
| DIABET_R | 3     | DIABETIC DIABETIC RISK NON |
|         |        | DIABETIC |

Dimensions

```
Covariance Parameters          2
Columns in X                   8
Columns in Z                   36
Subjects                       1
Max Obs Per Subject            456
Observations Used              456
Observations Not Used          0
Total Observations             456
```

Iteration History

| Iteration | Evaluations | -2 Res Log Like | Criterion |
|-----------|-------------|-----------------|-----------|
| 0         | 1           | 3965.49743008   |           |

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/CHEM210H.SAS
GENERATED:  14JUL2005 11:42:09  iceadmn3

474

Case 6:06-md-01769-ACC-DAB   Document 1351-37   Filed 03/11/09   Page 10 of 100 PageID 48670

12.1.9.3.7  Glucose and Insulin Analysis(ANCOVA - Safety)

The Mixed Procedure

Iteration History

| Iteration | Evaluations | -2 Res Log Like | Criterion |
|---|---|---|---|
| 1 | 3 | 3965.49474859 | 0.00000000 |

Convergence criteria met.

Covariance Parameter
Estimates

| Cov Parm | Estimate |
|---|---|
| CENTRE | 0.2776 |
| Residual | 365.01 |

Fit Statistics

| | |
|---|---|
| -2 Res Log Likelihood | 3965.5 |
| AIC (smaller is better) | 3969.5 |
| AICC (smaller is better) | 3969.5 |
| BIC (smaller is better) | 3972.7 |

Solution for Fixed Effects

| Effect | trtseq | HISTORY OF DIABETES (RANDOM GLUCOSE) | Estimate | Standard Error | DF | t Value | Pr > |t| |
|---|---|---|---|---|---|---|---|
| Intercept | | | 24.1190 | 6.4340 | 432 | 3.75 | 0.0002 |
| trtseq | 1 | | -0.5494 | 2.1791 | 450 | -0.25 | 0.8011 |
| trtseq | 2 | | 2.1752 | 2.2117 | 450 | 0.98 | 0.3259 |
| trtseq | 3 | | 0 | . | . | . | . |
| TLBVALUE | | | -0.2486 | 0.07313 | 444 | -3.40 | 0.0007 |
| DIABET_R | | DIABETIC | 14.9969 | 5.0951 | 433 | 2.94 | 0.0034 |
| DIABET_R | | DIABETIC RISK | 3.2154 | 2.4009 | 449 | 1.34 | 0.1812 |
| DIABET_R | | NON DIABETIC | 0 | . | . | . | . |

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/CHEM210H.SAS
GENERATED:  14JUL2005 11:42:09  iceadmn3

475

Quetiapine Fumarate 5077US/0049                                    Page 3 of 16

12.1.9.3.7  Glucose and Insulin Analysis(ANCOVA - Safety)

The Mixed Procedure

Solution for Random Effects

| Effect | CENTRE | Estimate | Std Err Pred | DF | t Value | Pr > \|t\| |
|--------|--------|----------|--------------|----|---------|-----------|
| CENTRE | 0001 | 0.000703 | 0.5263 | 1 | 0.00 | 0.9991 |
| CENTRE | 0002 | 0.04186 | 0.5251 | 1 | 0.08 | 0.9494 |
| CENTRE | 0003 | -0.01959 | 0.5250 | 1 | -0.04 | 0.9763 |
| CENTRE | 0004 | 0.05274 | 0.5246 | 1 | 0.10 | 0.9362 |
| CENTRE | 0005 | -0.02257 | 0.5225 | 1 | -0.04 | 0.9725 |
| CENTRE | 0006 | -0.00674 | 0.5257 | 1 | -0.01 | 0.9918 |
| CENTRE | 0007 | 0.000407 | 0.5250 | 1 | 0.00 | 0.9995 |
| CENTRE | 0009 | -0.01697 | 0.5253 | 1 | -0.03 | 0.9794 |
| CENTRE | 0010 | 0.002125 | 0.5242 | 1 | 0.00 | 0.9974 |
| CENTRE | 0011 | 0.01170 | 0.5239 | 1 | 0.02 | 0.9858 |
| CENTRE | 0013 | -0.06065 | 0.5250 | 1 | -0.12 | 0.9268 |
| CENTRE | 0014 | 0.002460 | 0.5243 | 1 | 0.00 | 0.9970 |
| CENTRE | 0015 | 0.05146 | 0.5261 | 1 | 0.10 | 0.9379 |
| CENTRE | 0016 | -0.00845 | 0.5265 | 1 | -0.02 | 0.9898 |
| CENTRE | 0017 | -0.01236 | 0.5267 | 1 | -0.02 | 0.9851 |
| CENTRE | 0018 | 0.05246 | 0.5248 | 1 | 0.10 | 0.9366 |
| CENTRE | 0019 | -0.03104 | 0.5216 | 1 | -0.06 | 0.9622 |
| CENTRE | 0020 | 0.000554 | 0.5240 | 1 | 0.00 | 0.9993 |
| CENTRE | 0022 | -0.09439 | 0.5189 | 1 | -0.18 | 0.8855 |
| CENTRE | 0023 | 0.03059 | 0.5203 | 1 | 0.06 | 0.9626 |
| CENTRE | 0025 | -0.06440 | 0.5265 | 1 | -0.12 | 0.9225 |
| CENTRE | 0026 | 0.07812 | 0.5231 | 1 | 0.15 | 0.9056 |
| CENTRE | 0027 | -0.03388 | 0.5261 | 1 | -0.06 | 0.9591 |
| CENTRE | 0028 | -0.1195 | 0.5223 | 1 | -0.23 | 0.8568 |
| CENTRE | 0029 | 0.07548 | 0.5240 | 1 | 0.14 | 0.9089 |
| CENTRE | 0030 | 0.01313 | 0.5248 | 1 | 0.03 | 0.9841 |
| CENTRE | 0031 | -0.07669 | 0.5233 | 1 | -0.15 | 0.9074 |
| CENTRE | 0033 | -0.00873 | 0.5248 | 1 | -0.02 | 0.9894 |
| CENTRE | 0034 | -0.01297 | 0.5255 | 1 | -0.02 | 0.9843 |
| CENTRE | 0035 | 0.000298 | 0.5246 | 1 | 0.00 | 0.9996 |
| CENTRE | 0036 | 0.01715 | 0.5261 | 1 | 0.03 | 0.9793 |
| CENTRE | 0037 | 0.007505 | 0.5255 | 1 | 0.01 | 0.9909 |
| CENTRE | 0039 | 0.1592 | 0.5226 | 1 | 0.30 | 0.8118 |
| CENTRE | 0040 | -0.00222 | 0.5265 | 1 | -0.00 | 0.9973 |
| CENTRE | 0041 | -0.00308 | 0.5250 | 1 | -0.01 | 0.9963 |
| CENTRE | 0042 | -0.00368 | 0.5265 | 1 | -0.01 | 0.9956 |

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/CHEM210H.SAS
GENERATED:  14JUL2005 11:42:09  iceadmn3

476

12.1.9.3.7 Glucose and Insulin Analysis(ANCOVA - Safety)

The Mixed Procedure

Type 3 Tests of Fixed Effects

| Effect | Num DF | Den DF | F Value | Pr > F |
|--------|--------|--------|---------|--------|
| trtseq | 2 | 446 | 0.85 | 0.4267 |
| TLBVALUE | 1 | 444 | 11.55 | 0.0007 |
| DIABET_R | 2 | 441 | 4.83 | 0.0084 |

Least Squares Means

| Effect | trtseq | Estimate | Standard Error | DF | t Value | Pr > \|t\| | Alpha | Lower | Upper |
|--------|--------|----------|----------------|----|---------|-----------|-------|-------|-------|
| trtseq | 1 | 8.1663 | 2.2152 | 296 | 3.69 | 0.0003 | 0.05 | 3.8067 | 12.5259 |
| trtseq | 2 | 10.8908 | 2.2683 | 290 | 4.80 | <.0001 | 0.05 | 6.4264 | 15.3552 |
| trtseq | 3 | 8.7156 | 2.2138 | 296 | 3.94 | 0.0001 | 0.05 | 4.3588 | 13.0725 |

Differences of Least Squares Means

| Effect | trtseq | _trtseq | Estimate | Standard Error | DF | t Value | Pr > \|t\| | Alpha | Lower | Upper |
|--------|--------|---------|----------|----------------|----|---------|-----------|-------|-------|-------|
| trtseq | 1 | 2 | -2.7245 | 2.1943 | 444 | -1.24 | 0.2150 | 0.05 | -7.0370 | 1.5880 |
| trtseq | 1 | 3 | -0.5494 | 2.1791 | 450 | -0.25 | 0.8011 | 0.05 | -4.8318 | 3.7330 |
| trtseq | 2 | 3 | 2.1752 | 2.2117 | 450 | 0.98 | 0.3259 | 0.05 | -2.1715 | 6.5218 |

477

12.1.9.3.7  Glucose and Insulin Analysis(ANCOVA - Safety)

The Mixed Procedure

Model Information

```
Data Set                        WORK.INS
Dependent Variable              tl_value
Covariance Structure            Variance Components
Estimation Method               REML
Residual Variance Method        Profile
Fixed Effects SE Method         Model-Based
Degrees of Freedom Method       Satterthwaite
```

Class Level Information

| Class | Levels | Values |
|-------|--------|--------|
| trtseq | 3 | 1 2 3 |
| CENTRE | 36 | 0001 0002 0003 0004 0005 0006<br>0007 0009 0010 0011 0013 0014<br>0015 0016 0017 0018 0019 0020<br>0022 0023 0025 0026 0027 0028<br>0029 0030 0031 0033 0034 0035<br>0036 0037 0039 0040 0041 0042 |
| DIABET_R | 3 | DIABETIC DIABETIC RISK NON<br>DIABETIC |

Dimensions

```
Covariance Parameters             2
Columns in X                      8
Columns in Z                     36
Subjects                          1
Max Obs Per Subject             450
Observations Used               450
Observations Not Used             0
Total Observations              450
```

Iteration History

| Iteration | Evaluations | -2 Res Log Like | Criterion |
|-----------|-------------|-----------------|-----------|
| 0 | 1 | 1019.18217144 | |

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/CHEM210H.SAS
GENERATED:  14JUL2005 11:42:09  iceadmn3

478

Quetiapine Fumarate 5077US/0049                                          Page 6 of 16

12.1.9.3.7  Glucose and Insulin Analysis(ANCOVA - Safety)

The Mixed Procedure

Iteration History

| Iteration | Evaluations | -2 Res Log Like | Criterion |
|---|---|---|---|
| 1 | 3 | 1019.15814526 | 0.00000004 |
| 2 | 1 | 1019.15814094 | 0.00000000 |

Convergence criteria met.

Covariance Parameter
Estimates

| Cov Parm | Estimate |
|---|---|
| CENTRE | 0.001193 |
| Residual | 0.5454 |

Fit Statistics

| | |
|---|---|
| -2 Res Log Likelihood | 1019.2 |
| AIC (smaller is better) | 1023.2 |
| AICC (smaller is better) | 1023.2 |
| BIC (smaller is better) | 1026.3 |

Solution for Fixed Effects

| Effect | trtseq | HISTORY OF DIABETES (RANDOM GLUCOSE) | Estimate | Standard Error | DF | t Value | Pr > \|t\| |
|---|---|---|---|---|---|---|---|
| Intercept | | | 1.1777 | 0.1191 | 347 | 9.89 | <.0001 |
| trtseq | 1 | | 0.06405 | 0.08467 | 444 | 0.76 | 0.4498 |
| trtseq | 2 | | 0.2357 | 0.08645 | 444 | 2.73 | 0.0066 |
| trtseq | 3 | | 0 | . | . | . | . |
| tlbvalue | | | 0.5446 | 0.04988 | 440 | 10.92 | <.0001 |
| DIABET_R | | DIABETIC | -0.3155 | 0.1882 | 434 | -1.68 | 0.0944 |
| DIABET_R | | DIABETIC RISK | 0.4045 | 0.1018 | 442 | 3.97 | <.0001 |
| DIABET_R | | NON DIABETIC | 0 | . | . | . | . |

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/CHEM210H.SAS
GENERATED:  14JUL2005 11:42:09  iceadmn3

479

Quetiapine Fumarate 5077US/0049                                                    Page 7 of 16

12.1.9.3.7  Glucose and Insulin Analysis(ANCOVA - Safety)

The Mixed Procedure

Solution for Random Effects

| Effect | CENTRE | Estimate | Std Err Pred | DF | t Value | Pr > \|t\| |
|--------|--------|----------|--------------|----|---------|-----------|
| CENTRE | 0001 | -0.00182 | 0.03442 | 1 | -0.05 | 0.9663 |
| CENTRE | 0002 | -0.00620 | 0.03421 | 1 | -0.18 | 0.8858 |
| CENTRE | 0003 | -0.00565 | 0.03418 | 1 | -0.17 | 0.8957 |
| CENTRE | 0004 | 0.007075 | 0.03410 | 1 | 0.21 | 0.8698 |
| CENTRE | 0005 | 0.003980 | 0.03373 | 1 | 0.12 | 0.9252 |
| CENTRE | 0006 | -0.00043 | 0.03432 | 1 | -0.01 | 0.9920 |
| CENTRE | 0007 | -0.00439 | 0.03418 | 1 | -0.13 | 0.9187 |
| CENTRE | 0009 | 0.004615 | 0.03424 | 1 | 0.13 | 0.9147 |
| CENTRE | 0010 | -0.00196 | 0.03408 | 1 | -0.06 | 0.9635 |
| CENTRE | 0011 | 0.006397 | 0.03397 | 1 | 0.19 | 0.8815 |
| CENTRE | 0013 | 0.001216 | 0.03418 | 1 | 0.04 | 0.9774 |
| CENTRE | 0014 | 0.003792 | 0.03404 | 1 | 0.11 | 0.9294 |
| CENTRE | 0015 | 0.000035 | 0.03439 | 1 | 0.00 | 0.9994 |
| CENTRE | 0016 | -0.00215 | 0.03446 | 1 | -0.06 | 0.9603 |
| CENTRE | 0017 | -0.00277 | 0.03450 | 1 | -0.08 | 0.9489 |
| CENTRE | 0018 | 0.006762 | 0.03417 | 1 | 0.20 | 0.8756 |
| CENTRE | 0019 | -0.00236 | 0.03357 | 1 | -0.07 | 0.9554 |
| CENTRE | 0020 | 0.008577 | 0.03400 | 1 | 0.25 | 0.8427 |
| CENTRE | 0022 | -0.01144 | 0.03309 | 1 | -0.35 | 0.7881 |
| CENTRE | 0023 | 0.01363 | 0.03335 | 1 | 0.41 | 0.7530 |
| CENTRE | 0025 | -0.00099 | 0.03446 | 1 | -0.03 | 0.9816 |
| CENTRE | 0026 | 0.006485 | 0.03385 | 1 | 0.19 | 0.8795 |
| CENTRE | 0027 | -0.00120 | 0.03439 | 1 | -0.03 | 0.9779 |
| CENTRE | 0028 | -0.00563 | 0.03372 | 1 | -0.17 | 0.8947 |
| CENTRE | 0029 | -0.00288 | 0.03400 | 1 | -0.08 | 0.9461 |
| CENTRE | 0030 | 0.001932 | 0.03414 | 1 | 0.06 | 0.9640 |
| CENTRE | 0031 | -0.01449 | 0.03390 | 1 | -0.43 | 0.7429 |
| CENTRE | 0033 | -0.00554 | 0.03414 | 1 | -0.16 | 0.8977 |
| CENTRE | 0034 | 0.000751 | 0.03428 | 1 | 0.02 | 0.9861 |
| CENTRE | 0035 | 0.003558 | 0.03414 | 1 | 0.10 | 0.9339 |
| CENTRE | 0036 | 0.001301 | 0.03439 | 1 | 0.04 | 0.9759 |
| CENTRE | 0037 | -0.00325 | 0.03428 | 1 | -0.09 | 0.9398 |
| CENTRE | 0039 | 0.000845 | 0.03378 | 1 | 0.03 | 0.9841 |
| CENTRE | 0040 | -0.00130 | 0.03446 | 1 | -0.04 | 0.9759 |
| CENTRE | 0041 | 0.003112 | 0.03418 | 1 | 0.09 | 0.9422 |
| CENTRE | 0042 | 0.000401 | 0.03446 | 1 | 0.01 | 0.9926 |

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/CHEM210H.SAS
GENERATED:  14JUL2005 11:42:09  iceadmn3

480

```
Quetiapine Fumarate 5077US/0049                                        Page 8 of 16

             12.1.9.3.7  Glucose and Insulin Analysis(ANCOVA - Safety)

                            The Mixed Procedure

                        Type 3 Tests of Fixed Effects

                                  Num    Den
                    Effect        DF     DF     F Value    Pr > F

                    trtseq        2      440     3.96      0.0198
                    tlbvalue      1      440   119.19     <.0001
                    DIABET_R      2      439    10.72     <.0001

                             Least Squares Means

                                Standard
    Effect    trtseq   Estimate   Error    DF    t Value   Pr > |t|   Alpha    Lower     Upper

    trtseq      1      2.4859    0.08507   275    29.22    <.0001     0.05    2.3184    2.6534
    trtseq      2      2.6576    0.08760   279    30.34    <.0001     0.05    2.4852    2.8300
    trtseq      3      2.4219    0.08523   298    28.41    <.0001     0.05    2.2541    2.5896

                        Differences of Least Squares Means

                                 Standard
Effect   trtseq   _trtseq   Estimate   Error     DF    t Value   Pr > |t|   Alpha     Lower      Upper

trtseq     1         2      -0.1717   0.08580    439   -2.00     0.0460     0.05    -0.3403   -0.00307
trtseq     1         3       0.06405  0.08467    444    0.76     0.4498     0.05    -0.1024    0.2305
trtseq     2         3       0.2357   0.08645    444    2.73     0.0066     0.05     0.06584   0.4057
```

481

Quetiapine Fumarate 5077US/0049                                      Page 9 of 16

12.1.9.3.7  Glucose and Insulin Analysis(ANCOVA - Safety)

The Mixed Procedure

Model Information

Data Set                          WORK.HOMA
Dependent Variable                TL VALUE
Covariance Structure              Variance Components
Estimation Method                 REML
Residual Variance Method          Profile
Fixed Effects SE Method           Model-Based
Degrees of Freedom Method         Satterthwaite


Class Level Information

| Class | Levels | Values |
|-------|--------|--------|
| trtseq | 3 | 1 2 3 |
| CENTRE | 36 | 0001 0002 0003 0004 0005 0006 |
| | | 0007 0009 0010 0011 0013 0014 |
| | | 0015 0016 0017 0018 0019 0020 |
| | | 0022 0023 0025 0026 0027 0028 |
| | | 0029 0030 0031 0033 0034 0035 |
| | | 0036 0037 0039 0040 0041 0042 |
| DIABET_R | 3 | DIABETIC DIABETIC RISK NON |
| | | DIABETIC |


Dimensions

Covariance Parameters               2
Columns in X                        8
Columns in Z                       36
Subjects                            1
Max Obs Per Subject               426
Observations Used                 426
Observations Not Used               0
Total Observations                426


Iteration History

| Iteration | Evaluations | -2 Res Log Like | Criterion |
|-----------|-------------|-----------------|-----------|
| 0 | 1 | 3188.05030921 | |


SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/CHEM210H.SAS
GENERATED:  14JUL2005 11:42:09  iceadmn3

482

12.1.9.3.7  Glucose and Insulin Analysis(ANCOVA - Safety)

The Mixed Procedure

Iteration History

| Iteration | Evaluations | -2 Res Log Like | Criterion |
|-----------|-------------|-----------------|-----------|
| 1 | 1 | 3188.05030921 | 0.00000000 |

Convergence criteria met.

Covariance Parameter
Estimates

| Cov Parm | Estimate |
|----------|----------|
| CENTRE | 0 |
| Residual | 107.52 |

Fit Statistics

| | |
|---|---|
| -2 Res Log Likelihood | 3188.1 |
| AIC (smaller is better) | 3190.1 |
| AICC (smaller is better) | 3190.1 |
| BIC (smaller is better) | 3191.6 |

Solution for Fixed Effects

| Effect | trtseq | HISTORY OF DIABETES (RANDOM GLUCOSE) | Estimate | Standard Error | DF | t Value | Pr > |t| |
|--------|--------|--------------------------------------|----------|----------------|----|---------|----------|
| Intercept | | | 1.2772 | 0.9277 | 420 | 1.38 | 0.1693 |
| trtseq | 1 | | 1.6585 | 1.2238 | 420 | 1.36 | 0.1761 |
| trtseq | 2 | | 3.9069 | 1.2389 | 420 | 3.15 | 0.0017 |
| trtseq | 3 | | 0 | . | . | . | . |
| TLBVALUE | | | 0.4344 | 0.07246 | 420 | 5.99 | <.0001 |
| DIABET_R | | DIABETIC | -4.5781 | 2.8427 | 420 | -1.61 | 0.1080 |
| DIABET_R | | DIABETIC RISK | 4.7425 | 1.3776 | 420 | 3.44 | 0.0006 |
| DIABET_R | | NON DIABETIC | 0 | . | . | . | . |

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/CHEM210H.SAS
GENERATED:  14JUL2005 11:42:09  iceadmn3

483

Quetiapine Fumarate 5077US/0049

12.1.9.3.7  Glucose and Insulin Analysis(ANCOVA - Safety)

The Mixed Procedure

Solution for Random Effects

| Effect | CENTRE | Estimate | Std Err Pred | DF | t Value | Pr > \|t\| |
|--------|--------|----------|--------------|-----|---------|----------|
| CENTRE | 0001 | 0 | . | . | . | . |
| CENTRE | 0002 | 0 | . | . | . | . |
| CENTRE | 0003 | 0 | . | . | . | . |
| CENTRE | 0004 | 0 | . | . | . | . |
| CENTRE | 0005 | 0 | . | . | . | . |
| CENTRE | 0006 | 0 | . | . | . | . |
| CENTRE | 0007 | 0 | . | . | . | . |
| CENTRE | 0009 | 0 | . | . | . | . |
| CENTRE | 0010 | 0 | . | . | . | . |
| CENTRE | 0011 | 0 | . | . | . | . |
| CENTRE | 0013 | 0 | . | . | . | . |
| CENTRE | 0014 | 0 | . | . | . | . |
| CENTRE | 0015 | 0 | . | . | . | . |
| CENTRE | 0016 | 0 | . | . | . | . |
| CENTRE | 0017 | 0 | . | . | . | . |
| CENTRE | 0018 | 0 | . | . | . | . |
| CENTRE | 0019 | 0 | . | . | . | . |
| CENTRE | 0020 | 0 | . | . | . | . |
| CENTRE | 0022 | 0 | . | . | . | . |
| CENTRE | 0023 | 0 | . | . | . | . |
| CENTRE | 0025 | 0 | . | . | . | . |
| CENTRE | 0026 | 0 | . | . | . | . |
| CENTRE | 0027 | 0 | . | . | . | . |
| CENTRE | 0028 | 0 | . | . | . | . |
| CENTRE | 0029 | 0 | . | . | . | . |
| CENTRE | 0030 | 0 | . | . | . | . |
| CENTRE | 0031 | 0 | . | . | . | . |
| CENTRE | 0033 | 0 | . | . | . | . |
| CENTRE | 0034 | 0 | . | . | . | . |
| CENTRE | 0035 | 0 | . | . | . | . |
| CENTRE | 0036 | 0 | . | . | . | . |
| CENTRE | 0037 | 0 | . | . | . | . |
| CENTRE | 0039 | 0 | . | . | . | . |
| CENTRE | 0040 | 0 | . | . | . | . |
| CENTRE | 0041 | 0 | . | . | . | . |
| CENTRE | 0042 | 0 | . | . | . | . |

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/CHEM210H.SAS
GENERATED:  14JUL2005 11:42:09  iceadmn3

484

Quetiapine Fumarate 5077US/0049                                              Page 12 of 16

12.1.9.3.7  Glucose and Insulin Analysis(ANCOVA - Safety)

The Mixed Procedure

Type 3 Tests of Fixed Effects

| Effect | Num DF | Den DF | F Value | Pr > F |
|--------|--------|--------|---------|--------|
| trtseq | 2 | 420 | 5.00 | 0.0071 |
| TLBVALUE | 1 | 420 | 35.94 | <.0001 |
| DIABET_R | 2 | 420 | 8.07 | 0.0004 |

Least Squares Means

| Effect | trtseq | Estimate | Standard Error | DF | t Value | Pr > |t| | Alpha | Lower | Upper |
|--------|--------|----------|----------------|-----|---------|---------|-------|-------|-------|
| trtseq | 1 | 4.3356 | 1.2427 | 420 | 3.49 | 0.0005 | 0.05 | 1.8929 | 6.7784 |
| trtseq | 2 | 6.5841 | 1.2634 | 420 | 5.21 | <.0001 | 0.05 | 4.1007 | 9.0675 |
| trtseq | 3 | 2.6772 | 1.2648 | 420 | 2.12 | 0.0349 | 0.05 | 0.1911 | 5.1633 |

Differences of Least Squares Means

| Effect | trtseq | _trtseq | Estimate | Standard Error | DF | t Value | Pr > |t| | Alpha | Lower | Upper |
|--------|--------|---------|----------|----------------|-----|---------|---------|-------|-------|-------|
| trtseq | 1 | 2 | -2.2484 | 1.2360 | 420 | -1.82 | 0.0696 | 0.05 | -4.6779 | 0.1810 |
| trtseq | 1 | 3 | 1.6585 | 1.2238 | 420 | 1.36 | 0.1761 | 0.05 | -0.7470 | 4.0640 |
| trtseq | 2 | 3 | 3.9069 | 1.2389 | 420 | 3.15 | 0.0017 | 0.05 | 1.4716 | 6.3422 |

485

Quetiapine Fumarate 5077US/0049                                   Page 13 of 16

12.1.9.3.7  Glucose and Insulin Analysis(ANCOVA - Safety)

The Mixed Procedure

Model Information

```
Data Set                      WORK.QUICKI
Dependent Variable            TL VALUE
Covariance Structure          Variance Components
Estimation Method             REML
Residual Variance Method      Profile
Fixed Effects SE Method       Model-Based
Degrees of Freedom Method     Satterthwaite
```

Class Level Information

| Class | Levels | Values |
|-------|--------|--------|
| trtseq | 3 | 1 2 3 |
| CENTRE | 36 | 0001 0002 0003 0004 0005 0006 |
| | | 0007 0009 0010 0011 0013 0014 |
| | | 0015 0016 0017 0018 0019 0020 |
| | | 0022 0023 0025 0026 0027 0028 |
| | | 0029 0030 0031 0033 0034 0035 |
| | | 0036 0037 0039 0040 0041 0042 |
| DIABET_R | 3 | DIABETIC DIABETIC RISK NON |
| | | DIABETIC |

Dimensions

```
Covariance Parameters      2
Columns in X               8
Columns in Z              36
Subjects                   1
Max Obs Per Subject      426
Observations Used        426
Observations Not Used      0
Total Observations       426
```

Iteration History

| Iteration | Evaluations | -2 Res Log Like | Criterion |
|-----------|-------------|-----------------|-----------|
| 0 | 1 | -1493.99907278 | |

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/CHEM210H.SAS
         GENERATED:  14JUL2005 11:42:09  iceadmn3

486

Quetiapine Fumarate 5077US/0049                                          Page 14 of 16

12.1.9.3.7  Glucose and Insulin Analysis(ANCOVA - Safety)

The Mixed Procedure

Iteration History

| Iteration | Evaluations | -2 Res Log Like | Criterion |
|---|---|---|---|
| 1 | 1 | -1493.99907278 | 0.00000000 |

Convergence criteria met.

Covariance Parameter
Estimates

| Cov Parm | Estimate |
|---|---|
| CENTRE | 0 |
| Residual | 0.001587 |

Fit Statistics

| | |
|---|---|
| -2 Res Log Likelihood | -1494.0 |
| AIC (smaller is better) | -1492.0 |
| AICC (smaller is better) | -1492.0 |
| BIC (smaller is better) | -1490.4 |

Solution for Fixed Effects

| Effect | trtseq | HISTORY OF DIABETES (RANDOM GLUCOSE) | Estimate | Standard Error | DF | t Value | Pr > \|t\| |
|---|---|---|---|---|---|---|---|
| Intercept | | | 0.1836 | 0.01773 | 420 | 10.36 | <.0001 |
| trtseq | 1 | | -0.00013 | 0.004720 | 420 | -0.03 | 0.9784 |
| trtseq | 2 | | -0.00902 | 0.004757 | 420 | -1.90 | 0.0586 |
| trtseq | 3 | | 0 | . | . | . | . |
| TLBVALUE | | | 0.4480 | 0.04777 | 420 | 9.38 | <.0001 |
| DIABET_R | | DIABETIC | 0.01593 | 0.01071 | 420 | 1.49 | 0.1379 |
| DIABET_R | | DIABETIC RISK | -0.02223 | 0.005608 | 420 | -3.96 | <.0001 |
| DIABET_R | | NON DIABETIC | 0 | . | . | . | . |

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/CHEM210H.SAS
GENERATED:  14JUL2005 11:42:09  iceadmn3

487

Quetiapine Fumarate 5077US/0049

12.1.9.3.7  Glucose and Insulin Analysis(ANCOVA - Safety)

The Mixed Procedure

Solution for Random Effects

| Effect | CENTRE | Estimate | Std Err Pred | DF | t Value | Pr > \|t\| |
|--------|--------|----------|--------------|-----|---------|-----------|
| CENTRE | 0001 | 0 | . | . | . | . |
| CENTRE | 0002 | 0 | . | . | . | . |
| CENTRE | 0003 | 0 | . | . | . | . |
| CENTRE | 0004 | 0 | . | . | . | . |
| CENTRE | 0005 | 0 | . | . | . | . |
| CENTRE | 0006 | 0 | . | . | . | . |
| CENTRE | 0007 | 0 | . | . | . | . |
| CENTRE | 0009 | 0 | . | . | . | . |
| CENTRE | 0010 | 0 | . | . | . | . |
| CENTRE | 0011 | 0 | . | . | . | . |
| CENTRE | 0013 | 0 | . | . | . | . |
| CENTRE | 0014 | 0 | . | . | . | . |
| CENTRE | 0015 | 0 | . | . | . | . |
| CENTRE | 0016 | 0 | . | . | . | . |
| CENTRE | 0017 | 0 | . | . | . | . |
| CENTRE | 0018 | 0 | . | . | . | . |
| CENTRE | 0019 | 0 | . | . | . | . |
| CENTRE | 0020 | 0 | . | . | . | . |
| CENTRE | 0022 | 0 | . | . | . | . |
| CENTRE | 0023 | 0 | . | . | . | . |
| CENTRE | 0025 | 0 | . | . | . | . |
| CENTRE | 0026 | 0 | . | . | . | . |
| CENTRE | 0027 | 0 | . | . | . | . |
| CENTRE | 0028 | 0 | . | . | . | . |
| CENTRE | 0029 | 0 | . | . | . | . |
| CENTRE | 0030 | 0 | . | . | . | . |
| CENTRE | 0031 | 0 | . | . | . | . |
| CENTRE | 0033 | 0 | . | . | . | . |
| CENTRE | 0034 | 0 | . | . | . | . |
| CENTRE | 0035 | 0 | . | . | . | . |
| CENTRE | 0036 | 0 | . | . | . | . |
| CENTRE | 0037 | 0 | . | . | . | . |
| CENTRE | 0039 | 0 | . | . | . | . |
| CENTRE | 0040 | 0 | . | . | . | . |
| CENTRE | 0041 | 0 | . | . | . | . |
| CENTRE | 0042 | 0 | . | . | . | . |

488

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/CHEM210H.SAS
GENERATED:  14JUL2005 11:42:09  iceadmn3

12.1.9.3.7  Glucose and Insulin Analysis(ANCOVA - Safety)

The Mixed Procedure

Type 3 Tests of Fixed Effects

| Effect | Num DF | Den DF | F Value | Pr > F |
|--------|--------|--------|---------|--------|
| trtseq | 2 | 420 | 2.35 | 0.0963 |
| TLBVALUE | 1 | 420 | 87.98 | <.0001 |
| DIABET_R | 2 | 420 | 10.05 | <.0001 |

Least Squares Means

| Effect | trtseq | Estimate | Standard Error | DF | t Value | Pr > \|t\| | Alpha | Lower | Upper |
|--------|--------|----------|----------------|-----|---------|-----------|-------|-------|-------|
| trtseq | 1 | 0.3386 | 0.004808 | 420 | 70.43 | <.0001 | 0.05 | 0.3292 | 0.3481 |
| trtseq | 2 | 0.3298 | 0.004859 | 420 | 67.87 | <.0001 | 0.05 | 0.3202 | 0.3393 |
| trtseq | 3 | 0.3388 | 0.004780 | 420 | 70.88 | <.0001 | 0.05 | 0.3294 | 0.3482 |

Differences of Least Squares Means

| Effect | trtseq | _trtseq | Estimate | Standard Error | DF | t Value | Pr > \|t\| | Alpha | Lower | Upper |
|--------|--------|---------|----------|----------------|-----|---------|-----------|-------|-------|-------|
| trtseq | 1 | 2 | 0.008893 | 0.004754 | 420 | 1.87 | 0.0621 | 0.05 | -0.00045 | 0.01824 |
| trtseq | 1 | 3 | -0.00013 | 0.004720 | 420 | -0.03 | 0.9784 | 0.05 | -0.00940 | 0.009149 |
| trtseq | 2 | 3 | -0.00902 | 0.004757 | 420 | -1.90 | 0.0586 | 0.05 | -0.01837 | 0.000329 |

489

```
                    Quetiapine Fumarate 5077US/0049                                    Page 1 of 2

        12.1.9.3.8.1.5  SAS Total Score Increase from Baseline (Logistic Regression)

                              The GENMOD Procedure

                              Model Information

                    Data Set                  WORK.SAS
                    Distribution              Binomial
                    Link Function             Logit
                    Dependent Variable        response
                    Observations Used         444


                           Class Level Information

                 Class       Levels    Values

                 trtseq           3    P Q300MG Q600MG
                 numcd            2    1 2


                             Response Profile

                    Ordered                         Total
                     Value     response           Frequency

                       1         1                       49
                       2         0                      395

        PROC GENMOD is modeling the probability that response='1'.


                        Criteria For Assessing Goodness Of Fit

                 Criterion              DF        Value      Value/DF

                 Deviance              439     301.8635        0.6876
                 Scaled Deviance       439     301.8635        0.6876
                 Pearson Chi-Square    439     439.9540        1.0022
                 Scaled Pearson X2     439     439.9540        1.0022
                 Log Likelihood               -150.9318


              Algorithm converged.



           SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/SAS201H.SAS
                   GENERATED:  14JUL2005 11:42:12  iceadmn3
```

490

Quetiapine Fumarate 5077US/0049                                    Page 2 of 2

12.1.9.3.8.1.5  SAS Total Score Increase from Baseline (Logistic Regression)

The GENMOD Procedure

Analysis Of Parameter Estimates

| Parameter | | DF | Estimate | Standard Error | Wald 95% Confidence Limits | | Chi-Square | Pr > ChiSq |
|-----------|---|----|----------|----------------|------------|---|------------|------------|
| Intercept |        | 1 | -1.4834 | 0.3163 | -2.1032 | -0.8635 | 22.00 | <.0001 |
| B_SIMP    |        | 1 | -0.2471 | 0.1734 | -0.5870 |  0.0927 |  2.03 | 0.1541 |
| numcd     | 1      | 1 | -0.1402 | 0.3174 | -0.7623 |  0.4819 |  0.20 | 0.6587 |
| numcd     | 2      | 0 |  0.0000 | 0.0000 |  0.0000 |  0.0000 |       |        |
| trtseq    | P      | 1 | -0.6634 | 0.3728 | -1.3941 |  0.0673 |  3.17 | 0.0752 |
| trtseq    | Q300MG | 1 | -0.6067 | 0.3656 | -1.3233 |  0.1100 |  2.75 | 0.0971 |
| trtseq    | Q600MG | 0 |  0.0000 | 0.0000 |  0.0000 |  0.0000 |    .  |    .   |
| Scale     |        | 0 |  1.0000 | 0.0000 |  1.0000 |  1.0000 |       |        |

NOTE: The scale parameter was held fixed.

491

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/SAS201H.SAS
GENERATED:  14JUL2005 11:42:12  iceadmn3

```
Quetiapine Fumarate 5077US/0049                                          Page 1 of 2

12.1.9.3.8.1.6  BARS Global Assessment Increase from Baseline (Logistic Regression)

                            The GENMOD Procedure

                            Model Information

                    Data Set              WORK.BARS2
                    Distribution          Binomial
                    Link Function         Logit
                    Dependent Variable    response
                    Observations Used        447


                        Class Level Information

            Class        Levels    Values

            trtseq            3    P Q300MG Q600MG
            numcd             2    1 2


                            Response Profile

                Ordered                        Total
                  Value    response          Frequency

                    1         1                    45
                    2         0                   402

PROC GENMOD is modeling the probability that response='1'.


                    Criteria For Assessing Goodness Of Fit

            Criterion            DF        Value      Value/DF

            Deviance            442      289.7446      0.6555
            Scaled Deviance     442      289.7446      0.6555
            Pearson Chi-Square  442      446.5614      1.0103
            Scaled Pearson X2   442      446.5614      1.0103
            Log Likelihood              -144.8723


            Algorithm converged.



        SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/BARS201H.SAS
                GENERATED:  14JUL2005 11:42:15  iceadmn3
```

Quetiapine Fumarate 5077US/0049                                    Page 2 of 2

12.1.9.3.8.1.6  BARS Global Assessment Increase from Baseline (Logistic Regression)

The GENMOD Procedure

Analysis Of Parameter Estimates

| Parameter | | DF | Estimate | Standard Error | Wald 95% Confidence Limits | | Chi-Square | Pr > ChiSq |
|-----------|---|----|----------|----------------|------|------|------------|------------|
| Intercept |        | 1 | -1.7623 | 0.3289 | -2.4069 | -1.1176 | 28.71 | <.0001 |
| B_GCLASS  |        | 1 |  0.0209 | 0.2758 | -0.5197 |  0.5614 |  0.01 | 0.9397 |
| numcd     | 1      | 1 | -0.3122 | 0.3238 | -0.9468 |  0.3224 |  0.93 | 0.3349 |
| numcd     | 2      | 0 |  0.0000 | 0.0000 |  0.0000 |  0.0000 |   .   |   .    |
| trtseq    | P      | 1 | -0.3943 | 0.3855 | -1.1499 |  0.3613 |  1.05 | 0.3064 |
| trtseq    | Q300MG | 1 | -0.3375 | 0.3777 | -1.0778 |  0.4027 |  0.80 | 0.3715 |
| trtseq    | Q600MG | 0 |  0.0000 | 0.0000 |  0.0000 |  0.0000 |   .   |   .    |
| Scale     |        | 0 |  1.0000 | 0.0000 |  1.0000 |  1.0000 |       |        |

NOTE: The scale parameter was held fixed.

493

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/BARS201H.SAS
GENERATED:  14JUL2005 11:42:15  iceadmn3

```
                Quetiapine Fumarate 5077US/0049

          12.1.9.3.8.1.7  Treatment Emergent Mania (CMH)

                        The FREQ Procedure

                     Table of trtseq by emany

          trtseq(RANDOM TREATMENT ASSIGNMENT)
                          emany
          Frequency  |
          Percent    |
          Row Pct    |
          Col Pct    |        0|        1|   Total
          -----------+--------+--------+
          Q300MG     |     172 |       7 |     179
                     |   47.91 |    1.95 |   49.86
                     |   96.09 |    3.91 |
                     |   49.86 |   50.00 |
          -----------+--------+--------+
          P          |     173 |       7 |     180
                     |   48.19 |    1.95 |   50.14
                     |   96.11 |    3.89 |
                     |   50.14 |   50.00 |
          -----------+--------+--------+
          Total           345       14      359
                        96.10     3.90   100.00
```

494

```
          SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/YMRS210H.SAS
                GENERATED:  14JUL2005 11:42:17  iceadmn3
```

Quetiapine Fumarate 5077US/0049                                    Page 2 of 12

12.1.9.3.8.1.7  Treatment Emergent Mania (CMH)

The FREQ Procedure

Table of trtseq by emany

trtseq(RANDOM TREATMENT ASSIGNMENT)

```
           emany
Frequency |
Percent   |
Row Pct   |
Col Pct   |      0 |      1 |  Total
----------+--------+--------+
Q600MG    |    176 |      4 |    180
          |  48.89 |   1.11 |  50.00
          |  97.78 |   2.22 |
          |  50.43 |  36.36 |
----------+--------+--------+
P         |    173 |      7 |    180
          |  48.06 |   1.94 |  50.00
          |  96.11 |   3.89 |
          |  49.57 |  63.64 |
----------+--------+--------+
Total          349       11      360
             96.94     3.06   100.00
```

495

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/YMRS210H.SAS
GENERATED:  14JUL2005 11:42:17  iceadmn3

12.1.9.3.8.1.7  Treatment Emergent Mania (CMH)

The FREQ Procedure

Table 1 of trtseq by emany
Controlling for numcd=BIPOLAR I

trtseq(RANDOM TREATMENT ASSIGNMENT)

```
                       emany
Frequency     |
Percent       |
Row Pct       |
Col Pct       |        0|        1|  Total
--------------+--------+--------+
Q300MG        |     114 |      6 |    120
              |   47.90 |   2.52 |  50.42
              |   95.00 |   5.00 |
              |   50.67 |  46.15 |
--------------+--------+--------+
P             |     111 |      7 |    118
              |   46.64 |   2.94 |  49.58
              |   94.07 |   5.93 |
              |   49.33 |  53.85 |
--------------+--------+--------+
Total              225       13      238
                 94.54     5.46   100.00
```

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/YMRS210H.SAS
GENERATED:  14JUL2005 11:42:17  iceadmn3

Quetiapine Fumarate 5077US/0049                                        Page 4 of 12

12.1.9.3.8.1.7  Treatment Emergent Mania (CMH)

The FREQ Procedure

Statistics for Table 1 of trtseq by emany
Controlling for numcd=BIPOLAR I

| Statistic | DF | Value | Prob |
|-----------|----|----|----|
| Chi-Square | 1 | 0.1001 | 0.7517 |
| Likelihood Ratio Chi-Square | 1 | 0.1002 | 0.7516 |
| Continuity Adj. Chi-Square | 1 | 0.0010 | 0.9751 |
| Mantel-Haenszel Chi-Square | 1 | 0.0997 | 0.7522 |
| Phi Coefficient | | 0.0205 | |
| Contingency Coefficient | | 0.0205 | |
| Cramer's V | | 0.0205 | |

Fisher's Exact Test
-------------------------------------
Cell (1,1) Frequency (F)          114
Left-sided Pr <= F             0.7256
Right-sided Pr >= F            0.4874

Table Probability (P)         0.2130
Two-sided Pr <= P             0.7832

Sample Size = 238

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/YMRS210H.SAS
GENERATED:  14JUL2005 11:42:17  iceadmn3

```
Quetiapine Fumarate 5077US/0049                                    Page 5 of 12

12.1.9.3.8.1.7  Treatment Emergent Mania (CMH)

                        The FREQ Procedure

                    Table 2 of trtseq by emany
                  Controlling for numcd=BIPOLAR II

    trtseq(RANDOM TREATMENT ASSIGNMENT)
                       emany
    Frequency   |
    Percent     |
    Row Pct     |
    Col Pct     |      0|      1|  Total
    ------------+-------+-------+
    Q300MG      |    58 |     1 |     59
                | 47.93 |  0.83 |  48.76
                | 98.31 |  1.69 |
                | 48.33 |100.00 |
    ------------+-------+-------+
    P           |    62 |     0 |     62
                | 51.24 |  0.00 |  51.24
                |100.00 |  0.00 |
                | 51.67 |  0.00 |
    ------------+-------+-------+
    Total            120       1      121
                   99.17    0.83   100.00
```

Quetiapine Fumarate 5077US/0049                                              Page 6 of 12

12.1.9.3.8.1.7  Treatment Emergent Mania (CMH)

The FREQ Procedure

Statistics for Table 2 of trtseq by emany
Controlling for numcd=BIPOLAR II

| Statistic | DF | Value | Prob |
|-----------|-----|--------|--------|
| Chi-Square | 1 | 1.0596 | 0.3033 |
| Likelihood Ratio Chi-Square | 1 | 1.4453 | 0.2293 |
| Continuity Adj. Chi-Square | 1 | 0.0006 | 0.9801 |
| Mantel-Haenszel Chi-Square | 1 | 1.0508 | 0.3053 |
| Phi Coefficient |  | -0.0936 |  |
| Contingency Coefficient |  | 0.0932 |  |
| Cramer's V |  | -0.0936 |  |

WARNING: 50% of the cells have expected counts less
than 5. Chi-Square may not be a valid test.

Fisher's Exact Test
-----------------------------------
| Cell (1,1) Frequency (F) | 58 |
| Left-sided Pr <= F | 0.4876 |
| Right-sided Pr >= F | 1.0000 |
| | |
| Table Probability (P) | 0.4876 |
| Two-sided Pr <= P | 0.4876 |

Sample Size = 121

499

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/YMRS210H.SAS
GENERATED:  14JUL2005 11:42:17  iceadmn3

12.1.9.3.8.1.7   Treatment Emergent Mania (CMH)

The FREQ Procedure

Summary Statistics for trtseq by emany
Controlling for numcd

Cochran-Mantel-Haenszel Statistics (Based on Table Scores)

| Statistic | Alternative Hypothesis | DF | Value | Prob |
|-----------|------------------------|-----|--------|--------|
| 1 | Nonzero Correlation | 1 | 0.0005 | 0.9816 |
| 2 | Row Mean Scores Differ | 1 | 0.0005 | 0.9816 |
| 3 | General Association | 1 | 0.0005 | 0.9816 |

Estimates of the Common Relative Risk (Row1/Row2)

| Type of Study | Method | Value | 95% Confidence Limits | |
|---------------|--------|-------|------|------|
| Case-Control | Mantel-Haenszel | 1.0128 | 0.3461 | 2.9636 |
| (Odds Ratio) | Logit ** | 1.0360 | 0.3593 | 2.9870 |
| Cohort | Mantel-Haenszel | 1.0005 | 0.9598 | 1.0429 |
| (Col1 Risk) | Logit | 0.9892 | 0.9605 | 1.0187 |
| Cohort | Mantel-Haenszel | 0.9880 | 0.3568 | 2.7357 |
| (Col2 Risk) | Logit ** | 0.9616 | 0.3517 | 2.6297 |

** These logit estimators use a correction of 0.5 in every cell
   of those tables that contain a zero.

Breslow-Day Test for
Homogeneity of the Odds Ratios
--------------------------------
Chi-Square                1.1596
DF                             1
Pr > ChiSq                0.2816

Total Sample Size = 359

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/YMRS210H.SAS
GENERATED:  14JUL2005 11:42:17  iceadmn3

500

Quetiapine Fumarate 5077US/0049                                          Page 8 of 12

12.1.9.3.8.1.7  Treatment Emergent Mania (CMH)

The FREQ Procedure

Table 1 of trtseq by emany
Controlling for numcd=BIPOLAR I

trtseq(RANDOM TREATMENT ASSIGNMENT)

```
              emany
Frequency  |
Percent    |
Row Pct    |
Col Pct    |        0|        1|  Total
-----------+--------+--------+
Q600MG     |    119 |      1 |    120
           |  50.00 |   0.42 |  50.42
           |  99.17 |   0.83 |
           |  51.74 |  12.50 |
-----------+--------+--------+
P          |    111 |      7 |    118
           |  46.64 |   2.94 |  49.58
           |  94.07 |   5.93 |
           |  48.26 |  87.50 |
-----------+--------+--------+
Total           230        8      238
              96.64     3.36   100.00
```

501

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/YMRS210H.SAS
GENERATED:  14JUL2005 11:42:17  iceadmn3

Quetiapine Fumarate 5077US/0049

12.1.9.3.8.1.7  Treatment Emergent Mania (CMH)

The FREQ Procedure

Statistics for Table 1 of trtseq by emany
Controlling for numcd=BIPOLAR I

| Statistic | DF | Value | Prob |
|-----------|----|-------|------|
| Chi-Square | 1 | 4.7618 | 0.0291 |
| Likelihood Ratio Chi-Square | 1 | 5.3235 | 0.0210 |
| Continuity Adj. Chi-Square | 1 | 3.3215 | 0.0684 |
| Mantel-Haenszel Chi-Square | 1 | 4.7418 | 0.0294 |
| Phi Coefficient | | 0.1414 | |
| Contingency Coefficient | | 0.1401 | |
| Cramer's V | | 0.1414 | |

WARNING: 50% of the cells have expected counts less
than 5. Chi-Square may not be a valid test.

Fisher's Exact Test
------------------------------------
| Cell (1,1) Frequency (F) | 119 |
|--------------------------|-----|
| Left-sided Pr <= F | 0.9968 |
| Right-sided Pr >= F | 0.0311 |
| | |
| Table Probability (P) | 0.0279 |
| Two-sided Pr <= P | 0.0348 |

Sample Size = 238

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/YMRS210H.SAS
GENERATED:  14JUL2005 11:42:17  iceadmn3

12.1.9.3.8.1.7   Treatment Emergent Mania (CMH)

The FREQ Procedure

Table 2 of trtseq by emany
Controlling for numcd=BIPOLAR II

trtseq(RANDOM TREATMENT ASSIGNMENT)

```
                  emany
Frequency    |
Percent      |
Row Pct      |
Col Pct      |        0|        1|  Total
-------------+--------+--------+
Q600MG       |      57 |       3 |     60
             |   46.72 |    2.46 |  49.18
             |   95.00 |    5.00 |
             |   47.90 |  100.00 |
-------------+--------+--------+
P            |      62 |       0 |     62
             |   50.82 |    0.00 |  50.82
             |  100.00 |    0.00 |
             |   52.10 |    0.00 |
-------------+--------+--------+
Total             119         3       122
                97.54      2.46    100.00
```

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/STAT/YMRS210H.SAS
GENERATED:  14JUL2005 11:42:17  iceadmn3

503

Case 6:06-md-01769-ACC-DAB   Document 1351-37   Filed 03/11/09   Page 39 of 100 PageID 48699

12.1.9.3.8.1.7  Treatment Emergent Mania (CMH)

The FREQ Procedure

Statistics for Table 2 of trtseq by emany
Controlling for numcd=BIPOLAR II

| Statistic | DF | Value | Prob |
|---|---|---|---|
| Chi-Square | 1 | 3.1782 | 0.0746 |
| Likelihood Ratio Chi-Square | 1 | 4.3362 | 0.0373 |
| Continuity Adj. Chi-Square | 1 | 1.4354 | 0.2309 |
| Mantel-Haenszel Chi-Square | 1 | 3.1521 | 0.0758 |
| Phi Coefficient | | -0.1614 | |
| Contingency Coefficient | | 0.1593 | |
| Cramer's V | | -0.1614 | |

 WARNING: 50% of the cells have expected counts less
          than 5. Chi-Square may not be a valid test.

Fisher's Exact Test
-----------------------------------
Cell (1,1) Frequency (F)        57
Left-sided Pr <= F          0.1159
Right-sided Pr >= F         1.0000

Table Probability (P)       0.1159
Two-sided Pr <= P           0.1159

Sample Size = 122

504

Quetiapine Fumarate 5077US/0049                                    Page 12 of 12

12.1.9.3.8.1.7   Treatment Emergent Mania (CMH)

The FREQ Procedure

Summary Statistics for trtseq by emany
Controlling for numcd

Cochran-Mantel-Haenszel Statistics (Based on Table Scores)

| Statistic | Alternative Hypothesis | DF | Value | Prob |
|-----------|------------------------|----|-------|------|
| 1 | Nonzero Correlation | 1 | 0.8503 | 0.3565 |
| 2 | Row Mean Scores Differ | 1 | 0.8503 | 0.3565 |
| 3 | General Association | 1 | 0.8503 | 0.3565 |

Estimates of the Common Relative Risk (Row1/Row2)

| Type of Study | Method | Value | 95% Confidence Limits | |
|---------------|--------|-------|-----------------------|---|
| Case-Control | Mantel-Haenszel | 1.7579 | 0.5147 | 6.0044 |
| (Odds Ratio) | Logit ** | 1.9478 | 0.3475 | 10.9166 |
| Cohort | Mantel-Haenszel | 1.0175 | 0.9801 | 1.0562 |
| (Col1 Risk) | Logit | 1.0104 | 0.9736 | 1.0485 |
| Cohort | Mantel-Haenszel | 0.5724 | 0.1706 | 1.9207 |
| (Col2 Risk) | Logit ** | 0.5222 | 0.0956 | 2.8540 |

** These logit estimators use a correction of 0.5 in every cell
   of those tables that contain a zero.

Breslow-Day Test for
Homogeneity of the Odds Ratios
------------------------------
Chi-Square                7.6403
DF                             1
Pr > ChiSq                0.0057

Total Sample Size = 360

505



| Clinical Study Report: Appendix 12.1.10 | |
|---|---|
| Drug Substance | Quetiapine fumarate |
| Study Code | D1447L00001 |

# Appendix 12.1.10

## Documentation of assay methods, inter-laboratory standardisation methods and related quality assurance procedures

Not applicable.



| Clinical Study Report: Appendix 12.1.11. | |
|---|---|
| Drug Substance | Quetiapine fumarate |
| Study Code | D1447L00001 |

# Appendix 12.1.11

# Publications based on the study

Clinical Study Report: Appendix 12.1.11.
Study Code: D1447L00001

**Publication**

Calabrese JR, Keck PE Jr, Macfadden W, Minkwitz M, Ketter TA, Weisler RH, Cutler AJ, McCoy R, Wilson E, Mullen J.  A randomised, double-blind, placebo-controlled trial of quetiapine in the treatment of bipolar I or II depression.  Am J Psychiatry 2005; 16.

Article

# A Randomized, Double-Blind, Placebo-Controlled Trial of Quetiapine in the Treatment of Bipolar I or II Depression

Joseph R. Calabrese, M.D.

Paul E. Keck, Jr., M.D.

Wayne Macfadden, M.D.

Margaret Minkwitz, Ph.D.

Terence A. Ketter, M.D.

Richard H. Weisler, M.D.

Andrew J. Cutler, M.D.

Robin McCoy, R.N.

Ellis Wilson, M.S.

Jamie Mullen, M.D.

The BOLDER Study Group

**Objective:** There is a major unmet need for effective options in the treatment of bipolar depression.

**Method:** Five hundred forty-two outpatients with bipolar I (N=360) or II (N=182) disorder experiencing a major depressive episode (DSM-IV) were randomly assigned to 8 weeks of quetiapine (600 or 300 mg/day) or placebo. The primary efficacy measure was mean change from baseline to week 8 in the Montgomery-Åsberg Depression Rating Scale total score. Additional efficacy assessments included the Hamilton Depression Rating Scale, Clinical Global Impression of severity and improvement, Hamilton Anxiety Rating Scale, Pittsburgh Sleep Quality Index, and Quality of Life Enjoyment and Satisfaction Questionnaire.

**Results:** Quetiapine at either dose demonstrated statistically significant improvement in Montgomery-Åsberg Depression Rating Scale total scores compared with placebo from week 1 onward. The proportions of patients meeting response criteria (≥50% Montgomery-Åsberg Depression Rating Scale score improvement) at the final assessment in the groups taking 600 and 300 mg/day of quetiapine were 58.2% and 57.6%, respectively, versus 36.1% for placebo. The proportions of patients meeting remission criteria (Montgomery-Åsberg Depression Rating Scale ≤12) were 52.9% in the groups taking 600 and 300 mg/day of quetiapine versus 28.4% for placebo. Quetiapine at 600 and 300 mg/day significantly improved 9 of 10 and 8 of 10 Montgomery-Åsberg Depression Rating Scale items, respectively, compared to placebo, including the core symptoms of depression. Treatment-emergent mania rates were low and similar for the quetiapine and placebo groups (3.2% and 3.9%, respectively).

**Conclusions:** Quetiapine monotherapy is efficacious and well tolerated for the treatment of bipolar depression.

*(Am J Psychiatry 2005; 162:1351–1360)*

Depressive episodes in bipolar I and II disorder are an important source of morbidity and mortality. While symptomatic, patients with bipolar I disorder experience depressive symptoms for about threefold longer than manic symptoms, and the recovery time is considerably longer for depressive than manic episodes (1–4). Symptomatic patients with bipolar II disorder spend almost 40 times longer depressed than hypomanic patients (5). Bipolar depression is associated with high rates of disability (6) and an increased risk of suicide, which occurs in 10% to 20% of patients with bipolar disorder (7).

Although multiple agents, including several atypical antipsychotics, have demonstrated efficacy in the treatment of the manic phase of bipolar I disorder (8), the acute treatment of bipolar depression has not been as well studied (9). Lithium and lamotrigine are recommended as initial treatments for acute bipolar I depression (10, 11). However, the response of bipolar depression to lithium is often incomplete in a substantial proportion of patients (12), and the efficacy of lamotrigine in the treatment of acute bipolar I depression has only been demonstrated in one adequately powered placebo-controlled trial (13).

More recently, the atypical antipsychotic olanzapine was found to be superior to placebo in the treatment of acute bipolar I depression as monotherapy when data were pooled from two 8-week trials (14). Fixed doses of olanzapine in combination with the antidepressant fluoxetine were administered to small groups of patients in these studies and were found to be both superior to placebo and superior to olanzapine monotherapy.

Quetiapine is efficacious in the treatment of acute bipolar mania, both as monotherapy and in combination with other mood stabilizers (15, 16). Preliminary evidence for the efficacy of quetiapine in the treatment of depressive symptoms in a variety of psychotic and mood disorders (including bipolar disorder, rapid-cycling bipolar disorder, and adolescent mania) has been reported in several randomized or open-label studies (17–24).

Based on the need for new treatment options for bipolar depression, the effectiveness of atypical antipsychotics in acute mania, and the emerging evidence for their use in bipolar depression, we evaluated the efficacy and safety of quetiapine compared with placebo in the treatment of depressive episodes in patients with bipolar I or bipolar II disorder.

## Method

This double-blind, randomized, fixed-dose, placebo-controlled, parallel-group monotherapy study of quetiapine versus placebo was conducted at 39 centers in the United States between September 2002 and October 2003. After a washout period of at least five half-lives of any prior psychotropic medications, subjects were treated for 8 weeks to evaluate the efficacy, safety, and tolerability of 600 and 300 mg/day of quetiapine and placebo in the treatment of depressive episodes in adult patients with bipolar I or II disorder.

The study was approved by institutional review boards for each site and performed in accordance with the current amendment of the Declaration of Helsinki and the International Conference on Harmonization/Good Clinical Practice guidelines. Written informed consent was obtained from all subjects before participation.

### Patient Population

Outpatients ages 18 to 65 years who met DSM-IV criteria for bipolar I or II disorder and were experiencing a major depressive episode were eligible for inclusion in the study. The diagnosis was confirmed with the Structured Clinical Interview for DSM-IV. The patients were required to have a Hamilton Depression Rating Scale 17-item score ≥20 (25), a Hamilton depression scale item 1 score ≥2, and a Young Mania Rating Scale (26) score ≤12 at both the screening and randomization visits. Inclusion criteria were based on the Hamilton depression scale rather than the primary efficacy measure (the Montgomery-Åsberg Depression Rating Scale [27]).

Patients were excluded from the study if they were diagnosed with an axis I disorder other than bipolar disorder that was the primary focus of treatment within 6 months before the screening, if the current episode of depression exceeded 12 months or was less than 4 weeks in duration, or if they had a history of nonresponse to an adequate (6-week) trial of more than two classes of antidepressants during the current episode. Additional exclusion criteria included a diagnosis of substance dependence (DSM-IV) or substance use (except for nicotine) within 12 months before the screening or a clinically significant medical illness. Patients who posed a current serious suicidal or homicidal risk were also excluded. Patients were not permitted to take benzodiazepines during the washout period, and only limited use was permitted during the first 3 weeks after random assignment.

Random assignment was achieved in a non-center-specific manner with an interactive voice-response central randomization service. Random assignment was stratified according to bipolar type (I or II) to ensure a relative balance in the total number of patients among groups (1:1:1). The patients were randomly assigned to one of three groups: quetiapine, 600 mg/day; quetiapine, 300 mg/day; or placebo.

### Study Medication

Quetiapine (600 mg/day or 300 mg/day) or placebo was administered orally, in a single dose, once a day at bedtime. Quetiapine was initiated at 50 mg/day and administered to achieve a target dose of 300 mg/day by day 4 or 600 mg/day by week 1. All packaging of treatments was identical, with placebo and active tablets identical in appearance and number.

### Prior and Concomitant Medication

Nonpsychotropic medication, including over-the-counter medications taken before entry into the study could be continued. Zolpidem tartrate (5–10 mg/day at bedtime for insomnia) and lorazepam (1–3 mg/day for severe anxiety) were permitted at the discretion of the investigator and only during the first 3 weeks of treatment but were withheld for 8 hours before psychiatric assessments were conducted. The use of all other psychotropic drugs was prohibited during the study.

### Efficacy Evaluations

Clinical assessments were conducted at baseline and weekly from weeks 1 to 8. The primary efficacy variable was the mean change in the Montgomery-Åsberg Depression Rating Scale total score from baseline to week 8 (27).

Additional efficacy evaluations included a change from baseline to each assessment on the Montgomery-Åsberg Depression Rating Scale, the proportion of patients who achieved a protocol-defined response (≥50% reduction from baseline score on the Montgomery-Åsberg Depression Rating Scale), the time to response, the proportion of patients who achieved remission (Montgomery-Åsberg Depression Rating Scale score ≤12), the time to remission, as well as a Montgomery-Åsberg Depression Rating Scale item analysis. The change from baseline to each assessment on the Hamilton depression scale, the Clinical Global Impression (CGI) (28) severity of illness score, and the CGI improvement score were also assessed.

The effect of quetiapine on anxiety symptoms was assessed with the Hamilton Anxiety Rating Scale (29). Mean change from baseline to each assessment and at week 8 in the Hamilton anxiety scale total score was determined.

Quality of sleep was assessed with the Pittsburgh Sleep Quality Index, which measures several dimensions of sleep, including quality, latency, duration, efficiency, use of medication, and daytime dysfunction (30).

The 16-item short form of the Quality of Life Enjoyment and Satisfaction Questionnaire was used to measure satisfaction with various areas of daily functioning, such as social relationships, living/housing, physical health, medication, and global satisfaction (31). The Pittsburgh Sleep Quality Index and the Quality of Life Enjoyment and Satisfaction Questionnaire were administered at baseline and at weeks 4 and 8.

### Safety and Tolerability Evaluations

Safety and tolerability were evaluated by assessing the incidence and severity of adverse events, as well as withdrawals because of adverse events. Extrapyramidal symptoms were assessed with the Simpson-Angus Rating Scale (32), and akathisia was assessed with the Barnes Rating Scale for Drug-Induced Akathisia (33) at random assignment and at week 8. Measurements of vital signs, including weight and fasting serum glucose levels, were obtained at each study visit. Twelve-lead ECGs, clinical chemistry, and hematology assessments were performed at the screening and at week 8.

The incidence of treatment-emergent mania was evaluated by comparing the percentage of patients in each group who had a total Young Mania Rating Scale score of ≥16 on any two consecutive visits or at the final assessment, or an adverse event of mania or hypomania.

### Statistical Analyses

Primary and secondary efficacy analyses were performed on the intent-to-treat population, which included all randomly assigned patients who took at least one dose of study medication and had at least one postbaseline efficacy assessment. A last-observation-carried-forward analysis was used to impute missing data for patients who withdrew during the study. All statistical tests were two-tailed. The primary analysis of change from baseline to final assessment in the Montgomery-Åsberg Depression Rating Scale total scores tested the superiority of each dose of quetiapine in the intent-to-treat group (patients with bipolar I or bipolar II disorder) with an analysis of covariance (ANCOVA) with the baseline Montgomery-Åsberg Depression Rating Scale as the covariate and included treatment and diagnosis strata as fixed ef-

TABLE 1. Baseline Demographic Characteristics of Screened Outpatients With Bipolar I or II Disorder Who Experienced a Major Depressive Episode

| | Patients Who Did Not Pass Screening (N=296) | | Patients Who Were Randomly Assigned to Treatment (N=539)[a] | |
|---|---|---|---|---|
| Characteristic | N | % | N | % |
| Female sex | 168 | 56.8 | 308 | 57.1 |
| Caucasian race | 227 | 76.7 | 438 | 81.3 |
| Age (years) | | | | |
| 18–39 | 163 | 55.1 | 318 | 59.0 |
| 40–59 | 122 | 41.2 | 310 | 39.0 |
| ≥60 | 10 | 3.4 | 5 | 0.9 |

[a] Safety population that excluded three patients who did not receive any dose of study medication.

FIGURE 1. Disposition of Outpatients with Bipolar I or II Disorder Who Experienced a Major Depressive Episode



fects in the model, with adjustment for multiple comparisons. Effect size (improvement of quetiapine over placebo divided by pooled standard deviation) was determined with a mixed-model repeated-measures analysis.

Differences in response rates between treatment and placebo groups and in patients with and without rapid cycling were assessed with a Cochran-Mantel-Haenszel chi-square test across diagnostic strata. Hamilton depression scale, CGI severity and improvement, Young Mania Rating Scale, Hamilton anxiety scale, Pittsburgh Sleep Quality Index, and Quality of Life Enjoyment and Satisfaction Questionnaire scores were tested with ANCOVAs. All secondary analyses were conducted at the nominal significance level of 0.05, with no adjustment for multiple comparisons.

Sample sizes were determined to provide 85% power to detect a difference of 3.6 points on the Montgomery-Åsberg Depression Rating Scale with two-tailed pairwise comparisons between treatment groups and placebo at an alpha level of 0.025 in the intent-to-treat population (patients with bipolar I or bipolar II disorder).

Exploratory analyses were carried out on the bipolar I and II subgroups whose group size was not predetermined to provide power for significance testing. Exploratory analyses were limited to descriptions of the mean changes in primary outcome measure across the three treatment groups, and effect size determinations for the groups taking 600 and 300 mg/day of quetiapine. The repeated measures mixed-effects model included terms for treatment, bipolar diagnosis, treatment-by-bipolar diagnosis, baseline Montgomery-Åsberg Depression Rating Scale total score, visit (week), and treatment-by-visit effects. Several covariance structures were examined, including autoregressive, banded Toeplitz, compound symmetry, and unstructured. The best-fitting covariance structure, the banded Toeplitz, was determined with the Bayesian information criterion.

## Results

### Patients and Disposition

A total of 838 patients were screened, and 542 patients with bipolar I (N=360) or bipolar II (N=182) disorder were randomly assigned to receive quetiapine, 600 mg/day (N=180); quetiapine, 300 mg/day (N=181); or placebo (N=181). There were no significant differences between the baseline characteristics of patients who did not pass the screening compared with those who were randomly assigned (Table 1). The most common reason for the screening failure was failure to meet eligibility criteria. Figure 1 illustrates the disposition of patients during the study. Of the 542 randomly assigned patients, 539 received at least

one dose of study medication and were included in the safety population. Of these, 511 had at least one postbaseline assessment and were analyzed for efficacy in the intent-to-treat population.

There were no statistically significant differences between treatment groups with respect to any demographic and baseline disease characteristic (Table 2). The mean age was approximately 37 years, and 58.2% of the patients were women. Mean Montgomery-Åsberg Depression Rating Scale scores at baseline were consistent with moderate to severe depression (34).

There were no statistically significant differences between the quetiapine groups and placebo in the proportion of the patients who completed the study: 54% in the 600 mg/day quetiapine group, 67% in the 300 mg/day quetiapine group, and 59% in the placebo group. The most common reasons for withdrawal were related to adverse events in the quetiapine groups (26.1% and 16.0%) and lack of efficacy in the placebo group (13.3%).

The use of lorazepam and zolpidem (permitted during the first 3 weeks of the study) was generally low across groups. Lorazepam use during the study was 5.6% and 9.5% in the 600 and 300 mg/day quetiapine groups, respectively, compared with 8.3% in the placebo group.

**TABLE 2. Baseline Demographic and Clinical Characteristics of Outpatients With Bipolar I or II Disorder Who Experienced a Major Depressive Episode[a]**

| Characteristic | Patients Taking Quetiapine | | | | Patients Taking Placebo (N=169) | |
|---|---|---|---|---|---|---|
| | 600 mg/day (N=170) | | 300 mg/day (N=172) | | | |
| | N | % | N | % | N | % |
| Sex | | | | | | |
| Male | 71 | 41.8 | 79 | 45.9 | 64 | 37.9 |
| Female | 99 | 58.2 | 93 | 54.1 | 105 | 62.1 |
| Race | | | | | | |
| Caucasian | 144 | 84.7 | 141 | 82.0 | 129 | 76.3 |
| Black | 18 | 10.6 | 23 | 13.4 | 26 | 15.4 |
| Hispanic | 5 | 2.9 | 7 | 4.1 | 9 | 5.3 |
| Other | 3 | 1.8 | 1 | 0.6 | 5 | 2.9 |
| DSM-IV diagnosis | | | | | | |
| Bipolar I disorder | 114 | 67.1 | 116 | 67.4 | 112 | 66.3 |
| Bipolar II disorder | 56 | 32.9 | 56 | 32.6 | 57 | 33.7 |
| DSM-IV rapid cycling | 31 | 18.2 | 42 | 24.4 | 35 | 20.7 |
| | Mean | SD | Mean | SD | Mean | SD |
| Age (years) | 37.3 | 11.4 | 36.6 | 11.2 | 38.3 | 11.1 |
| Baseline scores | | | | | | |
| Montgomery-Åsberg Depression Rating Scale | 30.3 | 5.3 | 30.4 | 5.0 | 30.6 | 5.3 |
| Hamilton Depression Rating Scale | 24.7 | 3.5 | 24.5 | 3.0 | 24.6 | 3.3 |
| Hamilton Anxiety Rating Scale | 18.7 | 7.3 | 18.6 | 7.3 | 18.9 | 7.3 |

[a] Intent-to-treat analysis.

**FIGURE 2. Least-Squares Mean Change From Baseline in Montgomery-Åsberg Depression Rating Scale Total Score at Each Assessment of Outpatients With Bipolar I or II Disorder Who Experienced a Major Depressive Episode[a]**



[a] Intent-to-treat, last-observation-carried-forward analyses. Improvement in Montgomery-Åsberg Depression Rating Scale total score with both doses of quetiapine (600 mg/day and 300 mg/day) was significantly greater than placebo at every assessment (p<0.001).

Zolpidem use during the study was 6.7% and 4.5% in the 600 and 300 mg/day quetiapine groups, respectively, compared with 8.3% in the placebo group.

## Efficacy

**Montgomery-Åsberg Depression Rating Scale.** Mean baseline Montgomery-Åsberg Depression Rating Scale scores were 30.3 (SD=5.3), 30.4 (SD=5.0), and 30.6 (SD=5.3) in the 600 mg/day, 300 mg/day, and placebo groups, respectively. Quetiapine at a dose of either 600 or 300 mg/day demonstrated significantly greater mean improvement in Montgomery-Åsberg Depression Rating Scale total scores compared with placebo as early as week 1 and at all time points that followed in the intent-to-treat group of patients with bipolar I or II depression (p<0.001 for both quetiapine doses versus placebo) (Figure 2). The mean change in Montgomery-Åsberg Depression Rating Scale total score from baseline to last assessment was –16.73 in the 600 mg/day group and –16.39 in the 300 mg/day group, compared with –10.26 in the placebo group (p<0.001 for both quetiapine doses versus placebo) (Table 3, Figure 2). The effect sizes were 0.81 for 600 mg/day and 0.67 for 300 mg/day of quetiapine.

Approximately 58% of the patients treated with either dose of quetiapine were responders at the final assessment, and both doses resulted in significantly higher response rates than placebo (36.1%) (p<0.001). Notably, the percentage of patients meeting response criteria with 600 mg/day of quetiapine was significantly higher as early as week 1 (24.3%) versus placebo (10.7%) (p<0.001). In the group taking 300 mg/day of quetiapine, a significantly higher response rate (37.2%) versus placebo (19.5%) was apparent by week 2 (p<0.001). The median time to response was significantly shorter for both 600 mg/day (22 days) and 300 mg/day (22 days) of quetiapine compared with placebo (36 days) (log-rank χ²=33.1, df=2, p<0.001).

The percentage of patients meeting remission criteria at the final assessment was 52.9% in both the groups taking 600 and 300 mg/day of quetiapine, significantly higher than the placebo rate of 28.4% in each group (p<0.001). The median time to remission was significantly shorter for

TABLE 3. Baseline and Mean Change in Efficacy Measures at the Last Assessment of Outpatients With Bipolar I or II Disorder Who Experienced a Major Depressive Episode[a]

| Measure and Treatment | Baseline Score | | Change in Score at Last Assessment | Analysis (comparison with placebo) | |
|---|---|---|---|---|---|
| | Mean | SD | | ANCOVA (df=1)[b] | p |
| Montgomery-Åsberg Depression Rating Scale | | | | | |
| 600 mg/day of quetiapine | 30.3 | 5.3 | –16.73 | –6.47 (1.12) | <0.001 |
| 300 mg/day of quetiapine | 30.4 | 5.0 | –16.39 | –6.13 (1.12) | <0.001 |
| Placebo | 30.6 | 5.3 | –10.26 | | |
| Hamilton Depression Scale | | | | | |
| 600 mg/day of quetiapine | 24.7 | 3.5 | –13.84 | –5.29 (0.81) | <0.001 |
| 300 mg/day of quetiapine | 24.5 | 3.0 | –13.38 | –4.84 (0.80) | <0.001 |
| Placebo | 24.6 | 3.3 | –8.54 | | |
| Hamilton Depression Scale item 1 | | | | | |
| 600 mg/day of quetiapine | 2.9 | 0.5 | –1.68 | –0.57 (0.12) | <0.001 |
| 300 mg/day of quetiapine | 2.9 | 0.5 | –1.65 | –0.54 (0.12) | <0.001 |
| Placebo | 2.9 | 0.4 | –1.11 | | |
| Clinical Global Impression scale | | | | | |
| Improvement | | | | | |
| 600 mg/day of quetiapine | 4.5 | 0.6 | 2.37 | –0.60 (0.14) | <0.001 |
| 300 mg/day of quetiapine | 4.4 | 0.5 | 2.27 | –0.71 (0.14) | <0.001 |
| Placebo | 4.4 | 0.6 | 2.97 | | |
| Severity | | | | | |
| 600 mg/day of quetiapine | 4.5 | 0.6 | –1.66 | –0.72 (0.14) | <0.001 |
| 300 mg/day of quetiapine | 4.4 | 0.5 | –1.63 | –0.68 (0.14) | <0.001 |
| Placebo | 4.4 | 0.6 | –0.95 | | |
| Hamilton Anxiety Rating Scale | | | | | |
| 600 mg/day of quetiapine | 18.7 | 7.3 | –8.75 | –3.20 (0.76) | <0.001 |
| 300 mg/day of quetiapine | 18.6 | 7.3 | –8.64 | –3.10 (0.76) | <0.001 |
| Placebo | 18.9 | 7.3 | –5.54 | | |
| Pittsburgh Sleep Quality Index | | | | | |
| 600 mg/day of quetiapine | 11.6 | 4.2 | –5.46 | –2.52 (0.43) | <0.001 |
| 300 mg/day of quetiapine | 11.4 | 3.8 | –5.16 | –2.22 (0.44) | <0.001 |
| Placebo | 11.7 | 3.8 | –2.94 | | |
| Quality of Life Enjoyment and Satisfaction Questionnaire | | | | | |
| 600 mg/day of quetiapine | 34.1 | 8.2 | 11.71 | 5.27 (1.14) | <0.001 |
| 300 mg/day of quetiapine | 36.1 | 7.9 | 10.77 | 4.33 (1.15) | <0.001 |
| Placebo | 34.2 | 7.4 | 6.44 | | |

[a] Intent-to-treat, last-observation-carried-forward analyses.
[b] Test, treatment contrast within the framework of the ANCOVA, estimated difference (standard error).

both 600 mg/day (27 days) and 300 mg/day (29 days) of quetiapine compared with placebo (65 days) (log-rank χ²= 32.8, df=2, p<0.001).

Nine out of 10 Montgomery-Åsberg Depression Rating Scale items were significantly improved from baseline compared with placebo in the 600 mg/day quetiapine group, as were eight items in the 300 mg/day quetiapine group (p<0.05) (Figure 3). With both doses of quetiapine, these items included the core mood symptoms of apparent sadness, reported sadness, inability to feel, pessimistic thoughts, and suicidal thoughts. The core mood symptoms of apparent sadness, reported sadness, and pessimistic thoughts were significantly improved in both quetiapine groups as early as week 1 compared with placebo (p<0.05). An inability to feel and suicidal thoughts were also significantly improved by week 1 in the group taking 600 mg/day of quetiapine compared with placebo (p<0.05). Both doses of quetiapine were more effective than placebo in reducing suicidal thoughts at the final assessment (p≤0.001); the reductions with quetiapine were approximately twice that of placebo.

In the bipolar I subgroup of patients, the mean change in Montgomery-Åsberg Depression Rating Scale total score from baseline to last assessment was –18.05 in the group taking 600 mg/day group of quetiapine and –16.91 in the 300 mg/day group, compared with –9.24 in the placebo group (p<0.001 for both quetiapine doses versus placebo). The effect size in the bipolar I subgroup was 1.09 for those assigned to 600 mg/day and 0.91 for those taking 300 mg/day of quetiapine. In the subgroup of patients with bipolar II disorder, the mean change in Montgomery-Åsberg Depression Rating Scale total score from baseline to last assessment was smaller than in bipolar I patients. Although the change in Montgomery-Åsberg Depression Rating Scale total score from baseline in the patients with bipolar II disorder was statistically superior to placebo at most assessments, it did not reach statistical significance at the final assessment: –14.06 in the group taking 600 mg/day of quetiapine and –14.78 in the group taking 300 mg/day compared with –12.35 in the placebo group. The effect size in the bipolar II subgroup was 0.39 in the 600 mg/day group and 0.28 in the 300 mg/day group.

Significant improvement in Montgomery-Åsberg Depression Rating Scale total scores compared with placebo at the final assessment occurred with quetiapine treatment regardless of the presence of rapid cycling in the intent-to-treat group (patients with bipolar I or II disorder). The mean change in Montgomery-Åsberg Depression Rat-

**FIGURE 3. Mean Percent Change From Baseline in Individual Montgomery-Åsberg Depression Rating Scale Items for Outpatients with Bipolar I or II Disorder Experiencing a Major Depressive Episode[a]**



Mean Percent Change in Score on Montgomery-Åsberg Depression Scale Item

[a] Intent-to-treat, last-observation-carried-forward analyses. Nine of 10 and 8 of 10 Montgomery-Åsberg Depression Rating Scale items (including the core mood symptoms of depression [item 1: apparent sadness; item 2: reported sadness; item 8: inability to feel; item 9: pessimistic thoughts; item 10: suicidal thoughts]) were significantly improved from baseline compared to placebo in the groups taking 600 mg/day and 300 mg/day of quetiapine, respectively (p<0.05). Apparent sadness, reported sadness, and pessimistic thoughts were significantly improved in both quetiapine groups as early as week 1 compared with placebo (p<0.05). Both doses of quetiapine were approximately twice as effective as placebo in reducing suicidal thoughts at the final assessment (p≤0.01).
[b] p<0.001 versus placebo.
[c] p<0.01.
[d] p<0.05.

ing Scale total score at week 8 in the patients with rapid cycling was –17.7 in the 600 mg/day quetiapine group and –18.6 in the 300 mg/day quetiapine group versus –9.9 in the placebo group (p<0.01 for both quetiapine doses versus placebo). The mean change in Montgomery-Åsberg Depression Rating Scale total score at week 8 in the patients without rapid cycling was –16.6 in the 600 mg/day group and –15.7 in the 300 mg/day group versus –10.3 in the placebo group (p<0.001 for both quetiapine doses versus placebo). A more detailed analysis of patients with and without rapid cycling in this study will be described in a separate report.

In order to explore the role of somnolence or sedation on efficacy, the mean change from baseline in Montgomery-Åsberg Depression Rating Scale total scores in the patients with and without these adverse events were compared. The number of patients in the intent-to-treat group with reported somnolence/sedation was 195 (57%) for the quetiapine groups combined and 24 (14%) for the placebo group. The mean change in the Montgomery-Åsberg Depression Rating Scale total score at week 8 in the patients with somnolence/sedation (either bipolar I or II disorder) was –18.8 in the pooled quetiapine groups (600 or 300 mg/day) versus –18.9 in the placebo group. In the patients without somnolence/sedation, the mean change in the Montgomery-Åsberg Depression Rating Scale total score was –19.3 and –11.7 for in the pooled quetiapine and placebo groups, respectively. The placebo group response was higher in the patients reporting somnolence/sedation, but the results with quetiapine were similar in the patients with or without somnolence/sedation.

**Hamilton depression scale.** Mean baseline Hamilton depression scale scores were 24.7 (SD=3.5), 24.5 (SD=3.0), and 24.6 (SD=3.3) in the 600 mg/day, 300 mg/day, and placebo groups, respectively (Table 2). Quetiapine at a dose of either 600 or 300 mg/day demonstrated significantly greater mean improvements in Hamilton depression scale total scores compared to placebo as early as week 1 and at all time points that followed in the patients with bipolar I or II depression (p<0.001). The mean change from baseline in Hamilton depression scale scores at week 8 was –13.84, –13.38, and –8.54 in the 600 mg/day, 300 mg/day, and placebo groups, respectively (p<0.001 for both quetiapine doses versus placebo). At the end of the study, the effect sizes for the group of patients with bipolar I or II disorder with the Hamilton depression scale was 0.93 for 600 mg/day and 0.74 for 300 mg/day of quetiapine.

Significant improvement in the Hamilton depression scale item 1 (depressed mood) was as early as week 1 (p= 0.003) for both quetiapine doses and continued to be statistically superior to placebo at all time points.

**Clinical Global Impression.** Quetiapine-treated patients experienced a statistically significant improvement (p<0.001) on the CGI severity scale as early as week 1 that was sustained to the end of the study for both quetiapine doses versus placebo. At the final assessment, a larger percentage of patients were rated as "normal, not at all ill," or

**TABLE 4. Incidence and Withdrawals Because of Adverse Events Occurring in at Least 10% of the Patients in Any Group of Outpatients with Bipolar I or II Disorder Who Experienced a Major Depressive Episode**

| | Patients Taking 600 mg/day of Quetiapine (N=180) | | | | Patients Taking 300 mg/day of Quetiapine (N=179) | | | | Patients Taking Placebo (N=180) | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Incidence | | Leading to Withdrawal | | Incidence | | Leading to Withdrawal | | Incidence | | Leading to Withdrawal | |
| Adverse Event | N | % | N | % | N | % | N | % | N | % | N | % |
| Dry mouth | 73 | 40.6[a] | 2 | 1.1[a] | 79 | 44.1[a] | 0 | 0.0 | 14 | 7.8 | 0 | 0.0 |
| Sedation | 58 | 32.2[a] | 17 | 9.4[a] | 53 | 29.6[a] | 10 | 5.6[a] | 11 | 6.1 | 0 | 0.0 |
| Somnolence | 44 | 24.4[a] | 5 | 2.8[a] | 49 | 27.4[a] | 7 | 3.9[a] | 15 | 8.3 | 0 | 0.0 |
| Dizziness | 41 | 22.8[a] | 6 | 3.3[a] | 30 | 16.8[a] | 1 | 0.6[a] | 15 | 8.3 | 0 | 0.0 |
| Fatigue | 21 | 11.7 | 1 | 0.6 | 16 | 8.9 | 0 | 0.0 | 13 | 7.2 | 0 | 0.0 |
| Constipation | 20 | 11.1[a] | 1 | 0.6[a] | 21 | 11.7[a] | 0 | 0.0 | 8 | 4.4 | 0 | 0.0 |
| Headache | 18 | 10.0 | 1 | 0.6[a] | 22 | 12.3 | 0 | 0.0 | 36 | 20.0 | 0 | 0.0 |
| Nausea | 6 | 8.9 | 0 | 0.0 | 14 | 7.8 | 3 | 1.7 | 23 | 12.8 | 0 | 0.0 |
| Upper respiratory tract infection not otherwise specified | 13 | 7.2 | 0 | 0.0 | 9 | 5.0 | 0 | 0.0 | 18 | 10.0 | 0 | 0.0 |

[a] Significantly higher than placebo (p<0.05).

"borderline ill" in the 600 mg/day (42.4%) and 300 mg/day quetiapine groups (38.1%) compared with the placebo group (23.7%).

A larger percentage of patients was also rated as "much" or "very much" improved on the CGI improvement scale in the 600 mg/day (55.9%) and 300 mg/day quetiapine groups (64.0%) compared with the placebo group (34.3%) at the final assessment.

**Anxiety symptoms.** Mean baseline Hamilton anxiety scale scores were 18.7 (SD=7.3), 18.7 (SD=7.3), and 18.9 (SD=7.3) in the 600 mg/day, 300 mg/day, and placebo groups, respectively (Table 2). By the study end, the mean Hamilton anxiety scale total score had decreased by –8.75 in the 600 mg/day group, –8.64 in the 300 mg/day group, and –5.54 in the placebo group (p<0.001 for both quetiapine doses versus placebo). A significant improvement in the Hamilton anxiety scale total scores as early as week 1 (p<0.05) was maintained to the last assessment (p<0.001 for both quetiapine doses versus placebo). Individual items of the Hamilton anxiety scale that most differentiated quetiapine-treated patients from those who received placebo included anxious mood, depressed mood, insomnia, genitourinary symptoms, and tension. A more detailed analysis of the results of the effect of quetiapine on anxiety measures in this study has been presented in a separate report (35).

**Quality of sleep.** The quality of sleep improved significantly among those treated with either dose of quetiapine compared with placebo. The mean improvement in Pittsburgh Sleep Quality Index scores from baseline in patients treated with 600 mg/day of quetiapine (–5.46) and 300 mg/day (–5.16) of quetiapine was significantly greater with both doses (p<0.001) than with placebo (–2.94).

**Quality of life.** Quetiapine-treated patients also experienced statistically significant improvements in quality of life during the study, as determined by the change from baseline in the Quality of Life Enjoyment and Satisfaction Questionnaire total scores. Mean Quality of Life Enjoy-

ment and Satisfaction Questionnaire total scores improved by 11.71 by the last assessment among patients treated with 600 mg/day of quetiapine and by 10.77 among those treated with 300 mg/day of quetiapine, compared with 6.44 in the placebo group (p<0.001 for both quetiapine doses versus placebo).

### Safety and Tolerability

**Adverse events.** Common adverse events (whether or not considered treatment related) occurred in ≥10% of patients, and withdrawals due to common adverse events are shown in Table 4. The overall rate of study discontinuation due to adverse events was 26.1% (N=47) in the 600 mg/day group, 16.0% (N=29) in the 300 mg/day group, and 8.8% (N=16) in the placebo group (Figure 1). There were no significant differences in the rates of serious adverse events across treatment groups, and none was treatment related: 5.0% (N=9) in the 600 mg/day group and 3.4% (N=6) in the 300 mg/day group compared with 8.9% (N=16) in the placebo group. Two patients attempted suicide (one in each of the active treatment groups), but no suicides or deaths occurred during the study.

The rate of discontinuation due to adverse events in the subgroup of patients with bipolar I disorder was 23.3% (N=28) in the 600 mg/day group, 13.1% (N=16) in the 300 mg/day group, and 11.9% (N=14) in the placebo group. The incidence of serious adverse events in the subgroup of patients with bipolar I disorder was 5.0% (N=6) in the 600 mg/day group, 4.2% (N=5) in the 300 mg/day group, and 11.9% (N=14) in the placebo group.

In the subgroup of patients with bipolar II disorder, the rate of discontinuation due to adverse events was 31.7% (N=19) in the 600 mg/day group, 22.0% (N=13) in the 300 mg/day group, and 3.2% (N=2) in the placebo group. The incidence of serious adverse events in the subgroup of patients with bipolar II disorder was 5.0% (N=3) in the 600 mg/day group, 1.7% (N=1) in the 300 mg/day group, and 3.2% (N=2) in the placebo group.

The incidence of treatment-emergent mania was low and not significantly different from placebo at either quetiapine dose: 2.2% with 600 mg/day of quetiapine (Cochran-Mantel-Haenszel, odds ratio=0.57, 95% confidence interval (CI)=0.17–1.91, p=0.35), 3.9% with 300 mg/day of quetiapine (Cochran-Mantel-Haenszel, odds ratio=0.97, 95% CI=0.35–2.68, p=0.95), and 3.9% with placebo.

The mean Simpson-Angus Rating Scale total score decreased in all three groups from baseline to the final assessment by –0.1, –0.2, and –0.3 in the 600 mg/day and 300 mg/day quetiapine groups and the placebo groups, respectively. There was no statistically significant difference in the number of patients with an increase from baseline in Simpson-Angus Rating Scale scores between either of the quetiapine groups and placebo: 15% (logistic regression=0.66, df=3, p<0.08), 9% (logistic regression=0.06, df=3, p=0.89), and 9% in the 600 mg/day and 300 mg/day quetiapine and placebo groups, respectively.

At the last assessment, mean Barnes Rating Scale for Drug-Induced Akathisia scores were low and similar in all groups: 0.3 in the 600 mg/day group, 0.2 in the 300 mg/day group, and 0.1 in the placebo group. There was no statistically significant difference in the number of patients with an increase from baseline in Barnes Rating Scale for Drug-Induced Akathisia score between either of the quetiapine groups and placebo: 12% (logistic regression=0.39, df=3, p=0.31), 9% (logistic regression=0.06, df=3, p=0.89), and 9% in the 600 mg/day and 300 mg/day quetiapine and placebo groups, respectively.

Adverse events considered extrapyramidal symptoms were present in 8.9% of the 600 mg/day group, 6.7% of the 300 mg/day group, and 2.2% of the placebo group; discontinuation rates for extrapyramidal symptoms were 2.8%, 1.1%, and 0.6%, respectively.

### Laboratory Results and Vital Signs

No clinically relevant differences between groups were seen in the mean change from baseline for any vital signs, ECGs, hematology, or clinical chemistry parameters.

Patients treated with 600 mg/day of quetiapine experienced a mean weight gain of 1.6 kg by the final assessment compared with 1.0 kg in the 300 mg/kg group and 0.2 kg in the placebo group. At the final assessment, 16 patients (9.0%) treated with 600 mg/day of quetiapine, 15 patients (8.5%) treated with 300 mg/day of quetiapine, and three patients (1.7%) who received placebo had a weight gain of ≥7% of their baseline measurement. No patients withdrew from the study because of weight gain.

Mean fasting serum glucose levels at baseline were 86 (SD=12), 87 (SD=13), and 87 (SD=15) mg/dl in the 600 mg/day and 300 mg/day of quetiapine and placebo groups, respectively. By the final assessment, the mean change in fasting serum glucose was 6 mg/dl (SD=17), 3 mg/dl (SD=13), and 4 mg/dl (SD=26) in the 600 mg/day and 300 mg/day of quetiapine and placebo groups, respectively.

## Discussion

To our knowledge, this is the first randomized, parallel-group, placebo-controlled trial to evaluate the efficacy of quetiapine in bipolar depression. It may also be the first published large-scale, controlled study to assess the efficacy of any pharmacological treatment in a group of patients with bipolar I or II depression, and one of few studies to examine an antidepressant effect in patients with rapid cycling.

Quetiapine monotherapy has significant antidepressant efficacy in a group of patients with bipolar I or II depression based on the primary analysis (mean change in Montgomery-Åsberg Depression Rating Scale total score from baseline to last assessment). The magnitude of the clinical improvement was substantial and evident from the first assessment (week 1) and at each visit thereafter. The rates of response and remission and the time to response and remission were significantly improved in the quetiapine groups compared with placebo. Compared with placebo, evidence of early and sustained efficacy was observed consistently with both doses of quetiapine and in all secondary efficacy analyses from week 1 onward.

In the Montgomery-Åsberg Depression Rating Scale item analysis, both doses of quetiapine produced a significant and early improvement in all of the core mood symptoms of depression, including objective and reported sadness, anhedonia, and pessimistic thoughts. Notably, both doses of quetiapine were approximately twice as effective as placebo in reducing suicidal ideation. These findings provide support for the conclusion that quetiapine has specific antidepressant properties.

In this study, significant antidepressant efficacy was demonstrated for quetiapine dosed once a day in the evening. This has important clinical relevance because once-daily dosing has been associated with enhanced medication adherence (36). Dosing at bedtime may also offer a means of improving tolerability, particularly regarding somnolence or sedation that are sometimes seen with quetiapine and may help treat the sleep disturbance that often accompanies bipolar depression.

Both doses of quetiapine were associated with improvements in quality of sleep and quality of life and were effective in patients with a recent history of rapid-cycling bipolar disorder. Exploratory analyses suggest that the clinical effect of both doses of quetiapine was greater in patients with bipolar I disorder than those with bipolar II disorder.

The most common side effects of quetiapine included dry mouth, sedation, somnolence, dizziness, and constipation. The most common side effects leading to withdrawal from the study were sedation and somnolence, with most discontinuations occurring within the first week. Of importance, changes in weight observed in all three groups were relatively small and did not result in withdrawal from the study. Quetiapine treatment was not associated with treatment-emergent mania. The long-term safety of quetiapine

is being explored in ongoing bipolar disorder maintenance studies. However, data from patients with schizophrenia does not suggest that unexpected adverse effects during long-term treatment should be expected (37).

Several aspects of the design of this study were innovative. First, the inclusion of patients with bipolar II disorder into a large-scale study of acute bipolar depression was novel and enhanced the generalizability of the findings, particularly since there is a higher incidence of bipolar II disorder than bipolar I disorder. The inclusion of patients with rapid cycling was also innovative and enhanced the generalizability of the findings to this difficult-to-treat subgroup. Second, rather than focusing solely on depressive symptoms, this study included sleep quality and health-related quality-of-life measures. Sleep-quality assessments (both patient- and bed-partner-rated) indicated improvements in functioning in addition to symptom severity, including several dimensions of sleep quality and daytime dysfunction. The quality-of-life scale provided novel information regarding the effect of quetiapine on social relationships, living/housing arrangements, physical health, satisfaction with medication, and global satisfaction. Improvements in these measures provide evidence for improved function and overall quality of life in addition to reduction in the symptoms of the illness.

Moreover, the inclusion of analyses that quantify the magnitude of the clinical effect through effect size determinations gives clinicians useful information. Knowing if a significant difference is caused by a small clinical effect (<0.4), a moderately sized clinical effect (0.40–0.79), or a large clinical effect (>0.79) has the potential of helping the clinician make decisions on how to use a new medication (38). The effect sizes reported in the bipolar I depression study by Tohen et al. (14) were 0.32 with olanzapine monotherapy and 0.68 with olanzapine-fluoxetine combination therapy compared with 1.09 in the bipolar I subgroup with 600 mg/day of quetiapine in this study.

This study had several limitations. First, the number of enrolled patients with bipolar II disorder was not sufficient to draw firm conclusions regarding efficacy in this subgroup. For this reason, post hoc analyses conducted in the bipolar II subgroup included effect size determinations, which are less affected by sample size than significance testing. Second, moderate rates of sedation or somnolence were observed in both quetiapine groups, which might have compromised the integrity of the double-blind design. If this were a significant factor in the assessment of efficacy, the reduction in Montgomery-Åsberg Depression Rating Scale total score in patients experiencing sedation or somnolence would have been greater than those in patients not experiencing these adverse events. However, this was not the case, and the improvements observed on the Montgomery-Åsberg Depression Rating Scale were comparable in patients with or without sedation or somnolence. Third, although the study indicated that the two doses used—chosen because of their efficacy in bipolar mania and other disorders—were effective, guidance on the best dosing for most patients or subgroups of patients should be assessed in future studies.

In conclusion, this large, randomized, double-blind, placebo-controlled study provides the first pivotal data demonstrating that quetiapine monotherapy is efficacious and well tolerated for the acute treatment of bipolar depression in a group of patients with bipolar I or II disorder.

### Acknowledgments

The BOLDER Study Group is as follows: Mohammed Alam, American Med Research, Oak Brook, Ill.; Valerie Arnold, Clinical Neuroscience Solutions, Memphis, Tenn.; Charles Bailey, Clinical Neuroscience Solutions, Orlando, Fla.; Guy Brannon, Brentwood Research Institute, Shreveport, La.; David Brown, Community Clinical Research, Austin, Tex.; Joseph Calabrese, University Hospitals of Cleveland/Case University School of Medicine, Cleveland, Ohio; John Carman, Carman Research, Smyrna, Ga.; Andrew Cutler, CORE Research, Winter Park, Fla.; Bernadette D'Souza, Midwest Clinical Research, Dayton, Ohio; Naresh Emmanuel, Carolina Clinical Research Services, Columbia, S.C.; Lawrence Ginsberg, Red Oak Psychiatry Associates, Houston, Tex.; Ram Gopalan, Comprehensive Neuroscience of Northern VA, Falls Church, Va.; William Granger, Research Strategies, Inc., Reno, Nev.; Laszlo Gyulai, University of Pennsylvania Bipolar Disorder, Philadelphia; Howard Hassman, Comprehensive Clinical Research, Clementon, N.J.; Saul Helfing, Oregon Center for Clinical Investigators, Inc., Lake Oswego, Ore.; George Joseph, Clinical Neuroscience Solutions, Jacksonville, Fla.; Paul Keck, University of Cincinnati, Cincinnati, Ohio; Terrence Ketter, Stanford University Bipolar Disorder Clinic, Stanford, Calif.; Arif Khan, Northwest Medical Research Center, Bellevue, Wash.; Ari Kiev, Social Psychiatry Research Institute, New York, Irving Kolin, Kolin Research Group, Winter Park, Fla.; James Knutson, BHC Fairfax Hospital, Kirkland, Wash.; Michael Levy, Behavioral Medical Research of Staten Island, New York; H.E. Logue, Birmingham Psychiatric Pharmaceutical Services, Inc., Birmingham, Ala.; David Marks, Optimum Health Services, La Mesa, Calif.; Greg Mattingly, St. Charles Psychiatric Association, St. Charles, Mo.; Charles Merideth, Affiliated Research Institute, San Diego, Calif.; Janice Miller, Clinical Neuroscience Solutions, West Palm Beach, Fla.; Dennis Munjack, Southwestern Research, Inc., Beverly Hills, Calif.; William Privitera, Future Search Trials, Austin, Tex.; Fred Reimherr, University of Utah Medical Center, Salt Lake City, Utah; Robert Riesenberg, Atlanta Center for Medical Research, Atlanta, Ga; Leon Rosenberg, Center for Emotional Fitness, Moorestown, N.J.; Leon Rubenfaer, Pioneer Pharmaceutical Research, New Baltimore, Mich.; David Sack, Comprehensive Neuroscience Inc., Cerritos, Calif.; Abbey Strauss, Comprehensive Neuroscience Inc., Boynton Beach, Fla.; David Walling, CNS Network, Garden Grove, Calif.; Richard Weisler, Richard H. Weisler M.D. and Associates, Raleigh, N.C.

Received Aug. 4, 2004; revision received Oct. 28, 2004; accepted Dec. 10, 2004. From the University Hospitals of Cleveland/Case University School of Medicine, Cleveland, Ohio; the Psychopharmacology Research Program, Department of Psychiatry, University of Cincinnati College of Medicine, Cincinnati, Ohio; the Mental Health Care Line and General Clinical Research Center of the Cincinnati Veterans Affairs Medical Center, Cincinnati, Ohio; AstraZeneca, Wilmington, Del.; the Department of Psychiatry and Behavioral Sciences, Stanford University, Stanford, Calif.; the Department of Psychiatry and Behavioral Sciences, Duke University, Raleigh, N.C.; and the Department of Psychiatry and Behavioral Medicine, University of South Florida, Tampa. Address correspondence and reprint requests to Dr. Calabrese, 11400 Euclid Ave., Suite 200, Cleveland, OH 44106; joseph.calabrese@uhhs.com (e-mail).

Supported by AstraZeneca Pharmaceuticals (grant 5077US/0049). The authors thank Max Brady, D.Phil., and Aruna Seth, Ph.D., (PAREXEL MMS) for editorial assistance. Financial support for their assistance was provided by AstraZeneca.

## References

1. Hlastala SA, Frank E, Mallinger AG, Thase ME, Ritenour AM, Kupfer DJ: Bipolar depression: an underestimated treatment challenge. Depress Anxiety 1997; 5:73–83

2. Judd LL, Akiskal HS, Schettler PJ, Endicott J, Maser J, Solomon DA, Leon AC, Rice JA, Keller MB: The long-term natural history of the weekly symptomatic status of bipolar I disorder. Arch Gen Psychiatry 2002; 59:530–537

3. Keller MB, Lavori PW, Coryell W, Andreasen NC, Endicott J, Clayton PJ, Klerman GL, Hirschfeld RM: Differential outcome of pure manic, mixed/cycling, and pure depressive episodes in patients with bipolar illness. JAMA 1986; 255:3138–3142

4. Post RM, Denicoff KD, Leverich GS, Altshuler LL, Frye MA, Suppes TM, Rush AJ, Keck PE Jr, McElroy SL, Luckenbaugh DA, Pollio C, Kupka R, Nolen WA: Morbidity in 258 bipolar outpatients followed for 1 year with daily prospective ratings on the NIMH life chart method. J Clin Psychiatry 2003; 64:680–690

5. Judd LL, Akiskal HS, Schettler PJ, Coryell W, Endicott J, Maser JD, Solomon DA, Leon AC, Keller MB: A prospective investigation of the natural history of the long-term weekly symptomatic status of bipolar II disorder. Arch Gen Psychiatry 2003; 60:261–269

6. Altshuler LL, Gitlin MJ, Mintz J, Leight KL, Frye MA: Subsyndromal depression is associated with functional impairment in patients with bipolar disorder. J Clin Psychiatry 2002; 63:807–811

7. Goodwin F, Jamison K: Manic-Depressive Illness. New York, Oxford University Press, 1990

8. Keck PE Jr: The management of acute mania. BMJ 2003; 327: 1002–1003

9. Keck PE Jr, Nelson EB, McElroy SL: Advances in the pharmacologic treatment of bipolar depression. Biol Psychiatry 2003; 53:671–679

10. American Psychiatric Association: Practice Guideline for the Treatment of Patients With Bipolar Disorder (Revision). Am J Psychiatry 2002; 159(April suppl)

11. Goodwin GM (Consensus Group of the British Association for Psychopharmacology): Evidence-based guidelines for treating bipolar disorder: recommendations from the British Association for Psychopharmacology. J Psychopharmacol 2003; 17:149–173

12. Zornberg GL, Pope HG Jr: Treatment of depression in bipolar disorder: new directions for research. J Clin Psychopharmacol 1993; 13:397–408

13. Calabrese JR, Bowden CL, Sachs GS, Ascher JA, Monaghan E, Rudd GD (Lamictal 602 Study Group): A double-blind placebo-controlled study of lamotrigine monotherapy in outpatients with bipolar I depression. J Clin Psychiatry 1999; 60:79–88

14. Tohen M, Vieta E, Calabrese J, Ketter TA, Sachs G, Bowden C, Mitchell PB, Centorrino F, Risser R, Baker RW, Evans AR, Beymer K, Dube S, Tollefson GD, Breier A: Efficacy of olanzapine and olanzapine-fluoxetine combination in the treatment of bipolar I depression. Arch Gen Psychiatry 2003; 60:1079–1088; correction, 60:176

15. Vieta E, Mullen J, Brecher M, Paulsson B, Jones M: Quetiapine monotherapy for mania associated with bipolar disorder: combined analysis of two international, double-blind, randomised, placebo-controlled studies. Curr Med Res Opin 2005; 21:923–934

16. Sachs G, Chengappa KN, Suppes T, Mullen JA, Brecher M, Devine NA, Sweitzer DE: Quetiapine with lithium or divalproex for the treatment of bipolar mania: a randomized, double-blind, placebo-controlled study. Bipolar Disord 2004; 6:213–223

17. DelBello MP, Schwiers ML, Rosenberg HL, Strakowski SM: A double-blind, randomized, placebo-controlled study of quetiapine as adjunctive treatment for adolescent mania. J Am Acad Child Adolesc Psychiatry 2002; 41:1216–1223

18. Ghaemi SN, Goldberg JF, Henry CA, Rosenquist KJ, Ko JY, Hsu DJ, Wenze SJ, Wankmuller MM: Quetiapine for rapid-cycling bipolar disorder: a long-term follow-up study (abstract). Bipolar Disord 2003; 5(suppl 1):50

19. Post RM, Leverich GS, Altshuler LL, Frye MA, Suppes TM, Keck PE Jr, McElroy SL, Kupka R, Nolen WA, Grunze H, Walden J: An overview of recent findings of the Stanley Foundation Bipolar Network (part I). Bipolar Disord 2003; 5:310–319

20. Sajatovic M, Mullen JA, Sweitzer DE: Efficacy of quetiapine and risperidone against depressive symptoms in outpatients with psychosis. J Clin Psychiatry 2002; 63:1156–1163

21. Sajatovic M, Brescan DW, Periz DE, DiGiovanni SK, Hattab H, Ray JB, Bingham CR: Quetiapine alone and added to a mood stabilizer for serious mood disorders. J Clin Psychiatry 2001; 62:728–732

22. Suppes T, McElroy SL, Keck PE, Altshuler L, Frye MA, Grunze H, Leverich GS, Nolen WA, Chisholm K, Dennehy EB, Post RM: Use of quetiapine in bipolar disorder: a case series with prospective evaluation. Int Clin Psychopharmacol 2004; 19:173–174

23. Vieta E, Parramon G, Padrell E, Nieto E, Martinez-Aran A, Corbella B, Colom F, Reinares M, Goikolea JM, Torrent C: Quetiapine in the treatment of rapid cycling bipolar disorder. Bipolar Disord 2002; 4:335–340

24. Zarate CA Jr, Rothschild A, Fletcher KE, Madrid A, Zapatel J: Clinical predictors of acute response with quetiapine in psychotic mood disorders. J Clin Psychiatry 2000; 61:185–189

25. Hamilton M: A rating scale for depression. J Neurol Neurosurg Psychiatry 1960; 23:56–62

26. Young RC, Biggs JT, Ziegler VE, Meyer DA: A rating scale for mania: reliability, validity and sensitivity. Br J Psychiatry 1978; 133:429–435

27. Montgomery SA, Åsberg M: A new depression scale designed to be sensitive to change. Br J Psychiatry 1979; 134:382–389

28. Guy W (ed): ECDEU Assessment Manual for Psychopharmacology: Publication ADM 76-338. Washington, DC, US Department of Health, Education, and Welfare, 1976, pp 218–222

29. Hamilton M: The assessment of anxiety states by rating. Br J Med Psychol 1959; 32:50–55

30. Buysse DJ, Reynolds CF III, Monk TH, Berman SR, Kupfer DJ: The Pittsburgh Sleep Quality Index: a new instrument for psychiatric practice and research. Psychiatry Res 1989; 28:193–213

31. Endicott J, Nee J, Harrison W, Blumenthal R: Quality of Life Enjoyment and Satisfaction Questionnaire: a new measure. Psychopharmacol Bull 1993; 29:321–326

32. Simpson GM, Angus JWS: A rating scale for extrapyramidal side effects. Acta Psychiatr Scand Suppl 1970; 212:11–19

33. Barnes TRE: A rating scale for drug-induced akathisia. Br J Psychiatry 1989; 154:672–676

34. Muller MJ, Himmerich H, Kienzle B, Szegedi A: Differentiating moderate and severe depression using the Montgomery-Åsberg Depression Rating Scale (MADRS). J Affect Disord 2003; 77: 255–260

35. Macfadden W, Calabrese JR, McCoy M, Minkwitz M, Wilson E, Mullen J: Antianxiety effects analysis of quetiapine in bipolar depression, in 2004 Annual Meeting New Research Program and Abstracts. Washington, DC, American Psychiatric Association, 2004, number 743

36. Bloom BS: Daily regimen and compliance with treatment (editorial). BMJ 2001; 323:647

37. Kasper S, Brecher M, Fitton L, Jones AM: Maintenance of long-term efficacy and safety of quetiapine in the open-label treatment of schizophrenia. Int Clin Psychopharmacol 2004; 19:281–289

38. Bowden CL, Davis J, Morris D, Swann A, Calabrese J, Lambert M, Goodnick P: Effect size of efficacy measures comparing divalproex, lithium and placebo in acute mania. Depress Anxiety 1997; 6:26–30



| Clinical Study Report: Appendix 12.1.12. | |
|---|---|
| Drug Substance | Quetiapine fumarate |
| Study Code | D1447L00001 |

**Appendix 12.1.12**

**Important publications referenced in the report**

Clinical Study Report: Appendix 12.1.12.
Study Code: D1447L00001

**Publication**

Baldessarini RJ, Tondo L, Hennen J, Viguera AC.  Is lithium still worth using? an update of selected recent research.  Harv Rev Psychiatry 2002;10:59-75.

Barnes TR. A rating scale for drug-induced akathisia. Br J Psychiatry 1989;154:672-6.

Buysse DJ, Reynolds CF III, Monk TH, Berman SR, Kupfer DJ.  The Pittsburgh sleep quality index:a new instrument for psychiatric practice and research.  Psychiatry Research 1989;28:193-213.

Calabrese J, Bowden C, Sachs G, Ascher J, Monaghan E, Rudd G.  A Double-blind Placebo-Controlled Study of Lamotrigine Monotherapy in Outpatients with Bipolar I Depression.  J Clin Psychiatry 1999;60:79-88.

Chengappa KN, Parepally H, Brar JS, Mullen J, Shilling A, Goldstein JM.  A random-assignment, double-blind, clinical trial of once- vs twice-daily administration of quetiapine fumarate in patients with schizophrenia or schizoaffective disorder: a pilot study.

Endicott J, Nee J, Harrison W, Blumenthal R. Quality of life enjoyment and satisfaction questionnaire:a new measure. Psychopharmacol Bull 1993;29:321-6.

Guy W (Ed.).  Clinical global impressions.  In: ECDEU Assessment Manual for Psychopharmacology, revised.  National Institute of Mental Health, Rockville, MD, 1976.

Hamilton M. A rating scale for depression. J Neurol Neurosurg Psychiatry 1960;23:56-62.

Hamilton M. The assessment of anxiety states by rating. Br J Med Psychol. 1959;32:50-5.

Montgomery S.A., Asberg M. A new depression scale designed to be sensitive to change. Brit J. Pschiat. 1979;134:382-9.

Puddu P.E., Jouve R, Mariotti S, Giampaoli S, Lanti M, Reale A, et al. Evaluation of 10 QT prediction formulas in 881 middle-aged men from the seven countries study: emphasis on the cubic root fridericia's equation. Journal of Electrocardiology 1988;21(3)

Sachs G, Altshuler L, Ketter T, Suppes T, Rasgon N, Frye M, Collins M.  Divalproex Versus Placebo for the Treatment of Bipolar Depression.  Presented at the American College of Neuropsychopharmacology, Dec 9-18, 2001.

Sajatovic M, Brescan D.W, Perez D.E., DiGiovanni S.K., Hattab H, Ray J.B., et al. Quetiapine alone and added to a mood stabilizer for serious mood disorders. J Clin Psychiatry 2001; 62(9):728-732.

2

Clinical Study Report: Appendix 12.1.12.
Study Code: D1447L00001

Sajatovic M, Mullen JA, Sweitzer, D.  Efficacy of quetiapine and risperidone against depressive symptoms in outpatients with psychosis.  J Clin Psychiatry 2002;63:1156-63.

Simpson GN, Angus JWS. A rating scale for extrapyramidal side effects.  Acta Psychiatr Scand 1970;212(Suppl 44):11-9.

Tohen M, Vieta E, Kettler, Centorrino F, Calabrese J, Ketter, TA et al.  Efficacy of olanzapine and 0lanzapine-fluoxetine combination (OFC) in the treatment of bipolar depression.  Arch Gen Psychiatry 2003;60:1079-88.

Young R.C., Biggs J.T., Ziegler V.E., Meyer D.A. A rating scale for mania: reliability, validity and sensitivity. Brit J.Psychiat 1978;133:429-35.

# REVIEW

# Is Lithium Still Worth Using? An Update of Selected Recent Research

Ross J. Baldessarini, MD, Leonardo Tondo, MD, John Hennen, PhD, and Adele C. Viguera, MD

The treatment of bipolar disorder has seen greater innovation in the past decade than at any other time since the introduction of lithium and the neuroleptics a half-century ago. The place of lithium in contemporary psychiatric therapeutics has become controversial, calling for the present overview of research findings pertaining to its use in treating patients with bipolar disorder. Lithium, by itself, typically is inadequate for rapid control of acute mania; antipsychotics, divalproex, or potent sedatives are commonly used, with or without lithium, for this purpose. The special usefulness of lithium lies in long-term prevention of recurrences of mania and bipolar depression and in reducing risk of suicidal behavior. Lithium also may be beneficial in recurrent unipolar depression and is an effective adjunct for treatment-resistant depression. Expectations that prolonged untreated bipolar illness, multiple episodes, rapid cycling, or retreatment following discontinuation might routinely lead to lithium nonresponsiveness, and the belief that lithium is too toxic for use during pregnancy, have not been borne out by research. Lithium retains a substantial share of prescriptions for bipolar disorder and is inexpensive. No other treatment has performed as well as lithium in as many aspects of long-term care of bipolar disorder patients, and despite some risks and limitations, lithium remains the standard against which all proposed alternatives are compared. (Harvard Rev Psychiatry 2002;10:59–75.)

Preparations of lithium salts (carbonate immediate and slow-release tablets, citrate liquid) have been the mainstay in long-term maintenance treatment for bipolar disorder patients since the 1960s,[1–5] following discovery of the antimanic actions of lithium carbonate by John Cade in Melbourne in 1949.[6] Bipolar disorder affects more than 1% of the general population, and its lifetime prevalence may exceed 5% if both current standard diagnostic subtypes (types I [with mania, usually also with depression] and II [depression with hypomania]), as well as cyclothymia, are considered, and particularly if pediatric, geriatric, and milder forms are included.[2,7–13] Moreover, bipolar and other major affective disorders with psychotic features are the most common idiopathic psychotic illnesses.[7,14]

There is growing recognition of the major therapeutic challenges and pharmaceutical opportunity represented by

From the Department of Psychiatry, Harvard Medical School, Boston, Mass., the Bipolar and Psychotic Disorders Program of McLean Hospital, Belmont, Mass., and the International Consortium for Bipolar Disorder Research, Belmont, Mass.

Supported, in part, by NIMH grant MH-467370, a grant from the Bruce J. Anderson Foundation, and the McLean Private Donors Neuropharmacology Research Fund (Dr. Baldessarini), as well as by an Investigator Award from NARSAD and an International Center Grant from the Stanley Foundation (Dr. Tondo).

Dr. Baldessarini consults to corporations that market lithium preparations (Solvay and Glaxo-SmithKline) and other antimanic agents (Eli Lilly, Janssen, Protarga).

Some of this material is also presented at a McLean Hospital CME Internet site.

Original manuscript received 2 May 2001, accepted for publication 26 June 2001; revised manuscript received 13 September 2001.

Correspondence: R. J. Baldessarini, MD, Mailman Research Center 306, McLean Hospital, Belmont, MA 02478 (e-mail: rjb@mclean.org).

© 2002 President and Fellows of Harvard College

59

4

Harvard Rev Psychiatry
March/April 2002

bipolar disorder. There is also a wish to improve on results obtained with lithium while minimizing the risks attending its use and reducing the need for close medical monitoring to maintain effective serum concentrations of lithium and avoid adverse effects, discussed below.[3,5] Such considerations have stimulated unprecedented innovation in the therapeutics of the disorder over the past decade. This development includes clinically valuable new applications of anticonvulsant, antipsychotic, sedative, and antidepressant drugs.[5,15] Marketing of newer antimanic medicines and proposed mood-stabilizing agents greatly disfavors lithium—an inexpensive, unpatentable inorganic salt. Indeed, many American psychiatrists appear increasingly disinclined to consider lithium as the expert-recommended, first-line option for bipolar disorder patients that it is.[2,5,15,16]

The view that lithium should no longer be considered a primary treatment has been encouraged by evidence that many cases of bipolar disorder involve severe, chronic, disabling illness with clinically unsatisfactory response to any available treatment or combination of treatments.[2,3,5,14,16,17-20] But high risks of treatment failure with lithium and alternative therapies can arise from several sources, including inconsistent adherence to recommended long-term treatment, particularly when symptoms are in apparent remission or the patient has comorbid common substance abuse problems; disinclination to accept adverse effects such as weight gain and minor cognitive dulling; inadequate clinical supervision of treatment with an agent that has an unusually narrow margin of safety, requiring regular medical monitoring and blood testing; and inadequate interpersonal support and encouragement of adherence to long-term treatment.[21-24] Moreover, the proportion of bipolar disorder patients followed at specialized referral centers who have relatively treatment-resistant (or otherwise complex and challenging) illness is probably growing, adding further to the impression that neither lithium nor other treatments for bipolar disorder yield consistently satisfactory results in some individuals.[17,22]

A realistic assessment of current clinical knowledge of the utility of lithium in the treatment of bipolar disorder is needed. This overview aims to provide such an assessment, while emphasizing pertinent results of recent investigations of lithium treatment by the International Consortium for Bipolar Disorder Research.

## EFFICACY OF LITHIUM IN ACUTE MANIA

The introduction of lithium carbonate by Cade in 1949 can be considered to have heralded the modern era of psychopharmacology.[6,25] The recent fiftieth anniversary of Cade's discovery stimulated new interest in lithium and provided the occasion for several reviews of research on this agent.[5,26-33] Lithium was introduced for the treatment of acute mania and has continued since the 1970s to be recognized by the U.S. Food and Drug Administration (FDA) only for mania (1970) and unspecified recurrences (presumably, of mania) in bipolar disorder (1974).[34] The short-term efficacy of lithium in acute mania is supported by at least five placebo-controlled trials.[30] However, all but one[35] followed a cross-over design and involved short treatment-exposure times, and recovery rates were only twice the surprisingly high 25–35% associated with placebo and nonspecific clinical management.[29,36]

Comparisons of lithium and antipsychotic drugs in acute mania indicate that clinically useful control of manic behavior is more rapid with antipsychotics, but otherwise lithium and antipsychotics are similar in efficacy.[5,26,27,29,30,36] Rapid response has also been observed with apparently safe loading doses of divalproex,[37] although possibly not with more-conservative dosing.[35,38] Similarly rapid quieting effects can be obtained with high doses of potent benzodiazepines such as lorazepam and clonazepam.[39-41] Whether these early effects with agents other than lithium represent "true antimanic" actions or merely sedation continues to be debated. Nevertheless, the requirement for caution in safe dosing with lithium in acute mania, together with contemporary economic pressures to minimize hospitalization, has strongly encouraged initial use of antipsychotic, anticonvulsant, and sedative agents, with or without lithium, for practical clinical management of acute mania, commonly followed by lithium in a prominent role for aftercare.[5,30]

## REVIEW OF LONG-TERM EFFECTIVENESS OF LITHIUM IN BIPOLAR DISORDER

Clinically, the most important application of lithium treatment is to reduce long-term risk of recurrences of illness in bipolar disorder.[5,31] Lithium treatment is usually continued following early recovery from an acute episode of mania or bipolar depression to minimize the high risk of early relapse.[2,5,15-17,22,29,31,42] In addition, it is standard practice to recommend prolonged maintenance or prophylactic treatment and continued psychiatric supervision in most cases after two or more recurrences, particularly when dangerous behavioral dyscontrol, suicide attempts, or hospitalization is involved.[2,3,5,31-33,43] This practice is similar to what is done following several recurrences of major depression[4,44] and is supported by unusually abundant research evidence.[3,5,24,27-29,31-33] To place the available findings in a broad perspective, we carried out a meta-analysis of available research trials of lithium treatment.

### Methods

Relevant publications were identified through a computerized *Medline* literature search (search terms: "bipolar disorder," "lithium," "manic-depressive disorder") and by examining the reference lists in the studies thus located and the

Harvard Rev Psychiatry
Volume 10, Number 2

Baldessarini et al.   61

reviews cited above. In these studies, we compared the recurrence risks with versus without lithium maintenance treatment in bipolar disorder. Recurrence risk ratios and their standard error estimates were calculated for each study, based on Poisson regression methods with adjustment for exposure time. For studies involving the same subjects on and then off lithium, standard errors for the risk ratios were adjusted for estimated covariance within subjects. Risk ratios were summarized using the meta-analytic methods recommended by DerSimonian and Laird.[45] Interstudy heterogeneity of risk ratios was estimated with Q-statistics.[45] To estimate pooled rates and their 95% confidence intervals (CIs), we used a random-effects estimator employing weights based on the inverse of study variances plus a between-studies variance factor.[45] Rate data are reported as mean $\pm$ standard deviation or with CI. Statistical significance required two-tailed $p < 0.05$.

## Results

We found a total of 28 pertinent studies with interpretable data[46–73] (see Table 1; when multiple reports have appeared from the same study, only the most recent or largest case series is included here). Many investigations included persons with types I and II bipolar disorder and recurrent, typically melancholic or endogenomorphic, major depression—within the broad syndrome of manic-depressive illness as originally defined by Emil Kraepelin a century ago.[13] The proportion of subjects with bipolar disorder for each study is indicated in the table.

The 28 studies involved a total of 2985 different subjects (some observed both with and without lithium treatment), 59.6% of whom were female. Subjects were exposed for an average of $9.94 \pm 4.27$ years ($5.88 \pm 5.26$ years in 2351 patients with lithium, and $4.10 \pm 3.42$ years in 2308 patients without lithium), for a total experience of 23,263 person-years. The great majority of subjects (78.4%) were diagnosed with bipolar disorder. There was no significant tendency for bipolar cases to be more prevalent in more recent studies (Spearman $r_s = 0.28$, $p = 0.14$). A higher proportion of the 23 studies reporting such information up to 1980 (15/15 = 100%) versus later (2/8 = 25%) selected cases for relatively high or recent morbidity ($\chi^2$ [1 $df$] = 14.4, $p < 0.0001$). This body of investigation into long-term treatment with or without lithium in bipolar disorder far exceeds—in studies, subjects, and exposure times—that available for any other treatment of the condition.[5]

Numerical results varied substantially among the studies, but in all 28 trials, recurrence risk was lower during lithium treatment; the overall crude risk ratio for recurrence was 3.2-fold lower with lithium than without. Among studies involving at least 1 year of lithium treatment and samples of more than 50 patients mainly with bipolar disorder, the

sparing of risk ranged from 96% in an early study[48] to only 20% in a recent trial designed primarily to test for the effectiveness of divalproex.[72] By meta-analysis (see Figure 1) based on recommended random-effects-modeling methods,[45] the computed overall risk ratio, and its CI, without versus with lithium was 3.2 (2.7–3.8), with a great heterogeneity of results across studies ($Q$ [25 $df$] = 9700, $p < 0.0001$).

Effectiveness of lithium maintenance was quite stable over the entire era represented by the studies analyzed. Even though recent maintenance studies have evidently included fewer severely ill persons, recurrence rates during lithium treatment have not changed significantly since the 1960s ($r_s = 0.20$, $p = 0.30$). This lack of evidence of a secular change involving loss of treatment effectiveness over the years accords with previous analyses of some of this literature[17,22,73,74] and with studies of outcomes at two European centers for treatment started across several decades.[17,75]

The 28 studies reviewed varied greatly in size (5–375 subjects), duration (0.5–146 months), and design (open studies comparing recurrences before vs. during treatment; randomized, blinded, placebo-controlled, parallel-group trials; and others). However, more than half (57%) involved blinded observations, and 50% included a placebo condition (39% also involved prospective randomization to lithium vs. a placebo in parallel groups). Studies with and without blind assessment showed very similar reductions in recurrence risk ($61.4 \pm 27.2\%$ [n = 16 trials] vs. $67.6 \pm 19.2\%$ [n = 12], respectively; F [1; 26 $df$] = 0.44, $p = 0.51$), as did trials with or without randomized, parallel-group designs ($58.3 \pm 25.3\%$ [n = 11] vs. $67.8 \pm 22.8\%$ [n = 17], respectively; F [1; 26 $df$] = 1.07, $p = 0.31$). The weighted-average reduction of recurrence risk by 3.6-fold among the 11 parallel-group trials was similar to both the crude and computed risk ratios found across reports (both 3.2). Another selective, quantitative meta-analysis involving nine randomized, placebo-controlled trials of long-term lithium treatment[32] also found a computed inverse risk ratio of 0.29 (95% CI = 0.09–0.93), or approximately 3.4-fold lower risk with lithium.

At least half of the studies analyzed involved discontinuation of ongoing lithium treatment in some subjects, typically to provide a placebo-control condition. Treatment discontinuation might itself inflate drug-placebo differences in studies of lithium[76–82] and many other treatments,[44,81–85] particularly within the first few months following discontinuation. The clinical impact of treatment discontinuation can be limited substantially by slowly lowering the dose over at least several weeks.[76–83] Such gradual discontinuation of ongoing treatment is rarely included in trial designs.[81–83] However, a recent, well-designed multicenter trial comparing divalproex to lithium and placebo for 52 weeks of maintenance treatment in patients with bipolar I disorder featured an initial dose-tapering period over 2 weeks following treatment of acute mania.

**TABLE 1.  Summary of Major Studies of Long-term Effectiveness of Lithium Maintenance Treatment in Bipolar Disorder**

| Study | Number | | | % F | High risk[a] | Bipolar (%)[b] | Study design | Lithium discontinued | Months | | Episodes/100 person-years | | Risk ratio | % Spared |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | n | On-Li | Off-Li | | | | | | On | Off | On-Li | Off-Li | | |
| Baastrup & Schou[46] | 88 | 88 | 88 | 100.0 | Yes | 73.9 | Open, pre/on | Some (27.3%) | 30.0 | 47.2 | 20.0 | 155 | 7.75 | 87.1 |
| Angst et al.[47] | 244 | 244 | 244 | 80.3 | Yes | 75.6 | Open; pre/on | No | 32.8 | 32.8 | 35.1 | 90.2 | 2.57 | 61.1 |
| Baastrup et al.[48] | 84 | 45 | 39 | 100.0 | ? | 59.5 | Blind, d/c to Pbo | Yes | 5.0 | 5.0 | 0[c] | 138[c] | >23.8 | 95.8 |
| Melia[49] | 18 | 9 | 9 | 88.9 | ? | 86.2 | Blind, d/c to Pbo | Yes | 24.0 | 24.0 | 44.4[c] | 77.8[c] | 1.75 | 42.9 |
| Coppen et al.[50] | 64 | 28 | 36 | 67.7 | Yes | 59.4 | Blind, prospective | Unstated | 18.7 | 18.7 | 19.9[c] | 67.6[c] | 3.40 | 70.6 |
| Small et al.[51] | 5 | 5 | 5 | 0 | ? | 80.0 | Blind, d/c to Pbo | Yes | 36.0 | 0.83 | 6.67[c] | 1460[c] | 219 | 99.5 |
| Cundall et al.[52] | 18 | 18 | 17 | 66.7 | Yes | 72.2 | Blind, d/c to Pbo | Yes | 39.8 | 12.0 | 31.8 | 112 | 3.52 | 71.6 |
| Hullin et al.[53] | 69 | 69 | 69 | 65.2 | Yes | 66.7 | Open, pre/on | No | 40.0 | 40.0 | 16.8 | 95.9 | 5.73 | 82.5 |
| Persson[54] | 66 | 33 | 33 | 60.6 | Yes | 43.4 | Open, matched pairs | No | 24.0 | 72.0 | 27.3 | 91.9 | 3.37 | 70.3 |
| Prien et al.[55] | 205 | 101 | 104 | 35.1 | Yes | 100.0 | Blind, Pbo-control | Yes | 24.0 | 24.0 | 34.2 | 54.3 | 1.59 | 37.1 |
| Prien et al.[56] | 84 | 45 | 39 | 36.1 | Yes | 36.9 | Blind, Pbo-control | Yes | 24.0 | 24.0 | 26.7 | 55.1 | 2.07 | 51.5 |
| Stallone et al.[57] | 52 | 25 | 27 | 51.9 | Yes | 100.0 | Blind, Pbo-control | Some | 22.0 | 8.2 | 34.8 | 157 | 4.51 | 77.8 |
| Naylor et al.[58] | 11 | 11 | 11 | 27.3 | Yes[d] | 63.6 | Blind, cross-over | Some (50%) | 9.0 | 9.0 | 412 | 570 | 1.38 | 27.7 |
| Prien et al.[59,a] | 284 | 141 | 143 | 35.2 | Yes | 83.1 | Blind, Pbo-control | Yes | 24.0 | 24.0 | 35.8 | 71.7 | 2.00 | 50.1 |
| Fieve et al.[60] | 81 | 38 | 43 | 64.2 | Yes | 65.6 | Blind, Pbo-control | Some (<33%) | 31.1 | 16.0 | 27.4 | 71.6 | 2.61 | 61.7 |
| Fyrö & Petterson[61] | 18 | 9 | 9 | 66.7 | Yes | 100.0 | Blind, matched pairs | Yes | 54.0 | 2.7 | 0 | 487 | >9.00 | 88.9 |
| Holinger & Wolpert[62] | 74 | 74 | 74 | 62.2 | Yes | 75.7 | Open, pre/on | No | ca. 60 | 39.2 | 74.1 | 395 | 5.33 | 81.2 |
| Rybakowski et al.[63] | 61 | 61 | 61 | 63.9 | Yes | 100.0 | Open, pre/on | No | ca. 54 | ca. 54 | 31.3 | 110 | 3.51 | 71.6 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Quitkin et al.[64] | 24 | 11 | 13 | 69.4 | No | 45.8[f] | Blind, Pbo-control | Unstated | 11.0 | 11.0 | 29.8 | 93.3 | 3.13 | 68.1 |
| Kane et al.[65] | 24 | 11 | 13 | 55.9 | No | 45.8[f] | Blind, Pbo-control | Unstated | 12.7 | 6.7 | 25.8[c] | 152[c] | 5.88 | 83.0 |
| Margo & McMahon[66] | 15 | 15 | 4 | 53.3 | ? | 100.0 | Open on; d/c to Pbo | Yes | 26.3 | 0.5 | 30.4[c] | 2400[c] | 78.9 | 98.7 |
| Prien et al.[67] | 113 | 79 | 34 | 63.5 | ? | 38.9 | Blind, Pbo-control[e] | Unstated | 24.0 | 24.0 | 27.8[c] | 35.3[c] | 1.27 | 21.2 |
| Bouman et al.[68] | 104 | 104 | 104 | 54.8 | Yes | 80.8 | Open, pre/on | No | 109 | 43.9 | 27.3 | 37.4 | 1.37 | 27.0 |
| Mander & Loudon[69] | 15 | 15 | 15 | 60.0 | ? | 100.0 | Open, pre/on[h] | No | 118 | ca. 60 | 17.0 | 50.7 | 2.98 | 66.5 |
| Koukopoulos et al.[70] | 375 | 375 | 375 | 61.9 | No | 55.5 | Open, pre/on | No | 146 | ca. 60 | 45.0 | 85.0 | 1.89 | 47.1 |
| Maj et al.[71] | 247 | 247 | 247 | 55.9 | No | 100.0 | Open, pre/on | No | 143 | 60 | 22.4 | 57.8 | 2.59 | 61.9 |
| Bowden et al.[72] | 182 | 90 | 92 | 52.2 | No | 100.0 | Blind, Pbo-control[i] | Some (50%) | 12.0 | 12.0 | 30.8[c] | 38.3[c] | 1.24 | 19.6 |
| Tondo et al.[73] | 360 | 360 | 360 | 64.7 | No | 100.0 | Open, pre/on | No | 72.0 | 99.6 | 81.0 | 183 | 2.26 | 55.7 |
| Totals | 2985 | 2351 | 2308 | | | | | | | | | | | |
| Means | 107 | 84 | 82 | 59.6 | 57.1% yes | 78.4 | 60.7% blind or Pbo | 50.0% yes | 70.5[j] | 49.2[j] | 41.7[j] | 116.6[j] | 3.20[j,k] | 54.9[j] |

d/c, discontinued; F, female; Pbo, placebo; pre/on, before and during treatment with lithium.
[a]Based on recent history of episodes or hospitalizations.
[b]Bipolar disorder, recurrent mania, or schizoaffective disorder.
[c]Rates based on persons with at least one recurrence/100 person-years at risk; otherwise rates are episodes/100 person-years at risk.
[d]All subjects were mentally retarded and institutionalized.
[e]May include some subjects from Prien et al.[56]
[f]Bipolar II disorder only.
[g]Placebo controls only for patients with unipolar depression.
[h]Also involved placebo-controlled, 1-month discontinuation with recurrence rate of 720/100 person-years.
[i]Included 187 other subjects maintained on divalproex, at a failure rate of 24.1 episodes/100 person-years.
[j]Weighted by n/study-arm.
[k]Omits two studies[61,66] with less than 1 month observation off-lithium.

64   Baldessarini et al.

Harvard Rev Psychiatry
March/April 2002



**FIGURE 1.** Meta-analysis of studies of the ratio of recurrence risk off/on lithium maintenance treatment. Data are the natural logarithm ($\log_e$) of risk ratio and its 95% confidence interval (CI) computed by random-effects modeling, with symbol size (shaded boxes) proportional to weighting by subject count (proportion of n in each study to combined n) and between- vs. within-study variance. The 26 studies included are those summarized in Table 1, minus two small studies having very short observation times off-lithium.[61,66] The computed overall risk ratio (black diamond) of 3.21 (CI = 2.67–3.84) is highly significant ($z$ [25 $df$] = 12.6, $p < 0.0001$) and similar to the crude average ratio of 3.20 (see Table 1). Findings across studies are highly significantly heterogeneous (Q [25 $df$] = 9700, $p < 0.0001$).

The phenomenon of excessive early recurrence risk soon after discontinuing or even sharply reducing the dose of lithium, especially if this is done rapidly or abruptly,[61–63] could have had at least a quantitative impact on about half of the trials reviewed, although it seems very unlikely to account for the entire difference in recurrence risk with versus without lithium treatment.[86,87] Among the 25 studies indicating whether discontinuation was involved (n = 14) or not (n = 11), the mean reductions of recurrence risk with versus without lithium treatment are indistinguishable (66.1 ± 28.5% vs. 64.4 ± 16.8%; F [1; 23 $df$] = 0.03, $p = 0.86$). Of critical importance, even the recurrence rates *off* lithium were not

significantly higher in studies involving lithium discontinuation (F [1; 21 $df$] = 1.62, $p = 0.22$), although they were more variable (418 ± 686 episodes/100 person-years [coefficient of variation, 164%]) than those found in trials apparently not involving lithium discontinuation (123 ± 99.8 episodes/100 person-years [coefficient of variation, 81%]).

Several studies[3,31,53,54,56,63] compared treatment responses in subjects with bipolar and unipolar depression and reported minor or inconsistent outcome differences between these syndromes. Nevertheless, whether lithium is equally effective against recurrences of mania and depression in bipolar disorder and recurrence of nonbipolar depression remains unclear.[2,3,5,24,27,28,31–33] When we divided the 28 studies according to the proportion of subjects in them who had bipolar disorder (15 studies in which at least 75% of subjects had bipolar disorder vs. 13 in which this percentage was lower), we found very similar outcomes. These include sparing of recurrence risk by 63.4 ± 25.5% versus 64.8 ± 22.9%, respectively (F [1; 26 $df$] = 0.02, $p = 0.88$). Even the five trials involving only a minority of bipolar patients (<50%)[54,56,64,65,67] yielded a similar sparing of recurrences (by 58.8 ± 34.0%).

Although the recurrence-sparing effect associated with long-term lithium treatment was both large and consistent, it was far from complete. The estimated overall reduction of recurrence risk was 54.9%, over 5.9 years of treatment-exposure. This incomplete protection may reflect variable long-term compliance by patients, variable intensity of follow-up and monitoring by treating clinicians, or limitations in effectiveness of the treatment for a severe disorder with a strong tendency toward recurrence.[2,5,15–17,22,24,27–29,31–33,42] It is also important to emphasize that no alternative treatment or combination of treatments has been proved to provide equivalent long-term protection against the risk for recurrences of bipolar disorder.[2,5,15–17,29,31,72]

This large body of diverse investigations is strikingly consistent in showing a substantial, albeit incomplete, lowering of recurrence risk for mania and depression in patients with bipolar disorder or nonbipolar depression. Nevertheless, several important issues remain unresolved in the studies analyzed. These include whether lithium protects against mania more than recurrent depression (in bipolar subtypes or in nonbipolar depressive disorders) and to what extent illness duration and overall morbidity are altered in addition to recurrence frequency.

## SARDINIAN STUDIES ON THE EFFECTS OF LITHIUM TREATMENT ON MANIA AND BIPOLAR DEPRESSION

### Overall Treatment Effects

Additional information about the relative effectiveness of lithium maintenance treatment in manic and depressive phases in both types I and II bipolar disorder is provided by

Harvard Rev Psychiatry
Volume 10, Number 2

Baldessarini et al.   65

**TABLE 2. Effects of Lithium Maintenance Treatment in 360 Patients with Bipolar Disorder[a]**

| Measure | Before treatment | During treatment | % Decrease |
|---|---|---|---|
| All patients | | | |
|   Duration (y) | 8.83 ± 8.38 | 4.49 ± 4.10 | — |
|   Hospitalizations/y | 0.33 ± 0.86 | 0.06 ± 0.22 | 82 |
|   Recurrences/y | 1.83 ± 2.14 | 0.81 ± 1.11 | 56 |
|     % Time ill | 45.7 ± 30.6 | 19.9 ± 21.8 | 56 |
|     Episode duration (mo) | 4.03 ± 2.54 | 3.04 ± 2.45 | 25 |
|   Manias/y | 0.99 ± 1.48 | 0.36 ± 0.53 | 64 |
|     % Time manic | 20.9 ± 22.3 | 8.11 ± 12.8 | 61 |
|     Episode duration (mo) | 3.17 ± 2.01 | 2.48 ± 1.89 | 22 |
|   Depressions/y | 0.84 ± 1.03 | 0.45 ± 0.84 | 46 |
|     % Time depressed | 24.8 ± 22.5 | 11.7 ± 16.7 | 53 |
|     Episode duration (m) | 4.80 ± 4.10 | 3.23 ± 2.57 | 33 |
|   No recurrences (%) | | 33.1 | — |
| Patients with bipolar I disorder | | | |
|   Duration (y) | 7.94 ± 8.04 | 4.57 ± 4.13 | — |
|   Recurrences/y | 1.54 ± 1.64 | 0.82 ± 0.83 | 47 |
|     % Time ill | 43.4 ± 30.3 | 21.9 ± 21.3 | 50 |
|   Manias or hypomanias/y | 1.00 ± 1.56 | 0.48 ± 0.57 | 52 |
|     % Time manic | 23.6 ± 24.5 | 11.2 ± 14.7 | 53 |
|   Depressions/y | 0.54 ± 0.52 | 0.35 ± 0.49 | 35 |
|     % Time depressed | 19.8 ± 21.8 | 10.8 ± 15.8 | 45 |
|   No recurrences (%) | | 25.2 | — |
| Patients with bipolar II disorder | | | |
|   Duration (y) | 10.2 ± 8.72 | 4.37 ± 3.82 | — |
|   Recurrences/y | 2.28 ± 2.68 | 0.79 ± 1.47 | 65 |
|     % Time ill | 49.3 ± 31.0 | 16.5 ± 21.0 | 67 |
|   Hypomanias/y | 0.98 ± 1.35 | 0.19 ± 0.51 | 81 |
|     % Time manic | 16.7 ± 17.6 | 3.40 ± 6.76 | 80 |
|   Depressions/y | 1.30 ± 1.39 | 0.60 ± 1.15 | 54 |
|     % Time depressed | 32.6 ± 21.4 | 13.0 ± 18.1 | 60 |
|   No recurrences (%) | | 45.1 | — |

[a]Results are based on new data and updated earlier findings presented elsewhere.[72,87] Data are shown as mean ± SD. All differences are significant (all paired $t$-tests ≥ 4.0, two-tailed $p < 0.001$, with correction for multiple comparisons).

results obtained with 360 patients with these conditions treated at a collaborating Sardinian clinic directed by a co-author (LT). These subjects, unselected other than for meeting DSM-IV diagnostic criteria for bipolar I or bipolar II disorder, were evaluated for periods before (mean, 8.8 years) and during (mean, 4.5 years) lithium maintenance treatment (see results in Table 2). Lithium was used essentially as a monotherapy. Longitudinal data were acquired in regular clinical follow-up, using detailed, life-chart–based assessments, according to methods detailed previously.[73,88]

Substantial reductions were found in recurrences of bipolar illness with lithium maintenance treatment; these results were very similar to the average for all studies (56% vs. 55% sparing of risk, respectively). Total recurrence rates averaged 1.83 episodes per year before versus 0.81 episodes per year during treatment. This overall reduction in recur-

rence risk was associated with an even larger (82%; from 0.33 to 0.06/year) sparing of hospitalizations. The recurrence rates for mania or hypomania fell by 64% (from 0.99 to 0.36/year), and those for depression by 46% (from 0.84 to 0.45 episodes/year), suggesting only a moderately smaller benefit against bipolar depression than against mania. These differences are all highly statistically significant (all $p < 0.001$ by paired $t$-tests corrected for multiple comparisons).[73] Notably, however, full protection (zero recurrences) was attained in only 33% of subjects.[73] This experience accords with rates of full protection reported in other long-term studies of lithium treatment.[24,70,71]

Of the available morbidity measures, data on the proportion of days ill per year during versus before maintenance treatment are particularly important clinically. By this measure, there was an overall 56% reduction of bipolar morbid-

ity, from 45.7 to 19.9% of days ill.[73] For mania and hypomania, the morbidity scores fell by 61%, from 20.9 to 8.11%. For depression, they fell by 53%, from 24.8 to 11.7%, only slightly less than for mania/hypomania.

In addition to reduced recurrence rates and time ill, there was also a 25% reduction in the average duration of episodes among patients who suffered recurrences—from 4.03 months before treatment to 3.04 months during treatment. Episodes of mania/hypomania were shortened by 22%, from 3.17 to 2.48 months, and episodes of bipolar depression by 33%, from 4.80 to 3.23 months. These findings are particularly noteworthy, given the greater average duration of depressive than of manic episodes (4.8 vs. 3.2 months) before treatment, the somewhat higher proportion of time ill with depression than with mania (24.9% vs. 20.9%) before lithium, and the strong association of the depressive phase of bipolar disorder with both subjective distress and suicidal behavior. These results are consistent with data from other studies of the treatment of bipolar depression.[73,88–91]

### Effects of Lithium in Bipolar Disorder Subtypes

Previously unpublished Sardinian findings distinguished between patients with type I (n = 218) and type II (n = 142) bipolar disorder. Long-term lithium treatment reduced morbidity in both syndromes. Overall, episode frequency in patients with bipolar I disorder fell by 47%, from 1.54 to 0.82 episodes per year. In patients with type II bipolar disorder, this rate fell even more (by 65%), from 2.28 to 0.79 episodes per year. Moreover, overall percentage of days ill fell by 50% (from 43.4 to 21.9%) in patients with bipolar I disorder, compared to a decrease of 67% (from 49.3 to 16.5%) in those with type II.

The effects of lithium treatment were even greater on recurrences of hypomania in patients with bipolar II disorder than on recurrences of mania/hypomania in those with type I. Recurrence rates fell by 52% (from 1.00 to 0.48 manic or hypomanic episodes/year) in subjects with bipolar I disorder, but by 81% (from 0.98 to 0.19 hypomanic episodes/year) for those with bipolar II disorder. In addition, the proportion of days manic or hypomanic fell by 53% (from 23.6% to 11.2%) in type I patients, whereas proportion of days hypomanic decreased by 80% (from 16.7% to 3.4%) in type II patients.

For bipolar depression, patients with type II bipolar disorder again showed greater improvements than did those with type I illness. The recurrence rate for depression fell by 35% (from 0.54 to 0.35 episodes/year) in type I patients and by 54% (from 1.30 to 0.60 episodes/year) in type II patients. Moreover, the proportion of days depressed decreased by 45% (from 19.8% to 10.8%) in bipolar I patients, compared to 60% (from 32.6% to 13.0%) in type II patients. The proportion of patients remaining completely free of recurrences during lithium maintenance treatment was also much greater in

type II patients (45.1%, over an average of 4.4 years) than in type I patients (25.2%, over an average of 4.6 years).

Finally, subtyping by the presence of psychotic features, or of mixed manic-depressive states, in a majority of episodes prior to starting lithium maintenance treatment yielded little difference in morbidity during treatment between these patients and those with "more typical" bipolar disorder. For example, in these subgroups, the proportion of days ill during treatment was 20% (among patients with mainly psychotic features) and 23% (among those with mainly mixed states) versus 24% in patients with less complex illnesses.[73]

### LONG-TERM EFFECTIVENESS OF LITHIUM IN RECURRENT MAJOR DEPRESSION

Research on lithium treatment also includes at least ten controlled long-term (average, 1.5 years) trials involving a total of over 400 subjects with recurrent major depressive episodes not considered to represent bipolar disorder.[2,3,19,22,50,54,65,60,64,65,67,92–95] In these trials, recurrence risk for apparently nonbipolar depression was reduced by 78%, on average. This effect is highly significant and is at least as great as that shown against mania and bipolar depression, as just reviewed.

In addition, several randomized, blinded, placebo-controlled trials indicate that lithium serves as an effective adjunct among patients in episodes of nonbipolar depression that have responded poorly to apparently adequate antidepressant trials. Based on meta-analysis, recovery rates were increased more than threefold compared to placebo when lithium was added to an ongoing antidepressant regimen, although fewer than half of the patients with treatment-resistant depression were "rescued" with adjunctive lithium.[96]

It is not clear whether the effects of lithium in nonbipolar depression reflect relatively broad mood-stabilizing effects of this agent or selective benefits in a subgroup of patients with depression. Such a subgroup might include individuals with apparently unipolar depression who have some clinical characteristics of bipolar disorder (such as early age of onset, relatively frequent recurrences, and anergic depressions) and might thus be considered to have "pseudounipolar" depressive illness.[12,13] In any event, a major challenge to any long-term treatment for major affective illnesses is to prevent the recurrence of depression and the substantially increased morbidity, disability, and mortality associated with it. Lithium seems to meet at least some of these requirements by reducing long-term morbidity due to recurrent depression, probably in both bipolar and apparently nonbipolar cases, in addition to its better-accepted benefits against mania and hypomania.

Harvard Rev Psychiatry
Volume 10, Number 2

Baldessarini et al.   67

## EFFECTIVENESS OF LONG-TERM LITHIUM TREATMENT IN REDUCING SUICIDE RISK

Substantial and quite consistent evidence has accumulated to show that rates of suicide and suicide attempts are markedly lower with long-term lithium maintenance treatment. Indeed, with the possible exception of long-term clozapine in schizophrenia,[97,98] the only medical intervention (including options ranging from psychotherapy to electroconvulsive therapy) for which there is credible evidence of reduction of suicide risk in major psychiatric disorders is lithium in the broad range of manic-depressive disorders, and particularly in bipolar disorder.[99,100] Our recent meta-analysis of relevant studies of lithium indicated consistently lower rates of suicidal acts during long-term treatment with lithium. Based on pooled data from all 22 available studies, which included a total of over 5600 patients with manic-depressive disorder, the computed weighted-average suicide rate was 0.88 (95% CI = 0.63–0.12) suicidal acts per 100 patient-years-at-risk (%/year) without lithium treatment versus only 0.16 (0.11–0.20) during lithium maintenance treatment, for a crude estimate of a 5.5-fold (82%) overall decrease in suicidal acts.[101-106] In a separate meta-analysis limited to the 12 studies involving direct comparisons of suicide rates on and off lithium, we[74] reported a nearly ninefold lower risk of completed suicides during lithium maintenance treatment. A recent case-control study involving 56 matched suicidal/nonsuicidal pairs[107] provides an unusual example of findings not supporting an association of probable ongoing lithium treatment with lack of suicide.

Additional analyses of available data on lithium and suicidal behavior in patients with bipolar disorder suggest other interesting trends.[105] Although the risk of suicidal deaths during lithium treatment was lowered by approximately 82% (to ca. 0.16%, or 160/100,000 per year), even this reduced rate was nearly ten times the average seen in the general population (ca. 0.0165%, or 16.5/100,000 per year).[105,106] This conclusion accords with other recent analyses in which suicide rates among patients with bipolar depression and perhaps also those with unipolar depression assigned (but not necessarily adherent) to long-term lithium treatment were compared to rates in the age- and sex-matched general population to estimate a standardized mortality ratio.[108,109] Although suicide risk was substantially lowered with treatment, the standardized mortality ratio remained elevated among persons assigned to lithium maintenance treatment, indicating that risk was not reduced to the level found in the general population.

There is preliminary evidence that mortality due to causes other than suicide may also be reduced with long-term lithium treatment.[99,109] However, the possibility that mortality associated with presumably stress-sensitive general medical illnesses is increased in bipolar disorder patients remains unsettled.[100]

The impact of lithium treatment on clinically significant suicide *attempts* may be even greater than its impact on suicides, since available data[105] suggest a reduction of attempts among bipolar disorder patients from about 2.83% per year to only 0.12% per year during lithium treatment (a 24-fold, or 96%, reduction). Comparisons to suicide attempt rates in the general population, however, are unreliable, and the ratio of suicide attempts to fatalities is uncertain. The ratio of attempts:suicides in the general population averages 18:1 in published reports[104] but is lower with more-severe attempts. It may be as low as 2:1 or 3:1 among persons with a major affective disorder,[104-106] implying that their suicidal acts are more likely to be lethal[105]—or less likely to be reported—than are those in the general population. If a ratio of 18:1 for attempts:suicides is assumed, then risk of suicide attempts in the general population would be approximately 0.30% per year. If we use this estimate, the attempt rate of about 0.12% per year found during lithium maintenance treatment of patients with bipolar disorder may be even lower than the risk for suicide attempts in the general population, which includes individuals with untreated major affective disorder.

The experience with suicidal behavior among over 350 bipolar I and II disorder patients in the collaborating Sardinian clinic has been consistent with the other published results.[103-105] That is, the risk of suicidal acts (life-threatening severe attempts before treatment, and both fatalities and attempts during treatment, so as to compare risks in the same subjects) was reduced 6.5-fold from an untreated rate of just over 2% per year. Lithium maintenance treatment was electively discontinued in some of these patients because of adverse effects or prolonged stability and refusal to continue; during the first 12 months following discontinuation, rates of suicidal acts increased over treated rates by 20-fold, and several of the patients made multiple attempts.[103-105] This early risk was half as great among those who discontinued lithium gradually (over a minimum of 2 weeks) as among those who did so abruptly, which accords with our previous findings with regard to recurrence risks for bipolar depression as well as mania after discontinuing lithium maintenance treatment.[77-83] Of note, after the patients had not received lithium for at least 12 months, rates of suicidal acts returned to the base rates found before lithium treatment was started.

The reason for the markedly lower suicide risk associated with long-term lithium treatment remains incompletely understood. It may reflect special pharmacodynamic properties of this extraordinarily complex agent.[5,110] Protection against recurrence of bipolar depression, which is particularly strongly associated with suicidal behavior,[103-105] is surely an important contribution. The requirement for close medical

monitoring and clinical follow-up for the safe use of lithium may also contribute to reducing suicide risk.[98,105]

## RISKS AND BENEFITS OF LITHIUM TREATMENT AND ITS DISCONTINUATION DURING PREGNANCY

Our earlier research on the phenomenon of high early recurrence risk after discontinuation of lithium was recently extended to a collaborative study of women with bipolar disorder undertaken with colleagues at Massachusetts General Hospital's Perinatal Psychiatry Unit and at the Sardinian clinic. As in our previous studies of patients with bipolar disorder,[76–83] discontinuation proved very risky: women untreated for an equivalent time showed similar recurrence rates (about 55% had new episodes of mania or depression, overall, within 9 months without lithium, whether or not they were pregnant).[111] The risk was much lower among women who were discontinued gradually than among those who were discontinued rapidly, as we had found in broader samples of men and women with bipolar disorder.[77–83]

The lack of a difference in recurrence risk between age-matched pregnant and nonpregnant women after lithium has been stopped for an equivalent time may suggest that pregnancy has little effect on recurrence risk, being neither appreciably protective nor destabilizing.[111,112] An alternative possibility is that the impact of lithium discontinuation, itself, may be a more dominant risk factor. In contrast to the similar, substantial early risk of affective illness after discontinuing lithium maintenance treatment with or without pregnancy, there was an extraordinarily high risk of recurrences during the postpartum period among women who had remained clinically stable during pregnancy that was not found in comparable continued observation of nonpregnant women remaining without lithium for an additional 6 months.[111]

Regarding risks of lithium during pregnancy, cardiac teratogenic effects of early fetal exposure to lithium have proved to be less ominous than originally thought. The most characteristic adverse outcome is Ebstein's anomaly (downward displacement and malformation of the tricuspid valve), often together with an atrial septal defect. The base rate for this anomaly is approximately 1 per 20,000 live births in the general population; with exposure to lithium during the first trimester of pregnancy, the risk is increased to perhaps 1 per 1500 births.[113] This cardiac defect can usually be diagnosed in utero by ultrasonography and can often later be repaired with surgery. In striking contrast, the risk of spina bifida, an incurable and potentially crippling anomaly, may exceed 1 per 100 births among women with epilepsy who are exposed early in pregnancy to mood-stabilizing anticonvulsants, particularly divalproex and perhaps also carbamazepine.[5,114–116] With lithium, however, the risk of spina bifida in women

with bipolar disorder does not exceed the spontaneous risk in the general population.[113] These considerations are leading to reassessment of the risks and potential benefits of using lithium late in pregnancy and during the neonatal period.[111,112]

## RESPONSE TO RETREATMENT FOLLOWING LITHIUM DISCONTINUATION

Another important question about lithium discontinuation concerns the possibility of regaining previous levels of long-term benefits after stopping and then restarting treatment. The answer remains uncertain since some,[70,117–120] but not other,[121,122] investigators have found evidence that responses to secondary treatment are sometimes less satisfactory than are those in an initial trial of lithium. Our experience at the collaborating Sardinian clinic is more favorable, in that secondary long-term treatment responses were only slightly less robust than those seen in initial trials of lithium.[121] This optimistic outcome was unexpected, particularly in view of a substantial body of epidemiological evidence indicating that the natural history of (untreated) bipolar disorder tends toward a worsening course over time and with repeated episodes.[2,42] To some extent, the observed outcome may reflect selection bias based on over-representation of patients who tolerated and benefited from several years of additional lithium treatment. Yet, despite possible selection bias, the effect is surely not entirely artifactual because it is based on comparing the same subjects during their first and later trials of treatment.[121]

## EFFECTS OF TREATMENT LATENCY AND NUMBER OF PRIOR EPISODES

The basis of the reported tendency in bipolar illness toward increasing frequency or severity of episodes remains unexplained, although without sustained long-term treatment a worsening course is to be expected clinically. One hypothesis is that episode count or illness duration may have a neurobiological as well as a clinical impact on individuals with bipolar disorder (the "kindling" hypothesis),[123] and a tendency toward worsening over time is best demonstrated in persons with untreated bipolar disorder.[2,42] However, the hypothesis that a loss of treatment response also occurs after delay of treatment, or after greater number of prior episodes, requires empirical testing.

Recent findings based on a literature review[124] and data from the Sardinian clinic sample[125,126] do not support the prediction that treatment response to long-term lithium maintenance may degrade with longer treatment latency or more episodes of mania or depression. This interpretation appears to hold whether treatment response is assessed as episode

Harvard Rev Psychiatry
Volume 10, Number 2

frequency, as proportion of time ill during lithium mainte-
nance treatment, or by survival analysis of time to recur-
rence during lithium treatment. Indeed, we have found evi-
dence that treatment latency is inversely related to illness
severity (measured either as recurrence rate or as propor-
tion of days ill), possibly reflecting clinical indications for
earlier therapeutic intervention.[125,126] Paradoxically, this re-
lationship can lead to the misleading impression that a rela-
tively greater *decrease* in morbidity with earlier treatment
may suggest that treatment delay is followed by a loss of
treatment responsiveness.[125,126]

At the Sardinian clinic, we found that delay in starting
regular maintenance treatment was very common among
patients with bipolar disorder, averaging nearly 9 years.
Treatment delay was longest for women with bipolar II dis-
order and shortest among men with bipolar I disorder,
probably reflecting the important behavioral differences be-
tween these subgroups and likely clinical responses to ag-
gressive manic behavior in men compared to withdrawn de-
pressive illness in women.[124,127] Another alarming finding
was that the mean latency to a first suicide attempt was at
least a year shorter than the mean latency to maintenance
therapy.[102,103,105]

These findings encourage earlier diagnosis and earlier
clinical intervention with sustained treatment than is often
encountered currently in an effort to limit long-term morbid-
ity and premature mortality. However, they fail to support
the idea that either delay of treatment or number of pre-
treatment episodes routinely leads to greater morbidity dur-
ing long-term maintenance treatment with lithium.

## RESPONSES TO LITHIUM AND ALTERNATIVES IN RAPID-CYCLING BIPOLAR DISORDER

An additional factor widely considered to predict poor
treatment response in bipolar disorder is rapid cycling.
Frequently recurring illness can be severely disruptive
and even incapacitating when untreated. Some research-
ers[123,128,129] have suggested that rapid cycling may be particu-
larly unfavorable for response to lithium and, further, that
certain anticonvulsants may yield superior results. How-
ever, contrary to expectations, our observations[130] do not
support the assumption that rapid cycling precludes benefi-
cial response to treatment. Instead, we found that time to
a recurrence during lithium maintenance treatment was in-
distinguishable between bipolar disorder patients in Sar-
dinia who did (n = 53) or did not (n = 307) experience rapid
cycling—defined as involving at least four episodes of mania
or depression—either within the 12 months before starting
lithium (as required by DSM-IV criteria[131]) or during *any*
year before lithium treatment began. Moreover, the average
cycling rate (episodes/year) before maintenance treatment

began did not correlate with response to lithium treat-
ment.[130] We also found that rapid cycling usually was not a
consistent pattern among subjects with untreated bipolar
disorder who were evaluated over several years before start-
ing regular maintenance treatment.[130]

In a comparative meta-analysis of studies of treatment
responses in rapid- and non-rapid-cycling bipolar disorder
patients treated with lithium or antimanic anticonvulsants
(J. Hennen et al., unpublished manuscript), lithium was by
far the most extensively studied option, in terms of numbers
of studies (11/16) and subjects, as well as duration of treat-
ment. In the 16 studies (and 25 treatment arms) included in
this meta-analysis of 905 rapid- and 951 non-rapid-cycling
subjects, treatment response was most commonly evaluated
as the all-or-none risk of any recurrence during treatment.
When specific agents were compared, lithium was superior
to the alternatives among non-rapid-cycling patients. As ex-
pected, responses were, on average, at least moderately infe-
rior with all treatments in rapid-cycling subjects. In compar-
isons with antimanic or antidepressant anticonvulsants
proposed as mood stabilizers, lithium was not inferior to di-
valproex among rapid-cycling patients, and both agents
tended to be superior to carbamazepine. The analysis also
included the three available studies of lamotrigine and one
of topiramate, with inconclusive results owing to the limited
data available for these newer agents.

This analysis of the available, albeit limited, research
findings clearly suggests that lithium does not differ signifi-
cantly from alternative treatments in treatment response
among patients with rapid-cycling bipolar disorder. The
same result was sustained when broader, clinical ratings of
improvement, rather than the reoccurrence of a single epi-
sode of illness during treatment, were considered as mea-
sures of treatment efficacy.

## ADVERSE EFFECTS OF LITHIUM

Lithium presents an unusually narrow margin of safety
(therapeutic index), in that serum concentrations only two
to three times therapeutic levels can be intoxicating.[3,5] Acute
intoxication is characterized by vomiting, diarrhea, coarse
tremor, ataxia, nystagmus, coma, and convulsions, typically
heralded by nausea, abdominal discomfort, sedation or con-
fusion, and fine tremor. In severe overdoses, effects on the
nervous system can include potentially irreversible neuro-
logical damage, and coma or death. Lithium also commonly
causes electroencephalographic slowing and disorgani-
zation.[132]

Less-severe adverse effects, including nausea, daytime
drowsiness, mild cognitive dulling, polydipsia, weight gain,
fluid retention, and dermatological reactions (e.g., acne) can
occur even at therapeutic serum concentrations. Occasional

Harvard Rev Psychiatry
March/April 2002

patients treated with lithium develop benign diffuse, non-tender thyroid enlargement, suggestive of compromised thyroid function. Serum thyroxin concentration may decrease, and thyroid-stimulating hormone secretion may be moderately elevated, but clinical hypothyroidism is uncommon.[133]

Transient, mild polyuria often appears early in treatment, and reversible nephrogenic diabetes insipidus is seen in a minority of patients later in maintenance treatment.[134] Chronic inflammatory changes in renal tissue have been found occasionally in patients given lithium for prolonged periods, but progressive impairment of renal function is rare. Nevertheless, these various adverse metabolic effects necessitate regular monitoring of serum concentrations of creatinine, electrolytes, thyroid hormones, and thyroid-stimulating hormone, as well as of the lithium ion itself.[5]

## DEFINITION AND TESTING OF INNOVATIVE "MOOD STABILIZERS" AS ALTERNATIVES TO LITHIUM

It is also timely to consider appropriate criteria for a true mood-stabilizing agent, with lithium as the standard for comparison. Minimum criteria should include long-term protective action against at least some aspect of bipolar disorder, without worsening other components of the syndrome. Mood-stabilizing treatments should not only have short-term antimanic effects but also protect against recurrences of bipolar depression and mixed dysphoric-agitated states, as well as mania, over prolonged periods, preferably tested for longer than the common 1-year spontaneous cycling interval.[5,135] Ideally, for an agent to be designated as a "mood stabilizer," it should reduce recurrences of both depression and mania in frequency, duration, and severity. However, credible evidence for this degree of benefit, plus substantial evidence of a suicide risk–reducing effect of long-term treatment, exists only for lithium.

Carbamazepine, divalproex, and other anticonvulsants, as well as various antipsychotics, have been shown to have short-term (weeks) benefits in mania,[5,29,30,35,136] as does lamotrigine in acute bipolar depression.[137] In contrast, however, compelling evidence of long-term prophylactic effects in bipolar disorder (and for both bipolar depression and mania) is very limited for all agents other than lithium. Currently, FDA approval has been granted only to lithium, divalproex, and olanzapine for acute mania.[34] In addition, lithium is FDA approved for "recurrences," presumably of mania, in bipolar disorder.[34] Yet there is widespread use of lithium to protect against all phases of the disorder. And despite very limited evidence for long-term mood-stabilizing effects of agents other than lithium, all of the FDA-approved antimanic agents and several other, similar drugs lacking such approval are widely employed "off-label," either alone or in various inadequately tested combinations, in the long-term treatment of bipolar disorder patients.[5,29]

After lithium, perhaps the second most extensively evaluated mood stabilizer is carbamazepine.[3,5,29,31] Based on several direct comparisons,[138–142] carbamazepine appears to be less effective than lithium in preventing mania, bipolar depression, or suicide. However, the combination of lithium with carbamazepine may be therapeutically superior to either agent given alone.[139]

Randomized, long-term therapeutic comparisons of lithium to other mood stabilizers, and systematic evaluations of other combinations of putative mood-stabilizing agents, are rare. In the single long-term randomized trial of potential mood-stabilizing agent candidates,[5] divalproex was compared to placebo and to lithium for 12 months, following short-term treatment of acute mania.[72] In this unusually well-designed study, there was a nonsignificant prolongation of the latency to a first recurrence on divalproex over the alternatives, based on survival analysis. However, the crude relapse rate was 37.1% lower with divalproex than with placebo (24.1 vs. 38.3 failed cases/100 patient-years; $\chi^2$ [1 $df$] = 6.18, $p$ = 0.013).

Due to current trends in the experimental therapeutics of bipolar disorder, research evidence for long-term benefits comparable to that reviewed above for lithium is becoming increasingly difficult and expensive to acquire.[135] The design and conduct of long-term trials of any new treatment option in this disorder are becoming more challenging, in part reflecting the partial success of available treatments and a tendency for "off-label" maintenance applications following FDA approval for antimanic efficacy, even without adequate long-term testing. There is also a growing tendency to enroll patients with relatively mild illnesses when a placebo condition is involved, possibly due to emerging appreciation of the potential impact of treatment-discontinuation stress as a contributor to risks associated with placebo treatment. All of these factors combine to make clinical generalizations about treatment effectiveness of proposed mood-stabilizing treatments increasingly risky.[5,29,72,78–81,135,143]

## CONCLUSIONS

This overview of contemporary knowledge underlying the use of lithium in the treatment of bipolar disorder suggests several provocative conclusions concerning its clinical utility (see Table 3). Lithium, by itself, is generally inadequate for rapid and safe control of acute mania but can be very useful in aftercare, following short-term interventions with other treatments including divalproex, antipsychotics, and high-potency benzodiazepines.[5] Lithium's major contemporary use is in long-term prevention of recurrences of bipolar illness, not only of mania but also of hypomania. Moreover, its effectiveness against recurrences of bipolar depression and closely associated suicidal behavior is well documented. Lithium may also be useful in many cases of recurrent uni-

Harvard Rev Psychiatry
Volume 10, Number 2

Baldessarini et al.   71

**TABLE 3.  Situations in Which Lithium May Be Effective**

**Effective**
  Treatment of acute mania (effective, but slow)*
  Prevention of recurrence of mania* and depression in bipolar I
    disorder
  Reduction of suicidal risk in recurrent major affective disorders
**Probably effective**
  Treatment of mania or bipolar disorder variants in children and
    the elderly
  Long-term treatment (alone or with valproate) of rapid-cycling
    bipolar disorder
  Long-term treatment after delay or following multiple bipolar
    episodes
  Long-term retreatment after discontinuation
  Prevention of recurrences of depression (and hypomania) in
    bipolar II disorder
  Prevention of recurrences in unipolar or pseudounipolar major
    depression
  Supplementation of antidepressants in major depression
**Possibly effective or insufficiently investigated**
  Treatment of acute major depression (particularly bipolar I or
    II or pseudounipolar)
  Long-term treatment of schizoaffective psychosis
  Treatment of personality disorders involving cyclothymia or
    emotional instability
  Treatment of episodic impulsive-aggressive behavior in adults
    or children (including those with developmental delay or
    brain damage)
  Treatment of stimulant-induced euphoria

*Conditions for which lithium is approved by the Food and Drug
Administration and recommended by manufacturers. Empirical
clinical use for the other conditions is not unusual, especially when
alternatives prove unsuccessful.

polar depression, and it has proved to be an effective ad-
junctive treatment for treatment-resistant acute major de-
pression. The benefits of lithium do not seem to have
degraded, on average, over the past several decades among
relatively broadly representative samples of patients with
bipolar disorder. The findings reviewed also question widely
shared beliefs that several clinical factors are usually associ-
ated with nonresponsiveness to lithium. These include
mixed manic-depressive states, a history of prolonged un-
treated bipolar illness, multiple episodes of mania or bipolar
depression, and even rapid cycling. Moreover, re-use of lith-
ium after its discontinuation was not routinely met with
nonresponsiveness. Recent findings of high clinical risk in
women who abruptly discontinue lithium to avoid fetal expo-
sure early in pregnancy encourage reassessment of the
broad risk/benefit relationships in continued use of lithium
in late pregnancy and after delivery.

   It seems fair to conclude that lithium continues to offer
many clinical advantages, including highly competitive cost-
effectiveness, even allowing for the expense of appropriate

medical monitoring. It also has significant risks and liabili-
ties, not least of which is its unusually narrow margin of
safety, and the potential risk of irreversible neurotoxic or
even fatal effects on overdose; it necessitates repeated blood
tests to assure ideal and relatively well-tolerated serum con-
centrations in the range of 0.6–0.8 mEq/L for long-term
use.[5,144] On balance, however, lithium continues to set a stan-
dard that has yet to be met by any proposed alternative
mood-stabilizing treatments.

## REFERENCES

1. Schou M. Lithium in psychiatric therapy and prophylaxis. J
   Psychiatr Res 1968;6:67–95.
2. Goodwin FK, Jamison KR. Manic-depressive illness. New
   York: Oxford University Press, 1990.
3. Baldessarini RJ, Tondo L, Suppes T, Faedda GL, Tohen M.
   Pharmacological treatment of bipolar disorder throughout
   the life cycle. In: Shulman KI, Tohen M, Kutcher S, eds.
   Mood disorders across the life span. New York: Wiley-Liss,
   1996:299–338.
4. Baldessarini R. Drugs and the treatment of psychiatric disor-
   ders: antidepressant and antianxiety agents. In: Hardman
   JG, Limbird LE, Gilman AG, eds. Goodman and Gilman's
   The pharmacological basis of therapeutics. 10th ed. New
   York: McGraw-Hill, 2001:447–83.
5. Baldessarini RJ, Tarazi FI. Drugs and the treatment of psy-
   chiatric disorders: antipsychotic and antimanic agents. In:
   Hardman JG, Limbird LE, Gilman AG, eds. Goodman and
   Gilman's The pharmacological basis of therapeutics. 10th ed.
   New York: McGraw-Hill, 2001:485–520.
6. Cade JFJ. Lithium salts in the treatment of psychotic excite-
   ment. Med J Austral 1949;2:349–52.
7. Kessler RC, McGonagle KA, Zhao S, Nelson CB, Hughes M,
   Eshleman S, et al. Lifetime and 12-month prevalence of
   DSM-III-R psychiatric disorders in the United States: results
   from the National Comorbidity Survey. Arch Gen Psychia-
   try 1994;51:8–19.
8. Faedda GL, Baldessarini RJ, Suppes T, Tondo L, Becker I,
   Lipschitz D. Pediatric-onset bipolar disorder: a neglected
   clinical and public health problem. Harvard Rev Psychiatry
   1995;3:171–95.
9. Angst J. The emerging epidemiology of hypomania and bipo-
   lar II disorder. J Affect Disord 1998;50:143–51.
10. Papolos D, Papolos J. The bipolar child. New York: Broad-
    way, 1999.
11. Sanchez L, Hagino O, Weller E, Weller R. Bipolarity in chil-
    dren. Psychiatr Clin North Am 1999;22:629–48.
12. Akiskal HS, Bourgeois ML, Angst J, Post R, Möller HJ,
    Hirschfeld R. Re-evaluating the prevalence of and diagnostic
    composition within the broad clinical spectrum of bipolar dis-
    orders. J Affect Disord 2000;59(suppl 1):S5–30.
13. Baldessarini RJ. Plea for integrity of the bipolar disorder
    concept. Bipolar Disord 2000;2:3–7.
14. Tohen M, Hennen J, Zarate CM Jr, Baldessarini RJ, Stra-

Harvard Rev Psychiatry
March/April 2002

kowski SM, Stoll AL, et al. Two-year syndromal and functional recovery in 219 cases of first-episode major affective disorder with psychotic features. Am J Psychiatry 2000; 157:220–8.

15. Hirschfeld RM, Clayton PJ, Cohen I, Fawcett J, Keck PE Jr, McClennan J, et al. Practice guideline for the treatment of patients with bipolar disorder. Am J Psychiatry 1994; 151(12, suppl):1–36.

16. Sachs GS, Printz DJ, Kahn DA, Carpenter D, Docherty JP. Expert consensus guideline series: medication treatment of bipolar disorder. New York: McGraw-Hill, 2000.

17. Baldessarini RJ, Tondo L. Does lithium still work? Evidence of stable responses over three decades. Arch Gen Psychiatry 2000;57:187–90.

18. Markar HR, Mander AJ. Efficacy of lithium prophylaxis in clinical practice. Br J Psychiatry 1989;155:496–500.

19. Harrow M, Goldberg JF, Grossman LS, Meltzer HY. Outcome in manic disorders: a naturalistic follow-up study. Arch Gen Psychiatry 1990;47:665–71.

20. Grof P. Has the effectiveness of lithium changed? Impact of the variety of lithium's effects. Neuropsychopharmacology 1998;19:183–8.

21. Gitlin MJ, Cochran SD, Jamison KR. Maintenance lithium treatment: side effects and compliance. J Clin Psychiatry 1989;50:127–31.

22. Guscott R, Taylor I. Lithium prophylaxis in recurrent affective illness: efficacy, effectiveness and efficiency. Br J Psychiatry 1994;164:741–6.

23. Huxley NA, Parikh SV, Baldessarini RJ. Effectiveness of psychosocial treatments in bipolar disorder: state of the evidence. Harvard Rev Psychiatry 2000;8:126–40.

24. Vestergaard P, Licht RW. Fifty years with lithium treatment in affective disorders: present problems and priorities. World J Biol Psychiatry 2001:2:18–26.

25. Mitchell PB, Hadzi-Pavlovic D, Manji HK, eds. Fifty years of treatment for bipolar disorder: a celebration of John Cade's discovery. Austral NZ J Psychiatry 1999;33(suppl):S1–122.

26. Licht RW. Drug treatment of mania: a critical review. Acta Psychiatr Scand 1998;97:387–97.

27. Davis JM, Janicak PG, Hogan DM. Mood stabilizers in the prevention of recurrent affective disorders: a meta-analysis. Acta Psychiatr Scand 1999;100:406–17.

28. Kleindienst N, Greil W, Rüger B, Möller HJ. The prophylactic efficacy of lithium—transient or persistent? Eur Arch Psychiatry Clin Neurosci 1999;249:144–9.

29. Centorrino F, Rendall M, Cheng E, Thirwell C, Baldessarini RJ. Trattamento farmacologico della mania acuta e della fase di mantenimento a lungo termine nel disturbo bipolare. Nóos Aggiornamenti in Psichiatria 2000;6:31–75.

30. Keck PE Jr, Mendl[e]wicz J, Calabrese JR, Fawcett J, Suppes T, Vestergaard PA, Carbonell C. A review of randomized, controlled clinical trials in acute mania. J Affect Disord 2000:59(suppl 1):S31–7.

31. Sachs GS, Thase ME. Bipolar disorder therapeutics: maintenance treatment. Biol Psychiatry 2000;48:573–81.

32. Burgess S, Geddes J, Hawton K, Townsend E, Jamison K, Goodwin G. Lithium for maintenance treatment of mood disorders. Cochrane Database of Systematic Reviews 2001; issue 2:1–17.

33. Maj M. The effect of lithium in bipolar disorder: a review of recent research evidence. Bipolar Disord [In press].

34. Physicians' desk reference. 55th ed. Montvale, New Jersey: Medical Economics, 2001.

35. Bowden CL, Brugger AM, Swann AC, Calabrese JR, Janicak PG, Petty F, et al. Efficacy of divalproex vs. lithium and placebo in the treatment of mania. JAMA 1994;271:918–24.

36. Janicak PG, Newman RH, Davis JM. Advances in the treatment of manic and related disorders: a reappraisal. Psychiatr Ann 1992;22:92–103.

37. McElroy SL, Keck PE Jr, Stanton SP, Tugrul KC, Bennett JA, Strakowski SM. A randomized comparison of divalproex oral loading versus haloperidol in the initial treatment of acute psychotic mania. J Clin Psychiatry 1996;57:142–6.

38. Freeman TW, Clothier JL, Pazzaglia P, Lesem MD, Swann AC. A double-blind comparison of valproate and lithium in the treatment of acute mania. Am J Psychiatry 1992; 149:108–11.

39. Modell JG, Lenox RH, Weiner S. Inpatient clinical trial of lorazepam for the management of manic agitation. J Clin Psychopharmacol 1985;5:109–13.

40. Chouinard G. Clonazepam in acute and maintenance treatment of bipolar affective disorder. J Clin Psychiatry 1987; 48(10, suppl):29–37.

41. Bradwejn J, Shriqui C, Koszycki D, Meterissian G. Double-blind comparison of the effects of clonazepam and lorazepam in acute mania. J Clin Psychopharmacol 1990;10:403–8.

42. Angst J. The course of affective disorders. Psychopathology 1986;19(suppl 2):47–52.

43. Zarin DA, Pass TM. Lithium and the single episode: when to begin long-term prophylaxis for bipolar disorder. Med Care 1987;25(12, suppl):S76–84.

44. Viguera AC, Baldessarini RJ, Friedberg J. Discontinuing antidepressant treatment in major depression. Harvard Rev Psychiatry 1998;5:293–306.

45. DerSimonian R, Laird N. Meta-analysis in clinical trials. Controlled Clin Trials 1986;7:177–88.

46. Baastrup PC, Schou M. Lithium as a prophylactic agent: its effects against recurrent depressions and manic-depressive psychosis. Arch Gen Psychiatry 1967;16:162–72.

47. Angst J, Weis P, Grof P, Baastrup PC, Schou M. Lithium prophylaxis in recurrent affective disorders. Br J Psychiatry 1970;116:604–14.

48. Baastrup PC, Poulsen JC, Schou M, Thomsen K, Amdisen A. Prophylactic lithium: double-blind discontinuation in manic-depressive and recurrent-depressive disorders. Lancet 1970; 2:326–30.

49. Melia PI. Prophylactic lithium: a double-blind trial in recurrent affective disorders. Br J Psychiatry 1970;116:621–4.

50. Coppen A, Noguera R, Bailey J, Burns BH, Swani MS, Hare EH, et al. Prophylactic lithium in affective disorders: controlled trial. Lancet 1971;2:275–9.

51. Small JG, Small IF, Moore DF. Experimental withdrawal of lithium in recovered manic-depressive patients: a report of five cases. Am J Psychiatry 1971;127:1555–8.

Harvard Rev Psychiatry
Volume 10, Number 2

Baldessarini et al. 73

52. Cundall RL, Brooks PW, Murray LG. A controlled evaluation of lithium prophylaxis in affective disorders. Psychol Med 1972;2:308–11.

53. Hullin RP, McDonald R, Allsopp MN. Prophylactic lithium in recurrent affective disorders. Lancet 1972;1:1044–6.

54. Persson G. Lithium prophylaxis in affective disorders. Acta Psychiatr Scand 1972;48:462–79.

55. Prien RF, Caffey EM Jr, Klett CJ. Prophylactic efficacy of lithium carbonate in manic-depressive illness. Arch Gen Psychiatry 1973;28:337–41.

56. Prien RF, Klett CJ, Caffey EM Jr. Lithium carbonate and imipramine in prevention of affective episodes: a comparison in recurrent affective illness. Arch Gen Psychiatry 1973; 29:420–5.

57. Stallone F, Shelley E, Mendlewicz J, Fieve RR. The use of lithium in affective disorders: a double-blind study of prophylaxis in bipolar illness. Am J Psychiatry 1973;130:1006–10.

58. Naylor GJ, Donald JM, Le Poidevin D, Reid AH. A double-blind trial of long-term lithium therapy in mental defectives. Br J Psychiatry 1974;124:52–7.

59. Prien RF, Klett CJ, Caffey EM Jr. Lithium prophylaxis in recurrent affective illness. Am J Psychiatry 1974;131: 198–203.

60. Fieve RR, Kumbaraci T, Dunner DL. Lithium prophylaxis of depression in bipolar I, bipolar II, and unipolar patients. Am J Psychiatry 1976;133:925–9.

61. Fyrö B, Petterson U. A double-blind study of the prophylactic effect of lithium in manic-depressive disease. Acta Psychiatr Scand Suppl 1977;269:17–22.

62. Holinger PC, Wolpert EA. A ten-year follow-up of lithium use. Illinois Med J 1979:156:99–104.

63. Rybakowski J, Chlopocka-Wozniak M, Kapelski Z, Strzyzewski W. The relative prophylactic efficacy of lithium against manic and depressive recurrences in bipolar patients. Int Pharmacopsychiatry 1980;15:86–90.

64. Quitkin FM, Kane JM, Rifkin A, Ramos-Lorenzi JR, Saraf K, Howard A, et al. Lithium and imipramine in the prophylaxis of unipolar and bipolar II depression: a prospective, placebo-controlled comparison. Psychopharmacol Bull 1981;17:142–4.

65. Kane JM, Quitkin FM, Rifkin A, Ramos-Lorenzi JR, Nayak DD, Howard A. Lithium carbonate and imipramine in the prophylaxis of unipolar and bipolar II illness: a prospective, placebo-controlled comparison. Arch Gen Psychiatry 1982; 39:1065–9.

66. Margo A, McMahon P. Lithium withdrawal triggers psychosis. Br J Psychiatry 1982;141:407–10.

67. Prien RF, Kupfer DJ, Mansky PA, Small JG, Tuason VB, Voss CB, et al. Drug therapy in the prevention of recurrences in unipolar and bipolar affective disorders. Arch Gen Psychiatry 1984;41:1096–104.

68. Bouman TK, Niemantsverdriet–Van Kampen JG, Ormel J, Slooff CJ. The effectiveness of lithium prophylaxis in bipolar and unipolar depressions and schizo-affective disorders. J Affect Disord 1986;11:275–80.

69. Mander AJ, Loudon JB. Rapid recurrence of mania following abrupt discontinuation of lithium. Lancet 1988;2:15–7.

70. Koukopoulos A, Reginaldi D, Minnai G, Serra G, Pani L, Johnson FN. The long-term prophylaxis of affective disorders. Adv Biochem Psychopharmacol 1995;49:127–47.

71. Maj M, Pirozzi R, Magliano L, Bartoli L. Long-term outcome of lithium prophylaxis in bipolar disorder: a 5-year prospective study of 402 patients at a lithium clinic. Am J Psychiatry 1998;155:30–5.

72. Bowden CL, Calabrese JR, McElroy SL, Gyulai L, Wassef A, Petty F, et al. A randomized, placebo-controlled 12-month trial of divalproex and lithium in treatment of outpatients with bipolar I disorder. Arch Gen Psychiatry 2000;57:481–9.

73. Tondo L, Baldessarini RJ, Floris G. Long-term clinical effectiveness of lithium maintenance treatment in types I and II bipolar disorders. Br J Psychiatry 2001;178(suppl 41): S184–90.

74. Tondo L, Hennen J, Baldessarini RJ. Lower suicide risk with long-term lithium treatment in major affective illness: a meta-analysis. Acta Psychiatr Scand 2001;104:163–72.

75. Rybakowski JK, Chlopocka-Wozniak M, Suwalska A. The prophylactic effect of long-term lithium administration in bipolar patients entering treatment in the 1970s and 1980s. Bipolar Disord 2001;3:63–7.

76. Suppes T, Baldessarini RJ, Faedda GL, Tohen M. Risk of recurrence following discontinuation of lithium treatment in bipolar disorder. Arch Gen Psychiatry 1991;48:1082–8.

77. Faedda GL, Tondo L, Baldessarini RJ, Suppes T, Tohen M. Outcome after rapid vs. gradual discontinuation of lithium treatment in bipolar disorders. Arch Gen Psychiatry 1993; 50:448–55.

78. Suppes T, Baldessarini RJ, Faedda GL, Tondo L, Tohen M. Discontinuation of maintenance treatment in bipolar disorder: risks and implications. Harvard Rev Psychiatry 1993; 1:131–44.

79. Baldessarini RJ, Tondo L, Faedda GL, Suppes TR, Floris G, Rudas N. Effects of the rate of discontinuing lithium maintenance treatment in bipolar disorders. J Clin Psychiatry 1996;57:441–8.

80. Baldessarini RJ, Tondo L, Floris G, Rudas N. Reduced morbidity after gradual discontinuation of lithium treatment for bipolar I and II disorders: a replication study. Am J Psychiatry 1997;154:551–3.

81. Baldessarini RJ, Tondo L. Recurrence risk in bipolar manic-depressive disorders after discontinuing lithium maintenance treatment: an overview. Clin Drug Investig 1998;15: 337–51.

82. Baldessarini RJ, Tondo L, Viguera AC. Discontinuing lithium maintenance treatment in bipolar disorders: risks and implications. Bipolar Disord 1999;1:17–24.

83. Baldessarini RJ, Suppes T, Tondo L. Lithium withdrawal in bipolar disorder: implications for clinical practice and experimental therapeutics research. Am J Therapeutics 1996; 3:492–6.

84. Viguera AC, Baldessarini RJ, Hegarty JM, Van Kammen DP, Tohen M. Clinical risk following abrupt and gradual withdrawal of maintenance neuroleptic treatment. Arch Gen Psychiatry 1997;54:49–55.

85. Rosenbaum JF, Sachs GS, Lafer B, Kane JM, Keller MB, Gel-

enberg AJ. High rates of relapse in bipolar patients abruptly changed from standard to low plasma lithium levels in a double-blind, controlled trial. Presented at the annual meeting of the NIMH New Clinical Drug Evaluations Unit. Boca Raton, Florida, June 1992.

86. Moncrieff J. Lithium revisited: a re-examination of the placebo-controlled trials of lithium prophylaxis in manic-depressive disorder. Br J Psychiatry 1995;167:569–73.

87. Moncrieff J. Lithium: evidence reconsidered. Br J Psychiatry 1997;171:113–9.

88. Tondo L, Baldessarini RJ, Hennen J, Floris G. Lithium maintenance treatment of depression and mania in bipolar I and bipolar II disorders. Am J Psychiatry 1998;155:638–45.

89. Tondo L, Baldessarini RJ, Hennen J, Floris G, Silvetti F, Tohen M. Lithium treatment and risk of suicidal behavior in bipolar disorder patients. J Clin Psychiatry 1998;59:405–14.

90. Zornberg GL, Pope HG Jr. Treatment of depression in bipolar disorder: new directions for research. J Clin Psychopharmacol 1993;13:397–408.

91. Ghaemi SN, Lenox MS, Baldessarini RJ. Effectiveness and safety of long-term antidepressant treatment in bipolar disorder. J Clin Psychiatry 2001;62:565–9.

92. Fieve RR, Dunner DL, Kumbaraci T, Stallone F. Lithium carbonate prophylaxis of depression in three subtypes of primary affective disorder. Pharmakopsychiatrie Neuropsychopharmakologie 1976;9:100–7.

93. Coppen A, Ghose K, Rao R, Bailey J, Peet M. Mianserin and lithium in the prophylaxis of depression. Br J Psychiatry 1978;133:206–10.

94. Quitkin F, Rifkin A, Kane J, Ramos-Lorenzi JR, Klein DF. Prophylactic effect of lithium and imipramine in unipolar and bipolar II patients: a preliminary report. Am J Psychiatry 1978;135:570–2.

95. Peselow ED, Dunner DL, Fieve RR, Lautin A. Lithium prophylaxis of depression in unipolar, bipolar II, and cyclothymic patients. Am J Psychiatry 1982;139:747–52.

96. Bauer M, Döpfmer S. Lithium augmentation in treatment-resistant depression: meta-analysis of placebo-controlled studies. J Clin Psychopharmacol 1999;19:427–34.

97. Wahlbeck K, Cheine M, Essali A, Adams C. Evidence of clozapine's effectiveness in schizophrenia: a systematic review and meta-analysis of randomized trials. Am J Psychiatry 1999;156:990–9.

98. Meltzer HY, Anand R, Alphs L. Reducing suicide risk in schizophrenia: focus on the role of clozapine. CNS Drugs 2000;14:355–65.

99. Angst J, Sellaro R, Angst F. Long-term outcome and mortality of treated versus untreated bipolar and depressed patients: a preliminary report. Int J Psychiatry Clin Pract 1998;2:115–9.

100. Baldessarini RJ, Jamison KR, eds. Effects of medical interventions on suicidal behavior. J Clin Psychiatry 1999; 60(suppl 2):1–122.

101. Tondo L, Jamison KR, Baldessarini RJ. Effects of lithium maintenance on suicidal behavior in major mood disorders. Ann NY Acad Sci 1997;836:339–51.

102. Baldessarini RJ, Tondo L. Antisuicidal effect of lithium treatment in major mood disorders. In Jacobs D, ed. The Harvard Medical School guide to suicide assessment and intervention. San Francisco: Jossey-Bass, 1999:355–71.

103. Tondo L, Baldessarini RJ, Hennen J, Floris G, Silvetti F, Tohen M. Lithium treatment and risk of suicidal behavior in bipolar disorder patients. J Clin Psychiatry 1998;59:405–14.

104. Baldessarini RJ, Tondo L, Hennen J. Effects of lithium treatment and its discontinuation on suicidal behavior in bipolar manic-depressive disorders. J Clin Psychiatry 1999;60 (suppl 2):77–84.

105. Tondo L, Baldessarini RJ. Reduced suicide risk during lithium maintenance treatment. J Clin Psychiatry 2000;61 (suppl 9):97–104.

106. Baldessarini RJ, Tondo L, Hennen J. Treating the suicidal patient with bipolar disorder: reducing suicide risk with lithium. Ann NY Acad Sci 2001;932:24–43.

107. Coryell W, Arndt S, Turvey C, Endicott J, Solomon D, Mueller T, et al. Lithium and suicidal behavior in major affective disorder: a case-control study. Acta Psychiatr Scand 2001;104:193–7.

108. Brødersen A, Licht RW, Vestergaard P, Olesen AV, Mortensen PB. Sixteen-year mortality in patients with affective disorder commenced on lithium. Br J Psychiatry 2000;176: 429–33.

109. Kallner G, Lindelius R, Petterson U, Stockman O, Tham A. Mortality in 497 patients with affective disorders attending a lithium clinic or after having left it. Pharmacopsychiatry 2000;33:8–13.

110. Manji HK, McNamara R, Chen G, Lenox RH. Signalling pathways in the brain: cellular transduction of mood stabilisation in the treatment of manic-depressive illness. Austral NZ J Psychiatry 1999;33(suppl):65–83.

111. Viguera AC, Nonacs R, Cohen LS, Tondo L, Murray A, Baldessarini RJ. Risk of recurrence of bipolar disorder in pregnant and nonpregnant women after discontinuing lithium maintenance. Am J Psychiatry 2000;157:179–84.

112. Viguera AC, Cohen LS, Tondo L, Baldessarini RJ. Does pregnancy reduce risk of recurrence in bipolar disorder? J Affect Disord 2001;3:245–52.

113. Cohen LS, Friedman JM, Jefferson JW, Johnson EM, Weiner ML. A reevaluation of risk of in utero exposure to lithium. JAMA 1994;271:146–50.

114. Jeavons PM. Sodium valproate and neural tube defects [Letter]. Lancet 1982;2:1282–3.

115. Rosa FW. Spina bifida in infants of women treated with carbamazepine during pregnancy. N Engl J Med 1991;324: 674–7.

116. Thisted E, Ebbesen F. Malformations, withdrawal manifestations, and hypoglycaemia after exposure to valproate in utero. Arch Dis Childhood 1993;69(3, special no):288–91.

117. Post RM, Leverich GS, Altshuler L, Mikalauskas K. Lithium-discontinuation–induced refractoriness: preliminary observations. Am J Psychiatry 1992;149:1727–9.

118. Post RM, Leverich GS, Pazzaglia PJ, Mikalauskas K, Denicoff K. Lithium tolerance and discontinuation as pathways to refractoriness. In: Birch NJ, Padgham C, Hughes MS, eds. Lithium in medicine and biology. Carnforth, England: Marius, 1993:71–84.

119. Bauer M. Refractoriness induced by lithium discontinuation

Harvard Rev Psychiatry
Volume 10, Number 2

Baldessarini et al.   75

despite adequate serum lithium levels [Letter]. Am J Psychiatry 1994;151:1522.

120. Maj M, Pirozzi R, Magliano L. Nonresponse to reinstituted lithium prophylaxis in previously responsive bipolar patients: prevalence and predictors. Am J Psychiatry 1995; 152:1810–1.

121. Tondo L, Baldessarini RJ, Floris G, Rudas N. Effectiveness of restarting lithium treatment after its discontinuation in bipolar I and bipolar II disorders. Am J Psychiatry 1997; 154:548–50.

122. Coryell W, Solomon D, Leon AC, Akiskal HS, Keller MB, Scheftner WA, et al. Lithium discontinuation and subsequent effectiveness. Am J Psychiatry 1998;155:895–8.

123. Post RM, Uhde TW, Ballenger JC, Bunney WE Jr. Carbamazepine, temporal lobe epilepsy, and manic-depressive illness. Adv Biol Psychiatry 1982;8:117–56.

124. Mandelstam I, Baldessarini RJ. Does prior illness limit response to lithium treatment? Bipolar Disord [In press].

125. Baldessarini RJ, Tondo L, Hennen J, Floris G. Latency and episodes before treatment: response to lithium maintenance in bipolar I and II disorders. Bipolar Disord 1999;1:91–7.

126. Baldessarini RJ, Tondo L, Hennen J. Latency and episodes before treatment: effects on pretreatment morbidity but not response to lithium maintenance in bipolar I and II disorders. Bipolar Disord [In press].

127. Baldessarini RJ, Tondo L, Hennen J. Treatment delays in bipolar disorders [Letter]. Am J Psychiatry 1999;156:811–2.

128. Post RM. Psychopharmacology of mood stabilizers. In: Buckley PF, Waddington JL, eds. Schizophrenia and mood disorders: the new drug therapies in clinical practice. Boston: Butterworth-Heinemann, 2000:127–54.

129. Post RM, Weiss SRB, Leverich GS, Smith M, Zhang LX. Sensitization and kindling-like phenomena in bipolar disorder: implications for psychopharmacology. Clin Neurosci Res 2000;1:69–81.

130. Baldessarini RJ, Tondo L, Floris G, Hennen J. Effects of rapid cycling on response to lithium maintenance treatment in 360 bipolar I and II disorder patients. J Affect Disord 2000;61:13–22.

131. American Psychiatric Association. Diagnostic and statistical manual of mental disorders. 4th ed, text revision. Washington, DC: American Psychiatric Press, 2000.

132. Centorrino F, Price BH, Tuttle M, Bahk WM, Hennen J, Albert M, et al. Electroencephalographic abnormalities during treatment with typical and atypical antipsychotics. Am J Psychiatry 2002;159:109–15.

133. Lasser RA, Baldessarini RJ. Thyroid hormones in depressive disorders: a reappraisal of clinical utility. Harvard Rev Psychiatry 1997;4:291–305.

134. Siegel AJ, Baldessarini RJ, Klepser MB, McDonald JC. Primary and drug-induced disorders of water homeostasis in psychiatric patients: principles of diagnosis and management. Harvard Rev Psychiatry 1998;6:190–200.

135. Baldessarini RJ, Tohen M, Tondo L. Maintenance treatment in bipolar disorder [Letter]. Arch Gen Psychiatry 2000; 57:490–2.

136. Tohen M, Jacobs TG, Grundy SL, McElroy SL, Banov MC, Janicak PG, et al. Efficacy of olanzapine in acute bipolar mania: a double-blind, placebo-controlled study. Arch Gen Psychiatry 2000;57:841–9.

137. Calabrese JR, Bowden CL, Sachs GS, Ascher JA, Monaghan E, Rudd GD. A double-blind placebo-controlled study of lamotrigine monotherapy in outpatients with bipolar I depression. J Clin Psychiatry 1999;60:79–88.

138. Thies-Flechtner K, Müller-Oerlinghausen B, Seibert W, Walther A, Greil W. Effect of prophylactic treatment on suicide risk in patients with major affective disorders. Pharmacopsychiatry 1996;29:103–7.

139. Denicoff KD, Smith-Jackson EE, Disney ER, Ali SO, Leverich GS, Post RM. Comparative prophylactic efficacy of lithium, carbamazepine, and the combination in bipolar disorder. J Clin Psychiatry 1997;58:470–8.

140. Greil W, Ludwig-Mayerhofer W, Erazo N, Schöchlin C, Schmidt S, Engel RR, et al. Lithium versus carbamazepine in the maintenance treatment of bipolar disorders—a randomised study. J Affect Disord 1997;43:151–61.

141. Greil W, Kleindienst N, Erazo N, Müller-Oerlinghausen B. Differential response to lithium and carbamazepine in the prophylaxis of bipolar disorder. J Clin Psychopharmacol 1998;18:455–60.

142. Greil W, Kleindienst N. The comparative prophylactic efficacy of lithium and carbamazepine in patients with bipolar I disorder. Int Clin Psychopharmacol 1999;14:277–81.

143. Bowden CL, Swann AC, Calabrese JR, McElroy SL, Morris D, Petty F, et al. Maintenance clinical trials in bipolar disorder: design implications of the divalproex-lithium-placebo study. Psychopharmacol Bull 1997;33:693–9.

144. Maj M, Starace F, Nolfe G, Kemali D. Minimum plasma lithium levels required for effective prophylaxis in DSM-III bipolar disorder: a prospective study. Pharmacopsychiatry 1986; 19:420–3.

*British Journal of Psychiatry* (1989), **154**, 672–676

# A Rating Scale for Drug-Induced Akathisia

## THOMAS R. E. BARNES

A rating scale for drug-induced akathisia has been derived that incorporates diagnostic criteria for pseudoakathisia, and mild, moderate, and severe akathisia. It comprises items for rating the observable, restless movements which characterise the condition, the subjective awareness of restlessness, and any distress associated with the akathisia. In addition, there is an item for rating global severity. A standard examination procedure is recommended. The inter-rater reliability for the scale items (Cohen's x) ranged from 0.738 to 0.955. Akathisia was found in eight of 42 schizophrenic in-patients, and nine had pseudoakathisia, where the typical sense of inner restlessness was not reported.

Akathisia is probably the commonest and one of the more distressing of the movement disorders associated with antipsychotic drugs (Lancet, 1986; Barnes, 1987). Following the original descriptions of drug-induced akathisia (Sigwald *et al*, 1947; Steck, 1954), there was little further work on the phenomenology of akathisia, and no consistent or clear operational definition emerged. The diagnosis of akathisia tended to rest upon systematic questioning regarding a patient's inner restlessness. However, reliance on a patient's subjective report alone does not allow for reliable diagnosis (Van Putten & Marder, 1986, 1987).

The lack of delineation of the associated motor behaviour created difficulty in separating akathisia from other movement disorders seen in drug-treated schizophrenic patients. These include Parkinsonian tremor, dystonia, tardive dyskinesia, tics, stereotypies and mannerisms. The distinction between tardive dyskinesia and akathisia is complicated by the common coexistence of the two conditions (Barnes *et al*, 1983). Descriptions of tardive dyskinesia have consistently mentioned motor restlessness, and subjective distress has been found to correlate rather better with trunk and limb movements than with orofacial movement (Rosen *et al*, 1982).

The lack of diagnostic criteria may partly account for the wide range of prevalence figures reported in the literature (Marsden *et al*, 1985): although a figure of around 20% is commonly accepted (Ayd, 1961; Braude *et al*, 1983), Freyhan (1958), for example, found a prevalence of only 12.5%, while Van Putten (1975) recorded a figure of 45%. Furthermore, in a sample of drug-free schizophrenic patients who received haloperidol (10 mg) at bedtime for seven days, Van Putten *et al* (1984) found that 75% experienced akathisia.

In addition, the absence of a precise clinical definition might be partly responsible for the failure of clinicians to recognise the condition consistently

(Weiden *et al*, 1987). It may also contribute to the common misinterpretation of motor phenomena of akathisia as the signs and symptoms of psychiatric illness (Van Putten, 1975; Braude *et al*, 1983). If akathisia is misdiagnosed as an exacerbation of agitation or psychotic excitement, this error may prompt an increase in antipsychotic drug dose, which would almost certainly aggravate the problem.

### Validity of the scale

The validity of the rating scale (see Appendix) derives from its basis in signs and symptoms found to be characteristic of the condition in our previous studies of both acute psychiatric admissions receiving antipsychotic medication (Braude *et al*, 1983) and schizophrenic out-patients on maintenance medication (Barnes & Braude, 1985).

### Subjective item

These studies found that against the background of a relatively non-specific sense of inner restlessness or mental unease, sufferers were often particularly aware of tension and discomfort in their limbs, sometimes with paraesthesia and unpleasant pulling or drawing sensations in their legs. These complaints are akin to symptoms found in the 'restless legs', or Ekbom's, syndrome (Blom & Ekbom, 1961; Lancet, 1986).

In addition, the patients with akathisia would typically experience a desire to move, an awareness that they were unable to keep their legs still, or a compulsion to move which was often particularly referable to the legs. Many patients complained that the condition was least tolerable when they were required to stand still, for example when queueing for meals or medication on the ward, waiting at the supermarket checkout, or standing in the kitchen

672

while cooking. These symptoms constitute the subjective diagnostic criteria for akathisia included in the item 'awareness of restlessness' of the scale.

The inner restlessness and emotional unease experienced by patients with akathisia is often distressing for patients, and may lead them to refuse further medication. The importance of akathisia as a cause of poor compliance with antipsychotic drugs has been emphasised by Van Putten (1974). The overwhelming and intense nature of the subjective experience in severe cases is illustrated by reports where akathisia has been thought to have contributed to violent, aggressive behaviour (Kekich, 1978; Kumar, 1979; Schulte, 1985) or impulsive suicidal behaviour (Shear et al, 1983; Schulte, 1985; Drake & Erlich, 1985; Shaw et al, 1986). An item for distress related to restlessness was included in the scale. Any distress associated with akathisia can usually be elicited without difficulty, and is commonly complained of spontaneously.

**Objective criterion**

The study by Braude et al (1983) and a similar investigation by Gibb & Lees (1986) also found that particular patterns of restless leg movements were observed in association with the subjective experience of akathisia. The most characteristic signs that emerged were rocking from foot to foot or walking on the spot when standing. Van Putten & Marder (1987) agree that these foot movements are easily recognisable, and are present in all patients with moderate or severe akathisia. Braude et al (1983) observed other patterns of restless movement in seated patients, which accompanied the typical subjective experience of akathisia. They described these as shuffling or tramping of the legs. With severe akathisia, patients appeared to be unable to stand without walking or pacing. Gibb & Lees (1986) generally confirmed these findings, and suggested further that fast walking and swinging of one leg when sitting should also be considered as part of the akathisia syndrome.

These motor phenomena were considered to be observable diagnostic criteria for akathisia, and are included in the 'objective' item of the rating scale.

**Global item**

The rating of 'absent' refers to the failure of the rater to elicit any subjective awareness or complaint of restlessness. However, in the absence of any report of a sense of inner restlessness or a compulsion to move, some patients may manifest obvious, complex, repetitive movements resembling those seen in akathisia (Barnes & Braude, 1985). A common feature is rocking from foot to foot while standing. These movements seem to be of a volitional rather than choreic nature, and appear to represent motor restlessness. This syndrome has been called pseudoakathisia (Munetz & Cornes, 1982; Barnes & Braude, 1985), and its relationship with akathisia and tardive dyskinesia is a matter for speculation (Barnes & Braude, 1985; Stahl, 1985; Munetz, 1986).

The signs of motor restlessness are not invariably present in mild cases of acute akathisia (Braude et al, 1983). The typical subjective experience of akathisia in the absence of restless movements has been referred to as 'subjective akathisia' (Van Putten & Marder, 1986). In practice, it may be difficult to differentiate between this condition and subtle manifestations of anxiety or emotional distress unrelated to akathisia. This difficulty is acknowledged by the 'questionable' rating in the global item of the scale, and the existence of subjective akathisia is reflected in the 'mild akathisia' rating, as it does not demand the presence of the characteristic restless phenomena.

The ratings for moderate, marked, and severe akathisia reflect increasing degrees of subjective distress and the desire or compulsion to move, an increasing inability to remain sitting comfortably, and an increasing amount of time spent exhibiting restless movements, such as rocking from foot to foot when standing, and pacing up and down.

**Reliability**

**Patients and method**

Forty-two chronic in-patients, all of whom fulfilled DSM–III criteria (American Psychiatric Association, 1980) for schizophrenia, and were receiving antipsychotic medication, were each assessed by two raters during the same examination period using the rating scale (Barnes & Halstead, 1988). The age range of the sample was 32–65 (median 52) years, and 13 were women.

**Examination procedure**

Each patient was observed seated for at least five minutes while consent to take part in the study was obtained and the patient completed a self-rating scale for anxiety, modified from the Leeds Anxiety Scale (Snaith et al, 1976). The patient was then asked to stand up, and was examined for evidence of Parkinsonism using the Extrapyramidal Rating Scale (Simpson & Angus, 1970). Still standing, patients were then engaged in conversation on neutral topics for several minutes while being observed, and finally were asked specific questions about inner restlessness, and awareness of the features of akathisia. For example, inquiry was made as to whether they experienced a sense of inner restlessness, and whether restless, fidgety feelings could

TABLE I
*Inter-rater reliability*

| Rating scale item | Linearly weighted Cohen's x |
|---|---|
| Objective | 0.738 |
| Subjective | |
|    Awareness of restlessness | 0.827 |
|    Distress related to restlessness | 0.901 |
| Global clinical assessment | 0.955 |

be localised to any part of their body. Further, they were asked if they had any awareness of difficulty sitting comfortably for long periods, an increasing restlessness and tension when required to stand still, or a compulsive desire to move.

If akathisia was present, additional information was collected regarding any diurnal variation of symptoms, and whether the patient was aware of any particular situations which seemed to provoke or exacerbate the restlessness and any associated distress.

**Inter-rater reliability**

The agreement between the two raters on the akathisia scale was calculated. There was high inter-rater reliability on the scores for the four items, expressed in terms of Cohen's x (Table I).

There was complete agreement between the two raters on the presence of akathisia, that is a rating of two or more on the global clinical assessment item. There was disagreement between the raters on the scores for the severity of akathisia in only two patients. The scores differed by one in both cases.

According to the global rating, akathisia was found in eight (19%) of 42 patients. The condition was rated as being of mild or moderate severity in six patients, and marked or severe in only two. Five (12%) of the 42 patients received a rating of 'questionable' akathisia. They manifested non-specific restless movements and described a vague sense of inner tension, but these features were unconvincing for a diagnosis of akathisia.

Nine (21%) patients were rated as having pseudo-akathisia. These patients exhibited akathisic movements, that is, they scored one or more on the 'objective' item, but did not apparently experience any associated inner restlessness or desire to move their legs, that is, they scored 0 on the 'subjective' item.

**Discussion**

In this small reliability study, the rating scale was found to be viable and practical, and a high level of inter-rater reliability was achieved. The results confirm both the relatively high prevalence of akathisia in chronic schizophrenic patients receiving maintenance antipsychotic drugs, and the existence in a proportion of such patients of pseudoakathisia,

where the characteristic movements of akathisia are observed in the absence of the subjective symptoms.

It is envisaged that the rating on the global item alone should be sufficient for diagnostic purposes, and for measuring change in the overall severity of akathisia in response to treatment. Nevertheless, to rate the global item accurately the elements of the three other items need to be taken into account, and these items should be completed first.

The individual ratings on the two subjective items, 'awareness of restlessness' and 'distress related to restlessness', and the 'objective' item may be of value if an investigator wishes to detect whether the objective and subjective components of akathisia are differentially affected by particular drug treatments, or change independently over time. Also, when assessing a patient with pseudoakathisia, the main measure of the condition is the rating on the 'objective' item. However, the emergence of a score for the 'awareness of restlessness' item might warrant a change in diagnosis to akathisia.

It is recommended that the scale is completed after observation of the patient in more than one setting. Preferably, the patient should be unobtrusively watched in a natural setting, for example while involved in activity on the ward, as well as during a formal interview. Experience with the assessment of patients with akathisia suggests that the situation in which the characteristic restless movements of rocking from foot to foot or treading on the spot are most likely to be observed is when the patient is standing with the rater, engaged in casual conversation on some neutral topic.

We are currently using this scale in a placebo-controlled study of β-adrenoceptor-blocking drugs in akathisia, and in a prevalence study in a population of chronic schizophrenic in-patients. The scale is also being employed in studies by other research groups in the UK and internationally. We plan to examine the reliability of the scale further in these studies, and also hope to test the validity of the scale by using an electronic movement meter to quantify the restless activity of patients, to provide an objective measure of the condition.

**Appendix: Rating scale for drug-induced akathisia**

Patient name:
Patient research no.:
Hospital no.:
Ward:
Rater:

Patients should be observed while they are seated, and then standing while engaged in neutral conversation (for a

minimum of two minutes in each position). Symptoms observed in other situations, for example, while engaged in activity on the ward, may also be rated. Subsequently, the subjective phenomena should be elicited by direct questioning.

**Objective**

0 Normal, occasional fidgety movements of the limbs
1 Presence of characteristic restless movements: shuffling or tramping movements of the legs/feet, or swinging of one leg, while sitting, *and/or* rocking from foot to foot or 'walking on the spot' when standing, *but* movements present for less than half the time observed
2 Observed phenomena, as described in (1) above, which are present for at least half the observation period
3 The patient is constantly engaged in characteristic restless movements, *and/or* has the inability to remain seated or standing without walking or pacing, during the time observed.

**Subjective**

*Awareness of restlessness*

0 Absence of inner restlessness
1 Non-specific sense of inner restlessness
2 The patient is aware of an inability to keep the legs still, or a desire to move the legs, *and/or* complains of inner restlessness aggravated specifically by being required to stand still
3 Awareness of an intense compulsion to move most of the time *and/or* reports a strong desire to walk or pace most of the time

*Distress related to restlessness*

0 No distress
1 Mild
2 Moderate
3 Severe

**Global clinical assessment of akathisia**

0 Absent
    No evidence of awareness of restlessness. Observation of characteristic movements of akathisia in the absence of a subjective report of inner restlessness or compulsive desire to move the legs should be classified as pseudoakathisia
1 Questionable
    Non-specific inner tension and fidgety movements
2 Mild akathisia
    Awareness of restlessness in the arms *and/or* inner restlessness worse when required to stand still. Fidgety movements present, *but* characteristic restless movements of akathisia not necessarily observed. Condition causes little or no distress
3 Moderate akathisia
    Awareness of restlessness as described for mild akathisia above, combined with characteristic restless movements

such as rocking from foot to foot when standing. Patient finds the condition distressing
4 Marked akathisia
    Subjective experience of restlessness includes a compulsive desire to walk or pace. However, the patient is able to remain seated for at least five minutes. The condition is obviously distressing
5 Severe akathisia
    The patient reports a strong compulsion to pace up and down most of the time. Unable to sit or lie down for more than a few minutes. Constant restlessness which is associated with intense distress and insomnia

**References**

AMERICAN PSYCHIATRIC ASSOCIATION (1980) *Diagnostic and Statistical Manual of Mental Disorders* (3rd edn) (DSM–III). Washington, DC: APA.
AYD, F. J. (1961) A survey of drug-induced extrapyramidal reactions. *Journal of the American Medical Association*, **175**, 1054–1060.
BARNES, T. R. E. (1987) The present status of tardive dyskinesia and akathisia in the treatment of schizophrenia. *Psychiatric Developments*, **4**, 301–319.
——, KIDGER, T. & GORE, S. M. (1983) Tardive dyskinesia: a three-year follow-up study. *Psychological Medicine*, **13**, 71–81.
—— & BRAUDE, W. M. (1985) Akathisia variants and tardive dyskinesia. *Archives of General Psychiatry*, **42**, 874–878.
—— & HALSTEAD, S. M. (1988) A scale for rating drug-induced akathisia (abstract: Bi-Ennial Winter Workshop on Schizophrenia, Badgastein, Austria, January 1988). *Schizophrenia Research*, **1**, 249.
BLOM, S. & EKBOM, K. A. (1961) Comparison between akathisia developing on treatment with phenothiazine derivatives and the restless legs syndrome. *Acta Medica Scandinavica*, **170**, 689–694.
BRAUDE, W. M., BARNES, T. R. E. & GORE, S. M. (1983) Clinical characteristics of akathisia. A systematic investigation of acute psychiatric inpatient admissions. *British Journal of Psychiatry*, **143**, 139–150.
DRAKE, R. E. & EHRLICH, J. (1985) Suicide attempts associated with akathisia. *American Journal of Psychiatry*, **142**, 599–601.
FREYHAN, F. A. (1958) *Extrapyramidal Symptoms and Other Side Effects of Trifluoperazine. Clinical and Pharmacological Aspects.* Philadelphia: Lea and Febiger.
GIBB, W. R. G. & LEES, A. J. (1986) The clinical phenomenon of akathisia. *Journal of Neurology, Neurosurgery and Psychiatry*, **49**, 861–866.
KEKICH, W. A. (1978) Violence as a manifestation of akathisia. *Journal of the American Medical Association*, **240**, 2185.
KUMAR, B. B. (1979) An unusual case of akathisia. *American Journal of Psychiatry*, **136**, 1088.
LANCET (1986) Akathisia and antipsychotic drugs (editorial). *Lancet*, **ii**, 1131–1132.
MARSDEN, C. D., TARSY, D. & BALDESSARINI, R. J. (1985) Spontaneous and drug-induced movement disorders. In *Psychiatric Aspects of Neurological Disease* (eds D. F. Benson & D. Blumer). New York: Grune and Stratton.
MUNETZ, M. R. (1986) Akathisia variants and tardive dyskinesia (letter). *Archives of General Psychiatry*, **43**, 1015.
—— & CORNES, C. L. (1982) Akathisia, pseudoakathisia and tardive dyskinesia. *Comprehensive Psychiatry*, **23**, 345–352.
ROSEN, A. M., MUKHERJEE, S., OLARTE, S., *et al* (1982) Perception of tardive dyskinesia in outpatients receiving maintenance neuroleptics. *American Journal of Psychiatry*, **139**, 372–373.
SCHULTE, J. R. (1985) Homicide and suicide associated with akathisia and haloperidol. *American Journal of Forensic Psychiatry*, **6**, 3–7.

676                                           BARNES

SHAW, E. D., MANN, J. J., WEIDEN, P. J., *et al* (1986) A case of suicidal and homicidal ideation and akathisia in a double-blind neuroleptic crossover study (letter). *Journal of Clinical Psychopharmacology*, 6, 196–197.

SHEAR, K., FRANCES, A. & WEIDEN, P. (1983) Suicide associated with akathisia and depot fluphenazine treatment. *Journal of Clinical Psychopharmacology*, 3, 235–236.

SIGWALD, J., GROISSIORD, A., DURIEL, P., *et al* (1947) Le traitement de la maladie de Parkinson et des manifestations extra-pyramidales par le diethylaminoethyl n-thiodiphenylamine (2987 RP): resultats d'une anee d'application. *Review Neurological (Paris)*, 79, 683–687.

SIMPSON, G. M. & ANGUS, J. W. S. (1970) A rating scale for extrapyramidal side-effects. *Acta Psychiatrica Scandinavica*, 212 (suppl. 44), 11–19.

SNAITH, R. P., BRIDGE, G. W. K. & HAMILTON, M. (1976) The Leeds scales for the self-assessment of anxiety and depression. *British Journal of Psychiatry*, 128, 156–165.

STAHL, F. M. (1985) Akathisia and tardive dyskinesia. *Archives of General Psychiatry*, 42, 915–917.

STECK, H. (1954) Le syndrome extrapyramidal et diencephalique au cours des traitements au Largactil et au Serpasil. *Annales Medico-Psychologiques* (Paris), 112, 734–743.

VAN PUTTEN, T. (1974) Why do schizophrenic patients refuse to take their drugs? *Archives of General Psychiatry*, 31, 67–72.

—— (1975) The many faces of akathisia. *Comprehensive Psychiatry*, 16, 43–47.

——, MAY, P. R. A. & MARDER, S. R. (1984) Akathisia with haloperidol and thiothixene. *Archives of General Psychiatry*, 41, 1036–1039.

—— & MARDER, S. R. (1986) Toward a more reliable diagnosis of akathisia. *Archives of General Psychiatry*, 43, 1015–1016.

—— & —— (1987) Behavioral toxicity of antipsychotic drugs. *Journal of Clinical Psychiatry*, 48 (suppl.), 13–19.

WEIDEN, P., MANN, J. J., HAAS, G., *et al* (1987) Clinical non-recognition of neuroleptic-induced movement disorders: a cautionary study. *American Journal of Psychiatry*, 144, 1148–1153.

Thomas R. E. Barnes, *Charing Cross and Westminster Medical School, Academic Unit, Horton Hospital, Epsom, Surrey KT19 8PZ*

*Psychiatry Research,* 28, 193-213
Elsevier

193

# The Pittsburgh Sleep Quality Index: A New Instrument for Psychiatric Practice and Research

Daniel J. Buysse, Charles F. Reynolds III, Timothy H. Monk, Susan R. Berman, and David J. Kupfer

*Received May 9, 1988; revised version received August 17, 1988; accepted November 12, 1988.*

**Abstract.** Despite the prevalence of sleep complaints among psychiatric patients, few questionnaires have been specifically designed to measure sleep quality in clinical populations. The Pittsburgh Sleep Quality Index (PSQI) is a self-rated questionnaire which assesses sleep quality and disturbances over a 1-month time interval. Nineteen individual items generate seven "component" scores: subjective sleep quality, sleep latency, sleep duration, habitual sleep efficiency, sleep disturbances, use of sleeping medication, and daytime dysfunction. The sum of scores for these seven components yields one global score. Clinical and clinimetric properties of the PSQI were assessed over an 18-month period with "good" sleepers (healthy subjects, $n = 52$) and "poor" sleepers (depressed patients, $n = 54$; sleep-disorder patients, $n = 62$). Acceptable measures of internal homogeneity, consistency (test-retest reliability), and validity were obtained. A global PSQI score $> 5$ yielded a diagnostic sensitivity of 89.6% and specificity of 86.5% (kappa $= 0.75$, $p < 0.001$) in distinguishing good and poor sleepers. The clinimetric and clinical properties of the PSQI suggest its utility both in psychiatric clinical practice and research activities.

**Key Words.** Sleep, sleep quality, depression, sleep disorders.

"Sleep quality" is an important clinical construct for two major reasons. First, complaints about sleep quality are common; epidemiological surveys indicate that 15-35% of the adult population complain of frequent sleep quality disturbance, such as difficulty falling asleep or difficulty maintaining sleep (Karacan et al., 1976, 1983; Bixler et al., 1979; Lugaresi et al., 1983; Welstein et al., 1983; Mellinger et al., 1985). Second, poor sleep quality can be an important symptom of many sleep and medical disorders. One frequently measured component of sleep quality, sleep duration, may even have a direct association with mortality (Kripke et al., 1979).

Sleep quality complaints are particularly relevant to psychiatry. Factors relating to anxiety and stress are one of the most important concomitants of sleep complaints in the general population (Karacan et al., 1983), and insomnia associated with psychiatric disorders is the most prevalent type of insomnia seen in sleep disorders centers, accounting for 35% of diagnoses (Coleman, 1983). Furthermore, sleep

Daniel J. Buysse, M.D., is Assistant Professor; Charles F. Reynolds III, M.D., is Professor; Timothy H. Monk, Ph.D., is Associate Professor; Susan R. Berman is Research Associate; and David J. Kupfer, M.D., is Professor and Chairman, Department of Psychiatry, University of Pittsburgh School of Medicine. (Reprint requests to Dr. C.F. Reynolds III, Western Psychiatric Institute and Clinic, University of Pittsburgh, 3811 O'Hara St., Pittsburgh, PA 15213, USA.)

0165-1781/89/$03.50 © 1989 Elsevier Scientific Publishers Ireland Ltd.

194

quality disturbances are frequently reported in essentially all psychiatric disorders, including depression, schizophrenia, anxiety disorders, and psychoactive substance use disorders.

Although sleep quality is a readily accepted clinical construct, it represents a complex phenomenon that is difficult to define and measure objectively. "Sleep quality" includes quantitative aspects of sleep, such as sleep duration, sleep latency, or number of arousals, as well as more purely subjective aspects, such as "depth" or "restfulness" of sleep. However, the exact elements that compose sleep quality, and their relative importance, may vary between individuals. Furthermore, because sleep quality is largely subjective, sleep laboratory measures may correlate with perceived sleep quality, but they cannot define it. Finally, the measurement of sleep quality is affected by the type of study in which it is being examined. Large-scale population surveys generally focus on a few general questions about habitual sleep quality and types of sleep disturbances (e.g., Bixler et al., 1979; Karacan et al., 1983). Studies that examine the previous night's sleep (drug efficacy studies, for example) may focus on more subjective, comparative aspects of sleep quality, such as depth of sleep, restfulness, and feelings upon awakening (e.g., Frankel et al., 1976; Webb et al., 1976; Parrott and Hindmarch, 1978).

Given the importance of the construct and the inherent difficulties in its definition and quantification, it is important to have a clinical instrument that measures sleep quality. It is also necessary, however, to assess the "clinimetric" properties (i.e., properties such as sensibility, accuracy, comprehensibility, and reproducibility) of the instrument, all of which are essential to the description and valid measurement of complex clinical phenomena (Feinstein, 1987). Although many sleep questionnaires have been described in previous studies, they share several general difficulties. First, very few of them have used specified time intervals for assessment. Second, previous questionnaires have not been designed to yield a simple, global score to facilitate comparisons between groups or individuals. Third, few of these studies have directly assessed clinimetric properties of the questionnaires. Finally, previous questionnaires have been used primarily with unselected population samples or nonclinical control subjects.

The Pittsburgh Sleep Quality Index was developed with several goals: (1) to provide a reliable, valid, and standardized measure of sleep quality; (2) to discriminate between "good" and "poor" sleepers; (3) to provide an index that is easy for subjects to use and for clinicians and researchers to interpret; and (4) to provide a brief, clinically useful assessment of a variety of sleep disturbances that might affect sleep quality. This article describes the instrument and its clinimetric properties, including internal homogeneity, performance consistency, and validity.

## Methods

**Instrument Development and Description** (Appendix). Items in the Pittsburgh Sleep Quality Index (PSQI) were derived from three sources: clinical intuition and experience with sleep disorder patients; a review of previous sleep quality questionnaires reported in the literature; and clinical experience with the instrument during 18 months of field testing.

The PSQI assesses sleep quality during the previous month. This is a time frame intermediate between postsleep inventories (which assess only the previous night's sleep) and

survey-type questionnaires (which assess difficulties over the previous year or more). A postsleep questionnaire may reflect more accurately the night-to-night variations that occur in sleep quality, but it does not provide information about the frequency or duration of specific problems that may lead a patient to seek help. On the other hand, survey-type questionnaires may not indicate the severity of a particular problem at the present time. In addition, a duration of 2-3 weeks is often used clinically to differentiate transient from persistent sleep-wake disorders (Consensus Conference on Insomnia, 1984). Therefore, administering the PSQI on two occasions separated by approximately 1 month allows for the discrimination of most transient and persistent disturbances.

The PSQI consists of 19 self-rated questions and five questions rated by the bedpartner or roommate. The latter five questions are used for clinical information only, are not tabulated in the scoring of the PSQI, and are not reported on in this article. The 19 self-rated questions assess a wide variety of factors relating to sleep quality, including estimates of sleep duration and latency and of the frequency and severity of specific sleep-related problems. These 19 items are grouped into seven component scores, each weighted equally on a 0-3 scale. The seven component scores are then summed to yield a global PSQI score, which has a range of 0-21; higher scores indicate worse sleep quality.

The seven components of the PSQI are standardized versions of areas routinely assessed in clinical interviews of patients with sleep/wake complaints. These components are subjective sleep quality, sleep latency, sleep duration, habitual sleep efficiency, sleep disturbances, use of sleeping medications, and daytime dysfunction. Scoring of each component is illustrated in the Appendix. Subject instructions for the PSQI are contained in the text. The entire index requires 5-10 min for the subject to complete, and 5 min to score.

**Subjects.** The PSQI was administered to three groups of subjects during an 18-month study period. Group 1 consisted of "good" sleepers: 52 healthy control subjects without sleep complaints, recruited for participation in research studies of sleep and aging (MH-37869), nocturnal penile tumescence (MH-40023), and sleep in depression (MH-40023, MH-30915). Group 2 consisted of "poor" sleepers: 34 patients with major depressive disorder, who were again recruited for participation in research protocols relating to sleep, aging, depression, and nocturnal penile tumescence. This group included 24 outpatients at the Western Psychiatric Institute and Clinic and 10 inpatients at the Western Psychiatric Institute and Clinic. Group 3, also consisting of "poor" sleepers, was a clinical sample of 62 physician-referred outpatients at the Sleep Evaluation Center (SEC) of the Western Psychiatric Institute and Clinic. Patients are referred to the SEC for assessment of a variety of sleep/wake complaints, but only patients with Disorder of Initiating and Maintaining Sleep (DIMS, $n = 45$) or Disorders of Excessive Somnolence (DOES, $n = 17$) (Association of Sleep Disorders Centers-ASDC, 1979) were included in this study, since the number of patients with other disorders was too small to permit statistical analysis.

Subjects were not matched for age or sex ratio because of the different requirements for each research protocol, and the absence of any age criteria for the clinical sleep disorders sample. The mean ages for subject groups were as follows: controls 59.9 years (range: 24-83); depressives 50.9 years (range: 21-80); DIMS 44.8 years (range: 20-80); and DOES 42.2 years (range: 19-57). Analysis of variance (ANOVA) indicated a significant difference in age between groups ($F = 5.20$, $p < 0.001$), with post hoc differences between control subjects and DIMS and DOES patients. Male/female ratios were as follows: controls 40/12; depressives 25/9; DIMS 16/29; and DOES 8/9 ($\chi^2 = 21.2$, $p < 0.001$). Male subjects had a lower mean age (46.5 years; SD = 16.7) than female subjects (55.4 years; SD = 18.9) ($t = -3.01$, $p < 0.005$). Many of the male subjects were involved in studies of nocturnal penile tumescence in depression, while female subjects were participating mainly in studies of sleep, aging, and depression.

Evaluation for all subjects included a complete medical history and physical examination. Depressives and controls were excluded from research involvement (and therefore, from the current study) for any medical conditions that would prevent a 2-week medication-free interval, as well as for the presence of known central nervous system disease such as

196

seizure disorder, cerebrovascular disease, or dementia. No specific exclusion criteria were used for the clinic sample of sleep-disorder patients. All depressed patients and healthy controls were assessed with the Schedule for Affective Disorders and Schizophrenia-Lifetime version (SADS-L) (Endicott and Spitzer, 1978), and diagnosed according to Research Diagnostic Criteria (Spitzer et al., 1978); all depressed patients met criteria for definite or probable current major depressive disorder. Severity of depressive symptoms was assessed with the Hamilton Rating Scale for Depression (Hamilton, 1960); the mean Hamilton score for depressed patients was 21.3 (SD = 4.65). Sleep-disorder patients were evaluated as described elsewhere (Jacobs et al., 1988), and given preliminary diagnoses according to ASDC nosology (ASDC, 1979). Sleep-disorder patients meeting criteria for *DSM-III* (American Psychiatric Association, 1980) major depression were excluded from the current study. All subjects completed a 2-week sleep/wake diary and a sleep habits questionnaire.

All subjects were further evaluated with routine polysomnography following a medication-free interval of at least 2 weeks. For depressed and sleep-disorder patients, this interval followed withdrawal from psychotropic and sedative-hypnotic medications. All subjects were studied with a routine sleep montage, including electroencephalographic (C4, referenced to tied mastoids), electro-oculographic (EOG), and electromyographic (submental) leads. Most subjects had additional monitoring for sleep apnea, myoclonus, or nocturnal penile tumescence, dictated by clinical indications or research protocol involvement. All sleep records were scored in 1-min epochs according to standard criteria (Rechtschaffen and Kales, 1968), using Stage 2 sleep onset, and standard convention for definition of sleep efficiency (time spent asleep/total recording period).

Final diagnoses for depressed and sleep-disorder patients were based on results of clinical and structured interviews, sleep questionnaires, and diaries. In addition, polysomnographic findings were considered in the final diagnoses of the sleep-disorder patients (Jacobs et al., 1988).

All 148 subjects completed the PSQI on at least one occasion ($T_1$) during the course of their clinical and research evaluation. For the majority of subjects ($n = 107$), the PSQI was completed before sleep studies. For some subjects with stable sleep/wake complaints ($n = 41$), the PSQI was completed after sleep studies. A subgroup of 91 subjects (43 controls, 22 depressives, and 26 sleep-disorder patients) completed the index a second time ($T_2$), an average of 28.2 days later (range: 1-265 days). The second PSQI was completed before any pharmacological treatment began.

**Statistical Analyses.** Descriptive statistics and ANOVA were used to contrast clinical and demographic features of the patient groups.

*Internal homogeneity* of separate items was assessed using Cronbach's $\alpha$ statistic and corrected component-total correlation coefficients (Cronbach, 1951). Pearson product-moment correlations were also used to correlate component and item scores with the PSQI global score.

*Test-retest reliability (consistency)* was assessed with paired $t$ tests and Pearson product-moment correlations for PSQI global score, component scores, and individual items, at Time 1 ($T_1$) versus Time 2 ($T_2$). This was done for the entire subject pool, as well as for separate subject groups (except DOES patients, since only five patients had complete questionnaires on two occasions).

As the primary analysis of *validity*, we assessed the degree to which the index detected differences between groups recognized clinically as distinct. This assumes that the index measures differences between groups at the same time point as a clinical "gold standard." In this case, the relevant "gold standard" diagnoses were based on a combination of clinical interviews, structured interviews, and polysomnographic data. For this analysis, an analysis of covariance (ANCOVA) was used to compare patient groups for PSQI global and component scores, and the Student-Neuman-Keul's procedure was used for pairwise comparisons. Age and sex were used as covariates because of group differences in age and sex ratio. A multiple ANCOVA (MANCOVA) was performed for the PSQI global score, again using age and sex as covariates.

As a secondary analysis of validity, we compared PSQI scores with polysomnographic results, being cognizant of the fact that PSQI scores reflect the experience of sleep during the previous month, while polysomnographic data were limited to 2 or 3 nights. PSQI estimates of sleep latency, sleep duration, and sleep efficiency were compared to their homologous polysomnographic measures, using both $t$ tests and Pearson product-moment correlations. Global PSQI scores were also compared to polysomnographic variables selected a priori as being likely to correlate with overall sleep quality, again using Pearson correlations. The specific variables selected were REM %, delta %, sleep latency, sleep efficiency, and sleep duration. Finally, group differences for these polysomnographic variables were assessed using one-way ANOVAs.

## Results

**General Results.** Subjects found the PSQI easy to use and understand. Ten subjects out of an original pool of 158 failed to give complete responses to all items, and were therefore omitted from any further analyses; nine of these 10 were DOES patients.

The PSQI global score has a possible range of 0-21 points. Actual scores ranged from 0 to 20 points, with an overall group mean of 7.4, median of 6.0, and SD of 5.1. For individual components, each with a possible range of 0-3, the observed ranges were 0-3.

Age was negatively correlated with the subjective sleep quality ($r = -0.22$, $p < 0.05$) and daytime dysfunction ($r = -0.29$, $p < 0.02$) component scores in the healthy controls. The PSQI global score and other component scores (sleep latency, sleep duration, habitual sleep efficiency, sleep disturbances, and use of sleeping medications) were not significantly correlated with age.

**Internal Homogeneity.** The seven *component* scores of the PSQI had an overall reliability coefficient (Cronbach's $\alpha$) of 0.83, indicating a high degree of internal consistency. In other words, each of the seven components appears to measure a particular aspect of the same overall construct, viz., sleep quality. The largest component-total correlation coefficients were found for habitual sleep efficiency and subjective sleep quality (0.76 for each), and the smallest correlation coefficient was found for sleep disturbances (0.35). The mean component-total correlation coefficient was 0.58. Pearson product-moment correlations between component scores and the PSQI global score were also calculated for the entire group, as well as each group separately (Table 1). Once again, the strongest correlations were seen for habitual sleep efficiency and subjective sleep quality.

Individual *items* were also strongly correlated with each other, indicated by a reliability coefficient (Cronbach's $\alpha$) of 0.83. Item-total correlation coefficients ranged from 0.66 for question #9 (enthusiasm to get things done) to 0.20 for item #8 (difficulty staying awake). Pearson product-moment correlations between individual items and the global score ranged from 0.83 (subjective sleep quality) to 0.07 (cough or snore during sleep) (Table 2).

**Performance Consistency (Test-Retest Reliability).** Ninety-one patients completed the PSQI on two separate occasions. Paired $t$ tests for the global PSQI score, as well as the seven individual component scores, showed no significant

198

differences between $T_1$ and $T_2$. Two differences were noted for depressed patients, who showed a reduction in sleep disturbances ($t = 2.32$, $p = 0.03$) and daytime dysfunction ($t = 3.46$, $p = 0.002$) at $T_2$.

**Table 1. Component-global Pittsburgh Sleep Quality Index (PSQI) score correlations[1]**

| Component | All groups (n = 48) | | Controls (n = 52) | | Depressives (n = 34) | | DIMS[2] (n = 45) | | DOES[3] (n = 17) | |
|---|---|---|---|---|---|---|---|---|---|---|
| | r | p | r | p | r | p | r | p | r | p |
| Sleep quality | 0.83 | 0.001 | 0.64 | 0.001 | 0.71 | 0.001 | 0.68 | 0.001 | 0.57 | 0.01 |
| Sleep latency | 0.72 | 0.001 | 0.58 | 0.001 | 0.64 | 0.001 | 0.67 | 0.001 | 0.69 | 0.001 |
| Sleep duration | 0.80 | 0.001 | 0.44 | 0.001 | 0.68 | 0.001 | 0.79 | 0.001 | 0.60 | 0.01 |
| Habitual sleep efficiency | 0.85 | 0.001 | 0.57 | 0.001 | 0.83 | 0.001 | 0.75 | 0.001 | 0.76 | 0.001 |
| Sleep disturbance | 0.46 | 0.001 | 0.70 | 0.001 | 0.19 | — | 0.31 | 0.02 | 0.38 | — |
| Use of sleeping medication | 0.62 | 0.001 | 0.20 | — | 0.69 | 0.001 | 0.51 | 0.001 | 0.33 | — |
| Daytime dysfunction | 0.63 | 0.001 | 0.53 | 0.001 | 0.38 | 0.01 | 0.53 | 0.001 | 0.38 | 0.001 |

1. Pearson product-moment correlations.
2. DIMS = Disorders of Initiating and Maintaining Sleep.
3. DOES = Disorders of Excessive Somnolence.

Pearson product-moment correlations again demonstrated stability in global and component scores. For the entire subgroup in which $T_1$ and $T_2$ measures were obtained, the $T_1$-$T_2$ correlation coefficient for global PSQI scores was 0.85 ($p < 0.001$). Component scores had coefficients ranging from 0.84 (sleep latency) to 0.65 (medication use) ($p < 0.001$ for each component score). Global PSQI scores for each diagnostic group were also significantly correlated between the two testing times, with $r$'s > 0.40 ($p < 0.005$) for each group. Component scores within each subject group showed more variability across time, but all of these scores were significantly correlated ($r$'s > 0.35, $p < 0.05$). The single exception was medication use in control subjects, which showed no correlation between the two testing times.

**Validity.** (Table 3, Figs. 1, 2). Global PSQI scores differed significantly between subject groups, using an ANCOVA with age and sex as covariates (Table 3). Control subjects differed from all patient groups (Student-Neuman-Keul's procedure). Furthermore, DIMS and depressed patients had significantly higher scores than DOES patients. Control subjects differed from DIMS and depressed patients on all individual component scores; controls also differed from DOES patients on three components (sleep disturbances, daytime dysfunction, and sleep quality). DOES and DIMS patients had significantly different scores on all components except sleep disturbances, and DOES and depressives patients differed on all components except sleep disturbance and daytime dysfunction.

Group differences resulted in distinctive component and global score profiles, shown in Fig. 1. Depressed and DIMS patients showed similar profiles, which differed from those of DOES patients and control subjects. These differences were further substantiated with a significant MANCOVA for component scores across groups (Hotelling's $T^2 = 2.62$, $p < 0.001$).

31

199

Age was a significant covariate only for the daytime dysfunction component; but contrary to expectations, these factors were *inversely* correlated, i.e., reported severity of daytime dysfunction tended to be greater in younger than in older subjects. Sex was a significant covariate for use of sleeping medications and habitual sleep efficiency, with males showing higher scores for each of these components. Age and sex were *both* significant covariates for the PSQI global score, but group differences were highly statistically significant even after covarying for these factors.

The distribution of global PSQI scores also differed between groups (Fig. 2). A post hoc cutoff score of 5 correctly identified 88.5% (131/148) of all patients and controls (kappa = 0.75, $p < 0.001$). This represents a sensitivity of 89.6% and a specificity of 86.5%. The same cutoff score correctly identified 84.4% (38/45) of DIMS patients, 88% (15/17) of DOES patients, and 97% (33/34) of depressives.

Group differences in PSQI global scores were also substantiated by polysomnographic results, which showed significant group differences for sleep latency ($F = 4.53$, $p < 0.001$), sleep efficiency ($F = 5.78$, $p < 0.001$), sleep duration ($F = 4.82$, $p < 0.003$), and number of arousals ($F = 2.87$, $p < 0.04$). Significant group differences were not found for rapid eye movement (REM) % or delta sleep %.

Validity of the PSQI was further examined by comparing PSQI estimates of sleep variables with those obtained by polysomnography. $T$ tests showed no differences between PSQI estimates and laboratory findings for sleep latency, but PSQI estimates of the past month's usual sleep duration and efficiency were greater than

**Table 2. Item-global Pittsburgh Sleep Quality Index (PSQI) score correlations[1]**

| Item[2] | All groups (n = 148) | | Controls (n = 52) | | Depressives (n = 34) | | DIMS[3] (n = 45) | | DOES[4] (n = 17) | |
|---|---|---|---|---|---|---|---|---|---|---|
| | r | p | r | p | r | p | r | p | r | p |
| Q5A | 0.71 | 0.001 | 0.63 | 0.001 | 0.56 | 0.001 | 0.64 | 0.001 | 0.68 | 0.001 |
| Q5B | 0.52 | 0.001 | 0.52 | 0.001 | 0.38 | 0.01 | 0.49 | 0.001 | 0.55 | 0.01 |
| Q5C | 0.24 | 0.001 | 0.29 | 0.02 | 0.31 | 0.04 | 0.33 | 0.01 | 0.14 | — |
| Q5D | 0.17 | 0.02 | 0.12 | — | 0.07 | — | 0.08 | — | -0.07 | — |
| Q5E | 0.07 | — | 0.34 | 0.007 | -0.17 | — | -0.10 | — | 0.29 | — |
| Q5F | 0.29 | 0.001 | 0.03 | — | 0.03 | — | 0.23 | — | -0.03 | — |
| Q5G | 0.18 | 0.01 | 0.26 | 0.03 | 0.02 | — | 0.07 | — | -0.00 | — |
| Q5H | 0.20 | 0.007 | 0.31 | 0.01 | 0.25 | — | -0.21 | — | -0.03 | — |
| Q5I | 0.24 | 0.002 | 0.54 | 0.001 | 0.06 | — | -0.02 | — | 0.33 | — |
| Q5J | 0.32 | 0.001 | 0.37 | 0.004 | 0.17 | — | 0.22 | — | -0.13 | — |
| Q8 | 0.19 | 0.009 | 0.21 | — | -0.08 | — | 0.28 | 0.03 | 0.14 | — |
| Q6 | 0.83 | 0.001 | 0.37 | 0.003 | 0.71 | 0.001 | 0.69 | 0.001 | 0.57 | 0.008 |
| Q2 | 0.66 | 0.001 | 0.64 | 0.001 | 0.56 | 0.001 | 0.64 | 0.001 | 0.72 | 0.001 |
| Q4 | 0.80 | 0.001 | 0.44 | 0.001 | 0.68 | 0.001 | 0.79 | 0.001 | 0.57 | 0.008 |
| Q7 | 0.62 | 0.001 | 0.19 | — | 0.69 | 0.001 | 0.49 | 0.001 | 0.31 | — |
| Q9 | 0.69 | 0.001 | 0.55 | 0.001 | 0.44 | 0.005 | 0.53 | 0.001 | 0.30 | — |

1. Pearson product-moment correlations.
2. Refer to questionnaire in Appendix.
3. DIMS = Disorders of Initiating and Maintaining Sleep.
4. DOES = Disorders of Excessive Somnolence.

200

33

**Table 3. Pittsburgh Sleep Quality Index (PSQI) comparisons between diagnostic groups[1]**

| Component | Mean score ± SD (adjusted mean) | | | | ANCOVA | | Significant Student-Neuman-Keuls' comparisons |
|---|---|---|---|---|---|---|---|
| | Controls ($n = 52$) | Depressives ($n = 34$) | DIMS ($n = 45$) | DOES ($n = 17$) | F | p | |
| Subjective sleep quality | 0.35 ± 0.48 (0.40) | 1.88 ± 0.88 (1.92) | 1.96 ± 0.93 (1.91) | 1.06 ± 0.75 (1.02) | 35.9 | 0.0001 | Controls vs. depressives, DIMS, DOES; DOES vs. depressives, DIMS |
| Sleep latency | 0.56 ± 0.73 (0.70) | 1.88 ± 1.15 (1.96) | 1.42 ± 1.01 (1.31) | 0.59 ± 0.87 (0.49) | 15.3 | 0.0001 | Controls vs. depressives, DIMS; DOES vs. depressives, DIMS |
| Sleep duration | 0.29 ± 0.50 (0.31) | 1.71 ± 1.14 (1.74) | 1.51 ± 1.20 (1.46) | 0.47 ± 0.80 (0.46) | 20.4 | 0.0001 | Controls vs. depressives, DIMS; DOES vs. depressives, DIMS |
| Habitual sleep efficiency | 0.10 ± 0.30 (0.11) | 1.59 ± 1.18 (1.63) | 1.47 ± 1.24 (1.41) | 0.29 ± 0.77 (0.30) | 25.2[2] | 0.0001 | Controls vs. depressives, DIMS; DOES vs. depressives, DIMS |
| Sleep disturbances | 1.00 ± 0.40 (0.95) | 1.47 ± 0.51 (1.45) | 1.40 ± 0.62 (1.43) | 1.53 ± 0.72 (1.56) | 8.4 | 0.0001 | Controls vs. depressives, DIMS, DOES |
| Use of sleeping medication | 0.04 ± 0.28 (0.12) | 0.76 ± 1.21 (0.84) | 1.20 ± 1.31 (1.09) | 0.35 ± 1.00 (0.31) | 7.9[2] | 0.0001 | Controls vs. depressives, DIMS; DOES vs. depressives, DIMS |
| Daytime dysfunction | 0.35 ± 0.48 (0.44) | 1.79 ± 0.69 (1.83) | 1.42 ± 0.94 (1.37) | 2.24 ± 0.90 (2.16) | 33.2[3] | 0.0001 | Controls vs. depressives, DIMS, DOES; DOES vs. DIMS |
| PSQI global score | 2.67 ± 1.70 | 11.09 ± 4.31 | 10.38 ± 4.57 | 6.53 ± 2.98 | 45.1[4] | 0.001 | Controls vs. depressives, DIMS, DOES; DOES vs. depressives, DIMS |

1. DIMS = Disorders of Initiating and Maintaining Sleep. DOES = Disorders of Excessive Somnolence.
2. Significant effect of sex as covariate.
3. Significant effect of age as covariate.
4. Significant effect of age and sex as covariates.

201

## Fig. 1. Pittsburgh Sleep Quality Index (PSQI): Mean component score profiles



Depressed patients and patients with Disorders of Initiating and Maintaining Sleep (DIMS) have different components score profiles than do control subjects. Patients with Disorders of Excessive Somnolence (DOES) have a profile more similar to controls, but with expected elevations in subjective sleep quality, sleep disturbances, and daytime dysfunction. Significant group differences for individual components and overall profiles were substantiated with analyses of variance and multiple analyses of covariance (Table 3).

those obtained during polysomnography ($t = 9.98$ and $4.50$, respectively; both $p$'s $< 0.001$). This pattern was true for the total subject pool as well as individual subject groups. Pearson correlations demonstrated no significant positive correlations between PSQI estimates and polysomnographic results, except in sleep latency for the total subject pool ($r = 0.33$, $p < 0.001$) and for the depressive subgroup ($r = 0.37$, $p < 0.02$). Similarly, the global PSQI score was compared with several polysomnographic measures which we selected a priori as being likely to correlate with perceived sleep quality. For all subjects, the global score was weakly correlated only with objective sleep latency ($r = 0.20$, $p < 0.01$). For individual subject groups, the global PSQI score correlated only with REM % in controls ($r = 0.34$, $p < 0.006$) and number of arousals in depressives ($r = 0.47$, $p < 0.002$).

## Discussion

Eighteen months of field testing with the PSQI have demonstrated that (1) subjects and patients find the index easy to use; (2) the seven major components of the index, as well as the 19 individual questions, are internally consistent; (3) the global scores, component scores, and individual question responses are stable across time; (4) the validity of the index is supported by its ability to discriminate patients from controls, and, to a more limited degree, by concurrent polysomnographic findings. We will

34

202

**Fig. 2. Pittsburgh Sleep Quality Index (PSQI) global scores**



PSQI global scores showed different distributions for control subjects, depressed patients, and sleep-disorder patients. A global score cutoff of > 5 correctly identified 88.5% of all controls and patients, yielding a sensitivity of 89.6% and a specificity of 86.5% (Kappa = 0.75, $p < 0.001$).

further discuss the format and clinimetric properties of the PSQI in relation to previous sleep questionnaires in the literature. We will also discuss possible applications for the PSQI in psychiatric clinical practice and research studies.

**Questionnaire Format.** A number of previous studies have reported on the use of self-rated or interviewer-administered sleep-quality questionnaires. In general, these instruments are of three types: habitual (i.e., "usual") sleep questionnaires for population surveys; habitual ("usual") sleep questionnaires for clinical investigations; and postsleep inventories.

The first type of questionnaire is used in epidemiological surveys of habitual or usual sleep habits, sleep difficulties, and sleep quality (e.g., McGhie and Russell,

1962; Karacan et al., 1976, 1983; Bixler et al., 1979; Johnson and Spinweber, 1983; Lugaresi et al., 1983; Welstein et al., 1983; Mellinger et al., 1985). The questions are usually few in number and general in scope, typically focusing on sleep duration, the presence of insomnia, and the use of medications for sleep. Habitual sleep questionnaires have also been used in clinical studies, most often to compare subjective reports with polysomnographic correlates (e.g., Monroe, 1969; Baekeland and Roy, 1971; Mendelson et al., 1984, 1986) or to examine differences between groups of subjects (McGhie, 1966; Beutler et al., 1978; Domino et al., 1984). These questionnaires are often more detailed than those used in large-scale surveys, and they include subjective estimates of sleep quality; however, their main focus is again on quantitative measures. The final type of questionnaire found in the literature is postsleep inventories (e.g., Samuel, 1964; Lewis, 1969; Frankel et al., 1973, 1976; Carskadon et al., 1976; Webb et al., 1976; Parrott and Hindmarch, 1978, 1980; Ellis et al., 1981; Mendelson et al., 1984). These instruments ask a variety of quantitative and qualitative questions about the previous night's sleep. They vary considerably in format, and in the number and type of questions. Postsleep inventories have been used to examine differences between subjective reports and objective polysomnographic findings, to study "good" and "bad" sleep, and to assess medication effects on sleep.

The PSQI has some similarities to these other questionnaires, but also has some important differences. The first comparison is in time interval of assessment. Most habitual sleep questionnaires do not specify a particular time frame, although there are some exceptions to this generalization (e.g., McGhie, 1966; Mendelson et al., 1986). The PSQI assesses a 1-month interval, which, as mentioned above, is clinically and scientifically useful. While postsleep inventories are unambiguous in their assessment of a single night's sleep, they are not as useful for detecting patterns of dysfunction, as noted previously.

A second comparison regards the type of questions included in the questionnaire. The PSQI is similar to many of the habitual sleep questionnaires in the type of questions included, e.g., estimates of sleep latency and duration, and frequency and severity estimates of problems. The PSQI's combination of quantitative and qualitative information is not found, however, in some of the more carefully studied questionnaires, such as those of Domino et al. (1984) and Webb et al. (1976).

The use of "component" scores in the PSQI is also similar to several other questionnaires, which have generated between 4 and 11 "factors" relating to sleep quality (Webb et al., 1976; Beutler et al., 1978; Parrott and Hindmarch, 1978; Domino et al., 1984). One major difference is that other questionnaires have more often included factors concerning mental activity before and during sleep. Another difference is that these other questionnaires have used factor analysis to generate specific factors, while the PSQI components are empirical and clinical in origin, rather than statistical.

A third comparison between the PSQI and other questionnaires regards scoring methods. The PSQI assigns ordinal scores to quantitative and qualitative information, allowing for the generation of component scores and a single global score. Except for McGhie (1966) and Beutler et al. (1978), previous questionnaires

204

do not use numerical scores for components or global scores. In the latter questionnaire, standard scores were determined by transforming the actual values of eight differently weighted "factors," and assigning an arbitrary value of "50" to the control mean. The PSQI global score has the advantages of giving a single overall assessment of sleep quality, being simple to calculate, and allowing for direct comparisons of individual patients or groups.

Finally, the PSQI was designed to assess clinical samples, while most previous questionnaires have been designed to assess normal sleep habits or entire populations. Although some questionnaires have been applied to patients with insomnia diagnosed by ASDC criteria (Mendelson et al., 1984, 1986), most have used patient samples that were not diagnosed according to current sleep disorders or psychiatric nomenclature.

**Clinical Properties: Homogeneity and Consistency.** The Cronbach's $\alpha$ of 0.83 obtained for PSQI components indicates a high degree of internal homogeneity (Feinstein, 1987). In other words, each of the components measures part of a coherent overall construct. Subjective sleep quality (item #6) showed one of the highest component-total correlation coefficients, which further supports this notion. The low component-total correlation coefficient seen for sleep disturbances may be the result of the large number of items that make up this component, as well as the fact that these items may be particularly susceptible to variation between individuals and over time. The sleep disturbance component also showed the least difference between diagnostic groups.

Data about internal homogeneity have been reported for three other sleep questionnaires, each of which used factor-analytic techniques. Domino et al. (1984) reported a factor analysis which yielded seven factors accounting for 71.7% of the total variance in the questionnaire. Cronbach's $\alpha$ was computed for these factors, with a median $\alpha$ of 0.82. Beutler et al. (1978) analyzed their 186-item questionnaire and found eight factors accounting for 59% of the total variance. The number of questions contributing to each factor ranged between 4 and 17. Finally, the postsleep inventory of Webb et al. (1976) had seven factors accounting for 54.5% of the total variance; specific questions with inter-item correlations higher than 0.65 were deliberately excluded. It is difficult to compare the PSQI with these questionnaires, due to differences in time frame of assessment, number of total questions, and subject populations tested. Most important, components of the PSQI were selected on purely clinical grounds, and not on the basis of factor analysis.

Overall consistency (test-retest reliability) of the PSQI was better for the entire subject pool than for any specific group. Of particular interest is the finding that DIMS patients had the highest correlations across time, while the control subjects had the lowest correlations. One possible explanation for the lower stability in the control subjects' scores is their low scores on all components, and particularly medication use. For both control subjects and DIMS patients, component correlations were highest for sleep latency and sleep duration, two "quantitative" variables. Correlation coefficients were lower for daytime dysfunction and sleep quality, two of the more "qualitative" components, as well as for the sleep disturbances component, which may include items that are variable between individuals and across time.

Consistency for the PSQI is lower than that reported by Domino et al. (1984), who administered their questionnaire on two occasions separated by 10 weeks, and found Pearson correlations for the seven factors of their questionnaire ranging from 0.68 to 0.79. However, this sample did not include patients with sleep or psychiatric disorders.

**Clinimetric Properties: Validity.** The identification of "good" and "poor" sleepers for research studies relies on subjective assessments of sleep quality, clinical interviews, and polysomnographic studies. The PSQI provides a standardized, quantitative measure of sleep quality that quickly identifies good and poor sleepers, and compares favorably with the "gold standard" of clinical and laboratory diagnosis. In the current study, good and poor sleepers consisted of healthy control subjects and depressed or sleep-disordered patients. A global PSQI score $> 5$ provided a sensitive and specific measure of poor sleep quality, relative to clinical and laboratory measures. Age and sex did not strongly correlate with PSQI component scores, but they were significant covariates for the global score. Given the differences in mean age and sex ratio between groups (with good sleepers being older than poor sleepers), the current results are likely to underestimate the PSQI's ability to identify good and poor sleepers.

Distinct component score profiles emerged for controls, DOES patients, and DIMS/depressed patients. The PSQI did *not* differentiate DIMS and depressed patients. This is not surprising, since the sleep disturbance of depressives is most often a sleep onset and maintenance insomnia. In fact, the current study lends validity to the classification of depressive sleep disturbance as a DIMS in the ASDC classification.

The PSQI is primarily intended to measure sleep quality and to identify good and bad sleepers, not to provide accurate clinical diagnoses. Nevertheless, responses to specific questions can point the clinician toward areas for further investigation. This is particularly true for the "sleep disturbances" component, which may guide clinical evaluations for specific patients, even though mean scores do not discriminate between groups. Furthermore, a PSQI global score $> 5$ indicates that a subject is having severe difficulties in at least two areas, or moderate difficulties in more than three areas. The global score is therefore "transparent," i.e., it conveys information about the severity of the subject's problem, and the number of problems present, through a single simple measure (Feinstein, 1987).

A number of other studies have also validated their sleep questionnaires by comparing different subject populations. For example, Domino et al. (1984) validated their scale by administering it to patients with and without complaints of sleep disturbance at a family physician's office, and to patients with and without depressive symptoms at a community mental health center. In each case, the patient groups differed significantly on a number of the questionnaire's scales. Beutler et al. (1978) used a stepwise discriminant function analysis to identify self-proclaimed insomniacs and controls. Their discriminant model, including subject age and three of the eight factors in their questionnaire, correctly identified 93% (86/92) of subjects. A separate discriminant analysis correctly identified 86% (37/43) of insomniacs who used or did not use medications. Mendelson et al. (1984, 1986)

206

found statistically significant differences on self-report sleep questionnaires for insomniacs versus controls. McGhie (1966) compared depressed and nondepressed psychiatric patients, and found no differences on the total sleep disturbance scale of his questionnaire. Finally, Webb et al. (1976) found differences between "good" and "bad" sleep episodes, and between high school and elderly subjects, with their postsleep inventory. Like these previous questionnaires, the PSQI separates patients with different diagnoses, but differs in that control subjects and patients in this study were diagnosed according to current research and clinical criteria. In addition, except for Beutler et al. (1978), previous reports have not indicated the sensitivity and specificity of their scales.

A number of other studies have reported on the use of polysomnography to validate subjective sleep reports (e.g., Lewis, 1969; Monroe, 1969; Baekeland and Hoy, 1971; Bixler et al., 1973; Frankel et al., 1973, 1976; Carskadon et al., 1976; Mendelson et al., 1984, 1986; Hoch et al., 1987). Several consistent findings emerge from these reports. First, subjects with and without insomnia are not "accurate" in their subjective report of variables such as sleep latency, sleep duration, and number of arousals. However, while control subjects tend to overestimate their ability to sleep, insomniacs tend to underestimate it, perhaps because they misperceive the experience of being asleep (W. Mendelson, personal communication, April 15, 1988). Second, while subjective estimates and objective measures of sleep differ in actual amount, they are often strongly and positively correlated. Finally, postsleep questionnaires yield more accurate subjective estimates that are more strongly correlated with polysomnographic findings. The current findings using the PSQI did not replicate these general findings, as PSQI responses were not found to correlate with polysomnographic measures. It is not surprising that subjects differed in subjective and polysomnographic variables, since the PSQI asks for a global estimate spanning 1 month, and is not sensitive to daily variability.

**Applications.** The PSQI's simplicity and its ability to identify different groups of patients suggest several clinical and research applications in psychiatry and general medical settings. Most fundamentally, it may be used as a simple screening measure to identify cases and controls, or "good" and "poor" sleepers. In a general clinical setting, the PSQI could be used to screen patients for the presence of significant sleep disturbance. In psychiatric settings, the PSQI may identify patients who are likely to have a sleep disturbance concomitant with their psychiatric symptoms. In addition, it may direct the clinican to specific areas of dysfunction that require further investigation. The PSQI could also be used in clinical research and epidemiological studies to identify groups that differ in the quality of their sleep.

The PSQI may also have several longitudinal applications in clinical practice and research. For example, it could be used to examine the course and natural history of sleep/wake disorders. It could also be used to monitor the progression of sleep disturbances and their interaction with other symptoms during the course of psychiatric illnesses such as depression. Rodin et al. (1988) recently published one of the few studies to examine the interaction between depressive symptoms and sleep disturbance longitudinally. The PSQI may be helpful in future studies of this type, providing more detailed information about types and severity of sleep disturbances

over time. Further, the PSQI could be useful in studying the relation between sleep quality and other variables, such as age, gender, health status, medical and psychiatric conditions, and performance on other psychological variables. Finally, the PSQI could be used to examine the longitudinal effects of specific therapeutic interventions for psychiatric disorders or sleep disorders. For example, sleep quality could be monitored during maintenance treatment of depression with medications or psychotherapy. Used in this way, the PSQI might also detect relapses heralded by the onset or reemergence of sleep disturbance.

**Acknowledgment.** This research was supported in part by NIMH grants MH-37869 (C.F.R.), MH-00295 (C.F.R.), MH-40023 (C.F.R.), MH-30915 (D.J.K.), and AG-06836 (T.H.M and C.F.R.).

## References

American Psychiatric Association. *DSM-III: Diagnostic and Statistical Manual of Mental Disorders.* 3rd ed. Washington, DC: APA, 1980.

Association of Sleep Disorders Centers. "Diagnostic Classification of Sleep and Arousal Disorders." 1st ed. (Prepared by the Sleep Disorders Classification Committee, H.P. Roffwarg, Chairman) *Sleep,* Vol. 2, No. 1, 1979.

Baekeland, F., and Hoy, P. Reported vs. recorded sleep characteristics. *Archives of General Psychiatry,* 24:548-551, 1971.

Beutler, L.E.; Thornby, J.I.; and Karacan, I. Psychological variables in the diagnosis of insomnia. In: Williams, R.L., and Karacan, I., eds. *Sleep Disorders: Diagnosis and Treatment.* New York: John Wiley & Sons, 1978. pp. 61-100.

Bixler, E.O.; Kales, A.; Soldatos, C.R.; Kales, J.D.; and Healey, S. Prevalence of sleep disorders in the Los Angeles Metropolitan area. *American Journal of Psychiatry,* 136:1257-1262, 1979.

Carskadon, M.A.; Dement, W.C.; Mitler, M.M.; Guilleminault, C.; Zarcone, V.P.; and Spiegel, R. Self-reports versus sleep laboratory findings in 122 drug-free subjects with complaints of chronic insomnia. *Archives of General Psychiatry,* 133:1382-1388, 1976.

Coleman, R.M. Diagnosis, treatment, and follow-up of about 8,000 sleep/wake disorder patients. In: Guilleminault, C., and Lugaresi, E., eds. *Sleep/Wake Disorders: Natural History, Epidemiology, and Long-Term Evolution.* New York: Raven Press, 1983. pp. 87-97.

Consensus conference: Drugs and insomnia, the use of medications to promote sleep. *Journal of the American Medical Association,* 251:2410-2414, 1984.

Cronbach, L.J. Coefficient alpha and the internal structure of tests. *Psychometrika,* 16:297-334, 1951.

Domino, G.; Blair, G.; and Bridges, A. Subjective assessment of sleep by sleep questionnaire. *Perceptual and Motor Skills,* 59:163-170, 1984.

Ellis, B.W.; Johns, M.W.; Lancaster, R.; Raptopoulos, P.; Angelopoulos, N.; and Priest, R.G. Short report: The St. Mary's Hospital Sleep Questionnaire: A study of reliability. *Sleep,* 4:93-97, 1981.

Endicott, J., and Spitzer, R.L. A diagnostic interview: Schedule for Affective Disorders and Schizophrenia. *Archives of General Psychiatry,* 35:837-844, 1978.

Feinstein, A.R. *Clinimetrics.* New Haven, CT: Yale University Press, 1987.

Frankel, B.L.; Buchbinder, R.; and Snyder, F. Ineffectiveness of electrosleep in chronic primary insomnia. *Archives of General Psychiatry,* 29:563-568, 1973.

Frankel, B.L.; Coursey, R.D.; Buchbinder, R.; and Snyder, F. Recorded and reported sleep in chronic primary insomnia. *Archives of General Psychiatry,* 33:615-623, 1976.

Hamilton, M. A rating scale for depression. *Journal of Neurology, Neurosurgery, and Psychiatry,* 23:56-62, 1960.

208

Hoch, C.C.; Reynolds, C.F. III; Kupfer, D.J.; Berman, S.R.; Houck, P.R.; and Stack, J.A. Empirical note: Self-report versus recorded sleep in healthy seniors. *Psychophysiology*, 24:293-299, 1987.

Jacobs, E.A.; Reynolds, C.F. III; Kupfer, D.J.; Lovin, P.A.; and Ehrenpreis, A.B. The role of polysomnography in the differential diagnosis of chronic insomnia. *American Journal of Psychiatry*, 145:346-349, 1988.

Johnson, L.C., and Spinweber, C.L. Quality of sleep and performance in the Navy: A longitudinal study of good and poor sleepers. In: Guilleminault, C., and Lugaresi, E., eds. *Sleep/Wake Disorders: Natural History, Epidemiology, and Long-Term Evolution*. New York: Raven Press, 1983. pp. 13-28.

Karacan, I.; Thornby, J.I.; Anch, M.; Holzler, C.E.; Warheit, G.J.; Schivab, J.J.; and Williams, R.L. Prevalance of sleep disturbances in a primarily urban Florida county. *Social Science & Medicine*, 10:239-244, 1976.

Karacan, I.; Thornby, J.I.; and Williams, R.L. Sleep disturbance: A community survey. In: Guilleminault, C., and Lugaresi, E., eds. *Sleep/Wake Disorders: Natural History, Epidemiology, and Long-Term Evolution*. New York: Raven Press, 1983. pp. 37-60.

Kripke, D.F.; Simons, R.N.; Garfinkiel, L.; and Hammond, E.C. Short and long sleep and sleeping pills: Is increased mortality associated? *Archives of General Psychiatry*, 36:103-116, 1979.

Lewis, S.A. Subjective estimates of sleep: An EEG evaluation. *British Journal of Psychology*, 60:203-209, 1969.

Lugaresi, E.; Cirignotta, F.; Zucconi, M.; Mandini, S.; Lenzi, P.L.; and Coccagna, G. Good and poor sleepers: An epidemiological survey of the San Marion population. In: Guilleminault, C., and Lugaresi, E., eds. *Sleep/Wake Disorders: Natural History, Epidemiology, and Long-Term Evolution*. New York: Raven Press, 1983. pp. 1-12.

McGhie, A. The subjective assessment of sleep patterns in psychiatric illness. *British Journal of Medical Psychology*, 39:221-230, 1966.

McGhie, A., and Russell, S.M. The subjective assessment of normal sleep patterns. *Journal of Mental Science*, 108:642-654, 1962.

Mellinger, G.D.; Balter, M.B.; and Uhlenhuth, E.H. Insomnia and its treatment: Prevalence and correlates. *Archives of General Psychiatry*, 42:225-232, 1985.

Mendelson, W.B.; Garnett, D.; Gillin, J.C.; and Weingartner, H. The experience of insomnia and daytime and nighttime functioning. *Psychiatry Research*, 12:235-250, 1984.

Mendelson, W.B.; James, S.P.; Garnett, D.; Sack, D.A.; and Rosenthal, N.E. A psychophysiological study of insomnia. *Psychiatry Research*, 19:267-284, 1986.

Monroe, L.J. Psychological and physiological differences between good and poor sleepers. *Journal of Abnormal Psychology*, 72:255-264, 1969.

Parrott, A.C., and Hindmarch, I. Factor analysis of a sleep evaluation questionnaire. *Psychological Medicine*, 8:325-329, 1978.

Parrott, A.C., and Hindmarch, I. The Leeds Sleep Evaluation Questionnaire in psychopharmacological investigations—A review. *Psychopharmacology*, 71:173-179, 1980.

Rechtschaffen, A., and Kales, A., eds.; Berger, R.J.; Dement, W.C.; Jacobson, A.; Johnson, L.C.; Jouvet, M.; Monroe, L.J.; Oswald, I.; Roffwarg, H.P.; Roth, B.; and Walter, R.D. *A Manual of Standardized Terminology, Techniques and Scoring System for Sleep Stages of Human Subjects*. Washington, DC: Superintendent of Documents, U.S. Government Printing Office, 1968.

Rodin, J.; McAvay, G.; and Timko, C. A longitudinal study of depressed mood and sleep disturbances in elderly adults. *Journal of Gerontology: Psychological Sciences*, 43:45-53, 1988.

Samuel, J.G. Sleep disturbances in depressed patients: Objective and subjective measures. *British Journal of Psychiatry*, 110:711-719, 1964.

Spitzer, R.L.; Endicott, J.; and Robins, E. Research Diagnostic Criteria: Rationale and reliability. *Archives of General Psychiatry*, 35:773-782, 1978.

Webb, W.B.; Bonnet, M.; and Blume, G. A post-sleep inventory. *Perceptual and Motor Skills*, 43:987-993, 1976.

209

Welstein, L.; Dement, W.C.; Redington, D.; and Guilleminault, C. Insomnia in the San
Francisco Bay Area: A telephone survey. *Sleep/Wake Disorders: Natural History,
Epidemiology, and Long-Term Evolution.* New York: Raven Press, 1983. pp. 73-85.

## Appendix. Pittsburgh Sleep Quality Index (PSQI)

Name_____ ID #_____ Date_____ Age_____

**Instructions:**

The following questions relate to your usual sleep habits during the past month *only*. Your answers
should indicate the most accurate reply for the *majority* of days and nights in the past month.
Please answer all questions.

1. During the past month, when have you usually gone to bed at night?
   USUAL BED TIME _____

2. During the past month, how long (in minutes) has it usually take you to fall asleep each night?
   NUMBER OF MINUTES _____

3. During the past month, when have you usually gotten up in the morning?
   USUAL GETTING UP TIME _____

4. During the past month, how many hours of *actual sleep* did you get at night? (This may be different
   than the number of hours you spend in bed.)
   HOURS OF SLEEP PER NIGHT _____

For each of the remaining questions, check the one best response. Please answer *all* questions.

5. During the past month, how often have you had trouble sleeping because you...

(a) Cannot get to sleep within 30 minutes

| Not during the past month _____ | Less than once a week _____ | Once or twice a week _____ | Three or more times a week _____ |
|---|---|---|---|

(b) Wake up in the middle of the night or early morning

| Not during the past month _____ | Less than once a week _____ | Once or twice a week _____ | Three or more times a week _____ |
|---|---|---|---|

(c) Have to get up to use the bathroom

| Not during the past month _____ | Less than once a week _____ | Once or twice a week _____ | Three or more times a week _____ |
|---|---|---|---|

(d) Cannot breathe comfortably

| Not during the past month _____ | Less than once a week _____ | Once or twice a week _____ | Three or more times a week _____ |
|---|---|---|---|

(e) Cough or snore loudly

| Not during the past month _____ | Less than once a week _____ | Once or twice a week _____ | Three or more times a week _____ |
|---|---|---|---|

(f) Feel too cold

| Not during the past month _____ | Less than once a week _____ | Once or twice a week _____ | Three or more times a week _____ |
|---|---|---|---|

(g) Feel too hot

| Not during the past month _____ | Less than once a week _____ | Once or twice a week _____ | Three or more times a week _____ |
|---|---|---|---|

(h) Had bad dreams

| Not during the past month _____ | Less than once a week _____ | Once or twice a week _____ | Three or more times a week _____ |
|---|---|---|---|

(i) Have pain

| Not during the past month _____ | Less than once a week _____ | Once or twice a week _____ | Three or more times a week _____ |
|---|---|---|---|

210

(j) Other reason(s), please describe _____

_____

How often during the past month have you had trouble sleeping because of this?

| Not during the past month _____ | Less than once a week _____ | Once or twice a week _____ | Three or more times a week _____ |

6. During the past month, how would you rate your sleep quality overall?

Very good _____
Fairly good _____
Fairly bad _____
Very bad _____

7. During the past month, how often have you taken medicine (prescribed or "over the counter") to help you sleep?

| Not during the past month _____ | Less than once a week _____ | Once or twice a week _____ | Three or more times a week _____ |

8. During the past month, how often have you had trouble staying awake while driving, eating meals, or engaging in social activity?

| Not during the past month _____ | Less than once a week _____ | Once or twice a week _____ | Three or more times a week _____ |

9. During the past month, how much of a problem has it been for you to keep up enough enthusiasm to get things done?

No problem at all _____
Only a very slight problem _____
Somewhat of a problem _____
A very big problem _____

10. Do you have a bed partner or roommate?

No bed partner or roommate
Partner/roommate in other room _____
Partner in same room, but not same bed _____
Partner in same bed _____

If you have a roommate or bed partner, ask him/her how often in the past month you have had...

(a) Loud snoring

| Not during the past month _____ | Less than once a week _____ | Once or twice a week _____ | Three or more times a week _____ |

(b) Long pauses between breaths while asleep

| Not during the past month _____ | Less than once a week _____ | Once or twice a week _____ | Three or more times a week _____ |

(c) Legs twitching or jerking while you sleep

| Not during the past month _____ | Less than once a week _____ | Once or twice a week _____ | Three or more times a week _____ |

(d) Episodes of disorientation or confusion during sleep

| Not during the past month _____ | Less than once a week _____ | Once or twice a week _____ | Three or more times a week _____ |

(e) Other restlessness while you sleep; please describe _____

_____

| Not during the past month _____ | Less than once a week _____ | Once or twice a week _____ | Three or more times a week _____ |

211

## Scoring Instructions for the Pittsburgh Sleep Quality Index

The Pittsburgh Sleep Quality Index (PSQI) contains 19 self-rated questions and 5 questions rated by the
bed partner or roommate (if one is available). Only self-rated questions are included in the scoring. The
19 self-rated items are combined to form seven "component" scores, each of which has a range of 0-3
points. In all cases, a score of "0" indicates no difficulty, while a score of "3" indicates severe difficulty.
The seven component scores are then added to yield one "global" score, with a range of 0-21 points,
"0" indicating no difficulty and "21" indicating severe difficulties in all areas.
  Scoring proceeds as follows:

### Component 1: Subjective sleep quality

Examine question #6, and assign scores as follows:

| Response | Component 1 score |
|----------|-------------------|
| "Very good" | 0 |
| "Fairly good" | 1 |
| "Fairly bad" | 2 |
| "Very bad" | 3 |

Component 1 score: _____

### Component 2: Sleep latency

1. Examine question #2, and assign scores as follows:

| Response | Score |
|----------|-------|
| ≤ 15 minutes | 0 |
| 16-30 minutes | 1 |
| 31-60 minutes | 2 |
| > 60 minutes | 3 |

Question #2 score: _____

2. Examine question #5a, and assign scores as follows:

| Response | Score |
|----------|-------|
| Not during the past month | 0 |
| Less than once a week | 1 |
| Once or twice a week | 2 |
| Three or more times a week | 3 |

Question #5a score: _____

3. Add #2 score and #5a score

Sum of #2 and #5a: _____

4. Assign component 2 score as follows:

| Sum of #2 and #5a | Component 2 score |
|-------------------|-------------------|
| 0 | 0 |
| 1-2 | 1 |
| 3-4 | 2 |
| 5-6 | 3 |

Component 2 score: _____

### Component 3: Sleep duration

Examine question #4, and assign scores as follows:

| Response | Component 3 score |
|----------|-------------------|
| > 7 hours | 0 |
| 6-7 hours | 1 |
| 5-6 hours | 2 |
| < 5 hours | 3 |

Component 3 score: _____

212

**Component 4: Habitual sleep efficiency**

(1) Write the number of hours slept (question # 4) here: _____

(2) Calculate the number of hours spent in bed:

        Getting up time (question # 3): _____

      − Bedtime (question # 1): _____  _____

        Number of hours spent in bed: _____

(3) Calculate habitual sleep efficiency as follows:

(Number of hours slept/Number of hours spent in bed) × 100 = Habitual sleep efficiency (%)

(_____/_____) × 100 = _____ ____%

(4) Assign component 4 score as follows:

| Habitual sleep efficiency % | Component 4 score |
|---|---|
| > 85% | 0 |
| 75-84% | 1 |
| 65-74% | 2 |
| < 65% | 3 |

Component 4 score: _____

**Component 5: Sleep disturbances**

(1) Examine questions # 5b-5j, and assign scores for *each* question as follows:

| Response | Score |
|---|---|
| Not during the past month | 0 |
| Less than once a week | 1 |
| Once or twice a week | 2 |
| Three or more times a week | 3 |

    #5b score _____

    c score _____

    d score _____

    e score _____

    f score _____

    g score _____

    h score _____

    i score _____

    j score _____

(2) Add the scores for questions # 5b-5j:

    Sum of # 5b-5j: _____

(3) Assign component 5 score as follows:

| Sum of # 5b-5j | Component 5 score |
|---|---|
| 0 | 0 |
| 1-9 | 1 |
| 10-18 | 2 |
| 19-27 | 3 |

Component 5 score: _____

**Component 6: Use of sleeping medication**

Examine question # 7 and assign scores as follows:

| Response | Component 6 score |
|---|---|
| Not during the past month | 0 |
| Less than once a week | 1 |
| Once or twice a week | 2 |
| Three or more times a week | 3 |

Component 6 score: _____

213

**Component 7: Daytime dysfunction**
(1) Examine question # 8, and assign scores as follows:

| Response | Score |
| --- | --- |
| Never | 0 |
| Once or twice | 1 |
| Once or twice each week | 2 |
| Three or more times each week | 3 |

Question # 8 score: _____

(2) Examine question # 9, and assign scores as follows:

| Response | Score |
| --- | --- |
| No problem at all | 0 |
| Only a very slight problem | 1 |
| Somewhat of a problem | 2 |
| A very big problem | 3 |

Question # 9 score: _____

(3) Add the scores for question # 8 and # 9:

Sum of #8 and #9: _____

(4) Assign component 7 score as follows:

| Sum of # 8 and #9 | Component 7 score |
| --- | --- |
| 0 | 0 |
| 1-2 | 1 |
| 3-4 | 2 |
| 5-6 | 3 |

Component 7 score: _____

**Global PSQI Score**
    Add the seven component scores together:

Global PSQI Score: _____

BEST COPY AVAILABLE

# A Double-Blind Placebo-Controlled Study of Lamotrigine Monotherapy in Outpatients With Bipolar I Depression

Joseph R. Calabrese, M.D.; Charles L. Bowden, M.D.;
Gary S. Sachs, M.D.; John A. Ascher, M.D.; Eileen Monaghan;
and G. David Rudd, M.S., Pharm.D., for the Lamictal 602 Study Group

***Background:*** More treatment options for bipolar depression are needed. Currently available antidepressants may increase the risk of mania and rapid cycling, and mood stabilizers appear to be less effective in treating depression than mania. Preliminary data suggest that lamotrigine, an established antiepileptic drug, may be effective for both the depression and mania associated with bipolar disorder. This is the first controlled multicenter study evaluating lamotrigine monotherapy in the treatment of bipolar I depression.

***Method:*** Outpatients with bipolar I disorder experiencing a major depressive episode (DSM-IV, N = 195) received lamotrigine (50 or 200 mg/day) or placebo as monotherapy for 7 weeks. Psychiatric evaluations, including the Hamilton Rating Scale for Depression (HAM-D), the Montgomery-Asberg Depression Rating Scale (MADRS), Mania Rating Scale, and the Clinical Global Impressions scale for Severity (CGI-S) and Improvement (CGI-I) were completed at each weekly visit.

***Results:*** Lamotrigine 200 mg/day demonstrated significant antidepressant efficacy on the 17-item HAM-D, HAM-D Item 1, MADRS, CGI-S, and CGI-I compared with placebo. Improvements were seen as early as week 3. Lamotrigine 50 mg/day also demonstrated efficacy compared with placebo on several measures. The proportions of patients exhibiting a response on CGI-I were 51%, 41%, and 26% for lamotrigine 200 mg/day, lamotrigine 50 mg/day, and placebo groups, respectively. Adverse events and other safety results were similar across treatment groups, except for a higher rate of headache in the lamotrigine groups.

***Conclusion:*** Lamotrigine monotherapy is an effective and well-tolerated treatment for bipolar depression.

*(J Clin Psychiatry 1999;60:79–88)*

*Received June 18, 1998; accepted Oct. 22, 1998. From Case Western Reserve University, Cleveland, Ohio (Dr. Calabrese); the University of Texas Health Science Center, San Antonio (Dr. Bowden); Massachusetts General Hospital, Boston (Dr. Sachs); and Glaxo Wellcome Research and Development, Research Triangle Park, N.C. (Dr. Ascher, Ms. Monaghan, and Dr. Rudd).*

*A complete list of the members of the Lamictal Study 602 Group is given at the end of this article.*

*Supported by a grant from Glaxo Wellcome Research and Development, Research Triangle Park, N.C.*

*These data were presented in part at the 151st annual meeting of the American Psychiatric Association, May 30–June 5, 1998, Toronto, Ontario, Canada.*

*The authors thank Carolyn Bolden-Watson, Ph.D., and Derek Stubbs, Ph.D., for contributions to the design and conduct of the trial; Donna Babiar, Annette Daves, Jennifer Egan, and David Preston, D.V.M., for contributions to the conduct of the trial; Russell Huffman, Ph.D., for contributions to the conduct and data review of the trial; Chai-Ni Chang for statistical analysis of the data; and Gary Evoniuk, Ph.D., and Elizabeth Field, Ph.D., for editorial assistance with the manuscript.*

*Reprint requests to: Joseph R. Calabrese, M.D., 11400 Euclid Ave., Suite 200, Cleveland, OH 44106.*

**M**ore effective treatments for the depressive episodes of bipolar disorder are needed. Currently available mood stabilizers, including lithium, are effective in the treatment of mania but appear to be less effective in the treatment of bipolar depression.[1] The adjunctive use of antidepressant medications is common, but this practice can put patients with bipolar disorder at increased risk for the development of hypomania, mania, or cycle acceleration.[2] During the development of the antiepileptic compound lamotrigine, the drug was observed to improve mood, alertness, and social interactions in some patients.[3] These early observations in patients with epilepsy stimulated interest in the evaluation of lamotrigine as an antidepressant and mood stabilizer. Open-label clinical reports involving over 200 patients suggest that lamotrigine may possess a broad spectrum of mood stabilizing efficacy in bipolar I and II disorder when given as adjunct treatment or as monotherapy.[4–18]

A series of controlled studies has been initiated to evaluate the efficacy and safety of lamotrigine in the various phases of bipolar I and II disorder. This report presents data from the first study in this series, which compared 2 doses of lamotrigine with placebo in the treatment

GRADUATE PRESS, INC. © COPYRIGHT 1999 PHYSICIANS POSTGRADUATE PRESS, INC.