Calabrese et al.

of a major depressive episode in patients with bipolar I disorder.

## METHOD

### Patients

Men and women at least 18 years of age were eligible for the study if they were diagnosed with bipolar I disorder, as defined by DSM-IV criteria, and had at least 2 previous mood episodes during the past 10 years, at least 1 of which was a manic or mixed episode. The diagnosis was confirmed by the Structural Clinical Interview for DSM-IV. Eligible patients were currently experiencing a major depressive episode with a duration ≥ 2 weeks but ≤ 12 months. A minimum score of 18 on the 17-item Hamilton Rating Scale for Depression (HAM-D)[19,20] was required at study entry. Patients with rapid-cycling bipolar disorder; abnormal thyroid function tests; a diagnosis of or treatment for panic disorder, obsessive-compulsive disorder, social phobia, or bulimia nervosa in the previous 12 months; a history of substance dependence (previous year) or abuse (previous month) or with a positive toxicological screen; a chronic cardiac, renal, or hepatic condition or an unstable medical condition; or epilepsy were excluded. Pregnant or lactating women and patients who were actively suicidal were also excluded. Patients with worsening of psychiatric status such that symptoms constituted a danger to them or to others were to be discontinued. Patients must have discontinued any psychoactive drug within a time equal to 5 elimination half-lives prior to randomization.

### Study Design and Procedures

This randomized, double-blind, parallel-group, multi-center study (Glaxo Wellcome Protocol 105-602) was conducted to compare the efficacy and safety of lamotrigine monotherapy and placebo in the treatment of bipolar I depression. Careful consideration was given to the use of placebo in this trial. Institutional review board (United States) and ethics committee (outside the United States) approvals were obtained, and patients provided written, informed consent. After screening and baseline assessments confirmed that entry criteria were met, equivalent numbers of patients were randomly assigned to treatment with a target dose of either lamotrigine 50 mg/day (25 mg b.i.d., N = 66), lamotrigine 200 mg/day (100 mg b.i.d., N = 63), or placebo tablets (b.i.d., N = 66) (Figure 1). To balance the effects of recent use of lithium, randomization was stratified according to intensity of treatment with lithium (presence or absence of plasma levels of ≥ 0.4 mmol/L or dosing of ≥ 600 mg/day for ≥ 1 month) during the 5 months preceding study entry.

Patients randomly assigned to lamotrigine 50 or lamotrigine 200 mg/day received active lamotrigine as 25-mg chewable, dispersible tablets. The lamotrigine dose was



**Figure 1. Flow Diagram of Study Design and Dose Escalation Schedule**

escalated according to the following schedule to reach a target of 50 mg/day (weeks 1–2, 25 mg q.d.; weeks 3–7, 25 mg b.i.d.) or 200 mg/day (weeks 1–2, 25 mg q.d.; week 3, 25 mg b.i.d.; week 4, 50 mg b.i.d.; weeks 5–7, 100 mg b.i.d.) as shown in Figure 1. Placebo tablets were identical in appearance to the active drug. The number of placebo tablets was adjusted at each week and for each lamotrigine dose so that the total number of tablets administered per day (lamotrigine plus placebo) was always 8. Patients were provided with blister cards containing each week's medication. Compliance with the prescribed dosing regimen was determined by returned tablet counts at each treatment visit. The only other psychoactive drugs permitted were chloral hydrate, lorazepam, temazepam, or oxazepam as needed for control of agitation, insomnia, and hostile behaviors during the first 3 weeks of the treatment phase.

Clinic visits were conducted at screening (within 14 days prior to treatment), baseline (the day prior to the start of treatment), on the fourth day of treatment, and the end of every week for the 7-week duration of treatment. At the screening visit, patients underwent the following assessments: demographic characteristics, a modified version of the Structured Clinical Interview for DSM-IV (SCID),[21] psychiatric history (including age at onset of affective symptoms), physical examination, skin rash history, clinical laboratory tests (including thyroid function tests), urinalysis, urine screen for illicit drugs, electrocardiogram, and psychiatric rating scales including the HAM-D, the Montgomery-Asberg Depression Rating Scale (MADRS),[22] the Mania Rating Scale (first 11 items from the Schedule for Affective Disorders and Schizophrenia, Change Version; MRS),[23] and the Clinical Global Impressions scale for Severity (CGI-S).[24] At the baseline visit and each treatment visit, the following assessments were completed: HAM-D, MADRS, MRS, CGI-S, and Clinical Global Impressions scale for Improvement (CGI-I, day 4 onward)[24]; adverse event assessment by standardized verbal probe; and record of study and other

© COPYRIGHT 1999 PHYSICIANS POSTGRADUATE PRESS, INC. © COPYRIGHT 1999 PHYSICIANS POSTGRADUATE PRESS, INC.
J Clin Psychiatry 60:2, February 1999

BEST COPY AVAILABLE

Lamotrigine in Bipolar I Depression

Table 1. Patient Disposition

| Event | Placebo N | Placebo % | Lamotrigine 50 mg/day N | Lamotrigine 50 mg/day % | Lamotrigine 200 mg/day N | Lamotrigine 200 mg/day % |
|---|---|---|---|---|---|---|
| Randomized | 66 | | 66 | | 63 | |
| Withdrawn prematurely | 19 | 29 | 23 | 35 | 18 | 29 |
| Adverse event | 10 | 15 | 12 | 18 | 10 | 16 |
| Death | 1 | 2 | 0 | 0 | 0 | 0 |
| Inadequate response | 2 | 3 | 0 | 0 | 1 | 2 |
| Protocol violation | 1 | 2 | 1 | 2 | 2 | 3 |
| Other | 5 | 8 | 10 | 15 | 5 | 8 |
| Completed | 47 | 71 | 43 | 65 | 45 | 71 |
| Received ≥ 1 dose of study drug (safety population) | 65 | | 66 | | 63 | |
| Had baseline and ≥ 1 post-randomization assessment (efficacy population) | 65 | | 64 | | 63 | |

medications. The investigators' reports of clinically significant manifestations of manic, hypomanic, or mixed episodes were recorded as adverse events whether or not they met full DSM-IV criteria. Patients who developed a rash were withdrawn unless the rash was clearly unrelated to use of the study drug. At the last treatment visit (day 50 or discontinuation), patients were given physical examinations and clinical laboratory tests.

Blood samples for determination of trough lamotrigine plasma concentrations were drawn at screening, 2 and 4 weeks after the start of treatment, and at the last treatment visit (day 50 or discontinuation). The potential correlation between plasma concentrations and response will be the subject of a future report.

Patients who completed this 7-week study could elect to enter a 1-year open-label continuation study. Patients who withdrew prematurely or chose not to enter the continuation study discontinued lamotrigine dosing without taper. They returned 2 weeks after study treatment for a follow-up visit with psychiatric assessments and reporting of adverse events and concomitant medications. Patients who elected to participate in the continuation trial were initiated (placebo patients) or continued (lamotrigine patients) on lamotrigine treatment during a blinded transition period.

**Data Analysis**

*Efficacy.* The study was powered to detect a 5.0-point difference between lamotrigine and placebo on 17-item HAM-D change from baseline scores, estimating mean ± SD placebo change from baseline scores of $6.0 \pm 7.0$, a 2-sided alpha level of .05, and a power of 0.90. Based on these assumptions, approximately 60 patients were enrolled to provide 40 completed patients per treatment group. All patients who completed baseline assessments and at least 1 postrandomization efficacy assessment were included in the efficacy analyses. In addition to analysis of observed data at each time point, efficacy variables were assessed using last-observation-

carried-forward (LOCF) scores. CGI-I scores and change from baseline scores for the other overall efficacy scales (17-item HAM-D, 31-item HAM-D, HAM-D item 1, MADRS, MRS, and CGI-S) were tested for treatment group differences at each week using analysis of variance (ANOVA). Significant differences in change scores were determined for each visit using a 2-tailed comparison alpha level of .05. In addition, a responder analysis was performed on the last observed 17-item HAM-D, MADRS, and CGI-I scores comparing the rate of response among treatment groups by a stratum-adjusted Cochran-Mantel-Haenszel chi-square analysis. A response was categorically defined as 50% or more reduction on the 17-item HAM-D or MADRS scales or a rating of very much improved or much improved on the CGI-I scale.

*Medication compliance.* All patients who received at least 1 dose of study medication and had dosing records were included in the compliance analyses. Medication compliance during the 50-day treatment phase was assessed from compliance records (tablets taken/tablets prescribed), and the percentage of patients with greater than 70% compliance was calculated.

*Safety.* All patients who received at least 1 dose of study drug were included in the safety analysis. The incidence of patients reporting a treatment-emergent adverse event (one emerging or worsening after beginning study drug treatment) was summarized. To compare the incidence of adverse events between treatment groups, 95% confidence intervals were determined. For clinical laboratory tests and vital signs, all patients with clinically significant changes, i.e., values or changes from baseline outside predetermined ranges, were listed.

## RESULTS

**Sample Composition**

One hundred ninety-five patients (66 placebo, 66 lamotrigine 50 mg/day, and 63 lamotrigine 200 mg/day) were randomized to treatment at 15 centers in the United States and 6 centers in the United Kingdom, France, and Australia. Approximately 30% of the patients withdrew prematurely from the trial, most frequently for adverse events or other reasons (e.g., lost to follow-up or withdrawn consent, Table 1). Four patients were withdrawn for protocol violations (noncompliance with scheduled visits in 3 cases and continued use of disallowed psychotropic medications in the other). The rate of withdrawals and completions and the specific reasons for withdrawal were similar across the 3 treatment groups. All patients but one on placebo (who was immediately lost to follow-up and had no record of study drug administration) were included in the safety analyses. The 192 patients who received at least 1 dose of study medication and completed the baseline and at least 1 postrandomization assessment were included in the efficacy analyses.

BEST COPY AVAILABLE

Calabrese et al.

**Table 2. Patient Characteristics[a]**

| Characteristic | Placebo (N = 66) | Lamotrigine 50 mg/day (N = 66) | Lamotrigine 200 mg/day (N = 63) |
|---|---|---|---|
| Sex, N (%) | | | |
| Male | 27 (41) | 22 (33) | 28 (44) |
| Female | 39 (59) | 44 (67) | 35 (56) |
| Age, y | | | |
| Mean | 42 | 41 | 42 |
| Range | 21–71 | 19–75 | 21–66 |
| Age at onset of affective symptoms, y | | | |
| Mean | 21 | 22 | 21 |
| Range | 5–50 | 4–68 | 6–53 |
| No. mood episodes in last 12 mo per patient, mean ± SD | 2.2 ± 0.8 | 2.2 ± 0.8 | 2.2 ± 0.9 |
| No. mood episodes in lifetime per patient,[b] mean ± SD | 17.4 ± 16.0 | 17.2 ± 18.1 | 15.9 ± 16.1 |
| Duration of current episode, N (%) | | | |
| 2–8 wk | 19 (29) | 26 (39) | 23 (37) |
| > 8–24 wk | 28 (42) | 29 (44) | 26 (41) |
| > 24 wk | 19 (29) | 11 (17) | 14 (22) |
| Intensity of depression,[c] N (%) | | | |
| Mild | 0 (0) | 3 (5) | 2 (3) |
| Moderate | 40 (61) | 38 (58) | 34 (54) |
| Severe | 23 (35) | 23 (35) | 24 (38) |
| Severe with psychosis | 3 (5) | 2 (3) | 3 (5) |
| CGI-S score at baseline, N (%) | | | |
| Normal | 0 (0) | 0 (0) | 0 (0) |
| Borderline mentally ill | 0 (0) | 0 (0) | 0 (0) |
| Mildly ill | 1 (2) | 2 (3) | 6 (10) |
| Moderately ill | 43 (65) | 42 (64) | 32 (51) |
| Markedly ill | 15 (28) | 15 (23) | 19 (30) |
| Severely ill | 7 (11) | 7 (11) | 6 (10) |
| Extremely ill | 0 (0) | 0 (0) | 0 (0) |
| Melancholic features, N (%) | 33 (50) | 26 (39) | 25 (40) |
| Prior hospitalization for mood episode, N (%) | 41 (62) | 29 (44) | 32 (51) |
| Prior suicide attempts, N (%) | 24 (36) | 21 (32) | 20 (32) |
| Lithium use in last 5 mo according to study criteria,[d] N (%) | 15 (23) | 15 (23) | 12 (19) |

[a]Abbreviation: CGI-S = Clinical Global Impressions scale for Severity.
[b]Excluding patients with episodes too numerous to count.
[c]Based on Structured Clinical Interview for DSM-IV.
[d]Plasma levels ≥ 0.4 mmol/L or dosing of ≥ 600 mg/day for ≥ 1 month.

**Table 3. Previous Treatment for Bipolar Disorder (N = 178)**

| Treatment | Patients With Prior Treatment[a] | Responders[b] (%) | Intolerant[b] (%) |
|---|---|---|---|
| Antidepressants | 85 | 52 | 73 |
| Lithium | 65 | 59 | 34 |
| Valproate | 37 | 45 | 29 |
| Neuroleptics | 28 | 55 | 33 |
| Carbamazepine | 22 | 36 | 44 |
| Electroconvulsive therapy | 7 | 67 | 25 |

[a]Percentage based on total number of patients with any prior treatment.
[b]Percentage based on total number of patients with prior treatment in each drug category.

## Patient Characteristics

The gender, age, psychiatric history, and baseline illness of the patients were similar across treatment groups (Table 2). Approximately 60% of patients in each treatment group were women, and the mean age was approximately 40 years. Over 50% of the patients had been previously hospitalized, and over 30% had attempted suicide. For the majority of patients, the current depressive episode had lasted for at least 8 weeks prior to enrollment. Other indications of their baseline severity (CGI-S, SCID, melancholia) suggest that these patients were moderately to markedly ill when enrolled in the study. Randomization was stratified to balance the groups for the use of lithium at minimally active levels in the 5 months prior to study entry.

One hundred seventy-eight (91%) of 195 patients had been previously treated for bipolar disorder. Table 3 describes the prior medication history of this patient population, including the percentage responding to and the percentage unable to tolerate individual medications. The incidence of prior treatment described in Table 3 was similar across treatment groups.

## Efficacy Results

Observed and LOCF results for all efficacy scales at the last treatment visit are provided in Table 4.

*HAM-D scores. 17-Item HAM-D.* The mean ± SD baseline 17-item HAM-D score was 24 ± 4 in each treatment group. Both lamotrigine groups demonstrated a mean 13-point improvement in 17-item HAM-D scores over the course of treatment, which was significantly greater than the 9-point improvement in placebo group scores (Table 4; observed scores). Significant improvement for lamotrigine 200 mg/day, but not lamotrigine 50 mg/day, compared with placebo was first noted at week 5 (Figure 2). LOCF results were qualitatively similar, reaching a trend (p = .084) at endpoint for the lamotrigine 200-mg/day group only.

*HAM-D Item 1.* Mean scores for HAM-D item 1 (depressed mood) were reduced over the treatment period by at least 1.1 points in each of the lamotrigine groups versus at least 0.6 points in the placebo group (observed and LOCF scores; see Table 4 and Figure 2). Significant differences compared with placebo were observed by the third week of treatment and continued throughout treatment.

*31-Item HAM-D.* Mean reductions in 31-item HAM-D of 19.1 in the lamotrigine 50-mg/day and lamotrigine 200-mg/day groups approached significance compared with placebo (p = .072 and p = .086, respectively, for observed scores; see Table 4). At week 4 only, the mean observed score for the lamotrigine 200-mg/day group was

© COPYRIGHT 1999 PHYSICIANS POSTGRADUATE PRESS, INC. © COPYRIGHT 1999 PHYSICIANS POSTGRADUATE PRESS, INC.

BEST COPY AVAILABLE

Lamotrigine in Bipolar I Depression

Table 4. Baseline and Change From Baseline Scores (mean ± SD) on Efficacy Scales at Week 7[a]

| | Placebo | | | | | | Lamotrigine 50 mg/day | | | | | | Lamotrigine 200 mg/day | | | | | |
| | Baseline Score (N = 65) | | Observed Change (N = 47) | | LOCF Change (N = 65) | | Baseline Score (N = 64) | | Observed Change (N = 43) | | LOCF Change (N = 64) | | Baseline Score (N = 63) | | Observed Change (N = 45) | | LOCF Change (N = 63) | |
| Scale | Mean | SD | Mean | SD | Mean | SD | Mean | SD | Mean | SD | Mean | SD | Mean | SD | Mean | SD | Mean | SD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17-Item HAM-D | 24.3 | 3.9 | −9.3 | 6.9 | −7.8 | 7.9 | 23.7 | 4.4 | −12.6[b] | 7.7 | −9.3 | 8.9 | 23.8 | 3.9 | −13.2[b] | 7.4 | −10.5[c] | 8.1 |
| HAM-D item 1 | 2.8 | 0.5 | −0.8 | 1.1 | −0.6 | 1.0 | 2.8 | 0.6 | −1.6[b] | 1.1 | −1.1[b] | 1.3 | 2.8 | 0.6 | −1.6[b] | 1.1 | −1.3[b] | 1.2 |
| 31-Item HAM-D | 35.8 | 5.6 | −14.7 | 11.4 | −12.1 | 12.8 | 35.1 | 7.4 | −19.1[c] | 11.8 | −14.2 | 13.9 | 34.5 | 6.8 | −19.1[c] | 11.2 | −15.7 | 12.2 |
| MADRS | 28.9 | 5.9 | −10.2 | 9.0 | −7.8 | 10.4 | 28.0 | 6.5 | −16.1[b] | 9.8 | −11.2[c] | 12.6 | 28.9 | 6.5 | −16.7[b] | 10.6 | −13.3[b] | 11.4 |
| CGI-S | 4.4 | 0.7 | −0.9 | 1.1 | −0.7 | 1.1 | 4.4 | 0.7 | −1.5[b] | 1.3 | −1.0[c] | 1.4 | 4.4 | 0.8 | −1.6[b] | 1.3 | −1.2[b] | 1.3 |
| CGI-I | NA | | 3.0 | 1.1 | 3.3 | 1.1 | NA | | 2.5[b] | 1.2 | 3.0 | 1.5 | NA | | 2.1[b] | 1.0 | 2.6[b] | 1.3 |
| MRS | 2.0 | 2.9 | −0.6 | 4.0 | −0.5 | 3.5 | 2.0 | 3.3 | 1.3[b] | 6.0 | 0.9[c] | 5.3 | 2.7 | 3.2 | 0.6 | 0.3 | | 6.0 |

[a]Abbreviations: CGI-I = Clinical Global Impressions scale for Improvement, HAM-D = Hamilton Rating Scale for Depression, LOCF = last observation carried forward, MADRS = Montgomery-Asberg Depression Rating Scale, MRS = Mania Rating Scale, NA = not applicable.
[b]p < .05 vs. placebo.
[c]p < .1 vs. placebo.
[d]p < .1 vs. lamotrigine 50 mg/day.



Figure 2. Change From Baseline in Observed Scores at Each Treatment Visit Plus Week 7 LOCF Scores for 17-Item Hamilton Rating Scale for Depression (HAM-D), Item 1 (Depressed Mood) of the HAM-D, and MADRS

[a]Dose > 50 mg/day in lamotrigine 200-mg/d group only after week 3.
[b]p < .05 vs. placebo.
[c]p < .1 vs. placebo.

significantly reduced compared with placebo. LOCF scores were not significantly different from placebo for either active treatment dose.

*MADRS scores.* Mean baseline MADRS scores were 28–29 ± 6–7 across treatment groups. Both lamotrigine 50-mg/day and lamotrigine 200-mg/day treatment resulted in mean 16- to 17-point reductions compared with the placebo reduction of 10 points (observed scores; see Table 4 and Figure 2). Improvement was significant by the third week of treatment and throughout the remainder of the study. LOCF analysis demonstrated statistically significant differences between lamotrigine 200 mg/day and placebo scores beginning at week 5; differences between lamotrigine 50 mg/day and placebo scores at the end of treatment approached significance (p = .058).

*CGI-S scores.* The mean ± SD baseline CGI-S score was 4.4 ± 0.7–0.8 (moderately to markedly ill) in each treatment group. CGI-S scores were significantly reduced compared with placebo by the end of treatment in the lamotrigine 200-mg/day group (observed and LOCF scores) and in the lamotrigine 50-mg/day group (observed scores) (see Table 4).

*CGI-I scores.* Mean CGI-I scores improved steadily with lamotrigine treatment; statistically significant differences in observed scores between both lamotrigine groups and placebo were observed by the third week and continued to the end of treatment (see Table 4). LOCF scores during weeks 4, 5, and 7 of treatment were significantly lower in the lamotrigine 200-mg/day group, but not the lamotrigine 50-mg/day group, compared with placebo.

***Combined week 3 analysis.*** Since both lamotrigine groups received the same dosing for the first 3 weeks of treatment (≤ 50 mg/day), the first 3 weeks of data were analyzed comparing the entire population receiving lamotrigine (N = 127) with placebo. The lamotrigine-treated patients demonstrated significant improvements by week

GRADUATE PRESS, INC. ® COPYRIGHT 1999 PHYSICIANS POSTGRADUATE PRESS, INC.

83

51

Calabrese et al.                    BEST COPY AVAILABLE

Figure 3. Percentage of Patients Showing a Response to Treatment at Endpoint[a]



[a]Response defined as ≥ 50% reduction on the 17-Item HAM-D or MADRS scales or a rating of very much improved or much improved on the CGI-I scale.
[b]p < .05 vs. placebo.
[c]p < .1 vs. placebo.

Table 5. Most Common (≥ 5%) Adverse Events[a]

| Adverse Event | Placebo (N = 65) | | Lamotrigine 50 mg/day (N = 66) | | Lamotrigine 200 mg/day (N = 63) | |
|---|---|---|---|---|---|---|
| | N | % | N | % | N | % |
| Headache | 11 | 17 | 23 | 35[c] | 20 | 32[c] |
| Nausea | 10 | 15 | 11 | 17 | 10 | 16 |
| Pain | 5 | 8 | 5 | 8 | 7 | 11 |
| Rash | 7 | 11 | 9 | 14 | 7 | 11 |
| Dizziness | 9 | 14 | 6 | 9 | 6 | 10 |
| Accidental injury | 2 | 3 | 1 | 2 | 6 | 10 |
| Xerostomia | 6 | 9 | 5 | 8 | 5 | 8 |
| Manic/hypomanic/ mixed episodes | 3 | 5 | 2 | 3 | 5 | 8[d] |
| Infection | 9 | 14 | 4 | 6 | 4 | 6 |
| Constipation | 5 | 8 | 1 | 2 | 4 | 6 |
| Diarrhea | 10 | 15 | 3 | 5 | 3 | 5 |
| Somnolence | 8 | 12 | 3 | 5 | 3 | 5 |
| Pruritus | 4 | 6 | 7 | 11 | 3 | 5 |
| Insomnia | 6 | 9 | 5 | 8 | 2 | 3 |
| Rhinitis | 6 | 9 | 2 | 3 | 2 | 3 |
| Influenza | 4 | 6 | 1 | 2 | 2 | 3 |
| Dyspepsia | 4 | 6 | 3 | 5 | 1 | 2 |
| Fatigue | 4 | 6 | 3 | 5 | 1 | 2 |
| Worsening of depression | 1 | 2 | 4 | 6 | 0 | 0 |

[a]Patients reporting adverse events.
[b]Lamotrigine 200-mg/day group dose > 50 mg/day only after day 28.
[c]p < .05 vs. placebo.
[d]All but one event occurred during 25–50 mg/day dosing phase.

3 (p < .05) on the following scales: HAM-D Item 1 (observed and LOCF scores), MADRS (observed and LOCF scores), CGI-I (observed scores), and CGI-S (observed scores).

*Subgroup analysis.* Results of each efficacy measure (17-item HAM-D, HAM-D Item 1, 31-item HAM-D, MADRS, CGI-S, and CGI-I) were compared between the 2 subgroups: patients with recent lithium use at minimally active levels (≥ 0.4 mmol/L or dosing of ≥ 600 mg/day for 1 month) during the 5 months preceding study entry and patients without such lithium use. There were no significant differences between the 2 subgroups on any of the efficacy measures. Furthermore, there was no significant effect of recent lithium use on the treatment group differences for any of the efficacy measures.

*Responder analysis.* Over 50% of the patients in the lamotrigine 200-mg/day group met the criteria for response to treatment by each of the following scales: 17-item HAM-D, MADRS, and CGI-I (Figure 3). The rate of response to lamotrigine 200 mg/day was statistically significant compared with placebo for both MADRS and CGI-I, whereas the rate of response to lamotrigine 50 mg/day was significantly higher than placebo only on the MADRS.

*MRS scores.* Mean ± SD baseline MRS scores were 2.0 ± 2.9 for the placebo group, 2.0 ± 3.3 for the lamotrigine 50-mg/day group, and 2.7 ± 3.2 for the lamotrigine 200-mg/day group. During treatment, mean changes in score were small and moved in both positive and negative directions. During treatment, groups did not differ significantly, with the exception that the placebo and lamotrigine 50-mg/day group observed scores demonstrated a reduction of 0.6 and a gain of 1.3, respectively, in MRS score on day 50 (see Table 4).

There were no significant differences between lamotrigine dose groups in efficacy scale change scores or responder rates at any treatment time.

### Compliance

In the placebo, lamotrigine 50-mg/day, and lamotrigine 200-mg/day dose groups, the majority (97%, 91%, and 97%, respectively) of the patients were over 70% compliant with medication dosing.

### Adverse Events and Other Safety Data

Adverse events that emerged during the treatment phase and were experienced by 5% or more of patients in any treatment group are listed in Table 5. Ninety-two percent of placebo-treated patients reported any adverse event compared with 79% of patients in each lamotrigine group. The most common adverse event was headache, which was the only event observed significantly more frequently in the lamotrigine groups than the placebo group. Other common events were nausea, pain, rash, and dizziness. A smaller percentage of patients had any adverse events that were considered by investigators to be reasonably associated with study drug treatment (placebo, 60%; lamotrigine 50 mg/day, 54%; lamotrigine 200 mg/day, 51%).

There was one death in the placebo group on day 21 owing to probable suicide. Thirty-two other patients withdrew for adverse events (10 placebo, 12 lamotrigine 50 mg/day, and 10 lamotrigine 200 mg/day; see Table 1), including all of the serious adverse events described below. The adverse events accounting for more than one withdrawal included rash (2 placebo, 3 lamotrigine 50 mg/day, 4 lamotrigine 200 mg/day), a worsening of psychiatric de-

pression (1 placebo, 3 lamotrigine 50 mg/day), pruritus (1 placebo, 1 lamotrigine 200 mg/day), suicidal ideation (1 lamotrigine 50 mg/day, 1 lamotrigine 200 mg/day), suicide attempt (1 placebo, 1 lamotrigine 50 mg/day), and mania (2 lamotrigine 200 mg/day).

Nine patients experienced serious adverse events. Most of these events were related to bipolar disorder, including suicide (1 placebo), attempted suicide (1 placebo, 1 lamotrigine 50 mg/day), suicidal ideation (1 lamotrigine 50 mg/day, 1 lamotrigine 200 mg/day), worsening depression (1 lamotrigine 50 mg/day), and a psychotic episode (1 lamotrigine 50 mg/day). The illness-related events of 3 of the 4 patients in the lamotrigine 50-mg/day group (all but the attempted suicide) were the only serious adverse events considered to be possibly drug related. The other 2 events included a ruptured disk (placebo) and a myocardial infarction (lamotrigine 200 mg/day).

Rash was reported by 11% to 14% of patients in each treatment group (see Table 5). Rash led to withdrawal in 9 cases as noted above; the timing of these withdrawals ranged from 4 to 31 days after the start of treatment. None of the cases of rash were considered serious or resulted in hospitalization.

Manic, hypomanic, or mixed episodes were reported as adverse events in 10 patients (3 placebo [2 hypomania, 1 mixed], 2 lamotrigine 50 mg/day [1 hypomania, 1 mixed], 5 lamotrigine 200 mg/day [4 mania, 1 hypomania]; see Table 5), 2 of which led to withdrawal and none to hospitalization. In all but 1 of the 7 lamotrigine patients, these episodes occurred during the first 3 weeks of treatment when both lamotrigine groups were receiving 50 mg/day or less. The seventh patient's episode occurred on day 24, 3 days after the dose was increased to 100 mg/day. Overall, 7 (5.4%) of 129 patients on lamotrigine versus 3 (4.6%) of 65 patients on placebo developed these episodes (p = .81).

There were no apparent treatment group differences in clinical laboratory results postrandomization nor were there any patients with clinically significant changes in systolic blood pressure, diastolic blood pressure, pulse, or weight in any treatment group. Mean ± SD body weight at screening in the placebo, lamotrigine 50 mg/day, and lamotrigine 200 mg/day groups was 78.6 ± 16.0, 76.5 ± 17.6, and 82.2 ± 18.9 kg, respectively, and the mean change from screening to day 50 (LOCF scores) was 0.2, –0.4, and 0.0 kg, respectively.

## DISCUSSION

This is the first randomized, parallel-group, placebo-controlled trial to evaluate any monotherapy treatment in bipolar I depression. The study results demonstrate that lamotrigine has significant antidepressant efficacy in bipolar I depression and that clinical improvement becomes evident as early as the third week of treatment.

Lamotrigine was significantly more effective than placebo on most, but not all, outcome measures. Patients receiving 200 mg daily exhibited significant improvement on all efficacy endpoints using both LOCF and observed case analyses, except the LOCF analysis of the 17-item HAM-D and both analyses of the 31-item HAM-D total score. Over 50% of patients given 200 mg daily met response criteria on the 17-item HAM-D, MADRS, and CGI-I. For MADRS and CGI-I, this rate of improvement was significantly higher and nearly twice that observed for those given placebo. Compared with the lamotrigine 200-mg/day group, the lamotrigine 50-mg/day group showed significant efficacy on fewer measures and the proportion of responders was somewhat lower.

These placebo-controlled data are consistent with the findings of earlier uncontrolled clinical reports of lamotrigine's efficacy in bipolar depression.[4–18] The largest of these previous studies[18] evaluated 40 depressed patients with either bipolar I or II disorder treated with lamotrigine as add-on therapy or monotherapy over 48 weeks. In it, Corn et al. reported a significant decrease in 17-item HAM-D scores over time compared with baseline and a 48% rate of marked response to lamotrigine.

The design of the current study provides significant advantages over previous studies of lamotrigine and other treatments for bipolar I depression. Published reports of other treatments for bipolar I depression include 9 studies (177 patients) of lithium,[25–33] one study (24 patients) of carbamazepine,[34] and 9 studies (466 patients) of marketed antidepressants.[25,35–42] Although most of these early innovative lithium studies suggest at least modest efficacy in bipolar depression, methodological problems limit interpretation of these data. Most of the studies did not limit enrollment to patients with bipolar depression, nor did the studies employ random assignment to parallel groups. The only efficacy analyses were of observed data (i.e., none employed LOCF analysis). Also, the use of lithium/placebo crossover designs may have confounded early estimates of lithium's antidepressant efficacy.[28,43] In the only double-blind study evaluating the antidepressant efficacy of carbamazepine, Post and colleagues[34] demonstrated significant improvement compared with placebo using a crossover design in a mixed cohort of bipolar and unipolar patients. Although the studies of marketed antidepressants used random assignment to parallel groups, they too had some methodological limitations. Only 6 limited enrollment to patients with bipolar disorder.[25,37,39–42] In contrast to the current study, 3 of these 6 studies permitted concurrent use of mood stabilizers[37,40,42] (2 standardized their use[40,42]), and most efficacy analyses were limited to observed data. These studies provided evidence for the efficacy of several classes of antidepressants, including nonselective monoamine reuptake inhibitors (imipramine, desipramine, bupropion),[25,39–41] selective serotonin reuptake inhibitors (fluoxetine, parox-

© Copyright 1999 Physicians Postgraduate Press, Inc.

BEST COPY AVAILABLE

etine),[37,42] and MAO inhibitors (tranylcypromine, moclobemide)[38,39,41] when given alone or in combination with mood stabilizers.

Both lamotrigine treatment groups received the same doses of lamotrigine during the first 3 weeks of the study and first showed significant improvement over placebo during the third week when receiving 50 mg/day. Similar time to onset of antidepressant response has been reported for fluoxetine, tranylcypromine, and imipramine.[37,39] Comparisons with the rate of antidepressant response to lithium in bipolar I depression are not possible since the early lithium studies employed crossover design rather than random assignment to a parallel placebo group.[25–33] Moreover, direct comparison studies would be needed to draw meaningful conclusions about onset of activity for lamotrigine relative to antidepressants or lithium.

Since this trial represents the first randomized, parallel-group, placebo-controlled trial to evaluate monotherapy treatment in bipolar I depression, there was no information available on placebo response rates in this population; the use of placebo was considered essential. The percentage of placebo patients with a response on the 17-item HAM-D in the current study (37%) is similar to that observed in the only other study of bipolar I depression employing random assignment to a parallel placebo group (38%).[37] The placebo-response rates for the MADRS and the CGI-I in our study were 29% and 26%, respectively; there are no previous reports using these 2 rating scales in a placebo-controlled bipolar depression trial. These rates of placebo response are roughly comparable to recently published unipolar depression studies[44,45] and will provide valuable benchmark data for future controlled studies in bipolar depression.

Lamotrigine was well tolerated in this study, and serious drug-related adverse events were uncommon. There was no difference between placebo and either dose of lamotrigine in the number of patients withdrawing from the study due to adverse events. The incidence of headache was higher in the lamotrigine groups compared with placebo; however, only 1 lamotrigine-treated patient was discontinued due to headache, one of several reasons given for discontinuation of this patient. The rates of other adverse events were similar to placebo for both doses of lamotrigine. The types of reported adverse events in this study are consistent with those previously reported for bipolar disorder patients by Corn and colleagues[18] as well as patients who received adjunctive or monotherapy lamotrigine for treatment of epilepsy.[46,47] Across the dose range tested there was no evidence of a dose-response relationship for adverse experiences. It is of interest to note that total adverse events and many of the reported CNS-related adverse events occurred numerically less frequently in the lamotrigine groups than in the placebo group.

The incidence of rash (11%–14%) was similar across placebo and lamotrigine groups and similar to that observed on lamotrigine treatment in open-label and placebo-controlled epilepsy clinical trials.[47,48] In 7 cases (5.4%), rash led to the discontinuation of lamotrigine. This frequency of rash-related withdrawal was similar to the rate for lamotrigine (6.1%) and lower than the rate for carbamazepine (8.9%) in previously reported lamotrigine active-control studies in epilepsy.[47] None of the rashes in the current study was considered serious or required hospitalization. In patients with epilepsy, the incidence of serious rash requiring hospitalization and discontinuation of treatment with lamotrigine has been reported to be approximately 3 in 1000 adults (1 in 100 in children ≤ 16 years old). These rashes usually occur within 8 weeks of the initiation of treatment.[48] There are suggestions, yet to be proven, that the risk of rash may be increased by coadministrating it with valproate, exceeding the recommended initial dose of lamotrigine, or exceeding the recommended dose escalation for lamotrigine.[48] Strict adherence to the recommended dose escalation schedule may diminish the likelihood of rash.

The current monotherapy study reported the rate of development of combined manic, hypomanic, or mixed episodes according to adverse event reports. The frequency of these combined mood episodes was not significantly different between lamotrigine and placebo groups. The event rate of 4.6%–5.4% in the current study that allowed no concurrent psychoactive medications compared favorably to the placebo switch rate of 3.3% in a study allowing concurrent lithium use.[37] In contrast, tricyclic antidepressants and MAO inhibitors evaluated in controlled monotherapy studies of the depressive phase of bipolar disorder suggest a higher rate of switching, as much as 25% for imipramine and 21% for tranylcypromine.[39] Direct comparison studies would be needed to draw meaningful conclusions about switch rates for lamotrigine relative to other antidepressants.

The design of this study had some limitations that could confound interpretation of the data. The fixed-dose titration schedule in this study resulted in both active treatment groups receiving the same dose for the first 3 weeks of the study. Hence, the 200-mg/day group reached target dose 2 weeks after the 50-mg/day group, and the groups had different durations of treatment at target dose (lamotrigine 50 mg/day: 5 weeks; lamotrigine 200 mg/day: 3 weeks). A longer duration for the blinded phase of the study would have lessened the impact of this difference and provided further information on the continued course of antidepressant response to lamotrigine. The ongoing open-label continuation phase of this study should help to address this limitation.

The MADRS appeared to separate efficacy differences between placebo and lamotrigine more robustly than the 17-item HAM-D. The 17-item HAM-D scale is weighted toward somatic symptomatology relative to the MADRS. These results suggest that effects on bipolar depression

© COPYRIGHT 1999 PHYSICIANS POSTGRADUATE PRESS, INC. © COPYRIGHT 1999 PHYSICIANS POSTGRADUATE PRESS, INC.

BEST COPY AVAILABLE

(versus unipolar depression) may be more sensitively and reliably measured by scales that focus on nonsomatic depressive symptoms rather than those containing somatic items. Alternatively, effects of lamotrigine (versus other antidepressants) may be more sensitively and reliably measured by such scales.

The data from this first double-blind, placebo-controlled trial of lamotrigine monotherapy in bipolar disorder demonstrate that lamotrigine possesses significant antidepressant efficacy in bipolar I depression. In addition, the use of lamotrigine in patients with bipolar I depression was well tolerated, with a side effect profile similar to that of placebo.

*Drug names:* bupropion (Wellbutrin, Zyban), carbamazepine (Tegretol and others), chloral hydrate (Noctec), desipramine (Norpramin and others), fluoxetine (Prozac), imipramine (Tofranil and others), lamotrigine (Lamictal), lorazepam (Ativan and others), oxazepam (Serax and others), paroxetine (Paxil), temazepam (Restoril and others), tranylcypromine (Parnate).

## REFERENCES

1. Calabrese JR, Bowden CL, Woyshville MJ. Lithium and the anticonvulsants in the treatment of bipolar disorder. In: Bloom FE, Kupfer DJ, eds. Psychopharmacology: The Fourth Generation of Progress. New York, NY: Raven Press; 1995:1099–1111
2. Post RM, Denicoff KD, Leverich G, et al. Drug-induced switching in bipolar disorder: epidemiology and therapeutic implications. CNS Drugs 1997;8:352–365
3. Smith D, Chadwick D, Baker G, et al. Seizure severity and the quality of life. Epilepsia 1993;34(suppl 5):S31–S35
4. Weisler RH, Risner ME, Ascher JA, et al. Use of lamotrigine in the treatment of bipolar disorder. In: New Research Program and Abstracts of the 147th Annual Meeting of the American Psychiatric Association; May 26, 1994; Philadelphia, Pa. Abstract 611:216
5. Calabrese JR, Fatemi SH, Woyshville MJ. Antidepressant effects of lamotrigine in rapid cycling bipolar disorder [letter]. Am J Psychiatry 1996; 153:1236
6. Walden J, Hesslinger B, van Calker D, et al. Addition of lamotrigine to valproate may enhance efficacy in the treatment of bipolar affective disorder. Pharmacopsychiatry 1996;29:193–195
7. Berlant JL. ADHD and bipolar disorder as predictors of clinical response to lamotrigine. In: Abstracts of the 2nd International Conference on Bipolar Disorder; June 19, 1997; Pittsburgh, Pa. Abstract 7
8. Berlant JL. Case report of synergistic response of rapid cycling bipolar disorder to lamotrigine, risperidone, and verapamil. In: Abstracts of the 2nd International Conference on Bipolar Disorder; June 19, 1997; Pittsburgh, Pa. Abstract 8
9. Hoopes S, Snow M. Clinical effectiveness of lamotrigine in affective disorders. In: Abstracts of the 2nd International Conference on Bipolar Disorder; June 19, 1997; Pittsburgh, Pa. Abstract 26
10. Fatemi SH, Rapport DJ, Calabrese JR, et al. Lamotrigine in rapid-cycling bipolar disorder. J Clin Psychiatry 1997;58:522–527
11. Ferrier IN, Potkins D, Eccleston D. Lamotrigine treatment in rapid cycling bipolar disorder (BPD): clinical and biological correlates. In: Abstracts of the 2nd International Conference on Bipolar Disorder; June 19, 1997; Pittsburgh, Pa. Abstract 15
12. Fogelson DL, Sternbach H. Lamotrigine treatment of refractory bipolar disorder [letter]. J Clin Psychiatry 1997;58:271–273
13. Kusumakar V, Yatham LN. Lamotrigine treatment of rapid cycling bipolar disorder. Am J Psychiatry 1997;154:1171–1172
14. Kusumakar V, Yatham LN. An open study of lamotrigine in refractory bipolar depression. Psychiatry Res 1997;72:145–148
15. Mandoki M. Lamotrigine/valproate in treatment resistant bipolar disorder in children and adolescents. In: Society for Biological Psychiatry, 52nd Annual Convention & Scientific Program; May 1997; San Diego, Calif. Abstract 324

16. Mauri MC, Laini V, Somaschini E, et al. Lamotrigine: an alternative drug in the prophylaxis of bipolar disorder [abstract]. Eur Neuropsychopharmacol 1997;6:S161
17. Sporn J, Sachs GS. The anticonvulsant lamotrigine in treatment-resistant manic-depressive illness. J Clin Psychopharmacol 1997;17:185–189
18. Corn T, Ascher J, Calabrese J, et al. Lamictal in the treatment of bipolar disorder. In: Scientific Abstracts of the 35th Annual Meeting of the American College of Neuropsychopharmacology; December 11–15, 1995; San Juan, Puerto Rico; 222
19. Hamilton M. A rating scale for depression. J Neurol Neurosurg Psychiatry 1960;23:56–62
20. Hamilton M. Development of a rating scale for primary depressive illness. Br J Soc Clin Psychol 1967;6:278–296
21. First MB, Spitzer Rl, Gibbon M, et al. Structured Clinical Interview for DSM-IV Axis I Disorders (SCID). New York, NY: New York: Biometric Research, New York State Psychiatric Institute; 1996
22. Montgomery SA, Asberg M. A new depression scale designed to be sensitive to change. Br J Psychiatry 1979;134:382–389
23. Endicott J, Spitzer RL. A diagnostic interview: the Schedule for Affective Disorders and Schizophrenia. Arch Gen Psychiatry 1978;35:837–848
24. Guy W. ECDEU Assessment Manual for Psychopharmacology. US Dept Health, Education, and Welfare publication (ADM) 76-338. Rockville, Md: National Institute of Mental Health; 1976:218–222
25. Fieve RR, Platman SR, Plutchik RR. The use of lithium in affective disorders, I: acute endogenous depression. Am J Psychiatry 1968;125:487–491
26. Goodwin FK, Murphy DL, Bunney WE. Lithium-carbonate treatment in depression and mania: a longitudinal double-blind study. Arch Gen Psychiatry 1969;21:486–496
27. Greenspan K, Schildkraut JJ, Gordon EK, et al. Catecholamine metabolism in affective disorders, III: MHPG and other catecholamine metabolites in patients treated with lithium carbonate. J Psychiatr Res 1970;7: 171–183
28. Stokes PE, Stoll PM, Shamoian CA, et al. Efficacy of lithium as acute treatment of manic depressive illness. Lancet 1971;26:1319–1325
29. Goodwin FK, Murphy DL, Dunner DL, et al. Lithium response in unipolar versus bipolar depression. Am J Psychiatry 1972;129:44–47
30. Noyes R, Dempsey GM, Blum A, et al. Lithium treatment of depression. Compr Psychiatry 1974;15:187–193
31. Baron M, Gershon ES, Rudy V, et al. Lithium carbonate response in depression. Arch Gen Psychiatry 1975;32:1107–1111
32. Mendels J. Lithium in the treatment of depression. Am J Psychiatry 1976;133:373–378
33. Donnelly EF, Goodwin FK, Waldan IN, et al. Prediction of antidepressant responses to lithium. Am J Psychiatry 1978;135:552–556
34. Post RM, Uhde TW, Roy-Byrne PP, et al. Antidepressant effects of carbamazepine. Am J Psychiatry 1986;143:29–34
35. Kessel A, Holt NF. A controlled study of a tetracyclic antidepressant–maprotiline (Ludiomil). Med J Aust 1975;1:773–776
36. Watanabe S, Ishino H, Otsuki S. Double-blind comparison of lithium carbonate and imipramine in treatment of depression. Arch Gen Psychiatry 1975;32:659–668
37. Cohn JB, Collins G, Ashbrook E, et al. A comparison of fluoxetine, imipramine, and placebo in patients with bipolar depressive disorder. Int Clin Psychopharmacol 1989;4:313–322
38. Baumhackl U, Biziere K, Fischbach R, et al. Efficacy and tolerability of moclobemide compared with imipramine in depressive disorder (DSM-III): an Austrian double-blind, multicentre study. Br J Psychiatry 1989;155(6, suppl):78–83
39. Himmelhoch JM, Thase ME, Mallinger AG, et al. Tranylcypromine versus imipramine in anergic bipolar depression. Am J Psychiatry 1991;148: 910–916
40. Sachs GS, Lafer B, Stoll AL, et al. A double-blind trial of bupropion versus desipramine for bipolar depression. J Clin Psychiatry 1994;55:391–393
41. Silverstone T. A double-blind multicentre trial of moclobemide vs imipramine in bipolar depression. Eur Neuropsychopharmacol 1997;7(suppl 2): S169–S170
42. Young ML, Pitts CD, Oakes R, et al. A double-blind, placebo-controlled trial comparing the effect of paroxetine and imipramine in the treatment of bipolar depression. In: Abstracts of the 2nd International Conference on Bipolar Disorder; June 19, 1997; Pittsburgh, Pa. Abstract 66
43. Faedda GL, Tondo L, Baldessarini RJ, et al. Outcome after rapid vs gradual discontinuation of lithium treatment in bipolar disorders. Arch Gen Psychiatry 1993;50:448–455

COPYRIGHT © 1999 PHYSICIANS POSTGRADUATE PRESS, INC. © COPYRIGHT 1999 PHYSICIANS POSTGRADUATE PRESS, INC.

BEST COPY AVAILABLE

Calabrese et al.

44. Lydiard RB, Stahl SM, Hertzman M, et al. A double-blind, placebo-controlled study comparing the effects of sertraline versus amitriptyline in the treatment of major depression. J Clin Psychiatry 1997;58:484–491

45. Thase ME, for the Venlafaxine XR 209 Study Group. Efficacy and tolerability of once-daily venlafaxine extended release (XR) in outpatients with major depression. J Clin Psychiatry 1997;58:393–398

46. Matsuo F, Bergen D, Faught E, et al. Placebo-controlled study of the efficacy and safety of lamotrigine in patients with partial seizures. Neurology 1993;43:2284–2291

47. Messenheimer J, Mullens EL, Giorgi L, et al. Safety review of adult clinical trial experience with lamotrigine. Drug Saf 1998;18:281–296

48. Lamotrigine (Lamictal). Physicians' Desk Reference. Montvale, NJ: Medical Economics; 1998:1043–1048

Acknowledgment: Lamictal Study 602 Group

J. Apter, M.D. (Princeton Biomedical Research, Princeton, N.J.); J. Cookson, B.M., Ph.D. (The Royal London Hospital, London, England); T. Dinan, M.D., Ph.D. (The Medical College, London, England); J. Downs, M.D. (University of Tennessee, Memphis); D. Goldstein, M.D. (Georgetown University Medical Center, Washington, D.C.); D. Grounds, M.B.B.S. (Melbourne Clinic, Richmond, Australia); A. Khan, M.D. (Northwest Clinical Research Center, Bellevue, Wash.); I. Kolin, M.D. (Winter Park, Fla.); P. LeClerq, M.D. (Mulhouse, France); P. Le Goubey, M.D. (Cherbourg, France); B. Lydiard, M.D., Ph.D. (Medical University of South Carolina, Charleston); S. McElroy, M.D. (University of Cincinnati College of Medicine, Ohio); P. Mitchell, M.D. (Prince Henry Hospital, Sydney, Australia); T. Shiovitz, M.D. (California Clinical Trials, Beverly Hills, Calif.); Trisha Suppes, M.D., Ph.D. (University of Texas Southwestern Medical Center at Dallas, Dallas); H. Udelman, M.D. (Psychiatric Practice and Research, Phoenix, Ariz.); R. Weisler, M.D. (Holly Hill Hospital, Raleigh, N.C.); C. Zarate, Jr., M.D. (McLean Hospital, Belmont, Mass.).

© COPYRIGHT 1999 PHYSICIANS POSTGRADUATE PRESS, INC. © COPYRIGHT 1999 PHYS. J Clin Psychiatry 60:2, February 1999

*Original Research*

# A Random-Assignment, Double-Blind, Clinical Trial of Once- vs Twice-Daily Administration of Quetiapine Fumarate in Patients with Schizophrenia or Schizoaffective Disorder: A Pilot Study

KN Roy Chengappa, MD[1], Haranath Parepally, MD[1], Jaspreet S Brar, MD MPH[2], Jamie Mullen, MD[3], Ann Shilling, BA[4], Jeffrey M Goldstein, PhD[5]

**Objective:** To evaluate the efficacy and safety of administering quetiapine once vs twice daily.

**Method:** Utilizing a double-blind design, 21 hospitalized adult men or women with DSM-IV schizophrenia or schizoaffective disorder, who had received unchanged doses (for 2 weeks) of either 400 or 600 mg daily of quetiapine administered in 2 doses, were randomly assigned to once- or twice-daily administration for 4 weeks and then crossed over to the opposite dosing regimen for an additional 4 weeks. Standard psychopathology and safety measures were used in the study.

**Results:** Nearly 70% (15/21) of the subjects met the a priori efficacy responder criteria with no statistical differences in response between those assigned to once- or twice-daily quetiapine administration. Statistical analyses confirmed that most subjects maintained efficacy during the switch to once- or twice-daily administration with quetiapine. A minority (15%) did experience worsening of symptoms or orthostatic hypotension during the crossover. Quetiapine was generally well tolerated at either twice- or once-daily administration.

**Conclusions:** These pilot data suggest that it is clinically feasible to switch most quetiapine-treated subjects receiving a therapeutic twice-daily dosing schedule to a once-daily regimen. A minority may experience worsening of symptoms or orthostatic hypotension during the switch. This strategy of administering quetiapine entirely at bedtime may promote improved adherence to treatment.

(Can J Psychiatry 2003;48:187–194)
Information on author affiliations appears at the end of the article.

---

**Clinical Implications**

- In many patients who are receiving a therapeutic dosage of quetiapine fumarate, it is possible to switch a twice-daily dosage schedule to a once-daily regimen.
- Clinical monitoring for orthostatic effects, worsening of symptoms due to cholinergic rebound or possible supersensitivity psychoses, or unmasking of tardive dyskinesia may be prudent in the first few weeks following the switch to once-daily administration; a minority of patients experience worsening symptoms.
- Once-daily administration of quetiapine at bedtime may be convenient for some patients and may promote increased adherence to long-term treatment.

**Limitations**

- This is a pilot study with a small sample size.
- Switch to a once-daily regimen was tested after a therapeutic dosage was reached rather than at initiation.
- A longer-acting formulation of quetiapine may provide additional data of clinical utility, especially if that formulation can be administered once-daily right at the initiation of treatment.

*Key Words:* quetiapine, once-daily dosing, twice-daily dosing, schizophrenia, schizoaffective disorder, adherence

Quetiapine, a second-generation antipsychotic agent, has shown efficacy and safety in the treatment of patients with schizophrenia experiencing an acute exacerbation of their illness (1,2). Further, pharmacokinetic data suggest quetiapine has a plasma half-life of nearly 6 hours, which is slightly increased with multiple dosing. Thus, in spite of an elimination half-life that averages 6 hours (range 5.8 to 6.8 hours [3]), quetiapine has been shown to be therapeutically equivalent when dosed at either 2 or 3 times daily (4).

Among the key pharmacokinetic variables that guide dosing of a drug are its plasma elimination half-life, the presence or absence of active metabolites, whether the drug exhibits linear pharmacokinetics, and the time taken to achieve steady-state levels of the drug. Therefore, quetiapine, which exhibits a linear pharmacokinetic profile over its therapeutic dosage range (150 to 750 mg daily), reaches steady-state plasma levels in 2 days. To maintain these steady-state plasma levels, it would follow that quetiapine needs to be administered 2 or 3 times daily. However, there is no known one-to-one correspondence between plasma levels of a drug and its levels in the central nervous system (CNS) or, for that matter, between plasma levels and drug-receptor occupancy. Further, recent positron emission tomography (PET) data suggest that neither high rates of dopamine ($D_2$) receptor occupancy nor sustained blockade of these receptors is necessary for antipsychotic efficacy (5). These new PET data have led to the concepts of tight (for example, haloperidol) vs loose (for example, clozapine and quetiapine) $D_2$ receptor binding and sustained (for example, haloperidol) vs transient and surmountable (for example, clozapine and quetiapine) blockade of $D_2$ receptors to explain the rationale for the efficacy of the second-generation antipsychotic agents, such as clozapine and quetiapine. One corollary to this hypothesis would be to test the dosing frequency of drugs such as clozapine and quetiapine at less frequent intervals than predicted by their pharmacologic half-lives. If quetiapine, with a relatively short elimination half-life, could be dosed as a single daily dose, it might result in a greater adherence to treatment by patients in the long term. The objective of this study was to evaluate whether quetiapine fumarate dosed once a day was therapeutically equivalent to twice-daily dosing in subjects who had reached a stable therapeutic dose.

## Methods

### Study Design
The trial comprised 3 phases, each of 4 weeks' duration. The first phase (from baseline, time 0, to visit 4 , week 4) involved withdrawal of the previous antipsychotic agent (over 7 to 14 days) as quetiapine was initiated (50 to 100 mg daily) and increased to either 400 or 600 mg daily during the next 7 to 10

days. Once the target dose was achieved (either 400 or 600 mg), quetiapine was administered as 200 mg twice daily (400 mg daily) or 200 mg in the morning and 400 mg in the evening (600 mg daily) for an additional 2 weeks. The second phase of the study (from visit 4, week 4, to visit 8, week 8) was double blind and involved the random assignment (1:1 ratio) to either once- or twice-daily treatment with quetiapine. The once-daily group received either 400 mg or 600 mg at bedtime and one placebo tablet in the morning. The twice-daily group received 200 mg twice daily (along with a placebo tablet at bedtime) for the 400 mg daily group or 200 mg and 400 mg (and a placebo) at bedtime for the 600 mg daily group. This phase lasted 4 weeks. The next phase was also double-blind (from visit 8, week 8, to visit 10, week 12) and involved a crossover for 4 additional weeks. The once-daily group was crossed over to twice daily and vice versa. At the end of this double-blind phase, subjects were dosed openly with quetiapine at either 400 or 600 mg given as a single bedtime dose (or twice daily if they so chose) until they were discharged.

Baseline screening assessments, medical history, and psychiatric history were recorded after written informed consent was obtained from participants. Patients with a diagnosis of schizoaffective disorder were permitted to continue mood stabilizers, either lithium, valproate, or antidepressant medications, unchanged in dosage throughout the double-blind phase. Lorazepam (up to 4 mg daily) was permitted for episodic agitation on an as-needed basis, as were hypnotic agents for insomnia. After the withdrawal of routine antiparkinsonian agents (1 week following the last dosage of the previous antipsychotic agent), their use was permitted only for newly emergent extrapyramidal symptoms (EPS) based on clinical judgement and after ratings for EPS were completed.

### Patient Population
Eligible subjects were men and women of any ethnicity aged 18 to 65 years with DSM-IV (6) diagnoses of either schizophrenia (except the catatonic subtype) or schizoaffective disorder who had provided informed consent. They were required to have a Positive and Negative Symptom Scale (PANSS) (7) total score of $\geq 60$ but $\leq 120$ and a Clinical Global Impression (CGI) severity score $\geq 4$ (8); to pass laboratory screening, ECG, slit-lamp ophthalmological, and physical examinations; and to be clinically appropriate candidates for quetiapine treatment. These subjects were referred by their attending psychiatrists, as the current antipsychotic treatments were ineffective (6 to 8 weeks of prior treatment) for these subjects.

Pregnant or lactating women or women of reproductive age without adequate contraception were excluded, as were subjects considered to be actively suicidal or homicidal. Those

| Table 1 Demographic characteristics of cohort | | |
|---|---|---|
| Demographic variable | n | % |
| Total subjects | 21 | |
| Men | 13 | 62 |
| Women | 8 | 38 |
| DSM-IV diagnoses (6) | | |
| Chronic schizophrenia | 7 | 33 |
| Schizoaffective disorder | 14 | 67 |
| Ethnicity | | |
| White | 13 | 62 |
| African American | 8 | 38 |
| | Mean (SD) | |
| Age (years) | 38 (8.4) | |
| Duration of illness (years) | 15 (7.0) | |

receiving injectable long-acting neuroleptic agents (or within one injection cycle of study entry) were excluded.

*Assessments*

Psychopathology and its severity was assessed at scheduled intervals starting at the baseline through week 12, using the PANSS, CGI Scale, and the 21 item Hamilton Depression Rating Scale (HDRS; 9). EPS, akathisia, and tardive dyskinesia (TD) were assessed at the same time points as the psychopathology measures, using the Simpson Angus Neurological Rating Scale, Barnes Akathisia Scale (BA), and Abnormal Involuntary Movement Scale (AIMS), respectively (10–12). General Assessment of Functioning (GAF; DSM-IV, Axis V) scores were assessed at baseline and exit from the double-blind phase. Adverse events, whether spontaneously reported or in response to an open-ended question, were recorded, and orthostatic blood pressure and pulse were recorded at each visit. Body weight was recorded at quetiapine initiation (that is, baseline) and at the end of the double-blind study.

*Statistical Analysis*

The primary outcome of the study was to examine the differences, if any, in the therapeutic efficacy between once- vs twice-daily quetiapine administration regimens. A priori, the primary efficacy measure was defined as a $\geq 30\%$ reduction in the total PANSS score from baseline to the last visit in the double-blind phase. The differences between the proportion of subjects meeting the a priori response criteria were compared in the two quetiapine dosing administration groups, using contingency statistics.

A 1-way repeated-measures analysis of variance (ANOVA) was used to examine the relation between successive PANSS total scores and subscale scores at weeks 0, 4, 8, and 12 in the study sample as a whole, as well as in the groups assigned to once- or twice-daily administration separately. If the main

effect was significant, post hoc pairwise differences between visit mean changes were examined using Bonferroni's adjustment for multiple comparisons. Subsequently, a mixed-model, repeated-measures ANOVA with the clinical measures (PANSS total or subscale scores) as the within-subject factor and the randomly assigned (once or twice daily) as the between-subject factor was performed to examine the interaction between the 2 factors.

PANSS subscale change scores, as well as change scores for the HDRS, CGI severity, and GAF, were analyzed for the entire group using the last observation carried forward (LOCF) method rather than a "completers" analysis. However, it is pertinent to note that only 2 of 21 randomized subjects dropped out at the penultimate visit of the double-blind phase of the study and that their data were carried forward to the last visit.

## Results

*Baseline Characteristics*

The demography and illness characteristics for the 21 subjects are summarized in Table 1. In terms of switching from the previous antipsychotic agents, 13 were switched from first-generation agents, 4 were switched from risperidone, and 4 were switched from olanzapine. Among the 14 subjects with schizoaffective disorder, 2 were receiving lithium, 8 were receiving valproic acid, and 5 were receiving antidepressants.

*Patient Disposition*

Four subjects were titrated and stabilized at a daily dosage of 400 mg of quetiapine; the 17 remaining subjects achieved the daily dosage of 600 mg. Nineteen of these 21 subjects completed the 2-month double-blind phase, whereas 1 subject in each of those assigned to either the once- or twice-daily treatment arms reached the penultimate visit and was dropped from the study owing to worsening of their illness during the crossover phase (Figures 1 and 2). Another subject assigned initially to the twice-daily dosing had not shown clinical improvement and also worsened at the crossover point to once-daily dosing but completed the double-blind phase (Figure 2).

*Efficacy Analyses*

There were no statistically significant differences between the number of patients who met the PANSS response criteria in the once-daily quetiapine administration group (8/10 subjects) when compared with the group treated with twice-daily quetiapine (7/11 subjects). Three of the 4 subjects stabilized at 400 mg daily met the response criteria, and 12 of 17 subjects stabilized at 600 mg daily met the response criteria. In the group as a whole, 15 of 21 subjects (70%) met the response criteria.

**Figure 1  Patients (*n* = 10) who were assigned to once-daily quetiapine administration at week 4**



**Figure 2  Patients (*n* = 11) who were assigned to twice-daily quetiapine administration at week 4**



### Secondary Analyses

PANSS total scores in the group as a whole showed significant improvement on quetiapine treatment ($F = 40.6$, df 2.2, 46.9, $P < 0.0005$) with Huynh–Feldt correction. Post hoc pairwise comparisons were all significant ($P < 0.05$ to $P < 0.0005$), except for the difference between week 8 and week 12; that is, most of the improvement had occurred by week 8. Similar results were obtained when the data for PANSS total scores were analyzed separately for those assigned to once- vs twice-daily dosing with quetiapine (Table 2).

The total and subscale change scores of PANSS and other efficacy assessments are presented in Tables 2 and 3 for the entire

190

**Table 2  Baseline to endpoint change scores for PANSS and other scales, based on whether patients were first randomized to once-daily (OD) (group 1) or to twice-daily (BID) (group 2) administration with quetiapine**

| Scale or variable | Group 1 ( n = 10) | | | | Group 2 (n = 11) | | | |
|---|---|---|---|---|---|---|---|---|
| | BID at baseline[a] Mean (SD) | OD at week 4[b] Mean (SD) | BID at week 8[c] Mean (SD) | Week 12[d] Mean (SD) | BID at baseline Mean (SD) | BID at week 4 Mean (SD) | OD at week 8 Mean (SD) | Week 12 Mean (SD) |
| PANSS scores[e] | | | | | | | | |
| Total | 73.0 (10.0) | 51.6 (11.3) | 40.6 (7.9) | 41.9 (9.0) | 82.3 (14.0) | 61.7 (13.9) | 54.0 (16.0 | 54.5 (22.9) |
| Positive | 23.6 (4.5) | 16.3 (4.8) | 11.4 (4.3) | 11.0 (4.4) | 20.0 (5.2) | 22.3 (5.7) | 18.4 (6.9 | 18.1 (8.3) |
| Negative | 19.3 (4.7) | 12.7 (4.2) | 10.5 (3.1) | 11.7 (3.7) | 20.8 (3.3) | 14.8 (4.8) | 12.1 (4.0) | 12.4 (6.0) |
| General psychopathology | 30.1 (4.6) | 22.6 (3.8) | 18.7 (1.8) | 19.0 (3.8) | 34.5 (7.9) | 24.6 (4.7) | 23.6 (6.2) | 24.1 (9.6) |
| CGI-severity[f] | 4.2 (0.4) | 3.4  (0.5) | 2.7 (0.7) | 2.6 (0.8) | 4.7 (0.7) | 4.0 (0.6) | 3.3 (0.8) | 3.3 (0.9) |
| HDRS[g] | 7.7 (3.5) | 4.6 (2.1) | 1.6 (1.9) | 3.2 (3.3) | 8.2 (5.2) | 4.4 (2.7) | 4.3 (2.8) | 3.8 (3.7) |
| GAF[h] | 44.7 (9.0) | — | — | 71 (5.0) | 40.6 (8.0) | — | — | 57.6 (14.2) |

[a]Initiation, titration, and stable target dosing of quetiapine; [b]Random assignment to either once- or twice-daily administration, blinded; [c]Switch from once-daily to twice daily or vice versa, depending on original randomization at week 4; [d]End of double-blind administration; [e]Positive and Negative Syndrome Scale (7); [f]Clinical Global Impression of Severity (8); [g]Hamilton Depression Rating Scale (9); [h]Global Assessment of Functioning Scale (Axis V of DSM-IV (6)).

group as well as for those assigned to either once- or twice-daily dosing with quetiapine. The LOCF analyses for the entire group showed a significant improvement in the PANSS total and subscale scores, as well as the CGI severity scores, HDRS scores, and GAF scores.

*Safety Analyses*

*Clinical Course at the Study Switchover Points, Including Study Withdrawals.* The initial dosing switch occurred from the twice-daily (open) phase to the randomization (double-blind) phase. At this switch point, 10 of the 21 subjects were switched to once daily, and 11 subjects continued on the twice-daily regimen. None of the 10 subjects randomized to the once-daily dosing worsened at this switch point as can be noted in Figure 1. The next switch point occurred 4 weeks later and involved a crossover of the dosing regimen. At this point, 3 subjects showed worsening of clinical symptoms. Two subjects who switched from twice daily to once daily (2/11, 18%) evidenced worsening of symptoms, and one subject switched from once- to the twice-daily dosing regimen (1/10, 10%) deteriorated clinically.

The final switchover point occurred at the end of the double-blind phase. Among 15 responding subjects, 14 voluntarily chose the once-daily open treatment, and 1 subject chose the twice-daily regimen. None of the 15 subjects worsened at this switch point.

*Additional Safety Evaluation.* Adverse effects elicited or reported during the titration and stable administration periods and the double-blind period, at a rate of at least 1 subject (that is, 5%) or more were somnolence (5/21, 24%), headache

(4/21, 19%), dizziness (3/21, 14%), constipation (1/21, 5%), urinary incontinence (1/21, 5%), and insomnia (1/21, 5%). These adverse effects were noted mostly in the first 4 to 8 weeks of treatment and were of mild-to-moderate severity. These events did not lead to withdrawal from the study, either resolved in time or with symptomatic treatment, and did not reoccur during the crossover phase, except for somnolence in 1 subject, intermittent headache in 1 subject, and constipation in 1 subject. Symptomatic postural hypotension was noted in 4 subjects (19%) during the titration phase of the study. For 2 of these 4 subjects, symptomatic postural hypotension recurred in the crossover phase of the blinded study. These events occurred during the crossover from once- to twice-daily dosing or vice versa.

Five subjects experienced akathisia at baseline, and 5 subjects evidenced EPS at baseline. Four subjects had TD (using research diagnostic criteria for TD [13]) at baseline. Akathisia resolved in all subjects by 4 weeks of quetiapine treatment, and EPS resolved in 6 to 8 weeks of treatment. No new cases of akathisia or other EPS were noted in the double-blind phases of the study. Two of the 4 subjects with TD showed evidence of worsening (withdrawal dyskinesia) for up to 6 weeks but, by the end of the double-blind study, had AIMS scores lower than at baseline. The other 2 subjects with TD at baseline showed a gradual and steady improvement of the scores during the study. All 4 subjects had lower AIMS scores by the end of the study (data not shown).

The mean body weight for the entire group was 87.7 kg (SD 17.3) at baseline and increased by a mean of 3.1 kg (SD 4.8) toward the end of the double-blind phase of the study

The Canadian Journal of Psychiatry—Original Research

**Table 3  Baseline to endpoint change scores of the PANSS[a] and other efficacy scales among all patients in the quetiapine administration trial**

| Scale or variable | Baseline Mean (SD) | Change in LOCF[b] Mean (SD) | Statistics[c] |
|---|---|---|---|
| PANSS scores | | | |
|    Total | 78.0 (13.0) | −29.3 (19.3) | $t = 7.0$, df 20, $P < 0.001$ |
|    Positive | 25.4 (5.1) | −10.7 (9.0) | $t = 5.5$, df 20, $P < 0.001$ |
|    Negative | 20.1 (4.0) | −8.1 (4.6) | $t = 8.1$, df 20, $P < 0.001$ |
|    General psychopathology | 32.4 (6.8) | −10.6 (7.7) | $t = 6.3$, df 20, $P < 0.001$ |
| CGI - severity[d] | 4.5 (0.6) | −1.5 (1.0) | $t = 7.10$, df 20, $P < 0.001$ |
| HDRS[e] | 8.0 (4.4) | −4.4 (4.6) | $t = 4.5$, df 20, $P < 0.001$ |
| GAF[f] | 43.0 (8.7) | 21.4 (13.2) | $t = 7.5$, df 20, $P < 0.001$ |

[a]Positive and Negative Syndrome Scale (7); [b]Last observation carried forward; [c]All tests remained significant even after applying the Bonferroni correction for multiple comparisons ; [d]Clinical Global Impression of Severity (8); [e]Hamilton Depression Rating Scale (9); [f]Global Assessment of Functioning Scale (Axis V of DSM-IV [6]).

($t = 2.9$, df 20, $P = 0.008$). The weight gain was noted over a duration of 11 to 12 weeks of quetiapine treatment, and it is important to note all subjects with schizoaffective disorders were also receiving either mood stabilizers or antidepressant medicines as concomitant therapy.

During the double-blind phase, there were 27 doses of lorazepam dispensed for episodic agitation or anxiety. These differences were not statistically significant between the once- and twice-daily administration groups and occurred mainly in the first 4 weeks of treatment. There were only 3 instances of anticholinergic use for EPS: once in a person receiving once-daily treatment and twice in subjects assigned to twice-daily dosing. These instances occurred shortly after the switch from the previous antipsychotic agents during the open-titration and stabilization phase.

*Adherence to Medications*

As all subjects were inpatients, study tablets and other medications were dispensed by nursing staff, and pill counts revealed > 98% adherence to treatment.

## Discussion

These preliminary data suggest that most subjects who had reached a therapeutic dose of quetiapine fumarate (400 or 600 mg daily) on a twice-daily administration schedule were switched to the once-daily regimen without significant difficulty. A minority (3/21, 15%) of subjects worsened clinically during the switch, and so it would be clinically prudent to closely monitor subjects for the first 2 to 4 weeks after the switch to once-daily administration.

Just prior to the initiation of the double-blind randomization phase, all subjects were receiving the twice-daily regimen, and 10 subjects were randomized to the once-daily regimen, whereas 11 continued on the twice-daily regimen. None of the 10 subjects randomized to once-daily administration at this point experienced any worsening of symptoms. Four weeks later, at the crossover point, 2 subjects showed evidence of worsening after initial improvement. Based on the initial improvement and worsening shortly following the switch, it is likely that the temporal deterioration in these 2 subjects was associated with the change in the administration schedule. One occurred in a subject crossing from the once- to twice-daily regimen (1/10, 10%) and another in a subject moving from twice- to once-daily regimen (1/11, 9%). Is it possible that supersensitivity has a role to play in these patients (14)? Subjects who had received the previous oral antipsychotic agents for 6 to 8 weeks were tapered off their medicines in 1 to 2 weeks, and the phenomena were noted within 6 weeks (15). Thus, in sensitive individuals who have shown the need for escalating dosages of first-generation neuroleptic agents in the recent past, have increased psychotic symptoms just before a depot neuroleptic injection, or have symptoms of schizophrenia that are different from earlier exacerbations on medication withdrawal may show deterioration in the switching over to quetiapine. In such individuals a slower switch may be appropriate. Interestingly, and similar to the experience of Chouinard and others (16) in treating supersensitivity psychoses, we too noted significant improvement with clozapine in 2 patients who worsened at the switchover point in the current study.

A third subject assigned to the twice-daily regimen, who had not improved through the first 4 weeks of double-blind treatment, worsened at the crossover but stayed the course through the next 4 weeks. While it is possible that the worsening of symptoms in this last subject was caused by the switch in administration schedule, it is also likely that this clinical worsening was associated with the natural course of the illness.

In some subjects, attention to sedation and postural hypotension is clinically advisable both during the titration phase and following the switch to once-daily administration, especially among those subjects who are treated with antihypertensive medicines or have diabetes mellitus. However, in most subjects, administration of the entire dose of quetiapine at bedtime may help minimize the risk of orthostatic hypotension and sedation, as patients are more likely to be recumbent during the peak plasma concentrations of the drug.

It is possible that some subjects switching from agents with an anticholinergic profile to quetiapine could experience a cholinergic rebound, and perhaps a longer taper of the anticholinergic agent may be useful (17). In some subjects, worsening of the preexisting TD may have been caused by unmasking of TD occurring during a switch from a potent and tight $D_2$ receptor antagonist (first-generation agents) to

**192**

quetiapine. However, with the passage of time, the symptoms of TD diminished considerably on continued quetiapine treatment to less than the prequetiapine baseline.

Emerging data sets from PET studies in patients with schizophrenia have begun to suggest that $D_2$ receptor occupancy by antipsychotic agents need not be very high; further, the question has arisen whether such receptor blockade needs to be sustained continuously (18). The PET data from patients treated with depot haloperidol injections or oral clozapine and quetiapine-treated subjects would argue otherwise (19,20).

A second set of questions raised by recent PET data regarding quetiapine specifically suggest that transiently high $D_2$ occupancy rates (58% to 64%) may be adequate for treatment response (18). More recently, the same group also noted that first-episode patients who responded to quetiapine did not differ from those who did not, simply based on peak and trough $D_2$ receptor occupancy rates (20).

A third line of support for once-daily administration of relatively short half-life drugs comes from clinical experience in clozapine clinics. Subsets of subjects who have achieved steady-state drug levels and reached stable target dosages of clozapine (that is, those who are not also encumbered by dosage-related adverse effects: seizures, sedation, and postural hypotension) can be switched to a once-daily dosing regimen (mainly for patient convenience and to increase adherence to treatment) without loss of antipsychotic efficacy. These converging lines of evidence provide the rationale for the dosing of quetiapine fumarate as a single daily dose in subjects who have already reached a stable target dosage.

Nonetheless, these preliminary, random-assignment, double-blind clinical data suggest that bedtime administration of quetiapine among patients stabilized at their therapeutic dosage is clinically feasible. A switch to once-daily quetiapine administration can be considered both for the convenience of the subject and to improve adherence to long-term treatment. However, it must be emphasized that these data do not suggest "drug holidays" are good clinical practice but really that administration frequency based on plasma half-lives may not necessarily be valid for all antipsychotic agents.

### Acknowledgements

We thank Ms R Atzert and Ms T Anderson for recruitment and study population and data entry. We also thank Dr A Gopalani, Dr R Davis, Dr S Karp, and Mr R Kuppelweiser for facilitating this study.

## References

1. Arvanitis LA, Miller BG. Multiple fixed doses of "Seroquel" (quetiapine) in patients with acute exacerbation of schizophrenia: a comparison with haloperidol and placebo. The Seroquel Trial 13 Study Group. Biol Psychiatry 1997;42:233–46.
2. Small JG, Hirsch SR, Arvanitis LA, Miller BG, Link CG. Quetiapine in patients with schizophrenia. A high- and low-dose double-blind comparison with placebo. Seroquel Study Group. Arch Gen Psychiatry 1997;54:549–57.
3. DeVane CL, Nemeroff CB. Clinical pharmacokinetics of quetiapine: an atypical antipsychotic. Clin Pharmacokinet 2001;40:509–22.
4. King DJ, Link CGG, Kowalcyk B. A comparison of bd and tid dose regimens of quetiapine (Seroquel) in the treatment of schizophrenia. Psychopharmacology 1997;137:139–46.
5. Kapur S, Seeman P. Does fast association from the dopamine $D_2$ receptor explain the action of atypical antipsychotics? A new hypothesis. Am J Psychiatry 2001;158:360–9.
6. American Psychiatric Association. Diagnostic and statistical manual of mental disorders: DSM-IV, 4th ed. Washington (DC): American Psychiatric Association, 1994.
7. Kay SR, Fiszbein A, Opler LA. The positive and negative syndrome scale (PANSS) for schizophrenia. Schizophr Bull 1987;13:261–76.
8. Guy W. Clinical global impressions. ECDEU assessment manual for psychopharmacology. Rockville (MD): US Department of Health, Education and Welfare; 1976; p 217–22.
9. Hamilton M. Development of a rating scale for primary depressive illness. Br J Soc Clin Psychol 1967;6:278–96.
10. Simpson GM, Angus JWS. A rating scale for extrapyramidal side effects. Acta Psychiatr Scand 1970;212(Suppl):11–9.
11. Barnes TRE. A rating scale for drug induced akathisia. Br J Psychiatry 1989;154:672–6.
12. Guy W. Abnormal involuntary movement scale (AIMS). ECDEU assessment manual for psychopharmacology. Rockville (MD): US Department of Health, Education, and Welfare; 1976; p 534–7.
13. Schooler NR, Kane JM. Research diagnoses for tardive dyskinesia. Arch Gen Psychiatry 1982;39:486–7.
14. Chouinard G, Sultan S. Treatment of supersensitivity psychosis with antiepileptic drugs: report of a series of 43 cases. Psychopharmacol Bull 1990;26:337–41.
15. Chouinard G. Severe cases of neuroleptic-induced supersensitivity psychosis. Diagnostic criteria for the disorder and its treatment. Schizophr Res 1991;5:21–33.
16. Chouinard G, Vainer JL, Belanger MC, Turnier L, Beaudry P, Roy JY, and others. Risperidone and clozapine in the treatment of drug-resistant schizophrenia and neuroleptic-induced supersensitivity psychosis. Prog Neuropsychopharmacol Biol Psychiatry 1994;18:1129–41.
17. Ahmed S, Chengappa KNR, Naidu VR, Baker RW, Parepally H, Schooler NR. Clozapine withdrawal emergent dystonias and dyskinesias: a case series. J Clin Psychiatry 1998;59:472–7.
18. Kapur S, Zipursky R, Jones C, Shammi CS, Remington G, Seeman P. A positron emission tomography study of quetiapine in schizophrenia: a preliminary finding of an antipsychotic effect with only transiently high dopamine $D_2$ receptor occupancy. Arch Gen Psychiatry 2000;57:553–9.
19. Farde L, Nordstrom AL, Wiesel FA, Pauli S, Halldin C, Sedvall G. Positron emission tomographic analysis of central D1 and D2 dopamine receptor occupancy in patients treated with classical neuroleptics and clozapine. Relation to extrapyramidal side effects. Arch Gen Psychiatry 1992;49:538–44.
20. Tauscher-Wisniewski S, Kapur S, Papatheodorou G, Jones C, Daskalakis ZJ, Zipursky RB. Quetiapine in first episode schizophrenia: treatment effects and PET evaluation. Schizophr Res 2001;49(Suppl 1–2);247.

Manuscript received November 2001, revised, and accepted September 2002. Previously presented as a poster at the 40th Annual Meeting of the American College of Neuropsychopharmacology; December 13–19, 2001; Waikoloa (HI).

[1]Staff Psychiatrist, Mayview State Hospital, Bridgeville, Pennsylvania.
[2]Consulting Statistician, Pittsburgh, Pennsylvania.
[3]Director, Clinical Research, AstraZeneca LP, Wilmington, Delaware.
[4]Clinical Research Manager, AstraZeneca LP, Wilmington, Delaware.
[5]Director, Clinical Science - CNS, AstraZeneca LP, Wilmington, Delaware.
Address for correspondence: Dr KN Roy Chengappa, MD, Mayview State Hospital, 1601 Mayview Road, Bridgeville, PA 15017-1599

The Canadian Journal of Psychiatry—Original Research

**Résumé : Essai clinique à répartition aléatoire et à double insu sur l'administration une ou deux fois par jour de fumarate de quétiapine chez les patients souffrant de schizophrénie ou de trouble schizo-affectif : une étude pilote**

**Objectif :** Évaluer l'efficacité et l'innocuité de l'administration de quétiapine une ou deux fois par jour.

**Méthode :** Au moyen d'une méthode à double insu, 21 hommes ou femmes hospitalisés souffrant de schizophrénie ou de trouble schizo-affectif conforme aux critères du *DSM-IV* qui avaient reçu des doses inchangées (pendant 2 semaines) de soit 400 mg, soit 600 mg par jour de quétiapine administrée deux fois par jour, ont été affectés au hasard à l'administration une ou deux fois par jour pendant 4 semaines puis, ont croisé pour la dose opposée pendant 4 autres semaines. La psychopathologie d'usage et des mesures de sécurité ont été utilisées durant l'étude.

**Résultats :** Presque 70 % (15/21) des sujets ont satisfait aux critères de réponse efficace a priori, sans différences statistiques dans la réponse entre ceux qui étaient affectés à l'administration de quétiapine une fois par jour et ceux qui la recevaient deux fois par jour. Les analyses statistiques ont confirmé que la majorité des sujets maintenaient l'efficacité durant la transition à l'administration une ou deux fois par jour de quétiapine. Une minorité (15 %) a connu une aggravation des symptômes ou une hypotension orthostatique durant le croisement. La quétiapine était généralement bien tolérée, qu'elle soit administrée une ou deux fois par jour.

**Conclusions :** Ces données pilotes indiquent qu'il est cliniquement faisable de changer la dose biquotidienne de la majorité des sujets traités à la quétiapine pour un régime quotidien. Une minorité peut connaître une aggravation des symptômes ou une hypotension orthostatique durant la substitution. Cette stratégie consistant à administrer la quétiapine entièrement au coucher peut favoriser l'adhésion au traitement.

VOL. 29, NO. 2, 1993

321

# Quality of Life Enjoyment and Satisfaction Questionnaire: A New Measure[1]

Jean Endicott, Ph.D., John Nee, Ph.D., Wilma Harrison, M.D., and Richard Blumenthal, Ph.D.[2]

## Abstract

The Quality of Life Enjoyment and Satisfaction Questionnaire (Q-LES-Q) is a self-report measure designed to enable investigators to easily obtain sensitive measures of the degree of enjoyment and satisfaction experienced by subjects in various areas of daily functioning. The summary scores were found to be reliable and valid measures of these dimensions in a group of depressed outpatients. The Q-LES-Q measures were related to, but not redundant with, measures of overall severity of illness or severity of depression within this sample. These findings suggest that the Q-LES-Q measures may be sensitive to important differences among depressed patients that are not detected by the measures usually employed.

*Psychopharmacol. Bull. 29:321–326, 1993.*

## Introduction

Patients with mental disorders frequently experience little enjoyment or satisfaction in many aspects of their life. This is particularly true for patients with mood disorders. Investigators and clinicians who are considering different forms of treatment for various mental disorders have traditionally focused on the need to document partial or complete relief of the major symptoms of the disorder and improvement in functioning in social roles. There is growing recognition that treatments may differ in their effects on other important aspects of a patient's functioning as well. The capacity to obtain pleasure and to feel satisfied with one's ability to function in multiple life activities has been recognized to be as important to many patients as is the absence of signs and symptoms used to define the disorders.

There has been an increased recognition of the need to assess "quality of life" in patients, although there are wide variations in what is covered by this term. Although some measures focus on symptoms, resources, and opportunities, clinicians generally are interested in patients' own assessments of how they feel about what they have, how they are functioning, and their ability to derive pleasure from their life activities. Many measures have been developed for evaluation of the effects of specific physical disabilities or illnesses on quality of life; these were recently reviewed in *Medical Care* (Nelson et al. 1981). Over the past two decades a number of procedures have been developed to help assess these variables in patients with mental disorders as well (e.g., Baker & Intagliata 1982; Bigelow et al. 1991; Heinrichs et al. 1984; Lehman 1988; Malm et al. 1981). However, none of the measures have been widely used or accepted as a standard, most require the use of a trained interviewer, many are quite lengthy, the content of many is closely tied to the specific symptoms of a disorder, and the psychometric properties of some are troublesome or unknown. Furthermore, at times the content is not distinct from the symptoms of the clinical syndromes under study.

The Quality of Life Enjoyment and Satisfaction Questionnaire (Q-LES-Q) was developed by the authors to enable investigators and clinicians to easily obtain sensitive self-report measures of the degree of enjoyment and satisfaction experienced by subjects in various areas of daily functioning. The intent was to use a format and content applicable for assessment of subjects with a wide variety of mental and medical disorders. An effort was made to avoid items that primarily measured

[1]This work was supported in part by a grant from Roerig Division Pharmaceuticals Group; Pfizer, Inc.; New York State Department of Mental Hygiene; and USPHS Grant MH-30906 from the National Institute of Mental Health.

[2]Department of Psychiatry, College of Physicians and Surgeons, Columbia University and New York State Psychiatric Institute, New York, NY.

Reprint requests: Dr. Jean Endicott, Department of Research Assessment and Training, New York State Psychiatric Institute, Suite 123, Room 341, 722 West 168th Street, New York, NY 10032.

Case 6:06-md-01769-ACC-DAB   Document 1351-38   Filed 03/11/09   Page 19 of 50 PageID 48779

symptoms of one or more particular disorders. Although an effort was made to keep the language simple, it may be necessary to read the items to some patients who are severely ill or who have limited reading ability.

The Q-LES-Q consists of 93 items, 91 of which can be grouped into eight summary scales that were rationally derived and reflect the organization of the questionnaire. Five of these summary scales are scored for all subjects: Physical Health (13 items), Subjective Feelings (14 items), Leisure Time Activities (6 items), Social Relationships (11 items), and General Activities (14 items). Three are also scored for those subjects for whom the activities are applicable: Work (13 items), Household Duties (10 items), and School/Course Work (10 items). If a subject is expected to be involved in one or more of these three activities but is completely unable to perform them because of being "too upset emotionally," the most severe score possible is used as the summary score. Each of the 93 questions is scored on a 5-point scale that indicates the degree of enjoyment or satisfaction achieved during the past week relative to the particular activity or feeling described in the item. Higher scores are indicative of greater enjoyment or satisfaction. The raw summary scores are converted to and expressed as a percentage of the maximum score possible to facilitate comparisons across areas of functioning within the same subject or groups of subjects. In addition to the eight summary scale scores, there are two individual items that are scored separately: One measures satisfaction with medication (if any is being taken) and the other is a single measure of "overall life satisfaction and contentment." (Examples of items on the questionnaire are shown in Table 1.)

If a procedure is to be useful for the discrimination of differences among groups of subjects or within the same subject over time, it must have demonstrated reliability and validity for these tasks. The reliability of a procedure is an index of the likelihood that the derived scores would consistently discriminate the placement of an individual subject among a group of subjects when the subjects have not changed in their degree of severity relative to each other on the dimension of interest. The validity of a procedure is dependent

**TABLE 1.** Examples of Quality of Life Enjoyment and Satisfaction Questionnaire Items.

During the past week, how often have you . . .
- . . . been pleased with your work accomplishments?
- . . . kept your room/apartment/house cleaned to your satisfaction?
- . . . shopped for food or other household items to your satisfaction?
- . . . had a feeling of accomplishment with regard to household activities?
- . . . enjoyed talking with or being with friends or relatives?
- . . . looked forward to getting together with friends or relatives?
- . . . enjoyed talking with co-workers or neighbors?
- . . . joked or laughed with other people?

on the degree to which it provides "meaningful" data that distinguish a subject or group of subjects from others.

If the Q-LES-Q is to be used as an outcome measure for the study of patients in treatment for various disorders, it must be shown to discriminate among subjects with the disorder, to be related to the severity of the disorder, and to be sensitive to changes in the severity of the disorder. At the same time, it should not correlate so highly with other measures generally used in such studies as to be essentially redundant and wasteful.

Many measures that can discriminate reliably and validly among subjects with a very wide range of severity of illness, from well to extremely or severely ill, do not perform well with more homogeneous samples. In this report we assess the performance characteristics of the Q-LES-Q among patients who were seeking treatment for depression in an outpatient setting. This sample was selected to provide a very stringent test of the procedure. The range of severity would be restricted and the type of symptoms of primary focus would be those most likely to be correlated with lowered enjoyment and satisfaction in daily activities. Thus we could test the procedure's ability to demonstrate reliability with a sample with restricted variance, as well as its degree of redundancy with the major measures of outcome.

### Methods

The Depression Evaluation Service of the New York State Psychiatric Institute is an outpatient

facility that has a number of studies of the treatment of depressive disorders going on at any given time. The Q-LES-Q was added to the intake and outcome portions of several ongoing studies to obtain a large number of evaluations completed during different phases of treatment. Each of these study protocols included one or more visits during the screening phase, a placebo washout phase prior to the prerandomization visit, and outcome evaluations made at various points after randomization. The Clinical Global Impressions (CGI) Severity of Illness and Global Improvement scales (National Institute of Mental Health 1985) and the Hamilton Rating Scale for Depression (HAM-D; Hamilton 1960) were completed by the clinicians at various visits during the studies. The patients also completed the Beck Depression Inventory (BDI; Beck & Beamesderfer 1974) and the Symptom Check List–90 (SCL-90; Derogatis et al. 1973) during some of the visits.

## Subjects

The data from patients were used for the Q-LES-Q reliability and validity analyses if the patient met the *DSM-III-R* (American Psychiatric Association 1987) criteria for major depressive disorder at the time of intake. All patients were in good physical health and, for the most part, were free of current comorbid mental disorders, with the exception of a group of subjects in a specific protocol who had a diagnosis of alcoholism. Ninety-five subjects completed at least one Q-LES-Q evaluation. The mean age was 39.1 years (SD = 10.7, range = 18–63); 59 percent were female.

## Data Analysis and Results

Subsets of the data were analyzed for the reliability and validity of the procedure. Two types of reliability analyses were performed: the first for test–retest reliability and the second for an assessment of the internal consistency of the summary scale scores.

## Test–Retest Reliability

Fifty-four of the subjects who completed two Q-LES-Q evaluations during the prerandomization

phase of the studies met criteria for test–retest reliability evaluations. We wished to test the reliability of the Q-LES-Q in a setting where the patients had not changed greatly in severity of illness between occasions. Therefore, the CGI evaluations of severity made at the second visit had to indicate no clinically significant change in the patients' condition and the patients still had to meet the criteria for major depressive disorder.

This selection procedure resulted in a sample of subjects ($n$ = 54) in relatively stable clinical condition, that is, they continued to be moderately to severely ill with a major depressive disorder during the period under study for both Q-LES-Q evaluations. The homogeneity of the sample thus poses a very stringent test of the test–retest reliability of the Q-LES-Q summary scale scores, because none of the subjects were well (or even only slightly ill) and none were so severely ill as to warrant inpatient care.

The second column of Table 2 lists the intraclass coefficients of test–retest reliability for the eight summary scale scores. Even within a very homogeneous sample of depressed patients, these coefficients are quite high and are indicative of a consistent pattern of discrimination among the subjects.

## Internal Consistency Reliability

We used a larger sample ($n$ = 83) to test the degree to which the individual items used in the summary scales were measuring the same underlying dimension. We used the alpha internal consistency coefficient of reliability for this task (Kuder & Richardson 1937). To more adequately assess this index, we needed to ensure some variability in severity of illness of the subjects; therefore, we used the Q-LES-Q for the last visit for which we had data for each subject. Approximately 60 percent of these visits occurred before randomization and the other 40 percent were visits after treatment had begun and, in many instances, after improvement would have occurred.

The fourth column of Table 2 indicates that the items assigned to the various summary scales were highly internally consistent. These item sets are "reliably" assessing the same dimension and the underlying dimensions are quite coherent.

PSYCHOPHARMACOLOGY BULLETIN

**TABLE 2.** Coefficients of Reliability of Summary Scale Scores of Quality of Life Enjoyment and Satisfaction Questionnaire (Q-LES-Q) Among Patients With Major Depressive Disorder.[a]

| Q-LES-Q Scores | Test–Retest[b] | | Internal Consistency[c] | |
|---|---|---|---|---|
| | n | r | n | α |
| Physical Health | 54 | .82 | 83 | .92 |
| Subjective Feelings | 54 | .66 | 83 | .91 |
| Work[d] | 39 | .73 | 61 | .96 |
| Household Duties[d] | 52 | .73 | 82 | .92 |
| School/Course Work[d] | 6 | .89 | 10 | .93 |
| Leisure Time Activities | 54 | .63 | 83 | .92 |
| Social Relationships | 54 | .82 | 83 | .93 |
| General Activities | 54 | .74 | 83 | .90 |

[a]Subjects were patients who sought treatment for depressive symptoms; all met DSM-III-R criteria for major depressive disorder.
[b]Intraclass coefficients of reliability. Q-LES-Q was completed twice (during screening and visit 1 or visit 2) before start of active treatment (n = 54).
[c]Alpha coefficient of internal consistency (n = 83).
[d]Scored only if applicable, i.e., if activities would ordinarily be expected of the subject. If subject was unable to perform these activities at all because of psychopathology, the most severe score possible was assigned.

**TABLE 3.** Correlations of Summary Scale Scores of Quality of Life Enjoyment and Satisfaction Questionnaire (Q-LES-Q) with the Clinical Global Impressions Severity of Illness Ratings (n = 85).

| Q-LES-Q Scores | r |
|---|---|
| Overall Life Enjoyment and Satisfaction | − .62 |
| Physical Health | − .60 |
| Subjective Feelings | − .68 |
| Work (n = 69)[a] | − .45 |
| Household Duties (n = 84)[a] | − .34 |
| School/Course Work (n = 15)[a] | − .34 |
| Leisure Time Activities | − .54 |
| Social Relationships | − .51 |
| General Activities | − .66 |

NOTE: Subjects were patients who sought treatment for depressive symptoms. All met DSM-III-R criteria for major depressive disorder. Mean age = 39.1 yrs (SD = 10.7); 41% male. Sixty-two percent of the questionnaires were completed during visits 1 or 2 (pretreatment visits); 14% during visits 3–10, 24% during visits 11 or 12. Visits 3 and later occurred during treatment with either drug or placebo.
[a]Scored only if applicable, i.e., if activities would ordinarily be expected of the subject. If subject was unable to perform these activities at all because of psychopathology, the most severe score was assigned.

## Validity

Several kinds of evidence of the validity of the Q-LES-Q summary scale scores were examined. The concurrent validity of the Q-LES-Q as a measure of the severity of illness was assessed by examining the correlation of the scale scores with the primary measures of severity of illness used in these studies. The ability of the scale scores to assess change in clinical status was also assessed. Both analyses also allowed an evaluation of the degree to which the Q-LES-Q scores were redundant with the other measures or were measuring some aspects of patient functioning that were relatively independent of the other measures.

**Correlations of the Q-LES-Q summary scale scores and the CGI Severity of Illness ratings.** Table 3 lists the correlations of the Q-LES-Q summary scale scores with the CGI Severity of Illness ratings made at the time of the visit. The same data set used to test internal consistency reliability was used to ensure some variability in severity of illness. The correlations are high enough that we can conclude that the Q-LES-Q scores have validity as measures of severity of illness (range − .34 to − .68). However, the index of shared

variance between the two measures ($r^2$) suggests that the Q-LES-Q and the CGI Severity of Illness as used in this study are also assessing different dimensions of severity. This is further demonstrated by the fact that even at the highest correlation, for Subjective Feelings, only 46 percent of the variance is shared.

**Correlations of the Q-LES-Q summary scale scores with measures of depression.** Some investigators and clinicians have contended that the ability to enjoy activities or to be satisfied with aspects of daily living represent simply an absence of depression. To assess this assumption, we correlated the Q-LES-Q summary scale scores with the HAM-D total scores and the self-report questionnaire measures of depression. In each set of correlations we used the last evaluations for which both sets of data were available to ensure greater variability of scores than would be manifested at intake. Table 4 lists the correlations of the two types of measures, clinical ratings (HAM-D) and self-report (SCL-90 and BDI). The correlations ranged from − .29 to − .72, indicating that the Q-LES-Q does reflect differences in severity of depression. However, many of the correlations indicate that the Q-LES-Q scores are not simply

**TABLE 4.** Correlations of Summary Scale Scores of Quality of Life Enjoyment and Satisfaction Questionnaire (Q-LES-Q) with Measures of Depression.

| Q-LES-Q Scores | HAM-D[a] (n = 82) r | SCL-90[b] (n = 73) r | BDI[c] (n = 33) r |
|---|---|---|---|
| Overall Life Enjoyment and Satisfaction | − .61 | − .67 | − .36 |
| Physical Health | − .56 | − .74 | − .62 |
| Subjective Feelings | − .69 | − .72 | − .68 |
| Work[d] | − .44 | − .55 | − .49 |
| Household Duties[d] | − .36 | − .29 | − .56 |
| School/Course Work[d] | − .33 | − .70 | − .73 |
| Leisure Time Activities | − .48 | − .53 | − .34 |
| Social Relationships | − .49 | − .63 | − .67 |
| General Activities | − .64 | − .64 | − .67 |

NOTES: Subjects were patients who sought treatment for depressive symptoms. All met DSM-III-R criteria for major depressive disorder.
[a]Hamilton Rating Scale for Depression.
[b]Symptom Check List–90.
[c]Beck Depression Inventory.
[d]Scored only if applicable, i.e., if activities would ordinarily be expected of the subject. If subject was unable to perform these activities at all because of psychopathology, the lowest score was assigned.

**TABLE 5.** Correlations of Changes in Quality of Life Enjoyment and Satisfaction Questionnaire (Q-LES-Q) Summary Scale Scores With Clinical Global Impressions (CGI) of Global Improvement Ratings After Intake and With Changes in Hamilton Rating Scale for Depression (HAM-D) Scores.

| Q-LES-Q Scores | CGI Global Improvement (n = 41) | HAM-D (n = 31) |
|---|---|---|
| Physical Health | − .48 | − .54 |
| Subjective Feelings | − .54 | − .40 |
| Work[a] | − .30 | − .34 |
| Household Duties[a] | − .38 | − .39 |
| School/Course Work[a,b] | — | — |
| Leisure Time Activities | − .54 | − .42 |
| Social Relationships | − .44 | − .46 |
| General Activities | − .50 | − .41 |

NOTES: Subjects were patients with major depressive disorder who received treatment with drug or placebo. CGI Global Improvement scores and changes in HAM-D and Q-LES-Q scores were based on contrasts between intake evaluations and those made at various points after randomization.
[a]Scored only if applicable, i.e., if activities would ordinarily be expected of the subject. If subject was unable to perform these activities at all because of psychopathology, the lowest score was assigned.
[b]Number of subjects who completed this summary scale was insufficient to be included in the analysis.

reflecting the absence of depression and are therefore not totally redundant with measures of depression. This is particularly the case for those scores focused more on activities (e.g., Leisure Time Activities, Social Relationships).

**Assessment of the Q-LES-Q summary scale scores as measures of change or improvement.** We were able to obtain two measures of change in clinical condition for subsets of subjects in this setting: the CGI Global Improvement and pre–post HAM-D change scores. CGI Global Improvement scores were available for 41 subjects and pre–post HAM-D change scores could be calculated for 31 subjects. Q-LES-Q change scores were calculated for these two patient subsets. Table 5 shows the high degree of correlation between the CGI Global Improvement rating and the change scores (between the intake Q-LES-Q and the Q-LES-Q evaluations done at the same visit as the CGI Global Improvement rating). These results demonstrate that the Q-LES-Q scores are sensitive to changes in clinical state but, again, are not simply redundant with the primary measure of change used in many studies. Table 5 also shows the correlation between the change scores on the Q-LES-Q and change scores

on the HAM-D. Again, the results demonstrate that the Q-LES-Q summary scale scores are sensitive to changes in level of depressive symptoms but that they are not totally redundant with them.

### Conclusions

The analyses summarized in this report indicate that the Q-LES-Q summary scale scores are reliable and valid measures of aspects of quality of life in a group of depressed outpatients. The scores discriminated among the patients and were shown to be sensitive to change. The sample selected for these analyses posed a tough test of the procedure by virtue of its homogeneity and limited variance. The analyses also indicated that the Q-LES-Q scores were measures of important dimensions of illness that are not reflected in the measures of severity and symptoms generally used in studies of treatment for depression. The findings presented here indicate that there is a possibility that these Q-LES-Q measures are capable of detecting differences in

the efficacy of contrasted treatments for depressed patients that would not be reflected in the CGI or measures of depression such as the HAM-D, the SCL-90, or the BDI.

The Q-LES-Q has also been used with a sample of nonpatients in the community and found to have good test-retest reliability and to discriminate between those who were found to meet criteria for a current mental disorder and those who did not (paper in preparation). The procedure is currently being used in a number of studies involving patients with alcoholic, schizophrenic, and anxiety disorders as well as with women who have severe premenstrual depression. Its performance characteristics in these samples is yet to be determined.

The correlation of the Q-LES-Q scores with those of other measures of quality of life have not yet been determined, nor has its prognostic value for predicting response to treatment or relapse. As with all new procedures, its value for a number of specific purposes will be more clearly established as it is used in a variety of studies.

## References

American Psychiatric Association. *DSM-III-R: Diagnostic and Statistical Manual of Mental Disorders.* 3d ed., revised. Washington, DC: The Association, 1987.

Baker, F, and Intagliata, J. Quality of life in the evaluation of community support systems. *Eval. Program Plan.* 5:69–79, 1982.

Beck, AT, and Beamesderfer, A. Assessment of depression: The depression inventory. In: Pichot, P, ed. *Modern Problems in Pharmacopsychiatry.* Basel, Switzerland: S. Karger, 1974. pp. 151–169.

Bigelow, DA; McFarland, BH; and Olson, MM. Quality of life of community mental health program clients: Validating a measure. *Community Ment. Health J.* 27:43–55, 1991.

Derogatis, LR; Lipman, RS; and Covi, L. SCL-90: An outpatient psychiatric rating scale: Preliminary report. *Psychopharmacol. Bull.* 9:13–28, 1973.

Hamilton, M. A rating scale for depression. *J. Neurol. Neurosurg. Psychiatry* 23:56–62, 1960.

Heinrichs, DW; Hanlon, TE; and Carpenter, WT. The Quality of Life scale: An instrument for rating the schizophrenic deficit syndrome. *Schizophr. Bull.* 10:388–398, 1984.

Kuder, GF, and Richardson, MW. The theory of the estimation of test reliability. *Psychometrika* 2:151–160, 1937.

Lehman, AF. A quality of life interview for the chronically mentally ill. *Eval. Program Plan.* 11:51–62, 1988.

Malm, U; May, PRA; and Dencker, SJ. Evaluation of the quality of life of the schizophrenic outpatient: A checklist. *Schizophr. Bull.* 7:477–487, 1981.

National Institute of Mental Health. Special feature: Rating scales and assessment instruments for use in pediatric psychopharmacology research. *Psychopharmacol. Bull.* 21:839–843, 1985.

Nelson, E; Landgraf, JM; Hays, RD; Wasson, JH; and Kirk, JW. The functional status of patients: How can it be measured in physicians' offices. *Medical Care* 28:1111–1126, 1981.

BEST COPY AVAILABLE

# ECDEU ASSESSMENT MANUAL FOR PSYCHOPHARMACOLOGY
## Revised, 1976

**William Guy, Ph.D.**

**Biometric Laboratory**
**The George Washington University**
**Kensington, Maryland**

U.S. DEPARTMENT OF HEALTH, EDUCATION, AND WELFARE
Public Health Service
Alcohol, Drug Abuse, and Mental Health Administration

National Institute of Mental Health
Psychopharmacology Research Branch
Division of Extramural Research Programs
5600 Fishers Lane
Rockville, Maryland  20852

BEST COPY AVAILABLE

# 047  BPRS
# BRIEF
# PSYCHIATRIC
# RATING  SCALE

BEST COPY AVAILABLE

MH-9-47
6-73

**BRIEF PSYCHIATRIC RATING SCALE** (Overall and Gorham)

B P R S

INSTRUCTIONS:   *Insert General Scoring Sheet and Code 01 Under Sheet Number.*

This form consists of 18 symptom constructs, each to be rated on a 7−point scale of severity ranging from "not present" to "extremely severe". If a specific symptom is not rated, mark "0" = Not Assessed.

Mark the column headed by the term which best describes the patient's present condition.

**USE A NO. 2 LEAD PENCIL. BE SURE TO MAKE MARKS HEAVY AND DARK. ERASE COMPLETELY ANY MARKS YOU WISH TO CHANGE.**

| | Mark on right half of scoring sheet on row specified | | ROW NO. |
|---|---|---|---|
| 1. | SOMATIC CONCERN | Degree of concern over present bodily health. Rate the degree to which physical health is perceived as a problem by the patient, whether complaints have a realistic basis or not. | 1 |
| 2. | ANXIETY | Worry, fear, or over-concern for present or future. Rate solely on the basis of verbal report of patient's own subjective experiences. Do not infer anxiety from physical signs or from neurotic defense mechanisms. | 2 |
| 3. | EMOTIONAL WITHDRAWAL | Deficiency in relating to the interviewer and to the interviewer situation. Rate only the degree to which the patient gives the impression of failing to be in emotional contact with other people in the interview situation. | 3 |
| 4. | CONCEPTUAL DISORGANIZATION | Degree to which the thought processes are confused, disconnected or disorganized. Rate on the basis of integration of the verbal products of the patient; do not rate on the basis of patient's subjective impression of his own level of functioning. | 4 |
| 5. | GUILT FEELINGS | Over-concern or remorse for past behavior. Rate on the basis of the patient's subjective experiences of guilt as evidenced by verbal report with appropriate affect; do not infer guilt feelings from depression, anxiety or neurotic defenses. | 5 |
| 6. | TENSION | Physical and motor manifestations of tension, "nervousness," and heightened activation level. Tension should be rated solely on the basis of physical signs and motor behavior and not on the basis of subjective experiences of tension reported by the patient. | 6 |
| 7. | MANNERISMS AND POSTURING | Unusual and unnatural motor behavior, the type of motor behavior which causes certain mental patients to stand out in a crowd of normal people. Rate only abnormality of movements; do not rate simple heightened motor activity here. | 7 |
| 8. | GRANDIOSITY | Exaggerated self-opinion, conviction of unusual ability or powers. Rate only on the basis of patient's statements about himself or self-in-relation-to-others, not on the basis of his demeanor in the interview situation. | 8 |
| 9. | DEPRESSIVE MOOD | Despondency in mood, sadness. Rate only degree of despondency; do not rate on the basis of inferences concerning depression based upon general retardation and somatic complaints. | 9 |
| 10. | HOSTILITY | Animosity, contempt, belligerence, disdain for other people outside the interview situation. Rate solely on the basis of the verbal report of feelings and actions of the patient toward others; do not infer hostility from neurotic defenses, anxiety nor somatic complaints. *(Rate attitude toward interviewer under "uncooperativeness".)* | 10 |
| 11. | SUSPICIOUSNESS | Belief *(delusional or otherwise)* that others have now, or have had in the past, malicious or discriminatory intent toward the patient. On the basis of verbal report, rate only those suspicions which are currently held whether they concern past or present circumstances. | 11 |

| | | | | | | NOT AS SESSED 0 | NOT PRESENT 1 | VERY MILD 2 | MILD 3 | MODER ATE 4 | MODER ATELY SEVERE 5 | SEVERE 6 | EX TREMELY SEVERE 7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | Continue marking on right half of scoring sheet on row specified | | ROW NO. |
|---|---|---|---|
| 12. | HALLUCINATORY BEHAVIOR | Perceptions without normal external stimulus correspondence. Rate only those experiences which are reported to have occurred within the last week and which are described as distinctly different from the thought and imagery processes of normal people. | 12 |
| 13. | MOTOR RETARDATION | Reduction in energy level evidenced in slowed movements. Rate on the basis of observed behavior of the patient only; do not rate on basis of patient's subjective impression of own energy level | 13 |
| 14. | UNCOOPERATIVENESS | Evidence of resistance, unfriendliness, resentment, and lack of readiness to cooperate with the interviewer. Rate only on the basis of the patient's attitude and responses to the interviewer and the interview situation; do not rate on basis of reported resentment or uncooperativeness outside the interview situation. | 14 |
| 15. | UNUSUAL THOUGHT CONTENT | Unusual, odd, strange, or bizarre thought content. Rate here the degree of unusualness, not the degree of disorganization of thought processes. | 15 |
| 16. | BLUNTED AFFECT | Reduced emotional tone, apparent lack of normal feeling or involvement. | 16 |
| 17. | EXCITEMENT | Heightened emotional tone, agitation, increased reactivity. | 17 |
| 18. | DISORIENTATION | Confusion or lack of proper association for person, place or time. | 18 |

158

73

BEST COPY AVAILABLE

Developed by Overall and Gorham, the Brief Psychiatric Rating Scale (BPRS) is formatted for use with the General Scoring Sheet and consists of the 18-item version of the scale. Developed from the longer Lorr Multidimensional Scale for Rating Psychiatric Patients (MSRPP) and Lorr Inpatient Multidimensional Psychiatric Scale (IMPS), the BPRS provides a rapid and efficient evaluation of treatment response in both clinical drug trials and routine clinical settings. Its focus is primarily inpatient psychopathology. It has been employed in outpatient settings to assess levels of anxiety and depression and to distinguish neurotic from more severely disturbed patients; but the authors caution that the BPRS was not designed to represent the fine distinctions between types of neurotic patients.

REFERENCES

1. Overall, J. E. and Gorham, D. R., The Brief Psychiatric Rating Scale, Psychol. Rep., 10:799-812, 1962.

2. Overall, J. E., The Brief Psychiatric Rating Scale in Psychopharmacology Research, Psychometric Laboratory Reports, No. 29, University of Texas, Galveston, June, 1972.

APPLICABILITY      Primarily for adult inpatient populations.

UTILIZATION      Once at pretreatment; at least one post-treatment assessment. The number and spacing of post-treatment assessments are at the discretion of the investigator.

TIME SPAN RATED      At a maximum, the interval since the last assessment. At pretreatment, a span of one week is suggested.

CARD FORMAT - ITEMS    CARD 01 = 19x, 18I1)

| Item | Column | Item | Column |
|------|--------|------|--------|
| 1. Somatic Concern | 20 | 10. Hostility | 29 |
| 2. Anxiety | 21 | 11. Suspiciousness | 30 |
| 3. Emotional Withdrawal | 22 | 12. Hallucinatory Behavior | 31 |
| 4. Conceptual Disorganization | 23 | 13. Motor Retardation | 32 |
| 5. Guilt Feelings | 24 | 14. Uncooperativeness | 33 |
| 6. Tension | 25 | 15. Unusual Thought Content | 34 |
| 7. Mannerisms | 26 | 16. Blunted Affect | 35 |
| 8. Grandiosity | 27 | 17. Excitement | 36 |
| 9. Depressive Mood | 28 | 18. Disorientation | 37 |

159

BEST COPY AVAILABLE

```
CARD FORMAT - FACTORS      CARD 51 = (19x, 5F6.2, F4.0)

                           Code "5" in Column 18 indicates card contain-
                           ing factor, cluster or derived scores.

                           Factor              Columns

                              I                 20-25
                             II                 26-31
                            III                 32-37
                             IV                 38-43
                              V                 44-49
                           Total Score          50-53
```

Factor score = $\dfrac{\text{Sum of composite items}}{\text{No. of composite items}}$    Factor score range = 1 - 7

Total score = Sum of all items    Total score range = 18 - 126

FACTOR COMPOSITION    This factor structure is based on a 1974 analysis of the pretreatment scores of 3596 subjects with diagnoses of schizophrenia. (Table 8).

I. Anxiety-Depression (ANDP)

   1. Somatic Concern
   2. Anxiety
   5. Guilt Feelings
   9. Depressive Mood

II. Anergia (ANER)

   3. Emotional Withdrawal
  13. Motor Retardation
  16. Blunted Affect
  18. Disorientation

III. Thought Disturbance (THOT)

   4. Conceptual Disorganization
   8. Grandiosity
  12. Hallucinatory Behavior
  15. Unusual Thought Content

IV. Activation (ACTV)

   6. Tension
   7. Mannerisms & Posturing
  17. Excitement

V. Hostile-Suspiciousness (HOST)

  10. Hostility
  11. Suspiciousness
  14. Uncooperativeness

160

75

BEST COPY AVAILABLE

TABLE  8

5-FACTOR VARIMAX SOLUTION OF 18-ITEM BRIEF PSYCHIATRIC RATING SCALE

Guy, W., Cleary, P. and Bonato, R. R., Methodological Implications of a Large Central Data System, published in Proceedings of IXth Congress, CINP, Excerpta Medica, Amsterdam, 1975.

| ITEM | I | II | III | IV | V | Communalities |
|---|---|---|---|---|---|---|
| Somatic Concern | -627 | 066 | -164 | 030 | 014 | 425 |
| Anxiety | -746 | 115 | -073 | 293 | 127 | 677 |
| Emotional Withdrawal | 156 | -808 | -139 | 157 | 073 | 726 |
| Conceptual Disorganization | 019 | -344 | -640 | 280 | 052 | 610 |
| Guilt Feelings | -694 | 014 | -055 | 013 | 074 | 491 |
| Tensions | -381 | -040 | -064 | 732 | 161 | 712 |
| Mannerisms | 023 | -463 | -216 | 568 | -082 | 591 |
| Grandiosity | 004 | 208 | -536 | -027 | 441 | 526 |
| Depressive Mood | -784 | -116 | 099 | -008 | 124 | 653 |
| Hostility | -208 | 036 | -156 | 195 | 778 | 712 |
| Suspiciousness | -346 | 078 | -376 | -020 | 650 | 689 |
| Hallucinatory Behavior | -081 | -147 | -711 | 156 | 003 | 558 |
| Motor Retardation | -337 | -635 | 125 | -198 | 039 | 573 |
| Uncooperativeness | 078 | -451 | 044 | 301 | 641 | 713 |
| Unusual Thought Content | 159 | -027 | -797 | 049 | 286 | 745 |
| Blunted Affect | 015 | -793 | -094 | -077 | -032 | 645 |
| Excitement | -030 | 172 | -210 | 744 | 319 | 729 |
| Disorientation | 227 | -475 | -330 | 300 | -208 | 519 |
| Contribution of factor ($V_p$) | 2.58 | 2.48 | 2.30 | 1.89 | 1.94 | 11.29 |
| % Total Variance | 14.3 | 13.8 | 12.8 | 10.5 | 10.8 | 62.7 |
| % Common Variance | 22.8 | 21.1 | 20.3 | 16.7 | 17.1 | |

161

76

BEST COPY AVAILABLE

SPECIAL INSTRUCTIONS

Brief instructions for rating each item are printed on the scale itself. To increase the degree of communality in interpretation, the items are defined below in greater detail by Overall and Gorham, and the rater is urged to confine his responses within these contexts.

A.  Ratings Based Upon Observation of Patient

3.  Emotional Withdrawal - This construct is defined solely in terms of the ability of the patient to relate in the interpersonal interview situation. Thus, an attempt is made to distinguish between motor aspects of general retardation, which are rated as "motor retardation" and the more mental-emotional aspects of withdrawal, even though ratings in the two areas may be expected to covary to some extent. In the factor analyses of change in psychiatric ratings, a "general retardation" factor has emerged in several different analyses, and this general retardation factor has included both emotional and motor retardation items. It is difficult to identify the basis for rating of "ability to relate"; however, initial work has indicated that raters achieve reasonably high agreement in rating this quality. Emotional withdrawal is represented by the feeling on the part of the rater that an invisible barrier exists between the patient and other persons in the interview situation. It is suspected that eyes, facial expression, voice quality and variability, and expressive movements all enter into the evaluation of this important, but nebulous, quality of the patients.

6.  Tension - It should be noted that the construct "tension" is restricted in the Brief Scale to physical and motor signs commonly associated with anxiety. Tension does not involve the subjective experience or mental state of the patient. Although research psychologists in an effort to attain a high degree of objectivity frequently define anxiety in terms of physical signs, in the Brief Scale observable physical signs of tension and subjective experiences of anxiety are rated separately. Although anxiety and tension tend to vary together, developmental research with an earlier form of the Brief Scale indicated that the degree of pathology in the two areas may be quite different in specific patients. A patient, especially when under the influence of a drug, may report extreme apprehension but give no external evidence of tension whatsoever, or vice versa. In rating the degree of tension, the rater should attend to the number and nature of signs of abnormally heightened activation level such as nervousness, fidgeting, tremors, twitches, sweating, frequent changing of posture, hypertonicity of movements, and heightened muscle tone.

7.  Mannerisms and posturing - This symptom area includes the unusual and bizarre motor behavior by which a mentally ill person can often be identified in a crowd of normal persons. The severity of manneristic behavior depends both upon the nature and number of unusual motor responses. However, it is the "unusualness", and not simply the amount of movement, which is to be rated. Odd, indirect, repetitive movements, or movements lacking normal coordination and integration, are rated on this scale. Strained, distorted, abnormal postures which are maintained for extended periods are rated. Grimaces and unusual movements of lips, tongue, or eyes are considered here also. Tics and twitches which are rated as signs of tension are not rated as manneristic behavior.

162

BEST COPY AVAILABLE

13. Motor retardation - Motor retardation involves the general slowing down and weakening of voluntary motor responses. Symptomatology in this area is represented by behavior which might be attributed to the loss of energy and vigor necessary to perform voluntary acts in a normal manner. Voluntary acts which are especially affected by reduced energy level include those related to speech as well as gross muscular behavior. With increased "motor retardation" speech is slowed, weakened in volume, and reduced in amount. Voluntary movements are slowed, weakened, and less frequent.

14. Uncooperativeness - This is the term adopted to represent signs of hostility and resistance to the interviewer and interview situation. It should be noted that "uncooperativeness" is judged on the basis of response of the patient to the inter-view situation while "hostility" is rated on the basis of verbal reports of hostile feelings or behavior toward others outside the interview situation. It was found necessary to separate the two areas because of an occasional patient who refrained from any reference to hostile feelings and who even denies them, while evidencing strong hostility toward the interviewer.

B.  Ratings Based Primarily Upon Verbal Report

1.  Somatic concern - The severity of physical complaints should be rated solely on the number and nature of complaints of bodily illness or malfunction, or suspiciousness of same, alleged during the interview period. The evaluation is of the degree to which the patient perceives or suspects physical ailments to play an important part in his total lack of well-being. No consideration of the probability of true organic basis for the complaints is required. Only the frequency and severity of complaints are rated.

2.  Anxiety - Anxiety is a term restricted to the subjective experience of worry, overconcern, apprehension or fear. Rating of degree of anxiety should be based upon verbal responses reporting such subjective experiences on the part of the patient. Care should be taken to exclude from consideration in rating anxiety the physical signs which are included in the concept of tension, as defined in the scale. The sincerity of the report and the strength of the experience as indicated by the involvement of the patient may be important in evaluating degree of anxiety.

4.  Conceptual disorganization - Conceptual disorganization involves the disruption of normal thought processes and is evidenced in confusion, irrelevance, inconsistency, disconnectedness, disjointedness, blocking, confabulation, autism, and unusual chain of associating. Ratings should be based upon the patient's spontaneous verbal products, especially those longer, spontaneous response sequences which are likely to be elicited during the initial, non-directive portion of the interview. Attention to the facial expression of the patient during the verbal response may be helpful in evaluating the degree of confusion or blocking.

5.  Guilt feelings - The strength of guilt feelings should be judged from the frequency and intensity of reported experiences of remorse for past behavior. The strength of the guilt feelings must be judged in part from the involvement evidenced by the patient in reporting such experiences. Care should be exercised not to infer guilt feelings from signs of depression or generalized anxiety. Guilt feelings relate to specific past behavior which the patient now believes to have been wrong and the memory of which is a source of conscious concern.

163

BEST COPY AVAILABLE

8. Grandiosity - Grandiosity involves the reported feeling of unusual ability, power, wealth, importance, or superiority. The degree of pathology should be rated relative to the discrepancy between self-appraisal and reality. The verbal report of the patient and not his demeanor in the interview situation should provide the basis for evaluation of grandiosity. Care should be taken not to infer grandiosity from suspicions of persecution or other unfounded beliefs where no explicit reference to personal superiority as the basis for persecution has been elicited. Ratings should be based upon opinions currently held by the patient, even though the unfounded superiority may be claimed to have existed in the past.

9. Depressive mood - Depressive mood includes only the affective component of depression. It should be rated on the basis of expressions of discouragement, pessimism, sadness, hopelessness, helplessness, and gloomy thema. Facial expression, weeping, moaning and other modes of communicating mood should be considered, but motor retardation, guilt, and somatic complaints, which are commonly associated with the psychiatric syndrome of depression, should not be considered in rating depressive mood.

10. Hostility - Hostility is a term reserved for reported feelings of animosity, belligerence, contempt, or hatred toward other people outside the interview situation. The rater may attend to the sincerity and affect present in reporting of such experiences when he attempts to evaluate the severity of pathology in the symptom area. It should be noted that evidences of hostility toward the interviewer in the interview situation should be rated on the "Uncooperativeness" item and should not be considered in rating hostility as defined here.

11. Suspiciousness - Suspiciousness is a term which is used to designate a wide range of mental experience in which the patient believes himself to have been wronged by another person or believes that another person has, or has had, intent to wrong. Since no information is usually available as a basis for evaluating the objectivity of the more plausible suspicions, the term "accusations" might be a more appropriate characterization of this area. The rating should reflect the degree to which the patient tends to project blame and to accuse other people or forces of malicious or discriminatory intent. The pathology in this symptom area may range from mild suspiciousness through delusions of persecution or ideas of reference.

12. Hallucinatory behavior - The evaluation of hallucinatory experiences frequently requires judgment on the part of the rater as to whether the reported experience represents hallucination or merely vivid mental imagery. In general, unless the rater is quite convinced that the experiences reported represent true deviations from normal thought and imagery processes, hallucinatory behavior should be rated as "not present".

15. Unusual thought content - This symptom area is concerned solely with the CONTENT of the patient's verbalization; the extent to which it is unusual, odd, strange, or bizarre. Notice that a delusional or paranoid patient may present bizarre or unbelievable ideas in a perfectly straightforward, clear, and organized fashion. Rate only unusualness of content for this item, not degree of organization or disorganization.

16. Blunted affect - This symptom area is recognized by reduced emotional tone and apparent lack of normal feeling or involvement. Emotional expressions are apt to

164

BEST COPY AVAILABLE

be absent or of marked indifference and apathy.  Attempted expressions of feeling may appear to be mimetic and without sincerity.

DOCUMENTATION:

    a.  Raw score printout
    b.  Factor score printout
    c.  Means and standard deviations
    d.  Cross tabulations
    e.  Variance analyses

165

BEST COPY AVAILABLE

COMMENTS OF THE AUTHOR

THE BRIEF PSYCHIATRIC RATING SCALE IN PSYCHOPHARMACOLOGIC RESEARCH

John E. Overall, Ph.D.


The Brief Psychiatric Rating Scale (BPRS) was originally developed to provide an efficient and clinically valid means of assessing efficacy in psychopharmacologic research.[1]  Later research demonstrated its utility for descriptive classification of psychiatric patients according to profile pattern.[2,3]  The BPRS consists of 18 (originally 16) symptom constructs, each to be rated on a 7-point scale of severity. The ratings are coded 0-6* for the 7 categories of severity ranging from "not present" to "extremely severe".

In most clinical research applications, the BPRS is completed immediately prior to the start of drug treatment and again after a fixed period of time, usually 4 to 6 weeks.  Ratings are based on information obtained in a clinical interview of about 20 minutes duration.  It is recommended that each patient be interviewed and rated independently by two professional observers to enhance the reliability of ratings, although the advantage gained from duplicate independent ratings is not now considered to be as great as it once was.  A minimum of 35 to 40 patients in each treatment group should be included in any study in which the BPRS is used with two independent raters, or approximately 45 to 50 patients per group if a single rater is used.[4]  These estimates of sample size do not appear restricted to the BPRS and can be readily calculated for any particular research setting.[5]

The BPRS pre-treatment ratings can be used to describe the patient sample and to classify patients into phenomenological homogeneous sub-types.  Profile classification has been found useful in reducing within-treatment variability and in the study of specific indications of psychotherapeutic drugs.  Although earlier efforts at profile classification using the BPRS were attempts to provide more objective methods for assigning patients among standard diagnostic categories,[6,7,8] more recent efforts have centered about the use of cluster analysis and related empirical methods to identify the most frequently occurring and thus most representative profile patterns.[9,10]  The results of these studies have produced a classification system consisting of six types described as anxious depression, hostile depression, withdrawn-retarded depression, paranoid hostile-suspiciousness syndrome, withdrawn-disorganized thinking disturbance and florid thinking disorder.[11]  Most psychiatric patients can be recognized as having symptom patterns fitting closely one of these six types.  The six BPRS prototype patterns, which depend upon only the original 16 items, are as follows.

ANXIOUS DEPRESSION

2.6  2.8  1.1  0.5  0.8  0.2  0.2  2.5  0.8  0.4  0.1  1.0  0.3  0.4  1.0

HOSTILE DEPRESSION

0.6  2.7  1.1  1.1  2.0  1.8  0.3  0.3  2.5  2.9  2.2  0.2  0.5  1.0  0.7  0.7


*  The ECDEU version of the BPRS is coded 1 - 7 rather than 0 - 6.

166

BEST COPY AVAILABLE

WITHDRAWN-RETARDED DEPRESSION

1.4 ´1.7  3.0  1.2  0.7  1.1  0.6  0.1  3.4  0.5  0.5  0.3  2.2  0.8  0.4  2.7

PARANOID HOSTILE-SUSPICIOUSNESS SYNDROME

1.4  1.5  1.0  1.4  0.4  1.4  0.4  1.0  0.5  3.4  2.6  0.1  0.4  1.6  1.2  0.7

WITHDRAWN-DISORGANIZED THINKING DISTURBANCE

0.7  0.8  3.1  3.4  0.1  1.1  1.3  0.2  0.5  0.4  1.0  1.5  1.8  1.2  2.2  3.6

FLORID THINKING DISORDER

0.7  1.3  2.4  3.9  0.2  2.0  1.5  1.4  0.8  1.4  3.0  3.5  0.7  1.6  4.2  2.6

Patients can be classified among the six phenomenological sub-groups by simply calculating the sum of squared differences between individual profile elements (scored 0-6 for single rater or average of two raters) and the corresponding proto-type values, with the patient then being assigned to the group for which the simple $d^2$ is smallest.[12] For studies involving only pre-screened clinically depressed patients, only the first three profile patterns need be considered. Several more complex profile analysis methods have been programmed for computer to classify patients among the six types and can be obtained from J. E. Overall (University of Texas Medical Branch, Galveston). Dr. Overall also has the facilities to process profiles sent to him in punched cards and has agreed to do so for any ECDEU investigator.

Several composite scores derived from the BPRS are frequently used in evaluat-ing treatment effects. Numerous factor analyses of BPRS ratings have consistently revealed the presence of four major higher order factors which have been described as thinking disturbance, withdrawal-retardation, hostile-suspiciousness and anxious depression.[13] Factor scores are obtained by summing ratings on the three BPRS items most highly related to each factor.

THINKING DISTURBANCE - Conceptual Disorganization, Hallucinatory Behavior and Unusual Thought Content.

WITHDRAWAL-RETARDATION - Emotional Withdrawal, Motor Retardation and Blunted Affect.

HOSTILE-SUSPICIOUSNESS - Hostility, Suspiciousness and Uncooperativeness.

ANXIOUS DEPRESSION - Anxiety, Guilt Feelings, and Depressive Mood.

In addition to the four higher order factor scores, a "total pathology" score is used to represent the total deviation from normality and to evaluate total change during treatment. The total pathology score is the sum of ratings on all 18 rating constructs, each scored on a 0-6 scale. Where patients have been grouped into distinctively different profile types, the total pathology score is recommended for evaluation of treatment outcome because specific symptom factors tend to be too highly related to profile group.

167

BEST COPY AVAILABLE

which influence BPRS ratings. It is considered that these non-drug factors produce variability in symptom patterns and treatment responses which should be controlled experimentally or statistically in order to improve the precision of clinical psychopharmacologic research. Differences in initial symptom patterns are significantly related to age, race, sex, age of onset, previous course of illness, marital status, education, work achievement and a variety of other less important factors.[14], [15], [16] Differences in treatment outcome have been found to depend significantly on pretreatment level and type of symptomatology, age of onset, previous hospitalizations and/or course of illness, marital status, presence of identifiable precipitating stress and race.[17], [18] Where several different raters are involved in a project, systematic rater differences are often very important.

While work is continuing along these lines, it appears obvious that a variety of factors do influence BPRS evaluations of symptom pattern and treatment outcome, and the above appear to be among the potentially most important. It is recommended that these extrinsic factors be carefully recorded and that their effects then should be removed by using somewhat more complex statistical analyses than have been used in the past.[17] Experimental control can be achieved by holding certain of the extrinsic factors constant, such as age or sex, but this tends to restrict the generality of conclusions that can be drawn.

A completely adequate experimental design involving BPRS evaluations should take into account (a) pre-treatment profile type, (b) pre-treatment level of severity, (c) demographic and sociocultural background characteristics of the patient which may influence outcome independently of drugs, (d) experimentally introduced systematic effects such as hospital differences, rater differences and the like, and (e) drug treatments. Where patients are classified into distinct profile groups, the broad measure of change in total pathology is recommended for evaluation of outcome with differences in pre-treatment level of severity partialled out. In this brief summary, an attempt has been made to provide the investigator with essential information concerning sample size, scoring, patient classification and control variables that will enable him to use the BPRS in as effective a manner as current methodology permits.

REFERENCES

1. Overall, J. E. and Gorham, D. R. The brief psychiatric rating scale. Psychol. Rep., 1962, 10, 799-812.

2. Overall, J. E. and Gorham, D. R. A pattern probability model for classification of psychiatric patients. Behavioral Science, 1963, 8, 108-116.

3. Overall, J. E. and Hollister, L. E. Computer procedures for classification of psychiatric patients. J. Am. Med. Asso., 1963, 187, 583-588.

4. Overall, J. E., Hollister, L. E. and Dalal, S. N. Psychiatric drug research: Sample size requirements for one vs. two raters. Arch. Gen. Psychiatry, 1967, 16, 152-161.

5. Overall, J. E. and Dalal, S. N. Empirical formulae for estimating appropriate sample sizes for analysis of variance designs. Perceptual Motor Skills, 1968, 27, 363-367.

BEST COPY AVAILABLE

6.  Overall, J. E., Hollister, L. E., Meyer, F., Kimbell, I. Jr., and Shelton, J., Imipramine and thioridazine in depressed and schizophrenic patients. J. Am. Med. Asso., 1964, 189, 605-610.

7.  Overall, J. E. and Hollister, L. E.  Studies of quantitative approaches to psychiatric classification.  In the Role and Methodology of Classification in Psychiatry and Psychopathology.  U. S. Dept. of Health, Education and Welfare, PHS, U.S. Gov't. Printing Office.

8.  Hollister, L. E., Overall, J. E., Bennett, L., Kimbell, I. Jr. and Shelton, J. Triperidol in schizophrenia:  Further evidence for specific patterns of action of antipsychotic drugs.  J. New Drugs, 1965, 5, 34-42.

9.  Overall, J. E., Hollister, L. E., Johnson, M. and Pennington V.  Nosology of depression and differential response to drugs.  J. Am. Med. Asso., 1966, 195, 946-948.

10.  Overall, J. E., Hollister, L. E., Shelton, Jr., Kimbell, I.,Jr., and Pennington, V.  Broad-spectrum screening of psychotherapeutic drugs: Thiothixene as an anti-psychotic and antidepressant.  Clin. Pharm. and Therapeutics, 1969, 10, 36-43.

11.  Overall, J. E.  Personal communication.  To appear in Multivariate Methods for Clinical Research by Overall and Klett.  New York: McGraw-Hill, 1971.

12.  Cronbach, L. J. and Gleser, G. C.  Assessing similarities between profiles. Psychol. Bull., 1953, 50, 456-473.

13.  Overall, J. E., Hollister, L. E. and Pichot, P.  Major psychiatric disorders: A four-dimensional model. Arch. of Gen. Psychiat., 1967, 16, 146-151.

14.  Overall, J. E. and Hollister, L. E.  Controlling for extrinsic variability aasociated with differences in background characteristics.  Proceedings of the VI International Congress of the C.I.N.P., 1968.  Excerpta Medica International Congress Series, No. 180.

15.  Pokorny, A. D. and Overall, J. E.  Relationships of psychopathology to age, sex, ethnicity, education and marital status in state hospital patients. J. Psychiat. Research, 1969, 7, (Dec. Issue)

16.  Overall, J. E.  Historical and sociocultural factors related to the phenomenology of schizophrenia.  In Schizophrenia:  Current Concepts and Research.  D. V. Siva Sankar (Ed.)  PJD Publications LTD., Hicksville, New York, 1968.

17.  Overall, J. E. and Tupin, J. P., Investigation of clinical outcome in a doctor's choice treatment setting.  Dis. of Nerv. System, 1969, 30, 305-313.

18.  Overall, J. E., Hollister, L. E., Kimbell, I. Jr., and Shelton, J.  Extrinsic factors influencing responses to psychotherapeutic drugs.  Arch. of Gen. Psychiat., 1969, 21, 89-94.

169

*J. Neurol. Neurosurg. Psychiat.*, 1960, **23**, 56.

# A RATING SCALE FOR DEPRESSION

BY

## MAX HAMILTON

*From the Department of Psychiatry, University of Leeds*

The appearance of yet another rating scale for measuring symptoms of mental disorder may seem unnecessary, since there are so many already in existence and many of them have been extensively used. Unfortunately, it cannot be said that perfection has been achieved, and indeed, there is considerable room for improvement.

### Types of Rating Scale

The value of this one, and its limitations, can best be considered against its background, so it is useful to consider the limitations of the various rating scales extant. They can be classified into four groups, the first of which has been devised for use on normal subjects. Patients suffering from mental disorders score very highly on some of the variables and these high scores serve as a measure of their illness. Such scales can be very useful, but have two defects: many symptoms are not found in normal persons; and less obviously, but more important, there is a qualitative difference between symptoms of mental illness and normal variations of behaviour. The difference between the two is not a philosophical problem but a biological one. There is always a loss of function in illness, with impaired efficiency.

Self-rating scales are popular because they are easy to administer. Aside from the notorious unreliability of self-assessment, such scales are of little use for semiliterate patients and are no use for seriously ill patients who are unable to deal with them.

Many rating scales for behaviour have been devised for assessing the social adjustment of patients and their behaviour in the hospital ward. They are very useful for their purpose but give little or no information about symptoms.

Finally, a number of scales have been devised specifically for rating symptoms of mental illness. They cover the whole range of symptoms, but such all-inclusiveness has its disadvantages. In the first place, it is extremely difficult to differentiate some symptoms, *e.g.*, apathy, retardation, stupor. These three look alike, but they are quite different and

appear in different settings. Other symptoms are difficult to define, except in terms of their settings, *e.g.*, mild agitation and derealization. A more serious difficulty lies in the fallacy of naming. For example, the term "delusions" covers schizophrenic, depressive, hypochondriacal, and paranoid delusions. They are all quite different and should be clearly distinguished. Another difficulty may be summarized by saying that the weights given to symptoms should not be linear. Thus, in schizophrenia, the amount of anxiety is of no importance, whereas in anxiety states it is fundamental. Again, a schizophrenic patient who has delusions is not necessarily worse than one who has not, but a depressive patient who has, is much worse. Finally, although rating scales are not used for making a diagnosis, they should have some relation to it. Thus the schizophrenic patients should have a high score on schizophrenia and comparatively small scores on other syndromes. In practice, this does not occur.

The present scale has been devised for use only on patients already diagnosed as suffering from affective disorder of depressive type. It is used for quantifying the results of an interview, and its value depends entirely on the skill of the interviewer in eliciting the necessary information. The interviewer may, and should, use all information available to help him with his interview and in making the final assessment. The scale has undergone a number of changes since it was first tried out, and although there is room for further improvement, it will be found efficient and simple in use. It has been found to be of great practical value in assessing results of treatment.

### Description of the Rating Scale

The scale contains 17 variables (see Appendix I). Some are defined in terms of a series of categories of increasing intensity, while others are defined by a number of equal-valued terms (see Appendix II). The form on which ratings are recorded also includes four additional variables: Diurnal variation, derealization, paranoid symptoms, obsessional symp-

toms. These are excluded from the scale because the first is not a measure of depression or of its intensity, but defines the type of depression. The other three occur so infrequently that there is no point in including them.

The variables are measured either on five-point or three-point scales, the latter being used where quantification of the variable is either difficult or impossible. No distinction is made between intensity and frequency of symptom, the rater having to give due weight to both of them in making his judgment.

Various problems are to be found with specific symptoms. Thus considerable difficulty is found with the depressive triad: depressive mood, guilt, and suicidal tendencies. These are so closely linked in description and judgment as to be very difficult to separate. It is very important to avoid the halo effect by automatically giving all of them high or low scores, as the case may be.

**Depressed Mood.**—This tends to have a narrow range of scores, for no diagnosed patients will score zero and few will score 1 or 4. The most useful indicator for depressed mood is the tendency to weep, but it must always be considered against the cultural background, and patients may also "go beyond weeping".

**Suicide.**—An attempt at suicide scores 4, but such an attempt may sometimes occur suddenly against a background of very little suicidal tendency; in such cases it should be scored as 3. There will be great difficulty sometimes in differentiating between a real attempt at suicide and a demonstrative attempt; the rater must use his judgment.

**Work and Loss of Interest.**—Difficulties at work and loss of interest in hobbies and social activities are both included. The patient who has given up work solely because of his illness is rated 4.

**Retardation.**—A grade 4 patient is completely mute, and is therefore unsuitable for rating on the scale. Grade 3 patients need much care and patience to rate, but it can be done.

**Agitation.**—This is defined as restlessness associated with anxiety. Unfortunately, a five-point scale was found impracticable, and therefore this variable is rated on a three-point scale. The mildest degrees of agitation cause considerable difficulty.

**Gastro-intestinal Symptoms.**—These occur in connexion with both anxiety and depression. Considerable clinical experience is required to evaluate them satisfactorily. The definitions given have been found very useful in practice.

**General Somatic Symptoms.**—In depressions these are characteristically vague and ill defined, and it is

extremely difficult to get a satisfactory description of them from the patient.

**Hypochondriasis.**—This is easy to rate when it is obviously present, but difficulties arise with mild hypochondriacal preoccupations. Phobias of specific disease can cause difficulties. A phobia of venereal disease or of cancer will sometimes be rated under "guilt" by the nature of the symptom, but other cases may give rise to much doubt and judgment requires care. Fortunately, phobias are not common, but the whole subject of hypochondriasis could well repay clinical investigation.

**Insight.**—This must always be considered in relation to the patient's thinking and background of knowledge. It is important to distinguish between a patient who has no insight and one who is reluctant to admit that he is "mental".

**Loss of Weight.**—Ideally this would be measured in pounds or kilograms, but few patients know their normal weight and keep a check on it. It was therefore necessary to use a three-point scale.

After recovery from depression, some patients sometimes show a brief hypomanic reaction, during which the exuberantly cheerful patient will deny that he has any symptoms whatever, though he is obviously not to be regarded as normal. In such cases, the rating scale is inapplicable and should be delayed until the patient has fully recovered.

### Scoring

It is particularly useful to have two raters independently scoring a patient at the same interview, since this gives data for calculating the inter-physician reliability. The score for the patient is obtained by summing the scores of the two physicians. This is, of course, the best way of learning how to use the scale. Where only one rater uses the scale, the scores should be doubled so as to make them comparable. With sufficient experience, a skilled rater can learn to give half-points.

### Results

For two raters, the correlation between summed scores for the first 10 patients was 0·84. Adding successively 10 patients at a time, the correlation changed to 0·84, 0·88, 0·89, 0·89, 0·90, 0·90. The last correlation is therefore total for 70 patients.

Product-moment correlations were calculated for the 17 variables on the first 49 male patients (Table I). The correlation matrix was then factor-analysed by extracting the latent roots and vectors (Table II). As the intercorrelations are in general low because of the intense selection of patients, the latent roots (variances extracted by factors) diminish

TABLE I

CORRELATION MATRIX OF THE SCALE FOR DEPRESSION

| | (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) | (12) | (13) | (14) | (15) | (16) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 Depressed mood | 1·0 | 0·491 | 0·373 | 0·082 | 0·236 | 0·140 | 0·362 | 0·590 | -0·055 | -0·198 | -0·224 | -0·032 | 0·014 | 0·370 | -0·024 | 0·341 |
| 2 Guilt | | 1·0 | 0·522 | -0·049 | -0·048 | 0·121 | 0·358 | 0·370 | 0·027 | -0·167 | -0·151 | 0·071 | -0·063 | 0·426 | 0·113 | 0·419 |
| 3 Suicide | | | 1·0 | 0·043 | 0·098 | 0·016 | 0·335 | 0·335 | -0·068 | -0·216 | -0·065 | -0·087 | -0·115 | 0·304 | -0·042 | 0·201 |
| 4 Insomnia, initial | | | | 1·0 | 0·199 | 0·309 | 0·130 | -0·115 | 0·191 | -0·001 | -0·036 | 0·438 | 0·169 | -0·044 | 0·152 | 0·179 |
| 5   „   middle | | | | | 1·0 | 0·054 | 0·035 | 0·200 | 0·095 | 0·308 | -0·001 | 0·308 | 0·278 | 0·111 | 0·067 | 0·146 |
| 6   „   delayed | | | | | | 1·0 | 0·17 | 0·126 | 0·022 | -0·180 | -0·162 | 0·376 | -0·038 | 0·142 | 0·171 | 0·012 |
| 7 Work and interests | | | | | | | 1·0 | 0·230 | 0·183 | 0·017 | -0·045 | 0·285 | 0·094 | -0·058 | -0·020 | 0·313 |
| 8 Retardation | | | | | | | | 1·0 | -0·305 | -0·365 | -0·356 | -0·067 | -0·127 | -0·208 | -0·208 | 0·232 |
| 9 Agitation | | | | | | | | | 1·0 | 0·274 | 0·329 | 0·199 | -0·107 | 0·045 | 0·001 | 0·217 |
| 10 Anxiety, psychic | | | | | | | | | | 1·0 | 0·370 | -0·146 | -0·058 | -0·026 | 0·043 | -0·159 |
| 11    „   somatic | | | | | | | | | | | 1·0 | -0·082 | 0·060 | 0·033 | -0·014 | -0·310 |
| 12 Somatic, gastro-intestinal | | | | | | | | | | | | 1·0 | 0·248 | -0·115 | 0·135 | 0·074 |
| 13 Somatic general | | | | | | | | | | | | | 1·0 | 0·048 | 0·137 | -0·024 |
| 14    „   genital | | | | | | | | | | | | | | 1·0 | 0·199 | 0·254 |
| 15 Hypochondriasis | | | | | | | | | | | | | | | 1·0 | 0·275 |
| 16 Insight | | | | | | | | | | | | | | | | 1·0 |
| 17 Loss of weight | | | | | | | | | | | | | | | | |

TABLE II

FACTOR SATURATIONS AND LATENT ROOTS

| Condition | Factor 1 | Factor 2 | Factor 3 | Factor 4 |
|---|---|---|---|---|
| (1) Depressed mood | 0·763 | -0·172 | 0·103 | 0·151 |
| (2) Guilt | 0·728 | -0·156 | 0·341 | -0·138 |
| (3) Suicide | 0·531 | -0·311 | 0·283 | 0·122 |
| (4) Insomnia, initial | 0·207 | 0·614 | -0·208 | -0·025 |
| (5)   „   middle | 0·284 | 0·363 | -0·081 | 0·639 |
| (6)   „   delayed | 0·338 | 0·371 | -0·304 | -0·340 |
| (7) Work and interests | 0·458 | 0·275 | 0·043 | -0·134 |
| (8) Retardation | 0·683 | -0·371 | -0·253 | 0·224 |
| (9) Agitation | -0·034 | 0·539 | 0·503 | -0·032 |
| (10) Anxiety, psychic | -0·373 | 0·326 | 0·557 | 0·072 |
| (11)   „   somatic | -0·403 | 0·250 | 0·480 | 0·421 |
| (12) Somatic, gastro-intestinal | 0·282 | 0·674 | -0·395 | -0·010 |
| (13)   „   general | 0·087 | 0·245 | -0·356 | 0·628 |
| (14)   „   genital | 0·474 | -0·139 | 0·397 | 0·225 |
| (15) Hypochondriasis | 0·157 | 0·367 | 0·117 | -0·144 |
| (16) Insight | 0·603 | 0·107 | 0·204 | -0·173 |
| (17) Loss of weight | 0·353 | 0·439 | 0·214 | -0·192 |
| Latent root | 3·4358 | 2·3439 | 1·7496 | 1·3658 |

TABLE III

ORTHOGONAL ROTATION MATRIX

| Factor | Matrix | | |
|---|---|---|---|
| F₁ | 0·7377 | 0·4932 | -0·4610 |
| F₂ | -0·4182 | 0·8699 | 0·2614 |
| F₃ | 0·5300 | 0 | 0·8480 |

TABLE IV

SATURATIONS OF ROTATED FACTORS

| Condition | Factor 1 | Factor 2 | Factor 3 | Factor 4 |
|---|---|---|---|---|
| (3) Suicide | 0·672 | -0·009 | -0·086 | 0·122 |
| (14) Genital | 0·618 | 0·113 | 0·081 | 0·225 |
| (2) Guilt | 0·783 | 0·224 | -0·087 | -0·138 |
| (8) Retardation | 0·525 | 0·014 | -0·626 | 0·224 |
| (1) Depressed mood | 0·690 | 0·227 | -0·309 | 0·151 |
| (12) Somatic, gastro-intestinal | -0·283 | 0·725 | -0·288 | -0·010 |
| (16) Loss of insight | 0·508 | 0·401 | -0·077 | -0·173 |
| (4) Insomnia, initial | -0·214 | 0·637 | -0·111 | -0·025 |
| (5)   „   middle | 0·015 | 0·456 | -0·105 | 0·639 |
| (7) Work and interests | 0·525 | 0·466 | 0·102 | -0·134 |
| (15) Hypochondriasis | 0·024 | 0·397 | -0·123 | -0·144 |
| (17) Loss of weight | 0·190 | 0·556 | 0·133 | -0·192 |
| (6) Insomnia, delayed | -0·067 | 0·490 | -0·317 | -0·340 |
| (9) Agitation | 0·016 | 0·453 | 0·583 | -0·032 |
| (10) Anxiety, psychic | -0·117 | 0·100 | 0·730 | 0·072 |
| (11)   „   somatic | -0·148 | -0·019 | 0·658 | 0·421 |
| (13) Somatic, general | -0·227 | 0·256 | -0·278 | 0·628 |

slowly. Out of the total variance of 17, the first six roots take up 3·44, 2·34, 1·75, 1·37, 1·28, 1·07, 0·99. The first four factors were used for calculating factor measurements for the patients, in the form of T-scores.

For the interest of those factorists who have a taste for factors rotated to give simple structure, the first three factors were rotated by an orthogonal rotation matrix (Table III) to give the results shown in Table IV. The fourth factor was left as it is, as it already has a fair number of near-zero saturations. The final saturations give a good approximation to simple structure and still retain the advantage of orthogonality.

**Factor Saturations.**—It is customary to examine the factor saturations in order to give an appropriate name to the factors. When all the variables are positively correlated, the general factor may be regarded as an overall average of the items; but when, as in this case, a group of the variables is negatively correlated with the rest, this notion of an average becomes a little tenuous. Be that as it may, there would be little objection to the proposal to call the first factor "retarded depression" on the basis of its factor saturations. The important ones are, in descending order, depressed mood 0·76, guilt 0·73, retardation 0·68, loss of insight 0·60, suicide 0·53, genital symptoms (loss of libido) 0·47, work and interest 0·46, anxiety (somatic) 0·40, anxiety (psychic) 0·37, loss of weight 0·35, and insomnia (delayed) 0·34. The correspondence with the classical descriptions is remarkably close. The saturations in the second factor are: Somatic symptoms (gastro-intestinal) 0·67, insomnia (initial) 0·61,

agitation 0·54, loss of weight 0·44, retardation 0·37, insomnia (delayed) 0·37, insomnia (middle) 0·36, hypochondriasis 0·37, anxiety (psychic) 0·33, and suicide 0·31. It might be said to be vaguely like agitated depression, which clinically shows anxiety and agitation, together with disturbed sleep (particularly initial insomnia), but the factor is deficient in depression, the first factor having taken out most of the depressive variance. The third factor might be called some sort of anxiety reaction, with saturations of anxiety (psychic) 0·56, agitation 0·50, anxiety (somatic) 0·50, genital (loss of libido) symptoms 0·40, gastrointestinal symptoms — 0·39, general somatic symptoms — 0·36, guilt 0·34, and insomnia (delayed) — 0·30. The fourth factor has saturations of insomnia (middle) 0·64, general somatic symptoms 0·63, anxiety (somatic) 0·42, and insomnia (delayed) — 0·34. It is difficult to attach any label to the third and fourth factors, as they do not bring any clinical pattern to mind.

The situation is no better with the rotated factors. Factor I is still very much like retarded depression, but the negative saturation for gastrointestinal symptoms strikes a most incongruous note. Factor II shows many somatic symptoms and disturbed sleep, but the presence in the factor of agitation without anxiety is disturbing. It cannot be regarded as a factor of objective symptoms, as opposed to subjective, since it includes loss of interest and insight. Factor III could be named "anxiety reaction", but the negative saturations of depression and loss of insight must disqualify any attempt to relate it to clinical syndromes. The fourth factor has been left unrotated.

It is not surprising that the classical clinical syndromes have not appeared from the factor analysis, since this technique is incapable of demonstrating them. It would appear from the literature that psychologists have hoped that factor analysis would elicit the classical syndromes, and perhaps even additional ones, but in practice this does not occur. The clinical syndromes are mutually exclusive, *i.e.*, a patient can be ill with endogenous depression, or reactive depression, or schizophrenia, etc., but not from two or more. Of course, there are always patients who diagnostically are doubtful in-betweens. On the other hand, factors are orthogonal, and any individual patient can have high scores in two or more factors, or conversely, low scores. The discrepancy between clinical syndromes and factors is even greater when correlated factors are obtained by non-orthogonal rotations, for with such factors, patients will tend to score high or low in all factors simultaneously.

The appropriate statistical technique for describing the clinical syndromes in terms of quantified variables is that of discriminant functions. These divide the multidimensional space into regions, the centres of which characterize the typical case, and the meeting of the regions, the "interfaces", are the sites where are located the atypical, anomalous, or half-way cases. Since this procedure requires the initial establishment of criterion groups, already diagnosed, it cannot therefore be used to find syndromes. It can be used to test the (null) hypothesis that the syndromes are not distinct, and to identify new cases.

### Factor Measurements

Another way of investigating the nature of the factors is to consider the individuals who have high scores on the factors:—

*Factor 1.*—A man aged 39 years (Case 39) had factor scores of $F_1$ 76, $F_2$ 37, $F_3$ 49, and $F_4$ 52.

This patient was admitted to hospital after two attempts at suicide, first by electrocution, and, when this failed, by an overdose of phenobarbitone. No psychological precipitating factors were found. On admission he was severely depressed and still actively suicidal. He had strong feelings of guilt, and feared that he had acquired venereal disease and was infecting others with it. He was markedly retarded and showed loss of insight. His sleep was disturbed in all three phases, he had no interest in anything and had complete loss of libido since the onset of his illness four months previously. His symptoms cleared with six courses of electroshock treatment (E.C.T.): Two weeks later he suddenly relapsed and attempted to cut his wrists with a broken tumbler. He again recovered with a further course of E.C.T. and has remained well ever since. This case was one of classical endogenous depression.

*Case 24.*—A man aged 54 had factor scores of $F_1$ 64, $F_2$ 51, $F_3$ 44, and $F_4$ 50.

This patient developed symptoms of anxiety two years ago, accompanied by impotence. As a result of physical illness, he had to change his job to one much less satisfactory and with less pay. He worried excessively over this and over his health, and became very depressed. He was given E.C.T. as an out-patient, improved and returned to work for three months. He was twice admitted to hospital, refused E.C.T., and discharged himself. Eventually he agreed to accept E.C.T. but committed suicide just before he was due to attend for treatment. When in hospital he was deeply depressed, had some guilt feelings, suicidal thoughts, and moderate retardation. He had difficulty in falling asleep and woke in the early hours. He showed loss of interest and of libido. He lacked insight, had lost weight, and complained of vague bodily symptoms. He showed little anxiety but was preoccupied with his health and his future prospects.

Psychological precipitating factors cannot be excluded, but the overall picture is that of endogenous depression.

*Factor 2.*—A man aged 62 years (Case 61) had factor scores of $F_1$ 32, $F_2$ 54, $F_3$ 37, and $F_4$ 38.

*MAX HAMILTON*

This patient had been off work for 11 years for "bad nerves" following an accident at work. He had many hypochondriacal complaints and had undergone many fruitless investigations. Four years ago, he was admitted to hospital for severe depression with delusions and hallucinations. This cleared after E.C.T. He was readmitted a year ago, diagnosed as a case of reactive depression, and improved slowly under general treatment. He was discharged after three months. His condition fluctuated and eventually he was readmitted, given six courses of E.C.T. and showed marked improvement. He was discharged and remained well. His symptoms were of moderate depression, without feelings of guilt or suicidal ideas. He had difficulty in falling asleep and awoke early. He showed moderate loss of interest, anxiety, both psychic and somatic, and suffered from poor appetite and constipation. He was diagnosed as a case of reactive depression, but the relation of the illness to psychological precipitating factors is not certain.

*Case* 17.—A man aged 72 years had factor scores of $F_1$ 48, $F_2$ 65, $F_3$ 43, and $F_4$ 45.

There was a long history of abdominal complaints, but investigations found nothing to account for them. A year ago the patient became obviously depressed and was admitted to hospital. He showed moderate depression, guilt, and some suicidal preoccupations. His sleep was disturbed in all three phases. He showed loss of interest, some agitation, severe hypochondriasis, and considerable anxiety. His appetite was poor, his bowels were constipated, and he had lost weight. Because of the poor state of his heart, he was not given E.C.T. He improved slowly, finally discharging himself against advice. Eventually he was admitted to a general hospital and died from cancer of the lung.

The clinical picture is that of reactive depression, but the psychological precipitating factors are doubtful.

**Factor 3.**—A man aged 61 years (Case 2) had factor scores of $F_1$ 41, $F_2$ 38, $F_3$ 63, and $F_4$ 44.

The patient had a history of several attacks of depression, the last one precipitated by the deaths of his wife and daughter. The course of the illness was fluctuating, and the patient showed a poor response to E.C.T. He showed marked depression, guilt, suicidal thinking, retardation, loss of interest, and grossly disturbed sleep. Eventually he recovered and has remained well.

*Case* 45.—A man aged 53 years had factor scores of $F_1$ 60, $F_2$ 55, $F_3$ 78, and $F_4$ 52.

The patient had had one previous attack of depression four years before. Two years ago, the patient again fell ill, and his symptoms have fluctuated considerably. In hospital he showed much depression, guilt, and loss of interest, much anxiety and agitation, loss of libido and loss of insight. He is a rather inadequate personality and his present illness began when he was offered a post which involved greater responsibility.

Both of these patients have had previous attacks of depression, characteristic of an endogenous type of disorder, but in both cases, there were obvious psychological stresses to account for the onset of the present attack. In the first, the symptoms were of the endogenous (retarded) type, and in the second of the reactive (agitated) type. Clinically, these patients are very unlike, but the factor scores pick them out on account of their resemblance; what this is, is not clear.

Since the factors are derived from a limited number of cases, the fourth factor is of very doubtful stability. (The question of statistical significance is ignored for the moment.) Nevertheless, it is of considerable interest. Both of the following patients showed depression with much anxiety, disturbance of sleep and many somatic symptoms, but it is the background to the illness that is noteworthy.

**Factor 4.**—A man aged 51 years (Case 62) had factor scores of $F_1$ 39, $F_2$ 41, $F_3$ 56, and $F_4$ 71.

This patient was a hard worker, but could not restrain his heavy drinking and gambled heavily. These caused considerable marital discord. When temporarily out of work after an accident, he stole money from his daughter to continue his "hobbies". He went off to London, stayed in a hotel and decamped without paying. When he eventually returned home, he heard that the theft had been reported to the police. He became desperate, and after a few days attempted to gas himself and was admitted to hospital. His condition cleared after E.C.T.

*Case* 7.—A man aged 44 years had factor scores of $F_1$ 34, $F_2$ 44, $F_3$ 58, and $F_4$ 71.

This patient came from a disturbed parental home where he had been rejected and deprived. He has always been an odd personality with marked neurotic traits and paranoid attitudes. He served in the Royal Air Force for nine years, during which he was repeatedly delinquent and resistant to authority. Eventually he was discharged for "psychoneurosis". His subsequent occupational history is irregular, with frequent loss of jobs because of quarrelling. He always feels that others are against him. He has not worked for years, has shown much anxiety and in the last six months became depressed, being finally admitted to hospital. He improved a little after E.C.T. but relapsed, subsequently recovering spontaneously.

Both of these patients have obviously abnormal personalities, although it would be an exaggeration to describe them as psychopathic personalities. It has long been recognized that abnormal personalities, particularly of the hysterical type, are liable to attacks of depression, and it is of great interest that such patients should be picked out by reason of the pattern of symptoms of their depression. Nevertheless, the present findings should not be regarded as more than suggestive and worthy of further investigation.

Another way of tackling the relation between factors and clinical syndromes is to take groups of clinically identified patients and compare their mean

factor measurements. Since this is purely a clinical problem and involves other matters, it is reported elsewhere (Hamilton and White, 1959).

Tests of significance have not been applied to these factors. It seems likely that even the smallest factor would become statistically significant if a sufficient number of patients were tested, and the ratings were repeated often enough to make the individual variables highly reliable. The value of factors lies in their use. In this connexion, although the data for the factor analysis were derived from 49 patients, the regression equations were used on the ratings obtained from 64 patients investigated for other purposes. Of these 64 patients, 49 were followed up after treatment (not the same 49). The correlation between factor measurements and total crude score after treatment is for $F_1$ 0·23, for $F_2$ 0·17, for $F_3$ 0·27, and for $F_4$ − 0·09. Although $F_3$ has no obvious clinical or psychological meaning, it is the only one of the factors to be correlated with outcome after treatment at a significance level of just over 5%. This is not much, but a large correlation with outcome is not to be expected in such a highly selected group of patients (Hamilton and White, 1959). Furthermore, 16 out of the 49 cases followed up are new cases, so that some of the shrinkage to be expected in a cross-validation group has already occurred. (The situation is not quite the same as when a multiple correlation is calculated, but $F_3$ has been picked out because it has the highest correla-tion with outcome. Herein lies the interest of this factor.)

### Summary

A rating scale is described for use in assessing the symptoms of patients diagnosed as suffering from depressive states. The first four latent vectors of the intercorrelation matrix obtained from 49 male patients are of interest, as shown by (a) the factor saturations, (b) the case histories of patients scoring highly in the factors, and (c) the correlation between factor scores and outcome after treatment. The general problem of the relationship between clinical syndromes and factors extracted from the inter-correlations of symptoms is discussed.

Thanks are due to Dr. P. F. Fletcher, Physician-Superintendent of Stanley Royd Hospital, Wakefield, for giving me full facilities to work in his hospital, and to him and Professor G. R. Hargreaves, of the Department of Psychiatry, Leeds University, for permission to publish. I have to thank Dr. J. White, not only for providing the patients, but also for collaborating in the assessments to give data on reliability. I am indebted to Miss W. Ashton, B.A., B.Sc., of the Computing Laboratory of Leeds University, for the programming of the correlation matrix, latent roots and vectors, and factor measurements. The research fellowship is in part supported by the Mental Health Research Fund.

### References

Hamilton, M., and White, J. (1959).  *J. ment. Sci.*, **105**, 955.
——, —— (1960).  Unpublished data.

# APPENDIX I

### ASSESSMENT OF DEPRESSION

| Item No. | Score Range | Symptom | Score |
|---|---|---|---|
| 1 | 0-4 | Depressed mood | |
| 2 | 0-4 | Guilt | |
| 3 | 0-4 | Suicide | |
| 4 | 0-2 | Insomnia, initial | |
| 5 | 0-2 | „       middle | |
| 6 | 0-2 | „       delayed | |
| 7 | 0-4 | Work and interests | |
| 8 | 0-4 | Retardation | |
| 9 | 0-2 | Agitation | |
| 10 | 0-4 | Anxiety, psychic | |
| 11 | 0-4 | „      somatic | |
| 12 | 0-2 | Somatic symptoms, gastrointestinal | |
| 13 | 0-2 | „      „      general | |
| 14 | 0-2 | Genital symptoms | |
| 15 | 0-4 | Hypochondriasis | |
| 16 | 0-2 | Loss of insight | |
| 17 | 0-2 | „   „  weight | |
| 18 | 0-2 | Diurnal variation $\begin{cases} M \\ E \end{cases}$ | |
| 19 | 0-4 | Depersonalization, etc. | |
| 20 | 0-4 | Paranoid symptoms | |
| 21 | 0-2 | Obsessional symptoms | |

| *Grading* | |
|---|---|
| 0 | Absent |
| 1 | Mild or trivial |
| 2 | Moderate |
| 3 | |
| 4 | Severe |
| 0 | Absent |
| 1 | Slight or doubtful |
| 2 | Clearly present |

62                              *MAX HAMILTON*

# APPENDIX II

### CHECK LIST OF SYMPTOMS OF DEPRESSIVE STATES

| Item No. | Range of Scores | Symptom | Item No. | Range of Scores | Symptom |
|---|---|---|---|---|---|
| 1. | 0-4 | *Depressed Mood*<br>Gloomy attitude, pessimism about the future<br>Feeling of sadness<br>Tendency to weep<br>   Sadness, etc ........... 1<br>   Occasional weeping ... 2<br>   Frequent weeping ..... 3<br>   Extreme symptoms .... 4 | 10 | 0-4 | *Anxiety, psychic*<br>Tension and irritability<br>Worrying about minor matters<br>Apprehensive attitude<br>Fears |
| 2 | 0-4 | *Guilt*<br>Self-reproach, feels he has let people down<br>Ideas of guilt<br>Present illness is a punishment<br>Delusions of guilt<br>↓Hallucinations of guilt | 11 | 0 | *Anxiety, somatic*<br>Gastrointestinal, wind, indigestion<br>Cardiovascular, palpitations, headaches<br>Respiratory, genito-urinary, etc. |
| | | | 12 | 0-2 | *Somatic Symptoms, Gastrointestinal*<br>Loss of appetite<br>Heavy feelings in abdomen<br>Constipation |
| 3 | 0-4 | *Suicide*<br>Feels life is not worth living<br>Wishes he were dead<br>↓Attempts at suicide | 13 | 0-2 | *Somatic Symptoms, General*<br>Heaviness in limbs, back, or head<br>Diffuse backache<br>Loss of energy and fatiguability |
| 4 | 0-2 | *Insomnia, initial*<br>Difficulty in falling asleep | 14 | 0-2 | *Genital Symptoms*<br>Loss of libido<br>Menstrual disturbances |
| 5 | 0-2 | *Insomnia, middle*<br>Patient restless and disturbed during the night<br>Waking during the night | 15 | 0-4 | *Hypochondriasis*<br>Self-absorption (bodily)<br>Preoccupation with health<br>Querulous attitude<br>↓Hypochondriacal delusions |
| 6 | 0-2 | *Insomnia, delayed*<br>Waking in early hours of the morning and unable to fall asleep again | 16<br>17 | 0-2<br>2-0 | *Loss of Weight*<br>*Insight*<br>  Loss of insight ........... 2<br>  Partial or doubtful loss ........ 1<br>  No loss ................... 0<br>  (Insight must be interpreted in terms of patient's understanding and background.) |
| 7 | 0-4 | *Work and Interests*<br>Feelings of incapacity<br>Listlessness, indecision and vacillation<br>Loss of interest in hobbies<br>Decreased social activities<br>Productivity decreased<br>Unable to work<br>  Stopped working because of present illness only .......... 4<br>  (Absence from work after treatment or recovery may rate a lower score.) | 18 | 0-2 | *Diurnal Variation*<br>Symptoms worse in morning or evening.<br>  Note which it is. |
| | | | 19 | 0-4 | *Depersonalization and Derealization*<br>Feelings of unreality ⎫ Specify<br>Nihilistic ideas ⎭ |
| 8 | 0-4 | *Retardation*<br>Slowness of thought, speech, and activity<br>Apathy<br>Stupor<br>  Slight retardation at interview .. 1<br>  Obvious retardation at interview  2<br>  Interview difficult ........... 3<br>  Complete stupor .......... 4 | 20 | 0-4 | *Paranoid Symptoms*<br>Suspicious<br>Ideas of reference ⎫ Not with a<br>Delusions of reference and ⎬ depressive<br>  persecution ⎭ quality<br>↓Hallucinations, persecutory |
| 9 | 0-2 | *Agitation*<br>Restlessness associated with anxiety | 21 | 0-2 | *Obsessional Symptoms*<br>Obsessive thoughts and compulsions, against which the patient struggles |

91

[ 50 ]

## THE ASSESSMENT OF ANXIETY STATES BY RATING

### By MAX HAMILTON*

In the last decade many scales have been devised for the assessment of psychiatric symptoms. Most have been designed for use with patients in mental hospitals and have therefore concentrated chiefly on behaviour in the ward and in hospital activities. Not many of the items are concerned with symptoms, and these are chiefly those of schizophrenia and the depressive psychoses. Even less attention is paid to neurotic symptoms, especially anxiety states, despite the fact that the scales are intended generally to cover the full range of psychiatric syndromes. These scales have been designed to enable the research worker to obtain a quantified measure of the patient's clinical status, e.g. for use in clinical trials of treatment. In them, the separate items are summed in groups and a set of scores or 'profile' is obtained for each patient. This 'profile' is often used as a diagnostic aid, although this is not the primary purpose of the scale. Users are generally warned not to use the scale for making a diagnosis.

In practice, these scales have two other functions of great importance. The first is that the investigator can describe precisely certain characteristics of his group of patients using the mean score and standard deviation. The description and definition of the population from which a sample is drawn is of fundamental importance and is one of the difficult problems that faces research in psychiatry. For this purpose diagnostic categories are notoriously unreliable and rating scales are invaluable. The second function is that they help to define syndromes and subsyndromes,

and in a manner which permits of reproduction in another enquiry.

The present scale was designed along different lines. It is intended for use with patients already diagnosed as suffering from neurotic anxiety states, not for assessing anxiety in patients suffering from other disorders. Anxiety in greater or lesser degree is found in agitated depression and obsessional states particularly, and also in such states as organic dementia, hysteria and schizophrenia, but it must be clearly emphasized that the scale is not intended to cope with these conditions.

The usual methods for scale design were used. A series of symptoms were assembled which were considered to cover the condition adequately. These were then grouped together according to their nature, or where clinical experiences indicated that they were associated. It was decided that for practical purposes twelve groupings were sufficient. Together with the patient's behaviour at interview, these formed the thirteen variables of the scale. They are: anxious mood (a continued state of apprehension), tension (including irritability), fears (of specific or phobic type), insomnia, cognitive changes (difficulty in concentration and forgetfulness), depression, somatic symptoms of a general type, cardiovascular, respiratory, gastro-intestinal, genito-urinary, and general autonomic symptoms, the latter consisting chiefly of headaches and sweating. Each of the variables was defined in a series of brief statements, headed by the name of the variable, printed on a sheet which faced the interviewer during the interview with the patient (see Appendix 1).

Assessments were made on a five-point scale (see Appendix 2). In practice, the last grade is very rarely used for out-patients, and serves more as a marker, a method of delimiting

* Senior Research Fellow, Department of Psychiatry, University of Leeds. Based on a paper read at the Annual General Meeting of the British Psychological Society, April 1957. Manuscript received 2 August 1958.

Case 6:06-md-01769-ACC-DAB   Document 1351-38   Filed 03/11/09   Page 46 of 50 PageID 48806

the range, rather than as a grade of practical use. In order to determine the reliability of the scale the patients were seen by two interviewers simultaneously. The principal interviewer conducted the interview and endeavoured to obtain information regarding the patient's symptoms. The second interviewer made his ratings independently of the first and could add his own questions if he thought he had not had sufficient information.

Table 1. *Correlations and t tests between raters*

|  |  | Raters | | |  |
|---|---|---|---|---|---|
|  |  | I | II | III |  |
| **I** | *t* test | — | 0·30 | 0·54 | First inter- view |
|  | Correlation | — | 0·93 | 0·39 | |
|  | No. of subjects | — | 8 | 8 | |
| **II** | *t* test | 0·07 | — | 0·63 | |
|  | Correlation | 0·83 | — | 0·91 | |
|  | No. of subjects | 8 | — | 10 | |
| **III** | *t* test | 0·64 | 1·30 | — | |
|  | Correlation | 0·95 | 0·93 | — | |
|  | No. of subjects | 8 | 10 | — | |

Second interview

The initial testing of the scale involved three psychiatrists. Preliminary discussions eliminated many of the difficulties in the first version of the definitions of the variables. The rating scale was then tried on a number of patients and the discrepancies and agreements between psychiatrists carefully considered in detail, in an endeavour to eliminate difficulties. The scale was then tried on a group of patients and this paper is concerned with the results. An identical procedure was followed throughout. Each patient was assessed by two raters and the results recorded. Afterwards the results were compared and any discrepancies noted and discussed. Nevertheless, once a rating had been made it was not altered. The measure of reliability was based on the sum of crude scores for each patient. Product-moment correlations were calculated between each pair of physicians, and since the patients were interviewed on two occasions for purposes of a drug trial, two such correlations between each pair of physicians is available. The results are to be seen in Table 1. The weighted mean of these correlations, using the $z$ transformation, is 0·89. This is remarkably high and illustrates the reliability of psychiatric assessments under suitable conditions. Since the reliability coefficient does not give information on the bias of raters towards high or low scores, $t$ tests were calculated between pairs of raters in the same way (see Table 1). The weighted mean of these $t$ tests is 0·61 and shows that very little bias is to be found.

The relations between the variables were then examined. Product-moment correlations were calculated between the variables and the resultant matrix factor-analysed by the method of Simple Summation (the matrix of correlations is available on request). Communalities were estimated by five iterations of the process. This is very easily done using the shortened method of Burt (1949). A general and one bipolar factor were extracted. The general factor is clearly a general factor of anxiety and the bipolar divides the symptoms into two groups: The first contains psychic symptoms consisting of tension, fears, insomnia, anxiety, intellectual (cognitive) changes, depression, and behaviour at interview. This was contrasted with a group of somatic symptoms consisting of gastro-intestinal, genito-urinary, respiratory, cardiovascular, somatic general and autonomic symptoms (Table 2).

When the factor saturations are plotted it may be seen that the vectors lie almost completely within a right angle. In other words it is possible to rotate the saturations to give two orthogonal group factors. The variance of the general factor constitutes 27 %, of the bipolar 18 %, giving a total of 45 % of the total variance. This total was probably reduced by selection.

4-2

MAX HAMILTON

Table 2. *Saturations for centroid and rotated factors*

|  | G | BP | I | II |
|---|---|---|---|---|
| Tension | 0·60 | 0·26 | 0·36 | 0·54 |
| Fears | 0·29 | 0·37 | 0·04 | 0·46 |
| Insomnia | 0·79 | 0·32 | 0·48 | 0·70 |
| Anxious mood | 0·43 | 0·75 | −0·06 | 0·86 |
| Cognitive changes | 0·56 | 0·07 | 0·42 | 0·37 |
| Depression | 0·38 | 0·52 | 0·02 | 0·64 |
| Behaviour | 0·37 | 0·22 | 0·18 | 0·39 |
| Gastro-intestinal symptoms | 0·41 | 0·00 | 0·34 | 0·22 |
| Genito-urinary symptoms | 0·43 | −0·34 | 0·55 | −0·05 |
| Respiratory symptoms | 0·31 | −0·54 | 0·56 | −0·27 |
| Cardiovascular symptoms | 0·34 | −0·62 | 0·62 | −0·33 |
| Somatic (general) symptoms | 0·48 | −0·31 | 0·57 | 0·01 |
| Autonomic symptoms | 0·56 | −0·10 | 0·52 | 23 |
| Communality | 2·93 | 2·09 | — | — |
| Communality as percentage | 23 | 16 | — | — |

## DISCUSSION

This particular matrix of correlations can be resolved either into a general factor of anxiety and a bipolar factor of psychic versus somatic symptoms, or alternatively, into two orthogonal group factors of 'psychic anxiety' and 'somatic anxiety'. Since both factorizations give orthogonal factors, there is no advantage in one over the other. On general grounds, we know that had there been less selection of subjects, so that they extended through the full range from those with trivial symptoms to those severely ill, then in the centroid analysis, the general factor would have had a greater variance, the bipolar factor still being orthogonal to it. In the group factor analysis, the two group factors would have been positively correlated, this implying a general second order factor. The British school of factorists, following Burt, emphasize the value of orthogonality. The American school, following Thurstone, emphasize the value of being able to identify the same factors regardless of the problems introduced by selection. In this particular case, the group factor analysis has the advantage of orthogonality as well.

Despite the apparent advantage of the group factor approach over the general factor approach, it must not be forgotten that mathematically, the two have an equivalence, since the one can be converted into the other by a simple transformation, in this case, the simplest of all, an orthogonal rotation. No new information can appear from such a transformation. (In fact, factor analysis, except for the method of principal components with full variance, actually loses information. Its great advantage is that it makes information clearer and more comprehensible.) The choice between general and group factor analysis must depend on other considerations.

In this case, the selection of patients is based on the fact that they all suffer from anxiety neurosis, and this condition shows itself as a general factor, i.e. a dimension to which all the variables are positively correlated, or on which they all have positive non-zero projections. It may be that, in other circumstances, the division into group factors may be preferred. For example, the response to treatment, or the effects of some drug, may show as a change in one or other of the group factors. Even if this should be so, it would only mean that whereas for such a situation, the group factor is appropriate, for the present situation, i.e. for diagnosis, the general factor is the appropriate one.

It is interesting to compare this rating scale with the factor analysis of the Taylor scale by O'Connor, Lorr & Stafford (1956). Although the present scale is concerned with general symptoms, whereas the Taylor scale deals with specific statements, the two factors A and B correspond roughly with the present general and bipolar factors. Factors A and B correlate 0·068, so they too are orthogonal.

Both the Taylor scale and the scales of Dixon, de Monchaux & Sandler (1957 *a, b*) differ from the present one in that they are concerned with the content of the patient's

Case 6:06-md-01769-ACC-DAB   Document 1351-38   Filed 03/11/09   Page 48 of 50 PageID 48808

symptoms, rather than the form. This is also true of the Taylor scale. Although in the course of treatment the specific nature of a patient's fears and anxieties may change, it does so much less readily than the intensity. The assessment of both these kinds of changes is of practical and theoretical importance, and therefore the two kinds of scale are complementary.

The present scale obviously invites comparison with that designed by Buss, Wiener, Durkee & Baer (1955). It is important to recognize the difference between the two. The present scale is designed for the rating of anxiety neurosis as a syndrome, not for the rating of anxiety. Until the contrary is proved, it must be regarded as invalid for the rating of anxiety in any other setting. This limits the range of usefulness of the scale but, within these limits, patients can be compared meaningfully. It places great emphasis on the patient's subjective state. (This follows from the medical bias of the author, for in treatment the patient's subjective state takes first place both as a criterion of illness, which brings the patient for treatment, and as a criterion of improvement.) The various symptoms are rated separately, the somatic ones being given equal place with the psychic. This is because in outpatient practice patients place great emphasis on somatic symptoms, and a large number go first to the general medical departments for investigation of these. The scale of Buss *et al.* was used for rating anxiety on all types of patient except those suffering from cerebral damage. It therefore has a wider range of application. This is counter-balanced by the fact that the comparison of scores for anxiety, e.g. schizophrenia, depression and anxiety neuroses, has no clear meaning. It assembles symptoms into fewer groups. It gives less weight to somatic symptoms, or alternatively, gives more weight to psychic symptoms. Both scales group many single items under a limited number of headings, and it would be clearly desirable to investigate the appropriateness and usefulness of this procedure. Both show high reliability in use. I do not intend to suggest that either scale is better than the other. Only practical use will determine which is the more useful, and it is to be hoped that both will be superseded by something better.

The scale can by no means be considered to be in its final state. Ideally, each of the items listed under the heading of a variable should be handled separately for purposes of full item analysis. The sheer labour of doing this in a rating scale (as opposed to a questionnaire) will delay this for a long time. Some of the variables are obviously a rag-bag of oddments and need further investigation. Further work is being done in which the general somatic symptoms are separated into two variables: muscular and sensory.

Experience has shown that grade 2 can be split up into two grades without increasing the difficulty of rating. In practice, grade 4 is almost never used because the rater is reluctant to give the maximum score to subjects who could obviously be much worse. An additional grade would probably be rarely or never used, but would encourage the rater to subdivide grade 3, shifting some of his ratings to the higher grade.

## SUMMARY

A rating scale for the symptoms of anxiety neurosis has been prepared as an aid to the quantification of symptoms. It was used on thirty-five patients by three physicians working in pairs. The reliability of the scale, as shown by correlations and $t$ tests between raters, is high. The correlations between variables can be factorized into a general factor of anxiety and a bipolar factor contrasting psychic with somatic symptoms; or into two orthogonal group factors of 'psychic' and 'somatic' anxiety.

## ACKNOWLEDGEMENTS

I would like to thank Prof. Hargreaves for permission to publish this paper, and particularly for his advice and guidance in the design of the rating scale. I have to thank him and Dr Roberts for taking part in the ratings of patients. The Research Fellowship is supported in part by a grant from the Mental Health Research Fund to whom thanks are due.

54                              MAX HAMILTON

APPENDIX 1

*Symptoms of anxiety states*

**Anxious mood**

Worries
Anticipation of the worst
Apprehension (fearful
 anticipation)
Irritability

**Tension**

Feelings of tension
Fatiguability
Inability to relax
Startle response
Moved to tears easily
Trembling
Feelings of restlessness

**Fears**

Of Dark
 Strangers
 Being left alone
 Large animals, etc.
 Traffic
 Crowds

**Insomnia**

Difficulty in falling asleep
Broken sleep
Unsatisfying sleep and
 fatigue on waking
Dreams
Nightmares
Night terrors

**Intellectual** (*cognitive*)

Difficulty in concentration
Poor memory

**Depressed mood**

Loss of interest
Lack of pleasure in hobbies
Depression
Early waking
Diurnal swing

**General somatic** (*muscular*)

Muscular pains and aches
Muscular stiffness
Muscular twitchings
Clonic jerks
Grinding of teeth
Unsteady voice

**General somatic** (*sensory*)

Tinnitus
Blurring of vision
Hot and cold flushes
Feelings of weakness
Pricking sensations

**Cardiovascular symptoms**

Tachycardia
Palpitations
Pain in chest
Throbbing of vessels
Fainting feelings
Missing beat

**Respiratory symptoms**

Pressure or constriction in
 chest
Choking feelings
Sighings
Dyspnoea

**Gastro-intestinal symptoms**

Difficulty in swallowing
Wind
Dyspepsia:
 pain before and after
  meals
 burning sensations
 fullness
 waterbrash
 nausea
 vomiting
 sinking feelings
'Working' in abdomen
Borborygmi
Looseness of bowels
Loss of weight
Constipation

**Genito-urinary symptoms**

Frequency of micturition
Urgency of micturition
⎧ Amenorrhea
⎨ Menorrhagia
⎩ Development of frigidity
⎧ Ejaculatio praecox
⎨ Loss of erection
⎩ Impotence

**Autonomic symptoms**

Dry mouth
Flushing
Pallor
Tendency to sweat
Giddiness
Tension headache
Raising of hair

**Behaviour at interview** (*general*)

Tense, not relaxed
Fidgetting: hands,
       picking fingers,
       clenching, tics,
       handkerchief
Restlessness: pacing
Tremor of hands
Furrowed brow
Strained face
Increased muscular tone
Sighing respirations
Facial pallor

**Behaviour** (*physiological*)

Swallowing
Belching
High resting pulse rate
Respiration rate over
 20/min.
Brisk tendon jerks
Tremor
Dilated pupils
Exophthalmos
Sweating
Eye-lid twitching

## ASSESSMENT OF ANXIETY STATES

APPENDIX 2

Date

Anxious mood
Tension
Fears
Insomnia
Intellect
Depressed mood
Somatic general (muscular
  and sensory)
Cardiovascular system
Respiratory system
Gastro-intestinal system
Genito-urinary system
Autonomic system
Behaviour at interview

| Grades |
| --- |
| 0 is none |
| 1 is mild |
| 2 is moderate |
| 3 is severe |
| 4 is very severe, grossly disabling |

*General comments:*

## REFERENCES

BURT, C. (1949). Subdivided factors. Appendix: a shortened method of factor analysis. *Brit. J. Psychol. Statist. Sect.* **2**, 61–6.

BUSS, A. H., WIENER, M., DURKEE, A. & BAER, M. (1955). The measurement of anxiety in clinical situations. *J. Cons. Psychol.* **19**, 125–9, no. 2.

DIXON, J. J., DE MONCHAUX, C. & SANDLER, J. (1957 a). Patterns of anxiety: the phobias. *Brit. J. Med. Psychol.* **30**, 34–40.

DIXON, J. J., DE MONCHAUX, C. & SANDLER, J. (1957 b). Patterns of anxiety: an analysis of social anxieties. *Brit. J. Med. Psychol.* **30**, 107–12.

O'CONNOR, J. P., LORR, M. & STAFFORD, J. W. (1956). Some patterns of manifest anxiety. *J. Clin. Psychol.* **12**, 160–3.