BEST COPY AVAILABLE

*Brit. J. Psychiat.* (1979), **134**, 382–9

# A New Depression Scale Designed to be Sensitive to Change

By STUART A. MONTGOMERY and MARIE ÅSBERG

**SUMMARY**  The construction of a depression rating scale designed to be particularly sensitive to treatment effects is described. Ratings of 54 English and 52 Swedish patients on a 65 item comprehensive psychopathology scale were used to identify the 17 most commonly occurring symptoms in primary depressive illness in the combined sample.

Ratings on these 17 items for 64 patients participating in studies of four different antidepressant drugs were used to create a depression scale consisting of the 10 items which showed the largest changes with treatment and the highest correlation to overall change.

The inter-rater reliability of the new depression scale was high. Scores on the scale correlated significantly with scores on a standard rating scale for depression, the Hamilton Rating Scale (HRS), indicating its validity as a general severity estimate. Its capacity to differentiate between responders and non-responders to antidepressant treatment was better than the HRS, indicating greater sensitivity to change. The practical and ethical implications in terms of smaller sample sizes in clinical trials are discussed.

## Introduction

The most common use of psychiatric rating scales is probably for comparison of effects of new drugs to standard treatment. In most trials of antidepressant drugs a difference can be demonstrated between pharmacologically active compounds and placebo (Morris and Beck, 1974) but only rarely are consistent differences found between active drugs even when they are known to have different mechanisms of action.

One possible explanation is that the standard rating scales are not sensitive enough to pick up such differences (Angst, 1972) which is not surprising if the scales were not designed specifically for that purpose. The result has often been that the scales reflect diagnostic features rather than being sensitive to change. We therefore decided to construct a rating scale for depressive illness where sensitivity and accuracy of change estimates were to be major criteria for the inclusion of items. This work was made possible by the recent introduction of a new, comprehensive psychopathological rating scale or CPRS (Åsberg *et al*, 1978). The CPRS is composed of 65 scaled items covering a wide range of psychiatric symptoms.

## Patients and Ratings

The selection of items for the depression scale was based on ratings on the CPRS of 106 depressed patients, 33 men and 73 women, participating in clinical trials of antidepressant drugs. Thirty-three were out-patients and 73 in-patients. In the majority of cases, two raters participated in the interview. Only patients with a primary depressive illness (Feighner *et al*,

Case 6:06-md-01769-ACC-DAB   Document 1351-39   Filed 03/11/09   Page 2 of 50 PageID 48812

BEST COPY AVAILABLE

1972) were included. Inventories (Gurney et al, 1972) were applied to ensure diagnostic and descriptive uniformity. Within this group, a wide variation in patient characteristics was sought and the sample includes endogenous and reactive, psychotic and non-psychotic, bipolar and unipolar out-patients and in-patients from a wide age range (18–69 years). Patients from two countries (England n = 54, and Sweden n = 52) were included in order to reduce cultural bias in the selection of items. CPRS scores after four weeks therapy with four antidepressant drugs with different pharmacological profiles were used to study change with treatment. The drugs were mianserin, amitriptyline, maprotiline and clomipramine. Amitriptyline (Tuck and Punell, 1973), maprotiline (Maître et al, 1971) and clomipramine (Hamberger and Tuck, 1973) block neuronal reuptake of noradrenaline, directly or by means of endogenously formed metabolites. Clomipramine is also a potent serotonin uptake blocker (Åsberg et al, 1977). Amitriptyline may also affect serotoninergic neurones (Tuck and Punell, 1973) and has pronounced anti-cholinergic effects (Mass, 1975); it is also thought to have a stronger sedative effect than the other drugs (Silverstone and Turner, 1974). Mianserin appears to lack uptake inhibiting effects (Ferl et al, 1973) as well as anticholinergic effects (Coppen et al, 1976) and its mechanism of action is not clear.

Of the 64 patients for whom scores were available from before and after four weeks of treatment 35 were simultaneously rated on the Hamilton Rating Scale (HRS) (Hamilton, 1967) and on a 7-point scale for global severity of illness.

## Construction of the Scale

Parametric statistical methods were used except when dealing with ranked data as recommended by Anderson (1961) and Boneau (1961). The difference between pre-treatment scores has been used as an estimate of change, both for individual and sums of items.

*Preliminary item selection*

The frequency of scores above zero on all of the 65 items as well as the ranking by inci-

TABLE I

*Frequency of scores above zero and correlation between English and Swedish raters on the 17 most commonly scored items of the CPRS*

| Item | Frequency of scores above zero in per cent (both samples combined, n = 106) | Interrater reliability between English and Swedish rater (n = 11) |
|---|---|---|
| Reported sadness | 100 | 0.96 |
| Apparent sadness | 99 | 0.90 |
| Lassitude | 96 | 0.78 |
| Inner tension | 95 | 0.90 |
| Pessimistic thoughts | 94 | 0.53 |
| Inability to feel | 93 | 0.41 |
| Worrying over trifles | 91 | 0.78 |
| Concentration difficulties | 88 | 0.80 |
| Observed muscular tension | 88 | 0.74 |
| Suicidal thoughts | 87 | 0.71 |
| Fatiguability | 86 | 0.89 |
| Reduced sleep | 83 | 0.76 |
| Indecision | 81 | 0.27 |
| Reported autonomic disturbances | 79 | 0.72 |
| Reported muscular tension | 74 | 0.59 |
| Reduced appetite | 73 | 0.95 |
| Agitation | 73 | 0.62 |

BEST COPY AVAILABLE

dence were remarkably similar in the Swedish and the English samples (r = +.88, rho = +.88, P for both < 0.001 (Montgomery *et al*, 1978a). Since the agreement between ratings of English patients by English and Swedish raters was generally high (Table I) it was decided to merge the two samples in the further calculations.

An arbitrary cut-off point of 70 per cent occurrence was used to identify the 17 most common items (Table I) in the total sample of patients. The sum of scores on these 17 items was used as a preliminary estimate of severity of the illness. This estimate was significantly correlated with the HRS scores (r = +.94, P < 0.001) and also with the global scores (r = +.89, P < 0.001) during the fourth treatment week. Before treatment these correlations were slightly lower as would be expected from the more restricted range of scores (HRS, r = +.73, Global, r = +.61, P for both < 0.001).

TABLE II

*Mean change (regardless of direction), and correlation between change on each item and sum of change on the preliminary 17 item scale (n = 64). The items are ranked in order of descending sensitivity on both estimates combined*

| Item | Mean change | Correlation to total change |
|------|-------------|----------------------------|
| Apparent sadness | 2.12 | 0.84 |
| Reported sadness | 2.19 | 0.73 |
| Inability to feel | 1.98 | 0.75 |
| Inner tension | 1.79 | 0.73 |
| Suicidal thoughts | 2.03 | 0.64 |
| Lassitude | 1.61 | 0.79 |
| Concentration difficulties | 1.79 | 0.69 |
| Reduced sleep | 2.45 | 0.49 |
| Reduced appetite | 1.78 | 0.63 |
| Pessimistic thoughts | 1.69 | 0.64 |
| Worrying over trifles | 1.88 | 0.46 |
| Fatiguability | 1.73 | 0.58 |
| Muscular tension (reported) | 1.41 | 0.56 |
| Muscular tension (observed) | 1.22 | 0.49 |
| Indecision | 1.57 | 0.44 |
| Autonomic disturbances | 1.60 | 0.40 |
| Agitation | 0.99 | 0.34 |

## Selecting items for sensitivity

Two different estimates of sensitivity were used (Table II). Firstly the mean changes of scores (absolute values) on each of the 17 items after four weeks of treatment were calculated and ranked. The second estimate was the correlation between change on each item and the overall change on the preliminary 17 item scale over the four weeks. These estimates reflect different aspects of sensitivity to change. Ideally, an item should both yield large changes (that can be reliably rated) and be strongly correlated to general amelioration of depression. This is not always the case.

For example, reduced sexual interest yielded large changes but was less well correlated to general outcome. Inclusion of an item like this in a scale might spuriously inflate the change scores.

The summed ranks on both estimates were used to select the 10 most sensitive items for the final depression rating scale, which is shown in the Appendix.

## Reliability and Validity of the New Depression Scale

### Interrater reliability

Data from the conjoint interviews were used to compute interrater correlations. Comparisons between two English raters, two Swedish raters and one English and one Swedish rater, rating English patients, are given in Table III. The interrater reliability in the simultaneously performed HRS ratings is shown for comparison. The interrater correlations are satisfactory for both scales, for raw scores as well as for difference scores.

To test the robustness of the instrument in the hands of untrained raters, ratings were also performed by a trained psychiatrist and a general practitioner or a psychiatric nurse (a detailed account of the procedure is given elsewhere; Montgomery *et al*, 1978). Also in this setting the interrater correlations were high (Table III).

### Validity studies

To test the validity of a scale which estimates the severity of depression a comparison must

BEST COPY AVAILABLE

TABLE III

*Interrater reliability of the new depression scale with different rater pairs. Interrater correlation between simultaneously performed Hamilton scale ratings are shown within brackets for comparison. All correlations are highly significant (P < 0.001)*

| Rater pair | r | n |
|---|---|---|
| Two English raters | | |
| before treatment | 0.89 (HRS: 0.89) | 30 (HRS: 25) |
| during treatment | 0.95 (HRS: 0.98) | 20 (HRS: 14) |
| difference | 0.90 (HRS: 0.91) | 13 (HRS: 12) |
| Two Swedish raters | | |
| before treatment | 0.95 | 22 |
| One English, one Swedish rater | | |
| various stages of treatment | 0.97 | 11 |
| Psychiatrist and general practitioner | | |
| various stages of treatment | 0.97 | 17 |
| Psychiatrist and nurse | | |
| various stages of treatment | 0.93 | 12 |

be made with an independent measure. An experienced clinician's global judgement as to whether the patient has responded or not is the criterion against which depression scales should be judged. As a preliminary validation of this scale's capacity to identify responders and non-responders to treatment we compared the scale scores with a clinician's global judgement in a sample where there was a clear cut differentiation between responders (18 patients) and non-responders (17 patients).

Point biserial correlations between response category and change scores were calculated for the preliminary 17-item scale, the final 10-item depression scale and the Hamilton Rating Scale. All correlations were highly significant. The correlations were used to determine which of the three scales differentiated better between responders and non-responders to treatment. The best correlation was achieved with the 10-item depression scale (r = +.70), the next best was with the 17-item preliminary scale (r = +.67). Of the three the HRS was the least able to discriminate (r = +.59). Converted into approximate patient numbers needed to achieve equivalent significance at different levels, for a point biserial correlation of this order 28 patients would have been needed to reach a significance at the 0.001 probability

level with the HRS, compared with 19 patients on the 10 item scale.

## Discussion

The major requirements of a rating scale for antidepressant treatment effects is that it should be short and easy to apply in a clinical setting, relevant for depressive illness, and provide a sensitive and accurate estimate of change (Hamilton, 1976; Carroll *et al*, 1973; Åsberg *et al*, 1973).

It would of course be possible to use a very extensive rating scale covering all aspects of depressive illness. A scale of this type might be more likely to pick up unexpected differences in the spectrum of action of drugs. However, the presence of a large number of items that were scored in only a few patients would tend to introduce and increase the random error. More important, the ratings would be cumbersome and time-consuming to undertake. Unskilled raters might have difficulties in covering a large number of items in a single interview. Repeated asking of questions which appear irrelevant to the patient might also be detrimental to clinical rapport and reduce the validity of the information provided.

When reducing the number of items, it is important that those included are relevant to

BEST COPY AVAILABLE

386        A NEW DEPRESSION SCALE DESIGNED TO BE SENSITIVE TO CHANGE

the illness and indeed occur in the majority of cases. An item may be both of diagnostic importance and likely to change with treatment but because it occurs so infrequently it might diminish the overall sensitivity of the scale. Examples of this type which failed to meet our frequency criterion for consideration are Ideas of Persecution and Compulsive Thoughts. Similar items were included in the initial version of the Hamilton Rating Scale (Hamilton, 1960) but excluded later (Hamilton, 1967).

Sensitivity of the scale in this context refers to its capacity to measure change. Change will be most sensitively recorded on items which are not restricted in range, but when the full width of the scales are used for the ratings. Restriction of the range might occur if a positive score on an item reflects a personality trait which is unlikely to change with short term treatment, rather than a symptom of an illness. It might also occur as a result of central tendency error, in which raters tend to avoid using the extreme ends of the scales (Guilford, 1954).

Change estimates should also be accurate and reflect a change in general severity of depressive illness. Some items may show a high degree of change without this being related to the illness as such. Hospitalization would be expected to have effects, for instance, on sexual interest and general levels of activity. Increased severity of some symptoms (for instance autonomic disturbances) may be side-effects of an antidepressant drug treatment.

The 10 items included in the new depression scale are all core symptoms of depressive illness. A few characteristic symptoms are, however, not included. Motor retardation (called Slowness of Movement in the full CPRS) is perhaps the most conspicuous omission. It was excluded from the primary selection, since it occurred in relatively few patients (63 per cent of the English patients and 69 per cent of the Swedish patients). Clinical experience shows that motor retardation only occurs in a proportion of patients and this is indeed the background of one of the classifications of depressive illness into retarded and non-retarded forms. In any case the mean change in Slowness of Movement was smaller than for any item included in the scale

and the correlation of change to overall amelioration was comparatively low ($r = +.57$).

The large number of rating scales available to clinical investigators is a problem in psychiatric research (Pichot, 1972) and the comparability between scales is rarely known. It is therefore important that a new rating scale should be shown to have clear advantages over existing instruments before it is accepted for research purposes. Our scale appears to have certain advantages, even when compared to the most widely used depression rating scale, the Hamilton Rating Scale.

Our depression scale has fewer items to score than the HRS (10 vs 17) and a reduction in reliability might be expected. However, we have demonstrated equally high reliabilities with the HRS and the 10 item scale. The scale can be used by trained nurses and psychologists as well as by psychiatrists (Montgomery et al, 1978b). It appears to be a more precise measure of change than the HRS. This means that significant differences between treatments may be revealed with smaller numbers of patients. In clinical trials this is important for ethical reasons, since fewer patients need to be exposed to possibly inferior treatments.

There is a definite need for simple, clinically oriented rating scales to measure treatment effects in other psychiatric syndromes such as mania, schizophrenia and anxiety states. To our knowledge, the strategy we employed for arriving at an empirically founded scale has not previously been used and should prove valuable in constructing further scales.

### Acknowledgement

This study was supported by the Swedish Medical Research Council, 21P–4676; 27X–05015, the Bank of Sweden Tercentenary Fund, 74/110, the Gurli Wehtje Fund for Depression Research, S.E. Thames Regional Health Authority, Grant No. LOR/76/24, and Guy's Hospital Medical School.

### References

ANDERSON, N. H. (1961) Scales and statistics: parametric and non-parametric. *Psychological Bulletin*, **58**, 305–16.
ANGST, J. (1972) Concluding discussion. In *Depressive Illness* (ed. P. Kielholz). Bern: Huber.
ÅSBERG, M., KRAGH-SORENSEN, P., MINDHAM, R. H. S. & TUCK, J. R. (1973) International reliability and communicability of a rating scale for depression. *Psychological Medicine*, **3**, 158–65.

BEST COPY AVAILABLE

—— RINGBERGER, V. A., SJÖQVIST, F., THORN, P., TRÄSKMAN, L. & TUCK, J. R. (1977) Monoamine metabolites in the cerebrospinal fluid and serotonin uptake inhibition during treatment with clomipramine. *Clinical Pharmacology and Therapeutics,* 21, 201–7.

—— MONTGOMERY, S., PERRIS, C., SCHALLING, D. & SEDVALL, G. (1978) A comprehensive Psychopathological Rating Scale. *Acta Psychiatrica Scandinavica,* Supplement 272.

BONEAU, C. A. (1961) A note on measurement scales and statistical tests. *American Psychologist,* 16, 160–261.

CARROLL, B. J., FIELDING, J. M. & BLASHKI, T. G. (1973) Depression rating scales. A critical review. *Archives of General Psychiatry,* 28, 361–6.

COPPEN, A., GUPTA, R., MONTGOMERY, S., GHOSE, K., BAILEY, J., BURNS, B. & DE KIDDER, J. J. (1976) Mianserin hydrochloride: a novel antidepressant. *British Journal of Psychiatry,* 129, 342–5.

FEIGHNER, J. P., ROBINS, E., GUZE, S. B., WOODRUFF, R. A., WINOKUR, G. & MUNOZ, R. (1972) Diagnostic criteria for use in psychiatric research. *Archives of General Psychiatry,* 26, 57–63.

FERL, P. J., QUANTOCK, D. C. & VAN DER BURG, W. J. (1973) The human pharmacology of GB94—a new psychotropic agent. *European Journal of Clinical Pharmacology,* 5, 166–73.

GUILFORD, J. P. (1954) Psychometric methods. 2nd Ed., p 278. New York: McGraw-Hill.

GURNEY, C., ROTH, M., GARSIDE, R. F., KERR, T. A. & SCHAPIRA, K. (1972) Studies in the classification of affective disorders. The relationship between anxiety states and depressive illnesses—II. *British Journal of Psychiatry.* 121, 162–6.

HAMBERGER, B. & TUCK, J. R. (1973) Effect of tricyclic antidepressants on the uptake of noradrenaline and 5-hydroxytryptamine by rat brain slices incubated in buffer or human plasma. *European Journal of Clinical Pharmacology,* 5, 229–35.

HAMILTON, M. (1960) A rating scale for depression. *Journal of Neurology, Neurosurgery and Psychiatry,* 23, 56–62.

—— (1967) Development of a rating scale for primary depressive illness. *British Journal of Social and Clinical Psychology,* 6, 278–96.

—— (1976) Comparative value of rating scales. *British Journal of Clinical Pharmacology,* 3, 58–60.

MASS. J. W. (1975) Biogenic amines and depression. Biochemical and pharmacological separation of two types of depression. *Archives of Psychiatry,* 32, 1357–61.

MAITRE, L., STAEHELIN, M. & BEIN, H. J. (1971) Blockade of noradrenaline uptake by 34276 B a, a new antidepressant drug. *Biochemical Pharmacology,* 20, 2169–86.

MONTGOMERY, S., ÅSBERG, M., TRÄSKMAN, L. & MONTGOMERY, D. (1978a) Cross-cultural studies on the use of the CPRS in English and Swedish depressed patients. *Acta Psychiatrica Scandinavica,* Supplement 272, 33–9.

—— JÖRNESTEDT, L., THOREN, P., TRÄSKMAN, L., McAULEY, R., MONTGOMERY, D. & SHAW, P. (1978b) Reliability of the CPRS between the disciplines of psychiatry, general practice, nursing and psychology. *Acta Psychiatrica Scandinavica.* Supplement 272, 29–32.

MORRIS, J. B. & BECK, A. T. (1974) The efficacy of antidepressant drugs—a review of research (1958 to 1972) *Archives of General Psychiatry,* 30, 667–74.

PICHOT, P. (1972) The problem of quantifying the symptomatology of depression. In *Depressive Illness* (ed. P. Kielholz). Bern: Huber.

SILVERSTONE, T. & TURNER, P. (1974) *Drug Treatment in Psychiatry,* p 117. London: Routledge & Kegan Paul.

TUCK, J. R. & PUNELL, G. (1973) Uptake of $^3$H-5-hydroxytryptamine and $^3$H-noradrenaline by slices of rat brain incubated in plasma from patients treated with clomipramine, imipramine or amitriptyline. *Journal of Pharmacy and Pharmacology,* 25, 573–4.

## APPENDIX

Montgomery and Åsberg (MADRS) Depression Rating Scale.

The rating should be based on a clinical interview moving from broadly phrased questions about symptoms to more detailed ones which allow a precise rating of severity. The rater must decide whether the rating lies on the defined scale steps (0, 2, 4, 6) or between them (1, 3, 5).

It is important to remember that it is only on rare occasions that a depressed patient is encountered who cannot be rated on the items in the scale. If definite answers cannot be elicited from the patient all relevant clues as well as information from other sources should be used as a basis for the rating in line with customary clinical practice.

The scale may be used for any time interval between ratings, be it weekly or otherwise but this must be recorded.

*Item List*

1. Apparent sadness
2. Reported sadness
3. Inner tension
4. Reduced sleep
5. Reduced appetite
6. Concentration difficulties
7. Lassitude
8. Inability to feel
9. Pessimistic thoughts
10. Suicidal thoughts

1. *Apparent Sadness*

Representing despondency, gloom and despair, (more than just ordinary transient low spirits)

BEST COPY AVAILABLE

388     A NEW DEPRESSION SCALE DESIGNED TO BE SENSITIVE TO CHANGE

reflected in speech, facial expression, and posture. Rate by depth and inability to brighten up.

0   No sadness.
1
2   Looks dispirited but does brighten up without difficulty.
3
4   Appears sad and unhappy most of the time.
5
6   Looks miserable all the time. Extremely despondent.

2.   *Reported sadness*

Representing reports of depressed mood, regardless of whether it is reflected in appearance or not. Includes low spirits, despondency or the feeling of being beyond help and without hope.
Rate according to intensity, duration and the extent to which the mood is reported to be influenced by events.

0   Occasional sadness in keeping with the circumstances.
1
2   Sad or low but brightens up without difficulty.
3
4   Pervasive feelings of sadness or gloominess. The mood is still influenced by external circumstances.
5
6   Continuous or unvarying sadness, misery or despondency.

3.   *Inner tension*

Representing feelings of ill-defined discomfort, edginess, inner turmoil, mental tension mounting to either panic, dread or anguish.
Rate according to intensity, frequency, duration and the extent of reassurance called for.

0   Placid. Only fleeting inner tension.
1
2   Occasional feelings of edginess and ill-defined discomfort.
3
4   Continuous feelings of inner tension or intermittent panic which the patient can only master with some difficulty.
5
6   Unrelenting dread or anguish. Overwhelming panic.

4.   *Reduced sleep*

Representing the experience of reduced duration or depth of sleep compared to the subject's own normal pattern when well.

0   Sleeps as usual.
1
2   Slight difficulty dropping off to sleep or slightly reduced, light or fitful sleep.
3
4   Sleep reduced or broken by at least two hours.
5
6   Less than two or three hours sleep.

5.   *Reduced appetite*

Representing the feeling of a loss of appetite compared with when well. Rate by loss of desire for food or the need to force oneself to eat.

0   Normal or increased appetite.
1
2   Slightly reduced appetite.
3
4   No appetite. Food is tasteless.
5
6   Needs persuasion to eat at all.

6.   *Concentration difficulties*

Representing difficulties in collecting one's thoughts mounting to incapacitating lack of concentration.
Rate according to intensity, frequency, and degree of incapacity produced.

0   No difficulties in concentrating.
1
2   Occasional difficulties in collecting one's thoughts.
3
4   Difficulties in concentrating and sustaining thought which reduces ability to read or hold a conversation.
5
6   Unable to read or converse without great difficulty.

7.   *Lassitude*

Representing a difficulty getting started or slowness initiating and performing everyday activities.

0   Hardly any difficulty in getting started. No sluggishness.
1
2   Difficulties in starting activities.

BEST COPY AVAILABLE

3
4   Difficulties in starting simple routine activities which are carried out with effort.
5
6   Complete lassitude. Unable to do anything without help.

**8.   *Inability to feel***

Representing the subjective experience of reduced interest in the surroundings, or activities that normally give pleasure. The ability to react with adequate emotion to circumstances or people is reduced.

0   Normal interest in the surroundings and in other people.
1
2   Reduced ability to enjoy usual interests.
3
4   Loss of interest in the surroundings. Loss of feelings for friends and acquaintances.
5
6   The experience of being emotionally paralysed, inability to feel anger, grief or pleasure and a complete or even painful failure to feel for close relatives and friends.

**9.   *Pessimistic thoughts***

Representing thoughts of guilt, inferiority, self-reproach, sinfulness, remorse and ruin.

0   No pessimistic thoughts.
1
2   Fluctuating ideas of failure, self-reproach or self depreciation.
3
4   Persistent self-accusations, or definite but still rational ideas of guilt or sin. Increasingly pessimistic about the future.
5
6   Delusions of ruin, remorse or unredeemable sin. Self-accusations which are absurd and unshakable.

**10.   *Suicidal thoughts***

Representing the feeling that life is not worth living, that a natural death would be welcome, suicidal thoughts, and preparations for suicide.

Suicidal attempts should not in themselves influence the rating.

0   Enjoys life or takes it as it comes.
1
2   Weary of life. Only fleeting suicidal thoughts.
3
4   Probably better off dead. Suicidal thoughts are common, and suicide is considered as a possible solution, but without specific plans or intention.
5
6   Explicit plans for suicide when there is an opportunity. Active preparations for suicide.

* Stuart A. Montgomery, B.Sc., M.D., M.R.C.Psych., *Senior Lecturer, Academic Department of Psychiatry, Guy's Hospital Medical School, London, S.E.1,*

Marie Åsberg, M.D., *Karolinska Institute, Stockholm, Sweden*

* Correspondence.

(*Received 24 April; revised 30 August 1978*)

BEST COPY AVAILABLE

JOURNAL OF ELECTROCARDIOLOGY, 21 (3), 1988, 219–229

# Evaluation of 10 QT Prediction Formulas in 881 Middle-aged Men From the Seven Countries Study: Emphasis on the Cubic Root Fridericia's Equation

BY PAOLO E. PUDDU, M.D.,* REMY JOUVE, M.D., PH.D.,* SERGIO MARIOTTI, M.SC.,* SIMONA GIAMPAOLI,
M.D., MARIAPAOLA LANTI, M.D.,*† ATTILIO REALE, M.D.,† AND ALESSANDRO MENOTTI, M.D.*

## SUMMARY

In 881 middle-aged men from one Italian cohort of the Seven Countries Study, QT and RR intervals were measured in lead 2 from resting ECGs (25 mm/sec) and fitted separately with 10 mathematically different QT prediction formulas. The relative accuracy of fit to data was assessed from the minimum mean-squared residual and the minimum Akaike Information Criterion values. Using the Minnesota code, 588 men had normal (group 1) and 293 had abnormal (group 2) ECGs. A better fit to QT-RR data by all formulas was observed in group 1, compared with group 2. Among one-parameter equations in both groups, the cubic root Fridericia's formula is better suited to fit the data than the Bazett's square root or other formulas. The former compares favorably with multiparameter equations or with the inverse relation and gives the best fit in group 2. Thus the cubic root equation might be more accurate than the square root or several complex formulas for correcting measured QT intervals for cardiac cycle length in middle-aged men.

None[1] of several QT prediction formulas[2-17] used during the past 65 years has been derived from or validated in a residential cohort. Indeed, in most studies data were collected in few normal resting subjects,[1] which leaves a major range of heart rate insufficiently addressed. This may explain, at least in part, why interest in QT has waxed and waned historically among cardiolo-gists.[13,18-21] Even so, corrected QT (QTc), derived from Bazett's formula[4] by dividing the measured QT by the square root of the measured RR, has been reported to predict the onset of life-threatening arrhythmias for values exceeding 440 units in disparate clinical situations.[1,20-23]

The methods required to measure QT interval have been fully detailed,[18,21,24-27] but the best method for correcting the meticulously measured QT for cardiac cycle length, with either curvilinear or linear formulas, remains a crucial and not completely solved problem.[1,16,17,22,26] Yet the best fit to data in the field of human QT-RR relation has been examined only occasionally, and then incompletely.[13,16,19,28]

We compared four previously proposed formulas (square root, cubic root, logarithmic, and linear)[3,4,8,11] relative to four closely related formulas,[16,29] to a more recently described exponential equation,[16] and to a formula derived from equations for the conservation of energy for the heart as a pump and the first law of thermodynamics,[17] to characterize human QT-RR relation under resting conditions in middle-aged men. We believed that the results might provide an accurate

* From the Laboratory of Epidemiology and Biostatistics, Istituto Superiore di Sanità, Rome, Italy.

† From the Second Department of Cardiology, University La Sapienza, School of Medicine, Rome, Italy.

With the technical assistance of Enrica Colella, Cosimo Marino Curiano', Francesco Dima, and Massimo Pasquali.

Supported by Grant HE-04672 of the U.S. Public Health Service, the University of Minnesota, and Grant 2 1985 from Cardioricerca, Rome, Italy. Dr. Puddu is a Guest Scientist at Istituto Superiore di Sanità. Dr. Jouve was a Visiting Scientist on leave from INSERM U278 and the Department of Pharmacology and Clinical Trials, University of Aix-Marseille II, Schools of Medicine and Pharmacy, Marseille, France. Dr. Lanti received a grant-in-aid from Lirca-Synthelabo, Milan, Italy.

Reprint requests to: Paolo E. Puddu, M.D., University La Sapienza, II Cattedra di Malattie dell'Apparato Cardiovascolare, Viale del Policlinico, 00161 Rome, Italy.

BEST COPY AVAILABLE

220                                                                                    PUDDU ET AL

method for obtaining heart rate-corrected QT. Such a method would be applicable in the field of QT-driven pacemakers[1,16] and might improve our ability to predict sudden death, using QT interval calculations, in clinical practice.[1,20-23]

## MATERIALS AND METHODS

The Seven Countries Study is an ongoing longitudinal investigation on natural history, epidemiology, and etiology of adult cardiovascular diseases in seven countries, including Italy.[30,31]

The cohort used in this study involves men from Crevalcore, an agricultural district near Bologna. In 1960, there were about 12,000 inhabitants in that area; the entry data include 98.12% (993 of 1,012) of all men then 40-59 years old.[30] The data collected included a resting 12-lead ECG, recorded using the standard methods adopted and described by the Research Group on Epidemiology of Heart Disease.[32] In 1962, an interim study was carried out, with the aim of determining the willingness of the initial study population to participate in follow-up visits, eight-hundred eighty-one men (88.72% of those seen in 1960) were examined and form the study group for this report.

### ECG Analysis

Resting supine 12-lead ECGs were recorded on a three-channel inkjet electrocardiograph (Siemens-Elema B31) at 25 mm/sec paper speed. Calibration (10 mm = 1 mV) was performed before the ECG was recorded in any subject. Paper speed was controlled every 25th ECG. One observer coded all ECGs according to the Minnesota code,[33] a reference method developed mainly for epidemiologic purposes and aimed at a standardized and analytic description of ECGs based principally on measurements.

The QT and RR intervals were measured (in msec) in lead 2 by a second observer. The measurements were made manually, with the aid of a caliper and a magnifying device with a grid,[33] from the beginning of the QRS complex to the end of the T wave, where its terminal limb joined the baseline. Intervals preceded by premature beats were not measured, nor were U waves in the QT intervals included.[18] To avoid respiratory influences, we used three to five nonconsecutive QRST complexes to derive average data for both QT and RR intervals, although minimal complex-to-complex variability of both QT and RR intervals might be appreciated. In the presence of atrial fibrillation, 10 nonconsecutive QRST complexes were considered. The measurements were taken to the nearest 0.50 mm (20 msec).

### Data Analysis

The QT-RR data from each subject were fitted separately using the following 10 formulas (F1-F10) by

means of an IBM 4341 computer using BMDP statistical programs[26]:

$$QT = A1 \cdot \sqrt{RR} \qquad (F1)$$

$$QT = A2 \cdot \sqrt{RR} + B2 \qquad (F2)$$

$$QT = A3 \cdot \sqrt[3]{RR} \qquad (F3)$$

$$QT = A4 \cdot \sqrt[3]{RR} + B4 \qquad (F4)$$

$$QT = A5 \cdot \log(RR) \qquad (F5)$$

$$QT = A6 \cdot \log(RR) + B6 \qquad (F6)$$

$$QT = A7 \cdot RR \qquad (F7)$$

$$QT = A8 \cdot RR + B8 \qquad (F8)$$

$$QT = A9 + B9 \cdot Exp(-k9 \cdot RR) \qquad (F9)$$

$$QT = A10 + B10 \cdot (RR)^{-1} \qquad (F10)$$

where A, B, and k are regression parameters. F1 is the square root Bazett's formula[4]; F3 is the cubic root Fridericia's formula[3]; F6 is the logarithmic Ashman's formula[11]; F8 is the linear formula originally proposed by Adams[8]; F9 is the exponential formula of Sarma et al.[16]; and F10 is the inverse Kovacs' formula.[17] F2, F4, F5, and F7 are related to F1, F3, F6, and F8, respectively, but differ by one parameter each. F1-F6 and F9 and F10 were fitted by nonlinear regression analysis, whereas linear regression analysis was used for F7 and F8.

The relative accuracy of fit to data by the 10 formulas was assessed[19] in two ways. (1) It was assessed from the mean-squared residual (MSR) values, which provide an appropriate and objective means of comparing formulas with differing numbers of observations, using the following equation:

$$MSR = RSS : (N - P) \qquad (E1)$$

where RSS is the residual sum of squares, N is the number of observations, and P is the number of parameters in the formula used. The equation with minimum MSR is considered the best representation of a given plot of data, therefore no further statistical analysis is required. (2) It was assessed using the Akaike Information Criterion (AIC) to account for the differences in the number of parameters among the 10 formulas. Akaike[34] and Tanabe[35] defined AIC by the following equation, assuming that the random errors obey Gaussian distribution:

$$AIC = N \cdot \ln(RSS) + 2P \qquad (E2)$$

where N is the number of observations, ln is the natural logarithm, RSS is the residual sum of squares, and P is the number of parameters in the formula used. AIC was derived in relation to the maximum likelihood estimation, which is essentially equivalent to estimating the parameters so as to minimize "Kullbach–Leiblers mean information." [34,35] Because the equation with minimum AIC is regarded as the best representation of a given plot of data, this statistical method is called

Case 6:06-md-01769-ACC-DAB Document 1351-39 Filed 03/11/09 Page 11 of 50 PageID 48821

"minimum AIC estimation" (MAICE). When the RSSs are almost equal for different models, MAICE chooses the model with the smaller number of parameters, according to the principle of parsimony. Therefore, the level of significance and the F table are not required when using MAICE. AIC is also directly related to the number of observations, N; therefore, AICs from groups with different numbers of observations may not be compared. Thus in this study, we used AIC to assess only the relative intragroup accuracy of fit in the QT–RR relation by different formulas.

## Accuracy and Repeatability of QT and RR Measurements

Because inspection of the data (Figs. 1, 2) indicates that most of the measurements are multiples of 20 msec, suggesting that there might have been a systematic error in the measurements, we attempted to check the accuracy of these measurements. To this end, we assessed the relative accuracy of fit to data by the 10 formulas on all grouped 881 subjects, based on the methods delineated above. After selecting the "best" fit between QT and RR, we performed a separate MSR analysis on quartiles of the entire population.

To check intraobserver variability,[27] we made duplicate measurements of QT and RR intervals in 25 selected (nonrandom) ECGs. We used the same series to appreciate interobserver variability in selected ECGs. In addition, a third observer measured both QT and RR intervals on all 881 ECGs as a routine part of another study, during which she was unaware of the results from the present investigation; this interobserver variability was also measured. Variability was computed by calculating the technical error (coefficient of variability) for duplicate QT or RR interval measurements with the formula[33]:

$$\sigma = \sqrt{\frac{\sum (X_1 - X_2)^2}{2n - 1}}$$

and expressed as a fraction of the mean from all duplicate observations.

# RESULTS

Of the entire population of 881 men aged 42–61 years in 1962, 588 had a normal ECG (Minnesota code 1.0) (group 1) and 293 had an ECG with codable items (Minnesota codes different from 1.0) (group 2). Codable Q waves (code 1.1) were present in one subject. Complete left (code 7.1) or right (code 7.2) bundle branch blocks were observed in 3 and 21 subjects, respectively. Frequent ventricular premature beats (10% or more of record complexes) (code 8.1) were seen in eight subjects. Atrial fibrillation (code 8.3) was present in five subjects. The range of RR intervals was 540–1,180 msec (mean, 846 ± 127 msec; ie, 111–

51 beats/min) in group 1 (Fig. 1) and 420–1,280 msec (mean, 812 ± 163 msec) (ie, 143–47 beats/min) in group 2 (p < 0.002, one-way analysis of variance) (Fig. 2). However, only nine subjects from group 2 (3.07%) had a resting heart rate greater than 110 beats/min, and two of these nine presented with atrial fibrillation. The range of QT intervals was 300–460 msec (mean, 383 ± 30 msec) in group 1 (Fig. 1) and 300–480 msec (mean, 388 ± 35 msec) in group 2 (p < 0.05, one-way analysis of variance) (Fig. 2).

The values of MSR, RSS, and AIC are shown in Table I and of the estimated regression parameters in Table II.

Regression fits by F6–F10 to QT–RR data are depicted in Figures 1 and 2 for groups 1 and 2, respectively. The corresponding plots of residuals against RR interval are also shown in the figures. The data points in these figures are circles representative of a certain number of observations considered during the calculation process but not actually shown. The scatter of QT–RR data and the scatter of residuals against the independent variable RR are greater in group 2 than in group 1. Accordingly, the mean-squared-residuals from group 2 are greater than those calculated in group 1, by all formulas.

It is noteworthy that in both groups approximately equivalent QT predictions are reached by either complex multiparameter formulas (Figs. 1, 2),[8,11,15,17,29] including the logarithmic formula of Ashman,[11] the exponential formula of Sarma et al.,[16] and the inverse formula of Kovacs,[17] or the simpler one-parameter cubic root equation of Fridericia.[3] Indeed, with the above-mentioned QT prediction formulas, the residuals against the independent variable RR are randomly distributed about the zero line. In contrast, the other one-parameter equations do not provide accurate predictions. In particular, Bazett's formula,[4] especially in group 2, overcorrects QT interval at high heart rates (positive residuals at short RR intervals) and undercorrects it at low heart rates (negative residuals at long RR intervals).

The MSR and AIC analyses performed on all grouped 881 individuals confirmed these results. All two-parameter equations performed well (MSR: 613, 612, 634, and 617 for F2, F4, F6, and F8, respectively), similar to more complex formulas (MSR: 614 and 617 for F9 and F10, respectively). On the other hand, one-parameter equations provided a less accurate fit to the data (MSR: 764, 779, and 2557 for F1, F5, and F7, respectively), with the notable exception of Fridericia's equation (F3), which provided the best fit

BEST COPY AVAILABLE

222                                    PUDDU ET AL



Fig. 1. Pooled QT–RR plots for all group 1 subjects (rows 1 and 3). The least-squared fit of data points are shown for formulas 1–10 (F1–F10), ranked left to right from best to worst, using the results shown in Table I. The residuals corresponding to the same least-squared curves are plotted in rows 2 and 4. Note the differences in the Y axis scales and the apparent dependence of residuals on RR intervals of the plots of residuals corresponding to the last three formulas.

(MSR: 614) also relative to F9 (AIC: 3516 and 3520 for F3 and F9, respectively).

The accuracy of QT relative to RR measurements was therefore assessed assuming Fridericia's equation[3] provided the best fit. Four quartiles of the population were formed based on RR data: 420–720 msec (n = 218), 740–820 msec (n = 221), 840–920 msec (n = 228), and 940–1,280 msec (n = 214). The MSRs were, respectively:

553, 609, 584, and 692. Since the numerical composition of quartiles was similar, this might be interpreted as providing some evidence of independency of QT interval measurement accuracy from RR interval with the Fridericia's equation.

The technical error (coefficient of variability) for duplicate QT and RR measurements was, respectively: 4.77% (±18 msec) and 1.64% (±14 msec), intraindividually (2n = 50); and 6.86%

109

Case 6:06-md-01769-ACC-DAB   Document 1351-39   Filed 03/11/09   Page 13 of 50 PageID 48823



Fig. 2. Pooled QT–RR plots for all group 2 subjects (rows 1 and 3). The least-squared fit of data points are shown for formulas 1–10 (F1–F10), ranked left to right from best to worst, using the results shown in Table I. The plots of residuals corresponding to the same least-squared curves are shown in rows 2 and 4. Note the differences in Y axis scales of the last two plots and the apparent dependence of residuals on RR intervals of the plots of residuals corresponding to the last three formulas.

(±25 msec) and 2.34% (±20 msec) (2n = 50) and 8.90% (±34 msec) and 2.66% (±22 msec) interindividually (2n = 1,762).

## DISCUSSION

This investigation is the first to examine the relative accuracy of fit to QT–RR data by several QT prediction formulas in a residential cohort of middle-aged men. In contrast to previous reports,[2–16] we observed a wider range (47–143 beats/min) of resting heart rate. Since a potentially important application of this investigation relates to the use of QT prediction formulas in subjects at risk for life-threatening arrhythmias,[1,19–23,26] we used the Minnesota code[33] to subdivide the total cohort into subjects with normal (group 1) or abnormal (group 2) ECG. In ad-

BEST COPY AVAILABLE

224                                          PUDDU ET AL

### TABLE I
**Mean-squared Residuals, Residual Sums of Squares, and Akaike Information Criterion Values in 881 Men Aged 42–61 Years**

| No. of Parameters | Group 1 (N = 588) | | | Group 2 (N = 293) | | |
|---|---|---|---|---|---|---|
| | MSR | RSS | AIC | MSR | RSS | AIC |
| Direct relation between QT and RR (QT ∝ βRR) | | | | | | |
| 1 | | | | | | |
| F1 | 681 | 399,719 | 7,586 | 822 | 239,996 | 3,632 |
| F3 | 565 | 331.962 | 7.477 | 634 | 185.092 | 3,556 |
| F5 | 653 | 383,099 | 7,561 | 818 | 238,778 | 3,630 |
| F7 | 2,094 | 1,229,170 | 8,247 | 3,325 | 970,968 | 4,041 |
| 2 | | | | | | |
| F2 | 566 | 331.814 | 7.479 | 638 | 185,583 | 3,558 |
| F4 | 565 | 331,149 | 7,478 | 636 | 184,952 | 3,557 |
| F6 | 560 | 328,453 | 7,473 | 641 | 186,393 | 3,560 |
| F8 | 570 | 334,266 | 7,483 | 648 | 188,464 | 3,563 |
| 3 | | | | | | |
| F9 | 562 | 329,000 | 7,476 | 635 | 184,254 | 3,558 |
| Inverse relation between QT and RR (QT ∝ β(RR)$^{-1}$) | | | | | | |
| 2 | | | | | | |
| F10 | 561 | 328,703 | 7,473 | 640 | 186,102 | 3,559 |

F1, square root Bazett's formula[4]; F2, corrected square root formula[26]; F3, cubic root Fridericia's formula[3]; F4, corrected cubic root formula[26]; F5, logarithmic one-parameter formula[26]; F6, logarithmic Ashman's formula[11]; F7, linear one-parameter formula[26]; F8, linear Adam's formula[8]; F9, exponential Sarma's formula[16]; F10, inverse Kovacs' formula.[17]

### TABLE II
**Regression Parameters (± Asymptotic Standard Deviation) Estimated Using the 10 Formulas in 881 Men Aged 42–61 Years**

| No. of Parameters | Group 1 (N = 588) | Group 2 (N = 293) |
|---|---|---|
| Direct relation between QT and RR (QT ∝ βRR) | | |
| 1 | | |
| A1 | 13.18 ± 0.03 | 13.64 ± 0.05 |
| A3 | 40.62 ± 0.10 | 41.78 ± 0.15 |
| A5 | 131.23 ± 0.36 | 133.95 ± 0.57 |
| A7 | 0.44 ± 0.002 | 0.46 ± 0.004 |
| 2 | | |
| A2 | 8.27 ± 0.45 | 8.88 ± 0.51 |
| B2 | 143.42 ± 13.09 | 136.31 ± 14.75 |
| A4 | 38.14 ± 2.07 | 40.67 ± 2.36 |
| B4 | 23.46 ± 19.56 | 10.32 ± 22 |
| A6 | 144.71 ± 1.07 | 147.08 ± 1.15 |
| B6 | −383.33 ± 7.96 | −345.92 ± 7.54 |
| A8 | 0.14 ± 0.007 | 0.15 ± 0.009 |
| B8 | 263.63 ± 6.65 | 262.9 ± 7.56 |
| 3 | | |
| A9 | 445.79 ± 20.04 | 495.57 ± 42.41 |
| B9 | −431.84 ± 126.29 | −352.38 ± 30.84 |
| k9 | 0.0023 ± 0.0007 | 0.0014 ± 0.0005 |
| Inverse relation between QT and RR (QT ∝ β(RR)$^{-1}$) | | |
| 2 | | |
| A10 | 501.72 ± 6.45 | 510.58 ± 7.31 |
| B10 | −98,063.19 ± 5,271.22 | −95,447.97 ± 5,582.06 |

Parameters A, B, and k refer to formulas 1–10 (see Table I), respectively (measurements in msec).

Case 6:06-md-01769-ACC-DAB   Document 1351-39   Filed 03/11/09   Page 15 of 50 PageID 48825
BEST COPY AVAILABLE

dition, we justified the latter subdivision to derive information applicable in the field of QT-driven pacemakers;[1,16] a device used in subjects who often present with an ECG abnormality.

A better fit to QT–RR data by all formulas was seen in group 1. This may be accounted for by the composition of the groups and by the larger range of RR intervals in group 2. Yet there is evidence that QT prediction equations may be used also in presence of ECG abnormalities. Moreover, it appears that among one-parameter equations, in both groups 1 and 2, the cubic root Fridericia's formula[3] provides the best fit to the QT–RR relation, whereas the logarithmic and the square root Bazett's[4] formulas provided the poorest fit and the straight-line formula is unsuitable. In addition, the fit provided by Fridericia's formula compares favorably with multiparameter equations[8,11,16,17] and in both groups is not improved by a second regression parameter as occurs for the square root, logarithmic, and straight-line one-parameter formulas. Finally, in group 2 the best fit is provided by Fridericia's equation.

It has been pointed out[17] that the commonly cited formulas[3,4,8,11,14,16] for predicting human QT duration have not been derived from basic principles, that rather they result from the approximate fit of an arbitrarily selected algebraic function to a set of data with wide scatter. However, the results from this study suggest that the relation between QT and RR interval is better expressed, in middle-aged men, by the simpler one-parameter cubic root formula derived empirically from 50 normal subjects by Fridericia as early as 1920[3] and almost ignored thereafter.[9,18] This conclusion is not coincidental: the robustness of the statistical method used[16,29] permitted an objective, comparative, and exhaustive analysis, which emphasizes that more sophisticated QT prediction equations are no more accurate.[11,16,17] Nevertheless, no more than one couple of points from a single individual was obtained to derive the QT–RR relation in this study. Therefore caution must be used in interpreting these conclusions or adapting them to different populations.

For example it may be that if QT–RR interval relationships were determined for individual subjects, using multiparameter formulas, many different slopes would be obtained intraindividually.[16] Although these slopes might reside within the scatter of the data described here, it is important to stress that the overall (interindividual) slope may not apply to any single subject. Clearly, further study is needed to clarify these issues.

## QT Interval

In most studies, QT and RR intervals have been measured in lead II,[1,4,26] and Lepeschkin[18] has stated that the QT duration is longest in lead II. However, using multiple measurements in four different leads (LI, LII, $V_1$, and $V_6$), Ahnve observed that the longest QT interval is not always in lead II.[36] On the other hand, Wanderman et al.,[37] using multiple simultaneous recordings, showed that analysis of time intervals based on mean values in large groups of subjects is little affected by electrocardiographic lead choice. Therefore, the data presented here are from a single lead. We chose lead II to facilitate comparison with most of the previous studies that either assess the accuracy of fit to QT–RR data by various formulas[8,13,19] or provide evidence for QT interval as a risk index for life-threatening arrhythmias.[1,20–23,26]

Although it may be preferable to measure QT and RR intervals at 50[24,27] or 100[16] mm/sec paper speed, most available data on QT–RR relation were obtained from 25 mm/sec tracings.[1] The ECGs from this investigation were recorded in 1962 for epidemiologic purposes, and we had no choice but to use the available records. We tried to improve the readability of 25-mm/sec ECG tracings by using a magnifying device with a grid, to permit measurement to the nearest 0.25 mm (10 msec), but it was more practical to round up to the nearest 0.50 mm (20 msec). Although this may have introduced a systematic error in the data collection, we stress that only one observer was responsible for QT and RR measurements. Indeed, the intrareader variability in QT interval measurements is similar to that in previous reports using 25-mm/sec ECG recordings,[27] and the measurement accuracy seems not to be influenced by heart rate over a large range. Nevertheless, it may be worth repeating this study on new high-quality, high-speed ECG records from other residential cohorts. It might also be of interest to retrieve the existing data of digitized ECGs from the Seven Countries Study and record them on paper at high speed, to determine whether the measurement accuracy of QT interval could be improved and the present results confirmed.

## The QT–RR Relation

During the past 65 years, both curvilinear and linear relations have been proposed to fit QT–RR data.[3–18] Most of these relations were derived from selected and generally scanty groups of normal subjects.[1,26] In 1920, Bazett derived, from

BEST COPY AVAILABLE

only 20 men,[4] an empirical equation where QT = K $\sqrt{RR}$, later used[1,17,18,21,22] to correct measured QT for cycle length in individual cases, based on the assumption that corrected QT = measured QT/$\sqrt{\text{measured RR}}$. Thus Bazett's correction has remained the most frequently used method to derive heart rate corrected QT (QTc).[1,18,22] Even so, Adams, in 1936, found that the QT duration (in seconds) from 50 presumably normal men might be accurately predicted by the formula QT = 0.1536(RR) + 0.2462.[8] However, no statistical analysis supported Adams' conclusion that this straight-line formula better fits the data than curvilinear equations.[8] Later, use of the Bazett's formula was recommended by Hegglin and Holtzmann, based on 700 normal subjects of both sexes,[9] and by Lepeschkin, based on his compiled data from about 5,000 cases from the literature and his own 1,100 cases.[18] In contrast, Fridericia's cubic root formula, also proposed in 1920 from a scanty series of 50 subjects, was considered less suitable for correcting measured QT interval by the same authorities who recommended use of Bazett's formula.[9,18]

Beginning in 1962, Bazett's formula has been criticized.[13,26,28,38-43] In particular, it has been stressed that the square root formula overcorrects the measured QT interval at high heart rates and undercorrects it at low heart rates.[26,28,39,43] Indeed, as shown in the plots of residuals from groups 1 and 2 (Figs. 1, 2), Bazett's formula inaccurately predicts QT duration for a wide range of low and high heart rates. However, dealing with 160 acute myocardial infarction patients, Ahnve recently observed that Bazett's formula fits the relationship between QT interval and heart rate rather well[22]; although the reported range of heart rate appears to be relatively large, no statistical analysis is provided to support his contention.

## The "Best" Fit for QT-RR

Finding the "best" empirical formula to fit a set of observations is generally difficult.[16,17] In the field of human QT-RR relation, there is a lack of studies dealing with either a residential cohort or multiple testing of mathematically different equations.[13,16,17,19,28,42,44]

From an analysis of ECGs recorded in 649 men aged 20-59 years, Simonson et al.[13] proposed, in 1962, a straight-line formula (QT duration in sec), where QT = 0.140 (RR) + 0.2423 + 0.0003 (age). In the range of heart rate of 56-115 beats/min, there was an agreement between upper (97.5%) and lower (2.5%) normal limits determined from the percentile distribution and predicted from linear regression equation. However, no extensive statistical analysis demonstrates the best fit for the proposed formula compared with the square root, logarithmic, or two other related formulas.[13]

The mathematical relationship between QT and RR intervals was studied in 1969 by Susmano et al.[19] in eight patients with complete AV block during cardiac pacing at multiple ventricular rates. The results suggest, within the range of heart rate of 35-130 beats/min, that expressing the QT interval as a linear, square root, cubic root, or logarithmic function of the RR interval will provide equivalently valid predictions. However, due to the large variations observed between individuals, no method is suggested to correct the QT duration for a given heart rate.[19]

Preliminary data to reevaluate the QT-heart rate relation were presented in 1983 by Hodges et al.[28] based on 607 normal men and women equally distributed across age decades from 20s to 80s. Compared with Bazett's equation, both linear and logarithmic regressions were shown to fit the QT-heart rate data better. However, for convenience the use of the linear model, where QT = 496 − 1.75 (heart rate), was proposed. The results obtained in this study are in keeping with the findings from the latter study.[28]

In 1983, Staniforth[42] investigated 547 sets of QT-RR data from 27 healthy young men. It was found from pooled data that with the subject in resting supine position, the square root formula gave an unsatisfactory correction for the QT interval following atropine and hyoscine, over a wide heart rate range. Givens that log QT = log K + n log RR,[42] the best n value was 0.35, which is very close to the cube root correction of Fridericia.[4] That there was an optimum value of n in a one-parameter correction formula was also seen[44] when plots of the mean-squared residuals were made for a range of values of n (0.1-0.7) for each subject. In this way, a set of parabolas was produced, with minima centering around 0.3. Although these studies[42,44] indicated that Fridericia's equation is more adequate than Bazett's correction, they failed to test comparatively more complex formulas and therefore need be considered important only for having called attention to the almost neglected cubic root correction.[9,13,18]

In 1984, Sarma et al.[16] analyzed data obtained from 16 disparate subjects who were either exercised on a stationary bicycle to a heart rate of 160 or 180 beats/min or paced until the ventricular rate was progressively increased to 130 beats/

min. They demonstrated that the QT–RR relation is better expressed by a newly proposed exponential formula than by Bazett's formula or two other closely related formulas. They also used an estimate of mean-squared residual values and the AIC,[34,35] as was done in this investigation, to assess the accuracy of fit to QT–RR data. With Bazett's and the exponential formulas in pooled data from sinus-driven subjects, they found values much like those reported here.[16] Although meticulous statistical analysis provided proof that an exponential equation is more suitable for representing the human QT–RR relation than is Bazett's formula,[16] which is in accordance with our results, these conclusions may not be generalized to logarithmic, cubic root, straight-line, or related formulas, which were not comparatively tested in that study.

More recently, Kovacs[17] presented a graphic comparison of the major algebraic classes of formulas (exclusive of exponential equations[16]) for the QT as a function of RR interval and showed the approximate overlap of all curves. In addition, to derive an expression for QT as a function of RR and thereby attempt to resolve the ambiguity among the disparate expressions for QT, Kovacs presented a thermodynamic and conservation of energy argument applied to the normal heart, where $QT \propto K'1 + K'2/RR$. However, the inverse RR dependence (denoted as $(RR)^{-1}$) is incorrectly claimed to be derived from the first principle. In fact, Kovacs' "derivation" is heavily dependent on the empirical relation between the systolic time interval $QS_2$ and QT,[15] as well as several other empirical assumptions,[17] and should therefore also be considered essentially empirical.[45] More important, no objective measurement is provided to support the author's contention that the inverse relation delineates the nature of the algebraic dependence of QT as a function of RR for the normal heart operating in the physiologic range, as opposed to several other formulas, including Fridericia's and Bazett's equations, therefore Kovacs' conclusion[17] must be regarded as a hypothesis, which is not confirmed by our results.

## Implications

The results of this investigation in 881 men aged 42–61 years demonstrate that over a wide range of resting heart rate a better fit to QT–RR relation is achieved using Fridericia's one-parameter cubic root formula[3] than by the Bazett's square root formula.[4] The performance of the former formula is not improved by adding a second

regression parameter and compares favorably with more complex formulas,[8,11,29] particularly with those recently proposed by Sarma et al.[16] and by Kovacs.[17] In addition, Fridericia's formula provides the best fit in subjects with any kind of ECG abnormality according to the Minnesota code.[33] These observations may have potentially useful implications, since the cubic root equation is simple and therefore potentially directly applicable for correcting single measurements.[42,44]

Application of the cubic root relation might be useful in the field of rate-adaptive pacemakers, because it may favor the development of a more compliant device.[1,16] Another potentially useful application of this investigation relates to the proposal to use heart rate-corrected QT (QTc) to predict life-threatening arrhythmias and sudden death.[1,20–23,26] For those purposes, it would be appropriate to use a formula whose performance has been successfully tested in a large residential cohort with age ranges related to high incidence rates of the index events. We suggest that Fridericia's simple cubic root equation might be compared with more complex multiparameter formulas or the popular and abundantly adopted Bazett's square root formula to determine whether prediction might be improved.

We have provided evidence that QT is overcorrected by Bazett's formula for a wide range of high heart rate. As a result, more cases may lie above the accepted limit of normalcy than with Fridericia's cubic root correction. This warrants further studies to compare the sensitivity, specificity, and predictive accuracy of these formulas in the prediction of life-threatening arrhythmias and sudden death, reevaluating accordingly the limit of normalcy for heart rate-corrected QT (QTc) duration in humans.

**Acknowledgments:** The authors thank Henry Blackburn, MD, and Richard Crow, MD, Division of Epidemiology, University of Minnesota, Minneapolis, for helpful advice during the study and for critical review of the manuscript, and Jonnalagedda S. M. Sarma, PhD, City of Hope National Medical Center, Duarte, for sending unpublished material.

## REFERENCES

1. PUDDU PE, TORRESANI J: The QT-sensitive cybernetic pacemaker: a new role for an old parameter? PACE 9:108, 1986
2. LOMBARD WP, COPE OM: Effect of pulse rate on the length of the systoles and diastoles of the normal human heart in the standing position. Am J Physiol 49:139, 1919

Case 6:06-md-01769-ACC-DAB   Document 1351-39   Filed 03/11/09   Page 18 of 50 PageID 48828

BEST COPY AVAILABLE

3. FRIDERICIA LS: Die Systolendauer im Elektrokardiogramm bei normalen Menschen und bei Herzkranken. Acta Med Scand 53:469, 1920

4. BAZETT HC: An analysis of the time-relations of electrocardiograms. Heart 7:353, 1920

5. FENN GK: Studies in the variation of the length of the QRST. Arch Intern Med 29:441, 1922

6. MAYEDA I: On the time relation between systolic duration of heart and pulse rate. Acta Schol Med Univ Kyoto 17:53, 1934

7. SHIPLEY RA, HALLORAN WR: The four lead electrocardiogram in 200 normal men and women. Am Heart J 11:324, 1936

8. ADAMS W: The normal duration of the electrocardiographic ventricular complex. J Clin Invest 15:335, 1936

9. HEGGLIN R, HOLTZMANN M: Die Klinische Bedeutung der verlangerten QT-Distanz (Systolendauer) im Elektrokardiogramm. Z Klin Med 132:1, 1937

10. SEBASTIANI A: Une nouvelle formule pour prévoir la durée normale de la systole ventriculaire. Arch Mal Coeur 31:973, 1938

11. ASHMAN R: Normal duration of QT interval. Am Heart J 23:522, 1942

12. SCHLAMOWITZ I: An analysis of time relationships within cardiac cycle in electrocardiograms of normal men: I. The duration of the QT interval and its relationship to the cycle length (RR interval). Am Heart J 31:329, 1946

13. SIMONSON E, CADY LD, WOODBURY M: The normal QT interval. Am Heart J 63:747, 1962

14. RICKARDS AF, NORMAN J: Relation between QT interval and heart rate: new design of physiologically adaptive cardiac pacemaker. Br Heart J 45:56, 1981

15. BOUDOULAS H, GELERIS P, LEWIS RP, RITTGERS SE: Linear relationship between electrical systole, mechanical systole, and heart rate. Chest 80:613, 1981

16. SARMA JSM, SARMA RJ, BILITCH M ET AL: An exponential formula for heart rate dependence of QT interval during exercise and cardiac pacing in humans: reevaluation of Bazett's formula. Am J Cardiol 54:103, 1984

17. KOVACS SJ JR: The duration of the QT interval as a function of heart rate: A derivation based on physical principles and a comparison to measured values. Am Heart J 110:872, 1985

18. LEPESCHKIN E: Modern electrocardiography. Williams & Wilkins, Baltimore, 1951

19. SUSMANO A, GRAETTINGER JS, CARLETON RA: The relationship between QT interval and heart rate. J Electrocardiol 2:269, 1969

20. BURCHELL HB: The QT interval historically treated. Pediatr Cardiol 4:138, 1983

21. SURAWICZ B, KNOEBEL SB: Long QT: good, bad or indifferent? J Am Coll Cardiol 4:398, 1984

22. AHNVE S: Correction of the QT interval for heart rate: review of different formulas and the use of Bazett's formula in myocardial infarction. Am Heart J 109:568, 1985

23. PUDDU PE, BOURASSA MG: Prediction of sudden death from QTc interval prolongation in patients with chronic ischemic heart disease. J Electrocardiol 19:203, 1986

24. PUDDU PE, JOUVE R, TORRESANI J ET AL: Prolonged electrical systole in acute myocardial infarction. J Electrocardiol 13:337, 1980

25. PUDDU PE, BERNARD PM, CHAITMAN BR, BOURASSA MG: QT interval measurement by a computer assisted program: a potentially useful clinical parameter. J Electrocardiol 15:15, 1982

26. JOUVE R, PUDDU PE, TORRESANI J ET AL: Durée de la systole électrique à la phase aigue de l'infarctus du myocarde: méthodologie, histoire naturelle, valeur séméiologique et conséquences thérapeutiques. Ann Cardiol Angeol 32:149,1983

27. AHNVE S: Errors in the visual determination of corrected QT (QTc) interval during acute myocardial infarction. J Am Coll Cardiol 5:699, 1985

28. HODGES M, SALERNO D, ERLIEN D: Bazett's QT correction reviewed: evidence that a linear QT correction for heart rate is better (abstr). J Am Coll Cardiol 1:694, 1983

29. DIXON WJ, ed: BMDP Statistical Software 1983 Printing with Additions. University of California Press, Berkeley, 1983

30. PUDDU V, MENOTTI A: An Italian study on epidemiology of ischemic heart disease. Acta Cardiol 24:558, 1969

31. KEYS A: Coronary heart disease in seven countries. Circulation 51:1, 1970

32. KEYS A, ARAVANIS C, BLACKBURN HW ET AL: Epidemiological studies related to coronary heart disease: characteristics of men aged 40–59 in seven countries. Acta Med Scand (Suppl) 460:24, 1967

33. ROSE GA, BLACKBURN H, GILLUM RF, PRINEAS RJ: Cardio-vascular Survey Methods. 2nd ed. World Heath Organization, Geneva, 1982 (Monograph Series No. 56)

34. AKAIKE H: An information criterion (AIC). Math Sci 14:5, 1976

35. TANABE K: Statistical approach for the unsuitable problem. Math Sci 14:60, 1976

36. AHNVE S: The QT interval in myocardial infarction. Thesis. Karolinska Institute, Stockholm, 1980

37. WANDERMAN KL, LOUTATY G, OVSYSHCHER I ET AL: Choice of electrocardiographic leads for recording the earliest QRS onset in noninvasive measurements. Circulation 63:933, 1981

38. BOURDILLON PJ, SCHWARTZ PJ: Prolonged QT interval to predict sudden death (letter). Circulation 59:1079, 1979

39. MANION CV, WHITSETT TL, WILSON MF: Applicability of correcting the QT interval for heart rate (letter). Am Heart J 99:678, 1980

40. BROWNE KF, ZIPES DP, HEGER JJ, PRYSTOWSKY EN: Influence of the autonomic nervous system on the QT interval in man. Am J Cardiol 50:1099, 1982

41. FANANAPAZIR L, BENNETT DH, FARAGHER EB: Con-

BEST COPY AVAILABLE

HUMAN QT–RR RELATION                                    229

tribution of heart rate to QT interval shortening during exercise. Eur Heart J 4:265, 1983

42. STANIFORTH DH: The QT interval and cycle length: the influence of atropine, hyoscine and exercise. Br J Clin Pharmacol 16:615, 1983

43. DAVIDOWSKI TA, WOLF S: The QT interval during reflex cardiovascular adaptation. Circulation 69:22, 1984

44. STANIFORTH DH: Correction equation for QT interval. Br J Clin Pharmacol 19:862, 1985

45. SARMA JSM, VENKATARAMAN K: QT interval revisited (letter). Am Heart J 112:1354, 1986

BEST COPY AVAILABLE

**Poster Session II – Monday**

**50.      REBOXETINE VS VENLAFAXINE IN THE TREATMENT OF SEVERE MAJOR DEPRESSION**

Gerri E. Schwartz*, Pedro Such, Alan F. Schatzberg

College of Physicians and Surgeons, Columbia University, New York, NY

Sponsor: Alan F. Schatzberg

Approximately one-third of outpatients with major depressive disorder (MDD) meet the requirements for severe illness (symptom intensity, diagnostic subtype and/or degree of functional impairment) while patients receiving inpatient care are, by definition, more severely ill. The present study was conducted to assess the efficacy and tolerability of the selective norepinephrine reuptake inhibitor (selective NRI) reboxetine in the treatment of adults with severe MDD compared with venlafaxine.

Adult patients (18-65 years) with a confirmed diagnosis of MDD were randomized to receive either reboxetine (8-10 mg/day) or venlafaxine (225-375 mg/day) for up to 8 weeks in this double-blind, parallel group trial. Only patients with severe symptomatology as defined by a HAM-D 17-item total score ≥25 points were included in the study. Clinical efficacy was assessed at weekly intervals using the HAM-D 17-item rating scale. Secondary measures included the Clinical Global Impression Severity (CGI-S) and Improvement (CGI-I) scales and the Social Adaptation Self-evaluation Scale (SASS). Response to treatment was defined as a ≥50% decrease in the HAM-D 17-item total score and remission was defined as a HAM-D 17-item total score of ≤8 points. Adverse events were recorded by direct observation and spontaneous reporting.

The mean HAM-D 17-item total score decreased markedly from baseline to Week 8 in both treatment groups (reboxetine 28.6 ±3.1 to 13.4 ±8.1; venlafaxine 28.8 ±2.8 to 12.2 ±7.7). After 8 weeks of treatment 56% of patients treated with reboxetine were classed as responders compared with 54% of patients in the venlafaxine group. Twenty-four per cent of patients in each treatment group were classed as being in remission after 8 weeks of treatment. A week-by-week analysis of remission rates revealed that by Week 4, a markedly greater proportion of patients treated with reboxetine achieved symptomatic remission compared with those in the venlafaxine group, although by Week 8 remission rates were comparable. Marked improvements were also seen on the secondary efficacy measures.

The results of the present study demonstrate that reboxetine 8-10 mg/day is as effective as venlafaxine 225-375 mg/day in the treatment of severe MDD in adults and is well tolerated.

**51.      DIVALPROEX VERSUS PLACEBO FOR THE TREATMENT OF BIPOLAR DEPRESSION**

Gary Sachs*, Lori Altshuler, Terence Ketter, Tricia Suppes, Natalie Rasgon, Mark Frye, Michelle Collins

Harvard Bipolar Research Program, Massachusetts General Hospital, Boston, MA

Sponsor: Lori Altshuler

**Objective:** This pilot study sought to evaluate the use of divalproex as treatment for acute bipolar depression.

**Methods:** A double-blind, multi-center, parallel-group, placebo-controlled trial was carried out as a pilot study of the effect of divalproex on the treatment of acute bipolar depression. Eligible subjects met DSM-IV criteria for bipolar disorder, Types I or II, and criteria for current major depression. A single-blind, placebo lead-in phase lasting up to 14 days was followed by an 8-week double-blind treatment phase and then an open-treatment phase of up to 8 weeks. During the double-blind treatment phase, study drug was initiated at 250 mg QHS and was titrated over a two week period based on safety and efficacy. The primary efficacy measure was recovery, which was defined as the absence of hypomania (YMRS<10) with ≥50% improvement on the HAM-D (26 item). Secondary efficacy measures included mean change from baseline in the HAM-D and YMRS.

**Results:** A total of 45 subjects were randomized in the double-blind phase of the trial. The mean maximum daily dose of divalproex was 1391 mg. In the intent-to-treat analysis of 43 subjects, 9 of 21 subjects (43%) treated with divalproex met criteria for recovery at the final assessment compared to 6 of 22 subjects (27%) treated with placebo (p<0.4). The divalproex-treated subjects had an improvement in the HAM-D depressed mood item that was numerically superior to placebo at every follow-up assessment and this difference reached statistical significance on weeks two, four and five (all p-values <0.05). Among those subjects with bipolar II disorder, 4 of 9 subjects (44%) treated with divalproex and 2 of 9 subjects (22%) treated with placebo met criteria for recovery (p<0.7). No statistically significant difference between groups was observed in the incidence or severity of adverse events.

**Discussion:** The findings of this pilot study are encouraging, although the results from planned analyses did not reach statistical significance. In this study, divalproex-treated subjects were almost twice as likely to meet the recovery criteria than placebo-treated subjects. Improvement found in the depressed mood item score is consistent with specific antidepressant activity, which is of interest given the increased risk of manic episode onset or cycle acceleration that may be associated with standard antidepressants. Results from this small pilot study should be interpreted with caution. A larger, multi-center, placebo-controlled study is required to confirm these data. A power analysis indicates that a sample size of 151 subjects in each group (alpha=0.05, power 0.80) would be required to confirm this difference of improved rate of recovery in the divalproex-treated subjects (43%) versus placebo-treated subjects (27%).

# Quetiapine Alone and Added to a Mood Stabilizer for Serious Mood Disorders

Martha Sajatovic, M.D.; Debra W. Brescan, M.D.; Dalia E. Perez, M.D.;
Sue K. DiGiovanni, M.D.; Helen Hattab, M.D.; Joan Belton Ray, L.S.W.;
and C. Raymond Bingham, Ph.D.

***Background:*** Use of antipsychotic medication intermittently or over the long term may be necessary in treating patients with bipolar disorder whose symptoms have responded suboptimally to standard mood-stabilizing agents. Quetiapine fumarate is an effective novel antipsychotic with mixed serotonergic ($5-HT_2$) and dopaminergic ($D_2$) activity. This is an open-label, 12-week prospective study to assess the efficacy and tolerability of quetiapine in the treatment of patients with bipolar and schizoaffective disorder who were suboptimally responsive to mood stabilizers alone.

***Method:*** Participants in the study were inpatients or outpatients with a DSM-IV diagnosis of bipolar or schizoaffective disorder. Baseline psychopathology was evaluated with the Brief Psychiatric Rating Scale (BPRS), the Young Mania Rating Scale (YMRS), and the Hamilton Rating Scale for Depression (HAM-D). Involuntary movements were rated with the Simpson-Angus Neurologic Rating Scale. Quetiapine was added on an open-label basis and increased to optimum clinical dosage. Psychopathology and Abnormal Involuntary Movement Scale ratings were repeated weekly for the first 4 weeks and then again at weeks 8 and 12.

***Results:*** Ten individuals with bipolar disorder and 10 with schizoaffective disorder received quetiapine therapy. Overall, patients improved, with significant improvement in BPRS (p < .001), YMRS (p = .043), and HAM-D scores (p = .002). Simpson-Angus score also significantly decreased (p = .02). Overall, quetiapine was well tolerated by patients in this group with serious mood disorders. The mean ± SD quetiapine dose was 202.9 ± 124.3 mg/day (range, 50–400 mg/day). Mean weight gain was 10.9 lb (4.9 kg).

***Conclusion:*** Although limited by its small size, open-label design, and relative gender homogeneity, this study suggests that quetiapine therapy may be useful in the treatment of individuals with serious mood disorders who are suboptimally responsive to mood stabilizers alone. These preliminary findings should be explored in larger, controlled trials.

*(J Clin Psychiatry 2001;62:728–732)*

*Received March 6, 2000; accepted Feb. 1, 2001. From the Department of Psychiatry, Case Western Reserve University, Cleveland, Ohio (Drs. Sajatovic, Perez, and Hattab); the Department of Veterans Affairs (VA) Medical Centers, Washington, D.C. (Dr. Brescan), and Cleveland, Ohio (Drs. Perez and Hattab and Ms. Ray); the Department of Psychiatry, University of Rochester, Rochester, N.Y. (Dr. DiGiovanni); the Serious Mental Illness Treatment Research and Evaluation Center, Veterans Health Administration (Dr. Bingham); and the University of Michigan, Ann Arbor (Dr. Bingham).*

*Supported by a grant from AstraZeneca Pharmaceuticals. Additional support was provided by the Cleveland VA and Northcoast Behavioral Healthcare System (Dr. Sajatovic).*

*Portions of these data have been presented at the 152nd annual meeting of the American Psychiatric Association, held May 15–20, 1999, in Washington, D.C.; the 39th annual meeting of the New Clinical Drug Evaluation Unit (NCDEU), held in June 1999 in Boca Raton, Fla.; and the 38th annual meeting of the American College of Neuropsychopharmacology (ACNP), held December 12–16, 1999, in Acapulco, Mexico.*

*The secretarial assistance of Pamela Burton is greatly appreciated.*

*Financial disclosure: Dr. Sajatovic has served as a consultant for Bristol-Myers and AstraZeneca; has received grant/research support from AstraZeneca and Janssen; has received honoraria from Eli Lilly, AstraZeneca, Janssen, and Bristol-Myers; and has served on the speakers/advisory boards for Eli Lilly, AstraZeneca, Janssen, and Bristol-Myers. Dr. Brescan has received honoraria from AstraZeneca and Eli Lilly and has served on the speakers/advisory board for Janssen.*

*Reprint requests to: Martha Sajatovic, M.D., University Hospitals of Cleveland, Department of Psychiatry, 11100 Euclid Ave., Cleveland, OH 44106.*

**B**ipolar disorder is a major public health problem with significant morbidity and mortality.[1] In 1990, the economic burden of bipolar disorder in the United States was estimated to be $15.5 billion in diminished or lost productivity in work performance alone,[2] while approximately 11% of individuals with bipolar disorder die by suicide.[3] While 1 or more episodes of acute mood disorder are not generally associated with the personality deterioration that occurs in psychotic illnesses such as schizophrenia, many individuals with bipolar disorder experience persistent symptoms and poor outcome.[4] These patients often have severe impairment in functioning and frequent or long hospitalizations and many times require a complex medication regimen with multiple mood stabilizers. Use of antipsychotic medication intermittently or over the long term may also be necessary in treating patients whose symptoms have responded suboptimally to standard mood-stabilizing agents.[5,6] These patients are frequently maintained on chronic neuroleptic treatment,[7] and combining lithium with other medications, including anti-

Sajatovic et al.

psychotics, may provide greater prophylaxis in bipolar disorder.[8]

Individuals with schizoaffective disorder have a prominent affective component in addition to chronic psychosis and usually require maintenance antipsychotic medication along with psychotropic medication for affective symptoms. The use of chronic neuroleptic therapy in seriously ill mood disorder patients often creates additional new problems. These patients may be at greater risk of developing tardive dyskinesia (TD) compared with patients with schizophrenia,[9] and often experience other extrapyramidal adverse effects or central nervous system (CNS) side effects associated with conventional neuroleptics such as sedation. Mukherjee et al.[10] reported that up to 73% of patients meeting criteria for bipolar disorder remained on long-term neuroleptic treatment (average = 8.7 years), whereas the prevalence of TD in individuals with bipolar disorder has been reported to range from 19% to 44%.[11–13]

Quetiapine fumarate is an effective novel antipsychotic with mixed serotonergic ($5-HT_2$) and dopaminergic ($D_2$) activity.[14] Clinically, it appears to be generally well tolerated with a low extrapyramidal adverse effect profile.[15] Given the greater risk of neurologic adverse effects of patients with mood disorder compared with patients with schizophrenia, the novel antipsychotics may prove to be a particularly important therapy for individuals who have significant mood disorder and who require antipsychotic medication. This is an open-label, 12-week prospective study to assess efficacy and tolerability of quetiapine in the treatment of patients with serious mood disorders suboptimally responsive to mood stabilizers alone.

## METHOD

Eligible participants in the study were inpatients or outpatients with a DSM-IV[16] diagnosis of bipolar or schizoaffective disorder at a large, urban Veterans Affairs (VA) Medical Center. All participants had been taking an antipsychotic medication for at least 6 months with documented inability to wean off of neuroleptic treatment. Inability to successfully stop neuroleptic treatment was manifested by clinical worsening with neuroleptic reduction or discontinuation. Participants who were taking mood stabilizers must have been maintained on a stable and therapeutic dosage of the mood stabilizer (lithium or valproic acid). Individuals with significant or acutely worsening medical illness were excluded, as were individuals with significant alcohol or drug use within the previous 3 months. Baseline psychopathology was evaluated with the Brief Psychiatric Rating Scale (BPRS),[17] the Young Mania Rating Scale (YMRS),[18] and the Hamilton Rating Scale for Depression (HAM-D).[19] Involuntary movements were rated at baseline using the Abnormal Involuntary Movement Scale (AIMS)[20] and the Simpson-Angus Neurologic Rating Scale.[21] Subjective response to antipsy-

chotic medication was rated with the Drug Attitude Inventory (DAI) developed by Awad.[22] Patients who agreed to study participation and met entry criteria were begun on quetiapine, 25 mg b.i.d., on an add-on, open-label basis. Quetiapine was increased as clinically tolerated to therapeutic dosage (possible range, 25–800 mg/day). Conventional antipsychotic medication was incrementally tapered and eventually discontinued as tolerated during the first 4 weeks of the study. This discontinuation was done at the discretion of the treating psychiatrist on the basis of patient clinical status. Patients were permitted to receive lorazepam, 1 mg orally p.r.n., for sleep or agitation and/or anticholinergic medications if required for acute extrapyramidal symptoms. No other new psychotropic drugs were permitted. Quetiapine therapy was continued for a total of 12 weeks. Psychopathology and abnormal involuntary movement ratings were repeated weekly for the first 4 weeks, then again at weeks 8 and 12 (end of study). Data were analyzed using paired t tests comparing baseline psychopathology and abnormal movement scores with endpoint scores. All endpoint scores utilized last observation carried forward (LOCF). This prospective protocol was approved by the local VA Institutional Review Board (Cleveland, Ohio), and appropriate written informed consent was obtained from all study participants.

## RESULTS

Twenty individuals (10 with bipolar disorder and 10 with schizoaffective disorder) received quetiapine therapy. Mean ± SD age of the group was 47.8 ± 10.2 years (range, 34–74 years). Not surprisingly, this veteran sample was predominantly male, with 19 men and 1 woman. Racial composition of the group was 14 white individuals (70%) and 6 African American individuals (30%). There were no statistically significant differences between individuals with bipolar disorder and those with schizoaffective disorder in terms of demographic characteristics or baseline psychopathology rating scale scores or movement rating scale scores. Study participants generally had persistent mild-to-moderate psychotic and depressive symptoms at study entry that, by history, had not responded optimally to mood stabilizers alone. Five individuals were maintained on lithium treatment (mean ± SD dosage = 1125 ± 248.8 mg/day), and 8 individuals were maintained on valproate treatment (mean ± SD dosage = 1468.8 ± 471.3 mg/day). Mean ± SD serum levels were 82.0 ± 17.0 μg/mL for valproate and 0.74 ± 0.15 mEq/L for lithium. Seven individuals were not taking a mood stabilizer, and no individual was taking more than 1 mood stabilizer.

Overall, patients improved on quetiapine therapy, with significant improvement in BPRS score (p < .001), YMRS score (p = .043), and HAM-D score (p = .002). Figures 1 through 3 illustrate changes from baseline to

J Clin Psychiatry 62:9, September 2001

Quetiapine for Serious Mood Disorders



Figure 1. Brief Psychiatric Rating Scale (BPRS) Score (mean ± SD) for Patients With Serious Mood Disorders on Quetiapine Therapy[a]

[a]All analyses used last-observation-carried-forward methodology.
*t = 1.7, df = 35, p < .001 vs. baseline.



Figure 3. Hamilton Rating Scale for Depression (HAM-D) Score (mean ± SD) for Patients With Serious Mood Disorders on Quetiapine Therapy[a]

[a]All analyses used last-observation-carried-forward methodology.
*t = 1.7, df = 35, p = .002 vs. baseline.



Figure 2. Young Mania Rating Scale (YMRS) Score (mean ± SD) for Patients With Serious Mood Disorders on Quetiapine Therapy[a]

[a]All analyses used last-observation-carried-forward methodology.
*t = 1.7, df = 37, p = .043 vs. baseline.

endpoint (using LOCF) on these psychopathology scales. There were no statistically significant differences between the bipolar and schizoaffective groups in response on any scale. There were also no significant differences in treatment response between individuals treated with quetiapine alone and individuals treated with quetiapine in combination with a mood stabilizer. Item analysis of the BPRS suggests that the items evaluating conceptual disorganization and suspiciousness changed the most, whereas the items evaluating guilt feelings, tension, hallucinatory behavior, uncooperativeness, excitement, and disorientation changed the least. However, comparing these items, the amount of change between items was not significant at a = .05. Mean ± SD Simpson-Angus scale score also significantly decreased from a baseline of 5.5 ± 4.9 to an endpoint score of 1.9 ± 3.8 (t = 1.7, df = 34, p = .02). There was no statistically significant change in AIMS score or in DAI score.

Overall, quetiapine was well tolerated by patients in this group with serious mood disorders. Three individuals dropped out within 1 week of beginning the study. These included 1 individual who began abusing alcohol within a few days after study initiation, 1 individual who was non-compliant with study medication, and 1 individual who reported the development of agitation, which resolved on quetiapine discontinuation. Mean ± SD quetiapine dose was 202.9 ± 124.3 mg/day (range, 50–400 mg/day) for the 17 individuals who completed the study and 178.8 ± 28.6 mg/day (range, 50–400 mg/day) for the entire sample. Mean ± SD weight gain over the course of the study was 10.9 ± 12.9 lb (4.9 ± 5.8 kg). Of note were 2 individuals who had nutrition/dietician consultation and follow-up at study entry. These 2 individuals had a small amount of weight loss (3 and 4 lb [1.4 and 1.8 kg], respectively) during the study course.

## DISCUSSION

Long-term or intermittent use of antipsychotic medication may be deemed necessary for some individuals with serious mood disorders when mood or behavioral symptoms have not adequately responded to mood-stabilizer therapy.[5,7] In individuals with persistent mood symptoms and chronic psychosis, the combination of lithium and antipsychotics appears to be more efficacious than an antipsychotic alone.[23] However, the utilization of antipsychotic medication in individuals with chronic, serious mood disorders presents a number of clinical challenges. Some investigators have suggested that neuroleptics may exacerbate postmanic major depressive episodes and induce rapid cycling in some bipolar persons.[24] Additionally, individuals with primary mood disorders may be particularly vulnerable to the development of TD associated with neuroleptic therapy.[25] Other adverse effects, such as sedation, associated with some antipsychotic medications may reduce quality of life. Finally, suboptimal antipsychotic medication response may be associated with persistent behavioral symptoms and long-term functional impairment. The atypical antipsychotic clozapine has been reported to be beneficial, and may have mood-stabilizing

Sajatovic et al.

properties, in the treatment of patients with serious mood disorders.[26,27] A recently reported meta-analysis involving primarily retrospective and open-label studies of clozapine suggested that patients with manic or psychotic phases of schizoaffective or bipolar disorder were significantly more likely to respond to clozapine than patients with schizophrenia.[28] The atypical antipsychotic medication olanzapine has been demonstrated to be effective in acute mania,[29] and it has been reported that the atypical antipsychotic risperidone is as effective as lithium or haloperidol in the treatment of acute mania,[30] as well as being effective in adjunctive treatment with mood stabilizers for patients with bipolar and schizoaffective disorder.[31] Published data on the use of quetiapine therapy in serious mood disorders are extremely limited.

Although limited by its small size, open-label design, lack of a control group, and relative gender homogeneity, this study suggests that quetiapine may be a useful agent in the treatment of individuals with serious mood disorders who are suboptimally responsive to mood stabilizers alone. Overall, patients in the study sample did well on quetiapine therapy, with significant improvements in BPRS, YMRS, and HAM-D scores. Improvements were similarly noted by McConville et al.[32] in both positive and negative symptoms in 10 adolescents with psychotic mood disorders (3 individuals with bipolar disorders and 7 individuals with schizoaffective disorder). Most individuals in the study reported here had persistent depressive symptoms. HAM-D improvements were seen here without the addition of antidepressant medication. In a recent report on affective symptoms in individuals with schizophrenia,[33] quetiapine was superior to placebo and haloperidol in improvements in mood symptom items (depressive mood, guilt feelings, somatic concern, and anxiety) on the BPRS.

It must be noted that the results here at 4 weeks reflected a combined effect of quetiapine and neuroleptic, due to the fact that conventional neuroleptic was tapered over the first 4 weeks of the study. It is not clear how the presence of the neuroleptic might have affected dosage of and/or symptom response to the atypical antipsychotic. It is possible that combined therapy may have contributed to the relatively rapid symptom response and may possibly explain the relatively low mean quetiapine dosage in this study (approximately 200 mg/day). The modest quetiapine dosage might also have been due to the use of a concomitant mood stabilizer for most of the patients in this study or to the older age of some of the study participants. However, it is also possible that effective dose of quetiapine required in individuals with mood disorders may be lower than effective doses that have been reported for individuals with schizophrenia.[34] In clinical practice, combination therapy of an antipsychotic plus a mood stabilizer is frequently utilized in the management of serious mood disorders and may enhance clinical outcomes.[35]

Quetiapine was generally well tolerated in this study population, with only 1 dropout due to adverse effect of medication. This finding is consistent with safety and tolerability reports of quetiapine therapy suggesting that most patients, even the elderly, tolerate quetiapine quite well and that incidence of extrapyramidal effects is minimal.[36,37] Kalali et al.[38] reported on 129 patients who received quetiapine therapy and were assessed for patient satisfaction. The majority of individuals (98%) reported being satisfied with their medication treatment, most commonly identifying improved tolerability and improved general well-being compared with previous conventional antipsychotic agents. Quality of life was generally reported to be improved.

There was a mean weight gain of 10.9 lb (4.9 kg) in this trial. This greater-than-expected weight gain may be at least partially due to combined use of quetiapine plus mood-stabilizing medication, both of which may be associated with weight gain. Guille et al.[39] recently reported that individuals with bipolar disorder receiving mood-stabilizing medication plus atypical antipsychotic medication experience weight gain ranging from a mean of 16.1 lb (7.2 kg) with olanzapine to a mean of 7.8 lb (3.5 kg) with risperidone. Guille et al.[39] also reported a trend for less weight gain among patients receiving a novel antipsychotic with lithium than those receiving other mood-stabilizing agents (p = .06). Patients receiving prophylactic dietary consultation in the trial presented here did not gain weight.

In conclusion, quetiapine may be beneficial for some individuals with serious mood disorders. These preliminary findings should be explored in larger, controlled trials.

*Drug names:* clozapine (Clozaril and others), haloperidol (Haldol and others), lorazepam (Ativan and others), olanzapine (Zyprexa), quetiapine (Seroquel), risperidone (Risperdal), valproic acid (Depakene and others).

## REFERENCES

 1. Hilty DM, Brady KT, Hales RE. A review of bipolar disorder among adults. Psychiatr Serv 1999;50:201–213
 2. Greenberg PE, Stiglin LE, Finkelstein SN, et al. The economic burden of depression in 1990. J Clin Psychiatry 1993;54:405–419
 3. Prien RF, Potter WZ. NIMH workshop report on treatment of bipolar disorder. Psychopharmacol Bull 1990;26:409–427
 4. Goodwin FK, Jamison KR. Manic-Depressive Illness. New York, NY: Oxford University Press; 1990
 5. Bauer MS, Callahan AM, Jampala C, et al. Clinical practice guidelines for bipolar disorder from the Department of Veterans Affairs. J Clin Psychiatry 1999:60:9–21. Correction 1999:60:341
 6. American Psychiatric Association. Practice Guideline for the Treatment of Patients With Bipolar Disorder. Am J Psychiatry 1994;151(suppl 12):1–36
 7. Sernyak MJ, Woods SW. Chronic neuroleptic use in manic-depressive illness. Psychopharmacol Bull 1993;29:375–381
 8. Keck PE, McElroy SL. Outcome in the pharmacologic treatment of bipolar disorder. J Clin Psychopharmacol 1996;16(suppl 1):15–23
 9. Sachs GS. Adjuncts and alternatives to lithium therapy in bipolar affective disorder. J Clin Psychiatry 1989;50(suppl 12):31–39
10. Mukherjee S, Rosen AM, Caracci G, et al. Persistent tardive dyskinesia in bipolar patients. Arch Gen Psychiatry 1986;43:342–346
11. Kane JM. Tardive dyskinesia in affective disorders. J Clin Psychiatry

731

1999;60:43–47

12. Parepally H, Mukherjee A, Schnur DB, et al. Tardive dyskinesia in bipolar patients. Biol Psychiatry 1989;25:163A

13. Hunt N, Silverstone T. Tardive dyskinesia in bipolar affective disorder: a catchment area study. Int Clin Psychopharmacol 1991;6:45–50

14. Saller CF, Salama AI. Seroquel: biochemical profile of a potential atypical antipsychotic. Psychopharmacology (Berl) 1993;112:285–292

15. Small JD, Hirsch SR, Arvanitis LSA, et al. Quetiapine in patients with schizophrenia. Arch Gen Psychiatry 1997;54:549–557

16. American Psychiatric Association. Diagnostic and Statistical Manual of Mental Disorders, Fourth Edition. Washington, DC: American Psychiatric Association; 1994

17. Overall J, Gorham D. The Brief Psychiatric Rating Scale. Psychol Rep 1962;10:799–812

18. Young RC, Biggs JT, Ziegler VE, et al. A rating scale for mania: reliability, validity, and sensitivity. Br J Psychiatry 1978;133:429–435

19. Hamilton M. A rating scale for depression. J Neurol Neurosurg Psychiatry 1960;23:56–62

20. Guy W. Abnormal Involuntary Movement Scale. In: ECDEU Assessment Manual for Psychopharmacology. US Dept Health, Education, and Welfare publication (ADM) 76-338. Rockville, Md: National Institute of Mental Health; 1976:534–537

21. Simpson G, Angus J. A rating scale for extra-pyramidal effects. Acta Psychiatr Scand Suppl 1970;212:11–19

22. Awad AG. Subjective response to neuroleptics in schizophrenia. Schizophr Bull 1993;19:609–618

23. Keck PE, McElroy SL, Strawkowski SM. New developments in the pharmacologic treatment of schizoaffective disorder. J Clin Psychiatry 1996: 57:41–48

24. Kukopulos A, Reginaldi D, Laddomada P, et al. Course of the manicdepressive cycle and changes caused by treatment. Pharmakopsychiatr Neuro-psychopharmakol 1980;13:156–167

25. Kane JM. The role of neuroleptics in manic-depressive illness. J Clin Psychiatry 1988;49(suppl 11):12–13

26. Suppes T, McElroy SL, Gilbert J, et al. Clozapine in the treatment of dysphoric mania. Biol Psychiatry 1992;52:411–414

27. Calabrese JR, Kimmel SE, Woyshville MJ, et al. Clozapine for treatmentrefractory mania. Am J Psychiatry 1996;153:759–764

28. Tohen M, Zarate CA Jr. Antipsychotic agents and bipolar disorder. J Clin Psychiatry 1998;59:38–48

29. Tohen M, Jacobs RG, Grundy SL, et al. Efficacy of olanzapine in acute bipolar mania. Arch Gen Psychiatry 2000;57:841–849

30. Segal J, Berk M, Brook S. Risperidone compared with both lithium and haloperidol in mania: a double-blind randomized controlled trial. Clin Neuropharmacol 1998;21:176–180

31. Vieta E, Herraiz M, Fernandez A, et al. Efficacy and safety of risperidone in bipolar disorder. In: New Research Program and Abstracts of the 152nd Annual Meeting of the American Psychiatric Association: May 19, 1999; Washington, DC. Abstract NR459:194

32. McConville B, Arvanitis L, Wong J, et al. Pharmacokinetics, tolerability and clinical effectiveness of quetiapine fumarate in adolescents with selected psychotic disorders [poster]. Presented at the 38th annual meeting of the New Clinical Drug Evaluation Unit; June 10–13, 1998; Boca Raton, Fla

33. Goldstein JM. Quetiapine fumarate: effects on hostility, aggression and affective symptoms in patients with acute schizophrenia [poster]. Presented at the 38th annual meeting of the New Clinical Drug Evaluation Unit; June 10–13, 1998; Boca Raton, Fla

34. Fleishacker W, Link C, Hurst B. ICI 204,636 ("Seroquel")—a putative new antipsychotic: results from Phase III trials. Schizophr Res 1996;18: 132

35. Post RM, Frye MA, Leverich GS, et al. The role of complex combination therapy in the treatment of refractory bipolar illness. CNS Spectrums 1998;3:66–86

36. Meats P. Quetiapine ("Seroquel"): an effective and well-tolerated atypical antipsychotic. Int J Psychiatry Clin Pract 1997;1:231–239

37. Arvanitis LA, Rak IW. Efficacy, safety and tolerability of "Seroquel" (quetiapine) in elderly subjects with psychotic disorders. Schizophr Res 1997; 24:196

38. Kalali AH, Hellewell JSE, Goldstein JM, et al. A multinational survey of patient satisfaction with long-term quetiapine fumarate treatment [poster]. Presented at the 38th annual meeting of the New Clinical Drug Evaluation Unit; June 10–13, 1998; Boca Raton, Fla

39. Guille C, Sachs GS, Ghaemi SN. A naturalistic comparison of clozapine, risperidone, and olanzapine in the treatment of bipolar disorder. J Clin Psychiatry 2000;61:638–642

visit *The Journal of Clinical Psychiatry* @

# www.psychiatrist.com

# Efficacy of Quetiapine and Risperidone Against Depressive Symptoms in Outpatients With Psychosis

Martha Sajatovic, M.D.; Jamie A. Mullen, M.D.;
and Dennis E. Sweitzer, Ph.D.

Received April 5, 2001; accepted May 3, 2002. From the Department of Psychiatry, Case Western Reserve University School of Medicine, Cleveland, Ohio (Dr. Sajatovic); and AstraZeneca, Wilmington, Del. (Drs. Mullen and Sweitzer).

Supported by AstraZeneca, Wilmington, Del.

Presented as a poster at the 38th annual meeting of the American College of Neuropsychopharmacology, December 12–16, 1999, Acapulco, Mexico.

Dr. Sajatovic has been a consultant for, has received grant/research support and honoraria from, and has been a member of the speakers or advisory boards for AstraZeneca and Janssen. In addition, she has been a consultant for, received honoraria from, and been a member of the speakers board for Eli Lilly and Bristol-Myers, as well as received honoraria from Pfizer and Abbott and been a member of the speakers board for Pfizer.

Corresponding author and reprints: Martha Sajatovic, M.D., Department of Psychiatry, University Hospital of Cleveland, 11100 Euclid Ave., Cleveland, OH 44106 (e-mail: sajatovic@juno.com).

**Background:** The treatment of psychotic symptoms in patients with mood disorders is a complex challenge. Antipsychotic medications in these individuals may be associated with extrapyramidal symptoms (EPS), worsening of depression, and functional impairment. Atypical antipsychotics such as quetiapine and risperidone are associated with a decreased incidence of adverse events such as EPS. The objective of this study was to compare the efficacy and tolerability of quetiapine and risperidone for the treatment of depressive symptoms in outpatients with psychosis.

**Method:** In this 4-month, multicenter, open-label trial, patients were randomly assigned in a 3:1 ratio of quetiapine to risperidone, and both drugs were flexibly dosed. Eligible patients had psychoses and demonstrated 1 of several DSM-IV diagnoses, including schizoaffective disorder, bipolar I disorder, major depressive disorder, delusional disorder, Alzheimer's dementia, schizophreniform disorder, vascular dementia, and substance abuse dementia. Patients were classified as mood disordered if they had bipolar disorder, major depressive disorder, or schizoaffective disorder. Efficacy was assessed using the Positive and Negative Syndrome Scale and the Clinical Global Impressions scale. The Hamilton Rating Scale for Depression (HAM-D) was used to assess the level of depressive symptoms. The primary tolerability assessment was presence or absence of substantial EPS, defined as EPS severe enough to require an alteration in treatment.

**Results:** A total of 554 patients were randomly assigned to quetiapine and 175 to risperidone. Mean doses at 16 weeks were 318 mg for quetiapine and 4.4 mg for risperidone. Although both agents produced improvements in mean HAM-D scores, quetiapine produced a greater improvement than risperidone in all patients (p = .0015). Within the mood-diagnosed population, incidences of both substantial EPS (p = .001) and at least moderate EPS (p = .0373) occurred significantly less frequently among patients taking quetiapine. For patients with non-mood diagnoses, incidences of substantial EPS were fewer for patients taking quetiapine than for those taking risperidone (p = .062); however, this was not statistically significant.

**Conclusion:** These results suggest that quetiapine may be a useful agent in the management of depressive symptoms in patients with psychosis.

*(J Clin Psychiatry 2002;63:1156–1163)*

Depressive symptoms are common in patients with schizophrenia and may contribute to the 20-fold higher incidence of suicide in this population compared with the general population.[1] Affective disorders in patients with schizophrenia are generally associated with poor outcome, with an increased risk of relapse and a high rate of suicide.[1] In serious mood disorders, such as bipolar depression, the suicide rate is 30 times higher than that of the general population.[2] Thus, treatment of coexisting affective and psychotic symptoms is a complex clinical challenge.

Antipsychotics are commonly added to the treatment regimen for patients with psychotic mood disorders.[3,4] However, antipsychotic medications in these individuals may be associated with extrapyramidal symptoms (EPS), possible worsening of depression, and functional impairment.[5–7]

Recent evidence suggests that atypical antipsychotics may produce an antidepressant effect that could be beneficial in the treatment of depressive symptoms in patients with schizophrenia.[1,8] Compared with conventional antipsychotics, atypical antipsychotics may have superior efficacy for the treatment of schizophrenia with mood symptoms.[9] Additionally, preliminary evidence supports the usefulness of atypical antipsychotics in treating depressive symptoms associated with psychotic and depressive disorders.[10] Because atypical antipsychotics are associated with a decreased incidence of EPS,[11] these medications may have more overall advantages compared with typical antipsychotics.[9,12,13] Quetiapine, in particular,

Sajatovic et al.

appears to have low potential for EPS at all dosing ranges[14] and in all populations, including the elderly[15–17] and adolescents.[18]

Quetiapine and risperidone are 2 atypical antipsychotics currently used in the United States for the treatment of patients with schizophrenia and other psychotic disorders. The objective of the present study was to compare the efficacy and tolerability of quetiapine and risperidone for the treatment of depressive symptoms in outpatients with psychotic disorders. This is a subanalysis of data on mood symptoms from the quetiapine experience with safety and tolerability (QUEST) study. The results of the analysis of primary endpoints on psychosis, tolerability, and EPS from the QUEST study are described in another article.[19]

## METHOD

### Study Design

In this 4-month, multicenter, open-label trial, patients were randomly assigned in a 3:1 ratio of quetiapine to risperidone. Patients completed 7 office visits at weeks 0, 1, 2, 4, 8, 12, and 16.

Both quetiapine and risperidone were flexibly dosed. Patients randomly assigned to quetiapine began with a total daily dose of 50 mg, with upward titration in 50-mg to 100-mg increments every 1 to 2 days. The maximum dose of quetiapine was 800 mg/day.

Patients randomly assigned to risperidone began with 1 mg b.i.d. with increases in increments of 1 mg b.i.d. on days 2 and 3 as tolerated, to a target dose of 3 mg b.i.d. Further dose adjustments, if indicated, occurred at intervals of not less than 1 week.

For both drugs, investigators were instructed to adjust dosage to meet the clinical needs and response of individual patients. Investigators were also instructed to discontinue previous antipsychotic agents within 1 month of trial entry. Patients who failed to stabilize on either quetiapine or risperidone monotherapy were permitted to return to their original antipsychotics.

### Patients

Patients were included if they had psychoses and 1 of the following DSM-IV[20] diagnoses: schizoaffective disorder, bipolar I disorder, major depressive disorder, delusional disorder, Alzheimer's dementia, schizophreniform disorder, vascular dementia, or substance abuse dementia. Diagnoses were made based on clinical interviews administered by site investigators. Other eligibility criteria included no evidence of medically significant disorders, no current treatment with clozapine or history of nonresponsiveness to clozapine, and no history of drug-induced agranulocytosis. Patients were classified as having a mood disorder if they had 1 of the following diagnoses: (1) bipolar disorder, (2) major depressive disorder,

or (3) schizoaffective disorder. Patients with schizoaffective disorder were grouped with patients with mood disorders because their pharmacologic treatment was more like that of patients with bipolar disorder or psychotic major depressive disorder (i.e., mood medication plus antipsychotic medication) than that of patients with schizophrenia (i.e., usually antipsychotic monotherapy).

### Concurrent Medications

Patients could receive concomitant medications that were deemed clinically indicated by the investigator. Another antipsychotic agent was to be prescribed only after attempts to stabilize the patient on quetiapine or risperidone monotherapy failed over a 1-month period. Long-acting injectable antipsychotics (haloperidol or fluphenazine) and clozapine or olanzapine were prohibited during the study period.

Patients who were taking prescribed mood stabilizers and antidepressants were allowed to continue with those medications if they had been on a stable dose for at least 2 weeks before randomization. Rescue medication (e.g., intramuscular haloperidol, benzodiazepines, or anti-EPS agents) for situations such as extreme agitation, acute psychosis, and EPS was permitted at the discretion of the investigator. EPS assessments were not completed within 24 hours after administration of rescue medication.

### Efficacy Assessments

The Positive and Negative Syndrome Scale (PANSS)[21] and the Clinical Global Impressions (CGI) scale[22] were used to evaluate efficacy against psychotic symptoms. The Hamilton Rating Scale for Depression (HAM-D)[23] was used to assess the level of depressive symptoms at weeks 0, 8, and 16. The following HAM-D factors were assessed: factor 1—anxiety/somatization (anxiety psychic, anxiety somatic, somatic symptoms gastrointestinal, somatic symptoms general, hypochondriasis, and insight); factor 2—weight (loss of weight); factor 3—cognitive disturbance (feelings of guilt, suicide, agitation, depersonalization and derealization, paranoid symptoms, obsessive and compulsive symptoms); factor 4—diurnal variation (morning or afternoon severity); factor 5—retardation (depressed mood, work and activities retardation, genital symptoms); and factor 6—sleep disturbance (insomnia early, insomnia middle, and insomnia late).

Two domains on the HAM-D were also assessed: (1) vegetative symptoms (insomnia early, insomnia middle, insomnia late; retardation, agitation, anxiety somatic, somatic symptoms gastrointestinal, somatic symptoms general, genital symptoms, weight loss, diurnal variation present, diurnal variation severity) and (2) nonvegetative symptoms (depressed mood, guilt, suicide, work and activities, anxiety psychic, hypochondriasis, insight, depersonalization and derealization, paranoid symptoms, and obsessional and compulsive symptoms).

Case 6:06-md-01769-ACC-DAB   Document 1351-39   Filed 03/11/09   Page 28 of 50 PageID
48838
Quetiapine and Risperidone in Depression With Psychosis

## EPS Assessments

The primary assessment for tolerability was the presence or absence of EPS to a substantial degree. *Substantial EPS* is defined as requiring 1 or more of the following alterations in treatment: (1) prescription of an anti-EPS medication, (2) reduction in dose of randomized treatment, or (3) discontinuation of the randomized treatment. EPS event information was determined from a symptom checklist created by AstraZeneca (available from AstraZeneca upon request).

## Statistical Analysis

The overall differences between treatment with quetiapine and treatment with risperidone in postbaseline last-observation-carried-forward (LOCF) HAM-D score were evaluated using an analysis of covariance (ANCOVA). Treatment differences over time according to diagnosis (mood versus non-mood disorders) were assessed using a repeated-measures ANCOVA. Treatment differences over time stratified by baseline HAM-D score (i.e., < 10, 10 to 19, and ≥ 20) were assessed using a repeated-measures ANCOVA within mood and non-mood diagnostic groups.

HAM-D factor scores were summarized with descriptive statistics. Differences in dose of quetiapine or risperidone at 4 months were analyzed using Dunnett's t test. Incidence of EPS was analyzed using generalized estimating equations and included maximum baseline EPS severity and time as covariate factors.

## RESULTS

### Patient Demographics

The characteristics of the patients randomly assigned to quetiapine (N = 554) or risperidone (N = 175) are shown in Table 1. Both groups of patients showed similar demographics with mean ages of 45 and 46 years for quetiapine and risperidone, respectively. No statistically significant differences between treatments were found for age, sex, or race. The male/female ratio was 50:50 for quetiapine and 54:46 for risperidone. Mood disorders were diagnosed in 316 (57%) of quetiapine patients and 103 (59%) of risperidone patients.

On study entry, 33.7% of patients were using mood stabilizers, 33.7% were taking antidepressants, 26.5% were taking anxiolytics (including benzodiazepines), 13.6% were taking atypical antipsychotics, and 36%, typical antipsychotics. No significant differences in the continuing use of prior medications were found between treatment groups (p = .17).

### Dosing

The dosing of quetiapine over time for the different diagnostic groups is shown in Figure 1. The mean dose received by all the patients at week 16 was 318 mg; how-

| Table 1. Demographic Details | | |
|---|---|---|
| Characteristic | Quetiapine Group (N = 554) | Risperidone Group (N = 175) |
| Age, mean, y | 45.1 | 46.2 |
| Race, N (%) | | |
| White | 402 (73) | 131 (75) |
| African American | 94 (17) | 28 (16) |
| Other | 58 (10) | 16 (9) |
| Sex, N (%) | | |
| Women | 277 (50) | 80 (46) |
| Men | 277 (50) | 95 (54) |
| Diagnosis, N (%) | | |
| Bipolar disorder | 83 (15) | 20 (11) |
| Major depressive disorder | 75 (14) | 26 (15) |
| Schizoaffective disorder | 158 (29) | 57 (32) |
| Schizophrenia | 218 (39) | 67 (38) |
| All mood diagnoses | 316 (57) | 103 (59) |
| All non-mood diagnoses | 238 (43) | 72 (41) |

ever, patients with schizophrenia used significantly more quetiapine at all time periods after 2 weeks than patients with mood disorders (p = .036). At 16 weeks, patients with bipolar disorder used less quetiapine (mean difference = –74 mg, p = .062) than patients with schizophrenia. At 16 weeks, patients with major depressive disorder or schizoaffective disorder used 54 mg and 28 mg, respectively, less than patients with schizophrenia; however, this was not statistically significant (p > .25).

The dosing of risperidone over time for the different diagnostic groups is shown in Figure 2. The mean dose received by all of the patients was 4.4 mg at week 16, and, as with quetiapine, patients with mood disorders required lower doses of risperidone than did patients with schizophrenia (p < .011).

### Efficacy Against Psychotic Symptoms

Efficacy against psychotic symptoms was assessed using the PANSS and the CGI. Both quetiapine and risperidone showed increasing improvement in clinical condition throughout the trial, according to CGI scores. At trial completion, no significant difference was seen between treatment groups on CGI scores or on PANSS positive scale, negative scale, or total score. These results are reported in full elsewhere.[19]

### HAM-D Scores

There was no significant difference in baseline HAM-D scores between quetiapine- and risperidone-treated patients. The mean change from baseline to postbaseline observation in HAM-D score at week 16 (LOCF) was slightly greater (p = .028) in the quetiapine group than in the risperidone group (Figure 3).

The percentages of changes from baseline for the different diagnostic groups are shown in Table 2. Quetiapine produced a greater improvement in HAM-D scores than did risperidone, both in patients with primary mood disorders and in patients with non-mood disorders.

Sajatovic et al.



Figure 1. Mean Quetiapine Dose by Diagnosis[a]

[a]Abbreviation: LOCF = last observation carried forward.



Figure 2. Mean Risperidone Dose by Diagnosis[a]

[a]Abbreviation: LOCF = last observation carried forward.

The changes in mean HAM-D scores for patients with and without mood disorders were examined with respect to baseline HAM-D score. In patients with mood disorders and a high baseline HAM-D score (≥ 20), quetiapine produced a significantly greater reduction in HAM-D score than risperidone (–47% vs. –34%, p = .0051, Figure 4A). For patients with mood disorders who had moderate HAM-D scores at baseline (scores of 10 to 19), both drugs were equally effective (–38% vs. –43%, p = .54). For patients with mood disorders who had low baseline HAM-D scores (< 10), neither drug produced a significant improvement or deterioration (–0.1% ± 16.1% vs. –15.2% ± 25.4%, p = .59, for quetiapine and risperidone, respectively).

The changes in HAM-D scores for non-mood disordered patients were similar to the changes seen in mood disordered patients (Figure 4B). For patients with non-mood disorders who had low or moderate baseline HAM-D scores (< 20), there were no significant differences in the improvements produced by quetiapine or risperidone. However, for patients with non-mood disorders and high baseline HAM-D scores (≥ 20), quetiapine produced a significantly greater reduction in mean HAM-D scores than risperidone (p = .008).

The mean changes from baseline for individual HAM-D factor scores are shown in Figure 5. The largest treatment differences (at least 5% of baseline) were in favor of quetiapine over risperidone—these were for HAM-D factors 4 (diurnal variation), 5 (retardation), and 6 (sleep disturbance) and in the vegetative symptom domain. Little difference between quetiapine and risperidone was observed for the HAM-D factors of anxiety/somatization, weight, and cognitive disturbance and in the nonvegetative domain items.

For the group as a whole, patients in the quetiapine group scored significantly better on the retardation, sleep disturbance, and vegetative domain items. Mood disordered patients on quetiapine scored significantly better on



Figure 3. Mean Change in HAM-D Scores for All Patients (baseline to postbaseline, last observation carried forward)[a]

[a]Abbreviation: HAM-D = Hamilton Rating Scale for Depression.
*p = .028.

retardation and vegetative domains. In patients diagnosed with non-mood disorders, and in patients with factor scores of 0 at baseline, differences were not statistically significant.

## EPS Assessments

The safety and tolerability of quetiapine and risperidone were compared by examining the incidence of EPS to a substantial degree in the patients diagnosed with either mood disorders (Figure 6) or non-mood disorders. Over the trial period, substantial EPS occurred less frequently among quetiapine-treated patients in both the mood (p < .001) and non-mood (p = .063) diagnosed patients. More of the patients diagnosed with mood disorders and treated with risperidone reported substantial EPS at week 1 (8.3%) compared with the patients with mood disorders treated with quetiapine (1.4%). The incidence of substantial EPS at LOCF was also lower for patients treated with quetiapine (2.9%) compared with patients treated with risperidone (10.1%).

Quetiapine and Risperidone in Depression With Psychosis

Table 2. Percentages of Change From Baseline HAM-D Scores[a]

| | Quetiapine | | | Risperidone | | | |
|---|---|---|---|---|---|---|---|
| Diagnosis | N | Mean Baseline Score | Change (%) | N | Mean Baseline Score | Change (%) | p Value of Difference |
| All patients | 554 | 15.50 | –44.6 | 175 | 15.07 | –34.4 | .0015 |
| All mood diagnoses | 316 | 16.86 | –44.1 | 103 | 16.58 | –35.7 | .0364 |
| All non-mood diagnoses | 238 | 13.71 | –45.6 | 72 | 12.93 | –31.1 | .0083 |
| Bipolar disorder | 83 | 16.28 | –50.4 | 20 | 14.60 | –33.2 | .0956 |
| Major depressive disorder | 75 | 19.11 | –42.2 | 26 | 20.08 | –39.7 | .7100 |
| Schizoaffective disorder | 158 | 16.10 | –41.6 | 57 | 15.74 | –34.6 | .2149 |
| Schizophrenia | 218 | 13.46 | –41.6 | 67 | 13.16 | –31.4 | .0694 |
| Other non-mood[b] | 20 | 16.45 | –65.4 | 5 | 9.80 | –31.1 | .0447 |

[a]Repeated-measures analysis of 2- and 4-month results. Abbreviation: HAM-D = Hamilton Rating Scale for Depression.
[b]A p value is not reliable for this small number of patients with varying diagnoses, including Alzheimer's dementia, delusional disorder, and substance abuse dementia.

Figure 4. Mean HAM-D Scores for Patients With Psychosis From Baseline to Week 16 for Quetiapine and Risperidone[a]

A. With Mood Disorders[b]



B. With Non-Mood Disorders[c]



[a]Abbreviations: HAM-D = Hamilton Rating Scale for Depression, NS = nonsignificant.
[b]Mood diagnoses include bipolar disorder, major depressive disorder, and schizoaffective disorder.
[c]Non-mood diagnoses include delusional disorder, Alzheimer's dementia, schizophreniform disorder, vascular dementia, and substance abuse dementia.

In patients diagnosed with mood disorders, the incidence of substantial EPS and at least moderate EPS was significantly less frequent in patients taking quetiapine than in patients taking risperidone (p < .001 for substantial EPS, p = .037 for moderate EPS).

In the subgroup of patients diagnosed with non-mood disorders, substantial EPS was present at week 1 in 2.9% of the patients treated with risperidone, the incidence increased to a peak of 7.8% at month 2, and the overall incidence at LOCF was 4.2%. For quetiapine-treated patients, substantial EPS was present at week 1 in 1.3% of the patients, the incidence subsequently increased to a peak value of 3.5% at month 1, and the overall incidence at LOCF was 3.4% (p = .063).

The occurrence of at least moderate hypokinesia or akinesia was rare for both diagnostic groups (3.3% for quetiapine, 9.9% for risperidone). Changes in hypokinesia/akinesia severity and changes in HAM-D scores were

found to be correlated and reflected the fact that, on average, both kinesia and mood symptoms improved throughout the study. To rule out a causal link between EPS condition and HAM-D scores, a subset ANCOVA examined patients who had at worst mild akinesia, hypokinesia, or akathisia at baseline and experienced no change in the severity of those 3 symptoms; quetiapine patients still scored significantly better on HAM-D (p = .017). No significant difference was found between mood and non-mood diagnoses groups (p > .40).

## DISCUSSION

This study compared the safety and efficacy of quetiapine and risperidone for the treatment of depressive symptoms in psychotic patients. While both agents produced improvements in mean HAM-D scores, quetiapine produced a greater improvement than did risperidone in

**Figure 5.** Mean Change From Baseline in HAM-D Composite Factor Scores for Quetiapine and Risperidone[a]



[a]Abbreviations: HAM-D = Hamilton Rating Scale for Depression, LOCF = last observation carried forward.
[b]Includes insomnia early, middle, late; retardation; agitation; anxiety somatic; somatic symptoms gastrointestinal; somatic symptoms general; genital symptoms; weight loss; diurnal variation present; and diurnal variation severity.
[c]Includes depressed mood, guilt, suicide, work and activities, anxiety (psychic), hypochondriasis, insight, depersonalization and derealization, paranoid symptoms, and obsessional and compulsive symptoms.

all patients (p = .0015), in patients with primary mood disorders (p = .036), and in patients with non-mood disorders (p = .008). Quetiapine produced a statistically greater effect than risperidone in treating depressive symptoms in those patients with higher initial HAM-D scores. The clinical significance of the changes produced by treatment with quetiapine is not known. The incidence of substantial EPS was lower in patients treated with quetiapine than in patients treated with risperidone. This was statistically significant for mood diagnoses and showed a trend for non-mood diagnoses (p = .062). Both substantial and moderate EPS occurred statistically significantly less frequently among those mood-diagnosed patients who were taking quetiapine.

Other groups of investigators have reported that quetiapine and risperidone exhibit efficacy in the treatment of depressive symptoms in patients.[10,24] Sajatovic et al.[25] reported significant improvement on HAM-D scores in 20 individuals with bipolar or schizoaffective disorder who received open-label quetiapine therapy. In a case series of 6 patients with treatment-resistant bipolar disorder treated with quetiapine, 2 patients showed evidence of moderate-to-marked improvement on the Clinical Global Impressions scale modified for bipolar disorder.[26] Sedation was the main side effect noted in the Ghaemi and Katzow re-

port,[26] and the investigators concluded that quetiapine may be a useful treatment for some patients with treatment-resistant bipolar disorder.

A number of open-label studies have investigated the use of risperidone to treat mood disorders with promising results.[27–32] Ostroff and Nelson[29] examined the use of risperidone to augment selective serotonin reuptake inhibitor (SSRI) antidepressants in 8 patients who had not responded to SSRI therapy. The 8 patients showed improvement within 1 week of the addition of risperidone. Vieta et al.[24] reported significant reductions in HAM-D scores for 8 of 10 patients with refractory rapid-cycling bipolar disorder who received open-label risperidone therapy. One double-blind study found risperidone to be as effective as lithium or haloperidol in the treatment of acute mania.[33] Finally, Guille et al.[32] reported that risperidone was as effective as clozapine and olanzapine in the treatment of bipolar disorder.

Induction of mania has been associated with a number of atypical antipsychotics such as risperidone, olanzapine, sertindole, quetiapine, and amisulpride.[34–39] Mania induction was not reported in this study; however, all the patients who were receiving mood stabilizers were permitted to continue this treatment as per protocol. In this analysis and in the larger QUEST study,[19] no mania scale was used; thus, instances of mood induction might not have been detected. Our conclusion of no mania induction in this study and in the larger QUEST study, then, is qualified by the small sample size in this study and the limited methodology in the QUEST study.

This study had a flexible-dose design, which allowed clinicians to titrate medications for maximum efficacy and minimum side effects depending upon the needs of each patient. At the time of the trial, risperidone was a U.S. Food and Drug Administration–approved medication and thus had a package insert that specified dosage. Quetiapine was still an investigational drug with optimal dose yet to be determined. Instructions to investigators were identical for both drugs: to titrate dosage according to patients' clinical needs. This dosing plan mirrors what generally occurs in clinical practice and thus provides insight into how study compounds will be used under such conditions. The limitations of this study include the following: (1) this was an open-label clinical trial, with the possibility of investigator and/or patient bias; (2) the trial involved a relatively small number of patients, with correspondingly small numbers of patients with mood and

Figure 6. Incidence of Extrapyramidal Symptoms (EPS) to a Substantial Degree in Patients Diagnosed With Mood Disorders[a]



● Substantial EPS, Risperidone
● Substantial EPS, Quetiapine

[a]Substantial EPS is defined as requiring 1 or more of the following alterations in treatment: prescription of an anti-EPS medication, reduction in dose of randomized treatment, a discontinuation of randomized treatment.

non-mood disorders; (3) no standardized diagnostic instrument was used to assign diagnoses to patients; (4) no measurement was made of mania; (5) all patients were psychotic, thus no conclusions can be drawn about patients with bipolar disorder without psychoses; (6) elderly patients were also examined with the HAM-D, although it has been suggested that another scale might be more appropriate (e.g., the Geriatric Depression Screening Scale[40]); and (7) patients were allowed to continue the use of antidepressants and mood medications, thus efficacy and side effects might have been influenced by the concomitant medications.

In conclusion, in this trial, quetiapine produced a greater overall improvement in HAM-D scores compared with risperidone—this was true whether patients had mood or non-mood disorders. Patients with high baseline HAM-D scores improved more than did individuals with lower baseline HAM-D scores. The incidences of substantial EPS were fewer in patients treated with quetiapine compared with patients treated with risperidone. These results suggest that quetiapine may be a useful agent in the management of depressive symptoms in patients with psychotic disorders.

*Drug names:* clozapine (Clozaril and others), fluphenazine (Prolixin, Permitil, and others), haloperidol (Haldol and others), olanzapine (Zyprexa), quetiapine (Seroquel), risperidone (Risperdal).

## REFERENCES

 1. Collaborative Working Group on Clinical Trial Evaluations. Atypical antipsychotics for treatment of depression in schizophrenia and affective disorders. J Clin Psychiatry 1998;59(suppl 12):41–45
 2. Goodwin F, Jamison K. Manic-Depressive Illness. New York, NY: Oxford University Press; 1990
 3. Compton MT, Nemeroff CB. The treatment of bipolar depression. J Clin Psychiatry 2000;61:57–67
 4. Zarate CA Jr, Tohen M. Antipsychotic drug treatment in first-episode mania: a 6-month longitudinal study. J Clin Psychiatry 2000;61:33–38
 5. Tohen M, Waternaux CM, Tsuang MT. Outcome in mania: a 4-year prospective follow-up of 75 patients utilizing survival analysis. Arch Gen Psychiatry 1990;47:1106–1111
 6. American Psychiatric Association. Practice Guideline for the Treatment of Patients With Bipolar Disorder. Am J Psychiatry 1994;151(suppl 12):1–36
 7. Kane JM. Pharmacologic treatment of schizophrenia. Biol Psychiatry 1999;46:1396–1408
 8. Schulz SC. New antipsychotic medications: more than old wine and new bottles. Bull Menninger Clin 2000;64:60–75
 9. Levinson DF, Umapathy C, Musthaq M. Treatment of schizoaffective disorder and schizophrenia with mood symptoms. Am J Psychiatry 1999;156:1138–1148
10. Jacobsen FM. Risperidone in the treatment of affective illness and obsessive-compulsive disorder. J Clin Psychiatry 1995;56:423–429
11. Leucht S, Pitschel-Walz G, Abraham D, et al. Efficacy and extrapyramidal side-effects of the new antipsychotics olanzapine, quetiapine, risperidone, and sertindole compared to conventional antipsychotics and placebo: a meta-analysis of randomized controlled trials. Schizophr Res 1999;35:51–68
12. Keck PE Jr, McElroy SL, Strakowski SM, et al. Antipsychotics in the treatment of mood disorders and risk of tardive dyskinesia. J Clin Psychiatry 2000;61(suppl 4):33–38
13. Keck PE Jr, Strakowski SM, McElroy SL. The efficacy of atypical antipsychotics in the treatment of depressive symptoms, hostility, and suicidality in patients with schizophrenia. J Clin Psychiatry 2000;61(suppl 3):4–9
14. Arvanitis LA, Miller BG. Multiple fixed doses of "Seroquel" (quetiapine) in patients with acute exacerbation of schizophrenia: a comparison with haloperidol and placebo. The Seroquel Trial 13 Study Group. Biol Psychiatry 1997;42:233–246
15. McManus DQ, Arvanitis LA, Kowalcyk BB, for the Seroquel Trial 48 Study Group. Quetiapine, a novel antipsychotic: experience in elderly patients with psychotic disorders. J Clin Psychiatry 1999;60:292–298
16. Tariot PN, Salzman C, Yeung PP, et al. Long-term use of quetiapine in elderly patients with psychotic disorders. Clin Ther 2000;22:1068–1084
17. Madhusoodanan S, Brenner R, Alcantra A. Clinical experience with quetiapine in elderly patients with psychotic disorders. J Geriatr Psychiatry Neurol 2000;13:28–32
18. McConville BJ, Arvanitis LA, Thyrum PT, et al. Pharmacokinetics, tolerability, and clinical effectiveness of quetiapine fumarate: an open-label trial in adolescents with psychotic disorders. J Clin Psychiatry 2000;61:252–260
19. Mullen J, Jibson, MD, Sweitzer D. A comparison of the relative safety, efficacy, and tolerability of quetiapine and risperidone in outpatients with schizophrenia and other psychotic disorders: the quetiapine experience with safety and tolerability (QUEST) study. Clin Ther 2001;23:1839–1854
20. American Psychiatric Association. Diagnostic and Statistical Manual of Mental Disorders, Fourth Edition. Washington, DC: American Psychiatric Association; 1994
21. Kay SR, Fiszbein A, Opler LA. The Positive and Negative Syndrome Scale (PANSS) for schizophrenia. Schizophr Bull 1987;13:261–276
22. Guy W. ECDEU Assessment Manual for Psychopharmacology. US Dept Health, Education, and Welfare publication (ADM) 76-338. Rockville, Md: National Institute of Mental Health; 1976:218–222
23. Hamilton M. Development of a rating scale for primary depressive illness. Br J Soc Clin Psychol 1967;6:278–296
24. Vieta E, Gasto C, Colom F, et al. Treatment of refractory rapid cycling bipolar disorder with risperidone [letter]. J Clin Psychopharmacol 1998;18:172–174
25. Sajatovic M, Brescan DW, Perez DE, et al. Quetiapine alone and added to a mood stabilizer for serious mood disorders. J Clin Psychiatry 2001;62:728–732
26. Ghaemi SN, Katzow JJ. The use of quetiapine for treatment-resistant bipolar disorder: a case series. Ann Clin Psychiatry 1999;11:137–140
27. Ghaemi SN, Sachs GS, Baldassano CF, et al. Acute treatment of bipolar disorder with adjunctive risperidone in outpatients. Can J Psychiatry 1997;42:196–199

Sajatovic et al.

28. Ghaemi SN, Sachs GS. Long-term risperidone treatment in bipolar disorder: 6-month follow up. Int Clin Psychopharmacol 1997;12:333–338

29. Ostroff RB, Nelson JC. Risperidone augmentation of selective serotonin reuptake inhibitors in major depression. J Clin Psychiatry 1999;60:256–259

30. Schreier HA. Risperidone for young children with mood disorders and aggressive behavior. J Child Adolesc Psychopharmacol 1998;8:49–59

31. Tohen M, Zarate CA Jr, Centorrino F, et al. Risperidone in the treatment of mania. J Clin Psychiatry 1996;57:249–253

32. Guille C, Sachs GS, Ghaemi SN. A naturalistic comparison of clozapine, risperidone, and olanzapine in the treatment of bipolar disorder. J Clin Psychiatry 2000;61:638–642

33. Segal J, Berk M, Brook S. Risperidone compared with both lithium and haloperidol in mania: a double-blind randomized controlled trial. Clin Neuropharmacol 1998;21:176–180

34. Fahy S, Fahy TJ. Induction of manic symptoms by novel antipsychotics [letter]. Br J Psychiatry 2000;176:597

35. Ashleigh EA, Larsen PD. A syndrome of increased affect in response to risperidone among patients with schizophrenia. Psychiatr Serv 1998;49:526–528

36. Aubry J-M, Simon AE, Bertschy G. Possible induction of mania and hypomania by olanzapine or risperidone: a critical review of reported cases. J Clin Psychiatry 2000;61:649–655

37. Fitz-Gerald MJ, Pinkofsky HB, Brannon G, et al. Olanzapine-induced mania [letter]. Am J Psychiatry 1999;156:1114

38. Lane H-Y, Lin Y-C, Chang W-H. Mania induced by risperidone: dose related? [letter] J Clin Psychiatry 1998;59:85–86

39. Zolezzi M, Badr MG. Risperidone-induced mania [letter]. Ann Pharmacother 1999;33:380–381

40. Yesavage JA, Brink TL, Rose TL, et al. Development and validation of a geriatric depression screening scale: a preliminary report. J Psychiatr Res 1983;17:37–49

Reprinted from *The Journal of Clinical Psychiatry*, Vol. 63, No. 12, pp. 1156–1163, 2002.
Subject to all notices and disclaimers contained in main volume.

ACTA PSYCHIATRICA SCANDINAVICA

SUPPLEMENTUM 212, 1970

# DRUG INDUCED
# EXTRAPYRAMIDAL DISORDERS

Controlled studies of the relationship
between the behavioural change and the extrapyramidal
symptoms produced by psychotropic drugs

G. M. SIMPSON, M. B., CH. B.

*Principal Research Psychiatrist*

J. W. S. ANGUS, F. R. C. P. (C), D. P. M.

*Research Psychiatrist*

Early Clinical Drug Evaluation Unit
Rockland State Hospital
Orangeburg, N. Y.

This research was supported in part by Grants MH-08240 and MH-07292
from the National Institute of Mental Health, Bethesda, Md.

MUNKSGAARD
COPENHAGEN 1970

# A RATING SCALE FOR EXTRAPYRAMIDAL SIDE EFFECTS

G. M. Simpson, M. B., Ch. B. and
J. W. S. Angus, F. R. C. P. (C), D. P. M.

## SUMMARY

A modification of an earlier rating scale for extrapyramidal system disturbance is described, and evidence for the validity and reliability of the scale is presented. The usefulness of the scale in studies of neuroleptic drugs is discussed. By its application it is possible to quantify extrapyramidal side effects and to separate them into four principal factors.

## INTRODUCTION

The discovery of phenothiazines as useful agents in the treatment of mental disorder was shortly followed by discoveries of their adverse reactions, particularly those affecting the extrapyramidal system (3). This led to claims that side effects were part and parcel of their usefulness (4), and to counterclaims that they were undesirable side effects (6). The extensive studies of Haase (5), who claims that minimal extrapyramidal signs, as demonstrated in handwriting changes, are the "sine qua non" for optimal treatment, represent a somewhat intermediate position in this controversy.

This whole area has been thoroughly reviewed in two recent publications by Bishop, et al. (1) and by Ching-Piao and DiMascio (2). The latter point out that part of the confusion in this area may be related to differences in classification, and that too many investigators use extrapyramidal system disturbance as if it were a unity. We use this term throughout to describe the factors we are actually measuring. We see the difficulty not so much one of classification, but of defining and quantifying what is being observed. Thus, infrequent dystonic reactions and the slightly more frequent akathisia have been omitted from this study. We also feel that the differences between Haase and, for example, the French investigators are not semantic ones or a problem of classification, but merely that a proper comparison or study remains to be done.

We have elsewhere stated our opinion on this point (7, 9), namely that the presence of minimal extrapyramidal side effects seem to be associated with therapeutic improvement, excess extrapyramidal effects with less improvement. Further discussion on this subject would be outside the scope of

12

the present paper, but it is mentioned merely to highlight the point that all neuroleptic agents, irrespective of their chemical structure, possess two things in common: (1) an effect on psychotic behavior, and (2) an effect on the extrapyramidal system. Within limits, the potency of the drugs seems to be proportional to their propensity for producing extrapyramidal symptoms. If this is so, it is important to have an instrument for assessing accurately the amount of extrapyramidal system disorder produced, a quantitative measure rather than a qualitative description of these side effects.

In a previous investigation a rating scale for measuring extrapyramidal system disorder produced by neuroleptic drugs was described (7), and since that time it has been routinely used in this research unit. This scale was shown to have both clinical validity and high inter-rater reliability, but later attempts at more precise studies of extrapyramidal system disorder led to the need for its revision. Factors such as Salivation and Tremor, which were difficult to quantify, had not been included in the old scale, but in various studies, scores on the scale were diluted by their absence. Thus, zero scores occurred despite obvious tremor or disturbing salivation which frequently required the use of antiparkinson medication. It was, therefore, decided to expand the rating scale to include these factors. It is the purpose of this paper to present this rating instrument with a discussion of its potential usefulness in the field of clinical research.

The original rating scale contained nine items, all of which were common clinical signs, used in the diagnosis of Parkinson's Disease in clinical practice. One of these items, the evaluation of the state of the trunk muscles—a sign which can be of considerable diagnostic importance—was found difficult to quantify and was dropped from the scale. The other eight items were retained and, with the addition of Tremor and Salivation, make up the ten-item scale shown in Table 1. Each item is rated on a 5-point scale, with 0 meaning the complete absence of the condition, and 4 meaning the presence of the condition in extreme form. Each point on the scale was defined and is shown in the appendix. The score on the scale is obtained by adding the items and dividing by 10.

TABLE 1

*Neurological Rating Scale for Extrapyramidal Effects*

| | |
|---|---|
| 1. Gait | 6. Leg Pendulousness |
| 2. Arm Dropping | 7. Head Dropping |
| 3. Shoulder Shaking | 8. Glabella Tap |
| 4. Elbow Rigidity | 9. Tremor |
| 5. Wrist Rigidity | 10. Salivation |

Two questions of concern in any rating scale involve validity and reliability, and these questions were answered reasonably well in the studies on the

13



Neurological Rating Scale Mean Scores—Haloperidol Double Blind Study

*Fig. 1*

previous scale (7). The reliability of the present scale was tested during a double-blind study involving two dose levels of the potent neuroleptic haloperidol and a placebo (8). Striking evidence for the validity of the scale was also obtained from the same trial.

## METHOD

Fourteen patients who had been off all drugs for four weeks, were treated with identical capsules containing placebo, 1 mg and 5 mg of haloperidol respectively. The regime was fixed so that all patients received one capsule daily during the first week, and an increase of daily dosage by one capsule each week to a maximum of six. The daily dosage was maintained at this level for a further ten weeks, and, following withdrawal of medication, the patients were studied for another four weeks. When the code was broken, four patients had received placebo, five the 1 mg capsule (6 mg/day), and five the 5 mg capsule (30 mg/day).

14

The graph (Fig. 1) depicts the mean weekly rating on the scale for each group during the period on maximum medication and for the four weeks following withdrawal of medication, all ratings having been made by one physician. It can be seen that the scale satisfactorily separates the three groups. At Week 15 a t-test indicated that the difference between the placebo group and the 1 mg group was statistically significant ($p < 0.01$). The difference between the 5 mg and 1 mg groups just fails to be statistically significant ($p > 0.05$).

Two points should be made. We consider scores of up to 0.3 to be within the "normal range," and we found, on breaking the code, that three patients in the high dose group had been given benztropine mesylate for clinically troublesome side effects, whereas only one in the low dose group received it. This may account for the fall in the scores of the high dose group during the latter part of the drug period, and would certainly have diminished the difference between the 1 mg and 5 mg group mean scores.

In order to test inter-rater reliability, the patients were examined by two doctors during Weeks 11 to 18 of the trial. The patients were examined and rated at the same time of day each week and were seen by the second doctor immediately after examination by the first. Separate examining rooms were used, and the doctors were unaware of each other's ratings and of their own ratings made in previous weeks. There was no discussion or analysis of the data until the study had been completed. Correlation coefficients between raters for each item in each of the seven weeks were obtained and are shown in Table 2.

In our early clinical drug studies and in previous investigations, the total score on the neurological rating scale was the one used most frequently. This is obtained by summing the score for all the rated items and dividing

TABLE 2

*Correlation Coefficients Between Raters*

| Item | Mean | Range |
|---|---|---|
| 1. Gait ..................... | 0.52 | 0.22–0.78 |
| 2. Arm Dropping ............. | 0.73 | 0.58–0.89 |
| 3. Shoulder Shaking ......... | 0.78 | 0.69–0.94 |
| 4. Elbow Rigidity ............ | 0.73 | 0.57–0.92 |
| 5. Wrist Rigidity ............. | 0.59 | 0.20–0.89 |
| 6. Leg Pendulousness ......... | 0.75 | 0.62–0.78 |
| 7. Head Dropping ............ | 0.70 | 0.62–0.78 |
| 8. Glabella Tap .............. | 0.87 | 0.60–1.0 |
| 9. Tremor ................... | 0.56 | 0.29–0.94 |
| 10. Salivation ................ | 0.59 | 0.16–1.0 |
| Total Score ............... | 0.87 | 0.71–0.96 |

the total by the number of items. Correlations for the total scores between the two investigators ranged from 0.71 to 0.96.

In general, there was a good correlation between the two raters, but in one week, poor correlations were obtained on four items. Otherwise, the ten items rated on seven weeks, that is, seventy correlations, were all of a high order. All the low correlations were recorded in the third week of the study; this included Wrist Rigidity, Salivation, Gait, and Tremor. No explanation can be given for this at this time.

A principal component factor analysis, followed by a normalized Varimax rotation of the four resulting principal components was carried out. The factor loadings for these components are shown in Table 3. The first factor has high loadings on the items Shoulder-shaking, Elbow rigidity, Wrist rigidity, and Leg pendulousness and is obviously a factor involving rigidity. This factor accounted for 34 % of the total variance. The second factor places greatest weight on the items Gait, Salivation, and Head-dropping and accounted for 15 % of the total variance. The item Head-dropping is a difficult one to score, and we expected it to be included in the first factor to which it does contribute. That it should cluster with Gait is not particularly surprising, but no clinical explanation can be given for Salivation being included in this factor. We consider it a statistical artifact. The third factor was Glabella tap, which explained just over 10 % of the variance. Tremor emerged as a fourth factor, accounting for over 9 % of the variance. It would appear, therefore, that in using this scale to study extrapyramidal effects or antiparkinson agents, four factors, which in this study accounted for 68 % of the variance, could be considered: Rigidity, Salivation, Glabella tap, and Tremor.

Because seven of the items in the scale are measurements of rigidity, and because the latter accounted for a major part of the variance, we sepa-

TABLE 3
*Factor Loadings for Four Principal Components*

|  | I | II | III | IV |
|---|---|---|---|---|
| 1. Gait ................. | 0.216 | 0.740 | 0.032 | 0.106 |
| 2. Arm Dropping ........ | 0.200 | 0.260 | 0.043 | 0.666 |
| 3. Shoulder shaking ..... | 0.818 | 0.262 | 0.069 | 0.047 |
| 4. Elbow Rigidity ........ | 0.799 | 0.227 | 0.121 | 0.140 |
| 5. Wrist Rigidity ........ | 0.792 | 0.004 | 0.249 | 0.207 |
| 6. Leg Pendulousness ..... | 0.702 | 0.231 | 0.067 | 0.213 |
| 7. Head Dropping ....... | 0.441 | 0.575 | 0.264 | 0.053 |
| 8. Glabella Tap ......... | 0.086 | 0.037 | 0.959 | 0.065 |
| 9. Tremor ............. | 0.088 | 0.046 | 0.119 | 0.819 |
| 10. Salivation ............ | 0.185 | 0.762 | 0.009 | 0.170 |

16

rated out the rigidity scores for the three groups. As might be expected, they ran parallel to the total score, although the fit was not exact. The discrimination between the placebo group and the drug groups remained, but that between the two drug groups was diminished.

## DISCUSSION

There have been many attempts to quantify the phenomena of parkinsonism and its response to treatment. Unfortunately, the scales often contain many items, or the assessment involves time-consuming procedures, such as sorting tests or handwriting. We believe that we have devised a valid, reliable scale that is simple and rapidly applied and requires no equipment other than an examining couch. In addition, the method can be quickly taught to a nurse or research assistant. Its application does not require specialized medical knowledge.

The items on the scale have a certain face validity in that they are commonly used signs in the clinical evaluation of parkinsonism. A further attestation to the validity of the scale was its ability to separate in a double-blind trial not only patients receiving placebo from those receiving potent neuroleptic medications, but also two dose levels of the medication. The relatively high correlations on each item between raters, and the high correlation on the total score, indicate that the scale is reliable. Like every other scale, its use has to be learned, and it is advisable for raters to rate the same patients from time to time, in order to check shifts in definition.

As most of the items are concerned with the measurement of rigidity, it is no surprise that such a factor accounts for a large part of the variance and separates out from Salivation, Tremor, and Glabella tap. Nevertheless, the retention of the latter three items appears to be justified, because the mean total score proved better at separating the two drug groups than the rigidity score alone. The grouping of items in the scale according to these factors might be used to bring greater precision to the assessment of neuroleptic drugs or the use of drugs for treating extrapyramidal symptoms.

We are using the scale routinely both in the work of early clinical drug evaluation and in the investigation of extrapyramidal side effects. It is possible that others, working in psychopharmacology, might find it of value and possible, too, that it may be of interest to neurologists in assessing the treatment of parkinsonism.

## REFERENCES

1. Bishop, M. P., Gallant, D. M., & Sykes, T. F.: Extrapyramidal side effects and therapeutic response. *Arch. Gen. Psychiat.,* 13, 155–162, 1965.
2. Chien, C., & DiMascio, A.: Drug-induced extrapyramidal symptoms and their relations to clinical efficacy. *Amer. J. Psychiat.,* 123/12, 1490–1498, 1967.

Case 6:06-md-01769-ACC-DAB   Document 1351-39   Filed 03/11/09   Page 41 of 50 PageID 48851

3. Delay, J., & Deniker, P.: 38 cas de psychoses traitées par la cure prolongée et continue de 4560 R.P. Le Congrès de Psychiat. Neurol. de Langue Française (Luxembourg, 1952), in C. R., 503–513, Masson ed.

4. Fleugel, F.: Thérapeutique par médication neuroleptique obtenu en realisant Neuroleptiques (Paris, 1955), Encéphale, 790–792.

5. Haase, H. J., & Janssen, P. A. J.: *The Action of Neuroleptic Drugs*. Chicago, Ill.: Year Book Medical Publishers, 1965.

6. Karn, W. N., Jr., & Kasper, S.: Pharmacologically induced parkinson-like signs as index of therapeutic potential. *Dis. Nerv. Syst.*, 20, 119–120, 1959.

7. Simpson, G. M., Amuso, D., Blair, J. H., & Farkas, T.: Aspects of phenothiazine-produce extrapyramidal symptoms. *Arch. Gen. Psychiat.*, 10, 199–208, 1964.

8. Simpson, G. M., Angus, J. W. S., & Edwards, J. G.: A controlled study of haloperidol in chronic schizophrenia. *Curr. Ther. Res.*, 9/8, 407–412, 1967.

9. Simpson, G. M., & Kunz-Bartholini, Esther. The relationship of individual tolerance, behavior, and phenothiazine-produced extrapyramidal system disturbance. *Dis. Nerv. Syst.*, 29, 269–274, 1968.

## APPENDIX

1. *Gait*—The patient is examined as he walks into the examining room, his gait, the swing of his arms, his general posture, all form the basis for an overall score for this item. This is rated as follows:

    0 – normal

    1 – diminution in swing while the patient is walking

    2 – marked diminution in swing with obvious rigidity in the arm

    3 – stiff gait with arms held rigidly before the abdomen

    4 – stooped shuffling gait with propulsion and retropulsion

2. *Arm Dropping*—The patient and the examiner both raise their arms to shoulder height and let them fall to their sides. In a normal subject a stout slap is heard as the arms hit the sides. In the patient with extreme Parkinson's syndrome the arms falls very slowly:

    0 – normal, free fall with loud slap and rebound

    1 – fall slowed slightly with less audible contact and little rebound

    2 – fall slowed, no rebound

    3 – marked slowing, no slap at all

    4 – arms fall as though against resistance; as though through glue

3. *Shoulder Shaking.*—The subject's arms are bent at a right angle at the elbow and are taken one at a time by the examiner who grasps one hand and also clasps the other around the patient's elbow. The subject's upper arm is pushed to and fro and the humerus is externally rotated. The degree of resistance from normal to extreme rigidity is scored as follows:

    0 – normal

    1 – slight stiffness and resistance

    2 – moderate stiffness and resistance

    3 – marked rigidity with difficulty in passive movement

    4 – extreme stiffness and rigidity with almost a frozen shoulder

18

4. *Elbow Rigidity*—The elbow joints are separately bent at right angles and passively extended and flexed, with the subject's biceps observed and simultaneously palpated. The resistance to this procedure is rated. (The presence of cogwheel rigidity is noted separately.) Scoring is from 0–4 as in Shoulder Shaking test.

5. Fixation of position or *Wrist Rigidity*—The wrist is held in one hand and the fingers held by the examiner's other hand, with the wrist moved to extension flexion and both ulner and radial deviation. The resistance to this procedure is rated as in Items 3 and 4.

6. *Leg Pendulousness*—The patient sits on a table with his legs hanging down and swinging free. The ankle is grasped by the examiner and raised until the knee is partially extended. It is then allowed to fall. The resistance to falling and the lack of swinging form the basis for the score on this item:

0 – the legs swing freely
1 – slight diminution in the swing of the legs
2 – moderate resistance to swing
3 – marked resistance and damping of swing
4 – complete absence of swing

7. *Head Dropping*—The patient lies on a well-padded examining table and his head is raised by the examiner's hand. The hand is then withdrawn and the head allowed to drop. In the normal subject the head will fall upon the table. The movement is delayed in extrapyramidal system disorder, and in extreme parkinsonism it is absent. The neck muscles are rigid and the head does not reach the examining table. Scoring is as follows:

0 – the head falls completely with a good thump as it hits the table
1 – slight slowing in fall, mainly noted by lack of slap as head meets the table
2 – moderate slowing in the fall quite noticeable to the eye
3 – head falls stiffly and slowly
4 – head does not reach examining table

8. *Glabella Tap*—Subject is told to open his eyes wide and not to blink. The glabella region is tapped at a steady, rapid speed. The number of times patient blinks in succession is noted:

0 – 0–5 blinks
1 – 6–10 blinks
2 – 11–15 blinks
3 – 16–20 blinks
4 – 21 and more blinks

9. *Tremor*—Patient is observed walking into examining room and then is re-examined for this item:

0 – normal
1 – mild finger tremor, obvious to sight and touch

139

19

    2 — tremor of hand or arm occurring spasmodically

    3 — persistent tremor or one or more limbs

    4 — whole body tremor

    10. *Salivation*—Patient is observed while talking and then asked to open his mouth and elevate his tongue. The following ratings are given:

    0 — normal

    1 — excess salivation to the extent that pooling takes place if the mouth is open and the tongue raised

    2 — when excess salivation is present and might occasionally result in difficulty in speaking

    3 — speaking with difficulty because of excess salivation

    4 — frank drooling

**ORIGINAL ARTICLE**

# Efficacy of Olanzapine and Olanzapine-Fluoxetine Combination in the Treatment of Bipolar I Depression

*Mauricio Tohen, MD, DrPH; Eduard Vieta, MD, PhD; Joseph Calabrese, MD; Terence A. Ketter, MD; Gary Sachs, MD; Charles Bowden, MD; Philip B. Mitchell, MD; Franca Centorrino, MD; Richard Risser, MS; Robert W. Baker, MD; Angela R. Evans, PhD; Karin Beymer, BS, RPh; Sanjay Dubé, MD; Gary D. Tollefson, MD, PhD; Alan Breier, MD*

**Background:** Despite the longer duration of the depressive phase in bipolar disorder and the frequent clinical use of antidepressants combined with antipsychotics or mood stabilizers, relatively few controlled studies have examined treatment strategies for bipolar depression.

**Objective:** To examine the use of olanzapine and olanzapine-fluoxetine combination in the treatment of bipolar I depression.

**Design:** Double-blind, 8-week, randomized controlled trial.

**Setting:** Eighty-four sites (inpatient and outpatient) in 13 countries.

**Patients:** A total of 833 randomized adults with bipolar I depression with a Montgomery-Åsberg Depression Rating Scale (MADRS) score of at least 20.

**Intervention:** Patients were randomly assigned to receive placebo (n=377); olanzapine, 5 to 20 mg/d (n=370); or olanzapine-fluoxetine combination, 6 and 25, 6 and 50, or 12 and 50 mg/d (n=86).

**Main Outcome Measure:** Changes in MADRS total scores using mixed-effects model repeated-measures analyses.

**Results:** During all 8 study weeks, the olanzapine and olanzapine-fluoxetine groups showed statistically significant improvement in depressive symptoms vs the placebo group ($P<.001$ for all). The olanzapine-fluoxetine group also showed statistically greater improvement than the olanzapine group at weeks 4 through 8. At week 8, MADRS total scores were lower than at baseline by 11.9, 15.0, and 18.5 points in the placebo, olanzapine, and olanzapine-fluoxetine groups, respectively. Remission criteria were met by 24.5% (87/355) of the placebo group, 32.8% (115/351) of the olanzapine group, and 48.8% (40/82) of the olanzapine-fluoxetine group. Treatment-emergent mania (Young Mania Rating Scale score <15 at baseline and ≥15 subsequently) did not differ among groups (placebo, 6.7% [23/345]; olanzapine, 5.7% [19/335]; and olanzapine-fluoxetine, 6.4% [5/78]). Adverse events for olanzapine-fluoxetine therapy were similar to those for olanzapine therapy but also included higher rates of nausea and diarrhea.

**Conclusions:** Olanzapine is more effective than placebo, and combined olanzapine-fluoxetine is more effective than olanzapine and placebo in the treatment of bipolar I depression without increased risk of developing manic symptoms.

*Arch Gen Psychiatry. 2003;60:1079-1088*

**B**IPOLAR DEPRESSION, or the depressive phase of bipolar disorder, represents a difficult-to-treat and disabling form of depression. However, relative to its impact, an insufficient number of studies have explored its treatment. Studies indicate that patients with bipolar disorder spend more time in and take longer to recover from the depressive phase than the manic phase. Judd et al[1] reported that patients with bipolar disorder experience depressive symptoms more than 3 times longer than they experience manic symptoms. Keller et al,[2] using a naturalistic study design, found that the median time to recovery from the depressive phase was 9 weeks but from the manic phase was 5 weeks and that 22% of patients in the depressive phase but only 7% in the manic phase remained ill for at least 1 year. Moreover, Hlastala et al,[3] in a controlled study of maintenance therapies, found that the median time to full remission was 16.8 weeks for a manic episode but 40.0 weeks for a depressive episode. In addition to being longer and more persistent, the depressive phase of bipolar disorder is associated with higher rates of morbidity and mortality. Dilsaver et al[4] reported the relative risk of suicidality among patients with bipolar depression to be 34.9 times greater than that among patients with pure mania. Depres-

*Author affiliations are listed at the end of this article.*

141



**Figure 1.** Flow diagram of patient progress through phases of the study.

sive symptoms have also been found to be a strong predictor of disability in patients with bipolar disorder.[5]

Nevertheless, despite the clear clinical and public health implications of these findings, treatment of bipolar depression remains an understudied area, as clinicians and researchers have historically focused more on treatment of mania.[6] Although a wide range of mood-stabilizing medications is available, treatment options for bipolar depression remain more limited, and no medication has been formally approved for this indication. At present, the 2002 treatment guidelines from the American Psychiatric Association recommend either lithium or lamotrigine as first-line treatment.[7] Although reviews[8,9] of clinical trials have concluded that there is evidence of lithium's acute efficacy for bipolar depression, patients in these clinical trials frequently did not achieve a full response.[10] Anticonvulsants such as lamotrigine and valproate sodium have also been used to treat bipolar depression.[11,12] However, although Calabrese and colleagues[11] reported the antidepressant efficacy of lamotrigine therapy in a placebo-controlled trial of patients with bipolar depression, lamotrigine requires a slow upward titration to avoid the risk of rash.[11,13] Other common treatments include the adjunctive use of antidepressants with a mood stabilizer. However, some antidepressants, particularly tricyclics, are problematic for their potential to induce mania or hypomania or to accelerate cycling.[14,15] Thus, alternative effective and safe treatment options are needed.

Olanzapine has demonstrated efficacy in the treatment of acute bipolar mania[16-18] and has been found to improve depressive symptoms in patients with schizophrenia.[19] The present study was thus designed to test the antidepressant efficacy of olanzapine in treating the depressive phase of bipolar I disorder. For exploratory purposes, a small group of patients was treated with olanzapine combined with the selective serotonin reuptake inhibitor fluoxetine. The olanzapine-fluoxetine combination was previously found to be effective in a small sample of patients with treatment-resistant unipolar depression.[20] The present study represents the first controlled trial, to our knowledge, of an atypical antipsychotic agent alone or combined with an antidepressant for the treatment of bipolar depression.

**METHODS**

### STUDY DESIGN

The primary objective of this 8-week, randomized, double-blind, parallel study was to compare the efficacy and safety of olanzapine monotherapy and placebo in the treatment of bipolar I disorder, depressed. An olanzapine-fluoxetine combination treatment arm was also included concurrently for exploratory purposes. Qualified patients who completed a 2- to 14-day screening and washout period were therefore randomized in a 4:4:1 allocation, as specified in the protocol, to receive olanzapine, 5 to 20 mg/d (n=370); placebo (n=377); or olanzapine-fluoxetine combination, 6 and 25, 6 and 50, or 12 and 50 mg/d (n=86) in a flexible dosing schedule. Olanzapine monotherapy was initiated at 5 mg and could be adjusted upward in increments of 5 mg/d. Olanzapine-fluoxetine combination therapy was initiated at 6 and 25 mg/d but could be administered at 6 and 50 or 12 and 50 mg/d after at least 1 day at each dose. No other dose combinations were allowed. Combination dosing was based on the positive findings from a study[20] of patients with treatment-resistant depression. Olanzapine and fluoxetine were administered as separate capsules, taken together once daily in the evening. Patients receiving placebo or olanzapine monotherapy also received 2 pills per day. Randomization was stratified by site and used a blinded voice response system. All clinical and statistical investigators, site personnel, and patients were blinded to treatment.

Patients were permitted adjunctive use of benzodiazepines (up to 2 mg of lorazepam equivalents per day) throughout the screening and acute phases of the study. Anticholinergic therapy (benztropine mesylate or biperiden, ≤6 mg/d, or trihexyphenidyl, ≤12 mg/d) was permitted throughout the study for treatment of extrapyramidal symptoms but not for prophylaxis. Use of other psychotropic drugs was not permitted, and all such medication was tapered during the 2- to 14-day screening period at the discretion of the investigator and was completed at least 1 day before randomization.

### PATIENTS

All patients were 18 years or older and met *DSM-IV*[21] criteria for bipolar I disorder, depressed. A total of 1072 patients were recruited from the inpatient and outpatient services of 84 study sites in 13 countries between June 1, 2000, and December 31, 2001 (**Figure 1**). Diagnosis was confirmed by the *Structured Clinical Interview for the Diagnostic and Statistical Manual of Mental Disorders, Fourth Edition, Patient Version*.[22] Patients were required to have a Montgomery-Åsberg Depression Rating Scale (MADRS)[23] total score of at least 20 at the screening visit and at the time of

**Table 1. Patient and Illness Characteristics at Baseline**

| Characteristic | Placebo Group (n = 377) | Olanzapine Group (n = 370) | OFC Group (n = 86) | Total (N = 833) | P Value |
|---|---|---|---|---|---|
| Age, mean (SD), y | 41.7 (12.4) | 42.2 (12.5) | 40.3 (13.0) | 41.8 (12.5) | .91* |
| Women, % | 62.6 | 62.4 | 67.4 | 63.0 | .68 |
| White, % | 82.2 | 84.1 | 77.9 | 82.6 | .52 |
| Inpatients, % | 13.3 | 13.8 | 9.3 | 13.1 | .57 |
| Psychotic features, % | 12.7 | 13.5 | 7.0 | 12.5 | .25 |
| Melancholic features, % | 67.9 | 66.5 | 62.8 | 66.7 | .68 |
| Atypical features, % | 7.7 | 9.2 | 7.0 | 8.3 | .89 |
| Rapid cycling course, %† | 35.0 | 38.4 | 39.5 | 37.0 | .82 |
| Manic or mixed episode in the past 12 mo, %‡ | 77.8 | 83.5 | 80.5 | 80.7 | .20 |
| Length of current depressive episode, median, d | 82 | 63 | 81 | 73 | .006§ |

Abbreviation: OFC, olanzapine-fluoxetine combination.
\*$F_{2,826} = 0.1$.
†Rapid cycling was defined as more than 4 mood episodes (depressive, manic, or mixed) in the past 12 months.
‡Based on available data (placebo group, n = 302; olanzapine group, n = 310; and OFC group, n = 66).
§$\chi_2^2 = 10.38$.

randomization. Patients were also required to have a history of at least 1 previous manic or mixed episode of sufficient severity to require treatment with a mood stabilizer or an antipsychotic agent. Exclusion criteria included a history of alcohol or substance dependence within the previous 3 months, suicidal behavior within the previous 3 months, or an unstable or untreated medical disorder. For safety reasons, any patient with worsening of manic symptoms, as verified by a score of 15 or greater on the Young Mania Rating Scale (YMRS)[24] during weeks 1 to 3 of treatment, was discontinued from the study. Before participation, all patients provided written informed consent; the study was approved by the institutional review board at each site.

## ASSESSMENTS

Clinical visits were conducted at baseline and at weeks 1, 2, 3, 4, 6, and 8. The protocol-defined primary measure of efficacy was the change in MADRS total score from baseline to week 8. Secondary efficacy measures included the Clinical Global Impressions Bipolar Version–Severity of Depression scale (CGI-BP-S),[25] the YMRS, and the Hamilton Anxiety Rating scale (HAM-A).[26] Rates of and time to response and remission were also assessed. Response was defined as 50% or greater improvement in the MADRS total score from baseline to an end point and completion of at least 4 weeks of study. Remission was defined as a MADRS total score of 12 or less at an end point and completion of at least 4 weeks of study.

Screening included a standard history and physical examination, psychiatric examination, laboratory profile, and electrocardiogram. Adverse events were recorded at each visit and were coded using the *Coding Symbol for Thesaurus of Adverse Reaction Terms*.[27] Extrapyramidal symptoms were assessed using the Simpson-Angus Rating Scale[28] and the Abnormal Involuntary Movement Scale.[29] Adverse events or abnormal values that originally occurred or worsened in severity during double-blind therapy were considered treatment emergent.

## STATISTICAL ANALYSIS

All analyses were conducted on an intent-to-treat basis and were performed using statistical software (SAS version 6.09; SAS Institute Inc, Cary, NC). Treatment effects were tested at a 2-tailed α level of .05. Interaction effects were tested at a 2-tailed α level of .10. As specified a priori, analysis of the primary measure of efficacy was performed using a mixed-effects model repeated-measures (MMRM) method, which has been shown to provide

highly accurate modeling of treatment outcome while accounting for nonrandom missing data (ie, patient dropout).[30,31] Initially, an unstructured covariance matrix was used to model within-patient error. Independent factors included in this model were treatment, investigator, treatment × investigator interaction, visit, and treatment × visit interaction, with the treatment × investigator interaction excluded if not statistically significant. Next, the best-fit covariance structure for each analysis was determined using a maximum Schwartz's Bayesian criterion and is reported in the tables. Possible structures included autoregressive, banded Toeplitz, compound symmetric with or without heterogeneous variances, spatial power, and unstructured. Treatment differences for each visit were tested using a single *df* contrast, based on least squares means from the final model. Inference from the repeated-measures analyses was based on the restricted maximum likelihood solution and on approximated F tests and *t* tests using *df*'s estimated by Satterthwaite's approximation. The MADRS items and secondary measures were similarly analyzed, except for the HAM-A, which used an analysis of variance (ANOVA) model due to assessments being taken only at baseline and an end point on that measure. Thus, all reported MADRS, MADRS item, CGI-BP-S, and YMRS mean change scores represent least squares means. The MMRM analyses were performed using the SAS PROC MIXED procedure, version 6.09 (SAS Institute Inc, Cary, NC).

The ANOVA models were also used to evaluate safety data, using mean change from baseline to end point based on a last-observation-carried-forward strategy. These models included terms for treatment and country plus treatment × country interaction if statistically significant. The Kruskal-Wallis test was used to analyze baseline length of the current episode because of the presence of outliers. The Fisher exact test was used to analyze treatment differences for categorical patient and illness characteristics. Odds ratios (and 95% confidence intervals [CI]) characterize group differences in clinical response. Kaplan-Meier analysis and the log-rank test were used to compare treatment groups for time-to-event data.

## RESULTS

### PATIENTS

A total of 833 patients were enrolled and randomized to treatment groups. The baseline characteristics of each group are given in **Table 1**. All of the groups were mod-

143

**Table 2. Patient Disposition**

| Variable | Placebo Group (n = 377) | Olanzapine Group (n = 370) | OFC Group (n = 86) | *P* Value Placebo vs Olanzapine | *P* Value Placebo vs OFC | *P* Value OFC vs Olanzapine |
|---|---|---|---|---|---|---|
| Weeks completed, No. (%) | | | | | | |
| 2 | 317 (84.1) | 304 (82.2) | 76 (88.4) | NA | NA | NA |
| 4 | 200 (53.1) | 233 (63.0) | 65 (75.6) | NA | NA | NA |
| 8 | 145 (38.5) | 179 (48.4) | 55 (64.0) | .006 | .001 | .01 |
| Discontinued treatment, No. (%) | | | | | | |
| Adverse events | 19 (5.0) | 34 (9.2) | 2 (2.3) | .03 | .39 | .04 |
| Lack of efficacy | 121 (32.1) | 73 (19.7) | 8 (9.3) | .001 | .001 | .03 |
| Lost to follow-up | 26 (6.9) | 21 (5.7) | 10 (11.6) | .55 | .18 | .06 |
| Emergence of mania | 24 (6.4) | 15 (4.1) | 4 (4.7) | .19 | .80 | .77 |
| Relapse to depression | 8 (2.1) | 5 (1.4) | 1 (1.2) | .58 | >.99 | >.99 |
| Other reasons | 34 (9.0) | 43 (11.6) | 6 (7.0) | .28 | .67 | .25 |
| **Subtotal** | **232 (61.5)** | **191 (51.6)** | **31 (36.0)** | | | |
| Time to discontinuation, median (mean ± SE), d* | 41 (43.1 ± 1.2) | 56 (45.8 ± 1.2) | 65 (53.2 ± 2.3) | .02 | <.001 | .006 |

Abbreviations: NA, not applicable; OFC, olanzapine-fluoxetine combination.
*Time to discontinuation uses Kaplan-Meier survival analysis, with curves compared using the log-rank test.



**Figure 2.** Least squares mean change in Montgomery-Åsberg Depression Rating Scale (MADRS) total scores during the 8-week study. Improvement in MADRS scores with use of olanzapine and the olanzapine-fluoxetine combination was significantly greater than with use of placebo throughout the study (*P*<.001). Improvement in MADRS scores with use of olanzapine-fluoxetine combination was significantly greater than with use of olanzapine at weeks 4 to 8 (*P*<.02).

erately to severely depressed, with baseline mean MADRS scores of 31.3, 32.6, and 30.8 for the placebo, olanzapine, and olanzapine-fluoxetine groups, respectively. Length of current depressive episode was statistically significantly shorter for the olanzapine group.

Mean modal drug dose for the olanzapine monotherapy group was 9.7 mg/d. Mean drug dose for the combination group was 7.4 mg/d for olanzapine and 39.3 mg/d for fluoxetine. The percentage of patients who used benzodiazepines at least once during the study was not statistically significantly different among groups (placebo group, 43.5%; olanzapine group, 43.0%; olanzapine-fluoxetine group, 36.0%; overall *P*=.44).

## PATIENT DISPOSITION

Rates of study completion and reasons for discontinuation are reported in **Table 2**. Patients taking olanzapine-fluoxetine had the highest rates of completion (64.0%)

and were less likely to discontinue due to lack of efficacy or adverse events. The most frequent adverse event resulting in discontinuation from the olanzapine monotherapy group was somnolence. There were no differences among groups in the rate of discontinuation due to emergence of mania. Three patients (all in the placebo group) died during the study: 1 was a homicide victim and 2 committed suicide.

Times to study discontinuation are also reported in Table 2. Median estimated times to discontinuation for any reason were 41, 56, and 65 days for the placebo, olanzapine, and olanzapine-fluoxetine groups, respectively, with patients in the placebo group discontinuing significantly earlier than those in the olanzapine group (log-rank test $\chi^2_1$=5.06; *P*=.02) or the olanzapine-fluoxetine group (log-rank test $\chi^2_1$=17.02; *P*<.001) and with those in the olanzapine group discontinuing earlier than those in the olanzapine-fluoxetine group (log-rank test $\chi^2_1$=7.68; *P*=.006).

## EFFICACY

Mean±SD baseline MADRS scores ranged from 30.8±6.1 to 32.6±6.2. The MMRM analyses of visitwise mean changes in MADRS scores are depicted in **Figure 2**. There were significant main effects for treatment ($F_{2,806}$=25.14; *P*<.001) and for visit ($F_{5,1036}$=55.91; *P*<.001), with no significant treatment × visit interaction ($F_{10,1044}$=1.01; *P*=.43). Between-group comparisons for visitwise MADRS mean change scores are given in **Table 3**. Starting as early as week 1 and continuing throughout the study, the olanzapine and olanzapine-fluoxetine groups demonstrated significantly greater mean improvements in MADRS total scores than those receiving placebo. Starting at week 4 and continuing to week 8, the olanzapine-fluoxetine group also demonstrated significantly greater mean improvement in MADRS total scores than the olanzapine monotherapy group. The therapeutic effect sizes for olanzapine and olanzapine-fluoxetine were 0.32 and 0.68, respectively. Due to the differences among groups in epi-

144

**Table 3. Visitwise MADRS Mean Change Scores (MMRM Analysis)***

| Treatment Group | Change in MADRS Score, Mean ± SE (95% CI) | vs Placebo | | | vs Olanzapine | | |
|---|---|---|---|---|---|---|---|
| | | *t* Test | df | *P* Value | *t* Test | df | *P* Value |
| **Week 1** | | | | | | | |
| Placebo | −5.2 ± 0.5 (−6.2 to −4.2) | NA | NA | NA | NA | NA | NA |
| Olanzapine | −8.5 ± 0.5 (−9.5 to −7.5) | −5.19 | 896 | <.001 | NA | NA | NA |
| OFC | −9.6 ± 0.9 (−11.5 to −7.8) | −4.27 | 896 | <.001 | −1.09 | 896 | .28 |
| **Week 2** | | | | | | | |
| Placebo | −8.3 ± 0.6 (−9.4 to −7.1) | NA | NA | NA | NA | NA | NA |
| Olanzapine | −11.5 ± 0.6 (−12.6 to −10.3) | −4.42 | 858 | <.001 | NA | NA | NA |
| OFC | −12.8 ± 1.1 (−14.9 to −10.7) | −3.92 | 841 | <.001 | −1.17 | 843 | .24 |
| **Week 3** | | | | | | | |
| Placebo | −9.6 ± 0.6 (−10.8 to −8.5) | NA | NA | NA | NA | NA | NA |
| Olanzapine | −13.3 ± 0.6 (−14.5 to −12.2) | −4.77 | 819 | <.001 | NA | NA | NA |
| OFC | −15.5 ± 1.1 (−17.7 to −13.3) | −4.71 | 808 | <.001 | −1.74 | 810 | .08 |
| **Week 4** | | | | | | | |
| Placebo | −10.7 ± 0.6 (−11.9 to −9.5) | NA | NA | NA | NA | NA | NA |
| Olanzapine | −14.3 ± 0.6 (−15.5 to −13.0) | −4.36 | 807 | <.001 | NA | NA | NA |
| OFC | −17.5 ± 1.2 (−19.9 to −15.2) | −5.21 | 794 | <.001 | −2.49 | 797 | .01 |
| **Week 6** | | | | | | | |
| Placebo | −10.7 ± 0.7 (−12.1 to −9.4) | NA | NA | NA | NA | NA | NA |
| Olanzapine | −15.1 ± 0.7 (−16.5 to −13.8) | −4.89 | 726 | <.001 | NA | NA | NA |
| OFC | −18.5 ± 1.3 (−21.0 to −16.0) | −5.56 | 696 | <.001 | −2.41 | 689 | .02 |
| **Week 8** | | | | | | | |
| Placebo | −11.9 ± 0.8 (−13.4 to −10.4) | NA | NA | NA | NA | NA | NA |
| Olanzapine | −15.0 ± 0.7 (−16.4 to −13.6) | −3.13 | 596 | .002 | NA | NA | NA |
| OFC | −18.5 ± 1.3 (−21.1 to −16.0) | −4.53 | 577 | <.001 | −2.46 | 571 | .01 |

Abbreviations: CI, confidence interval; MADRS, Montgomery-Åsberg Depression Rating Scale; MMRM, mixed-effects model repeated-measures; NA, not applicable; OFC, olanzapine-fluoxetine combination.
*Baseline MADRS scores, mean ± SE: placebo group, 31.3 ± 0.3; olanzapine group, 32.6 ± 0.3; OFC group, 30.8 ± 0.7. The MMRM analysis used a heterogeneous banded Toeplitz structure for the within-patient error covariance structure.

sode length, this variable was subsequently entered into the MMRM model. After adjustment for episode length, week 8 MADRS mean ± SE change scores were −11.9 ± 0.8, −15.0 ± 0.7, and −18.6 ± 1.3 for the placebo, olanzapine, and olanzapine-fluoxetine groups, respectively. Because episode length was not a significant predictor of MADRS change score in this model ($F_{1,864} = 0.06$; $P = .81$) and resulted in negligible adjustment to the scores, Table 3 reports the MADRS mean change scores without this adjustment.

The response rate for the olanzapine group was 39.0% (137/351), which was significantly higher than the rate for the placebo group of 30.4% (108/355; $P = .02$; odds ratio, 1.46; 95% CI, 1.07-2.00). The response rate for the olanzapine-fluoxetine group was 56.1% (46/82), which was significantly higher than that for the placebo ($P < .001$; odds ratio, 2.92; 95% CI, 1.79-4.80) and olanzapine ($P = .006$; odds ratio, 2.00; 95% CI, 1.23-3.26) groups. Median times to response for the placebo, olanzapine, and olanzapine-fluoxetine groups were 59, 55, and 21 days, respectively (**Figure 3**). Time to response was significantly shorter for the olanzapine group compared with the placebo group (log-rank test $\chi_1^2 = 6.62$; $P = .01$) and shorter still for the olanzapine-fluoxetine group compared with the placebo (log-rank test $\chi_1^2 = 23.78$; $P < .001$) and olanzapine (log-rank test $\chi_1^2 = 7.93$; $P = .005$) groups.

The remission rate for the olanzapine group was 32.8% (115/351), which was significantly higher than the rate for the placebo group of 24.5% (87/355; $P = .02$). The remission rate for the olanzapine-fluoxetine group was



**Figure 3.** Kaplan-Meier estimates of time to response. Response is defined as a decrease in Montgomery-Åsberg Depression Rating Scale total score of 50% or more after at least 4 weeks of treatment. Median time to response for the olanzapine group (55 days) was significantly earlier compared with the placebo group (59 days). Median time to response for the combined olanzapine-fluoxetine combination group (21 days) was significantly earlier than for the olanzapine and placebo groups.

48.8% (40/82), which was significantly higher than that for the placebo ($P < .001$) and olanzapine ($P = .007$) groups. Median estimated times to remission for the placebo, olanzapine, and combination groups were 59, 57, and 42 days, respectively. Time to remission was significantly shorter for the olanzapine group compared with the placebo group

145

**Table 4. Change in MADRS Item Scores Between Baseline and Week 8 (MMRM Analysis)\***

| Item and Treatment Group | Baseline Score, Mean ± SE | Change in Item Score, Mean ± SE (95% CI) | vs Placebo | | | vs Olanzapine | | |
|---|---|---|---|---|---|---|---|---|
| | | | t Test | df | P Value | t Test | df | P Value |
| 1. Apparent sadness | | | | | | | | |
| Placebo | 3.5 ± 0.1 | −1.3 ± 0.1 (−1.5 to −1.1) | NA | NA | NA | NA | NA | NA |
| Olanzapine | 3.8 ± 0.1 | −1.5 ± 0.1 (−1.7 to −1.3) | −1.74 | 2439 | .08 | NA | NA | NA |
| OFC | 3.6 ± 0.1 | −2.1 ± 0.2 (−2.4 to −1.7) | −3.69 | 2122 | <.001 | −2.56 | 2034 | .01 |
| 2. Reported sadness | | | | | | | | |
| Placebo | 4.0 ± 0.1 | −1.5 ± 0.1 (−1.8 to −1.3) | NA | NA | NA | NA | NA | NA |
| Olanzapine | 4.1 ± 0.1 | −1.8 ± 0.1 (−2.0 to −1.5) | −1.48 | 550 | .14 | NA | NA | NA |
| OFC | 3.8 ± 0.1 | −2.2 ± 0.2 (−2.6 to −1.8) | −2.98 | 537 | .003 | −2.01 | 532 | .045 |
| 3. Inner tension | | | | | | | | |
| Placebo | 3.3 ± 0.1 | −1.0 ± 0.1 (−1.2 to −0.8) | NA | NA | NA | NA | NA | NA |
| Olanzapine | 3.4 ± 0.1 | −1.4 ± 0.1 (−1.5 to −1.2) | −2.56 | 2522 | .01 | NA | NA | NA |
| OFC | 3.2 ± 0.1 | −1.7 ± 0.2 (−2.0 to −1.4) | −3.46 | 2240 | <.001 | −1.75 | 2153 | .08 |
| 4. Reduced sleep | | | | | | | | |
| Placebo | 3.1 ± 0.1 | −1.3 ± 0.1 (−1.6 to −1.0) | NA | NA | NA | NA | NA | NA |
| Olanzapine | 3.2 ± 0.1 | −2.0 ± 0.1 (−2.3 to −1.8) | −4.05 | 2298 | <.001 | NA | NA | NA |
| OFC | 3.2 ± 0.2 | −2.3 ± 0.2 (−2.8 to −1.9) | −3.83 | 1986 | <.001 | −1.12 | 1903 | .26 |
| 5. Reduced appetite | | | | | | | | |
| Placebo | 1.8 ± 0.1 | −0.7 ± 0.1 (−1.0 to −0.5) | NA | NA | NA | NA | NA | NA |
| Olanzapine | 2.0 ± 0.1 | −1.4 ± 0.1 (−1.6 to −1.1) | −3.98 | 1938 | <.001 | NA | NA | NA |
| OFC | 1.6 ± 0.2 | −1.2 ± 0.2 (−1.7 to −0.8) | −2.09 | 1643 | .04 | 0.55 | 1577 | .58 |
| 6. Concentration difficulties | | | | | | | | |
| Placebo | 3.4 ± 0.1 | −1.4 ± 0.1 (−1.7 to −1.2) | NA | NA | NA | NA | NA | NA |
| Olanzapine | 3.4 ± 0.1 | −1.7 ± 0.1 (−1.9 to −1.5) | −1.59 | 554 | .11 | NA | NA | NA |
| OFC | 3.3 ± 0.1 | −1.6 ± 0.2 (−2.0 to −1.2) | −0.72 | 538 | .47 | 0.36 | 533 | .72 |
| 7. Lassitude | | | | | | | | |
| Placebo | 3.5 ± 0.1 | −1.5 ± 0.1 (−1.7 to −1.2) | NA | NA | NA | NA | NA | NA |
| Olanzapine | 3.5 ± 0.1 | −1.5 ± 0.1 (−1.7 to −1.2) | −0.01 | 2388 | .99 | NA | NA | NA |
| OFC | 3.7 ± 0.1 | −2.1 ± 0.2 (−2.5 to −1.6) | −2.48 | 2063 | .01 | −2.51 | 1976 | .01 |
| 8. Inability to feel | | | | | | | | |
| Placebo | 3.6 ± 0.1 | −1.6 ± 0.1 (−1.9 to −1.4) | NA | NA | NA | NA | NA | NA |
| Olanzapine | 3.6 ± 0.1 | −1.6 ± 0.1 (−1.9 to −1.4) | −0.13 | 2469 | .90 | NA | NA | NA |
| OFC | 3.5 ± 0.1 | −2.3 ± 0.2 (−2.7 to −1.9) | −3.13 | 2157 | .002 | −3.10 | 2069 | .002 |
| 9. Pessimistic thoughts | | | | | | | | |
| Placebo | 3.3 ± 0.1 | −1.3 ± 0.1 (−1.5 to −1.1) | NA | NA | NA | NA | NA | NA |
| Olanzapine | 3.3 ± 0.1 | −1.4 ± 0.1 (−1.6 to −1.2) | −1.07 | 2471 | .29 | NA | NA | NA |
| OFC | 3.2 ± 0.1 | −2.0 ± 0.2 (−2.3 to −1.6) | −3.35 | 2140 | <.001 | −2.67 | 2050 | .008 |
| 10. Suicidal thoughts | | | | | | | | |
| Placebo | 1.9 ± 0.1 | −0.9 ± 0.1 (−1.1 to −0.7) | NA | NA | NA | NA | NA | NA |
| Olanzapine | 2.0 ± 0.1 | −1.1 ± 0.1 (−1.3 to −0.9) | −1.68 | 2149 | .09 | NA | NA | NA |
| OFC | 1.8 ± 0.1 | −1.2 ± 0.2 (−1.5 to −0.9) | −1.69 | 1830 | .09 | −0.57 | 1753 | .57 |

Abbreviations: CI, confidence interval; MADRS, Montgomery-Åsberg Depression Rating Scale; MMRM, mixed-effects model repeated-measures; NA, not applicable; OFC, olanzapine-fluoxetine combination.

\*The MMRM analysis used a banded Toeplitz structure for the within-patient error covariance structure based on maximum Schwartz's Bayesian criterion for items 1, 3, 4, 5, 7, 8, 9, and 10 and a heterogeneous banded Toeplitz structure for the within-patient error covariance structure based on maximum Schwartz's Bayesian criterion for items 2 and 6.

(log-rank test $\chi^2_1 = 5.05$; $P = .02$) and again significantly shorter for the olanzapine-fluoxetine group compared with the placebo (log-rank test $\chi^2_1 = 17.95$; $P < .001$) and olanzapine (log-rank test $\chi^2_1 = 6.01$; $P = .01$) groups.

Analyses of the individual MADRS items are given in **Table 4**. The olanzapine and olanzapine-fluoxetine groups showed statistically significant improvements on inner tension, reduced sleep, and reduced appetite compared with the placebo group. In addition, the olanzapine-fluoxetine group showed statistically significant improvement on core mood items, including apparent sadness, reported sadness, lassitude, inability to feel, and pessimistic thoughts, compared with the olanzapine and placebo groups.

Analyses of the secondary measures of efficacy are given in **Table 5**. The olanzapine group showed greater

mean improvement on the CGI-BP-S than the placebo group, and the olanzapine-fluoxetine group showed greater mean improvement than the placebo and olanzapine groups. In addition, the olanzapine and olanzapine-fluoxetine groups showed greater mean improvement on the HAM-A than the placebo group but were not significantly different from each other.

### TREATMENT-EMERGENT MANIA

Treatment-emergent mania was defined as a YMRS score less than 15 at baseline and 15 or greater at any time thereafter. In all 3 groups, the incidence of treatment-emergent mania was low, and there were no statistically significant differences among groups ($P = .86$). Rates of treatment-emergent mania were 6.7% (23/345) for the

**Table 5. Change in Scores From Baseline for Secondary Measures of Efficacy**

| Item and Treatment Group | Patients, No. | Mean ± SD Baseline Score | Change in Score, Mean ± SE (95% CI) | vs Placebo | | | vs Olanzapine | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | t Test | df | P Value | t Test | df | P Value |
| YMRS* | | | | | | | | | |
| Placebo | 355 | 4.8 ± 4.6 | −0.1 ± 0.3 (−0.8 to 0.6) | NA | NA | NA | NA | NA | NA |
| Olanzapine | 351 | 5.0 ± 4.8 | −1.4 ± 0.3 (−2.0 to −0.8) | −3.04 | 2170 | .002 | NA | NA | NA |
| OFC | 82 | 5.0 ± 4.8 | −1.9 ± 0.6 (−3.0 to −0.8) | −2.91 | 1868 | .004 | −0.88 | 1791 | .38 |
| CGI-BP-S* | | | | | | | | | |
| Placebo | 355 | 4.8 ± 0.8 | −1.2 ± 0.1 (−1.4 to −1.0) | NA | NA | NA | NA | NA | NA |
| Olanzapine | 351 | 4.9 ± 0.8 | −1.6 ± 0.1 (−1.8 to −1.4) | −2.90 | 575 | .004 | NA | NA | NA |
| OFC | 82 | 4.8 ± 0.7 | −2.2 ± 0.2 (−2.5 to −1.8) | −4.49 | 559 | <.001 | −2.57 | 553 | .01 |
| HAM-A† | | | | | | | | | |
| Placebo | 315 | 16.7 ± 0.4 | −3.5 ± 0.4 (−4.4 to −2.7) | NA | NA | NA | NA | NA | NA |
| Olanzapine | 309 | 17.1 ± 0.4 | −5.5 ± 0.4 (−6.4 to −4.6) | F = 31.1 | 1,685 | .002 | NA | NA | NA |
| OFC | 71 | 15.8 ± 1.0 | −7.0 ± 1.0 (−9.0 to −4.9) | F = 11.3 | 1,685 | <.001 | F = 2.0 | 1,685 | .16 |

Abbreviations: CI, confidence interval; CGI-BP-S, Clinical Global Impressions Bipolar Version–Severity of Depression; HAM-A, Hamilton Anxiety Rating Scale; NA, not applicable; YMRS, Young Mania Rating Scale.

*Analyses used mixed-effects model repeated-measures (MMRM) and report mean change at week 8. The MMRM analysis used a banded Toeplitz structure for the YMRS and a heterogeneous banded Toeplitz for the CGI-BP-S for the within-patient error covariance structure based on maximum Schwartz's Bayesian Criterion for each.

†These data were collected at baseline and end point only; therefore, analyses use analysis of variance and report mean change at the patient's end point.

**Table 6. Treatment-Emergent Adverse Events Reported by 10% or More of Patients in Any Group**

| Adverse Event | Patients, % | | | P Value | | |
|---|---|---|---|---|---|---|
| | Olanzapine Group (n = 370) | OFC Group (n = 86) | Placebo Group (n = 377) | Olanzapine vs Placebo | OFC vs Placebo | Olanzapine vs OFC |
| Somnolence | 28.1 | 20.9 | 12.5 | <.001 | .06 | .22 |
| Weight gain | 17.3 | 17.4 | 2.7 | <.001 | <.001 | >.99 |
| Increased appetite | 13.5 | 12.8 | 5.0 | <.001 | .01 | >.99 |
| Headache | 12.4 | 14.0 | 18.6 | .03 | .35 | .72 |
| Dry mouth | 11.1 | 16.3 | 6.1 | .02 | .004 | .20 |
| Nervousness | 10.5 | 9.3 | 8.0 | .26 | .66 | .84 |
| Asthenia | 9.7 | 12.8 | 3.2 | <.001 | <.001 | .43 |
| Insomnia | 8.4 | 9.3 | 15.1 | .005 | .23 | .83 |
| Diarrhea | 6.5 | 18.6 | 6.6 | >.99 | .001 | .001 |
| Nausea | 4.3 | 11.6 | 8.8 | .02 | .41 | .02 |

Abbreviation: OFC, olanzapine-fluoxetine combination.

placebo group, 5.7% (19/335) for the olanzapine group, and 6.4% (5/78) for the olanzapine-fluoxetine group. Mean change scores on the YMRS are reported in Table 5. Mean mania scores decreased significantly in the olanzapine and olanzapine-fluoxetine groups compared with the placebo group, with no significant difference between the olanzapine and olanzapine-fluoxetine groups.

## SAFETY

Adverse events that emerged during the study or that were present at baseline and then worsened in severity were considered treatment emergent. **Table 6** lists treatment-emergent adverse events reported by 10% or more of patients in any treatment group. The adverse event profile for olanzapine-fluoxetine combination therapy was similar to that for olanzapine monotherapy but also included statistically significantly higher rates of nausea and diarrhea.

Mean change in and emergence of extrapyramidal symptoms were low, with no statistically significant differences across treatment groups. The percentage of patients who used anticholinergic medications at least once during the trial was statistically significantly greater in the olanzapine-fluoxetine group (8.1% [7/86]) compared with the olanzapine group (2.8% [10/360]; $P = .03$) but not the placebo group (3.7% [14/377]; $P = .09$).

Mean ± SD weight gain was higher in treated patients than in those who received placebo (olanzapine vs placebo: 2.59 ± 3.24 kg vs −0.47 ± 2.62 kg, $F_{1,774} = 194.36$, $P < .001$; olanzapine-fluoxetine vs placebo: 2.79 ± 3.23 kg vs −0.47 ± 2.62 kg, $F_{1,774} = 80.87$, $P < .001$). Weight gain was not significantly different between the olanzapine and olanzapine-fluoxetine groups ($F_{1,774} = 0.16$; $P = .69$). In addition, the percentage of patients who had a potentially clinically significant change in weight, defined as a 7% or greater increase from baseline, was significantly greater for the olanzapine (18.7% [65/347]) and olanzapine-fluoxetine (19.5% [16/82]) groups compared with the placebo group (0.3% [1/355]) ($P < .001$ for all) but did not differ between the olanzapine and olanzapine-fluoxetine groups ($P = .88$). In the olanzapine-fluoxetine group, 7.3% (6/82) of the patients had potentially clinically relevant orthostatic hypo-