Quetiapine Fumarate 5077US/0049                                              Page 11 of 270

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 300 MG (BIPOLAR I) | E0005042 | 50 YRS CAUCASIAN MALE | 24JUN2003- 02JUL2003 | ON | BALANCE IMPAIRED NOS (Nervous system disorders) [UNSTEADY] | 9 | 1 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | E0006005 | 37 YRS CAUCASIAN FEMALE | 09DEC2002- 03JAN2003 | ON | SEDATION (Nervous system disorders) [SEDATION IN AM] | 26 | 5 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 10DEC2002- 12JAN2003 | ON | THIRST (General disorders and administration site conditions) [INCREASED THIRST] | 34 | 6 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 04JAN2003- CONTINUE | ON | SEDATION (Nervous system disorders) [INTERMITTENT AM SEDATION] | UNK | 31 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 13JAN2003- CONTINUE | ON | THIRST (General disorders and administration site conditions) [INTERMITTENT THIRST] | UNK | 40 | MIL | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

412

Quetiapine Fumarate 5077US/0049                                      Page 12 of 270

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 300 MG (BIPOLAR I) | E0006018 | 57 YRS CAUCASIAN MALE | 13MAR2003- 17MAR2003 | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 5 | 1 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | SOMNOLENCE (Nervous system di sorders) [EXTREME SLEEPINESS] | 5 | 1 | SEV | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |
| | | | 14MAR2003- 17MAR2003 | ON | DYSARTHRIA (Nervous system di sorders) [SLURRED SPEECH] | 4 | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 15MAR2003- 17MAR2003 | ON | COORDINATION ABNOR MAL NOS (Nervous system di sorders) [LOSS OF COORDINATION (NOT DUE TO EPS)] | 3 | 3 | SEV | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |
| | E0007013 | 60 YRS CAUCASIAN FEMALE | 25JUN2003- CONTINUE | ON | CONSTIPATION (Gastrointestinal disorders) [CONSTIPATION] | UNK | 13 | MOD | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE,  SEV=SEVERE  @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

413

Quetiapine Fumarate 5077US/0049                                    Page 13 of 270

Listing 12.2.7.2  Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ | | | | | | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DT | LT | RH | DI | CA | ME | | |
| QUETIAPINE 300 MG (BIPOLAR I) | E0010004 | 57 YRS HISPANIC FEMALE | 11DEC2002- CONTINUE | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | UNK | 1 | SEV | NO | N | N | N | N | N | N | NO YES | None |
| | | | 12DEC2002- CONTINUE | ON | ORTHOSTATIC HYPOTE NSION (Vascular disorder s) [LIGHTHEADED DUE TO POSTURAL HYPOTENSION] | UNK | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | E0010012 | 51 YRS CAUCASIAN FEMALE | 07JAN2003- 09JAN2003 | ON | NIGHTMARE (Psychiatric disor ders) [NIGHTMARES] | 3 | 1 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 07JAN2003- 31JAN2003 | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 25 | 1 | SEV | NO | N | N | N | N | N | N | NO YES | None |
| | | | 15JAN2003- 27JAN2003 | ON | MUSCLE SPASMS (Musculoskeletal a nd connective tiss ue disorders) [MUSCLE SPASMS (NOT DUE TO EPS)] | 13 | 9 | MIL | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE,  SEV=SEVERE  @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

414

Quetiapine Fumarate 5077US/0049                                      Page 14 of 270

Listing 12.2.7.2  Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ | | | | | | | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DT | LT | RH | DI | CA | ME | N | | |
| QUETIAPINE 300 MG (BIPOLAR I) | E0010012 | 51 YRS CAUCASIAN FEMALE | 30JAN2003- 10FEB2003 | ON | HEADACHE (Nervous system di sorders) [HEADACHE] | 12 | 24 | MOD | NO | N | N | N | N | N | N | N | NO YES | None |
| | E0010024 | 39 YRS CAUCASIAN MALE | 05MAY2003- 05MAY2003 | ON | SEDATION (Nervous system di sorders) [SEDATION] | 1 | 1 | MOD | NO | N | N | N | N | N | N | N | NO YES | None |
| | | | 06MAY2003- 08MAY2003 | ON | HEADACHE (Nervous system di sorders) [HEADACHE] | 3 | 2 | MIL | NO | N | N | N | N | N | N | N | NO YES | None |
| | | | 07MAY2003- 07MAY2003 | ON | DIZZINESS POSTURAL (Nervous system di sorders) [ORTHOSTATIC DIZZINESS] | 1 | 3 | MIL | NO | N | N | N | N | N | N | N | NO YES | None |
| | | | 16MAY2003- 16MAY2003 | ON | DIZZINESS POSTURAL (Nervous system di sorders) [ORTHOSTATIC DIZZINESS] | 1 | 12 | MOD | NO | N | N | N | N | N | N | N | NO YES | None |

415

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE,  SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 300 MG (BIPOLAR I) | E0010024 | 39 YRS CAUCASIAN MALE | 22MAY2003- 22MAY2003 | ON | VOMITING NOS (Gastrointestinal disorders) [VOMITING] | 1 | 18 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 01JUN2003- 13JUN2003 | ON | NASAL CONGESTION (Respiratory, thoracic and mediastinal disorders) [NASAL CONGESTION] | 13 | 28 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | E0010032 | 38 YRS CAUCASIAN FEMALE | 11JUL2003- CONTINUE | ON | SEDATION (Nervous system disorders) [SEDATIVISM] | UNK | 2 | MOD | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |
| | | | 14JUL2003- CONTINUE | ON | NAUSEA (Gastrointestinal disorders) [NAUSEA] | UNK | 5 | MOD | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |
| | | | | | ORTHOSTATIC HYPOTENSION (Vascular disorders) [FAINTING FEELING (DUE TO POSTURAL HYPOTENSION)] | UNK | 5 | MIL | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

416

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 300 MG (BIPOLAR I) | E0011025 | 47 YRS CAUCASIAN FEMALE | 29JUL2003- CONTINUE | ON | FATIGUE (General disorders and administratio n site conditions) [FATIGUE] | UNK | 34 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 13AUG2003- 13AUG2003 | ON | CHOKING SENSATION (Respiratory, thor acic and mediastin al disorders) [CHOKING SENSATION] | 1 | 49 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 14AUG2003- 14AUG2003 | ON | CHOKING SENSATION (Respiratory, thor acic and mediastin al disorders) [CHOKING SENSATION] | 1 | 50 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 20AUG2003- 20AUG2003 | ON | CHOKING SENSATION (Respiratory, thor acic and mediastin al disorders) [CHOKING SENSATION] | 1 | 56 | MIL | NO | N | N | N | N | N | N | NO YES | None |

417

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Quetiapine Fumarate 5077US/0049                                    Page 17 of 270

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 300 MG (BIPOLAR I) | E0013007 | 49 YRS CAUCASIAN MALE | 20MAR2003- 30MAR2003 | ON | AKATHISIA (Nervous system disorders) [RESTLESSNESS (DUE TO EPS) AKATHISIA] | 11 | 1 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 11 | 1 | MIL | NO | N | N | N | N | N | N | NO YES | Temporarily Stopped |
| | | | | | SOMNOLENCE (Nervous system disorders) [DROWSINESS] | 11 | 1 | MOD | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |
| | E0013009 | 44 YRS CAUCASIAN FEMALE | 02APR2003- 02JUN2003 | ON | SOMNOLENCE (Nervous system disorders) [DROWSINESS] | 62 | 1 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | E0014006 | 18 YRS CAUCASIAN FEMALE | 25MAR2003- 27MAR2003 | ON | FATIGUE (General disorders and administration site conditions) [FATIGUE] | 3 | 1 | MOD | NO | N | N | N | N | N | N | NO YES | None |

418

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 300 MG (BIPOLAR I) | E0014006 | 18 YRS CAUCASIAN FEMALE | 25MAR2003- 10APR2003 | ON | SEDATION (Nervous system disorders) [SEDATION] | 17 | 1 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | E0014010 | 40 YRS CAUCASIAN FEMALE | 23APR2003- 25APR2003 | ON | SEDATION (Nervous system disorders) [SEDATION] | 3 | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 24APR2003- 03MAY2003 | ON | CONSTIPATION (Gastrointestinal disorders) [CONSTIPATION] | 10 | 3 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 24APR2003- 06MAY2003 | ON | MICTURITION URGENCY (Renal and urinary disorders) [URINARY URGENCY] | 13 | 3 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 24APR2003- 18MAY2003 | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 25 | 3 | MOD | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE,  SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

419

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 300 MG (BIPOLAR I) | E0014010 | 40 YRS CAUCASIAN FEMALE | 30APR2003- 02MAY2003 | ON | DYSTONIA (Nervous system disorders) [JAW HYPERTONUS (DUE TO EPS) DYSTONIA] | 3 | 9 | MOD | NO | N | N | N | N | N | N | NO YES | Dose Changed |
| | | | 30APR2003- 18MAY2003 | ON | VISION BLURRED (Eye disorders) [BLURRED VISION] | 19 | 9 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 15MAY2003- CONTINUE | ON | BLUNTED AFFECT (Psychiatric disorders) [EMOTIONAL BLUNTING] | UNK | 24 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 15MAY2003- 31MAY2003 | ON | CONSTIPATION (Gastrointestinal disorders) [CONSTIPATION] | 17 | 24 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 22MAY2003- CONTINUE | ON | SOMNOLENCE (Nervous system disorders) [HYPERSOMNOLENCE] | UNK | 31 | MOD | NO | N | N | N | N | N | N | NO YES | None |

420

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH, LT=LIFE-THREATENING, RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Quetiapine Fumarate 5077US/0049                                                    Page 20 of 270

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA-TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 300 MG (BIPOLAR I) | E0016001 | 32 YRS CAUCASIAN MALE | 06FEB2003- 28FEB2003 | ON | MUSCLE CRAMP (Musculoskeletal and connective tissue disorders) [CRAMPS - LEG (NOT DUE TO EPS)] | 23 | 16 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 07FEB2003- 18FEB2003 | ON | DIZZINESS (Nervous system disorders) [DIZZINESS (NOT DUE TO POSTURAL HYPOTENSION)] | 12 | 17 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | E0016004 | 36 YRS CAUCASIAN MALE | 03FEB2003- CONTINUE | ON | RASH NOS (Skin and subcutaneous tissue disorders) [RASH] | UNK | 1 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 05FEB2003- 11FEB2003 | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 7 | 3 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 07FEB2003- 11FEB2003 | ON | HEADACHE (Nervous system disorders) [HEADACHE] | 5 | 5 | MOD | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,   LT=LIFE-THREATENING,   RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

421

Listing 12.2.7.2  Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ DT LT RH DI CA ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 300 MG (BIPOLAR I) | E0018001 | 24 YRS CAUCASIAN FEMALE | 30OCT2002- 17NOV2002 | ON | SINUS CONGESTION (Respiratory, thor acic and mediastin al disorders) [SINUS CONGESTION] | 19 | 2 | MOD | NO | N N N N N N | NO YES | None |
| | | | | | TONGUE DISORDER NO S (Gastrointestinal disorders) [THICKENED TONGUE (NOT DUE TO EPS.)] | 19 | 2 | MOD | NO | N N N N N N | NO YES | None |
| | | | 30OCT2002- 25NOV2002 | ON | FATIGUE (General disorders and administratio n site conditions) [TIREDNESS] | 27 | 2 | MOD | NO | N N N N N N | NO YES | None |
| | | | 02NOV2002- 17NOV2002 | ON | VISION BLURRED (Eye disorders) [BLURRED VISION] | 16 | 5 | MIL | NO | N N N N N N | NO YES | None |
| | | | 02NOV2002- 26NOV2002 | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 25 | 5 | MIL | NO | N N N N N N | NO YES | None |

422

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE  @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Quetiapine Fumarate 5077US/0049                                                Page 22 of 270

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 300 MG (BIPOLAR I) | E0018001 | 24 YRS CAUCASIAN FEMALE | 21NOV2002- 23NOV2002 | ON | MEMORY IMPAIRMENT (Nervous system di sorders) [FORGETFULNESS] | 3 | 24 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 07DEC2002- 23DEC2002 | ON | DYSKINESIA (Nervous system di sorders) [NOCTURNAL MYOCLONUS (NOT DUE TO EPS)] | 17 | 40 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 07DEC2002- 27DEC2002 | ON | THOUGHT BLOCKING (Psychiatric disor ders) [THOUGHT BLOCKING] | 21 | 40 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | E0018006 | 42 YRS CAUCASIAN MALE | 19DEC2002- 07JAN2003 | ON | SEDATION (Nervous system di sorders) [SEDATION] | 20 | 3 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 27DEC2002- CONTINUE | ON | MEMORY IMPAIRMENT (Nervous system di sorders) [FORGETFULNESS] | UNK | 11 | MIL | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,   LT=LIFE-THREATENING,   RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

423

Quetiapine Fumarate 5077US/0049                                      Page 23 of 270

Listing 12.2.7.2  Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 300 MG (BIPOLAR I) | E0018006 | 42 YRS CAUCASIAN MALE | 28DEC2002- 07JAN2003 | ON | DYSARTHRIA (Nervous system di sorders) [SLURRED SPEECH IN MORNINGS] | 11 | 12 | MIL | NO | N | N | N | N | N | N | NO YES | None |
|  |  |  | 10JAN2003- 06FEB2003 | ON | ENURESIS (Renal and urinary disorders) [ENURESIS] | 28 | 25 | MOD | NO | N | N | N | N | N | N | NO YES | None |
|  | E0019004 | 32 YRS CAUCASIAN FEMALE | 08NOV2002- CONTINUE | ON | ABNORMAL DREAMS (Psychiatric disor ders) [VIVID DREAMS] | UNK | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |
|  |  |  |  |  | BALANCE IMPAIRED N OS (Nervous system di sorders) [PROBLEM WITH EQUILIBRIUM (NOT DUE TO ORTHOSTATIC HYPOTENSION)] | UNK | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |

424

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Listing 12.2.7.2  Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 300 MG (BIPOLAR I) | E0019004 | 32 YRS CAUCASIAN FEMALE | 08NOV2002- 26NOV2002 | ON | MUSCLE TIGHTNESS (Musculoskeletal a nd connective tiss ue disorders) [MUSCLE TENSION (NOT DUE TO EPS)] | 19 | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 10NOV2002- CONTINUE | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | UNK | 4 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 19NOV2002- CONTINUE | ON | APPETITE INCREASED NOS (Metabolism and nu trition disorders) [INCREASED APPETITE] | UNK | 13 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 05DEC2002- CONTINUE | ON | IRRITABILITY (Psychiatric disor ders) [IRRITABILITY] | UNK | 29 | SEV | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |
| | | | 12DEC2002- CONTINUE | ON | LETHARGY (General disorders and administratio n site conditions) [LETHARGY] | UNK | 36 | MOD | NO | N | N | N | N | N | N | NO YES | None |

\* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
\# INT=INTENSITY: MIL=MILD, MOD=MODERATE,  SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,   LT=LIFE-THREATENING,   RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
\*\* WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

425

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ | | | | | | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DT | LT | RH | DI | CA | ME | | |
| QUETIAPINE 300 MG (BIPOLAR I) | E0019011 | 50 YRS HISPANIC FEMALE | 24NOV2002- 05DEC2002 | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 12 | 4 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 25NOV2002- 05DEC2002 | ON | NIGHTMARE (Psychiatric disor ders) [NIGHTMARES] | 11 | 5 | SEV | NO | N | N | N | N | N | N | NO YES | None |
| | | | 26NOV2002- CONTINUE | ON | SOMNOLENCE (Nervous system di sorders) [GROGINESS NOT DUE TO ORTHOSTATIC HYPOTENSION] | UNK | 6 | SEV | NO | N | N | N | N | N | N | NO YES | None |
| | | | 26NOV2002- 06DEC2002 | ON | DIZZINESS (Nervous system di sorders) [DIZZINESS NOT DUE TO ORTHOSTATIC HYPOTENSION] | 11 | 6 | MIL | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
\# INT=INTENSITY: MIL=MILD, MOD=MODERATE,   SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,   LT=LIFE-THREATENING,   RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

426

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 300 MG (BIPOLAR I) | E0019011 | 50 YRS HISPANIC FEMALE | 27NOV2002- CONTINUE | ON | AKATHISIA (Nervous system disorders) [RESTLESS LEGS DUE TO EPS (AKATHISIA)] | UNK | 7 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 11DEC2002- 19DEC2002 | ON | HEADACHE (Nervous system disorders) [HEADACHE] | 9 | 21 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 14DEC2002- 02JAN2003 | ON | CONSTIPATION (Gastrointestinal disorders) [CONSTIPATION] | 20 | 24 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 08JAN2003- 09JAN2003 | ON | NAUSEA (Gastrointestinal disorders) [NAUSEA] | 2 | 49 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | E0019025 | 30 YRS CAUCASIAN FEMALE | 08FEB2003- 13MAR2003 | ON | ABNORMAL DREAMS (Psychiatric disorders) [VIVID DREAMS (UNSETTLING)] | 34 | 3 | MOD | NO | N | N | N | N | N | N | NO YES | None |

427

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,   LT=LIFE-THREATENING,   RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.
SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Quetiapine Fumarate 5077US/0049                                      Page 27 of 270

Listing 12.2.7.2  Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 300 MG (BIPOLAR I) | E0019025 | 30 YRS CAUCASIAN FEMALE | 08FEB2003- 17MAR2003 | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 38 | 3 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 13FEB2003- CONTINUE | ON | SOMNOLENCE (Nervous system di sorders) [SOMNOLENCE] | UNK | 8 | SEV | NO | N | N | N | N | N | N | NO YES | None |
| | E0019043 | 54 YRS CAUCASIAN MALE | 04JUN2003- CONTINUE | ON | ENURESIS (Renal and urinary disorders) [ENURISIS] | UNK | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | LETHARGY (General disorders and administratio n site conditions) [LETHARGY] | UNK | 2 | MOD | NO | N | N | N | N | N | N | NO YES | Dose Changed |
| | | | 04JUN2003- 08JUL2003 | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 35 | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE,  SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

428

Quetiapine Fumarate 5077US/0049                                                          Page 28 of 270

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ | | | | | | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DT | LT | RH | DI | CA | ME | | |
| QUETIAPINE 300 MG (BIPOLAR I) | E0019043 | 54 YRS CAUCASIAN MALE | 04JUN2003- 08JUL2003 | ON | MEMORY IMPAIRMENT (Nervous system di sorders) [FORGETFULNESS] | 35 | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 14JUN2003- 08JUL2003 | ON | TACHYCARDIA NOS (Cardiac disorders ) [TACHYCARDIA] | 25 | 12 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | E0020001 | 48 YRS CAUCASIAN FEMALE | 06NOV2002- 11NOV2002 | ON | FLUSHING (Vascular disorder s) [INTERMITTENT FLUSHING FEELING] | 6 | 9 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 14NOV2002- 19NOV2002 | ON | EPISTAXIS (Respiratory, thor acic and mediastin al disorders) [EPISTAXIS] | 6 | 17 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 14NOV2002- 24NOV2002 | ON | DIZZINESS (Nervous system di sorders) [INTERMITTENT DIZZINESS "NOT DUE TO POSTURAL HYPOTENSION"] | 11 | 17 | MOD | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

429

Listing 12.2.7.2  Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE-STOP DATE | ON/POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA-TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | \textasciicircum{} SERIOUS REASON | | | | | | WD**/DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DT | LT | RH | DI | CA | ME | | |
| QUETIAPINE 300 MG (BIPOLAR I) | E0020001 | 48 YRS CAUCASIAN FEMALE | 20NOV2002-28NOV2002 | ON | APPETITE INCREASED NOS (Metabolism and nutrition disorders) [INCREASE APPETITE] | 9 | 23 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 26NOV2002-03DEC2002 | ON | WEIGHT INCREASED (Investigations) [INCREASE WEIGHT] | 8 | 29 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 05DEC2002-05DEC2002 | ON | CONSTIPATION (Gastrointestinal disorders) [CONSTIPATION] | 1 | 38 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 08DEC2002-09DEC2002 | ON | CONSTIPATION (Gastrointestinal disorders) [CONSTIPATION] | 2 | 41 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 14DEC2002-14DEC2002 | ON | CONSTIPATION (Gastrointestinal disorders) [CONSTIPATION] | 1 | 47 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 18DEC2002-19DEC2002 | ON | CONSTIPATION (Gastrointestinal disorders) [CONSTIPATION] | 2 | 51 | MOD | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

430

Quetiapine Fumarate 5077US/0049                                          Page 30 of 270

Listing 12.2.7.2  Treatment-Related Adverse Events

431

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 300 MG (BIPOLAR I) | E0020007 | 26 YRS CAUCASIAN FEMALE | 19JAN2003- 20JAN2003 | ON | POLYMENORRHOEA (Reproductive system and breast disorders) [SHORTENED MENSES] | 2 | 5 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | E0020011 | 21 YRS CAUCASIAN FEMALE | 28FEB2003- CONTINUE | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | UNK | 3 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 06MAR2003- 13MAR2003 | ON | DIZZINESS (Nervous system disorders) [DIZZINESS AFTER EVENING DOSE (NOT DUE TO ORTHOSTATIC HYPOTENSION.)] | 8 | 9 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | E0020013 | 23 YRS CAUCASIAN MALE | 12MAR2003- 12MAR2003 | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH EARLY MORNING] | 1 | 8 | MIL | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Quetiapine Fumarate 5077US/0049                                   Page 31 of 270

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 300 MG (BIPOLAR I) | E0022017 | 41 YRS CAUCASIAN MALE | 20DEC2002- 22JAN2003 | ON | TREMOR (Nervous system disorders) [TREMOR NOT DUE TO EPS] | 34 | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | E0022018 | 41 YRS CAUCASIAN MALE | 14DEC2002- 23JAN2003 | ON | DIZZINESS (Nervous system disorders) [DIZZINESS "NOT DUE TO POSTURAL HYPOTENSION"] | 41 | 3 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 19DEC2002- CONTINUE | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | UNK | 8 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | SOMNOLENCE (Nervous system disorders) [SOMNOLENCE] | UNK | 8 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | E0022022 | 23 YRS CAUCASIAN FEMALE | 31DEC2002- CONTINUE | ON | SEDATION (Nervous system disorders) [SEDATION] | UNK | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |

432

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Quetiapine Fumarate 5077US/0049                                Page 32 of 270

Listing 12.2.7.2  Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 300 MG (BIPOLAR I) | E0022022 | 23 YRS CAUCASIAN FEMALE | 31DEC2002- 18JAN2003 | ON | AKATHISIA (Nervous system disorders) [AKATHISIA] | 19 | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | MYOCLONUS (Nervous system disorders) [MYO - CLONIC JERKS] | 19 | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | E0022027 | 45 YRS CAUCASIAN MALE | 07FEB2003- 07MAR2003 | ON | SOMNOLENCE (Nervous system disorders) [SOMNOLENCE] | 29 | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | E0022031 | 36 YRS CAUCASIAN MALE | 19FEB2003- 12MAR2003 | ON | SOMNOLENCE (Nervous system disorders) [SOMNOLENCE] | 22 | 2 | MIL | NO | N | N | N | N | N | N | NO YES | Dose Changed |
| | | | 20FEB2003- 12MAR2003 | ON | NASAL CONGESTION (Respiratory, thoracic and mediastinal disorders) [NASAL STUFFINESS] | 21 | 3 | MIL | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

433

Listing 12.2.7.2  Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 300 MG (BIPOLAR I) | E0022031 | 36 YRS CAUCASIAN MALE | 20FEB2003- 12MAR2003 | ON | PALPITATIONS (Cardiac disorders ) [PALPITATIONS] | 21 | 3 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 28FEB2003- CONTINUE | ON | AKATHISIA (Nervous system di sorders) [MOTOR RESTLESSNESS ( DUE TO EPS AKATHISIA)] | UNK | 11 | MIL | NO | N | N | N | N | N | N | NO YES | Dose Changed |
| | E0022032 | 21 YRS CAUCASIAN FEMALE | 19FEB2003- 07MAR2003 | ON | SOMNOLENCE (Nervous system di sorders) [SOMNOLENCE] | 17 | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | E0022035 | 20 YRS CAUCASIAN FEMALE | 20FEB2003- 24FEB2003 | ON | SOMNOLENCE (Nervous system di sorders) [SOMNOLENCE] | 5 | 2 | MOD | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |
| | E0022060 | 24 YRS CAUCASIAN MALE | 06MAY2003- 17JUN2003 | ON | SOMNOLENCE (Nervous system di sorders) [SOMNOLENCE] | 43 | 7 | MIL | NO | N | N | N | N | N | N | NO YES | Dose Changed |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE  @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

434

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 300 MG (BIPOLAR I) | E0023008 | 35 YRS CAUCASIAN FEMALE | 30JAN2003- CONTINUE | ON | SEDATION (Nervous system disorders) [SEDATION] | UNK | 1 | SEV | NO | N | N | N | N | N | N | NO YES | Dose Changed |
| | | | 08MAR2003- CONTINUE | ON | ARTHRALGIA (Musculoskeletal and connective tissue disorders) [JOINT PAIN] | UNK | 38 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | E0023013 | 40 YRS CAUCASIAN FEMALE | 28FEB2003- CONTINUE | ON | FATIGUE (General disorders and administration site conditions) [FATIGUE] | UNK | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 01MAR2003- 01MAR2003 | ON | DYSGEUSIA (Nervous system disorders) [METALLIC TASTE] | 1 | 3 | MIL | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE, @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH, LT=LIFE-THREATENING, RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.
SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

435

Quetiapine Fumarate 5077US/0049                                             Page 35 of 270

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ | | | | | | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DT | LT | RH | DI | CA | ME | | |
| QUETIAPINE 300 MG (BIPOLAR I) | E0023015 | 43 YRS CAUCASIAN FEMALE | 12MAR2003- 08APR2003 | ON | DIZZINESS (Nervous system di sorders) [DIZZY - NOT RELATED TO ORTHOSTATIC HYPOTENSION] | 28 | 2 | MOD | NO | N | N | N | N | N | N | NO YES | Dose Changed |
| | | | | | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 28 | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | E0023044 | 44 YRS CAUCASIAN FEMALE | 20JUL2003- CONTINUE | ON | RESTLESS LEGS SYND ROME (Nervous system di sorders) [RESTLESS LEGS (NOT DUE TO EPS)] | UNK | 5 | SEV | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |
| | E0025002 | 46 YRS CAUCASIAN FEMALE | 05APR2003- 17APR2003 | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 13 | 3 | MOD | NO | N | N | N | N | N | N | NO YES | None |

436

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,   LT=LIFE-THREATENING,   RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Listing 12.2.7.2  Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE-STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA-TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 300 MG (BIPOLAR I) | E0025002 | 46 YRS CAUCASIAN FEMALE | 08APR2003-17APR2003 | ON | SLUGGISHNESS (General disorders and administration site conditions) [SLUGGISH IN THE MORNING] | 10 | 6 | MOD | NO | N | N | N | N | N | N | NO YES | Dose Changed |
| | | | 24APR2003-CONTINUE | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | UNK | 22 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | FATIGUE (General disorders and administration site conditions) [TIRED DURING DAY] | UNK | 22 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 22MAY2003-CONTINUE | ON | VISUAL ACUITY REDUCED (Eye disorders) [WORSENING VISION (VISUAL ACUITY)] | UNK | 50 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | E0026010 | 31 YRS CAUCASIAN MALE | 23JAN2003-28JAN2003 | ON | NAUSEA (Gastrointestinal disorders) [NAUSEA] | 6 | 2 | SEV | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE,  SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

437

Quetiapine Fumarate 5077US/0049                                          Page 37 of 270

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 300 MG (BIPOLAR I) | E0026010 | 31 YRS CAUCASIAN MALE | 23JAN2003- 28JAN2003 | ON | VOMITING NOS (Gastrointestinal disorders) [EMESIS] | 6 | 2 | MOD | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |
| | E0026018 | 39 YRS CAUCASIAN FEMALE | 20MAR2003- 25MAR2003 | ON | PALPITATIONS (Cardiac disorders) [PALPITATIONS] | 6 | 1 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 20MAR2003- 04APR2003 | ON | CONSTIPATION (Gastrointestinal disorders) [CONSTIPATION] | 16 | 1 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 20MAR2003- 31MAY2003 | ON | JOINT STIFFNESS (Musculoskeletal a nd connective tiss ue disorders) [JOINT STIFFNESS (NOT DUE TO EPS)] | 73 | 1 | SEV | NO | N | N | N | N | N | N | NO YES | None |
| | | | 03APR2003- 16JUN2003 | ON | ORTHOSTATIC HYPOTE NSION (Vascular disorder s) [HYPOTENSION ORTHOSTATIC] | 75 | 15 | MIL | NO | N | N | N | N | N | N | NO YES | None |

438

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE,  SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.
SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Quetiapine Fumarate 5077US/0049                                        Page 38 of 270

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 300 MG (BIPOLAR I) | E0026025 | 41 YRS CAUCASIAN MALE | 12MAY2003- CONTINUE | ON | SOMNOLENCE (Nervous system disorders) [GROGGY] | UNK | 4 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 13MAY2003- CONTINUE | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | UNK | 5 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 29MAY2003- CONTINUE | ON | HYPERTENSION NOS (Vascular disorders) [HYPERTENSION] | UNK | 21 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | E0026030 | 29 YRS BLACK MALE | 09JUL2003- CONTINUE | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | UNK | 1 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | SEDATION (Nervous system disorders) [SEDATION] | UNK | 1 | MOD | NO | N | N | N | N | N | N | NO YES | Dose Changed |

439

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH, LT=LIFE-THREATENING, RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Quetiapine Fumarate 5077US/0049                                    Page 39 of 270

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ | | | | | | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DT | LT | RH | DI | CA | ME | | |
| QUETIAPINE 300 MG (BIPOLAR I) | E0026031 | 41 YRS BLACK MALE | 21JUL2003- CONTINUE | ON | MUCOUS MEMBRANE DI SORDER NOS (General disorders and administratio n site conditions) [FILM IN MOUTH] | UNK | 1 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | SEDATION (Nervous system di sorders) [SEDATION] | UNK | 1 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 24JUL2003- 20AUG2003 | ON | CONSTIPATION (Gastrointestinal disorders) [CONSTIPATION] | 28 | 4 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 25JUL2003- CONTINUE | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | UNK | 5 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 11AUG2003- 01SEP2003 | ON | ERECTILE DYSFUNCTI ON NOS (Reproductive syst em and breast diso rders) [ERECTILE DYSFUNCTION] | 22 | 22 | MIL | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,   LT=LIFE-THREATENING,   RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

440

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 300 MG (BIPOLAR I) | E0028004 | 30 YRS CAUCASIAN MALE | 01OCT2002- CONTINUE | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | UNK | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | HEADACHE (Nervous system di sorders) [HEADACHE] | UNK | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 05OCT2002- 06OCT2002 | ON | BALANCE IMPAIRED N OS (Nervous system di sorders) [LOSS OF BALANCE (NOT DUE TO EPS)] | 2 | 6 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | E0028006 | 40 YRS CAUCASIAN FEMALE | 04OCT2002- 04DEC2002 | ON | SOMNOLENCE (Nervous system di sorders) [SLEEPINESS] | 62 | 1 | SEV | NO | N | N | N | N | N | N | NO YES | None |
| | | | 06OCT2002- 12OCT2002 | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 7 | 3 | MIL | NO | N | N | N | N | N | N | NO YES | None |

441

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Listing 12.2.7.2  Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ | | | | | | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DT | LT | RH | DI | CA | ME | | |
| QUETIAPINE 300 MG (BIPOLAR I) | E0028006 | 40 YRS CAUCASIAN FEMALE | 13OCT2002- 23OCT2002 | ON | PARAESTHESIA (Nervous system disorders) [PARASTHESIA] | 11 | 10 | MOD | NO | N | N | N | N | N | N | NO YES | Dose Changed |
| | E0028009 | 21 YRS CAUCASIAN FEMALE | 16OCT2002- 17OCT2002 | ON | SOMNOLENCE (Nervous system disorders) [SLEEPINESS] | 2 | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 16OCT2002- 02NOV2002 | ON | NAUSEA (Gastrointestinal disorders) [NAUSEA] | 18 | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | E0028016 | 28 YRS CAUCASIAN MALE | 15NOV2002- CONTINUE | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | UNK | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | FATIGUE (General disorders and administration site conditions) [FATIGUE] | UNK | 2 | SEV | NO | N | N | N | N | N | N | NO YES | None |

442

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE,  SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Listing 12.2.7.2  Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 300 MG (BIPOLAR I) | E0028016 | 28 YRS CAUCASIAN MALE | 19DEC2002- CONTINUE | ON | WEIGHT INCREASED (Investigations) [WEIGHT GAIN] | UNK | 36 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | E0028027 | 58 YRS HISPANIC MALE | 21JAN2003- CONTINUE | ON | SOMNOLENCE (Nervous system disorders) [SLEEPINESS] | UNK | 1 | SEV | NO | N | N | N | N | N | N | NO YES | None |
| | | | 22JAN2003- 08FEB2003 | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 18 | 2 | SEV | NO | N | N | N | N | N | N | NO YES | None |
| | E0028029 | 39 YRS HISPANIC MALE | 05FEB2003- 18FEB2003 | ON | FATIGUE (General disorders and administration site conditions) [FATIGUE] | 14 | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 12FEB2003- 18FEB2003 | ON | AKATHISIA (Nervous system disorders) [AKATHISIA] | 7 | 9 | MIL | NO | N | N | N | N | N | N | NO YES | Dose Changed |

443

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH, LT=LIFE-THREATENING, RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.
SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Quetiapine Fumarate 5077US/0049                                             Page 43 of 270

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 300 MG (BIPOLAR I) | E0028029 | 39 YRS HISPANIC MALE | 28FEB2003- CONTINUE | ON | SOMNOLENCE (Nervous system disorders) [SLEEPINESS] | UNK | 25 | SEV | NO | N | N | N | N | N | N | NO YES | None |
| | | | 06MAR2003- CONTINUE | ON | AGITATION (Psychiatric disorders) [AGITATION] | UNK | 31 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | E0028034 | 39 YRS CAUCASIAN MALE | 01APR2003- CONTINUE | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | UNK | 1 | SEV | NO | N | N | N | N | N | N | NO YES | Temporarily Stopped |
| | | | 04APR2003- 08APR2003 | ON | ANXIETY (Psychiatric disorders) [ANXIETY] | 5 | 4 | SEV | NO | N | N | N | N | N | N | NO YES | Temporarily Stopped |
| | | | | | CONFUSIONAL STATE (Psychiatric disorders) [CONFUSION] | 5 | 4 | SEV | NO | N | N | N | N | N | N | NO YES | Temporarily Stopped |

444

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE,  SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Listing 12.2.7.2  Treatment-Related Adverse Events

445

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 300 MG (BIPOLAR I) | E0028034 | 39 YRS CAUCASIAN MALE | 04APR2003- 01MAY2003 | ON | CHEST PAIN (General disorders and administration site conditions) [RACING HEART (FEELING)] | 28 | 4 | SEV | NO | N | N | N | N | N | N | NO YES | None |
| | | | 04APR2003- 19MAY2003 | ON | SOMNOLENCE (Nervous system disorders) [DROWSINESS] | 46 | 4 | SEV | NO | N | N | N | N | N | N | NO YES | None |
| | | | 07MAY2003- 19MAY2003 | ON | DYSPEPSIA (Gastrointestinal disorders) [HEARTBURN] | 13 | 37 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 19MAY2003- CONTINUE | ON | GASTROOESOPHAGEAL REFLUX DISEASE (Gastrointestinal disorders) [ACID REFLUX] | UNK | 49 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | E0028038 | 50 YRS CAUCASIAN MALE | 25APR2003- 23JUN2003 | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 60 | 1 | MIL | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE  @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.
SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Quetiapine Fumarate 5077US/0049                                              Page 45 of 270

Listing 12.2.7.2  Treatment-Related Adverse Events

---

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 300 MG (BIPOLAR I) | E0028038 | 50 YRS CAUCASIAN MALE | 25APR2003- 23JUN2003 | ON | SOMNOLENCE (Nervous system di sorders) [SOMNOLENCE] | 60 | 1 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | E0028043 | 51 YRS CAUCASIAN MALE | 06JUN2003- 31JUL2003 | ON | SOMNOLENCE (Nervous system di sorders) [DROWSINESS] | 56 | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 10JUN2003- 31JUL2003 | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 52 | 6 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 11JUN2003- 11JUN2003 | ON | HEADACHE (Nervous system di sorders) [HEADACHE] | 1 | 7 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | E0028045 | 46 YRS CAUCASIAN MALE | 23JUN2003- 24JUN2003 | ON | RESTLESS LEGS SYND ROME (Nervous system di sorders) [RESTLESS LEG SYNDROME (NOT DUE TO EPS)] | 2 | 6 | SEV | NO | N | N | N | N | N | N | NO YES | None |

\* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
\# INT=INTENSITY: MIL=MILD, MOD=MODERATE,  SEV=SEVERE  @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
\*\* WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

446

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 300 MG (BIPOLAR I) | E0029005 | 30 YRS BLACK FEMALE | 27NOV2002- 23JAN2003 | ON | SOMNOLENCE (Nervous system disorders) [DROWSINESS ONE HOUR AFTER DOSE] | 58 | 1 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 28NOV2002- 02DEC2002 | ON | CONSTIPATION (Gastrointestinal disorders) [CONSTIPATION] | 5 | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 01DEC2002- 05DEC2002 | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 5 | 5 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 01DEC2002- 07DEC2002 | ON | BACK PAIN (Musculoskeletal and connective tissue disorders) [LOWER BACK PAIN] | 7 | 5 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 03DEC2002- 23JAN2003 | ON | DYSPNOEA (Respiratory, thoracic and mediastinal disorders) [SHORTNESS OF BREATH 30 MINUTES AFTER DOSE] | 52 | 7 | MIL | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

447

Quetiapine Fumarate 5077US/0049                                    Page 47 of 270

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 300 MG (BIPOLAR I) | E0030001 | 41 YRS CAUCASIAN FEMALE | 01DEC2002- 01DEC2002 | ON | VERTIGO (Ear and labyrinth disorders) [VERTIGO] | 1 | 13 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 03DEC2002- CONTINUE | ON | HYPERSOMNIA (Nervous system disorders) [HYPERSOMNIA] | UNK | 15 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 07DEC2002- 07DEC2002 | ON | VERTIGO (Ear and labyrinth disorders) [VERTIGO] | 1 | 19 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 10DEC2002- 10DEC2002 | ON | VERTIGO (Ear and labyrinth disorders) [VERTIGO] | 1 | 22 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | E0030011 | 21 YRS CAUCASIAN MALE | 27JAN2003- 01FEB2003 | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 6 | 1 | MOD | NO | N | N | N | N | N | N | NO YES | None |

SERIOUS REASON^

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE  @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

448

Listing 12.2.7.2  Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ | | | | | | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DT | LT | RH | DI | CA | ME | | |
| QUETIAPINE 300 MG (BIPOLAR I) | E0030011 | 21 YRS CAUCASIAN MALE | 20FEB2003- 08MAR2003 | ON | POLLAKIURIA (Renal and urinary disorders) [URINARY FREQUENCY] | 17 | 25 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | E0030015 | 21 YRS CAUCASIAN MALE | 21FEB2003- 05MAY2003 | ON | SEDATION (Nervous system di sorders) [EARLY AM SEDATION] | 74 | 1 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | E0030022 | 39 YRS CAUCASIAN MALE | 17JUN2003- CONTINUE | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | UNK | 2 | MIL | NO | N | N | N | N | N | N | NO YES | Dose Changed |
| | | | | | HYPERSOMNIA (Nervous system di sorders) [HYPERSOMNIA] | UNK | 2 | MOD | NO | N | N | N | N | N | N | NO YES | Dose Changed |
| | | | 17JUN2003- 21JUN2003 | ON | SOMNOLENCE (Nervous system di sorders) [GROGGY] | 5 | 2 | MIL | NO | N | N | N | N | N | N | NO YES | Dose Changed |

```
                * POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
                # INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
      ^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
             DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
             ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
                                      ** WD=WITHDRAWN.
           Note:  The adverse events are coded using MedDRA version 6.0.

           SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
                      GENERATED:  12JUL2005 17:38:52  iceadmn3
```

449

Quetiapine Fumarate 5077US/0049                                             Page 49 of 270

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ | | | | | | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DT | LT | RH | DI | CA | ME | | |
| QUETIAPINE 300 MG (BIPOLAR I) | E0031002 | 18 YRS CAUCASIAN FEMALE | 28NOV2002- 27DEC2002 | ON | SLUGGISHNESS (General disorders and administratio n site conditions) [SLUGGISHNESS] | 30 | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 01JAN2003- 20JAN2003 | ON | DIZZINESS (Nervous system di sorders) [LIGHTHEADEDNESS (NOT DUE TO POSTURAL HYPOTENSION)] | 20 | 36 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | E0033015 | 34 YRS CAUCASIAN FEMALE | 10APR2003- CONTINUE | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH (NOT DUE TO EPS)] | UNK | 1 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 10APR2003- 19APR2003 | ON | ABNORMAL DREAMS (Psychiatric disor ders) [VIVID DREAMS] | 10 | 1 | MOD | NO | N | N | N | N | N | N | NO YES | None |

450

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,   LT=LIFE-THREATENING,   RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ | | | | | | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DT | LT | RH | DI | CA | ME | | |
| QUETIAPINE 300 MG (BIPOLAR I) | E0033015 | 34 YRS CAUCASIAN FEMALE | 10APR2003- 22MAY2003 | ON | FATIGUE (General disorders and administratio n site conditions) [FATIGUE] | 43 | 1 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 15APR2003- 15APR2003 | ON | HALLUCINATION, AUD ITORY (Psychiatric disor ders) [AUDITORY HALLUCINATIONS] | 1 | 6 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 15APR2003- 16APR2003 | ON | PALPITATIONS (Cardiac disorders ) [HEART PALPITATIONS] | 2 | 6 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 16APR2003- 16APR2003 | ON | TREMOR (Nervous system di sorders) [HAND TREMORS (NOT DUE TO EPS)] | 1 | 7 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 29APR2003- 10MAY2003 | ON | MEMORY IMPAIRMENT (Nervous system di sorders) [MEMORY LOSS] | 12 | 20 | MOD | NO | N | N | N | N | N | N | NO YES | None |

451

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Quetiapine Fumarate 5077US/0049                                          Page 51 of 270

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 300 MG (BIPOLAR I) | E0033015 | 34 YRS CAUCASIAN FEMALE | 01MAY2003- CONTINUE | ON | HYPERSOMNIA (Nervous system di sorders) [HYPERSOMNIA] | UNK | 22 | MOD | NO | N | N | N | N | N | N | NO YES | Dose Changed |
| | E0034002 | 55 YRS CAUCASIAN MALE | 26MAR2003- 29MAR2003 | ON | PRURITUS (Skin and subcutan eous tissue disord ers) [PRURITUS OF FACE] | 4 | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 26MAR2003- 18APR2003 | ON | SOMNOLENCE (Nervous system di sorders) [DAYTIME DROWSINESS] | 24 | 2 | SEV | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |
| | | | 28MAR2003- 18APR2003 | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 22 | 4 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 02APR2003- 18APR2003 | ON | CONSTIPATION (Gastrointestinal disorders) [CONSTIPATION] | 17 | 9 | MIL | NO | N | N | N | N | N | N | NO YES | None |

452

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE  @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Quetiapine Fumarate 5077US/0049                                           Page 52 of 270

Listing 12.2.7.2   Treatment-Related Adverse Events

_____

453

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ | | | | | | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DT | LT | RH | DI | CA | ME | | |
| QUETIAPINE 300 MG (BIPOLAR I) | E0034003 | 49 YRS CAUCASIAN MALE | 27APR2003- CONTINUE | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | UNK | 4 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 27APR2003- 01JUN2003 | ON | CONSTIPATION (Gastrointestinal disorders) [CONSTIPATION] | 36 | 4 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 27APR2003- 02JUN2003 | ON | SOMNOLENCE (Nervous system di sorders) [DAYTIME DROWSINESS] | 37 | 4 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | E0034006 | 35 YRS CAUCASIAN FEMALE | 17MAY2003- 17JUL2003 | ON | SOMNOLENCE (Nervous system di sorders) [DAYTIME DROWSINESS] | 62 | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | E0034008 | 34 YRS BLACK MALE | 24MAY2003- 03JUN2003 | ON | SOMNOLENCE (Nervous system di sorders) [DROWSINESS] | 11 | 1 | MIL | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 300 MG (BIPOLAR I) | E0034008 | 34 YRS BLACK MALE | 25MAY2003- 27MAY2003 | ON | SOMNOLENCE (Nervous system di sorders) [GROGGINESS IN MORNING] | 3 | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | E0035003 | 28 YRS CAUCASIAN MALE | 27NOV2002- 27DEC2002 | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 31 | 6 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | E0035014 | 35 YRS BLACK FEMALE | 03FEB2003- 27MAR2003 | ON | SEDATION (Nervous system di sorders) [SEDATION] | 53 | 1 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 04FEB2003- 26MAR2003 | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 51 | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | E0035024 | 41 YRS BLACK FEMALE | 26MAY2003- 05JUN2003 | ON | APPETITE INCREASED NOS (Metabolism and nu trition disorders) [INCREASED APPETITE] | 11 | 4 | MIL | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

454

Listing 12.2.7.2  Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 300 MG (BIPOLAR I) | E0035024 | 41 YRS BLACK FEMALE | 13JUN2003- 15JUL2003 | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 33 | 22 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | E0036005 | 19 YRS CAUCASIAN FEMALE | 02JUL2003- 07JUL2003 | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 6 | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 04JUL2003- 04JUL2003 | ON | SOMNOLENCE (Nervous system di sorders) [SLEEPINESS] | 1 | 4 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 08JUL2003- 05AUG2003 | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 29 | 8 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | E0037002 | 28 YRS CAUCASIAN FEMALE | 26DEC2002- 07FEB2003 | ON | SOMNOLENCE (Nervous system di sorders) [DROWSINESS] | 44 | 1 | MOD | NO | N | N | N | N | N | N | NO YES | Dose Changed |

455

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE  @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Quetiapine Fumarate 5077US/0049                                    Page 55 of 270

Listing 12.2.7.2  Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 300 MG (BIPOLAR I) | E0037002 | 28 YRS CAUCASIAN FEMALE | 20FEB2003- 21FEB2003 | ON | DIZZINESS (Nervous system di sorders) [LIGHTHEADEDNESS (NOT DUE TO POSTURAL HYPOTENSION)] | 2 | 57 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | E0037005 | 27 YRS CAUCASIAN FEMALE | 20MAR2003- CONTINUE | ON | SEDATION (Nervous system di sorders) [SEDATION] | UNK | 15 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 20MAR2003- 17APR2003 | ON | DIZZINESS (Nervous system di sorders) [DIZZINESS NOT DUE TO POSTURAL HYPOTENSION] | 29 | 15 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | DIZZINESS (Nervous system di sorders) [LIGHTHEADEDNESS NOT DUE TO POSTURAL HYPOTENSION] | 29 | 15 | MIL | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE  @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

456

Listing 12.2.7.2   Treatment-Related Adverse Events

457

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 300 MG (BIPOLAR I) | E0037005 | 27 YRS CAUCASIAN FEMALE | 27MAR2003- CONTINUE | ON | TINNITUS (Ear and labyrinth disorders) [LEFT EAR RINGING] | UNK | 22 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | E0037006 | 50 YRS CAUCASIAN FEMALE | 14MAR2003- CONTINUE | ON | SEDATION (Nervous system disorders) [SEDATION] | UNK | 1 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 21MAR2003- 04APR2003 | ON | DIZZINESS (Nervous system disorders) [LIGHTHEADEDNESS - NOT DUE TO POSTURAL HYPOTENSION] | 15 | 8 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 01MAY2003- 07MAY2003 | ON | RESTLESS LEGS SYNDROME (Nervous system disorders) [RESTLESSNESS OF BILATERAL LOWER EXTREMITIES (NOT DUE TO EPS)] | 7 | 49 | MIL | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Quetiapine Fumarate 5077US/0049                                              Page 57 of 270

Listing 12.2.7.2   Treatment-Related Adverse Events

---

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ | | | | | | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DT | LT | RH | DI | CA | ME | | |
| QUETIAPINE 300 MG (BIPOLAR I) | E0039015 | 41 YRS BLACK MALE | 23JAN2003- 23JAN2003 | ON | SWEATING INCREASED (Skin and subcutaneous tissue disorders) [DIAPHORESIS NOT DUE TO POSTURAL HYPOTENSION] | 1 | 1 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 24JAN2003- 24JAN2003 | ON | DIZZINESS (Nervous system disorders) [DIZZY (NOT DUE TO POSTURAL HYPOTENSION)] | 1 | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | DYSPEPSIA (Gastrointestinal disorders) [UPSET STOMACH] | 1 | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 27JAN2003- 27JAN2003 | ON | DIZZINESS (Nervous system disorders) [LIGHT - HEADED (NOT DUE TO POSTURAL HYPOTENSION)] | 1 | 5 | MIL | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

458

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ | | | | | | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DT | LT | RH | DI | CA | ME | | |
| QUETIAPINE 300 MG (BIPOLAR I) | E0039015 | 41 YRS BLACK MALE | 30JAN2003- CONTINUE | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | UNK | 8 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 03FEB2003- 03FEB2003 | ON | DIZZINESS (Nervous system di sorders) [LIGHT HEADED (NOT DUE TO POSTURAL HYPOTENSION)] | 1 | 12 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | E0039024 | 35 YRS CAUCASIAN FEMALE | 28FEB2003- CONTINUE | ON | SOMNOLENCE (Nervous system di sorders) [DROWSY POST DOSE] | UNK | 2 | MOD | NO | N | N | N | N | N | N | NO YES | Dose Changed |
| | | | 28FEB2003- 07MAY2003 | ON | RESTLESSNESS (Psychiatric disor ders) [RESTLESSNESS POST DOSE (NOT DUE TO EPS)] | 69 | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |

459

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE  @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Listing 12.2.7.2  Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ DT LT RH DI CA ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 300 MG (BIPOLAR I) | E0039041 | 35 YRS BLACK MALE | 25APR2003- 03MAY2003 | ON | SOMNOLENCE (Nervous system di sorders) [DROWSINESS] | 9 | 11 | MIL | NO | N  N  N  N  N  N | NO YES | None |
| | E0039044 | 44 YRS CAUCASIAN MALE | 24MAY2003- CONTINUE | ON | SOMNOLENCE (Nervous system di sorders) [DROWSINESS (POST - DOSE)] | UNK | 3 | MIL | NO | N  N  N  N  N  N | NO YES | None |
| | E0039051 | 40 YRS BLACK FEMALE | 16JUN2003- CONTINUE | ON | SOMNOLENCE (Nervous system di sorders) [DROWSINESS POST - DOSE] | UNK | 1 | MOD | NO | N  N  N  N  N  N | NO YES | None |
| | | | 17JUN2003- CONTINUE | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | UNK | 2 | MIL | NO | N  N  N  N  N  N | NO YES | None |

460

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE,  SEV=SEVERE  @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ | | | | | | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DT | LT | RH | DI | CA | ME | | |
| QUETIAPINE 300 MG (BIPOLAR I) | E0039053 | 40 YRS BLACK MALE | 05AUG2003- 05AUG2003 | ON | DIZZINESS (Nervous system disorders) [LIGHT HEADED WHEN STOOD UP (NOT DUE TO POSTURAL HYPOTENSION)] | 1 | 26 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | E0039057 | 38 YRS BLACK MALE | 16JUL2003- 18JUL2003 | ON | CONSTIPATION (Gastrointestinal disorders) [CONSTIPATION] | 3 | 3 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 16JUL2003- 06AUG2003 | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 22 | 3 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 22JUL2003- 14AUG2003 | ON | LIBIDO DECREASED (Psychiatric disorders) [DECREASED SEX DRIVE] | 24 | 9 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 24JUL2003- 06AUG2003 | ON | CONSTIPATION (Gastrointestinal disorders) [CONSTIPATION] | 14 | 11 | MIL | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

461

Quetiapine Fumarate 5077US/0049                                          Page 61 of 270

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ | | | | | | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DT | LT | RH | DI | CA | ME | | |
| QUETIAPINE 300 MG (BIPOLAR I) | E0041008 | 32 YRS CAUCASIAN FEMALE | 23APR2003- 10JUN2003 | ON | DRY MOUTH (Gastrointestinal disorders) [INTERMITTENT DRY MOUTH] | 49 | 17 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | SEDATION (Nervous system di sorders) [INTERMITTENT SEDATION] | 49 | 17 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | E0042001 | 59 YRS CAUCASIAN FEMALE | 03JUL2003- CONTINUE | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | UNK | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | SOMNOLENCE (Nervous system di sorders) [DROWSINESS] | UNK | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 14JUL2003- 19AUG2003 | ON | DIZZINESS (Nervous system di sorders) [INTERMITTENT DIZZINESS (NOT POSTURAL HYPOTENSION)] | 37 | 13 | MIL | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

462

Quetiapine Fumarate 5077US/0049          Page 62 of 270

Listing 12.2.7.2  Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ | | | | | | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DT | LT | RH | DI | CA | ME | | |
| QUETIAPINE 300 MG (BIPOLAR II) | E0001002 | 47 YRS BLACK FEMALE | 12MAR2003- CONTINUE | ON | SEDATION (Nervous system disorders) [SEDATION] | UNK | 1 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 13MAR2003- CONTINUE | ON | DIZZINESS (Nervous system disorders) [LIGHTHEADED - (NOT DUE TO POSTURAL HYPOTENSION)] | UNK | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | FEELING ABNORMAL (General disorders and administration site conditions) [MENTALLY FOGGY] | UNK | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 16MAR2003- CONTINUE | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | UNK | 5 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | E0003018 | 33 YRS BLACK FEMALE | 16MAY2003- 10JUN2003 | ON | SOMNOLENCE (Nervous system disorders) [DROWSINESS] | 26 | 4 | MIL | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE  @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

463

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 300 MG (BIPOLAR II) | E0005011 | 26 YRS CAUCASIAN MALE | 24OCT2002- 25OCT2002 | ON | DIZZINESS (Nervous system disorders) [DIZZINESS NOT RELATED TO ORTHOSTATIC HYPOTENSION] | 2 | 1 | MOD | NO | N | N | N | N | N | N | NO YES | None |
|  |  |  | 24OCT2002- 24NOV2002 | ON | SEDATION (Nervous system disorders) [SEDATION] | 32 | 1 | MIL | NO | N | N | N | N | N | N | NO YES | None |
|  |  |  | 31OCT2002- 15NOV2002 | ON | DIZZINESS (Nervous system disorders) [DIZZINESS NOT RELATED TO ORTHOSTATIC HYPOTENSION] | 16 | 8 | MIL | NO | N | N | N | N | N | N | NO YES | None |
|  |  |  | 09NOV2002- 13NOV2002 | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 5 | 17 | MIL | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

464

Quetiapine Fumarate 5077US/0049                                             Page 64 of 270

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ | | | | | | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DT | LT | RH | DI | CA | ME | | |
| QUETIAPINE 300 MG (BIPOLAR II) | E0005030 | 19 YRS CAUCASIAN FEMALE | 27MAR2003- CONTINUE | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | UNK | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | DYSTONIA (Nervous system di sorders) [DYSTONIA] | UNK | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | SEDATION (Nervous system di sorders) [SEDATION] | UNK | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 31MAR2003- 31MAR2003 | ON | NAUSEA (Gastrointestinal disorders) [NAUSEA] | 1 | 6 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 01APR2003- 01APR2003 | ON | DIZZINESS (Nervous system di sorders) [DIZZINESS NOT DUE TO ORTHOSTATIC HYPOTENSION] | 1 | 7 | MIL | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

465

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ | | | | | | | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DT | LT | RH | DI | CA | ME | N | | |
| QUETIAPINE 300 MG (BIPOLAR II) | E0005030 | 19 YRS CAUCASIAN FEMALE | 15APR2003- 16APR2003 | ON | NAUSEA (Gastrointestinal disorders) [NAUSEA] | 2 | 21 | MOD | NO | N | N | N | N | N | N | N | NO YES | Temporarily Stopped |
| | | | | | VOMITING NOS (Gastrointestinal disorders) [VOMITING] | 2 | 21 | MOD | NO | N | N | N | N | N | N | N | NO YES | Temporarily Stopped |
| | E0005036 | 40 YRS CAUCASIAN FEMALE | 06MAY2003- 13MAY2003 | ON | AKATHISIA (Nervous system di sorders) [RESTLESS LEGS DUE TO EPS (AKATHISIA)] | 8 | 1 | MOD | NO | N | N | N | N | N | N | N | NO YES | None |
| | | | | | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 8 | 1 | MOD | NO | N | N | N | N | N | N | N | NO YES | None |
| | | | | | DYSKINESIA (Nervous system di sorders) [DECREASED COORDINATION SECONDARY TO EPS (DYSKINESIA)] | 8 | 1 | MIL | NO | N | N | N | N | N | N | N | NO YES | None |

466

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Listing 12.2.7.2  Treatment-Related Adverse Events

467

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 300 MG (BIPOLAR II) | E0005036 | 40 YRS CAUCASIAN FEMALE | 06MAY2003- 13MAY2003 | ON | SEDATION (Nervous system disorders) [SEDATION] | 8 | 1 | MOD | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |
| | | | | | SINUS CONGESTION (Respiratory, thoracic and mediastinal disorders) [SINUS CONGESTION] | 8 | 1 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | E0006015 | 36 YRS CAUCASIAN FEMALE | 11FEB2003- 11FEB2003 | ON | NIGHT SWEATS (Skin and subcutaneous tissue disorders) [NIGHT SWEAT] | 1 | 1 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 12FEB2003- CONTINUE | ON | SOMNOLENCE (Nervous system disorders) [INCREASE SLEEPINESS] | UNK | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 15FEB2003- 15FEB2003 | ON | DIARRHOEA NOS (Gastrointestinal disorders) [DIARRHEA] | 1 | 5 | MIL | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE  @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH, LT=LIFE-THREATENING, RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.
SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 300 MG (BIPOLAR II) | E0006015 | 36 YRS CAUCASIAN FEMALE | 16FEB2003- 04MAR2003 | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 17 | 6 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 20FEB2003- 20FEB2003 | ON | ORTHOSTATIC HYPOTENSION (Vascular disorders) [DIZZY (DUE TO POSTURAL HYPOTENSION)] | 1 | 10 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 22FEB2003- 23FEB2003 | ON | CONSTIPATION (Gastrointestinal disorders) [CONSTIPATION] | 2 | 12 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 25FEB2003- 25FEB2003 | ON | ORTHOSTATIC HYPOTENSION (Vascular disorders) [FAINT (DUE TO POSTURAL HYPOTENSION)] | 1 | 15 | MIL | NO | N | N | N | N | N | N | NO YES | None |

468

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE,  SEV=SEVERE  @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Quetiapine Fumarate 5077US/0049                                      Page 68 of 270

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ |||||| WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DT | LT | RH | DI | CA | ME | | |
| QUETIAPINE 300 MG (BIPOLAR II) | E0006015 | 36 YRS CAUCASIAN FEMALE | 01MAR2003- CONTINUE | ON | ANXIETY (Psychiatric disorders) [INNER FEELING OF SHAKING OR BOUNCING (ANXIETY NOT DUE TO EPS)] | UNK | 19 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | E0006016 | 43 YRS CAUCASIAN MALE | 19FEB2003- CONTINUE | ON | CONSTIPATION (Gastrointestinal disorders) [CONSTIPATION] | UNK | 3 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | UNK | 3 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 18MAR2003- CONTINUE | ON | SEDATION (Nervous system disorders) [SEDATION] | UNK | 30 | MOD | NO | N | N | N | N | N | N | NO YES | Dose Changed |
| | E0007008 | 42 YRS CAUCASIAN FEMALE | 18APR2003- 25APR2003 | ON | SEDATION (Nervous system disorders) [SEDATION] | 8 | 1 | MOD | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE,  SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

469

Quetiapine Fumarate 5077US/0049                                            Page 69 of 270

Listing 12.2.7.2  Treatment-Related Adverse Events

470

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 300 MG (BIPOLAR II) | E0009002 | 47 YRS CAUCASIAN MALE | 20NOV2002- 27NOV2002 | ON | APPETITE INCREASED NOS (Metabolism and nutrition disorders) [INCREASED APPETITE] | 8 | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | DEREALISATION (Psychiatric disorders) [DEREALIZATION] | 8 | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH (NOT DUE TO EPS)] | 8 | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | FATIGUE (General disorders and administration site conditions) [FATIGUE ON WALKING] | 8 | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | NASAL DRYNESS (Respiratory, thoracic and mediastinal disorders) [DRY SINUSES] | 8 | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE  @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE-STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA-TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 300 MG (BIPOLAR II) | E0009002 | 47 YRS CAUCASIAN MALE | 20NOV2002-27NOV2002 | ON | TONGUE DISORDER NOS (Gastrointestinal disorders) [THICK TONGUE] | 8 | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | TREMOR (Nervous system disorders) [TREMORS - (NOT DUE TO EPS)] | 8 | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 20NOV2002-17DEC2002 | ON | SEDATION (Nervous system disorders) [SEDATION] | 28 | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 28NOV2002-CONTINUE | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH - (NOT DUE TO EPS)] | UNK | 10 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 15DEC2002-CONTINUE | ON | MUSCLE TWITCHING (Musculoskeletal and connective tissue disorders) [TWITCHING OF FINGERS - (NOT DUE TO EPS)] | UNK | 27 | MIL | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,   LT=LIFE-THREATENING,   RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

471

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 300 MG (BIPOLAR II) | E0009006 | 20 YRS CAUCASIAN MALE | 14FEB2003- CONTINUE | ON | HEADACHE (Nervous system disorders) [POST - STUDY MEDICATION DOSE HEADACHE] | UNK | 18 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | E0009009 | 23 YRS CAUCASIAN FEMALE | 12MAR2003- 22MAR2003 | ON | SOMNOLENCE (Nervous system disorders) [DROWSINESS] | 11 | 1 | SEV | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |
| | E0010015 | 42 YRS HISPANIC MALE | 13MAR2003- CONTINUE | ON | CONSTIPATION (Gastrointestinal disorders) [CONSTIPATION] | UNK | 22 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | E0011004 | 32 YRS CAUCASIAN MALE | 31DEC2002- 31DEC2002 | ON | DIZZINESS (Nervous system disorders) [DIZZINESS NOT RELATED TO POSTURAL HYPOTENSION] | 1 | 8 | MIL | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

472

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ | | | | | | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DT | LT | RH | DI | CA | ME | | |
| QUETIAPINE 300 MG (BIPOLAR II) | E0011007 | 47 YRS CAUCASIAN FEMALE | 23DEC2002- 24DEC2002 | ON | ORTHOSTATIC HYPOTE NSION (Vascular disorder s) [LIGHTHEADEDNESS DUE TO POSTURAL HYPOTENSION] | 2 | 5 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 28DEC2002- 29JAN2003 | ON | CONSTIPATION (Gastrointestinal disorders) [CONSTIPATION] | 33 | 10 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 30DEC2002- 30DEC2002 | ON | URINARY INCONTINEN CE (Renal and urinary disorders) [URINARY INCONTINENCE] | 1 | 12 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 23JAN2003- CONTINUE | ON | ORTHOSTATIC HYPOTE NSION (Vascular disorder s) [DIZZINESS DUE TO POSTURAL HYPOTENSION] | UNK | 36 | MOD | NO | N | N | N | N | N | N | NO YES | None |

473

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE  @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Quetiapine Fumarate 5077US/0049                                          Page 73 of 270

Listing 12.2.7.2  Treatment-Related Adverse Events

474

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 300 MG (BIPOLAR II) | E0011007 | 47 YRS CAUCASIAN FEMALE | 23JAN2003- 29JAN2003 | ON | PALPITATIONS (Cardiac disorders) [HEART PALPITATIONS] | 7 | 36 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | E0011018 | 23 YRS OTHER MALE | 30MAY2003- CONTINUE | ON | SEDATION (Nervous system disorders) [SEDATION] | UNK | 9 | MIL | NO | N | N | N | N | N | N | NO YES | Dose Changed |
| | E0011024 | 36 YRS BLACK FEMALE | 24JUN2003- CONTINUE | ON | SEDATION (Nervous system disorders) [SEDATION] | UNK | 1 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | E0015003 | 54 YRS CAUCASIAN FEMALE | 25NOV2002- 04DEC2002 | ON | SEDATION (Nervous system disorders) [EXCESSIVE SEDATION] | 10 | 1 | MOD | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |
| | E0019003 | 27 YRS CAUCASIAN FEMALE | 24NOV2002- CONTINUE | ON | ABNORMAL DREAMS (Psychiatric disorders) [VIVID DREAMS] | UNK | 4 | MIL | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE  @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH, LT=LIFE-THREATENING, RH=REQUIRES OR PROLONGS HOSPITALIZATION, DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY, ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.
SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Listing 12.2.7.2  Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 300 MG (BIPOLAR II) | E0019003 | 27 YRS CAUCASIAN FEMALE | 24NOV2002- CONTINUE | ON | LETHARGY (General disorders and administratio n site conditions) [LETHARGIC (INCREASED)] | UNK | 4 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 25NOV2002- 09DEC2002 | ON | MICTURITION URGENC Y (Renal and urinary disorders) [URINATION URGENCY] | 15 | 5 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 16DEC2002- 19DEC2002 | ON | MENSES DELAYED (Reproductive syst em and breast diso rders) [DELAYED MENSTRUAL CYCLE (6 DAYS)] | 4 | 26 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 16DEC2002- 23DEC2002 | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 8 | 26 | MIL | NO | N | N | N | N | N | N | NO YES | None |

The SERIOUS REASON^ columns (DT LT RH DI CA ME) span above the N values.

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE  @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

475

Listing 12.2.7.2  Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ DT LT RH DI CA ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 300 MG (BIPOLAR II) | E0019003 | 27 YRS CAUCASIAN FEMALE | 19DEC2002- 21DEC2002 | ON | POLYMENORRHOEA (Reproductive system and breast disorders) [SHORTENED MENSTRUAL CYCLE] | 3 | 29 | MOD | NO | N  N  N  N  N  N | NO YES | None |
| | | | 16JAN2003- CONTINUE | ON | FLUSHING (Vascular disorders) [FLUSHING] | UNK | 57 | MOD | NO | N  N  N  N  N  N | NO YES | None |
| | E0019007 | 39 YRS CAUCASIAN FEMALE | 13NOV2002- CONTINUE | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | UNK | 1 | MOD | NO | N  N  N  N  N  N | NO YES | None |
| | | | | | LETHARGY (General disorders and administration site conditions) [TRANSIENT LETHARGY] | UNK | 1 | MOD | NO | N  N  N  N  N  N | NO YES | None |

476

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE,  SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Listing 12.2.7.2  Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ | | | | | | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DT | LT | RH | DI | CA | ME | | |
| QUETIAPINE 300 MG (BIPOLAR II) | E0019007 | 39 YRS CAUCASIAN FEMALE | 13NOV2002- CONTINUE | ON | RESTLESS LEGS SYNDROME (Nervous system disorders) [RESTLESS LEGS (NOT DUE TO EPS)] | UNK | 1 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | TACHYCARDIA NOS (Cardiac disorders) [TACHYCARDIA] | UNK | 1 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | E0019014 | 24 YRS CAUCASIAN MALE | 10JAN2003- CONTINUE | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | UNK | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | DYSARTHRIA (Nervous system disorders) [SLURRED SPEECH] | UNK | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | FLAT AFFECT (Psychiatric disorders) [FLAT AFFECT] | UNK | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |

477

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 300 MG (BIPOLAR II) | E0019014 | 24 YRS CAUCASIAN MALE | 10JAN2003- CONTINUE | ON | LETHARGY (General disorders and administratio n site conditions) [LETHARY] | UNK | 2 | MOD | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |
| | | | 12JAN2003- CONTINUE | ON | BALANCE IMPAIRED N OS (Nervous system di sorders) [EQUILIBRIUM PROBLEMS ( NOT DUE TO ORTHOSTATIC HYPOTENSION)] | UNK | 4 | MOD | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |
| | E0019018 | 34 YRS CAUCASIAN MALE | 02FEB2003- 20FEB2003 | ON | LETHARGY (General disorders and administratio n site conditions) [LETHARGY] | 19 | 4 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | E0019022 | 24 YRS CAUCASIAN FEMALE | 10FEB2003- 11FEB2003 | ON | DIARRHOEA NOS (Gastrointestinal disorders) [DIARRHIA] | 2 | 12 | MOD | NO | N | N | N | N | N | N | NO YES | None |

478

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
\# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE  @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ | | | | | | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DT | LT | RH | DI | CA | ME | | |
| QUETIAPINE 300 MG (BIPOLAR II) | E0019027 | 26 YRS HISPANIC FEMALE | 28FEB2003- 03MAR2003 | ON | BALANCE IMPAIRED NOS (Nervous system disorders) [PROBLEMS WITH EQUILITRIUM] | 4 | 2 | SEV | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |
| | | | | | DYSARTHRIA (Nervous system disorders) [SLURRED SPEECH] | 4 | 2 | SEV | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |
| | | | | | SEDATION (Nervous system disorders) [EXCESSIVE SEDATION] | 4 | 2 | MIL | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |
| | | | 28FEB2003- 06MAR2003 | ON | LETHARGY (General disorders and administration site conditions) [LETHARGY] | 7 | 2 | SEV | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |
| | E0019032 | 28 YRS CAUCASIAN FEMALE | 01APR2003- CONTINUE | ON | WEIGHT INCREASED (Investigations) [WEIGHT GAIN] | UNK | 1 | MOD | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE  @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.
SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

479

Quetiapine Fumarate 5077US/0049                                    Page 79 of 270

Listing 12.2.7.2  Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ | | | | | | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DT | LT | RH | DI | CA | ME | | |
| QUETIAPINE 300 MG (BIPOLAR II) | E0019032 | 28 YRS CAUCASIAN FEMALE | 01APR2003- 22APR2003 | ON | SEDATION (Nervous system disorders) [SEDATION] | 22 | 1 | SEV | NO | N | N | N | N | N | N | NO YES | None |
| | | | 02APR2003- 01MAY2003 | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 30 | 2 | SEV | NO | N | N | N | N | N | N | NO YES | None |
| | | | 02APR2003- 28MAY2003 | ON | LETHARGY (General disorders and administration site conditions) [LETHARGY] | 57 | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 03APR2003- 01MAY2003 | ON | DIZZINESS (Nervous system disorders) [DIZZINESS (NOT DUE TO ORTHOSTATIC HYPOTENSION)] | 29 | 3 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | E0019034 | 33 YRS CAUCASIAN FEMALE | 19MAR2003- CONTINUE | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | UNK | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE  @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

480

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ | | | | | | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DT | LT | RH | DI | CA | ME | | |
| QUETIAPINE 300 MG (BIPOLAR II) | E0019034 | 33 YRS CAUCASIAN FEMALE | 19MAR2003- CONTINUE | ON | SEDATION (Nervous system disorders) [SEDATION] | UNK | 2 | SEV | NO | N | N | N | N | N | N | NO YES | None |
| | E0019036 | 27 YRS CAUCASIAN MALE | 31MAR2003- CONTINUE | ON | SOMNOLENCE (Nervous system disorders) [MORNING DROWSINESS] | UNK | 7 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 10APR2003- CONTINUE | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | UNK | 17 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | SEXUAL DYSFUNCTION NOS (Reproductive system and breast disorders) [SEXUAL DYSFUNCTION] | UNK | 17 | MOD | NO | N | N | N | N | N | N | NO YES | None |

481

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE,  SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ | | | | | | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DT | LT | RH | DI | CA | ME | | |
| QUETIAPINE 300 MG (BIPOLAR II) | E0019039 | 35 YRS CAUCASIAN MALE | 01MAY2003- 04MAY2003 | ON | LETHARGY (General disorders and administratio n site conditions) [LETHARGY] | 4 | 1 | MOD | NO | N | N | N | N | N | N | YES YES | None |
| | | | 03MAY2003- 04MAY2003 | ON | ANXIETY (Psychiatric disor ders) [ANXIETY] | 2 | 3 | MOD | NO | N | N | N | N | N | N | YES YES | None |
| | | | | | BALANCE IMPAIRED N OS (Nervous system di sorders) [DECREASED EQUILITRIUM (NOT DUE TO ORTHOSTATIC HYPOTENSION)] | 2 | 3 | MIL | NO | N | N | N | N | N | N | YES YES | None |
| | | | | | DISTURBANCE IN ATT ENTION (Nervous system di sorders) [DECREASED CONCENTRATION] | 2 | 3 | MIL | NO | N | N | N | N | N | N | YES YES | None |

482

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
\# INT=INTENSITY: MIL=MILD, MOD=MODERATE,  SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ | | | | | | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DT | LT | RH | DI | CA | ME | | |
| QUETIAPINE 300 MG (BIPOLAR II) | E0019039 | 35 YRS CAUCASIAN MALE | 03MAY2003- 04MAY2003 | ON | DYSPNOEA (Respiratory, thor acic and mediastin al disorders) [SHORTNESS OF BREATH] | 2 | 3 | MIL | NO | N | N | N | N | N | N | YES YES | None |
| | | | | | PANIC DISORDER NOS (Psychiatric disor ders) [PANIC DISORDER SYMPTOMS] | 2 | 3 | MOD | NO | N | N | N | N | N | N | YES YES | None |
| | | | | | PARANOIA (Psychiatric disor ders) [PARANOIA] | 2 | 3 | MIL | NO | N | N | N | N | N | N | YES YES | None |
| | | | | | SUSPICIOUSNESS (Psychiatric disor ders) [SUSPICIOUSNESS] | 2 | 3 | MIL | NO | N | N | N | N | N | N | YES YES | None |
| | | | 03MAY2003- 05JUN2003 | ON | AKATHISIA (Nervous system di sorders) [AKATHISIA (NOT DUE TO EPS)] | 34 | 3 | MOD | NO | N | N | N | N | N | N | YES YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE,  SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:   12JUL2005 17:38:52  iceadmn3

483

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 300 MG (BIPOLAR II) | E0019041 | 22 YRS CAUCASIAN FEMALE | 22MAY2003- 19JUN2003 | ON | DIZZINESS (Nervous system disorders) [DIZZINESS (NOT DUE TO ORTHOSTATIC HYPOTENSION)] | 29 | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 29 | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | SOMNOLENCE (Nervous system disorders) [SOMNOLENCE] | 29 | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | E0019049 | 33 YRS CAUCASIAN FEMALE | 11JUL2003- CONTINUE | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | UNK | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 18JUL2003- CONTINUE | ON | ABNORMAL DREAMS (Psychiatric disorders) [VIVID DREAMS] | UNK | 9 | MOD | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

484

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 300 MG (BIPOLAR II) | E0019049 | 33 YRS CAUCASIAN FEMALE | 18JUL2003- CONTINUE | ON | CONSTIPATION (Gastrointestinal disorders) [CONSTIPATION] | UNK | 9 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | NIGHT SWEATS (Skin and subcutaneous tissue disorders) [NIGHT SWEATS] | UNK | 9 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 18JUL2003- 30JUL2003 | ON | DYSPNOEA (Respiratory, thoracic and mediastinal disorders) [LABORED BREATHING] | 13 | 9 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 29JUL2003- 01AUG2003 | ON | MUSCLE TWITCHING (Musculoskeletal and connective tissue disorders) [MUSCLE TWITCHING (NOT DUE TO EPS)] | 4 | 20 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 05AUG2003- 06AUG2003 | ON | SLEEP WALKING (Psychiatric disorders) [SLEEPWALKING] | 2 | 27 | MOD | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

485

Quetiapine Fumarate 5077US/0049                                    Page 85 of 270

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ DT LT RH DI CA ME | | | | | | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 300 MG (BIPOLAR II) | E0019049 | 33 YRS CAUCASIAN FEMALE | 15AUG2003- CONTINUE | ON | APPETITE INCREASED NOS (Metabolism and nu trition disorders) [INCREASED APPETITE] | UNK | 37 | MOD | NO | N N N N N N N | | | | | | | NO YES | None |
| | E0022052 | 46 YRS BLACK FEMALE | 11APR2003- 29APR2003 | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 19 | 2 | MIL | NO | N N N N N N N | | | | | | | NO YES | None |
| | | | 11APR2003- 20MAY2003 | ON | SOMNOLENCE (Nervous system di sorders) [SOMNOLENCE] | 40 | 2 | MIL | NO | N N N N N N N | | | | | | | NO YES | None |
| | E0022064 | 19 YRS CAUCASIAN MALE | 07MAY2003- 15MAY2003 | ON | SOMNOLENCE (Nervous system di sorders) [SOMNOLENCE] | 9 | 2 | MIL | NO | N N N N N N N | | | | | | | NO YES | None |
| | | | 07MAY2003- 17MAY2003 | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 11 | 2 | MIL | NO | N N N N N N N | | | | | | | NO YES | None |

486

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 300 MG (BIPOLAR II) | E0023002 | 19 YRS CAUCASIAN FEMALE | 05NOV2002- CONTINUE | ON | FATIGUE (General disorders and administratio n site conditions) [FATIGUE] | UNK | 1 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | E0023017 | 18 YRS CAUCASIAN MALE | 25MAR2003- 07APR2003 | ON | FATIGUE (General disorders and administratio n site conditions) [FATIGUE] | 14 | 1 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 25APR2003- 02MAY2003 | ON | FATIGUE (General disorders and administratio n site conditions) [FATIGUE] | 8 | 32 | MOD | NO | N | N | N | N | N | N | NO YES | Dose Changed |
| | E0023021 | 49 YRS CAUCASIAN MALE | 24APR2003- CONTINUE | ON | HEADACHE (Nervous system di sorders) [HEADACHE] | UNK | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 24APR2003- 09MAY2003 | ON | SEDATION (Nervous system di sorders) [SEDATION] | 16 | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |

487

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Listing 12.2.7.2  Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE-STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA-TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | \[SERIOUS REASON^\] DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 300 MG (BIPOLAR II) | E0023021 | 49 YRS CAUCASIAN MALE | 24APR2003-11JUN2003 | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 49 | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | E0023027 | 25 YRS CAUCASIAN FEMALE | 17MAY2003-CONTINUE | ON | FATIGUE (General disorders and administratio n site conditions) [FATIGUE] | UNK | 2 | MOD | NO | N | N | N | N | N | N | NO YES | Dose Changed |
| | | | 22MAY2003-CONTINUE | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | UNK | 7 | SEV | NO | N | N | N | N | N | N | NO YES | None |
| | E0023030 | 40 YRS CAUCASIAN FEMALE | 04JUN2003-CONTINUE | ON | SEDATION (Nervous system di sorders) [SEDATION] | UNK | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 06JUN2003-02JUL2003 | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 27 | 4 | MOD | NO | N | N | N | N | N | N | NO YES | None |

488

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE,  SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Quetiapine Fumarate 5077US/0049                                    Page 88 of 270

Listing 12.2.7.2  Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 300 MG (BIPOLAR II) | E0023040 | 32 YRS BLACK FEMALE | 04JUL2003- 15JUL2003 | ON | PAIN IN EXTREMITY (Musculoskeletal and connective tissue disorders) [PAIN IN RIGHT LEG] | 12 | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 04JUL2003- 30AUG2003 | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 58 | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | E0026014 | 57 YRS CAUCASIAN MALE | 19FEB2003- 05MAR2003 | ON | SEDATION (Nervous system disorders) [SEDATION] | 15 | 1 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 19FEB2003- 08MAR2003 | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 18 | 1 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | E0026019 | 39 YRS BLACK FEMALE | 18MAR2003- 19MAR2003 | ON | DIARRHOEA NOS (Gastrointestinal disorders) [DIARRHEA] | 2 | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |

489

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Quetiapine Fumarate 5077US/0049                                              Page 89 of 270

Listing 12.2.7.2   Treatment-Related Adverse Events

---

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ | | | | | | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DT | LT | RH | DI | CA | ME | | |
| QUETIAPINE 300 MG (BIPOLAR II) | E0026019 | 39 YRS BLACK FEMALE | 18MAR2003- 20MAR2003 | ON | PALPITATIONS (Cardiac disorders ) [HEART POUNDING] | 3 | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 18MAR2003- 07APR2003 | ON | NAUSEA (Gastrointestinal disorders) [NAUSEA] | 21 | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 18MAR2003- 01MAY2003 | ON | FLATULENCE (Gastrointestinal disorders) [GAS] | 45 | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 18MAR2003- 13MAY2003 | ON | APPETITE INCREASED NOS (Metabolism and nu trition disorders) [INCREASE OF APPETITE] | 57 | 2 | SEV | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 57 | 2 | SEV | NO | N | N | N | N | N | N | NO YES | None |

490

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,   LT=LIFE-THREATENING,   RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Quetiapine Fumarate 5077US/0049                                    Page 90 of 270

Listing 12.2.7.2   Treatment-Related Adverse Events

491

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ | | | | | | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DT | LT | RH | DI | CA | ME | | |
| QUETIAPINE 300 MG (BIPOLAR II) | E0026019 | 39 YRS BLACK FEMALE | 18MAR2003- 13MAY2003 | ON | DYSARTHRIA (Nervous system disorders) [SLURRED SPEECH] | 57 | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | SEDATION (Nervous system disorders) [SEDATION] | 57 | 2 | SEV | NO | N | N | N | N | N | N | NO YES | None |
| | E0027005 | 58 YRS CAUCASIAN FEMALE | 02JAN2003- 09JAN2003 | ON | SEDATION (Nervous system disorders) [SEDATION] | 8 | 8 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | E0029009 | 44 YRS CAUCASIAN MALE | 21JAN2003- CONTINUE | ON | SEDATION (Nervous system disorders) [SEDATION] | UNK | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 03FEB2003- CONTINUE | ON | CONSTIPATION (Gastrointestinal disorders) [CONSTIPATION] | UNK | 15 | MIL | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE,  SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Listing 12.2.7.2  Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 300 MG (BIPOLAR II) | E0029009 | 44 YRS CAUCASIAN MALE | 03FEB2003- CONTINUE | ON | LIBIDO DECREASED (Psychiatric disorders) [DECREASED LIBIDO] | UNK | 15 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | E0029021 | 38 YRS CAUCASIAN FEMALE | 19MAR2003- CONTINUE | ON | SEDATION (Nervous system disorders) [SEDATION] | UNK | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | E0029026 | 65 YRS CAUCASIAN MALE | 16APR2003- CONTINUE | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | UNK | 3 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 16APR2003- 22APR2003 | ON | DIZZINESS (Nervous system disorders) [DIZZINESS NOT DUE TO ORTHOSTATIC HYPOTENSION] | 7 | 3 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | SEDATION (Nervous system disorders) [SEDATION] | 7 | 3 | MIL | NO | N | N | N | N | N | N | NO YES | Dose Changed |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE,  SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

492

Quetiapine Fumarate 5077US/0049                                              Page 92 of 270

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ | | | | | | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DT | LT | RH | DI | CA | ME | | |
| QUETIAPINE 300 MG (BIPOLAR II) | E0029026 | 65 YRS CAUCASIAN MALE | 16APR2003- 22APR2003 | ON | TONGUE DISORDER NOS (Gastrointestinal disorders) [FEELING OF TONGUE THICKNESS] | 7 | 3 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 23APR2003- CONTINUE | ON | MUSCLE TIGHTNESS (Musculoskeletal and connective tissue disorders) [MUSCLE TIGHTNESS IN MORNING ( NOT DUE TO EPS )] | UNK | 10 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 25APR2003- 02JUN2003 | ON | URINARY HESITATION (Renal and urinary disorders) [URINARY HESITANCY] | 39 | 12 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 06MAY2003- CONTINUE | ON | CONSTIPATION (Gastrointestinal disorders) [CONSTIPATION] | UNK | 23 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 06MAY2003- 19MAY2003 | ON | SEDATION (Nervous system disorders) [SEDATION] | 14 | 23 | MIL | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

493

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 300 MG (BIPOLAR II) | E0029030 | 31 YRS CAUCASIAN MALE | 29MAY2003- 16JUN2003 | ON | SEDATION (Nervous system disorders) [SEDATION] | 19 | 3 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 18JUN2003- 21JUL2003 | ON | SEDATION (Nervous system disorders) [MORNING SEDATION] | 34 | 23 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | E0031008 | 31 YRS CAUCASIAN FEMALE | 01MAR2003- CONTINUE | ON | CONSTIPATION (Gastrointestinal disorders) [CONSTIPATION] | UNK | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | SEDATION (Nervous system disorders) [DAYTIME SEDATION] | UNK | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 01MAR2003- 07APR2003 | ON | ORTHOSTATIC HYPOTENSION (Vascular disorders) [INTERMITTENT DIZZINESS DUE TO POSTURAL HYPOTENSION] | 38 | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |

```
            * POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
             # INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE  @SER=SERIOUS
     ^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
          DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
          ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
                              ** WD=WITHDRAWN.
         Note:  The adverse events are coded using MedDRA version 6.0.

         SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
                    GENERATED:  12JUL2005 17:38:52  iceadmn3
```

494

Quetiapine Fumarate 5077US/0049                                        Page 94 of 270

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 300 MG (BIPOLAR II) | E0031008 | 31 YRS CAUCASIAN FEMALE | 02MAR2003- 15MAR2003 | ON | NIGHTMARE (Psychiatric disorders) [NIGHTMARES] | 14 | 3 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 13APR2003- 19APR2003 | ON | INSOMNIA (Psychiatric disorders) [INSOMNIA] | 7 | 45 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | E0031020 | 44 YRS CAUCASIAN MALE | 22APR2003- 01MAY2003 | ON | MUSCLE CRAMP (Musculoskeletal and connective tissue disorders) [ARM CRAMPS (NOT DUE TO EPS)] | 10 | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | MUSCLE CRAMP (Musculoskeletal and connective tissue disorders) [LEG CRAMPS (NOT DUE TO EPS)] | 10 | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 22APR2003- 16MAY2003 | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 25 | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

495

Quetiapine Fumarate 5077US/0049                                  Page 95 of 270

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE-STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA-TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ | | | | | | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DT | LT | RH | DI | CA | ME | | |
| QUETIAPINE 300 MG (BIPOLAR II) | E0031020 | 44 YRS CAUCASIAN MALE | 22APR2003-16MAY2003 | ON | SEDATION (Nervous system di sorders) [DAYTIME SEDATION] | 25 | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | E0031021 | 27 YRS BLACK MALE | 26APR2003-06MAY2003 | ON | DIZZINESS (Nervous system di sorders) [DIZZINESS NOT DUE TO ORTHOSTATIC HYPOTENSION] | 11 | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 26APR2003-10JUN2003 | ON | SEDATION (Nervous system di sorders) [DAYTIME SEDATION] | 46 | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 19JUN2003-CONTINUE | ON | ATRIOVENTRICULAR B LOCK FIRST DEGREE (Cardiac disorders ) [FIRST DEGREE BLOCK] | UNK | 56 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | E0031029 | 24 YRS CAUCASIAN MALE | 19JUN2003-03JUL2003 | ON | VISION BLURRED (Eye disorders) [BLURRED VISION] | 15 | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE,  SEV=SEVERE  @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

496

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 300 MG (BIPOLAR II) | E0031029 | 24 YRS CAUCASIAN MALE | 19JUN2003- 04JUL2003 | ON | AKATHISIA (Nervous system disorders) [AKATHESIA] | 16 | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 20JUN2003- 07JUL2003 | ON | SEDATION (Nervous system disorders) [DAYTIME SEDATION] | 18 | 3 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 21JUN2003- 07JUL2003 | ON | COORDINATION ABNORMAL NOS (Nervous system disorders) [LOSS OF COORDINATION (NOT DUE TO EPS)] | 17 | 4 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | NAUSEA (Gastrointestinal disorders) [NAUSEA] | 17 | 4 | MOD | NO | N | N | N | N | N | N | YES YES | Dose Changed |
| | E0033002 | 59 YRS CAUCASIAN MALE | 11JAN2003- CONTINUE | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | UNK | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE  @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

497

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 300 MG (BIPOLAR II) | E0033002 | 59 YRS CAUCASIAN MALE | 17JAN2003- 26JAN2003 | ON | HYPERSOMNIA (Nervous system di sorders) [HYPERSOMNIA] | 10 | 8 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 04FEB2003- CONTINUE | ON | TINNITUS (Ear and labyrinth disorders) [TINNITUS] | UNK | 26 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 25FEB2003- 27FEB2003 | ON | SOMNOLENCE (Nervous system di sorders) [SLEEPINESS] | 3 | 47 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 28FEB2003- 28FEB2003 | ON | DYSPEPSIA (Gastrointestinal disorders) [INDIGESTION] | 1 | 50 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | E0033006 | 38 YRS CAUCASIAN MALE | 24JAN2003- CONTINUE | ON | DYSPNOEA (Respiratory, thor acic and mediastin al disorders) [SHORTNESS OF BREATH] | UNK | 2 | MIL | NO | N | N | N | N | N | N | NO YES | Temporarily Stopped |

```
       * POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
       # INT=INTENSITY: MIL=MILD, MOD=MODERATE,  SEV=SEVERE   @SER=SERIOUS
   ^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
       DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
       ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
                              ** WD=WITHDRAWN.
       Note:  The adverse events are coded using MedDRA version 6.0.

       SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
                   GENERATED:  12JUL2005 17:38:52  iceadmn3
```

498

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ | | | | | | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DT | LT | RH | DI | CA | ME | | |
| QUETIAPINE 300 MG (BIPOLAR II) | E0033006 | 38 YRS CAUCASIAN MALE | 24JAN2003- CONTINUE | ON | PALPITATIONS (Cardiac disorders ) [HEART PALPITATIONS] | UNK | 2 | MOD | NO | N | N | N | N | N | N | NO YES | Temporarily Stopped |
| | | | | | SPEECH DISORDER (Nervous system disorders) [ANXIOUS, PRESSED SPEECH] | UNK | 2 | MIL | NO | N | N | N | N | N | N | NO YES | Temporarily Stopped |
| | | | 25JAN2003- CONTINUE | ON | LOSS OF LIBIDO (Psychiatric disorders) [LOSS OF LIBIDO,] | UNK | 3 | MOD | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |
| | E0033021 | 27 YRS CAUCASIAN FEMALE | 03JUL2003- CONTINUE | ON | DIZZINESS (Nervous system disorders) [LIGHTHEADEDNESS - (NOT DUE TO POSTURAL HYPOTENSION)] | UNK | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |

499

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.
SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Quetiapine Fumarate 5077US/0049                                                    Page 99 of 270

Listing 12.2.7.2  Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ | | | | | | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DT | LT | RH | DI | CA | ME | | |
| QUETIAPINE 300 MG (BIPOLAR II) | E0033021 | 27 YRS CAUCASIAN FEMALE | 03JUL2003- CONTINUE | ON | MUSCLE CRAMP (Musculoskeletal and connective tissue disorders) [LEG CRAMPS (NOT DUE TO EPS)] | UNK | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 03JUL2003- 25JUL2003 | ON | PALPITATIONS (Cardiac disorders) [HEART PALPITATIONS] | 23 | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | SOMNOLENCE (Nervous system disorders) [GROGGY] | 23 | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 04JUL2003- 25JUL2003 | ON | DIZZINESS (Nervous system disorders) [DIZZINESS (NOT DUE TO POSTURAL HYPOTENSION)] | 22 | 3 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 09JUL2003- CONTINUE | ON | DIARRHOEA NOS (Gastrointestinal disorders) [DIARRHEA] | UNK | 8 | MIL | NO | N | N | N | N | N | N | NO YES | None |

500

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE,  SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ | | | | | | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DT | LT | RH | DI | CA | ME | | |
| QUETIAPINE 300 MG (BIPOLAR II) | E0033021 | 27 YRS CAUCASIAN FEMALE | 14JUL2003- CONTINUE | ON | TREMOR (Nervous system disorders) [TREMORS - (NOT DUE TO EPS)] | UNK | 13 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 16JUL2003- CONTINUE | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | UNK | 15 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 18JUL2003- 25JUL2003 | ON | FATIGUE (General disorders and administration site conditions) [FATIGUE] | 8 | 17 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | E0035013 | 28 YRS CAUCASIAN FEMALE | 08FEB2003- 12FEB2003 | ON | ANXIETY (Psychiatric disorders) [ANXIETY] | 5 | 5 | MOD | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |
| | | | | | RESTLESSNESS (Psychiatric disorders) [RESTLESSNESS NOT DUE TO EPS] | 5 | 5 | MOD | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,   LT=LIFE-THREATENING,   RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

501

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE-STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA-TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ | | | | | | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DT | LT | RH | DI | CA | ME | | |
| QUETIAPINE 300 MG (BIPOLAR II) | E0035015 | 33 YRS HISPANIC FEMALE | 11FEB2003-16FEB2003 | ON | SEDATION (Nervous system disorders) [EXTREME SEDATION] | 6 | 1 | SEV | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |
| | E0035023 | 41 YRS CAUCASIAN MALE | 15MAY2003-CONTINUE | ON | DIZZINESS (Nervous system disorders) [LIGHTHEADEDNESS NOT DUE TO POSTURAL HYPOTENSION] | UNK | 3 | MIL | NO | N | N | N | N | N | N | NO YES | Dose Changed |
| | | | | | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | UNK | 3 | MOD | NO | N | N | N | N | N | N | NO YES | Dose Changed |
| | | | | | FATIGUE (General disorders and administration site conditions) [FATIGUE] | UNK | 3 | MOD | NO | N | N | N | N | N | N | NO YES | Dose Changed |
| | | | | | FLUSHING (Vascular disorders) [HOT FLASHES] | UNK | 3 | MIL | NO | N | N | N | N | N | N | NO YES | Dose Changed |

502

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE,  SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,   LT=LIFE-THREATENING,   RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Quetiapine Fumarate 5077US/0049                                    Page 102 of 270

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 300 MG (BIPOLAR II) | E0035023 | 41 YRS CAUCASIAN MALE | 15MAY2003- CONTINUE | ON | SEDATION (Nervous system disorders) [SEDATION] | UNK | 3 | MOD | NO | N | N | N | N | N | N | NO YES | Dose Changed |
| | E0039052 | 37 YRS BLACK FEMALE | 23JUN2003- CONTINUE | ON | SOMNOLENCE (Nervous system disorders) [DROWSINESS] | UNK | 4 | MIL | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |
| | | | 26JUN2003- 26JUN2003 | ON | HEADACHE (Nervous system disorders) [HEADACHE] | 1 | 7 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 01JUL2003- 01JUL2003 | ON | HEADACHE (Nervous system disorders) [HEADACHE] | 1 | 12 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | E0039056 | 46 YRS BLACK MALE | 21JUL2003- CONTINUE | ON | CONSTIPATION (Gastrointestinal disorders) [CONSTIPATION] | UNK | 7 | MIL | NO | N | N | N | N | N | N | NO YES | None |

503

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.
SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Quetiapine Fumarate 5077US/0049                                           Page 103 of 270

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ DT LT RH DI CA ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 300 MG (BIPOLAR II) | E0040003 | 50 YRS CAUCASIAN FEMALE | 22JUL2003- 29JUL2003 | ON | DIZZINESS (Nervous system disorders) [DIZZINESS (NOT DUE TO ORTHOSTATIC HYPOTENSION)] | 8 | 4 | MIL | NO | N N N N N N | NO YES | None |
| | | | 23JUL2003- 04AUG2003 | ON | AKATHISIA (Nervous system disorders) [AKATHISIA] | 13 | 5 | MIL | NO | N N N N N N | NO YES | None |

504

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,   LT=LIFE-THREATENING,   RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Quetiapine Fumarate 5077US/0049                                          Page 104 of 270

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR I) | E0002009 | 42 YRS CAUCASIAN FEMALE | 05MAR2003- 11APR2003 | ON | FATIGUE (General disorders and administratio n site conditions) [TIREDNESS] | 38 | 3 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 06MAR2003- CONTINUE | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | UNK | 4 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 07MAR2003- 10MAR2003 | ON | MUSCLE TWITCHING (Musculoskeletal a nd connective tiss ue disorders) [TWITCHING IN LOWER LEGS UNKNOWN IF DUE TO EPS] | 4 | 5 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 09MAR2003- CONTINUE | ON | DIZZINESS (Nervous system di sorders) [DIZZINESS NOT DUE TO POSTURAL HYPOTENSION] | UNK | 7 | MIL | NO | N | N | N | N | N | N | NO YES | None |

505

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,   LT=LIFE-THREATENING,   RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Quetiapine Fumarate 5077US/0049

Listing 12.2.7.2  Treatment-Related Adverse Events

506

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR I) | E0002009 | 42 YRS CAUCASIAN FEMALE | 18MAR2003- CONTINUE | ON | ASTHENIA (General disorders and administratio n site conditions) [WEAKNESS IN LOWER LIMBS] | UNK | 16 | MIL | NO | N | N | N | N | N | N | NO YES | Dose Changed |
| | | | 03APR2003- CONTINUE | ON | PARAESTHESIA (Nervous system di sorders) [TINGLINESS IN LOWER LIMBS] | UNK | 32 | MOD | NO | N | N | N | N | N | N | NO YES | Dose Changed |
| | E0002011 | 35 YRS CAUCASIAN FEMALE | 29APR2003- CONTINUE | ON | ABDOMINAL DISTENSI ON (Gastrointestinal disorders) [BLOATING] | UNK | 1 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | CONSTIPATION (Gastrointestinal disorders) [CONSTIPATION] | UNK | 1 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | SOMNOLENCE (Nervous system di sorders) [DROWSINESS] | UNK | 1 | MOD | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE  @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Quetiapine Fumarate 5077US/0049                                          Page 106 of 270

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ |||||| WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DT | LT | RH | DI | CA | ME | | |
| QUETIAPINE 600 MG (BIPOLAR I) | E0002011 | 35 YRS CAUCASIAN FEMALE | 30APR2003- 16MAY2003 | ON | DYSKINESIA (Nervous system di sorders) [MUSCLE TWITCHINGS IN LOWER EXTREMITIES DUE TO EPS - DYSKINESIA] | 17 | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | E0003010 | 54 YRS CAUCASIAN FEMALE | 04FEB2003- 12FEB2003 | ON | SOMNOLENCE (Nervous system di sorders) [SOMNOLENCE] | 9 | 2 | SEV | NO | N | N | N | N | N | N | NO YES | None |
| | | | 13FEB2003- 15FEB2003 | ON | DYSPEPSIA (Gastrointestinal disorders) [INDIGESTION] | 3 | 11 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 28FEB2003- CONTINUE | ON | VISION BLURRED (Eye disorders) [BLURRED VISION] | UNK | 26 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 02MAR2003- 02MAR2003 | ON | DYSPEPSIA (Gastrointestinal disorders) [INDIGESTION] | 1 | 28 | MIL | NO | N | N | N | N | N | N | NO YES | None |

507

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE  @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Quetiapine Fumarate 5077US/0049                                         Page 107 of 270

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ | | | | | | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DT | LT | RH | DI | CA | ME | | |
| QUETIAPINE 600 MG (BIPOLAR I) | E0003010 | 54 YRS CAUCASIAN FEMALE | 06MAR2003- 08MAR2003 | ON | DYSPEPSIA (Gastrointestinal disorders) [INDIGESTION] | 3 | 32 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 14MAR2003- CONTINUE | ON | DYSPEPSIA (Gastrointestinal disorders) [INDIGESTION] | UNK | 40 | SEV | NO | N | N | N | N | N | N | NO YES | None |
| | | | 14MAR2003- 14MAR2003 | ON | INSOMNIA (Psychiatric disorders) [INSOMNIA] | 1 | 40 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | E0003011 | 26 YRS CAUCASIAN FEMALE | 07FEB2003- 07FEB2003 | ON | DIZZINESS (Nervous system disorders) [DIZZINESS - NOT DUE TO POSTURAL HYPOTENSION] | 1 | 4 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 08FEB2003- CONTINUE | ON | SOMNOLENCE (Nervous system disorders) [SOMNOLENCE] | UNK | 5 | MOD | NO | N | N | N | N | N | N | NO YES | None |

508

```
        * POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
        # INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
   ^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
        DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
        ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
                            ** WD=WITHDRAWN.
        Note:  The adverse events are coded using MedDRA version 6.0.
        SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
                    GENERATED:  12JUL2005 17:38:52  iceadmn3
```

Listing 12.2.7.2  Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR I) | E0003011 | 26 YRS CAUCASIAN FEMALE | 08FEB2003- 09FEB2003 | ON | NAUSEA (Gastrointestinal disorders) [NAUSEA] | 2 | 5 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | E0003016 | 33 YRS CAUCASIAN FEMALE | 24MAY2003- 03JUL2003 | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 41 | 3 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | FEELING JITTERY (General disorders and administratio n site conditions) [JITTERY FEELING - INTERNAL] | 41 | 3 | SEV | NO | N | N | N | N | N | N | NO YES | None |
| | | | 31MAY2003- 08JUN2003 | ON | HOARSENESS (Respiratory, thor acic and mediastin al disorders) [HOARSENESS] | 9 | 10 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 03JUN2003- 12JUN2003 | ON | INSOMNIA (Psychiatric disor ders) [INSOMNIA] | 10 | 13 | SEV | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Quetiapine Fumarate 5077US/0049                                          Page 109 of 270

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | SERIOUS REASON^ | | | | | |
| QUETIAPINE 600 MG (BIPOLAR I) | E0003016 | 33 YRS CAUCASIAN FEMALE | 09JUN2003- 12JUN2003 | ON | IRRITABILITY (Psychiatric disorders) [IRRITABILITY] | 4 | 19 | SEV | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |
| | E0003019 | 51 YRS CAUCASIAN MALE | 28JUN2003- 15JUL2003 | ON | SOMNOLENCE (Nervous system disorders) [MORNING DROWSINESS] | 18 | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 24JUL2003- 07AUG2003 | ON | TINNITUS (Ear and labyrinth disorders) [TINNITUS] | 15 | 28 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 25JUL2003- 21AUG2003 | ON | SOMNOLENCE (Nervous system disorders) [MORNING DROWSINESS] | 28 | 29 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 29JUL2003- 07AUG2003 | ON | BLADDER DISORDER NOS (Renal and urinary disorders) [SLOW EMPTYING BLADDER] | 10 | 33 | MIL | NO | N | N | N | N | N | N | NO YES | None |

510

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE,  SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Quetiapine Fumarate 5077US/0049                                        Page 110 of 270

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE-STOP DATE | ON/POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA-TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR I) | E0003019 | 51 YRS CAUCASIAN MALE | 14AUG2003-21AUG2003 | ON | WEIGHT INCREASED (Investigations) [WEIGHT GAIN] | 8 | 49 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | E0003020 | 34 YRS CAUCASIAN MALE | 27JUL2003-31JUL2003 | ON | ORTHOSTATIC HYPOTENSION (Vascular disorders) [ORTHOSTATIC HYPOTENSION] | 5 | 5 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 27JUL2003-06AUG2003 | ON | DIZZINESS (Nervous system disorders) [LIGHT HEADEDNESS NOT DUE TO POSTURAL HYPOTENSION] | 11 | 5 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | SEDATION (Nervous system disorders) [SEDATION] | 11 | 5 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 27JUL2003-20AUG2003 | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 25 | 5 | MOD | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

511