Quetiapine Fumarate 5077US/0049                                    Page 111 of 270

Listing 12.2.7.2  Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR I) | E0003020 | 34 YRS CAUCASIAN MALE | 06AUG2003- 06AUG2003 | ON | ORTHOSTATIC HYPOTENSION (Vascular disorders) [ORTHOSTATIC HYPOTENSION] | 1 | 15 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | E0004001 | 33 YRS HISPANIC FEMALE | 30SEP2002- 12OCT2002 | ON | DIZZINESS (Nervous system disorders) [AM DIZZYNESS (NOT DUE TO POSTURAL HYPOTENSION)] | 13 | 1 | MOD | NO | N | N | N | N | N | N | NO YES | Dose Changed |
| | | | | | SEDATION (Nervous system disorders) [SEDATION] | 13 | 1 | MOD | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |
| | | | 02OCT2002- 07OCT2002 | ON | ARTHRALGIA (Musculoskeletal and connective tissue disorders) [RIGHT SHOULDER PAIN] | 6 | 3 | MIL | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE  @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

512

Quetiapine Fumarate 5077US/0049                                      Page 112 of 270

Listing 12.2.7.2  Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ | | | | | | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DT | LT | RH | DI | CA | ME | | |
| QUETIAPINE 600 MG (BIPOLAR I) | E0004001 | 33 YRS HISPANIC FEMALE | 02OCT2002- 07OCT2002 | ON | INJURY (Injury, poisoning and procedural co mplications) [FALL] | 6 | 3 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 04OCT2002- 12OCT2002 | ON | ABDOMINAL DISTENSI ON (Gastrointestinal disorders) [FEELING BLOATED] | 9 | 5 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 06OCT2002- 12OCT2002 | ON | DYSARTHRIA (Nervous system di sorders) [SLURRED SPEECH] | 7 | 7 | MIL | NO | N | N | N | N | N | N | NO YES | Dose Changed |
| | | | 12OCT2002- 21OCT2002 | ON | DIZZINESS (Nervous system di sorders) [AM DIZZYNESS (NOT DUE TO POSTURAL HYPOTENSION)] | 10 | 13 | MIL | NO | N | N | N | N | N | N | NO YES | Dose Changed |
| | | | | | SEDATION (Nervous system di sorders) [SEDATION] | 10 | 13 | MIL | NO | N | N | N | N | N | N | NO YES | Dose Changed |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE  @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

513

Quetiapine Fumarate 5077US/0049                                        Page 113 of 270

Listing 12.2.7.2  Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ | | | | | | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DT | LT | RH | DI | CA | ME | | |
| QUETIAPINE 600 MG (BIPOLAR I) | E0004001 | 33 YRS HISPANIC FEMALE | 21OCT2002- 01NOV2002 | ON | DIZZINESS (Nervous system di sorders) [AM DIZZYNESS (NOT DUE TO POSTURAL HYPOTENSION)] | 12 | 22 | SEV | NO | N | N | N | N | N | N | NO YES | Dose Changed |
| | | | | | DYSARTHRIA (Nervous system di sorders) [SLURRED SPEECH IN P.M.] | 12 | 22 | MOD | NO | N | N | N | N | N | N | YES YES | Dose Changed |
| | | | | | SEDATION (Nervous system di sorders) [SEDATION] | 12 | 22 | SEV | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |
| | E0004009 | 22 YRS CAUCASIAN FEMALE | 27DEC2002- 27DEC2002 | ON | DYSPEPSIA (Gastrointestinal disorders) [STOMACH BUTTERFLIES (UPSET STOMACH)] | 1 | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE,  SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

514

Quetiapine Fumarate 5077US/0049                                    Page 114 of 270

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ | | | | | | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DT | LT | RH | DI | CA | ME | | |
| QUETIAPINE 600 MG (BIPOLAR I) | E0004009 | 22 YRS CAUCASIAN FEMALE | 27DEC2002- 31DEC2002 | ON | MUSCLE CRAMP (Musculoskeletal a nd connective tiss ue disorders) [INCREASED LEG CRAMPS ( NOT DUE TO EPS)] | 5 | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 27DEC2002- 10JAN2003 | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 15 | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | E0004012 | 20 YRS OTHER FEMALE | 14JAN2003- 14JAN2003 | ON | DIZZINESS (Nervous system di sorders) [DIZZINESS (NOT DUE TO POSTURAL HYPOTENSION)] | 1 | 1 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 15JAN2003- 30JAN2003 | ON | SEDATION (Nervous system di sorders) [DAYTIME SEDATION] | 16 | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 15JAN2003- 18FEB2003 | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 35 | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |

515

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Quetiapine Fumarate 5077US/0049                                      Page 115 of 270

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ | | | | | | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DT | LT | RH | DI | CA | ME | | |
| QUETIAPINE 600 MG (BIPOLAR I) | E0004012 | 20 YRS OTHER FEMALE | 22JAN2003- 30JAN2003 | ON | APPETITE INCREASED NOS (Metabolism and nu trition disorders) [INCREASED APPETITE] | 9 | 9 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 05FEB2003- 18FEB2003 | ON | CONSTIPATION (Gastrointestinal disorders) [CONSTIPATION] | 14 | 23 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 26FEB2003- 05MAR2003 | ON | APPETITE INCREASED NOS (Metabolism and nu trition disorders) [INCREASED APPETITE] | 8 | 44 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | E0004015 | 47 YRS CAUCASIAN MALE | 21FEB2003- CONTINUE | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | UNK | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 25FEB2003- CONTINUE | ON | CONSTIPATION (Gastrointestinal disorders) [INTERMITTENT CONSTIPATION] | UNK | 6 | MIL | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Quetiapine Fumarate 5077US/0049                                           Page 116 of 270

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR I) | E0004015 | 47 YRS CAUCASIAN MALE | 25FEB2003- CONTINUE | ON | POLLAKIURIA (Renal and urinary disorders) [URINARY FREQUENCY] | UNK | 6 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 28FEB2003- 30MAR2003 | ON | LETHARGY (General disorders and administratio n site conditions) [AM LETHARGY] | 31 | 9 | MOD | NO | N | N | N | N | N | N | NO YES | Dose Changed |
| | E0005003 | 48 YRS CAUCASIAN MALE | 02OCT2002- 13OCT2002 | ON | LETHARGY (General disorders and administratio n site conditions) [LETHARGY] | 12 | 1 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | SEDATION (Nervous system di sorders) [SEDATION] | 12 | 1 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 02OCT2002- 16OCT2002 | ON | INSOMNIA (Psychiatric disor ders) [SLEEPLESSNESS] | 15 | 1 | MOD | NO | N | N | N | N | N | N | NO YES | None |

```
        * POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
          # INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE  @SER=SERIOUS
   ^ SERIOUS REASON: DT=DEATH,   LT=LIFE-THREATENING,   RH=REQUIRES OR PROLONGS HOSPITALIZATION,
        DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
        ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
                            ** WD=WITHDRAWN.
      Note:  The adverse events are coded using MedDRA version 6.0.

     SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
                  GENERATED:  12JUL2005 17:38:52  iceadmn3
```

517

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ | | | | | | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DT | LT | RH | DI | CA | ME | | |
| QUETIAPINE 600 MG (BIPOLAR I) | E0005003 | 48 YRS CAUCASIAN MALE | 02OCT2002- 07NOV2002 | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 37 | 1 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 04OCT2002- 13OCT2002 | ON | APPETITE INCREASED NOS (Metabolism and nu trition disorders) [INCREASED APPETITE] | 10 | 3 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 18OCT2002- 31OCT2002 | ON | APPETITE INCREASED NOS (Metabolism and nu trition disorders) [INCREASED APPETITE] | 14 | 17 | MOD | NO | N | N | N | N | N | N | NO YES | Dose Changed |
| | | | | | LETHARGY (General disorders and administratio n site conditions) [LETHARGY] | 14 | 17 | MOD | NO | N | N | N | N | N | N | NO YES | Dose Changed |
| | | | | | SEDATION (Nervous system di sorders) [SEDATION] | 14 | 17 | MOD | NO | N | N | N | N | N | N | NO YES | Dose Changed |

518

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,   LT=LIFE-THREATENING,   RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

Quetiapine Fumarate 5077US/0049                                    Page 118 of 270

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | SERIOUS REASON^ | | | | | | | |
| QUETIAPINE 600 MG (BIPOLAR I) | E0005003 | 48 YRS CAUCASIAN MALE | 23OCT2002- 07NOV2002 | ON | NASAL CONGESTION (Respiratory, thor acic and mediastin al disorders) [NASAL CONGESTION] | 16 | 22 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | E0005007 | 44 YRS CAUCASIAN FEMALE | 10OCT2002- CONTINUE | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | UNK | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 11OCT2002- 20OCT2002 | ON | LETHARGY (General disorders and administratio n site conditions) [LETHARGY] | 10 | 3 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 13OCT2002- CONTINUE | ON | DYSPEPSIA (Gastrointestinal disorders) [INTERMITTENT HEARTBURN] | UNK | 5 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 17OCT2002- 31OCT2002 | ON | DYSPHAGIA (Gastrointestinal disorders) [DIFFICULTY SWALLOWING] | 15 | 9 | MOD | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,   LT=LIFE-THREATENING,   RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

519

Listing 12.2.7.2  Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ | | | | | | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DT | LT | RH | DI | CA | ME | | |
| QUETIAPINE 600 MG (BIPOLAR I) | E0005007 | 44 YRS CAUCASIAN FEMALE | 30OCT2002- CONTINUE | ON | AKATHISIA (Nervous system disorders) [AKATHISIA] | UNK | 22 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | DYSTONIA (Nervous system disorders) [MUSCLE TENSION SECONDARY TO EPS (DYSTONIA)] | UNK | 22 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | E0005008 | 43 YRS CAUCASIAN MALE | 15OCT2002- CONTINUE | ON | BALANCE IMPAIRED NOS (Nervous system disorders) [UNSTEADY] | UNK | 1 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | UNK | 1 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | SEDATION (Nervous system disorders) [SEDATION] | UNK | 1 | MOD | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR I) | E0005008 | 43 YRS CAUCASIAN MALE | 18NOV2002- CONTINUE | ON | APPETITE DECREASED NOS (Metabolism and nu trition disorders) [DECREASED APPETITE] | UNK | 35 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | E0005009 | 24 YRS CAUCASIAN MALE | 29OCT2002- 03NOV2002 | ON | SEDATION (Nervous system di sorders) [SEDATION] | 6 | 1 | MOD | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |
| | | | 30OCT2002- 01NOV2002 | ON | AKATHISIA (Nervous system di sorders) [PARESTHESIA RELATED TO EPS (AKATHISIA)] | 3 | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | E0005010 | 20 YRS CAUCASIAN FEMALE | 21OCT2002- 20NOV2002 | ON | SEDATION (Nervous system di sorders) [SEDATION] | 31 | 1 | MIL | NO | N | N | N | N | N | N | NO YES | None |

521

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Quetiapine Fumarate 5077US/0049                                    Page 121 of 270

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR I) | E0005010 | 20 YRS CAUCASIAN FEMALE | 21OCT2002- 18DEC2002 | ON | BALANCE IMPAIRED NOS (Nervous system disorders) [UNSTEADY NOT DUE TO ORTHOSTATIC HYPOTENSION] | 59 | 1 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 59 | 1 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | E0005012 | 54 YRS CAUCASIAN MALE | 14NOV2002- CONTINUE | ON | SEDATION (Nervous system disorders) [SEDATION] | UNK | 1 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 20NOV2002- 12JAN2003 | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 54 | 7 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 27NOV2002- 12JAN2003 | ON | FEELING COLD (General disorders and administration site conditions) [COLD FEELINGS] | 47 | 14 | MIL | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
\# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

522

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ | | | | | | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DT | LT | RH | DI | CA | ME | | |
| QUETIAPINE 600 MG (BIPOLAR I) | E0005014 | 30 YRS CAUCASIAN MALE | 13NOV2002- 05DEC2002 | ON | DIZZINESS (Nervous system di sorders) [LIGHT HEADED (NOT DUE TO POSTURAL HYPOTENSION)] | 23 | 1 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 13NOV2002- 17DEC2002 | ON | LETHARGY (General disorders and administratio n site conditions) [LETHARGIC] | 35 | 1 | MIL | NO | N | N | N | N | N | N | NO YES | Dose Changed |
| | | | 18NOV2002- 05DEC2002 | ON | NAUSEA (Gastrointestinal disorders) [NAUSEA] | 18 | 6 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 21NOV2002- 05DEC2002 | ON | ATAXIA (Nervous system di sorders) [ATAXIA NOT DUE TO EPS] | 15 | 9 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 25NOV2002- CONTINUE | ON | CONSTIPATION (Gastrointestinal disorders) [CONSTIPATION] | UNK | 13 | MIL | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE,  SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

523

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR I) | E0005014 | 30 YRS CAUCASIAN MALE | 29NOV2002- 05DEC2002 | ON | PARAESTHESIA (Nervous system di sorders) [PARESTHESIA] | 7 | 17 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 03JAN2003- 03JAN2003 | ON | DIZZINESS (Nervous system di sorders) [LIGHT HEADED (NOT DUE TO POSTURAL HYPOTENSION)] | 1 | 52 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | E0005022 | 25 YRS CAUCASIAN MALE | 31JAN2003- 01FEB2003 | ON | SEDATION (Nervous system di sorders) [SEDATION] | 2 | 3 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 02FEB2003- 14FEB2003 | ON | APTYALISM (Gastrointestinal disorders) [XEROSTOMIA (DRY MOUTH)] | 13 | 5 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 04FEB2003- 07FEB2003 | ON | DYSPEPSIA (Gastrointestinal disorders) [HEARTBURN] | 4 | 7 | MIL | NO | N | N | N | N | N | N | NO YES | None |

```
                * POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
                # INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE  @SER=SERIOUS
         ^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
               DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
               ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
                                      ** WD=WITHDRAWN.
           Note:  The adverse events are coded using MedDRA version 6.0.

         SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
                       GENERATED:  12JUL2005 17:38:52  iceadmn3
```

524

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR I) | E0005022 | 25 YRS CAUCASIAN MALE | 04FEB2003- 04MAR2003 | ON | SEDATION (Nervous system di sorders) [SEDATION] | 29 | 7 | MOD | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |
| | E0005025 | 40 YRS CAUCASIAN FEMALE | 27FEB2003- 20MAR2003 | ON | WEIGHT INCREASED (Investigations) [WEIGHT GAIN] | 22 | 1 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 28FEB2003- CONTINUE | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | UNK | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 28FEB2003- 14MAR2003 | ON | SEDATION (Nervous system di sorders) [SEDATION] | 15 | 2 | MOD | NO | N | N | N | N | N | N | YES YES | Dose Changed |
| | | | 28FEB2003- 21MAR2003 | ON | APPETITE INCREASED NOS (Metabolism and nu trition disorders) [INCREASED APPETITE] | 22 | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |

525

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE,  SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR I) | E0005025 | 40 YRS CAUCASIAN FEMALE | 04MAR2003- 11MAR2003 | ON | DYSTONIA (Nervous system di sorders) [MUSCLE TENSION (DUE TO EPS - DYSTONIA)] | 8 | 6 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 15MAR2003- CONTINUE | ON | DYSTONIA (Nervous system di sorders) [MUSCLE TIGHTNESS (DUE TO EPS - DYSTONIA)] | UNK | 17 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 15MAR2003- 05APR2003 | ON | SEDATION (Nervous system di sorders) [SEDATION] | 22 | 17 | MIL | NO | N | N | N | N | N | N | YES YES | None |
| | E0006019 | 42 YRS CAUCASIAN MALE | 12APR2003- 20APR2003 | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 9 | 6 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 15APR2003- 27MAY2003 | ON | SPEECH DISORDER (Nervous system di sorders) [SLOWED SPEECH] | 43 | 9 | MIL | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
\# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Quetiapine Fumarate 5077US/0049                                          Page 126 of 270

Listing 12.2.7.2  Treatment-Related Adverse Events

527

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR I) | E0006019 | 42 YRS CAUCASIAN MALE | 15APR2003- 02JUN2003 | ON | SOMNOLENCE (Nervous system di sorders) [MORNING SLEEPINESS] | 49 | 9 | MIL | NO | N | N | N | N | N | N | NO YES | None |
|  | E0007005 | 34 YRS CAUCASIAN FEMALE | 01FEB2003- 24FEB2003 | ON | AKATHISIA (Nervous system di sorders) [RESTLESS LEGS (AKATHISIA)] | 24 | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |
|  |  |  | 01FEB2003- 28FEB2003 | ON | SEDATION (Nervous system di sorders) [SEDATION] | 28 | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |
|  | E0007015 | 58 YRS CAUCASIAN FEMALE | 20JUL2003- 23JUL2003 | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 4 | 5 | MIL | NO | N | N | N | N | N | N | NO YES | None |
|  |  |  | 20JUL2003- 08AUG2003 | ON | SEDATION (Nervous system di sorders) [SEDATION] | 20 | 5 | MIL | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE  @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Quetiapine Fumarate 5077US/0049                                        Page 127 of 270

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE-STOP DATE | ON/POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA-TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ | | | | | | WD**/DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DT | LT | RH | DI | CA | ME | | |
| QUETIAPINE 600 MG (BIPOLAR I) | E0007015 | 58 YRS CAUCASIAN FEMALE | 15AUG2003-CONTINUE | ON | SEDATION (Nervous system disorders) [SEDATED] | UNK | 31 | MIL | NO | N | N | N | N | N | N | NO YES | Dose Changed |
| | E0009001 | 36 YRS BLACK FEMALE | 13NOV2002-22NOV2002 | ON | DIZZINESS (Nervous system disorders) [LIGHT HEADED - (NOT DUE TO POSTURAL HYPOTENSION)] | 10 | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | FATIGUE (General disorders and administration site conditions) [FATIGUE] | 10 | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | HYPERSOMNIA (Nervous system disorders) [HYPERSOMNIA] | 10 | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 23NOV2002-CONTINUE | ON | ANXIETY (Psychiatric disorders) [ANXIETY BRIEFLY POST DOSE] | UNK | 12 | MOD | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Quetiapine Fumarate 5077US/0049                                                Page 128 of 270

Listing 12.2.7.2  Treatment-Related Adverse Events

---

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR I) | E0009001 | 36 YRS BLACK FEMALE | 23NOV2002- 28NOV2002 | ON | SOMNOLENCE (Nervous system disorders) [DROWSY] | 6 | 12 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 23NOV2002- 29NOV2002 | ON | FATIGUE (General disorders and administration site conditions) [FATIGUE] | 7 | 12 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | HYPERSOMNIA (Nervous system disorders) [HYPERSOMNIA] | 7 | 12 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 23NOV2002- 20DEC2002 | ON | DIZZINESS (Nervous system disorders) [LIGHT HEADED (NOT DUE TO POSTURAL HYPOTENSION)] | 28 | 12 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 25NOV2002- 26NOV2002 | ON | FEELING JITTERY (General disorders and administration site conditions) [JITTERY - (NOT DUE TO EPS)] | 2 | 14 | MIL | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE  @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH, LT=LIFE-THREATENING, RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

529

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR I) | E0009001 | 36 YRS BLACK FEMALE | 29DEC2002- CONTINUE | ON | SOMNOLENCE (Nervous system disorders) [DROWSINESS] | UNK | 48 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | E0010002 | 46 YRS CAUCASIAN MALE | 25NOV2002- 25NOV2002 | ON | DIZZINESS (Nervous system disorders) [FAINTING FEELING (NOT DUE TO POSTURAL HYPOTENSION)] | 1 | 1 | MIL | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |
| | | | | | FEELING COLD (General disorders and administration site conditions) [COLD FLASH] | 1 | 1 | MIL | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |
| | | | | | ORTHOSTATIC HYPOTENSION (Vascular disorders) [LIGHTHEADED DUE TO ORTHOSTATIC HYPOTENSION] | 1 | 1 | MIL | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |

530

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Quetiapine Fumarate 5077US/0049                                    Page 130 of 270

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ DT LT RH DI CA ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR I) | E0010009 | 58 YRS CAUCASIAN FEMALE | 26DEC2002- 05JAN2003 | ON | HYPERSOMNIA (Nervous system di sorders) [OVER SLEEPING] | 11 | 1 | MOD | NO | N N N N N N | NO YES | None |
| | | | 26DEC2002- 07FEB2003 | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 44 | 1 | MOD | NO | N N N N N N | NO YES | None |
| | E0010010 | 35 YRS CAUCASIAN FEMALE | 01JAN2003- 11JAN2003 | ON | DIZZINESS (Nervous system di sorders) [DIZZINESS (NOT DUE TO POSTURAL HYPOTENSION)] | 11 | 3 | MIL | NO | N N N N N N | NO YES | None |
| | | | 02JAN2003- 11JAN2003 | ON | FLATULENCE (Gastrointestinal disorders) [GAS] | 10 | 4 | MIL | NO | N N N N N N | NO YES | None |
| | | | | | MIDDLE INSOMNIA (Psychiatric disor ders) [DIFFICULTY STAYING ASLEEP] | 10 | 4 | MIL | NO | N N N N N N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE  @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

531

Quetiapine Fumarate 5077US/0049                                    Page 131 of 270
Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ DT LT RH DI CA ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR I) | E0010010 | 35 YRS CAUCASIAN FEMALE | 02JAN2003- 11JAN2003 | ON | SEDATION (Nervous system disorders) [SEDATION] | 10 | 4 | MIL | NO | N N N N N N | NO YES | None |
| | E0010014 | 38 YRS CAUCASIAN FEMALE | 28JAN2003- 17FEB2003 | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 21 | 1 | MIL | NO | N N N N N N | NO YES | None |
| | | | 26FEB2003- CONTINUE | ON | CONSTIPATION (Gastrointestinal disorders) [CONSTIPATION] | UNK | 30 | MIL | NO | N N N N N N | NO YES | None |
| | E0010017 | 32 YRS CAUCASIAN MALE | 26FEB2003- CONTINUE | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | UNK | 2 | MIL | NO | N N N N N N | NO YES | None |
| | | | 26FEB2003- 02MAR2003 | ON | HEADACHE (Nervous system disorders) [HEADACHE] | 5 | 2 | MOD | NO | N N N N N N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

532

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR I) | E0010017 | 32 YRS CAUCASIAN MALE | 26FEB2003- 13APR2003 | ON | SLUGGISHNESS (General disorders and administratio n site conditions) [SLUGGISH IN AM] | 47 | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 05APR2003- 14APR2003 | ON | FEELING JITTERY (General disorders and administratio n site conditions) [JITTERNESS (NOT DUE TO EPS)] | 10 | 40 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | E0010023 | 28 YRS CAUCASIAN FEMALE | 18APR2003- 28APR2003 | ON | CONSTIPATION (Gastrointestinal disorders) [CONSTIPATION] | 11 | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | SEDATION (Nervous system di sorders) [SEDATION] | 11 | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 20APR2003- 28APR2003 | ON | PARANOIA (Psychiatric disor ders) [PARANOID THINKING] | 9 | 4 | SEV | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE,  SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

533

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR I) | E0010023 | 28 YRS CAUCASIAN FEMALE | 25APR2003- 28APR2003 | ON | DIZZINESS POSTURAL (Nervous system disorders) [ORTHOSTATIC DIZZINESS] | 4 | 9 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | E0010027 | 32 YRS CAUCASIAN MALE | 17JUN2003- 28JUN2003 | ON | SEDATION (Nervous system disorders) [SEDATION] | 12 | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 18JUN2003- 28JUN2003 | ON | ORTHOSTATIC HYPOTENSION (Vascular disorders) [DIZZINESS DUE TO ORTHOSTATIC HYPOTENSION] | 11 | 3 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 18JUN2003- 05JUL2003 | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 18 | 3 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 28JUN2003- 03JUL2003 | ON | ANXIETY (Psychiatric disorders) [INCREASED ANXIETY] | 6 | 13 | SEV | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
 # INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
  DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
  ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR I) | E0010029 | 44 YRS CAUCASIAN MALE | 20JUN2003- CONTINUE | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | UNK | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | E0011022 | 35 YRS CAUCASIAN FEMALE | 11JUN2003- CONTINUE | ON | SEDATION (Nervous system disorders) [SEDATION] | UNK | 3 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 08JUL2003- 15JUL2003 | ON | DIZZINESS (Nervous system disorders) [NOT DUE TO POSTURAL HYPOTENSION DIZZINESS] | 8 | 30 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | DIZZINESS (Nervous system disorders) [NOT DUE TO POSTURAL HYPOTENSION FAINT FEELINGS] | 8 | 30 | MIL | NO | N | N | N | N | N | N | NO YES | None |

535

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE,  SEV=SEVERE  @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,   LT=LIFE-THREATENING,   RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR I) | E0013006 | 28 YRS CAUCASIAN FEMALE | 15MAR2003- 22MAR2003 | ON | IRRITABILITY (Psychiatric disorders) [IRRITABILITY] | 8 | 3 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | SOMNOLENCE (Nervous system disorders) [SLEEPINESS] | 8 | 3 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 17MAR2003- 21MAR2003 | ON | DIZZINESS (Nervous system disorders) [DIZZINESS (NOT DUE TO ORTHOSTATIC HYPOTENSION)] | 5 | 5 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 20MAR2003- 20MAR2003 | ON | DYSTONIA (Nervous system disorders) [DYSTONIA] | 1 | 8 | MOD | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE,  SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

536

Quetiapine Fumarate 5077US/0049                                    Page 136 of 270

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR I) | E0013006 | 28 YRS CAUCASIAN FEMALE | 20MAR2003- 20MAR2003 | ON | SENSATION OF BLOOD FLOW (General disorders and administration site conditions) [THROBBING VESSELS (SENSATION OF BLOOD RUSHING IN THE VEINS)] | 1 | 8 | SEV | NO | N | N | N | N | N | N | NO YES | None |
| | E0013012 | 58 YRS BLACK FEMALE | 09MAY2003- CONTINUE | ON | SOMNOLENCE (Nervous system disorders) [DROWSINESS] | UNK | 3 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 10MAY2003- CONTINUE | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | UNK | 4 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | E0013014 | 48 YRS CAUCASIAN MALE | 04JUN2003- CONTINUE | ON | NIGHTMARE (Psychiatric disorders) [NIGHTMARES] | UNK | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |

537

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,   LT=LIFE-THREATENING,   RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Quetiapine Fumarate 5077US/0049                                    Page 137 of 270

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR I) | E0013014 | 48 YRS CAUCASIAN MALE | 06JUN2003- 22JUN2003 | ON | AKATHISIA (Nervous system disorders) [(RESTLESSNESS) AKATHISIA] | 17 | 4 | MOD | NO | N | N | N | N | N | N | NO YES | Temporarily Stopped |
| | | | | | PRURITUS (Skin and subcutaneous tissue disorders) [ITCHINESS] | 17 | 4 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 24JUN2003- 24JUN2003 | ON | AKATHISIA (Nervous system disorders) [(RESTLESSNESS) AKATHISIA] | 1 | 22 | MOD | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |
| | | | | | PRURITUS (Skin and subcutaneous tissue disorders) [ITCHINESS] | 1 | 22 | MOD | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

538

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ |  |  |  |  |  | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  | DT | LT | RH | DI | CA | ME |  |  |
| QUETIAPINE 600 MG (BIPOLAR I) | E0014005 | 44 YRS CAUCASIAN FEMALE | 12MAR2003- 29APR2003 | ON | COORDINATION ABNOR MAL NOS (Nervous system di sorders) [POOR COORDINATION (NOT DUE TO EPS)] | 49 | 2 | MOD | NO | N | N | N | N | N | N | NO YES | Temporarily Stopped |
|  |  |  |  |  | MUSCLE WEAKNESS NO S (Musculoskeletal a nd connective tiss ue disorders) [MUSCLE WEAKNESS (NOT DUE TO EPS)] | 49 | 2 | MOD | NO | N | N | N | N | N | N | NO YES | Temporarily Stopped |
|  |  |  |  |  | SEDATION (Nervous system di sorders) [SEDATION] | 49 | 2 | SEV | NO | N | N | N | N | N | N | NO YES | Temporarily Stopped |
|  |  |  | 29MAR2003- CONTINUE | ON | WEIGHT INCREASED (Investigations) [WEIGHT GAIN] | UNK | 19 | MIL | NO | N | N | N | N | N | N | NO YES | Temporarily Stopped |
|  |  |  | 01APR2003- 29APR2003 | ON | OEDEMA PERIPHERAL (General disorders and administratio n site conditions) [SWOLLEN HANDS] | 29 | 22 | MOD | NO | N | N | N | N | N | N | NO YES | Temporarily Stopped |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE,  SEV=SEVERE  @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ | | | | | | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DT | LT | RH | DI | CA | ME | | |
| QUETIAPINE 600 MG (BIPOLAR I) | E0014005 | 44 YRS CAUCASIAN FEMALE | 02APR2003- 29APR2003 | ON | BRADYPHRENIA (Psychiatric disorders) [SLOWED THINKING] | 28 | 23 | SEV | NO | N | N | N | N | N | N | NO YES | Temporarily Stopped |
| | | | 23APR2003- 24APR2003 | ON | INSOMNIA (Psychiatric disorders) [INSOMNIA] | 2 | 44 | SEV | NO | N | N | N | N | N | N | NO YES | Temporarily Stopped |
| | | | 01MAY2003- 27MAY2003 | ON | SEDATION (Nervous system disorders) [SEDATION] | 27 | 52 | SEV | NO | N | N | N | N | N | N | NO YES | None |
| | E0014007 | 22 YRS CAUCASIAN FEMALE | 03APR2003- 19APR2003 | ON | FATIGUE (General disorders and administration site conditions) [FATIGUE] | 17 | 3 | SEV | NO | N | N | N | N | N | N | NO YES | Temporarily Stopped |
| | | | | | HYPERSOMNIA (Nervous system disorders) [HYPERSOMNIA] | 17 | 3 | SEV | NO | N | N | N | N | N | N | NO YES | Temporarily Stopped |

540

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE,  SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.
SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Quetiapine Fumarate 5077US/0049                                      Page 140 of 270

Listing 12.2.7.2   Treatment-Related Adverse Events

---

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ DT LT RH DI CA ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR I) | E0014007 | 22 YRS CAUCASIAN FEMALE | 03APR2003- 19APR2003 | ON | ORTHOSTATIC HYPOTE NSION (Vascular disorder s) [DIZZINESS (DUE TO ORTHOSTATIC HYPOTENSION)] | 17 | 3 | MOD | NO | N N N N N N N | NO YES | Temporarily Stopped |
|  |  |  |  |  | SEDATION (Nervous system di sorders) [SEDATION] | 17 | 3 | SEV | NO | N N N N N N N | YES YES | Permanently Stopped |
|  |  |  | 04APR2003- 19APR2003 | ON | TREMOR (Nervous system di sorders) [TREMOR (NOT DUE TO EPS)] | 16 | 4 | MOD | NO | N N N N N N N | NO YES | Temporarily Stopped |
|  |  |  | 07APR2003- 19APR2003 | ON | THROAT TIGHTNESS (Respiratory, thor acic and mediastin al disorders) [TIGHT THROAT] | 13 | 7 | MOD | NO | N N N N N N N | NO YES | Temporarily Stopped |
|  |  |  | 15APR2003- 19APR2003 | ON | TENSION (Psychiatric disor ders) [TENSION] | 5 | 15 | SEV | NO | N N N N N N N | NO YES | Temporarily Stopped |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

541

Quetiapine Fumarate 5077US/0049                                    Page 141 of 270

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR I) | E0014011 | 39 YRS CAUCASIAN MALE | 14MAY2003- CONTINUE | ON | SEDATION (Nervous system disorders) [SEDATION] | UNK | 2 | MOD | NO | N | N | N | N | N | N | NO YES | Dose Changed |
| | | | 01JUN2003- 01JUL2003 | ON | NASAL CONGESTION (Respiratory, thoracic and mediastinal disorders) [NASAL CONGESTION] | 31 | 20 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 03JUN2003- 15JUL2003 | ON | APPETITE INCREASED NOS (Metabolism and nutrition disorders) [INCREASED APPETITE] | 43 | 22 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 27JUN2003- 18JUL2003 | ON | LIBIDO DECREASED (Psychiatric disorders) [DECREASED SEX DRIVE] | 22 | 46 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | E0014012 | 55 YRS CAUCASIAN FEMALE | 29MAY2003- 25JUN2003 | ON | AKATHISIA (Nervous system disorders) [AKATHISIA] | 28 | 3 | MOD | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
  # INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
    DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
    ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
                        ** WD=WITHDRAWN.
  Note:  The adverse events are coded using MedDRA version 6.0.

    SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
              GENERATED:  12JUL2005 17:38:52  iceadmn3

542

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | SERIOUS REASON^ | | | | | | | |
| QUETIAPINE 600 MG (BIPOLAR I) | E0014012 | 55 YRS CAUCASIAN FEMALE | 31MAY2003- 26JUN2003 | ON | VISION BLURRED (Eye disorders) [BLURRED VISION] | 27 | 5 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 04JUN2003- 25JUN2003 | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 22 | 9 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | E0015001 | 54 YRS CAUCASIAN MALE | 03DEC2002- 13DEC2002 | ON | FATIGUE (General disorders and administratio n site conditions) [FATIGUE] | 11 | 5 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | SEDATION (Nervous system di sorders) [SEDATION] | 11 | 5 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | E0015008 | 41 YRS CAUCASIAN MALE | 16JAN2003- 23JAN2003 | ON | SEDATION (Nervous system di sorders) [SEDATION] | 8 | 29 | MOD | NO | N | N | N | N | N | N | NO YES | None |

543

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Quetiapine Fumarate 5077US/0049                                      Page 143 of 270

Listing 12.2.7.2  Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ | | | | | | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DT | LT | RH | DI | CA | ME | | |
| QUETIAPINE 600 MG (BIPOLAR I) | E0016003 | 22 YRS CAUCASIAN FEMALE | 01FEB2003- CONTINUE | ON | SOMNOLENCE (Nervous system di sorders) [DROWSINESS] | UNK | 9 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | E0018007 | 42 YRS CAUCASIAN FEMALE | 29DEC2002- 07FEB2003 | ON | SEDATION (Nervous system di sorders) [SEDATION] | 41 | 3 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | SOMNOLENCE (Nervous system di sorders) [GROGGINESS] | 41 | 3 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | E0019005 | 50 YRS CAUCASIAN FEMALE | 05NOV2002- 19NOV2002 | ON | DIZZINESS (Nervous system di sorders) [DIZZINESS (NOT DUE TO POSTURAL HYPOTENSION)] | 15 | 1 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 06NOV2002- CONTINUE | ON | LETHARGY (General disorders and administratio n site conditions) [LETHARGY] | UNK | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |

544

```
           * POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
           # INT=INTENSITY: MIL=MILD, MOD=MODERATE,  SEV=SEVERE   @SER=SERIOUS
  ^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
          DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
          ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
                                ** WD=WITHDRAWN.
          Note:  The adverse events are coded using MedDRA version 6.0.

          SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
                    GENERATED:  12JUL2005 17:38:52  iceadmn3
```

Listing 12.2.7.2  Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ | | | | | | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DT | LT | RH | DI | CA | ME | | |
| QUETIAPINE 600 MG (BIPOLAR I) | E0019005 | 50 YRS CAUCASIAN FEMALE | 11NOV2002- 11NOV2002 | ON | HEADACHE (Nervous system di sorders) [HEADACHES] | 1 | 7 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 14NOV2002- 14NOV2002 | ON | HALLUCINATION, VIS UAL (Psychiatric disor ders) [VISUAL HALLUCINATION] | 1 | 10 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | E0019015 | 24 YRS CAUCASIAN FEMALE | 02JAN2003- CONTINUE | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | UNK | 1 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 02JAN2003- 16JAN2003 | ON | HEADACHE (Nervous system di sorders) [HEADACHES] | 15 | 1 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 02JAN2003- 23JAN2003 | ON | LETHARGY (General disorders and administratio n site conditions) [LETHARGY] | 22 | 1 | MIL | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,   LT=LIFE-THREATENING,   RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | \| SERIOUS REASON^ DT LT RH DI CA ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR I) | E0019015 | 24 YRS CAUCASIAN FEMALE | 04JAN2003- 19JAN2003 | ON | DIARRHOEA NOS (Gastrointestinal disorders) [DIARRHEA] | 16 | 3 | MIL | NO | N N N N N N N | NO YES | None |
| | | | 12JAN2003- 19JAN2003 | ON | NAUSEA (Gastrointestinal disorders) [NAUSEA] | 8 | 11 | MOD | NO | N N N N N N N | NO YES | None |
| | | | 12JAN2003- 27JAN2003 | ON | ABDOMINAL PAIN UPP ER (Gastrointestinal disorders) [STOMACH CRAMPS] | 16 | 11 | MOD | NO | N N N N N N N | NO YES | None |
| | | | 01FEB2003- 09FEB2003 | ON | INSOMNIA (Psychiatric disor ders) [DECREASED SLEEP] | 9 | 31 | MOD | NO | N N N N N N N | NO YES | None |
| | | | 01FEB2003- 11FEB2003 | ON | LOGORRHOEA (Psychiatric disor ders) [INCREASED SPEECH (MORE TALKATIVE)] | 11 | 31 | MOD | NO | N N N N N N N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE,  SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

546

Quetiapine Fumarate 5077US/0049                                      Page 146 of 270

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ |||||| WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DT | LT | RH | DI | CA | ME | | |
| QUETIAPINE 600 MG (BIPOLAR I) | E0019015 | 24 YRS CAUCASIAN FEMALE | 01FEB2003- 11FEB2003 | ON | PSYCHOMOTOR HYPERACTIVITY (Nervous system disorders) [HYPERACTIVITY] | 11 | 31 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | E0020004 | 61 YRS CAUCASIAN MALE | 09DEC2002- 24DEC2002 | ON | HYPERSOMNIA (Nervous system disorders) [HYPERSOMNIA] | 16 | 1 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | E0020010 | 31 YRS CAUCASIAN FEMALE | 07FEB2003- 08FEB2003 | ON | NAUSEA (Gastrointestinal disorders) [NAUSEA] | 2 | 3 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 15FEB2003- 24FEB2003 | ON | DYSPEPSIA (Gastrointestinal disorders) [INTERMITTENT HEARTBURN] | 10 | 11 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 20FEB2003- CONTINUE | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | UNK | 16 | MOD | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

547

Listing 12.2.7.2  Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ | | | | | | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DT | LT | RH | DI | CA | ME | | |
| QUETIAPINE 600 MG (BIPOLAR I) | E0020010 | 31 YRS CAUCASIAN FEMALE | 05MAR2003- 17MAR2003 | ON | WEIGHT INCREASED (Investigations) [WEIGHT GAIN] | 13 | 29 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 05MAR2003- 19MAR2003 | ON | AKATHISIA (Nervous system di sorders) [BILATERAL HAND TREMORS (DUE TO EPS - AKATHISIA)] | 15 | 29 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | E0020014 | 43 YRS BLACK FEMALE | 22MAR2003- 04APR2003 | ON | FATIGUE (General disorders and administratio n site conditions) [FATIGUE] | 14 | 5 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 29APR2003- 09MAY2003 | ON | SEDATION (Nervous system di sorders) [SEDATION UPON AWAKENING APPROXIMATELY 6:00 AM - NOON] | 11 | 43 | MIL | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

548

Quetiapine Fumarate 5077US/0049                                      Page 148 of 270

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ | | | | | | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DT | LT | RH | DI | CA | ME | | |
| QUETIAPINE 600 MG (BIPOLAR I) | E0020021 | 47 YRS BLACK MALE | 19MAY2003- 04JUN2003 | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH IN THE MORNING] | 17 | 1 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | E0020023 | 46 YRS CAUCASIAN MALE | 19JUN2003- 26JUN2003 | ON | MUSCLE TWITCHING (Musculoskeletal and connective tissue disorders) [LEFT LEG TWITCH (NOT DUE TO EPS)] | 8 | 3 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 01JUL2003- 15JUL2003 | ON | EXTRAPYRAMIDAL DISORDER (Nervous system disorders) [BRADYKINESIA (DUE TO EPS)] | 15 | 15 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | LETHARGY (General disorders and administration site conditions) [LETHARGY] | 15 | 15 | MIL | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

549

Quetiapine Fumarate 5077US/0049                                    Page 149 of 270

Listing 12.2.7.2  Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR I) | E0020023 | 46 YRS CAUCASIAN MALE | 04JUL2003- CONTINUE | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | UNK | 18 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | E0022007 | 31 YRS CAUCASIAN FEMALE | 10NOV2002- 28NOV2002 | ON | DIZZINESS (Nervous system di sorders) [DIZZINESS (NOT DUE TO POSTURAL HYPOTENSION)] | 19 | 4 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 10NOV2002- 06DEC2002 | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 27 | 4 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | E0022010 | 21 YRS CAUCASIAN MALE | 24NOV2002- 02DEC2002 | ON | POLLAKIURIA (Renal and urinary disorders) [URINARY FREQUENCY] | 9 | 4 | MIL | NO | N | N | N | N | N | N | NO YES | None |

550

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE,  SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Quetiapine Fumarate 5077US/0049                                        Page 150 of 270

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ | | | | | | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DT | LT | RH | DI | CA | ME | | |
| QUETIAPINE 600 MG (BIPOLAR I) | E0022010 | 21 YRS CAUCASIAN MALE | 28NOV2002- 28NOV2002 | ON | ACCIDENTAL OVERDOSE (Injury, poisoning and procedural complications) [ACCIDENTAL OVERDOSE OF STUDY MEDICATION] | 1 | 8 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | E0022012 | 27 YRS CAUCASIAN FEMALE | 07DEC2002- 13DEC2002 | ON | SOMNOLENCE (Nervous system disorders) [SOMNOLENCE] | 7 | 3 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | E0022019 | 30 YRS CAUCASIAN MALE | 20DEC2002- 04JAN2003 | ON | SOMNOLENCE (Nervous system disorders) [SOMNOLENCE] | 16 | 10 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 22DEC2002- 19JAN2003 | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 29 | 12 | MIL | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,   LT=LIFE-THREATENING,   RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Listing 12.2.7.2  Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE-STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA-TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR I) | E0022033 | 45 YRS CAUCASIAN FEMALE | 24FEB2003-05MAR2003 | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 10 | 7 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | E0022038 | 39 YRS CAUCASIAN MALE | 04MAR2003-21MAR2003 | ON | SOMNOLENCE (Nervous system disorders) [SOMNOLENCE] | 18 | 5 | MIL | NO | N | N | N | N | N | N | NO YES | Dose Changed |
| | | | 05APR2003-10APR2003 | ON | SOMNOLENCE (Nervous system disorders) [SOMNOLENCE] | 6 | 37 | MIL | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |
| | E0022039 | 31 YRS BLACK FEMALE | 06MAR2003-22MAR2003 | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 17 | 1 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 07MAR2003-22MAR2003 | ON | PALPITATIONS (Cardiac disorders) [HEART PALPITATIONS] | 16 | 2 | MIL | NO | N | N | N | N | N | N | NO YES | Dose Changed |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

552

Quetiapine Fumarate 5077US/0049                                    Page 152 of 270

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR I) | E0022039 | 31 YRS BLACK FEMALE | 07MAR2003- 28MAR2003 | ON | SOMNOLENCE (Nervous system di sorders) [SOMNOLENCE] | 22 | 2 | MIL | NO | N | N | N | N | N | N | NO YES | Dose Changed |
| | E0022048 | 26 YRS ORIENTAL FEMALE | 02APR2003- 24APR2003 | ON | SOMNOLENCE (Nervous system di sorders) [SOMNOLENCE] | 23 | 2 | MIL | NO | N | N | N | N | N | N | NO YES | Dose Changed |
| | E0022058 | 43 YRS CAUCASIAN MALE | 22APR2003- 24MAY2003 | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 33 | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | SOMNOLENCE (Nervous system di sorders) [SOMNOLENCE] | 33 | 2 | MIL | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |
| | E0022062 | 63 YRS CAUCASIAN MALE | 05MAY2003- 21MAY2003 | ON | SOMNOLENCE (Nervous system di sorders) [SOMNOLENCE] | 17 | 1 | MIL | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE,  SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,   LT=LIFE-THREATENING,   RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

553

Quetiapine Fumarate 5077US/0049                                    Page 153 of 270

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE-STOP DATE | ON/POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA-TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR I) | E0022062 | 63 YRS CAUCASIAN MALE | 13MAY2003-19MAY2003 | ON | GASTROOESOPHAGEAL REFLUX DISEASE (Gastrointestinal disorders) [GASTRIC REFLUX] | 7 | 9 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | E0022068 | 44 YRS CAUCASIAN FEMALE | 24MAY2003-CONTINUE | ON | SOMNOLENCE (Nervous system disorders) [SOMNOLENCE] | UNK | 2 | MIL | NO | N | N | N | N | N | N | NO YES | Dose Changed |
| | | | 27MAY2003-01JUN2003 | ON | DIZZINESS (Nervous system disorders) [LIGHTHEADEDNESS NOT DUE TO POSTURAL HYPOTENSION] | 6 | 5 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | E0022071 | 57 YRS CAUCASIAN MALE | 30JUN2003-25AUG2003 | ON | RESTLESS LEGS SYNDROME (Nervous system disorders) [RESTLESS LEGS (NOT DUE TO EPS)] | 57 | 1 | MIL | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Quetiapine Fumarate 5077US/0049                                                    Page 154 of 270

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR I) | E0022071 | 57 YRS CAUCASIAN MALE | 01JUL2003- 25AUG2003 | ON | SOMNOLENCE (Nervous system disorders) [SOMNOLENCE] | 56 | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | E0023006 | 39 YRS CAUCASIAN MALE | 17DEC2002- 17JAN2003 | ON | FATIGUE (General disorders and administration site conditions) [FATIGUE] | 32 | 1 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 18JAN2003- 24JAN2003 | ON | FATIGUE (General disorders and administration site conditions) [FATIGUE] | 7 | 33 | SEV | NO | N | N | N | N | N | N | NO YES | Dose Changed |
| | E0023010 | 46 YRS CAUCASIAN MALE | 04FEB2003- CONTINUE | ON | SEDATION (Nervous system disorders) [SEDATION] | UNK | 1 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 06FEB2003- CONTINUE | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | UNK | 3 | MIL | NO | N | N | N | N | N | N | NO YES | None |

SERIOUS REASON^ header spans DT LT RH DI CA ME columns.

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE,  SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY,  CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

555

Listing 12.2.7.2  Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR I) | E0023010 | 46 YRS CAUCASIAN MALE | 12FEB2003- CONTINUE | ON | HEADACHE (Nervous system disorders) [HEADACHE] | UNK | 9 | MIL | NO | N | N | N | N | N | N | NO YES | None |
|  | E0023039 | 48 YRS CAUCASIAN FEMALE | 03JUL2003- CONTINUE | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | UNK | 3 | MOD | NO | N | N | N | N | N | N | NO YES | None |
|  | E0026002 | 62 YRS CAUCASIAN MALE | 15NOV2002- 11JAN2003 | ON | SEDATION (Nervous system disorders) [SEDATION] | 58 | 4 | MIL | NO | N | N | N | N | N | N | NO YES | None |
|  | E0026007 | 59 YRS CAUCASIAN FEMALE | 18JAN2003- CONTINUE | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | UNK | 3 | MIL | NO | N | N | N | N | N | N | NO YES | None |
|  | E0028007 | 22 YRS CAUCASIAN FEMALE | 05OCT2002- CONTINUE | ON | SOMNOLENCE (Nervous system disorders) [SLEEPINESS] | UNK | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |

556

```
        * POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
          # INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
   ^ SERIOUS REASON: DT=DEATH,   LT=LIFE-THREATENING,   RH=REQUIRES OR PROLONGS HOSPITALIZATION,
          DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
          ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
                                ** WD=WITHDRAWN.
        Note:  The adverse events are coded using MedDRA version 6.0.

        SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
                GENERATED:  12JUL2005 17:38:52  iceadmn3
```

Quetiapine Fumarate 5077US/0049                                        Page 156 of 270

Listing 12.2.7.2  Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ | | | | | | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DT | LT | RH | DI | CA | ME | | |
| QUETIAPINE 600 MG (BIPOLAR I) | E0028007 | 22 YRS CAUCASIAN FEMALE | 05OCT2002- 05OCT2002 | ON | NAUSEA (Gastrointestinal disorders) [NAUSEA] | 1 | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 07OCT2002- 17OCT2002 | ON | DIZZINESS (Nervous system di sorders) [DIZZINESS (NOT DUE TO POSTURAL HYPOTENSION)] | 11 | 4 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 11NOV2002- 11NOV2002 | ON | NAUSEA (Gastrointestinal disorders) [NAUSEA] | 1 | 39 | SEV | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | VOMITING NOS (Gastrointestinal disorders) [VOMITING] | 1 | 39 | SEV | NO | N | N | N | N | N | N | NO YES | None |
| | E0028023 | 54 YRS BLACK MALE | 25JAN2003- 26JAN2003 | ON | POLLAKIURIA (Renal and urinary disorders) [URINARY FREQUENCY] | 2 | 5 | MIL | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE,  SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR I) | E0028023 | 54 YRS BLACK MALE | 17FEB2003- 21FEB2003 | ON | SOMNOLENCE (Nervous system disorders) [DROWSY] | 5 | 28 | MOD | NO | N | N | N | N | N | N | NO YES | Dose Changed |
| | E0028025 | 27 YRS CAUCASIAN MALE | 13JAN2003- 25JAN2003 | ON | LIBIDO DECREASED (Psychiatric disorders) [DECREASED LIBIDO] | 13 | 1 | SEV | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |
| | | | 15JAN2003- 18JAN2003 | ON | DIZZINESS (Nervous system disorders) [DIZZINESS (NOT DUE TO POSTURAL HYPOTENSION)] | 4 | 3 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 15JAN2003- 25JAN2003 | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 11 | 3 | SEV | NO | N | N | N | N | N | N | NO YES | None |
| | E0028033 | 44 YRS CAUCASIAN FEMALE | 27MAR2003- CONTINUE | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | UNK | 1 | MIL | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
\# INT=INTENSITY: MIL=MILD, MOD=MODERATE,  SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

558

Listing 12.2.7.2  Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ |||||| WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DT | LT | RH | DI | CA | ME | | |
| QUETIAPINE 600 MG (BIPOLAR I) | E0028033 | 44 YRS CAUCASIAN FEMALE | 27MAR2003- CONTINUE | ON | SOMNOLENCE (Nervous system di sorders) [DROWSINESS] | UNK | 1 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | E0028035 | 57 YRS CAUCASIAN MALE | 05APR2003- 05JUN2003 | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 62 | 3 | SEV | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | SOMNOLENCE (Nervous system di sorders) [DROWSINESS] | 62 | 3 | SEV | NO | N | N | N | N | N | N | NO YES | None |
| | E0028037 | 61 YRS CAUCASIAN MALE | 16JUN2003- 16JUN2003 | ON | SOMNOLENCE (Nervous system di sorders) [DROWSINESS] | 1 | 4 | SEV | NO | N | N | N | N | N | N | NO YES | None |
| | | | 12JUL2003- 12JUL2003 | ON | DIZZINESS (Nervous system di sorders) [DIZZINESS NOT DUE TO POSTURAL HYPOTENSION] | 1 | 30 | MOD | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE,  SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

559

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR I) | E0028039 | 28 YRS CAUCASIAN MALE | 10MAY2003- CONTINUE | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | UNK | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 13MAY2003- CONTINUE | ON | SOMNOLENCE (Nervous system di sorders) [DROWSINESS] | UNK | 5 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 17MAY2003- 23MAY2003 | ON | THROAT TIGHTNESS (Respiratory, thor acic and mediastin al disorders) [THROAT CONSTRICTION NOT DUE TO EPS] | 7 | 9 | SEV | NO | N | N | N | N | N | N | NO YES | Dose Changed |
| | E0028048 | 18 YRS HISPANIC FEMALE | 18JUL2003- CONTINUE | ON | DIZZINESS (Nervous system di sorders) [DIZZINESS NOT DUE TO ORTHOSTATIC HYPOTENSION] | UNK | 2 | MOD | NO | N | N | N | N | N | N | NO YES | Dose Changed |

```
                SERIOUS REASON^
```

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE,  SEV=SEVERE  @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

560

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ DT LT RH DI CA ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR I) | E0028048 | 18 YRS HISPANIC FEMALE | 18JUL2003- CONTINUE | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | UNK | 2 | MOD | NO | N N N N N N | NO YES | None |
| | | | | | SOMNOLENCE (Nervous system di sorders) [DROWSINESS] | UNK | 2 | SEV | NO | N N N N N N | NO YES | None |
| | | | 18JUL2003- 27JUL2003 | ON | APPETITE INCREASED NOS (Metabolism and nu trition disorders) [INCREASED APPETITE] | 10 | 2 | SEV | NO | N N N N N N | NO YES | None |
| | | | | | VISION BLURRED (Eye disorders) [BLURRED VISION] | 10 | 2 | MOD | NO | N N N N N N | NO YES | None |
| | E0029008 | 22 YRS CAUCASIAN FEMALE | 18DEC2002- 21DEC2002 | ON | DIZZINESS (Nervous system di sorders) [DIZZINESS (NOT DUE TO ORTHOSTATIC HYPOTENSION)] | 4 | 3 | SEV | NO | N N N N N N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,   LT=LIFE-THREATENING,   RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52   iceadmn3

561

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ | | | | | | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DT | LT | RH | DI | CA | ME | | |
| QUETIAPINE 600 MG (BIPOLAR I) | E0029008 | 22 YRS CAUCASIAN FEMALE | 19DEC2002- 19DEC2002 | ON | SYNCOPE (Nervous system di sorders) [FAINTING (NOT DUE TO ORTHOSTATIC HYPOTENSION)] | 1 | 4 | MOD | NO | N | N | N | N | N | N | YES YES | Dose Changed |
| | | | 19DEC2002- 20DEC2002 | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 2 | 4 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 19DEC2002- 21DEC2002 | ON | DYSPNOEA (Respiratory, thor acic and mediastin al disorders) [SHORTNESS OF BREATH] | 3 | 4 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | E0029011 | 26 YRS CAUCASIAN MALE | 22JAN2003- CONTINUE | ON | SOMNOLENCE (Nervous system di sorders) [DROWSINESS AFTER DOSE] | UNK | 1 | MOD | NO | N | N | N | N | N | N | NO YES | Dose Changed |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
\# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Quetiapine Fumarate 5077US/0049                                Page 162 of 270

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR I) | E0029011 | 26 YRS CAUCASIAN MALE | 22JAN2003- 24JAN2003 | ON | DIZZINESS (Nervous system disorders) [DIZZINESS (NOT DUE TO POSTURAL HYPOTENSION)] | 3 | 1 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 24JAN2003- 31JAN2003 | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 8 | 3 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 30JAN2003- CONTINUE | ON | DIZZINESS (Nervous system disorders) [DIZZINESS (NOT DUE TO POSTURAL HYPOTENSION)] | UNK | 9 | SEV | NO | N | N | N | N | N | N | NO YES | Dose Changed |
| | | | 01FEB2003- CONTINUE | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | UNK | 11 | SEV | NO | N | N | N | N | N | N | NO YES | None |
| | | | 10FEB2003- CONTINUE | ON | CHAPPED LIPS (Gastrointestinal disorders) [SPLIT LIP] | UNK | 20 | MOD | NO | N | N | N | N | N | N | NO YES | None |

```
                  * POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
                   # INT=INTENSITY: MIL=MILD, MOD=MODERATE,  SEV=SEVERE   @SER=SERIOUS
         ^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
              DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
              ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
                                   ** WD=WITHDRAWN.
              Note:  The adverse events are coded using MedDRA version 6.0.

         SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
                   GENERATED:  12JUL2005 17:38:52  iceadmn3
```

563

Quetiapine Fumarate 5077US/0049                                    Page 163 of 270

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR I) | E0029012 | 39 YRS CAUCASIAN FEMALE | 12FEB2003- 20MAR2003 | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 37 | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 14FEB2003- 20MAR2003 | ON | SOMNOLENCE (Nervous system di sorders) [GROGGY IN AM.] | 35 | 4 | MOD | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |
| | | | 16FEB2003- CONTINUE | ON | GASTROOESOPHAGEAL REFLUX DISEASE (Gastrointestinal disorders) [ACID REFLUX] | UNK | 6 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 16FEB2003- 01MAR2003 | ON | DIZZINESS (Nervous system di sorders) [DIZZINESS NOT RELATED TO ORTHOSTATIC HYPOTENSION] | 14 | 6 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | VISION BLURRED (Eye disorders) [CLOUDY EYES/VISION] | 14 | 6 | MIL | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,   LT=LIFE-THREATENING,   RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

564

Quetiapine Fumarate 5077US/0049

Listing 12.2.7.2  Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR I) | E0029012 | 39 YRS CAUCASIAN FEMALE | 26FEB2003- 01MAR2003 | ON | EYELIDS PRURITUS (Eye disorders) [ITCHY EYELIDS] | 4 | 16 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | E0029015 | 45 YRS CAUCASIAN FEMALE | 24FEB2003- 10MAR2003 | ON | ARTHRALGIA (Musculoskeletal a nd connective tiss ue disorders) [JOINT PAIN] | 15 | 1 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | MYALGIA (Musculoskeletal a nd connective tiss ue disorders) [MUSCLE PAIN] | 15 | 1 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 25FEB2003- 25FEB2003 | ON | NAUSEA (Gastrointestinal disorders) [NAUSEA] | 1 | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 25FEB2003- 10MAR2003 | ON | SEDATION (Nervous system di sorders) [SEDATION] | 14 | 2 | MOD | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |

565

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Quetiapine Fumarate 5077US/0049                                      Page 165 of 270

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR I) | E0029015 | 45 YRS CAUCASIAN FEMALE | 01MAR2003- 10MAR2003 | ON | DYSPHAGIA (Gastrointestinal disorders) [DIFFICULTY SWALLOWING] | 10 | 6 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | E0030014 | 32 YRS CAUCASIAN FEMALE | 22FEB2003- 25FEB2003 | ON | DYSTONIA (Nervous system di sorders) [OPTIC MUSCLE STIFFNESS DUE TO EPS (DYSTONIA)] | 4 | 2 | MOD | NO | N | N | N | N | N | N | NO YES | Dose Changed |
| | | | 22FEB2003- 23APR2003 | ON | HYPERSOMNIA (Nervous system di sorders) [HYPERSOMNIA] | 61 | 2 | MOD | NO | N | N | N | N | N | N | NO YES | Dose Changed |
| | | | 23FEB2003- 23FEB2003 | ON | NAUSEA (Gastrointestinal disorders) [NAUSEA] | 1 | 3 | MIL | NO | N | N | N | N | N | N | NO YES | Dose Changed |
| | | | 24FEB2003- 25FEB2003 | ON | CHEST PAIN (General disorders and administratio n site conditions) [HEART FLUTTER (FEELING)] | 2 | 4 | MIL | NO | N | N | N | N | N | N | NO YES | Dose Changed |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE,  SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

566

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR I) | E0030014 | 32 YRS CAUCASIAN FEMALE | 24FEB2003- 23APR2003 | ON | CONSTIPATION (Gastrointestinal disorders) [CONSTIPATION] | 59 | 4 | MIL | NO | N | N | N | N | N | N | NO YES | Dose Changed |
| | | | | | DYSARTHRIA (Nervous system di sorders) [SLURRED SPEECH] | 59 | 4 | SEV | NO | N | N | N | N | N | N | NO YES | Dose Changed |
| | | | | | LETHARGY (General disorders and administratio n site conditions) [LETHARGY] | 59 | 4 | MOD | NO | N | N | N | N | N | N | NO YES | Dose Changed |
| | | | 25FEB2003- 25FEB2003 | ON | NAUSEA (Gastrointestinal disorders) [NAUSEA] | 1 | 5 | MIL | NO | N | N | N | N | N | N | NO YES | Dose Changed |
| | | | 25FEB2003- 01MAR2003 | ON | HYPOTENSION NOS (Vascular disorder s) [LOW BLOOD PRESSURE HYPOTENSIVE EPISODE] | 5 | 5 | MOD | NO | N | N | N | N | N | N | NO YES | Dose Changed |

SERIOUS REASON^ spans DT LT RH DI CA ME

\* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
\# INT=INTENSITY: MIL=MILD, MOD=MODERATE,  SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,   LT=LIFE-THREATENING,   RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
\*\* WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

567

Listing 12.2.7.2  Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ | | | | | | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DT | LT | RH | DI | CA | ME | | |
| QUETIAPINE 600 MG (BIPOLAR I) | E0030014 | 32 YRS CAUCASIAN FEMALE | 01MAR2003- 01MAR2003 | ON | ORTHOSTATIC HYPOTE NSION (Vascular disorder s) [DIZZINESS (DUE TO ORTHOSTATIC HYPOTENSION)] | 1 | 9 | MIL | NO | N | N | N | N | N | N | NO YES | Dose Changed |
| | E0030020 | 20 YRS CAUCASIAN MALE | 29MAY2003- CONTINUE | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | UNK | 1 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 30MAY2003- CONTINUE | ON | SEDATION (Nervous system di sorders) [EARLY AM SEDATION] | UNK | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | E0030024 | 30 YRS CAUCASIAN FEMALE | 13JUL2003- 16JUL2003 | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 4 | 3 | SEV | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,   LT=LIFE-THREATENING,   RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Listing 12.2.7.2  Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR I) | E0030025 | 63 YRS BLACK FEMALE | 18JUL2003- 08AUG2003 | ON | CONSTIPATION (Gastrointestinal disorders) [CONSTIPATION] | 22 | 8 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | E0031030 | 35 YRS CAUCASIAN FEMALE | 24JUN2003- 10AUG2003 | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 48 | 1 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | E0033012 | 39 YRS CAUCASIAN MALE | 13FEB2003- CONTINUE | ON | FATIGUE (General disorders and administration site conditions) [FATIGUE] | UNK | 4 | SEV | NO | N | N | N | N | N | N | NO YES | None |
| | E0034004 | 46 YRS CAUCASIAN MALE | 22APR2003- 23APR2003 | ON | DIZZINESS (Nervous system disorders) [DIZZY NOT DUE TO ORTHOSTATIC HYPOTENSION] | 2 | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 27APR2003- 03JUN2003 | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 38 | 7 | MIL | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION, DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY, ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.
SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

569

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR I) | E0035021 | 29 YRS HISPANIC FEMALE | 06MAY2003- 14MAY2003 | ON | NAUSEA (Gastrointestinal disorders) [NAUSEA] | 9 | 12 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | SEDATION (Nervous system di sorders) [SEDATION] | 9 | 12 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | E0036002 | 32 YRS CAUCASIAN FEMALE | 17JUN2003- 24JUN2003 | ON | DIZZINESS (Nervous system di sorders) [INTERMITTENT DIZZINESS, (NOT DUE TO POSTURAL HYPOTENSION)] | 8 | 1 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 17JUN2003- 14JUL2003 | ON | SOMNOLENCE (Nervous system di sorders) [INTERMITTENT SLEEPINESS] | 28 | 1 | SEV | NO | N | N | N | N | N | N | NO YES | None |
| | | | 18JUN2003- 14JUL2003 | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 27 | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |

```
        * POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
        # INT=INTENSITY: MIL=MILD, MOD=MODERATE,  SEV=SEVERE   @SER=SERIOUS
  ^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
        DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
        ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
                                 ** WD=WITHDRAWN.
        Note:  The adverse events are coded using MedDRA version 6.0.

        SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
                GENERATED:  12JUL2005 17:38:52  iceadmn3
```

570

Quetiapine Fumarate 5077US/0049                                    Page 170 of 270

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR I) | E0036002 | 32 YRS CAUCASIAN FEMALE | 20JUN2003- 25JUN2003 | ON | SWEATING INCREASED (Skin and subcutaneous tissue disorders) [SWEATING] | 6 | 4 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 08JUL2003- 11JUL2003 | ON | MANIA (Psychiatric disorders) [MANIA] | 4 | 22 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 12JUL2003- 17JUL2003 | ON | MANIA (Psychiatric disorders) [MANIA] | 6 | 26 | SEV | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |
| | E0036006 | 38 YRS CAUCASIAN MALE | 03JUL2003- 13JUL2003 | ON | SOMNOLENCE (Nervous system disorders) [SLEEPINESS] | 11 | 1 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 04JUL2003- 14JUL2003 | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 11 | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |

571

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE,  SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Listing 12.2.7.2  Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR I) | E0036006 | 38 YRS CAUCASIAN MALE | 14JUL2003- 27AUG2003 | ON | SOMNOLENCE (Nervous system di sorders) [SLEEPINESS] | 45 | 12 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | E0036007 | 35 YRS CAUCASIAN FEMALE | 07JUL2003- 10JUL2003 | ON | SOMNOLENCE (Nervous system di sorders) [INTERMITTENT SLEEPINESS] | 4 | 5 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 10JUL2003- 12JUL2003 | ON | SEDATION (Nervous system di sorders) [SEDATION] | 3 | 8 | SEV | NO | N | N | N | N | N | N | NO YES | None |
| | | | 11JUL2003- 14JUL2003 | ON | URINARY INCONTINEN CE (Renal and urinary disorders) [INTERMITTENT URINARY INCONTINENCE SECONDARY TO SEDATION] | 4 | 9 | MOD | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |

572

```
            * POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
              # INT=INTENSITY: MIL=MILD, MOD=MODERATE,  SEV=SEVERE   @SER=SERIOUS
      ^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
              DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
              ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
                              ** WD=WITHDRAWN.
           Note:  The adverse events are coded using MedDRA version 6.0.

           SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
                      GENERATED:  12JUL2005 17:38:52  iceadmn3
```

Quetiapine Fumarate 5077US/0049                                    Page 172 of 270

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ | | | | | | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DT | LT | RH | DI | CA | ME | | |
| QUETIAPINE 600 MG (BIPOLAR I) | E0036007 | 35 YRS CAUCASIAN FEMALE | 14JUL2003- 15JUL2003 | ON | SEDATION (Nervous system di sorders) [SEDATION] | 2 | 12 | MOD | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |
| | E0037009 | 34 YRS HISPANIC FEMALE | 20MAY2003- 21MAY2003 | ON | DIZZINESS (Nervous system di sorders) [LIGHTHEADEDNESS NOT SECONDARY TO POSTURAL HYPOTENSION] | 2 | 5 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 28MAY2003- 04JUN2003 | ON | DIZZINESS (Nervous system di sorders) [DIZZINESS NOT SECONDARY TO POSTURAL HYPOTHENSION] | 8 | 13 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 12JUN2003- 11JUL2003 | ON | ASTHENIA (General disorders and administratio n site conditions) [WEAKNESS] | 30 | 28 | MIL | NO | N | N | N | N | N | N | NO YES | Dose Changed |

573

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Quetiapine Fumarate 5077US/0049                                    Page 173 of 270

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR I) | E0037009 | 34 YRS HISPANIC FEMALE | 12JUN2003- 11JUL2003 | ON | SOMNOLENCE (Nervous system di sorders) [DROWSINESS] | 30 | 28 | MIL | NO | N | N | N | N | N | N | NO YES | Dose Changed |
| | E0039011 | 34 YRS BLACK FEMALE | 03JAN2003- 03JAN2003 | ON | DIARRHOEA NOS (Gastrointestinal disorders) [DIARRHEA] | 1 | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | E0039018 | 34 YRS BLACK FEMALE | 25JAN2003- 27JAN2003 | ON | SOMNOLENCE (Nervous system di sorders) [DROWSINESS] | 3 | 3 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 29JAN2003- 29JAN2003 | ON | SOMNOLENCE (Nervous system di sorders) [DROWSINESS] | 1 | 7 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 05FEB2003- CONTINUE | ON | NIGHT SWEATS (Skin and subcutan eous tissue disord ers) [INCREASED NIGHT SWEATS] | UNK | 14 | MOD | NO | N | N | N | N | N | N | NO YES | None |

SERIOUS REASON^ (header spanning DT LT RH DI CA ME above)

```
            * POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
            # INT=INTENSITY: MIL=MILD, MOD=MODERATE,  SEV=SEVERE   @SER=SERIOUS
      ^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
            DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
         ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
                               ** WD=WITHDRAWN.
          Note:  The adverse events are coded using MedDRA version 6.0.

         SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
                    GENERATED:  12JUL2005 17:38:52  iceadmn3
```

574

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR I) | E0039026 | 45 YRS BLACK FEMALE | 10MAR2003- 10MAR2003 | ON | TREMOR (Nervous system di sorders) [TREMORS RIGHT HAND (NOT DUE TO EPS)] | 1 | 4 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 10MAR2003- 11MAR2003 | ON | SOMNOLENCE (Nervous system di sorders) [DROWSINESS] | 2 | 4 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 10MAR2003- 18MAR2003 | ON | ASTHENIA (General disorders and administratio n site conditions) [DECREASED ENERGY] | 9 | 4 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 12MAR2003- 18MAR2003 | ON | CONSTIPATION (Gastrointestinal disorders) [INCREASED CONSTIPATION] | 7 | 6 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 17MAR2003- CONTINUE | ON | WEIGHT INCREASED (Investigations) [WEIGHT GAIN] | UNK | 11 | MIL | NO | N | N | N | N | N | N | NO YES | None |

575

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,   LT=LIFE-THREATENING,   RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ | | | | | | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DT | LT | RH | DI | CA | ME | | |
| QUETIAPINE 600 MG (BIPOLAR I) | E0039026 | 45 YRS BLACK FEMALE | 26MAR2003- 27MAR2003 | ON | ASTHENIA (General disorders and administratio n site conditions) [WEAK AFTER DOSE (NOT DUE TO POSTURAL HYPOTENSION)] | 2 | 20 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 25APR2003- CONTINUE | ON | OEDEMA PERIPHERAL (General disorders and administratio n site conditions) [PERIPHERAL EDEMA] | UNK | 50 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | E0039028 | 39 YRS BLACK MALE | 24MAR2003- 22MAY2003 | ON | SOMNOLENCE (Nervous system di sorders) [DROWSINESS NOT DUE TO POSTURAL HYPOTENSION] | 60 | 1 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | E0039032 | 26 YRS BLACK FEMALE | 14MAR2003- 14MAR2003 | ON | DIZZINESS (Nervous system di sorders) [DIZZINESS (NOT DUE TO POSTURAL HYPOTENSION)] | 1 | 1 | MIL | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Quetiapine Fumarate 5077US/0049                                      Page 176 of 270

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ | | | | | | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DT | LT | RH | DI | CA | ME | | |
| QUETIAPINE 600 MG (BIPOLAR I) | E0039032 | 26 YRS BLACK FEMALE | 14MAR2003- 15MAR2003 | ON | SOMNOLENCE (Nervous system di sorders) [DROWSINESS] | 2 | 1 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 28MAR2003- CONTINUE | ON | WEIGHT INCREASED (Investigations) [WEIGHT GAIN] | UNK | 15 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | E0039034 | 29 YRS CAUCASIAN FEMALE | 19MAR2003- 25APR2003 | ON | SOMNOLENCE (Nervous system di sorders) [DROWSINESS] | 38 | 1 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 20MAR2003- CONTINUE | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | UNK | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | E0039042 | 35 YRS BLACK FEMALE | 08MAY2003- CONTINUE | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | UNK | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | SEDATION (Nervous system di sorders) [SEDATION] | UNK | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,   LT=LIFE-THREATENING,   RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

577

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ DT LT RH DI CA ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR I) | E0039042 | 35 YRS BLACK FEMALE | 17MAY2003- 17MAY2003 | ON | DIZZINESS POSTURAL (Nervous system di sorders) [DIZZY WHEN STANDING "NOT DUE TO POSTURAL HYPOTENSION"] | 1 | 11 | MOD | NO | N N N N N N N | NO YES | None |
| | | | 20MAY2003- 20MAY2003 | ON | DIZZINESS POSTURAL (Nervous system di sorders) [DIZZY WHEN STANDING "NOT DUE TO POSTURAL HYPOTENSION"] | 1 | 14 | MOD | NO | N N N N N N N | NO YES | None |
| | | | 22MAY2003- 03JUN2003 | ON | CONSTIPATION (Gastrointestinal disorders) [INCREASED CONSTIPATION] | 13 | 16 | MOD | NO | N N N N N N N | NO YES | None |
| | | | 30JUN2003- CONTINUE | ON | CONSTIPATION (Gastrointestinal disorders) [INCREASED CONSTIPATION] | UNK | 55 | MOD | NO | N N N N N N N | NO YES | None |

578

```
        * POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
        # INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
    ^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
        DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
        ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
                                ** WD=WITHDRAWN.
        Note:  The adverse events are coded using MedDRA version 6.0.
    SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
                    GENERATED:  12JUL2005 17:38:52  iceadmn3
```

Quetiapine Fumarate 5077US/0049                                    Page 178 of 270

Listing 12.2.7.2  Treatment-Related Adverse Events

---

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR I) | E0041004 | 35 YRS CAUCASIAN MALE | 30JAN2003- 21FEB2003 | ON | FATIGUE (General disorders and administratio n site conditions) [FATIGUE] | 23 | 1 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 30JAN2003- 02APR2003 | ON | SEDATION (Nervous system di sorders) [SEDATION] | 63 | 1 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 10FEB2003- 23FEB2003 | ON | TREMOR (Nervous system di sorders) [TREMOR (NOT DUE TO EPS)] | 14 | 12 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 17FEB2003- 21FEB2003 | ON | PALPITATIONS (Cardiac disorders ) [HEART PALPITATIONS] | 5 | 19 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 23FEB2003- 01MAR2003 | ON | TINNITUS (Ear and labyrinth disorders) [INTERMITTENT TINNITUS] | 7 | 25 | MIL | NO | N | N | N | N | N | N | NO YES | None |

SERIOUS REASON^ spanning DT LT RH DI CA ME columns.

579

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Listing 12.2.7.2  Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ | | | | | | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DT | LT | RH | DI | CA | ME | | |
| QUETIAPINE 600 MG (BIPOLAR I) | E0041004 | 35 YRS CAUCASIAN MALE | 10MAR2003- 17MAR2003 | ON | FEELING COLD (General disorders and administratio n site conditions) [COLD FLASHES] | 8 | 40 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | FLUSHING (Vascular disorder s) [HOT FLASHES] | 8 | 40 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 10MAR2003- 25MAR2003 | ON | NIGHT SWEATS (Skin and subcutan eous tissue disord ers) [NIGHT SWEATS] | 16 | 40 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | E0042002 | 26 YRS CAUCASIAN MALE | 09JUL2003- CONTINUE | ON | WEIGHT INCREASED (Investigations) [WEIGHT GAIN] | UNK | 1 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 11JUL2003- 29AUG2003 | ON | CONSTIPATION (Gastrointestinal disorders) [INTERMITTENT CONSTIPATION] | 50 | 3 | MIL | NO | N | N | N | N | N | N | NO YES | None |

580

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE,  SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR II) | E0001006 | 29 YRS CAUCASIAN MALE | 11JUL2003- 17JUL2003 | ON | FATIGUE (General disorders and administratio n site conditions) [FATIGUE] | 7 | 1 | SEV | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |
| | | | 12JUL2003- CONTINUE | ON | MUSCLE TWITCHING (Musculoskeletal a nd connective tiss ue disorders) [LIPS TWITCHING NOT DUE TO EPS] | UNK | 2 | MOD | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |
| | | | 12JUL2003- 17JUL2003 | ON | MUSCLE CRAMP (Musculoskeletal a nd connective tiss ue disorders) [MUSCLE CRAMPS NOT DUE TO EPS] | 6 | 2 | SEV | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |
| | | | | | MUSCLE TWITCHING (Musculoskeletal a nd connective tiss ue disorders) [MUSCLE TWITCHING NOT DUE TO EPS] | 6 | 2 | SEV | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |

581

```
        * POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
        # INT=INTENSITY: MIL=MILD, MOD=MODERATE,  SEV=SEVERE   @SER=SERIOUS
      ^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
        DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
        ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
                             ** WD=WITHDRAWN.
        Note:  The adverse events are coded using MedDRA version 6.0.

      SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
                     GENERATED:  12JUL2005 17:38:52  iceadmn3
```

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR II) | E0003002 | 37 YRS CAUCASIAN MALE | 12NOV2002- 12NOV2002 | ON | DYSPEPSIA (Gastrointestinal disorders) [INDIGESTION] | 1 | 15 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | E0005031 | 29 YRS CAUCASIAN FEMALE | 02APR2003- CONTINUE | ON | SEDATION (Nervous system disorders) [SEDATION] | UNK | 1 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 06APR2003- CONTINUE | ON | DYSPEPSIA (Gastrointestinal disorders) [HEARTBURN] | UNK | 5 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 06APR2003- 30APR2003 | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 25 | 5 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 17APR2003- CONTINUE | ON | APPETITE INCREASED NOS (Metabolism and nutrition disorders) [INCREASED APPETITE] | UNK | 16 | MIL | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE,  SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | SERIOUS REASON^ | | | | | | | |
| QUETIAPINE 600 MG (BIPOLAR II) | E0005031 | 29 YRS CAUCASIAN FEMALE | 23APR2003- CONTINUE | ON | CONSTIPATION (Gastrointestinal disorders) [WORSENING OF CONSTIPATION] | UNK | 22 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 02MAY2003- CONTINUE | ON | EXTRAPYRAMIDAL DIS ORDER (Nervous system di sorders) [MUSCLE STIFFNESS OF BACK (SECONDARY TO EPS)] | UNK | 31 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | E0005033 | 33 YRS CAUCASIAN FEMALE | 16APR2003- 14MAY2003 | ON | SEDATION (Nervous system di sorders) [SEDATION] | 29 | 1 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 18APR2003- 14MAY2003 | ON | FLUSHING (Vascular disorder s) [INTERMITTENT HOT FLASHES] | 27 | 3 | MIL | NO | N | N | N | N | N | N | NO YES | None |

583

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Quetiapine Fumarate 5077US/0049                                      Page 183 of 270

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ | | | | | | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DT | LT | RH | DI | CA | ME | | |
| QUETIAPINE 600 MG (BIPOLAR II) | E0005033 | 33 YRS CAUCASIAN FEMALE | 20APR2003- 14MAY2003 | ON | CONSTIPATION (Gastrointestinal disorders) [CONSTIPATION] | 25 | 5 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | NASAL CONGESTION (Respiratory, thoracic and mediastinal disorders) [NASAL CONGESTION] | 25 | 5 | MOD | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |
| | | | 26APR2003- 14MAY2003 | ON | APPETITE INCREASED NOS (Metabolism and nutrition disorders) [INCREASED APPETITE] | 19 | 11 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | FLUID RETENTION (Metabolism and nutrition disorders) [WATER RETENTION] | 19 | 11 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | E0005038 | 31 YRS CAUCASIAN FEMALE | 14MAY2003- CONTINUE | ON | AKATHISIA (Nervous system disorders) [AKATHISIA] | UNK | 1 | MOD | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE  @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR II) | E0005038 | 31 YRS CAUCASIAN FEMALE | 14MAY2003- CONTINUE | ON | SEDATION (Nervous system disorders) [SEDATION] | UNK | 1 | MOD | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |
| | | | 14MAY2003- 01JUN2003 | ON | DYSPHAGIA (Gastrointestinal disorders) [DIFFICULTY SWALLOWING] | 19 | 1 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 23MAY2003- CONTINUE | ON | DYSPNOEA (Respiratory, thoracic and mediastinal disorders) [SHORTNESS OF BREATH] | UNK | 10 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | E0007009 | 29 YRS CAUCASIAN FEMALE | 19APR2003- 24APR2003 | ON | SEDATION (Nervous system disorders) [SEDATION] | 6 | 3 | MOD | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |
| | E0009010 | 31 YRS CAUCASIAN MALE | 14MAR2003- CONTINUE | ON | SEDATION (Nervous system disorders) [OVERSEDATION] | UNK | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

585

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR II) | E0009010 | 31 YRS CAUCASIAN MALE | 17MAR2003- CONTINUE | ON | NASAL CONGESTION (Respiratory, thoracic and mediastinal disorders) [NASAL CONGESTION] | UNK | 5 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 22MAR2003- CONTINUE | ON | LOSS OF LIBIDO (Psychiatric disorders) [LOSS OF LIBIDO] | UNK | 10 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | E0009011 | 62 YRS CAUCASIAN MALE | 13MAY2003- 01JUN2003 | ON | DIZZINESS POSTURAL (Nervous system disorders) [DIZZINESS (UPON STANDING NOT DUE TO POSTURAL HYPOTENSION)] | 20 | 8 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 15MAY2003- 30JUN2003 | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 47 | 10 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 25MAY2003- 01JUN2003 | ON | TACHYCARDIA NOS (Cardiac disorders) [TACHYCARDIA] | 8 | 20 | MIL | NO | N | N | N | N | N | N | NO YES | None |

586

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,   LT=LIFE-THREATENING,   RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR II) | E0011016 | 40 YRS CAUCASIAN MALE | 22APR2003- CONTINUE | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | UNK | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 22APR2003- 11MAY2003 | ON | ERECTILE DYSFUNCTI ON NOS (Reproductive syst em and breast diso rders) [ERECTILE DYSFUNCTION] | 20 | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 23APR2003- 29MAY2003 | ON | DIZZINESS (Nervous system di sorders) [DIZZINESS NOT DUE TO POSTURAL HYPOTENSION] | 37 | 3 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 23APR2003- 03JUN2003 | ON | DIZZINESS (Nervous system di sorders) [LIGHTHEADEDNESS NOT DUE TO POSTURAL HYPOTENSION] | 42 | 3 | MIL | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

587

Quetiapine Fumarate 5077US/0049                                           Page 187 of 270

Listing 12.2.7.2   Treatment-Related Adverse Events

---

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR II) | E0011020 | 33 YRS CAUCASIAN MALE | 09MAY2003- 10MAY2003 | ON | ORTHOSTATIC HYPOTE NSION (Vascular disorder s) [DIZZINESS, SECONDARY TO POSTURAL HYPOTENSION] | 2 | 2 | MOD | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |
| | | | 09MAY2003- 11MAY2003 | ON | SEDATION (Nervous system di sorders) [SEDATION] | 3 | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | E0018002 | 53 YRS CAUCASIAN MALE | 01DEC2002- CONTINUE | ON | DISTURBANCE IN ATT ENTION (Nervous system di sorders) [DECREASED CONCENTRATION] | UNK | 3 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 03DEC2002- 09DEC2002 | ON | SEDATION (Nervous system di sorders) [SEDATION] | 7 | 5 | MOD | NO | N | N | N | N | N | N | NO YES | None |

588

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,   LT=LIFE-THREATENING,   RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Listing 12.2.7.2  Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ | | | | | | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DT | LT | RH | DI | CA | ME | | |
| QUETIAPINE 600 MG (BIPOLAR II) | E0018002 | 53 YRS CAUCASIAN MALE | 04DEC2002- CONTINUE | ON | SINUS CONGESTION (Respiratory, thoracic and mediastinal disorders) [SINUS CONGESTION] | UNK | 6 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 06DEC2002- 06DEC2002 | ON | HALLUCINATION, VISUAL (Psychiatric disorders) [VISUAL HALLUCINATIONS] | 1 | 8 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 06DEC2002- 12DEC2002 | ON | DYSKINESIA (Nervous system disorders) [NOCTURNAL MYOCLONES (NOT DUE TO EPS)] | 7 | 8 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 06DEC2002- 15DEC2002 | ON | ALCOHOL INTOLERANCE (Metabolism and nutrition disorders) [INTERMITTENT INCREASED EFFECTS OF ALCOHOL] | 10 | 8 | MOD | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

589

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR II) | E0018002 | 53 YRS CAUCASIAN MALE | 07DEC2002- CONTINUE | ON | THOUGHT BLOCKING (Psychiatric disorders) [THOUGHT BLOCKING] | UNK | 9 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 12DEC2002- 14DEC2002 | ON | NIGHT SWEATS (Skin and subcutaneous tissue disorders) [NIGHT SWEATS] | 3 | 14 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 20DEC2002- 18JAN2003 | ON | ERECTILE DYSFUNCTION NOS (Reproductive system and breast disorders) [PARTIAL IMPOTENCE] | 30 | 22 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 22DEC2002- 22DEC2002 | ON | SOMNOLENCE (Nervous system disorders) [GROGGINESS] | 1 | 24 | MIL | NO | N | N | N | N | N | N | NO YES | None |

590

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE,  SEV=SEVERE  @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Quetiapine Fumarate 5077US/0049                                    Page 190 of 270

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ | | | | | | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DT | LT | RH | DI | CA | ME | | |
| QUETIAPINE 600 MG (BIPOLAR II) | E0018002 | 53 YRS CAUCASIAN MALE | 25DEC2002- CONTINUE | ON | MUSCLE CONTRACTION S INVOLUNTARY (Nervous system di sorders) [MUSCLE FASCICULATION (NOT DUE TO EPS)] | UNK | 27 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 28DEC2002- 20JAN2003 | ON | NIGHT SWEATS (Skin and subcutan eous tissue disord ers) [NIGHT SWEATS] | 24 | 30 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 01JAN2003- CONTINUE | ON | VISION BLURRED (Eye disorders) [BLURRED VISION] | UNK | 34 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | E0018003 | 27 YRS CAUCASIAN FEMALE | 27NOV2002- 27NOV2002 | ON | DIZZINESS (Nervous system di sorders) [DIZZINESS (UNKNOWN IF DUE TO POSTURAL HYPOTENSION)] | 1 | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |

591

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE  @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Quetiapine Fumarate 5077US/0049                                      Page 191 of 270

Listing 12.2.7.2  Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE-STOP DATE | ON/POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA-TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR II) | E0018003 | 27 YRS CAUCASIAN FEMALE | 29NOV2002-CONTINUE | ON | LETHARGY (General disorders and administration site conditions) [LETHARGIC] | UNK | 4 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | SEDATION (Nervous system disorders) [SEDATED] | UNK | 4 | SEV | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |
| | | | 02DEC2002-CONTINUE | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | UNK | 7 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | NASAL CONGESTION (Respiratory, thoracic and mediastinal disorders) [NASAL CONGESTION] | UNK | 7 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | E0018013 | 44 YRS CAUCASIAN MALE | 25JAN2003-29JAN2003 | ON | AKATHISIA (Nervous system disorders) [AKATHISIA] | 5 | 2 | MOD | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE,  SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

592

Quetiapine Fumarate 5077US/0049                                         Page 192 of 270

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE-STOP DATE | ON/POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA-TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR II) | E0018013 | 44 YRS CAUCASIAN MALE | 25JAN2003-29JAN2003 | ON | SEDATION (Nervous system disorders) [OVER SEDATION] | 5 | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 29JAN2003-30JAN2003 | ON | HEADACHE (Nervous system disorders) [INCREASED INTENSITY HEADACHE] | 2 | 6 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | E0019002 | 22 YRS CAUCASIAN FEMALE | 13NOV2002-CONTINUE | ON | FATIGUE (General disorders and administration site conditions) [FATIGUE] | UNK | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 18NOV2002-CONTINUE | ON | TENSION HEADACHE (Nervous system disorders) [TENSION HEADACHE] | UNK | 7 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | E0019008 | 35 YRS CAUCASIAN FEMALE | 22NOV2002-CONTINUE | ON | ALTERED VISUAL DEPTH PERCEPTION (Eye disorders) [PROBLEM WITH DEPTH PERCEPTION] | UNK | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

593

Listing 12.2.7.2   Treatment-Related Adverse Events

594

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR II) | E0019008 | 35 YRS CAUCASIAN FEMALE | 22NOV2002- CONTINUE | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | UNK | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | SOMNOLENCE (Nervous system di sorders) [GROGGY] | UNK | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | TACHYCARDIA NOS (Cardiac disorders ) [TACHYCARDIA] | UNK | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 27NOV2002- CONTINUE | ON | DYSPEPSIA (Gastrointestinal disorders) [INDIGESTION] | UNK | 7 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | E0019009 | 22 YRS CAUCASIAN FEMALE | 15NOV2002- CONTINUE | ON | DIZZINESS (Nervous system di sorders) [LIGHTHEADEDNESS ( NOT DUE TO ORTHOSTATIC HYPOTENSION )] | UNK | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE  @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH, LT=LIFE-THREATENING, RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Quetiapine Fumarate 5077US/0049                                      Page 194 of 270

Listing 12.2.7.2   Treatment-Related Adverse Events

595

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE-STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA-TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ | | | | | | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DT | LT | RH | DI | CA | ME | | |
| QUETIAPINE 600 MG (BIPOLAR II) | E0019009 | 22 YRS CAUCASIAN FEMALE | 15NOV2002-CONTINUE | ON | LETHARGY (General disorders and administratio n site conditions) [LETHARGY] | UNK | 2 | SEV | NO | N | N | N | N | N | N | NO YES | None |
| | | | 20NOV2002-20NOV2002 | ON | HEADACHE (Nervous system di sorders) [HEADACHE] | 1 | 7 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | E0019016 | 26 YRS CAUCASIAN FEMALE | 06JAN2003-09FEB2003 | ON | LETHARGY (General disorders and administratio n site conditions) [LETHARGY] | 35 | 1 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 06JAN2003-26FEB2003 | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 52 | 1 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 08JAN2003-20JAN2003 | ON | IRRITABILITY (Psychiatric disor ders) [IRRITABILITY] | 13 | 3 | MOD | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,   LT=LIFE-THREATENING,   RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Quetiapine Fumarate 5077US/0049                                    Page 195 of 270

Listing 12.2.7.2  Treatment-Related Adverse Events

---

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR II) | E0019016 | 26 YRS CAUCASIAN FEMALE | 24JAN2003- CONTINUE | ON | RESTLESSNESS (Psychiatric disorders) [RESTLESSNESS (NOT DUE TO EPS)] | UNK | 19 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | E0019020 | 35 YRS CAUCASIAN FEMALE | 24JAN2003- 07FEB2003 | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 15 | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | LETHARGY (General disorders and administratio n site conditions) [LETHARGY] | 15 | 2 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 06FEB2003- 12FEB2003 | ON | DYSPHAGIA (Gastrointestinal disorders) [DYSPHAGIA (DIFFICULTY SWALLOWING)] | 7 | 15 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 17FEB2003- 18FEB2003 | ON | NAUSEA (Gastrointestinal disorders) [NAUSEA] | 2 | 26 | MIL | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE  @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH, LT=LIFE-THREATENING, RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

596

Listing 12.2.7.2  Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ | | | | | | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DT | LT | RH | DI | CA | ME | | |
| QUETIAPINE 600 MG (BIPOLAR II) | E0019021 | 41 YRS CAUCASIAN MALE | 01FEB2003- 17FEB2003 | ON | AKATHISIA (Nervous system di sorders) [RESTLESS LEG DUE TO EPS (AKATHISIA)] | 17 | 3 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | LETHARGY (General disorders and administratio n site conditions) [LETHARGIC] | 17 | 3 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | E0019024 | 26 YRS CAUCASIAN MALE | 31JAN2003- 06FEB2003 | ON | CONFUSIONAL STATE (Psychiatric disor ders) [CONFUSION] | 7 | 2 | SEV | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |
| | | | | | DIZZINESS (Nervous system di sorders) [LIGHTHEADED (NOT DUE TO ORTHOSTATIC HYPOTENSION)] | 7 | 2 | SEV | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |

```
        * POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
        # INT=INTENSITY: MIL=MILD, MOD=MODERATE,  SEV=SEVERE   @SER=SERIOUS
    ^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
         DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
         ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
                              ** WD=WITHDRAWN.
         Note:  The adverse events are coded using MedDRA version 6.0.

     SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
                 GENERATED:  12JUL2005 17:38:52  iceadmn3
```

597

Listing 12.2.7.2  Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR II) | E0019024 | 26 YRS CAUCASIAN MALE | 31JAN2003- 06FEB2003 | ON | DYSPNOEA (Respiratory, thoracic and mediastinal disorders) [DIFFICULTY BREATHING] | 7 | 2 | SEV | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |
| | | | | | DYSPNOEA (Respiratory, thoracic and mediastinal disorders) [SHORTNESS OF BREATH] | 7 | 2 | SEV | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |
| | | | | | SOMNOLENCE (Nervous system disorders) [DROWSY] | 7 | 2 | SEV | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |
| | | | | | TOOTH DISORDER NOS (Gastrointestinal disorders) [WEIRD FEELING IN TEETH] | 7 | 2 | SEV | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |

598

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE,  SEV=SEVERE  @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Quetiapine Fumarate 5077US/0049

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR II) | E0019024 | 26 YRS CAUCASIAN MALE | 01FEB2003- 06FEB2003 | ON | LIMB DISCOMFORT NOS (Musculoskeletal and connective tissue disorders) [UNCOMFORTABLE FEELING IN LEGS AND ARMS] | 6 | 3 | SEV | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |
| | | | 02FEB2003- 02FEB2003 | ON | HEADACHE (Nervous system disorders) [HEADACHE] | 1 | 4 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 04FEB2003- 06FEB2003 | ON | BRUXISM (Psychiatric disorders) [BRUXISM] | 3 | 6 | MOD | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |
| | | | | | DIZZINESS (Nervous system disorders) [DIZZINESS (NOT DUE TO ORTHOSTATIC HYPOTENSION)] | 3 | 6 | SEV | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

599

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR II) | E0019024 | 26 YRS CAUCASIAN MALE | 04FEB2003- 06FEB2003 | ON | DYSPHAGIA (Gastrointestinal disorders) [DIFFICULTY SWALLOWING] | 3 | 6 | MOD | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |
| | | | 05FEB2003- 05FEB2003 | ON | COUGH (Respiratory, thoracic and mediastinal disorders) [WORSENING OF COUGH] | 1 | 7 | SEV | NO | N | N | N | N | N | N | NO YES | None |
| | E0019031 | 47 YRS CAUCASIAN MALE | 13MAR2003- 17MAR2003 | ON | SEDATION (Nervous system disorders) [SEDATION] | 5 | 1 | SEV | NO | N | N | N | N | N | N | YES YES | None |
| | | | 14MAR2003- 16MAR2003 | ON | JOINT STIFFNESS (Musculoskeletal and connective tissue disorders) [TIGHTNESS IN JOINTS (NOT DUE TO EPS)] | 3 | 2 | MOD | NO | N | N | N | N | N | N | YES YES | None |

009

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE,  SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,   RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Quetiapine Fumarate 5077US/0049                                    Page 200 of 270

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR II) | E0019031 | 47 YRS CAUCASIAN MALE | 14MAR2003- 16MAR2003 | ON | PARAESTHESIA (Nervous system di sorders) [TINGLING IN ARMS] | 3 | 2 | MOD | NO | N | N | N | N | N | N | YES YES | None |
| | | | | | PARAESTHESIA (Nervous system di sorders) [TINGLING IN LEGS] | 3 | 2 | MOD | NO | N | N | N | N | N | N | YES YES | None |
| | E0019035 | 34 YRS CAUCASIAN FEMALE | 20MAR2003- 24APR2003 | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 36 | 3 | SEV | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | SEDATION (Nervous system di sorders) [SEDATION] | 36 | 3 | MOD | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |
| | | | 25MAR2003- CONTINUE | ON | ANGER (Psychiatric disor ders) [INCREASED ANGER] | UNK | 8 | SEV | NO | N | N | N | N | N | N | NO YES | None |

601

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
\# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE  @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Listing 12.2.7.2  Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR II) | E0019035 | 34 YRS CAUCASIAN FEMALE | 03APR2003- 24APR2003 | ON | RESTLESS LEGS SYNDROME (Nervous system disorders) [RESTLESS LEGS AT NIGHT NOT DUE TO EPS] | 22 | 17 | MOD | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |
| | | | 11APR2003- 24APR2003 | ON | HYPOMANIA (Psychiatric disorders) [HYPOMANIA] | 14 | 25 | MOD | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |
| | E0019040 | 49 YRS BLACK MALE | 21MAY2003- 24MAY2003 | ON | ORTHOSTATIC HYPOTENSION (Vascular disorders) [DIZZINESS DUE TO ORTHOSTATIC HYPOTENSION] | 4 | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 21MAY2003- 01JUL2003 | ON | FATIGUE (General disorders and administration site conditions) [FATIGUE] | 42 | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |

602

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
 # INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE  @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
    DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
    ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
                          ** WD=WITHDRAWN.
  Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
            GENERATED:  12JUL2005 17:38:52  iceadmn3

Quetiapine Fumarate 5077US/0049                                      Page 202 of 270

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR II) | E0019040 | 49 YRS BLACK MALE | 21MAY2003- 01JUL2003 | ON | SEDATION (Nervous system di sorders) [SEDATION] | 42 | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 29MAY2003- CONTINUE | ON | WEIGHT INCREASED (Investigations) [WEIGHT GAIN] | UNK | 10 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 08JUN2003- 19JUN2003 | ON | DYSGEUSIA (Nervous system di sorders) [ABNORMAL TASTE IN MOUTH] | 12 | 20 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 09JUN2003- CONTINUE | ON | BRUXISM (Psychiatric disor ders) [GRINDING TEETH] | UNK | 21 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 04JUL2003- CONTINUE | ON | HYPOAESTHESIA (Nervous system di sorders) [NUMBNESS IN FINGER TIPS] | UNK | 46 | MIL | NO | N | N | N | N | N | N | NO YES | None |

603

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ | | | | | | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DT | LT | RH | DI | CA | ME | | |
| QUETIAPINE 600 MG (BIPOLAR II) | E0019042 | 27 YRS CAUCASIAN FEMALE | 05JUN2003- CONTINUE | ON | SEDATION (Nervous system disorders) [SEDATION.] | UNK | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 14JUN2003- 18JUN2003 | ON | TREMOR (Nervous system disorders) [HAND TREMORS (NOT DUE TO EPS)] | 5 | 11 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 15JUN2003- 18JUN2003 | ON | IRRITABILITY (Psychiatric disorders) [IRRITABILITY] | 4 | 12 | MIL | NO | N | N | N | N | N | N | YES YES | None |
| | | | | | LETHARGY (General disorders and administration site conditions) [LETHARGY] | 4 | 12 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | E0019045 | 32 YRS CAUCASIAN FEMALE | 27JUN2003- 09JUL2003 | ON | LETHARGY (General disorders and administration site conditions) [LETHARGY] | 13 | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

604

Quetiapine Fumarate 5077US/0049                                    Page 204 of 270

Listing 12.2.7.2   Treatment-Related Adverse Events

---

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | SERIOUS REASON^ | | | | | | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | DT | LT | RH | DI | CA | ME | | |
| QUETIAPINE 600 MG (BIPOLAR II) | E0020024 | 18 YRS CAUCASIAN MALE | 30JUN2003- 15JUL2003 | ON | FATIGUE (General disorders and administratio n site conditions) [FATIGUE INTERMITTENT] | 16 | 8 | MOD | NO | N | N | N | N | N | N | NO YES | Dose Changed |
| | E0023007 | 23 YRS CAUCASIAN FEMALE | 15JAN2003- CONTINUE | ON | FATIGUE (General disorders and administratio n site conditions) [FATIGUE] | UNK | 2 | MOD | NO | N | N | N | N | N | N | NO YES | Dose Changed |
| | E0023011 | 50 YRS CAUCASIAN FEMALE | 08MAR2003- CONTINUE | ON | ARTHRALGIA (Musculoskeletal a nd connective tiss ue disorders) [JOINT PAIN] | UNK | 33 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | E0023014 | 40 YRS CAUCASIAN MALE | 21FEB2003- CONTINUE | ON | ARTHRALGIA (Musculoskeletal a nd connective tiss ue disorders) [JOINT PAIN] | UNK | 1 | MOD | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR II) | E0023014 | 40 YRS CAUCASIAN MALE | 21FEB2003- 20MAR2003 | ON | FATIGUE (General disorders and administratio n site conditions) [FATIGUE] | 28 | 1 | MIL | NO | N | N | N | N | N | N | NO YES | Dose Changed |
| | E0023019 | 32 YRS CAUCASIAN MALE | 08APR2003- 10APR2003 | ON | SEDATION (Nervous system di sorders) [SEDATION] | 3 | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 09APR2003- CONTINUE | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | UNK | 3 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | E0023022 | 21 YRS CAUCASIAN MALE | 19APR2003- 26APR2003 | ON | SEDATION (Nervous system di sorders) [SEDATION] | 8 | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | 19APR2003- 17MAY2003 | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 29 | 2 | MOD | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

906

Quetiapine Fumarate 5077US/0049                                      Page 206 of 270

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR II) | E0023023 | 35 YRS CAUCASIAN FEMALE | 26APR2003- 29APR2003 | ON | DIZZINESS (Nervous system disorders) [DIZZY NOT DUE TO POSTURAL HYPOTENSION] | 4 | 2 | SEV | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |
| | | | | | SEDATION (Nervous system disorders) [SEDATION] | 4 | 2 | SEV | NO | N | N | N | N | N | N | YES YES | None |
| | | | | | SWEATING INCREASED (Skin and subcutaneous tissue disorders) [SWEATING] | 4 | 2 | SEV | NO | N | N | N | N | N | N | YES YES | None |
| | E0023029 | 46 YRS HISPANIC FEMALE | 24MAY2003- 28MAY2003 | ON | DIZZINESS (Nervous system disorders) [DIZZINESS (NOT DUE TO POSTURAL HYPOTENSION)] | 5 | 2 | SEV | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |
| | | | | | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 5 | 2 | SEV | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE,  SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

607

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR II) | E0023029 | 46 YRS HISPANIC FEMALE | 24MAY2003- 28MAY2003 | ON | SEDATION (Nervous system disorders) [SEDATION] | 5 | 2 | SEV | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |
| | E0023031 | 49 YRS CAUCASIAN FEMALE | 24JUN2003- CONTINUE | ON | FATIGUE (General disorders and administration site conditions) [FATIGUE] | UNK | 1 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 26JUN2003- CONTINUE | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | UNK | 3 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 04JUL2003- 10JUL2003 | ON | CONSTIPATION (Gastrointestinal disorders) [CONSTIPATION] | 7 | 11 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | E0023041 | 40 YRS CAUCASIAN FEMALE | 09JUL2003- 21JUL2003 | ON | DIZZINESS (Nervous system disorders) [DIZZINESS (NOT DUE TO POSTURAL HYPOTENSION)] | 13 | 1 | MIL | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,   LT=LIFE-THREATENING,   RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

809

Quetiapine Fumarate 5077US/0049                                    Page 208 of 270

Listing 12.2.7.2  Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE-STOP DATE | ON/POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA-TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR II) | E0023041 | 40 YRS CAUCASIAN FEMALE | 09JUL2003-21JUL2003 | ON | NAUSEA (Gastrointestinal disorders) [NAUSEA] | 13 | 1 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 12JUL2003-12JUL2003 | ON | HEADACHE (Nervous system di sorders) [HEADACHE] | 1 | 4 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 13JUL2003-CONTINUE | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | UNK | 5 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | | | 25JUL2003-10AUG2003 | ON | DIZZINESS (Nervous system di sorders) [DIZZINESS (NOT DUE TO POSTURAL HYPOTENSION)] | 17 | 17 | MIL | NO | N | N | N | N | N | N | NO YES | None |
| | E0026003 | 46 YRS CAUCASIAN MALE | 06DEC2002-13DEC2002 | ON | NIGHT SWEATS (Skin and subcutan eous tissue disord ers) [NIGHT SWEATS] | 8 | 3 | MIL | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

609

Quetiapine Fumarate 5077US/0049                                          Page 209 of 270

Listing 12.2.7.2  Treatment-Related Adverse Events

---

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE- STOP DATE | ON/ POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR II) | E0026003 | 46 YRS CAUCASIAN MALE | 06DEC2002- 19DEC2002 | ON | APPETITE INCREASED NOS (Metabolism and nutrition disorders) [INCREASED APPETITE] | 14 | 3 | MIL | NO | N | N | N | N | N | N | NO YES | None |
|  |  |  | 06DEC2002- 12JAN2003 | ON | SEDATION (Nervous system disorders) [SEDATION] | 38 | 3 | MIL | NO | N | N | N | N | N | N | NO YES | None |
|  |  |  | 06DEC2002- 12FEB2003 | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 69 | 3 | SEV | NO | N | N | N | N | N | N | NO YES | None |
|  |  |  | 08DEC2002- 15DEC2002 | ON | FOOD CRAVING (Metabolism and nutrition disorders) [CRAVING FOR SODIUM] | 8 | 5 | MIL | NO | N | N | N | N | N | N | NO YES | None |
|  | E0026005 | 57 YRS CAUCASIAN FEMALE | 30DEC2002- 11JAN2003 | ON | DIZZINESS (Nervous system disorders) [DIZZY (NOT DUE TO POSTURAL HYPOTENSION)] | 13 | 1 | SEV | NO | N | N | N | N | N | N | NO YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE,  SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

619

Listing 12.2.7.2   Treatment-Related Adverse Events

| TREATMENT (BIPOLAR DIAGNOSIS) | SUBJECT CODE | AGE RACE SEX | START DATE-STOP DATE | ON/POST TRT* | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA-TION (DAYS) | ONSET EXP (DAYS) | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUETIAPINE 600 MG (BIPOLAR II) | E0026005 | 57 YRS CAUCASIAN FEMALE | 30DEC2002-11JAN2003 | ON | DRY MOUTH (Gastrointestinal disorders) [DRY MOUTH] | 13 | 1 | SEV | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | DYSPNOEA (Respiratory, thoracic and mediastinal disorders) [LABORED BREATHING] | 13 | 1 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | IRRITABILITY (Psychiatric disorders) [IRRITABLE] | 13 | 1 | MOD | NO | N | N | N | N | N | N | NO YES | None |
| | | | | | SEDATION (Nervous system disorders) [SEDATION] | 13 | 1 | SEV | NO | N | N | N | N | N | N | YES YES | Permanently Stopped |
| | E0026009 | 43 YRS CAUCASIAN FEMALE | 17JAN2003-19JAN2003 | ON | DIZZINESS (Nervous system disorders) [DIZZY (NOT DUE TO POSTURAL HYPOTENSION)] | 3 | 3 | SEV | NO | N | N | N | N | N | N | YES YES | None |

* POST=ADVERSE EVENTS OCCURRING MORE THAN 30 DAYS AFTER LAST TREATMENT.
# INT=INTENSITY: MIL=MILD, MOD=MODERATE, SEV=SEVERE   @SER=SERIOUS
^ SERIOUS REASON: DT=DEATH,  LT=LIFE-THREATENING,  RH=REQUIRES OR PROLONGS HOSPITALIZATION,
DI=CAUSING PERSISTENT DISABILITY OR INCAPACITY, CA=CONGENITAL ABNORMALITY,
ME=MEDICAL EVENT THAT MAY JEOPARDIZE PATIENT OR REQUIRE MEDICAL INTERVENTION.
** WD=WITHDRAWN.
Note:  The adverse events are coded using MedDRA version 6.0.

SOURCE DOCUMENT: /CSRE/PROD/SEROQUEL/0049/SP/PROG/TLF/AELOG104.SAS
GENERATED:  12JUL2005 17:38:52  iceadmn3

619