**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION<br>This document relates to:<br>*Linda Guinn*, No. 6:07-CV-10291<br>*Janice Burns*, No. 6:07-CV-15959<br>*Richard Unger*, No. 6:07-CV-15812<br>*Connie Curley*, No. 6:07-CV-15701<br>*Linda Whittington*, No. 6:07-CV-10475<br>*Eileen McAlexander*, No. 6:07-CV-10360<br>*David Haller*, No. 6:07-CV-15733 | MDL DOCKET NO:<br>6:06-MDL-1769-ACC-DAB |

**PLAINTIFFS' SUPPLEMENTAL NOTICE OF UNSEALING AND FILING NON-CONFIDENTIAL EXHIBITS 24 AND 25 TO THEIR RESPONSE IN OPPOSITION TO ASTRAZENECA'S MOTION TO EXCLUDE THE GENERAL CAUSATION TESTIMONY OF PLAINTIFFS' GENERIC AND CASE-SPECIFIC WITNESSES AND SUPPORTING MEMORANDUM OF LAW**

Pursuant to the Court's instructions of February 26, 2009, the above-listed Plaintiffs submit their Supplemental Notice of Unsealing and Filing Non-Confidential Exhibits 24 and 25 to Their Response in Opposition to AstraZeneca's Motion to Exclude the General Causation Testimony of Plaintiffs' Generic and Case-Specific Witnesses and Supporting Memorandum of Law filed by Defendants AstraZeneca Pharmaceuticals, LP and AstraZeneca, LP on or about November 3, 2008, attaching the Exhibits listed below.

1

**Exhibits to Plaintiffs' Response in Opposition to AstraZeneca's Motion to Exclude the General Causation Testimony of Plaintiffs' Generic and Case-Specific Witnesses and Supporting Memorandum of Law**

| Exhibit No. | Description |
|---|---|
| 24 | Clinical Study Report – *A Confirmatory Multicenter, Double-blind, Randomized, Placebo-controlled Study of the Use of Quetiapine Fumarate (SEROQUEL) in the Treatment of Patients with Bipolar Depression* –Study Code D1447C00135, Date December 1, 2005 (Study 135) |
| 25 | Clinical Trial Report – International Approval Form – *A Multicenter, Double-Blind, Randomized, Controlled, Multiple Fixed-Dose Regimen Comparison of SEROQUEL (ICI 204,636) and Haloperidol in the Prevention of Psychotic Relapse in Outpatients with Chronic or Subchronic Schizophrenia*, Trial Number 5077IL/0015 – Date April 23, 1996 (Study 15) |

DATED:  March 11, 2009 　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By: 　/s/ Robert W. Cowan
　　　　　　　　　　　　　　　　　　　　　　F. Kenneth Bailey Jr.
　　　　　　　　　　　　　　　　　　　　　　K. Camp Bailey
　　　　　　　　　　　　　　　　　　　　　　Fletcher V. Trammell
　　　　　　　　　　　　　　　　　　　　　　Robert W. Cowan
　　　　　　　　　　　　　　　　　　　　　　**BAILEY PERRIN BAILEY**
　　　　　　　　　　　　　　　　　　　　　　440 Louisiana St., Suite 2100
　　　　　　　　　　　　　　　　　　　　　　Houston, Texas 77002
　　　　　　　　　　　　　　　　　　　　　　(713) 425-7100 Telephone
　　　　　　　　　　　　　　　　　　　　　　(713) 425-7101 Facsimile
　　　　　　　　　　　　　　　　　　　　　　kbailey@bpblaw.com
　　　　　　　　　　　　　　　　　　　　　　cbailey@bpblaw.com
　　　　　　　　　　　　　　　　　　　　　　ftrammell@bpblaw.com
　　　　　　　　　　　　　　　　　　　　　　rcowan@bpblaw.com
　　　　　　　　　　　　　　　　　　　　　　**Co-Lead Counsel for Plaintiffs**

### CERTIFICATE OF SERVICE

　　　I HEREBY CERTIFY that on this 11th day of March, 2009, I electronically filed the foregoing: PLAINTIFFS' SUPPLEMENTAL NOTICE OF UNSEALING AND FILING NON-CONFIDENTIAL EXHIBITS TO THEIR RESPONSE IN OPPOSITION TO ASTRAZENECA'S MOTION TO EXCLUDE THE GENERAL CAUSATION TESTIMONY OF PLAINTIFFS' GENERIC AND CASE-SPECIFIC WITNESSES AND SUPPORTING MEMORANDUM OF LAW with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

　　　　　　　　　　　　　　　　　　　　　　/s/  Robert W. Cowan
　　　　　　　　　　　　　　　　　　　　　　Robert W. Cowan