# CLINICAL TRIAL REPORT

# INTERNATIONAL APPROVAL FORM

**TRIAL TITLE:**   A Multicenter, Double-Blind, Randomized, Controlled, Multiple Fixed-Dose and Dose Regimen Comparison of SEROQUEL$^{TM}$ (ICI 204,636) and Haloperidol in the Prevention of Psychotic Relapse in Outpatients with Chronic or Subchronic Schizophrenia

**TRIAL NUMBER:**   5077IL/0015

**AUTHORS:**   Lisa Arvanitis, MD
Project Physician

Mark Scott, PhD
Project Biometrician

**DATE NEEDED:**   ASAP

**ROUTE/RETURN TO:**   J. Borak/Hanby−2

---

LISA ARVANITIS, MD
INTERNATIONAL PROJECT PHYSICIAN

4/23/96
DATE

MARK SCOTT, PhD
INTERNATIONAL PROJECT BIOMETRICIAN

4/23/96
DATE

# SEROQUEL™

## A Multicenter, Double-Blind, Randomized, Controlled, Multiple Fixed-Dose and Dose Regimen Comparison of SEROQUEL™ (ICI 204,636) and Haloperidol in the Prevention of Psychotic Relapse in Outpatients with Chronic or Subchronic Schizophrenia

| | |
|---|---|
| Trial number: | 5077IL/0015 |
| First patient entered: | 27 July 1993 |
| Data cutoff date: | 1 June 1995 |

The attached report is an accurate record of the trial conducted with SEROQUEL.

Alexander Miller, MD
University of Texas Health Science Center, Department of Psychiatry
7703 Floyd Curl Drive
San Antonio, TX 78284-7792

*Alexander Miller, M.D.*                    *June 12, 1996*
Signature                                   Date

SEROQUEL is a trademark, the property of Zeneca Limited.

**INVESTIGATOR AND CENTER LIST**

Trial number: 5077IL/0015

The following investigators participated in this trial:

| Center number | Investigator | Address |
|---|---|---|
| 001 | Jeffrey T. Apter, MD | Princeton Biomedical Research<br>256 Bunn Drive, Suite 6<br>Princeton, NJ 08540<br>USA |
| 002 | Richard L. Borison, MD, PhD | Psychiatry Service 116A-U<br>Augusta VA Medical Center<br>One Freedom Way<br>Augusta, GA 30910<br>USA |
| 003 | Jose M. Canive, MD | VA Medical Center<br>3695 Hot Springs Boulevard<br>Las Vegas, NM 87701<br>USA |
| 004 | John G. Csernansky, MD | Washington University School of Medicine<br>Department of Psychiatry<br>4940 Children's Place<br>St Louis, MO 63110<br>USA |
| 005 | Sharon G. Dott, MD | University of Texas Medical Branch<br>Department Of Psychiatry and Behavioral Sciences<br>1014 Texas Avenue<br>Galveston, TX 77555-0428<br>USA |
| 006 | James M. Ferguson, MD | Pharmacology Research Corporation<br>Suite 350<br>448 East 6400 South<br>Salt Lake City, UT 84107<br>USA |

## INVESTIGATOR AND CENTER LIST (continued)

| Center number | Investigator | Address |
|---|---|---|
| 007 | Louis F. Fabre, MD, PhD | Research Testing, Inc<br>5503 Crawford Street<br>Houston, TX 77004<br>USA<br><br>Fabre Research Clinics, Inc<br>5503 Crawford Street<br>Houston, TX 77004<br>USA |
| 008 | Robert H. Gerner, MD | 11500 West Olympic Boulevard<br>Suite 635<br>Los Angeles, CA 90068<br>USA |
| 009 | Lawrence S. Gross, MD | Los Angeles County USC Medical Center<br>Adult Psychiatric Outpatient Clinic<br>1937 Hospital Place<br>Los Angeles, CA 90033<br>USA |
| 010 | Mark B. Hamner, MD | VA Medical Center, 116A<br>Inpatient Psychiatry 5BN<br>109 Bee Street<br>Charleston, SC 29401<br>USA |
| 011 | Marvin I. Herz, MD | University of Rochester Strong Ties Annex<br>Department of Psychiatry<br>1650 Elmwood Ave<br>Rochester, NY 14620<br>USA<br><br>Rochester Psychiatric Center<br>1111 Elmwood Avenue<br>Rochester, NY 14620<br>USA |

## INVESTIGATOR AND CENTER LIST (continued)

| Center number | Investigator | Address |
|---|---|---|
| 012 | Mary Ann Knesevich, MD | Terrell State Hospital, Ward L1<br>1200 East Brin<br>Terell, TX 75160<br>USA<br><br>St. Paul Medical Center<br>5959 Harry Hines Boulevard<br>PO Box 1, Suite 924<br>Dallas, TX 75235<br>USA |
| 013 | John Chiles, MD | University of Texas Health Science Center at San Antonio<br>Department of Psychiatry<br>7703 Floyd Curl Drive<br>San Antonio, TX 78284-7792<br>USA |
|  | Alexander Miller, MD | University of Texas Health Science Center at San Antonio<br>San Antonio State Hospital<br>Clinical Pharmacy Programs<br>7703 Floyd Curl Drive<br>San Antonio, TX 78284-7792<br>USA |
| 014 | Marvin J. Miller, MD | Larue D. Carter Memorial Hospital<br>Department of Psychiatry<br>1315 West 10th Street<br>Indianapolis, IN 46202<br>USA |
| 015 | Thomas Nordahl, MD, PhD | University of California Davis Medical Center<br>Department of Psychiatry<br>4430 V Street<br>Sacramento, CA 95817<br>USA |

## INVESTIGATOR AND CENTER LIST (continued)

| Center number | Investigator | Address |
|---|---|---|
| 016 | Richard Owen, MD | John L. McClellan<br>VA Medical Center<br>North Little Rock Division 116A/NLR<br>Department of Psychiatry<br>2200 Fort Roots Drive<br>North Little Rock, AR 72114-1706<br>USA |
| | | Arkansas State Hospital<br>4313 North Markham Street<br>Little Rock, AR 72205<br>USA |
| 017 | William M. Patterson, MD | Birmingham Research Group, Inc<br>2120 Lynngate Drive<br>Birmingham, AL 35216<br>USA |
| 018 | Steven G. Potkin, MD, PhD | University of California<br>Irvine Medical Center<br>Department of Psychiatry and Human Behavior<br>101 City Drive South, Route 88<br>Orange, CA 92668<br>USA |
| 019 | Robert A. Riesenberg, MD | DeKalb Medical Center<br>2701 North Decatur Road<br>Decatur, GA 30033<br>USA |
| | | Biobehavioral Research Center<br>625 DeKalb Industrial Way<br>Decatur, GA 30033<br>USA |
| 020 | Murray H. Rosenthal, DO | Behavioral Medicine Resources<br>9449 Balboa Avenue, Suite 205<br>San Diego, CA 92123<br>USA |
| 021 | John Rotrosen, MD | Department of Veterans Affairs<br>New York VA Medical Center<br>423 East 23rd Street<br>New York, NY 10010<br>USA |

## INVESTIGATOR AND CENTER LIST (continued)

| Center number | Investigator | Address |
|---|---|---|
| 022 | Ramon Boza, MD | VA Medical Center<br>Department of Psychiatry<br>1201 NW 16th Street<br>Miami, FL 33125<br>USA |
|  | Richard Steinbook, MD | University of Miami<br>Jackson Memorial Medical Center<br>Department of Psychiatry, D-29<br>Mental Health Institute, Room 112B<br>1611 NW 12th Avenue<br>Miami, FL 33136<br>USA |
| 023 | Stephen M. Strakowski, MD | Biological Psychiatry Program<br>University of Cincinnati College of Medicine<br>231 Bethesda Avenue, Suite ML-0559<br>Cincinnati, OH 45267-0559<br>USA |
| 024 | Steven D. Targum, MD | Crozer-Chester Medical Center<br>One Medical Center Boulevard<br>Old Main<br>Upland, PA 19013<br>USA |
|  |  | Delaware Valley Clinical Studies<br>1015 Chestnut Street<br>Suite 1303<br>Philadelphia, PA  19107<br>USA |
| 025 | Rajiv Tandon, MD | University of Michigan Medical Center<br>Department of Psychiatry, Unit 8D<br>1500 East Medical Center Drive<br>Ann Arbor, MI 48109-0116<br>USA |

## INVESTIGATOR AND CENTER LIST (continued)

| Center number | Investigator | Address |
|---|---|---|
| 026 | Sophia Vinogradov, MD | San Francisco VA Medical Center<br>4150 Clement St, 116C<br>San Francisco, CA 94121<br>USA |
| 027 | Barry Jones, MD | Psychopharmacology Research Training Center<br>Hamilton Psychiatric Hospital<br>100 West 5th Street<br>Hamilton, Ontario L9C 3N6<br>CANADA |
| | Alain Labelle, MD | Royal Ottawa Hospital<br>1145 Carling Avenue<br>Ottawa, Ontario K1Z 7K4<br>CANADA |
| 028 | Gary J. Remington, MD, PhD | Clarke Institute of Psychiatry<br>250 College Street<br>Toronto, Ontario M5T 1R8<br>CANADA |
| 029 | Bishan Saxena, PhD | Psychopharmacology Research Training Center<br>Hamilton Psychiatric Hospital<br>100 West 5th Street<br>Hamilton, Ontario L9C 3N6<br>CANADA |
| 030 | John S. Carman, MD | Brawner Psychiatric Institute<br>3180 Atlanta Street SE<br>Smyrna, GA 30080<br>USA |
| | | Carman Research<br>4000 Cumberland Parkway<br>Building 100, Suite A<br>Atlanta, GA 30339<br>USA |
| 031 | Walter A. Brown, MD | Clinical Programs Ltd<br>4 Richmond Square<br>Providence, RI 02906<br>USA |

## INVESTIGATOR AND CENTER LIST (continued)

| Center number | Investigator | Address |
|---|---|---|
| 032 | George M. Simpson, MD | Medical College of Pennsylvania (EPPI) Department of Clinical Psychopharmacy 3200 Henry Avenue Philadelphia, PA 19129 USA |
| 033 | John W. Knesevich, MD | 109 Ponemah Road, #9, Unit F Amherst, NH 03031 USA |
| 034 | Bijan Bastani, MD | Portage Path Community Mental Health Center 340 South Broadway Street Akron, OH 44304 USA |
| 035 | Harold D. Udelman, MD | Biomedical Stress Research Foundation, Ltd 45 East Osborn Road Phoenix, AZ 85012 USA |
| 036 | Gopinath Mallya, MD | McLean Hospital 115 Mill Street Belmont, MA 02178 USA |
| 037 | Luis F. Ramirez, MD | Cleveland VA Medical Center Department of Psychiatry, Room 116A 10000 Brecksville Road Brecksville, OH 44141 USA |

**CONTENTS**                                                                    **PAGE**

SUMMARY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . i

1       OBJECTIVES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

2       DESCRIPTION OF THE TRIAL . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

2.1     Design of trial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

2.2     Trial population . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
        2.2.1   Size of population . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
        2.2.2   Inclusion criteria . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
        2.2.3   Exclusion criteria . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
        2.2.4   Withdrawal criteria . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

2.3     Randomization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

2.4     Dosage and test materials . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
        2.4.1   Formulation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
        2.4.2   Presentation, labeling, and blinding techniques . . . . . . . . . . . . . . . . . . 7
        2.4.3   Dosage and regimen . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
        2.4.4   Drug accountability . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

2.5     Concurrent therapy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
        2.5.1   Psychotropic medication . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
        2.5.2   Medication for EPS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
        2.5.3   Non-psychotropic medication . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

2.6     Methods of assessment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
        2.6.1   Screening (Segment A) assessments . . . . . . . . . . . . . . . . . . . . . . . . . 14
        2.6.2   Clinical assessments of efficacy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
        2.6.3   Adverse event monitoring . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
        2.6.4   Safety assessments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

2.7     Trial management . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

2.8     Statistical considerations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
        2.8.1   Power . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
        2.8.2   Early termination of recruitment . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
        2.8.3   Interim analysis . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
        2.8.4   Methods of analysis . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
        2.8.5   Data presentation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28

**CONTENTS (continued)**                                              **PAGE**

3     DEMOGRAPHY AND WITHDRAWALS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29

3.1   Demographic details . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29

      3.1.1   Sex, age, weight, and race . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29

      3.1.2   Diagnosis, psychiatric history, and baseline characteristics
              at entry to the trial  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30

      3.1.3   Comparability of treatment groups . . . . . . . . . . . . . . . . . . . . . . . . . . . 33

3.2   Withdrawals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34

3.3   Protocol violations and deviations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35

3.4   Code breaks  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36

4     EFFICACY RESULTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37

4.1   Time to withdrawal / time to relapse . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37

      4.1.1   Time to withdrawal from Segment B and time to psychotic relapse
              (primary population) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37

      4.1.2   Time to withdrawal from Segment B (secondary population)  . . . . . . . .  41

      4.1.3   Prognostic variables . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43

      4.1.4   Summary of time to withdrawal / time to relapse  . . . . . . . . . . . . . . . . . 44

4.2   Brief Psychiatric Rating Scale (BPRS) positive symptom cluster score  . . . . . .  45

4.3   Clinical Global Impressions (CGI)  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47

      4.3.1   CGI Severity of Illness score  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47

      4.3.2   CGI Global Improvement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48

4.4   Schedule for the Assessment of Negative Symptoms (SANS)
      summary score . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49

4.5   Summary of secondary efficacy analyses  . . . . . . . . . . . . . . . . . . . . . . . . . . . 50

4.6   Cognitive function tests . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 51

4.7   Quality of Life Scale scores  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 52

5     SAFETY RESULTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 53

5.1   Extent of exposure  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 53

5.2   Selected concurrent medication usage . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 53

## CONTENTS (continued)                                        PAGE

5.3      Adverse events . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .56 . . .
        5.3.1    Adverse events overall . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .56 .
        5.3.2    Adverse events leading to death . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .61
        5.3.3    Adverse events leading to withdrawal . . . . . . . . . . . . . . . . . . . . . . . . . 62
        5.3.4    Serious adverse events not leading to withdrawal . . . . . . . . . . . . . . .80
        5.3.5    Intensity of adverse events . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .85.
        5.3.6    Relation of adverse events to treatment . . . . . . . . . . . . . . . . . . . . . . .87
        5.3.7    Incidence of selected adverse events against time . . . . . . . . . . . . . . .87
        5.3.8    Summary of adverse events . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 88.

5.4      Neurologic rating scales . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 88 . .
        5.4.1    Simpson Scale . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .88 . .
        5.4.2    AIMS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .90 . . .

5.5      Clinical laboratory results . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92 . .
        5.5.1    Hematology . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .92 . .
        5.5.2    Clinical chemistry . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .98 . .
        5.5.3    Prolactin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .104 . . .

5.6      Ophthalmology . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .105 . . .

5.7      Electrocardiograms . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .112 . .

5.8      Vital signs and weight . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .116 . .

5.9      Plasma concentrations of ICI 204,636 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .118.

6        DISCUSSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .120 . . .

7        CONCLUSIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .122 . . .

REFERENCES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .123 . . .

FIGURES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .124 to 141

INDEX OF SUMMARY TABLES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .142 to 151

SUMMARY TABLES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .152 to 2314

**CONTENTS (continued)**                                               **PAGE**

**INDEX OF TABLES IN TEXT**

1      Treatment groups . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2 . . . . .

2      Schedule of assessments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12 . . .

3      Visit window intervals (days from randomization) . . . . . . . . . . . . . . . . . . . . . . .22

4      Summary of sex, age, weight, and race . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .29 .

5      Psychiatric diagnosis and illness history . . . . . . . . . . . . . . . . . . . . . . . . . . . .31 .

6      Baseline efficacy and neurologic assessments* . . . . . . . . . . . . . . . . . . . . . . . .33

7      Disposition of patients and reasons for withdrawal . . . . . . . . . . . . . . . . . . . . . . .34

8      Numbers of patients excluded from the secondary population by reason  for
       exclusion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .36 . . . . .

9      Patient withdrawal rates based on Kaplan-Meier failure rates
       by dose group . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .38 . . . .

10     Time to withdrawal based on Kaplan-Meier estimates by dose group . . . . . . . . .39

11     Pairwise comparisons for time to withdrawal (primary population)  . . . . . . . . . .39

12     Time to relapse (Criteria I and II combined) based on Kaplan-Meier
       estimates by dose group (primary population) . . . . . . . . . . . . . . . . . . . . . . . . . . 40 .

13     Pairwise comparisons for time to relapse (primary population)  . . . . . . . . . . . . 41

14     Patient withdrawal rates based on Kaplan-Meier failure rates by
       dose group (secondary population) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42 . .

15     Time to withdrawal based on Kaplan-Meier estimates by dose group
       (secondary population) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .42 . . .

16     Pairwise comparisons for time to withdrawal (secondary population) . . . . . . . . 43

17     Prognostic variables for the time to withdrawal . . . . . . . . . . . . . . . . . . . . . . . . 44

18     Analysis of covariance of change from baseline for BPRS positive  symptom
       cluster score to final evaluation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .46 . .

19     Analysis of covariance of change from baseline for BPRS positive  symptom
       cluster score (LOCF) to Week 12 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .46 . .

**CONTENTS (continued)**                                                                **PAGE**

20      Analysis of covariance of change from baseline for the CGI Severity  of Illness score to final assessment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47. . .

21      Analysis of covariance of change from baseline for the CGI Severity  of Illness score (LOCF) to Week 12  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48. . .

22      Analysis of covariance of change from baseline for the SANS summary  score to final assessment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49. . . .

23      Analysis of covariance of change from baseline for SANS summary  score (LOCF) to Week 12  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50. . . .

24      SANS summary score (observed cases) at baseline and final evaluation  by presence of the deficit syndrome . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50. .

25      Selected cognitive function test results at baseline and change from  baseline to final . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 51. . . . .

26      Quality of Life Scale scores at baseline and change from baseline to  final . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 52. . . .

27      Exposure to randomized treatment  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 53. .

28      Selected concurrent medication use: medication for EPS . . . . . . . . . . . . . . . . . .54

29      Selected concurrent medication use: medications for agitation and  insomnia . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 55. . . . .

30      Summary of adverse events . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 56. . .

31      Adverse events with crude incidence rate of ≥5% in any SEROQUEL group  . . 57

32      EPS adverse events  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .61. . . . .

33      Withdrawals due to adverse events during randomized treatment . . . . . . . . . . .62

34      Serious adverse events during randomized treatment not leading  to withdrawal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .81. . . .

35      Number of patients and severe adverse events in each treatment group . . . . . . 86

36      Frequency distribution for change from baseline in Simpson Scale  total score at the final evaluation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .89. . .

37      Frequency distribution for change from baseline to Week 12 in  Simpson Scale total score - LOCF . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 89. . . .

38      Frequency distribution for change from baseline in AIMS total score  at the final evaluation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .91. . . .

## CONTENTS (continued)                                          PAGE

39    Frequency distribution for change from baseline in AIMS total score  at
      Week 12 - LOCF . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 91 . . . .

40    Number of patients with clinically significant post-baseline results  for
      selected liver function tests . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 99 . . .

41    Mean change from baseline to final evaluation for thyroid function  tests . . . . 101

42    Numbers of patients with clinically significant post-baseline  results for
      thyroid function tests . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 102 . .

43    Patients with clinically significant thyroid function tests . . . . . . . . . . . . . . . . . 103

44    Thyroid function test results for patients treated with  levothyroxine
      during the trial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 104 . . .

45    Mean changes from baseline in pulse and weight at the final evaluation . . . . . 116

46    Frequencies of clinically significant values in vital signs . . . . . . . . . . . . . . . . . 117

## CONTENTS (continued)                                    PAGE

### INDEX OF FIGURES IN TEXT

F1      Time to patient withdrawal (Days) by dose group  . . . . . . . . . . . . . . . . . . . . . . . .124

F2      Time to relapse (Days) by dose group − criteria I and II . . . . . . . . . . . . . . . . . .124

F3A.1   Mean (SE) Change from baseline in BPRS positive symptom cluster score by
        visit−LOCF  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .125 . . .

F3A.2   BLPS positive symptom cluster score overall mean change from baseline
        −LOCF  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .125. . . .

F3B.1   Mean(SE) change from baseline in BPRS positive symptom cluster scoreby
        visit−observed cases . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .126 . .

F3B.2   BPRS positive symptom cluster score overall mean change from
        baseline−observed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .126. . .

F3B.3   BPRS positive symptom cluster score overall mean change from
        baseline−observed patients who withdrew due to psychotic relapse  . . . . . . . .127

F3B.4   BPRS positive symptom cluster score overall mean change from
        baseline−observed completers  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .127 .

F3B.5   BPRS positive symptom cluster score overall mean change from baseline−
        observed patients who withdrew for reasons other than a relapse . . . . . . . . . .128

F4A.1   Mean(SE) change from baseline in CGI severity of illness score by visit
        −  LOCF  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .128. . . .

F4A.2   CGI severity of illness score overall mean change from baseline − LOCF  . . . 129

F4B.1   Mean(SE) change from baseline in CGI severity of illness score by
        visit−observed cases . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .129 . .

F4B.2   CGI severity of illness score overall mean change from baseline −
        observed  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .130. . . .

F4B.3   CGI severity of illness score overall mean change from baseline −
        observed patients who withdrew due to psychotic relapse . . . . . . . . . . . . . . . .130

F4B.4   CGI severity of illness score overall mean change from baseline −
        observed completers  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .131 . .

F4B.5   CGI severity of illness score overall mean change from baseline −
        observed patients who withdrew for reasons other than a relapse . . . . . . . . . .131

## CONTENTS (continued)                                         PAGE

F5A.1    Mean(SE) CGI global improvement item score by visit − LOCF . . . . . . . . . . . .132

F5A.2    CGI global improvement item overall mean change from basement −
         LOCF . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .132. . . .

F5B.1    Mean(SE) CGI global improvement item score by visit − observed cases . . . . 133

F5B.2    CGI global improvement item overall mean change from baseline −
         observed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .133. . . .

F5B.3    CGI global improvement item overall mean change from baseline −
         observed patients who withdrew due to psychotic relapse . . . . . . . . . . . . . . . .134

F5B.4    CGI global improvement item overall mean change from baseline −
         observed completers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .134 . .

F5B.5    CGI global improvement item overall mean change from baseline −
         observed patients who withdrew for reason than a relapse . . . . . . . . . . . . . . . .135

F6A.1    Mean(SE) change from baseline in sans summary score by visit − LOCF . . . . 135

F6A.2    Sans summary score overall mean change from baseline − LOCF . . . . . . . . .136

F6B.1    Mean(SE) change from baseline in sans summary score by visit − observed
         cases . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .136. . . .

F6B.2    Sans summary score overall mean change from baseline − observed . . . . . . .137

F6B.3    Sans summary score overall mean change from baseline −
         observed patients who withdrew due to phychotic relapse . . . . . . . . . . . . . . . .137

F6B.4    Sans summary score overall mean change from baseline −
         observed completers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .138 . .

F6B.5    Sans summary score overall mean change from baseline −
         observed patients who withdrew for reasons other than a relapse . . . . . . . . . .138

F7A      Mean(+/− SD) plasma ICI 204,636 levels by visit (ng/ml) . . . . . . . . . . . . . . . .139

F7B      Mean(+/− SD) plasma ICI 204,636 levels (ng/ml) by visit and reason for
         withdrawal − psychotic relapse (criteria I and II) . . . . . . . . . . . . . . . . . . . . . . . . .139

F7C      Mean(+/− SD) plasma ICI 204,636 levels (ng/ml) by visit and reason for
         withdrawal − refused to continue, adverse experience and protocol
         noncompliance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .140. . .

F7D      Mean(+/− SD) plasma ICI 214,227 levels by visit (ng/ml) . . . . . . . . . . . . . . . . .140

## CONTENTS (continued)                                            PAGE

**F7E**   **Mean($+/-$ SD) plasma ICI 214,227 levels (ng/ml) by visit and reason for
withdrawal $-$ psychotic relapse (criteria I and II) . . . . . . . . . . . . . . . . . . . . . . . . .141**

**F7F**   **Mean($+/-$ SD) plasma ICI 214,227 levels (ng/ml) by visit and reason for
withdrawl $-$ refused to continue, adverse experience and protocol
noncompliance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .141 . . .**

**CONTENTS (continued)**                                              **PAGE**

**INDEX OF APPENDICES**

| | | |
|---|---|---|
| A | Special methods and reference publications | A1 to A64 |
| B | Investigators' curricula vitae | B1 to B668 |
| C | Sample case report forms | C1 to C105 |
| D | Protocol and amendments | D1 to D162 |
| E | Randomization scheme | E1 to E107 |
| F | Publications arising from this trial | NA |
| G | Individual data tabulations | G1 to G3513 |
| H | Statistical appendix | H1 to H8629 |

i

# SUMMARY

---

**ZENECA INC**

---

**FINISHED PRODUCT:** SEROQUEL<sup>TM</sup>

---

**ACTIVE INGREDIENT(S): ICI 204,636**

---

**Trial title (number):** A Multicenter, Double-Blind, Randomized, Controlled, Multiple Fixed-Dose and Dose Regimen Comparison of SEROQUEL<sup>TM</sup> (ICI 204,636) and Haloperidol in the Prevention of Psychotic Relapse in Outpatients with Chronic or Subchronic Schizophrenia. (5077IL/0015)

---

**Clinical phase:** III

---

**First patient entered:** 27 July 1993 **Data cutoff date:** 1 June 1995

---

**Principal investigator(s), location, and center number:** Alexander Miller, MD, University of Texas Health Science Center, Department of Psychiatry, 7703 Floyd Curl Drive, San Antonio, TX 78284-7792 (Center 013)

---

**Publication:** None at the time of writing this report.

---

**OBJECTIVES:** To delineate the dose response relationship for SEROQUEL, administered on either TID or BID dose regimens, in the prevention of psychotic relapse in outpatients with chronic or subchronic schizophrenia as measured by the time to withdrawal from the trial. To compare the efficacy, as measured by the changes from baseline in the Brief Psychiatric Rating Scale (BPRS) and Clinical Global Impression (CGI), and the safety and tolerability among three fixed doses of SEROQUEL administered on either TID or BID dose regimens, with haloperidol in the prevention of psychotic relapse in the above population. To investigate the relative effects of multiple fixed doses of SEROQUEL and haloperidol, administered for up to 1 year, on negative symptoms, cognitive function, quality of life, and health outcomes assessments in the above population. To explore the relationship between the plasma concentrations of ICI 204,636 and response to treatment.

SEROQUEL is a trademark, the property of Zeneca Limited.

ii

**METHODS:**

**Design:**  US and Canadian, multicenter randomized, double-blind, two segment study comparing three fixed doses and two dose regimens of SEROQUEL with a standard dose of haloperidol.  Segment A consisted of a screening period, and Segment B consisted of a double-blind phase (titration followed by fixed total daily doses of 75 mg, 300 mg, or 600 mg SEROQUEL).

Interim analyses were performed when approximately one-half of the total expected number of withdrawals from the trial had occurred.

**Changes to the investigational plan:** Due to a slow rate of patient accrual, recruitment for this trial was terminated early.  As a result, the study objectives were amended on 1 March 1995 to combine the TID and BID regimens within dose groups for all inferential analyses.  No comparisons between dose regimens were performed.

**Population:** A total of 301 adult men and women from 34 centers were randomized.

**Key inclusion criteria:** a) chronic or subchronic schizophrenia according to DSM-III-R (Diagnostic and Statistical Manual of Mental Disorders, Third Edition, Revised -1987) criteria for any of the following subtypes: disorganized, catatonic, paranoid, residual, or undifferentiated; (b) no concurrent Axis I DSM-III-R diagnoses such as alcohol or psychoactive substance dependence not in full remission, concomitant organic mental disorder, or mental retardation; (c) full or partial remission according to DSM-III-R criteria upon entry into Segment A.

The following qualification criteria were met at entry to the trial and at completion of Segment A for the patient to have been randomized to treatment: (d)18-item BPRS (0- to 6- point system) positive symptom items rated $\leq$ 3 (moderate) for the following: Item 4: Conceptual disorganization; Item 11: Suspiciousness;Item 12: Hallucinatory behavior;Item 15: Unusual thought content; (e) CGI Severity of Illness item assessment $\leq$ 4 (moderately ill)

**Key exclusion criteria:** any significant clinical disorder, electrocardiogram (ECG), or laboratory finding which in the opinion of the investigator made the patient unsuitable for receiving an investigational drug

**Dosage:**

**Segment A, Screening:** All non-neuroleptic psychotropic agents, except medications for the treatment of extrapyramidal symptoms (EPS) (and lorazepam, added in US and Canadian protocol revision dated 29 July 1994), were discontinued before the start of Segment A.  No trial treatment was administered during this screening phase.  The duration of Segment A was 7 to 28 days depending on the need for tapering of previous neuroleptic medication.

**Segment B, Double-Blind:** On entry into Segment B, patients were randomized to one of the following seven treatment groups: total daily dose of 75 mg, 300 mg, or 600 mg SEROQUEL (administered BID or TID), or 12 mg haloperidol (administered TID).  The initial 2 to 3 weeks of Segment B were allowed for titration and the remaining 50 weeks (or until psychotic relapse) were fixed dose.  Formulation and lot numbers for trial treatments follow, respectively:

iii

| SEROQUEL | 25-mg tablets | F7134 | 92-0707T, 92-0052, 94-0195, 94-3085T |
|---|---|---|---|
| | 25-mg matched placebo | F7142 | 92-0473, 93-0098, 93-3075, 93-0099 |
| | 100-mg tablets | F7133 | 92-0725T, 92-0741T, 92-0745T, 93-0781T, 93-0775T, 93-0776T, 93-0782T, 94-3036T, 94-0237, 94-0237T, T43093 |
| | 100-mg matched placebo | F7143 | 92-0477, 92-0475, 93-0103, 93-0100, 93-0101, 93-0102, 93-3074 |
| Haloperidol | 2-mg tablets | F10108 | 92-3216, 94-3053 |
| | 2-mg matched placebo | F10109 | 92-3217 |
| | 5-mg tablets | F10110 | 92-3218, 94-3054 |
| | 5-mg matched placebo | F10111 | 92-3219, 94-3055 |

**Key assessments:**

The primary efficacy variable was time to withdrawal from Segment B for any reason, in days from randomization. Patients who completed Segment B were censored at their completion date, and patients who remained in Segment B were considered censored as of 1 June 1995. The time to psychotic relapse was also analyzed, where all patients who did not withdraw due to psychotic relapse were censored.

Psychiatric rating scale measures included BPRS positive symptom cluster score, CGI Severity of Illness and Global Improvement scores, and Modified Scale for the Assessment of Negative Symptoms (SANS). These were secondary efficacy variables. Tertiary measures of efficacy included health outcomes assessments (Questionnaire and Quality of Life Scale [QLS]) and cognitive function tests. These assessments were monitored as per the protocol.

**Safety:** Adverse events and neurologic measures (Simpson Scale and AIMS) were monitored as per the protocol. Safety also was assessed by physical examinations, vital signs, ECGs, ophthalmologic examinations, and clinical laboratory tests.

**Statistical considerations:**

The primary population for the time to withdrawal and the time to relapse (Criteria I and II) included all randomized patients. The secondary population for the time to withdrawal and the time to relapse (Criteria I and II) included all patients who were considered protocol compliant and who successfully completed the titration phase of Segment B. The remaining efficacy variables were analyzed for all randomized patients with baseline and at least one post-baseline BPRS or CGI measurement. All patients randomized to treatment were included in the safety analyses.

Formal analyses of the time to withdrawal and the time to relapse (Criteria I and II combined) were performed on all available data through Week 52, when the last randomized patient would have had the opportunity to complete 3 months of treatment. For the remaining efficacy and safety variables, last observation carried forward (LOCF) analyses were performed on all data available up through Week 12, and analyses based on observed data were performed on all available data up through Week 52. Summary statistics for Health Economics and QOL were provided yet no formal analyses were performed.

iv

All inferential analyses with respect to efficacy and safety were performed for the total daily dose of trial treatment received (SEROQUEL 75, 300, or 600 mg, or haloperidol 12 mg).  No attempt was made to inferentially compare the TID and BID dose regimens within each total daily dose group.  All dose group comparisons were declared statistically significant at the 0.05 level using 2-tailed tests.  Descriptive statistics were provided by treatment arm (randomized treatment) and dose group (SEROQUEL 75, 300, or 600 mg, or haloperidol 12 mg) in the T-tables.

---

**RESULTS:**

**Demography:** Due to the early termination of recruitment, a total of 331 patients entered into the trial.  Of these, 301 patients from 34 centers entered the double-blind phase, with 85 patients randomized to SEROQUEL 75 mg, 88 patients randomized to SEROQUEL 300 mg, 87 patients randomized to SEROQUEL 600 mg, and 41 patients randomized to haloperidol.  No center enrolled more than 6% of all randomized patients.  The treatment groups were generally well balanced with respect to demographic characteristics, psychiatric diagnosis and illness history, and psychiatric assessments at baseline.  The overall mean age was 38 years (range 19 to 66 years).  The majority of patients were men (80%) and white (70%)

Chronic paranoid schizophrenia was the most common diagnostic category among randomized patients (50% of patients).  The vast majority of patients had chronic schizophrenia (93%).  There were no clinically meaningful differences among the treatment groups with respect to psychiatric diagnosis or illness history.

The overall proportion of patients who completed the trial was low.  Eight percent of patients in the SEROQUEL 75-mg group, 13% of patients in the SEROQUEL 300-mg group, 16% of patients in the SEROQUEL 600-mg group, and 32% of patients in the haloperidol group completed the trial.  The majority of withdrawals in the SEROQUEL groups were for psychotic relapse and the majority of withdrawals in the haloperidol group were for adverse events or intercurrent illnesses.

**Efficacy:** There was no statistically significant dose response among SEROQUEL groups in the time to withdrawal from the trial, which was the primary efficacy variable.  Pairwise comparison showed no statistically significant differences among any treatment groups, including haloperidol, in the time to withdrawal from the trial.  There was also no statistically significant dose response among the SEROQUEL groups in the time to withdrawal from the trial for psychotic relapse.  Times to psychotic relapse were generally longer in the haloperidol group.  Pairwise comparisons of the time to withdrawal for psychotic relapse revealed statistically significant differences between the haloperidol group and each SEROQUEL group.  However, there was an imbalance in the reasons for withdrawal from the trial between the SEROQUEL and haloperidol treatment groups with proportionally more patients in the haloperidol group withdrawing for adverse events.  Some of these adverse events, among haloperidol patients, may have been surrogates for relapse (eg, anxiety, suicide attempt, depression).  Since proportionally more censoring for relapse occurred in the haloperidol treatment group, any contrasts between the haloperidol and SEROQUEL groups for time to withdrawal for psychotic relapse may not reflect true differences in the relapse distributions among the groups and therefore are noninformative.  Results of the analysis of the time to withdrawal in the secondary population showed a similar trend for the primary population.  The analysis of prognostic variables indicated that only the interaction between treatment groups and the need for

v

neuroleptic medication to be tapered during Segment A were significantly associated with time to withdrawal.

Statistically significant differences in favor of haloperidol when compared with each SEROQUEL group were seen in the change from baseline to the final evaluation for the BPRS positive symptom cluster score and the CGI Severity of Illness score. Additionally, a significantly greater proportion of patients in the haloperidol group demonstrated an improvement at the final evaluation on the CGI Global Improvement item. These results are consistent with the results of the primary efficacy analysis of time to withdrawal, since proportionally more patients in the SEROQUEL groups compared to the haloperidol groups withdrew for psychotic relapse and psychotic relapse was defined in terms of worsening BPRS positive symptoms cluster and CGI Global Improvement item scores. Similar trends were seen on the analysis of the change from baseline to final evaluation for the SANS summary score. The higher SANS summary scores in the SEROQUEL groups compared to the haloperidol group may be reflective of increased levels of negative symptoms which may be secondary to increased positive symptoms, demonstrated by higher BPRS positive symptom cluster scores in the SEROQUEL groups.

Tertiary objectives included investigations of the relative effects of multiple fixed doses of SEROQUEL and haloperidol on negative symptoms, cognitive function, quality of life, and health outcomes assessments as well as exploring the relationship between the plasma concentrations of ICI 204,636 and response to treatment. Results of note include the dose-related improvement in tests of selective attention (Stroop color test) and executive function (Trail making test [Trails A]) during treatment with SEROQUEL. Additionally, a small dose-related improvement in the QLS total score occurred in the SEROQUEL groups. These findings require further exploration in controlled clinical trials.

**Safety:** The median time on randomized treatment was approximately 2 to 3 months. Overall, the use of psychotropic medications (ie, benztropine mesylate, chloral hydrate, and lorazepam) was greatest in the haloperidol group (66% of patients) and similar in the SEROQUEL groups (range 41 to 44% of patients).

**TABLE A   Summary of adverse events**

| Category | Treatment group | | | |
|---|---|---|---|---|
| | SEROQUEL | | | Haloperidol |
| | 75 mg (n = 85) | 300 mg (n = 88) | 600 mg (n = 87) | (n = 41) |
| Number of patients (number of adverse events) | | | | |
| Adverse events associated with death | 0 | 0 | 0 | 0 |
| Adverse events leading to withdrawal | 7 (9) | 13 (13) | 13 (15) | 14 (21) |
| Serious adverse events not leading to withdrawal | 1 (1) | 0 | 4 (7) | 2 (2) |
| Other adverse events | 68 (269) | 58 (281) | 58 (269) | 24 (108) |
| No adverse events | 9 | 17 | 12 | 1 |

The most frequently reported adverse event was somnolence. The only frequently reported adverse events in the SEROQUEL groups with an apparent dose-response relationship were

vi

somnolence, dizziness, nervousness, and weight gain.  The proportion of patients who withdrew from the trial due to adverse events was similar among SEROQUEL groups and these proportions were all lower than that observed in the haloperidol group.  The most common adverse events leading to withdrawal were somnolence in the SEROQUEL groups and EPS adverse events in the haloperidol group.  A total of 11 serious adverse events which did not lead to withdrawal were reported by 8 patients during the trial.  There was no consistency with regard to serious adverse events reported; each serious adverse event was reported by one patient only.  Few severe adverse events were reported during the trial and there were no trends apparent.

The results of the Simpson Scale analysis failed to show any dose-related increase in EPS associated with SEROQUEL treatment.  In each SEROQUEL group, the incidence of EPS was less than that observed in the haloperidol group.  These results are supported by the analyses that the proportions of patients administered medications for EPS and proportions of patients with EPS adverse events were lower in the SEROQUEL groups.  The results of the AIMS analysis showed no dose-related worsening or improvement in abnormal involuntary movements over time in the SEROQUEL or haloperidol groups.

SEROQUEL treatment was associated with benign fluctuations in white blood cells (WBCs) and absolute neutrophil counts (ANCs); however, the incidence of clinically significant WBC and ANC decreases was similar to that in the haloperidol group.

SEROQUEL was associated with transient elevations in LFTs.  There was no dose-response relationship among the SEROQUEL groups and no clear difference between the TID and BID dose regimens in terms of the proportions of patients with clinically significant LFT elevations.

SEROQUEL was associated with dose-related decreases from baseline in total $T_4$, free $T_4$, and total $T_3$.  These decreases were seen early in the trial (within the first four weeks) and no progressive decreases were seen over time.  There were no substantial elevations from baseline in TSH associated with the decreases in total $T_4$, free $T_4$, and total $T_3$ and no progressive increases in TSH were seen over time.

The analysis of plasma prolactin concentrations indicates that SEROQUEL, in contrast to standard antipsychotic agents, generally produced decreases from baseline in prolactin levels.

Overall, the results of the slit lamp and LOCS III evaluations of the ocular lens support the view that SEROQUEL had no clinically relevant effect on the ocular lens.  Ocular changes were of a very minor nature, were noted in all treatment groups, and were not related to the dose of SEROQUEL administered.  LOCS III scores showed no dose-related increase in the proportions of patients with worsening scores in the SEROQUEL groups, and similar proportions of patients in the SEROQUEL and haloperidol treatment groups had worsening scores.  The magnitude of worsening in any LOCS III category did not represent a clinically significant change from baseline examination in any treatment group.

Although this trial was not capable of establishing definitively that SEROQUEL does not induce cataracts in man, SEROQUEL did not appear to have any clinically relevant effects on the ocular lens in this trial.

Other than slight mean increases in heart rate in the SEROQUEL groups, there were no consistent clinically relevant changes in ECGs during the trial.  There was no evidence of conduction abnormalities, no arrhythmias, and no conformation changes associated with SEROQUEL treatment.

vii

Vital signs measurements revealed a greater mean increase in pulse and weight in the SEROQUEL groups compared with the haloperidol group. The proportions of patients with clinically significant postural changes in both systolic blood pressure and pulse were relatively small, although there appeared to be a dose-related increase in the proportions of patients in the SEROQUEL groups. There also appeared to be a dose-related increase in the proportion of patients with clinically significant weight gain among the SEROQUEL groups.

Trough plasma concentrations of ICI 204,636 show mean concentrations that increase with dose at each trial day. No definitive conclusions can be drawn from these data with regard to the relationship between ICI 204,636 plasma concentrations and trial outcome.

_____

**CONCLUSIONS:**
The results from the primary efficacy analyses (time to withdrawal for all reasons) failed to support the efficacy of SEROQUEL, at doses ranging from 75 to 600 mg/day, or haloperidol, at a dose of 12 mg/day, in the prevention of psychotic relapse in patients with schizophrenia.

SEROQUEL was well tolerated with no additional safety issues, beyond those previously identified in short-term ($\leq$6 weeks) trials, arising after long-term treatment with SEROQUEL.

1

## 1      OBJECTIVES

The objectives of this trial were:

(a)     To delineate the dose response relationship for SEROQUEL, administered on either[1] a
        TID or BID dose regimen, in the prevention of psychotic relapse in outpatients with
        chronic or subchronic schizophrenia as measured by the time to withdrawal from the
        trial.

(b)     To compare the efficacy, as measured by the changes in baseline in the Brief
        Psychiatric Rating Scale (BPRS) and Clinical Global Impression (CGI), the safety and
        tolerability among three fixed doses of SEROQUEL administered on either[1] TID or BID
        dose regimens, with haloperidol in the prevention of psychotic relapse in the above
        population.

(c)     To investigate the relative effects of multiple fixed doses of SEROQUEL and
        haloperidol, administered for up to 1 year, on negative symptoms, cognitive function,
        quality of life, and health outcomes assessments in the above population.  The
        relationship between the plasma concentrations of ICI 204,636 and response to
        treatment were explored.

[1] Originally written as "both" - changed to "either" in US protocol revision dated 1 March 1995 and
Canadian protocol revision dated 13 April 1995.

2

## 2      DESCRIPTION OF THE TRIAL

### 2.1      Design of trial

This trial was a US and Canadian, multicenter, double-blind, randomized trial comparing three fixed doses and two dose regimens of SEROQUEL with a standard dose of haloperidol in the prevention of psychotic relapse in outpatients with chronic or subchronic schizophrenia.

The trial was divided into two segments: A, screening, and B, double-blind.  Segment A was a minimum of 1 week and up to 4 weeks in duration, depending on the need for tapering of previous neuroleptic medication.  Segment B was divided into a 2-week titration phase and a 50-week fixed-dose treatment phase.  All non-neuroleptic psychotropic agents, except those for the treatment of extrapyramidal symptoms (EPS) (and lorazepam, added in US and Canadian protocol revision dated 29 July 1994) were discontinued before the start of Segment A.  During Segment A, patients underwent screening clinical and laboratory evaluations and, if necessary, a neuroleptic taper.  Patients satisfying all entry and qualification criteria entered Segment B.

Upon entry to Segment B, neuroleptics and medications for the treatment of EPS (eg, anticholinergics, beta blockers) were discontinued and patients were randomized to one of seven treatment groups listed in Table 1:

**TABLE 1    Treatment groups**

| Treatment | Total daily dose (mg) | Treatment regimen |
|-----------|----------------------|-------------------|
| SEROQUEL  | 75                   | TID               |
|           | 75                   | BID               |
|           | 300                  | TID               |
|           | 300                  | BID               |
|           | 600                  | TID               |
|           | 600                  | BID               |
| Haloperidol | 12                 | TID               |

The dose of trial treatment for each patient was to be individually titrated to the randomized fixed dose over a period of 2 weeks.  A US and Canadian protocol revision dated 29 July 1994 allowed up to 3 weeks for titration.  Upon completion of the titration phase, the dose of trial treatment was fixed at the randomized dose level for the remainder of the trial.

Patients who completed the trial or withdrew from the trial after completing at least 4 weeks of Segment B were eligible to participate in an open-label extension phase with SEROQUEL for up to 52 weeks.  (The open-label extension was changed to up to 104 weeks with US protocol revision dated 2 September 1994 and Canadian protocol revision dated 26 January 1995.) Data from the open-label extension phase are not included in this report.

There were four protocol revisions affecting the US centers (dated 23 May 1994, 29 July 1994, 2 September 1994, and 1 March 1995) and six protocol revisions affecting the Canadian centers (dated 18 August 1993, 23 May 1994, 29 July 1994, 23 October 1994, 26 January 1995, and 13 April 1995).

3

The following changes were made for both the US and Canadian centers with the 23 May 1994 protocol revision:

(a)    inclusion criteria were amended to include patients in remission from an acute psychotic relapse or acute exacerbation of schizophrenia within 6 months of entry into Segment A

(b)    it was noted in the inclusion criteria that patients receiving maintenance antipsychotic treatment with clozapine upon entry into Segment A would not be considered eligible for entry into the trial

The 29 July 1994 protocol revision affected the US and Canadian centers as follows:

(a)    the controlled use of lorazepam during Segments A and B was allowed

(b)    patients who did not fulfill the 36-month criterion but had a well documented history of multiple psychotic relapses or hospitalizations for acute exacerbation were allowed to enter Segment A provided the last psychotic relapse or hospitalization for acute exacerbation was within 6 years prior to entry into Segment A.

(c)    the titration phase of Segment B was extended to 3 weeks for patients who had not achieved the fixed dose by the end of Week 2

In the protocol revision dated 2 September 1994 for the US and 26 January 1995 for Canada, the maximum duration of the open-label extension phase was extended from 52 weeks to 104 weeks.

In the protocol revision dated 1 March 1995 in the US and 13 April 1995 in Canada, the power considerations were revisited as a result of the decision to terminate recruitment into the trial.

In addition to the above revisions affecting both the US and Canadian protocols, the Canadian protocol was revised on 18 August 1993 to include best corrected visual acuity and retroillumination photography of the lens testing as part of the ophthalmologic examination. The Canadian protocol revision dated 23 October 1994 removed the requirement for the retroillumination photography of the lens.

Other changes to the protocols were of a minor nature concerning practical and administrative aspects of the protocols.


## 2.2    Trial population

### 2.2.1    Size of population

A total of 560 patients (80 patients per treatment arm) were expected to be randomized to 1 of 7 treatment regimens in the US (34 centers) and Canada (3 centers).  Each center could enter up to 42 patients into double-blind treatment.

### (a)    Interim analysis

A planned interim analysis was performed after approximately one-half of the total expected number of withdrawals from the trial occurred (estimated to be approximately 100 withdrawals). The proportions of patients relapsing in each SEROQUEL 75-mg group (BID and TID) was

4

compared with each other treatment group.  If any of the comparisons were significant, randomization into the SEROQUEL 75-mg group was to be discontinued for ethical reasons and patients would continue to be randomized into the remaining treatment groups until the recruitment goal was achieved.  The interim analysis is discussed further in Section 2.8.3.

**(b)      Termination of recruitment into the trial**

Despite continued efforts, it became increasingly difficult to recruit patients into this relapse prevention trial.  Approximately 50% of the total planned number of patients were entered into the trial after patients had been recruited for approximately 2 years.  As patient recruitment was dwindling, there was concern that the demography of the different treatment groups would change over time.  Therefore, a decision was made to halt recruitment into this trial and collapse the BID and TID treatment groups.  Recruitment into the trial was stopped on 27 February 1995, at which time 331 patients had entered the trial.  This early termination of the trial and the handling of the treatment groups is discussed further in Section 2.8.2.

## 2.2.2   Inclusion criteria

For inclusion in the trial, patients were required to meet all the following criteria:

(a)      chronic or subchronic schizophrenia according to DSM-III-R (Diagnostic and Statistical Manual of Mental Disorders, Third Edition, Revised -1987) criteria for any of the following subtypes:

| | |
|---|---|
| disorganized | 295.11 or .12 |
| catatonic | 295.21 or .22 |
| paranoid | 295.31 or .32 |
| residual | 295.61 or .62 |
| undifferentiated | 295.91 or .92 |

(b)      no concurrent Axis I DSM-III-R diagnoses such as alcohol or psychoactive substance dependence not in full remission, concomitant organic mental disorder, or mental retardation.

(c)      full or partial remission according to DSM-III-R criteria upon entry into Segment A. Definitions for these criteria were as follows:

| | |
|---|---|
| full remission | there were no longer any symptoms or signs of the disorder |
| partial remision | the full criteria for the disorder were previously met but only some of the symptoms or signs of the illness were present upon entry into Segment A |

(d)      No history of an acute psychotic relapse or hospitalization for an acute exacerbation of schizophrenia within 6 months of entry into Segment A.

This inclusion criterion was changed to the following in US and Canadian protocol revision dated 23 May 1994: in clinical remission from an acute psychotic relapse or acute exacerbation of schizophrenia requiring hospitalization within 6 months of entry into Segment A.

(e)      a history of at least 1 acute psychotic relapse or hospitalization for acute exacerbation of schizophrenia within 36 months of entry into Segment A

5

US and Canadian protocol revision dated 29 July 1994 added the following: Patients who did not fulfill the 36 month criterion but had a well-documented history of multiple psychotic relapses or hospitalizations for acute psychotic exacerbation were entered into Segment A provided the last psychotic relapse or hospitalization for acute psychotic exacerbation did not occur greater than 6 years before entry into Segment A

(f)     a score on the Abnormal Involuntary Movement Scale (AIMS) Global Judgment - Severity of Abnormal Movements (Item 8) of $\leq$ 3 (moderate) at entry into Segment A

(g)     continuous maintenance neuroleptic treatment for at least 6 months before entry into Segment A

(h)     maintenance neuroleptic dose $\leq$ 30 mg/day of haloperidol or equivalent upon entry to Segment A and $\leq$ 15 mg/day of haloperidol or equivalent upon entry to Segment B. Dose equivalents for neuroleptics other than haloperidol were outlined in the protocol.

(i)     no depot neuroleptic injection within one depot dosing interval before entry into Segment B

(j)     discontinuation of all non-neuroleptic psychotropic agents (eg, carbamazepine, lithium, valproate), except medications for the treatment of EPS (and lorazepam, added in US and Canadian protocol revision dated 29 July 1994), before entry into Segment A resulted in no change in the level of remission

(k)     men and women 18 to 65 years of age who are outpatients

(l)     written informed consent obtained from patient, spouse, parent, or legal representative

The following qualification criteria **must both** have been met at entry into Segment A of the trial and at completion of Segment A for the patient to have been randomized to treatment:

(m)     18-item BPRS (0 to 6 point system) positive symptom items (listed below) rated $\leq$ 3 (moderate):

> Item 4, Conceptual disorganization
> Item 11, Suspiciousness
> Item 12, Hallucinatory behavior
> Item 15, Unusual thought content

(n)     CGI Severity of Illness item assessment $\leq$ 4 (moderately ill)

## 2.2.3     Exclusion criteria

Any of the following was a criterion for exclusion:

(a)     pregnant or lactating women; women of childbearing potential must have had a negative result on their serum human chorionic gonadotrophin (HCG) test, performed during Segment A, before being randomized into Segment B, and been using a reliable method of birth control (ie, oral contraceptives for a minimum of 3 months, approved contraceptive implant, long-term injectable contraception, IUD [intrauterine device] or tubal ligation) during Segments A and B

(b)     participation in an investigational drug trial within 30 days of Segment A

6

(c)      previous participation in an investigational trial involving SEROQUEL

(d)      any significant clinical disorder or laboratory finding which in the opinion of the
         investigator made the patient unsuitable to receive an investigational new drug; in
         particular, patients with clinically significant or unstable hematologic, hepatic,
         cardiovascular, pulmonary, gastrointestinal, endocrine/metabolic, renal or other
         systemic disease or laboratory abnormality

(e)      white blood cell (WBC) count less than the lower limits of normal for the assay
         ($3.8 \times 10^9$ cells/L, SmithKline Beecham Clinical Laboratories, USA)

(f)      history of clozapine-induced agranulocytosis

(g)      clinically significant abnormal electrocardiogram (ECG)

(h)      history of seizure disorder

(i)      history of violent, assaultive, or suicidal behavior during previous episodes of
         psychotic relapse

(j)      patients receiving maintenance antipsychotic treatment with clozapine upon entry into
         Segment A  (This exclusion criterion was added with the US and Canadian protocol
         revision dated 23 May 1994.)

### 2.2.4    Withdrawal criteria

Withdrawal from the trial, either at the request of the patient or at the recommendation of the
investigator, was permitted at any time.

The following were considered criteria for withdrawal:

(a)      adverse event or intercurrent illness

(b)      psychotic relapse, as defined in Section 2.6.2

(c)      patient refusal to continue or lost to follow-up

(d)      protocol noncompliance, defined as missing two consecutive trial visits

## 2.3      Randomization

The actual treatment given to an individual was determined by a randomization schedule
prepared by the Biometrics group of Zeneca Pharmaceuticals (Zeneca).  A separate
randomization schedule was produced for each center, with patient numbers allocated to
randomized treatments in balanced blocks, the size of which was known only to the Biometrics
group of Zeneca.  Tablets of trial medication were packed by the Investigational Materials
Section of Zeneca according to the randomization schedule.  In order to maintain adequate trial
drug supplies at the centers, there were some instances when trial medication labeled for a
center with relatively low patient enrollment was actually sent to a center with higher patient
enrollment.  Patient numbers were assigned by the investigator in a strict sequential order as
patients entered the trial.  No patient was admitted to the trial more than once.  If a number was
allocated incorrectly, no attempt was made to remedy the error once medication had been
dispensed.  The patient continued with the allocation number and trial medication, and Zeneca

was notified as soon as the error was detected.  Subsequent patients continued using the first unallocated number in the original randomization schedule.

Trial monitors and data management staff were unaware of the randomization schedule until the completion of the trial and data validation.

## 2.4    Dosage and test materials

### 2.4.1    Formulation

SEROQUEL and matching placebo and haloperidol and matching placebo were supplied as tablets for oral use in 2 strengths (25 mg and 100 mg for SEROQUEL and 2 mg and 5 mg for haloperidol).  The formulation and lot numbers were as follows:

| | | Formulation number | Lot number(s) |
|---|---|---|---|
| SEROQUEL | 25-mg tablets | F7134 | 92-0707T, 92-0052, 94-0195, 94-3085T |
| SEROQUEL | 25-mg matched placebo | F7142 | 92-0473, 93-0098, 93-3075, 93-0099 |
| SEROQUEL | 100-mg tablets | F7133 | 92-0725T, 92-0741T, 92-0745T, 93-0781T, 93-0775T, 93-0776T, 93-0782T, 94-3036T, 94-0237, 94-0237T, T43093 |
| SEROQUEL | 100-mg matched placebo | F7143 | 92-0477, 92-0475, 93-0103, 93-0100, 93-0101, 93-0102, 93-3074 |
| Haloperidol | 2-mg tablets | F10108 | 92-3216, 94-3053 |
| Haloperidol | 2-mg matched placebo | F10109 | 92-3217 |
| Haloperidol | 5-mg tablets | F10110 | 92-3218, 94-3054 |
| Haloperidol | 5-mg matched placebo | F10111 | 92-3219, 94-3055 |

A generic form of haloperidol, approved for commercial use in the United States and Canada, was obtained from Schiapparelli Searle.  No reformulation of the generic haloperidol was performed.

### 2.4.2    Presentation, labeling, and blinding techniques

SEROQUEL and matching placebo tablets were identical in shape, color, and size for any given dose strength.  Haloperidol and matching placebo tablets were also identical in shape, color, and size for any given dose strength.  Neither SEROQUEL nor haloperidol imparted a distinguishable taste or odor to the formulations.

No trial treatment was dispensed during Segment A.

For Segment B, the labels on the cartons of packaged trial treatment and on each blister card identified the study number, patient number, and the segment.

During Segment B, trial treatment was dispensed weekly during the titration phase and monthly thereafter.  The trial treatment assigned to each patient was packaged in separate cartons, labeled "Segment B: Titration" for the titration phase of Segment B and labeled "Segment B: Fixed-Dose" for Weeks 2 to 4 and for each 4-week period thereafter of the fixed-dose phase of Segment B.

8

Throughout the trial, patients were instructed to take the contents of one blister card per day.
Each blister card contained 17 tablets.  Blister pockets on each card were labeled as morning,
afternoon, or evening doses corresponding to 0800, 1400, and 2000, respectively.  The drug
supplies were kept in a secure location at room temperature, protected from light and moisture.

During the titration phase of Segment B, each patient was allocated one carton of 25 blister
cards, containing a combination of tablet strengths.  Each blister card was labeled as
containing a nominal daily dose of 75, 150, 250, 300, 400, or 600 mg.  The nominal daily dose
was the dose labeled on each blister card and corresponded to the dose the patient would be
taking if randomized to one of the SEROQUEL 600-mg groups.  The actual contents of the
blister cards depended on the treatment arm to which the patient was randomized.  The actual
dose the patient received never exceeded the fixed dose to which the patient was randomized.
Despite different nominal daily doses, all titration phase Segment B blister cards were identical
in appearance.

During the fixed-dose phase of Segment B, each patient was allocated 13 cartons of blister
cards, 1 carton for Weeks 2 to 4 and 1 carton for every 4-week period thereafter.  Each patient
also was assigned an "overage" box which contained 20 extra blister cards.  The Week 2 to 4
carton contained a total of 14 blister cards with space for an additional 2 cards which were
added by the trial coordinator at the site from the "overage" box.  The remaining cartons
contained a total of 28 blister cards with space for an additional 4 cards which were added by
the coordinator from the "overage" box.  The additional cards were added from the "overage"
box to safeguard against a patient running out of trial treatment in the event of a delayed office
visit.  Unused "overage" cards were carried forward into the carton dispensed for the next
4-week period.  All blister cards for all treatment arms in the fixed-dose phase of Segment B
were identical in appearance and labeled as 600 mg.

The actual blister pack contents for each nominal daily dose for the titration and fixed dose
phases are presented in the protocol (Appendix D).

### 2.4.3    Dosage and regimen

**(a)        Segment A (screening)**

No trial treatment was dispensed during this segment.

**(b)        Segment B (double-blind)**

Trial treatment was administered orally in 3 divided doses on an empty stomach (at least
30 minutes before or at least 60 minutes after meals) at 0800, 1400, and 2000.

During the titration phase, doses were increased in a stepwise, double-blind fashion to the
nominal fixed dose, selecting the appropriate daily dose from the pre-determined doses in the
patient's blister cartons labeled "Segment B: Titration."  Patients could achieve the nominal
dose in as few as 6 days and in as many as 2 weeks (revised to 3 weeks in US and Canadian
protocol revision dated 29 July 1994).  Those patients unable to achieve the nominal dose
within the specified 3-week time frame were withdrawn from the trial.  The actual titration
schedules for each treatment group are presented in the protocol (Appendix D).

Once the nominal dose was achieved, the dose then became fixed at that nominal daily dose.
The total duration of treatment at the fixed dose was to be 50 weeks.  During the fixed-dose
treatment phase of Segment B, there were no allowances for adjustments in trial medication

9

dosage for patients experiencing adverse events or changes in the level of psychotic symptomatology.

### 2.4.4    Drug accountability

SEROQUEL and haloperidol provided for this trial were used only as directed in the protocol. The investigator maintained an accurate record accounting for the receipt of the investigational materials (the sponsor provided a copy of the Investigational Materials Shipping Order for this purpose) and for the disposition of the material.  This consisted of a dispensing record including the identification of the person to whom the drug was dispensed, the quantity and the date of dispensing, and any unused drug returned to the investigator.  This record was in addition to any drug accountability information recorded on the case report forms.  At the termination of the trial or at the request of the sponsor, the investigator returned any unused supplies to Zeneca.  This return was documented on an Investigational Materials Return Invoice (IMRI) supplied by the sponsor.

## 2.5    Concurrent therapy

To avoid any confounding effects of co-administered psychotropic medications on the evaluation of therapeutic efficacy and safety, no other psychotropic or nonpsychotropic medications were administered during the trial, except as specified below.  For the following psychotropic or nonpsychotropic medications, the maximum dose, duration of use, timing of administration opposite efficacy assessments, and clinical severity criteria allowing administration were clearly specified in the protocol, to minimize the confounding effect these agents could have on the evaluation of clinical efficacy and safety.

### 2.5.1    Psychotropic medication

### (a)    Neuroleptic medication

The maintenance neuroleptic dose was $\leq$ 30 mg/day of haloperidol or equivalent upon entry to Segment A.  Dose equivalents for other neuroleptics were described in the protocol (Appendix D).

The maximum dose of neuroleptic medication was $\leq$ 15 mg/day of haloperidol or equivalent before entry to Segment B.  Dose equivalents for other neuroleptics were described in the protocol (Appendix D).  For patients entering Segment A on a maintenance neuroleptic dose $\leq$ 15 mg/day of haloperidol, Segment A was a minimum of 1 week.

Patients with neuroleptic doses between 15 mg and 30 mg/day of haloperidol or equivalent upon entry to Segment A had their neuroleptic medication tapered to 15 mg/day and maintained at that level for 2 weeks before entry to Segment B.  Patients entering Segment A on a maintenance neuroleptic of haloperidol or equivalent between 15 and 30 mg/day remained in Segment A for a duration of 2 to 4 weeks.  Patients had their neuroleptics tapered by approximately 5 mg haloperidol or equivalent per week to the 15-mg level.  A recommended tapering schedule was outlined in the protocol (Appendix D).

Oral neuroleptic agents taken during Segment A were discontinued upon entry to Segment B.

No depot neuroleptics were administered within one depot dosing cycle of entry to Segment B.

10

**(b)    Non-neuroleptic medication**

All non-neuroleptic psychotropic agents (eg, carbamazepine, lithium), except medications for EPS (and lorazepam, added in US and Canadian protocol revision dated 29 July 1994), were discontinued before entry to Segment A.

The following was added in US and Canadian protocol revision dated 29 July 1994: Every attempt was made to taper and/or discontinue lorazepam before entry to Segment A.  Patients who were unable to tolerate lorazepam discontinuation entered Segment A on a dose of lorazepam $\leq$ 3 mg in a 24 hour period.  Doses of lorazepam > 3 mg in a 24 hour period were not allowed.  The dose of lorazepam remained constant throughout Segments A and B. Benzodiazepines other than lorazepam were not allowed, though patients could have switched to lorazepam before entry to Segment A.  Patients not receiving lorazepam before entry to Segment A were not allowed to be placed on a fixed dose of lorazepam upon entry to Segment A or Segment B.

Medication for agitation and insomnia was not allowed, with the exception of the following oral medications:

> Chloral hydrate, $\leq$ 2,000-mg daily dose

> Lorazepam, $\leq$ 3 mg in a 24 hour period with a 7-day limit for each prescription. (Lorazepam was used for the treatment of insomnia when the patient was non-responsive to oral chloral hydrate.)

While receiving lorazepam, the patient was evaluated for psychotic relapse according to the following schedule:

> By telephone contact (or office visit) every 7 days

> By office contact every 14 days

Those patients who manifested symptoms consistent with psychotic relapse during the telephone contact were evaluated within 24 hours for psychotic relapse at an office visit.  Upon resolution of agitation and insomnia, every attempt was made to taper and discontinue lorazepam or taper the lorazepam dose to the prior fixed dose.

**2.5.2    Medication for EPS**

Medications for the treatment of EPS (eg, anticholinergics, beta-blockers) were allowed to continue during Segment A.  These agents were discontinued along with the neuroleptic agents upon entry to Segment B.

During Segment B, only benztropine mesylate was allowed for EPS.  Dose and duration of use of this medication were at the discretion of the investigator.  Prophylactic use of this medication was not permitted.

**2.5.3    Non-psychotropic medication**

Non-psychotropic medications taken by the patient before entry to Segment A were allowed to continue throughout the trial.

Medications required for any minor complaints that arose throughout the course of the trial (eg, indigestion, headache) were permitted at the investigator's discretion.  Women who

11

entered Segment A with an IUD, oral contraceptives, or injectable or implantable hormonal agents designed to prevent pregnancy continued with these medical treatments throughout the trial.

## 2.6    Methods of assessment

The schedule of assessments across both segments is shown in Table 2.

The screening phase (Segment A) had a minimum duration of 1 week and a maximum duration of 4 weeks.  The randomized, double-blind treatment phase (Segment B) had a maximum duration of 52 weeks.

**TABLE 2   Schedule of assessments**

Segment:   &lt;-A-&gt; &lt;- - - - - - - - - - - - - - - - - - - - - - - - - - - - - B - - - - - - - - - - - - - - - - - - - - - - - - - - - - - &gt;

Screen   Titration                                 Fixed dose

| Visit: | 1 | 2 | 3 | 4 | 5 |  | 6 |  | 7 |  | 8 |  | 9 |  | 10 |  | 11 |  | 12 |  | 13 |  | 14 |  | 15 |  | 16 |  | 17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Trial week:** | -1 | 0 | 1 | 2 | 4 | 6 | 8 | 10 | 12 | 14 | 16 | 18 | 20 | 22 | 24 | 26 | 28 | 30 | 32 | 34 | 36 | 38 | 40 | 42 | 44 | 46 | 48 | 50 | 52# |
| Scheduled visit | x | x | x | x | x |  | x |  | x |  | x |  | x |  | x |  | x |  | x |  | x |  | x |  | x |  | x |  | x |
| Telephone visit |  |  |  |  |  | x |  | x |  | x |  | x |  | x |  | x |  | x |  | x |  | x |  | x |  | x |  | x |  |
| Demography/ diagnosis | x |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Medical history | x |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Psychiatric history | x |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| BPRS | x | x | x | x | x |  | x |  | x |  | x |  | x |  | x |  | x |  | x |  | x |  | x |  | x |  | x |  | x |
| CGI | x | x | x | x | x |  | x |  | x |  | x |  | x |  | x |  | x |  | x |  | x |  | x |  | x |  | x |  | x |
| SANS |  | x |  | x |  |  | x |  | x |  | x |  | x |  | x |  | x |  | x |  | x |  | x |  | x |  | x |  | x |
| SDS |  | x |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Cognitive function tests |  | x |  |  |  |  | x |  |  |  |  |  |  |  | x |  |  |  |  |  |  |  |  |  |  |  |  |  | x |
| Health outcomes assessments |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|   Questionnaire |  | x |  |  |  |  |  |  |  |  | x |  |  |  |  |  |  |  | x |  |  |  |  |  |  |  |  |  | x |
|   QLS |  | x |  |  |  |  |  |  |  |  | x |  |  |  |  |  |  |  | x |  |  |  |  |  |  |  |  |  | x |
| Simpson scale |  | x |  | x |  |  |  |  | x |  |  |  |  |  | x |  |  |  |  |  | x |  |  |  |  |  |  |  | x |
| AIMS | x | x |  | x |  |  |  |  | x |  |  |  |  |  | x |  |  |  |  |  | x |  |  |  |  |  |  |  | x |

\* Segment A duration varied from 1 to 4 weeks depending on the need for tapering of previous neuroleptic medication

# Assessments to be completed at Week 52 or at time of withdrawal

SANS = Modified Scale for the Assessment of Negative Symptoms

SDS = Schedule for the Deficit Syndrome

QLS = Quality of Life Scale

cont'd

12

**TABLE 2   Schedule of assessments (cont'd)**

| Trial week: | -1 | 0 | 1 | 2 | 4 | 6 | 8 | 10 | 12 | 14 | 16 | 18 | 20 | 22 | 24 | 26 | 28 | 30 | 32 | 34 | 36 | 38 | 40 | 42 | 44 | 46 | 48 | 50 | 52# |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Segment: | <--A*--> | <------------------------------------B------------------------------------> |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  | Screen | Titration |  |  |  | Fixed dose |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Visit: | 1 | 2 | 3 | 4 | 5 |  | 6 |  | 7 |  | 8 |  | 9 |  | 10 |  | 11 |  | 12 |  | 13 |  | 14 |  | 15 |  | 16 |  | 17 |
| Adverse events | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x+ |
| Hematology | x |  |  | x | x |  | x |  | x |  | x |  | x |  | x |  |  |  |  |  | x |  |  |  |  |  |  |  | x+ |
| Liver function tests | x |  |  | x | x |  | x |  | x |  | x |  | x |  | x |  |  |  |  |  | x |  |  |  |  |  |  |  | x+ |
| Thyroid function tests** | x |  |  |  | x |  |  |  | x |  |  |  |  |  | x |  |  |  |  |  | x |  |  |  |  |  |  |  | x+ |
| Chemistry/prolactin | x |  |  |  |  |  |  |  |  |  |  |  |  |  | x |  |  |  |  |  |  |  |  |  |  |  |  |  | x+ |
| Serum HCG## | x |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| ECG | x |  |  |  |  |  |  |  | x |  |  |  |  |  | x |  |  |  |  |  | x |  |  |  |  |  |  |  | x+ |
| Vital signs | x | x | x | x | x |  | x |  | x |  | x |  | x |  | x |  | x |  | x |  | x |  | x |  | x |  | x |  | x+ |
| Weight | x | x |  |  |  |  |  |  | x |  |  |  |  |  | x |  |  |  |  |  | x |  |  |  |  |  |  |  | x+ |
| Physical examination | x |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | x+ |
| Ophthalmologic exam++ | x |  |  |  |  |  |  |  | x |  |  |  |  |  | x |  |  |  |  |  | x |  |  |  |  |  |  |  | x+ |
| Plasma levels |  |  |  |  |  |  |  |  | x |  |  |  |  |  | x |  |  |  |  |  | x |  |  |  |  |  |  |  | x |
| Dispense trial treatment |  | x | x | x | x |  | x |  | x |  | x |  | x |  | x |  | x |  | x |  | x |  | x |  | x |  | x |  |  |
| Medication compliance check |  |  | x | x | x |  | x |  | x |  | x |  | x |  | x |  | x |  | x |  | x |  | x |  | x |  | x |  | x |

\* Segment A duration varied from 1 to 4 weeks depending on the need for tapering of previous neuroleptic medication
\# Assessments to be completed at Week 52 or at time of withdrawal
+ Follow-up assessments were to be repeated as necessary for clinically significant results
** Thyroid binding globulin and reverse $T_3$ at Weeks -1, 24, and 52 only
## Women of child-bearing potential only
++ Ophthalmologic examination included best corrected visual acuity and a dilated slit lamp examination of the lens at US centers and a dilated slit lamp examination at Canadian centers.  The Canadian protocol was revised on 18 August 1993 to include best corrected visual acuity, a dilated slit lamp evaluation of the cornea, anterior chamber, and ocular lens, and retroillumination photography of the lens and on 23 October 1994 to remove the requirement for the retroillumination photography of the lens.

14

Several methods were used during the trial to ensure consistent, complete, and reliable data. These included the following.

(a)     training of staff at each trial center on the protocol, trial procedures, and case record forms;

(b)     distribution of safety guidelines outlining methods for handling safety issues;

(c)     regular site monitoring by Zeneca staff;

(d)     use of a single central laboratory;

Whenever possible, the same individual at each center was responsible for administering the BPRS, CGI, and Modified Scale for the Assessment of Negative Symptoms (SANS) at trial visits to reduce variability in rating scale scoring.  This same individual was not involved in day-to-day patient care (ie, adverse events, laboratory tests, and neurologic assessments) and participated in an inter-rater reliability program sponsored by Zeneca.

All investigators participated in an inter-rater reliability training session for the BPRS and SANS. The investigators were required to view and rate a training videotape for both scales, which reviewed the scales, the anchor points, and Zeneca's method of assessing the anchor points. Subsequently, the investigators viewed taped patient interviews of the BPRS and SANS and were required to pass two BPRS and two SANS interviews at the following levels:

(a)     BPRS
        Scores on 80% of the items within one point of the reference rater
        Scores for three of the four key positive symptom items within one point of the reference rater

(b)     SANS
        Scores on 80% of the items within one point of the reference rater
        Scores for all of the global items within one point of the reference rater

Investigators failing to successfully meet these requirements for two BPRS and SANS interviews were required to review additional patient interviews and meet these requirements for two additional patient interviews.

Investigators also received training in the use of the Schedule for the Deficit Syndrome (SDS), Quality of Life Scale (QLS), and cognitive function test battery, and training tapes were provided to the sites for the SDS and cognitive function tests.  No inter-rater reliability was done for these evaluations.

### 2.6.1    Screening (Segment A) assessments

A demographic and diagnostic (DSM-III-R) assessment of the potential patients, psychiatric history (with the diagnosis documented with a DSM-III-R checklist), psychiatric assessments (BPRS, CGI, SANS), neurologic assessments (Simpson Scale, AIMS), a physical examination, vital signs and weight, medical history, clinical laboratory tests, an ophthalmologic examination, and an ECG were performed at entry to, or during, Segment A.  Only those patients satisfying the inclusion (including qualification) and exclusion criteria were admitted into Segment B. Records were kept for all candidates who signed the consent form and were screened. Potential patients who were found to be ineligible for the trial had the reasons for their ineligibility recorded.

15

Patients undergoing neuroleptic taper were seen weekly (the duration of Segment A depending on the patient's neuroleptic dose as outlined in Section 2.5).

Patients who underwent the neuroleptic drug taper had BPRS and CGI assessments performed if, during the drug taper, the patients exhibited worsening psychopathology. These patients could continue in the trial, at the discretion of the investigator, provided the patients still met the qualification criteria. Patients no longer meeting qualification criteria were withdrawn from the trial. Patients remaining in Segment A for longer than 2 weeks had all screening laboratory tests, except the ophthalmologic examinations, repeated prior to entry into Segment B.

### 2.6.2    Clinical assessments of efficacy

The 18-item BPRS (Overall and Gorham 1976) and CGI (Guy 1976) were completed during Segment A, at baseline (Week 0), at Weeks 1 and 2 during the titration phase of Segment B, at Week 4, and every 4 weeks thereafter during Segment B. The SANS (Andreasen 1984) was completed at baseline, Week 4, and every 4 weeks thereafter. The Schedule for the Deficit Syndrome (SDS) (Kirkpatrick et al 1989) was assessed at baseline only. Cognitive function tests were assessed at baseline and Weeks 8, 24, and 52. This battery of cognitive function tests was created by selected investigators participating in this trial. The cognitive function tests are described in detail in Appendix G of the protocol (see Appendix D). Heath outcomes assessments (Questionnaire and Quality of Life Scale [QLS]) were assessed at baseline and at Weeks 16, 32, and 52. The health outcomes assessments are described in Appendix H of the protocol (see Appendix D).

Patients with worsening psychopathology were evaluated for psychotic relapse within 24 hours of the investigator or trial coordinator's notification of the patient's clinical status. Patients receiving lorazepam doses greater than 3 mg per 24-hour period were also evaluated for the presence of psychotic relapse.

Psychotic relapse was defined according to the following criteria:

Relapse Criteria I:

Patients fulfilling the following on 2 separate occasions, at least 3 days, but no more than 5 days, apart. (During the 3- to 5-day re-evaluation period, patients could be treated with psychotropic medication as outlined in the protocol.)

(a)    BPRS positive symptom items (ie, Item 4 [conceptual disorganization], Item 11 [suspiciousness], Item 12 [hallucinatory behavior], and Item 15 [unusual thought content]) score of $\geq$ 4 (moderately severe) on 2 or more items described above OR a score of $\geq$ 4 (moderately severe) on 1 positive symptom item described above with an increase of $\geq$ 2 points over baseline level on that item

(b)    A CGI Global Improvement score of $\geq$ 6 (much worse)

Relapse Criteria II:

A patient not fulfilling Relapse Criteria I was, at the discretion of the investigator, withdrawn from the trial and considered to have fulfilled Relapse Criteria II if the patient exhibited any of the following symptoms:

(a)    Patient had rapidly deteriorating psychopathology

16

(b)        Patient was too agitated/uncooperative to be evaluated

(c)        Patient required imminent hospitalization

(d)        Patient was actively suicidal

(e)        Patient was at significant risk for violent behavior

### 2.6.3    Adverse event monitoring

Details of any spontaneously reported adverse event that occurred during the trial were
recorded.

Any serious, alarming, or unexpected event spontaneously reported by the patient or
investigator during the trial, whether or not related to the investigational drug, was reported to
Zeneca immediately, and further follow-up information was provided when it became available.

Serious adverse events included the following: all fatal events, all life-threatening events, any
event that caused permanent or severe disability, any event that caused or prolonged
hospitalization, any event that caused withdrawal from the clinical trial for a reason other than a
change related to the recognized signs and symptoms of schizophrenia, cancer, congenital
abnormality, or overdose.

### 2.6.4    Safety assessments

### (a)        Neurologic assessments

Neurologic assessments were performed using the following rating scales: Simpson Scale
(Simpson and Angus 1979), modified to include an akathisia item; and the AIMS (Guy 1976).
The AIMS was completed at the beginning of Segment A and both the AIMS and Simpson
Scale were completed at baseline (Week 0) and at Weeks 4, 12, 24, 36, and 52 (or withdrawal).

### (b)        Clinical laboratory assessments

Hematology, chemistry, liver and thyroid function tests, prolactin, and serum HCG test (for
women of childbearing potential only) were performed during Segment A.  Segment B blood
samples were drawn before the morning administration of trial treatment.  Hematology and liver
function tests were analyzed at Weeks 2, 4, 8, 12, 16, 20, 24, 36, and 52 (or withdrawal).
Thyroid function tests (except for thyroid binding globulin [TBG] and reverse triiodothyronine
[$T_3$]) were performed at Weeks 4, 12, 24, 36, and 52 (or withdrawal).  TBG and reverse $T_3$ were
analyzed at Weeks 24 and 52 (or withdrawal) only.  Chemistry and prolactin tests were
performed at Weeks 24 and 52 (or withdrawal).  For values that were considered by the
investigator to be clinically significantly abnormal, follow-up samples were taken and repeated
until the test result normalized, or returned to pre-treatment levels.

All clinical laboratory determinations were performed by SmithKline Beecham Clinical
Laboratories.  If deemed clinically necessary by the investigator, a local laboratory could have
been used for follow-up evaluations if Zeneca was provided with the laboratory's normal values
and their license number or evidence of accreditation.

The following tests were performed:

Hematology
WBC, total count and differential
red blood cell (RBC) total count
hemoglobin
hematocrit
platelet count

Clinical chemistry
blood urea nitrogen (BUN)
creatinine
glucose
calcium
sodium
potassium
chloride
albumin

Liver function tests
aspartate aminotransferase (AST/SGOT)
alanine aminotransferase (ALT/SGPT)
total bilirubin
alkaline phosphatase

Thyroid function tests
total $T_3$
total tetraiodothyronine ($T_4$)
thyroid-stimulating hormone (TSH)
free $T_4$
TBG
reverse $T_3$

Miscellaneous Tests
serum HCG test (women of childbearing potential only)
prolactin

**(c)    Ophthalmology**

An ophthalmologic examination was performed on each patient by a qualified ophthalmologist or optometrist during Segment A and at Weeks 12, 24, 36, and on completion of the trial (Week 52 or withdrawal).  At the US centers, best corrected visual acuity and a dilated slit lamp examination of the lens were performed.  At the Canadian centers, best corrected visual acuity and a dilated slit lamp examination of the anterior chamber, cornea, and lens were performed. On completion of the trial, if a patient's ophthalmologic examination was considered by the investigator to be clinically significantly abnormal, follow-up assessments were repeated as necessary.

All Canadian ophthalmologists or optometrists were trained in the use of the LOCS III grading system by the developers of this assessment scale (Chylack et al 1993).  Originally, the ophthalmologic examination included retroillumination photography of the lens.  (The photographers also received training.)  As it was logistically very difficult to get good quality

photographs in this patient population, the Health Protection Branch (HPB) was petitioned for the removal of this requirement.  The petition was granted and the requirement for retroillumination photography of the lens was removed with the protocol revision dated 23 October 1994.

**(d)      Electrocardiography**

A standard 12-lead ECG was performed during Segment A and at Weeks 12, 24, 36 and on completion of the trial (Week 52 or withdrawal).  Additional ECGs were performed if clinically indicated.  On completion, if a patient's ECG was considered by the investigator to be clinically significantly abnormal, follow-up assessments were repeated as necessary.

**(e)      Medical history and physical examination**

Medical history was recorded and a physical examination performed during Segment A and on completion of the trial (Week 52 or withdrawal).  On completion, if a finding was considered by the investigator to be clinically significantly abnormal, follow-up assessments were repeated as necessary.

**(f)      Vital signs and weight**

Blood pressures and pulse rates (supine and standing) and temperature were measured at the beginning of Segment A.  Blood pressures, pulse rates, and temperature were measured at baseline (Week 0), Weeks 1 and 2 during the titration phase of Segment B, and Week 4 and every 4 weeks thereafter during the fixed-dose phase of Segment B.  Blood pressure and pulse rate measurements were performed using the standard cuff method after the patient had been supine for at least 3 minutes and again after the patient had been standing for a least 1 minute.  For each patient throughout the trial, blood pressure was measured using the same arm.  Pulse was determined by palpation of the radial pulse for a period of 30 seconds.  If clinically significant signs or symptoms occurred, additional vital signs were obtained as deemed necessary by the investigator.

Weight was measured during Segment A, at baseline (Week 0), and at Weeks 12, 24, 36, and 52 (or withdrawal).

**(g)      Plasma concentrations of ICI 204,636**

Blood samples for the measurement of trough plasma concentrations of ICI 204,636 and the active metabolite ICI 214,227 were taken at the same time as samples for the clinical laboratory tests at Weeks 12, 24, 36, and 52.  The samples were taken before the 0800 dose of trial medication.  If the sample could not be obtained before the morning dose, it was not drawn.  For patients who prematurely discontinued the trial for any reason, a blood sample was drawn 12 hours after the last dose of trial medication.

All analyses were performed by the Drug Disposition and Metabolism Department of Zeneca (Wilmington, DE, US).  Methods for measuring plasma concentrations of ICI 204,636 and ICI 214,227 are presented in Appendix A.

**2.7      Trial management**

This trial was designed and monitored in accordance with Zeneca procedures, which include the key elements of Good Clinical Practices as required by the major regulatory authorities.

19

## 2.8   Statistical considerations

### 2.8.1   Power

Standard sample size calculations were not used for this SEROQUEL trial because the primary goal was to identify the dose-response relationship for SEROQUEL, and closed-form solutions for estimates are not available.  Monte Carlo simulations were used to evaluate the ability to detect different dose-response relationships (as well as differences in pairwise comparisons) in a proportional hazards model.

Data representing times to withdrawal from the trial were generated from exponential distributions using the random exponential generation function in the SAS system.  Values of the exponential distribution parameter lambda were obtained for each dose group (75, 300, and 600 mg) by imposing hypothetical proportions of the patients not withdrawing from SEROQUEL which increased with dose in a linear fashion.  The smallest difference modeled between contiguous dose groups corresponded to a difference in proportions of patients not withdrawing of 0.20.  Proportions not relapsing in each dose group were modeled across the range of possible values (ie, from 0.05 to 0.90).  If the value of the random variate was greater than one, the observation was considered censored at 1 year (ie, not a withdrawal).  If the value of the random variate was less than one, the variate denoted the time to withdrawal (represented as a proportion of 1 year).

These data were then analyzed using the PROC PHREG procedure in SAS.  The power to detect the imposed linear dose-response relationship (as well as the imposed pairwise differences) was given by the number of times, in 1,000 simulations, that the relationship (or pairwise difference) was actually detected ($p < 0.05$).

In summary, the results of the simulations using various hypothetical dose-response relationships showed that a sample size of 80 patients per treatment group would provide at least 90% power to detect such a relationship using a linear model.  For pairwise differences between contiguous dose groups, 80 patients per group would provide at least 70% power to detect differences in relapse rates as small as 0.20.

### 2.8.2   Early termination of recruitment

Due to poor accrual, early termination of recruitment occurred after 50% of the planned sample size was enrolled.  By collapsing the seven treatment arms into four dose groups, the number of patients per treatment group remained as originally planned.  Results from SEROQUEL Trial 5077IL/0012 demonstrated that the BID and TID dose regimens were equally effective.  Therefore, collapsing the seven treatment arms into four dose groups was justified.  All formal analyses were done with the BID and TID groups combined for each SEROQUEL dose, although some discussion of the BID versus the TID groups is presented in the safety results.

An assessment of data available on an in-house database for 226 randomized patients was performed in a completely blinded fashion.  The purpose of this assessment was twofold: (a) to reassess power vis-à-vis the objective of identifying a dose-response relationship among dose groups of SEROQUEL (ie, 75, 300, and 600 mg BID and TID), and (b) to determine a minimum amount of follow-up for the final cohort of randomized patients which would allow for a timely yet virtually complete analysis.

The results of non-parametric survival analyses on this database resulted in a median survival time to withdrawal of 12 weeks.  Therefore, it was determined that a 3-month follow-up of this

20

cohort should result in no more than 10% (25 of approximately 300) of the total number of randomized patients being censored at the time of analysis.

The status of these 226 patients indicated a withdrawal rate across all groups of approximately 88%.  Assuming a withdrawal rate of 88%, and assuming that one-seventh of the patients and one-seventh of the withdrawals had occurred in the haloperidol treatment arm, power simulations were repeated.

The results of these simulations indicated that given an overall withdrawal rate of 88%, the difference between the two lowest doses of SEROQUEL and the highest dose of SEROQUEL could be as small as 12% (ie, 92% withdrawal in each of the 75-mg and 300-mg groups, and 80% withdrawal in the 600-mg group) and the power to detect this difference would still be over 80%.  The power to detect differences smaller than this drops below 80% rapidly.

### 2.8.3   Interim analysis

One planned interim analysis was conducted.  The reason was to ensure that if the SEROQUEL 75-mg SEROQUEL group was clearly inferior to SEROQUEL 300-mg or 600-mg group then that group would be dropped.  The only efficacy analysis was on time to withdrawal based on one-half the expected number of withdrawals.  The analysis was done by an external data and safety monitoring committee and all Zeneca personnel were blind to committee deliberations.  The committee recommended the trial continue with the SEROQUEL 75-mg group.  The recommendation was heeded by Zeneca.

### 2.8.4   Methods of analysis

### (a)   Patient evaluation groups

The primary population for the time to withdrawal and the time to relapse (Criteria I and II) included all randomized patients (intent-to-treat patient group for the time to withdrawal and time to relapse variables).  The secondary population for the time to withdrawal and the time to relapse (Criteria I and II) included all patients who were considered protocol compliant and who successfully completed the titration phase of Segment B.  Patients in this group must have had at least 2 weeks of randomized treatment, and may not have taken any other psychotropic or non-psychotropic medications in excess of the protocol guidelines.

All analyses based on the secondary patient group are presented in Appendix H.  The number of patients excluded from this population, the reasons for exclusion, and the number of patients remaining in each treatment group are presented in Appendix H.

Analyses regarding the psychiatric assessments, health outcome questionnaires, Quality of Life Scale, and cognitive function assessments included all randomized patients with baseline and at least one after-baseline BPRS or CGI measurement (intent-to-treat patient group for remaining secondary efficacy variables).

### (b)   General methodology

Formal analyses of the time to withdrawal and the time to relapse (Criteria I and II combined) were performed on all available data through Week 52 (when the last randomized patient would have had the opportunity to complete 3 months of treatment).  Last observation carried forward (LOCF) analyses of psychiatric rating scale data were performed on all data available up

21

through Week 12, and analyses based on observed data were performed on all available data up through Week 52.

All inferential analyses with respect to efficacy and safety were performed for the total daily dose of trial treatment received (75, 300, or 600 mg SEROQUEL, or 12 mg haloperidol).  No attempt was made to inferentially compare the TID and BID dose regimens within each total daily dose group.  All dose group comparisons were declared statistically significant at the 0.05 level using 2-tailed tests.  Descriptive statistics are provided by treatment arm (randomized treatment) and dose group (SEROQUEL 75 , 300, or 600 mg, or haloperidol) in the T-tables (see Section 2.8.5). The text tables present results for each of the four dose groups only.  The T-Tables include results for each of the seven treatment arms and four dose groups.  Appendix H includes descriptive statistics by center.  Results for the secondary population also are presented in Appendix H.

Because the collection of safety data deviated from the protocol days, visit window intervals were constructed for each type of safety data to capture the maximum amount of data possible. Baseline was defined as the nearest observation to the date of randomization but prior to randomization.  Screening, or pre-baseline, where applicable, was defined as the nearest observation prior to baseline.  Table 3 presents the days relative to randomization included in each visit window for each type of safety data.  Each T-table involved includes a description of the visit windows used.

**TABLE 3   Visit window intervals (days from randomization)**

| Visit | Week | Day* | Simpson Scale | AIMS | Vitals/ Adverse events | Hematology/ LFT | Thyroid function | Chemistry/ Prolactin | ECG/ Ophth | Weight | Plasma | Cognitive function | QOL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1# | -1 | -7 | | Pre-Baseline | Pre-Baseline | Pre-Baseline | Pre-Baseline | Pre-Baseline | Pre-Baseline | Pre-Baseline | | | |
| 2+ | 0 | 0 | Baseline | Baseline | Baseline | | | | | Baseline | Baseline | | Baseline |
| 3 | 1 | 7 | | | (1,10) | | | | | | | | |
| 4 | 2 | 14 | | | (11,21) | (1,21) | | | | | | | |
| 5 | 4 | 28 | (1,56) | (1,56) | (22,42) | (22,42) | (1,56) | | | | | | |
| 6 | 8 | 56 | | | (43,70) | (43,60) | | | | | | (1,115) | |
| 7 | 12 | 84 | (57,126) | (57,126) | (71,98) | (61,98) | (57,126) | | (1,126) | (1,126) | (1,126) | | |
| 8 | 16 | 112 | | | (99,126) | (99,126) | | | | | | | (1,168) |
| 9 | 20 | 140 | | | (127,154) | (127,154) | | | | | | | |
| 10 | 24 | 168 | (127,210) | (127,210) | (155,182) | (155,210) | (127,210) | (1,266) | (127,210) | (127,210) | (127,210) | (116,266) | |
| 11 | 28 | 196 | | | (183,210) | | | | | | | | |
| 12 | 32 | 224 | | | (211,238) | | | | | | | | (169,294) |
| 13 | 36 | 252 | (211,308) | (211,308) | (239,266) | (211,308) | (211,308) | | (211,308) | (211,308) | (211,308) | | |
| 14 | 40 | 280 | | | (267,294) | | | | | | | | |
| 15 | 44 | 308 | | | (295,322) | | | | | | | | |
| 16 | 48 | 336 | | | (323,350) | | | | | | | | |
| 17 | 52 | 364 | (309,378) | (309,378) | (351,378) | (309,378) | (309,378) | (267,378) | (309,378) | (309,378) | (309,378) | (267,378) | (295,378) |

*Day relative to randomization, per protocol
#Preceding observation nearest to the defined baseline
+Baseline is the nearest observation preceding randomization

22

23

**(c)      Patient disposition, demographics, and baseline characteristics**

The total number of patients entered, the number of patients randomized, and the number of screening failures were tabulated.  The numbers of screening failures also were delineated by reason, where a single patient may have more than one reason listed.

Frequencies and percentages of the number of randomized patients at each center were tabulated by the seven treatment arms and the four dose groups.  The number and percentage of randomized patients included in the secondary population were tabulated.

Descriptive statistics for patient demographics and baseline characteristics were presented by the seven treatment arms and by the four dose groups.  Age and weight were presented by sex and in total.  Baseline characteristics included DSM-III-R diagnosis, age at first treatment, number of prior hospitalizations, time in months since achieving a clinical remission from the last acute psychotic relapse, presence of the deficit syndrome, chronic versus subchronic schizophrenia diagnosis, recent receipt of depot medication, need for patient's previous neuroleptic to be tapered during Segment A, rate of titration of study medication (greater than 6 days and less than or equal to 6 days), and continuing administration of lorazepam at the time of randomization.

Comparisons across the four dose groups for continuous variables were performed using ANOVA methods where adjustments for centers are made.  Nominal categorical variables were analyzed using the Cochran-Mantel-Haenszel general association statistic.

**(d)      Time to withdrawal and time to relapse**

The rate of patient withdrawal for any reason, based on Kaplan-Meier failure rates, was tabulated from the date of randomization to the cut-off date of 1 June 1995 for each randomized treatment and dose group based on 2-week intervals through Week 12, and 4-week intervals thereafter.

The time to withdrawal and the time to relapse were summarized across the seven treatment arms and the four dose groups.  The time to relapse was analyzed combining patients with Criteria I and II relapse.  The frequency of patients withdrawn, the frequency and percentage of censored and uncensored observations, as well as the 25th percentile, the median, and the 75th percentile for the time to withdrawal and the time to relapse (Criteria I and II combined), were tabulated.

The survival distributions of both variables, estimated using Kaplan-Meier methods, were presented graphically (Lee 1992).  Methods for comparing these distributions are described in the following sections.

**(e)      Testing proportional hazards model assumptions**

The assumption of proportional hazards for the time to withdrawal and the time to relapse (Criteria I and II combined) were investigated graphically through fitting a model stratified by treatment group using PROC LIFETEST, and plotting the stratum specific log (-log[S(t)]) versus log (time).  If the resulting graph exhibited parallelism across the strata, then the assumption was met.

The assumption also was tested quantitatively for each possible combination of dose groups (ie, SEROQUEL 75 mg versus haloperidol, SEROQUEL 300 mg versus haloperidol, SEROQUEL 600 mg versus haloperidol, SEROQUEL 75 mg versus 300 mg, SEROQUEL 75 mg

versus 600 mg, and SEROQUEL 300 mg versus 600 mg) through adding a time dependent covariate to a sequence of models which included indicator variables for dose.  The significance (p<0.05) of the time-dependent effect determined if the corresponding doses were proportional with respect to their hazards.  The time-dependent covariate created for testing purposes was the following:

$$\text{dose} \times (\log [\text{time}] - \text{mean} [\log (\text{time})]),$$

where time was time to withdrawal or time to relapse.  A significant time-dependent covariate was an indicator of non-proportional hazards.  If the assumption of proportional hazards was not met, then alternative testing procedures were considered.  The results of the model assumption testing are included in Appendix H.

**(f)     Dose response**

If the assumption of proportional hazards was met for all dose group combinations, then the existence of a linear or quadratic dose-response relationship for the time to withdrawal and the time to relapse (Criteria I and II combined) was assessed using PROC PHREG in SAS.  Dose and dose-squared effects were tested for significance at the 0.05 level.  If the assumption was not met for all dose group combinations, then Gehan's generalized Wilcoxon test of PROC LIFETEST was used.  Dose-response analyses for the intent-to-treat and secondary populations are presented in Appendix H.

**(g)     Pairwise comparisons**

A proportional hazards model using indicator variables was used to make pairwise comparisons between SEROQUEL groups, and between haloperidol and SEROQUEL groups for the time to withdrawal and the time to relapse (Criteria I and II combined).  If overall survival distributions were not significantly different at the 0.05 level, then pairwise comparison results were performed, but not discussed.

Parameter estimators ($\beta$, $\sigma$) from the proportional hazards model for each of the pairwise comparisons and associated standard errors were used to calculate estimated odds ratios and their confidence intervals.  The odds ratio was calculated as $e^{\beta}$, and 95% confidence limits ($e^{\beta \pm 1.96 * \sigma}$) for the ratios of the odds ratios were presented.  No attempt was made to adjust the significance level of 0.05 to accommodate multiple comparisons.

The results of all pairwise comparisons for the intent-to-treat and secondary populations are presented in Appendix H.

**(h)     Prognostic variables**

The significance of the following potential prognostic variables were investigated individually using PROC LIFETEST: age at first treatment, age at screening, time in months since achieving a clinical remission from the last acute psychotic relapse, number of previous psychiatric hospitalizations, category, chronic versus subchronic schizophrenia diagnosis, presence (or absence) of the deficit syndrome, recent receipt of depot medication, need for patient's previous neuroleptic to be tapered during Segment A, lorazepam continuing to be administered at the time of randomization, baseline (Week 0) BPRS positive symptom cluster score, and baseline (Week 0) CGI Severity of Illness score.

Variables which exhibited statistical significance at the 0.10 level were refit using PROC PHREG.  Effects which were not statistically significant at the 0.10 level were removed.  The remaining effects were checked for significant interaction with treatment.

25

For variables remaining in the model, the following information was presented: the parameter estimate and its standard error, the risk ratio, and the p-value from Wald Chi-square test.  For any significant interaction, this information was presented for each level of the prognostic variable.  All modeling results for the intent-to-treat and secondary populations are presented in Appendix H.

**(i)        Psychiatric rating scales**

Further efficacy analyses included the psychiatric assessments BPRS, CGI, and SANS.  Descriptive statistics for both the totals and the change from baseline (Week 0) in the BPRS positive symptom cluster score and the SANS summary score, and the totals for the CGI Severity of Illness score were presented by the seven treatment arms and the four dose groups for each visit.  Frequency distributions of the responses at each visit also were presented for each BPRS positive symptom, SANS item, the CGI Severity of Illness, and the CGI Global Improvement item.

For a patient's data to be included in a SANS table, the patient must have had a baseline SANS summary score and at least one post-baseline SANS summary score.  This means that there were patients who had baseline and at least one post-baseline observation for the global item scores but do not appear in the frequency distributions for the global item scores because the SANS summary score was not calculable.

In the frequency distribution tables for the global item scores, final represents the last visit with a non-missing SANS summary score.  This may or may not have been the last visit with non-missing global item scores.  It was not the same if the SANS summary score was not calculable at the last observation.

For the efficacy variables BPRS positive symptom score, SANS summary score, and CGI Severity of Illness score, the change from baseline to the final visit was assessed using analysis of covariance (Type III sums of squares), using baseline (Week 0) as a covariate, and controlling for center.  Dose group comparisons using ANCOVA methods were performed if the following assumptions were met: test for common slope (parallelism) for all dose groups through the significance of the baseline-by dose term (p>0.10), and test for common slope being equal to zero through the significance of the baseline term in the model (p<0.10).

If these assumptions were not met, then ANOVA methods were used.  Pairwise comparisons between the four dose groups were performed using least-square means estimates (adjusted for covariates).  Dose group comparisons on the unadjusted dose means were performed using Fisher's Least Significant Difference tests.  All modeling results are presented in Appendix H.

The CGI Global Improvement item also was analyzed at each time point.  Frequencies of responses in each category were compared among treatment groups using Cochran-Mantel-Haenszel general association statistic controlling for center.  Grouped shift analyses are presented in Appendix H.

The primary time point for analysis was Week 12.  These changes from Week 0 to Week 12 were assessed first using observed data, and secondly, using last observation carried forward (LOCF).  For the analysis of observed data, the changes from Week 0 to Week 52 were quantified using descriptive statistics of observed data only.

Bar graphs by visit present the mean change from baseline in BPRS positive symptom item score, SANS summary score, and CGI Global Improvement for patients completing up to that

visit and patients dropping out at that visit.  These graphs were constructed for both observed cases and LOCF for each visit through Week 12.  On each of these displays the overall results are inclued as well; these can be found in Appendix H.  For observed cases, these bar graphs were also constructed for patients withdrawing for psychotic relapse, patients completing the study, and patients withdrawing for other reasons.

No formal analysis of the treatment-by-center interaction was performed.  The assumption of normality was assessed using the Shapiro-Wilk test, and homoscedasticity was evaluated by comparing variances in each group using F-tests and Levene's test.  If the assumption of normality was not met, then results were analyzed at each time point by grouping the observations into categories: improved (change less than 0), no change, and worsened (change greater than 0).  Frequencies of responses in each category were compared among treatment groups using the Cochran-Mantel-Haenszel row mean scores statistic controlling for center in Appendix H.

### (j)        Exploratory analyses with respect to efficacy

Descriptive statistics or frequencies and percentages for data from the health outcomes questionnaire, the Quality of Life Scale, and cognitive function assessments were summarized by the seven treatment arms and the four dose groups by week and for the final assessment based on observed data and change from baseline.  No inferential analyses were performed.

### (k)        Safety

All patients randomized to treatment were included in the safety analyses.  The Simpson Scale and the AIMS were analyzed in an identical manner to the psychiatric assessments.  No graphs were produced for Simpson Scale and AIMS assessments.  In the case that the results of the Simpson Scale or the AIMS lacked normality, the results were analyzed at each time point by grouping the observations into categories: improved (change less than 0), no change, and worsened (change greater than 0).  Frequencies of responses in each category were compared among treatment groups using the Cochran-Mantel-Haenszel row mean score statistic controlling for center in Appendix H.

Descriptive statistics were presented for the number of days patients were in Segment A (screening) and for the number of days of dose escalation for each treatment group.

Selected concomitant medication used during randomized treatment (ie, chloral hydrate and lorazepam [for agitation and insomnia] and benztropine mesylate [for EPS]) were summarized in tabular form.

The number of patients who had no adverse events, the number of patients who withdrew due to adverse events, the number of patients who had at least one adverse event but did not withdraw, the number of patient deaths, and the number of patients who had serious adverse events not leading to withdrawal, were tabulated by the seven treatment arms and four dose groups.  Adverse events were coded and tabulated by body system and preferred term using the FDA Coding Symbols for Thesaurus of Adverse Reaction Terms (COSTART) system of nomenclature.  The frequency and percentage for the number of events and the number of patients for all adverse events occurring during Segment B were presented by body system and preferred term for the seven treatment arms and the four dose groups.  Withdrawals due to adverse events and serious adverse events not leading to withdrawal also were delineated by body system and preferred term for the seven treatment arms and the four dose groups.

27

The intensity of adverse events (mild, moderate, and severe) and their relation to the trial
treatment (not related, probably not, probably, definitely, and undetermined) as assessed by
the investigator were summarized by the seven treatment arms and the four dose groups.
Time to the first occurrence of the following adverse events was assessed using cumulative
incidence methods (Caplan et al 1994): sedation/somnolence, postural hypotension,
tachycardia, dizziness, agitation, and insomnia.

Descriptive statistics (number of patients, mean, standard deviation, minimum, and maximum)
for the totals and the change from baseline were presented for all hematology, liver function
tests, thyroid function tests, clinical chemistries, and prolactin.  Further analyses were
performed on selected laboratory variables (WBC, neutrophils, prolactin, AST/SGOT,
ALT/SGPT, total $T_3$, total $T_4$, free $T_4$, and TSH) where clinically significant values were defined as
follows:

| | |
|---|---|
| WBC: | A count of 3.0 (x $10^9$/L) or less. |
| Neutrophils: | A count of 1.5 (x $10^9$/L) or less. |
| AST/SGOT, ALT/SGPT: | Three times the upper limit of normal or greater. |
| Total $T_3$, total $T_4$, free $T_4$: | Less than 80% of the lower limit of normal, or greater than 120% of the upper limit of normal. |
| TSH: | Greater than 120% of the upper limit of normal. |

By-treatment frequencies and percentages of patients with clinically significant values at any
time during randomized treatment were tabulated.  Also, for each variable, the frequency of
patients with clinically significant values was tabulated by week for each treatment arm.

Shift tables present frequencies of patients with no change, change from normal to high (and
low), and change from high (and low) to normal from baseline to final assessment for the
thyroid variables, total $T_3$, total and free $T_4$, TSH, TBG, reverse $T_3$, and prolactin.  The final
assessment was the last non-missing post-baseline measure through Week 52.  In addition,
shift tables were constructed for clinical chemistries (BUN, creatinine, glucose, calcium,
sodium, potassium, chloride, and albumin), TBG, reverse $T_3$, and prolactin from baseline to
Week 24 and Week 52.

Shifts were compared among treatment groups using a Cochran-Mantel-Haenszel row mean
score statistic controlling for center.  These results are presented in Appendix H.

Ophthalmologic examinations consisted of best corrected visual acuity and a slit lamp
examination of the lens in the US, and best corrected visual acuity, a slit lamp examination of
the anterior chamber, cornea, and lens, and LOCS III grading of the lens in Canada.  Each eye
was assessed as normal or abnormal; if either eye was rated as abnormal, then that patient's
overall rating was considered abnormal.

Since the ophthalmologic variables measured for the US and Canadian patients were not
identical, separate frequency and shift tables were presented for patients with normal and
abnormal slit lamp ratings.  For Canadian patients, frequency and shift tables were also
presented for the LOCS III grading.

For the US ophthalmologic data, shift tables present frequencies of patients in each treatment
with no change, change from normal to abnormal, and change from abnormal to normal
throughout the trial.  Shifts were compared among treatment groups using a
Cochran-Mantel-Haenszel general association statistic controlling for center.  These results are
located in Appendix H.

28

Descriptive statistics (number of patients, mean, standard deviation, minimum, and maximum) for the totals and the change from baseline were presented for ECG rates and intervals.  Shift tables present frequencies of patients with changes in the presence of clinically significant ECG findings of no change, yes to no, and no to yes from baseline to final assessment.  The frequency of the shifts in clinically significant ECG abnormalities were compared across treatment groups using a Cochran-Mantel-Haenszel general association statistic controlling for center.  These results are located in Appendix H.

Descriptive statistics (number of patients, mean, standard deviation, minimum, and maximum) for the totals and the change from baseline were presented for vital signs and patient weight. Clinically significant vital sign values were defined as follows:

| | |
|---|---|
| Postural change in systolic blood pressure: | Decrease of 30 mmHg or more in SBP from supine to standing position. |
| Postural change in pulse: | Increase of 20 bpm or more in pulse rate from supine to standing position. |
| Combined postural changes: | Postural changes in both systolic blood pressure and pulse rate, as defined above. |
| Supine pulse: | Post-baseline rate $\geq$ 120 bpm or $\leq$ 50 bpm and change from baseline of 15 bpm or greater (increase or decrease). |
| Temperature: | Post-baseline temperature of $\geq$ 101°F and an increase from baseline of $\geq$ 2°F. |
| Weight: | An increase from baseline of 7% or more. |

By-treatment frequencies and percentages of patients with clinically significant vital signs at any time during randomized treatment (Week 0 to Week 52) were tabulated.  Also, for each vital sign, the frequency of patients with clinically significant values was tabulated by week for each treatment.

### 2.8.5    Data presentation

There are several types of tables and figures referred to in this report.  Tables and figures with no letter prefix are contained within the text of the report (eg, Table 2, Figure 1).  Tables prefixed "T" contain summary data and analyses and are presented at the end of the main text.  Figures prefixed "F" are also presented at the end of the main text.  Appendices prefixed "G" contain individual patient data and appear in Appendix G.  Appendices prefixed "H" contain details of the statistical analyses and appear in Appendix H.

Patients are referred to by center and patient number.  For example, 002/00201 refers to patient 01 from center 002.

29

## 3        DEMOGRAPHY AND WITHDRAWALS

### 3.1        Demographic details

| *Summary tables:* | *disposition of all patients entered; T1* |
|---|---|
| | *randomized patients by center; T2* |

Due to the early termination of recruitment, a total of 331 patients entered into the trial. Thirty (9%) of the patients entered were not randomized into Segment B of the trial; the majority of these patients either met all of the entry criteria but withdrew their consent to participate in the trial before being randomized into Segment B (47%) or were considered unsuitable due to clinically significant disorders or laboratory findings (13%).

Therefore, a total of 301 patients from 34 centers were randomized between 27 July 1993 and 1 March 1995 into Segment B of the trial.  No center enrolled more than 6% of all randomized patients.  The date for data cut-off for this report was 1 June 1995.  Eighteen patients continued in Segment B after 1 June 1995.  Data for these continuing patients will be reported at a later date.

### 3.1.1        Sex, age, weight, and race

| *Summary tables:* | *demography; T3.1 and T3.2* |
|---|---|
| *Individual patient listings:* | *individual demographic information; G1* |
| *Statistical appendix:* | *H2.1 to H2.4* |

Table 4 summarizes the demographic data for all randomized patients.

**TABLE 4    Summary of sex, age, weight, and race**

| Characteristic | Treatment group | | | |
|---|---|---|---|---|
| | SEROQUEL | | | Haloperidol |
| | 75 mg (n = 85) | 300 mg (n = 88) | 600 mg (n = 87) | (n = 41) |
| Sex, n (%) | | | | |
|     Men | 67 (79) | 68 (77) | 69 (79) | 35 (85) |
|     Women | 18 (21) | 20 (23) | 18 (21) | 6 (15) |
| Age (y), mean (SD) | 39 (11) | 37 (9) | 38 (10) | 37 (10) |
|     range | 20 to 66 | 19 to 62 | 19 to 66 | 20 to 63 |
| Weight (kg), mean (SD) | | | | |
|     Men | 88.0 (18.3) | 82.8 (16.0) | 81.6 (14.8) | 87.2 (18.2) |
|     Women | 75.7 (18.2) | 74.1 (23.3) | 85.9 (23.8) | 67.0 (12.6) |
| Race, n (%) | | | | |
|     White | 59 (69) | 64 (73) | 59 (68) | 30 (73) |
|     Nonwhite | 26 (31) | 24 (27) | 28 (32) | 11 (27) |

SD Standard deviation

The demographic characteristics of randomized patients were generally well balanced across the treatment groups.  Approximately 80% of patients were men and 70% of patients were white.  The average patient age was 38 years (range 19 to 66 years).

There were statistically significant differences among treatment groups with respect to weight at screening among women (p=0.019), where the adjusted mean weights in the SEROQUEL 75-mg and 600-mg groups were significantly higher than in the haloperidol group (p=0.025 and p=0.005, respectively).  Although these weight differences were fairly large, the overall proportion of patients in the trial who were women was small.  Therefore, these weight differences were considered not to be clinically relevant.

There were no statistically significant differences at the 0.05 level among treatment groups with respect to sex, race, and age.

### 3.1.2    Diagnosis, psychiatric history, and baseline characteristics at entry to the trial

| | |
|---|---|
| *Summary tables:* | *DSM-III-R diagnosis; T4 and T5.5* |
| | *psychiatric illness; T5.1 and T5.2* |
| | *time since last acute psychotic relapse; T5.3* |
| | *Schedule for the Deficit Syndrome; T5.4* |
| | *recent receipt of depot medication; T5.6* |
| | *need for previous neuroleptic to be tapered; T5.7* |
| | *rate of titration of study medication; T5.8* |
| | *continuing administration of lorazepam at time of randomization; T5.9* |
| | *descriptive statistics for BPRS positive symptom cluster score; T7.1* |
| | *descriptive statistics for CGI Severity of Illness score; T8.1* |
| | *descriptive statistics for SANS summary score; T10.1* |
| | *frequency distribution for Simpson Scale total scores; T15.1.1* |
| | *frequency distribution for AIMS total scores; T15.2.1* |
| *Individual patient listings:* | *psychiatric history data; G2* |
| *Statistical appendix:* | *H2.5 to H2.16* |

Table 5 summarizes the psychiatric diagnosis and illness history for the four treatment groups.

**TABLE 5   Psychiatric diagnosis and illness history**

| Characteristic | Treatment group | | | |
| --- | --- | --- | --- | --- |
| | SEROQUEL | | | Haloperidol |
| | 75 mg (n=85) | 300 mg (n=88) | 600 mg (n = 87) | (n = 41) |
| Diagnosis, n (%) | | | | |
|    Paranoid | 51 (60) | 50 (56) | 35 (40) | 22 (53) |
|    Undifferentiated | 29 (34) | 26 (30) | 38 (43) | 15 (37) |
|    Residual | 3 (4) | 9 (10) | 10 (11) | 1 (2) |
|    Disorganized | 1 (1) | 2 (2) | 4 (5) | 2 (5) |
|    Catatonic | 1 (1) | 1 (1) | 0 | 1 (2) |
| Chronic vs Subchronic Diagnosis, n(%) | | | | |
|    Chronic | 79 (93) | 78 (89) | 81 (93) | 40 (98) |
|    Subchronic | 6 (7) | 10 (11) | 6 (7) | 1 (2) |
| Age at first treatment, mean (SD) | 23.7 (6.4) | 24.6 (7.3) | 24.4 (7.8) | 22.7 (4.5) |
| Number of hospitalizations, n (%) | | | | |
|    0 | 4 (5) | 7 (8) | 3 (3) | 0 |
|    1 to 5 | 53 (62) | 58 (66) | 57 (66) | 25 (61) |
|    6 to 10 | 13 (15) | 16 (18) | 13 (15) | 8 (20) |
|    11 to 15 | 4 (5) | 3 (3) | 10 (11) | 6 (15) |
|    16 to 20 | 3 (4) | 1 (1) | 2 (2) | 0 |
|    >20 | 3 (4) | 3 (3) | 2 (2) | 1 (2) |
|    Unknown | 5 (6) | 0 | 0 | 1 (2) |
| Number of months since last acute psychotic relapse, mean (SD) | 21.1 (14.6) | 18.4 (12.5) | 20.4 (13.8) | 16.2 (8.9) |
| Deficit syndrome present, n (%) | 55 (64.7) | 63 (71.6) | 68 (78.2) | 27 (65.9) |
| Recent receipt of depot medication, n (%) | 18 (21) | 17 (19) | 14 (16) | 7 (17) |
| Need for previous neuroleptic to be tapered, n (%) | 13 (15) | 14 (16) | 10 (11) | 5 (12) |
| Rate of titration of study medication* | | | | |
|    $\leq$ 6 days | 30 (35) | 25 (28) | 32 (37) | 9 (22) |
|    > 6 days | 45 (53) | 58 (66) | 42 (48) | 24 (59) |
|    Patients who did not complete titration | 10 (12) | 5 (6) | 13 (15) | 8 (20) |
| Continuing administration of lorazepam at randomization, n (%) | 1 (1) | 1 (1) | 1 (1) | 0 |

*Percentages attached to the $\leq$ 6 versus >6 days reflect those patients completing titration.
SD Standard deviation

There were no statistically significant or clinically meaningful differences among the treatment groups with respect to psychiatric diagnosis or illness history.

32

Chronic paranoid schizophrenia was the most common diagnostic category among randomized patients (50% of patients).  The vast majority of patients had chronic schizophrenia (93%).

In general, patients had long standing chronic illness, as demonstrated by age at first treatment and the number of hospitalizations.  In comparison with the acute exacerbation trials of SEROQUEL, patients generally had fewer hospitalizations.

Patients were generally clinically stable.  In the SEROQUEL groups, the mean time since the last psychotic relapse was slightly less than 2 years and was slightly greater than that in the haloperidol group.

Deficit syndrome was present in at least 65% of patients in each treatment group in this trial.  The incidence of deficit syndrome in patients entering this trial is greater than that seen in the general chronic schizophrenic population (usually approximately 30%).  It is not clear whether this reflects a skewed sample or difficulty of the investigators in applying the SDS criteria appropriately.  Although a training session on the use of the SDS was held for the investigators, they may not have had adequate experience or training in order to apply the scale accurately.

The recent receipt of depot medication was fairly evenly distributed among treatment groups, ranging from 16 to 21%.  The proportions of patients with recent depot medication use in this trial is representative of the use of depot medications in this patient population in the US (where most of the patients were recruited), where the majority of patients are maintained on oral medications alone.

Table 6 summarizes the baseline psychiatric efficacy and neurologic assessments for the four treatment groups.

**TABLE 6    Baseline efficacy and neurologic assessments***

| Assessment | Treatment group | | | |
|---|---|---|---|---|
| | SEROQUEL | | | Haloperidol |
| | 75 mg (n = 85) | 300 mg (n = 88) | 600 mg (n = 87) | (n = 41) |
| Psychiatric efficacy variables, mean (SD) | | | | |
|   BPRS positive symptom cluster score | 1.4 (0.9) | 1.3 (0.9) | 1.4 (0.9) | 1.3 (0.9) |
| CGI Severity of Illness score | 3.2 (0.8) | 3.1 (0.7) | 3.3 (0.7) | 3.2 (0.8) |
| SANS summary score | 11.0 (3.3) | 11.1 (3.1) | 11.3 (2.6) | 11.0 (3.7) |
| Neurologic assessments, n (%) | | | | |
|   Simpson Scale total score | | | | |
|     10 | 13 (19) | 23 (32) | 13 (19) | 10 (27) |
|     11 | 18 (27) | 14 (19) | 12 (17) | 6 (16) |
|     12 | 9 (13) | 8 (11) | 7 (10) | 4 (11) |
|     13+ | 27 (40) | 27 (38) | 38 (54) | 17 (46) |
|   AIMS total score | | | | |
|     0 | 29 (42) | 32 (44) | 30 (42) | 18 (49) |
|     1 to 3 | 17 (25) | 17 (24) | 16 (23) | 8 (22) |
|     4 to 7 | 13 (19) | 9 (13) | 12 (17) | 4 (11) |
|     8+ | 10 (15) | 14 (19) | 13 (18) | 7 (19) |

*n is variable since not all data were collected for every patient.
SD Standard deviation

There were no statistically significant or clinically meaningful differences among treatment groups with respect to the mean baseline scores for the psychiatric or neurologic assessments.

Mean scores for the psychiatric assessments revealed that, in general, the patient population was mildly ill at entry into the trial.

Baseline Simpson Scale total scores showed that the majority of patients entered the trial with few or no EPS.  AIMS total scores at baseline showed that the majority of patients entered the trial with minimal to no abnormal involuntary movements.

### 3.1.3    Comparability of treatment groups

With the exception of weight for women in the trial, there were no statistically significant differences between the four treatment groups with respect to any demographic or baseline psychiatric or neurologic characteristics.  Because of the small proportion of women in the trial, the weight difference was unlikely to impact the overall results.  There were no clinically relevant differences between the four treatment groups with respect to any demographic or baseline psychiatric or neurologic characteristics.

## 3.2      Withdrawals

| | |
|---|---|
| *Summary tables:* | *disposition of randomized patients: withdrawals and reason for withdrawals; T6.1.1 and T6.1.2* |
| *Individual patient listings:* | *time to patient withdrawal/relapse; G3* |
| *Statistical appendix:* | *H3.1* |

Table 7 presents the disposition of all randomized patients and their reasons for withdrawal.

**TABLE 7      Disposition of patients and reasons for withdrawal**

| | Treatment group | | | |
|---|---|---|---|---|
| | SEROQUEL | | | Haloperidol |
| | 75 mg n (%) | 300 mg n (%) | 600 mg n (%) | n (%) |
| Patients randomized | 85 (100) | 88 (100) | 87 (100) | 41 (100) |
| Patients completed | 7 (8) | 11 (13) | 14 (16) | 13 (32) |
| Patients ongoing | 6 (7) | 3 (3) | 7 (8) | 1 (2) |
| Patients withdrawn | 72 (85) | 74 (84) | 66 (76) | 27 (66) |
| Reason for withdrawal | | | | |
|   Psychotic relapse | 45 (63) | 48 (65) | 35 (53) | 8 (30) |
|     Psychotic relapse, criteria I | 29 (64) | 31 (65) | 24 (69) | 4 (50) |
|     Psychotic relapse, criteria II | 16 (36) | 16 (33) | 11 (31) | 4 (50) |
|     Psychotic relapse, neither criteria | 0 | 1 (2) | 0 | 0 |
|     Refused to continue, lost to follow-up | 15 (21) | 9 (12) | 14 (21) | 4 (15) |
|     Adverse event/intercurrent illness | 7 (10) | 13 (18) | 13 (20) | 14 (52) |
|     Protocol noncompliance | 5 (7) | 4 (5) | 4 (6) | 1 (4) |

As seen in Table 7, the overall proportion of patients who completed the trial was low.  There appeared to be an increase in the proportion of patients completing the trial as the SEROQUEL dose increased.  A higher proportion of patients in the haloperidol group than in each of the SEROQUEL groups completed the trial.

The proportion of patients who withdrew due to psychotic relapse was similar in the SEROQUEL groups and greater than that in the haloperidol group.  Of the withdrawals due to psychotic relapse, a greater proportion in each SEROQUEL group withdrew due to psychotic relapse Criteria I than Criteria II.  In the haloperidol group, of the patients who withdrew due to psychotic relapse, the proportion who withdrew due to Criteria I was the same as that for Criteria II.

The proportion of patients who withdrew due to adverse events or intercurrent illnesses was lower for each SEROQUEL group (range 10 to 20%) compared with the haloperidol group (52%).  Details of the adverse events leading to withdrawal in all treatment groups are given in Section 5.3.3.

35

### 3.3    Protocol violations and deviations

Protocol violation was defined as the entry of patients who did not fulfill the efficacy-related inclusion criteria.

Protocol deviation was defined as any other serious departure from the procedure detailed in the protocol.

Those patients with protocol violations/deviations which were considered to require exclusion from the analyses are described below.

(a)    Patients excluded from primary population
       No randomized patients were excluded from the primary population.

(b)    Numbers of patients excluded from the secondary population by reason for exclusion
       Patients were excluded from the secondary population if they had a violation of efficacy-related entry or qualification criteria, were considered non-compliant with the protocol, received other psychotropic or non-psychotropic medications in excess of the protocol guidelines, or received randomized treatment for less than 14 days.

       Numbers of patients excluded from the secondary population are presented in Table 8. Patients may appear under more than one category.

36

**TABLE 8   Numbers of patients excluded from the secondary population by reason for
exclusion**

| Reason for exclusion | Treatment group | | | |
|---|---|---|---|---|
| | SEROQUEL | | | Haloperidol |
| | 75 mg | 300 mg | 600 mg | |
| Violated efficacy-related entry or qualification criteria | 13 | 14 | 14 | 2 |
| Received disallowed medication in Segment A | 17 | 22 | 24 | 6 |
| Received disallowed medication in Segment B | 8 | 11 | 5 | 5 |
| Protocol noncompliance | 5 | 4 | 4 | 1 |
| Less than 14 days of randomized treatment | 15 | 14 | 17 | 7 |
| Total numbers of patients excluded from the secondary population* | 41 | 51 | 43 | 18 |

*Patients who had multiple reasons for exclusion are included in the frequency count for each applicable
reason but are counted only once in the total number of patients excluded

A total of 29 patients were excluded from the secondary analysis because they received
disallowed medications during Segment B of the trial.  Approximately half of these patients took
a disallowed medication for only 1 to 3 days during Segment B.

Data from patients who received less than 14 days of randomized treatment were excluded
from the secondary analyses of efficacy because of their limited duration of randomized
treatment, although this did not constitute a protocol deviation.  A total of 53 patients were
excluded from the secondary population for this reason.

After the exclusion of violators, deviators, and patients with less than 14 days on treatment, the
secondary population consisted of 148 patients: 44 in the SEROQUEL 75-mg group, 37 in the
SEROQUEL 300-mg group, 44 in the SEROQUEL 600-mg group, and 23 in the haloperidol
group.

## 3.4     Code breaks

During the trial, the randomization code was broken for two patients due to serious adverse
events.  The randomization code was broken for Patient 003/00302 (haloperidol) because of a
suicide attempt involving an overdose of trial medication.  This patient was found unconscious
in his apartment and paramedics found empty bottles of benztropine mesylate, lorazepam, and
6 empty blister packs of trial treatment.  The emergency room hospital staff broke the blind to
find out what he had taken and to treat the patient appropriately.

The randomization code was broken for Patient 009/00901 (SEROQUEL 300 mg) because of
the development of probable neuroleptic malignant syndrome.  The investigator consulted with
Zeneca and the code was broken so that a decision could be made whether to treat him with
haloperidol or enter him into the SEROQUEL open-label extension.

The serious adverse events for these two patients are described further in Section 5.3.3.

## 4      EFFICACY RESULTS

### 4.1      Time to withdrawal / time to relapse

| | |
|---|---|
| *Summary tables:* | *patient withdrawal rates by time interval based on Kaplan-Meier failure rates; T6.2* |
| | *time to patient withdrawal in days from randomization based on Kaplan-Meier estimates; T6.3* |
| | *frequency of patients who were hospitalized due to relapse (criteria I and II) by treatment; T6.4* |
| | *time to patient relapse (criteria I and II) in days from randomization based on Kaplan-Meier estimates; T6.5* |
| *Individual patient listings:* | *time to withdrawal / time to relapse (criteria I and II); G3* |
| *Figures:* | *F1 to F2* |
| *Statistical appendix:* | *H3.1 to H3.7.12* |

The primary efficacy variable was time to withdrawal from Segment B (in days from randomization). Secondary efficacy variables included time to withdrawal from Segment B for psychotic relapse (Criteria I and II), psychiatric rating scale measures of the BPRS positive symptom cluster score, CGI Severity of Illness and Global Improvement scores, and the SANS. Tertiary measures of efficacy included the QLS, cognitive function tests, and the health outcomes questionnaire.

The primary population for the time to withdrawal and time to psychotic relapse included all randomized patients. The secondary population for time to withdrawal included all patients who were considered protocol-compliant and who successfully completed the titration phase of Segment B. The other efficacy variables were analyzed for all randomized patients with baseline and at least one post-baseline measurement.

### 4.1.1      Time to withdrawal from Segment B and time to psychotic relapse (primary population)

The primary population consisted of 301 randomized patients. Of these, 85 (28%) were randomized to the SEROQUEL 75-mg group, 88 (29%) to the SEROQUEL 300-mg group, 87 (29%) to the SEROQUEL 600-mg group, and 41 (14%) to the haloperidol group.

### (a)      Time to withdrawal from Segment B

The time to withdrawal from Segment B was measured in days from randomization. Patients who completed Segment B were censored at their completion date, and patients who remained in Segment B were considered censored as of 1 June 1995.

The rate of patient withdrawal for any reason, based on Kaplan-Meier failure rates, is presented for each randomized treatment and dose group based on 2-week intervals through Week 12, and 4-week intervals thereafter in Table 9.

38

**TABLE 9    Patient withdrawal rates based on Kaplan-Meier failure rates by dose group**

| Withdrawal rates (%) | Treatment group | | | |
|---|---|---|---|---|
| | SEROQUEL | | | Haloperidol |
| | 75 mg (n = 85) | 300 mg (n = 88) | 600 mg (n = 87) | (n = 41) |
| Week 0 - 2 | 12.9 | 11.4 | 13.8 | 12.2 |
| Week 2 - 4 | 23.5 | 23.9 | 31.0 | 26.8 |
| Week 4 - 6 | 40.0 | 38.6 | 36.8 | 46.3 |
| Week 6 - 8 | 49.4 | 50.0 | 37.9 | 46.3 |
| Week 8 - 10 | 57.7 | 59.1 | 48.3 | 51.2 |
| Week 10 - 12 | 61.2 | 63.6 | 49.4 | 56.1 |
| Week 12 - 16 | 67.1 | 71.6 | 62.1 | 58.5 |
| Week 16 - 20 | 70.9 | 75.1 | 65.5 | 58.5 |
| Week 20 - 24 | 72.2 | 77.4 | 66.7 | 58.5 |
| Week 24 - 28 | 73.4 | 78.6 | 70.3 | 58.5 |
| Week 28 - 32 | 76.1 | 78.6 | 74.1 | 63.4 |
| Week 32 - 36 | 78.7 | 81.3 | 74.1 | 63.4 |
| Week 36 - 40 | 81.8 | 82.6 | 74.1 | 65.9 |
| Week 40 - 44 | 85.1 | 82.6 | 74.1 | 65.9 |
| Week 44 - 48 | 88.4 | 84.0 | 77.2 | 65.9 |
| Week 48 - 52 | 88.4 | 85.3 | 77.2 | 65.9 |
| $\geq$ Week 52 | 88.4 | 85.3 | 77.2 | 65.9 |

The time to withdrawal is summarized in Table 10.  The frequency and percentage of censored and uncensored observations, as well as the 25th percentile, the median, and the 75th percentile are presented.

(i)        Dose-response

Gehan's generalized Wilcoxon test of PROC LIFETEST was used to analyze linear and quadratic SEROQUEL dose effects for the time to withdrawal (haloperidol patients were not included in the analysis).  Dose and dose-squared effects were tested for significance at the 0.05 level.  No statistically significant linear or quadratic effects were observed (Figure F1).

**TABLE 10  Time to withdrawal based on Kaplan-Meier estimates by dose group**

| Time to withdrawal | Treatment group | | | |
|---|---|---|---|---|
| | SEROQUEL | | | Haloperidol |
| | 75 mg | 300 mg | 600 mg | |
| | (n = 85) | (n = 88) | (n = 87) | (n = 41) |
| Number withdrawn | 72 | 74 | 66 | 27 |
| Number censored | 13 | 14 | 21 | 14 |
| % censored | 15.3 | 15.9 | 24.1 | 34.2 |
| % uncensored | 84.7 | 84.1 | 75.9 | 65.9 |
| 25th quartile (days) | 28 | 28 | 20 | 26 |
| Median (days) | 56 | 54.5 | 84 | 63 |
| 75th quartile (days) | 199 | 138 | 325 | censored |

(ii)      Pairwise comparisons

As shown in Figure F1, there was no statistically significant difference (p=0.7696) in time to withdrawal among all treatment groups.  PROC PHREG was used to compute the odds ratios and their corresponding 95% confidence intervals for the pairwise comparisons between SEROQUEL dose groups and between haloperidol and SEROQUEL dose groups (Table 11). There were no significant differences between any pair of treatment groups.

**TABLE 11  Pairwise comparisons for time to withdrawal (primary population)**

| Pairwise comparison | P-value | Odds ratio | 95% CI |
|---|---|---|---|
| SEROQUEL 75 mg vs 300 mg | 0.9872 | 0.997 | (0.721,1.380) |
| SEROQUEL 75 mg vs 600 mg | 0.2352 | 1.225 | (0.876,1.711) |
| SEROQUEL 300 mg vs 600 mg | 0.2261 | 1.228 | (0.881,1.712) |
| SEROQUEL 75 mg vs haloperidol | 0.0761 | 1.495 | (0.959,2.330) |
| SEROQUEL 300 mg vs haloperidol | 0.0730 | 1.499 | (0.963,2.333) |
| SEROQUEL 600 mg vs haloperidol | 0.3839 | 1.221 | (0.779,1.912) |

The proportion of patients who withdrew before Week 12 was compared to the proportion of patients who withdrew after Week 12 for all possible pairs of dose groups.  There were no statistically significant differences between any pair of treatment groups.

(iii)      Testing model assumptions

A model stratified by treatment group was fit using PROC LIFETEST, and the stratum-specific log (-log[S(t)]) was plotted versus log (time).  No parallelism was exhibited across the strata, suggesting non-proportional hazards between the dose groups.

The addition of a time-dependent covariate to the model for each possible combination of dose groups revealed a statistically significant time-dependent covariate comparing the SEROQUEL 75-mg and 300-mg groups to the haloperidol group (p=0.019 and p=0.029, respectively).

**(b)      Time to psychotic relapse (Criteria I and II)**

Patients who withdrew from the study for reasons other than psychotic relapse or remained as of 1 June 1995 were considered censored.  There was an expectation that proportions of withdrawals not relating to psychotic relapse would be balanced among those withdrawing among treatment groups.  An imbalance was seen between SEROQUEL groups and the haloperidol group.  Proportionally more haloperidol patients withdrew for adverse events.  As such, proportionally more censoring for relapse occurred in the haloperidol arm.  Some of these adverse events, among haloperidol patients, may have been surrogates for relapse (eg, anxiety, suicide attempt, depression).  Therefore, any contrasts between haloperidol and SEROQUEL for time to relapse will not necessarily reflect true differences in relapse distributions and are non-informative.  For completeness only analysis for the primary population are presented.

The time to psychotic relapse (criteria I and II combined) is summarized in Table 12.  The frequency and percentage of censored and uncensored observations, as well as the 25th percentile, the median, and the 75th percentile are presented.  In the SEROQUEL 75-mg, 300-mg, and 600-mg groups, 22.2% (10/45), 20.8% (10/48), and 28.6% (10/35) of patients who experienced psychotic relapse were hospitalized.  In the haloperidol group, 37.5% (3/8) of patients who relapsed were hospitalized.

(i)      Dose-response

Linear and quadratic SEROQUEL dose effects were analyzed using Gehan's generalized Wilcoxon test of PROC LIFETEST (haloperidol patients were not included in the analysis).  Dose and dose-squared effects were tested for significance at the 0.05 level.  No significant linear or quadratic effects were observed.

**TABLE 12  Time to relapse (Criteria I and II combined) based on Kaplan-Meier estimates by dose group (primary population)**

| Time to relapse | Treatment group | | | |
| --- | --- | --- | --- | --- |
| | SEROQUEL | | | Haloperidol |
| | 75 mg | 300 mg | 600 mg | |
| | (n = 85) | (n = 88) | (n = 87) | (n = 41) |
| Number withdrawn due to relapse | 45 | 48 | 35 | 8 |
| Number censored | 40 | 40 | 52 | 33 |
| % censored | 47.1 | 45.5 | 59.8 | 80.5 |
| % uncensored | 52.9 | 54.6 | 40.2 | 19.5 |
| 25th quartile (days) | 52 | 37 | 63 | 223 |
| Median (days) | 124 | 102 | 218 | censored |
| 75th quartile (days) | 313 | censored | censored | censored |

The haloperidol group had the longest time to relapse (25th quartile = 223 days) with the least number of patients (19.5%, 8/41) withdrawn due to relapse, followed by the SEROQUEL 600-mg group (25th quartile = 63 days), with 40.2% (35/87) patients withdrawn due to relapse.

(ii)     Pairwise comparisons

As shown in Figure F2, there was a significant difference in the time to psychotic relapse among treatment groups (p=0.0458). Indicator variables were constructed for pairwise comparisons between SEROQUEL groups and between haloperidol and SEROQUEL groups. Table 13 gives the p-values, odds ratios, and 95% confidence intervals computed using PROC PHREG.

**TABLE 13  Pairwise comparisons for time to relapse (primary population)**

| Pairwise comparison | P-value | Odds ratio | 95% CI |
|---|---|---|---|
| SEROQUEL 75 mg vs 300 mg | 0.8427 | 0.960 | (0.639,1.442) |
| SEROQUEL 75 mg vs 600 mg | 0.0843 | 1.477 | (0.949,2.299) |
| SEROQUEL 300 mg vs 600 mg | 0.0529 | 1.539 | (0.995,2.381) |
| SEROQUEL 75 mg vs haloperidol | 0.0020 | 3.292 | (1.548,6.998) |
| SEROQUEL 300 mg vs haloperidol | 0.0013 | 3.430 | (1.620,7.264) |
| SEROQUEL 600 mg vs haloperidol | 0.0411 | 2.229 | (1.033,4.809) |

As can be seen from Table 13, the haloperidol group had a significantly longer time to psychotic relapse than any SEROQUEL group. However differences seen are reflective of the censoring for relapse occurring in the haloperidol group.

(iii)    Testing model assumptions

As for the variable time to withdrawal for the variable time to relapse (Criteria I and II combined), a model stratified by treatment group was fit using PROC LIFETEST, and the stratum-specific log (-log[S(t)]) was plotted versus log (time). Again, no parallelism was observed across the strata, suggesting non-proportional hazards between the dose groups.

The addition of a time-dependent covariate to the model for each possible combination of treatment groups revealed a statistically significant time-dependent covariate comparing the SEROQUEL 75-mg group to the haloperidol group (p=0.020).

## 4.1.2     Time to withdrawal from Segment B (secondary population)

The percentages of patients in the secondary population in the SEROQUEL 75-mg, 300-mg, and 600-mg groups and the haloperidol group were 51.8% (44/85), 42.1% (37/88), 50.6% (44/87), and 56.1% (23/41), respectively.

Table 14 gives the rate of patient withdrawal for any reason, based on Kaplan-Meier failure rates.

42

TABLE 14  Patient withdrawal rates based on Kaplan-Meier failure rates by dose group (secondary population)

| Withdrawal rates (%) | Treatment group | | | |
|---|---|---|---|---|
| | SEROQUEL | | | Haloperidol |
| | 75 mg | 300 mg | 600 mg | |
| | (n = 44) | (n = 37) | (n = 44) | (n = 23) |
| Week 0 - 2 | 0.0 | 0.0 | 0.0 | 0.0 |
| Week 2 - 4 | 9.1 | 10.8 | 18.2 | 8.7 |
| Week 4 - 6 | 27.3 | 32.4 | 22.7 | 39.1 |
| Week 6 - 8 | 38.6 | 37.8 | 25.0 | 39.1 |
| Week 8 - 10 | 45.5 | 51.4 | 36.4 | 43.5 |
| Week 10 - 12 | 50.0 | 56.8 | 38.6 | 47.8 |
| Week 12 - 16 | 56.8 | 67.6 | 56.8 | 47.8 |
| Week 16 - 20 | 61.9 | 73.0 | 63.6 | 47.8 |
| Week 20 - 24 | 61.9 | 76.0 | 63.6 | 47.8 |
| Week 24 - 28 | 64.4 | 76.0 | 66.1 | 47.8 |
| Week 28 - 32 | 69.5 | 76.0 | 68.5 | 52.2 |
| Week 32 - 36 | 72.1 | 82.0 | 68.5 | 52.2 |
| Week 36 - 40 | 75.2 | 82.0 | 68.5 | 56.5 |
| Week 40 - 44 | 81.4 | 82.0 | 68.5 | 56.5 |
| Week 44 - 48 | 84.5 | 85.0 | 68.5 | 56.5 |
| Week 48 - 52 | 84.5 | 85.0 | 68.5 | 56.5 |
| $\geq$Week 52 | 84.5 | 85.0 | 68.5 | 56.5 |

The time to withdrawal is summarized in Table 15.

TABLE 15  Time to withdrawal based on Kaplan-Meier estimates by dose group (secondary population)

| Time to withdrawal | Treatment group | | | |
|---|---|---|---|---|
| | SEROQUEL | | | Haloperidol |
| | 75 mg | 300 mg | 600 mg | |
| | (n = 44) | (n = 37) | (n = 44) | (n = 23) |
| Number withdrawn | 35 | 31 | 30 | 13 |
| Number censored | 9 | 6 | 14 | 10 |
| % censored | 20.5 | 16.2 | 31.8 | 43.5 |
| % uncensored | 80.0 | 83.8 | 68.2 | 56.5 |
| 25th quartile (days) | 32.5 | 36.0 | 53.0 | 29.0 |
| Median (days) | 77.5 | 65.0 | 94.0 | 223.0 |
| 75th quartile (days) | 258.0 | 144.0 | censored | censored |

(i)        Dose-response

As for the primary (intent-to-treat) population, for the secondary population too, Gehan's generalized Wilcoxon test of PROC LIFETEST was used to analyze linear and quadratic dose effects.  No significant linear or quadratic effects were observed.

(ii)       Pairwise comparisons

PROC PHREG was used to compute the odds ratios and their corresponding 95% confidence intervals for the pairwise comparisons between SEROQUEL dose groups and between haloperidol and SEROQUEL dose groups (Table 16).  There were no significant differences between any pair of treatment groups.

**TABLE 16  Pairwise comparisons for time to withdrawal (secondary population)**

| Pairwise comparison | P-value | Odds ratio | 95% CI |
|---|---|---|---|
| SEROQUEL 75 mg vs 300 mg | 0.6172 | 0.884 | (0.545,1.434) |
| SEROQUEL 75 mg vs 600 mg | 0.3465 | 1.264 | (0.776,2.060) |
| SEROQUEL 300 mg vs 600 mg | 0.1630 | 1.430 | (0.865,2.365) |
| SEROQUEL 75 mg vs haloperidol | 0.1101 | 1.684 | (0.889,3.191) |
| SEROQUEL 300 mg vs haloperidol | 0.0524 | 1.905 | (0.993,3.653) |
| SEROQUEL 600 mg vs haloperidol | 0.3899 | 1.332 | (0.693,2.559) |

No statistically significant differences were found between any dose group pair when the proportion of patients who withdrew before Week 12 was compared to the proportion of patients who withdrew after Week 12 for all possible pairs of dose groups.

**4.1.3    Prognostic variables**

Initial univariate analyses for the intent-to-treat group revealed that the age at first psychiatric treatment (p=0.008), age at screening (p=0.038), chronicity of diagnosis (p=0.028), and need for previous neuroleptic to be tapered (p<0.001) were significantly associated with time to withdrawal.

These variables were modeled along with dose group using PROC PHREG (Appendices H3.7.1 to 3.7.12).  Age at screening was found to be non-significant at the 0.10 level and was dropped. Note that, in the resulting model, comparisons between the SEROQUEL 75-mg and haloperidol groups and SEROQUEL 300-mg and haloperidol groups were statistically significant.  Patients receiving haloperidol were less likely to withdraw from the trial.  The contrast between the SEROQUEL 600-mg and haloperidol groups was marginally significant (p=0.052).  Interactions between dose group and each remaining main effect variable were sequentially added and their significance was tested.  All interactions except the interaction between the treatment groups and the need for neuroleptic to be tapered were statistically non-significant.  Table 17 presents the parameter estimates, their standard errors, p-values from the Wald Chi-square tests, risk ratios, and 95% confidence limits for the final model for the intent-to-treat patient group for the time to withdrawal.  Note that the interaction between treatment and need for neuroleptic to be tapered is quantitative in nature.  That is, treatment effects were in the same direction across those in need and not in need of neuroleptic taper.  The effect on the relative hazard for each comparison of SEROQUEL and haloperidol is in the same direction.

44

**TABLE 17  Prognostic variables for the time to withdrawal**

| Variable | β | SE(β) | P-value | Risk Ratio | 95% CI |
|---|---|---|---|---|---|
| SEROQUEL 75-mg | 1.528 | 0.562 | 0.007 | 4.611 | (1.53,13.90) |
| SEROQUEL 300-mg | 1.632 | 0.574 | 0.005 | 5.114 | (1.66,15.76) |
| SEROQUEL 600-mg | 1.143 | 0.589 | 0.052 | 3.135 | (0.99,9.94) |
| Age at first psychiatric treatment | -0.027 | 0.010 | 0.006 | 0.974 | (0.96,0.99) |
| Chronic vs subchronic diagnosis | -0.614 | 0.272 | 0.024 | 0.541 | (0.32,0.92) |
| Previous neuroleptic being tapered | 0.502 | 0.543 | 0.355 | 1.652 | (0.57,4.78) |
| Interaction of previous neuroleptic being tapered with | | | | | |
| SEROQUEL 75 mg | -1.311 | 0.615 | 0.033 | 0.270 | (0.081,0.899) |
| SEROQUEL 300 mg | -1.286 | 0.622 | 0.039 | 0.276 | (0.082,0.934) |
| SEROQUEL 600 mg | -1.040 | 0.638 | 0.103 | 0.353 | (0.101,1.235) |

SE Standard error

### 4.1.4    Summary of time to withdrawal / time to relapse

There was no statistically significant dose response among SEROQUEL groups in the time to withdrawal from the trial in the intent to treat population, which was the primary efficacy variable.  Pairwise comparison showed no statistically significant differences among any treatment group, including haloperidol, in the time to withdrawal from the trial.  There was also no statistically significant dose-response among the SEROQUEL groups in the time to withdrawal from the trial for psychotic relapse.  Times to psychotic relapse were generally longer in the haloperidol group.  Pairwise comparisons of the time to withdrawal for psychotic relapse revealed statistically significant differences between the haloperidol group and each SEROQUEL group.  However, there was an imbalance in the reasons for withdrawal from the trial between the SEROQUEL and haloperidol treatment groups with proportionally more patients in the haloperidol group withdrawing for adverse events.  Since proportionally more censoring for relapse occurred in the haloperidol treatment group, any contrasts between the haloperidol and SEROQUEL groups for time to withdrawal for psychotic relapse may not reflect true differences in the relapse distributions among the groups and therefore are non-informative.  Results of the analysis of the time to withdrawal in the secondary population showed a similar trend as seen in the intent to treat population.  The analysis of prognostic variables indicated that only the interaction between treatment groups and the need for neuroleptic medication to be tapered during Segment A were significantly associated with time to withdrawal.

45

## 4.2    Brief Psychiatric Rating Scale (BPRS) positive symptom cluster score

| | |
|---|---|
| *Summary tables:* | descriptive statistics for BPRS positive symptom cluster score: observed cases; T7.1<br>descriptive statistics for the change from baseline in the BPRS positive symptom cluster score: observed cases; T7.2<br>frequency distribution for BPRS positive symptoms: item 4 (conceptual disorganization) observed cases; T7.3.1<br>frequency distribution for BPRS positive symptoms: item 11 (suspiciousness) observed cases; T7.3.2<br>frequency distribution for BPRS positive symptoms: item 12 (hallucinatory behavior) observed cases; T7.3.3<br>frequency distribution for BPRS positive symptoms: item 15 (unusual thought content) observed cases; T7.3.4<br>descriptive statistics for BPRS positive symptom cluster score: LOCF; T7.4<br>descriptive statistics for the change from baseline in the BPRS positive symptom cluster score: LOCF; T7.5<br>frequency distribution for BPRS positive symptoms: item 4 (conceptual disorganization) LOCF; T7.6.1<br>frequency distribution for BPRS positive symptoms: item 11 (suspiciousness) LOCF; T7.6.2<br>frequency distribution for BPRS positive symptoms: item 12 (hallucinatory behavior) LOCF; T7.6.3<br>frequency distribution for BPRS positive symptoms: item 15 (unusual thought content) LOCF; T7.6.4 |
| *Individual patient listings:* | BPRS positive symptom cluster score - total and change from baseline; G4.1<br>BPRS positive symptom cluster score - individual item scores; G4.2<br>additional BPRS (data not used in summary statistics and analyses); G4.3 |
| *Figures:* | F3A.1 to F3B.5 |
| *Statistical appendix:* | H4.1.1 to H4.5.2 |

Analysis of covariance was used to evaluate the change from baseline (Week 0) to final assessment for observed cases, and the change from baseline to Week 12 for last observation carried forward (LOCF) analyses.

The results for observed cases are presented in Table 18.  Analysis of covariance results for the change from baseline to final evaluation of the BPRS positive symptom cluster score yielded significant differences among treatments (p=0.002).  The haloperidol group did statistically significantly better than the SEROQUEL groups, as indicated by negative least squares mean change from baseline for the haloperidol group as opposed to the positive least squares mean change for the SEROQUEL 75-mg (p<0.001), 300-mg (p=0.002), and 600 mg (p=0.011) groups.  There were no statistically significant differences among the SEROQUEL groups.

46

**TABLE 18  Analysis of covariance of change from baseline for BPRS positive symptom cluster score to final evaluation**

| | Treatment group | | | |
|---|---|---|---|---|
| | SEROQUEL | | | Haloperidol |
| | 75 mg (n = 82) | 300 mg (n = 86) | 600 mg (n = 84) | (n = 41) |
| Baseline mean | 1.4 | 1.3 | 1.4 | 1.3 |
| Final assessment least-squares mean change (SE) | 0.81 (0.15) | 0.67 (0.14) | 0.53 (0.14) | -0.06 (0.19) |
| Dose group p-value | 0.002 | | | |

SE Standard error

The results for LOCF are presented in Table 19. No statistically significant differences were found among treatment groups (p=0.20) for the analysis of covariance results in the change from baseline to Week 12 for LOCF cases.

**TABLE 19  Analysis of covariance of change from baseline for BPRS positive symptom cluster score (LOCF) to Week 12**

| | Treatment group | | | |
|---|---|---|---|---|
| | SEROQUEL | | | Haloperidol |
| | 75 mg (n = 82) | 300 mg (n = 86) | 600 mg (n = 84) | (n = 41) |
| Baseline mean | 1.4 | 1.3 | 1.4 | 1.3 |
| Week 12 least-squares mean change (SE) | 0.42 (0.14) | 0.38 (0.13) | 0.28 (0.13) | -0.03 (0.19) |
| Dose group p-value | 0.196 | | | |

SE Standard error

Due to the questionable normality of the BPRS positive symptom cluster score, as exhibited by the results of the Shapiro-Wilks test, comparisons of grouped change from baseline among treatment groups were performed for the observed and LOCF cases. For the observed cases, no significant differences were found among treatment groups at last observation (p=0.1230). For LOCF, there were no significant differences among treatment groups (p=0.1974).

47

## 4.3      Clinical Global Impressions (CGI)

| | |
|---|---|
| *Summary tables:* | *descriptive statistics for CGI Severity of Illness score: observed cases; T8.1*<br>*descriptive statistics for the change from baseline in the CGI Severity of Illness score: observed cases; T8.2*<br>*frequency distribution for CGI Severity of Illness score: observed cases; T8.3*<br>*descriptive statistics for CGI Severity of Illness score: LOCF; T8.4*<br>*descriptive statistics for the change from baseline in the CGI Severity of Illness score: LOCF; T8.5*<br>*frequency distribution for CGI Severity of Illness score: LOCF; T8.6* |
| *Individual patient listings:* | *CGI Severity of Illness and Global Improvement scores including change from baseline; G5.1*<br>*additional CGI (data not used in summary statistics and analyses); G5.2* |
| *Figures:* | *F4A.1 to F5B.5* |
| *Statistical appendix:* | *H5.1.1 to H5.6* |

### 4.3.1      CGI Severity of Illness score

Analysis of covariance was used to evaluate the change from baseline (Week 0) to final assessment for observed cases, and the change from baseline to Week 12 for LOCF analyses.

The results for the final observation are presented in Table 20. The change from baseline in CGI Severity of Illness score was significantly different among treatment groups (p=0.001). The least squares mean change from baseline for the haloperidol treatment group was significantly lower than that for the SEROQUEL 75-mg group (p<0.001), the SEROQUEL 300-mg group (p<0.001), and the SEROQUEL 600-mg group (p=0.016). There were no statistically significant differences among the SEROQUEL groups.

**TABLE 20  Analysis of covariance of change from baseline for the CGI Severity of Illness score to final assessment**

| | Treatment group | | | |
|---|---|---|---|---|
| | SEROQUEL | | | Haloperidol |
| | 75 mg<br>(n = 82) | 300 mg<br>(n = 87) | 600 mg<br>(n = 84) | (n = 41) |
| Baseline mean | 3.2 | 3.1 | 3.3 | 3.2 |
| Final assessment least-squares mean change (SE) | 0.86 (0.13) | 0.77 (0.12) | 0.58 (0.12) | 0.08 (0.17) |
| P-value | 0.001 | | | |

SE Standard error

The results for LOCF are presented in Table 21.  The change from baseline in CGI Severity of Illness score was significantly different among treatment groups (p=0.032).  The least squares

48

mean change from baseline for the haloperidol group was significantly lower than that for the
SEROQUEL 75-mg group (p=0.009) and the SEROQUEL 300-mg group (p=0.016).  There
were no statistically significant differences among the SEROQUEL groups.

**TABLE 21   Analysis of covariance of change from baseline for the CGI Severity of Illness
score (LOCF) to Week 12**

| | Treatment group | | | |
| --- | --- | --- | --- | --- |
| | SEROQUEL | | | Haloperidol |
| | 75 mg (n = 82) | 300 mg (n = 87) | 600 mg (n = 84) | (n = 41) |
| Baseline mean | 3.2 | 3.1 | 3.3 | 3.2 |
| Week 12 least-squares mean change (SE) | 0.58 (0.13) | 0.54 (0.12) | 0.31 (0.12) | 0.05 (0.17) |
| Dose group p-value | 0.032 | | | |

SE Standard error

Comparisons of grouped change from baseline among treatment groups were performed for
the observed and LOCF cases due to dubious normality and homoscedasticity.  For the
observed cases, significant differences were found at final assessment (p=0.003).  For LOCF,
there were significant differences among treatment groups (p=0.022).  For LOCF at Week 12
and final evaluation, rates of worsening were lower among those treated with haloperidol.

### 4.3.2   CGI Global Improvement

For observed cases, the proportion of patients with improved, no change, and worsened
CGI Global Improvement scores differed significantly among treatment groups at the final
assessment (p<0.001).

At the final assessment, the proportions of patients who had improved Global Improvement
scores were 21% (17/82) in the SEROQUEL 75-mg group, 22% (19/87) in the SEROQUEL
300-mg group, 35% (29/84) in the SEROQUEL 600-mg group, and 61% (25/41) in the
haloperidol group.

For LOCF analyses, although there were no significant differences among treatment groups at
Week 12 (p=0.057), the rates of improved global improvement followed the same pattern as
those seen at the final observation (34% [28/82] in the SEROQUEL 75-mg group, 33% [29/87]
in the SEROQUEL 300-mg group, 45% [38/84] in the SEROQUEL 600-mg group, and 56%
[23/41] in the haloperidol group).

## 4.4 Schedule for the Assessment of Negative Symptoms (SANS) summary score

| | |
|---|---|
| *Summary tables:* | *descriptive statistics for SANS summary score, observed cases; T10.1*<br>*descriptive statistics for the SANS summary score by presence of deficit syndrome, observed cases; T10.2*<br>*descriptive statistics for the change from baseline in the SANS summary score, observed cases; T10.3*<br>*frequency distribution for SANS global item affective flattening, observed cases; T10.4.1*<br>*frequency distribution for SANS global items, observed cases; T10.4.2 to T10.4.5*<br>*descriptive statistics for SANS summary score, LOCF; T10.5*<br>*descriptive statistics for the change from baseline in the SANS summary score: LOCF; T10.6*<br>*frequency distribution for SANS global item affective flattening, LOCF; T10.7.1*<br>*frequency distribution for SANS global items, LOCF; T10.7.2 to T10.7.5* |
| *Individual patient listings:* | *SANS summary score (sum of global ratings scores) and change from baseline; G6.1*<br>*SANS individual items and global rating; G6.2*<br>*additional SANS (data not used in summary statistics and analyses); G6.3* |
| *Figures:* | *F6A.1 to 6B.5* |
| *Statistical appendix:* | *H6.1.1 to H6.4.6* |

Analysis of covariance was used to evaluate the change from baseline (Week 0) to final assessment for observed cases, and the change from baseline to Week 12 for LOCF analyses for the SANS summary score, which is the sum of the global rating scores. The results for the observed cases are presented in Table 22. There were statistically significant differences among treatment groups at final assessment (p=0.037), where the SEROQUEL 75-mg group differed from the SEROQUEL 300-mg group (p=0.045), the SEROQUEL 600-mg group (p=0.021), and the haloperidol group (p=0.011). There were no statistically significant differences observed between the SEROQUEL 300-mg, SEROQUEL 600-mg, and haloperidol groups.

**TABLE 22  Analysis of covariance of change from baseline for the SANS summary score to final assessment**

| | Treatment group | | | |
|---|---|---|---|---|
| | SEROQUEL | | | Haloperidol |
| | 75 mg<br>(n = 66) | 300 mg<br>(n = 70) | 600 mg<br>(n = 71) | (n = 38) |
| Baseline mean | 11.0 | 11.1 | 11.3 | 11.0 |
| Final assessment least-squares mean change (SE) | 1.28 (0.38) | 0.31 (0.36) | 0.16 (0.35) | -0.18 (0.47) |
| Dose group p-value | 0.037 | | | |

SE Standard error

50

The results for LOCF analyses are presented in Table 23.  Analysis of covariance results for the change from baseline to final evaluation for the SANS summary score yielded no significant differences among treatment groups.

**TABLE 23  Analysis of covariance of change from baseline for SANS summary score (LOCF) to Week 12**

| | Treatment group | | | |
| | SEROQUEL | | | Haloperidol |
| | 75 mg (n = 66) | 300 mg (n = 70) | 600 mg (n = 71) | (n = 38) |
|---|---|---|---|---|
| Baseline mean | 11.0 | 11.1 | 11.3 | 11.0 |
| Final assessment least-squares mean change (SE) | 0.46 (0.38) | 0.02 (0.36) | 0.03 (0.35) | -0.20 (0.47) |
| Dose group p-value | 0.666 | | | |

SE Standard error

Descriptive statistics were also calculated by presence of the deficit syndrome.  Table 24 presents the mean (standard deviation) for baseline (Week 0) and final observations for the SANS summary score by presence of the deficit syndrome.  During baseline and final evaluation, for all dose groups, the mean SANS summary score was lower (less severe) among patients without the deficit syndrome.

**TABLE 24  SANS summary score (observed cases) at baseline and final evaluation by presence of the deficit syndrome**

| | Treatment group | | | |
| | SEROQUEL | | | Haloperidol |
| | 75 mg (n = 66) | 300 mg (n = 70) | 600 mg (n = 71) | (n = 38) |
|---|---|---|---|---|
| SANS - SDS not present, mean (SD) | | | | |
| Baseline (Week 0) | 8.2 (2.4) | 8.6 (1.9) | 9.4 (2.3) | 7.9 (1.8) |
| Final | 11.0 (3.9) | 10.8 (2.8) | 9.5 (3.6) | 8.8 (2.1) |
| SANS - SDS present, mean (SD) | | | | |
| Baseline (Week 0) | 12.3 (2.8) | 12.2 (3.0) | 11.8 (2.5) | 12.6 (3.4) |
| Final | 12.8 (4.0) | 11.8 (3.5) | 11.7 (3.5) | 11.5 (4.0) |

SD Standard deviation

## 4.5      Summary of secondary efficacy analyses

Statistically significant differences in favor of haloperidol when compared with each SEROQUEL group were seen in the change from baseline to the final evaluation for the BPRS positive symptom cluster score and the CGI Severity of Illness score.  Additionally, a significantly greater proportion of patients in the haloperidol group demonstrated an improvement at the final evaluation on the CGI Global Improvement item.  These results are consistent with the results of the primary efficacy analysis of time to withdrawal, since

51

proportionally more patients in the SEROQUEL groups compared to the haloperidol group withdrew for psychotic relapse and psychotic relapse was defined in terms of worsening BPRS positive symptoms cluster and CGI Global Improvement item scores. Similar trends were seen on the analysis of the change from baseline to final evaluation for the SANS summary score. The higher SANS summary scores in the SEROQUEL groups compared to the haloperidol group may be reflective of increased levels of negative symptoms which may be secondary to increased positive symptoms, demonstrated by higher BPRS positive symptom cluster scores in the SEROQUEL groups.

## 4.6    Cognitive function tests

*Summary tables:*                 *cognitive function tests; T11.1.1 to T11.1.10*

*Individual patient listings:*     *cognitive function tests; G7.1*
                                    *additional cognitive function tests (data not used in summary statistics); G7.2*

Three cognitive function tests (Stroop color test [color task and color-word task] and Trail making test [Trails A]) showed dose-related improvements during treatment with SEROQUEL. Descriptive statistics from these test results at baseline and change from baseline to final evaluation for the four dose groups are presented in Table 25. Results from the Trails B test are presented for completeness.

**TABLE 25  Selected cognitive function test results at baseline and change from baseline
to final**

| | Treatment group | | | |
| | SEROQUEL | | | Haloperidol |
| | 75 mg (n = 85) | 300 mg (n = 88) | 600 mg (n = 87) | (n = 41) |
|---|---|---|---|---|
| Stroop color test | | | | |
| Color task, total correct mean (SD) | | | | |
| Baseline | 88.2 (21.4) | 88.1 (24.1) | 86.5 (27.9) | 94.4 (18.5) |
| Change from baseline to final | -2.9 (20.8) | 1.2 (17.1) | 2.8 (22.5) | -8.3 (13.0) |
| Color-word task, total correct mean (SD) | | | | |
| Baseline | 43.8 (16.8) | 40.8 (13.7) | 39.5 (17.8) | 41.4 (17.0) |
| Change from baseline to final | 1.1 (11.0) | 2.4 (11.2) | 7.6 (15.0) | 1.8 (7.8) |
| Trail making test | | | | |
| Time elapsed, numbers only (Trails A) - mean (SD) | | | | |
| Baseline | 48.1 (29.6) | 51.0 (32.0) | 59.9 (46.8) | 46.3 (18.7) |
| Change from baseline to final | 1.3 (29.2) | -4.7 (23.2) | -15.1 (43.7) | 2.4 (33.5) |
| Time elapsed, numbers and letters (Trails B) - mean (SD) | | | | |
| Baseline | 120.9 (85.3) | 114.0 (68.6) | 129.0 (87.6) | 126.1 (75.1) |
| Change from baseline to final | -16.7 (55.0) | -2.3 (73.9) | -13.7 (75.5) | -11.9 (50.4) |

SD Standard deviation

52

The mean change from baseline to final evaluation in the total number of correct responses for the Stroop color task increased from -2.9 in the SEROQUEL 75-mg group to 2.8 in the SEROQUEL 600-mg group.  The mean change from baseline to final evaluation for the haloperidol group was -8.3, which was less than that for the SEROQUEL 75-mg group.  The test results for the Stroop color-word task showed a similar pattern with the mean change from baseline to final evaluation in the total number of correct responses increasing from 1.1 to 7.6 in the SEROQUEL 75-mg and SEROQUEL 600-mg groups, respectively.  Patients treated with haloperidol showed a mean increase from baseline in the total number of correct responses (1.8) which was similar in magnitude to the change for the SEROQUEL 75-mg group.

On the Trails A portion of the Trail making test, there was a dose-related mean decrease from baseline to final evaluation in the time to complete the test (in seconds) in the SEROQUEL groups.  The haloperidol group demonstrated an increase in the time required to complete the test at the final evaluation.  No trends were noted for results of the Trails B portion of the Trail making test.

The Stroop tests are assessments of selective attention while the Trails A test assesses executive function and cognitive flexibility.  The results from other cognitive tests in the battery which evaluate attention (Paced Auditory Serial Addition Test, Revised) and executive function (Trails B, Verbal Fluency Test) showed no trends in the SEROQUEL groups.  These findings should be considered preliminary yet deserve further exploration in future controlled clinical trials.

## 4.7     Quality of Life Scale scores

*Summary tables:*                    *Quality of Life Scale scores; T11.2.1 to T11.2.3*

*Individual patient listings:*       *Quality of Life Scale scores; G9.1*
                                     *additional Quality of Life Scale scores (data not used in summary statistics); G9.2*

Descriptive statistics for the Quality of Life Scale scores at baseline and change from baseline to final are presented in Table 26.

**TABLE 26  Quality of Life Scale scores at baseline and change from baseline to final**

| Total score | Treatment group | | | |
|---|---|---|---|---|
| | SEROQUEL | | | Haloperidol |
| | 75 mg | 300 mg | 600 mg | |
| | (n = 85) | (n = 88) | (n = 87) | (n = 41) |
| Baseline | 58.7 (25.3) | 58.5 (20.5) | 57.8 (21.2) | 57.8 (21.7) |
| Change from baseline to final | -7.20 (23.07) | -1.43 (20.50) | 1.26 (20.45) | -0.97 (14.52) |

A small dose-related increase (suggesting improvement) in the mean change from baseline in the QLS total score was noted in the SEROQUEL groups.  The mean change from baseline to final evaluation in QLS total score increased from -7.20 in the SEROQUEL 75-mg group to 1.26 in the SEROQUEL 600-mg group.  Haloperidol-treated patients had a small mean decrease (suggesting worsening) from baseline to final evaluation (0.97).  The magnitude of the changes were small.  The replicability and clinical relevance of these findings requires further exploration in future controlled clinical trials.

53

# 5 SAFETY RESULTS

## 5.1 Extent of exposure

*Summary tables:*                              *number of days in Segment A; T12.1*
*number of days of dose escalation; T12.2*

*Individual patient listings:*          *G10*

The number of days patients remained in Segment A of the trial was similar among treatment groups, with a mean of 14 days in each SEROQUEL group and a mean of 11 days in the haloperidol group.  The mean days in Segment A was approximately one week longer than the minimum that was required by the protocol.

Table 27 summarizes the exposure to randomized treatment.

**TABLE 27  Exposure to randomized treatment**

| Total score | Treatment group | | | |
|---|---|---|---|---|
| | SEROQUEL | | | Haloperidol |
| | 75 mg | 300 mg | 600 mg | |
| Number of patients | 85 | 88 | 87 | 41 |
| Mean days of dose escalation | 9 | 10 | 9 | 10 |
| Median days of dose escalation | 10 | 10 | 8 | 10 |
| Median days on randomized treatment | 56 | 55 | 84 | 63 |

The number of days of dose escalation was similar among treatment groups.  This suggests that the titration rate to the nominal dose was not limited by tolerability issues, but was based on how the clinician chose to titrate the patients.

In general, the median number of days on randomized treatment was low in all treatment groups (approximately 2 to 3 months), indicating a rapid withdrawal rate from the trial for all groups.  The median number of days on randomized treatment was greatest in the SEROQUEL 600-mg group.  The median number of days on randomized treatment was similar in the SEROQUEL 75-mg and 300-mg groups and slightly less than that in the haloperidol group.

## 5.2 Selected concurrent medication usage

*Summary tables:*                              *medications for agitation and insomnia; T13.1, T13.2*
*medication for extrapyramidal symptoms; T13.3*
*patient use of psychotropic medication; T13.4*

*Individual patient listings:*          *G11.1 and G11.2*

Overall, the proportion of patients using psychotropic medications was greatest in the haloperidol group (66%) and similar among the SEROQUEL groups (range 41 to 44%).

The use of benztropine mesylate for the treatment of EPS is summarized in Table 28.

54

**TABLE 28  Selected concurrent medication use: medication for EPS**

| Medication | Treatment group | | | |
|---|---|---|---|---|
| | SEROQUEL | | | Haloperidol |
| | 75 mg (n = 85) | 300 mg (n = 88) | 600 mg (n = 87) | (n = 41) |
| **Benztropine mesylate** | | | | |
| Number of patients (%) | 7 (8) | 13 (15) | 12 (14) | 16 (39) |
| Trial day medication first received | | | | |
| Mean | 48 | 35 | 17 | 13 |
| Median | 11 | 8 | 8 | 12 |
| Number of days medication received | | | | |
| Mean | 34 | 30 | 56 | 165 |
| Median | 14 | 13 | 18 | 109 |

The use of benztropine mesylate was infrequent in all SEROQUEL groups, although it was slightly greater in the SEROQUEL 300-mg group compared with the other SEROQUEL groups.

The proportion of patients who received medication for the treatment of EPS (benztropine mesylate) was greater in the haloperidol group compared with any SEROQUEL group.  The duration of treatment with benztropine mesylate was longer in the haloperidol group compared with the SEROQUEL groups.

The infrequent use of medication for the treatment of EPS in the SEROQUEL groups, and the greater use of medication for EPS in the haloperidol group, support SEROQUEL's low liability for EPS.  However, without comparison with a placebo group, this cannot be concluded definitively.

The use of medications for agitation and insomnia is summarized in Table 29.

**TABLE 29  Selected concurrent medication use: medications for agitation and insomnia**

| Medication | Treatment group | | | |
|---|---|---|---|---|
| | SEROQUEL | | | Haloperidol |
| | 75 mg (n = 85) | 300 mg (n = 88) | 600 mg (n = 87) | (n = 41) |
| Chloral hydrate | | | | |
| Number of patients (%) | 27 (32) | 23 (26) | 16 (18) | 12 (29) |
| Trial day medication first received | | | | |
| Mean | 36 | 33 | 48 | 18 |
| Median | 8 | 5 | 19 | 6 |
| Number of days medication received | | | | |
| Mean | 45 | 74 | 55 | 71 |
| Median | 15 | 14 | 15 | 21 |
| Lorazepam | | | | |
| Number of patients (%) | 15 (18) | 16 (18) | 24 (28) | 9 (22) |
| Trial day medication first received | | | | |
| Mean | 54 | 67 | 52 | 24 |
| Median | 18 | 43 | 14 | 10 |
| Number of days medication received | | | | |
| Mean | 7 | 16 | 19 | 56 |
| Median | 5 | 4 | 7 | 8 |

Across the SEROQUEL groups, the proportion of patients who received chloral hydrate at least once during the randomized segment of the trial decreased as the dose increased.  The proportion of patients who received chloral hydrate was slightly higher in the haloperidol group compared with the SEROQUEL groups, except the SEROQUEL 75-mg group.

The proportion of patients who received lorazepam during the randomized segment of the trial was similar in the SEROQUEL 75-mg and 300-mg groups, and slightly lower than that in the SEROQUEL 600-mg group.  The use of lorazepam was slightly higher in the haloperidol group compared with the SEROQUEL 75-mg and 300-mg groups.

In general, the use of both chloral hydrate and lorazepam began earlier and the duration of treatment was longer in the haloperidol group compared with the SEROQUEL groups.

56

## 5.3 Adverse events

| *Summary tables:* | *adverse event summary; T14.1* |
| | *numbers of and crude incidence rates for all adverse events during randomized treatment by COSTART body system and preferred term; T14.2* |
| | *adverse events that resulted in death; T14.3* |
| | *withdrawals due to adverse events; T14.4* |
| | *serious adverse events not leading to withdrawal; T14.5* |
| | *intensity of adverse events by COSTART body system and preferred term; T14.6* |
| | *relation to treatment of adverse events by COSTART body system and preferred term; T14.7* |
| | *weekly and cumulative incidence rates for selected adverse events; T14.8.1 to T14.8.6* |

*Individual patient listings:*    *G12*

Table 30 summarizes the number of patients with adverse events in various categories. For this tabulation, a patient was counted once in the category representing the most serious adverse event experienced by that patient (eg, a patient withdrawing for a serious adverse event and having other nonserious adverse events was counted only in the category for adverse events leading to withdrawal).

### TABLE 30  Summary of adverse events

| Medication | Treatment group | | | |
|---|---|---|---|---|
| | SEROQUEL | | | Haloperidol |
| | 75 mg (n = 85) | 300 mg (n = 88) | 600 mg (n = 87) | (n = 41) |
| Number of patients (number of adverse events) | | | | |
| Adverse events associated with death | 0 | 0 | 0 | 0 |
| Adverse events leading to withdrawal | 7 (9) | 13 (13) | 13 (15) | 14 (21) |
| Serious adverse events not leading to withdrawal | 1 (1) | 0 | 4 (7) | 2 (2) |
| Other adverse events | 68 (269) | 58 (281) | 58 (269) | 24 (108) |
| No adverse events | 9 | 17 | 12 | 1 |

### 5.3.1 Adverse events overall

Adverse events with crude incidence rates of $\geq 5\%$ in any SEROQUEL treatment group are listed in Table 31 in decreasing order of frequency of occurrence in the SEROQUEL 75-mg group.

57

**TABLE 31  Adverse events with crude incidence rate of ≥ 5% in any SEROQUEL group**

| Adverse event | Treatment group | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | SEROQUEL | | | | | | Haloperidol | |
| | 75 mg (n = 85) | | 300 mg (n = 88) | | 600 mg (n = 87) | | (n = 41) | |
| | n | % | n | % | n | % | n | % |
| Somnolence | 22 | 26 | 34 | 39 | 35 | 40 | 10 | 24 |
| Insomnia | 22 | 26 | 17 | 19 | 17 | 20 | 10 | 24 |
| Headache | 16 | 19 | 20 | 23 | 15 | 17 | 9 | 22 |
| Infection | 11 | 13 | 5 | 6 | 4 | 5 | 6 | 15 |
| Agitation | 10 | 12 | 9 | 10 | 14 | 16 | 3 | 7 |
| Dry mouth | 10 | 12 | 8 | 9 | 17 | 20 | 3 | 7 |
| Dizziness | 9 | 11 | 11 | 13 | 14 | 16 | 1 | 2 |
| Pain | 8 | 9 | 7 | 8 | 7 | 8 | 2 | 5 |
| Nausea | 7 | 8 | 3 | 3 | 5 | 6 | 4 | 10 |
| Constipation | 6 | 7 | 5 | 6 | 8 | 9 | 1 | 2 |
| Anxiety | 6 | 7 | 5 | 6 | 7 | 8 | 4 | 10 |
| Diarrhea | 6 | 7 | 2 | 2 | 3 | 3 | 0 | 0 |
| Flu syndrome | 5 | 6 | 6 | 7 | 3 | 3 | 3 | 7 |
| Anorexia | 5 | 6 | 2 | 2 | 1 | 1 | 0 | 0 |
| Dyspepsia | 4 | 5 | 5 | 6 | 7 | 8 | 2 | 5 |
| Asthenia | 4 | 5 | 5 | 6 | 4 | 5 | 1 | 2 |
| Rhinitis | 4 | 5 | 3 | 3 | 5 | 6 | 3 | 7 |
| Cough increased | 4 | 5 | 2 | 2 | 1 | 1 | 1 | 2 |
| Pharyngitis | 3 | 4 | 7 | 8 | 5 | 6 | 2 | 5 |
| Accidental injury | 3 | 4 | 7 | 8 | 5 | 6 | 0 | 0 |
| Akathisia | 3 | 4 | 4 | 5 | 6 | 7 | 10 | 24 |
| Tremor | 3 | 4 | 4 | 5 | 1 | 1 | 9 | 22 |
| Rash | 3 | 4 | 4 | 5 | 1 | 1 | 0 | 0 |
| Postural hypotension | 3 | 4 | 3 | 3 | 6 | 7 | 3 | 7 |
| Depression | 2 | 2 | 5 | 6 | 1 | 1 | 3 | 7 |
| Vomiting | 2 | 2 | 0 | 0 | 4 | 5 | 4 | 10 |
| Nervousness | 1 | 1 | 5 | 6 | 6 | 7 | 7 | 17 |
| Weight gain | 1 | 1 | 5 | 6 | 5 | 6 | 0 | 0 |

**(i)      Frequently reported adverse events**

Overall, the three most frequently reported adverse events in the SEROQUEL groups were somnolence (35%), insomnia (22%), and headache (20%).  In the haloperidol group, the three most frequently reported adverse events were akathisia (24%), insomnia (24%), and somnolence (24%).

58

Of the frequently reported adverse events in the SEROQUEL groups, few had a clear dose-response relationship.  Among the SEROQUEL groups, the incidence of somnolence, dizziness, nervousness, and weight gain did appear to be dose-related.

The incidences of somnolence, the most frequently reported adverse event overall, were similar in the SEROQUEL 300-mg and 600-mg groups, and greater than that in the SEROQUEL 75-mg and haloperidol groups.  The incidences of somnolence were similar in the SEROQUEL 75-mg and haloperidol groups.

Adverse events reflecting possible symptoms of the underlying illness, such as insomnia, agitation, anxiety, depression, and nervousness, were reported in all treatment groups.  Of these adverse events, only nervousness appeared to have a dose-related increase in the SEROQUEL groups.  Anxiety was reported with similar incidences in the SEROQUEL groups.  The incidences of nervousness and anxiety were greatest in the haloperidol group.  The incidences of insomnia were slightly higher in the SEROQUEL 75-mg and haloperidol groups compared with the SEROQUEL 300-mg and 600-mg groups.  The greatest incidence of agitation was in the SEROQUEL 600-mg group and the lowest incidence of agitation was in the haloperidol group.  The incidences of depression were similar in the SEROQQUEL 300-mg and haloperidol groups, and slightly greater than those in the SEROQUEL 75-mg and 600-mg groups.

Probable anticholinergic effects, such as dry mouth and constipation, were among the frequently occurring adverse events in the SEROQUEL and haloperidol groups.  Because the concurrent use of medication for the treatment of EPS was low across the SEROQUEL groups, this suggests that SEROQUEL has some anticholinergic activity, despite low receptor binding.  No pattern was apparent among the SEROQUEL groups in terms of the incidence of these probable anticholinergic effects.  Dry mouth was reported most frequently in the SEROQUEL 600-mg group; the lowest incidence of dry mouth was in the haloperidol group.  The incidences of constipation were greater in the SEROQUEL groups compared with the haloperidol group.  Despite the more frequent use of benztropine mesylate for the treatment of EPS in the haloperidol group compared with the SEROQUEL groups, the incidences of dry mouth and constipation in the haloperidol group were lower than those seen in the SEROQUEL groups.

There appeared to be a slight dose-related increase in the incidence of dizziness among the SEROQUEL groups.  The incidence of dizziness in the haloperidol group was lower than that in the SEROQUEL groups.  Of the 35 patients experiencing dizziness as an adverse event, 15 (2 SEROQUEL 75 mg, 5 SEROQUEL 300 mg, and 8 SEROQUEL 600 mg) had at least one occurrence of a clinically significant postural change in pulse rate and 5 (2 SEROQUEL 300 mg, 2 SEROQUEL 600 mg, and 1 haloperidol) had at least one occurrence of a clinically significant postural change in blood pressure as defined by the criteria outlined in Section 2.8.4(k).

Postural hypotension was reported less frequently than dizziness for the SEROQUEL groups, and was present in all treatment groups.  The incidences of postural hypotension were similar in the SEROQUEL 600-mg and haloperidol groups, and greater than that in the SEROQUE 75-mg and 300-mg groups.  Of the 15 patients experiencing postural hypotension as an adverse event, 10 (2 SEROQUEL 75 mg, 3 SEROQUEL 300 mg, 3 SEROQUEL 600 mg, and 2 haloperidol) had at least one occurrence of a clinically significant postural change in pulse rate and 3 (1 SEROQUEL 300 mg and 2 SEROQUEL 600 mg) had at least one occurrence of a clinically significant postural change in blood pressure as defined in Section 2.8.4(k).

59

Weight gain was reported as an adverse event in the SEROQUEL groups only, and with a greater frequency in the SEROQUEL 300-mg and 600-mg groups compared with the 75-mg group.  Weight changes are discussed further in Section 5.8.

**(ii)        Other adverse events of interest**

Other adverse events of interest occurring during the trial that were not among the frequently reported adverse events included sexual function abnormalities, laboratory abnormalities, eye abnormalities, syncope, convulsion, tachycardia, palpitations, ECG abnormalities, and neuroleptic malignant syndrome.

Sexual function abnormalities were reported as adverse events for three patients.  Abnormal ejaculation was reported for one patient in the SEROQUEL 300-mg group and impotence was reported for one patient in each of the SEROQUEL 75-mg and haloperidol groups. Patient 005/00503, in the haloperidol group, withdrew from the trial due to impotence; this patient is described further in Section 5.3.3.

WBC abnormalities (eosinophilia, leukocytosis, and leukopenia) were reported as adverse events for six patients.  Eosinophilia was reported as an adverse event for Patients 013/01301 and 024/02401 in the SEROQUEL 75-mg group; both of these patients had alkaline phosphatase elevations during the trial but no associated elevations in AST/SGOT or ALT/SGPT.  Leukocytosis was reported as an adverse event for Patients 029/02907 (SEROQUEL 75 mg) and 014/01407 (SEROQUEL 300 mg).  Patients 026/02618 and 027/02706 in the SEROQUEL 600-mg group had leukopenia; these adverse events are discussed further in Section 5.5.1.

Two patients, both in the SEROQUEL 300-mg group, had LFT elevations reported as adverse events: Patient 016/01611 had AST/SGOT increased reported as an adverse event and Patient 019/01905 had ALT/SGPT increased reported as an adverse event during the trial. These patients are described further in Section 5.5.2.

Eye abnormalities (COSTART terms cataract specified, eye disorder, and abnormal vision) were reported as adverse events for 11 patients (4 SEROQUEL 75 mg, 2 SEROQUEL 300 mg, 4 SEROQUEL 600 mg, 1 haloperidol).  These patients are described in Section 5.6.  One additional patient (Patient 005/00502 [SEROQUEL 600 mg]) had blurred vision (COSTART term amblyopia) reported as an adverse event on Day 12 and increased ocular pressure (COSTART term glaucoma) reported as an adverse event on Day 85.  The amblyopia was noted to be mild in intensity and lasted 11 days.  The glaucoma was noted to be moderate in intensity and was ongoing at the end of the trial.  Both adverse events were considered probably not related to trial treatment.

Four patients experienced syncope during the trial: Patient 034/03409 (SEROQUEL 75 mg); Patients 004/00408 and 024/02408 (SEROQUEL 300 mg); and Patient 034/03404 (SEROQUEL 600 mg).  For Patients 034/03409, 004/00408, and 024/02408, the syncope was judged by the investigator to be probably not related to trial treatment.  For Patient 034/03404, the investigator judged the syncope to be probably related to trial treatment.  All cases of syncope lasted 1 day, and were judged to be moderate or severe in intensity.  Patient 024/02408 (SEROQUEL 300 mg) was withdrawn from the trial due to syncope.  This patient also experienced a seizure (COSTART term convulsion) during the trial, which was considered a serious adverse event. Patient 034/03404 (SEROQUEL 600 mg) was withdrawn from the trial due to tardive dyskinesia (this subject had a history of tardive dyskinesia).  These two patients are described in further detail in Section 5.3.3.

60

Tachycardia was reported by a total of 5 patients: 1 SEROQUEL 75 mg, 2 SEROQUEL 300 mg, and 2 SEROQUEL 600 mg.  All cases of tachycardia were rated as mild or moderate in intensity and none of the patients reporting tachycardia had clinically significant pulse rate measurements as defined by the criteria outlined in Section 2.8.4.

Palpitation was reported as an adverse event for seven patients: Patients 002/00201, 029/02910, and 029/02917 in the SEROQUEL 300-mg group, Patients  003/00308, 029/02906, and 029/02915 in the SEROQUEL 600-mg group, and Patient 032/03204 in the haloperidol group.  Palpitation was judged to be mild or moderate in intensity for all patients and were generally considered by the investigator to be probably or definitely related to trial treatment.

Two of the patients with palpitation reported as an adverse event (Patient 003/00308 [SEROQUEL 600 mg] and Patient 032/03204 [haloperidol]) had clinically significant increases in pulse during the trial as defined by the criteria outlined in Section 2.8.4.  Three patients with palpitation reported as an adverse event (Patients 002/00201 [SEROQUEL 300 mg], 029/02910 [SEROQUEL 300 mg], and 029/02915 [SEROQUEL 600 mg]) had clinically significant ECG findings during the trial; these ECG findings are discussed in Section 5.7.  Patient 002/00201 (SEROQUEL 300 mg) withdrew from the trial due to palpitation and is described in further detail in Section 5.3.3.

Four patients had ECG abnormalities reported as adverse events.  The abnormalities included supraventricular extrasystoles (Patient 003/00309 [SEROQUEL 75 mg]), first degree AV block (Patient 012/01204 [SEROQUEL 600 mg]), inverted T wave (Patient 018/01813 [SEROQUEL 600 mg], and increased Q waves (Patient 021/02106 [SEROQUEL 300 mg]).  These ECG abnormalities are discussed further in Section 5.7.

One patient (Patient 009/00901 [SEROQUEL 300 mg]) experienced probable neuroleptic malignant syndrome during the trial, which was classified as a serious adverse event and led to withdrawal from the trial.  This patient is described in Section 5.3.3.

**(iii)      Adverse events classified as EPS**

Table 32 presents the number (%) of patients with EPS adverse events (akathisia, tremor, cogwheel rigidity, hypertonia, neck rigidity, hypokinesia, and EPS) in decreasing order of frequency in the SEROQUEL 75-mg group.

61

**TABLE 32  EPS adverse events**

| Adverse event | Treatment group | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | SEROQUEL | | | | | | Haloperidol | |
| | 75 mg (n = 85) | | 300 mg (n = 88) | | 600 mg (n = 87) | | (n = 41) | |
| | n | % | n | % | n | % | n | % |
| Akathisia | 3 | (4) | 4 | (5) | 6 | (7) | 10 | (24) |
| Tremor | 3 | (4) | 4 | (5) | 1 | (1) | 9 | (22) |
| Cogwheel rigidity | 1 | (1) | 0 | | 1 | (1) | 3 | (7) |
| Hypertonia | 0 | | 2 | (2) | 3 | (3) | 8 | (20) |
| Neck rigidity | 0 | | 1 | (1) | 2 | (2) | 0 | |
| Hypokinesia | 0 | | 0 | | 0 | | 1 | (2) |
| EPS | 0 | | 0 | | 1 | (1) | 0 | |
| Total* | 6 | (7) | 11 | (13) | 13 | (15) | 18 | (44) |

*Note that patients may have had more than one EPS adverse event so that the total need not be the sum of the numbers of patients with each adverse event.

EPS adverse events were reported infrequently in the SEROQUEL groups.  EPS adverse events, specifically hypertonia, tremor, akathisia, and cogwheel rigidity, were more prevalent in the haloperidol group compared with the SEROQUEL groups.  There appeared to be a dose-related increase in the proportion of patients with at least one EPS adverse event in the SEROQUEL groups.  However, the proportion of patients with at least one EPS adverse event was approximately three times greater in the haloperidol group compared with the SEROQUEL 600-mg group.  This greater incidence of EPS adverse events in the haloperidol group is consistent with the greater use of medication for EPS that was seen in the haloperidol group.

### 5.3.2    Adverse events leading to death

There were no adverse events leading to death during the randomized phase of the trial.

One patient died during Segment A of the trial; Patient 012/9001 committed suicide prior to randomization into Segment B.  This patient is described below.

**Patient 012/9001 (non-randomized):**                                    **Suicide attempt**

This 35-year-old, white man with a diagnosis of chronic paranoid schizophrenia entered Segment A of the trial and committed suicide (COSTART term suicide attempt) prior to randomization.  Past medical history was significant for akathisia.  Two months before entering the trial, the patient had his medication changed from haloperidol to fluphenazine HCl 2.5 mg/day PO due to akathisia.  While taking fluphenazine HCl, the patient had chronic paranoia and extrapyramidal symptoms.  Six weeks before trial entry, the patient received a 28-day depot injection of fluphenazine decanoate (25 mg).  Lithium carbonate was discontinued one month prior to entry into the trial.  One day prior to planned randomization, the patient committed suicide by gun shot wound.  The patient had not reported being depressed or suicidal and had made no suicidal gestures in the past.  Suicide was evaluated by the investigator to be severe in intensity (resulting in death) and unrelated to the trial treatment or medication adjustments as a result of participation in Segment A of the trial.

62

### 5.3.3    Adverse events leading to withdrawal

Forty-seven patients had adverse events leading to withdrawal from the trial: 7 patients in the SEROQUEL 75-mg group, 13 patients in the SEROQUEL 300-mg group, 13 patients in the SEROQUEL 600-mg group, and 14 patients in the haloperidol group.  Of these 47 patients, 4 patients had serious adverse events leading to withdrawal and 43 patients were withdrawn from the trial due to nonserious adverse events.  The most common adverse event leading to withdrawal in the SEROQUEL groups was somnolence; 14 of the 33 withdrawals in the SEROQUEL groups were due to somnolence.  Three of the 33 withdrawals in the SEROQUEL groups were due to dizziness and/or postural hypotension.  In the haloperidol group, the most common adverse events leading to withdrawal were EPS adverse events (eg, tremor, hypertonia, dystonia); 7 of the 14 withdrawals in the haloperidol group were due to EPS adverse events.

The adverse events leading to withdrawal are summarized in Table 33.

### TABLE 33  Withdrawals due to adverse events during randomized treatment

| Center/ Patient | Treatment group | Adverse event | Day of onset | Day of withdrawal |
|---|---|---|---|---|
| 004/00401 | SEROQUEL 75 mg | Dyspepsia | 1 | 1 |
| 019/01904 | SEROQUEL 75 mg | Anxiety Somnolence | 3 3 | 32 |
| 003/00311 | SEROQUEL 75 mg | Alcohol intolerance* Overdose* | 103 103 | 109 |
| 005/00507 | SEROQUEL 75 mg | Somnolence | 8 | 50 |
| 005/00508 | SEROQUEL 75 mg | Somnolence | 1 | 29 |
| 015/01501 | SEROQUEL 75 mg | Hallucinations | 13 | 23 |
| 030/03002 | SEROQUEL 75 mg | Accidental injury* | 17 | 29 |
| 002/00201 | SEROQUEL 300 mg | Palpitation | 6 | 8 |
| 009/00901 | SEROQUEL 300 mg | Neuroleptic malignant syndrome* | 13 | 13 |
| 012/01214 | SEROQUEL 300 mg | Somnolence | 1 | 43 |
| 005/00501 | SEROQUEL 300 mg | Somnolence | 29 | 59 |
| 005/00514 | SEROQUEL 300 mg | Tremor | 5 | 31 |
| 011/01107 | SEROQUEL 300 mg | Dyspepsia | 23 | 32 |
| 011/01108 | SEROQUEL 300 mg | Somnolence | 29 | 57 |
| 015/01507 | SEROQUEL 300 mg | Paranoid reaction | 12 | 14 |
| 016/01604 | SEROQUEL 300 mg | Depression | 44 | 51 |
| 018/01802 | SEROQUEL 300 mg | Somnolence | 1 | 15 |
| 024/02407 | SEROQUEL 300 mg | Rash | 39 | 47 |
| 024/02408 | SEROQUEL 300 mg | Syncope | 2 | 2 |
| 030/03001 | SEROQUEL 300 mg | Dystonia | 22 | 38 |

63

**TABLE 33  Withdrawals due to adverse events during randomized treatment (continued)**

| Center/ Patient | Treatment group | Adverse event | Day of onset | Day of withdrawal |
|---|---|---|---|---|
| 002/00202 | SEROQUEL 600 mg | Somnolence | 8 | 84 |
| 016/01601 | SEROQUEL 600 mg | Dizziness<br>Postural hypotension | 0<br>8 | 10 |
| 018/01801 | SEROQUEL 600 mg | Somnolence | 11 | 24 |
| 021/02103 | SEROQUEL 600 mg | Dizziness<br>Somnolence | 1<br>1 | 7 |
| 026/02611 | SEROQUEL 600 mg | Somnolence | 4 | 14 |
| 034/03404 | SEROQUEL 600 mg | Tardive dyskinesia | 127 | 173 |
| 002/00204 | SEROQUEL 600 mg | Psychosis | 101 | 105 |
| 005/00510 | SEROQUEL 600 mg | Somnolence | 1 | 8 |
| 011/01104 | SEROQUEL 600 mg | Postural hypotension | 24 | 29 |
| 023/02308 | SEROQUEL 600 mg | Depression | 56 | 84 |
| 026/02602 | SEROQUEL 600 mg | Somnolence | 11 | 15 |
| 029/02906 | SEROQUEL 600 mg | Asthenia<br>Somnolence | 52<br>73 | 85 |
| 030/03004 | SEROQUEL 600 mg | Akathisia | 44 | 56 |
| 003/00302 | Haloperidol | Suicide attempt* | 22 | 22 |
| 005/00503 | Haloperidol | Impotence | 50 | 59 |
| 005/00509 | Haloperidol | Tremor | 8 | 29 |
| 007/00701 | Haloperidol | Nervousness | 1 | 4 |
| 012/01215 | Haloperidol | Hypertonia | 12 | 28 |
| 014/01408 | Haloperidol | Dystonia | 3 | 270 |
| 016/01606 | Haloperidol | Hypertonia | 5 | 29 |
| 018/01814 | Haloperidol | Asthenia<br>Insomnia | 1 | 8 |
| 026/02603 | Haloperidol | Akathisia | 10 | 72 |
| 027/02702 | Haloperidol | Depression | 93 | 99 |
| 029/02903 | Haloperidol | Nausea | 19 | 29 |
| 029/02916 | Haloperidol | Tremor<br>Somnolence<br>Insomnia | 10<br>17<br>23 | 29 |
| 030/03007 | Haloperidol | Hypokinesia<br>Somnolence<br>Tremor | 8<br>11<br>33 | 39 |
| 033/03304 | Haloperidol | Anxiety<br>Cogwheel rigidity<br>Hypertonia | 3<br>3<br>3 | 4 |

*Serious adverse event

64

**Patient 004/00401 (SEROQUEL 75 mg):**                              **Dyspepsia**

This 34-year-old, black man with a diagnosis of chronic undifferentiated schizophrenia was withdrawn from the trial on Day 1 (SEROQUEL 75 mg) due to stomach cramps (COSTART term dyspepsia). Past medical history was significant for sinus arrhythmia and a parathyroidectomy in 1980. Previous medications included haloperidol, acetaminophen, and calcium supplements. Concurrent medications included multivitamin dietary supplements. On Day 1 (SEROQUEL 75 mg/day), the patient had moderate abdominal pain during the night which he attributed to the trial treatment. The patient stopped taking trial treatment after his evening dose but did not inform trial personnel; abdominal pain was considered resolved that day. Three days later, the investigator was informed that the patient "did not like" the trial treatment and that his regular physician (non-trial personnel) had prescribed haloperidol 30 mg/day. Day 1 was retroactively considered the patient's withdrawal day. Dyspepsia was evaluated by the investigator to be moderate in intensity and probably not related to trial treatment.

**Patient 019/01904 (SEROQUEL 75 mg):**                              **Anxiety**
                                                                      **Somnolence**

This 28-year-old, white man with a diagnosis of chronic paranoid schizophrenia was withdrawn from the trial on Day 32 due to increased anxiety (COSTART term anxiety) and daytime drowsiness (COSTART term somnolence); the patient stopped trial treatment on Day 19 (SEROQUEL 50 mg/day) due to these adverse events. Past medical history was significant for obesity and alcohol abuse. Previous medication was perphenazine. Concurrent medication was chloral hydrate. On Day 3 (SEROQUEL 75 mg/day), the patient had increased anxiety and somnolence. These events continued throughout the trial. On Day 20, the patient stopped trial treatment before the morning dose due to these events and was started on perphenazine by the investigator; he was withdrawn from the trial that day. The investigator judged the increased anxiety due to withdrawal of perphenazine; increased anxiety resolved 4 days after withdrawal from trial treatment and the start of perphenazine. Somnolence resolved 20 days after withdrawal from trial treatment. Anxiety was evaluated by the investigator to be moderate in intensity and probably not related to trial treatment. Somnolence was evaluated by the investigator to be moderate in intensity and probably related to trial treatment.

**Patient 003/00311 (SEROQUEL 75 mg):**                              **Alcohol intolerance**
                                                                      **Overdose**

This 34-year-old, white man with a diagnosis of chronic paranoid schizophrenia was withdrawn from the trial on Day 109 due to alcohol intoxication (COSTART term alcohol intolerance) and cocaine intoxication (COSTART term overdose); trial treatment had been stopped on Day 105 (SEROQUEL 75 mg/day). Past medical history was significant for scars on his wrists and antecubital areas, left hip fracture, and drug and alcohol abuse (in remission). Previous medications included haloperidol and trazodone hydrochloride 200 mg PO. Concurrent medications included lorazepam, chloral hydrate, and benztropine mesylate. On Day 103 (SEROQUEL 75 mg/day), the patient began drinking heavily. On Day 104 (SEROQUEL 75 mg/day), he requested hospitalization due to alcohol intoxication (COSTART term alcohol intolerance) and cocaine intoxication (COSTART term overdose). The patient also reported suicidal ideation at that time. Because of his suicidal threats, the patient was placed on a 5-day hold for observation; no additional information is available on the details of the 5-day hold. There was some doubt about the truthfulness of the patient's statement of suicidal ideation because he had used this reason to be admitted to the hospital in the past. On Day 105 (SEROQUEL 75 mg/day), the patient received lorazepam 2 to 8 mg/day for increased

65

anxiety and trial treatment was stopped until the patient was discharged on Day 109.  Upon discharge, the patient was withdrawn from the trial.  Alcohol intolerance and overdose were evaluated by the investigator to be severe in intensity and not related to trial treatment.

**Patient 005/00507 (SEROQUEL 75 mg):**                                                    **Somnolence**

This 34-year-old, black man with a diagnosis of chronic catatonic schizophrenia was withdrawn from the trial on Day 50 (SEROQUEL 75 mg/day) due to sedation (COSTART term somnolence).  Past medical history was significant for benign neutropenia and leukopenia (no information regarding concurrent medications during these episodes is available), knee surgery, and extrapyramidal symptoms.  Previous medications included fluphenazine decanoate, benztropine mesylate, and diphenhydramine hydrochloride.  The patient received no medication concurrently.  Somnolence persisted throughout the trial.  On Day 50 (SEROQUEL 75 mg/day), the patient was withdrawn from the trial and began taking open-label SEROQUEL (75 mg/day).  After 28 days on open-label treatment (SEROQUEL 200 mg/day), the somnolence resolved.  Somnolence was evaluated by the investigator to be moderate in intensity and probably related to trial treatment.

**Patient 005/00508 (SEROQUEL 75 mg):**                                                    **Somnolence**

This 42-year-old, white man with a diagnosis of chronic undifferentiated schizophrenia was withdrawn from the trial on Day 29 (SEROQUEL 75 mg/day) due to somnolence.  Past medical history was significant for toothaches and musculoskeletal pain.  Previous medications included fluphenazine decanoate (depot injection) and lorazepam.  Concurrent medications included ibuprofen and acetaminophen. On Day -1, it was noted that the patient had a bruised ankle.  On Day 1 (SEROQUEL 75 mg/day), the patient had somnolence after taking his evening dose of trial treatment.  Somnolence continued; the patient slept for extended periods of time which interfered with his trial treatment schedule on Day 2 (SEROQUEL 25 mg/day), Day 3 (SEROQUEL 50 mg/day), Day 4 (no treatment), Days 5 and 6 (SEROQUEL 50 mg/day), Day 7 (no treatment), and Day 8 (SEROQUEL 50 mg/day).  On Day 29 (SEROQUEL 75 mg/day), the patient was withdrawn due to continuing somnolence.  Somnolence was evaluated to be severe in intensity and probably related to trial treatment.

**Patient 015/01501 (SEROQUEL 75 mg):**                                                    **Hallucinations**

This 33-year-old, white woman with a diagnosis of chronic paranoid schizophrenia was withdrawn from the trial on Day 23 due to increased auditory hallucinations; trial treatment had been stopped on Day 14 (SEROQUEL 75 mg/day).  Past medical history was significant for headaches, pollen allergies, and musculoskeletal pain.  Previous medication was loxapine hydrochloride.  Concurrent medications included benztropine mesylate, lorazepam, chloral hydrate, and norethindrone/mesranol for oral contraception.  On Day 4 (SEROQUEL 75 mg/day), the patient had increased anxiety and auditory hallucinations.  The investigator prescribed lorazepam 1 mg BID for anxiety.  On Day 7 (SEROQUEL 75 mg/day), the patient's anxiety and hallucinations had lessened.  On Day 15 (no treatment), the patient's caregiver informed the investigator that the patient had worsened hallucinations, had stopped taking trial treatment on Day 14 (SEROQUEL 75 mg/day), and had begun taking loxapine hydrochloride.  The patient did not fulfill criteria for psychotic relapse.  Auditory hallucinations resolved one day later; anxiety was ongoing with treatment.  Hallucinations was evaluated by the investigator to be moderate in intensity and to have undetermined relationship to trial treatment.

66

**Patient 030/03002 (SEROQUEL 75 mg):**                                 **Accidental injury**

This 65-year-old, white man with a diagnosis of chronic undifferentiated schizophrenia was withdrawn from the trial on Day 29 due to head trauma and facial lacerations (COSTART term accidental injury); trial treatment had been stopped on Day 18 (SEROQUEL 75 mg/day).  Past medical history was significant for a left inguinal hernia repair in 1970 and an allergy to codeine.  Previous medications included thioridazine and lorazepam.  Concurrent medications included aspirin and multivitamins.  It was noted that trial treatment was titrated slowly due to the patient's age.  After 1 week in the trial (SEROQUEL 75 mg/day), the patient's psychiatric state deteriorated.  He reported loose bowels (COSTART term diarrhea), decreased appetite (COSTART term anorexia), increased depression (COSTART term depression), insomnia, generalized aches and pains (COSTART term pain), and a sore throat (COSTART term pharyngitis); all continuing.  On Day 17 (SEROQUEL 75 mg/day), the patient was very lethargic and had confusion and diarrhea with one episode of encopresis (COSTART term fecal incontinence).  The patient had a 10-pound weight loss in the week between trial visits.  On Day 17 (SEROQUEL 75 mg/day), the patient fell and hit his face on the bathroom sink.  He was hospitalized with head trauma and facial lacerations (COSTART accidental injury) and was withdrawn from the trial; no information is available for the patient's release date from the hospital.  The investigator considered the event to be possibly the result of a hypotensive reaction compounded by a recent increase in psychotic regression with related dehydration.  CT scans and x-ray results of the head and neck were normal.  The investigator judged the head trauma to be severe and the facial lacerations to be mild; both adverse events were considered to be probably not related to trial treatment.

**Patient 002/00201 (SEROQUEL 300 mg):**                                 **Palpitation**

This 43-year-old, white man with a diagnosis of chronic paranoid schizophrenia was withdrawn from the trial on Day 8 due to palpitation; the patient had stopped trial treatment on Day 6 (SEROQUEL 100 mg/day).  Past medical history was significant for chronic headaches, palpitations, and prostatitis.  Previous medication was thiothixene.  Concurrent medications included acetaminophen, benztropine mesylate, and thiothixene. Day -12 physical examination findings included dystonia in the patient's right arm, moderate dystonic posturing of the right hand, and mild jaw and tongue movements.  On that day, vital signs were evaluated to be normal by the investigator (supine BP 118/84 and P 72, standing BP 120/88 and P 80); the investigator noted no abnormalities on the screening ECG.  On Day 6 (SEROQUEL 100 mg/day), the patient discontinued trial treatment after the morning dose but did not inform trial personnel.  That same day, the patient had palpitations of approximately 5 hours duration with no associated chest pain or dizziness; the event resolved on Day 7.  On Day 7, the patient resumed taking his thiothixene 10 mg BID without the investigator's knowledge.  On Day 8, the investigator noted sinus tachycardia (atrial and ventricular rates of 102 bpm) on the ECG tracings.  Vital signs were as follows: supine BP 136/84 and P 100, standing BP 138/88 and P 104.  The investigator noted that the event may have been due to the patient's anxiety about informing trial personnel of trial treatment discontinuation; he was withdrawn from the trial.  Palpitations were evaluated by the investigator to be moderate in intensity and definitely related to trial treatment.

**Patient 009/00901 (SEROQUEL 300 mg):**              **Neuroleptic malignant syndrome**

This 36-year-old man (Iranian) with a diagnosis of chronic paranoid schizophrenia was withdrawn from the trial on Day 13 (SEROQUEL 300 mg/day) due to the serious adverse event of neuroleptic malignant syndrome which required hospitalization, caused severe disability, and

67

was life-threatening.  Past medical history was significant for pseudoparkinsonism and surgery for a hernia.  Previous medication was haloperidol.  Concurrent medication included benztropine mesylate.  Day -6 laboratory and ECG results were normal.  On Day 5 (SEROQUEL 100 mg/day), the patient had sedation and did not take all of his trial treatment for that day.  On Day 6, the patient's dose was reduced (SEROQUEL 150 mg/day) and interrupted on Day 7 due to continued somnolence.  On Day 8 (SEROQUEL 250 mg/day), titration resumed.  On Day 13 (SEROQUEL 300 mg/day), the patient was withdrawn from the trial following family reports of his deteriorating condition (withdrawn, confused, inability to do simple tasks, decreased affect, decreased appetite, and poor grooming).  The following day, the patient was hospitalized for evaluation of his declining status.  Subsequent intermittent symptomatology included combative/agitated episodes requiring restraint, catatonia, confusion, rigidity, supraventricular tachycardia (pulse peaked at 131 bpm on admission), diaphoresis, elevated WBC at admission with subsequent decline (maximum 18.8 x $10^9$ cells/L at admission, normal range 3.8 to 10.8 x $10^9$ cells/L), low-grade fever of 101°F (with a urine culture positive for unspecified bacteria), and elevated CPK of 2050 IU/L (normal range 0 - 130 IU/L) at admission which was possibly due to an altercation with paramedics (a second CPK peak of 6600 IU/L was possibly due to several IM injections of an unspecified medication).  The investigator consulted with Zeneca and the code was broken so that a decision could be made whether to treat the patient with haloperidol or enter him into the SEROQUEL open-label extension.  The investigator evaluated the symptoms to be consistent with probable neuroleptic malignant syndrome.  The event resolved 15 days later.  The patient resumed taking haloperidol and benztropine mesylate 3 days later without further incident.  Probable neuroleptic malignant syndrome was evaluated by the investigator to be severe in intensity and probably related to trial treatment.

**Patient 012/01214 (SEROQUEL 300 mg)**                                      **Somnolence**

This 30-year-old, white woman with a diagnosis of chronic paranoid schizophrenia was withdrawn from the trial on Day 43 (SEROQUEL 300 mg/day), due to somnolence.  Past medical history was significant for sedation while on other medication.  Previous medications included fluphenazine decanoate and trifluoperazine.  The patient received no medication concurrently.  Beginning on Day 1 (SEROQUEL 50 mg/day), the patient reported drowsiness (COSTART term somnolence), which continued throughout the trial. On Day 43 (SEROQUEL 300 mg/day) the patient was withdrawn from the trial; somnolence continued with no treatment. Somnolence was evaluated by the investigator to be moderate in intensity and definitely related to trial treatment.

**Patient 005/00501 (SEROQUEL 300 mg):**                                     **Somnolence**

This 27-year-old, white man with a diagnosis of chronic schizophrenia was withdrawn from the trial on Day 59 (SEROQUEL 300 mg/day) due to sedation (COSTART term somnolence).  Past medical history was unremarkable.  Previous medications included fluphenazine decanoate and benztropine mesylate.  Concurrent medication was aspirin.  On Day 1 (SEROQUEL 75 mg/day), the patient had somnolence after taking the morning dose.  Somnolence continued throughout the trial.  On Day 59 (SEROQUEL 300 mg/day), the patient complained that the sedation impaired his ability to function and requested to be withdrawn from the trial; somnolence resolved later that day.  Somnolence was evaluated by the investigator to be moderate in intensity and probably related to trial treatment.

68

**Patient 005/00514 (SEROQUEL 300 mg):**                                          **Tremor**

This 56-year-old, white man with a diagnosis of undifferentiated chronic schizophrenia was withdrawn from the trial on Day 31 due to hand tremors (COSTART term tremor); trial treatment had been stopped on Day 30 (SEROQUEL 300 mg/day). Past medical history was significant for extrapyramidal symptoms and arthralgia. Previous medications included perphenazine, benztropine mesylate, and lorazepam. Concurrent medication was ibuprofen. On Day 5 (SEROQUEL 150 mg/day), the patient had tremor which persisted throughout the trial. On Day 17 (SEROQUEL 300 mg/day) the patient was treated with benztropine for tremor. On Day 31, the patient was withdrawn from the trial and began taking open-label SEROQUEL the next day. Two days later (SEROQUEL 325 mg/day), tremor resolved. Tremor was evaluated by the investigator to be mild in intensity and probably related to trial treatment.

**Patient 011/01107 (SEROQUEL 300 mg)**                                          **Dyspepsia**

This 57-year-old, white woman with a diagnosis of chronic residual schizophrenia was withdrawn from the trial on Day 32 (SEROQUEL 300 mg/day) due to nervous stomach (COSTART term dyspepsia). Past medical history was significant for cholecystectomy (two years earlier). Concurrent medication was thioridazine. On Day 6 (SEROQUEL 250 mg/day), the patient had a headache. On Day 23 (SEROQUEL 300 mg/day), the patient had a nervous stomach which continued throughout the trial. On Day 32 (SEROQUEL 300 mg/day), the patient was withdrawn from the trial. The event resolved three months later. Dyspepsia was evaluated by the investigator to be mild in intensity and probably related to trial treatment.

**Patient 011/01108 (SEROQUEL 300 mg)**                                          **Somnolence**

This 28-year-old, white man with a diagnosis of chronic paranoid schizophrenia was withdrawn from the trial on Day 57 due to somnolence; trial treatment had been stopped on Day 56 (SEROQUEL 300 mg/day). Past medical history was significant for extrapyramidal symptoms. Previous medications were fluphenazine decanoate, benztropine mesylate, and fluoxetine hydrochloride. Concurrent medication was calcium carbonate/magnesium hydroxide. On Day 29, (SEROQUEL 300 mg/day) the patient had excessive sleepiness (COSTART term somnolence) that continued throughout the trial. On Day 56 (SEROQUEL 300 mg/day), the patient discontinued trial treatment; somnolence continued with no treatment. Somnolence was evaluated by the investigator to be moderate in intensity and probably related to trial treatment.

**Patient 015/01507 (SEROQUEL 300 mg):**                                          **Paranoid reaction**

This 39-year-old, white man with a diagnosis of chronic paranoid schizophrenia was withdrawn from the trial on Day 14 due to increased paranoia (COSTART term paranoid reaction); trial treatment was stopped on Day 13 (SEROQUEL 300 mg/day). Past medical history was significant for kidney infection (1966) and hernia surgery (1973). Previous medication was haloperidol. Concurrent medication was benztropine mesylate. On Day 12 (SEROQUEL 300 mg/day), the patient began experiencing increased paranoia. On Day 13 (SEROQUEL 300 mg/day) paranoia continued; he stopped taking trial treatment. On Day 14, his symptoms were continuing; he asked to be withdrawn from the trial because he was having trouble organizing his thoughts, was feeling increasingly paranoid, and did not want to risk having to go into the hospital. He began taking haloperidol; the event was considered resolved one day later. Paranoid reaction was evaluated by the investigator to be moderate in intensity and not related to trial treatment.

69

**Patient 016/01604 (SEROQUEL 300 mg):**                                        **Depression**

This 49-year-old, white man with a diagnosis of chronic undifferentiated schizophrenia was withdrawn from the trial on Day 51 (SEROQUEL 300 mg/day) due to increased depression with suicidal ideation.  Past medical history was significant for depression, extrapyramidal symptoms, emphysema, gastritis, and previous alcohol abuse (3 years earlier).  Previous medication was molindone hydrochloride.  Concurrent medications included lithium carbonate, amantidine hydrochloride, propranolol, diphenhydramine, and ranitidine.  The patient's baseline (Week 0) BPRS assessment revealed no evidence of depressive mood; his Day 8 and Day 29 scores indicated worsening depressive mood.  On Day 44 (SEROQUEL 300 mg/day), the patient had increased depression and suicidal ideation.  His symptoms worsened over the next week.  On Day 51 (SEROQUEL 300 mg/day) he was withdrawn from the trial.  The event resolved one day later; the investigator noted that the episode was an increase in his pre-existing depression.  Depression was evaluated by the investigator to be moderate in intensity and not related to trial treatment.

**Patient 018/01802 (SEROQUEL 300 mg):**                                        **Somnolence**

This 29-year-old, Hispanic man with a diagnosis of chronic undifferentiated schizophrenia was withdrawn from the trial on Day 15 due to drowsiness (COSTART term somnolence); trial treatment was stopped on Day 14 (SEROQUEL 300 mg/day).  Past medical history was unremarkable.  Previous medications included haloperidol, thiothixene, imipramine, and benztropine mesylate.  Concurrent medication was acetaminophen.  On Day 1 (SEROQUEL 75 mg/day), the patient had drowsiness which continued throughout the trial.  On Day 14 (SEROQUEL 300 mg/day), the patient disposed of his remaining trial treatment.  Somnolence resolved on that day.  On Day 15, he was withdrawn from the trial when he informed the investigator he was not taking trial treatment.  Somnolence was evaluated by the investigator to be moderate in intensity and definitely related to trial treatment.

**Patient 024/02407 (SEROQUEL 300 mg):**                                        **Rash**

This 31-year-old, white man with a diagnosis of chronic paranoid schizophrenia was withdrawn from the trial on Day 47 due to rash; trial treatment stopped on Day 40 (SEROQUEL 150 mg/day) due to rash.  Past medical history was significant for asthma and alcohol abuse (1991).  Previous medication was mesoridazine besylate.  Concurrent medications included albuterol and acetaminophen.  On Day 39 (SEROQUEL 300 mg/day), the patient had a severe, blotchy rash which covered the upper extremities, back, and legs.  The patient described the rash as painful and itchy at night.  Laboratory results indicated a leukocyte count of 15.3 x $10^9$ cells/L (normal range 3.8  to 10.8 x $10^9$ cells/L), a neutrophil count of 82.0% (normal range 40.0 to 75.0%), and an increase in eosinophils from 9.5% at baseline to 12.5% (normal range 0.0 to 7.0%); the investigator requested that the patient stop trial treatment.  The patient stopped trial treatment on Day 40 (SEROQUEL 150 mg/day).  A dermatology consult was requested; the investigator and the dermatologist both agreed that the rash was consistent with "allergy" to trial treatment and that no further exposure to trial treatment was recommended.  Topical corticosteroid and diphenhydramine hydrochloride were prescribed.  The rash resolved by Day 47.  At this time, the patient's laboratory results had returned to near-normal values and were judged not clinically significant.  The patient was withdrawn from the trial on this day.  Rash was evaluated by the investigator to be severe in intensity and definitely related to trial treatment.

70

**Patient 024/02408 (SEROQUEL 300 mg):**                                                    **Syncope**

This 38-year-old, white woman with a diagnosis of chronic paranoid schizophrenia was withdrawn from the trial on Day 2 (SEROQUEL 25 mg/day) due to syncope.  The patient also had a seizure (COSTART term convulsion), which required hospitalization and was therefore classified as a serious adverse event (this serious adverse event is discussed in Section 5.3.4).  Past medical history was significant for restlessness accompanied by rocking movements.  Previous medication was thiothixene.  Concurrent medications included lorazepam and benztropine mesylate.  On Day 2 (SEROQUEL 25 mg/day), the patient's mother phoned to report that the patient had become "mean, irritable, and different" after taking the morning dose of trial treatment.  The investigator advised that the patient stop receiving trial treatment until she could be seen at the clinic.  Later that day, the patient lost consciousness (COSTART term syncope), fell, and lacerated her head.  The patient went to the emergency room for treatment.  The head laceration was sutured (4 stitches).  ECG results were normal; orthostatic vital signs were not recorded clearly on the hospital chart.  A drug screen was positive for amphetamine/sympathomimetics.  Intravenous fluids were given, but the indication was not noted.  While preparing for discharge, the patient had a tonic-clonic seizure lasting 45 seconds, which was treated with intravenous lorazepam.  Neurologic examination, head CT scan, and EEG findings were normal.  The patient remained hospitalized for observation.  The investigator felt both events were related to phenylpropanolamine hydrochloride (Dexatrim®), the use of which the patient initially denied.  Syncope and seizure resolved that day.  The date of hospital release was not clearly noted on the patient's case report forms.  Syncope and seizure were evaluated by the investigator to be severe in intensity and probably not related to trial treatment.

**Patient 030/03001 (SEROQUEL 300 mg):**                                                    **Dystonia**

This 27-year-old, white man with a diagnosis of chronic paranoid schizophrenia was withdrawn from the trial on Day 38 due to dystonia; trial treatment had been stopped on Day 36 (SEROQUEL 300 mg/day).  Past medical history was significant for mild neuroleptic-induced tardive dystonia of the right arm with occasional neck movements, akathisia, and right inguinal herniorrhaphy at 2 months of age.  Previous medication included loxapine hydrochloride, sertraline, trazodone hydrochloride, trihexyphenidyl hydrochloride, and clonazepam.  Concurrent medications included benztropine mesylate, Percocet® (oxycodone/acetaminophen, DuPont), hydroxyzine, aspirin, loxapine, clonazepam, and baclofen.  While in the trial, the patient's dystonia became progressively worse.  On Day 34 (SEROQUEL 300 mg/day), the patient went to the emergency room with severe, painful, truncal dystonia, right arm dystonia, and neck movements.  He was treated with benztropine IM 2 mg (x2) and Percocet® 1 tablet QID was prescribed.  Neither medication provided relief.  On Day 36 (SEROQUEL 300 mg/day), the patient's psychiatric symptoms were unchanged from baseline.  At that time, the patient discontinued trial treatment so that he could receive protocol-prohibited medications for dystonia.  He was prescribed loxapine, clonazepam, and baclofen.  On Day 38, the patient's neck movements had stopped, his truncal movements persisted but were improved, and his right arm dystonia had returned to baseline levels.  Dystonia was considered by the investigator to be severe and probably related to trial treatment.

71

**Patient 002/00202 (SEROQUEL 600 mg):**                              **Somnolence**

This 31-year-old, white man with a diagnosis of chronic paranoid schizophrenia was withdrawn from the trial on Day 84 due to drowsiness (COSTART term somnolence); the patient stopped trial treatment on Day 83 (SEROQUEL 600 mg/day). Past medical history was unremarkable. Previous medication was haloperidol. Concurrent medications included acetaminophen, benztropine mesylate, and penicillin. On Day 1 (SEROQUEL 75 mg/day), the patient had mild lethargy which continued until Day 7 (SEROQUEL 600 mg/day). On Day 8 (SEROQUEL 600 mg/day), the patient had moderate drowsiness which continued throughout the trial. On Day 83 (SEROQUEL 600 mg/day), the patient stopped taking trial treatment. On Day 84, the patient was determined to be non-compliant due to drowsiness and was withdrawn from the trial. Drowsiness resolved 7 days later. Drowsiness was evaluated to be moderate in intensity and probably related to trial treatment.

**Patient 016/01601 (SEROQUEL 600 mg):**                              **Dizziness**
                                                                     **Postural hypotension**

This 50-year-old, black man with a diagnosis of chronic undifferentiated schizophrenia was withdrawn from the trial on Day 10 (SEROQUEL 200 mg/day) due to orthostatic hypotension (COSTART term postural hypotension) and lightheadedness (COSTART term dizziness). Past medical history was significant for hypertension, insulin-dependent, adult-onset diabetes, diabetic neuropathy and retinopathy, and occasional emesis related to diabetic gastroparesis. Previous medication was trifluoperazine. Concurrent medications included insulin, propranolol, metoclopramide, ranitidine, benztropine mesylate, chlorpheniramine maleate, guaifenesin, and acetominophen. On Day 0 (SEROQUEL 75 mg/day), the patient had lightheadedness upon standing, which continued throughout the trial. On Day 8 (SEROQUEL 600 mg/day), the patient had postural hypotension (supine BP = 100/72 mmHg, standing BP = 90/60 mmHg, no pulse recorded). On Day 10 (SEROQUEL 200 mg/day), the patient complained of lightheadedness and had continuing postural hypotension (supine BP = 130/82 mmHg, P = 80 bpm, standing BP = 92/60 mmHg, P = 88 bpm). The investigator felt that the patient could not tolerate ongoing treatment at his current dose and withdrew the patient from the trial. The patient received only the morning dose of trial treatment on that day. The event resolved later that day. Postural hypotension was evaluated by the investigator to be moderate in intensity and definitely related to trial treatment, and dizziness was evaluated as mild and probably related to treatment.

**Patient 018/01801 (SEROQUEL 600 mg):**                              **Somnolence**

This 42-year-old, white man with a diagnosis of chronic paranoid schizophrenia was withdrawn from the trial on Day 24 due to drowsiness (COSTART term somnolence); trial treatment had been stopped on Day 19 (SEROQUEL 400 mg/day). Past medical history was significant for chronic obstructive pulmonary disease and allergies to pollen and cat hair. Previous medication was haloperidol. Concurrent medications included benztropine mesylate and vitamin supplements. On Day 11 (SEROQUEL 600 mg/day), the patient had drowsiness that prevented him from performing his job. By Day 19 (SEROQUEL 400 mg/day) he stopped taking trial treatment because he felt that his job was in jeopardy; somnolence resolved later that day. Somnolence was evaluated by the investigator to be moderate in intensity and definitely related to trial treatment.

72

**Patient 021/02103 (SEROQUEL 600 mg):**                    **Somnolence**
                                                            **Dizziness**

This 40-year-old, Hispanic man with a diagnosis of chronic undifferentiated schizophrenia was withdrawn from the trial on Day 7 due to moderate drowsiness (COSTART term somnolence) and mild dizziness; trial treatment had been stopped on Day 6 (SEROQUEL 125 mg/day).  Past medical history was significant for hepatitis, genital herpes, positive serum result for syphilis, chronic fungal infections of the skin, and past cocaine abuse.  Previous medications included thiothixene and propranolol.  Concurrent medications included benztropine mesylate and antacid containing magnesium with aluminum (Maalox®).  On Day 1 (SEROQUEL 75 mg/day), the patient had somnolence and dizziness.  On Day 6 (SEROQUEL 125 mg/day), the patient stopped taking trial treatment due to continued somnolence and dizziness.  Somnolence and dizziness resolved the next day; vital signs recorded during the trial were within normal ranges and were not indicative of postural hypotension.  Somnolence was evaluated by the investigator to be moderate in intensity and probably related to trial treatment.  Dizziness was evaluated by the investigator to be mild in intensity and probably related to trial treatment.

**Patient 026/02611 (SEROQUEL 600 mg):**                    **Somnolence**

This 47-year-old, Asian man with a diagnosis of chronic disorganized schizophrenia was withdrawn from the trial on Day 14 due to sedation (COSTART term somnolence); trial treatment had been stopped on Day 13 (SEROQUEL 150 mg/day) due to somnolence.  Past medical history was significant for headaches and acne.  Previous medication was fluphenazine decanoate.  Concurrent medication was benztropine mesylate.  On Day 2 (SEROQUEL 75 mg/day), the patient began taking his morning dose of trial treatment only.  On Day 4 (SEROQUEL 75 mg/day), the patient had somnolence, which continued throughout the trial.  On Day 12, the patient took no trial treatment.  On Day 13 (SEROQUEL 150 mg/day), the patient stopped taking trial treatment due to somnolence.  On Day 14, the patient was withdrawn from the trial; somnolence was ongoing with no treatment.  Somnolence was evaluated by the investigator to be moderate in intensity and definitely related to trial treatment.

**Patient 034/03404 (SEROQUEL 600 mg):**                    **Tardive dyskinesia**

This 47-year-old, white man with a diagnosis of chronic residual schizophrenia was withdrawn from the trial on Day 173 (SEROQUEL 600 mg/day) due to increased tardive dyskinesia.  Past medical history was significant for inner ear infection, lightheadedness, dry skin, enuresis, and syncope and tardive dyskinesia with haloperidol.  Previous medications included fluphenazine hydrochloride and imipramine.  Concurrent medications included benztropine mesylate for extrapyramidal symptoms and iodinated glycerol with dextromethorphan for cold symptoms.  The patient had no symptoms of tardive dyskinesia at entry to the trial.  On Day 57 (SEROQUEL 600 mg/day), the patient's family reported that the patient's tardive dyskinesia symptoms had gradually increased; the investigator considered this event to be mild and due to withdrawal from fluphenazine, which did not require treatment.  The patient's symptoms increased and began to disrupt the patient's usual activities.  On Day 127 (SEROQUEL 600 mg/day), tardive dyskinesia symptoms increased in severity from mild to moderate.  The patient's family noted that the symptoms were the worst they had seen, even before the trial.  At Day 173 (SEROQUEL 600 mg/day), the patient was withdrawn from the trial due to tardive dyskinesia.  The investigator considered this adverse event to be moderate in intensity and probably related to trial treatment.

73

**Patient 002/00204 (SEROQUEL 600 mg):**                                    **Psychosis**

This 30-year-old, black man with a diagnosis of chronic undifferentiated schizophrenia was withdrawn from the trial on Day 105 due to psychosis; the patient had stopped taking trial treatment on Day 101 (SEROQUEL 600 mg/day).  Past medical history was significant for migraines, abdominal surgery for bullet removal, and polysubstance abuse.  Previous medication was haloperidol.  Concurrent medications included benztropine mesylate and psyllium hydrophilic mucilloid.  On Day 101 (SEROQUEL 600 mg/day), the patient began having hallucinations and voluntarily discontinued trial treatment.  (On Day 104, the patient called the center to report he had been having hallucinations; he could not return to the center until Day 105.)  On Day 105, the patient continued to have hallucinations.  It was noted that his demeanor and manner of dress had markedly changed from previous visits.  Although he did not meet psychotic relapse criteria (I or II), he was withdrawn from the trial due to psychosis.  The investigator administered haloperidol 5 mg/day (PO), which was increased to 10 mg/day 12 days later.  The event resolved 25 days after withdrawal from the trial.  Psychosis was evaluated by the investigator to be moderate in intensity and probably not related to trial treatment.

**Patient 005/00510 (SEROQUEL 600 mg):**                                    **Somnolence**

This 30-year-old, black woman with a diagnosis of chronic paranoid schizophrenia was withdrawn from the trial on Day 8 due to sedation (COSTART term somnolence); trial treatment had been stopped on Day 3 (SEROQUEL 250 mg/day).  Past medical history was unremarkable.  Previous medication was haloperidol.  The patient received no medication concurrently.  On Day 2 (SEROQUEL 50 mg/day), the patient had difficulty awakening and moderate sedation.  The patient slept until late that evening, only taking the evening dose.  On Day 3 (SEROQUEL 250 mg/day), the patient stopped trial treatment due to somnolence which resolved that day.  Somnolence was evaluated by the investigator to be moderate in intensity and probably related to trial treatment.

**Patient 011/01104 (SEROQUEL 600 mg)**                          **Postural hypotension**

This 47-year-old, white man with a diagnosis of chronic undifferentiated schizophrenia had dizziness while standing (COSTART term postural hypotension) beginning on Day 12 (SEROQUEL 600 mg/day); he was withdrawn on Day 29 (100 mg/day).  Past medical history was significant for tardive dyskinesia and peptic ulcer.  Previous medication was fluphenazine.  Concurrent medications included omeprazole and lorazepam.  On Day 12 (SEROQUEL 600 mg/day) the patient had postural hypotension, but no vital signs were recorded; postural hypotension continued throughout the trial.  On Day 15 (SEROQUEL 600 mg/day), the patient's vital signs were supine BP 100/72, P 72 and standing BP 92/60, P 84.  On Day 24 (SEROQUEL 600 mg/day), postural hypotension worsened and vital signs were supine BP 100/70, and standing BP 80/60.  Pulse values were not done.  On Day 25, the patient stopped trial treatment.  On Day 26, the patient complained of anxiety and was given lorazepam.  On Day 29, the patient was withdrawn from the study and began taking open-label SEROQUEL (100 mg/day).  One day later, the patient temporarily interrupted taking open-label SEROQUEL (100 mg/day); postural hypotension resolved 3 days later.  Postural hypotension was evaluated by the investigator to be severe in intensity and definitely related to trial treatment.

74

**Patient 023/02308 (SEROQUEL 600 mg):**                                          **Depression**

This 23-year-old, white man with a diagnosis of chronic paranoid schizophrenia was withdrawn from the trial due to depression on Day 84 (SEROQUEL 0 mg/day).  Past medical history was significant for depression for which he was treated with bupropion until shortly before trial entry; no additional information is available concerning details of his depression.  Previous medication included risperidone.  The patient took no medication concurrently.  Depression was increased at the Week 8 (Day 56, SEROQUEL 600 mg/day) visit and continued until Day 78 (SEROQUEL 600 mg/day), when the patient's case manager (non-study personnel) advised that the patient discontinue the trial treatment because of depression.  The patient did not report discontinuing trial treatment until his next scheduled visit on Day 84.  At that time, depression persisted with anxiety, but there was no increase in the patient's psychosis; the patient was withdrawn due to depression.  Depression was evaluated by the investigator to be moderate in intensity and not related to trial treatment.

**Patient 026/02602 (SEROQUEL 600 mg):**                                          **Somnolence**

This 47-year-old, white man with a diagnosis of chronic disorganized schizophrenia was withdrawn from the trial on Day 15 due to sedation (COSTART term somnolence); the patient had stopped trial treatment on Day 11 (SEROQUEL 125 mg/day).  Past medical history was unremarkable.  Previous medication was trifluoperazine.  Concurrent medications included benztropine mesylate, lorazepam, lithium carbonate, and diphenoxylate.  On Day 11 (SEROQUEL 125 mg/day), the patient stopped trial treatment due to somnolence and started trifluoperazine.  On Day 15, the patient informed the investigator that he was not taking trial treatment and he was withdrawn from the trial.  Somnolence resolved that day.  Somnolence was evaluated by the investigator to be moderate in intensity and probably related to trial treatment.

**Patient 029/02906 (SEROQUEL 600 mg):**                                          **Asthenia**
                                                                                 **Somnolence**

This 32-year-old, white man with a diagnosis of chronic undifferentiated schizophrenia was withdrawn from the trial on Day 85 due to fatigue (COSTART term asthenia) and sedation (COSTART term somnolence); trial treatment had been stopped on Day 84 (SEROQUEL 300 mg/day).  Past medical history was significant for mild hand tremors and akathisia, dry mouth, gastric hyperacidity, and an allergy to eggs.  Previous medications included pimozide and benztropine mesylate.  Concurrent medications included calcium carbonate, metronidazole, and ciprofloxacin.  On Day 13 (SEROQUEL 300 mg/day), the patient began experiencing periodic episodes of somnolence, asthenia, and intermittent dizziness; the patient did not take his evening dose of trial treatment on Day 13 due to these adverse events.  During the trial, the severity of these adverse events vacillated between mild and moderate.  On Day 83 (SEROQUEL 600 mg/day), all events were continuing.  The investigator decided to discontinue the patient from the trial due to somnolence and asthenia since these events significantly interfered with the patient's functioning.  The patient took his last dose of trial treatment on the morning of Day 84 (SEROQUEL 300 mg/day), and was withdrawn from the trial on Day 85.  Somnolence was evaluated by the investigator to be moderate in intensity and probably related to trial treatment.  Asthenia was evaluated by the investigator to be moderate in intensity and probably related to trial treatment.

75

**Patient 030/03004 (SEROQUEL 600 mg):**                                                                **Akathisia**

This 41-year-old, white man with a diagnosis of chronic undifferentiated schizophrenia was
withdrawn from the trial on Day 56 (SEROQUEL 600 mg/day) due to akathisia.  Past medical
history was significant for tardive dyskenisia, akathisia, lipoma (removed in 1990), lumbar pain,
and polydrug abuse from 1970 to 1972.  Previous medications included thiothixene, diltiazem
hydrochloride, and diphenhydramine.  Concurrent medications included lorazepam and
diphenhydramine.  On Day 1, the patient had a score of 3 (moderate restlessness observed) on
the akathisia item of the Simpson Scale.  On Day 2 (SEROQUEL 150 mg/day), the patient
experienced increased akathisia and was treated with lorazepam (2 mg QD) until Day 4
(SEROQUEL 250 mg/day).  Akathisia resolved on Day 14 (SEROQUEL 600 mg/day).  On
Day 44 (SEROQUEL 600 mg/day), akathisia recurred and continued throughout the remainder
of the trial.  On Day 56 (SEROQUEL 600 mg/day), the investigator withdrew the patient from the
trial due to continuing akathisia.  Akathisia resolved 19 days later.  Akathisia was evaluated by
the investigator be moderate in intensity and probably related to trial treatment.

**Patient 003/00302 (haloperidol):**                                                                **Suicide attempt**

This 28-year-old, white man with a diagnosis of chronic undifferentiated schizophrenia was
withdrawn from the trial on Day 22 (haloperidol 72 mg/day) due to the serious adverse event of
suicide attempt (multiple drug overdose including haloperidol) which required hospitalization
and was considered life-threatening.  Past medical history was significant for substance abuse.
Concurrent medication was lorazepam.  On Day 22 (haloperidol 72 mg/day), the patient
complained of slight sedation at his scheduled visit.  No significant changes since his last visit
were noted.  Later that evening, the patient was found unconscious in his apartment.
Paramedics found empty bottles of benztropine mesylate, lorazepam, and 6 empty blister
packs of trial treatment.  The patient was admitted to the emergency room where gastric lavage
and other treatments were administered.  Intervention medications included heparin,
cimetidine, and naloxone hydrochloride.  The blind was broken.  Hospital staff calculated that
the patient had taken 72 mg of haloperidol, at least 14 mg of lorazepam, and an unknown
amount of benztropine mesylate.  Urine drug screen results were positive for benzodiazepines.
The patient was withdrawn from the trial.  The patient was released from the hospital 7 days
later and seen by the investigator 2 days after hospital release.  Suicide attempt was evaluated
by the investigator to be severe in intensity and not related to trial treatment.

**Patient 005/00503 (haloperidol):**                                                                **Impotence**

This 37-year-old, black man with a diagnosis of chronic paranoid schizophrenia was withdrawn
from the trial on Day 59 (haloperidol 12 mg/day) due to impotence.  Past medical history was
significant for asthma and chronic sinus congestion.  Previous medications included
fluphenazine decanoate, fluphenazine hydrochloride, and temazepam.  Concurrent
medications included chloral hydrate, benztropine mesylate, epinephrine inhalation aerosol
bronchodilator, and albuterol.  On Day 50 (haloperidol 12 mg/day), sexual impotence was
reported as an adverse event for this patient.  On Day 59 (haloperidol 12 mg/day), the patient
withdrew from the trial due to impotence.  Sexual impotence was continuing at the time of
withdrawal.  Impotence was evaluated by the investigator to be moderate in intensity and
probably related to trial treatment.

76

**Patient 005/00509 (haloperidol):**                                                        **Tremor**

This 40-year-old, black woman with a diagnosis of chronic paranoid schizophrenia was
withdrawn from the trial on Day 29 (haloperidol 12 mg/day) due to tremor.  Past medical history
was significant for diabetes, chronic headaches, extrapyramidal symptoms, tooth infection,
urinary tract infections, salpingectomy, mild cardiomegaly, recent bronchitis and otitis media.
Previous medications included fluphenazine decanoate, nortriptyline hydrochloride, and
lorazepam.  Concurrent medications included benztropine mesylate, amoxicillin, enalapril
maleate, furosemide, potassium chloride, glyburide, acetaminophen/aspirin/caffeine
(Excedrin®), and chloral hydrate.  On Day 7, the patient forgot to take her trial treatment.  The
patient resumed treatment on Day 8 (haloperidol 12 mg/day).  Later that day, the patient
developed moderate head, bilateral arm, and bilateral hand tremors which continued until her
withdrawal on Day 29 (haloperidol 12 mg/day).  The patient's tremors resolved 2 days later.
Tremor was evaluated by the investigator to be moderate in intensity and probably related to
trial treatment.

**Patient 007/00701 (haloperidol):**                                                    **Nervousness**

This 31-year-old, white man diagnosed with chronic paranoid schizophrenia was withdrawn
from the trial on Day 4 (no treatment) due to nervousness; trial treatment had been stopped on
Day 3 (haloperidol 7 mg/day).  Past medical history was unremarkable.  Previous medication
was clozapine.  The patient was taking no medication concurrently.  On Day 1 (haloperidol
2 mg/day), the patient reported nervousness, along with blurred vision and inability to
concentrate.  On Day 3 (haloperidol 7 mg/day) the patient discontinued trial treatment due to
nervousness; 5 days later, nervousness resolved.  The investigator noted that nervousness was
probably due to withdrawal from clozapine.  Nervousness was evaluated by the investigator to
be moderate in intensity and probably not related to trial treatment.

**Patient 012/01215 (haloperidol)**                                                    **Hypertonia**

This 40-year-old, white man with a diagnosis of chronic undifferentiated schizophrenia was
withdrawn from the trial on Day 28 (haloperidol 12 mg/day) due to rigidity (COSTART term
hypertonia).  Past medical history was significant for rigidity, elevated WBC count, and elevated
blood pressure.  Previous medications included benztropine mesylate and haloperidol.  The
patient received no medication concurrently.  On Day 12 (haloperidol 12 mg/day), the patient
reported severe rigidity and was given benztropine mesylate; rigidity continued throughout the
trial.  On Day 28 (haloperidol 12 mg/day), the patient was withdrawn from the trial; hypertonia
resolved that day.  Hypertonia was evaluated by the investigator to be severe and definitely
related to trial treatment.

**Patient 014/01408 (haloperidol):**                                                       **Dystonia**

This 22-year-old, white man with a diagnosis of chronic undifferentiated schizophrenia was
withdrawn from the trial on Day 270 (no treatment) due to severe dystonic reaction (COSTART
term dystonia); trial treatment had been stopped on Day 68 (haloperidol 5 mg/day).  Past
medical history was significant for drug and alcohol abuse (age 17).  Previous medications
included chlorpromazine and imipramine.  Concurrent medications included benztropine
mesylate, acetaminophen, amoxicillin, guaifenesin, pseudoephedrine hydrochloride, and
tobramycin sulfate for conjunctivitis.  The patient took benztropine mesylate for restlessness
throughout the trial; his symptoms improved and benztropine mesylate was discontinued on
Day 167 (haloperidol 12 mg/day).  On Day 266 (haloperidol 12 mg/day), the patient had mild

facial dystonia.  On Day 267 (haloperidol 12 mg/day), the patient had generalized dystonia, restlessness, and oculogyric reaction.  That same day (a weekend), the patient tried to contact the investigator, but was mistakenly referred to a local hospital emergency room, where he received diphenhydramine hydrochloride for his symptoms.  The patient was told to contact the investigator on Monday.  On Day 268 (haloperidol 5 mg/day), the patient's symptoms included generalized dystonia, restlessness, and hand tremors.  The patient contacted the investigator and scheduled an office visit after taking his morning trial treatment.  During the visit, the patient received benztropine mesylate; his symptoms disappeared within 90 minutes.  However, the patient's family asked that the patient be withdrawn due to this adverse event.  Dystonia was evaluated by the investigator to be severe in intensity and definitely related to trial treatment.

**Patient 016/01606 (haloperidol):**                                        **Hypertonia**

This 46-year-old man (Eurasian) with a diagnosis of chronic undifferentiated schizophrenia was withdrawn from the trial on Day 29 (no treatment) due to muscle stiffness (COSTART term hypertonia); trial treatment had been stopped on Day 28 (haloperidol 12 mg/day).  Past medical history was significant for moderate cogwheel rigidity of the upper extremities.  Previous medication was chlorpromazine hydrochloride.  Concurrent medications included acetaminophen, dextromethorphan polistirex, simethicone, aluminum hydroxide/magnesium hydroxide, senna, chloral hydrate, benztropine mesylate, propranolol, and trihexyphenidyl hydrochloride.  On Day 2 (haloperidol 2 mg/day), the patient complained of right arm stiffness.  On Day 3 (haloperidol 5 mg/day), the patient had increased hypertonia after his morning dose and reported that he could not walk; the patient was instructed to interrupt trial treatment and began taking benztropine mesylate.  Beginning on Day 5 (haloperidol 2 mg/day), the patient started trial treatment again at the lowest trial treatment dosage; trial treatment had been interrupted for 1 day.  However, muscle stiffness continued through the trial.  On Day 28 (haloperidol 12 mg/day), the patient discontinued trial treatment and began taking open-label SEROQUEL the next day.  Twenty-eight days later (SEROQUEL 400 mg/day) the event resolved.  Hypertonia was evaluated to be mild in intensity and probably related to trial treatment.

**Patient 018/01814 (haloperidol):**                                        **Asthenia**
                                                                            **Insomnia**

This 37-year-old, white man with a diagnosis of chronic undifferentiated schizophrenia was withdrawn from the trial on Day 8 (no treatment) due to asthenia and insomnia; trial treatment had been stopped on Day 2 (haloperidol 5 mg/day).  Past medical history was significant for previous marijuana and cocaine use.  Previous medications included chlorpromazine and diphenhydramine hydrochloride.  Concurrent medication was chlorpromazine.  On Day 1 (haloperidol 2 mg/day), the patient noted feeling tired and drained of energy after taking trial treatment.  That evening, he could not sleep, and took 200 mg chlorpromazine.  On Day 2 (haloperidol 5 mg/day), he reported the same symptoms and decided to discontinue trial treatment.  Both asthenia and insomnia resolved three days later.  Asthenia and insomnia were evaluated to be moderate in intensity and probably related to trial treatment.

78

**Patient 026/02603 (haloperidol):**                                                    **Akathisia**

This 32-year-old, white man with a diagnosis of chronic undifferentiated schizophrenia was
withdrawn from the trial on Day 72 (haloperidol 12 mg/day) due to increased akathisia.  Past
medical history was significant for frequent headaches, moderate akathisia, chronic insomnia,
and alcohol abuse (1992).  Previous medication was thioridazine.  Concurrent medications
included benztropine mesylate, lorazepam, chloral hydrate, clonazepam, diphenhydramine
hydrochloride, aspirin, and ibuprofen.  On Day 10 (haloperidol 7 mg/day), the patient had
akathisia in his lower extremities.  On Day 72 (haloperidol 12 mg/day), the patient was
withdrawn from the trial due to continued akathisia; akathisia resolved 5 days later.  Akathisia
was evaluated by the investigator to be moderate in intensity and definitely related to trial
treatment.

**Patient 027/02702 (haloperidol):**                                                    **Depression**

This 27-year-old, white man with a diagnosis of chronic disorganized schizophrenia was
withdrawn from the trial on Day 99 due to increased depression and suicidal ideation
(COSTART term depression); trial treatment had been stopped on Day 98 due to depression.
Past medical history was significant for severe eye trauma, extrapyramidal symptoms, arm
fracture, and inguinal hernia.  Previous medication was clonazepam.  Concurrent medications
included chloral hydrate and lorazepam.  Day -7 physical examination findings noted
dyskinesia of the face, neck, and head.  On Day 0, the patient scored 2 (mild) for depressive
mood on the Brief Psychiatric Rating Scale (BPRS); subsequent ratings for this item ranged
from 0 to 4 (not present to moderately severe) throughout the trial.  On Day 93 (haloperidol
7 mg/day), the patient had increased depression and suicidal ideation.  On Day 98 (haloperidol
5 mg/day), the patient scored 5 (severe) for depressive mood on the BPRS; trial treatment was
discontinued by the investigator.  Only the morning dose was taken on that day.  On Day 99,
the patient was withdrawn from the trial.  Depression resolved 6 days later.  Depression was
evaluated by the investigator to be moderate in intensity and probably not related to trial
treatment.

**Patient 029/02903 (haloperidol):**                                                    **Nausea**

This 33-year-old, white man with a diagnosis of chronic undifferentiated schizophrenia was
withdrawn from the trial on Day 29 (no treatment) due to severe nausea; trial treatment had
been stopped on Day 28 (haloperidol 12 mg/day).  Past medical history was significant for EPS
and an allergy to penicillin.  Previous medication was haloperidol.  Concurrent medications
included benztropine mesylate and dimenhydrinate.  The patient began experiencing nausea
soon after starting trial treatment.  On Day 8 (haloperidol 7 mg/day), the patient missed the
afternoon and evening doses of trial treatment due to nausea and vomiting.  On Day 12
(haloperidol 12 mg/day), the patient was seen by his family doctor, who diagnosed his
condition as "flu/virus."  The patient missed the afternoon and evening doses of trial treatment
on Day 12 and the morning dose of trial treatment on Day 13 due to nausea and vomiting.  The
patient discontinued trial treatment on Day 28 (haloperidol 12 mg/day) due to intermittent
nausea.  Nausea was ongoing with treatment (dimenhydrinate 50 mg po TID).  Nausea was
evaluated by the investigator to be severe in intensity and probably related to trial treatment.

79

**Patient 029/02916 (haloperidol):**                                                      **Insomnia**
                                                                                           **Tremor**
                                                                                           **Somnolence**

This 23-year-old white man diagnosed with chronic paranoid schizophrenia was withdrawn
from the trial on Day 29 (no treatment) due to insomnia, tremor, and lethargy (COSTART term
somnolence); trial treatment had been stopped on Day 28 (haloperidol 12 mg/day).  Past
medical history was significant for dry mouth, mild tremor, and rigidity.  Previous medications
included loxapine hydrochloride, lorazepam, valproic acid, and clonazepam.  Concurrent
medications included lorazepam, benztropine mesylate, and chloral hydrate.  On Day 6
(haloperidol 7 mg/day), the patient developed moderate rigidity of the arms, which the
investigator considered to be probably related to trial treatment; the rigidity resolved on Day 20
(haloperidol 12 mg/day).  On Day 10 (haloperidol 7 mg/day), the patient developed moderate
insomnia and tremor and mild akathisia, all of which the investigator considered to be probably
related to trial treatment.  On Day 16 (haloperidol 12 mg/day), the patient developed mild
akinesia, which was considered to be probably related to trial treatment; it was noted that the
patient missed his evening dose that day.  On Day 17 (haloperidol 12 mg/day), the patient
developed moderate lethargy and insomnia had improved to mild; both adverse events were
considered to be probably related to trial treatment.  Insomnia worsened to moderate on
Day 23 (haloperidol 12 mg/day).  The patient was withdrawn from the trial on Day 29 due to
insomnia, tremor, and lethargy.  Mild akathisia and akinesia were also ongoing at the time the
patient discontinued from the trial.  Insomnia, tremors, and lethargy were each evaluated by the
investigator to be moderate in intensity and probably related to trial treatment.

**Patient 030/03007 (haloperidol):**                                                       **Tremor**
                                                                                           **Somnolence**
                                                                                           **Hypokinesia**

This 29-year-old, white man with a diagnosis of chronic catatonic schizophrenia was withdrawn
from the trial on Day 39 (haloperidol 12 mg/day) due to tremor, facies mask (COSTART term
hypokinesia), and sedation (COSTART term somnolence).  The patient also experienced
generalized rigidity (COSTART term hypertonia), but this adverse event did not lead to
withdrawal.  Past medical history was significant for iatrogenic seizure while taking thioridazine,
kidney stones and dystonia while taking fluphenazine decanoate.  Previous medication was
loxapine.  Concurrent medication was benztropine mesylate.  On Day 8 (haloperidol
12 mg/day), the patient had mild masked facies.  Beginning on Day 11 (haloperidol
12 mg/day), the patient had mild hand tremor, generalized rigidity, and sedation.  On Day 33
(haloperidol 12 mg/day), generalized rigidity and hand tremor worsened and were treated with
benztropine mesylate (1 mg BID).  All four adverse events continued throughout the trial.  On
Day 39 (haloperidol 12 mg/day), the patient requested to be withdrawn from the trial.  All four
adverse events resolved 11 days later.  Hypertonia and tremor were evaluated by the
investigator to be moderate in intensity, while somnolence and hypokinesia were evaluated to
be mild in intensity; all four adverse events were evaluated by the investigator to be definitely
related to trial treatment.

80

**Patient 033/03304 (haloperidol):**                                    **Hypertonia**
                                                                    **Cogwheel rigidity**
                                                                              **Anxiety**

This 30-year-old white woman with a diagnosis of chronic disorganized schizophrenia was withdrawn from the trial on Day 4 (haloperidol 5 mg/day) due to muscle stiffness in her upper extremities (COSTART term hypertonia), cogwheel rigidity, and increased anxiety (COSTART term anxiety). Past medical history was significant for decreased hearing in the right ear, mild anemia, asymptomatic heart murmur, and hematuria. Previous medication was loxapine. Concurrent medications included loxapine, Ortho-Cept® (desogestrel and ethinyl estradiol, Ortho Pharmaceutical Corp.), ipratropium, and diphenhydramine. On Day 3 (haloperidol 5 mg/day), the patient began to feel anxious and somewhat stiff approximately 4 hours after taking the morning dose of trial treatment. She felt "out of control" and quite nervous. At this point, she began to have mild auditory hallucinations. By late that evening, the patient was screaming at the top of her voice, "I'm so sick, I'm so sick." When she calmed down momentarily, she claimed that she was feeling somewhat stiff, shaky, and very anxious. At this point, the investigator felt she was having a dystonic reaction; trial treatment was stopped. All the pharmacies were closed, so benztropine could not be obtained. The patient's mother was instructed to purchase diphenhydramine. The patient was given 50 mg of diphenhydramine and calmed down approximately 1 hour later. The next day (Day 4), a physical examination showed moderate muscular stiffness of the upper extremities and cogwheel rigidity were still present in the right elbow and wrist. Mild finger tremors were present bilaterally, and the woman's legs kept shifting while standing during the examination (mild akathisia). The patient was discontinued from the trial at that time. The investigator suspected that the patient had a dystonic reaction on Day 3, and that her anxiety escalated with the reaction, precipitating the auditory hallucinations. The auditory hallucinations resolved on Day 3; anxiety, muscle stiffness, and cogwheel rigidity resolved on Day 4. Muscle stiffness and cogwheel rigidity were evaluated by the investigator to be moderate in intensity and definitely related to trial treatment. Anxiety was evaluated by the investigator to be severe in intensity and probably not related to trial treatment.

### 5.3.4    Serious adverse events not leading to withdrawal

Eight patients (1 SEROQUEL 75 mg, 1 SEROQUEL 300 mg, 4 SEROQUEL 600 mg, 2 haloperidol) had serious adverse events during the trial that did not necessitate withdrawal. One of these patients, Patient 005/00502 (SEROQUEL 600 mg), had four serious adverse events during the trial. Each serious adverse event was reported by one patient only. All of the serious adverse events reported were evaluated by the investigator to be probably not or not related to trial treatment.

The serious adverse events for the seven patients are summarized in Table 34.

**TABLE 34  Serious adverse events during randomized treatment not leading to withdrawal**

| Center/Patient | Treatment group | Adverse event | Day of onset |
|---|---|---|---|
| 034/03408 | SEROQUEL 75 mg | Infection | 80 |
| 024/02408* | SEROQUEL 300 mg | Convulsion | 2 |
| 016/01607 | SEROQUEL 600 mg | Agitation | 6 |
| 027/02706 | SEROQUEL 600 mg | Accidental injury | 144 |
| 034/03407 | SEROQUEL 600 mg | Gastrointestinal disorder | 159 |
| 005/00502 | SEROQUEL 600 mg | Obstruction intestine | 210 |
|  |  | Healing abnormal | 218 |
|  |  | Sepsis | 219 |
|  |  | Carcinoma breast | 311 |
| 013/01304 | Haloperidol | Cholelithiasis | 132 |
| 035/03502 | Haloperidol | Cataract surgery | 311 |

*This patient was withdrawn from the trial due to the adverse event syncope (see Section 5.3.3)

**Patient 034/03408 (SEROQUEL 75 mg):**                                      **Infection**

This 27-year-old, white man with a diagnosis of chronic paranoid schizophrenia was hospitalized for the serious adverse event of appendicitis on Day 80 (SEROQUEL 75 mg/day). Past medical history was significant for alcohol abuse and allergies to penicillin and bee stings. Previous medication was perphenazine.  Concurrent medications included perphenazine, benztropine mesylate, aspirin, meperidine, and Tylenol #3® (acetaminophen/codeine, McNeil Pharmaceutical).  On the morning of Day 80 (SEROQUEL 75 mg/day), the patient called the investigator with complaints of severe abdominal pain.  The investigator advised the patient to suspend trial treatment and go to the hospital for emergency evaluation of the abdominal pain. The patient was found to be afebrile and had non-localizing abdominal pain with leukocytosis and a shift to the left.  Liver function, amylase, lipase, and other laboratory test results were within normal limits.  The patient was admitted to the hospital for observation due to suspected appendicitis. On Day 81, trial treatment was suspended.  The patient had localized right lower quadrant pain compatible with appendicitis and was taken to surgery for an appendectomy. The patient's post-surgical recovery was unremarkable; the patient resumed trial treatment after discharge from the hospital on Day 84 (75 mg/day, 4 days without trial treatment).  On Day 94 (SEROQUEL 75 mg/day), the patient returned for his Week 12 appointment in stable mental and physical condition.  Appendicitis was considered resolved on Day 110.  Appendicitis was evaluated by the investigator to be severe in intensity and probably not related to trial treatment.

**Patient 024/02408 (SEROQUEL 300 mg):**                                      **Convulsion**

This 38-year-old, white woman with a diagnosis of chronic paranoid schizophrenia had the serious adverse event of seizure (COSTART term convulsion) which required hospitalization. This patient was withdrawn from the trial on Day 2 (SEROQUEL 25 mg/day) due to syncope (see Section 5.3.3).  Past medical history was significant for restlessness accompanied by rocking movements.  Previous medication was thiothixene.  Concurrent medications included lorazepam and benztropine mesylate.  On Day 2 (SEROQUEL 25 mg/day), the patient's mother phoned to report that the patient had become "mean, irritable, and different" after taking the

82

morning dose of trial treatment.  The investigator advised that the patient stop receiving trial treatment until she could be seen at the clinic.  Later that day, the patient lost consciousness (COSTART syncope), fell, and lacerated her head.  The patient went to the emergency room for treatment.  The head laceration was sutured (4 stitches).  ECG results were normal; orthostatic vital signs were not recorded clearly on the hospital chart.  A drug screen was positive for amphetamine/sympathomimetics.  Intravenous fluids were given, but the indication was not noted.  While preparing for discharge, the patient had a tonic-clonic seizure lasting 45 seconds, which was treated with intravenous lorazepam.  Neurologic examination, head CT scan, and EEG findings were normal.  The patient remained hospitalized for observation.  The investigator felt both events were related to phenylpropanolamine hydrochloride (Dexatrim®), the use of which the patient initially denied.  Syncope and seizure resolved that day.  The date of hospital release was not clearly noted on the patient's case report forms.  Syncope and seizure were evaluated by the investigator to be severe in intensity and probably not related to trial treatment.

**Patient 016/01607 (SEROQUEL 600 mg):**                                                            **Agitation**

This 36-year-old, white man with a diagnosis of chronic undifferentiated schizophrenia had the serious adverse event of agitation on Day 6 (SEROQUEL 500 mg/day) which required hospitalization.  The patient's past medical history was unremarkable.  Previous medications included benztopine mesylate and trifluoperazine.  No medications were given concurrently.  The patient was subsequently withdrawn from the trial for psychotic relapse on Day 7.  The investigator considered the agitation to be moderate in intensity and probably not related to trial treatment.

**Patient 027/02706 (SEROQUEL 600 mg):**                                                    **Accidental injury**

This 31-year-old, black man with a diagnosis of chronic undifferentiated schizophrenia had the serious adverse event of accidental inhalation of bleach fumes (COSTART term accidental injury) on Day 144 (SEROQUEL 600 mg/day), which required hospitalization.  Past medical history was significant for tardive dyskinesia, dislocation of right shoulder, and an appendectomy.  Previous medication was benztropine mesylate.  No medication was given concurrently.  On Day 144 (SEROQUEL 600 mg/day), the patient was cleaning his hockey stick with a bleach-soaked towel and inhaled the fumes.  The patient was admitted to the hospital overnight for observation and released the following morning.  No continuing ill effects were noted and the patient continued to receive trial treatment.  The investigator considered this event to be moderate in intensity and not related to trial treatment.

**Patient 034/03407 (SEROQUEL 600 mg):**                                              **Gastrointestinal disorder**

This 39-year-old, white woman with a diagnosis of subchronic undifferentiated schizophrenia had a perforated appendix and peritonitis on Day 158 (SEROQUEL 600 mg/day); ruptured appendix (COSTART term gastrointestinal disorder) was considered a serious adverse event due to hospitalization.  Past medical history was unremarkable except for a tubal ligation.  Previous medications included thiothixene, lorazepam, and fluoxetine hydrochloride.  Concurrent medications included aspirin, ibuprofen, aluminum hydroxide/magnesium hydroxide/simethicone, metronidazole, Bactrim® (trimethoprim and sulfamethoxazole, Roche Laboratories), thiothixene, trihexyphenidyl, lorazepam, fluoxetine, and Darvocet® (phropoxyphene/acetaminophen, Lilly).  On Day 158 (SEROQUEL 600 mg/day), the patient experienced abdominal pain and went to the local emergency room.  The patient was admitted to the hospital.  The following day (Day 159, SEROQUEL 200 mg/day) surgery was performed;

83

the patient was found to have a perforated appendix with peritonitis.  Her surgical recovery was complicated by an abdominal infection, and trial treatment was interrupted for approximately 24 hours after surgery.  The patient was treated with antibiotics and fully recovered from the surgery; she continued in the trial.  Ruptured appendix was evaluated by the investigator to be severe in intensity and probably not related to trial treatment.  WBC counts for this patient were within normal limits throughout the trial.

**Patient 005/00502 (SEROQUEL 600 mg):**                    **Intestinal obstruction**
                                                           **Abnormal healing**
                                                           **Sepsis**
                                                           **Breast carcinoma**

This 63-year-old, black woman with a diagnosis of chronic paranoid schizophrenia had four separate serious adverse events: bowel obstruction (COSTART term intestinal obstruction) on Day 210 (trial treatment was interrupted from Day 207 to Day 218) which required hospitalization, subsequent wound dehiscence secondary to surgery for obstruction (COSTART term abnormal healing) which required rehospitalization on Day 218 (SEROQUEL 400 mg/day), sepsis (COSTART term sepsis) on Day 219, and breast cancer (COSTART term breast carcinoma) on Day 311 (SEROQUEL 600 mg/day).  Past medical history was significant for mild arteriosclerotic cardiovascular disease, hiatal hernia repair, hysterectomy and oopherectomy (1979), spinal surgery (1975), and arthritis.  Previous medication was prochlorperazine.  Concurrent medications for indications not related to the serious adverse events included aspirin, diphenhydramine hydrochloride, and lorazepam. Details of these four adverse events are presented in the narratives below.

**Intestinal obstruction**

On Day 206 (SEROQUEL 400 mg/day), the patient went to an emergency room complaining of nausea, vomiting, and abdominal bloating; she was diagnosed with constipation and sent home.  (No confirmatory testing was recorded.)  Beginning on Day 207, the patient stopped taking trial treatment due to continued nausea, vomiting, and bloating.  On Day 210, the patient was hospitalized for bowel obstruction (COSTART term intestinal obstruction), likely secondary to adhesions from a previous hysterectomy, and was treated nasogastrically.  Her condition continued to deteriorate over the next two days.  On Day 212, surgery for bowel obstruction was performed; the event resolved that day (no further information is available regarding the cause of the obstruction).  On Day 218 (SEROQUEL 400 mg/day), the patient resumed trial treatment per the sponsor (trial treatment was interrupted for 11 days); the patient was discharged that morning.  Concurrent medications from Days 210 to 218 included heparin, famotidine, cefotetan, acetaminophen, ampicillin, metronidazole hydrochloride, and meperidine hydrochloride. Intestinal obstruction was evaluated by the investigator to be severe in intensity and probably not related to trial treatment.

84

**Abnormal healing**, **sepsis**

On Day 218, the patient was rehospitalized for wound dehiscence (COSTART term healing abnormal) and on Day 219 was noted to have a soft tissue infection (COSTART term sepsis) (*Klebsiella* and *Proteus*); the patient was febrile with a maximum oral temperature of 103°F. Concurrent medication for wound dehiscence and soft tissue infection included diphenoxylate hydrochloride with atropine sulfate, haloperidol, morphine sulfate, hydrocodone bitartrate, dextrose 5% in 0.45% sodium chloride with 20 mEq potassium chloride, fluconazole, nafcillin, ciprofloxacin hydrochloride, ceftriaxone sodium, docusate calcium, ibuprofen, and acetaminophen.  Sepsis resolved on Day 254 and wound dehiscence resolved on Day 307. Wound dehiscence (COSTART term healing abnormal) was evaluated by the investigator to be severe in intensity and not related to trial treatment. Soft tissue infection (COSTART term sepsis) was evaluated by the investigator to be moderate in intensity and not related to trial treatment.

**Breast carcinoma**

On Day 304 (SEROQUEL 600 mg/day), the patient told the investigator about a lump in her breast during follow-up for her wound dehiscence; a biopsy was done.  On Day 311 (SEROQUEL 600 mg/day), adenocarcinoma of the left breast (COSTART term breast carcinoma) was diagnosed.  On Day 314, a modified radical mastectomy was performed; trial treatment was suspended for one day.  On Day 315 (SEROQUEL 400 mg/day), trial treatment resumed.  On Day 316 (SEROQUEL 200 mg/day), the patient was discharged; two doses of trial treatment were not taken.  The patient resumed taking trial treatment on Day 317 (SEROQUEL 600 mg/day).  Breast carcinoma was considered ongoing with treatment. Concurrent medications for the patient's cancer therapy included midazolam hydrochloride, fentanyl, morphine sulfate, hydrocodone bitartrate, dextrose 5% in 0.45% sodium chloride with 20 mEq potassium chloride, ibuprofen, cyclophosphamide, prochlorperazine, co-trimoxazole trimethoprim, succinyl choline, sodium pentothal, nitrous oxide, vecuronium bromide, and isoflurane.  Other concurrent medications from Days 304 to 316 included chloral hydrate, multi-vitamin nutritional supplements, docusate calcium, penicillin, and furosemide.  Breast carcinoma was evaluated by the investigator to be moderate in intensity and not related to trial treatment.  No elevations in prolactin were seen for this patient during the trial.

**Patient 013/01304 (haloperidol):**                                    **Cholelithiasis**

This 47-year-old, Hispanic woman with a diagnosis of chronic undifferentiated schizophrenia had the serious adverse event of cholelithiasis on Day 132 (haloperidol 7 mg/day); hospitalization was required.  Past medical history was significant for tubal ligation and tremors of the upper extremities.  Previous medications included haloperidol and trihexyphenidyl hydrochloride.  Concurrent medications included benztropine mesylate, acetaminophen, ticarcillin, gentamicin, and estrianam (for prophylaxis of post-operative infection).  Day -8 laboratory values were normal.  On Day 132 (haloperidol 7 mg/day), the patient was admitted to the hospital for probable ascending cholangitis and treated with ticarcillin, gentamicin, and estrianam.  On Day 133 (haloperidol 5 mg/day) endoscopic retrograde cholangio-pancreatography revealed gross pus drainage from the ampullae of the gallbladder. The common bile duct was incised; the patient spontaneously passed a 1 cm stone. Beginning on Day 134, trial treatment was suspended.  On Day 137, the patient's condition had improved and cholecystectomy was performed under general anesthesia; the gallbladder was inflamed and multiple gallstones were detected.  On Day 146 (haloperidol 2 mg/day), cholelithiasis resolved and trial treatment re-titration began without incident; trial treatment had been

85

interrupted for 12 days.  Laboratory results on that day revealed abnormal values for hematocrit (33.1%, normal range 35.0 to 46.0%), hemoglobin (10.5 g/dL, normal range 12.0 to 15.6 g/dL), erythrocyte count (3.8 x $10^{12}$ cells/L, normal range 3.9 to 5.2 x $10^{12}$ cells/L), platelet count (743 x $10^9$ cells/L, normal range 130 to 400 x $10^9$ cells/L), and alkaline phosphatase (125 IU/L, normal range 15 to 110 IU/L).  Subsequent laboratory results showed previously abnormal values had returned to normal or had improved.  Cholelithiasis was evaluated by the investigator to be moderate in intensity and not related to trial treatment.

**Patient 035/03502 (haloperidol):**                                 **Cataract surgery**

This 44-year-old, white man with a diagnosis of chronic undifferentiated schizophrenia was hospitalized for the serious adverse event of cataract surgery on Day 311 (haloperidol 12 mg/day).  Past medical history was significant for depression, hypertension, elevated liver enzymes, and diabetes mellitus.  Previous medications included thiothixene hydrochloride, lithium, glipizide, quinapril, and nortriptyline.  Concurrent medications included lorazepam, chloral hydrate, cefpodoxime proxetil, proxymetacaine, cyclopentolate, phenylephrine, suprofen, dexamethasone, balanced salt solution, hyaluronic acid, and gentamicin.  The patient's Day -4 ophthalmologic examination showed posterior subcapsular cataract with early anterior capsular changes in the right eye, and posterior subcapsular cataract with definite anterior capsular changes in the left eye.  On Day 82 (haloperidol 12 mg/day), the ophthalmologic examination showed nuclear sclerosis in both eyes, and increasing posterior subcapsular cataract in the left eye only; these adverse events were both considered by the investigator as moderate in intensity and not related to trial treatment.  The ophthalmologist noted that some diabetics develop cataracts associated with diabetes mellitus progression.  On Day 311 (haloperidol 12 mg/day), the patient had right eye cataract surgery.  The investigator considered this adverse event as mild in intensity, and not related to trial treatment.

### 5.3.5    Intensity of adverse events

In all treatment groups, the majority of adverse events were mild: 191/301 (63%) in the SEROQUEL 75-mg group, 205/332 (62%) in the SEROQUEL 300-mg group, 233/362 (64%) in the SEROQUEL 600-mg group, and 101/189 (53%) in the haloperidol group.  Of the 1184 adverse events reported during the trial, a total of 50 adverse events (4%) were judged to be severe: 15/301 (5%) in the SEROQUEL 75-mg group, 16/332 (5%) in the SEROQUEL 300-mg group, 11/362 (3%) in the SEROQUEL 600-mg group, and 8/189 (4%) in the haloperidol group.

Adverse events reported in the SEROQUEL groups that were judged to be severe are presented by treatment group in Table 35, in decreasing order of frequency of occurrence in the SEROQUEL 75-mg group.

86

**TABLE 35  Number of patients and severe adverse events in each treatment group**

| Severe adverse event | Treatment group | | | |
|---|---|---|---|---|
| | SEROQUEL | | | Haloperidol |
| | 75 mg (n = 85) | 300 mg (n = 88) | 600 mg (n = 87) | (n = 41) |
| Number of patients (number of adverse events) | | | | |
| Anxiety | 2 (2) | 1 (1) | 0 | 1 (1) |
| Accidental injury | 1 (2) | 0 | 0 | 0 |
| Somnolence | 1 (1) | 2 (2) | 2 (2) | 1 (1) |
| Agitation | 1 (1) | 2 (2) | 1 (2) | 0 |
| Syncope | 1 (1) | 1 (1) | 0 | 0 |
| Abnormal dreams | 1 (1) | 0 | 0 | 0 |
| Alcohol intolerance | 1 (1) | 0 | 0 | 0 |
| Confusion | 1 (1) | 0 | 0 | 0 |
| Flu syndrome | 1 (1) | 0 | 0 | 0 |
| Infection | 1 (1) | 0 | 0 | 0 |
| Overdose | 1 (1) | 0 | 0 | 0 |
| Paresthesia | 1 (1) | 0 | 0 | 0 |
| Tenosynovitis | 1 (1) | 0 | 0 | 0 |
| Insomnia | 0 | 2 (2) | 1 (1) | 0 |
| Anorexia | 0 | 1 (1) | 0 | 0 |
| Chest pain | 0 | 1 (1) | 0 | 0 |
| Convulsion | 0 | 1 (1) | 0 | 0 |
| Dystonia | 0 | 1 (1) | 0 | 1 (1) |
| Headache | 0 | 1 (1) | 0 | 0 |
| NMS | 0 | 1 (1) | 0 | 0 |
| Pain | 0 | 1 (1) | 0 | 0 |
| Rash | 0 | 1 (1) | 0 | 0 |
| Dry mouth | 0 | 0 | 1 (1) | 0 |
| Gastrointestinal disorder | 0 | 0 | 1 (1) | 0 |
| Healing abnormal | 0 | 0 | 1 (1) | 0 |
| Intestinal obstruction | 0 | 0 | 1 (1) | 0 |
| Neck rigidity | 0 | 0 | 1 (1) | 0 |
| Postural hypotension | 0 | 0 | 1 (1) | 0 |

Of the severe adverse events reported, few were reported by more than one patient.  No severe
adverse event was reported by more than two patients in any treatment group.  There was no
clear dose-response relationship for any of the severe adverse events reported.

Case 6:06-md-01769-ACC-DAB   Document 1353-7   Filed 03/11/09   Page 113 of 300 PageID
54998

Anxiety, agitation, and insomnia, reflecting possible symptoms of the patients' underlying illnesses, were among the more frequently reported severe adverse events. The only severe adverse event reported by more than one patient in any treatment group that was likely not related to the patients' underlying illnesses was somnolence. Severe somnolence was reported in all treatment groups.

Severe adverse events reported in the haloperidol group (by one patient each), that were not reported in the SEROQUEL groups, included hypertonia, nausea, suicide attempt, tremor, and weight loss.

### 5.3.6    Relation of adverse events to treatment

The investigators' assessments of the relation of each adverse event to trial treatment are presented in Table T14.7.

### 5.3.7    Incidence of selected adverse events against time

Week-specific and cumulative incidence rates were calculated to investigate the time of onset for the following adverse events: somnolence, postural hypotension, dizziness, tachycardia, agitation, and insomnia. Most cases of these adverse events occurred early in the trial, generally within the first 2 weeks of treatment.

In each SEROQUEL group, somnolence occurred most frequently within the first 2 weeks of the trial (during the titration phase) for the majority of patients reporting this adverse event. Very few cases of somnolence were reported after the first 4 weeks of randomized treatment in any SEROQUEL group. This may represent the development of some tolerance to this adverse event over time. Somnolence also generally occurred early in the trial in the haloperidol group, although there were relatively few cases of somnolence reported overall in this treatment group.

In the SEROQUEL 600-mg group, the greatest incidence of postural hypotension was during the first 2 weeks of the trial. No new cases of postural hypotension were reported after Week 10. In each of the other treatment groups, few cases of postural hypotension were reported overall; however, most cases reported in these groups also occurred during the first two weeks of the trial.

Incidence rates for dizziness were highest during the first 2 weeks of the trial in each SEROQUEL group. Only one case of dizziness was reported in the haloperidol group (during the Week 48-52 interval). Dizziness was likely reported most frequently during the first 2 weeks, which was the titration phase of the trial, because patients experiencing dizziness or postural hypotension would be expected to either develop tolerance to these adverse events or to drop out of the trial.

Incidence rates for tachycardia were low in all treatment groups; therefore, analysis of the incidence of this adverse event over time does not provide meaningful information.

In the SEROQUEL groups, more cases of agitation were reported during the first 2 weeks of the trial than during any other time interval. New cases of agitation were reported sporadically during the trial and the calculated weekly incidence rates were highest late in the trial in the SEROQUEL 75-mg and 300-mg groups because of the decreasing sample size over time. In the haloperidol group, no new cases of agitation were reported after the first 4 weeks of

88

randomized treatment.  Consistent with the results for agitation, insomnia, which also may
represent a symptom of the patients' underlying illness, was most frequently reported during
the first 2 weeks of the trial.  Few new cases of insomnia were reported after the second week
of treatment in any treatment group.

### 5.3.8    Summary of adverse events

The most frequently reported adverse event was somnolence.  The only frequently reported
adverse events in the SEROQUEL groups with an apparent dose-response relationship were
somnolence, dizziness, nervousness, and weight gain.  Probable anticholinergic effects (dry
mouth, constipation) were seen among the frequently occurring adverse events, which
suggests that SEROQUEL has some intrinsic anticholinergic activity, despite low receptor
binding.  No pattern was apparent among the SEROQUEL groups in terms of the incidence of
these probable anticholinergic effects.  There appeared to be a slight dose-related increase in
the incidence of dizziness among the SEROQUEL groups, and the incidence of dizziness in the
haloperidol group was lower than that in the SEROQUEL groups.  Postural hypotension was
reported less frequently than dizziness in all SEROQUEL groups; the incidence was similar in
the SEROQUEL 600-mg and haloperidol groups, and greater than that in the SEROQUEL
75-mg and 300-mg groups  Dizziness and postural hypotension were often associated with at
least one clinically significant vital sign measurement.

The most common adverse events leading to withdrawal were somnolence in the SEROQUEL
groups and EPS adverse events in the haloperidol group.  A total of 11 serious adverse events
which did not lead to withdrawal were reported by 8 patients during the trial.  There was no
consistency with regard to serious adverse events reported; each serious adverse event was
reported by one patient only.  Few severe adverse events were reported during the trial and
there were no trends apparent.  No severe adverse event was reported by more than two
patients in any treatment group.

### 5.4    Neurologic rating scales

### 5.4.1    Simpson Scale

Summary tables:                 Simpson Scale total scores; T15.1.1 to T15.1.4

Individual patient listings:    G13.1.1 to G13.1.2

Statistical appendix:           H7.1 to H7.5.2

Analysis of covariance was used to evaluate the change from baseline (Week 0) to Week 12
(LOCF) and the change from baseline to the final assessment.  Due to the questionable
normality of the Simpson Scale total score, as exhibited by the results of the Shapiro-Wilks test,
comparisons of grouped change from baseline across treatment groups were performed for
the observed and LOCF cases using the Cochran-Mantel-Haenszel test.

Table 36 presents the frequency distribution for change from baseline to the final evaluation in
Simpson Scale total score.

89

**TABLE 36  Frequency distribution for change from baseline in Simpson Scale total score at the final evaluation**

| | Treatment group | | | |
| | SEROQUEL | | | Haloperidol |
| | 75 mg | 300 mg | 600 mg | |
| | n(%) | n(%) | n(%) | n(%) |
|---|---|---|---|---|
| Change from baseline | | | | |
| -2 or less | 24 (36) | 18 (25) | 32 (46) | 8 (22) |
| -1 | 13 (19) | 11 (15) | 9 (13) | 5 (14) |
| 0 | 20 (30) | 29 (40) | 13 (19) | 9 (24) |
| $^{+}$1 | 4 (6) | 7 (10) | 9 (13) | 6 (16) |
| $^{+}$2 or greater | 6 (9) | 7 (10) | 7 (10) | 9 (24) |
| Total | 67 (100) | 72 (100) | 70 (100) | 37 (100) |

At the final evaluation, the largest proportion of patients in the SEROQUEL 75-mg and 600-mg groups showed a decrease from baseline (indicating improvement) in Simpson Scale total score; the largest proportion of patients in the SEROQUEL 300-mg group had no change in Simpson Scale total score from baseline to the final evaluation.  At least 40% of patients in each SEROQUEL group had a change from baseline in Simpson Scale total score at the final evaluation indicating improvement and fewer than 25% had a change indicating worsening. The greatest percentage of patients with a decrease in Simpson Scale total score of at least 2 was in the SEROQUEL 600-mg group.

In the haloperidol group, 36% of patients had a change indicating improvement and 40% had a change indicating worsening in Simpson Scale total score from baseline to the final evaluation.

Table 37 presents the frequency distribution for change from baseline to Week 12 in Simpson Scale total score using LOCF.

**TABLE 37  Frequency distribution for change from baseline to Week 12 in Simpson Scale total score - LOCF**

| | Treatment group | | | |
| | SEROQUEL | | | Haloperidol |
| | 75 mg | 300 mg | 600 mg | |
| | n(%) | n(%) | n(%) | n(%) |
|---|---|---|---|---|
| Change from baseline | | | | |
| -2 or less | 22 (33) | 18 (25) | 36 (51) | 7 (19) |
| -1 | 15 (22) | 10 (14) | 5 (7) | 6 (16) |
| 0 | 18 (27) | 30 (42) | 15 (21) | 11 (30) |
| $^{+}$1 | 5 (7) | 6 (8) | 6 (9) | 4 (11) |
| $^{+}$2 or greater | 7 (10) | 8 (11) | 8 (11) | 9 (24) |
| Total | 67 (100) | 72 (100) | 70 (100) | 37 (100) |

As seen in Table 37, the results at Week 12 (LOCF) were similar to those at the final evaluation. The largest proportion of patients in the SEROQUEL 75-mg and 600-mg groups showed a decrease from baseline (indicating improvement) in Simpson Scale total score; the largest proportion of patients in the SEROQUEL 300-mg group had no change in Simpson Scale total score from baseline to Week 12. The greatest percentage of patients with a decrease in Simpson Scale total score of at least 2 was in the SEROQUEL 600-mg group.

In the haloperidol group at Week 12 (LOCF), the proportion of patients with a change from baseline in Simpson Scale total score indicating improvement was similar to the proportion with a change indicating worsening.

The proportions of patients with improved, worsened, or no change from baseline in Simpson Scale total scores were statistically significantly different among treatment groups at the final evaluation (p=0.017) and at Week 4 (p=0.002) and Week 12 for LOCF (p=0.031). In general, a higher proportion of patients in the haloperidol group worsened compared with the SEROQUEL groups.

The results of the Simpson Scale analysis failed to show any dose-related increase in EPS associated with SEROQUEL treatment. In each SEROQUEL group, the incidence of EPS was less that that observed in the haloperidol group. These results are supported by the previous analyses of the use of concurrent medications for EPS and EPS adverse events.

### 5.4.2    AIMS

*Summary tables:*                    *AIMS total scores; T15.2.1 to T15.2.4*

*Individual patient listings:*       *G13.2.1 and G13.2.2*

*Statistical appendix:*              *H8.1 to H8.5.2*

Analysis of covariance was used to evaluate the change from baseline (Week 0) to Week 12 (LOCF) and the change from baseline to the final assessment. Due to the questionable normality of the AIMS total score, as exhibited by the results of the Shapiro-Wilks test, comparisons of grouped change from baseline across treatment groups were performed for the observed and LOCF cases using the Cochran-Mantel-Haenszel test.

Table 38 presents the frequency distribution for change from baseline to the final evaluation in AIMS total score.

91

**TABLE 38  Frequency distribution for change from baseline in AIMS total score at the final evaluation**

| | Treatment group | | | |
| | SEROQUEL | | | Haloperidol |
| | 75 mg | 300 mg | 600 mg | |
| | n(%) | n(%) | n(%) | n(%) |
|---|---|---|---|---|
| Change from baseline | | | | |
| -3 or less | 12 (17) | 12 (17) | 13 (18) | 5 (14) |
| -2 to -1 | 15 (22) | 10 (14) | 16 (23) | 5 (14) |
| 0 | 26 (38) | 27 (38) | 27 (38) | 17 (46) |
| +1 to +2 | 4 (6) | 6 (8) | 10 (14) | 1 (3) |
| +3 or greater | 12 (17) | 17 (24) | 5 (7) | 9 (24) |
| Total | 69 (100) | 72 (100) | 71 (100) | 37 (100) |

In each SEROQUEL group, the majority of patients had a decrease (indicating improvement) or no change in AIMS total score from baseline to the final evaluation.  The proportions of patients who had a decrease of 3 or more in AIMS total score were similar among the SEROQUEL groups.  The proportion of patients with an increase (worsening) of 3 or more in AIMS total score from baseline to the final evaluation was greatest in the 300-mg group.

In the haloperidol group, the majority of patients also had a decrease or no change in AIMS total score from baseline to the final evaluation.  The proportion of patients in the haloperidol group with a worsening of 3 or more was similar to that in the SEROQUEL 300-mg group.

Table 39 presents the frequency distribution for change from baseline to Week 12 in AIMS total score using LOCF.

**TABLE 39  Frequency distribution for change from baseline in AIMS total score at Week 12 - LOCF**

| | Treatment group | | | |
| | SEROQUEL | | | Haloperidol |
| | 75 mg | 300 mg | 600 mg | |
| | n(%) | n(%) | n(%) | n(%) |
|---|---|---|---|---|
| Change from baseline | | | | |
| -3 or less | 13 (19) | 13 (18) | 12 (17) | 5 (14) |
| -2 to -1 | 11 (16) | 10 (14) | 12 (17) | 6 (16) |
| 0 | 26 (38) | 28 (39) | 26 (37) | 20 (54) |
| +1 to +2 | 6 (9) | 10 (14) | 13 (18) | 1 (3) |
| +3 or greater | 13 (19) | 11 (15) | 8 (11) | 5 (14) |
| Total | 69 (100) | 72 (100) | 71 (100) | 37 (100) |

At Week 12 (LOCF), the greatest proportion of patients in each SEROQUEL group had no change in AIMS total score from baseline.  The proportion of patients who had a decrease of

3 or more in AIMS total score were similar among the SEROQUEL groups.  The proportion of patients with an increase (worsening) of 3 or more in AIMS total score from baseline to Week 12 (LOCF) was greatest in the 75-mg group.

In the haloperidol group, the majority of patients also had no change in AIMS total score from baseline to Week 12 (LOCF).  The proportion of patients in the haloperidol group with a worsening of 3 or more was similar to that in the SEROQUEL 300-mg group.

Grouped change (improved, no change, worsened) from baseline AIMS scores were compared among treatment groups.  There were no statistically significant differences among treatment groups in the proportions of patients with improved, worsened, or no change in AIMS total scores at Week 12 (LOCF) or the final evaluation.

No dose-related worsening or improvement in abnormal involuntary movements was noted over time in the SEROQUEL or haloperidol groups.


## 5.5    Clinical laboratory results

### 5.5.1    Hematology

*Summary tables:*               *conversion factors - hematology; T16.1.1*
                                *descriptive statistics - hematology; T16.1.2*
                                *proportions of patients with clinically significant hematology*
                                *test values; T16.1.3 and T16.1.4*

*Individual patient listings:*   *G14.1.1 to G14.1.4*

The mean changes between baseline and final values for the hematological variables were reviewed for clinical significance.  Mean values for the hematological variables were generally within normal limits throughout the trial.  No clinically important mean changes or trends were detected.  There was no dose-response seen or qualitative differences between the TID and BID dose regimens among the SEROQUEL groups.

A total of 10 patients (8 SEROQUEL, 2 haloperidol) had at least one clinically significant absolute neutrophil count (ANC) or WBC assessment during the trial as determined by the definitions in Section 2.8.4.  For one of these patients with a clinically significant ANC value (Patient 026/02618 [SEROQUEL 600 mg]), the laboratory abnormality was reported as an adverse event (COSTART term leukopenia).

Six of the patients had clinically significant ANC values only; these patients are discussed below.

   Patient 024/02401 (SEROQUEL 75 mg) entered the trial with normal ANC and WBC values.  At Week 8, the patient's ANC was below normal limits, but not clinically significant; her WBC count remained within normal limits.  The patient's ANC values were within normal limits at Weeks 12 and 16.  An additional evaluation done at Week 18 showed the ANCs to be decreased again.  At Week 20, the patient's ANC had decreased and was considered clinically significant.  WBCs remained within normal limits at that time.  At Week 24, the patient's ANC was low, but not clinically significant; WBCs were still within normal limits.  An additional evaluation at Week 28 showed that the patient's

93

ANC had increased and now was within normal limits.  At Week 36, the patient's ANC was again clinically significantly low but WBCs were within normal range.  At the final evaluation (Week 37), the patient's ANC and WBC count were both within normal limits.

See the table below for actual ANC and WBC values.

| Visit | ANC* (x $10^9$ cells/L) | WBC+ (x $10^9$ cells/L) |
|---|---|---|
| Baseline | 3.10# | 6.4** |
| Week 8 | 1.7 | 5.5 |
| Week 12 | 2.3 | 5.1 |
| Week 16 | 2.0 | 5.3 |
| Week 18 | 1.7 | 5.5 |
| Week 20 | 1.5 | 4.9 |
| Week 24 | 1.7 | 5.2 |
| Week 28 | 2.06 | 5.9 |
| Week 36 | 1.5 | 5.0 |
| Final (Week 37) | 2.1 | 5.9 |

* ANC normal range = 1.8 to 8.0x$10^9$ cells/L
#ANC normal range = 1.5 to 7.6x$10^9$ cells/L
+WBC normal range = 3.8 to 10.8x$10^9$ cells/L
**WBC normal range = 3.8 to 10.1x$10^9$ cells/L

Patient 019/01903 (SEROQUEL 75 mg) entered the trial with normal ANC and WBC results.  ANCs and WBC counts remained within normal limits up to Week 36.  At Week 36, the patient had a low ANC, which was considered clinically significant; WBCs remained within normal limits.  The patient's ANC was within normal limits on an additional evaluation performed at Week 37.  The patient completed the trial with no other ANCs outside the normal range.  See the table below for actual ANC and WBC values.

| Visit | ANC* (x $10^9$ cells/L) | WBC# (x $10^9$ cells/L) |
|---|---|---|
| Baseline | 2.3 | 6.4 |
| Week 36 | 1.5 | 6.0 |
| Week 37 additional | 2.3 | 6.1 |
| Final (Week 52) | 2.3 | 5.8 |

* ANC normal range = 1.8 to 8.0x$10^9$ cells/L
#WBC normal range = 3.8 to 10.8x$10^9$ cells/L

94

Patient 018/01815 (SEROQUEL 300 mg) entered the trial with normal ANC and normal WBC results.  At Week 2, the patient had a low ANC which was considered clinically significant; the patient's WBC count was below normal limits, but not clinically significant. On an additional evaluation performed 2 days later, the patient's ANC was clinically significant; WBC count was below normal limits but not clinically significant.  An evaluation performed 3 days after that showed ANC and WBC results again were within normal limits.  At Week 4, the patient's ANC was below normal limits, but not clinically significant.  At Week 8, the ANC was again clinically significantly low.  Additional evaluation 5 days later showed an ANC and WBC results were within normal limits.  At Week 16 (final), the patient's ANC and WBC count were within normal limits.

See the table below for actual ANC and WBC values.

| Visit | ANC* (x $10^9$ cells/L) | WBC# (x $10^9$ cells/L) |
|---|---|---|
| Baseline | 2.4 | 5.9 |
| Week 2 | 0.9 | 3.3 |
| Week 2 additional | 1.1 | 3.7 |
| Week 2 additional | 2.7 | 5.4 |
| Week 4 | 1.7 | 4.3 |
| Week 8 | 1.5 | 4.8 |
| Week 8 additional | 3.8 | 7.8 |
| Final (Week 16) | 3.0 | 7.1 |

\* ANC normal range = 1.8 to 8.0x$10^9$ cells/L
#WBC normal range = 3.8 to 10.8x$10^9$ cells/L

Patient 026/02618 (SEROQUEL 600 mg) entered the trial with normal WBC and ANC results.  At Week 2, the patient had an ANC which was below normal limits but not clinically significant; the patient's WBC count was within normal limits.  Neutropenia (COSTART term leukopenia) was reported as an adverse event for this patient starting on Day 14.  The investigator considered the event to be mild and probably not related to trial treatment.  The event lasted for 3 days.  An additional evaluation 2 days later (Day 16) ANC and WBC counts were 1.8 and 4.7, respectively.  At Week 4, the patient had a low ANC which was considered clinically significant; the patient's WBC count remained within normal limits.  Mild neutropenia was again reported as an adverse event, which lasted for 29 days.  At Week 8, the patient's ANC and WBC count were within normal limits.  At the patient's final evaluation (Day 61), his ANC was 1.8 x $10^9$ cells/L; his WBC count remained within normal limits.  No follow-up laboratory test results were reported.

See the table below for actual ANC and WBC values.

| Visit | ANC* (x $10^9$ cells/L) | WBC# (x $10^9$ cells/L) |
|---|---|---|
| Baseline | 2.5 | 5.3 |
| Week 2 | 1.6 | 4.6 |
| Day 16 | 1.8 | 4.7 |
| Week 4 | 1.4 | 4.5 |
| Week 8 | 1.9 | 5.3 |
| Final (Day 61) | 1.8 | 4.8 |

* ANC normal range = 1.8 to 8.0x$10^9$ cells/L
#WBC normal range = 3.8 to 10.8x$10^9$ cells/L

Patient 027/02706 (SEROQUEL 600 mg) entered the trial with ANC and WBC results of 1.8 and 4.0, respectively.  At Week 2, the patient had a low ANC which was considered clinically significant; WBC count remained within normal limits.  The patient's ANC was within normal limits on an additional evaluation done at Week 3.  At Weeks 4 and 8, the patient's ANC was low, but not clinically significant; WBCs were within normal limits.  At Weeks 12, 16, 20, and 24 (final), the patient's ANCs were clinically significantly low.  WBC counts were low but not clinically significant at Weeks 12 and 16, and within normal limits at Weeks 20 and 24.  No follow-up laboratory test results were reported.

See the table below for actual ANC and WBC values.

| Visit | ANC* (x $10^9$ cells/L) | WBC# (x $10^9$ cells/L) |
|---|---|---|
| Baseline | 1.8 | 4.0 |
| Week 2 | 1.3 | 4.0 |
| Week 3 | 1.9 | 4.3 |
| Week 4 | 1.7 | 3.9 |
| Week 8 | 1.6 | 4.0 |
| Week 12 | 1.3 | 3.5 |
| Week 16 | 1.3 | 3.7 |
| Week 20 | 0.7 | 3.8 |
| Final (Week 24) | 1.5 | 4.0 |

* ANC normal range = 1.8 to 8.0x$10^9$ cells/L
#WBC normal range = 3.8 to 10.8x$10^9$ cells/L

96

Patient 005/00503 (haloperidol) entered the trial with a clinically significantly low ANC and a normal WBC count.  The patient's ANC decreased further at Week 2; WBC count at this time remained within normal limits.  At Week 4, the patient's ANC was below normal limits, but not clinically significant; WBC count was within normal range.  At Week 8, the patient's ANC and WBC count were within normal limits.  The patient's ANC and WBC count remained within normal limits at the final evaluation 2 days later.

See the table below for actual ANC and WBC values.

| Visit | ANC*<br>(x $10^9$ cells/L) | WBC#<br>(x $10^9$ cells/L) |
|---|---|---|
| Baseline | 1.3 | 4.7 |
| Week 2 | 1.0 | 4.1 |
| Week 4 | 1.7 | 4.4 |
| Week 8 | 3.9 | 6.2 |
| Final (Week 8 additional) | 2.7 | 4.8 |

\* ANC normal range = 1.8 to 8.0x$10^9$ cells/L
#WBC normal range = 3.8 to 10.8x$10^9$ cells/L

Patient 018/01813 (SEROQUEL 600 mg), described below, had a clinically significant WBC value during the trial.

Patient 018/01813 (SEROQUEL 600 mg) entered the trial with normal WBC and ANC results.  At Week 8, the patient had a low WBC count  which was considered clinically significant; the patient's ANC was below normal limits but not clinically significant.  The patient's WBC count and ANC were within normal limits on an additional evaluation performed 9 days later (Day 66).  The patient completed the trial with no other WBC counts or ANCs outside the normal range.

See the table below for actual ANC and WBC values.

| Visit | ANC*<br>(x $10^9$ cells/L) | WBC#<br>(x $10^9$ cells/L) |
|---|---|---|
| Baseline | 2.8 | 4.3 |
| Week 8 | 1.6 | 2.6 |
| Day 66 | 3.81 | 5.7 |

\* ANC normal range = 1.8 to 8.0x$10^9$ cells/L
#WBC normal range = 3.8 to 10.8x$10^9$ cells/L

97

Three patients had clinically significant ANC and WBC values during the trial. These patients are discussed below.

Patient 018/01808 (SEROQUEL 300 mg) entered the trial with normal ANC and WBC results. At Week 4, the patient had a low ANC and a low WBC count, both of which were considered clinically significant. The patient's ANC and WBC count were within normal limits (1.86 and $5.1 \times 10^9$ cells/L , respectively) on an additional evaluation performed 5 days later (Day 33). The patient completed the trial with no other ANCs or WBC counts outside the normal range.

See the table below for actual ANC and WBC values.

| Visit | ANC* ($\times 10^9$ cells/L) | WBC# ($\times 10^9$ cells/L) |
|---|---|---|
| Baseline | 3.0 | 6.3 |
| Week 4 | 1.2 | 2.3 |
| Day 33 | 1.86 | 5.1 |

\* ANC normal range = 1.8 to $8.0 \times 10^9$ cells/L
\#WBC normal range = 3.8 to $10.8 \times 10^9$ cells/L

Patient 004/00404 (SEROQUEL 600 mg) entered the trial with normal WBC and ANC results. At Week 4, the patient had a low ANC and a low WBC count, both of which were considered clinically significant. The patient's ANC and WBC count were within normal limits on an additional evaluation performed 4 days later (Day 32). The patient had no other ANCs or WBC counts outside the normal range during his participation in the trial (through Week 17).

See the table below for actual ANC and WBC values.

| Visit | ANC* ($\times 10^9$ cells/L) | WBC# ($\times 10^9$ cells/L) |
|---|---|---|
| Baseline | 5.0 | 8.8 |
| Week 4 | 1.4 | 2.3 |
| Day 32 | 3.31 | 7.4 |

\* ANC normal range = 1.8 to $8.0 \times 10^9$ cells/L
\#WBC normal range = 3.8 to $10.8 \times 10^9$ cells/L

Patient 004/00402 (haloperidol) entered the trial with normal WBC and ANC results. At Week 12, the patient had a low WBC count which was considered clinically significant; the patient's ANC was below normal limits but not clinically significant. On an additional evaluation on Day 110, ANC and WBC count were within normal limits, and remained within normal limits up to Week 24. At Week 24, the patient had a low ANC which was considered clinically significant, and a WBC count below normal limits but not clinically significant. ANC and WBC counts were within normal limits on an additional evaluation 2 days later (Day 170). The patient completed the trial with no other ANC or WBC counts outside the normal range.

98

See the table below for actual ANC and WBC values.

| Visit | ANC* (x $10^9$ cells/L) | WBC# (x $10^9$ cells/L) |
|---|---|---|
| Baseline | 3.0 | 4.2 |
| Week 12 | 1.7 | 2.9 |
| Day 110 | 2.6 | 4.4 |
| Week 24 | 1.3 | 3.5 |
| Day 170 | 5.7 | 8.2 |

* ANC normal range = 1.8 to $8.0 \times 10^9$ cells/L
#WBC normal range = 3.8 to $10.8 \times 10^9$ cells/L

There were no clinically relevant findings in the descriptive statistics of the hematologic variables. There were no dose-response relationships for the hematologic variables or differences between the TID and BID dose regimens. There were very few instances of clinically significant WBC and/or ANC abnormalities and these findings generally occurred at similar frequencies across the treatment groups. Most were mild with ANCs less than $1.0 \times 10^9$ cells/L and WBC counts less than $3.0 \times 10^9$ cells/L occurring rarely. Most were isolated incidences with the counts generally returning to normal with samples drawn immediately upon receipt of the low count results. A number of patients had clinically significant values present at baseline that did not worsen during the trial. Therefore, these findings appear to represent benign fluctuations in WBCs and ANCs. No patient withdrew from the trial due to the development of WBC or ANC abnormalities, and there were no cases of agranulocytosis observed.

### 5.5.2    Clinical chemistry

| | |
|---|---|
| *Summary tables:* | *conversion factors - chemistry (non LFTs); T16.2.1* |
| | *descriptive statistics - chemistry (non LFTs); T16.2.2* |
| | *conversion factors - liver function tests; T16.3.1* |
| | *descriptive statistics - liver function tests; T16.3.2* |
| | *proportion of patients with clinically significant liver function test values; T16.3.3 and T16.3.4* |
| | *conversion factors - thyroid function tests; T16.4.1* |
| | *descriptive statistics - thyroid function tests; T16.4.2* |
| | *proportion of patients with clinically significant thyroid function test values; T16.4.3 and T16.4.4* |
| *Individual patient listings:* | *G14.2.1 to 14.2.4* |
| *Statistical appendix:* | *H9 to H10.2* |

The mean changes between baseline and final values for the serum chemistry results were reviewed for clinical significance. Mean values for the serum chemistry variables were generally within normal limits throughout the trial. No clinically important mean changes or trends were detected. There was no dose-response seen or qualitative differences between the TID and BID dose regimens among the SEROQUEL groups.

There were no statistically significant differences among treatment groups with respect to the proportions of patients with shifts in BUN, creatinine, albumin, glucose, sodium, potassium, or chloride from baseline to Week 24, Week 52, or the final evaluation.

99

**(i)        Liver function tests**

The mean changes in LFTs from baseline to the final evaluation were generally small in each treatment group.  For AST/SGOT and ALT/SGPT, similar mean increases from baseline were observed in the SEROQUEL groups, ranging from 1.90 to 2.29 U/L for AST/SGOT and from 2.03 to 2.68 U/L for ALT/SGPT.  In the haloperidol group, mean decreases from baseline were seen for AST/SGOT (-2.80 U/L) and ALT/SGPT (-4.50 U/L).

Table 40 summarizes the numbers and proportions of patients who had clinically significant post-baseline results for selected liver function tests.

**TABLE 40  Number of patients with clinically significant post-baseline results for selected liver function tests**

| Liver function test | Treatment group | | | |
|---|---|---|---|---|
| | SEROQUEL | | | Haloperidol |
| | 75 mg (n = 74) | 300 mg (n = 82) | 600 mg (n = 79) | (n = 40) |
| | n(%) | n(%) | n(%) | n(%) |
| AST/SGOT | 1 (1) | 2 (2) | 1 (1) | 0 |
| ALT/SGPT | 2 (3) | 4 (5) | 0 | 0 |

Nine SEROQUEL patients had clinically significant LFT elevations.  No patients in the haloperidol group had clinically significant LFT results.  These patients were as follows:

SEROQUEL 75 mg:      Patients 004/00405, 012/01212

SEROQUEL 300 mg:    Patients 035/03501, 003/00306, 006/00605, 011/01108, 019/01905, 026/02607

SEROQUEL 600 mg:    Patient 023/02308

Five patients had clinically significant ALT/SGPT elevations only, three patients had clinically significant AST/SGOT elevations only, and one patient had clinically significant ALT/SGPT and AST/SGOT elevations.  All five patients with clinically significant ALT/SGPT elevations only had AST/SGOT values which were above the upper limits of normal, although not within the defined clinically significant ranges.  One of these patients (Patient 003/00306 [SEROQUEL 300 mg]) had an elevation in alkaline phosphatase associated with the clinically significant ALT/SGPT elevation.  All three patients with clinically significant AST/SGOT elevations only had ALT/SGPT values which were above the upper limits of normal, although not within the defined clinically significant ranges.  Of the nine patients with clinically significant LFT elevations, four patients had LFTs at baseline which were above the upper limits of normal, but not within the defined clinically significant ranges, which then became clinically significant during the trial.

The maximum abnormal AST/SGOT value of 193 U/L (5 times the upper limit of normal) occurred in Patient 006/00605 (SEROQUEL 300 mg) at Week 2.  The patient's ALT/SGPT value at Week 2 was above normal limits, but not clinically significant (87 U/L, normal range 0 to 48 u/L).  This patient entered the trial with a normal AST/SGOT value of 25 U/L (normal range 0 to 41 U/L) and a normal ALT/SGPT value of 25 U/L.  At Week 4, the patient's AST/SGOT

100

(18 U/L) and ALT/SGPT (29 U/L) values were again within normal limits.  The patient completed
the trial with no other LFT results outside of the normal range.

The maximum abnormal ALT/SGPT value of 300 U/L (6 times the upper limit of normal)
occurred in Patient 019/01905 (SEROQUEL 300 mg) at Week 16.  This patient entered the trial
with an elevated ALT/SGPT value of 59 U/L (normal range 0 to 48 U/L).  At Week 2, the
ALT/SGPT value for this patient was increased to 109 U/L, which was above normal limits, but
not clinically significant.  The patient's AST/SGOT value was also above normal limits, but
clinically significant at Week 2 (44 U/L, normal range 0 to 41 U/L).  ALT/SGPT and AST/SGOT
values for this patient were within normal limits from Weeks 4 through 12.  The patient's
clinically significantly elevated ALT/SGPT value of 300 U/L at Week 16 was reported as an
adverse event (COSTART term ALT/SGPT increased).  (The patient's AST/SGOT value at Week
16 was above normal limits, but not clinically significant [85 U/L].)  The adverse event was
noted to last 12 days and was judged by the investigator to be moderate in intensity and
probably not related to trial treatment.  (The patient had an elevated ALT/SGPT value of 67 U/L
on an additional laboratory evaluation performed at Week 17.)  At Weeks 20 and 24, the
patient's ALT/SGPT values were elevated but not clinically significant (131 and 100 U/L,
respectively).  The patient's ALT/SGPT value increased to 171 U/L at Week 36, which was
considered clinically significant and was again reported as an adverse event.  This adverse
event was noted to last 85 days and was judged to be mild in intensity and probably not related
to trial treatment.  (An additional laboratory evaluation was performed at Week 44, with a
clinically significant ALT/SGPT result of 174 U/L.)  At the final evaluation (Week 52), the patient's
ALT/SGPT value was 140 U/L, which was above normal limits but not clinically significant.  The
patient's AST/SGOT values were elevated but not clinically significant from Weeks 20 through
52 (range of values 49 to 69 U/L).  No follow-up laboratory results were reported.

Patients' peak ALT/SGPT and AST/SGOT values generally occurred early in the trial.  For six of
the nine patients with clinically significant LFTs, the peak values had occurred by Week 4.  For
all of the nine patients with clinically significant LFTs, the peak values had occurred by Week
16.

Three of the nine patients with clinically significant LFT elevations during the trial had ALT/SGPT
and AST/SGOT values that decreased to within normal limits while still receiving SEROQUEL.
Three additional patients had ALT/SGPT and AST/SGOT values that were decreasing while
receiving SEROQUEL, but were still above the upper limit of the normal range at the final
evaluation.  The remaining three patients had their peak LFT elevations at the final evaluation.

AST/SGOT increased was reported as an adverse event for one patient who did not have
clinically significant ALT/SGPT or AST/SGOT elevations during the trial (Patient 016/01611
[SEROQUEL 300 mg]).  This patient is described below:

> Patient 016/01611 (SEROQUEL 300 mg) entered the trial with a normal AST/SGOT value
> of 16 U/L (normal range 0 to 41 U/L) and a normal ALT/SGPT value of 27 U/L (normal
> range 0 to 48 U/L).  At Week 2, AST/SGOT and ALT/SGPT values for this patient were
> within normal limits (32 U/L and 41 U/L, respectively).  At Week 4 (final), increased
> AST/SGOT was reported as an adverse event, which was rated as mild and probably not
> related to trial treatment.  At that time, the patient's AST/SGOT was 103 U/L and
> ALT/SGPT was 49 U/L, both of which were above normal limits but did not meet the
> criteria for clinical significance as defined in Section 2.8.4.  The adverse event was noted
> to be resolved after 16 days.

Overall, few patients had clinically significant LFT elevations, although all clinically significant elevations were in the SEROQUEL groups. There was no dose-response relationship among the SEROQUEL groups and no clear difference between the TID and BID dose regimens in terms of the proportions of patients with clinically significant LFT elevations. Most of the clinically significant elevations occurred early in the trial. Maximum AST/SGOT and ALT/SGPT elevations were 5 to 6 times the upper limit of normal.

**(ii)         Thyroid function tests**

The mean change from baseline to the final evaluation for thyroid function tests is presented in Table 41.

**TABLE 41  Mean change from baseline to final evaluation for thyroid function tests**

| Test | Treatment Group | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | SEROQUEL | | | | | | Haloperidol | |
| | 75 mg | | 300 mg | | 600 mg | | | |
| | n | mean change (SD) | n | mean change (SD) | n | mean change (SD) | n | mean change (SD) |
| Total $T_4$ (nmol/L) (57.9 to 160.9 nmol/L) | 69 | 0.52 (18.6) | 73 | -12.16 (22.0) | 69 | -24.02 (24.5) | 36 | 0.86 (24.2) |
| Free $T_4$ (pmol/L) (15.4 to 29.6 pmol/L) | 69 | -0.88 (3.8) | 73 | -1.50 (4.2) | 69 | -3.25 (3.0) | 38 | 0.68 (4.5) |
| Total $T_3$ (nmol/L) (1.3 to 2.8 nmol/L) | 68 | -0.05 (0.4) | 72 | -0.08 (0.4) | 69 | -0.19 (0.4) | 36 | -0.04 (0.4) |
| Reverse $T_3$ (nmol/L) (0.04 to 0.29 nmol/L) | 50 | -0.01 (0.1) | 62 | -0.01 (0.1) | 56 | -0.03 (0.1) | 32 | 0.01 (0.1) |
| TSH (µU/L) (0.4 to 5.5 µU/L) | 69 | -0.16 (0.9) | 73 | 0.03 (1.1) | 69 | -0.13 (1.3) | 38 | -0.14 (0.8) |
| TBG (nmol/L) (20592 to 43758 nmol/L) | 52 | -1114 (5490) | 63 | -1471 (5132) | 59 | -1112 (6397) | 32 | 1086 (4905) |

SD Standard deviation

Among the SEROQUEL groups, the mean decreases from baseline for total $T_4$, free $T_4$, and total $T_3$ appear to be dose-related. Mean decreases from baseline to the final evaluation were observed for total $T_4$ in the SEROQUEL 300-mg and 600-mg groups; slight increases were seen in the SEROQUEL 75-mg and haloperidol groups. For free $T_4$, mean decreases from baseline were observed in each SEROQUEL group; an increase in mean free $T_4$ was seen in the haloperidol group. Mean decreases from baseline were also observed in each SEROQUEL group for TBG, while an increase from baseline was observed in the haloperidol group. Mean decreases from baseline in TSH were similar in the SEROQUEL 75-mg, SEROQUEL 600-mg, and haloperidol groups; a slight mean increase in TSH was seen in the SEROQUEL 300-mg group. Changes from baseline in reverse $T_3$ were small in all treatment groups; the magnitude of the change from baseline was greatest in the SEROQUEL 600-mg group. The mean decrease from baseline in TBG was similar in each SEROQUEL group; an increase in TBG was seen in the haloperidol group.

The maximal decreases in thyroid function tests occurred within the first 4 weeks of the trial and generally were not progressive over time.

102

There was a statistically significant difference among treatment groups with respect to the proportions of patients with shifts in total $T_4$ from baseline to the final evaluation (p=0.0307). The majority of patients in all treatment groups had no change from baseline to final; however, one patient in the SEROQUEL 300-mg group (1.4%) and 6 patients (8.7%) in the SEROQUEL 600-mg group had a shift from normal total $T_4$ at baseline to low at the final evaluation.  There were no statistically significant differences among treatment groups with respect to the proportions of patients with shifts in free $T_4$, total and reverse $T_3$, TSH, or TBG.

Table 42 summarizes the numbers and proportions of patients who had clinically significant post-baseline results for thyroid function tests.

**TABLE 42  Numbers of patients with clinically significant post-baseline results for thyroid function tests\***

| Thyroid function test | Treatment group | | | |
|---|---|---|---|---|
| | SEROQUEL | | | Haloperidol |
| | 75 mg (n = 74) | 300 mg (n = 82) | 600 mg (n = 79) | (n = 40) |
| | n(%) | n(%) | n(%) | n(%) |
| Total $T_4$ | 2 (3) | 1 (1) | 6 (8) | 0 |
| Free $T_4$ | 1 (1) | 4 (5) | 13 (16) | 0 |
| Total $T_3$ | 0 | 2 (2) | 1 (1) | 0 |
| TSH | 2 (3) | 3 (4) | 1 (1) | 0 |

\*Some patients may appear more than once.

There was a dose-related increase in the SEROQUEL groups in the proportion of patients with clinically significant decreases in free $T_4$.  There was no clear dose-response in terms of the proportions of patients with clinically significant results for the other thyroid function tests, although the proportion of patients with clinically significant decreases in total $T_4$ was greatest in the SEROQUEL 600-mg group.  No clinically significant thyroid function tests were seen in the haloperidol group.

Thirty patients had clinically significant abnormalities in at least one thyroid function test during the trial.  Table 43 lists these patients by treatment group and abnormality.  Thyroid function test abnormalities were most frequently seen in the SEROQUEL 600-mg group.

103

**TABLE 43  Patients with clinically significant thyroid function tests**

| Treatment group | Thyroid function test abnormality | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total $T_4$ | Free $T_4$ | Total $T_3$ | TSH | Total $T_4$ + Total $T_3$ | Total $T_4$ + Free $T_4$ | Total $T_4$ + TSH |
| SEROQUEL 75 mg | 007/00702 | | | 017/01705* 018/01805 | | 014/01410* | |
| SEROQUEL 300 mg | | 004/00408 011/01107 011/01108 029/02908# | 018/01815 013/01309 | 030/03001 031/03101* | | | 014/01409* |
| SEROQUEL 600 mg | 002/00204 012/01213 | 005/00502 005/00515# 022/02205 023/02301 026/02606* 034/03404 020/02008 025/02503 029/02912* 034/03407 | | 029/02902# | 034/03410* | 004/00404 017/01701* 032/03203 | |

*Clinically significant at baseline
#Baseline value outside normal range but not clinically significant

Eight of the 30 patients listed above had at least one clinically significant thyroid function test abnormality at the baseline evaluation.

The majority of clinically significant thyroid function test results were decreased free $T_4$ levels. Six patients had clinically significant TSH elevations; only one of these was associated with a clinically significant decrease in total $T_4$.  This patient is described below.

> Patient 014/01409 (SEROQUEL 300 mg) entered the trial with a clinically significantly elevated TSH value of 10.3 $\mu$U/L (normal range 0.4 to 5.5 $\mu$U/L) and normal values for total $T_4$ (70.8 nmol/L, normal range 57.9 to 160.9 nmol/L) and free $T_4$ (18.0 pmol/L, normal range 15.4 to 29.6 pmol/L).  At Week 4, the patient's TSH was still clinically significantly elevated (10.6 $\mu$U/L); his total $T_4$ and free $T_4$ values were now below normal limits, but not clinically significant (56.6 nmol/L and 14.2 pmol/L, respectively).  At Week 12 (final), the patient's TSH remained clinically significantly elevated (10.9 $\mu$U/L) and his total $T_4$ was now clinically significantly low (46.3 nmol/L); free $T_4$ was within normal limits (18.0 pmol/L).  No follow-up laboratory results were reported.

Five patients received treatment with levothyroxine during the trial (4 SEROQUEL 75 mg, 1 SEROQUEL 600 mg).  The results of the baseline and final thyroid function tests for these five patients are presented in Table 44 below.

104

**TABLE 44  Thyroid function test results for patients treated with levothyroxine during the trial**

| Treatment | Center/ Patient | Total $T_4$ (nmol/L) (57.9 to 160.9) Baseline/final | Free $T_4$ (pmol/L) (15.4 to 29.6) Baseline/final | Total $T_3$ (nmol/L) (1.3 to 2.8) Baseline/final | TSH ($\mu$U/L) (0.4 to 5.5) Baseline/final |
|---|---|---|---|---|---|
| SEROQUEL 75 mg | 014/01410 016/01605 022/02208 024/02411 | 182 / 209 ND 81 / 90 108 / 115 | 39 / 45 ND 25 / 25 19 / 22 | 2.2 / 2.4 ND 1.9 / 2.8 1.9 / 1.9 | 1.0 / 0.8 ND 4.2 / 4.6 0.7 / 1.6 |
| SEROQUEL 600 mg | 006/00604 | 72 / 54 | 14 / 14 | 1.1 / 1.4 | 7.3 / 4.6 |

ND = not done

Of the five patients who received treatment with levothyroxine, only one patient (Patient 006/00604 [SEROQUEL 600 mg]) began treatment with levothyroxine after entering the randomized segment of the trial.  In addition, Patient 014/01410 was the only patient treated with levothyroxine who had a clinically significant thyroid function test result during the trial.  Patients who received treatment with levothyroxine experienced little change from baseline in their thyroid function test results.  Because four of the five patients who were treated with levothyroxine during the trial were in the SEROQUEL 75-mg group, the results are not conclusive.  A greater number of exposures to levothyroxine in patients treated with higher SEROQUEL doses is necessary to fully evaluate the effects of SEROQUEL treatment on peripheral thyroid hormone metabolism in euthyroid patients on thyroid replacement therapy.

The results of the analyses of thyroid function tests show that treatment with SEROQUEL was associated with dose-related decreases in total $T_4$, free $T_4$, and total $T_3$.  These findings are consistent with those from previous Phase II and III clinical trials of SEROQUEL.  Decreases in these thyroid function tests were seen after the first 4 weeks of treatment; no progressive decreases were seen over time.  There were no substantial changes in TSH associated with the decreases in total $T_4$, free $T_4$, and total $T_3$ and no progressive increases in TSH were seen over time.  No clinical hypothyroidism was seen.

### 5.5.3    Prolactin

*Summary tables:*                      *conversion factors - prolactin; T16.5.1*
                                       *descriptive statistics - prolactin; T16.5.2*

*Individual patient listings:*         *G14.3.1 to G14.3.3*

*Statistical appendix:*                *H11*

At baseline, mean prolactin concentrations in the SEROQUEL groups were slightly elevated and ranged from 23.11 to 29.47 $\mu$g/L (normal range 0 to 23 $\mu$g/L); the mean baseline prolactin concentration in the haloperidol group was 18.19 $\mu$g/L.  These elevated values at baseline were probably due to the patients' prior antipsychotic medication use.  Mean decreases from baseline to the final evaluation in prolactin concentrations were seen in all SEROQUEL groups, ranging from -12.70  $\mu$g/L (SEROQUEL 300 mg) to -19.22 $\mu$g/L (SEROQUEL 75 mg).  A mean increase in prolactin concentration of 3.32 $\mu$g/L from baseline to the final evaluation was seen in the haloperidol group.

There was a statistically significant difference among treatment groups with respect to the proportion of patients with shifts in prolactin from baseline to the final evaluation (p=0.0457).

105

In each treatment group, the greatest proportion of shifts were from high to normal; 12 patients (23.5%) in the SEROQUEL 75-mg group, 16 patients (25.4%) in the SEROQUEL 300-mg group, 11 patients (18.6%) in the SEROQUEL 600-mg group, and 4 patients (12.9%) in the haloperidol group had a shift from high at baseline to normal at the final evaluation.  Shifts from normal at baseline to high at the final evaluation were seen for 1 patient (1.7%) in the SEROQUEL 600-mg group and for 3 patients (9.7%) in the haloperidol group.

These results indicate that SEROQUEL, in contrast to standard antipsychotic agents, generally produced decreases from baseline in prolactin levels.

## 5.6     Ophthalmology

| | |
|---|---|
| *Summary tables:* | *frequencies for ophthalmologic parameters; T17.1* |
| | *frequencies for slit lamp evaluation; T17.2* |
| | *frequencies for lens opacities classification; T17.3.1 to T17.3.3* |
| *Individual patient listings:* | *G15.1 to G15.5* |
| *Statistical appendix:* | *H12* |

A baseline slit-lamp evaluation of the ocular lens was done at US centers for 34 patients in the SEROQUEL 75-mg group, 41 patients in the SEROQUEL 300-mg group, 42 patients in the SEROQUEL 600-mg group, and 22 patients in the haloperidol group.  Sixteen patients (8 SEROQUEL 75 mg, 1 SEROQUEL 300 mg, 4 SEROQUEL 600 mg, 3 haloperidol) had a normal overall slit-lamp rating at baseline and at least one abnormal post-baseline overall slit-lamp rating.  For 6 of these patients (2 SEROQUEL 75 mg, 1 SEROQUEL 300 mg, 2 SEROQUEL 600 mg, 1 haloperidol), the change was considered by the investigator to be clinically significant.  Two additional patients (1 SEROQUEL 600 mg, 1 haloperidol) had changes considered by the investigator to be clinically significant, although their baseline ratings were abnormal.

A total of 21 patients at Canadian centers had ophthalmologic examinations, which included slit-lamp evaluations of the ocular lens, cornea, and anterior chamber and LOCS III evaluations.

Four Canadian patients (Patient 029/02909 [SEROQUEL 75 mg], Patient 029/02904 [SEROQUEL 300 mg], Patient 029/02902 [SEROQUEL 600 mg], and Patient 027/02702 [haloperidol]) had normal baseline evaluations for ocular lens and at least one abnormal post-baseline evaluation for ocular lens; the investigator considered these changes to be clinically significant for the three patients in the SEROQUEL groups.  No patient in any treatment group had a normal baseline and abnormal post-baseline evaluation of the cornea or anterior chamber.

All follow-up opthalmologic examinations, when available, are provided in the narratives. Opthalmologic examinations were performed at baseline and during treatment by the same physician, unless otherwise noted.

Narratives for US and Canadian patients with clinically significant changes in the slit-lamp examination of the lens are presented below.

The following patients had abnormalities noted at baseline and clinically significant changes in the slit-lamp examination.

Patient 023/02306 (SEROQUEL 600 mg), a 42-year-old, white man, was noted to have abnormal lenses bilaterally with four fine cortical opacities (spokes) in the right lens and

106

one fine cortical opacity (spokes) in the left lens noted on baseline ophthalmologic examination.  These abnormalities continued to be noted at Weeks 12 and 24, with new bilateral anterior and posterior cortical opacities noted on the Week 24 examination.  These abnormalities were noted to be clinically significant changes from the baseline examination.  At the Week 36 (final) examination, further fine anterior cortical spoking was noted to have occurred.  The new anterior and posterior cortical opacity (right and left eyes), new fine anterior cortical spokes (right eye), and new fine anterior cortical opacity (left eye) were reported as adverse events (COSTART term cataract specified), which were mild in intensity and probably not related to trial treatment.  The same physician examined the patient at all visits.

Patient 035/03502 (haloperidol), a 44-year-old, white man, had a baseline ophthalmologic examination which noted bilateral abnormalities of the lens including a posterior subcapsular cataract with early anterior capsular changes in the right eye and a posterior subcapsular cataract with definite anterior capsular changes in the left eye.  Nuclear sclerosis was noted bilaterally at the Week 12 examination along with increasing posterior subcapsular changes and early anterior subcapsular changes in the right eye and increasing posterior and anterior subcapsular changes in the left eye.  These findings were considered clinically significant changes from the baseline examination.  Anterior and posterior subcapsular opacities were noted bilaterally at the Weeks 24 and 36 examinations, and these findings were also noted as clinically significant changes from baseline.  The changes had increased bilaterally, particularly in the right eye, at the Week 36 examination.  At the Week 52 (final) examination, the patient was noted to have a lens implant in the right eye after cataract surgery and the anterior and posterior subcapsular changes were noted in the left eye.  The patient had a history of diabetes and the ophthalmologist believed that the cataracts were associated with diabetes and that the changes over time were a normal progression in a diabetic patient.  The nuclear sclerosis (COSTART term eye disorder) and the increased subcapsular changes in the right and left eyes (COSTART term cataract specified) were reported as adverse events for this patient.  These adverse events were considered moderate in intensity and not related to trial treatment.  Cataract surgery (COSTART term cataract specified) was noted as a serious adverse event because it led to hospitalization.

The following patients were noted to have normal examinations at baseline and abnormal examinations at subsequent visits which were considered clinically significant changes.

Patient 007/00702 (SEROQUEL 75 mg), a 34-year-old, white woman, had a normal baseline ophthalmologic examination.  At the Week 12 examination, opacifications were noted in the right eye which were determined to be a clinically significant change from the baseline examination.  Right eye lens opacities (COSTART term cataract specified) were reported as an adverse event by the investigator, but the event did not lead to withdrawal.  The adverse event was considered by the investigator to be mild and not related to trial treatment.

Patient 013/01308 (SEROQUEL 75 mg), a 43-year-old, white man, had normal baseline and Week 12 ophthalmologic examinations.  At the Week 24 examination, fine gold flakes on the anterior lens surface were noted bilaterally.  These abnormalities were deemed to be clinically significant changes from the baseline examination.  The Week 24 examination was conducted by a different ophthalmologist than the one who conducted the baseline assessment.  The investigator and the ophthalmologist believed that the

107

abnormal findings at Week 24, which were considered clinically significant changes from baseline, represented a lower threshold for calling findings abnormal by different examiners.  The fine golden flakes on the anterior lens surface of both eyes (COSTART term eye disorder) were reported as an adverse event for this patient.  The adverse event was considered mild and had an undetermined relationship to trial treatment.

Patient 029/02909 (SEROQUEL 75 mg), a 28-year old, white man, had a normal baseline ophthalmologic examination.  At the Week 12 examination, a faint zone of specular cortical haze in the inferior peripheral lens was noted in the right lens with similar, although milder, findings noted in the left lens.  These abnormalities were deemed to be clinically significant changes from the baseline examination.  Photographs of the lenses were submitted to the Boston consulting group for evaluation and they noted some changes which did not reach the threshold of being clinically significant (LOCS III cortical cataract score from 0.2 to 1.0 with a change of at least 1.0 being considered clinically significant).  The ocular lenses on the Weeks 24, 36, and 38 (final) examinations were normal and it was noted at each visit that there were no clinically significant changes from the baseline examination.  The same optometrist performed each of the examinations.  The abnormal ocular lens examination of the right and left eyes (COSTART term eye disorder) was considered an adverse event, which was mild in intensity and had an undetermined relationship to trial treatment.

Patient 013/01309 (SEROQUEL 300 mg), a 43-year-old, Hispanic women, had a normal baseline ophthalmologic examination.  At the Week 12 examination, fine snowflake cataract opacities were noted bilaterally.  Visual acuity decreased from 20/15 bilaterally to 20/25 bilaterally.  These abnormalities were deemed to be clinically significant changes from baseline.  The ophthalmologist did note that the abnormalities were very peripherally located and that they could have been missed by the ophthalmologist performing the baseline examination if the patient's eyes were not adequately dilated.  At the Week 24 examination, a few small punctate and discrete focal anterior and posterior cortical opacities were noted in the lens periphery bilaterally.  These abnormalities were deemed to be clinically significant changes from baseline and were also noted at the Weeks 36, 44, and 52 (final) examinations.  Photographs were taken at Week 36 and there was no documented progression of the ocular findings from the Week 24 examination.  Abnormalities were also noted to be stable at Weeks 44 and 52.  The patient entered the open-label extension and was withdrawn after 12 weeks.  A nonprotocolled follow-up ophthalmologic examination revealed that the lens abnormalities persisted and it was noted that there had been no changes in the findings for 1 year.  Visual acuity was 20/25 in the right eye and 20/20 in the left eye.  The bilateral opacities noted on eye examination (COSTART term cataract specified) were reported as an adverse event for this patient and had an undetermined relationship to trial treatment.  Although the patient had no history of diabetes mellitus (although there was a family history), throughout the trial she was noted to have elevated fasting glucose levels and the ophthalmologist strongly suspected that these cataracts were related to diabetes.  The patient was referred to a diabetes clinic for further evaluation and no further information was available.

Patient 029/02904 (SEROQUEL 300 mg), a 34-year-old, white man, had normal baseline and Week 12 ophthalmologic examinations.  At the Week 24 examination, bilateral peripheral granular cortical haze was noted.  These abnormalities represented a clinically

108

significant change from the baseline examination.  Lens photographs were taken at the time and submitted to the Boston consulting group for evaluation.  They noted no significant changes from prior photographs based on LOCS III grading of the lens photographs.  There were no changes in the bilateral peripheral cortical haze noted at the Week 36 examination.  The Week 52 (final) examination was normal and it was noted that there was no clinically significant change from the baseline examination.  The same optometrist examined that patient at each visit.  The patient entered the open label extension trial and three months later the ophthalmologic examination was normal.  The abnormal slit lamp examination of the ocular lens (right and left eyes) (COSTART term eye disorder) was reported as an adverse event which was mild in intensity and had an undetermined relationship to trial treatment.

Patient 023/02301 (SEROQUEL 600 mg), a 46-year-old, white woman, had normal baseline and Weeks 12 and 24 ophthalmologic examinations.  At the Week 36 examination, scattered punctate opacities of the anterior and posterior cortex were noted bilaterally as well as a few scattered punctate opacities of the nucleus bilaterally.  These findings represented clinically significant changes from the baseline examination.  The bilateral scattered punctate opacities of the anterior and posterior cortex (COSTART term abnormal vision) and the few bilateral scattered punctate opacities of the nucleus (COSTART term cataract specified) were noted as adverse events, which were mild in intensity and probably not related to trial treatment.  It should be noted that all examinations up to the Week 36 examination were performed by the same ophthalmologist.  The Week 36 examination was performed by a new physician.  The investigator believed that it was likely that the findings were present at baseline and the initial, and subsequent, examiners had different thresholds for labeling findings as being abnormal.  The patient refused the Week 52 examination and further follow-up is unavailable.

Patient 023/02308 (SEROQUEL 600 mg), a 23-year-old, white man, had a normal baseline ophthalmologic examination.  At the Week 12 (final) examination, mild bilateral posterior subcapsular cataracts were noted.  Abnormalities in both lenses were determined to be clinically significant changes from the baseline examination.  The mild posterior subcapsular cataracts (right and left eyes) were considered adverse events (COSTART term cataract specified), which were determined to be mild in intensity and probably related to trial treatment.  It should be noted that the Week 12 examination was performed by a different ophthalmologist than the baseline examination.

Patient 029/02902 (SEROQUEL 600 mg), a 51-year-old, white woman, had normal baseline and Week 12 ophthalmologic examinations.  At the Week 24 (final) examination, a tiny central opacity was noted in the right lens.  This abnormality was deemed a clinically significant change from the baseline examination.  The examining optometrist took photographs of the lens and submitted them to the consulting group in Boston, who reviewed the photographs opposite photographs from prior visits and found no significant change based on LOCS III grading of the lens photographs.  The patient entered the open-label extension and 2 weeks later was withdrawn. The final ophthalmologic examination at withdrawal noted a fracture-like opacity of the right lens.  These findings were considered a clinically significant change from the examination performed at entry into the randomized phase of the study.  A nonprotocolled follow-up examination 3 months later was normal and it was noted that there were no clinically

significant changes from the examination performed at entry to the randomized portion of the study.  The same optometrist examined the patient at each visit.  The right lens opacity was reported as an adverse event (COSTART term cataract specified), which was mild in intensity and probably related to trial treatment.

Patient 004/00402 (haloperidol), a 28-year-old, white man, had a normal baseline ophthalmologic examination.  At the Week 12 examination, trace nuclear sclerosis and a few tiny white specks in the lens inferonasally were noted in the right eye and trace nuclear sclerosis was noted in the left eye.  Both eyes were deemed abnormal and were a clinically significant change from the baseline examination.  Different ophthalmologists conducted the baseline and Week 12 examinations.  The examiner conducting the Week 12 examination was unclear whether the findings were new or were present at baseline but not commented on because of the variability in labeling findings abnormal between examiners.  The new examiner at the Week 24 examination noted the same findings and deemed them probably to be physiologic and a normal variant bilaterally and noted that there were no clinically significant changes from the baseline examination.  The Week 36 examination noted the findings (trace flecks) bilaterally and felt they were not clinically significantly changed from baseline.  The Week 52 (final) examination noted no abnormalities and no clinically significant changes from the baseline examination.

The following patients had normal baseline examinations and had abnormalities at subsequent visits that were not deemed clinically significant changes.

Patient 003/00307 (SEROQUEL 75 mg), a 35-year-old, black man, had a normal baseline ophthalmologic examination, not included in the analysis datasets at the 1 June 1995 data cutoff date.  (The CRF for the baseline examination originally noted a normal left ocular lens but contained the comment, "Minute cortical opacity on left eye.  Pre-existing condition confirmed by ophthalmology."  The investigator subsequently revised the CRF to denote the left eye as being abnormal on 29 August 1995, which was after the data cutoff date of 1 June 1995.)  The Weeks 12, 24, and 36 examinations were also normal.  At the Week 52 (final) examination, pinpoint opacities were noted bilaterally.  These abnormalities were not deemed to be clinically significant changes from the baseline examination.

Patient 003/00311 (SEROQUEL 75 mg), a 34-year-old, white man, had a normal baseline ophthalmologic examination.  At the Week 12 (final) examination, bilateral anterior crystal-type changes of the lens were noted.  These abnormalities were not deemed to be clinically significant changes from baseline examination.  It was noted that this examination was done by a different ophthalmologist than performed the baseline examination.

Patient 013/01301 (SEROQUEL 75 mg), a 56-year-old, black man, had a normal baseline ophthalmologic examination.  At the Week 12 examination, 1+ nuclear sclerosis was noted bilaterally.  These abnormalities were not deemed clinically significant changes from the baseline examination.  The 1+ nuclear sclerosis in both eyes (COSTART term eye disorder) was reported as an adverse event for this patient, which was mild in intensity and had an undetermined relationship to trial treatment.  The investigator and the last ophthalmologist believed that the discrepancies in the findings at the Week 12 examination were due to different examining ophthalmologists who had different

110

thresholds for recording findings as being abnormal.  The Weeks 24 and 36 (final)
examinations were normal and no clinically significant changes from baseline were
noted.

Patient 019/01903 (SEROQUEL 75 mg), a 46-year-old, white woman, had normal
baseline and Weeks 12 and 24 ophthalmologic examinations.  At the Week 36
examination, bilateral 1/2+ nuclear sclerosis was noted.  These abnormalities were not
deemed clinically significant changes from the baseline examination.  The Week 52 (final)
examination also demonstrated the same abnormalities as seen at Week 36, and these
abnormalities were again not deemed to be clinically significantly changed from the
baseline examination.

Patient 024/02401 (SEROQUEL 75 mg), a 62-year-old, black woman, had normal
baseline and Week 12 ophthalmologic examinations.  At the Week 24 examination,
dust-like stellate pigment of the anterior surface of the lens was noted bilaterally.  These
abnormalities were not deemed to be clinically significant changes from the baseline
examination.  The Week 36 examination noted the same abnormality and that there had
been no clinically significant change from the baseline examination.

Patient 034/03409 (SEROQUEL 75 mg), a 32-year-old, white man, had normal baseline
and Week 12 ophthalmologic examinations.  A Week 24 examination was not completed.
At the Week 36 examination, slightly lacy posterior capsules were noted bilaterally and
were also noted not to have changed from previous examinations.  These abnormalities
were not deemed to be clinically significant changes from the baseline examination.

Patient 011/01103 (SEROQUEL 600 mg), a 37-year-old, white woman, had a normal
baseline ophthalmologic examination, although vacuoles were noted bilaterally and one
white speck was noted in the cortex of the right lens.  At the Week 12 examination,
bilateral anterior capsular pigment was noted which was not a clinically significant
change from baseline.  At the Week 24 examination, bilateral vacuoles were noted to
have continued from the previous examinations, but there was no comment on anterior
capsular pigmentation.  These abnormalities were not deemed to be a clinically
significant change from the baseline examination.  The Week 36 (final) examination
noted the small central vacuoles bilaterally, without pigmentation noted, and that these
abnormalities did not represent clinically significant changes from the baseline
examination.  A nonprotocolled follow-up examination 3 months later was deemed
normal bilaterally.  The examining ophthalmologist agreed with the previous findings,
commented that each examination was done by a different physician, and noted that the
findings were likely congenital opacifications.

Patient 015/01504 (SEROQUEL 600 mg), a 53-year-old, white man, had normal baseline
and Week 12 ophthalmologic examinations.  At Week 24, mild nuclear sclerosis was
noted bilaterally.  These abnormalities were not deemed to be clinically significant
changes from the baseline examination.  The Week 24 examination was performed by a
different ophthalmologist than the examiner at baseline.  At the Week 36 examination,
trace nuclear sclerosis was noted bilaterally which had not changed significantly from
baseline.  The Week 52 (final) examination was normal bilaterally and nuclear sclerosis
was not noted.  This examination was conducted by the same physician who performed
the baseline examination.

111

Patient 001/00104 (haloperidol), a 39-year-old, white man, had normal baseline and Weeks 12 and 24 ophthalmologic examinations.  At the Week 36 examination, trace conjunctivitis, which was not deemed clinically significant, was noted in the right eye.  The Week 52 (final) examination was normal and no clinically significant changes from baseline were noted.

Patient 015/01505 (haloperidol), a 41-year-old, black man, had normal baseline and Week 12 ophthalmologic examinations.  At the Week 36 examination, a localized cortical cataract of the right lens was noted as being unchanged from previous examinations and not significant.  The abnormal finding was not deemed a clinically significant change from baseline.  It was noted that a different ophthalmologist evaluated the patient at the Week 36 examination.  The Week 52 (final) examination was normal and no clinically significant changes were noted from the baseline examination.

The following patient had a normal baseline examination and abnormalities noted at a subsequent visit which were not deemed clinically significant changes from baseline.  In retrospect, it was determined that the baseline examination was entered into the database incorrectly and that the abnormalities noted at the subsequent visit had been present at baseline.

Patient 027/2702 (haloperidol), a 27-year-old, white man, had a baseline ophthalmologic examination which revealed an abnormal left anterior chamber with the comment "central nuclear opacity."  Lens assessment was missing and therefore assumed, conservatively, to be normal. At the Week 12 (final) assessment, normal anterior chambers were noted bilaterally and both lenses were noted to be abnormal because of a central nuclear opacity of the right lens with fine specks around the equator of the lens and a central nuclear opacity of the left lens.  The findings did not represent clinically significant changes from baseline.  It was later determined that the baseline assessment was incorrectly entered into the database and both anterior chambers were normal and both lenses were abnormal with the same comments noted as for the Week 12 (final) assessment.

One additional patient, described below, had abnormal vision reported as an adverse event, but did not have any changes noted on ophthalmologic examination during the trial.

Patient 006/00601 (SEROQUEL 75 mg), a 24-year-old, white man, had an abnormal overall slit-lamp rating at baseline; small posterior subcapsular opacities bilaterally were noted.  No clinically significant changes were noted from the baseline examination on the Week 12 or final ophthalmologic examination.  On Day 30, visual disturbance (COSTART term abnormal vision) was reported as an adverse event for this patient.  The adverse event was considered mild in intensity and probably related to trial treatment.

The LOCS III evaluations showed a number of changes from baseline to the final evaluation.  In general, the proportions of patients with changes indicating worsening were similar among the SEROQUEL and haloperidol groups.  However, there appeared to be a slight increase in the proportion of patients in the SEROQUEL 300-mg group with worsened nuclear opalescence and nuclear color.  In the SEROQUEL 300-mg group, 3 of the patients evaluated (50%) had worsening in nuclear opalescence compared with 1 patient (25%) in the SEROQUEL 75-mg group, 1 patient (17%) in the SEROQUEL 600-mg group, and no patients in the haloperidol group.  Three patients evaluated in the SEROQUEL 300-mg group (50%) also had

112

worsening nuclear color, compared with no patients in the SEROQUEL 75-mg or 600-mg groups and 1 patient (25%) in the haloperidol group.

Across all LOCS III categories, the magnitude of worsening was generally in the range of 0.1 to 0.3 points. Increases of 0.9 to 1.0 points or less on any LOCS III category at the slit lamp (0.7 points or less on LOCS III grading of lens photographs) are not considered clinically significant (Dr. L. Chylack, personal communication). The changes noted were, therefore, not considered clinically significant.

All ophthalmologic slit-lamp exmination data, including case narratives, and LOCS III data were reviewed by an external consultant, Dr. Leo Chylack, Professor of Ophthalmology, Harvard Medical School, and Chief, Division of Ophthalmology, Brigham and Women's Hospital, Boston, Massachusetts, USA. His conclusions are summarized below and in the discussion section of this clinical trial report.  Appendix A presents a report from Dr. Chylack, dated 23 June 1996, regarding all ophthalmologic slit-lamp data and LOCS III data.

Overall, the results of the slit-lamp examinations of the ocular lens support the view that SEROQUEL has no clinically relevant effect on the ocular lens.  Ocular changes noted were of a very minor nature, were noted in all treatment groups, and were not related to the dose of SEROQUEL administered.  The LOCS III data support the slit lamp examination results, that SEROQUEL had no clinically relevant effect on the ocular lens.

## 5.7    Electrocardiograms

| | |
|---|---|
| *Summary tables:* | *descriptive statistics for ECGs; T18.1* |
| | *frequencies of clinically significant abnormalities in overall ECG* |
| | *interpretation; T18.2 and T18.3* |
| *Individual patient listings:* | *G16.1 and G16.2* |
| *Statistical appendix:* | *H13* |

Mean increases from baseline to the final evaluation were seen for atrial and ventricular rates in the SEROQUEL groups, with mean increases of 1.89, 10.54, and 7.63 bpm in the SEROQUEL 75-mg, 300-mg, and 600-mg groups, respectively.  A mean decrease in atrial and ventricular rates of -3.00 bpm was seen in the haloperidol group from baseline to the final evaluation. Mean changes from baseline to the final evaluation for PR interval, QRS interval, QTc interval, and QT interval were small in all treatment groups.

Twenty-five patients (7 SEROQUEL 75 mg, 8 SEROQUEL 300 mg, 7 SEROQUEL 600 mg, and 3 haloperidol) had clinically significant ECG findings during the trial.

Twelve patients (4 SEROQUEL 75 mg, 4 SEROQUEL 300 mg, 2 SEROQUEL 600 mg, and 2 haloperidol) had clinically significant ECG findings at baseline and no clinically significant changes during treatment.  These patients are described below.

Patient 013/01301 (SEROQUEL 75 mg), a 56-year-old, black man, had findings consistent with right ventricular hypertrophy noted on the baseline ECG evaluation.  No abnormalities were noted in subsequent ECG findings or at the final (Week 36) ECG evaluation.

Patient 022/02202 (SEROQUEL 75 mg), a 51-year-old, black man, had sinus tachycardia (atrial rate = 119 bpm) and findings consistent with a possible septal infarction, age

113

undetermined, on the baseline ECG evaluation.  These findings did not preclude the
patient's entry into the trial.  No clinically significant abnormalities were noted at the
Week 12 (final) ECG evaluation.

Patient 026/02608 (SEROQUEL 75 mg), a 31-year-old, white woman, had tachycardia
(atrial rate = 128 bpm) and QRS and ST segment abnormalities noted at the baseline
ECG evaluation.  It was noted that the patient had these abnormalities since childhood
and she was cleared for study participation.  No clinically significant abnormalities were
noted at the final (Week 12) ECG evaluation.

Patient 021/02101 (SEROQUEL 75 mg), a 61-year-old, black man, had Q waves noted in
II, III, and avF, which were felt to be consistent with an old inferior myocardial infarction
repolarization abnormality.  No changes since the baseline ECG evaluation were noted at
the final (Week 12) ECG evaluation.

Patient 026/02605 (SEROQUEL 300 mg), a 62-year-old, white woman, had left axis
deviation and ST segment and T wave abnormalities at the baseline ECG evaluation.  It
was noted that the patient had a history of a mild myocardial infarction 7 months prior to
entry into the trial.  A medical consult cleared her for trial participation.  No clinically
significant abnormalities were noted at subsequent ECG evaluations, including the
Week 52 (final) ECG evaluation.

Patient 035/03501 (SEROQUEL 300 mg), a 44-year-old, white man, had findings
consistent with left branch bundle block noted on the baseline ECG evaluation, which
did not preclude entry into the trial.  No change in the left branch bundle block was
noted at the Week 52 (final) ECG evaluation.

Patient 026/02607 (SEROQUEL 300 mg), a 52-year-old, Asian man, had left axis
deviation and P wave, QRS, ST segment, and T wave abnormalities noted at the baseline
ECG evaluation, which did not preclude trial entry.  No changes in the baseline ECG
findings were noted at the Week 12 (final) ECG evaluation.

Patient 029/02905 (SEROQUEL 300 mg), a 37-year-old, white man, had a nonspecific
intraventricular conduction delay (QRS = 0.08) at the baseline ECG evaluation.  The
investigator noted the abnormality would not interfere with trial participation.  No new
changes from the baseline ECG findings were noted at the Week 12 (final) ECG
evaluation (QRS = 0.110).

Patient 019/01907 (SEROQUEL 600 mg), a 66-year-old, white woman, had findings
consistent with a left bundle branch block on the baseline ECG evaluation, which did not
preclude trial entry.  Left bundle branch block was noted at subsequent (Weeks 12 and
24) ECG evaluations.  The Week 36 (final) ECG evaluation showed no ECG abnormalities
including no evidence of left bundle branch block.

Patient 026/02613 (SEROQUEL 600 mg), a 47-year-old, black man, had left axis
deviation and first-degree AV block (PR = 0.296) noted on the baseline ECG, which did
not preclude entry into the trial.  No changes from baseline were noted on the Week 12
(final) ECG (PR = 0.232).

Patient 005/00509 (haloperidol), a 40-year-old, black woman, had left atrial abnormalities
and left ventricular hypertrophy by voltage criteria noted on the baseline ECG evaluation,

114

which did not preclude trial entry.  The patient had no clinically significant ECG findings at the Week 12 (final) visit; ECG abnormalities were no longer present.

Patient 022/02206 (haloperidol), a 28-year-old, black man, had ST elevations which were possibly related to early repolarization, pericarditis, or injury, and nonspecific ST segment and T wave abnormalities noted on the baseline ECG evaluation.  These findings did not preclude entry into the trial.  No changes from the baseline ECG findings were noted on the Week 12 (final) ECG evaluation.

The following 13 patients (3 SEROQUEL 75 mg, 4 SEROQUEL 300 mg, 5 SEROQUEL 600 mg, and 1 haloperidol) had clinically significant ECG changes postbaseline.

Patient 003/00307 (SEROQUEL 75 mg), a 35-year-old, black man, had no clinically significant ECG findings at baseline.  The final (Week 52) ECG was considered clinically significant because premature atrial complexes were no longer present.

Patient 003/00309 (SEROQUEL 75 mg), a 34-year-old, Hispanic man, had no clinically significant ECG findings at baseline.  At the Week 12 (final) ECG evaluation, premature atrial complexes were noted.  Premature atrial complexes (COSTART term supraventricular extrasystoles) were recorded as an adverse event on Day 32 and continued throughout the trial.  The event was considered mild in intensity, ongoing with no treatment, and probably related to trial treatment.

Patient 027/02710 (SEROQUEL 75 mg), a 40-year-old, white man, had no clinically significant abnormalities noted at the baseline ECG evaluation.  The investigator noted a possible epicardial injury at the final (Week 12) ECG evaluation.  There were no substantial changes from baseline in heart rate, rhythm, or conformation noted on the final ECG evaluation.

Patient 002/00201 (SEROQUEL 300 mg), a 43-year-old, white man, had no clinically significant abnormalities noted at the baseline ECG evaluation.  Sinus tachycardia (atrial rate = 102 bpm) was noted on the patient's final (Week 12) ECG evaluation.

Patient 029/02910 (SEROQUEL 300 mg), a 32-year-old, black woman, had no clinically significant abnormalities noted at the baseline ECG evaluation.  At her Week 24 ECG evaluation, the investigator noted nonspecific T wave abnormalities in the anteroseptal leads and a small Q wave in avF.  No clinically significant abnormalities were noted at subsequent ECG evaluations, including the Week 52 (final) ECG evaluation.

Patient 001/00103 (SEROQUEL 300 mg), a 32-year-old, white man, had no clinically significant abnormalities noted at the baseline ECG evaluation. The patient had ECG findings showing sinus tachycardia (atrial rate = 120 bpm) at the Week 12 (final) ECG evaluation.

Patient 021/02106 (SEROQUEL 300 mg), a 62-year-old, black man, had a Q wave abnormality in the anterior precordial leads consistent with a possible old myocardial infarction, age indeterminate, noted on the baseline ECG evaluation, which did not preclude entry into the trial.  The Week 12 ECG evaluation showed more prominent Q waves in the precordial leads consistent with a possible old anterior myocardial infarction.  These findings were considered an adverse event (COSTART term

115

electrocardiogram abnormal), which was noted to be mild in intensity, ongoing with no treatment, and undetermined in relationship to trial treatment.  Subsequent ECGs showed no changes.  The Week 52 (final) ECG evaluation showed Q waves in the anterior precordial leads ($V_1$ to $V_3$) consistent with an old anteroseptal myocardial infarction.

Patient 005/00502 (SEROQUEL 600 mg), a 63-year-old, black woman, had no clinically significant abnormalities noted at the baseline ECG evaluation, although possible right atrial enlargement and poor R wave progression consistent with pulmonary or right ventricle disease were noted.  The patient had no clinically significant abnormalities noted at the Week 12 ECG evaluation; right axis deviation and QTc prolongation were present but these were likely related to incorrect lead placement (right and left arm leads reversed).  Sinus tachycardia (104 bpm), right axis deviation, and nonspecific ST segment abnormalities which were considered clinically significant, were present at the interim ECG evaluation.  A subsequent ECG evaluation at Week 36 noted QTc prolongation (0.44 at baseline, 0.407 at Week 12, 0.468 at the interim evaluation, 0.50 at Week 36), with clinically significant minor prolongation (0.47) at the Week 52 (final) ECG evaluation.

Patient 018/01813 (SEROQUEL 600 mg), a 42-year-old, white man, had no clinically significant abnormalities noted at the baseline ECG evaluation.  The patient had inverted T wave ECG findings at Week 36, which was considered an adverse event.  This event was considered mild in intensity and probably related to trial treatment.  The patient recovered; a repeat ECG evaluation performed the following week was normal.  The patient had no clinically significant ECG findings at the Week 52 (final) visit.

Patient 012/01204 (SEROQUEL 600 mg), a 22-year-old, white man, had no clinically significant abnormalities noted at the baseline ECG evaluation (PR = 0.196).  The patient had no clinically significant ECG findings at Week 36 and Week 52 (final) (Week 52 PR = 0.188).  First-degree AV block was noted at the Week 24 ECG evaluation and was considered an adverse event (PR = 0.220).  The event was considered mild in intensity, and undetermined in relationship to trial treatment. The patient recovered.

Patient 012/01213 (SEROQUEL 600 mg), a 42-year-old, white man, had no clinically significant abnormalities noted at the baseline ECG evaluation.  QRS abnormalities were noted at the Week 12 (final) ECG evaluation.  It was noted that an old inferior infarction was possible, but that the abnormality was more likely due to lead placement.

Patient 029/02915 (SEROQUEL 600 mg), a 20-year-old, white man, had no clinically significant abnormalities noted at the baseline ECG evaluation, although a slight ST elevation was noted in the inferior leads, which represented a normal variant and did not preclude trial entry.  ST segment J-point elevations in the $V_2$ to $V_4$ leads were noted at the Week 12 (final) ECG evaluation, which were evaluated as probably being a variant of normal.

Patient 028/02804 (haloperidol), a 36-year-old, white man, had no clinically significant abnormalities noted at the baseline ECG evaluation.  T wave inversion in the precordial leads ($V_2$ and $V_3$) was noted at the Week 12 (final) ECG evaluation and was considered an adverse event.  The event was considered moderate in intensity, ongoing with no treatment, and probably not related to trial treatment.

116

Other than slight mean increases in heart rate in the SEROQUEL groups, there were no consistent clinically relevant changes in ECGs during the trial.  The analysis of rates and intervals showed no evidence of conduction abnormalities, no arrhythmias, and no conformation changes associated with SEROQUEL treatment.  A number of patients with normal ECGs at baseline developed clinically significant findings, but the incidences of these cases were similar in the SEROQUEL groups and the haloperidol group.  There was no evidence of an increase in ECG abnormalities with SEROQUEL dose.  There were a wide range of findings (eg, sinus tachycardia, premature atrial complexes, first degree AV block, ST-T wave abnormalities), but they were generally transient and often resolved with ongoing trial treatment.

## 5.8     Vital signs and weight

*Summary tables:*          descriptive statistics for vital signs; T19.1
                           *frequencies of clinically significant abnormal vital signs during
                           randomized treatment; T19.2 and T19.3*

*Individual patient listings:*   *G17.1 to G17.3*

Descriptive statistics for supine and standing blood pressure and temperature did not reveal any clear relationship to dose or duration of treatment.

Table 45 presents the mean changes from baseline in pulse and weight at the final evaluation.

**TABLE 45  Mean changes from baseline in pulse and weight at the final evaluation***

|  | Treatment group | | | |
|---|---|---|---|---|
|  | SEROQUEL | | | Haloperidol |
|  | 75 mg (n = 81) | 300 mg (n = 87) | 600 mg (n = 84) | (n = 41) |
| Supine pulse (bpm) | | | | |
|     Baseline mean | 77.8 | 77.3 | 79.2 | 83.1 |
|     Mean change (SD) | 2.3 (14.9) | 10.1 (16.4) | 6.0 (14.3) | -2.0 (16.7) |
| Standing pulse (bpm) | | | | |
|     Baseline mean | 84.9 | 86.0 | 87.9 | 92.0 |
|     Mean change (SD) | 4.3 (16.5) | 8.6 (16.5) | 5.5 (16.4) | -2.5 (18.7) |
| Weight (kg) | | | | |
|     Baseline mean | 86.4 | 81.0 | 82.3 | 84.3 |
|     Mean change (SD) | -0.5 (4.4) | 1.5 (6.2) | 3.5 (8.0) | -1.4 (6.1) |

*n is variable since not all data were collected for every patient
SD Standard deviation

There were slight mean increases from baseline in pulse in the SEROQUEL groups during the trial; however, there were no trends related to SEROQUEL dose or over time.  The greatest increase in pulse was in the SEROQUEL 300-mg group.

In the SEROQUEL groups, there appeared to be greater mean weight increases during the trial compared with the haloperidol group.  Change in weight from baseline to final evaluation

117

ranged from -14 kg to 14 kg for patients in the SEROQUEL 75-mg group, -14 kg to 23 kg for patients in the SEROQUEL 300-mg group, -20 kg to 40 kg for patients in the SEROQUEL 600-mg group, and -33 kg to 8 kg for patients in the haloperidol group.  Among the SEROQUEL groups, the increase from baseline in weight appeared to be dose related.  In general, the mean weight increases from baseline in the SEROQUEL groups were greater at Week 52 for patients completing the trial (ranging from 2.05 to 8.52 kg) compared with the increases seen at the final evaluation (Week 52 or withdrawal), suggesting a trend for patients to continue gaining weight over time.

Blood pressure, pulse rate, temperature, and weight data were reviewed for clinically significant values, as described in Section 2.8.4(k).  These findings are summarized in Table 46.

**TABLE 46  Frequencies of clinically significant values in vital signs**

|  | Treatment group | | | |
|  | SEROQUEL | | | Haloperidol |
|  | 75 mg (n = 81) | 300 mg (n = 87) | 600 mg (n = 84) | (n = 41) |
|  | n(%) | n(%) | n(%) | n(%) |
|---|---|---|---|---|
| Postural changes in systolic blood pressure | 7 (9) | 8 (9) | 12 (14) | 3 (7) |
| Postural changes in pulse | 32 (40) | 38 (44) | 31 (37) | 22 (54) |
| Postural changes in systolic blood pressure and pulse | 1 (3) | 4 (5) | 3 (7) | 0 |
| Supine pulse | 2 (2) | 4 (5) | 5 (6) | 1 (2) |
| Temperature | 0 | 0 | 2 (2) | 0 |
| Weight | 9 (11) | 15 (17) | 24 (29) | 4 (10) |

Clinically significant postural changes in systolic blood pressure were observed for patients in all treatment groups.  The proportion of patients with clinically significant postural changes in systolic blood pressure was greatest in the SEROQUEL 600-mg group; the proportions of patients in the other treatment groups were similar.

Clinically significant postural changes in pulse were also observed for patients in all treatment groups.  The proportion of patients with clinically significant postural changes in pulse was greatest in the haloperidol group.

There were no patients in the haloperidol group with clinically significant postural changes in both systolic blood pressure and pulse.  In the SEROQUEL groups, there appeared to be a dose-related increase in the proportion of patients with clinically significant postural changes in both systolic blood pressure and pulse, although the proportions of patients in each treatment group were relatively small.

Clinically significant changes in supine pulse were observed for patients in all treatment groups.  The proportions of patients with clinically significant changes in supine pulse were higher in the SEROQUEL 300-mg and 600-mg groups compared with the SEROQUEL 75-mg and haloperidol groups.

118

Two patients, both in the SEROQUEL 600-mg group, had clinically significant changes in temperature during the trial.  Both of these patients had flu-like symptoms (coughing, fever, chills) (COSTART term flu syndrome) reported as an adverse event.

There appeared to be a dose-related increase in the proportion of patients with clinically significant weight gain among the SEROQUEL groups.  The proportion of patients with clinically significant weight gain was similar in the SEROQUEL 75-mg and haloperidol groups.  The greatest proportion of patients with clinically significant weight gain was in the SEROQUEL 600-mg group.

In summary, there appeared to be a greater mean increase in pulse and weight in the SEROQUEL groups compared with the haloperidol group.  The proportions of patients with clinically significant postural changes in both systolic blood pressure and pulse were relatively small, although there appeared to be a dose-related increase in the proportions of patients in the SEROQUEL groups.  There also appeared to be a dose-related increase in the proportion of patients with clinically significant weight gain among the SEROQUEL groups.  Clinically significant weight gain, which was associated with SEROQUEL treatment, is often seen during treatment with antipsychotic agents.

## 5.9      Plasma concentrations of ICI 204,636

*Summary tables:*                *descriptive statistics for plasma levels of ICI 204,636; T20.1 and T20.3*
*descriptive statistics for plasma levels of ICI 214,227; T20.2. and T20.4*

*Individual patient listings:*       *G18*

*Figures:*                      *F7A to F7F*

Descriptive statistics for trough plasma concentrations of ICI 204,636 show mean concentrations that increase with dose at each trial day.  Descriptive statistics for trough plasma concentrations of ICI 214,227 do not show this trend as clearly, however the data are difficult to interpret due to the small number of data points and variability in the data.  Mean plasma concentrations of ICI 204,636 and ICI 214,227 are plotted in Figures F7A and F7D, respectively.

The ranges of trough ICI 204,636 plasma concentrations for the total daily doses of SEROQUEL administered in the three treatment groups (Figure F7A) are within the range of plasma concentrations determined from previous pharmacokinetic trials with SEROQUEL.  Although this argues to some extent against noncompliance with trial treatment as a potential reason for the failure to prevent withdrawal for all treatment groups, the numbers of patients who had plasma samples drawn were small and may represent a subgroup of patients who were more compliant with the protocol procedures for this assessment.  Additionally, plasma samples were not taken prior to Week 12, during the period of time when the greatest number of withdrawals from each treatment group occurred.

It should be noted that three haloperidol patients had plasma concentrations for ICI 204,636 reported; however, these patients were actually in the open-label extension phase of the trial at the time the samples were obtained.

119

Figures 7B and 7E display the mean plasma ICI 204,636 and ICI 214,227 concentrations, respectively, and reason for withdrawal.  No definitive conclusions can be drawn from these data presentations with regard to relationship between trough ICI 204,636 or ICI 214,227 plasma concentrations and study outcome.

120

## 6        DISCUSSION

The results from the primary efficacy analyses (time to withdrawal for all reasons) failed to support the efficacy of SEROQUEL, at doses ranging from 75 to 600 mg/day, or haloperidol, at a dose of 12 mg/day, in the prevention of psychotic relapse in patients with schizophrenia.

The results from the secondary efficacy analyses (time to withdrawal for psychotic relapse) are considered unreliable because of the differential censoring of observations which occurred in the haloperidol and SEROQUEL groups due to a greater proportion of patients in the haloperidol treatment group withdrawing for adverse events (censored observations) as compared to psychotic relapse in the SEROQUEL groups.  It is possible that the adverse events associated with withdrawal in the haloperidol group were subtle manifestations of increased psychosis.

This trial was associated with an extremely high withdrawal rate from all treatment groups within the first 12 weeks of the trial.  Since this effect was seen similarly in the SEROQUEL and haloperidol groups, it likely reflects methodological problems in the design or conduct of the trial.  The nature of these methodological issues is unclear at present.  Noncompliance with the administration of 17 tablets daily in this population could play a role.  Early availability of SEROQUEL in an open-label extension protocol could have encouraged early withdrawal.  The patient cohorts may not have been as well controlled as the characteristics suggest or the allowances or criteria for withdrawal from the trial may have been too liberal.

Further trials, taking into consideration the methodological issues in the current trial, are required to demonstrate the efficacy and optimum dose of SEROQUEL in the prevention of psychotic relapse in this population.

Tertiary objectives included investigations of the relative effects of multiple fixed doses of SEROQUEL and haloperidol on negative symptoms, cognitive function, quality of life, and health outcomes assessments as well as exploring the relationship between the plasma concentrations of ICI 204,636 and response to treatment.  Results of note include the dose-related improvement in tests of selective attention (Stroop color test) and executive function (Trail making test [Trails A]) during treatment with SEROQUEL.  Additionally, a small dose-related improvement in the QLS total score occurred in the SEROQUEL groups.  These findings require further exploration in controlled clinical trials.

SEROQUEL was well tolerated with no additional safety issues, beyond those previously identified in short-term ($\leq$6 weeks) trials, arising after long-term treatment with SEROQUEL.

SEROQUEL treatment was associated with a dose-related decrease in thyroid hormone levels, primarily total $T_4$ and free $T_4$, with smaller decreases seen in total $T_3$ and reverse $T_3$.  These findings are consistent with those from other Phase II-III clinical trials, particularly Trial 5077IL/0013.  The new finding in this trial is that the maximal decreases in thyroid hormone levels occurred during the first 4 weeks of treatment, with no further decreases seen with continued treatment.

Results of the Simpson Scale analysis showed no dose-related increase in EPS associated with SEROQUEL treatment.  The incidence of EPS was less than that observed in the haloperidol group.  These results were supported by the infrequent use of anticholinergic medications for the treatment of EPS and the low incidence of EPS adverse events in the SEROQUEL groups.

Greater mean weight increases were seen in the SEROQUEL groups compared with the haloperidol group.  In addition, there were greater mean weight increases from baseline in the

121

SEROQUEL groups at Week 52 for patients completing the trial compared with the increases seen at the final evaluation (Week 52 or withdrawal), which suggests a tendency for some patients to continue gaining weight over time.  This trend requires further exploration in the open-label extension trial, with an evaluation of more patients treated for 1 year.

Despite the low level of EPS noted in the SEROQUEL groups, probably a reflection of the lesser affinity for the striatal $D_2$ receptor, a potential case of neuroleptic malignant syndrome occurred in the SEROQUEL 300-mg group.

Overall, the results of the slit lamp and LOCS III evaluations of the ocular lens support the view that SEROQUEL had no clinically relevant effect on the ocular lens.  Ocular changes were of a very minor nature, were noted in all treatment groups, and were not related to the dose of SEROQUEL administered.  LOCS III scores showed no dose-related increase in the proportions of patients with worsening scores in the SEROQUEL groups, and similar proportions of patients in the SEROQUEL and haloperidol treatment groups had worsening scores.  The magnitude of worsening in any LOCS III category did not represent a clinically significant change from baseline examination in any treatment group.

The minor changes noted on slit-lamp examination (ie, fleck opacities, cortical spokes) likely represent very early age-related lens changes.  A variety of terms were used for these minor changes by the ophthalmologists and optometrists participating in this trial.  This is likely related to the lack of standardization of the terminology used to describe the minor ocular findings.  These findings would normally be observed on routine ophthalmologic examination but not necessarily noted in patient records.  The lack of standardization of the reporting of minor ocular findings likely explains the variability in the threshold for reporting these findings by different examiners during the clinical trial.

Additionally no attempt was made to blind the examiners to the results of the previous examinations.  This could have led to "observer bias" at subsequent examinations in which the examiner records data in concordance with the bias that minor findings should worsen over time.  Assessments would be adjusted based on knowledge of the findings from the previous examinations.  This theory has some support in the LOCS III data in which the postbaseline values rarely fall below the baseline values.  Generally, fluctuation around the baseline level (values above and below the baseline value) would be noted when observers are blinded to the LOCS III data from the prior examination.  The lack of fluctuation of the ratings around the baseline value supports examiner grading based on knowledge of prior results.

Although this trial was not capable of establishing definitively that SEROQUEL does not induce cataracts in man, SEROQUEL did not appear to have any clinically relevant effects on the ocular lens in this trial.

122

## 7      CONCLUSIONS

The results from the primary efficacy analyses (time to withdrawal for all reasons) failed to support the efficacy of SEROQUEL, at doses ranging from 75 to 600 mg/day, or haloperidol, at a dose of 12 mg/day, in the prevention of psychotic relapse in patients with schizophrenia.

SEROQUEL was well tolerated with no additional safety issues, beyond those previously identified in short-term ($\leq$6 weeks) trials, arising after long-term treatment with SEROQUEL.

123

# REFERENCES

AIMS: Abnormal Involuntary Movement Scale.
In: ECDEU Assessment Manual for Psychopharmacology (Revised Edition).
Rockville, Maryland: US Department of Health, Education, and Welfare; 1976: 534-537
Editor: Guy W

Andreasen N
Modified Scale for the Assessment of Negative Symptoms.
In: NIMH Treatment Strategies in Schizophrenia Study.
Rockville, Maryland: Department of Health and Human Service, Public Health
Services; 1985: ADM 9-102, 1-7

Caplan RJ, Pajak TF, Cox JD (1994)
Analysis of the probability and risk of cause-specific failure.
International Journal of Radiation Oncology, Biology, Physics 29 (5): 1183-1186

CGI: Clinical Global Impression.
In: ECDEU Assessment Manual for Psychopharmacology (Revised Edition).
Rockville, Maryland: US Department of Health, Education, and Welfare; 1976: 218-222
Editor: Guy W

Chylack LT, Wolfe JK, Singer DM, Leske MC, Bullimore MA, Bailey IL, Friend J,
McCarthy D, Wu SY (1993)
The Lens Opacities Classification System III.
Archives in Ophthalmology 111: 831-836

Kirkpatrick B, Buchanan RW, McKenney PD, Alphs LD, Carpenter WT (1989)
The Schedule for the Deficit Syndrome: an instrument for research in schizophrenia.
Psychiatry Research 30: 119-123

Lee ET
Statistical Methods for Survival Data Analysis. 2nd ed.
New York: John Wiley and Sons, Inc; 1992: 125-127

Overall JE, Gorham DR
BPRS: Brief Psychiatric Rating Scale.
In: ECDEU Assessment Manual for Psychopharmacology (Revised Edition).
Rockville, Maryland: US Department of Health, Education, and Welfare; 1976: 158-169
Editor: Guy W

Simpson GM, Angus JWS (1979)
A rating scale for extrapyramidal side effects.
Acta Psychiatrica Scandinavica 45 (Suppl 212): 11-19

124

**FIGURE F1        Time to patient withdrawal (Days) by dose group**



P−values for Tests of Equality of Survival Curves: Wilcoxon = 0.7696

**FIGURE F2        Time to relapse (Days) by dose group − criteria I and II**



P−values for Tests of Equality of Survival Curves: Wilcoxon = 0.0458

125

**FIGURE F3A.1   Mean (SE) Change from baseline in BPRS positive symptom cluster score by visit−LOCF**



**FIGURE F3A.2   BLPS positive symptom cluster score overall mean change from baseline−LOCF**



126

**FIGURE F3B.1    Mean(SE) change from baseline in BPRS positive symptom cluster
scoreby visit−observed cases**



**FIGURE F3B.2    BPRS positive symptom cluster score overall mean change from
baseline−observed**



127

**FIGURE F3B.3**  **BPRS positive symptom cluster score overall mean change from baseline−observed patients who withdrew due to psychotic relapse**



**FIGURE F3B.4**  **BPRS positive symptom cluster score overall mean change from baseline−observed completers**



128

**FIGURE F3B.5   BPRS positive symptom cluster score overall mean change from baseline—observed patients who withdrew for reasons other than a relapse**



**FIGURE F4A.1   Mean(SE) change from baseline in CGI severity of illness score by visit — LOCF**



129

**FIGURE F4A.2    CGI severity of illness score overall mean change from baseline − LOCF**



**FIGURE F4B.1    Mean(SE) change from baseline in CGI severity of illness score by visit−observed cases**



130

**FIGURE F4B.2    CGI severity of illness score overall mean change from baseline −
observed**



WEEK 999 REPRESENTS PATIENT'S FINAL VISIT

**FIGURE F4B.3    CGI severity of illness score overall mean change from baseline −
observed patients who withdrew due to psychotic relapse**



WEEK 999 REPRESENTS PATIENT'S FINAL VISIT

131

**FIGURE F4B.4  CGI severity of illness score overall mean change from baseline –
observed completers**



WEEK 999 REPRESENTS PATIENT'S FINAL VISIT

**FIGURE F4B.5  CGI severity of illness score overall mean change from baseline –
observed patients who withdrew for reasons other than a relapse**



132

**FIGURE F5A.1    Mean(SE) CGI global improvement item score by visit − LOCF**



**FIGURE F5A.2    CGI global improvement item overall mean change from basement − LOCF**



133

**FIGURE F5B.1    Mean(SE) CGI global improvement item score by visit − observed cases**



**FIGURE F5B.2    CGI global improvement item overall mean change from baseline − observed**



134

**FIGURE F5B.3   CGI global improvement item overall mean change from baseline − observed patients who withdrew due to psychotic relapse**



**FIGURE F5B.4   CGI global improvement item overall mean change from baseline − observed completers**



135

**FIGURE F5B.5    CGI global improvement item overall mean change from baseline −
observed patients who withdrew for reason than a relapse**



**FIGURE F6A.1    Mean(SE) change from baseline in sans summary score by visit − LOCF**



136

**FIGURE F6A.2   Sans summary score overall mean change from baseline − LOCF**



**FIGURE F6B.1   Mean(SE) change from baseline in sans summary score by visit − observed cases**



137

**FIGURE F6B.2    Sans summary score overall mean change from baseline − observed**



**FIGURE F6B.3    Sans summary score overall mean change from baseline − observed patients who withdrew due to phychotic relapse**



138

**FIGURE F6B.4   Sans summary score overall mean change from baseline − observed completers**



**FIGURE F6B.5   Sans summary score overall mean change from baseline − observed patients who withdrew for reasons other than a relapse**



139

**FIGURE F7A      Mean(+/− SD) plasma ICI 204,636 levels by visit (ng/ml)**



**FIGURE F7B      Mean(+/− SD) plasma ICI 204,636 levels (ng/ml) by visit and reason for withdrawal − psychotic relapse (criteria I and II)**



140

**FIGURE F7C      Mean(+/− SD) plasma ICI 204,636 levels (ng/ml) by visit and reason for
withdrawal − refused to continue, adverse experience and protocol
noncompliance**



**FIGURE F7D      Mean(+/− SD) plasma ICI 214,227 levels by visit (ng/ml)**



141

**FIGURE F7E**    **Mean(+/− SD) plasma ICI 214,227 levels (ng/ml) by visit and reason for withdrawal − psychotic relapse (criteria I and II)**



**FIGURE F7F**    **Mean(+/− SD) plasma ICI 214,227 levels (ng/ml) by visit and reason for withdrawl − refused to continue, adverse experience and protocol noncompliance**



## INDEX OF SUMMARY TABLES

**TABLES**                                                                              **PAGE**

**T1**      **DISPOSITION OF ALL PATIENTS ENTERED** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**152**

**T2**      **RANDOMIZED PATIENTS BY CENTER** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**154**

**T3.1**   **DEMOGRAPHY − AGE AND WEIGHT BY SEX** . . . . . . . . . . . . . . . . . . . . . . . . . .**158**

**T3.2**   **DEMOGRAPHY − RACE AND SEX** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**161**

**T4**      **DSM−III−R DIAGNOSIS** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**162**

**T5.1**   **PSYCHIATRIC ILLNESS − AGE FIRST TREATED** . . . . . . . . . . . . . . . . . . . . . . . .**163**

**T5.2**   **PSYCHIATRIC ILLNESS − NUMBER OF PRIOR HOSPITALIZATIONS** . . . . . . . .**164**

**T5.3**   **TIME(MONTHS) SINCE LAST ACUTE PSYCHOTIC RELAPSE** . . . . . . . . . . . . . .**165**

**T5.4**   **SCHEDULE FOR THE DEFICIT SYNDROME (SDS)** . . . . . . . . . . . . . . . . . . . . . . .**166**

**T5.5**   **DSM−III−R DIAGNOSIS − CHRONIC VERSUS SUBCHRONIC** . . . . . . . . . . . . .**167**

**T5.6**   **RECENT RECEIPT OF DEPOT MEDICATION** . . . . . . . . . . . . . . . . . . . . . . . . . . . .**168**

**T5.7**   **NEED FOR PATIENTS PREVIOUS NEUROLEPTIC TO BE TAPERED** . . . . . . . . .**169**

**T5.8**   **RATE OF TITRATION OF STUDY MEDICATION** . . . . . . . . . . . . . . . . . . . . . . . . . .**170**

**T5.9**   **CONTINUING ADMINISTRATION OF LORAZEPAM**
           **AT TIME OF RANDOMIZATION** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**171**

**T6.1.1** **DISPOSITION OF ALL RANDOMIZED PATIENTS BY**
           **TREATMENT AND DOSE GROUP −**
           **WITHDRAWALS AND REASON FOR WITHDRAWAL** . . . . . . . . . . . . . . . . . . . . . . .**172**

**T6.1.2** **DISPOSITION OF ALL RANDOMIZED PATIENTS −**
           **WITHDRAWALS AND REASON FOR WITHDRAWAL** . . . . . . . . . . . . . . . . . . . . . . .**176**

**T6.2**   **PATIENT WITHDRAWAL RATES BY TIME INTERVAL**
           **BASED ON KAPLAN−MEIER FAILURE RATES** . . . . . . . . . . . . . . . . . . . . . . . . . . .**177**

**T6.3**   **TIME TO PATIENT WITHDRAWAL IN DAYS FROM RANDOMIZATION**
           **BASED ON KAPLAN−MEIER ESTIMATES** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**179**

**T6.4**   **FREQUENCY OF PATIENTS WHO WERE HOSPITALIZED**
           **DUE TO RELAPSE (CRITERIA I AND II) BY TREATMENT** . . . . . . . . . . . . . . . . . .**180**

## INDEX OF SUMMARY TABLES   (continued)

**TABLES**                                                                                              **PAGE**

T6.5     TIME TO PATIENT RELAPSE (CRITERIA I AND II)
         IN DAYS FROM RANDOMIZATION
         BASED ON KAPLAN−MEIER ESTIMATES  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .182

T7.1     DESCRIPTIVE STATISTICS FOR BPRS POSITIVE SYMPTOM
         CLUSTER SCORE − OBSERVED CASES  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .183

T7.2     DESCRIPTIVE STATISTICS FOR THE CHANGE FROM
         BASELINE IN THE BPRS POSITIVE SYMPTOM CLUSTER SCORE −
         OBSERVED CASES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .189

T7.3.1   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE
         SYMPTOMS − ITEM 4 (CONCEPTUAL DISORGANIZATION)
         OBSERVED CASES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .195

T7.3.2   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS −
         ITEM 11 (SUSPICIOUSNESS) OBSERVED CASES  . . . . . . . . . . . . . . . . . . . . . . .225

T7.3.3   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS −
         ITEM 12 (HALLUCINATORY BEHAVIOR) OBSERVED CASES . . . . . . . . . . . . . .255

T7.3.4   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS −
         ITEM 15 (UNUSUAL THOUGHT CONTENT) OBSERVED CASES  . . . . . . . . . . . 285

T7.4     DESCRIPTIVE STATISTICS FOR BPRS POSITIVE SYMPTOM
         CLUSTER SCORE − LOCF  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .315

T7.5     DESCRIPTIVE STATISTICS FOR THE CHANGE FROM
         BASELINE IN THE BPRS POSITIVE SYMPTOM CLUSTER SCORE −
         LOCF . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .318

T7.6.1   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS −
         ITEM 4 (CONCEPTUAL DISORGANIZATION) LOCF . . . . . . . . . . . . . . . . . . . . . .321

T7.6.2   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS −
         ITEM 11 (SUSPICIOUSNESS) LOCF . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .331

T7.6.3   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS −
         ITEM 12 (HALLUCINATORY BEHAVIOR) LOCF . . . . . . . . . . . . . . . . . . . . . . . . .341

T7.6.4   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS −
         ITEM 15 (UNUSUAL THOUGHT CONTENT) LOCF  . . . . . . . . . . . . . . . . . . . . . . .351

144

## INDEX OF SUMMARY TABLES   (continued)

**TABLES**                                                                 **PAGE**

**T8.1   DESCRIPTIVE STATISTICS FOR CGI SEVERITY OF ILLNESS SCORE – OBSERVED CASES** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **361**

**T8.2   DESCRIPTIVE STATISTICS FOR CGI CHANGE FROM BASELINE IN THE SEVERITY OF ILLNESS SCORE – OBSERVED CASES** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **367**

**T8.3   FREQUENCY DISTRIBUTION FOR CGI SEVERITY OF ILLNESS SCORE – OBSERVED CASES** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **373**

**T8.4   DESCRIPTIVE STATISTICS FOR CGI SEVERITY OF ILLNESS SCORE – LOCF** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **403**

**T8.5   DESCRIPTIVE STATISTICS FOR CHANGE FROM BASELINE IN THE CGI SEVERITY OF ILLNESS SCORE – LOCF** . . . . . . . . . . . . . . . . . . . . **406**

**T8.6   FREQUENCY DISTRIBUTION FOR CGI SEVERITY OF ILLNESS SCORE – LOCF** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **409**

**T9.1   FREQUENCY DISTRIBUTION FOR CGI GLOBAL IMPROVEMENT SCORE – OBSERVED CASES** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **419**

**T9.2   FREQUENCY DISTRIBUTION FOR CGI GLOBAL IMPROVEMENT SCORE – LOCF** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **439**

**T10.1   DESCRIPTIVE STATISTICS FOR SANS SUMMARY SCORE – OBSERVED CASES** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **449**

**T10.2   DESCRIPTIVE STATISTICS FOR SANS SUMMARY SCORE BY PRESENCE OF DEFICIT SYNDROME – OBSERVED CASES** . . . . . . . . . . . **455**

**T10.3   DESCRIPTIVE STATISTICS FOR THE CHANGE FROM BASELINE IN THE SANS SUMMARY SCORE – OBSERVED CASES** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **467**

**T10.4.1 FREQUENCY DISTRIBUTION FOR SANS GLOBAL ITEM AFFECTIVE FLATTENING – OBSERVED CASES** . . . . . . . . . . . . . . . . . . . . . . . . **473**

**T10.4.2 FREQUENCY DISTRIBUTION FOR SANS GLOBAL ITEM ALOGIA – OBSERVED CASES** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **493**

**T10.4.3 FREQUENCY DISTRIBUTION FOR SANS GLOBAL ITEM AVOLITION – OBSERVED CASES** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **513**

**T10.4.4 FREQUENCY DISTRIBUTION FOR SANS GLOBAL ITEM ANHEDONIA – OBSERVED CASES** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **533**

## INDEX OF SUMMARY TABLES   (continued)

**TABLES**                                                                                    **PAGE**

**T10.4.5 FREQUENCY DISTRIBUTION FOR SANS GLOBAL ITEM ATTENTION –**
**OBSERVED CASES** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **553**

**T10.5   DESCRIPTIVE STATISTICS FOR SANS SUMMARY SCORE –**
**LOCF** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**573**

**T10.6   DESCRIPTIVE STATISTICS FOR THE CHANGE**
**FROM BASELINE IN THE SANS SUMMARY SCORE – LOCF** . . . . . . . . . . . . . . .**576**

**T10.7.1 FREQUENCY DISTRIBUTION FOR SANS GLOBAL ITEM**
**AFFECTIVE FLATTENING – LOCF** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**579**

**T10.7.2 FREQUENCY DISTRIBUTION FOR SANS GLOBAL ITEM ALOGIA –**
**LOCF** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**589**

**T10.7.3 FREQUENCY DISTRIBUTION FOR SANS GLOBAL ITEM AVOLITION –**
**LOCF** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**599**

**T10.7.4 FREQUENCY DISTRIBUTION FOR SANS GLOBAL ITEM**
**ANHEDONIA (ASOCIALITY) – LOCF** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**609**

**T10.7.5 FREQUENCY DISTRIBUTION FOR SANS GLOBAL ITEM ATTENTION –**
**LOCF** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**619**

**T11.1.1 COGNITIVE FUNCTION TESTS – PARAGRAPH MEMORY TEST –**
**IMMEDIATE RECALL** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**629**

**T11.1.1 COGNITIVE FUNCTION TESTS – SYMBOL DIGIT TEST** . . . . . . . . . . . . . . . . . .**645**

**T11.1.1 COGNITIVE FUNCTION TESTS – PACED AUDITORY SERIAL**
**ADDITION TEST – REVISED** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**649**

**T11.1.1 COGNITIVE FUNCTION TESTS – STROOP COLOR – WORD TEST** . . . . . . . . .**653**

**T11.1.1 COGNITIVE FUNCTION TESTS – PARAGRAPH MEMORY TEST –**
**15 MINUTE DELAYED RECALL** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**661**

**T11.1.1 COGNITIVE FUNCTION TESTS – PATTERN MEMORY TEST –**
**IMMEDIATE RECALL** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**677**

**T11.1.1 COGNITIVE FUNCTION TESTS – WORD LIST GENERATION**
**(VERBAL FLUENCY TEST)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**689**

**T11.1.1 COGNITIVE FUNCTION TESTS – TRAIL MAKING TEST** . . . . . . . . . . . . . . . . . .**697**

**T11.1.1 COGNITIVE FUNCTION TESTS – PATTERN MEMORY TEST –**
**15 MINUTE DELAYED RECALL AND RECOGNITION** . . . . . . . . . . . . . . . . . . . . . .**705**

## INDEX OF SUMMARY TABLES   (continued)

**TABLES**                                                                    **PAGE**

**T11.1.1 COGNITIVE FUNCTION TESTS –**
**HOPKINS VERBAL LEARNING TEST** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 713

**T11.1.2 COGNITIVE FUNCTION TESTS – PARAGRAPH MEMORY TEST –**
**IMMEDIATE RECALL CHANGE FROM BASELINE** . . . . . . . . . . . . . . . . . . . . . . . .737

**T11.1.2 COGNITIVE FUNCTION TESTS –**
**SYMBOL DIGIT TEST CHANGE FROM BASELINE** . . . . . . . . . . . . . . . . . . . . . . . .753

**T11.1.2 COGNITIVE FUNCTION TESTS – PACED AUDITORY SERIAL**
**ADDITION TEST – REVISED**
**CHANGE FROM BASELINE** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 757

**T11.1.2 COGNITIVE FUNCTION TESTS – STROOP COLOR –**
**WORD TEST CHANGE FROM BASELINE** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .761

**T11.1.2 COGNITIVE FUNCTION TESTS – PARAGRAPH MEMORY TEST –**
**15 MINUTE DELAYED RECALL CHANGE FROM BASELINE** . . . . . . . . . . . . . . . .769

**T11.1.2 COGNITIVE FUNCTION TESTS – PATTERN MEMORY TEST –**
**IMMEDIATE RECALL CHANGE FROM BASELINE** . . . . . . . . . . . . . . . . . . . . . . . .785

**T11.1.2 COGNITIVE FUNCTION TESTS – WORD LIST GENERATION**
**(VERBAL FLUENCY TEST) CHANGE FROM BASELINE** . . . . . . . . . . . . . . . . . . . 797

**T11.1.2 COGNITIVE FUNCTION TESTS – TRAIL MAKING TEST**
**CHANGE FROM BASELINE** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 805

**T11.1.2 COGNITIVE FUNCTION TESTS – PATTERN MEMORY TEST –**
**15 MINUTE DELAYED RECALL AND RECOGNITION**
**CHANGE FROM BASELINE** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 813

**T11.1.2 COGNITIVE FUNCTION TESTS – HOPKINS VERBAL**
**LEARNING TEST CHANGE FROM BASELINE** . . . . . . . . . . . . . . . . . . . . . . . . . . 821

**T11.2.1 QUALITY OF LIFE SCALE SCORES – INTERPERSONAL**
**RELATIONS AND SOCIAL NETWORK** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 845

**T11.2.2 QUALITY OF LIFE SCALE SCORES – INSTRUMENTAL ROLE**
**FUNCTIONING** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .877

**T11.2.3 QUALITY OF LIFE SCALE SCORES – INTRAPSYCHIC**
**FOUNDATIONS AND COMMON OBJECTS AND ACTIVITIES** . . . . . . . . . . . . . .893

**T11.2.4 TERTIARY EFFICACY VARIABLES – DESCRIPTIVE**
**STATISTICS FOR THE QUALITY OF LIFE TOTAL AND**
**SUBSCALE SCORES** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .929

## INDEX OF SUMMARY TABLES   (continued)

**TABLES** **PAGE**

T11.2.5 TERTIARY EFFICACY VARIABLES − DESCRIPTIVE
STATISTICS FOR THE CHANGE FROM BASELINE IN
QUALITY OF LIFE TOTAL AND SUBSCALE SCORES . . . . . . . . . . . . . . . . . . . . . 953

T11.3   HEALTH OUTCOMES QUESTIONNAIRE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .977

T12.1   DESCRIPTIVE STATISTICS FOR THE NUMBER OF DAYS
IN SEGMENT A (SCREENING) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1104

T12.2   DESCRIPTIVE STATISTICS FOR NUMBER OF DAYS
FOR DOSE ESCALATION OF RANDOMIZED TREATMENT . . . . . . . . . . . . . . . .1105

T13.1   SELECTED CONCOMITANT MEDICATION USE DURING
RANDOMIZED TREATMENT − MEDICATION FOR AGITATION
AND INSOMNIA . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1106

T13.2   SELECTED CONCOMITANT MEDICATION USE DURING
RANDOMIZED TREATMENT − MEDICATION FOR AGITATION
AND INSOMNIA . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1108

T13.3   SELECTED CONCOMITANT MEDICATION USE DURING
RANDOMIZED TREATMENT − MEDICATION FOR
EXTRAPYRAMIDAL SYMPTOMS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1110

T13.4   PATIENT USE OF PSYCHOTROPIC MEDICATION . . . . . . . . . . . . . . . . . . . . . . .1112

T14.1   ADVERSE EVENT SUMMARY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1113

T14.2   NUMBERS OF AND CRUDE INCIDENCE RATES FOR ALL
ADVERSE EVENTS DURING RANDOMIZED TREATMENT BY
COSTART BODY SYSTEM AND PREFERRED TERM . . . . . . . . . . . . . . . . . . . . .1117

T14.3   ADVERSE EVENTS THAT RESULTED IN DEATH . . . . . . . . . . . . . . . . . . . . . . . .1169

T14.4   WITHDRAWALS DUE TO ADVERSE EVENTS . . . . . . . . . . . . . . . . . . . . . . . . . . .1170

T14.5   SERIOUS ADVERSE EVENTS NOT LEADING TO WITHDRAWAL . . . . . . . . . . .1177

T14.6   INTENSITY OF ADVERSE EVENTS BY COSTART BODY
SYSTEM AND PREFERRED TERM . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1181

T14.7   RELATION TO TREATMENT OF ADVERSE EVENTS BY
COSTART BODY SYSTEM AND PREFERRED TERM . . . . . . . . . . . . . . . . . . . . .1261

T14.8.1 WEEKLY AND CUMULATIVE INCIDENCE RATES FOR
SOMNOLENCE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1419

## INDEX OF SUMMARY TABLES   (continued)

**TABLES**                                                                              **PAGE**

T14.8.2 WEEKLY AND CUMULATIVE INCIDENCE RATES FOR
        DIZZINESS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1449 . .

T14.8.3 WEEKLY AND CUMULATIVE INCIDENCE RATES FOR
        TACHYCARDIA . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1479. .

T14.8.4 WEEKLY AND CUMULATIVE INCIDENCE RATES FOR
        AGITATION  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1509 . .

T14.8.5 WEEKLY AND CUMULATIVE INCIDENCE RATES FOR INSOMNIA  . . . . . . . . . .1539

T14.8.6 WEEKLY AND CUMULATIVE INCIDENCE RATES FOR
        POSTURAL HYPOTENSION  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1569. .

T15.1.1 FREQUENCY DISTRIBUTION FOR SIMPSON TOTAL SCORE –
        OBSERVED CASES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1599 . .

T15.1.2 FREQUENCY DISTRIBUTION FOR CHANGE FROM BASELINE
        IN SIMPSON TOTAL SCORE – OBSERVED CASES  . . . . . . . . . . . . . . . . . . . .1609

T15.1.3 FREQUENCY DISTRIBUTION FOR SIMPSON TOTAL SCORE –
        LOCF . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1619. . .

T15.1.4 FREQUENCY DISTRIBUTION FOR CHANGE FROM BASELINE
        IN SIMPSON TOTAL SCORE – LOCF  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1629

T15.2.1 FREQUENCY DISTRIBUTION FOR AIMS – OBSERVED CASES  . . . . . . . . . . .1639

T15.2.2 FREQUENCY DISTRIBUTION FOR CHANGE FROM BASELINE
        IN AIMS – OBSERVED CASES  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1649

T15.2.3 FREQUENCY DISTRIBUTION FOR AIMS – LOCF  . . . . . . . . . . . . . . . . . . . . . .1659

T15.2.4 FREQUENCY DISTRIBUTION FOR CHANGE FROM BASELINE
        IN AIMS – LOCF  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1669. .

T16.1.1 CONVERSION FACTORS – HEMATOLOGY  . . . . . . . . . . . . . . . . . . . . . . . . . . . .1679

T16.1.2 DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND
        FOR CHANGE FROM BASELINE BY WEEK – HEMATOLOGY –
        OBSERVED CASES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1681. . .

T16.1.3 PROPORTIONS OF PATIENTS WITH CLINICALLY
        SIGNIFICANT HEMATOLOGY VALUES AT ANY TIME DURING
        RANDOMIZED TREATMENT (WEEK 0 TO WEEK 52) . . . . . . . . . . . . . . . . . . . . .1801

T16.1.4 PROPORTIONS OF PATIENTS WITH CLINICALLY
        SIGNIFICANT HEMATOLOGY VALUES FOR SELECTED
        HEMATOLOGY TESTS BY WEEK – OBSERVED CASES  . . . . . . . . . . . . . . . . .1802

149

## INDEX OF SUMMARY TABLES   (continued)

**TABLES**                                                                                           **PAGE**

T16.2.1 CONVERSION FACTORS – CHEMISTRY
(NON LIVER FUNCTION TESTS) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1806

T16.2.2 DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND
FOR CHANGE FROM BASELINE BY WEEK – CHEMISTRY –
OBSERVED CASES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1807

T16.3.1 CONVERSION FACTORS – LIVER FUNCTION TESTS . . . . . . . . . . . . . . . . . . . 1855

T16.3.2 DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND
FOR CHANGE FROM BASELINE BY WEEK –
LIVER FUNCTION TESTS – OBSERVED CASES . . . . . . . . . . . . . . . . . . . . . . . .1856

T16.3.3 PROPORTIONS OF PATIENTS WITH CLINICALLY
SIGNIFICANT LIVER FUNCTION TEST VALUES AT
ANY TIME DURING RANDOMIZED TREATMENT
(WEEK 0 TO WEEK 52) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1904

T16.3.4 PROPORTIONS OF PATIENTS WITH CLINICALLY
SIGNIFICANT VALUES FOR SELECTED LIVER FUNCTION TESTS
BY WEEK – OBSERVED CASES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1905

T16.4.1 CONVERSION FACTORS – THYROID FUNCTION TESTS . . . . . . . . . . . . . . . .1909

T16.4.2 DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND
FOR CHANGE FROM BASELINE BY WEEK –
THYROID FUNCTION TESTS – OBSERVED CASES . . . . . . . . . . . . . . . . . . . . .1910

T16.4.3 PROPORTIONS OF PATIENTS WITH CLINICALLY
SIGNIFICANT THYROID FUNCTION TEST VALUES AT ANY
TIME DURING RANDOMIZED TREATMENT
(WEEK 0 TO WEEK 52) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1970

T16.4.4 PROPORTIONS OF PATIENTS WITH CLINICALLY
SIGNIFICANT VALUES FOR SELECTED THYROID FUNCTION TESTS
BY WEEK – OBSERVED CASES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1971

T16.5.1 CONVERSION FACTORS – PROLACTIN . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1979

T16.5.2 DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND
FOR CHANGE FROM BASELINE BY WEEK –
PROLACTIN, RIA TEST – OBSERVED CASES . . . . . . . . . . . . . . . . . . . . . . . . . .1980

T17.1   FREQUENCY DISTRIBUTION FOR OPHTHALMOLOGICAL
PARAMETERS – OBSERVED CASES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1986

# INDEX OF SUMMARY TABLES   (continued)

TABLES                                                                                     PAGE

T17.2    FREQUENCY DISTRIBUTION FOR SLIT LAMP EVALUATION . . . . . . . . . . . . . 1990

T17.3.1 FREQUENCIES FOR BASELINE LENS OPACITIES
          CLASSIFICATION  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2041

T17.3.2 FREQUENCIES FOR FINAL LENS OPACITIES
          CLASSIFICATION  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2057

T17.3.3 FREQUENCY DISTRIBUTION FOR CHANGE FROM BASELINE
          LENS OPACITIES CLASSIFICATION  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2073

T18.1    DESCRIPTIVE STATISTICS FOR TOTALS AND CHANGE
          FROM BASELINE BY WEEK IN ECG RATES AND INTERVALS –
          OBSERVED CASES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2145

T18.2    PROPORTION OF PATIENTS WITH CLINICALLY SIGNIFICANT
          ABNORMALITIES IN OVERALL ECG INTERPRETATION
          AT ANY TIME DURING RANDOMIZED TREATMENT
          (WEEK 0 TO WEEK 52) FOR OBSERVED CASES . . . . . . . . . . . . . . . . . . . . . . 2181

T18.3    PROPORTION OF PATIENTS WITH CLINICALLY SIGNIFICANT
          ABNORMALITIES IN OVERALL ECG INTERPRETATION BY WEEK –
          OBSERVED CASES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2182

T19.1    DESCRIPTIVE STATISTICS FOR VITAL SIGNS BY WEEK  . . . . . . . . . . . . . . . 2183

T19.2    PROPORTION OF PATIENTS WITH CLINICALLY SIGNIFICANT
          ABNORMAL VITAL SIGNS AT ANY TIME DURING RANDOMIZED
          TREATMENT (WEEK 0 TO WEEK 52) FOR OBSERVED CASES . . . . . . . . . . . 2273

T19.3    PROPORTION OF PATIENTS WITH CLINICALLY SIGNIFICANT VALUES
          FOR VITAL SIGNS BY WEEK – OBSERVED CASES
          (INDIVIDUAL PATIENTS MAY BE COUNTED AT MORE THAN ONE WEEK)  . . 2274

T20.1    DESCRIPTIVE STATISTICS FOR ICI 204,636 PLASMA LEVELS (NG/ML)
          BY REASON FOR WITHDRAWAL FOR OBSERVED DATA  . . . . . . . . . . . . . . . 2296

T20.2    DESCRIPTIVE STATISTICS FOR ICI 214,227 PLASMA LEVELS (NG/ML)
          BY REASON FOR WITHDRAWAL FOR OBSERVED DATA  . . . . . . . . . . . . . . . 2303

T20.3    DESCRIPTIVE STATISTICS FOR ICI 204,636 PLASMA LEVELS (NG/ML)
          FOR OBSERVED DATA . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2308

151

**INDEX OF SUMMARY TABLES   (continued)**

**TABLES**                                                                                              **PAGE**

**T20.4    DESCRIPTIVE STATISTICS FOR ICI 214,227 PLASMA LEVELS (NG/ML)
          FOR OBSERVED DATA . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .2312 .**

152

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T1   DISPOSITION OF ALL PATIENTS ENTERED

|  | N | PERCENT |
|---|---|---|
| TOTAL PATIENTS ENTERED | 331 | 100 |
| PATIENTS RANDOMIZED (INTENT-TO-TREAT) | 301 | 91 |
| NON-QUALIFIERS (*) | 30 | 9 |
| --CURRENT AXIS I DSM-III-R DIAGNOSIS | 1 | 3 |
| --NOT FULL/PARTIAL REMISSION ON SEGMENT A ENTRY | 1 | 3 |
| --NO ACUTE PSYCHOTIC RELAPSE/HOSP W/IN PREV 36 MNTHS | 1 | 3 |
| --NO CONT MAINT NEUROLEPTIC TRT-6 MTHS PRIOR TO A | 1 | 3 |
| --ALL NON-NEUROLEPTIC AGENTS NOT DISCONTD PRE ENTRY | 2 | 7 |
| --PREGNANT/LACTATING FEMALE | 1 | 3 |
| --PREVIOUS SEROQUEL DRUG TRIAL PARTICIPANT | 1 | 3 |
| --CLINICALLY SIG DISORDER/LAB FINDING | 4 | 13 |

(CONTINUED)

(*) MORE THAN ONE REASON MAY BE LISTED FOR EACH PATIENT
SOURCE CODE: T1.SAS
DATE GENERATED: 16FEB96

153

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T1   DISPOSITION OF ALL PATIENTS ENTERED

|  | N | PERCENT |
|---|---|---|
| --WCC < LOWER LIMIT OF REFERENCE RANGE | 2 | 7 |
| --VIOLENT,ASSAULTIVE, OR SUICIDAL IN PREV RELAPSE | 2 | 7 |
| --MAINTENANCE HALOPERIDOL DOSE > 15MG/DAY | 1 | 3 |
| --SCORE > 3 ON ALL BPRS POSITIVE SYMPTOM ITEMS | 3 | 10 |
| --SCORE > 4 ON CGI SEVERITY OF ILLNESS ITEM | 3 | 10 |
| --DEPOT NEUROLEPTIC INJECTION WITHIN 1 DOSING INTVL | 1 | 3 |
| -- ALL CRITERIA MET | 14 | 47 |

(*) MORE THAN ONE REASON MAY BE LISTED FOR EACH PATIENT
SOURCE CODE: T1.SAS
DATE GENERATED: 16FEB96

154

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T2   RANDOMIZED PATIENTS BY CENTER

| CENTER | 75 MG SEROQUEL | | | | | | 300 MG SEROQUEL | | | | | | 600 MG SEROQUEL | | | | | | 12MG HALOPERIDOL | |
| | TID | | BID | | TOTAL | | TID | | BID | | TOTAL | | TID | | BID | | TOTAL | | TID | |
| | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 1 | 2.27 | . | . | 1 | 1.18 | 1 | 2.27 | 1 | 2.27 | 2 | 2.27 | . | . | . | . | . | . | 1 | 2.44 |
| 002 | 1 | 2.27 | 1 | 2.44 | 2 | 2.35 | 1 | 2.27 | 1 | 2.27 | 2 | 2.27 | 1 | 2.33 | 1 | 2.27 | 2 | 2.30 | 2 | 4.88 |
| 003 | 2 | 4.55 | 2 | 4.88 | 4 | 4.71 | 2 | 4.55 | 1 | 2.27 | 3 | 3.41 | 2 | 4.65 | 2 | 4.55 | 4 | 4.60 | 1 | 2.44 |
| 004 | 2 | 4.55 | 1 | 2.44 | 3 | 3.53 | 2 | 4.55 | 2 | 4.55 | 4 | 4.55 | 1 | 2.33 | 1 | 2.27 | 2 | 2.30 | 1 | 2.44 |
| 005 | 2 | 4.55 | 2 | 4.88 | 4 | 4.71 | 2 | 4.55 | 2 | 4.55 | 4 | 4.55 | 3 | 6.98 | 2 | 4.55 | 5 | 5.75 | 2 | 4.88 |
| 006 | 1 | 2.27 | 1 | 2.44 | 2 | 2.35 | . | . | 1 | 2.27 | 2 | 2.27 | 1 | 2.33 | 1 | 2.27 | 2 | 2.30 | 1 | 2.44 |
| 007 | . | . | 1 | 2.44 | 1 | 1.18 | . | . | . | . | . | . | . | . | . | . | . | . | 1 | 2.44 |
| 008 | . | . | . | . | . | . | . | . | . | . | . | . | 1 | 2.33 | . | . | 1 | 1.15 | . | . |
| 009 | . | . | . | . | . | . | 1 | 2.27 | 1 | 2.27 | 2 | 2.27 | . | . | 1 | 2.27 | 1 | 1.15 | . | . |

SOURCE CODE: T2.SAS
DATE GENERATED: 16FEB96

(CONTINUED)

155

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T2   RANDOMIZED PATIENTS BY CENTER

| CENTER | 75 MG SEROQUEL | | | | | | 300 MG SEROQUEL | | | | | | 600 MG SEROQUEL | | | | | | 12MG HALOPERIDOL | |
| | TID | | BID | | TOTAL | | TID | | BID | | TOTAL | | TID | | BID | | TOTAL | | TID | |
| | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 011 | 1 | 2.27 | 1 | 2.44 | 2 | 2.35 | 1 | 2.27 | 2 | 4.55 | 3 | 3.41 | 1 | 2.33 | 2 | 4.55 | 3 | 3.45 | 1 | 2.44 |
| 012 | 2 | 4.55 | 3 | 7.32 | 5 | 5.88 | 2 | 4.55 | 2 | 4.55 | 4 | 4.55 | 3 | 6.98 | 2 | 4.55 | 5 | 5.75 | 3 | 7.32 |
| 013 | 2 | 4.55 | 1 | 2.44 | 3 | 3.53 | 1 | 2.27 | 2 | 4.55 | 3 | 3.41 | 1 | 2.33 | 1 | 2.27 | 2 | 2.30 | 1 | 2.44 |
| 014 | 2 | 4.55 | 1 | 2.44 | 3 | 3.53 | 1 | 2.27 | 2 | 4.55 | 3 | 3.41 | 1 | 2.33 | 1 | 2.27 | 2 | 2.30 | 2 | 4.88 |
| 015 | 2 | 4.55 | 1 | 2.44 | 3 | 3.53 | 1 | 2.27 | 1 | 2.27 | 2 | 2.27 | 2 | 4.65 | 1 | 2.27 | 3 | 3.45 | 1 | 2.44 |
| 016 | 2 | 4.55 | 1 | 2.44 | 3 | 3.53 | 2 | 4.55 | 1 | 2.27 | 3 | 3.41 | 2 | 4.65 | 2 | 4.55 | 4 | 4.60 | 1 | 2.44 |
| 017 | 2 | 4.55 | 1 | 2.44 | 3 | 3.53 | 2 | 4.55 | 2 | 4.55 | 4 | 4.55 | 1 | 2.33 | 1 | 2.27 | 2 | 2.30 | 1 | 2.44 |
| 018 | 2 | 4.55 | 3 | 7.32 | 5 | 5.88 | 3 | 6.82 | 2 | 4.55 | 5 | 5.68 | 2 | 4.65 | 2 | 4.55 | 4 | 4.60 | 2 | 4.88 |
| 019 | 1 | 2.27 | 1 | 2.44 | 2 | 2.35 | 1 | 2.27 | 1 | 2.27 | 2 | 2.27 | 1 | 2.33 | 1 | 2.27 | 2 | 2.30 | 1 | 2.44 |

(CONTINUED)

SOURCE CODE: T2.SAS
DATE GENERATED: 16FEB96

156

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T2   RANDOMIZED PATIENTS BY CENTER

| CENTER | 75 MG SEROQUEL | | | | | | 300 MG SEROQUEL | | | | | | 600 MG SEROQUEL | | | | | | 12MG HALOPERIDOL | |
| | TID | | BID | | TOTAL | | TID | | BID | | TOTAL | | TID | | BID | | TOTAL | | TID | |
| | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 020 | 1 | 2.27 | 2 | 4.88 | 3 | 3.53 | 1 | 2.27 | 1 | 2.27 | 2 | 2.27 | 1 | 2.33 | 2 | 4.55 | 3 | 3.45 | 2 | 4.88 |
| 021 | 1 | 2.27 | 1 | 2.44 | 2 | 2.35 | 1 | 2.27 | 1 | 2.27 | 2 | 2.27 | 1 | 2.33 | 1 | 2.27 | 2 | 2.30 | 1 | 2.44 |
| 022 | 1 | 2.27 | 2 | 4.88 | 3 | 3.53 | 1 | 2.27 | 1 | 2.27 | 2 | 2.27 | 2 | 4.65 | 1 | 2.27 | 3 | 3.45 | 1 | 2.44 |
| 023 | 2 | 4.55 | 1 | 2.44 | 3 | 3.53 | 2 | 4.55 | 1 | 2.27 | 3 | 3.41 | 2 | 4.65 | 2 | 4.55 | 4 | 4.60 | 1 | 2.44 |
| 024 | 2 | 4.55 | 2 | 4.88 | 4 | 4.71 | 2 | 4.55 | 2 | 4.55 | 4 | 4.55 | 1 | 2.33 | 2 | 4.55 | 3 | 3.45 | 1 | 2.44 |
| 025 | . | . | . | . | . | . | 1 | 2.27 | . | . | 1 | 1.14 | 1 | 2.33 | 1 | 2.27 | 2 | 2.30 | . | . |
| 026 | 3 | 6.82 | 2 | 4.88 | 5 | 5.88 | 3 | 6.82 | 2 | 4.55 | 5 | 5.68 | 3 | 6.98 | 3 | 6.82 | 6 | 6.90 | 2 | 4.88 |
| 027 | 2 | 4.55 | 2 | 4.88 | 4 | 4.71 | 1 | 2.27 | 1 | 2.27 | 2 | 2.27 | 2 | 4.65 | 1 | 2.27 | 3 | 3.45 | 1 | 2.44 |
| 028 | . | . | 1 | 2.44 | 1 | 1.18 | . | . | 1 | 2.27 | 1 | 1.14 | . | . | 1 | 2.27 | 1 | 1.15 | 1 | 2.44 |

(CONTINUED)

SOURCE CODE: T2.SAS
DATE GENERATED: 16FEB96

157

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T2   RANDOMIZED PATIENTS BY CENTER

| CENTER | 75 MG SEROQUEL | | | | | | 300 MG SEROQUEL | | | | | | 600 MG SEROQUEL | | | | | | 12MG HALOPERIDOL | |
| | TID | | BID | | TOTAL | | TID | | BID | | TOTAL | | TID | | BID | | TOTAL | | TID | |
| | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 029 | 2 | 4.55 | 2 | 4.88 | 4 | 4.71 | 3 | 6.82 | 2 | 4.55 | 5 | 5.68 | 2 | 4.65 | 3 | 6.82 | 5 | 5.75 | 3 | 7.32 |
| 030 | 1 | 2.27 | 1 | 2.44 | 2 | 2.35 | 1 | 2.27 | 2 | 4.55 | 3 | 3.41 | 1 | 2.33 | 1 | 2.27 | 2 | 2.30 | 1 | 2.44 |
| 031 | . | . | . | . | . | . | . | . | 1 | 2.27 | 1 | 1.14 | . | . | 1 | 2.27 | 1 | 1.15 | . | . |
| 032 | 1 | 2.27 | 1 | 2.44 | 2 | 2.35 | 1 | 2.27 | 2 | 4.55 | 3 | 3.41 | 1 | 2.33 | 1 | 2.27 | 2 | 2.30 | 1 | 2.44 |
| 033 | 1 | 2.27 | 1 | 2.44 | 2 | 2.35 | 1 | 2.27 | 1 | 2.27 | 2 | 2.27 | 1 | 2.33 | 1 | 2.27 | 2 | 2.30 | 2 | 4.88 |
| 034 | 2 | 4.55 | 2 | 4.88 | 4 | 4.71 | 1 | 2.27 | 2 | 4.55 | 3 | 3.41 | 2 | 4.65 | 1 | 2.27 | 3 | 3.45 | 1 | 2.44 |
| 035 | . | . | . | . | . | . | 1 | 2.27 | . | . | 1 | 1.14 | . | . | 1 | 2.27 | 1 | 1.15 | 1 | 2.44 |
| TOTAL | 44 | 100.00 | 41 | 100.00 | 85 | 100.00 | 44 | 100.00 | 44 | 100.00 | 88 | 100.00 | 43 | 100.00 | 44 | 100.00 | 87 | 100.00 | 41 | 100.00 |

SOURCE CODE: T2.SAS
DATE GENERATED: 16FEB96

158

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T3.1   DEMOGRAPHY - AGE AND WEIGHT BY SEX

| | | 75MG SEROQUEL - TID | | | 75MG SEROQUEL - BID | | | 75MG SEROQUEL - TOTAL | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | MALE | FEMALE | TOTAL | MALE | FEMALE | TOTAL | MALE | FEMALE | TOTAL |
| AGE (YRS) | N | 34 | 10 | 44 | 33 | 8 | 41 | 67 | 18 | 85 |
| | MEAN | 37.12 | 45.00 | 38.91 | 39.45 | 37.88 | 39.15 | 38.27 | 41.83 | 39.02 |
| | SD | 7.69 | 12.74 | 9.51 | 12.11 | 10.79 | 11.75 | 10.10 | 12.13 | 10.59 |
| | MIN | 22 | 21 | 21 | 24 | 20 | 20 | 22 | 20 | 20 |
| | MAX | 56 | 62 | 62 | 66 | 53 | 66 | 66 | 62 | 66 |
| WEIGHT (KG) | N | 34 | 10 | 44 | 33 | 8 | 41 | 67 | 18 | 85 |
| | MEAN | 85.10 | 74.44 | 82.68 | 91.03 | 77.17 | 88.32 | 88.02 | 75.65 | 85.40 |
| | SD | 14.35 | 9.89 | 14.11 | 21.45 | 25.94 | 22.73 | 18.30 | 18.19 | 18.87 |
| | MIN | 56 | 53 | 53 | 59 | 43 | 43 | 56 | 43 | 43 |
| | MAX | 123 | 88 | 123 | 134 | 121 | 134 | 134 | 121 | 134 |

SOURCE CODE:   T3_1.SAS
DATE SUBMITTED: 16FEB96

159

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T3.1   DEMOGRAPHY - AGE AND WEIGHT BY SEX

| | | 300MG SEROQUEL - TID | | | 300MG SEROQUEL - BID | | | 300MG SEROQUEL - TOTAL | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | MALE | FEMALE | TOTAL | MALE | FEMALE | TOTAL | MALE | FEMALE | TOTAL |
| AGE (YRS) | N | 36 | 8 | 44 | 32 | 12 | 44 | 68 | 20 | 88 |
| | MEAN | 35.64 | 38.75 | 36.20 | 37.16 | 40.17 | 37.98 | 36.35 | 39.60 | 37.09 |
| | SD | 8.99 | 10.99 | 9.32 | 9.30 | 6.56 | 8.67 | 9.10 | 8.36 | 9.00 |
| | MIN | 19 | 26 | 19 | 21 | 34 | 21 | 19 | 26 | 19 |
| | MAX | 54 | 62 | 62 | 62 | 57 | 62 | 62 | 62 | 62 |
| WEIGHT (KG) | N | 36 | 8 | 44 | 32 | 12 | 44 | 68 | 20 | 88 |
| | MEAN | 85.84 | 74.98 | 83.86 | 79.43 | 73.55 | 77.83 | 82.82 | 74.12 | 80.85 |
| | SD | 17.94 | 31.84 | 21.09 | 12.82 | 17.12 | 14.16 | 15.95 | 23.32 | 18.12 |
| | MIN | 57 | 47 | 47 | 58 | 49 | 49 | 57 | 47 | 47 |
| | MAX | 124 | 145 | 145 | 108 | 105 | 108 | 124 | 145 | 145 |

SOURCE CODE:  T3.1.SAS
DATE SUBMITTED: 16FEB96

160

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

## TABLE T3.1   DEMOGRAPHY - AGE AND WEIGHT BY SEX

| | | 600MG SEROQUEL - TID | | | 600MG SEROQUEL - BID | | | 600MG SEROQUEL - TOTAL | | | 12MG HALOPERIDOL - TID | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MALE | FEMALE | TOTAL | MALE | FEMALE | TOTAL | MALE | FEMALE | TOTAL | MALE | FEMALE | TOTAL |
| AGE (YRS) | N | 32 | 11 | 43 | 37 | 7 | 44 | 69 | 18 | 87 | 35 | 6 | 41 |
| | MEAN | 37.31 | 43.00 | 38.77 | 37.14 | 41.86 | 37.89 | 37.22 | 42.56 | 38.32 | 35.63 | 42.33 | 36.61 |
| | SD | 9.02 | 12.83 | 10.27 | 10.33 | 8.32 | 10.10 | 9.67 | 11.03 | 10.14 | 9.35 | 9.65 | 9.57 |
| | MIN | 20 | 29 | 20 | 19 | 30 | 19 | 19 | 29 | 19 | 20 | 30 | 20 |
| | MAX | 53 | 66 | 66 | 59 | 54 | 59 | 59 | 66 | 66 | 63 | 59 | 63 |
| WEIGHT (KG) | N | 32 | 11 | 43 | 37 | 7 | 44 | 69 | 18 | 87 | 35 | 6 | 41 |
| | MEAN | 81.36 | 91.54 | 83.97 | 81.78 | 77.05 | 81.03 | 81.59 | 85.91 | 82.48 | 87.24 | 67.01 | 84.28 |
| | SD | 15.19 | 22.43 | 17.61 | 14.62 | 24.73 | 16.35 | 14.78 | 23.76 | 16.95 | 18.22 | 12.60 | 18.83 |
| | MIN | 51 | 52 | 51 | 57 | 49 | 49 | 51 | 49 | 49 | 59 | 47 | 47 |
| | MAX | 109 | 125 | 125 | 120 | 115 | 120 | 120 | 125 | 125 | 138 | 81 | 138 |

SOURCE CODE:  T3_1.SAS
DATE SUBMITTED: 16FEB96

161

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

## TABLE T3.2   DEMOGRAPHY - RACE AND SEX

| | 75 MG SEROQUEL | | | | | | 300 MG SEROQUEL | | | | | | 600 MG SEROQUEL | | | | | | 12MG HALOPERIDOL | |
| | TID | | BID | | TOTAL | | TID | | BID | | TOTAL | | TID | | BID | | TOTAL | | TID | |
| | N | PCNT | N | PCNT | N | PCNT | N | PCNT | N | PCNT | N | PCNT | N | PCNT | N | PCNT | N | PCNT | N | PCNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **RACE** | | | | | | | | | | | | | | | | | | | | |
| --- CAUCASIAN | 27 | 61 | 32 | 78 | 59 | 69 | 31 | 70 | 33 | 75 | 64 | 73 | 28 | 65 | 31 | 70 | 59 | 68 | 30 | 73 |
| --- AFRICAN AMERICAN | 12 | 27 | 8 | 20 | 20 | 24 | 9 | 20 | 5 | 11 | 14 | 16 | 7 | 16 | 9 | 20 | 16 | 18 | 6 | 15 |
| --- ASIAN | 1 | 2 | 0 | 0 | 1 | 1 | 1 | 2 | 2 | 5 | 3 | 3 | 3 | 7 | 1 | 2 | 4 | 5 | 0 | 0 |
| --- HISPANIC | 4 | 9 | 1 | 2 | 5 | 6 | 1 | 2 | 4 | 9 | 5 | 6 | 5 | 12 | 3 | 7 | 8 | 9 | 3 | 7 |
| --- OTHER | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 5 | 0 | 0 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 5 |
| **SEX** | | | | | | | | | | | | | | | | | | | | |
| --- MALE | 34 | 77 | 33 | 80 | 67 | 79 | 36 | 82 | 32 | 73 | 68 | 77 | 32 | 74 | 37 | 84 | 69 | 79 | 35 | 85 |
| --- FEMALE | 10 | 23 | 8 | 20 | 18 | 21 | 8 | 18 | 12 | 27 | 20 | 23 | 11 | 26 | 7 | 16 | 18 | 21 | 6 | 15 |

SOURCE CODE: T3_2.SAS      DATE GENERATED: 16FEB96

162

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

## TABLE T4   DSM-III-R DIAGNOSIS

| DIAGNOSIS | 75 MG SEROQUEL | | | | | | 300 MG SEROQUEL | | | | | | 600 MG SEROQUEL | | | | | | 12 MG HALOPERIDOL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | TID | | BID | | TOTAL | | TID | | BID | | TOTAL | | TID | | BID | | TOTAL | | TID | |
| | N | PCNT | N | PCNT | N | PCNT | N | PCNT | N | PCNT | N | PCNT | N | PCNT | N | PCNT | N | PCNT | N | PCNT |
| DISORGANIZED, CHRONIC | 1 | 2 | 0 | 0 | 1 | 1 | 0 | 0 | 2 | 5 | 2 | 2 | 3 | 7 | 1 | 2 | 4 | 5 | 2 | 5 |
| CATATONIC, CHRONIC | 0 | 0 | 1 | 2 | 1 | 1 | 1 | 2 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 2 |
| PARANOID, CHRONIC | 26 | 59 | 23 | 56 | 49 | 58 | 26 | 59 | 21 | 48 | 47 | 53 | 16 | 37 | 16 | 36 | 32 | 37 | 21 | 51 |
| PARANOID, SUBCHRONIC | 0 | 0 | 2 | 5 | 2 | 2 | 0 | 0 | 3 | 7 | 3 | 3 | 1 | 2 | 2 | 5 | 3 | 3 | 1 | 2 |
| RESIDUAL, CHRONIC | 3 | 7 | 0 | 0 | 3 | 4 | 5 | 11 | 1 | 2 | 6 | 7 | 5 | 12 | 5 | 11 | 10 | 11 | 1 | 2 |
| RESIDUAL, SUBCHRONIC | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 2 | 2 | 5 | 3 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| UNDIFFERENTIATED, CHRONIC | 11 | 25 | 14 | 34 | 25 | 29 | 8 | 18 | 14 | 32 | 22 | 25 | 16 | 37 | 19 | 43 | 35 | 40 | 15 | 37 |
| UNDIFFERENTIATED, SUBCHRONIC | 3 | 7 | 1 | 2 | 4 | 5 | 3 | 7 | 1 | 2 | 4 | 5 | 2 | 5 | 1 | 2 | 3 | 3 | 0 | 0 |
| TOTAL | 44 | 100 | 41 | 100 | 85 | 100 | 44 | 100 | 44 | 100 | 88 | 100 | 43 | 100 | 44 | 100 | 87 | 100 | 41 | 100 |

SOURCE CODE: T4.SAS
DATE GENERATED: 16FEB96

163

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636)
AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T5.1  PSYCHIATRIC ILLNESS - AGE FIRST TREATED

| | | SEROQUEL | | | | | | | | | HALOPERIDOL |
| | | 75MG | | | 300MG | | | 600MG | | | 12MG |
| | | TID | BID | TOTAL | TID | BID | TOTAL | TID | BID | TOTAL | TID |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AGE FIRST TREATED (YRS) | N | 44 | 40 | 84 | 44 | 44 | 88 | 43 | 44 | 87 | 41 |
| | MEAN | 23.6 | 23.8 | 23.7 | 23.9 | 25.4 | 24.6 | 25.4 | 23.5 | 24.4 | 22.7 |
| | SD | 6.3 | 6.7 | 6.4 | 5.9 | 8.4 | 7.3 | 9.0 | 6.3 | 7.8 | 4.5 |
| | MIN | 16 | 14 | 14 | 14 | 17 | 14 | 5 | 14 | 5 | 17 |
| | MAX | 41 | 43 | 43 | 40 | 60 | 60 | 50 | 42 | 50 | 37 |

SOURCE CODE:  T5_1.SAS
DATE SUBMITTED: 16FEB96

164

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T5.2  PSYCHIATRIC ILLNESS - NUMBER OF PRIOR HOSPITALIZATIONS

| | 75 MG SEROQUEL | | | | | | 300 MG SEROQUEL | | | | | | 600 MG SEROQUEL | | | | | | 12MG HALOPERIDOL | |
| | TID | | BID | | TOTAL | | TID | | BID | | TOTAL | | TID | | BID | | TOTAL | | TID | |
| | N | PCNT | N | PCNT | N | PCNT | N | PCNT | N | PCNT | N | PCNT | N | PCNT | N | PCNT | N | PCNT | N | PCNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NUMBER OF PRIOR HOSPITALIZATION | | | | | | | | | | | | | | | | | | | | |
| 0 | 1 | 2 | 3 | 7 | 4 | 5 | 4 | 9 | 3 | 7 | 7 | 8 | 1 | 2 | 2 | 5 | 3 | 3 | 0 | 0 |
| 1-5 | 27 | 61 | 26 | 63 | 53 | 62 | 28 | 64 | 30 | 68 | 58 | 66 | 28 | 65 | 29 | 66 | 57 | 66 | 25 | 61 |
| 6-10 | 8 | 18 | 5 | 12 | 13 | 15 | 10 | 23 | 6 | 14 | 16 | 18 | 5 | 12 | 8 | 18 | 13 | 15 | 8 | 20 |
| 11-15 | 2 | 5 | 2 | 5 | 4 | 5 | 0 | 0 | 3 | 7 | 3 | 3 | 8 | 19 | 2 | 5 | 10 | 11 | 6 | 15 |
| 16-20 | 1 | 2 | 2 | 5 | 3 | 4 | 0 | 0 | 1 | 2 | 1 | 1 | 0 | 0 | 2 | 5 | 2 | 2 | 0 | 0 |
| >20 | 1 | 2 | 2 | 5 | 3 | 4 | 2 | 5 | 1 | 2 | 3 | 3 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 2 |
| UNKNOWN | 4 | 9 | 1 | 2 | 5 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 2 |
| TOTAL | 44 | 100 | 41 | 100 | 85 | 100 | 44 | 100 | 44 | 100 | 88 | 100 | 43 | 100 | 44 | 100 | 87 | 100 | 41 | 100 |

SOURCE CODE: T5_2.SAS
DATE GENERATED: 16FEB96

165

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE  T5.3  TIME (MONTHS) SINCE LAST ACUTE PSYCHOTIC RELAPSE

| | | 75 MG SEROQUEL | | | 300 MG SEROQUEL | | | 600 MG SEROQUEL | | | 12MG HALOPERIDOL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | TID | BID | TOTAL | TID | BID | TOTAL | TID | BID | TOTAL | TID |
| TIME SINCE LAST ACUTE PSYCHOTIC RELAPSE | N | 44 | 41 | 85 | 44 | 44 | 88 | 43 | 44 | 87 | 41 |
| | MEAN | 22.9 | 19.1 | 21.1 | 14.6 | 22.1 | 18.4 | 19.9 | 20.9 | 20.4 | 16.2 |
| | MEDIAN | 19.0 | 16.1 | 16.8 | 10.5 | 19.7 | 13.1 | 13.7 | 15.2 | 15.1 | 15.2 |
| | SD | 17.5 | 10.4 | 14.6 | 8.9 | 14.4 | 12.5 | 12.7 | 15.0 | 13.8 | 8.9 |
| | MIN | 5.6 | 6.1 | 5.6 | 6.1 | 6.8 | 6.1 | 6.2 | 6.4 | 6.2 | 0.5 |
| | MAX | 98.9 | 47.2 | 98.9 | 35.3 | 67.2 | 67.2 | 68.8 | 71.7 | 71.7 | 38.7 |

SOURCE CODE: T5_3.SAS
DATE GENERATED: 16FEB96

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T5.4   SCHEDULE FOR THE DEFICIT SYNDROME (SDS)

| | 75 MG SEROQUEL | | | | | | 300 MG SEROQUEL | | | | | | 600 MG SEROQUEL | | | | | | 12MG HALOPERIDOL | |
| | TID | | BID | | TOTAL | | TID | | BID | | TOTAL | | TID | | BID | | TOTAL | | TID | |
| | N | PCNT | N | PCNT | N | PCNT | N | PCNT | N | PCNT | N | PCNT | N | PCNT | N | PCNT | N | PCNT | N | PCNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SDS | | | | | | | | | | | | | | | | | | | | |
| -- PRESENT | 27 | 61.36 | 28 | 68.29 | 55 | 64.71 | 32 | 72.73 | 31 | 70.45 | 63 | 71.59 | 33 | 76.74 | 35 | 79.55 | 68 | 78.16 | 27 | 65.85 |
| -- ABSENT | 17 | 38.64 | 13 | 31.71 | 30 | 35.29 | 11 | 25.00 | 13 | 29.55 | 24 | 27.27 | 10 | 23.26 | 8 | 18.18 | 18 | 20.69 | 14 | 34.15 |
| -- MISSING | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 2.27 | 0 | 0 | 1 | 1.14 | 0 | 0 | 1 | 2.27 | 1 | 1.15 | 0 | 0 |
| TOTAL | 44 | 100.0 | 41 | 100.0 | 85 | 100.0 | 44 | 100.0 | 44 | 100.0 | 88 | 100.0 | 43 | 100.0 | 44 | 100.0 | 87 | 100.0 | 41 | 100.0 |

SOURCE CODE: T5_4.SAS
DATE GENERATED: 16FEB96

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T5.5    DSM-III-R DIAGNOSIS - CHRONIC VERSUS SUBCHRONIC

| | 75 MG SEROQUEL | | | | | | 300 MG SEROQUEL | | | | | | 600 MG SEROQUEL | | | | | | 12MG HALOPERIDOL | |
| | TID | | BID | | TOTAL | | TID | | BID | | TOTAL | | TID | | BID | | TOTAL | | TID | |
| | N | PCNT | N | PCNT | N | PCNT | N | PCNT | N | PCNT | N | PCNT | N | PCNT | N | PCNT | N | PCNT | N | PCNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL PATIENTS RANDOMIZED | 44 | 100 | 41 | 100 | 85 | 100 | 44 | 100 | 44 | 100 | 88 | 100 | 43 | 100 | 44 | 100 | 87 | 100 | 41 | 100 |
| CHRONIC | 41 | 93 | 38 | 93 | 79 | 93 | 40 | 91 | 38 | 86 | 78 | 89 | 40 | 93 | 41 | 93 | 81 | 93 | 40 | 98 |
| SUBCHRONIC | 3 | 7 | 3 | 7 | 6 | 7 | 4 | 9 | 6 | 14 | 10 | 11 | 3 | 7 | 3 | 7 | 6 | 7 | 1 | 2 |
| CATEGORY REGARDLESS OF CHRONICITY | | | | | | | | | | | | | | | | | | | | |
| --- DISORGANIZED | 1 | 2 | 0 | 0 | 1 | 1 | 0 | 0 | 2 | 5 | 2 | 2 | 3 | 7 | 1 | 2 | 4 | 5 | 2 | 5 |
| --- CATATONIC | 0 | 0 | 1 | 2 | 1 | 1 | 1 | 2 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 2 |
| --- PARANOID | 26 | 59 | 25 | 61 | 51 | 60 | 26 | 59 | 24 | 55 | 50 | 57 | 17 | 40 | 18 | 41 | 35 | 40 | 22 | 54 |
| --- RESIDUAL | 3 | 7 | 0 | 0 | 3 | 4 | 6 | 14 | 3 | 7 | 9 | 10 | 5 | 12 | 5 | 11 | 10 | 11 | 1 | 2 |
| --- UNDIFFERENTIATED | 14 | 32 | 15 | 37 | 29 | 34 | 11 | 25 | 15 | 34 | 26 | 30 | 18 | 42 | 20 | 45 | 38 | 44 | 15 | 37 |

SOURCE CODE: T5_5.SAS
DATE GENERATED: 16FEB96

168

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T5.6   RECENT RECEIPT OF DEPOT MEDICATION

| DEPOT | 75 MG SEROQUEL | | | | | | 300 MG SEROQUEL | | | | | | 600 MG SEROQUEL | | | | | | 12MG HALOPERIDOL | |
| | TID | | BID | | TOTAL | | TID | | BID | | TOTAL | | TID | | BID | | TOTAL | | TID | |
| | N | PCNT | N | PCNT | N | PCNT | N | PCNT | N | PCNT | N | PCNT | N | PCNT | N | PCNT | N | PCNT | N | PCNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| YES | 12 | 27 | 6 | 15 | 18 | 21 | 9 | 20 | 8 | 18 | 17 | 19 | 3 | 7 | 11 | 25 | 14 | 16 | 7 | 17 |
| NO | 32 | 73 | 35 | 85 | 67 | 79 | 35 | 80 | 36 | 82 | 71 | 81 | 40 | 93 | 33 | 75 | 73 | 84 | 34 | 83 |
| TOTAL | 44 | 100 | 41 | 100 | 85 | 100 | 44 | 100 | 44 | 100 | 88 | 100 | 43 | 100 | 44 | 100 | 87 | 100 | 41 | 100 |

SOURCE CODE: T5_6.SAS
DATE GENERATED: 16FEB96

169

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T5.7   NEED FOR PATIENTS PREVIOUS NEUROLEPTIC TO BE TAPERED

| PREVIOUS NEUROLEPTIC TO BE TAPERED | 75 MG SEROQUEL | | | | | | 300 MG SEROQUEL | | | | | | 600 MG SEROQUEL | | | | | | 12MG HALOPERIDOL | |
| | TID | | BID | | TOTAL | | TID | | BID | | TOTAL | | TID | | BID | | TOTAL | | TID | |
| | N | PCNT | N | PCNT | N | PCNT | N | PCNT | N | PCNT | N | PCNT | N | PCNT | N | PCNT | N | PCNT | N | PCNT |
| YES | 10 | 23 | 3 | 7 | 13 | 15 | 8 | 18 | 6 | 14 | 14 | 16 | 3 | 7 | 7 | 16 | 10 | 11 | 5 | 12 |
| NO | 33 | 75 | 36 | 88 | 69 | 81 | 35 | 80 | 38 | 86 | 73 | 83 | 39 | 91 | 36 | 82 | 75 | 86 | 34 | 83 |
| MISSING | 1 | 2 | 2 | 5 | 3 | 4 | 1 | 2 | 0 | 0 | 1 | 1 | 1 | 2 | 1 | 2 | 2 | 2 | 2 | 5 |
| TOTAL | 44 | 100 | 41 | 100 | 85 | 100 | 44 | 100 | 44 | 100 | 88 | 100 | 43 | 100 | 44 | 100 | 87 | 100 | 41 | 100 |

SOURCE CODE: T5_7.SAS
DATE GENERATED: 16FEB96

170

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

## TABLE T5.8   RATE OF TITRATION OF STUDY MEDICATION

| RATE OF TITRATION | 75MG SEROQUEL | | | | | | 300MG SEROQUEL | | | | | | 600MG SEROQUEL | | | | | | 12MG HALOPERIDOL | |
| | TID | | BID | | TOTAL | | TID | | BID | | TOTAL | | TID | | BID | | TOTAL | | TID | |
| | N | PCNT | N | PCNT | N | PCNT | N | PCNT | N | PCNT | N | PCNT | N | PCNT | N | PCNT | N | PCNT | N | PCNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| <= 6 DAYS | 18 | 41 | 12 | 29 | 30 | 35 | 14 | 32 | 11 | 25 | 25 | 28 | 19 | 44 | 13 | 30 | 32 | 37 | 9 | 22 |
| > 6 DAYS | 20 | 45 | 25 | 61 | 45 | 53 | 29 | 66 | 29 | 66 | 58 | 66 | 19 | 44 | 23 | 52 | 42 | 48 | 24 | 59 |
| PATIENTS WHO DID NOT COMPLETE TITRATION | 6 | 14 | 4 | 10 | 10 | 12 | 1 | 2 | 4 | 9 | 5 | 6 | 5 | 12 | 8 | 18 | 13 | 15 | 8 | 20 |
| TOTAL | 44 | 100 | 41 | 100 | 85 | 100 | 44 | 100 | 44 | 100 | 88 | 100 | 43 | 100 | 44 | 100 | 87 | 100 | 41 | 100 |

SOURCE CODE:  T5_8.SAS
DATE GENERATED: 16FEB96

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T5.9   CONTINUING ADMINISTRATION OF LORAZEPAM AT TIME OF RANDOMIZATION

| | 75 MG SEROQUEL | | | | | | 300 MG SEROQUEL | | | | | | 600 MG SEROQUEL | | | | | | 12MG HALOPERIDOL | |
| | TID | | BID | | TOTAL | | TID | | BID | | TOTAL | | TID | | BID | | TOTAL | | TID | |
| | N | PCNT | N | PCNT | N | PCNT | N | PCNT | N | PCNT | N | PCNT | N | PCNT | N | PCNT | N | PCNT | N | PCNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| YES | 0 | 0 | 1 | 2 | 1 | 1 | 1 | 2 | 0 | 0 | 1 | 1 | 0 | 0 | 1 | 2 | 1 | 1 | 0 | 0 |
| NO | 44 | 100 | 40 | 98 | 84 | 99 | 43 | 98 | 44 | 100 | 87 | 99 | 43 | 100 | 43 | 98 | 86 | 99 | 41 | 100 |
| TOTAL | 44 | 100 | 41 | 100 | 85 | 100 | 44 | 100 | 44 | 100 | 88 | 100 | 43 | 100 | 44 | 100 | 87 | 100 | 41 | 100 |

SOURCE CODE: T5_9.SAS
DATE GENERATED: 16FEB96

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T6.1.1   DISPOSITION OF ALL RANDOMIZED PATIENTS BY TREATMENT AND DOSE GROUP — WITHDRAWALS AND REASON FOR WITHDRAWAL

| | 75 MG SEROQUEL | | | | | | 300 MG SEROQUEL | | | | | |
| | TID | | BID | | TOTAL | | TID | | BID | | TOTAL | |
| | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PATIENTS RANDOMIZED | 44 | 100 | 41 | 100 | 85 | 100 | 44 | 100 | 44 | 100 | 88 | 100 |
| COMPLETED PATIENTS | 2 | 5 | 5 | 12 | 7 | 8 | 5 | 11 | 6 | 14 | 11 | 13 |
| ONGOING PATIENTS | 4 | 9 | 2 | 5 | 6 | 7 | 2 | 5 | 1 | 2 | 3 | 3 |
| WITHDRAWALS | 38 | 86 | 34 | 83 | 72 | 85 | 37 | 84 | 37 | 84 | 74 | 84 |
| --- PSYCHOTIC RELAPSE | 24 | 63 | 21 | 62 | 45 | 63 | 25 | 68 | 23 | 62 | 48 | 65 |
| ----- RELAPSE CRITERIA I | 15 | 63 | 14 | 67 | 29 | 64 | 17 | 68 | 14 | 61 | 31 | 65 |
| ----- RELAPSE CRITERIA II | 9 | 38 | 7 | 33 | 16 | 36 | 8 | 32 | 8 | 35 | 16 | 33 |
| ----- NEITHER CRITERIA I OR II | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 4 | 1 | 2 |
| --- SUBJECT REFUSED TO CONTINUE/LOST TO FOLLOW-UP | 9 | 24 | 6 | 18 | 15 | 21 | 5 | 14 | 4 | 11 | 9 | 12 |
| --- ADVERSE EXPERIENCE/INTERCURRENT ILLNESS | 2 | 5 | 5 | 15 | 7 | 10 | 3 | 8 | 10 | 27 | 13 | 18 |

(CONTINUED)

SOURCE CODE: T6_1_1.SAS    DATE GENERATED: 16FEB96

173

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636)
AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T6.1.1   DISPOSITION OF ALL RANDOMIZED PATIENTS BY TREATMENT AND DOSE GROUP – WITHDRAWALS AND REASON FOR
WITHDRAWAL

|  | 75 MG SEROQUEL | | | | | | 300 MG SEROQUEL | | | | | |
|  | TID | | BID | | TOTAL | | TID | | BID | | TOTAL | |
|  | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT |
| --- PROTOCOL NONCOMPLIANCE | 3 | 8 | 2 | 6 | 5 | 7 | 4 | 11 | 0 | 0 | 4 | 5 |

(CONTINUED)

SOURCE CODE: T6_1_1.SAS    DATE GENERATED: 16FEB96

174

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T6.1.1   DISPOSITION OF ALL RANDOMIZED PATIENTS BY TREATMENT AND DOSE GROUP - WITHDRAWALS AND REASON FOR WITHDRAWAL

| | 600 MG SEROQUEL | | | | | | 12MG HALOPERIDOL | |
| | TID | | BID | | TOTAL | | TID | |
| | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT |
|---|---|---|---|---|---|---|---|---|
| PATIENTS RANDOMIZED | 43 | 100 | 44 | 100 | 87 | 100 | 41 | 100 |
| COMPLETED PATIENTS | 8 | 19 | 6 | 14 | 14 | 16 | 13 | 32 |
| ONGOING PATIENTS | 5 | 12 | 2 | 5 | 7 | 8 | 1 | 2 |
| WITHDRAWALS | 30 | 70 | 36 | 82 | 66 | 76 | 27 | 66 |
| -- PSYCHOTIC RELAPSE | 17 | 57 | 18 | 50 | 35 | 53 | 8 | 30 |
| ---- RELAPSE CRITERIA I | 10 | 59 | 14 | 78 | 24 | 69 | 4 | 50 |
| ---- RELAPSE CRITERIA II | 7 | 41 | 4 | 22 | 11 | 31 | 4 | 50 |
| ---- NEITHER CRITERIA I OR II | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| -- SUBJECT REFUSED TO CONTINUE/LOST TO FOLLOW-UP | 5 | 17 | 9 | 25 | 14 | 21 | 4 | 15 |
| -- ADVERSE EXPERIENCE/INTERCURRENT ILLNESS | 6 | 20 | 7 | 19 | 13 | 20 | 14 | 52 |

(CONTINUED)

SOURCE CODE: T6_1_1.SAS    DATE GENERATED: 16FEB96

175

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T6.1.1   DISPOSITION OF ALL RANDOMIZED PATIENTS BY TREATMENT AND DOSE GROUP - WITHDRAWALS AND REASON FOR WITHDRAWAL

| | 600 MG SEROQUEL | | | | | | 12MG HALOPERIDOL | |
| | TID | | BID | | TOTAL | | TID | |
| | N | PERCENT | N | PERCENT | N | PERCENT | N | PERCENT |
| --- PROTOCOL NONCOMPLIANCE | 2 | 7 | 2 | 6 | 4 | 6 | 1 | 4 |

SOURCE CODE: T6_1_1.SAS    DATE GENERATED: 16FEB96

176

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T6.1.2  DISPOSITION OF ALL RANDOMIZED PATIENTS - WITHDRAWALS AND REASON FOR WITHDRAWAL

|  | N | PERCENT |
|---|---|---|
| PATIENTS RANDOMIZED | 301 | 100 |
| COMPLETED PATIENTS | 45 | 15 |
| ONGOING PATIENTS | 17 | 6 |
| WITHDRAWALS | 239 | 79 |
| --- PSYCHOTIC RELAPSE | 136 | 57 |
| ----- RELAPSE CRITERIA I | 88 | 65 |
| ----- RELAPSE CRITERIA II | 47 | 35 |
| ----- NEITHER CRITERIA I OR II | 1 | 1 |
| --- SUBJECT REFUSED TO CONTINUE/LOST TO FOLLOW-UP | 42 | 18 |
| --- ADVERSE EXPERIENCE/INTERCURRENT ILLNESS | 47 | 20 |
| --- PROTOCOL NONCOMPLIANCE | 14 | 6 |

SOURCE CODE: T6_1_2.SAS
DATE GENERATED: 16FEB96

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T6.2 PATIENT WITHDRAWAL RATES BY TIME INTERVAL BASED ON KAPLAN-MEIER FAILURE RATES

| | 75 MG SEROQUEL | | | 300 MG SEROQUEL | | | 600 MG SEROQUEL | | | 12 MG HALO-PERI-DOL |
|---|---|---|---|---|---|---|---|---|---|---|
| | TID | BID | TOTAL | TID | BID | TOTAL | TID | BID | TOTAL | TID |
| **TITRATION** | | | | | | | | | | |
| WEEK 0 - 2 (%) | 15.91 | 9.76 | 12.94 | 11.36 | 11.36 | 11.63 | 15.91 | 13.79 | 12.20 | |
| WEEK 2 - 4 (%) | 22.73 | 24.39 | 23.53 | 22.73 | 25.00 | 23.86 | 30.23 | 31.82 | 31.03 | 26.83 |
| WEEK 4 - 6 (%) | 47.73 | 31.71 | 40.00 | 36.36 | 40.91 | 38.64 | 37.21 | 36.36 | 36.78 | 46.34 |
| **FIXED DOSE** | | | | | | | | | | |
| WEEK 6 - 8 (%) | 56.82 | 41.46 | 49.41 | 43.18 | 56.82 | 50.00 | 37.21 | 38.64 | 37.93 | 46.34 |
| WEEK 8 - 10 (%) | 63.64 | 51.22 | 57.65 | 54.55 | 63.64 | 59.09 | 46.51 | 50.00 | 48.28 | 51.22 |
| WEEK 10 - 12 (%) | 68.18 | 53.66 | 61.18 | 59.09 | 68.18 | 63.64 | 48.84 | 50.00 | 49.43 | 56.10 |
| WEEK 12 - 16 (%) | 68.18 | 65.85 | 67.10 | 68.18 | 75.00 | 71.59 | 58.14 | 65.91 | 62.07 | 58.54 |
| WEEK 16 - 20 (%) | 70.63 | 71.11 | 70.90 | 72.92 | 77.27 | 75.05 | 60.47 | 70.45 | 65.52 | 58.54 |
| WEEK 20 - 24 (%) | 70.63 | 73.73 | 72.16 | 77.84 | 77.27 | 77.43 | 60.47 | 72.92 | 66.71 | 58.54 |

SOURCE CODE: T6_2.SAS
DATE GENERATED: 16FEB96

(CONTINUED)

178

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T6.2 PATIENT WITHDRAWAL RATES BY TIME INTERVAL BASED ON KAPLAN-MEIER FAILURE RATES

| | 75 MG SEROQUEL | | | 300 MG SEROQUEL | | | 600 MG SEROQUEL | | | 12 MG HALO-PERI-DOL |
| | TID | BID | TOTAL | TID | BID | TOTAL | TID | BID | TOTAL | TID |
|---|---|---|---|---|---|---|---|---|---|---|
| WEEK 24 - 28 (%) | 73.08 | 73.73 | 73.43 | 80.30 | 77.27 | 78.62 | 65.27 | 75.38 | 70.32 | 58.54 |
| WEEK 28 - 32 (%) | 78.46 | 73.73 | 76.08 | 80.30 | 77.27 | 78.62 | 67.94 | 80.30 | 74.14 | 63.41 |
| WEEK 32 - 36 (%) | 83.85 | 73.73 | 78.74 | 83.12 | 79.80 | 81.29 | 67.94 | 80.30 | 74.14 | 63.41 |
| WEEK 36 - 40 (%) | 83.85 | 79.57 | 81.78 | 85.93 | 79.80 | 82.63 | 67.94 | 80.30 | 74.14 | 65.85 |
| WEEK 40 - 44 (%) | 91.92 | 79.57 | 85.09 | 85.93 | 79.80 | 82.63 | 67.94 | 80.30 | 74.14 | 65.85 |
| WEEK 44 - 48 (%) | 91.92 | 85.41 | 88.40 | 85.93 | 82.32 | 83.96 | 71.50 | 82.77 | 77.19 | 65.85 |
| WEEK 48 - 52 (%) | 91.92 | 85.41 | 88.40 | 85.93 | 84.85 | 85.30 | 71.50 | 82.77 | 77.19 | 65.85 |
| >= WEEK 52 (%) | 91.92 | 85.41 | 88.40 | 85.93 | 84.85 | 85.30 | 71.50 | 82.77 | 77.19 | 65.85 |

SOURCE CODE: T6_2.SAS
DATE GENERATED: 16FEB96

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T6.3   TIME TO PATIENT WITHDRAWAL IN DAYS FROM RANDOMIZATION BASED ON KAPLAN-MEIER ESTIMATES

| TIME TO WITHDRAWAL | 75 MG SEROQUEL | | | 300 MG SEROQUEL | | | 600 MG SEROQUEL | | | 12 MG HALOPERIDOL |
|---|---|---|---|---|---|---|---|---|---|---|
| | TID | BID | TOTAL | TID | BID | TOTAL | TID | BID | TOTAL | TID |
| TOTAL N | 44.00 | 41.00 | 85.00 | 44.00 | 44.00 | 88.00 | 43.00 | 44.00 | 87.00 | 41.00 |
| NUMBER WITHDRAWN | 38.00 | 34.00 | 72.00 | 37.00 | 37.00 | 74.00 | 30.00 | 36.00 | 66.00 | 27.00 |
| NUMBER CENSORED | 6.00 | 7.00 | 13.00 | 7.00 | 7.00 | 14.00 | 13.00 | 8.00 | 21.00 | 14.00 |
| % CENSORED | 13.64 | 17.07 | 15.29 | 15.91 | 15.91 | 15.91 | 30.23 | 18.18 | 24.14 | 34.15 |
| % UNCENSORED | 86.36 | 82.93 | 84.71 | 84.09 | 84.09 | 84.09 | 69.77 | 81.82 | 75.86 | 65.85 |
| 25% QUARTILE | 28.00 | 29.00 | 28.00 | 28.00 | 26.00 | 28.00 | 24.00 | 19.00 | 20.00 | 26.00 |
| MEDIAN | 44.00 | 66.00 | 56.00 | 60.00 | 48.50 | 54.50 | 84.00 | 73.50 | 84.00 | 63.00 |
| 75% QUARTILE | 197.00 | 258.00 | 199.00 | 141.00 | 117.00 | 138.00 | (*) | 169.00 | 325.00 | (*) |

(*) INDICATES CENSORED OBSERVATION

SOURCE CODE: T6_3.SAS
DATE GENERATED: 16FEB96

180

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T6.4   FREQUENCY OF PATIENTS WHO WERE HOSPITALIZED DUE TO RELAPSE(*) (CRITERIA I AND II) BY TREATMENT

| | 75 MG SEROQUEL | | | | | | 300 MG SEROQUEL | | | | | | 600 MG SEROQUEL | | | | | |
| | TID | | BID | | TOTAL | | TID | | BID | | TOTAL | | TID | | BID | | TOTAL | |
| | N | % | N | % | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| YES | 7.00 | 29.17 | 3.00 | 14.29 | 10.00 | 22.22 | 7.00 | 28.00 | 3.00 | 13.04 | 10.00 | 20.83 | 5.00 | 29.41 | 5.00 | 27.78 | 10.00 | 28.57 |
| NO | 15.00 | 62.50 | 18.00 | 85.71 | 33.00 | 73.33 | 18.00 | 72.00 | 19.00 | 82.61 | 37.00 | 77.08 | 12.00 | 70.59 | 13.00 | 72.22 | 25.00 | 71.43 |
| MISSING | 2.00 | 8.33 | . | . | 2.00 | 4.44 | . | . | 1.00 | 4.35 | 1.00 | 2.08 | . | . | . | . | . | . |
| TOTAL | 24.00 | 100.00 | 21.00 | 100.00 | 45.00 | 100.00 | 25.00 | 100.00 | 23.00 | 100.00 | 48.00 | 100.00 | 17.00 | 100.00 | 18.00 | 100.00 | 35.00 | 100.00 |

(CONTINUED)

(*) THIS TABLE INCLUDES ALL PATIENTS WHO WITHDREW DUE TO PSYCHOTIC RELAPSE

SOURCE CODE: T6.4.SAS
DATE GENERATED: 16FEB96

181

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T6.4   FREQUENCY OF PATIENTS WHO WERE HOSPITALIZED DUE TO RELAPSE(*) (CRITERIA I AND II) BY TREATMENT

|         | 12 MG HALOPERIDOL | | ALL RELAPSE | |
|         | TID | | PATIENTS | |
|         | N | % | N | % |
|---------|------|-------|------|--------|
| YES     | 3.00 | 37.50 | 33.00 | 24.26 |
| NO      | 5.00 | 62.50 | 100.00 | 73.53 |
| MISSING | .    | .     | 3.00 | 2.21  |
| TOTAL   | 8.00 | 100.00 | 136.00 | 100.00 |

(*) THIS TABLE INCLUDES ALL PATIENTS WHO WITHDREW DUE TO PSYCHOTIC RELAPSE

SOURCE CODE: T6_4.SAS
DATE GENERATED: 16FEB96

182

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T6.5   TIME TO PATIENT RELAPSE (CRITERIA I AND II) IN DAYS FROM RANDOMIZATION BASED ON KAPLAN-MEIER ESTIMATES

| TIME TO RELAPSE | | 75 MG SEROQUEL | | | 300 MG SEROQUEL | | | 600 MG SEROQUEL | | | 12 MG HALOPERIDOL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | TID | BID | TOTAL | TID | BID | TOTAL | TID | BID | TOTAL | TID |
| | TOTAL N | 44.00 | 41.00 | 85.00 | 44.00 | 44.00 | 88.00 | 43.00 | 44.00 | 87.00 | 41.00 |
| | NUMBER WITHDRAWN DUE TO RELAPSE | 24.00 | 21.00 | 45.00 | 25.00 | 23.00 | 48.00 | 17.00 | 18.00 | 35.00 | 8.00 |
| | NUMBER CENSORED(#) | 20.00 | 20.00 | 40.00 | 19.00 | 21.00 | 40.00 | 26.00 | 26.00 | 52.00 | 33.00 |
| | % CENSORED | 45.45 | 48.78 | 47.06 | 43.18 | 47.73 | 45.45 | 60.47 | 59.09 | 59.77 | 80.49 |
| | % UNCENSORED | 54.55 | 51.22 | 52.94 | 56.82 | 52.27 | 54.55 | 39.53 | 40.91 | 40.23 | 19.51 |
| | 25% QUARTILE | 42.00 | 56.00 | 52.00 | 29.00 | 41.00 | 37.00 | 64.00 | 63.00 | 63.00 | 223.00 |
| | MEDIAN | 124.00 | 120.00 | 124.00 | 105.00 | 102.00 | 102.00 | 325.00 | 135.00 | 218.00 | (*) |
| | 75% QUARTILE | 289.00 | (*) | 313.00 | (*) | (*) | (*) | (*) | (*) | (*) | (*) |

(#) CENSORED PATIENTS INCLUDE ALL WHO DID NOT WITHDRAW DUE TO PSYCHOTIC RELAPSE.   (*) INDICATES CENSORED OBSERVATION

SOURCE CODE: T6_5.SAS.   DATE GENERATED: 16FEB96.

183

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.1   DESCRIPTIVE STATISTICS FOR BPRS POSITIVE SYMPTOM CLUSTER SCORE - OBSERVED CASES

75MG SEROQUEL

| | TID | | | | | BID | | | | | TOTAL | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WEEK | N | MEAN | SD | MIN | MAX | N | MEAN | SD | MIN | MAX | N | MEAN | SD | MIN | MAX |
| 0 | 42 | 1.29 | 0.93 | 0 | 3 | 40 | 1.54 | 0.85 | 0 | 3 | 82 | 1.41 | 0.90 | 0 | 3 |
| 1 | 42 | 1.29 | 1.01 | 0 | 5 | 40 | 1.54 | 0.85 | 0 | 3 | 82 | 1.41 | 0.94 | 0 | 5 |
| 2 | 36 | 1.20 | 0.98 | 0 | 3 | 36 | 1.42 | 0.92 | 0 | 3 | 72 | 1.31 | 0.95 | 0 | 3 |
| 4 | 34 | 1.30 | 1.26 | 0 | 5 | 32 | 1.50 | 0.99 | 0 | 3 | 66 | 1.40 | 1.13 | 0 | 5 |
| 8 | 26 | 1.41 | 1.15 | 0 | 4 | 28 | 1.77 | 1.14 | 0 | 4 | 54 | 1.60 | 1.15 | 0 | 4 |
| 12 | 18 | 1.14 | 1.31 | 0 | 4 | 22 | 1.80 | 1.30 | 0 | 5 | 40 | 1.50 | 1.33 | 0 | 5 |
| 16 | 12 | 0.63 | 0.92 | 0 | 3 | 15 | 1.62 | 1.26 | 0 | 4 | 27 | 1.18 | 1.21 | 0 | 4 |
| 20 | 12 | 1.04 | 1.32 | 0 | 5 | 13 | 1.52 | 1.12 | 0 | 5 | 25 | 1.29 | 1.22 | 0 | 5 |
| 24 | 11 | 0.57 | 0.59 | 0 | 2 | 12 | 1.63 | 1.36 | 0 | 4 | 23 | 1.12 | 1.17 | 0 | 4 |

SOURCE CODE: T7_1.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

184

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.1   DESCRIPTIVE STATISTICS FOR BPRS POSITIVE SYMPTOM CLUSTER SCORE - OBSERVED CASES

75MG SEROQUEL

| WEEK | TID | | | | | BID | | | | | TOTAL | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | N | MEAN | SD | MIN | MAX | N | MEAN | SD | MIN | MAX | N | MEAN | SD | MIN | MAX |
| 28 | 11 | 1.02 | 1.13 | 0 | 3 | 10 | 1.33 | 1.19 | 0 | 3 | 21 | 1.17 | 1.14 | 0 | 3 |
| 32 | 8 | 1.31 | 1.19 | 0 | 4 | 10 | 1.48 | 1.26 | 0 | 4 | 18 | 1.40 | 1.19 | 0 | 4 |
| 36 | 6 | 0.75 | 1.20 | 0 | 3 | 9 | 1.36 | 1.26 | 0 | 4 | 15 | 1.12 | 1.24 | 0 | 4 |
| 40 | 5 | 1.10 | 1.13 | 0 | 3 | 9 | 1.25 | 1.19 | 0 | 4 | 14 | 1.20 | 1.13 | 0 | 4 |
| 44 | 3 | 1.92 | 1.91 | 0 | 4 | 7 | 1.00 | 1.03 | 0 | 3 | 10 | 1.28 | 1.31 | 0 | 4 |
| 48 | 2 | 1.63 | 0.53 | 1 | 2 | 6 | 1.58 | 1.37 | 0 | 4 | 8 | 1.59 | 1.17 | 0 | 4 |
| 52 | 2 | 0.75 | 0.35 | 1 | 1 | 5 | 0.65 | 0.86 | 0 | 2 | 7 | 0.68 | 0.72 | 0 | 2 |
| FINAL | 42 | 2.10 | 1.35 | 0 | 5 | 40 | 2.18 | 1.38 | 0 | 5 | 82 | 2.13 | 1.35 | 0 | 5 |

SOURCE CODE:  T7_1.SAS
DATE SUBMITTED: 20FEB96

185

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.1  DESCRIPTIVE STATISTICS FOR BPRS POSITIVE SYMPTOM CLUSTER SCORE - OBSERVED CASES

300MG SEROQUEL

| | TID | | | | | BID | | | | | TOTAL | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WEEK | N | MEAN | SD | MIN | MAX | N | MEAN | SD | MIN | MAX | N | MEAN | SD | MIN | MAX |
| 0 | 44 | 1.31 | 0.85 | 0 | 3 | 42 | 1.20 | 0.86 | 0 | 3 | 86 | 1.25 | 0.85 | 0 | 3 |
| 1 | 44 | 1.22 | 0.92 | 0 | 4 | 42 | 1.18 | 1.02 | 0 | 4 | 86 | 1.20 | 0.96 | 0 | 4 |
| 2 | 40 | 1.38 | 1.23 | 0 | 5 | 39 | 1.19 | 0.97 | 0 | 4 | 79 | 1.28 | 1.11 | 0 | 5 |
| 4 | 34 | 1.04 | 0.94 | 0 | 3 | 34 | 1.03 | 1.04 | 0 | 3 | 68 | 1.03 | 0.98 | 0 | 3 |
| 8 | 27 | 1.22 | 1.10 | 0 | 4 | 28 | 1.04 | 1.27 | 0 | 4 | 55 | 1.13 | 1.18 | 0 | 4 |
| 12 | 22 | 1.13 | 1.12 | 0 | 4 | 17 | 0.69 | 1.02 | 0 | 4 | 39 | 0.94 | 1.09 | 0 | 4 |
| 16 | 18 | 0.94 | 0.90 | 0 | 3 | 13 | 0.48 | 0.68 | 0 | 3 | 31 | 0.75 | 0.83 | 0 | 3 |
| 20 | 12 | 1.23 | 1.08 | 0 | 3 | 11 | 0.27 | 0.28 | 0 | 3 | 23 | 0.77 | 0.93 | 0 | 3 |
| 24 | 10 | 0.75 | 0.60 | 0 | 2 | 10 | 0.68 | 0.97 | 0 | 2 | 20 | 0.71 | 0.79 | 0 | 3 |

SOURCE CODE: T7_1.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

186

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.1   DESCRIPTIVE STATISTICS FOR BPRS POSITIVE SYMPTOM CLUSTER SCORE – OBSERVED CASES

| | 300MG SEROQUEL | | | | | | | | | | | | | | |
| | TID | | | | | BID | | | | | TOTAL | | | | |
| WEEK | N | MEAN | SD | MIN | MAX | N | MEAN | SD | MIN | MAX | N | MEAN | SD | MIN | MAX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 7 | 1.29 | 1.56 | 0 | 5 | 10 | 0.68 | 0.76 | 0 | 2 | 17 | 0.93 | 1.16 | 0 | 5 |
| 32 | 7 | 1.11 | 1.27 | 0 | 4 | 10 | 0.48 | 0.53 | 0 | 2 | 17 | 0.74 | 0.93 | 0 | 4 |
| 36 | 7 | 1.36 | 1.88 | 0 | 6 | 9 | 0.81 | 0.70 | 0 | 3 | 16 | 1.05 | 1.32 | 0 | 6 |
| 40 | 6 | 0.75 | 0.76 | 0 | 2 | 8 | 0.69 | 0.44 | 0 | 1 | 14 | 0.71 | 0.57 | 0 | 2 |
| 44 | 5 | 0.80 | 0.94 | 0 | 2 | 8 | 1.00 | 1.19 | 0 | 4 | 13 | 0.92 | 1.06 | 0 | 4 |
| 48 | 5 | 0.75 | 0.85 | 0 | 2 | 8 | 1.31 | 1.37 | 0 | 4 | 13 | 1.10 | 1.19 | 0 | 4 |
| 52 | 5 | 0.65 | 1.05 | 0 | 3 | 6 | 0.75 | 0.63 | 0 | 2 | 11 | 0.70 | 0.80 | 0 | 3 |
| FINAL | 44 | 1.98 | 1.42 | 0 | 6 | 42 | 1.83 | 1.31 | 0 | 6 | 86 | 1.90 | 1.36 | 0 | 6 |

SOURCE CODE: T7_1.SAS
DATE SUBMITTED: 20FEB96

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.1   DESCRIPTIVE STATISTICS FOR BPRS POSITIVE SYMPTOM CLUSTER SCORE - OBSERVED CASES

| | 600MG SEROQUEL | | | | | | | | | | | | | | | 12MG HALOPERIDOL | | | | |
| | TID | | | | | BID | | | | | TOTAL | | | | | TID | | | | |
| WEEK | N | MEAN | SD | MIN | MAX | N | MEAN | SD | MIN | MAX | N | MEAN | SD | MIN | MAX | N | MEAN | SD | MIN | MAX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 43 | 1.41 | 0.92 | 0 | 3 | 41 | 1.32 | 0.85 | 0 | 3 | 84 | 1.37 | 0.88 | 0 | 3 | 41 | 1.27 | 0.87 | 0 | 3 |
| 1 | 43 | 1.34 | 1.07 | 0 | 4 | 41 | 1.28 | 0.92 | 0 | 3 | 84 | 1.31 | 0.99 | 0 | 4 | 40 | 1.11 | 0.80 | 0 | 3 |
| 2 | 38 | 1.28 | 1.15 | 0 | 5 | 36 | 1.26 | 0.98 | 0 | 4 | 74 | 1.27 | 1.06 | 0 | 5 | 36 | 1.22 | 1.19 | 0 | 5 |
| 4 | 32 | 1.19 | 1.24 | 0 | 4 | 31 | 1.40 | 1.22 | 0 | 5 | 63 | 1.29 | 1.22 | 0 | 5 | 33 | 1.06 | 0.85 | 0 | 4 |
| 8 | 27 | 0.91 | 0.81 | 0 | 3 | 28 | 1.40 | 1.10 | 0 | 4 | 55 | 1.16 | 0.99 | 0 | 4 | 24 | 0.99 | 0.94 | 0 | 4 |
| 12 | 27 | 1.04 | 0.94 | 0 | 3 | 22 | 1.17 | 1.30 | 0 | 5 | 49 | 1.10 | 1.11 | 0 | 5 | 22 | 1.03 | 0.85 | 0 | 3 |
| 16 | 19 | 0.95 | 1.00 | 0 | 3 | 18 | 1.29 | 1.24 | 0 | 3 | 37 | 1.11 | 1.12 | 0 | 3 | 18 | 1.03 | 0.86 | 0 | 3 |
| 20 | 17 | 1.21 | 1.28 | 0 | 4 | 14 | 1.20 | 1.19 | 0 | 4 | 31 | 1.20 | 1.22 | 0 | 4 | 18 | 1.00 | 0.84 | 0 | 3 |
| 24 | 16 | 1.25 | 1.18 | 0 | 4 | 12 | 1.44 | 1.31 | 0 | 4 | 28 | 1.33 | 1.22 | 0 | 4 | 17 | 0.93 | 0.64 | 0 | 2 |

SOURCE CODE: T7_1.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

188

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.1   DESCRIPTIVE STATISTICS FOR BPRS POSITIVE SYMPTOM CLUSTER SCORE - OBSERVED CASES

| | 600MG SEROQUEL | | | | | | | | | | | | | | | 12MG HALOPERIDOL | | | | |
| | TID | | | | | BID | | | | | TOTAL | | | | | TID | | | | |
| WEEK | N | MEAN | SD | MIN | MAX | N | MEAN | SD | MIN | MAX | N | MEAN | SD | MIN | MAX | N | MEAN | SD | MIN | MAX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 15 | 1.13 | 1.09 | 0 | 3 | 10 | 0.85 | 0.83 | 0 | 3 | 25 | 1.02 | 0.99 | 0 | 3 | 16 | 0.86 | 0.70 | 0 | 2 |
| 32 | 11 | 0.98 | 0.94 | 0 | 3 | 9 | 0.53 | 0.54 | 0 | 1 | 20 | 0.78 | 0.80 | 0 | 3 | 15 | 0.97 | 0.71 | 0 | 3 |
| 36 | 10 | 1.20 | 1.14 | 0 | 3 | 8 | 0.38 | 0.53 | 0 | 2 | 18 | 0.83 | 0.99 | 0 | 2 | 16 | 0.92 | 0.85 | 0 | 3 |
| 40 | 10 | 1.05 | 1.25 | 0 | 3 | 8 | 0.72 | 0.77 | 0 | 2 | 18 | 0.90 | 1.05 | 0 | 2 | 14 | 0.96 | 0.98 | 0 | 3 |
| 44 | 9 | 1.31 | 1.25 | 0 | 3 | 8 | 0.59 | 0.76 | 0 | 2 | 17 | 0.97 | 1.08 | 0 | 2 | 14 | 0.93 | 0.86 | 0 | 3 |
| 48 | 9 | 1.42 | 1.22 | 0 | 4 | 8 | 1.03 | 0.98 | 0 | 3 | 17 | 1.24 | 1.10 | 0 | 3 | 13 | 0.85 | 0.86 | 0 | 3 |
| 52 | 8 | 1.13 | 0.99 | 0 | 3 | 6 | 0.46 | 0.66 | 0 | 2 | 14 | 0.84 | 0.90 | 0 | 3 | 13 | 0.94 | 0.80 | 0 | 2 |
| FINAL | 43 | 1.76 | 1.31 | 0 | 4 | 41 | 1.89 | 1.51 | 0 | 5 | 84 | 1.82 | 1.40 | 0 | 5 | 41 | 1.23 | 1.21 | 0 | 4 |

SOURCE CODE:  T7_1.SAS
DATE SUBMITTED: 20FEB96

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.2   DESCRIPTIVE STATISTICS FOR THE CHANGE FROM BASELINE IN THE BPRS POSITIVE SYMPTOM CLUSTER SCORE – OBSERVED CASES

75MG SEROQUEL

| WEEK | TID | | | | | BID | | | | | TOTAL | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | N | MEAN | SD | MIN | MAX | N | MEAN | SD | MIN | MAX | N | MEAN | SD | MIN | MAX |
| 1 | 42 | 0.000 | 0.743 | -1 | 3 | 40 | -.006 | 0.559 | -1 | 1 | 82 | -.003 | 0.656 | -1 | 3 |
| 2 | 36 | -.146 | 0.552 | -2 | 2 | 36 | -.125 | 0.907 | -2 | 3 | 72 | -.135 | 0.746 | -2 | 3 |
| 4 | 34 | 0.044 | 0.799 | -2 | 2 | 32 | -.078 | 0.824 | -2 | 2 | 66 | -.015 | 0.807 | -2 | 2 |
| 8 | 26 | 0.298 | 0.933 | -1 | 2 | 28 | 0.071 | 0.863 | -2 | 2 | 54 | 0.181 | 0.896 | -2 | 2 |
| 12 | 18 | 0.250 | 1.303 | -1 | 4 | 22 | 0.182 | 1.275 | -2 | 4 | 40 | 0.213 | 1.272 | -2 | 4 |
| 16 | 12 | -.188 | 0.595 | -1 | 1 | 15 | 0.000 | 0.773 | -2 | 2 | 27 | -.083 | 0.693 | -2 | 2 |
| 20 | 12 | 0.229 | 1.135 | -1 | 4 | 13 | 0.115 | 0.666 | -1 | 2 | 25 | 0.170 | 0.903 | -1 | 4 |
| 24 | 11 | -.227 | 0.541 | -1 | 1 | 12 | 0.146 | 0.962 | -1 | 3 | 23 | -.033 | 0.795 | -1 | 3 |
| 28 | 11 | 0.227 | 0.984 | -1 | 2 | 10 | -.100 | 0.679 | -1 | 1 | 21 | 0.071 | 0.848 | -1 | 2 |

SOURCE CODE:  T7.2.SAS
DATE SUBMITTED:  20FEB96

(CONTINUED)

190

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.2   DESCRIPTIVE STATISTICS FOR THE CHANGE FROM BASELINE IN THE BPRS POSITIVE SYMPTOM CLUSTER SCORE - OBSERVED CASES

75MG SEROQUEL

| | TID | | | | | BID | | | | | TOTAL | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WEEK | N | MEAN | SD | MIN | MAX | N | MEAN | SD | MIN | MAX | N | MEAN | SD | MIN | MAX |
| 32 | 8 | 0.719 | 1.404 | -2 | 3 | 10 | 0.050 | 0.832 | -1 | 2 | 18 | 0.347 | 1.138 | -2 | 3 |
| 36 | 6 | 0.125 | 1.611 | -2 | 3 | 9 | 0.000 | 0.820 | -1 | 2 | 15 | 0.050 | 1.146 | -2 | 3 |
| 40 | 5 | 0.750 | 1.299 | -0 | 3 | 9 | -.111 | 1.039 | -2 | 2 | 14 | 0.196 | 1.169 | -2 | 3 |
| 44 | 3 | 1.417 | 2.241 | 0 | 4 | 7 | -.286 | 0.699 | -2 | 1 | 10 | 0.225 | 1.455 | -2 | 4 |
| 48 | 2 | 0.875 | 1.237 | 0 | 2 | 6 | 0.208 | 1.123 | -1 | 2 | 8 | 0.375 | 1.102 | -1 | 2 |
| 52 | 2 | 0.000 | 0.354 | -0 | 0 | 5 | -.550 | 0.481 | -1 | 0 | 7 | -.393 | 0.497 | -1 | 0 |
| FINAL | 42 | 0.804 | 1.428 | -2 | 4 | 40 | 0.631 | 1.194 | -2 | 4 | 82 | 0.720 | 1.314 | -2 | 4 |

SOURCE CODE:  T7_2.SAS
DATE SUBMITTED: 20FEB96

191

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.2   DESCRIPTIVE STATISTICS FOR THE CHANGE FROM BASELINE IN THE BPRS POSITIVE SYMPTOM CLUSTER SCORE – OBSERVED CASES

300MG SEROQUEL

| WEEK | TID | | | | | BID | | | | | TOTAL | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | N | MEAN | SD | MIN | MAX | N | MEAN | SD | MIN | MAX | N | MEAN | SD | MIN | MAX |
| 1 | 44 | -.091 | 0.839 | -2 | 4 | 42 | -.018 | 0.683 | -1 | 1 | 86 | -.055 | 0.722 | -2 | 4 |
| 2 | 40 | 0.038 | 1.023 | -2 | 4 | 39 | 0.051 | 0.719 | -2 | 2 | 79 | 0.044 | 0.880 | -2 | 4 |
| 4 | 34 | -.250 | 1.009 | -3 | 3 | 34 | -.066 | 0.867 | -2 | 3 | 68 | -.158 | 0.938 | -3 | 3 |
| 8 | 27 | -.157 | 1.169 | -2 | 3 | 28 | -.116 | 0.912 | -2 | 2 | 55 | -.136 | 1.036 | -2 | 3 |
| 12 | 22 | -.352 | 1.209 | -2 | 3 | 17 | -.103 | 0.853 | -2 | 2 | 39 | -.244 | 1.063 | -2 | 3 |
| 16 | 18 | -.472 | 0.935 | -2 | 1 | 13 | -.250 | 0.810 | -2 | 2 | 31 | -.379 | 0.878 | -2 | 2 |
| 20 | 12 | -.167 | 0.677 | -1 | 1 | 11 | -.545 | 0.650 | -2 | 1 | 23 | -.348 | 0.677 | -2 | 1 |
| 24 | 10 | -.450 | 0.621 | -2 | 1 | 10 | -.225 | 0.939 | -2 | 2 | 20 | -.338 | 0.783 | -2 | 2 |
| 28 | 7 | -.071 | 1.028 | -1 | 2 | 10 | -.225 | 0.878 | -1 | 2 | 17 | -.162 | 0.914 | -2 | 2 |

SOURCE CODE:  T7_2.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

192

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.2   DESCRIPTIVE STATISTICS FOR THE CHANGE FROM BASELINE IN THE BPRS POSITIVE SYMPTOM CLUSTER SCORE – OBSERVED CASES

300MG SEROQUEL

| WEEK | TID |||||  BID |||||  TOTAL |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | N | MEAN | SD | MIN | MAX | N | MEAN | SD | MIN | MAX | N | MEAN | SD | MIN | MAX |
| 32 | 7 | -.250 | 0.764 | -1 | 1 | 10 | -.425 | 0.528 | -1 | 0 | 17 | -.353 | 0.619 | -1 | 1 |
| 36 | 7 | 0.000 | 1.354 | -1 | 3 | 9 | -.194 | 0.647 | -1 | 1 | 16 | -.109 | 0.983 | -1 | 3 |
| 40 | 6 | -.417 | 0.719 | -2 | 1 | 8 | -.250 | 0.551 | -1 | 1 | 14 | -.321 | 0.608 | -2 | 1 |
| 44 | 5 | -.500 | 0.729 | -1 | 1 | 8 | 0.063 | 1.341 | -1 | 3 | 13 | -.154 | 1.144 | -1 | 3 |
| 48 | 5 | -.550 | 0.798 | -2 | 1 | 8 | 0.375 | 1.343 | -1 | 3 | 13 | 0.019 | 1.218 | -2 | 3 |
| 52 | 5 | -.650 | 0.962 | -2 | 1 | 6 | -.167 | 0.408 | -1 | 1 | 11 | -.386 | 0.719 | -2 | 1 |
| FINAL | 44 | 0.670 | 1.339 | -2 | 4 | 42 | 0.631 | 0.980 | -2 | 3 | 86 | 0.651 | 1.171 | -2 | 4 |

SOURCE CODE:   T7.2.SAS
DATE SUBMITTED:  20FEB96

193

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.2   DESCRIPTIVE STATISTICS FOR THE CHANGE FROM BASELINE IN THE BPRS POSITIVE SYMPTOM CLUSTER SCORE - OBSERVED CASES

| | 600MG SEROQUEL | | | | | | | | | | | | | | | 12MG HALOPERIDOL | | | | |
| | TID | | | | | BID | | | | | TOTAL | | | | | TID | | | | |
| WEEK | N | MEAN | SD | MIN | MAX | N | MEAN | SD | MIN | MAX | N | MEAN | SD | MIN | MAX | N | MEAN | SD | MIN | MAX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 43 | -.076 | 0.745 | -2 | 3 | 41 | -.037 | 0.684 | -2 | 2 | 84 | -.057 | 0.712 | -2 | 3 | 40 | -.125 | 0.620 | -2 | 2 |
| 2 | 38 | -.178 | 0.844 | -2 | 3 | 36 | -.153 | 0.945 | -2 | 3 | 74 | -.166 | 0.889 | -2 | 3 | 36 | -.090 | 0.749 | -2 | 2 |
| 4 | 32 | -.203 | 0.908 | -3 | 2 | 31 | -.089 | 1.136 | -3 | 3 | 63 | -.147 | 1.020 | -3 | 3 | 33 | -.220 | 0.572 | -1 | 2 |
| 8 | 27 | -.389 | 0.839 | -2 | 2 | 28 | -.054 | 0.939 | -2 | 2 | 55 | -.218 | 0.899 | -2 | 2 | 24 | -.385 | 0.970 | -2 | 3 |
| 12 | 27 | -.259 | 1.032 | -2 | 2 | 22 | -.261 | 0.918 | -2 | 2 | 49 | -.260 | 0.972 | -2 | 2 | 22 | -.409 | 0.826 | -2 | 1 |
| 16 | 19 | -.500 | 0.731 | -2 | 1 | 18 | -.167 | 1.022 | -2 | 2 | 37 | -.338 | 0.888 | -2 | 2 | 18 | -.542 | 0.806 | -2 | 1 |
| 20 | 17 | -.250 | 0.843 | -2 | 1 | 14 | -.286 | 1.139 | -2 | 3 | 31 | -.266 | 0.970 | -2 | 3 | 18 | -.569 | 0.780 | -2 | 1 |
| 24 | 16 | -.109 | 1.258 | -2 | 4 | 12 | -.146 | 1.160 | -2 | 3 | 28 | -.125 | 1.195 | -2 | 3 | 17 | -.603 | 0.853 | -2 | 1 |
| 28 | 15 | -.317 | 1.007 | -2 | 2 | 10 | -.675 | 0.717 | -2 | 1 | 25 | -.460 | 0.903 | -2 | 1 | 16 | -.656 | 0.930 | -2 | 1 |

(CONTINUED)

SOURCE CODE:  T7_2.SAS
DATE SUBMITTED: 20FEB96

194

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.2   DESCRIPTIVE STATISTICS FOR THE CHANGE FROM BASELINE IN THE BPRS POSITIVE SYMPTOM CLUSTER SCORE – OBSERVED CASES

| | 600MG SEROQUEL | | | | | | | | | | | | | | | 12MG HALOPERIDOL | | | | |
| | TID | | | | | BID | | | | | TOTAL | | | | | TID | | | | |
| WEEK | N | MEAN | SD | MIN | MAX | N | MEAN | SD | MIN | MAX | N | MEAN | SD | MIN | MAX | N | MEAN | SD | MIN | MAX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 11 | -.727 | 0.745 | -2 | 0 | 9 | -.944 | 0.778 | -2 | 0 | 20 | -.825 | 0.748 | -2 | 0 | 15 | -.500 | 0.796 | -2 | 1 |
| 36 | 10 | -.600 | 0.891 | -2 | 1 | 8 | -1.16 | 0.731 | -2 | 0 | 18 | -.847 | 0.849 | -2 | 1 | 16 | -.594 | 0.999 | -2 | 1 |
| 40 | 10 | -.750 | 1.041 | -3 | 1 | 8 | -.813 | 0.547 | -2 | 0 | 18 | -.778 | 0.835 | -3 | 1 | 14 | -.500 | 1.065 | -2 | 1 |
| 44 | 9 | -.500 | 0.919 | -2 | 1 | 8 | -.938 | 0.651 | -2 | 0 | 17 | -.706 | 0.811 | -2 | 1 | 14 | -.536 | 0.919 | -2 | 1 |
| 48 | 9 | -.389 | 0.719 | -2 | 1 | 8 | -.500 | 0.463 | -1 | 0 | 17 | -.441 | 0.596 | -2 | 1 | 13 | -.558 | 0.849 | -2 | 1 |
| 52 | 8 | -.563 | 0.609 | -2 | 0 | 6 | -.917 | 0.736 | -2 | 0 | 14 | -.714 | 0.664 | -2 | 0 | 13 | -.462 | 0.940 | -2 | 1 |
| FINAL | 43 | 0.349 | 1.195 | -2 | 4 | 41 | 0.573 | 1.299 | -2 | 3 | 84 | 0.458 | 1.245 | -2 | 4 | 41 | -.037 | 1.131 | -2 | 3 |

SOURCE CODE:  T7_2.SAS
DATE SUBMITTED: 20FEB96

195

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.1   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS - ITEM 4 (CONCEPTUAL DISORGANIZATION) OBSERVED CASES

75MG SEROQUEL - TID

| WEEK | TOTAL | NOT PRESENT | | VERY MILD | | MILD | | MODERATE | | MODERATELY SEVERE | | SEVERE | | EXTREMELY SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| 0 | 42 | 18 | 42.9 | 5 | 11.9 | 13 | 31.0 | 6 | 14.3 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 1 | 42 | 19 | 45.2 | 7 | 16.7 | 6 | 14.3 | 9 | 21.4 | 1 | 2.4 | 0 | 0.0 | 0 | 0.0 |
| 2 | 36 | 16 | 44.4 | 6 | 16.7 | 6 | 16.7 | 8 | 22.2 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 4 | 34 | 16 | 47.1 | 4 | 11.8 | 7 | 20.6 | 5 | 14.7 | 0 | 0.0 | 2 | 5.9 | 0 | 0.0 |
| 8 | 26 | 10 | 38.5 | 7 | 26.9 | 4 | 15.4 | 4 | 15.4 | 1 | 3.8 | 0 | 0.0 | 0 | 0.0 |
| 12 | 18 | 12 | 66.7 | 1 | 5.6 | 1 | 5.6 | 2 | 11.1 | 1 | 5.6 | 1 | 5.6 | 0 | 0.0 |
| 16 | 12 | 7 | 58.3 | 2 | 16.7 | 2 | 16.7 | 1 | 8.3 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 20 | 12 | 6 | 50.0 | 4 | 33.3 | 0 | 0.0 | 1 | 8.3 | 1 | 8.3 | 0 | 0.0 | 0 | 0.0 |

(CONTINUED)

SOURCE CODE: T7_3_1.SAS
DATE SUBMITTED: 20FEB96

196

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.1   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS - ITEM 4 (CONCEPTUAL DISORGANIZATION) OBSERVED CASES

75MG SEROQUEL - TID

| WEEK | TOTAL | NOT PRESENT | | VERY MILD | | MILD | | MODERATE | | MODERATELY SEVERE | | SEVERE | | EXTREMELY SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| 24 | 11 | 7 | 63.6 | 2 | 18.2 | 1 | 9.1 | 1 | 9.1 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 28 | 11 | 6 | 54.5 | 1 | 9.1 | 2 | 18.2 | 2 | 18.2 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 32 | 8 | 3 | 37.5 | 3 | 37.5 | 1 | 12.5 | 0 | 0.0 | 0 | 0.0 | 1 | 12.5 | 0 | 0.0 |
| 36 | 6 | 4 | 66.7 | 1 | 16.7 | 1 | 16.7 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 40 | 5 | 3 | 60.0 | 1 | 20.0 | 1 | 20.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 44 | 3 | 2 | 66.7 | 0 | 0.0 | 1 | 33.3 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 48 | 2 | 1 | 50.0 | 0 | 0.0 | 1 | 50.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 52 | 2 | 1 | 50.0 | 0 | 0.0 | 1 | 50.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |

(CONTINUED)

SOURCE CODE: T7_3_1.SAS
DATE SUBMITTED: 20FEB96

197

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.1   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS - ITEM 4 (CONCEPTUAL DISORGANIZATION) OBSERVED CASES

75MG SEROQUEL - TID

| | TOTAL | NOT PRESENT | | VERY MILD | | MILD | | MODERATE | | MODERATELY SEVERE | | SEVERE | | EXTREMELY SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| WEEK | | | | | | | | | | | | | | | |
| FINAL | 42 | 10 | 23.8 | 7 | 16.7 | 11 | 26.2 | 8 | 19.0 | 3 | 7.1 | 3 | 7.1 | 0 | 0 |

SOURCE CODE: T7_3_1.SAS
DATE SUBMITTED: 20FEB96

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.1   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS - ITEM 4 (CONCEPTUAL DISORGANIZATION) OBSERVED CASES

75MG SEROQUEL - BID

| WEEK | TOTAL | NOT PRESENT | | VERY MILD | | MILD | | MODERATE | | MODERATELY SEVERE | | SEVERE | | EXTREMELY SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| 0 | 40 | 15 | 37.5 | 7 | 17.5 | 13 | 32.5 | 5 | 12.5 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 1 | 40 | 13 | 32.5 | 7 | 17.5 | 16 | 40.0 | 4 | 10.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 2 | 36 | 11 | 30.6 | 10 | 27.8 | 8 | 22.2 | 6 | 16.7 | 0 | 0.0 | 1 | 2.8 | 0 | 0.0 |
| 4 | 32 | 13 | 40.6 | 6 | 18.8 | 8 | 25.0 | 3 | 9.4 | 2 | 6.3 | 0 | 0.0 | 0 | 0.0 |
| 8 | 28 | 8 | 28.6 | 7 | 25.0 | 8 | 28.6 | 3 | 10.7 | 1 | 3.6 | 1 | 3.6 | 0 | 0.0 |
| 12 | 22 | 6 | 27.3 | 5 | 22.7 | 7 | 31.8 | 1 | 4.5 | 3 | 13.6 | 0 | 0.0 | 0 | 0.0 |
| 16 | 15 | 6 | 40.0 | 2 | 13.3 | 3 | 20.0 | 2 | 13.3 | 1 | 6.7 | 1 | 6.7 | 0 | 0.0 |
| 20 | 13 | 6 | 46.2 | 3 | 23.1 | 1 | 7.7 | 2 | 15.4 | 1 | 7.7 | 0 | 0.0 | 0 | 0.0 |

(CONTINUED)

SOURCE CODE: T7_3_1.SAS
DATE SUBMITTED: 20FEB96

199

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.1   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS - ITEM 4 (CONCEPTUAL DISORGANIZATION) OBSERVED CASES

75MG SEROQUEL - BID

| WEEK | TOTAL | NOT PRESENT | | VERY MILD | | MILD | | MODERATE | | MODERATELY SEVERE | | SEVERE | | EXTREMELY SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| 24 | 12 | 4 | 33.3 | 3 | 25.0 | 4 | 33.3 | 1 | 8.3 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 28 | 10 | 4 | 40.0 | 2 | 20.0 | 2 | 20.0 | 2 | 20.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 32 | 10 | 4 | 40.0 | 2 | 20.0 | 1 | 10.0 | 1 | 10.0 | 1 | 10.0 | 1 | 10.0 | 0 | 0.0 |
| 36 | 9 | 4 | 44.4 | 2 | 22.2 | 1 | 11.1 | 2 | 22.2 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 40 | 9 | 5 | 55.6 | 1 | 11.1 | 2 | 22.2 | 0 | 0.0 | 1 | 11.1 | 0 | 0.0 | 0 | 0.0 |
| 44 | 7 | 4 | 57.1 | 1 | 14.3 | 2 | 28.6 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 48 | 6 | 2 | 33.3 | 3 | 50.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 1 | 16.7 | 0 | 0.0 |
| 52 | 5 | 4 | 80.0 | 0 | 0.0 | 1 | 20.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |

(CONTINUED)

SOURCE CODE:  T7_3_1.SAS
DATE SUBMITTED: 20FEB96

200

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.1   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS - ITEM 4 (CONCEPTUAL DISORGANIZATION) OBSERVED CASES

75MG SEROQUEL - BID

| | TOTAL | NOT PRESENT | | VERY MILD | | MILD | | MODERATE | | MODERATELY SEVERE | | SEVERE | | EXTREMELY SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| WEEK | | | | | | | | | | | | | | | |
| FINAL | 40 | 11 | 27.5 | 8 | 20.0 | 9 | 22.5 | 4 | 10.0 | 5 | 12.5 | 3 | 7.5 | 0 | 0 |

SOURCE CODE: T7_3_1.SAS
DATE SUBMITTED: 20FEB96

201

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.1   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS - ITEM 4 (CONCEPTUAL DISORGANIZATION) OBSERVED CASES

75MG SEROQUEL - TOTAL

| WEEK | TOTAL | NOT PRESENT | | VERY MILD | | MILD | | MODERATE | | MODERATELY SEVERE | | SEVERE | | EXTREMELY SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| 0 | 82 | 33 | 40.2 | 12 | 14.6 | 26 | 31.7 | 11 | 13.4 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 1 | 82 | 32 | 39.0 | 14 | 17.1 | 22 | 26.8 | 13 | 15.9 | 1 | 1.2 | 0 | 0.0 | 0 | 0.0 |
| 2 | 72 | 27 | 37.5 | 16 | 22.2 | 14 | 19.4 | 14 | 19.4 | 0 | 0.0 | 1 | 1.4 | 0 | 0.0 |
| 4 | 66 | 29 | 43.9 | 10 | 15.2 | 15 | 22.7 | 8 | 12.1 | 2 | 3.0 | 2 | 3.0 | 0 | 0.0 |
| 8 | 54 | 18 | 33.3 | 14 | 25.9 | 12 | 22.2 | 7 | 13.0 | 2 | 3.7 | 1 | 1.9 | 0 | 0.0 |
| 12 | 40 | 18 | 45.0 | 6 | 15.0 | 8 | 20.0 | 3 | 7.5 | 4 | 10.0 | 1 | 2.5 | 0 | 0.0 |
| 16 | 27 | 13 | 48.1 | 4 | 14.8 | 5 | 18.5 | 3 | 11.1 | 1 | 3.7 | 1 | 3.7 | 0 | 0.0 |
| 20 | 25 | 12 | 48.0 | 7 | 28.0 | 1 | 4.0 | 3 | 12.0 | 2 | 8.0 | 0 | 0.0 | 0 | 0.0 |

(CONTINUED)

SOURCE CODE: T7_3_1.SAS
DATE SUBMITTED: 20FEB96

202

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.1    FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS - ITEM 4 (CONCEPTUAL DISORGANIZATION) OBSERVED CASES

75MG SEROQUEL - TOTAL

| WEEK | TOTAL | NOT PRESENT | | VERY MILD | | MILD | | MODERATE | | MODERATELY SEVERE | | SEVERE | | EXTREMELY SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| 24 | 23 | 11 | 47.8 | 5 | 21.7 | 5 | 21.7 | 2 | 8.7 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 28 | 21 | 10 | 47.6 | 3 | 14.3 | 4 | 19.0 | 4 | 19.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 32 | 18 | 7 | 38.9 | 5 | 27.8 | 2 | 11.1 | 1 | 5.6 | 1 | 5.6 | 2 | 11.1 | 0 | 0.0 |
| 36 | 15 | 8 | 53.3 | 3 | 20.0 | 2 | 13.3 | 2 | 13.3 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 40 | 14 | 8 | 57.1 | 2 | 14.3 | 3 | 21.4 | 0 | 0.0 | 1 | 7.1 | 0 | 0.0 | 0 | 0.0 |
| 44 | 10 | 6 | 60.0 | 1 | 10.0 | 3 | 30.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 48 | 8 | 3 | 37.5 | 3 | 37.5 | 1 | 12.5 | 0 | 0.0 | 0 | 0.0 | 1 | 12.5 | 0 | 0.0 |
| 52 | 7 | 5 | 71.4 | 0 | 0.0 | 2 | 28.6 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |

(CONTINUED)

SOURCE CODE: T7_3_1.SAS
DATE SUBMITTED: 20FEB96

203

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.1   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS - ITEM 4 (CONCEPTUAL DISORGANIZATION) OBSERVED CASES

75MG SEROQUEL - TOTAL

| | TOTAL | NOT PRESENT | | VERY MILD | | MILD | | MODERATE | | MODERATELY SEVERE | | SEVERE | | EXTREMELY SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| WEEK | | | | | | | | | | | | | | | |
| FINAL | 82 | 21 | 25.6 | 15 | 18.3 | 20 | 24.4 | 12 | 14.6 | 8 | 9.8 | 6 | 7.3 | 0 | 0 |

SOURCE CODE: T7_3_1.SAS
DATE SUBMITTED: 20FEB96

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.1   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS - ITEM 4 (CONCEPTUAL DISORGANIZATION) OBSERVED CASES

300MG SEROQUEL - TID

| WEEK | TOTAL | NOT PRESENT | | VERY MILD | | MILD | | MODERATE | | MODERATELY SEVERE | | SEVERE | | EXTREMELY SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| 0 | 44 | 16 | 36.4 | 12 | 27.3 | 12 | 27.3 | 4 | 9.1 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 1 | 44 | 19 | 43.2 | 13 | 29.5 | 8 | 18.2 | 4 | 9.1 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 2 | 40 | 16 | 40.0 | 9 | 22.5 | 8 | 20.0 | 2 | 5.0 | 3 | 7.5 | 2 | 5.0 | 0 | 0.0 |
| 4 | 34 | 16 | 47.1 | 7 | 20.6 | 8 | 23.5 | 1 | 2.9 | 2 | 5.9 | 0 | 0.0 | 0 | 0.0 |
| 8 | 27 | 11 | 40.7 | 6 | 22.2 | 3 | 11.1 | 5 | 18.5 | 2 | 7.4 | 0 | 0.0 | 0 | 0.0 |
| 12 | 22 | 11 | 50.0 | 6 | 27.3 | 3 | 13.6 | 0 | 0.0 | 2 | 9.1 | 0 | 0.0 | 0 | 0.0 |
| 16 | 18 | 11 | 61.1 | 2 | 11.1 | 3 | 16.7 | 1 | 5.6 | 0 | 0.0 | 1 | 5.6 | 0 | 0.0 |
| 20 | 12 | 6 | 50.0 | 1 | 8.3 | 2 | 16.7 | 1 | 8.3 | 1 | 8.3 | 1 | 8.3 | 0 | 0.0 |

(CONTINUED)

SOURCE CODE: T7_3_1.SAS
DATE SUBMITTED: 20FEB96

205

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.1   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS - ITEM 4 (CONCEPTUAL DISORGANIZATION) OBSERVED CASES

300MG SEROQUEL - TID

| WEEK | TOTAL | NOT PRESENT N | % | VERY MILD N | % | MILD N | % | MODERATE N | % | MODERATELY SEVERE N | % | SEVERE N | % | EXTREMELY SEVERE N | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24 | 10 | 4 | 40.0 | 4 | 40.0 | 2 | 20.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 28 | 7 | 2 | 28.6 | 1 | 14.3 | 3 | 42.9 | 0 | 0.0 | 0 | 0.0 | 1 | 14.3 | 0 | 0.0 |
| 32 | 7 | 3 | 42.9 | 1 | 14.3 | 2 | 28.6 | 0 | 0.0 | 1 | 14.3 | 0 | 0.0 | 0 | 0.0 |
| 36 | 7 | 2 | 28.6 | 3 | 42.9 | 1 | 14.3 | 0 | 0.0 | 0 | 0.0 | 1 | 14.3 | 0 | 0.0 |
| 40 | 6 | 1 | 16.7 | 4 | 66.7 | 0 | 0.0 | 1 | 16.7 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 44 | 5 | 3 | 60.0 | 1 | 20.0 | 0 | 0.0 | 1 | 20.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 48 | 5 | 2 | 40.0 | 1 | 20.0 | 2 | 40.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 52 | 5 | 2 | 40.0 | 2 | 40.0 | 0 | 0.0 | 1 | 20.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |

(CONTINUED)

SOURCE CODE: T7_3_1.SAS
DATE SUBMITTED: 20FEB96

206

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.1    FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS - ITEM 4 (CONCEPTUAL DISORGANIZATION) OBSERVED CASES

300MG SEROQUEL - TID

| | TOTAL | NOT PRESENT | | VERY MILD | | MILD | | MODERATE | | MODERATELY SEVERE | | SEVERE | | EXTREMELY SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| WEEK FINAL | 44 | 15 | 34.1 | 8 | 18.2 | 5 | 11.4 | 6 | 13.6 | 6 | 13.6 | 4 | 9.1 | 0 | 0 |

SOURCE CODE: T7_3_1.SAS
DATE SUBMITTED: 20FEB96

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.1   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS - ITEM 4 (CONCEPTUAL DISORGANIZATION) OBSERVED CASES

300MG SEROQUEL - BID

| WEEK | TOTAL | NOT PRESENT | | VERY MILD | | MILD | | MODERATE | | MODERATELY SEVERE | | SEVERE | | EXTREMELY SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| 0 | 42 | 21 | 50.0 | 8 | 19.0 | 8 | 19.0 | 5 | 11.9 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 1 | 42 | 17 | 40.5 | 13 | 31.0 | 5 | 11.9 | 6 | 14.3 | 1 | 2.4 | 0 | 0.0 | 0 | 0.0 |
| 2 | 39 | 19 | 48.7 | 6 | 15.4 | 8 | 20.5 | 5 | 12.8 | 1 | 2.6 | 0 | 0.0 | 0 | 0.0 |
| 4 | 34 | 19 | 55.9 | 6 | 17.6 | 4 | 11.8 | 5 | 14.7 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 8 | 28 | 16 | 57.1 | 3 | 10.7 | 6 | 21.4 | 1 | 3.6 | 0 | 0.0 | 2 | 7.1 | 0 | 0.0 |
| 12 | 17 | 9 | 52.9 | 4 | 23.5 | 2 | 11.8 | 1 | 5.9 | 1 | 5.9 | 0 | 0.0 | 0 | 0.0 |
| 16 | 13 | 9 | 69.2 | 1 | 7.7 | 1 | 7.7 | 1 | 7.7 | 1 | 7.7 | 0 | 0.0 | 0 | 0.0 |
| 20 | 11 | 8 | 72.7 | 2 | 18.2 | 0 | 0.0 | 1 | 9.1 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |

(CONTINUED)

SOURCE CODE: T7_3_1.SAS
DATE SUBMITTED: 20FEB96

208

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.1   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS - ITEM 4 (CONCEPTUAL DISORGANIZATION) OBSERVED CASES

300MG SEROQUEL - BID

| WEEK | TOTAL | NOT PRESENT | | VERY MILD | | MILD | | MODERATE | | MODERATELY SEVERE | | SEVERE | | EXTREMELY SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| 24 | 10 | 7 | 70.0 | 2 | 20.0 | 1 | 10.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 28 | 10 | 8 | 80.0 | 1 | 10.0 | 1 | 10.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 32 | 10 | 7 | 70.0 | 2 | 20.0 | 1 | 10.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 36 | 9 | 6 | 66.7 | 2 | 22.2 | 1 | 11.1 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 40 | 8 | 5 | 62.5 | 0 | 0.0 | 3 | 37.5 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 44 | 8 | 5 | 62.5 | 2 | 25.0 | 0 | 0.0 | 1 | 12.5 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 48 | 8 | 4 | 50.0 | 2 | 25.0 | 1 | 12.5 | 1 | 12.5 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 52 | 6 | 4 | 66.7 | 2 | 33.3 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |

(CONTINUED)

SOURCE CODE:  T7_3_1.SAS
DATE SUBMITTED: 20FEB96

209

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.1   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS - ITEM 4 (CONCEPTUAL DISORGANIZATION) OBSERVED CASES

300MG SEROQUEL - BID

| | TOTAL | NOT PRESENT | | VERY MILD | | MILD | | MODERATE | | MODERATELY SEVERE | | SEVERE | | EXTREMELY SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| WEEK | | | | | | | | | | | | | | | |
| FINAL | 42 | 14 | 33.3 | 4 | 9.5 | 9 | 21.4 | 9 | 21.4 | 4 | 9.5 | 2 | 4.8 | 0 | 0 |

SOURCE CODE: T7_3_1.SAS
DATE SUBMITTED: 20FEB96

210

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.1    FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS - ITEM 4 (CONCEPTUAL DISORGANIZATION) OBSERVED CASES

300MG SEROQUEL - TOTAL

| WEEK | TOTAL | NOT PRESENT | | VERY MILD | | MILD | | MODERATE | | MODERATELY SEVERE | | SEVERE | | EXTREMELY SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| 0 | 86 | 37 | 43.0 | 20 | 23.3 | 20 | 23.3 | 9 | 10.5 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 1 | 86 | 36 | 41.9 | 26 | 30.2 | 13 | 15.1 | 10 | 11.6 | 1 | 1.2 | 0 | 0.0 | 0 | 0.0 |
| 2 | 79 | 35 | 44.3 | 15 | 19.0 | 16 | 20.3 | 7 | 8.9 | 4 | 5.1 | 2 | 2.5 | 0 | 0.0 |
| 4 | 68 | 35 | 51.5 | 13 | 19.1 | 12 | 17.6 | 6 | 8.8 | 2 | 2.9 | 0 | 0.0 | 0 | 0.0 |
| 8 | 55 | 27 | 49.1 | 9 | 16.4 | 9 | 16.4 | 6 | 10.9 | 2 | 3.6 | 2 | 3.6 | 0 | 0.0 |
| 12 | 39 | 20 | 51.3 | 10 | 25.6 | 5 | 12.8 | 1 | 2.6 | 3 | 7.7 | 0 | 0.0 | 0 | 0.0 |
| 16 | 31 | 20 | 64.5 | 3 | 9.7 | 4 | 12.9 | 2 | 6.5 | 1 | 3.2 | 1 | 3.2 | 0 | 0.0 |
| 20 | 23 | 14 | 60.9 | 3 | 13.0 | 2 | 8.7 | 2 | 8.7 | 1 | 4.3 | 1 | 4.3 | 0 | 0.0 |

(CONTINUED)

SOURCE CODE: T7_3_1.SAS
DATE SUBMITTED: 20FEB96

211

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.1   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS - ITEM 4 (CONCEPTUAL DISORGANIZATION) OBSERVED CASES

300MG SEROQUEL - TOTAL

| WEEK | TOTAL | NOT PRESENT | | VERY MILD | | MILD | | MODERATE | | MODERATELY SEVERE | | SEVERE | | EXTREMELY SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| 24 | 20 | 11 | 55.0 | 6 | 30.0 | 3 | 15.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 28 | 17 | 10 | 58.8 | 2 | 11.8 | 4 | 23.5 | 0 | 0.0 | 0 | 0.0 | 1 | 5.9 | 0 | 0.0 |
| 32 | 17 | 10 | 58.8 | 3 | 17.6 | 3 | 17.6 | 0 | 0.0 | 1 | 5.9 | 0 | 0.0 | 0 | 0.0 |
| 36 | 16 | 8 | 50.0 | 5 | 31.3 | 2 | 12.5 | 0 | 0.0 | 0 | 0.0 | 1 | 6.3 | 0 | 0.0 |
| 40 | 14 | 6 | 42.9 | 4 | 28.6 | 3 | 21.4 | 1 | 7.1 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 44 | 13 | 8 | 61.5 | 3 | 23.1 | 0 | 0.0 | 2 | 15.4 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 48 | 13 | 6 | 46.2 | 3 | 23.1 | 3 | 23.1 | 1 | 7.7 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 52 | 11 | 6 | 54.5 | 4 | 36.4 | 0 | 0.0 | 1 | 9.1 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |

(CONTINUED)

SOURCE CODE:  T7_3_1.SAS
DATE SUBMITTED: 20FEB96

212

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.1    FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS - ITEM 4 (CONCEPTUAL DISORGANIZATION) OBSERVED CASES

300MG SEROQUEL - TOTAL

| | TOTAL | NOT PRESENT | | VERY MILD | | MILD | | MODERATE | | MODERATELY SEVERE | | SEVERE | | EXTREMELY SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| WEEK | | | | | | | | | | | | | | | |
| FINAL | 86 | 29 | 33.7 | 12 | 14.0 | 14 | 16.3 | 15 | 17.4 | 10 | 11.6 | 6 | 7.0 | 0 | 0 |

SOURCE CODE: T7_3_1.SAS
DATE SUBMITTED: 20FEB96

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.1   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS - ITEM 4 (CONCEPTUAL DISORGANIZATION) OBSERVED CASES

600MG SEROQUEL - TID

| WEEK | TOTAL | NOT PRESENT | | VERY MILD | | MILD | | MODERATE | | MODERATELY SEVERE | | SEVERE | | EXTREMELY SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| 0 | 43 | 13 | 30.2 | 8 | 18.6 | 10 | 23.3 | 12 | 27.9 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 1 | 43 | 15 | 34.9 | 12 | 27.9 | 11 | 25.6 | 3 | 7.0 | 1 | 2.3 | 1 | 2.3 | 0 | 0.0 |
| 2 | 38 | 14 | 36.8 | 10 | 26.3 | 6 | 15.8 | 7 | 18.4 | 1 | 2.6 | 0 | 0.0 | 0 | 0.0 |
| 4 | 32 | 13 | 40.6 | 9 | 28.1 | 6 | 18.8 | 4 | 12.5 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 8 | 27 | 14 | 51.9 | 4 | 14.8 | 6 | 22.2 | 2 | 7.4 | 0 | 0.0 | 1 | 3.7 | 0 | 0.0 |
| 12 | 27 | 14 | 51.9 | 6 | 22.2 | 4 | 14.8 | 0 | 0.0 | 2 | 7.4 | 1 | 3.7 | 0 | 0.0 |
| 16 | 19 | 9 | 47.4 | 4 | 21.1 | 5 | 26.3 | 1 | 5.3 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 20 | 17 | 8 | 47.1 | 5 | 29.4 | 2 | 11.8 | 1 | 5.9 | 0 | 0.0 | 1 | 5.9 | 0 | 0.0 |

(CONTINUED)

SOURCE CODE:   T7_3_1.SAS
DATE SUBMITTED: 20FEB96

214

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.1   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS - ITEM 4 (CONCEPTUAL DISORGANIZATION) OBSERVED CASES

600MG SEROQUEL - TID

| WEEK | TOTAL | NOT PRESENT | | VERY MILD | | MILD | | MODERATE | | MODERATELY SEVERE | | SEVERE | | EXTREMELY SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| 24 | 16 | 8 | 50.0 | 3 | 18.8 | 4 | 25.0 | 1 | 6.3 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 28 | 15 | 8 | 53.3 | 3 | 20.0 | 1 | 6.7 | 3 | 20.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 32 | 11 | 9 | 81.8 | 2 | 18.2 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 36 | 10 | 7 | 70.0 | 2 | 20.0 | 0 | 0.0 | 1 | 10.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 40 | 10 | 8 | 80.0 | 1 | 10.0 | 1 | 10.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 44 | 9 | 5 | 55.6 | 3 | 33.3 | 1 | 11.1 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 48 | 9 | 5 | 55.6 | 2 | 22.2 | 1 | 11.1 | 0 | 0.0 | 1 | 11.1 | 0 | 0.0 | 0 | 0.0 |
| 52 | 8 | 6 | 75.0 | 1 | 12.5 | 0 | 0.0 | 1 | 12.5 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |

(CONTINUED)

SOURCE CODE: T7_3_1.SAS
DATE SUBMITTED: 20FEB96

215

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.1    FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS - ITEM 4 (CONCEPTUAL DISORGANIZATION) OBSERVED CASES

600MG SEROQUEL - TID

| | TOTAL | NOT PRESENT | | VERY MILD | | MILD | | MODERATE | | MODERATELY SEVERE | | SEVERE | | EXTREMELY SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| WEEK | | | | | | | | | | | | | | | |
| FINAL | 43 | 16 | 37.2 | 5 | 11.6 | 9 | 20.9 | 7 | 16.3 | 3 | 7.0 | 3 | 7.0 | 0 | 0 |

SOURCE CODE: T7_3_1.SAS
DATE SUBMITTED: 20FEB96

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.1   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS – ITEM 4 (CONCEPTUAL DISORGANIZATION) OBSERVED CASES

600MG SEROQUEL – BID

| WEEK | TOTAL | NOT PRESENT | | VERY MILD | | MILD | | MODERATE | | MODERATELY SEVERE | | SEVERE | | EXTREMELY SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| 0 | 41 | 18 | 43.9 | 12 | 29.3 | 8 | 19.5 | 3 | 7.3 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 1 | 41 | 17 | 41.5 | 9 | 22.0 | 10 | 24.4 | 5 | 12.2 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 2 | 36 | 14 | 38.9 | 10 | 27.8 | 7 | 19.4 | 4 | 11.1 | 1 | 2.8 | 0 | 0.0 | 0 | 0.0 |
| 4 | 31 | 12 | 38.7 | 10 | 32.3 | 6 | 19.4 | 1 | 3.2 | 1 | 3.2 | 1 | 3.2 | 0 | 0.0 |
| 8 | 28 | 12 | 42.9 | 8 | 28.6 | 4 | 14.3 | 4 | 14.3 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 12 | 22 | 11 | 50.0 | 5 | 22.7 | 3 | 13.6 | 2 | 9.1 | 0 | 0.0 | 1 | 4.5 | 0 | 0.0 |
| 16 | 18 | 8 | 44.4 | 4 | 22.2 | 3 | 16.7 | 2 | 11.1 | 1 | 5.6 | 0 | 0.0 | 0 | 0.0 |
| 20 | 14 | 5 | 35.7 | 5 | 35.7 | 2 | 14.3 | 2 | 14.3 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |

(CONTINUED)

SOURCE CODE: T7_3_1.SAS
DATE SUBMITTED: 20FEB96

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.1   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS - ITEM 4 (CONCEPTUAL DISORGANIZATION) OBSERVED CASES

600MG SEROQUEL - BID

| WEEK | TOTAL | NOT PRESENT N | NOT PRESENT % | VERY MILD N | VERY MILD % | MILD N | MILD % | MODERATE N | MODERATE % | MODERATELY SEVERE N | MODERATELY SEVERE % | SEVERE N | SEVERE % | EXTREMELY SEVERE N | EXTREMELY SEVERE % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24 | 12 | 4 | 33.3 | 3 | 25.0 | 3 | 25.0 | 0 | 0.0 | 1 | 8.3 | 1 | 8.3 | 0 | 0.0 |
| 28 | 10 | 5 | 50.0 | 3 | 30.0 | 2 | 20.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 32 | 9 | 6 | 66.7 | 2 | 22.2 | 0 | 0.0 | 1 | 11.1 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 36 | 8 | 7 | 87.5 | 1 | 12.5 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 40 | 8 | 6 | 75.0 | 0 | 0.0 | 1 | 12.5 | 1 | 12.5 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 44 | 8 | 6 | 75.0 | 1 | 12.5 | 1 | 12.5 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 48 | 8 | 4 | 50.0 | 1 | 12.5 | 2 | 25.0 | 1 | 12.5 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 52 | 6 | 4 | 66.7 | 1 | 16.7 | 1 | 16.7 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |

(CONTINUED)

SOURCE CODE: T7_3_1.SAS
DATE SUBMITTED: 20FEB96

218

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.1   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS - ITEM 4 (CONCEPTUAL DISORGANIZATION) OBSERVED CASES

600MG SEROQUEL - BID

| | TOTAL | NOT PRESENT | | VERY MILD | | MILD | | MODERATE | | MODERATELY SEVERE | | SEVERE | | EXTREMELY SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| WEEK | | | | | | | | | | | | | | | |
| FINAL | 41 | 14 | 34.1 | 11 | 26.8 | 3 | 7.3 | 7 | 17.1 | 3 | 7.3 | 3 | 7.3 | 0 | 0 |

SOURCE CODE:  T7_3_1.SAS
DATE SUBMITTED: 20FEB96

219

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.1   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS - ITEM 4 (CONCEPTUAL DISORGANIZATION) OBSERVED CASES

600MG SEROQUEL - TOTAL

| WEEK | TOTAL | NOT PRESENT | | VERY MILD | | MILD | | MODERATE | | MODERATELY SEVERE | | SEVERE | | EXTREMELY SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| 0 | 84 | 31 | 36.9 | 20 | 23.8 | 18 | 21.4 | 15 | 17.9 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 1 | 84 | 32 | 38.1 | 21 | 25.0 | 21 | 25.0 | 8 | 9.5 | 1 | 1.2 | 1 | 1.2 | 0 | 0.0 |
| 2 | 74 | 28 | 37.8 | 20 | 27.0 | 13 | 17.6 | 11 | 14.9 | 2 | 2.7 | 0 | 0.0 | 0 | 0.0 |
| 4 | 63 | 25 | 39.7 | 19 | 30.2 | 12 | 19.0 | 5 | 7.9 | 1 | 1.6 | 1 | 1.6 | 0 | 0.0 |
| 8 | 55 | 26 | 47.3 | 12 | 21.8 | 10 | 18.2 | 6 | 10.9 | 0 | 0.0 | 1 | 1.8 | 0 | 0.0 |
| 12 | 49 | 25 | 51.0 | 11 | 22.4 | 7 | 14.3 | 2 | 4.1 | 2 | 4.1 | 2 | 4.1 | 0 | 0.0 |
| 16 | 37 | 17 | 45.9 | 8 | 21.6 | 8 | 21.6 | 3 | 8.1 | 1 | 2.7 | 0 | 0.0 | 0 | 0.0 |
| 20 | 31 | 13 | 41.9 | 10 | 32.3 | 4 | 12.9 | 3 | 9.7 | 0 | 0.0 | 1 | 3.2 | 0 | 0.0 |

(CONTINUED)

SOURCE CODE:  T7_3_1.SAS
DATE SUBMITTED: 20FEB96

220

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.1   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS - ITEM 4 (CONCEPTUAL DISORGANIZATION) OBSERVED CASES

600MG SEROQUEL - TOTAL

| WEEK | TOTAL | NOT PRESENT | | VERY MILD | | MILD | | MODERATE | | MODERATELY SEVERE | | SEVERE | | EXTREMELY SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| 24 | 28 | 12 | 42.9 | 6 | 21.4 | 7 | 25.0 | 1 | 3.6 | 1 | 3.6 | 1 | 3.6 | 0 | 0.0 |
| 28 | 25 | 13 | 52.0 | 6 | 24.0 | 3 | 12.0 | 3 | 12.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 32 | 20 | 15 | 75.0 | 4 | 20.0 | 0 | 0.0 | 1 | 5.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 36 | 18 | 14 | 77.8 | 3 | 16.7 | 0 | 0.0 | 1 | 5.6 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 40 | 18 | 14 | 77.8 | 1 | 5.6 | 2 | 11.1 | 1 | 5.6 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 44 | 17 | 11 | 64.7 | 4 | 23.5 | 2 | 11.8 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 48 | 17 | 9 | 52.9 | 3 | 17.6 | 3 | 17.6 | 1 | 5.9 | 1 | 5.9 | 0 | 0.0 | 0 | 0.0 |
| 52 | 14 | 10 | 71.4 | 2 | 14.3 | 1 | 7.1 | 1 | 7.1 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |

(CONTINUED)

SOURCE CODE:  T7_3_1.SAS
DATE SUBMITTED: 20FEB96

221

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.1   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS - ITEM 4 (CONCEPTUAL DISORGANIZATION) OBSERVED CASES

600MG SEROQUEL - TOTAL

| | TOTAL | NOT PRESENT | | VERY MILD | | MILD | | MODERATE | | MODERATELY SEVERE | | SEVERE | | EXTREMELY SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| WEEK | | | | | | | | | | | | | | | |
| FINAL | 84 | 30 | 35.7 | 16 | 19.0 | 12 | 14.3 | 14 | 16.7 | 6 | 7.1 | 6 | 7.1 | 0 | 0 |

SOURCE CODE: T7_3_1.SAS
DATE SUBMITTED: 20FEB96

222

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.1   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS - ITEM 4 (CONCEPTUAL DISORGANIZATION) OBSERVED CASES

12MG HALOPERIDOL - TID

| WEEK | TOTAL | NOT PRESENT | | VERY MILD | | MILD | | MODERATE | | MODERATELY SEVERE | | SEVERE | | EXTREMELY SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| 0 | 41 | 14 | 34.1 | 10 | 24.4 | 9 | 22.0 | 8 | 19.5 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 1 | 40 | 15 | 37.5 | 10 | 25.0 | 9 | 22.5 | 5 | 12.5 | 0 | 0.0 | 1 | 2.5 | 0 | 0.0 |
| 2 | 36 | 15 | 41.7 | 9 | 25.0 | 7 | 19.4 | 3 | 8.3 | 2 | 5.6 | 0 | 0.0 | 0 | 0.0 |
| 4 | 33 | 14 | 42.4 | 9 | 27.3 | 7 | 21.2 | 3 | 9.1 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 8 | 24 | 12 | 50.0 | 5 | 20.8 | 5 | 20.8 | 1 | 4.2 | 1 | 4.2 | 0 | 0.0 | 0 | 0.0 |
| 12 | 22 | 9 | 40.9 | 7 | 31.8 | 5 | 22.7 | 1 | 4.5 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 16 | 18 | 9 | 50.0 | 5 | 27.8 | 2 | 11.1 | 2 | 11.1 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 20 | 18 | 10 | 55.6 | 2 | 11.1 | 3 | 16.7 | 2 | 11.1 | 1 | 5.6 | 0 | 0.0 | 0 | 0.0 |

(CONTINUED)

SOURCE CODE: T7_3_1.SAS
DATE SUBMITTED: 20FEB96

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.1   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS - ITEM 4 (CONCEPTUAL DISORGANIZATION) OBSERVED CASES

12MG HALOPERIDOL - TID

| WEEK | TOTAL | NOT PRESENT | | VERY MILD | | MILD | | MODERATE | | MODERATELY SEVERE | | SEVERE | | EXTREMELY SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| 24 | 17 | 10 | 58.8 | 3 | 17.6 | 2 | 11.8 | 2 | 11.8 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 28 | 16 | 8 | 50.0 | 2 | 12.5 | 2 | 12.5 | 4 | 25.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 32 | 15 | 7 | 46.7 | 5 | 33.3 | 1 | 6.7 | 2 | 13.3 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 36 | 16 | 8 | 50.0 | 2 | 12.5 | 4 | 25.0 | 1 | 6.3 | 1 | 6.3 | 0 | 0.0 | 0 | 0.0 |
| 40 | 14 | 8 | 57.1 | 2 | 14.3 | 3 | 21.4 | 0 | 0.0 | 1 | 7.1 | 0 | 0.0 | 0 | 0.0 |
| 44 | 14 | 8 | 57.1 | 3 | 21.4 | 2 | 14.3 | 0 | 0.0 | 1 | 7.1 | 0 | 0.0 | 0 | 0.0 |
| 48 | 13 | 8 | 61.5 | 3 | 23.1 | 1 | 7.7 | 0 | 0.0 | 1 | 7.7 | 0 | 0.0 | 0 | 0.0 |
| 52 | 13 | 6 | 46.2 | 4 | 30.8 | 1 | 7.7 | 2 | 15.4 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |

(CONTINUED)

SOURCE CODE: T7_3_1.SAS
DATE SUBMITTED: 20FEB96

224

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.1   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS - ITEM 4 (CONCEPTUAL DISORGANIZATION) OBSERVED CASES

12MG HALOPERIDOL - TID

| | TOTAL | NOT PRESENT | | VERY MILD | | MILD | | MODERATE | | MODERATELY SEVERE | | SEVERE | | EXTREMELY SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| WEEK | | | | | | | | | | | | | | | |
| FINAL | 41 | 15 | 36.6 | 10 | 24.4 | 9 | 22.0 | 5 | 12.2 | 1 | 2.4 | 1 | 2.4 | 0 | 0 |

SOURCE CODE: T7_3_1.SAS
DATE SUBMITTED: 20FEB96

225

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.2   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS – ITEM 11 (SUSPICIOUSNESS) OBSERVED CASES

75MG SEROQUEL - TID

| WEEK | TOTAL | NOT PRESENT | | VERY MILD | | MILD | | MODERATE | | MODERATELY SEVERE | | SEVERE | | EXTREMELY SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| 0 | 42 | 12 | 28.6 | 5 | 11.9 | 16 | 38.1 | 9 | 21.4 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 1 | 42 | 14 | 33.3 | 5 | 11.9 | 16 | 38.1 | 5 | 11.9 | 1 | 2.4 | 1 | 2.4 | 0 | 0.0 |
| 2 | 36 | 14 | 38.9 | 3 | 8.3 | 13 | 36.1 | 6 | 16.7 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 4 | 34 | 14 | 41.2 | 2 | 5.9 | 11 | 32.4 | 6 | 17.6 | 0 | 0.0 | 1 | 2.9 | 0 | 0.0 |
| 8 | 26 | 6 | 23.1 | 6 | 23.1 | 3 | 11.5 | 5 | 19.2 | 6 | 23.1 | 0 | 0.0 | 0 | 0.0 |
| 12 | 18 | 10 | 55.6 | 1 | 5.6 | 2 | 11.1 | 3 | 16.7 | 2 | 11.1 | 0 | 0.0 | 0 | 0.0 |
| 16 | 12 | 8 | 66.7 | 2 | 16.7 | 1 | 8.3 | 0 | 0.0 | 1 | 8.3 | 0 | 0.0 | 0 | 0.0 |
| 20 | 12 | 5 | 41.7 | 3 | 25.0 | 2 | 16.7 | 1 | 8.3 | 0 | 0.0 | 1 | 8.3 | 0 | 0.0 |

(CONTINUED)

SOURCE CODE: T7_3_2.SAS
DATE SUBMITTED: 20FEB96

226

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.2   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS - ITEM 11 (SUSPICIOUSNESS) OBSERVED CASES

75MG SEROQUEL - TID

| WEEK | TOTAL | NOT PRESENT | | VERY MILD | | MILD | | MODERATE | | MODERATELY SEVERE | | SEVERE | | EXTREMELY SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| 24 | 11 | 6 | 54.5 | 2 | 18.2 | 2 | 18.2 | 1 | 9.1 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 28 | 11 | 5 | 45.5 | 2 | 18.2 | 0 | 0.0 | 2 | 18.2 | 2 | 18.2 | 0 | 0.0 | 0 | 0.0 |
| 32 | 8 | 3 | 37.5 | 2 | 25.0 | 1 | 12.5 | 2 | 25.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 36 | 6 | 4 | 66.7 | 0 | 0.0 | 1 | 16.7 | 1 | 16.7 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 40 | 5 | 3 | 60.0 | 0 | 0.0 | 1 | 20.0 | 0 | 0.0 | 1 | 20.0 | 0 | 0.0 | 0 | 0.0 |
| 44 | 3 | 1 | 33.3 | 0 | 0.0 | 0 | 0.0 | 1 | 33.3 | 0 | 0.0 | 1 | 33.3 | 0 | 0.0 |
| 48 | 2 | 0 | 0.0 | 0 | 0.0 | 1 | 50.0 | 1 | 50.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 52 | 2 | 1 | 50.0 | 0 | 0.0 | 1 | 50.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |

SOURCE CODE: T7_3_2.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.2   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS - ITEM 11 (SUSPICIOUSNESS) OBSERVED CASES

75MG SEROQUEL - TID

| | TOTAL | NOT PRESENT | | VERY MILD | | MILD | | MODERATE | | MODERATELY SEVERE | | SEVERE | | EXTREMELY SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| WEEK FINAL | 42 | 12 | 28.6 | 3 | 7.1 | 7 | 16.7 | 7 | 16.7 | 9 | 21.4 | 4 | 9.5 | 0 | 0 |

SOURCE CODE: T7_3_2.SAS
DATE SUBMITTED: 20FEB96

228

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.2   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS - ITEM 11 (SUSPICIOUSNESS) OBSERVED CASES

75MG SEROQUEL - BID

| WEEK | TOTAL | NOT PRESENT | | VERY MILD | | MILD | | MODERATE | | MODERATELY SEVERE | | SEVERE | | EXTREMELY SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| 0 | 40 | 10 | 25.0 | 5 | 12.5 | 16 | 40.0 | 9 | 22.5 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 1 | 40 | 11 | 27.5 | 6 | 15.0 | 13 | 32.5 | 6 | 15.0 | 4 | 10.0 | 0 | 0.0 | 0 | 0.0 |
| 2 | 36 | 14 | 38.9 | 5 | 13.9 | 14 | 38.9 | 1 | 2.8 | 2 | 5.6 | 0 | 0.0 | 0 | 0.0 |
| 4 | 32 | 9 | 28.1 | 5 | 15.6 | 11 | 34.4 | 7 | 21.9 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 8 | 28 | 6 | 21.4 | 3 | 10.7 | 10 | 35.7 | 8 | 28.6 | 0 | 0.0 | 1 | 3.6 | 0 | 0.0 |
| 12 | 22 | 4 | 18.2 | 4 | 18.2 | 7 | 31.8 | 3 | 13.6 | 3 | 13.6 | 1 | 4.5 | 0 | 0.0 |
| 16 | 15 | 4 | 26.7 | 1 | 6.7 | 6 | 40.0 | 2 | 13.3 | 2 | 13.3 | 0 | 0.0 | 0 | 0.0 |
| 20 | 13 | 4 | 30.8 | 2 | 15.4 | 5 | 38.5 | 1 | 7.7 | 0 | 0.0 | 1 | 7.7 | 0 | 0.0 |

SOURCE CODE: T7_3_2.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

229

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.2   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS - ITEM 11 (SUSPICIOUSNESS) OBSERVED CASES

75MG SEROQUEL - BID

| WEEK | TOTAL | NOT PRESENT | | VERY MILD | | MILD | | MODERATE | | MODERATELY SEVERE | | SEVERE | | EXTREMELY SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| 24 | 12 | 5 | 41.7 | 0 | 0.0 | 3 | 25.0 | 3 | 25.0 | 0 | 0.0 | 1 | 8.3 | 0 | 0.0 |
| 28 | 10 | 4 | 40.0 | 0 | 0.0 | 2 | 20.0 | 4 | 40.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 32 | 10 | 3 | 30.0 | 2 | 20.0 | 1 | 10.0 | 3 | 30.0 | 1 | 10.0 | 0 | 0.0 | 0 | 0.0 |
| 36 | 9 | 4 | 44.4 | 0 | 0.0 | 2 | 22.2 | 1 | 11.1 | 2 | 22.2 | 0 | 0.0 | 0 | 0.0 |
| 40 | 9 | 3 | 33.3 | 1 | 11.1 | 4 | 44.4 | 0 | 0.0 | 1 | 11.1 | 0 | 0.0 | 0 | 0.0 |
| 44 | 7 | 3 | 42.9 | 1 | 14.3 | 2 | 28.6 | 1 | 14.3 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 48 | 6 | 1 | 16.7 | 2 | 33.3 | 1 | 16.7 | 2 | 33.3 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 52 | 5 | 3 | 60.0 | 0 | 0.0 | 2 | 40.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |

(CONTINUED)

SOURCE CODE: T7_3_2.SAS
DATE SUBMITTED: 20FEB96

230

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.2   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS – ITEM 11 (SUSPICIOUSNESS) OBSERVED CASES

75MG SEROQUEL – BID

| | TOTAL | NOT PRESENT | | VERY MILD | | MILD | | MODERATE | | MODERATELY SEVERE | | SEVERE | | EXTREMELY SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| WEEK | | | | | | | | | | | | | | | |
| FINAL | 40 | 9 | 22.5 | 4 | 10.0 | 10 | 25.0 | 6 | 15.0 | 8 | 20.0 | 3 | 7.5 | 0 | 0 |

SOURCE CODE: T7_3_2.SAS
DATE SUBMITTED: 20FEB96

231

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.2   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS - ITEM 11 (SUSPICIOUSNESS) OBSERVED CASES

75MG SEROQUEL - TOTAL

| WEEK | TOTAL | NOT PRESENT | | VERY MILD | | MILD | | MODERATE | | MODERATELY SEVERE | | SEVERE | | EXTREMELY SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| 0 | 82 | 22 | 26.8 | 10 | 12.2 | 32 | 39.0 | 18 | 22.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 1 | 82 | 25 | 30.5 | 11 | 13.4 | 29 | 35.4 | 11 | 13.4 | 5 | 6.1 | 1 | 1.2 | 0 | 0.0 |
| 2 | 72 | 28 | 38.9 | 8 | 11.1 | 27 | 37.5 | 7 | 9.7 | 2 | 2.8 | 0 | 0.0 | 0 | 0.0 |
| 4 | 66 | 23 | 34.8 | 7 | 10.6 | 22 | 33.3 | 13 | 19.7 | 0 | 0.0 | 1 | 1.5 | 0 | 0.0 |
| 8 | 54 | 12 | 22.2 | 9 | 16.7 | 13 | 24.1 | 13 | 24.1 | 6 | 11.1 | 1 | 1.9 | 0 | 0.0 |
| 12 | 40 | 14 | 35.0 | 5 | 12.5 | 9 | 22.5 | 6 | 15.0 | 5 | 12.5 | 1 | 2.5 | 0 | 0.0 |
| 16 | 27 | 12 | 44.4 | 3 | 11.1 | 7 | 25.9 | 2 | 7.4 | 3 | 11.1 | 0 | 0.0 | 0 | 0.0 |
| 20 | 25 | 9 | 36.0 | 5 | 20.0 | 7 | 28.0 | 2 | 8.0 | 0 | 0.0 | 2 | 8.0 | 0 | 0.0 |

SOURCE CODE: T7_3_2.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

232

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.2   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS - ITEM 11 (SUSPICIOUSNESS) OBSERVED CASES

75MG SEROQUEL - TOTAL

| WEEK | TOTAL | NOT PRESENT | | VERY MILD | | MILD | | MODERATE | | MODERATELY SEVERE | | SEVERE | | EXTREMELY SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| 24 | 23 | 11 | 47.8 | 2 | 8.7 | 5 | 21.7 | 4 | 17.4 | 0 | 0.0 | 1 | 4.3 | 0 | 0.0 |
| 28 | 21 | 9 | 42.9 | 2 | 9.5 | 2 | 9.5 | 6 | 28.6 | 2 | 9.5 | 0 | 0.0 | 0 | 0.0 |
| 32 | 18 | 6 | 33.3 | 4 | 22.2 | 2 | 11.1 | 5 | 27.8 | 1 | 5.6 | 0 | 0.0 | 0 | 0.0 |
| 36 | 15 | 8 | 53.3 | 0 | 0.0 | 3 | 20.0 | 2 | 13.3 | 2 | 13.3 | 0 | 0.0 | 0 | 0.0 |
| 40 | 14 | 6 | 42.9 | 1 | 7.1 | 5 | 35.7 | 0 | 0.0 | 2 | 14.3 | 0 | 0.0 | 0 | 0.0 |
| 44 | 10 | 4 | 40.0 | 1 | 10.0 | 2 | 20.0 | 2 | 20.0 | 0 | 0.0 | 1 | 10.0 | 0 | 0.0 |
| 48 | 8 | 1 | 12.5 | 2 | 25.0 | 2 | 25.0 | 3 | 37.5 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 52 | 7 | 4 | 57.1 | 0 | 0.0 | 3 | 42.9 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |

SOURCE CODE: T7_3_2.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

233

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.2   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS - ITEM 11 (SUSPICIOUSNESS) OBSERVED CASES

75MG SEROQUEL - TOTAL

| | TOTAL | NOT PRESENT | | VERY MILD | | MILD | | MODERATE | | MODERATELY SEVERE | | SEVERE | | EXTREMELY SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| WEEK FINAL | 82 | 21 | 25.6 | 7 | 8.5 | 17 | 20.7 | 13 | 15.9 | 17 | 20.7 | 7 | 8.5 | 0 | 0 |

SOURCE CODE: T7_3_2.SAS
DATE SUBMITTED: 20FEB96

234

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.2   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS - ITEM 11 (SUSPICIOUSNESS) OBSERVED CASES

300MG SEROQUEL - TID

| WEEK | TOTAL | NOT PRESENT N | NOT PRESENT % | VERY MILD N | VERY MILD % | MILD N | MILD % | MODERATE N | MODERATE % | MODERATELY SEVERE N | MODERATELY SEVERE % | SEVERE N | SEVERE % | EXTREMELY SEVERE N | EXTREMELY SEVERE % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 44 | 16 | 36.4 | 2 | 4.5 | 12 | 27.3 | 14 | 31.8 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 1 | 44 | 13 | 29.5 | 3 | 6.8 | 18 | 40.9 | 8 | 18.2 | 1 | 2.3 | 1 | 2.3 | 0 | 0.0 |
| 2 | 40 | 18 | 45.0 | 6 | 15.0 | 10 | 25.0 | 2 | 5.0 | 2 | 5.0 | 2 | 5.0 | 0 | 0.0 |
| 4 | 34 | 16 | 47.1 | 7 | 20.6 | 8 | 23.5 | 2 | 5.9 | 1 | 2.9 | 0 | 0.0 | 0 | 0.0 |
| 8 | 27 | 8 | 29.6 | 6 | 22.2 | 7 | 25.9 | 4 | 14.8 | 1 | 3.7 | 1 | 3.7 | 0 | 0.0 |
| 12 | 22 | 7 | 31.8 | 2 | 9.1 | 8 | 36.4 | 4 | 18.2 | 1 | 4.5 | 0 | 0.0 | 0 | 0.0 |
| 16 | 18 | 8 | 44.4 | 3 | 16.7 | 3 | 16.7 | 2 | 11.1 | 1 | 5.6 | 1 | 5.6 | 0 | 0.0 |
| 20 | 12 | 5 | 41.7 | 1 | 8.3 | 3 | 25.0 | 3 | 25.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |

SOURCE CODE: T7_3_2.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

235

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.2   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS - ITEM 11 (SUSPICIOUSNESS) OBSERVED CASES

300MG SEROQUEL - TID

| WEEK | TOTAL | NOT PRESENT | | VERY MILD | | MILD | | MODERATE | | MODERATELY SEVERE | | SEVERE | | EXTREMELY SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| 24 | 10 | 4 | 40.0 | 1 | 10.0 | 3 | 30.0 | 2 | 20.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 28 | 7 | 4 | 57.1 | 0 | 0.0 | 2 | 28.6 | 0 | 0.0 | 1 | 14.3 | 0 | 0.0 | 0 | 0.0 |
| 32 | 7 | 3 | 42.9 | 2 | 28.6 | 1 | 14.3 | 1 | 14.3 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 36 | 7 | 3 | 42.9 | 1 | 14.3 | 2 | 28.6 | 0 | 0.0 | 0 | 0.0 | 1 | 14.3 | 0 | 0.0 |
| 40 | 6 | 4 | 66.7 | 0 | 0.0 | 2 | 33.3 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 44 | 5 | 2 | 40.0 | 1 | 20.0 | 2 | 40.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 48 | 5 | 2 | 40.0 | 2 | 40.0 | 1 | 20.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 52 | 5 | 4 | 80.0 | 0 | 0.0 | 0 | 0.0 | 1 | 20.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |

SOURCE CODE: T7_3_2.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

236

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.2   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS - ITEM 11 (SUSPICIOUSNESS) OBSERVED CASES

300MG SEROQUEL - TID

| | TOTAL | NOT PRESENT | | VERY MILD | | MILD | | MODERATE | | MODERATELY SEVERE | | SEVERE | | EXTREMELY SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| WEEK | | | | | | | | | | | | | | | |
| FINAL | 44 | 15 | 34.1 | 3 | 6.8 | 5 | 11.4 | 9 | 20.5 | 6 | 13.6 | 6 | 13.6 | 0 | 0 |

SOURCE CODE: T7_3_2.SAS
DATE SUBMITTED: 20FEB96

237

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.2   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS - ITEM 11 (SUSPICIOUSNESS) OBSERVED CASES

300MG SEROQUEL - BID

| WEEK | TOTAL | NOT PRESENT N | % | VERY MILD N | % | MILD N | % | MODERATE N | % | MODERATELY SEVERE N | % | SEVERE N | % | EXTREMELY SEVERE N | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 42 | 15 | 35.7 | 7 | 16.7 | 7 | 16.7 | 13 | 31.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 1 | 42 | 19 | 45.2 | 6 | 14.3 | 7 | 16.7 | 9 | 21.4 | 0 | 0.0 | 1 | 2.4 | 0 | 0.0 |
| 2 | 39 | 14 | 35.9 | 7 | 17.9 | 11 | 28.2 | 4 | 10.3 | 2 | 5.1 | 1 | 2.6 | 0 | 0.0 |
| 4 | 34 | 17 | 50.0 | 5 | 14.7 | 7 | 20.6 | 3 | 8.8 | 1 | 2.9 | 1 | 2.9 | 0 | 0.0 |
| 8 | 28 | 17 | 60.7 | 2 | 7.1 | 5 | 17.9 | 1 | 3.6 | 3 | 10.7 | 0 | 0.0 | 0 | 0.0 |
| 12 | 17 | 12 | 70.6 | 1 | 5.9 | 2 | 11.8 | 1 | 5.9 | 1 | 5.9 | 0 | 0.0 | 0 | 0.0 |
| 16 | 13 | 10 | 76.9 | 3 | 23.1 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 20 | 11 | 7 | 63.6 | 4 | 36.4 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |

SOURCE CODE: T7_3_2.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

238

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.2   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS - ITEM 11 (SUSPICIOUSNESS) OBSERVED CASES

300MG SEROQUEL - BID

| WEEK | TOTAL | NOT PRESENT | | VERY MILD | | MILD | | MODERATE | | MODERATELY SEVERE | | SEVERE | | EXTREMELY SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| 24 | 10 | 6 | 60.0 | 1 | 10.0 | 2 | 20.0 | 0 | 0.0 | 1 | 10.0 | 0 | 0.0 | 0 | 0.0 |
| 28 | 10 | 6 | 60.0 | 2 | 20.0 | 1 | 10.0 | 0 | 0.0 | 1 | 10.0 | 0 | 0.0 | 0 | 0.0 |
| 32 | 10 | 6 | 60.0 | 3 | 30.0 | 1 | 10.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 36 | 9 | 4 | 44.4 | 2 | 22.2 | 2 | 22.2 | 1 | 11.1 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 40 | 8 | 3 | 37.5 | 2 | 25.0 | 2 | 25.0 | 1 | 12.5 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 44 | 8 | 3 | 37.5 | 2 | 25.0 | 1 | 12.5 | 1 | 12.5 | 1 | 12.5 | 0 | 0.0 | 0 | 0.0 |
| 48 | 8 | 1 | 12.5 | 3 | 37.5 | 1 | 12.5 | 1 | 12.5 | 2 | 25.0 | 0 | 0.0 | 0 | 0.0 |
| 52 | 6 | 1 | 16.7 | 3 | 50.0 | 1 | 16.7 | 1 | 16.7 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |

(CONTINUED)

SOURCE CODE: T7_3_2.SAS
DATE SUBMITTED: 20FEB96

239

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.2    FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS - ITEM 11 (SUSPICIOUSNESS) OBSERVED CASES

300MG SEROQUEL - BID

| | TOTAL | NOT PRESENT | | VERY MILD | | MILD | | MODERATE | | MODERATELY SEVERE | | SEVERE | | EXTREMELY SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| WEEK | | | | | | | | | | | | | | | |
| FINAL | 42 | 12 | 28.6 | 4 | 9.5 | 12 | 28.6 | 4 | 9.5 | 7 | 16.7 | 3 | 7.1 | 0 | 0 |

SOURCE CODE: T7_3_2.SAS
DATE SUBMITTED: 20FEB96

240

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.2   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS - ITEM 11 (SUSPICIOUSNESS) OBSERVED CASES

300MG SEROQUEL - TOTAL

| WEEK | TOTAL | NOT PRESENT | | VERY MILD | | MILD | | MODERATE | | MODERATELY SEVERE | | SEVERE | | EXTREMELY SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| 0 | 86 | 31 | 36.0 | 9 | 10.5 | 19 | 22.1 | 27 | 31.4 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 1 | 86 | 32 | 37.2 | 9 | 10.5 | 25 | 29.1 | 17 | 19.8 | 1 | 1.2 | 2 | 2.3 | 0 | 0.0 |
| 2 | 79 | 32 | 40.5 | 13 | 16.5 | 21 | 26.6 | 6 | 7.6 | 4 | 5.1 | 3 | 3.8 | 0 | 0.0 |
| 4 | 68 | 33 | 48.5 | 12 | 17.6 | 15 | 22.1 | 5 | 7.4 | 2 | 2.9 | 1 | 1.5 | 0 | 0.0 |
| 8 | 55 | 25 | 45.5 | 8 | 14.5 | 12 | 21.8 | 5 | 9.1 | 4 | 7.3 | 1 | 1.8 | 0 | 0.0 |
| 12 | 39 | 19 | 48.7 | 3 | 7.7 | 10 | 25.6 | 5 | 12.8 | 2 | 5.1 | 0 | 0.0 | 0 | 0.0 |
| 16 | 31 | 18 | 58.1 | 6 | 19.4 | 3 | 9.7 | 2 | 6.5 | 1 | 3.2 | 1 | 3.2 | 0 | 0.0 |
| 20 | 23 | 12 | 52.2 | 5 | 21.7 | 3 | 13.0 | 3 | 13.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |

(CONTINUED)

SOURCE CODE: T7_3_2.SAS
DATE SUBMITTED: 20FEB96

241

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.2   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS - ITEM 11 (SUSPICIOUSNESS) OBSERVED CASES

300MG SEROQUEL - TOTAL

| WEEK | TOTAL | NOT PRESENT | | VERY MILD | | MILD | | MODERATE | | MODERATELY SEVERE | | SEVERE | | EXTREMELY SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| 24 | 20 | 10 | 50.0 | 2 | 10.0 | 5 | 25.0 | 2 | 10.0 | 1 | 5.0 | 0 | 0.0 | 0 | 0.0 |
| 28 | 17 | 10 | 58.8 | 2 | 11.8 | 3 | 17.6 | 0 | 0.0 | 2 | 11.8 | 0 | 0.0 | 0 | 0.0 |
| 32 | 17 | 9 | 52.9 | 5 | 29.4 | 2 | 11.8 | 1 | 5.9 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 36 | 16 | 7 | 43.8 | 3 | 18.8 | 4 | 25.0 | 1 | 6.3 | 0 | 0.0 | 1 | 6.3 | 0 | 0.0 |
| 40 | 14 | 7 | 50.0 | 2 | 14.3 | 4 | 28.6 | 1 | 7.1 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 44 | 13 | 5 | 38.5 | 3 | 23.1 | 3 | 23.1 | 1 | 7.7 | 1 | 7.7 | 0 | 0.0 | 0 | 0.0 |
| 48 | 13 | 3 | 23.1 | 5 | 38.5 | 2 | 15.4 | 1 | 7.7 | 2 | 15.4 | 0 | 0.0 | 0 | 0.0 |
| 52 | 11 | 5 | 45.5 | 3 | 27.3 | 1 | 9.1 | 2 | 18.2 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |

(CONTINUED)

SOURCE CODE: T7_3_2.SAS
DATE SUBMITTED: 20FEB96

242

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.2   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS - ITEM 11 (SUSPICIOUSNESS) OBSERVED CASES

300MG SEROQUEL - TOTAL

|  | TOTAL | NOT PRESENT | | VERY MILD | | MILD | | MODERATE | | MODERATELY SEVERE | | SEVERE | | EXTREMELY SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| WEEK |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| FINAL | 86 | 27 | 31.4 | 7 | 8.1 | 17 | 19.8 | 13 | 15.1 | 13 | 15.1 | 9 | 10.5 | 0 | 0 |

SOURCE CODE: T7_3_2.SAS
DATE SUBMITTED: 20FEB96

243

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.2   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS — ITEM 11 (SUSPICIOUSNESS) OBSERVED CASES

600MG SEROQUEL - TID

| WEEK | TOTAL | NOT PRESENT N | % | VERY MILD N | % | MILD N | % | MODERATE N | % | MODERATELY SEVERE N | % | SEVERE N | % | EXTREMELY SEVERE N | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 43 | 15 | 34.9 | 5 | 11.6 | 11 | 25.6 | 12 | 27.9 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 1 | 43 | 16 | 37.2 | 5 | 11.6 | 12 | 27.9 | 9 | 20.9 | 0 | 0.0 | 1 | 2.3 | 0 | 0.0 |
| 2 | 38 | 16 | 42.1 | 2 | 5.3 | 13 | 34.2 | 4 | 10.5 | 1 | 2.6 | 2 | 5.3 | 0 | 0.0 |
| 4 | 32 | 13 | 40.6 | 6 | 18.8 | 6 | 18.8 | 4 | 12.5 | 0 | 0.0 | 2 | 6.3 | 1 | 3.1 |
| 8 | 27 | 11 | 40.7 | 5 | 18.5 | 8 | 29.6 | 1 | 3.7 | 2 | 7.4 | 0 | 0.0 | 0 | 0.0 |
| 12 | 27 | 11 | 40.7 | 2 | 7.4 | 10 | 37.0 | 2 | 7.4 | 2 | 7.4 | 0 | 0.0 | 0 | 0.0 |
| 16 | 19 | 8 | 42.1 | 4 | 21.1 | 3 | 15.8 | 3 | 15.8 | 1 | 5.3 | 0 | 0.0 | 0 | 0.0 |
| 20 | 17 | 5 | 29.4 | 5 | 29.4 | 3 | 17.6 | 2 | 11.8 | 2 | 11.8 | 0 | 0.0 | 0 | 0.0 |

SOURCE CODE: T7_3_2.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.2   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS - ITEM 11 (SUSPICIOUSNESS) OBSERVED CASES

600MG SEROQUEL - TID

| WEEK | TOTAL | NOT PRESENT N | % | VERY MILD N | % | MILD N | % | MODERATE N | % | MODERATELY SEVERE N | % | SEVERE N | % | EXTREMELY SEVERE N | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24 | 16 | 5 | 31.3 | 3 | 18.8 | 4 | 25.0 | 2 | 12.5 | 1 | 6.3 | 1 | 6.3 | 0 | 0.0 |
| 28 | 15 | 5 | 33.3 | 5 | 33.3 | 2 | 13.3 | 1 | 6.7 | 2 | 13.3 | 0 | 0.0 | 0 | 0.0 |
| 32 | 11 | 3 | 27.3 | 5 | 45.5 | 1 | 9.1 | 1 | 9.1 | 1 | 9.1 | 0 | 0.0 | 0 | 0.0 |
| 36 | 10 | 3 | 30.0 | 2 | 20.0 | 3 | 30.0 | 1 | 10.0 | 1 | 10.0 | 0 | 0.0 | 0 | 0.0 |
| 40 | 10 | 4 | 40.0 | 2 | 20.0 | 1 | 10.0 | 1 | 10.0 | 2 | 20.0 | 0 | 0.0 | 0 | 0.0 |
| 44 | 9 | 4 | 44.4 | 1 | 11.1 | 0 | 0.0 | 1 | 11.1 | 3 | 33.3 | 0 | 0.0 | 0 | 0.0 |
| 48 | 9 | 3 | 33.3 | 1 | 11.1 | 1 | 11.1 | 2 | 22.2 | 2 | 22.2 | 0 | 0.0 | 0 | 0.0 |
| 52 | 8 | 3 | 37.5 | 1 | 12.5 | 0 | 0.0 | 2 | 25.0 | 2 | 25.0 | 0 | 0.0 | 0 | 0.0 |

(CONTINUED)

SOURCE CODE: T7_3_2.SAS
DATE SUBMITTED: 20FEB96

245

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.2   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS – ITEM 11 (SUSPICIOUSNESS) OBSERVED CASES

600MG SEROQUEL – TID

|  | TOTAL | NOT PRESENT | | VERY MILD | | MILD | | MODERATE | | MODERATELY SEVERE | | SEVERE | | EXTREMELY SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| WEEK |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| FINAL | 43 | 11 | 25.6 | 3 | 7.0 | 11 | 25.6 | 6 | 14.0 | 8 | 18.6 | 3 | 7.0 | 1 | 2.3 |

SOURCE CODE: T7_3_2.SAS
DATE SUBMITTED: 20FEB96

246

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.2   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS - ITEM 11 (SUSPICIOUSNESS) OBSERVED CASES

600MG SEROQUEL - BID

| WEEK | TOTAL | NOT PRESENT | | VERY MILD | | MILD | | MODERATE | | MODERATELY SEVERE | | SEVERE | | EXTREMELY SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| 0 | 41 | 13 | 31.7 | 6 | 14.6 | 10 | 24.4 | 12 | 29.3 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 1 | 41 | 16 | 39.0 | 3 | 7.3 | 15 | 36.6 | 5 | 12.2 | 2 | 4.9 | 0 | 0.0 | 0 | 0.0 |
| 2 | 36 | 15 | 41.7 | 7 | 19.4 | 10 | 27.8 | 2 | 5.6 | 2 | 5.6 | 0 | 0.0 | 0 | 0.0 |
| 4 | 31 | 12 | 38.7 | 4 | 12.9 | 7 | 22.6 | 2 | 6.5 | 5 | 16.1 | 1 | 3.2 | 0 | 0.0 |
| 8 | 28 | 11 | 39.3 | 4 | 14.3 | 7 | 25.0 | 3 | 10.7 | 2 | 7.1 | 1 | 3.6 | 0 | 0.0 |
| 12 | 22 | 11 | 50.0 | 4 | 18.2 | 4 | 18.2 | 1 | 4.5 | 2 | 9.1 | 0 | 0.0 | 0 | 0.0 |
| 16 | 18 | 11 | 61.1 | 1 | 5.6 | 2 | 11.1 | 2 | 11.1 | 2 | 11.1 | 0 | 0.0 | 0 | 0.0 |
| 20 | 14 | 8 | 57.1 | 0 | 0.0 | 1 | 7.1 | 3 | 21.4 | 1 | 7.1 | 1 | 7.1 | 0 | 0.0 |

SOURCE CODE: T7_3_2.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

247

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.2   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS - ITEM 11 (SUSPICIOUSNESS) OBSERVED CASES

600MG SEROQUEL - BID

| WEEK | TOTAL | NOT PRESENT | | VERY MILD | | MILD | | MODERATE | | MODERATELY SEVERE | | SEVERE | | EXTREMELY SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| 24 | 12 | 4 | 33.3 | 3 | 25.0 | 1 | 8.3 | 3 | 25.0 | 0 | 0.0 | 1 | 8.3 | 0 | 0.0 |
| 28 | 10 | 5 | 50.0 | 0 | 0.0 | 4 | 40.0 | 1 | 10.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 32 | 9 | 5 | 55.6 | 2 | 22.2 | 2 | 22.2 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 36 | 8 | 5 | 62.5 | 2 | 25.0 | 1 | 12.5 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 40 | 8 | 4 | 50.0 | 1 | 12.5 | 3 | 37.5 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 44 | 8 | 6 | 75.0 | 0 | 0.0 | 2 | 25.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 48 | 8 | 3 | 37.5 | 2 | 25.0 | 1 | 12.5 | 2 | 25.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 52 | 6 | 5 | 83.3 | 0 | 0.0 | 1 | 16.7 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |

SOURCE CODE: T7_3_2.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

248

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.2   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS - ITEM 11 (SUSPICIOUSNESS) OBSERVED CASES

600MG SEROQUEL - BID

| | TOTAL | NOT PRESENT | | VERY MILD | | MILD | | MODERATE | | MODERATELY SEVERE | | SEVERE | | EXTREMELY SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| WEEK | | | | | | | | | | | | | | | |
| FINAL | 41 | 11 | 26.8 | 5 | 12.2 | 7 | 17.1 | 6 | 14.6 | 8 | 19.5 | 4 | 9.8 | 0 | 0 |

SOURCE CODE: T7_3_2.SAS
DATE SUBMITTED: 20FEB96

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.2   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS - ITEM 11 (SUSPICIOUSNESS) OBSERVED CASES

600MG SEROQUEL - TOTAL

| WEEK | TOTAL | NOT PRESENT | | VERY MILD | | MILD | | MODERATE | | MODERATELY SEVERE | | SEVERE | | EXTREMELY SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| 0 | 84 | 28 | 33.3 | 11 | 13.1 | 21 | 25.0 | 24 | 28.6 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 1 | 84 | 32 | 38.1 | 8 | 9.5 | 27 | 32.1 | 14 | 16.7 | 2 | 2.4 | 1 | 1.2 | 0 | 0.0 |
| 2 | 74 | 31 | 41.9 | 9 | 12.2 | 23 | 31.1 | 6 | 8.1 | 3 | 4.1 | 2 | 2.7 | 0 | 0.0 |
| 4 | 63 | 25 | 39.7 | 10 | 15.9 | 13 | 20.6 | 6 | 9.5 | 5 | 7.9 | 3 | 4.8 | 1 | 1.6 |
| 8 | 55 | 22 | 40.0 | 9 | 16.4 | 15 | 27.3 | 4 | 7.3 | 4 | 7.3 | 1 | 1.8 | 0 | 0.0 |
| 12 | 49 | 22 | 44.9 | 6 | 12.2 | 14 | 28.6 | 3 | 6.1 | 4 | 8.2 | 0 | 0.0 | 0 | 0.0 |
| 16 | 37 | 19 | 51.4 | 5 | 13.5 | 5 | 13.5 | 5 | 13.5 | 3 | 8.1 | 0 | 0.0 | 0 | 0.0 |
| 20 | 31 | 13 | 41.9 | 5 | 16.1 | 4 | 12.9 | 5 | 16.1 | 3 | 9.7 | 1 | 3.2 | 0 | 0.0 |

SOURCE CODE: T7_3_2.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

250

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.2   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS - ITEM 11 (SUSPICIOUSNESS) OBSERVED CASES

600MG SEROQUEL - TOTAL

| WEEK | TOTAL | NOT PRESENT | | VERY MILD | | MILD | | MODERATE | | MODERATELY SEVERE | | SEVERE | | EXTREMELY SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| 24 | 28 | 9 | 32.1 | 6 | 21.4 | 5 | 17.9 | 5 | 17.9 | 1 | 3.6 | 2 | 7.1 | 0 | 0.0 |
| 28 | 25 | 10 | 40.0 | 5 | 20.0 | 6 | 24.0 | 2 | 8.0 | 2 | 8.0 | 0 | 0.0 | 0 | 0.0 |
| 32 | 20 | 8 | 40.0 | 7 | 35.0 | 3 | 15.0 | 1 | 5.0 | 1 | 5.0 | 0 | 0.0 | 0 | 0.0 |
| 36 | 18 | 8 | 44.4 | 4 | 22.2 | 4 | 22.2 | 1 | 5.6 | 1 | 5.6 | 0 | 0.0 | 0 | 0.0 |
| 40 | 18 | 8 | 44.4 | 3 | 16.7 | 4 | 22.2 | 1 | 5.6 | 2 | 11.1 | 0 | 0.0 | 0 | 0.0 |
| 44 | 17 | 10 | 58.8 | 1 | 5.9 | 2 | 11.8 | 1 | 5.9 | 3 | 17.6 | 0 | 0.0 | 0 | 0.0 |
| 48 | 17 | 6 | 35.3 | 3 | 17.6 | 2 | 11.8 | 4 | 23.5 | 2 | 11.8 | 0 | 0.0 | 0 | 0.0 |
| 52 | 14 | 8 | 57.1 | 1 | 7.1 | 1 | 7.1 | 2 | 14.3 | 2 | 14.3 | 0 | 0.0 | 0 | 0.0 |

(CONTINUED)

SOURCE CODE: T7_3_2.SAS
DATE SUBMITTED: 20FEB96

251

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.2   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS - ITEM 11 (SUSPICIOUSNESS) OBSERVED CASES

600MG SEROQUEL - TOTAL

| | TOTAL | NOT PRESENT | | VERY MILD | | MILD | | MODERATE | | MODERATELY SEVERE | | SEVERE | | EXTREMELY SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| WEEK | | | | | | | | | | | | | | | |
| FINAL | 84 | 22 | 26.2 | 8 | 9.5 | 18 | 21.4 | 12 | 14.3 | 16 | 19.0 | 7 | 8.3 | 1 | 1.2 |

SOURCE CODE: T7_3_2.SAS
DATE SUBMITTED: 20FEB96

252

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.2   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS – ITEM 11 (SUSPICIOUSNESS) OBSERVED CASES

12MG HALOPERIDOL – TID

| WEEK | TOTAL | NOT PRESENT | | VERY MILD | | MILD | | MODERATE | | MODERATELY SEVERE | | SEVERE | | EXTREMELY SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| 0 | 41 | 17 | 41.5 | 6 | 14.6 | 8 | 19.5 | 10 | 24.4 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 1 | 40 | 16 | 40.0 | 7 | 17.5 | 10 | 25.0 | 7 | 17.5 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 2 | 36 | 13 | 36.1 | 8 | 22.2 | 8 | 22.2 | 4 | 11.1 | 1 | 2.8 | 1 | 2.8 | 1 | 2.8 |
| 4 | 33 | 12 | 36.4 | 10 | 30.3 | 6 | 18.2 | 4 | 12.1 | 1 | 3.0 | 0 | 0.0 | 0 | 0.0 |
| 8 | 24 | 14 | 58.3 | 2 | 8.3 | 7 | 29.2 | 1 | 4.2 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 12 | 22 | 7 | 31.8 | 9 | 40.9 | 4 | 18.2 | 1 | 4.5 | 0 | 0.0 | 1 | 4.5 | 0 | 0.0 |
| 16 | 18 | 8 | 44.4 | 4 | 22.2 | 6 | 33.3 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 20 | 18 | 7 | 38.9 | 4 | 22.2 | 6 | 33.3 | 1 | 5.6 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |

(CONTINUED)

SOURCE CODE: T7_3_2.SAS
DATE SUBMITTED: 20FEB96

253

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.2   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS — ITEM 11 (SUSPICIOUSNESS) OBSERVED CASES

12MG HALOPERIDOL — TID

| WEEK | TOTAL | NOT PRESENT N | % | VERY MILD N | % | MILD N | % | MODERATE N | % | MODERATELY SEVERE N | % | SEVERE N | % | EXTREMELY SEVERE N | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24 | 17 | 9 | 52.9 | 4 | 23.5 | 2 | 11.8 | 2 | 11.8 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 28 | 16 | 9 | 56.3 | 5 | 31.3 | 2 | 12.5 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 32 | 15 | 5 | 33.3 | 5 | 33.3 | 5 | 33.3 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 36 | 16 | 7 | 43.8 | 4 | 25.0 | 3 | 18.8 | 2 | 12.5 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 40 | 14 | 7 | 50.0 | 3 | 21.4 | 3 | 21.4 | 1 | 7.1 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 44 | 14 | 5 | 35.7 | 5 | 35.7 | 4 | 28.6 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 48 | 13 | 4 | 30.8 | 6 | 46.2 | 3 | 23.1 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 52 | 13 | 6 | 46.2 | 3 | 23.1 | 3 | 23.1 | 1 | 7.7 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |

SOURCE CODE: T7_3_2.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

254

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.2   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS – ITEM 11 (SUSPICIOUSNESS) OBSERVED CASES

12MG HALOPERIDOL – TID

|        | TOTAL | NOT PRESENT | | VERY MILD | | MILD | | MODERATE | | MODERATELY SEVERE | | SEVERE | | EXTREMELY SEVERE | |
|--------|-------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
|        |       | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| WEEK   |       |      |      |      |      |      |      |      |      |      |      |      |      |      |      |
| FINAL  | 41 | 20 | 48.8 | 6 | 14.6 | 8 | 19.5 | 3 | 7.3 | 2 | 4.9 | 2 | 4.9 | 0 | 0 |

SOURCE CODE: T7_3_2.SAS
DATE SUBMITTED: 20FEB96

255

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.3   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS – ITEM 12 (HALLUCINATORY BEHAVIOR) OBSERVED CASES

75MG SEROQUEL – TID

| WEEK | TOTAL | NOT PRESENT N | NOT PRESENT % | VERY MILD N | VERY MILD % | MILD N | MILD % | MODERATE N | MODERATE % | MODERATELY SEVERE N | MODERATELY SEVERE % | SEVERE N | SEVERE % | EXTREMELY SEVERE N | EXTREMELY SEVERE % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 42 | 18 | 42.9 | 4 | 9.5 | 7 | 16.7 | 13 | 31.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 1 | 42 | 21 | 50.0 | 5 | 11.9 | 5 | 11.9 | 8 | 19.0 | 1 | 2.4 | 2 | 4.8 | 0 | 0.0 |
| 2 | 36 | 18 | 50.0 | 3 | 8.3 | 7 | 19.4 | 6 | 16.7 | 0 | 0.0 | 2 | 5.6 | 0 | 0.0 |
| 4 | 34 | 18 | 52.9 | 4 | 11.8 | 4 | 11.8 | 3 | 8.8 | 2 | 5.9 | 3 | 8.8 | 0 | 0.0 |
| 8 | 26 | 13 | 50.0 | 5 | 19.2 | 2 | 7.7 | 1 | 3.8 | 3 | 11.5 | 2 | 7.7 | 0 | 0.0 |
| 12 | 18 | 11 | 61.1 | 2 | 11.1 | 2 | 11.1 | 2 | 11.1 | 0 | 0.0 | 1 | 5.6 | 0 | 0.0 |
| 16 | 12 | 9 | 75.0 | 1 | 8.3 | 1 | 8.3 | 1 | 8.3 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 20 | 12 | 8 | 66.7 | 0 | 0.0 | 2 | 16.7 | 1 | 8.3 | 0 | 0.0 | 1 | 8.3 | 0 | 0.0 |

(CONTINUED)

SOURCE CODE:  T7_3_3.SAS
DATE SUBMITTED: 20FEB96

256

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.3   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS – ITEM 12 (HALLUCINATORY BEHAVIOR) OBSERVED CASES

75MG SEROQUEL - TID

| WEEK | TOTAL | NOT PRESENT | | VERY MILD | | MILD | | MODERATE | | MODERATELY SEVERE | | SEVERE | | EXTREMELY SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| 24 | 11 | 9 | 81.8 | 0 | 0.0 | 2 | 18.2 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 28 | 11 | 8 | 72.7 | 1 | 9.1 | 0 | 0.0 | 1 | 9.1 | 0 | 0.0 | 1 | 9.1 | 0 | 0.0 |
| 32 | 8 | 4 | 50.0 | 1 | 12.5 | 1 | 12.5 | 2 | 25.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 36 | 6 | 4 | 66.7 | 0 | 0.0 | 0 | 0.0 | 1 | 16.7 | 1 | 16.7 | 0 | 0.0 | 0 | 0.0 |
| 40 | 5 | 3 | 60.0 | 0 | 0.0 | 1 | 20.0 | 0 | 0.0 | 1 | 20.0 | 0 | 0.0 | 0 | 0.0 |
| 44 | 3 | 1 | 33.3 | 0 | 0.0 | 1 | 33.3 | 0 | 0.0 | 0 | 0.0 | 1 | 33.3 | 0 | 0.0 |
| 48 | 2 | 1 | 50.0 | 0 | 0.0 | 1 | 50.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 52 | 2 | 1 | 50.0 | 1 | 50.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |

(CONTINUED)

SOURCE CODE: T7_3_3.SAS
DATE SUBMITTED: 20FEB96

257

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.3   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS - ITEM 12 (HALLUCINATORY BEHAVIOR) OBSERVED CASES

75MG SEROQUEL - TID

| | TOTAL | NOT PRESENT | | VERY MILD | | MILD | | MODERATE | | MODERATELY SEVERE | | SEVERE | | EXTREMELY SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| WEEK FINAL | 42 | 15 | 35.7 | 6 | 14.3 | 4 | 9.5 | 2 | 4.8 | 4 | 9.5 | 11 | 26.2 | 0 | 0 |

SOURCE CODE:  T7_3_3.SAS
DATE SUBMITTED: 20FEB96

258

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.3   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS – ITEM 12 (HALLUCINATORY BEHAVIOR) OBSERVED CASES

75MG SEROQUEL - BID

| | TOTAL | NOT PRESENT | | VERY MILD | | MILD | | MODERATE | | MODERATELY SEVERE | | SEVERE | | EXTREMELY SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WEEK | | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| 0 | 40 | 10 | 25.0 | 7 | 17.5 | 10 | 25.0 | 13 | 32.5 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 1 | 40 | 12 | 30.0 | 6 | 15.0 | 8 | 20.0 | 13 | 32.5 | 1 | 2.5 | 0 | 0.0 | 0 | 0.0 |
| 2 | 36 | 12 | 33.3 | 5 | 13.9 | 11 | 30.6 | 7 | 19.4 | 0 | 0.0 | 1 | 2.8 | 0 | 0.0 |
| 4 | 32 | 10 | 31.3 | 4 | 12.5 | 8 | 25.0 | 8 | 25.0 | 1 | 3.1 | 1 | 3.1 | 0 | 0.0 |
| 8 | 28 | 10 | 35.7 | 2 | 7.1 | 5 | 17.9 | 7 | 25.0 | 2 | 7.1 | 2 | 7.1 | 0 | 0.0 |
| 12 | 22 | 8 | 36.4 | 2 | 9.1 | 3 | 13.6 | 5 | 22.7 | 2 | 9.1 | 2 | 9.1 | 0 | 0.0 |
| 16 | 15 | 8 | 53.3 | 0 | 0.0 | 2 | 13.3 | 2 | 13.3 | 3 | 20.0 | 0 | 0.0 | 0 | 0.0 |
| 20 | 13 | 4 | 30.8 | 0 | 0.0 | 5 | 38.5 | 3 | 23.1 | 1 | 7.7 | 0 | 0.0 | 0 | 0.0 |

(CONTINUED)

SOURCE CODE: T7_3_3.SAS
DATE SUBMITTED: 20FEB96

259

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.3   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS – ITEM 12 (HALLUCINATORY BEHAVIOR) OBSERVED CASES

75MG SEROQUEL – BID

| WEEK | TOTAL | NOT PRESENT | | VERY MILD | | MILD | | MODERATE | | MODERATELY SEVERE | | SEVERE | | EXTREMELY SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| 24 | 12 | 3 | 25.0 | 2 | 16.7 | 4 | 33.3 | 1 | 8.3 | 0 | 0.0 | 1 | 8.3 | 1 | 8.3 |
| 28 | 10 | 5 | 50.0 | 0 | 0.0 | 3 | 30.0 | 2 | 20.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 32 | 10 | 5 | 50.0 | 1 | 10.0 | 2 | 20.0 | 1 | 10.0 | 1 | 10.0 | 0 | 0.0 | 0 | 0.0 |
| 36 | 9 | 4 | 44.4 | 1 | 11.1 | 2 | 22.2 | 2 | 22.2 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 40 | 9 | 3 | 33.3 | 1 | 11.1 | 2 | 22.2 | 3 | 33.3 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 44 | 7 | 2 | 28.6 | 1 | 14.3 | 3 | 42.9 | 1 | 14.3 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 48 | 6 | 1 | 16.7 | 1 | 16.7 | 2 | 33.3 | 1 | 16.7 | 0 | 0.0 | 1 | 16.7 | 0 | 0.0 |
| 52 | 5 | 2 | 40.0 | 1 | 20.0 | 2 | 40.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |

(CONTINUED)

SOURCE CODE:  T7_3_3.SAS
DATE SUBMITTED: 20FEB96

260

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.3   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS – ITEM 12 (HALLUCINATORY BEHAVIOR) OBSERVED CASES

75MG SEROQUEL – BID

| | TOTAL | NOT PRESENT | | VERY MILD | | MILD | | MODERATE | | MODERATELY SEVERE | | SEVERE | | EXTREMELY SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| WEEK | | | | | | | | | | | | | | | |
| FINAL | 40 | 12 | 30.0 | 2 | 5.0 | 6 | 15.0 | 7 | 17.5 | 6 | 15.0 | 6 | 15.0 | 1 | 2.5 |

SOURCE CODE: T7_3_3.SAS
DATE SUBMITTED: 20FEB96

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.3   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS - ITEM 12 (HALLUCINATORY BEHAVIOR) OBSERVED CASES

75MG SEROQUEL - TOTAL

| WEEK | TOTAL | NOT PRESENT | | VERY MILD | | MILD | | MODERATE | | MODERATELY SEVERE | | SEVERE | | EXTREMELY SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| 0 | 82 | 28 | 34.1 | 11 | 13.4 | 17 | 20.7 | 26 | 31.7 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 1 | 82 | 33 | 40.2 | 11 | 13.4 | 13 | 15.9 | 21 | 25.6 | 2 | 2.4 | 2 | 2.4 | 0 | 0.0 |
| 2 | 72 | 30 | 41.7 | 8 | 11.1 | 18 | 25.0 | 13 | 18.1 | 0 | 0.0 | 3 | 4.2 | 0 | 0.0 |
| 4 | 66 | 28 | 42.4 | 8 | 12.1 | 12 | 18.2 | 11 | 16.7 | 3 | 4.5 | 4 | 6.1 | 0 | 0.0 |
| 8 | 54 | 23 | 42.6 | 7 | 13.0 | 7 | 13.0 | 8 | 14.8 | 5 | 9.3 | 4 | 7.4 | 0 | 0.0 |
| 12 | 40 | 19 | 47.5 | 4 | 10.0 | 5 | 12.5 | 7 | 17.5 | 2 | 5.0 | 3 | 7.5 | 0 | 0.0 |
| 16 | 27 | 17 | 63.0 | 1 | 3.7 | 3 | 11.1 | 3 | 11.1 | 3 | 11.1 | 0 | 0.0 | 0 | 0.0 |
| 20 | 25 | 12 | 48.0 | 0 | 0.0 | 7 | 28.0 | 4 | 16.0 | 1 | 4.0 | 1 | 4.0 | 0 | 0.0 |

(CONTINUED)

SOURCE CODE:  T7_3_3.SAS
DATE SUBMITTED: 20FEB96

262

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.3   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS - ITEM 12 (HALLUCINATORY BEHAVIOR) OBSERVED CASES

75MG SEROQUEL - TOTAL

| WEEK | TOTAL | NOT PRESENT N | NOT PRESENT % | VERY MILD N | VERY MILD % | MILD N | MILD % | MODERATE N | MODERATE % | MODERATELY SEVERE N | MODERATELY SEVERE % | SEVERE N | SEVERE % | EXTREMELY SEVERE N | EXTREMELY SEVERE % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24 | 23 | 12 | 52.2 | 2 | 8.7 | 6 | 26.1 | 1 | 4.3 | 0 | 0.0 | 1 | 4.3 | 1 | 4.3 |
| 28 | 21 | 13 | 61.9 | 1 | 4.8 | 3 | 14.3 | 3 | 14.3 | 0 | 0.0 | 1 | 4.8 | 0 | 0.0 |
| 32 | 18 | 9 | 50.0 | 2 | 11.1 | 3 | 16.7 | 3 | 16.7 | 1 | 5.6 | 0 | 0.0 | 0 | 0.0 |
| 36 | 15 | 8 | 53.3 | 1 | 6.7 | 2 | 13.3 | 3 | 20.0 | 1 | 6.7 | 0 | 0.0 | 0 | 0.0 |
| 40 | 14 | 6 | 42.9 | 1 | 7.1 | 3 | 21.4 | 3 | 21.4 | 1 | 7.1 | 0 | 0.0 | 0 | 0.0 |
| 44 | 10 | 3 | 30.0 | 1 | 10.0 | 4 | 40.0 | 1 | 10.0 | 0 | 0.0 | 1 | 10.0 | 0 | 0.0 |
| 48 | 8 | 2 | 25.0 | 1 | 12.5 | 3 | 37.5 | 1 | 12.5 | 0 | 0.0 | 1 | 12.5 | 0 | 0.0 |
| 52 | 7 | 3 | 42.9 | 2 | 28.6 | 2 | 28.6 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |

(CONTINUED)

SOURCE CODE: T7_3_3.SAS
DATE SUBMITTED: 20FEB96

263

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.3   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS - ITEM 12 (HALLUCINATORY BEHAVIOR) OBSERVED CASES

75MG SEROQUEL - TOTAL

| | TOTAL | NOT PRESENT | | VERY MILD | | MILD | | MODERATE | | MODERATELY SEVERE | | SEVERE | | EXTREMELY SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| WEEK | | | | | | | | | | | | | | | |
| FINAL | 82 | 27 | 32.9 | 8 | 9.8 | 10 | 12.2 | 9 | 11.0 | 10 | 12.2 | 17 | 20.7 | 1 | 1.2 |

SOURCE CODE: T7_3_3.SAS
DATE SUBMITTED: 20FEB96

264

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.3   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS – ITEM 12 (HALLUCINATORY BEHAVIOR) OBSERVED CASES

300MG SEROQUEL – TID

| WEEK | TOTAL | NOT PRESENT | | VERY MILD | | MILD | | MODERATE | | MODERATELY SEVERE | | SEVERE | | EXTREMELY SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| 0 | 44 | 15 | 34.1 | 4 | 9.1 | 14 | 31.8 | 11 | 25.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 1 | 44 | 20 | 45.5 | 3 | 6.8 | 12 | 27.3 | 8 | 18.2 | 1 | 2.3 | 0 | 0.0 | 0 | 0.0 |
| 2 | 40 | 18 | 45.0 | 4 | 10.0 | 7 | 17.5 | 8 | 20.0 | 1 | 2.5 | 1 | 2.5 | 1 | 2.5 |
| 4 | 34 | 18 | 52.9 | 5 | 14.7 | 5 | 14.7 | 4 | 11.8 | 2 | 5.9 | 0 | 0.0 | 0 | 0.0 |
| 8 | 27 | 19 | 70.4 | 2 | 7.4 | 2 | 7.4 | 3 | 11.1 | 0 | 0.0 | 1 | 3.7 | 0 | 0.0 |
| 12 | 22 | 11 | 50.0 | 2 | 9.1 | 7 | 31.8 | 1 | 4.5 | 0 | 0.0 | 1 | 4.5 | 0 | 0.0 |
| 16 | 18 | 13 | 72.2 | 2 | 11.1 | 1 | 5.6 | 0 | 0.0 | 1 | 5.6 | 1 | 5.6 | 0 | 0.0 |
| 20 | 12 | 6 | 50.0 | 2 | 16.7 | 3 | 25.0 | 1 | 8.3 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |

(CONTINUED)

SOURCE CODE: T7_3_3.SAS
DATE SUBMITTED: 20FEB96

265

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.3   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS – ITEM 12 (HALLUCINATORY BEHAVIOR) OBSERVED CASES

300MG SEROQUEL - TID

| WEEK | TOTAL | NOT PRESENT N | % | VERY MILD N | % | MILD N | % | MODERATE N | % | MODERATELY SEVERE N | % | SEVERE N | % | EXTREMELY SEVERE N | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24 | 10 | 8 | 80.0 | 0 | 0.0 | 2 | 20.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 28 | 7 | 3 | 42.9 | 3 | 42.9 | 0 | 0.0 | 0 | 0.0 | 1 | 14.3 | 0 | 0.0 | 0 | 0.0 |
| 32 | 7 | 4 | 57.1 | 2 | 28.6 | 0 | 0.0 | 0 | 0.0 | 1 | 14.3 | 0 | 0.0 | 0 | 0.0 |
| 36 | 7 | 3 | 42.9 | 3 | 42.9 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 1 | 14.3 |
| 40 | 6 | 5 | 83.3 | 0 | 0.0 | 1 | 16.7 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 44 | 5 | 3 | 60.0 | 0 | 0.0 | 2 | 40.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 48 | 5 | 4 | 80.0 | 0 | 0.0 | 1 | 20.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 52 | 5 | 4 | 80.0 | 1 | 20.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |

(CONTINUED)

SOURCE CODE: T7_3_3.SAS
DATE SUBMITTED: 20FEB96

266

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.3   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS – ITEM 12 (HALLUCINATORY BEHAVIOR) OBSERVED CASES

300MG SEROQUEL – TID

| | TOTAL | NOT PRESENT | | VERY MILD | | MILD | | MODERATE | | MODERATELY SEVERE | | SEVERE | | EXTREMELY SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| WEEK | | | | | | | | | | | | | | | |
| FINAL | 44 | 18 | 40.9 | 2 | 4.5 | 9 | 20.5 | 7 | 15.9 | 3 | 6.8 | 3 | 6.8 | 2 | 4.5 |

SOURCE CODE:  T7_3_3.SAS
DATE SUBMITTED: 20FEB96

267

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.3   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS – ITEM 12 (HALLUCINATORY BEHAVIOR) OBSERVED CASES

300MG SEROQUEL – BID

| WEEK | TOTAL | NOT PRESENT N | % | VERY MILD N | % | MILD N | % | MODERATE N | % | MODERATELY SEVERE N | % | SEVERE N | % | EXTREMELY SEVERE N | % |
|------|-------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 0  | 42 | 21 | 50.0 | 3 | 7.1  | 8 | 19.0 | 10 | 23.8 | 0 | 0.0  | 0 | 0.0 | 0 | 0.0 |
| 1  | 42 | 23 | 54.8 | 5 | 11.9 | 5 | 11.9 | 6  | 14.3 | 3 | 7.1  | 0 | 0.0 | 0 | 0.0 |
| 2  | 39 | 20 | 51.3 | 2 | 5.1  | 8 | 20.5 | 5  | 12.8 | 4 | 10.3 | 0 | 0.0 | 0 | 0.0 |
| 4  | 34 | 17 | 50.0 | 3 | 8.8  | 4 | 11.8 | 7  | 20.6 | 2 | 5.9  | 1 | 2.9 | 0 | 0.0 |
| 8  | 28 | 16 | 57.1 | 3 | 10.7 | 2 | 7.1  | 4  | 14.3 | 2 | 7.1  | 0 | 0.0 | 1 | 3.6 |
| 12 | 17 | 13 | 76.5 | 2 | 11.8 | 1 | 5.9  | 0  | 0.0  | 1 | 5.9  | 0 | 0.0 | 0 | 0.0 |
| 16 | 13 | 9  | 69.2 | 1 | 7.7  | 3 | 23.1 | 0  | 0.0  | 0 | 0.0  | 0 | 0.0 | 0 | 0.0 |
| 20 | 11 | 9  | 81.8 | 1 | 9.1  | 1 | 9.1  | 0  | 0.0  | 0 | 0.0  | 0 | 0.0 | 0 | 0.0 |

(CONTINUED)

SOURCE CODE: T7_3_3.SAS
DATE SUBMITTED: 20FEB96

268

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.3   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS - ITEM 12 (HALLUCINATORY BEHAVIOR) OBSERVED CASES

300MG SEROQUEL - BID

| WEEK | TOTAL | NOT PRESENT | | VERY MILD | | MILD | | MODERATE | | MODERATELY SEVERE | | SEVERE | | EXTREMELY SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| 24 | 10 | 7 | 70.0 | 0 | 0.0 | 2 | 20.0 | 0 | 0.0 | 1 | 10.0 | 0 | 0.0 | 0 | 0.0 |
| 28 | 10 | 7 | 70.0 | 1 | 10.0 | 1 | 10.0 | 0 | 0.0 | 0 | 0.0 | 1 | 10.0 | 0 | 0.0 |
| 32 | 10 | 7 | 70.0 | 1 | 10.0 | 2 | 20.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 36 | 9 | 5 | 55.6 | 1 | 11.1 | 2 | 22.2 | 0 | 0.0 | 1 | 11.1 | 0 | 0.0 | 0 | 0.0 |
| 40 | 8 | 5 | 62.5 | 2 | 25.0 | 1 | 12.5 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 44 | 8 | 4 | 50.0 | 1 | 12.5 | 1 | 12.5 | 1 | 12.5 | 1 | 12.5 | 0 | 0.0 | 0 | 0.0 |
| 48 | 8 | 5 | 62.5 | 0 | 0.0 | 1 | 12.5 | 1 | 12.5 | 1 | 12.5 | 0 | 0.0 | 0 | 0.0 |
| 52 | 6 | 4 | 66.7 | 1 | 16.7 | 0 | 0.0 | 1 | 16.7 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |

SOURCE CODE: T7_3_3.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

269

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.3   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS - ITEM 12 (HALLUCINATORY BEHAVIOR) OBSERVED CASES

300MG SEROQUEL - BID

|  | TOTAL | NOT PRESENT | | VERY MILD | | MILD | | MODERATE | | MODERATELY SEVERE | | SEVERE | | EXTREMELY SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| WEEK |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| FINAL | 42 | 17 | 40.5 | 3 | 7.1 | 4 | 9.5 | 9 | 21.4 | 7 | 16.7 | 1 | 2.4 | 1 | 2.4 |

SOURCE CODE:   T7_3_3.SAS
DATE SUBMITTED: 20FEB96

270

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.3   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS - ITEM 12 (HALLUCINATORY BEHAVIOR) OBSERVED CASES

300MG SEROQUEL - TOTAL

| WEEK | TOTAL | NOT PRESENT | | VERY MILD | | MILD | | MODERATE | | MODERATELY SEVERE | | SEVERE | | EXTREMELY SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| 0 | 86 | 36 | 41.9 | 7 | 8.1 | 22 | 25.6 | 21 | 24.4 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 1 | 86 | 43 | 50.0 | 8 | 9.3 | 17 | 19.8 | 14 | 16.3 | 4 | 4.7 | 0 | 0.0 | 0 | 0.0 |
| 2 | 79 | 38 | 48.1 | 6 | 7.6 | 15 | 19.0 | 13 | 16.5 | 5 | 6.3 | 1 | 1.3 | 1 | 1.3 |
| 4 | 68 | 35 | 51.5 | 8 | 11.8 | 9 | 13.2 | 11 | 16.2 | 4 | 5.9 | 1 | 1.5 | 0 | 0.0 |
| 8 | 55 | 35 | 63.6 | 5 | 9.1 | 4 | 7.3 | 7 | 12.7 | 2 | 3.6 | 1 | 1.8 | 1 | 1.8 |
| 12 | 39 | 24 | 61.5 | 4 | 10.3 | 8 | 20.5 | 1 | 2.6 | 1 | 2.6 | 1 | 2.6 | 0 | 0.0 |
| 16 | 31 | 22 | 71.0 | 3 | 9.7 | 4 | 12.9 | 0 | 0.0 | 1 | 3.2 | 1 | 3.2 | 0 | 0.0 |
| 20 | 23 | 15 | 65.2 | 3 | 13.0 | 4 | 17.4 | 1 | 4.3 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |

(CONTINUED)

SOURCE CODE: T7_3_3.SAS
DATE SUBMITTED: 20FEB96

271

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.3   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS - ITEM 12 (HALLUCINATORY BEHAVIOR) OBSERVED CASES

300MG SEROQUEL - TOTAL

| WEEK | TOTAL | NOT PRESENT | | VERY MILD | | MILD | | MODERATE | | MODERATELY SEVERE | | SEVERE | | EXTREMELY SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| 24 | 20 | 15 | 75.0 | 0 | 0.0 | 4 | 20.0 | 0 | 0.0 | 1 | 5.0 | 0 | 0.0 | 0 | 0.0 |
| 28 | 17 | 10 | 58.8 | 4 | 23.5 | 1 | 5.9 | 0 | 0.0 | 1 | 5.9 | 1 | 5.9 | 0 | 0.0 |
| 32 | 17 | 11 | 64.7 | 3 | 17.6 | 2 | 11.8 | 0 | 0.0 | 1 | 5.9 | 0 | 0.0 | 0 | 0.0 |
| 36 | 16 | 8 | 50.0 | 4 | 25.0 | 2 | 12.5 | 0 | 0.0 | 1 | 6.3 | 0 | 0.0 | 1 | 6.3 |
| 40 | 14 | 10 | 71.4 | 2 | 14.3 | 2 | 14.3 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 44 | 13 | 7 | 53.8 | 1 | 7.7 | 3 | 23.1 | 1 | 7.7 | 1 | 7.7 | 0 | 0.0 | 0 | 0.0 |
| 48 | 13 | 9 | 69.2 | 0 | 0.0 | 2 | 15.4 | 1 | 7.7 | 1 | 7.7 | 0 | 0.0 | 0 | 0.0 |
| 52 | 11 | 8 | 72.7 | 2 | 18.2 | 0 | 0.0 | 1 | 9.1 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |

(CONTINUED)

SOURCE CODE:  T7_3_3.SAS
DATE SUBMITTED: 20FEB96

272

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.3   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS – ITEM 12 (HALLUCINATORY BEHAVIOR) OBSERVED CASES

300MG SEROQUEL - TOTAL

| | TOTAL | NOT PRESENT | | VERY MILD | | MILD | | MODERATE | | MODERATELY SEVERE | | SEVERE | | EXTREMELY SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| WEEK | | | | | | | | | | | | | | | |
| FINAL | 86 | 35 | 40.7 | 5 | 5.8 | 13 | 15.1 | 16 | 18.6 | 10 | 11.6 | 4 | 4.7 | 3 | 3.5 |

SOURCE CODE: T7_3_3.SAS
DATE SUBMITTED: 20FEB96

273

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.3   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS - ITEM 12 (HALLUCINATORY BEHAVIOR) OBSERVED CASES

600MG SEROQUEL - TID

| WEEK | TOTAL | NOT PRESENT | | VERY MILD | | MILD | | MODERATE | | MODERATELY SEVERE | | SEVERE | | EXTREMELY SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| 0 | 43 | 18 | 41.9 | 7 | 16.3 | 8 | 18.6 | 10 | 23.3 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 1 | 43 | 21 | 48.8 | 4 | 9.3 | 4 | 9.3 | 13 | 30.2 | 1 | 2.3 | 0 | 0.0 | 0 | 0.0 |
| 2 | 38 | 20 | 52.6 | 6 | 15.8 | 5 | 13.2 | 4 | 10.5 | 2 | 5.3 | 1 | 2.6 | 0 | 0.0 |
| 4 | 32 | 18 | 56.3 | 6 | 18.8 | 2 | 6.3 | 3 | 9.4 | 1 | 3.1 | 2 | 6.3 | 0 | 0.0 |
| 8 | 27 | 19 | 70.4 | 3 | 11.1 | 4 | 14.8 | 1 | 3.7 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 12 | 27 | 18 | 66.7 | 2 | 7.4 | 7 | 25.9 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 16 | 19 | 11 | 57.9 | 3 | 15.8 | 4 | 21.1 | 1 | 5.3 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 20 | 17 | 9 | 52.9 | 4 | 23.5 | 0 | 0.0 | 3 | 17.6 | 1 | 5.9 | 0 | 0.0 | 0 | 0.0 |

SOURCE CODE:  T7_3_3.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

274

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T7.3.3   FREQUENCY DISTRIBUTION FOR BPRS POSITIVE SYMPTOMS – ITEM 12 (HALLUCINATORY BEHAVIOR) OBSERVED CASES

600MG SEROQUEL – TID

| WEEK | TOTAL | NOT PRESENT | | VERY MILD | | MILD | | MODERATE | | MODERATELY SEVERE | | SEVERE | | EXTREMELY SEVERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| 24 | 16 | 8 | 50.0 | 2 | 12.5 | 2 | 12.5 | 3 | 18.8 | 1 | 6.3 | 0 | 0.0 | 0 | 0.0 |
| 28 | 15 | 8 | 53.3 | 2 | 13.3 | 1 | 6.7 | 3 | 20.0 | 1 | 6.7 | 0 | 0.0 | 0 | 0.0 |
| 32 | 11 | 5 | 45.5 | 1 | 9.1 | 4 | 36.4 | 0 | 0.0 | 0 | 0.0 | 1 | 9.1 | 0 | 0.0 |
| 36 | 10 | 5 | 50.0 | 1 | 10.0 | 1 | 10.0 | 2 | 20.0 | 1 | 10.0 | 0 | 0.0 | 0 | 0.0 |
| 40 | 10 | 5 | 50.0 | 1 | 10.0 | 2 | 20.0 | 1 | 10.0 | 0 | 0.0 | 1 | 10.0 | 0 | 0.0 |
| 44 | 9 | 4 | 44.4 | 2 | 22.2 | 1 | 11.1 | 1 | 11.1 | 1 | 11.1 | 0 | 0.0 | 0 | 0.0 |
| 48 | 9 | 5 | 55.6 | 1 | 11.1 | 1 | 11.1 | 1 | 11.1 | 1 | 11.1 | 0 | 0.0 | 0 | 0.0 |
| 52 | 8 | 5 | 62.5 | 1 | 12.5 | 1 | 12.5 | 1 | 12.5 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |

(CONTINUED)

SOURCE CODE:  T7_3_3.SAS
DATE SUBMITTED: 20FEB96