1475

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.2   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR DIZZINESS

TREATMENT: 600 MG SEROQUEL / TOTAL

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 44-48 | 15 | 13 | 2 | 14.0 | 0 | 0.00000 | 0.16092 |
| 48-52 | 13 | 10 | 3 | 11.5 | 0 | 0.00000 | 0.16092 |
| 52-56 | 10 | 0 | 10 | 5.0 | 0 | 0.00000 | 0.16092 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

1476

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.2   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR DIZZINESS

TREATMENT: 12 MG HALOPERIDOL / TID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 0-2 | 41 | 34 | 7 | 37.5 | 0 | 0.00000 | 0.00000 |
| 2-4 | 34 | 29 | 5 | 31.5 | 0 | 0.00000 | 0.00000 |
| 4-6 | 29 | 22 | 7 | 25.5 | 0 | 0.00000 | 0.00000 |
| 6-8 | 22 | 22 | 0 | 22.0 | 0 | 0.00000 | 0.00000 |
| 8-10 | 22 | 20 | 2 | 21.0 | 0 | 0.00000 | 0.00000 |
| 10-12 | 20 | 18 | 2 | 19.0 | 0 | 0.00000 | 0.00000 |
| 12-16 | 18 | 17 | 1 | 17.5 | 0 | 0.00000 | 0.00000 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.2   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR DIZZINESS

TREATMENT: 12 MG HALOPERIDOL / TID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 16-20 | 17 | 17 | 0 | 17.0 | 0 | 0.00000 | 0.00000 |
| 20-24 | 17 | 17 | 0 | 17.0 | 0 | 0.00000 | 0.00000 |
| 24-28 | 17 | 17 | 0 | 17.0 | 0 | 0.00000 | 0.00000 |
| 28-32 | 17 | 16 | 1 | 16.5 | 0 | 0.00000 | 0.00000 |
| 32-36 | 16 | 15 | 1 | 15.5 | 0 | 0.00000 | 0.00000 |
| 36-40 | 15 | 13 | 2 | 14.0 | 0 | 0.00000 | 0.00000 |
| 40-44 | 13 | 13 | 0 | 13.0 | 0 | 0.00000 | 0.00000 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1478

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.2   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR DIZZINESS

TREATMENT: 12 MG HALOPERIDOL / TID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 44-48 | 13 | 13 | 0 | 13.0 | 0 | 0.00000 | 0.00000 |
| 48-52 | 13 | 12 | 1 | 12.5 | 1 | 0.08000 | 0.02439 |
| 52-56 | 11 | 0 | 11 | 5.5 | 0 | 0.00000 | 0.02439 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

1479

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.3   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR TACHYCARDIA

TREATMENT: 75 MG SEROQUEL / TID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 0-2 | 44 | 36 | 8 | 40.0 | 0 | 0.00000 | 0.00000 |
| 2-4 | 36 | 32 | 4 | 34.0 | 0 | 0.00000 | 0.00000 |
| 4-6 | 32 | 24 | 8 | 28.0 | 0 | 0.00000 | 0.00000 |
| 6-8 | 24 | 17 | 7 | 20.5 | 0 | 0.00000 | 0.00000 |
| 8-10 | 17 | 15 | 2 | 16.0 | 0 | 0.00000 | 0.00000 |
| 10-12 | 15 | 13 | 2 | 14.0 | 0 | 0.00000 | 0.00000 |
| 12-16 | 13 | 12 | 1 | 12.5 | 0 | 0.00000 | 0.00000 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8.A.SAS - T14_8.D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1480

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.3   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR TACHYCARDIA

TREATMENT: 75 MG SEROQUEL / TID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 16-20 | 12 | 12 | 0 | 12.0 | 1 | 0.08333 | 0.02273 |
| 20-24 | 11 | 11 | 0 | 11.0 | 0 | 0.00000 | 0.02273 |
| 24-28 | 11 | 10 | 1 | 10.5 | 0 | 0.00000 | 0.02273 |
| 28-32 | 10 | 7 | 3 | 8.5 | 0 | 0.00000 | 0.02273 |
| 32-36 | 7 | 5 | 2 | 6.0 | 0 | 0.00000 | 0.02273 |
| 36-40 | 5 | 5 | 0 | 5.0 | 0 | 0.00000 | 0.02273 |
| 40-44 | 5 | 2 | 3 | 3.5 | 0 | 0.00000 | 0.02273 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1482

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.3   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR TACHYCARDIA

TREATMENT: 75 MG SEROQUEL / BID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 0-2 | 41 | 34 | 7 | 37.5 | 0 | 0.00000 | 0.00000 |
| 2-4 | 34 | 29 | 5 | 31.5 | 0 | 0.00000 | 0.00000 |
| 4-6 | 29 | 27 | 2 | 28.0 | 0 | 0.00000 | 0.00000 |
| 6-8 | 27 | 22 | 5 | 24.5 | 0 | 0.00000 | 0.00000 |
| 8-10 | 22 | 19 | 3 | 20.5 | 0 | 0.00000 | 0.00000 |
| 10-12 | 19 | 19 | 0 | 19.0 | 0 | 0.00000 | 0.00000 |
| 12-16 | 19 | 14 | 5 | 16.5 | 0 | 0.00000 | 0.00000 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8.A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1483

5077LL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.3   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR TACHYCARDIA

TREATMENT: 75 MG SEROQUEL / BID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 16-20 | 14 | 11 | 3 | 12.5 | 0 | 0.00000 | 0.00000 |
| 20-24 | 11 | 10 | 1 | 10.5 | 0 | 0.00000 | 0.00000 |
| 24-28 | 10 | 10 | 0 | 10.0 | 0 | 0.00000 | 0.00000 |
| 28-32 | 10 | 9 | 1 | 9.5 | 0 | 0.00000 | 0.00000 |
| 32-36 | 9 | 9 | 0 | 9.0 | 0 | 0.00000 | 0.00000 |
| 36-40 | 9 | 7 | 2 | 8.0 | 0 | 0.00000 | 0.00000 |
| 40-44 | 7 | 7 | 0 | 7.0 | 0 | 0.00000 | 0.00000 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1484

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.3   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR TACHYCARDIA

TREATMENT: 75 MG SEROQUEL / BID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 44-48 | 7 | 5 | 2 | 6.0 | 0 | 0.00000 | 0.00000 |
| 48-52 | 5 | 2 | 3 | 3.5 | 0 | 0.00000 | 0.00000 |
| 52-56 | 2 | 0 | 2 | 1.0 | 0 | 0.00000 | 0.00000 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

1485

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.3   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR TACHYCARDIA

TREATMENT:  75 MG SEROQUEL / TOTAL

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 0-2 | 85 | 70 | 15 | 77.5 | 0 | 0.00000 | 0.00000 |
| 2-4 | 70 | 61 | 9 | 65.5 | 0 | 0.00000 | 0.00000 |
| 4-6 | 61 | 51 | 10 | 56.0 | 0 | 0.00000 | 0.00000 |
| 6-8 | 51 | 39 | 12 | 45.0 | 0 | 0.00000 | 0.00000 |
| 8-10 | 39 | 34 | 5 | 36.5 | 0 | 0.00000 | 0.00000 |
| 10-12 | 34 | 32 | 2 | 33.0 | 0 | 0.00000 | 0.00000 |
| 12-16 | 32 | 26 | 6 | 29.0 | 0 | 0.00000 | 0.00000 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1486

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.3    WEEKLY AND CUMULATIVE INCIDENCE RATES FOR TACHYCARDIA

TREATMENT:  75 MG SEROQUEL / TOTAL

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 16-20 | 26 | 23 | 3 | 24.5 | 1 | 0.04082 | 0.01176 |
| 20-24 | 22 | 21 | 1 | 21.5 | 0 | 0.00000 | 0.01176 |
| 24-28 | 21 | 20 | 1 | 20.5 | 0 | 0.00000 | 0.01176 |
| 28-32 | 20 | 16 | 4 | 18.0 | 0 | 0.00000 | 0.01176 |
| 32-36 | 16 | 14 | 2 | 15.0 | 0 | 0.00000 | 0.01176 |
| 36-40 | 14 | 12 | 2 | 13.0 | 0 | 0.00000 | 0.01176 |
| 40-44 | 12 | 9 | 3 | 10.5 | 0 | 0.00000 | 0.01176 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1487

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.3   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR TACHYCARDIA

TREATMENT:  75 MG SEROQUEL / TOTAL

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 44-48 | 9 | 7 | 2 | 8.0 | 0 | 0.00000 | 0.01176 |
| 48-52 | 7 | 2 | 5 | 4.5 | 0 | 0.00000 | 0.01176 |
| 52-56 | 2 | 0 | 2 | 1.0 | 0 | 0.00000 | 0.01176 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

1488

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.3   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR TACHYCARDIA

TREATMENT: 300 MG SEROQUEL / TID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 0-2 | 44 | 37 | 7 | 40.5 | 0 | 0.00000 | 0.00000 |
| 2-4 | 37 | 30 | 7 | 33.5 | 0 | 0.00000 | 0.00000 |
| 4-6 | 30 | 25 | 5 | 27.5 | 0 | 0.00000 | 0.00000 |
| 6-8 | 25 | 24 | 1 | 24.5 | 0 | 0.00000 | 0.00000 |
| 8-10 | 24 | 20 | 4 | 22.0 | 0 | 0.00000 | 0.00000 |
| 10-12 | 20 | 18 | 2 | 19.0 | 0 | 0.00000 | 0.00000 |
| 12-16 | 18 | 14 | 4 | 16.0 | 0 | 0.00000 | 0.00000 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8.A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636)
AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.3   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR TACHYCARDIA

TREATMENT: 300 MG SEROQUEL / TID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 16-20 | 14 | 11 | 3 | 12.5 | 0 | 0.00000 | 0.00000 |
| 20-24 | 11 | 9 | 2 | 10.0 | 0 | 0.00000 | 0.00000 |
| 24-28 | 9 | 7 | 2 | 8.0 | 0 | 0.00000 | 0.00000 |
| 28-32 | 7 | 7 | 0 | 7.0 | 0 | 0.00000 | 0.00000 |
| 32-36 | 7 | 6 | 1 | 6.5 | 0 | 0.00000 | 0.00000 |
| 36-40 | 6 | 5 | 1 | 5.5 | 0 | 0.00000 | 0.00000 |
| 40-44 | 5 | 5 | 0 | 5.0 | 0 | 0.00000 | 0.00000 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1490

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.3   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR TACHYCARDIA

TREATMENT: 300 MG SEROQUEL / TID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 44-48 | 5 | 5 | 0 | 5.0 | 0 | 0.00000 | 0.00000 |
| 48-52 | 5 | 4 | 1 | 4.5 | 0 | 0.00000 | 0.00000 |
| 52-56 | 4 | 0 | 4 | 2.0 | 0 | 0.00000 | 0.00000 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

1491

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636)
AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.3   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR TACHYCARDIA

TREATMENT: 300 MG SEROQUEL / BID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 0-2 | 44 | 38 | 6 | 41.0 | 1 | 0.02439 | 0.02273 |
| 2-4 | 37 | 33 | 4 | 35.0 | 1 | 0.02857 | 0.04545 |
| 4-6 | 32 | 23 | 9 | 27.5 | 0 | 0.00000 | 0.04545 |
| 6-8 | 23 | 19 | 4 | 21.0 | 0 | 0.00000 | 0.04545 |
| 8-10 | 19 | 16 | 3 | 17.5 | 0 | 0.00000 | 0.04545 |
| 10-12 | 16 | 14 | 2 | 15.0 | 0 | 0.00000 | 0.04545 |
| 12-16 | 14 | 11 | 3 | 12.5 | 0 | 0.00000 | 0.04545 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:  T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1492

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.3   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR TACHYCARDIA

TREATMENT: 300 MG SEROQUEL / BID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 16-20 | 11 | 10 | 1 | 10.5 | 0 | 0.00000 | 0.04545 |
| 20-24 | 10 | 10 | 0 | 10.0 | 0 | 0.00000 | 0.04545 |
| 24-28 | 10 | 10 | 0 | 10.0 | 0 | 0.00000 | 0.04545 |
| 28-32 | 10 | 9 | 1 | 9.5 | 0 | 0.00000 | 0.04545 |
| 32-36 | 9 | 8 | 1 | 8.5 | 0 | 0.00000 | 0.04545 |
| 36-40 | 8 | 8 | 0 | 8.0 | 0 | 0.00000 | 0.04545 |
| 40-44 | 8 | 8 | 0 | 8.0 | 0 | 0.00000 | 0.04545 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1493

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.3   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR TACHYCARDIA

TREATMENT: 300 MG SEROQUEL / BID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 44-48 | 8 | 6 | 2 | 7.0 | 0 | 0.00000 | 0.04545 |
| 48-52 | 6 | 1 | 5 | 3.5 | 0 | 0.00000 | 0.04545 |
| 52-56 | 1 | 0 | 1 | 0.5 | 0 | 0.00000 | 0.04545 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

1494

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.3   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR TACHYCARDIA

TREATMENT: 300 MG SEROQUEL / TOTAL

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 0-2 | 88 | 75 | 13 | 81.5 | 1 | 0.01227 | 0.01136 |
| 2-4 | 74 | 63 | 11 | 68.5 | 1 | 0.01460 | 0.02273 |
| 4-6 | 62 | 48 | 14 | 55.0 | 0 | 0.00000 | 0.02273 |
| 6-8 | 48 | 43 | 5 | 45.5 | 0 | 0.00000 | 0.02273 |
| 8-10 | 43 | 36 | 7 | 39.5 | 0 | 0.00000 | 0.02273 |
| 10-12 | 36 | 32 | 4 | 34.0 | 0 | 0.00000 | 0.02273 |
| 12-16 | 32 | 25 | 7 | 28.5 | 0 | 0.00000 | 0.02273 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1495

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636)
AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.3   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR TACHYCARDIA

TREATMENT: 300 MG SEROQUEL / TOTAL

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 16-20 | 25 | 21 | 4 | 23.0 | 0 | 0.00000 | 0.02273 |
| 20-24 | 21 | 19 | 2 | 20.0 | 0 | 0.00000 | 0.02273 |
| 24-28 | 19 | 17 | 2 | 18.0 | 0 | 0.00000 | 0.02273 |
| 28-32 | 17 | 16 | 1 | 16.5 | 0 | 0.00000 | 0.02273 |
| 32-36 | 16 | 14 | 2 | 15.0 | 0 | 0.00000 | 0.02273 |
| 36-40 | 14 | 13 | 1 | 13.5 | 0 | 0.00000 | 0.02273 |
| 40-44 | 13 | 13 | 0 | 13.0 | 0 | 0.00000 | 0.02273 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1496

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.3   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR TACHYCARDIA

TREATMENT: 300 MG SEROQUEL / TOTAL

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 44-48 | 13 | 11 | 2 | 12.0 | 0 | 0.00000 | 0.02273 |
| 48-52 | 11 | 5 | 6 | 8.0 | 0 | 0.00000 | 0.02273 |
| 52-56 | 5 | 0 | 5 | 2.5 | 0 | 0.00000 | 0.02273 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

1497

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.3   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR TACHYCARDIA

TREATMENT: 600 MG SEROQUEL / TID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 0-2 | 43 | 35 | 8 | 39.0 | 1 | 0.02564 | 0.02326 |
| 2-4 | 34 | 30 | 4 | 32.0 | 0 | 0.00000 | 0.02326 |
| 4-6 | 30 | 27 | 3 | 28.5 | 0 | 0.00000 | 0.02326 |
| 6-8 | 27 | 27 | 0 | 27.0 | 0 | 0.00000 | 0.02326 |
| 8-10 | 27 | 23 | 4 | 25.0 | 0 | 0.00000 | 0.02326 |
| 10-12 | 23 | 22 | 1 | 22.5 | 0 | 0.00000 | 0.02326 |
| 12-16 | 22 | 18 | 4 | 20.0 | 0 | 0.00000 | 0.02326 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1498

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.3   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR TACHYCARDIA

TREATMENT: 600 MG SEROQUEL / TID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 16-20 | 18 | 16 | 2 | 17.0 | 0 | 0.00000 | 0.02326 |
| 20-24 | 16 | 16 | 0 | 16.0 | 0 | 0.00000 | 0.02326 |
| 24-28 | 16 | 13 | 3 | 14.5 | 0 | 0.00000 | 0.02326 |
| 28-32 | 13 | 11 | 2 | 12.0 | 0 | 0.00000 | 0.02326 |
| 32-36 | 11 | 10 | 1 | 10.5 | 0 | 0.00000 | 0.02326 |
| 36-40 | 10 | 10 | 0 | 10.0 | 0 | 0.00000 | 0.02326 |
| 40-44 | 10 | 9 | 1 | 9.5 | 0 | 0.00000 | 0.02326 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1499

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.3   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR TACHYCARDIA

TREATMENT: 600 MG SEROQUEL / TID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 44-48 | 9 | 8 | 1 | 8.5 | 0 | 0.00000 | 0.02326 |
| 48-52 | 8 | 6 | 2 | 7.0 | 0 | 0.00000 | 0.02326 |
| 52-56 | 6 | 0 | 6 | 3.0 | 0 | 0.00000 | 0.02326 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

1500

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636)
AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.3   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR TACHYCARDIA

TREATMENT: 600 MG SEROQUEL / BID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 0-2 | 44 | 35 | 9 | 39.5 | 0 | 0.00000 | 0.00000 |
| 2-4 | 35 | 29 | 6 | 32.0 | 0 | 0.00000 | 0.00000 |
| 4-6 | 29 | 27 | 2 | 28.0 | 0 | 0.00000 | 0.00000 |
| 6-8 | 27 | 26 | 1 | 26.5 | 0 | 0.00000 | 0.00000 |
| 8-10 | 26 | 22 | 4 | 24.0 | 0 | 0.00000 | 0.00000 |
| 10-12 | 22 | 20 | 2 | 21.0 | 0 | 0.00000 | 0.00000 |
| 12-16 | 20 | 16 | 4 | 18.0 | 1 | 0.05556 | 0.02273 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1501

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.3   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR TACHYCARDIA

TREATMENT: 600 MG SEROQUEL / BID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 16-20 | 15 | 13 | 2 | 14.0 | 0 | 0.00000 | 0.02273 |
| 20-24 | 13 | 11 | 2 | 12.0 | 0 | 0.00000 | 0.02273 |
| 24-28 | 11 | 11 | 0 | 11.0 | 0 | 0.00000 | 0.02273 |
| 28-32 | 11 | 8 | 3 | 9.5 | 0 | 0.00000 | 0.02273 |
| 32-36 | 8 | 8 | 0 | 8.0 | 0 | 0.00000 | 0.02273 |
| 36-40 | 8 | 8 | 0 | 8.0 | 0 | 0.00000 | 0.02273 |
| 40-44 | 8 | 8 | 0 | 8.0 | 0 | 0.00000 | 0.02273 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1502

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.3   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR TACHYCARDIA

TREATMENT: 600 MG SEROQUEL / BID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 44-48 | 8 | 6 | 2 | 7.0 | 0 | 0.00000 | 0.02273 |
| 48-52 | 6 | 4 | 2 | 5.0 | 0 | 0.00000 | 0.02273 |
| 52-56 | 4 | 0 | 4 | 2.0 | 0 | 0.00000 | 0.02273 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

1503

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.3   WEEKLY AND CUMULATIVE INCIDENCE RATES  FOR TACHYCARDIA

TREATMENT: 600 MG SEROQUEL / TOTAL

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 0-2 | 87 | 70 | 17 | 78.5 | 1 | 0.01274 | 0.01149 |
| 2-4 | 69 | 59 | 10 | 64.0 | 0 | 0.00000 | 0.01149 |
| 4-6 | 59 | 54 | 5 | 56.5 | 0 | 0.00000 | 0.01149 |
| 6-8 | 54 | 53 | 1 | 53.5 | 0 | 0.00000 | 0.01149 |
| 8-10 | 53 | 45 | 8 | 49.0 | 0 | 0.00000 | 0.01149 |
| 10-12 | 45 | 42 | 3 | 43.5 | 0 | 0.00000 | 0.01149 |
| 12-16 | 42 | 34 | 8 | 38.0 | 1 | 0.02632 | 0.02299 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8.A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1504

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.3   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR TACHYCARDIA

TREATMENT: 600 MG SEROQUEL / TOTAL

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 16-20 | 33 | 29 | 4 | 31.0 | 0 | 0.00000 | 0.02299 |
| 20-24 | 29 | 27 | 2 | 28.0 | 0 | 0.00000 | 0.02299 |
| 24-28 | 27 | 24 | 3 | 25.5 | 0 | 0.00000 | 0.02299 |
| 28-32 | 24 | 19 | 5 | 21.5 | 0 | 0.00000 | 0.02299 |
| 32-36 | 19 | 18 | 1 | 18.5 | 0 | 0.00000 | 0.02299 |
| 36-40 | 18 | 18 | 0 | 18.0 | 0 | 0.00000 | 0.02299 |
| 40-44 | 18 | 17 | 1 | 17.5 | 0 | 0.00000 | 0.02299 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1505

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.3   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR TACHYCARDIA

TREATMENT: 600 MG SEROQUEL / TOTAL

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 44-48 | 17 | 14 | 3 | 15.5 | 0 | 0.00000 | 0.02299 |
| 48-52 | 14 | 10 | 4 | 12.0 | 0 | 0.00000 | 0.02299 |
| 52-56 | 10 | 0 | 10 | 5.0 | 0 | 0.00000 | 0.02299 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

1506

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.3   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR TACHYCARDIA

TREATMENT: 12 MG HALOPERIDOL / TID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 0-2 | 41 | 34 | 7 | 37.5 | 0 | 0.00000 | 0.00000 |
| 2-4 | 34 | 29 | 5 | 31.5 | 0 | 0.00000 | 0.00000 |
| 4-6 | 29 | 22 | 7 | 25.5 | 0 | 0.00000 | 0.00000 |
| 6-8 | 22 | 22 | 0 | 22.0 | 0 | 0.00000 | 0.00000 |
| 8-10 | 22 | 20 | 2 | 21.0 | 0 | 0.00000 | 0.00000 |
| 10-12 | 20 | 18 | 2 | 19.0 | 0 | 0.00000 | 0.00000 |
| 12-16 | 18 | 17 | 1 | 17.5 | 0 | 0.00000 | 0.00000 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1507

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.3   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR TACHYCARDIA

TREATMENT: 12 MG HALOPERIDOL / TID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 16-20 | 17 | 17 | 0 | 17.0 | 0 | 0.00000 | 0.00000 |
| 20-24 | 17 | 17 | 0 | 17.0 | 0 | 0.00000 | 0.00000 |
| 24-28 | 17 | 17 | 0 | 17.0 | 0 | 0.00000 | 0.00000 |
| 28-32 | 17 | 16 | 1 | 16.5 | 0 | 0.00000 | 0.00000 |
| 32-36 | 16 | 15 | 1 | 15.5 | 0 | 0.00000 | 0.00000 |
| 36-40 | 15 | 13 | 2 | 14.0 | 0 | 0.00000 | 0.00000 |
| 40-44 | 13 | 13 | 0 | 13.0 | 0 | 0.00000 | 0.00000 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1508

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.3   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR TACHYCARDIA

TREATMENT: 12 MG HALOPERIDOL / TID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 44-48 | 13 | 13 | 0 | 13.0 | 0 | 0.00000 | 0.00000 |
| 48-52 | 13 | 11 | 2 | 12.0 | 0 | 0.00000 | 0.00000 |
| 52-56 | 11 | 0 | 11 | 5.5 | 0 | 0.00000 | 0.00000 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

1509

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.4    WEEKLY AND CUMULATIVE INCIDENCE RATES FOR AGITATION

TREATMENT: 75 MG SEROQUEL / TID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 0-2 | 44 | 36 | 8 | 40.0 | 4 | 0.10000 | 0.09091 |
| 2-4 | 32 | 28 | 4 | 30.0 | 0 | 0.00000 | 0.09091 |
| 4-6 | 28 | 24 | 4 | 26.0 | 0 | 0.00000 | 0.09091 |
| 6-8 | 24 | 18 | 6 | 21.0 | 1 | 0.04762 | 0.11364 |
| 8-10 | 17 | 15 | 2 | 16.0 | 1 | 0.06250 | 0.13636 |
| 10-12 | 14 | 13 | 1 | 13.5 | 0 | 0.00000 | 0.13636 |
| 12-16 | 13 | 12 | 1 | 12.5 | 0 | 0.00000 | 0.13636 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1510

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.4   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR AGITATION

TREATMENT: 75 MG SEROQUEL / TID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 16-20 | 12 | 11 | 1 | 11.5 | 1 | 0.08696 | 0.15909 |
| 20-24 | 10 | 10 | 0 | 10.0 | 0 | 0.00000 | 0.15909 |
| 24-28 | 10 | 9 | 1 | 9.5 | 0 | 0.00000 | 0.15909 |
| 28-32 | 9 | 6 | 3 | 7.5 | 0 | 0.00000 | 0.15909 |
| 32-36 | 6 | 4 | 2 | 5.0 | 1 | 0.20000 | 0.18182 |
| 36-40 | 3 | 3 | 0 | 3.0 | 0 | 0.00000 | 0.18182 |
| 40-44 | 3 | 1 | 2 | 2.0 | 0 | 0.00000 | 0.18182 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1511

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.4   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR AGITATION

TREATMENT: 75 MG SEROQUEL / TID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 44-48 | 1 | 1 | 0 | 1.0 | 0 | 0.00000 | 0.18182 |
| 48-52 | 1 | 0 | 1 | 0.5 | 0 | 0.00000 | 0.18182 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

1512

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.4   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR AGITATION

TREATMENT: 75 MG SEROQUEL / BID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 0-2 | 41 | 34 | 7 | 37.5 | 1 | 0.02667 | 0.02439 |
| 2-4 | 33 | 29 | 4 | 31.0 | 0 | 0.00000 | 0.02439 |
| 4-6 | 29 | 27 | 2 | 28.0 | 1 | 0.03571 | 0.04878 |
| 6-8 | 26 | 22 | 4 | 24.0 | 0 | 0.00000 | 0.04878 |
| 8-10 | 22 | 19 | 3 | 20.5 | 0 | 0.00000 | 0.04878 |
| 10-12 | 19 | 19 | 0 | 19.0 | 0 | 0.00000 | 0.04878 |
| 12-16 | 19 | 14 | 5 | 16.5 | 0 | 0.00000 | 0.04878 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1513

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.4   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR AGITATION

TREATMENT: 75 MG SEROQUEL / BID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 16-20 | 14 | 11 | 3 | 12.5 | 0 | 0.00000 | 0.04878 |
| 20-24 | 11 | 10 | 1 | 10.5 | 0 | 0.00000 | 0.04878 |
| 24-28 | 10 | 10 | 0 | 10.0 | 0 | 0.00000 | 0.04878 |
| 28-32 | 10 | 9 | 1 | 9.5 | 0 | 0.00000 | 0.04878 |
| 32-36 | 9 | 9 | 0 | 9.0 | 0 | 0.00000 | 0.04878 |
| 36-40 | 9 | 7 | 2 | 8.0 | 0 | 0.00000 | 0.04878 |
| 40-44 | 7 | 7 | 0 | 7.0 | 0 | 0.00000 | 0.04878 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1514

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.4   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR AGITATION

TREATMENT: 75 MG SEROQUEL / BID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 44-48 | 7 | 5 | 2 | 6.0 | 0 | 0.00000 | 0.04878 |
| 48-52 | 5 | 2 | 3 | 3.5 | 0 | 0.00000 | 0.04878 |
| 52-56 | 2 | 0 | 2 | 1.0 | 0 | 0.00000 | 0.04878 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

1515

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.4   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR AGITATION

TREATMENT:  75 MG SEROQUEL / TOTAL

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 0-2 | 85 | 70 | 15 | 77.5 | 5 | 0.06452 | 0.05882 |
| 2-4 | 65 | 57 | 8 | 61.0 | 0 | 0.00000 | 0.05882 |
| 4-6 | 57 | 51 | 6 | 54.0 | 1 | 0.01852 | 0.07059 |
| 6-8 | 50 | 40 | 10 | 45.0 | 1 | 0.02222 | 0.08235 |
| 8-10 | 39 | 34 | 5 | 36.5 | 1 | 0.02740 | 0.09412 |
| 10-12 | 33 | 32 | 1 | 32.5 | 0 | 0.00000 | 0.09412 |
| 12-16 | 32 | 26 | 6 | 29.0 | 0 | 0.00000 | 0.09412 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:  T14_8.A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1516

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.4   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR AGITATION

TREATMENT:  75 MG SEROQUEL / TOTAL

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 16-20 | 26 | 22 | 4 | 24.0 | 1 | 0.04167 | 0.10588 |
| 20-24 | 21 | 20 | 1 | 20.5 | 0 | 0.00000 | 0.10588 |
| 24-28 | 20 | 19 | 1 | 19.5 | 0 | 0.00000 | 0.10588 |
| 28-32 | 19 | 15 | 4 | 17.0 | 0 | 0.00000 | 0.10588 |
| 32-36 | 15 | 13 | 2 | 14.0 | 1 | 0.07143 | 0.11765 |
| 36-40 | 12 | 10 | 2 | 11.0 | 0 | 0.00000 | 0.11765 |
| 40-44 | 10 | 8 | 2 | 9.0 | 0 | 0.00000 | 0.11765 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1517

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.4   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR AGITATION

TREATMENT:  75 MG SEROQUEL / TOTAL

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 44-48 | 8 | 6 | 2 | 7.0 | 0 | 0.00000 | 0.11765 |
| 48-52 | 6 | 2 | 4 | 4.0 | 0 | 0.00000 | 0.11765 |
| 52-56 | 2 | 0 | 2 | 1.0 | 0 | 0.00000 | 0.11765 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

1518

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.4   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR AGITATION

TREATMENT: 300 MG SEROQUEL / TID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 0-2 | 44 | 38 | 6 | 41.0 | 1 | 0.02439 | 0.02273 |
| 2-4 | 37 | 30 | 7 | 33.5 | 1 | 0.02985 | 0.04545 |
| 4-6 | 29 | 25 | 4 | 27.0 | 0 | 0.00000 | 0.04545 |
| 6-8 | 25 | 24 | 1 | 24.5 | 1 | 0.04082 | 0.06818 |
| 8-10 | 23 | 19 | 4 | 21.0 | 0 | 0.00000 | 0.06818 |
| 10-12 | 19 | 18 | 1 | 18.5 | 0 | 0.00000 | 0.06818 |
| 12-16 | 18 | 14 | 4 | 16.0 | 0 | 0.00000 | 0.06818 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS  - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1519

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.4    WEEKLY AND CUMULATIVE INCIDENCE RATES FOR AGITATION

TREATMENT: 300 MG SEROQUEL / TID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 16-20 | 14 | 11 | 3 | 12.5 | 0 | 0.00000 | 0.06818 |
| 20-24 | 11 | 9 | 2 | 10.0 | 0 | 0.00000 | 0.06818 |
| 24-28 | 9 | 7 | 2 | 8.0 | 0 | 0.00000 | 0.06818 |
| 28-32 | 7 | 7 | 0 | 7.0 | 0 | 0.00000 | 0.06818 |
| 32-36 | 7 | 6 | 1 | 6.5 | 0 | 0.00000 | 0.06818 |
| 36-40 | 6 | 5 | 1 | 5.5 | 0 | 0.00000 | 0.06818 |
| 40-44 | 5 | 5 | 0 | 5.0 | 0 | 0.00000 | 0.06818 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8.A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1520

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.4   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR AGITATION

TREATMENT: 300 MG SEROQUEL / TID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 44-48 | 5 | 5 | 0 | 5.0 | 0 | 0.00000 | 0.06818 |
| 48-52 | 5 | 4 | 1 | 4.5 | 0 | 0.00000 | 0.06818 |
| 52-56 | 4 | 0 | 4 | 2.0 | 0 | 0.00000 | 0.06818 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

1521

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.4   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR AGITATION

TREATMENT: 300 MG SEROQUEL / BID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 0-2 | 44 | 40 | 4 | 42.0 | 3 | 0.07143 | 0.06818 |
| 2-4 | 37 | 32 | 5 | 34.5 | 1 | 0.02899 | 0.09091 |
| 4-6 | 31 | 22 | 9 | 26.5 | 0 | 0.00000 | 0.09091 |
| 6-8 | 22 | 18 | 4 | 20.0 | 0 | 0.00000 | 0.09091 |
| 8-10 | 18 | 15 | 3 | 16.5 | 0 | 0.00000 | 0.09091 |
| 10-12 | 15 | 13 | 2 | 14.0 | 0 | 0.00000 | 0.09091 |
| 12-16 | 13 | 11 | 2 | 12.0 | 1 | 0.08333 | 0.11364 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8.A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1522

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.4   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR AGITATION

TREATMENT: 300 MG SEROQUEL / BID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 16-20 | 10 | 10 | 0 | 10.0 | 0 | 0.00000 | 0.11364 |
| 20-24 | 10 | 10 | 0 | 10.0 | 0 | 0.00000 | 0.11364 |
| 24-28 | 10 | 10 | 0 | 10.0 | 0 | 0.00000 | 0.11364 |
| 28-32 | 10 | 9 | 1 | 9.5 | 0 | 0.00000 | 0.11364 |
| 32-36 | 9 | 8 | 1 | 8.5 | 0 | 0.00000 | 0.11364 |
| 36-40 | 8 | 8 | 0 | 8.0 | 0 | 0.00000 | 0.11364 |
| 40-44 | 8 | 8 | 0 | 8.0 | 0 | 0.00000 | 0.11364 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1523

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.4   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR AGITATION

TREATMENT: 300 MG SEROQUEL / BID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 44-48 | 8 | 6 | 2 | 7.0 | 0 | 0.00000 | 0.11364 |
| 48-52 | 6 | 2 | 4 | 4.0 | 1 | 0.25000 | 0.13636 |
| 52-56 | 1 | 0 | 1 | 0.5 | 0 | 0.00000 | 0.13636 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

1524

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.4   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR AGITATION

TREATMENT: 300 MG SEROQUEL / TOTAL

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 0-2 | 88 | 78 | 10 | 83.0 | 4 | 0.04819 | 0.04545 |
| 2-4 | 74 | 62 | 12 | 68.0 | 2 | 0.02941 | 0.06818 |
| 4-6 | 60 | 47 | 13 | 53.5 | 0 | 0.00000 | 0.06818 |
| 6-8 | 47 | 42 | 5 | 44.5 | 1 | 0.02247 | 0.07955 |
| 8-10 | 41 | 34 | 7 | 37.5 | 0 | 0.00000 | 0.07955 |
| 10-12 | 34 | 31 | 3 | 32.5 | 0 | 0.00000 | 0.07955 |
| 12-16 | 31 | 25 | 6 | 28.0 | 1 | 0.03571 | 0.09091 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8.A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1525

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.4   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR AGITATION

TREATMENT: 300 MG SEROQUEL / TOTAL

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 16-20 | 24 | 21 | 3 | 22.5 | 0 | 0.00000 | 0.09091 |
| 20-24 | 21 | 19 | 2 | 20.0 | 0 | 0.00000 | 0.09091 |
| 24-28 | 19 | 17 | 2 | 18.0 | 0 | 0.00000 | 0.09091 |
| 28-32 | 17 | 16 | 1 | 16.5 | 0 | 0.00000 | 0.09091 |
| 32-36 | 16 | 14 | 2 | 15.0 | 0 | 0.00000 | 0.09091 |
| 36-40 | 14 | 13 | 1 | 13.5 | 0 | 0.00000 | 0.09091 |
| 40-44 | 13 | 13 | 0 | 13.0 | 0 | 0.00000 | 0.09091 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8.A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1526

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.4   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR AGITATION

TREATMENT: 300 MG SEROQUEL / TOTAL

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 44-48 | 13 | 11 | 2 | 12.0 | 0 | 0.00000 | 0.09091 |
| 48-52 | 11 | 6 | 5 | 8.5 | 1 | 0.11765 | 0.10227 |
| 52-56 | 5 | 0 | 5 | 2.5 | 0 | 0.00000 | 0.10227 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

1527

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.4   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR AGITATION

TREATMENT: 600 MG SEROQUEL / TID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 0-2 | 43 | 36 | 7 | 39.5 | 4 | 0.10127 | 0.09302 |
| 2-4 | 32 | 29 | 3 | 30.5 | 1 | 0.03279 | 0.11628 |
| 4-6 | 28 | 26 | 2 | 27.0 | 0 | 0.00000 | 0.11628 |
| 6-8 | 26 | 26 | 0 | 26.0 | 0 | 0.00000 | 0.11628 |
| 8-10 | 26 | 22 | 4 | 24.0 | 1 | 0.04167 | 0.13953 |
| 10-12 | 21 | 20 | 1 | 20.5 | 0 | 0.00000 | 0.13953 |
| 12-16 | 20 | 17 | 3 | 18.5 | 0 | 0.00000 | 0.13953 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1528

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.4   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR AGITATION

TREATMENT: 600 MG SEROQUEL / TID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 16-20 | 17 | 15 | 2 | 16.0 | 0 | 0.00000 | 0.13953 |
| 20-24 | 15 | 15 | 0 | 15.0 | 0 | 0.00000 | 0.13953 |
| 24-28 | 15 | 13 | 2 | 14.0 | 0 | 0.00000 | 0.13953 |
| 28-32 | 13 | 11 | 2 | 12.0 | 0 | 0.00000 | 0.13953 |
| 32-36 | 11 | 10 | 1 | 10.5 | 0 | 0.00000 | 0.13953 |
| 36-40 | 10 | 10 | 0 | 10.0 | 0 | 0.00000 | 0.13953 |
| 40-44 | 10 | 9 | 1 | 9.5 | 0 | 0.00000 | 0.13953 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1529

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.4   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR AGITATION

TREATMENT: 600 MG SEROQUEL / TID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 44-48 | 9 | 8 | 1 | 8.5 | 0 | 0.00000 | 0.13953 |
| 48-52 | 8 | 6 | 2 | 7.0 | 0 | 0.00000 | 0.13953 |
| 52-56 | 6 | 0 | 6 | 3.0 | 0 | 0.00000 | 0.13953 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

1530

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.4   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR AGITATION

TREATMENT: 600 MG SEROQUEL / BID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 0-2 | 44 | 36 | 8 | 40.0 | 3 | 0.07500 | 0.06818 |
| 2-4 | 33 | 30 | 3 | 31.5 | 2 | 0.06349 | 0.11364 |
| 4-6 | 28 | 27 | 1 | 27.5 | 1 | 0.03636 | 0.13636 |
| 6-8 | 26 | 25 | 1 | 25.5 | 0 | 0.00000 | 0.13636 |
| 8-10 | 25 | 22 | 3 | 23.5 | 1 | 0.04255 | 0.15909 |
| 10-12 | 21 | 19 | 2 | 20.0 | 0 | 0.00000 | 0.15909 |
| 12-16 | 19 | 15 | 4 | 17.0 | 0 | 0.00000 | 0.15909 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1531

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.4   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR AGITATION

TREATMENT: 600 MG SEROQUEL / BID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 16-20 | 15 | 13 | 2 | 14.0 | 0 | 0.00000 | 0.15909 |
| 20-24 | 13 | 11 | 2 | 12.0 | 0 | 0.00000 | 0.15909 |
| 24-28 | 11 | 11 | 0 | 11.0 | 0 | 0.00000 | 0.15909 |
| 28-32 | 11 | 9 | 2 | 10.0 | 1 | 0.10000 | 0.18182 |
| 32-36 | 8 | 8 | 0 | 8.0 | 0 | 0.00000 | 0.18182 |
| 36-40 | 8 | 8 | 0 | 8.0 | 0 | 0.00000 | 0.18182 |
| 40-44 | 8 | 8 | 0 | 8.0 | 0 | 0.00000 | 0.18182 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1532

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.4   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR AGITATION

TREATMENT: 600 MG SEROQUEL / BID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 44-48 | 8 | 6 | 2 | 7.0 | 0 | 0.00000 | 0.18182 |
| 48-52 | 6 | 4 | 2 | 5.0 | 0 | 0.00000 | 0.18182 |
| 52-56 | 4 | 0 | 4 | 2.0 | 0 | 0.00000 | 0.18182 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

1533

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.4   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR AGITATION

TREATMENT: 600 MG SEROQUEL / TOTAL

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 0-2 | 87 | 72 | 15 | 79.5 | 7 | 0.08805 | 0.08046 |
| 2-4 | 65 | 59 | 6 | 62.0 | 3 | 0.04839 | 0.11494 |
| 4-6 | 56 | 53 | 3 | 54.5 | 1 | 0.01835 | 0.12644 |
| 6-8 | 52 | 51 | 1 | 51.5 | 0 | 0.00000 | 0.12644 |
| 8-10 | 51 | 44 | 7 | 47.5 | 2 | 0.04211 | 0.14943 |
| 10-12 | 42 | 39 | 3 | 40.5 | 0 | 0.00000 | 0.14943 |
| 12-16 | 39 | 32 | 7 | 35.5 | 0 | 0.00000 | 0.14943 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1534

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.4   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR AGITATION

TREATMENT: 600 MG SEROQUEL / TOTAL

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 16-20 | 32 | 28 | 4 | 30.0 | 0 | 0.00000 | 0.14943 |
| 20-24 | 28 | 26 | 2 | 27.0 | 0 | 0.00000 | 0.14943 |
| 24-28 | 26 | 24 | 2 | 25.0 | 0 | 0.00000 | 0.14943 |
| 28-32 | 24 | 20 | 4 | 22.0 | 1 | 0.04545 | 0.16092 |
| 32-36 | 19 | 18 | 1 | 18.5 | 0 | 0.00000 | 0.16092 |
| 36-40 | 18 | 18 | 0 | 18.0 | 0 | 0.00000 | 0.16092 |
| 40-44 | 18 | 17 | 1 | 17.5 | 0 | 0.00000 | 0.16092 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1535

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636)
AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.4   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR AGITATION

TREATMENT: 600 MG SEROQUEL / TOTAL

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 44-48 | 17 | 14 | 3 | 15.5 | 0 | 0.00000 | 0.16092 |
| 48-52 | 14 | 10 | 4 | 12.0 | 0 | 0.00000 | 0.16092 |
| 52-56 | 10 | 0 | 10 | 5.0 | 0 | 0.00000 | 0.16092 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

1536

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.4   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR AGITATION

TREATMENT: 12 MG HALOPERIDOL / TID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 0-2 | 41 | 35 | 6 | 38.0 | 2 | 0.05263 | 0.04878 |
| 2-4 | 33 | 28 | 5 | 30.5 | 1 | 0.03279 | 0.07317 |
| 4-6 | 27 | 20 | 7 | 23.5 | 0 | 0.00000 | 0.07317 |
| 6-8 | 20 | 20 | 0 | 20.0 | 0 | 0.00000 | 0.07317 |
| 8-10 | 20 | 18 | 2 | 19.0 | 0 | 0.00000 | 0.07317 |
| 10-12 | 18 | 17 | 1 | 17.5 | 0 | 0.00000 | 0.07317 |
| 12-16 | 17 | 16 | 1 | 16.5 | 0 | 0.00000 | 0.07317 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1537

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.4   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR AGITATION

TREATMENT: 12 MG HALOPERIDOL / TID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 16-20 | 16 | 16 | 0 | 16.0 | 0 | 0.00000 | 0.07317 |
| 20-24 | 16 | 16 | 0 | 16.0 | 0 | 0.00000 | 0.07317 |
| 24-28 | 16 | 16 | 0 | 16.0 | 0 | 0.00000 | 0.07317 |
| 28-32 | 16 | 15 | 1 | 15.5 | 0 | 0.00000 | 0.07317 |
| 32-36 | 15 | 14 | 1 | 14.5 | 0 | 0.00000 | 0.07317 |
| 36-40 | 14 | 12 | 2 | 13.0 | 0 | 0.00000 | 0.07317 |
| 40-44 | 12 | 12 | 0 | 12.0 | 0 | 0.00000 | 0.07317 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1538

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.4   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR AGITATION

TREATMENT: 12 MG HALOPERIDOL / TID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 44-48 | 12 | 12 | 0 | 12.0 | 0 | 0.00000 | 0.07317 |
| 48-52 | 12 | 10 | 2 | 11.0 | 0 | 0.00000 | 0.07317 |
| 52-56 | 10 | 0 | 10 | 5.0 | 0 | 0.00000 | 0.07317 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

1539

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.5   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR INSOMNIA

TREATMENT: 75 MG SEROQUEL / TID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 0-2 | 44 | 37 | 7 | 40.5 | 7 | 0.17284 | 0.15909 |
| 2-4 | 30 | 27 | 3 | 28.5 | 0 | 0.00000 | 0.15909 |
| 4-6 | 27 | 20 | 7 | 23.5 | 0 | 0.00000 | 0.15909 |
| 6-8 | 20 | 15 | 5 | 17.5 | 0 | 0.00000 | 0.15909 |
| 8-10 | 15 | 13 | 2 | 14.0 | 0 | 0.00000 | 0.15909 |
| 10-12 | 13 | 11 | 2 | 12.0 | 0 | 0.00000 | 0.15909 |
| 12-16 | 11 | 10 | 1 | 10.5 | 0 | 0.00000 | 0.15909 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1540

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636)
AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.5   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR INSOMNIA

TREATMENT: 75 MG SEROQUEL / TID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 16-20 | 10 | 10 | 0 | 10.0 | 0 | 0.00000 | 0.15909 |
| 20-24 | 10 | 10 | 0 | 10.0 | 2 | 0.20000 | 0.20455 |
| 24-28 | 8 | 8 | 0 | 8.0 | 0 | 0.00000 | 0.20455 |
| 28-32 | 8 | 6 | 2 | 7.0 | 0 | 0.00000 | 0.20455 |
| 32-36 | 6 | 5 | 1 | 5.5 | 0 | 0.00000 | 0.20455 |
| 36-40 | 5 | 5 | 0 | 5.0 | 0 | 0.00000 | 0.20455 |
| 40-44 | 5 | 2 | 3 | 3.5 | 0 | 0.00000 | 0.20455 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1541

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.5   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR INSOMNIA

TREATMENT: 75 MG SEROQUEL / TID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 44-48 | 2 | 2 | 0 | 2.0 | 0 | 0.00000 | 0.20455 |
| 48-52 | 2 | 0 | 2 | 1.0 | 0 | 0.00000 | 0.20455 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

1542

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636)
AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.5   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR INSOMNIA

TREATMENT: 75 MG SEROQUEL / BID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 0-2 | 41 | 36 | 5 | 38.5 | 8 | 0.20779 | 0.19512 |
| 2-4 | 28 | 27 | 1 | 27.5 | 1 | 0.03636 | 0.21951 |
| 4-6 | 26 | 25 | 1 | 25.5 | 1 | 0.03922 | 0.24390 |
| 6-8 | 24 | 20 | 4 | 22.0 | 0 | 0.00000 | 0.24390 |
| 8-10 | 20 | 18 | 2 | 19.0 | 0 | 0.00000 | 0.24390 |
| 10-12 | 18 | 18 | 0 | 18.0 | 0 | 0.00000 | 0.24390 |
| 12-16 | 18 | 14 | 4 | 16.0 | 1 | 0.06250 | 0.26829 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1543

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.5   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR INSOMNIA

TREATMENT: 75 MG SEROQUEL / BID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 16-20 | 13 | 10 | 3 | 11.5 | 0 | 0.00000 | 0.26829 |
| 20-24 | 10 | 9 | 1 | 9.5 | 1 | 0.10526 | 0.29268 |
| 24-28 | 8 | 8 | 0 | 8.0 | 0 | 0.00000 | 0.29268 |
| 28-32 | 8 | 7 | 1 | 7.5 | 1 | 0.13333 | 0.31707 |
| 32-36 | 6 | 6 | 0 | 6.0 | 0 | 0.00000 | 0.31707 |
| 36-40 | 6 | 5 | 1 | 5.5 | 0 | 0.00000 | 0.31707 |
| 40-44 | 5 | 5 | 0 | 5.0 | 0 | 0.00000 | 0.31707 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1544

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.5   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR INSOMNIA

TREATMENT: 75 MG SEROQUEL / BID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 44-48 | 5 | 4 | 1 | 4.5 | 0 | 0.00000 | 0.31707 |
| 48-52 | 4 | 2 | 2 | 3.0 | 0 | 0.00000 | 0.31707 |
| 52-56 | 2 | 0 | 2 | 1.0 | 0 | 0.00000 | 0.31707 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

1545

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.5   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR INSOMNIA

TREATMENT: 75 MG SEROQUEL / TOTAL

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 0-2 | 85 | 73 | 12 | 79.0 | 15 | 0.18987 | 0.17647 |
| 2-4 | 58 | 54 | 4 | 56.0 | 1 | 0.01786 | 0.18824 |
| 4-6 | 53 | 45 | 8 | 49.0 | 1 | 0.02041 | 0.20000 |
| 6-8 | 44 | 35 | 9 | 39.5 | 0 | 0.00000 | 0.20000 |
| 8-10 | 35 | 31 | 4 | 33.0 | 0 | 0.00000 | 0.20000 |
| 10-12 | 31 | 29 | 2 | 30.0 | 0 | 0.00000 | 0.20000 |
| 12-16 | 29 | 24 | 5 | 26.5 | 1 | 0.03774 | 0.21176 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1546

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.5   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR INSOMNIA

TREATMENT:  75 MG SEROQUEL / TOTAL

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 16-20 | 23 | 20 | 3 | 21.5 | 0 | 0.00000 | 0.21176 |
| 20-24 | 20 | 19 | 1 | 19.5 | 3 | 0.15385 | 0.24706 |
| 24-28 | 16 | 16 | 0 | 16.0 | 0 | 0.00000 | 0.24706 |
| 28-32 | 16 | 13 | 3 | 14.5 | 1 | 0.06897 | 0.25882 |
| 32-36 | 12 | 11 | 1 | 11.5 | 0 | 0.00000 | 0.25882 |
| 36-40 | 11 | 10 | 1 | 10.5 | 0 | 0.00000 | 0.25882 |
| 40-44 | 10 | 7 | 3 | 8.5 | 0 | 0.00000 | 0.25882 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1547

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.5   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR INSOMNIA

TREATMENT:  75 MG SEROQUEL / TOTAL

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 44-48 | 7 | 6 | 1 | 6.5 | 0 | 0.00000 | 0.25882 |
| 48-52 | 6 | 2 | 4 | 4.0 | 0 | 0.00000 | 0.25882 |
| 52-56 | 2 | 0 | 2 | 1.0 | 0 | 0.00000 | 0.25882 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

1548

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.5   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR INSOMNIA

TREATMENT: 300 MG SEROQUEL / TID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 0-2 | 44 | 37 | 7 | 40.5 | 7 | 0.17284 | 0.15909 |
| 2-4 | 30 | 25 | 5 | 27.5 | 0 | 0.00000 | 0.15909 |
| 4-6 | 25 | 20 | 5 | 22.5 | 0 | 0.00000 | 0.15909 |
| 6-8 | 20 | 20 | 0 | 20.0 | 0 | 0.00000 | 0.15909 |
| 8-10 | 20 | 16 | 4 | 18.0 | 0 | 0.00000 | 0.15909 |
| 10-12 | 16 | 14 | 2 | 15.0 | 0 | 0.00000 | 0.15909 |
| 12-16 | 14 | 10 | 4 | 12.0 | 0 | 0.00000 | 0.15909 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1549

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.5   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR INSOMNIA

TREATMENT: 300 MG SEROQUEL / TID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 16-20 | 10 | 8 | 2 | 9.0 | 0 | 0.00000 | 0.15909 |
| 20-24 | 8 | 7 | 1 | 7.5 | 0 | 0.00000 | 0.15909 |
| 24-28 | 7 | 6 | 1 | 6.5 | 0 | 0.00000 | 0.15909 |
| 28-32 | 6 | 6 | 0 | 6.0 | 1 | 0.16667 | 0.18182 |
| 32-36 | 5 | 4 | 1 | 4.5 | 0 | 0.00000 | 0.18182 |
| 36-40 | 4 | 3 | 1 | 3.5 | 0 | 0.00000 | 0.18182 |
| 40-44 | 3 | 3 | 0 | 3.0 | 0 | 0.00000 | 0.18182 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1550

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.5   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR INSOMNIA

TREATMENT: 300 MG SEROQUEL / TID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 44-48 | 3 | 3 | 0 | 3.0 | 0 | 0.00000 | 0.18182 |
| 48-52 | 3 | 3 | 0 | 3.0 | 0 | 0.00000 | 0.18182 |
| 52-56 | 3 | 0 | 3 | 1.5 | 0 | 0.00000 | 0.18182 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

1551

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.5   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR INSOMNIA

TREATMENT: 300 MG SEROQUEL / BID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 0-2 | 44 | 38 | 6 | 41.0 | 6 | 0.14634 | 0.13636 |
| 2-4 | 32 | 28 | 4 | 30.0 | 0 | 0.00000 | 0.13636 |
| 4-6 | 28 | 22 | 6 | 25.0 | 0 | 0.00000 | 0.13636 |
| 6-8 | 22 | 18 | 4 | 20.0 | 1 | 0.05000 | 0.15909 |
| 8-10 | 17 | 14 | 3 | 15.5 | 0 | 0.00000 | 0.15909 |
| 10-12 | 14 | 12 | 2 | 13.0 | 0 | 0.00000 | 0.15909 |
| 12-16 | 12 | 10 | 2 | 11.0 | 0 | 0.00000 | 0.15909 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1552

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.5    WEEKLY AND CUMULATIVE INCIDENCE RATES FOR INSOMNIA

TREATMENT: 300 MG SEROQUEL / BID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 16-20 | 10 | 9 | 1 | 9.5 | 0 | 0.00000 | 0.15909 |
| 20-24 | 9 | 9 | 0 | 9.0 | 1 | 0.11111 | 0.18182 |
| 24-28 | 8 | 8 | 0 | 8.0 | 0 | 0.00000 | 0.18182 |
| 28-32 | 8 | 7 | 1 | 7.5 | 0 | 0.00000 | 0.18182 |
| 32-36 | 7 | 7 | 0 | 7.0 | 1 | 0.14286 | 0.20455 |
| 36-40 | 6 | 6 | 0 | 6.0 | 0 | 0.00000 | 0.20455 |
| 40-44 | 6 | 6 | 0 | 6.0 | 0 | 0.00000 | 0.20455 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1553

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.5   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR INSOMNIA

TREATMENT: 300 MG SEROQUEL / BID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 44-48 | 6 | 5 | 1 | 5.5 | 0 | 0.00000 | 0.20455 |
| 48-52 | 5 | 1 | 4 | 3.0 | 0 | 0.00000 | 0.20455 |
| 52-56 | 1 | 0 | 1 | 0.5 | 0 | 0.00000 | 0.20455 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

1554

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.5   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR INSOMNIA

TREATMENT: 300 MG SEROQUEL / TOTAL

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 0-2 | 88 | 75 | 13 | 81.5 | 13 | 0.15951 | 0.14773 |
| 2-4 | 62 | 53 | 9 | 57.5 | 0 | 0.00000 | 0.14773 |
| 4-6 | 53 | 42 | 11 | 47.5 | 0 | 0.00000 | 0.14773 |
| 6-8 | 42 | 38 | 4 | 40.0 | 1 | 0.02500 | 0.15909 |
| 8-10 | 37 | 30 | 7 | 33.5 | 0 | 0.00000 | 0.15909 |
| 10-12 | 30 | 26 | 4 | 28.0 | 0 | 0.00000 | 0.15909 |
| 12-16 | 26 | 20 | 6 | 23.0 | 0 | 0.00000 | 0.15909 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1555

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.5   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR INSOMNIA

TREATMENT: 300 MG SEROQUEL / TOTAL

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 16-20 | 20 | 17 | 3 | 18.5 | 0 | 0.00000 | 0.15909 |
| 20-24 | 17 | 16 | 1 | 16.5 | 1 | 0.06061 | 0.17045 |
| 24-28 | 15 | 14 | 1 | 14.5 | 0 | 0.00000 | 0.17045 |
| 28-32 | 14 | 13 | 1 | 13.5 | 1 | 0.07407 | 0.18182 |
| 32-36 | 12 | 11 | 1 | 11.5 | 1 | 0.08696 | 0.19318 |
| 36-40 | 10 | 9 | 1 | 9.5 | 0 | 0.00000 | 0.19318 |
| 40-44 | 9 | 9 | 0 | 9.0 | 0 | 0.00000 | 0.19318 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1556

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.5   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR INSOMNIA

TREATMENT: 300 MG SEROQUEL / TOTAL

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 44-48 | 9 | 8 | 1 | 8.5 | 0 | 0.00000 | 0.19318 |
| 48-52 | 8 | 4 | 4 | 6.0 | 0 | 0.00000 | 0.19318 |
| 52-56 | 4 | 0 | 4 | 2.0 | 0 | 0.00000 | 0.19318 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

1557

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.5   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR INSOMNIA

TREATMENT: 600 MG SEROQUEL / TID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 0-2 | 43 | 36 | 7 | 39.5 | 4 | 0.10127 | 0.09302 |
| 2-4 | 32 | 29 | 3 | 30.5 | 2 | 0.06557 | 0.13953 |
| 4-6 | 27 | 25 | 2 | 26.0 | 0 | 0.00000 | 0.13953 |
| 6-8 | 25 | 25 | 0 | 25.0 | 0 | 0.00000 | 0.13953 |
| 8-10 | 25 | 22 | 3 | 23.5 | 1 | 0.04255 | 0.16279 |
| 10-12 | 21 | 20 | 1 | 20.5 | 0 | 0.00000 | 0.16279 |
| 12-16 | 20 | 17 | 3 | 18.5 | 0 | 0.00000 | 0.16279 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1558

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.5   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR INSOMNIA

TREATMENT: 600 MG SEROQUEL / TID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 16-20 | 17 | 15 | 2 | 16.0 | 1 | 0.06250 | 0.18605 |
| 20-24 | 14 | 14 | 0 | 14.0 | 0 | 0.00000 | 0.18605 |
| 24-28 | 14 | 11 | 3 | 12.5 | 0 | 0.00000 | 0.18605 |
| 28-32 | 11 | 10 | 1 | 10.5 | 0 | 0.00000 | 0.18605 |
| 32-36 | 10 | 9 | 1 | 9.5 | 0 | 0.00000 | 0.18605 |
| 36-40 | 9 | 9 | 0 | 9.0 | 0 | 0.00000 | 0.18605 |
| 40-44 | 9 | 8 | 1 | 8.5 | 0 | 0.00000 | 0.18605 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1559

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.5   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR INSOMNIA

TREATMENT: 600 MG SEROQUEL / TID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 44-48 | 8 | 8 | 0 | 8.0 | 0 | 0.00000 | 0.18605 |
| 48-52 | 8 | 6 | 2 | 7.0 | 0 | 0.00000 | 0.18605 |
| 52-56 | 6 | 0 | 6 | 3.0 | 0 | 0.00000 | 0.18605 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

1560

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.5   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR INSOMNIA

TREATMENT: 600 MG SEROQUEL / BID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 0-2 | 44 | 36 | 8 | 40.0 | 8 | 0.20000 | 0.18182 |
| 2-4 | 28 | 25 | 3 | 26.5 | 0 | 0.00000 | 0.18182 |
| 4-6 | 25 | 24 | 1 | 24.5 | 0 | 0.00000 | 0.18182 |
| 6-8 | 24 | 23 | 1 | 23.5 | 0 | 0.00000 | 0.18182 |
| 8-10 | 23 | 19 | 4 | 21.0 | 0 | 0.00000 | 0.18182 |
| 10-12 | 19 | 17 | 2 | 18.0 | 0 | 0.00000 | 0.18182 |
| 12-16 | 17 | 12 | 5 | 14.5 | 1 | 0.06897 | 0.20455 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1561

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.5   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR INSOMNIA

TREATMENT: 600 MG SEROQUEL / BID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 16-20 | 11 | 10 | 1 | 10.5 | 0 | 0.00000 | 0.20455 |
| 20-24 | 10 | 8 | 2 | 9.0 | 0 | 0.00000 | 0.20455 |
| 24-28 | 8 | 8 | 0 | 8.0 | 0 | 0.00000 | 0.20455 |
| 28-32 | 8 | 6 | 2 | 7.0 | 0 | 0.00000 | 0.20455 |
| 32-36 | 6 | 6 | 0 | 6.0 | 0 | 0.00000 | 0.20455 |
| 36-40 | 6 | 6 | 0 | 6.0 | 0 | 0.00000 | 0.20455 |
| 40-44 | 6 | 6 | 0 | 6.0 | 0 | 0.00000 | 0.20455 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1562

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.5   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR INSOMNIA

TREATMENT: 600 MG SEROQUEL / BID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 44-48 | 6 | 6 | 0 | 6.0 | 0 | 0.00000 | 0.20455 |
| 48-52 | 6 | 4 | 2 | 5.0 | 0 | 0.00000 | 0.20455 |
| 52-56 | 4 | 0 | 4 | 2.0 | 0 | 0.00000 | 0.20455 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

1563

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.5   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR INSOMNIA

TREATMENT: 600 MG SEROQUEL / TOTAL

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 0-2 | 87 | 72 | 15 | 79.5 | 12 | 0.15094 | 0.13793 |
| 2-4 | 60 | 54 | 6 | 57.0 | 2 | 0.03509 | 0.16092 |
| 4-6 | 52 | 49 | 3 | 50.5 | 0 | 0.00000 | 0.16092 |
| 6-8 | 49 | 48 | 1 | 48.5 | 0 | 0.00000 | 0.16092 |
| 8-10 | 48 | 41 | 7 | 44.5 | 1 | 0.02247 | 0.17241 |
| 10-12 | 40 | 37 | 3 | 38.5 | 0 | 0.00000 | 0.17241 |
| 12-16 | 37 | 29 | 8 | 33.0 | 1 | 0.03030 | 0.18391 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1564

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.5   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR INSOMNIA

TREATMENT: 600 MG SEROQUEL / TOTAL

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 16-20 | 28 | 25 | 3 | 26.5 | 1 | 0.03774 | 0.19540 |
| 20-24 | 24 | 22 | 2 | 23.0 | 0 | 0.00000 | 0.19540 |
| 24-28 | 22 | 19 | 3 | 20.5 | 0 | 0.00000 | 0.19540 |
| 28-32 | 19 | 16 | 3 | 17.5 | 0 | 0.00000 | 0.19540 |
| 32-36 | 16 | 15 | 1 | 15.5 | 0 | 0.00000 | 0.19540 |
| 36-40 | 15 | 15 | 0 | 15.0 | 0 | 0.00000 | 0.19540 |
| 40-44 | 15 | 14 | 1 | 14.5 | 0 | 0.00000 | 0.19540 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1565

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.5   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR INSOMNIA

TREATMENT: 600 MG SEROQUEL / TOTAL

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 44-48 | 14 | 14 | 0 | 14.0 | 0 | 0.00000 | 0.19540 |
| 48-52 | 14 | 10 | 4 | 12.0 | 0 | 0.00000 | 0.19540 |
| 52-56 | 10 | 0 | 10 | 5.0 | 0 | 0.00000 | 0.19540 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

1566

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.5   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR INSOMNIA

TREATMENT: 12 MG HALOPERIDOL / TID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 0-2 | 41 | 35 | 6 | 38.0 | 7 | 0.18421 | 0.17073 |
| 2-4 | 28 | 26 | 2 | 27.0 | 0 | 0.00000 | 0.17073 |
| 4-6 | 26 | 20 | 6 | 23.0 | 0 | 0.00000 | 0.17073 |
| 6-8 | 20 | 20 | 0 | 20.0 | 0 | 0.00000 | 0.17073 |
| 8-10 | 20 | 18 | 2 | 19.0 | 1 | 0.05263 | 0.19512 |
| 10-12 | 17 | 15 | 2 | 16.0 | 0 | 0.00000 | 0.19512 |
| 12-16 | 15 | 14 | 1 | 14.5 | 2 | 0.13793 | 0.24390 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1567

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.5   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR INSOMNIA

TREATMENT: 12 MG HALOPERIDOL / TID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 16-20 | 12 | 12 | 0 | 12.0 | 0 | 0.00000 | 0.24390 |
| 20-24 | 12 | 12 | 0 | 12.0 | 0 | 0.00000 | 0.24390 |
| 24-28 | 12 | 12 | 0 | 12.0 | 0 | 0.00000 | 0.24390 |
| 28-32 | 12 | 11 | 1 | 11.5 | 0 | 0.00000 | 0.24390 |
| 32-36 | 11 | 10 | 1 | 10.5 | 0 | 0.00000 | 0.24390 |
| 36-40 | 10 | 9 | 1 | 9.5 | 0 | 0.00000 | 0.24390 |
| 40-44 | 9 | 9 | 0 | 9.0 | 0 | 0.00000 | 0.24390 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:  T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1568

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636)
AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.5   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR INSOMNIA

TREATMENT: 12 MG HALOPERIDOL / TID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 44-48 | 9 | 9 | 0 | 9.0 | 0 | 0.00000 | 0.24390 |
| 48-52 | 9 | 7 | 2 | 8.0 | 0 | 0.00000 | 0.24390 |
| 52-56 | 7 | 0 | 7 | 3.5 | 0 | 0.00000 | 0.24390 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

1569

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.6   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR POSTURAL HYPOTENSION

TREATMENT: 75 MG SEROQUEL / TID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 0-2 | 44 | 36 | 8 | 40.0 | 0 | 0.00000 | 0.00000 |
| 2-4 | 36 | 32 | 4 | 34.0 | 0 | 0.00000 | 0.00000 |
| 4-6 | 32 | 24 | 8 | 28.0 | 0 | 0.00000 | 0.00000 |
| 6-8 | 24 | 17 | 7 | 20.5 | 0 | 0.00000 | 0.00000 |
| 8-10 | 17 | 15 | 2 | 16.0 | 0 | 0.00000 | 0.00000 |
| 10-12 | 15 | 13 | 2 | 14.0 | 0 | 0.00000 | 0.00000 |
| 12-16 | 13 | 12 | 1 | 12.5 | 0 | 0.00000 | 0.00000 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1570

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.6   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR POSTURAL HYPOTENSION

TREATMENT: 75 MG SEROQUEL / TID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 16-20 | 12 | 11 | 1 | 11.5 | 0 | 0.00000 | 0.00000 |
| 20-24 | 11 | 11 | 0 | 11.0 | 0 | 0.00000 | 0.00000 |
| 24-28 | 11 | 10 | 1 | 10.5 | 0 | 0.00000 | 0.00000 |
| 28-32 | 10 | 7 | 3 | 8.5 | 0 | 0.00000 | 0.00000 |
| 32-36 | 7 | 5 | 2 | 6.0 | 0 | 0.00000 | 0.00000 |
| 36-40 | 5 | 5 | 0 | 5.0 | 0 | 0.00000 | 0.00000 |
| 40-44 | 5 | 2 | 3 | 3.5 | 0 | 0.00000 | 0.00000 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1571

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636)
AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.6   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR POSTURAL HYPOTENSION

TREATMENT: 75 MG SEROQUEL / TID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 44-48 | 2 | 2 | 0 | 2.0 | 0 | 0.00000 | 0.00000 |
| 48-52 | 2 | 0 | 2 | 1.0 | 0 | 0.00000 | 0.00000 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

1572

5077LL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.6   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR POSTURAL HYPOTENSION

TREATMENT: 75 MG SEROQUEL / BID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 0-2 | 41 | 34 | 7 | 37.5 | 2 | 0.05333 | 0.04878 |
| 2-4 | 32 | 27 | 5 | 29.5 | 0 | 0.00000 | 0.04878 |
| 4-6 | 27 | 25 | 2 | 26.0 | 0 | 0.00000 | 0.04878 |
| 6-8 | 25 | 21 | 4 | 23.0 | 0 | 0.00000 | 0.04878 |
| 8-10 | 21 | 18 | 3 | 19.5 | 0 | 0.00000 | 0.04878 |
| 10-12 | 18 | 18 | 0 | 18.0 | 0 | 0.00000 | 0.04878 |
| 12-16 | 18 | 13 | 5 | 15.5 | 0 | 0.00000 | 0.04878 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1573

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.6   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR POSTURAL HYPOTENSION

TREATMENT: 75 MG SEROQUEL / BID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 16-20 | 13 | 10 | 3 | 11.5 | 0 | 0.00000 | 0.04878 |
| 20-24 | 10 | 9 | 1 | 9.5 | 0 | 0.00000 | 0.04878 |
| 24-28 | 9 | 9 | 0 | 9.0 | 0 | 0.00000 | 0.04878 |
| 28-32 | 9 | 8 | 1 | 8.5 | 1 | 0.11765 | 0.07317 |
| 32-36 | 7 | 7 | 0 | 7.0 | 0 | 0.00000 | 0.07317 |
| 36-40 | 7 | 5 | 2 | 6.0 | 0 | 0.00000 | 0.07317 |
| 40-44 | 5 | 5 | 0 | 5.0 | 0 | 0.00000 | 0.07317 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1574

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.6   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR POSTURAL HYPOTENSION

TREATMENT: 75 MG SEROQUEL / BID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 44-48 | 5 | 4 | 1 | 4.5 | 0 | 0.00000 | 0.07317 |
| 48-52 | 4 | 2 | 2 | 3.0 | 0 | 0.00000 | 0.07317 |
| 52-56 | 2 | 0 | 2 | 1.0 | 0 | 0.00000 | 0.07317 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

1575

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.6   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR POSTURAL HYPOTENSION

TREATMENT:  75 MG SEROQUEL / TOTAL

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 0-2 | 85 | 70 | 15 | 77.5 | 2 | 0.02581 | 0.02353 |
| 2-4 | 68 | 59 | 9 | 63.5 | 0 | 0.00000 | 0.02353 |
| 4-6 | 59 | 49 | 10 | 54.0 | 0 | 0.00000 | 0.02353 |
| 6-8 | 49 | 38 | 11 | 43.5 | 0 | 0.00000 | 0.02353 |
| 8-10 | 38 | 33 | 5 | 35.5 | 0 | 0.00000 | 0.02353 |
| 10-12 | 33 | 31 | 2 | 32.0 | 0 | 0.00000 | 0.02353 |
| 12-16 | 31 | 25 | 6 | 28.0 | 0 | 0.00000 | 0.02353 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1576

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.6   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR POSTURAL HYPOTENSION

TREATMENT:  75 MG SEROQUEL / TOTAL

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 16-20 | 25 | 21 | 4 | 23.0 | 0 | 0.00000 | 0.02353 |
| 20-24 | 21 | 20 | 1 | 20.5 | 0 | 0.00000 | 0.02353 |
| 24-28 | 20 | 19 | 1 | 19.5 | 0 | 0.00000 | 0.02353 |
| 28-32 | 19 | 15 | 4 | 17.0 | 1 | 0.05882 | 0.03529 |
| 32-36 | 14 | 12 | 2 | 13.0 | 0 | 0.00000 | 0.03529 |
| 36-40 | 12 | 10 | 2 | 11.0 | 0 | 0.00000 | 0.03529 |
| 40-44 | 10 | 7 | 3 | 8.5 | 0 | 0.00000 | 0.03529 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:  T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1577

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.6   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR POSTURAL HYPOTENSION

TREATMENT:  75 MG SEROQUEL / TOTAL

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 44-48 | 7 | 6 | 1 | 6.5 | 0 | 0.00000 | 0.03529 |
| 48-52 | 6 | 2 | 4 | 4.0 | 0 | 0.00000 | 0.03529 |
| 52-56 | 2 | 0 | 2 | 1.0 | 0 | 0.00000 | 0.03529 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

1578

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.6   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR POSTURAL HYPOTENSION

TREATMENT: 300 MG SEROQUEL / TID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 0-2 | 44 | 37 | 7 | 40.5 | 1 | 0.02469 | 0.02273 |
| 2-4 | 36 | 29 | 7 | 32.5 | 0 | 0.00000 | 0.02273 |
| 4-6 | 29 | 24 | 5 | 26.5 | 0 | 0.00000 | 0.02273 |
| 6-8 | 24 | 23 | 1 | 23.5 | 0 | 0.00000 | 0.02273 |
| 8-10 | 23 | 19 | 4 | 21.0 | 0 | 0.00000 | 0.02273 |
| 10-12 | 19 | 17 | 2 | 18.0 | 0 | 0.00000 | 0.02273 |
| 12-16 | 17 | 13 | 4 | 15.0 | 0 | 0.00000 | 0.02273 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1579

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.6   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR POSTURAL HYPOTENSION

TREATMENT: 300 MG SEROQUEL / TID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 16-20 | 13 | 10 | 3 | 11.5 | 0 | 0.00000 | 0.02273 |
| 20-24 | 10 | 8 | 2 | 9.0 | 0 | 0.00000 | 0.02273 |
| 24-28 | 8 | 6 | 2 | 7.0 | 0 | 0.00000 | 0.02273 |
| 28-32 | 6 | 6 | 0 | 6.0 | 0 | 0.00000 | 0.02273 |
| 32-36 | 6 | 5 | 1 | 5.5 | 0 | 0.00000 | 0.02273 |
| 36-40 | 5 | 4 | 1 | 4.5 | 0 | 0.00000 | 0.02273 |
| 40-44 | 4 | 4 | 0 | 4.0 | 0 | 0.00000 | 0.02273 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:  T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1580

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.6   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR POSTURAL HYPOTENSION

TREATMENT: 300 MG SEROQUEL / TID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 44-48 | 4 | 4 | 0 | 4.0 | 0 | 0.00000 | 0.02273 |
| 48-52 | 4 | 3 | 1 | 3.5 | 0 | 0.00000 | 0.02273 |
| 52-56 | 3 | 0 | 3 | 1.5 | 0 | 0.00000 | 0.02273 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

1581

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.6   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR POSTURAL HYPOTENSION

TREATMENT: 300 MG SEROQUEL / BID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 0-2 | 44 | 37 | 7 | 40.5 | 1 | 0.02469 | 0.02273 |
| 2-4 | 36 | 31 | 5 | 33.5 | 1 | 0.02985 | 0.04545 |
| 4-6 | 30 | 22 | 8 | 26.0 | 0 | 0.00000 | 0.04545 |
| 6-8 | 22 | 18 | 4 | 20.0 | 0 | 0.00000 | 0.04545 |
| 8-10 | 18 | 15 | 3 | 16.5 | 0 | 0.00000 | 0.04545 |
| 10-12 | 15 | 13 | 2 | 14.0 | 0 | 0.00000 | 0.04545 |
| 12-16 | 13 | 11 | 2 | 12.0 | 0 | 0.00000 | 0.04545 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1582

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.6   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR POSTURAL HYPOTENSION

TREATMENT: 300 MG SEROQUEL / BID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 16-20 | 11 | 10 | 1 | 10.5 | 0 | 0.00000 | 0.04545 |
| 20-24 | 10 | 10 | 0 | 10.0 | 0 | 0.00000 | 0.04545 |
| 24-28 | 10 | 10 | 0 | 10.0 | 0 | 0.00000 | 0.04545 |
| 28-32 | 10 | 9 | 1 | 9.5 | 0 | 0.00000 | 0.04545 |
| 32-36 | 9 | 8 | 1 | 8.5 | 0 | 0.00000 | 0.04545 |
| 36-40 | 8 | 8 | 0 | 8.0 | 0 | 0.00000 | 0.04545 |
| 40-44 | 8 | 8 | 0 | 8.0 | 0 | 0.00000 | 0.04545 |

\* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
\# HAZARD RATE
\+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1583

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.6   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR POSTURAL HYPOTENSION

TREATMENT: 300 MG SEROQUEL / BID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 44-48 | 8 | 6 | 2 | 7.0 | 0 | 0.00000 | 0.04545 |
| 48-52 | 6 | 1 | 5 | 3.5 | 0 | 0.00000 | 0.04545 |
| 52-56 | 1 | 0 | 1 | 0.5 | 0 | 0.00000 | 0.04545 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

1584

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.6   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR POSTURAL HYPOTENSION

TREATMENT: 300 MG SEROQUEL / TOTAL

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 0-2 | 88 | 74 | 14 | 81.0 | 2 | 0.02469 | 0.02273 |
| 2-4 | 72 | 60 | 12 | 66.0 | 1 | 0.01515 | 0.03409 |
| 4-6 | 59 | 46 | 13 | 52.5 | 0 | 0.00000 | 0.03409 |
| 6-8 | 46 | 41 | 5 | 43.5 | 0 | 0.00000 | 0.03409 |
| 8-10 | 41 | 34 | 7 | 37.5 | 0 | 0.00000 | 0.03409 |
| 10-12 | 34 | 30 | 4 | 32.0 | 0 | 0.00000 | 0.03409 |
| 12-16 | 30 | 24 | 6 | 27.0 | 0 | 0.00000 | 0.03409 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1585

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.6   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR POSTURAL HYPOTENSION

TREATMENT: 300 MG SEROQUEL / TOTAL

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 16-20 | 24 | 20 | 4 | 22.0 | 0 | 0.00000 | 0.03409 |
| 20-24 | 20 | 18 | 2 | 19.0 | 0 | 0.00000 | 0.03409 |
| 24-28 | 18 | 16 | 2 | 17.0 | 0 | 0.00000 | 0.03409 |
| 28-32 | 16 | 15 | 1 | 15.5 | 0 | 0.00000 | 0.03409 |
| 32-36 | 15 | 13 | 2 | 14.0 | 0 | 0.00000 | 0.03409 |
| 36-40 | 13 | 12 | 1 | 12.5 | 0 | 0.00000 | 0.03409 |
| 40-44 | 12 | 12 | 0 | 12.0 | 0 | 0.00000 | 0.03409 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1586

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636)
AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.6   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR POSTURAL HYPOTENSION

TREATMENT: 300 MG SEROQUEL / TOTAL

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 44-48 | 12 | 10 | 2 | 11.0 | 0 | 0.00000 | 0.03409 |
| 48-52 | 10 | 4 | 6 | 7.0 | 0 | 0.00000 | 0.03409 |
| 52-56 | 4 | 0 | 4 | 2.0 | 0 | 0.00000 | 0.03409 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

1587

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.6   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR POSTURAL HYPOTENSION

TREATMENT: 600 MG SEROQUEL / TID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 0-2 | 43 | 36 | 7 | 39.5 | 1 | 0.02532 | 0.02326 |
| 2-4 | 35 | 30 | 5 | 32.5 | 0 | 0.00000 | 0.02326 |
| 4-6 | 30 | 27 | 3 | 28.5 | 1 | 0.03509 | 0.04651 |
| 6-8 | 26 | 26 | 0 | 26.0 | 0 | 0.00000 | 0.04651 |
| 8-10 | 26 | 22 | 4 | 24.0 | 0 | 0.00000 | 0.04651 |
| 10-12 | 22 | 21 | 1 | 21.5 | 0 | 0.00000 | 0.04651 |
| 12-16 | 21 | 17 | 4 | 19.0 | 0 | 0.00000 | 0.04651 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1588

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636)
AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.6   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR POSTURAL HYPOTENSION

TREATMENT: 600 MG SEROQUEL / TID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 16-20 | 17 | 15 | 2 | 16.0 | 0 | 0.00000 | 0.04651 |
| 20-24 | 15 | 15 | 0 | 15.0 | 0 | 0.00000 | 0.04651 |
| 24-28 | 15 | 12 | 3 | 13.5 | 0 | 0.00000 | 0.04651 |
| 28-32 | 12 | 10 | 2 | 11.0 | 0 | 0.00000 | 0.04651 |
| 32-36 | 10 | 9 | 1 | 9.5 | 0 | 0.00000 | 0.04651 |
| 36-40 | 9 | 9 | 0 | 9.0 | 0 | 0.00000 | 0.04651 |
| 40-44 | 9 | 8 | 1 | 8.5 | 0 | 0.00000 | 0.04651 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1589

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.6   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR POSTURAL HYPOTENSION

TREATMENT: 600 MG SEROQUEL / TID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 44-48 | 8 | 7 | 1 | 7.5 | 0 | 0.00000 | 0.04651 |
| 48-52 | 7 | 5 | 2 | 6.0 | 0 | 0.00000 | 0.04651 |
| 52-56 | 5 | 0 | 5 | 2.5 | 0 | 0.00000 | 0.04651 |

\* NUMBER AT RISK = NUMBER ENTERING - .5\*(NUMBER LOST DURING WEEK)
\# HAZARD RATE
\+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

1590

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.6   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR POSTURAL HYPOTENSION

TREATMENT: 600 MG SEROQUEL / BID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 0-2 | 44 | 35 | 9 | 39.5 | 2 | 0.05063 | 0.04545 |
| 2-4 | 33 | 28 | 5 | 30.5 | 0 | 0.00000 | 0.04545 |
| 4-6 | 28 | 26 | 2 | 27.0 | 1 | 0.03704 | 0.06818 |
| 6-8 | 25 | 24 | 1 | 24.5 | 0 | 0.00000 | 0.06818 |
| 8-10 | 24 | 21 | 3 | 22.5 | 1 | 0.04444 | 0.09091 |
| 10-12 | 20 | 18 | 2 | 19.0 | 0 | 0.00000 | 0.09091 |
| 12-16 | 18 | 14 | 4 | 16.0 | 0 | 0.00000 | 0.09091 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1591

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.6   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR POSTURAL HYPOTENSION

TREATMENT: 600 MG SEROQUEL / BID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 16-20 | 14 | 12 | 2 | 13.0 | 0 | 0.00000 | 0.09091 |
| 20-24 | 12 | 11 | 1 | 11.5 | 0 | 0.00000 | 0.09091 |
| 24-28 | 11 | 11 | 0 | 11.0 | 0 | 0.00000 | 0.09091 |
| 28-32 | 11 | 8 | 3 | 9.5 | 0 | 0.00000 | 0.09091 |
| 32-36 | 8 | 8 | 0 | 8.0 | 0 | 0.00000 | 0.09091 |
| 36-40 | 8 | 8 | 0 | 8.0 | 0 | 0.00000 | 0.09091 |
| 40-44 | 8 | 8 | 0 | 8.0 | 0 | 0.00000 | 0.09091 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1592

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.6   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR POSTURAL HYPOTENSION

TREATMENT: 600 MG SEROQUEL / BID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 44-48 | 8 | 6 | 2 | 7.0 | 0 | 0.00000 | 0.09091 |
| 48-52 | 6 | 4 | 2 | 5.0 | 0 | 0.00000 | 0.09091 |
| 52-56 | 4 | 0 | 4 | 2.0 | 0 | 0.00000 | 0.09091 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

1593

5077LL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.6   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR POSTURAL HYPOTENSION

TREATMENT: 600 MG SEROQUEL / TOTAL

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 0-2 | 87 | 71 | 16 | 79.0 | 3 | 0.03797 | 0.03448 |
| 2-4 | 68 | 58 | 10 | 63.0 | 0 | 0.00000 | 0.03448 |
| 4-6 | 58 | 53 | 5 | 55.5 | 2 | 0.03604 | 0.05747 |
| 6-8 | 51 | 50 | 1 | 50.5 | 0 | 0.00000 | 0.05747 |
| 8-10 | 50 | 43 | 7 | 46.5 | 1 | 0.02151 | 0.06897 |
| 10-12 | 42 | 39 | 3 | 40.5 | 0 | 0.00000 | 0.06897 |
| 12-16 | 39 | 31 | 8 | 35.0 | 0 | 0.00000 | 0.06897 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1594

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.6   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR POSTURAL HYPOTENSION

TREATMENT: 600 MG SEROQUEL / TOTAL

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 16-20 | 31 | 27 | 4 | 29.0 | 0 | 0.00000 | 0.06897 |
| 20-24 | 27 | 26 | 1 | 26.5 | 0 | 0.00000 | 0.06897 |
| 24-28 | 26 | 23 | 3 | 24.5 | 0 | 0.00000 | 0.06897 |
| 28-32 | 23 | 18 | 5 | 20.5 | 0 | 0.00000 | 0.06897 |
| 32-36 | 18 | 17 | 1 | 17.5 | 0 | 0.00000 | 0.06897 |
| 36-40 | 17 | 17 | 0 | 17.0 | 0 | 0.00000 | 0.06897 |
| 40-44 | 17 | 16 | 1 | 16.5 | 0 | 0.00000 | 0.06897 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1595

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.6   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR POSTURAL HYPOTENSION

TREATMENT: 600 MG SEROQUEL / TOTAL

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 44-48 | 16 | 13 | 3 | 14.5 | 0 | 0.00000 | 0.06897 |
| 48-52 | 13 | 9 | 4 | 11.0 | 0 | 0.00000 | 0.06897 |
| 52-56 | 9 | 0 | 9 | 4.5 | 0 | 0.00000 | 0.06897 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

1596

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636)
AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.6   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR POSTURAL HYPOTENSION

TREATMENT: 12 MG HALOPERIDOL / TID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 0-2 | 41 | 35 | 6 | 38.0 | 2 | 0.05263 | 0.04878 |
| 2-4 | 33 | 28 | 5 | 30.5 | 0 | 0.00000 | 0.04878 |
| 4-6 | 28 | 21 | 7 | 24.5 | 0 | 0.00000 | 0.04878 |
| 6-8 | 21 | 21 | 0 | 21.0 | 0 | 0.00000 | 0.04878 |
| 8-10 | 21 | 19 | 2 | 20.0 | 0 | 0.00000 | 0.04878 |
| 10-12 | 19 | 17 | 2 | 18.0 | 1 | 0.05556 | 0.07317 |
| 12-16 | 16 | 15 | 1 | 15.5 | 0 | 0.00000 | 0.07317 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1597

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.6   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR POSTURAL HYPOTENSION

TREATMENT: 12 MG HALOPERIDOL / TID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 16-20 | 15 | 15 | 0 | 15.0 | 0 | 0.00000 | 0.07317 |
| 20-24 | 15 | 15 | 0 | 15.0 | 0 | 0.00000 | 0.07317 |
| 24-28 | 15 | 15 | 0 | 15.0 | 0 | 0.00000 | 0.07317 |
| 28-32 | 15 | 14 | 1 | 14.5 | 0 | 0.00000 | 0.07317 |
| 32-36 | 14 | 13 | 1 | 13.5 | 0 | 0.00000 | 0.07317 |
| 36-40 | 13 | 12 | 1 | 12.5 | 0 | 0.00000 | 0.07317 |
| 40-44 | 12 | 12 | 0 | 12.0 | 0 | 0.00000 | 0.07317 |

* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
# HAZARD RATE
+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

(CONTINUED)

1598

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T14.8.6   WEEKLY AND CUMULATIVE INCIDENCE RATES FOR POSTURAL HYPOTENSION

TREATMENT: 12 MG HALOPERIDOL / TID

| WEEK INTERVAL | N AT BEGINNING OF WEEK | N AT END OF WEEK | N LOST DURING WEEK | N AT RISK* | N OF EVENTS | WEEKLY INCIDENCE RATE# | CUMULATIVE INCIDENCE RATE+ |
|---|---|---|---|---|---|---|---|
| 44-48 | 12 | 12 | 0 | 12.0 | 0 | 0.00000 | 0.07317 |
| 48-52 | 12 | 11 | 1 | 11.5 | 0 | 0.00000 | 0.07317 |
| 52-56 | 11 | 0 | 11 | 5.5 | 0 | 0.00000 | 0.07317 |

\* NUMBER AT RISK = NUMBER ENTERING - .5*(NUMBER LOST DURING WEEK)
\# HAZARD RATE
\+ CUMULATIVE INCIDENCE RATE AT END OF WEEK

SOURCE CODE:   T14_8_A.SAS - T14_8_D.SAS
DATE SUBMITTED: 20FEB96

1599

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.1.1   FREQUENCY DISTRIBUTION FOR SIMPSON TOTAL SCORE - OBSERVED CASES

75MG SEROQUEL - TID

| WEEK(#) | TOTAL | 10 N | 10 % | 11 N | 11 % | 12 N | 12 % | 13+ N | 13+ % |
|---|---|---|---|---|---|---|---|---|---|
| 0 | 34 | 7 | 20.6 | 10 | 29.4 | 3 | 8.8 | 14 | 41.2 |
| 4 | 34 | 18 | 52.9 | 7 | 20.6 | 4 | 11.8 | 5 | 14.7 |
| 12 | 17 | 9 | 52.9 | 5 | 29.4 | 2 | 11.8 | 1 | 5.9 |
| 24 | 10 | 5 | 50.0 | 4 | 40.0 | 0 | 0.0 | 1 | 10.0 |
| 36 | 7 | 4 | 57.1 | 1 | 14.3 | 1 | 14.3 | 1 | 14.3 |
| 52 | 1 | 1 | 100.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| FINAL | 34 | 13 | 38.2 | 9 | 26.5 | 5 | 14.7 | 7 | 20.6 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
WEEK 4: DAY 1 - DAY 56    WEEK 12: DAY 57 - DAY 126    WEEK 24: DAY 127 - DAY 210    WEEK 36: DAY 211 - DAY 308    WEEK 52: DAY 309 - DAY 378

SOURCE CODE: T15_1_1.SAS
DATE SUBMITTED: 20FEB96

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.1.1   FREQUENCY DISTRIBUTION FOR SIMPSON TOTAL SCORE - OBSERVED CASES

75MG SEROQUEL - BID

| WEEK(#) | TOTAL | 10 N | 10 % | 11 N | 11 % | 12 N | 12 % | 13+ N | 13+ % |
|---|---|---|---|---|---|---|---|---|---|
| 0 | 33 | 6 | 18.2 | 8 | 24.2 | 6 | 18.2 | 13 | 39.4 |
| 4 | 33 | 12 | 36.4 | 6 | 18.2 | 4 | 12.1 | 11 | 33.3 |
| 12 | 21 | 6 | 28.6 | 4 | 19.0 | 4 | 19.0 | 7 | 33.3 |
| 24 | 11 | 6 | 54.5 | 3 | 27.3 | 1 | 9.1 | 1 | 9.1 |
| 36 | 9 | 6 | 66.7 | 2 | 22.2 | 1 | 11.1 | 0 | 0.0 |
| 52 | 4 | 2 | 50.0 | 2 | 50.0 | 0 | 0.0 | 0 | 0.0 |
| FINAL | 33 | 12 | 36.4 | 8 | 24.2 | 4 | 12.1 | 9 | 27.3 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
WEEK 4: DAY 1 - DAY 56   WEEK 12: DAY 57 - DAY 126   WEEK 24: DAY 127 - DAY 210   WEEK 36: DAY 211 - DAY 308   WEEK 52: DAY 309 - DAY 378

SOURCE CODE: T15_1_1.SAS
DATE SUBMITTED: 20FEB96

1601

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.1.1   FREQUENCY DISTRIBUTION FOR SIMPSON TOTAL SCORE - OBSERVED CASES

75MG SEROQUEL - TOTAL

| WEEK(#) | TOTAL | 10 | | 11 | | 12 | | 13+ | |
|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % |
| 0 | 67 | 13 | 19.4 | 18 | 26.9 | 9 | 13.4 | 27 | 40.3 |
| 4 | 67 | 30 | 44.8 | 13 | 19.4 | 8 | 11.9 | 16 | 23.9 |
| 12 | 38 | 15 | 39.5 | 9 | 23.7 | 6 | 15.8 | 8 | 21.1 |
| 24 | 21 | 11 | 52.4 | 7 | 33.3 | 1 | 4.8 | 2 | 9.5 |
| 36 | 16 | 10 | 62.5 | 3 | 18.8 | 2 | 12.5 | 1 | 6.3 |
| 52 | 5 | 3 | 60.0 | 2 | 40.0 | 0 | 0.0 | 0 | 0.0 |
| FINAL | 67 | 25 | 37.3 | 17 | 25.4 | 9 | 13.4 | 16 | 23.9 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
WEEK 4: DAY 1 - DAY 56    WEEK 12: DAY 57 - DAY 126   WEEK 24: DAY 127 - DAY 210   WEEK 36: DAY 211 - DAY 308   WEEK 52: DAY 309 - DAY 378

SOURCE CODE: T15_1_1.SAS
DATE SUBMITTED: 20FEB96

1602

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.1.1   FREQUENCY DISTRIBUTION FOR SIMPSON TOTAL SCORE - OBSERVED CASES

| | | 300MG SEROQUEL - TID | | | | | | |
| | | 10 | | 11 | | 12 | | 13+ | |
| WEEK(#) | TOTAL | N | % | N | % | N | % | N | % |
|---|---|---|---|---|---|---|---|---|---|
| 0 | 34 | 12 | 35.3 | 6 | 17.6 | 6 | 17.6 | 10 | 29.4 |
| 4 | 34 | 10 | 29.4 | 8 | 23.5 | 4 | 11.8 | 12 | 35.3 |
| 12 | 22 | 8 | 36.4 | 8 | 36.4 | 2 | 9.1 | 4 | 18.2 |
| 24 | 11 | 8 | 72.7 | 1 | 9.1 | 0 | 0.0 | 2 | 18.2 |
| 36 | 6 | 4 | 66.7 | 0 | 0.0 | 1 | 16.7 | 1 | 16.7 |
| 52 | 5 | 2 | 40.0 | 2 | 40.0 | 0 | 0.0 | 1 | 20.0 |
| FINAL | 34 | 13 | 38.2 | 10 | 29.4 | 2 | 5.9 | 9 | 26.5 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
WEEK 4: DAY 1 - DAY 56   WEEK 12: DAY 57 - DAY 126   WEEK 24: DAY 127 - DAY 210   WEEK 36: DAY 211 - DAY 308   WEEK 52: DAY 309 - DAY 378

SOURCE CODE: T15_1_1.SAS
DATE SUBMITTED: 20FEB96

1603

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL  (ICI 204,636)
AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.1.1   FREQUENCY DISTRIBUTION FOR SIMPSON TOTAL SCORE - OBSERVED CASES

300MG SEROQUEL - BID

| WEEK(#) | TOTAL | 10 N | 10 % | 11 N | 11 % | 12 N | 12 % | 13+ N | 13+ % |
|---|---|---|---|---|---|---|---|---|---|
| 0 | 38 | 11 | 28.9 | 8 | 21.1 | 2 | 5.3 | 17 | 44.7 |
| 4 | 38 | 16 | 42.1 | 7 | 18.4 | 8 | 21.1 | 7 | 18.4 |
| 12 | 18 | 10 | 55.6 | 5 | 27.8 | 2 | 11.1 | 1 | 5.6 |
| 24 | 9 | 3 | 33.3 | 4 | 44.4 | 1 | 11.1 | 1 | 11.1 |
| 36 | 9 | 5 | 55.6 | 0 | 0.0 | 2 | 22.2 | 2 | 22.2 |
| 52 | 7 | 2 | 28.6 | 4 | 57.1 | 1 | 14.3 | 0 | 0.0 |
| FINAL | 38 | 17 | 44.7 | 8 | 21.1 | 6 | 15.8 | 7 | 18.4 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
WEEK 4: DAY 1 - DAY 56    WEEK 12: DAY 57 - DAY 126    WEEK 24: DAY 127 - DAY 210    WEEK 36: DAY 211 - DAY 308    WEEK 52: DAY 309 - DAY 378

SOURCE CODE: T15_1_1.SAS
DATE SUBMITTED: 20FEB96

1604

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636)
AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.1.1   FREQUENCY DISTRIBUTION FOR SIMPSON TOTAL SCORE - OBSERVED CASES

300MG SEROQUEL - TOTAL

| WEEK(#) | TOTAL | 10 N | 10 % | 11 N | 11 % | 12 N | 12 % | 13+ N | 13+ % |
|---------|-------|------|------|------|------|------|------|-------|-------|
| 0 | 72 | 23 | 31.9 | 14 | 19.4 | 8 | 11.1 | 27 | 37.5 |
| 4 | 72 | 26 | 36.1 | 15 | 20.8 | 12 | 16.7 | 19 | 26.4 |
| 12 | 40 | 18 | 45.0 | 13 | 32.5 | 4 | 10.0 | 5 | 12.5 |
| 24 | 20 | 11 | 55.0 | 5 | 25.0 | 1 | 5.0 | 3 | 15.0 |
| 36 | 15 | 9 | 60.0 | 0 | 0.0 | 3 | 20.0 | 3 | 20.0 |
| 52 | 12 | 4 | 33.3 | 6 | 50.0 | 1 | 8.3 | 1 | 8.3 |
| FINAL | 72 | 30 | 41.7 | 18 | 25.0 | 8 | 11.1 | 16 | 22.2 |

SOURCE CODE: T15_1_1.SAS
DATE SUBMITTED: 20FEB96

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
WEEK 4: DAY 1 - DAY 56   WEEK 12: DAY 57 - DAY 126   WEEK 24: DAY 127 - DAY 210   WEEK 36: DAY 211 - DAY 308   WEEK 52: DAY 309 - DAY 378

1605

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.1.1   FREQUENCY DISTRIBUTION FOR SIMPSON TOTAL SCORE - OBSERVED CASES

600MG SEROQUEL - TID

| WEEK(#) | TOTAL | 10 N | 10 % | 11 N | 11 % | 12 N | 12 % | 13+ N | 13+ % |
|---|---|---|---|---|---|---|---|---|---|
| 0 | 33 | 7 | 21.2 | 7 | 21.2 | 4 | 12.1 | 15 | 45.5 |
| 4 | 33 | 15 | 45.5 | 4 | 12.1 | 5 | 15.2 | 9 | 27.3 |
| 12 | 25 | 10 | 40.0 | 4 | 16.0 | 2 | 8.0 | 9 | 36.0 |
| 24 | 15 | 8 | 53.3 | 3 | 20.0 | 0 | 0.0 | 4 | 26.7 |
| 36 | 10 | 6 | 60.0 | 1 | 10.0 | 0 | 0.0 | 3 | 30.0 |
| 52 | 7 | 3 | 42.9 | 2 | 28.6 | 1 | 14.3 | 1 | 14.3 |
| FINAL | 33 | 17 | 51.5 | 5 | 15.2 | 2 | 6.1 | 9 | 27.3 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
WEEK 4: DAY 1 - DAY 56   WEEK 12: DAY 57 - DAY 126   WEEK 24: DAY 127 - DAY 210   WEEK 36: DAY 211 - DAY 308   WEEK 52: DAY 309 - DAY 378

SOURCE CODE: T15_1_1.SAS
DATE SUBMITTED: 20FEB96

1606

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.1.1   FREQUENCY DISTRIBUTION FOR SIMPSON TOTAL SCORE - OBSERVED CASES

600MG SEROQUEL - BID

| WEEK(#) | TOTAL | 10 | | 11 | | 12 | | 13+ | |
|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % |
| 0 | 37 | 6 | 16.2 | 5 | 13.5 | 3 | 8.1 | 23 | 62.2 |
| 4 | 37 | 13 | 35.1 | 10 | 27.0 | 7 | 18.9 | 7 | 18.9 |
| 12 | 23 | 9 | 39.1 | 9 | 39.1 | 3 | 13.0 | 2 | 8.7 |
| 24 | 12 | 6 | 50.0 | 3 | 25.0 | 0 | 0.0 | 3 | 25.0 |
| 36 | 8 | 5 | 62.5 | 0 | 0.0 | 2 | 25.0 | 1 | 12.5 |
| 52 | 7 | 5 | 71.4 | 1 | 14.3 | 0 | 0.0 | 1 | 14.3 |
| FINAL | 37 | 12 | 32.4 | 11 | 29.7 | 5 | 13.5 | 9 | 24.3 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
WEEK 4: DAY 1 - DAY 56   WEEK 12: DAY 57 - DAY 126   WEEK 24: DAY 127 - DAY 210   WEEK 36: DAY 211 - DAY 308   WEEK 52: DAY 309 - DAY 378

SOURCE CODE: T15_1_1.SAS
DATE SUBMITTED: 20FEB96

1607

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.1.1   FREQUENCY DISTRIBUTION FOR SIMPSON TOTAL SCORE - OBSERVED CASES

600MG SEROQUEL - TOTAL

| WEEK(#) | TOTAL | 10 N | 10 % | 11 N | 11 % | 12 N | 12 % | 13+ N | 13+ % |
|---|---|---|---|---|---|---|---|---|---|
| 0 | 70 | 13 | 18.6 | 12 | 17.1 | 7 | 10.0 | 38 | 54.3 |
| 4 | 70 | 28 | 40.0 | 14 | 20.0 | 12 | 17.1 | 16 | 22.9 |
| 12 | 48 | 19 | 39.6 | 13 | 27.1 | 5 | 10.4 | 11 | 22.9 |
| 24 | 27 | 14 | 51.9 | 6 | 22.2 | 0 | 0.0 | 7 | 25.9 |
| 36 | 18 | 11 | 61.1 | 1 | 5.6 | 2 | 11.1 | 4 | 22.2 |
| 52 | 14 | 8 | 57.1 | 3 | 21.4 | 1 | 7.1 | 2 | 14.3 |
| FINAL | 70 | 29 | 41.4 | 16 | 22.9 | 7 | 10.0 | 18 | 25.7 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
WEEK 4: DAY 1 - DAY 56   WEEK 12: DAY 57 - DAY 126   WEEK 24: DAY 127 - DAY 210   WEEK 36: DAY 211 - DAY 308   WEEK 52: DAY 309 - DAY 378

SOURCE CODE: T15_1_1.SAS
DATE SUBMITTED: 20FEB96

1608

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.1.1   FREQUENCY DISTRIBUTION FOR SIMPSON TOTAL SCORE - OBSERVED CASES

| | | 12MG HALOPERIDOL - TID | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 10 | | 11 | | 12 | | 13+ | |
| WEEK(#) | TOTAL | N | % | N | % | N | % | N | % |
| 0 | 37 | 10 | 27.0 | 6 | 16.2 | 4 | 10.8 | 17 | 45.9 |
| 4 | 37 | 11 | 29.7 | 3 | 8.1 | 5 | 13.5 | 18 | 48.6 |
| 12 | 22 | 7 | 31.8 | 4 | 18.2 | 4 | 18.2 | 7 | 31.8 |
| 24 | 15 | 6 | 40.0 | 3 | 20.0 | 1 | 6.7 | 5 | 33.3 |
| 36 | 16 | 7 | 43.8 | 4 | 25.0 | 0 | 0.0 | 5 | 31.3 |
| 52 | 13 | 4 | 30.8 | 1 | 7.7 | 2 | 15.4 | 6 | 46.2 |
| FINAL | 37 | 11 | 29.7 | 3 | 8.1 | 5 | 13.5 | 18 | 48.6 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
WEEK 4: DAY 1 - DAY 56    WEEK 12: DAY 57 - DAY 126    WEEK 24: DAY 127 - DAY 210    WEEK 36: DAY 211 - DAY 308    WEEK 52: DAY 309 - DAY 378

SOURCE CODE: T15_1_1.SAS
DATE SUBMITTED: 20FEB96

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.1.2   FREQUENCY DISTRIBUTION FOR CHANGE FROM BASELINE IN SIMPSON TOTAL SCORE - OBSERVED CASES

75MG SEROQUEL - TID

| WEEK(#) | TOTAL | -2 OR LESS N | % | -1 N | % | 0 N | % | +1 N | % | +2 OR GREATER N | % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 34 | 12 | 35.3 | 10 | 29.4 | 10 | 29.4 | 0 | 0.0 | 2 | 5.9 |
| 12 | 17 | 6 | 35.3 | 4 | 23.5 | 5 | 29.4 | 2 | 11.8 | 0 | 0.0 |
| 24 | 10 | 6 | 60.0 | 1 | 10.0 | 3 | 30.0 | 0 | 0.0 | 0 | 0.0 |
| 36 | 7 | 4 | 57.1 | 2 | 28.6 | 1 | 14.3 | 0 | 0.0 | 0 | 0.0 |
| 52 | 1 | 1 | 100.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| FINAL | 34 | 13 | 38.2 | 7 | 20.6 | 9 | 26.5 | 2 | 5.9 | 3 | 8.8 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
WEEK 4: DAY 1 - DAY 56   WEEK 12: DAY 57 - DAY 126   WEEK 24: DAY 127 - DAY 210   WEEK 36: DAY 211 - DAY 308   WEEK 52: DAY 309 - DAY 378

SOURCE CODE: T15_1_2.SAS
DATE SUBMITTED: 20FEB96

1610

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636)
AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.1.2  FREQUENCY DISTRIBUTION FOR CHANGE FROM BASELINE IN SIMPSON TOTAL SCORE - OBSERVED CASES

75MG SEROQUEL - BID

| WEEK(#) | TOTAL | -2 OR LESS | | -1 | | 0 | | +1 | | +2 OR GREATER | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % |
| 4 | 33 | 11 | 33.3 | 6 | 18.2 | 11 | 33.3 | 2 | 6.1 | 3 | 9.1 |
| 12 | 21 | 6 | 28.6 | 3 | 14.3 | 5 | 23.8 | 3 | 14.3 | 4 | 19.0 |
| 24 | 11 | 7 | 63.6 | 2 | 18.2 | 2 | 18.2 | 0 | 0.0 | 0 | 0.0 |
| 36 | 9 | 6 | 66.7 | 2 | 22.2 | 1 | 11.1 | 0 | 0.0 | 0 | 0.0 |
| 52 | 4 | 2 | 50.0 | 1 | 25.0 | 1 | 25.0 | 0 | 0.0 | 0 | 0.0 |
| FINAL | 33 | 11 | 33.3 | 6 | 18.2 | 11 | 33.3 | 2 | 6.1 | 3 | 9.1 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
WEEK 4: DAY 1 - DAY 56   WEEK 12: DAY 57 - DAY 126   WEEK 24: DAY 127 - DAY 210   WEEK 36: DAY 211 - DAY 308   WEEK 52: DAY 309 - DAY 378

SOURCE CODE: T15_1_2.SAS
DATE SUBMITTED: 20FEB96

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.1.2   FREQUENCY DISTRIBUTION FOR CHANGE FROM BASELINE IN SIMPSON TOTAL SCORE - OBSERVED CASES

75MG SEROQUEL - TOTAL

| WEEK(#) | TOTAL N | -2 OR LESS N | % | -1 N | % | 0 N | % | +1 N | % | +2 OR GREATER N | % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 67 | 23 | 34.3 | 16 | 23.9 | 21 | 31.3 | 2 | 3.0 | 5 | 7.5 |
| 12 | 38 | 12 | 31.6 | 7 | 18.4 | 10 | 26.3 | 5 | 13.2 | 4 | 10.5 |
| 24 | 21 | 13 | 61.9 | 3 | 14.3 | 5 | 23.8 | 0 | 0.0 | 0 | 0.0 |
| 36 | 16 | 10 | 62.5 | 4 | 25.0 | 2 | 12.5 | 0 | 0.0 | 0 | 0.0 |
| 52 | 5 | 3 | 60.0 | 1 | 20.0 | 1 | 20.0 | 0 | 0.0 | 0 | 0.0 |
| FINAL | 67 | 24 | 35.8 | 13 | 19.4 | 20 | 29.9 | 4 | 6.0 | 6 | 9.0 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
WEEK 4: DAY 1 - DAY 56   WEEK 12: DAY 57 - DAY 126   WEEK 24: DAY 127 - DAY 210   WEEK 36: DAY 211 - DAY 308   WEEK 52: DAY 309 - DAY 378

SOURCE CODE: T15_1_2.SAS
DATE SUBMITTED: 20FEB96

1612

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636)
AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.1.2   FREQUENCY DISTRIBUTION FOR CHANGE FROM BASELINE IN SIMPSON TOTAL SCORE – OBSERVED CASES

300MG SEROQUEL – TID

| | TOTAL | | -2 OR LESS | | -1 | | 0 | | +1 | | +2 OR GREATER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WEEK(#) | | N | % | N | % | N | % | N | % | N | % |
| 4 | 34 | 4 | 11.8 | 7 | 20.6 | 13 | 38.2 | 6 | 17.6 | 4 | 11.8 |
| 12 | 22 | 5 | 22.7 | 3 | 13.6 | 8 | 36.4 | 3 | 13.6 | 3 | 13.6 |
| 24 | 11 | 3 | 27.3 | 2 | 18.2 | 4 | 36.4 | 1 | 9.1 | 1 | 9.1 |
| 36 | 6 | 2 | 33.3 | 1 | 16.7 | 1 | 16.7 | 0 | 0.0 | 2 | 33.3 |
| 52 | 5 | 3 | 60.0 | 0 | 0.0 | 0 | 0.0 | 1 | 20.0 | 1 | 20.0 |
| FINAL | 34 | 5 | 14.7 | 7 | 20.6 | 13 | 38.2 | 6 | 17.6 | 3 | 8.8 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
    WEEK 4: DAY 1 – DAY 56   WEEK 12: DAY 57 – DAY 126   WEEK 24: DAY 127 – DAY 210   WEEK 36: DAY 211 – DAY 308   WEEK 52: DAY 309 – DAY 378

SOURCE CODE: T15_1_2.SAS
DATE SUBMITTED: 20FEB96

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.1.2   FREQUENCY DISTRIBUTION FOR CHANGE FROM BASELINE IN SIMPSON TOTAL SCORE - OBSERVED CASES

300MG SEROQUEL - BID

| WEEK(#) | TOTAL | -2 OR LESS | | -1 | | 0 | | +1 | | +2 OR GREATER | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | N | N | % | N | % | N | % | N | % | N | % |
| 4 | 38 | 13 | 34.2 | 5 | 13.2 | 16 | 42.1 | 1 | 2.6 | 3 | 7.9 |
| 12 | 18 | 8 | 44.4 | 2 | 11.1 | 6 | 33.3 | 1 | 5.6 | 1 | 5.6 |
| 24 | 9 | 2 | 22.2 | 1 | 11.1 | 4 | 44.4 | 1 | 11.1 | 1 | 11.1 |
| 36 | 9 | 3 | 33.3 | 2 | 22.2 | 2 | 22.2 | 1 | 11.1 | 1 | 11.1 |
| 52 | 7 | 3 | 42.9 | 1 | 14.3 | 2 | 28.6 | 1 | 14.3 | 0 | 0.0 |
| FINAL | 38 | 13 | 34.2 | 4 | 10.5 | 16 | 42.1 | 1 | 2.6 | 4 | 10.5 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
WEEK 4: DAY 1 - DAY 56   WEEK 12: DAY 57 - DAY 126   WEEK 24: DAY 127 - DAY 210   WEEK 36: DAY 211 - DAY 308   WEEK 52: DAY 309 - DAY 378

SOURCE CODE: T15_1_2.SAS
DATE SUBMITTED: 20FEB96

1614

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.1.2   FREQUENCY DISTRIBUTION FOR CHANGE FROM BASELINE IN SIMPSON TOTAL SCORE - OBSERVED CASES

| | TOTAL | -2 OR LESS | | -1 | | 0 | | +1 | | +2 OR GREATER | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % |
| **WEEK(#)** | | | | | | | | | | | |
| 4 | 72 | 17 | 23.6 | 12 | 16.7 | 29 | 40.3 | 7 | 9.7 | 7 | 9.7 |
| 12 | 40 | 13 | 32.5 | 5 | 12.5 | 14 | 35.0 | 4 | 10.0 | 4 | 10.0 |
| 24 | 20 | 5 | 25.0 | 3 | 15.0 | 8 | 40.0 | 2 | 10.0 | 2 | 10.0 |
| 36 | 15 | 5 | 33.3 | 3 | 20.0 | 3 | 20.0 | 1 | 6.7 | 3 | 20.0 |
| 52 | 12 | 6 | 50.0 | 1 | 8.3 | 2 | 16.7 | 2 | 16.7 | 1 | 8.3 |
| FINAL | 72 | 18 | 25.0 | 11 | 15.3 | 29 | 40.3 | 7 | 9.7 | 7 | 9.7 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
WEEK 4: DAY 1 - DAY 56   WEEK 12: DAY 57 - DAY 126   WEEK 24: DAY 127 - DAY 210   WEEK 36: DAY 211 - DAY 308   WEEK 52: DAY 309 - DAY 378

SOURCE CODE: T15_1_2.SAS
DATE SUBMITTED: 20FEB96

1615

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.1.2   FREQUENCY DISTRIBUTION FOR CHANGE FROM BASELINE IN SIMPSON TOTAL SCORE - OBSERVED CASES

600MG SEROQUEL - TID

| WEEK(#) | TOTAL | -2 OR LESS | | -1 | | 0 | | +1 | | +2 OR GREATER | |
|---------|-------|---|------|---|------|---|------|---|------|---|------|
| | | N | % | N | % | N | % | N | % | N | % |
| 4 | 33 | 11 | 33.3 | 6 | 18.2 | 9 | 27.3 | 4 | 12.1 | 3 | 9.1 |
| 12 | 25 | 13 | 52.0 | 1 | 4.0 | 7 | 28.0 | 2 | 8.0 | 2 | 8.0 |
| 24 | 15 | 7 | 46.7 | 1 | 6.7 | 4 | 26.7 | 1 | 6.7 | 2 | 13.3 |
| 36 | 10 | 7 | 70.0 | 0 | 0.0 | 2 | 20.0 | 0 | 0.0 | 1 | 10.0 |
| 52 | 7 | 5 | 71.4 | 0 | 0.0 | 1 | 14.3 | 1 | 14.3 | 0 | 0.0 |
| FINAL | 33 | 14 | 42.4 | 4 | 12.1 | 7 | 21.2 | 4 | 12.1 | 4 | 12.1 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
WEEK 4: DAY 1 - DAY 56   WEEK 12: DAY 57 - DAY 126   WEEK 24: DAY 127 - DAY 210   WEEK 36: DAY 211 - DAY 308   WEEK 52: DAY 309 - DAY 378

SOURCE CODE: T15_1_2.SAS
DATE SUBMITTED: 20FEB96

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.1.2   FREQUENCY DISTRIBUTION FOR CHANGE FROM BASELINE IN SIMPSON TOTAL SCORE - OBSERVED CASES

600MG SEROQUEL - BID

| WEEK(#) | TOTAL | -2 OR LESS | | -1 | | 0 | | +1 | | +2 OR GREATER | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % |
| 4 | 37 | 19 | 51.4 | 3 | 8.1 | 10 | 27.0 | 3 | 8.1 | 2 | 5.4 |
| 12 | 23 | 15 | 65.2 | 2 | 8.7 | 3 | 13.0 | 1 | 4.3 | 2 | 8.7 |
| 24 | 12 | 4 | 33.3 | 3 | 25.0 | 4 | 33.3 | 0 | 0.0 | 1 | 8.3 |
| 36 | 8 | 3 | 37.5 | 2 | 25.0 | 2 | 25.0 | 1 | 12.5 | 0 | 0.0 |
| 52 | 7 | 2 | 28.6 | 2 | 28.6 | 2 | 28.6 | 0 | 0.0 | 1 | 14.3 |
| FINAL | 37 | 18 | 48.6 | 5 | 13.5 | 6 | 16.2 | 5 | 13.5 | 3 | 8.1 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
WEEK 4: DAY 1 - DAY 56   WEEK 12: DAY 57 - DAY 126   WEEK 24: DAY 127 - DAY 210   WEEK 36: DAY 211 - DAY 308   WEEK 52: DAY 309 - DAY 378

SOURCE CODE: T15_1_2.SAS
DATE SUBMITTED: 20FEB96

1617

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.1.2   FREQUENCY DISTRIBUTION FOR CHANGE FROM BASELINE IN SIMPSON TOTAL SCORE - OBSERVED CASES

600MG SEROQUEL - TOTAL

| WEEK(#) | TOTAL | -2 OR LESS | | -1 | | 0 | | +1 | | +2 OR GREATER | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % |
| 4 | 70 | 30 | 42.9 | 9 | 12.9 | 19 | 27.1 | 7 | 10.0 | 5 | 7.1 |
| 12 | 48 | 28 | 58.3 | 3 | 6.3 | 10 | 20.8 | 3 | 6.3 | 4 | 8.3 |
| 24 | 27 | 11 | 40.7 | 4 | 14.8 | 8 | 29.6 | 1 | 3.7 | 3 | 11.1 |
| 36 | 18 | 10 | 55.6 | 2 | 11.1 | 4 | 22.2 | 1 | 5.6 | 1 | 5.6 |
| 52 | 14 | 7 | 50.0 | 2 | 14.3 | 3 | 21.4 | 1 | 7.1 | 1 | 7.1 |
| FINAL | 70 | 32 | 45.7 | 9 | 12.9 | 13 | 18.6 | 9 | 12.9 | 7 | 10.0 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
WEEK 4: DAY 1 - DAY 56   WEEK 12: DAY 57 - DAY 126   WEEK 24: DAY 127 - DAY 210   WEEK 36: DAY 211 - DAY 308   WEEK 52: DAY 309 - DAY 378

SOURCE CODE: T15_1_2.SAS
DATE SUBMITTED: 20FEB96

1618

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.1.2   FREQUENCY DISTRIBUTION FOR CHANGE FROM BASELINE IN SIMPSON TOTAL SCORE - OBSERVED CASES

12MG HALOPERIDOL - TID

| | TOTAL | -2 OR LESS | | -1 | | 0 | | +1 | | +2 OR GREATER | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WEEK(#) | | N | % | N | % | N | % | N | % | N | % |
| 4 | 37 | 8 | 21.6 | 4 | 10.8 | 9 | 24.3 | 4 | 10.8 | 12 | 32.4 |
| 12 | 22 | 7 | 31.8 | 5 | 22.7 | 6 | 27.3 | 2 | 9.1 | 2 | 9.1 |
| 24 | 15 | 8 | 53.3 | 1 | 6.7 | 3 | 20.0 | 1 | 6.7 | 2 | 13.3 |
| 36 | 16 | 9 | 56.3 | 2 | 12.5 | 3 | 18.8 | 2 | 12.5 | 0 | 0.0 |
| 52 | 13 | 5 | 38.5 | 3 | 23.1 | 2 | 15.4 | 3 | 23.1 | 0 | 0.0 |
| FINAL | 37 | 8 | 21.6 | 5 | 13.5 | 9 | 24.3 | 6 | 16.2 | 9 | 24.3 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
    WEEK 4: DAY 1 - DAY 56   WEEK 12: DAY 57 - DAY 126   WEEK 24: DAY 127 - DAY 210   WEEK 36: DAY 211 - DAY 308   WEEK 52: DAY 309 - DAY 378

SOURCE CODE: T15_1_2.SAS
DATE SUBMITTED: 20FEB96

1619

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636)
AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.1.3   FREQUENCY DISTRIBUTION FOR SIMPSON TOTAL SCORE - LOCF*

| | | 75MG SEROQUEL - TID | | | | | | | | | |
| | | 10 | | 11 | | 12 | | 13+ | |
| WEEK(#) | TOTAL | N | % | N | % | N | % | N | % |
|---|---|---|---|---|---|---|---|---|---|
| 0 | 34 | 7 | 20.6 | 10 | 29.4 | 3 | 8.8 | 14 | 41.2 |
| 4 | 34 | 18 | 52.9 | 7 | 20.6 | 4 | 11.8 | 5 | 14.7 |
| 12 | 34 | 15 | 44.1 | 11 | 32.4 | 4 | 11.8 | 4 | 11.8 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
    WEEK 4: DAY 1 - DAY 56   WEEK 12: DAY 57 - DAY 126

*LOCF: LAST OBSERVATION CARRIED FORWARD

SOURCE CODE: T15_1_3.SAS
DATE SUBMITTED: 20FEB96

1620

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.1.3   FREQUENCY DISTRIBUTION FOR SIMPSON TOTAL SCORE - LOCF*

|          |       | 75MG SEROQUEL - BID |      |     |      |     |      |     |      |
|----------|-------|------|------|------|------|------|------|------|------|
|          |       | 10   |      | 11   |      | 12   |      | 13+  |      |
| WEEK(#)  | TOTAL | N    | %    | N    | %    | N    | %    | N    | %    |
| 0        | 33    | 6    | 18.2 | 8    | 24.2 | 6    | 18.2 | 13   | 39.4 |
| 4        | 33    | 12   | 36.4 | 6    | 18.2 | 4    | 12.1 | 11   | 33.3 |
| 12       | 33    | 11   | 33.3 | 7    | 21.2 | 4    | 12.1 | 11   | 33.3 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
    WEEK 4: DAY 1 - DAY 56    WEEK 12: DAY 57 - DAY 126

*LOCF: LAST OBSERVATION CARRIED FORWARD

SOURCE CODE: T15_1_3.SAS
DATE SUBMITTED: 20FEB96

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.1.3   FREQUENCY DISTRIBUTION FOR SIMPSON TOTAL SCORE - LOCF*

| 75MG SEROQUEL - TOTAL | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| WEEK(#) | TOTAL | 10 | | 11 | | 12 | | 13+ | |
| | | N | % | N | % | N | % | N | % |
| 0 | 67 | 13 | 19.4 | 18 | 26.9 | 9 | 13.4 | 27 | 40.3 |
| 4 | 67 | 30 | 44.8 | 13 | 19.4 | 8 | 11.9 | 16 | 23.9 |
| 12 | 67 | 26 | 38.8 | 18 | 26.9 | 8 | 11.9 | 15 | 22.4 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
WEEK 4: DAY 1 - DAY 56   WEEK 12: DAY 57 - DAY 126

*LOCF: LAST OBSERVATION CARRIED FORWARD

SOURCE CODE: T15_1_3.SAS
DATE SUBMITTED: 20FEB96

1622

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.1.3   FREQUENCY DISTRIBUTION FOR SIMPSON TOTAL SCORE - LOCF*

| | TOTAL | 300MG SEROQUEL - TID | | | | | | | | |
| | | 10 | | 11 | | 12 | | 13+ | |
| WEEK(#) | | N | % | N | % | N | % | N | % |
| 0 | 34 | 12 | 35.3 | 6 | 17.6 | 6 | 17.6 | 10 | 29.4 |
| 4 | 34 | 10 | 29.4 | 8 | 23.5 | 4 | 11.8 | 12 | 35.3 |
| 12 | 34 | 12 | 35.3 | 11 | 32.4 | 3 | 8.8 | 8 | 23.5 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
    WEEK 4: DAY 1 - DAY 56   WEEK 12: DAY 57 - DAY 126

*LOCF: LAST OBSERVATION CARRIED FORWARD

SOURCE CODE: T15_1_3.SAS
DATE SUBMITTED: 20FEB96

1623

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636)
AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.1.3   FREQUENCY DISTRIBUTION FOR SIMPSON TOTAL SCORE - LOCF*

300MG SEROQUEL - BID

| | TOTAL | 10 | | 11 | | 12 | | 13+ | |
|---|---|---|---|---|---|---|---|---|---|
| WEEK(#) | | N | % | N | % | N | % | N | % |
| 0 | 38 | 11 | 28.9 | 8 | 21.1 | 2 | 5.3 | 17 | 44.7 |
| 4 | 38 | 16 | 42.1 | 7 | 18.4 | 8 | 21.1 | 7 | 18.4 |
| 12 | 38 | 18 | 47.4 | 8 | 21.1 | 6 | 15.8 | 6 | 15.8 |

(#)  POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
     WEEK 4: DAY 1 - DAY 56   WEEK 12: DAY 57 - DAY 126

*LOCF: LAST OBSERVATION CARRIED FORWARD

SOURCE CODE: T15_1_3.SAS
DATE SUBMITTED: 20FEB96

1624

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.1.3   FREQUENCY DISTRIBUTION FOR SIMPSON TOTAL SCORE - LOCF*

| | | 300MG SEROQUEL - TOTAL | | | | | | | | |
| WEEK(#) | TOTAL | 10 | | 11 | | 12 | | 13+ | |
| | | N | % | N | % | N | % | N | % |
| 0 | 72 | 23 | 31.9 | 14 | 19.4 | 8 | 11.1 | 27 | 37.5 |
| 4 | 72 | 26 | 36.1 | 15 | 20.8 | 12 | 16.7 | 19 | 26.4 |
| 12 | 72 | 30 | 41.7 | 19 | 26.4 | 9 | 12.5 | 14 | 19.4 |

(#)  POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
     WEEK 4: DAY 1 - DAY 56   WEEK 12: DAY 57 - DAY 126

*LOCF: LAST OBSERVATION CARRIED FORWARD

SOURCE CODE: T15_1_3.SAS
DATE SUBMITTED: 20FEB96

1625

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.1.3   FREQUENCY DISTRIBUTION FOR SIMPSON TOTAL SCORE - LOCF*

| | | 600MG SEROQUEL - TID | | | | | | | |
| | | 10 | | 11 | | 12 | | 13+ | |
| WEEK(#) | TOTAL | N | % | N | % | N | % | N | % |
| 0 | 33 | 7 | 21.2 | 7 | 21.2 | 4 | 12.1 | 15 | 45.5 |
| 4 | 33 | 15 | 45.5 | 4 | 12.1 | 5 | 15.2 | 9 | 27.3 |
| 12 | 33 | 14 | 42.4 | 5 | 15.2 | 2 | 6.1 | 12 | 36.4 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
WEEK 4: DAY 1 - DAY 56   WEEK 12: DAY 57 - DAY 126

*LOCF: LAST OBSERVATION CARRIED FORWARD

SOURCE CODE: T15_1_3.SAS
DATE SUBMITTED: 20FEB96

1626

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.1.3   FREQUENCY DISTRIBUTION FOR SIMPSON TOTAL SCORE - LOCF*

600MG SEROQUEL - BID

| WEEK(#) | TOTAL | 10 N | 10 % | 11 N | 11 % | 12 N | 12 % | 13+ N | 13+ % |
|---|---|---|---|---|---|---|---|---|---|
| 0 | 37 | 6 | 16.2 | 5 | 13.5 | 3 | 8.1 | 23 | 62.2 |
| 4 | 37 | 13 | 35.1 | 10 | 27.0 | 7 | 18.9 | 7 | 18.9 |
| 12 | 37 | 12 | 32.4 | 13 | 35.1 | 5 | 13.5 | 7 | 18.9 |

(#)  POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
     WEEK 4: DAY 1 - DAY 56   WEEK 12: DAY 57 - DAY 126

*LOCF: LAST OBSERVATION CARRIED FORWARD

SOURCE CODE: T15_1_3.SAS
DATE SUBMITTED: 20FEB96

1627

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.1.3   FREQUENCY DISTRIBUTION FOR SIMPSON TOTAL SCORE - LOCF*

600MG SEROQUEL - TOTAL

| WEEK(#) | TOTAL | 10 N | 10 % | 11 N | 11 % | 12 N | 12 % | 13+ N | 13+ % |
|---|---|---|---|---|---|---|---|---|---|
| 0 | 70 | 13 | 18.6 | 12 | 17.1 | 7 | 10.0 | 38 | 54.3 |
| 4 | 70 | 28 | 40.0 | 14 | 20.0 | 12 | 17.1 | 16 | 22.9 |
| 12 | 70 | 26 | 37.1 | 18 | 25.7 | 7 | 10.0 | 19 | 27.1 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
    WEEK 4: DAY 1 - DAY 56   WEEK 12: DAY 57 - DAY 126

*LOCF: LAST OBSERVATION CARRIED FORWARD

SOURCE CODE: T15_1_3.SAS
DATE SUBMITTED: 20FEB96

1628

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.1.3   FREQUENCY DISTRIBUTION FOR SIMPSON TOTAL SCORE - LOCF*

| | | 12MG HALOPERIDOL - TID | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 10 | | 11 | | 12 | | 13+ | | | |
| | TOTAL | N | % | N | % | N | % | N | % | | |
| WEEK(#) | | | | | | | | | | | |
| 0 | 37 | 10 | 27.0 | 6 | 16.2 | 4 | 10.8 | 17 | 45.9 | | |
| 4 | 37 | 11 | 29.7 | 3 | 8.1 | 5 | 13.5 | 18 | 48.6 | | |
| 12 | 37 | 10 | 27.0 | 5 | 13.5 | 7 | 18.9 | 15 | 40.5 | | |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
WEEK 4: DAY 1 - DAY 56   WEEK 12: DAY 57 - DAY 126

*LOCF: LAST OBSERVATION CARRIED FORWARD

SOURCE CODE: T15_1_3.SAS
DATE SUBMITTED: 20FEB96

1629

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.1.4   FREQUENCY DISTRIBUTION FOR CHANGE FROM BASELINE IN SIMPSON TOTAL SCORE - LOCF*

75MG SEROQUEL - TID

| | TOTAL | | -2 OR LESS | | -1 | | 0 | | +1 | | +2 OR GREATER | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | N | | N | % | N | % | N | % | N | % | N | % |
| WEEK(#) | | | | | | | | | | | | |
| 4 | 34 | | 12 | 35.3 | 10 | 29.4 | 10 | 29.4 | 0 | 0.0 | 2 | 5.9 |
| 12 | 34 | | 13 | 38.2 | 8 | 23.5 | 9 | 26.5 | 2 | 5.9 | 2 | 5.9 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
WEEK 4: DAY 1 - DAY 56   WEEK 12: DAY 57 - DAY 126

*LOCF: LAST OBSERVATION CARRIED FORWARD

SOURCE CODE: T15_1_4.SAS
DATE SUBMITTED: 20FEB96

1630

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.1.4   FREQUENCY DISTRIBUTION FOR CHANGE FROM BASELINE IN SIMPSON TOTAL SCORE - LOCF*

75MG SEROQUEL - BID

| | TOTAL | | -2 OR LESS | | -1 | | 0 | | +1 | | +2 OR GREATER | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | N | | N | % | N | % | N | % | N | % | N | % |
| WEEK(#) | | | | | | | | | | | | |
| 4 | 33 | | 11 | 33.3 | 6 | 18.2 | 11 | 33.3 | 2 | 6.1 | 3 | 9.1 |
| 12 | 33 | | 9 | 27.3 | 7 | 21.2 | 9 | 27.3 | 3 | 9.1 | 5 | 15.2 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
    WEEK 4: DAY 1 - DAY 56   WEEK 12: DAY 57 - DAY 126

*LOCF: LAST OBSERVATION CARRIED FORWARD

SOURCE CODE: T15_1_4.SAS
DATE SUBMITTED: 20FEB96

1631

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.1.4   FREQUENCY DISTRIBUTION FOR CHANGE FROM BASELINE IN SIMPSON TOTAL SCORE - LOCF*

75MG SEROQUEL - TOTAL

| | TOTAL | -2 OR LESS | | -1 | | 0 | | +1 | | +2 OR GREATER | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WEEK(#) | | N | % | N | % | N | % | N | % | N | % |
| 4 | 67 | 23 | 34.3 | 16 | 23.9 | 21 | 31.3 | 2 | 3.0 | 5 | 7.5 |
| 12 | 67 | 22 | 32.8 | 15 | 22.4 | 18 | 26.9 | 5 | 7.5 | 7 | 10.4 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
    WEEK 4: DAY 1 - DAY 56   WEEK 12: DAY 57 - DAY 126

*LOCF: LAST OBSERVATION CARRIED FORWARD

SOURCE CODE: T15_1_4.SAS
DATE SUBMITTED: 20FEB96

1632

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.1.4   FREQUENCY DISTRIBUTION FOR CHANGE FROM BASELINE IN SIMPSON TOTAL SCORE - LOCF*

300MG SEROQUEL - TID

| | TOTAL | | -2 OR LESS | | -1 | | 0 | | +1 | | +2 OR GREATER | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | N | % | N | % | N | % | N | % | N | % |
| WEEK(#) | | | | | | | | | | | | |
| 4 | 34 | | 4 | 11.8 | 7 | 20.6 | 13 | 38.2 | 6 | 17.6 | 4 | 11.8 |
| 12 | 34 | | 6 | 17.6 | 5 | 14.7 | 13 | 38.2 | 5 | 14.7 | 5 | 14.7 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
WEEK 4: DAY 1 - DAY 56   WEEK 12: DAY 57 - DAY 126

*LOCF: LAST OBSERVATION CARRIED FORWARD

SOURCE CODE: T15_1_4.SAS
DATE SUBMITTED: 20FEB96

1633

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.1.4   FREQUENCY DISTRIBUTION FOR CHANGE FROM BASELINE IN SIMPSON TOTAL SCORE - LOCF*

300MG SEROQUEL - BID

| WEEK(#) | TOTAL | -2 OR LESS N | -2 OR LESS % | -1 N | -1 % | 0 N | 0 % | +1 N | +1 % | +2 OR GREATER N | +2 OR GREATER % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 38 | 13 | 34.2 | 5 | 13.2 | 16 | 42.1 | 1 | 2.6 | 3 | 7.9 |
| 12 | 38 | 12 | 31.6 | 5 | 13.2 | 17 | 44.7 | 1 | 2.6 | 3 | 7.9 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
WEEK 4: DAY 1 - DAY 56   WEEK 12: DAY 57 - DAY 126

*LOCF: LAST OBSERVATION CARRIED FORWARD

SOURCE CODE: T15_1_4.SAS
DATE SUBMITTED: 20FEB96

1634

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.1.4   FREQUENCY DISTRIBUTION FOR CHANGE FROM BASELINE IN SIMPSON TOTAL SCORE - LOCF*

300MG SEROQUEL - TOTAL

| WEEK(#) | TOTAL | -2 OR LESS | | -1 | | 0 | | +1 | | +2 OR GREATER | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % |
| 4 | 72 | 17 | 23.6 | 12 | 16.7 | 29 | 40.3 | 7 | 9.7 | 7 | 9.7 |
| 12 | 72 | 18 | 25.0 | 10 | 13.9 | 30 | 41.7 | 6 | 8.3 | 8 | 11.1 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
    WEEK 4: DAY 1 - DAY 56   WEEK 12: DAY 57 - DAY 126

*LOCF: LAST OBSERVATION CARRIED FORWARD

SOURCE CODE: T15_1_4.SAS
DATE SUBMITTED: 20FEB96

1635

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.1.4  FREQUENCY DISTRIBUTION FOR CHANGE FROM BASELINE IN SIMPSON TOTAL SCORE - LOCF*

600MG SEROQUEL - TID

| | TOTAL | | -2 OR LESS | | -1 | | 0 | | +1 | | +2 OR GREATER | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WEEK(#) | | | N | % | N | % | N | % | N | % | N | % |
| 4 | 33 | | 11 | 33.3 | 6 | 18.2 | 9 | 27.3 | 4 | 12.1 | 3 | 9.1 |
| 12 | 33 | | 15 | 45.5 | 2 | 6.1 | 9 | 27.3 | 2 | 6.1 | 5 | 15.2 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
   WEEK 4: DAY 1 - DAY 56   WEEK 12: DAY 57 - DAY 126

*LOCF: LAST OBSERVATION CARRIED FORWARD

SOURCE CODE: T15_1_4.SAS
DATE SUBMITTED: 20FEB96

1636

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636)
AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.1.4   FREQUENCY DISTRIBUTION FOR CHANGE FROM BASELINE IN SIMPSON TOTAL SCORE - LOCF*

600MG SEROQUEL - BID

| WEEK(#) | TOTAL | -2 OR LESS | | -1 | | 0 | | +1 | | +2 OR GREATER | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % |
| 4 | 37 | 19 | 51.4 | 3 | 8.1 | 10 | 27.0 | 3 | 8.1 | 2 | 5.4 |
| 12 | 37 | 21 | 56.8 | 3 | 8.1 | 6 | 16.2 | 4 | 10.8 | 3 | 8.1 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
    WEEK 4: DAY 1 - DAY 56   WEEK 12: DAY 57 - DAY 126

*LOCF: LAST OBSERVATION CARRIED FORWARD

SOURCE CODE: T15_1_4.SAS
DATE SUBMITTED: 20FEB96

1637

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.1.4   FREQUENCY DISTRIBUTION FOR CHANGE FROM BASELINE IN SIMPSON TOTAL SCORE - LOCF*

600MG SEROQUEL - TOTAL

| | TOTAL | | -2 OR LESS | | -1 | | 0 | | +1 | | +2 OR GREATER | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | N | % | N | % | N | % | N | % | N | % |
| WEEK(#) | | | | | | | | | | | | |
| 4 | 70 | | 30 | 42.9 | 9 | 12.9 | 19 | 27.1 | 7 | 10.0 | 5 | 7.1 |
| 12 | 70 | | 36 | 51.4 | 5 | 7.1 | 15 | 21.4 | 6 | 8.6 | 8 | 11.4 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
   WEEK 4: DAY 1 - DAY 56   WEEK 12: DAY 57 - DAY 126

*LOCF: LAST OBSERVATION CARRIED FORWARD

SOURCE CODE: T15_1_4.SAS
DATE SUBMITTED: 20FEB96

1638

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636)
AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.1.4   FREQUENCY DISTRIBUTION FOR CHANGE FROM BASELINE IN SIMPSON TOTAL SCORE – LOCF*

12MG HALOPERIDOL – TID

| | TOTAL | -2 OR LESS | | -1 | | 0 | | +1 | | +2 OR GREATER | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WEEK(#) | | N | % | N | % | N | % | N | % | N | % |
| 4 | 37 | 8 | 21.6 | 4 | 10.8 | 9 | 24.3 | 4 | 10.8 | 12 | 32.4 |
| 12 | 37 | 7 | 18.9 | 6 | 16.2 | 11 | 29.7 | 4 | 10.8 | 9 | 24.3 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
    WEEK 4: DAY 1 – DAY 56   WEEK 12: DAY 57 – DAY 126

*LOCF: LAST OBSERVATION CARRIED FORWARD

SOURCE CODE: T15_1_4.SAS
DATE SUBMITTED: 20FEB96

1639

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.2.1   FREQUENCY DISTRIBUTION FOR AIMS - OBSERVED CASES

75MG SEROQUEL - TID

| WEEK(#) | TOTAL | 0 N | 0 % | 1 - 3 N | 1 - 3 % | 4 - 7 N | 4 - 7 % | 8+ N | 8+ % |
|---|---|---|---|---|---|---|---|---|---|
| 0 | 34 | 17 | 50.0 | 9 | 26.5 | 4 | 11.8 | 4 | 11.8 |
| 4 | 34 | 19 | 55.9 | 9 | 26.5 | 4 | 11.8 | 2 | 5.9 |
| 12 | 17 | 12 | 70.6 | 2 | 11.8 | 3 | 17.6 | 0 | 0.0 |
| 24 | 10 | 6 | 60.0 | 3 | 30.0 | 1 | 10.0 | 0 | 0.0 |
| 36 | 7 | 4 | 57.1 | 1 | 14.3 | 2 | 28.6 | 0 | 0.0 |
| 52 | 1 | 1 | 100.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| FINAL | 34 | 20 | 58.8 | 5 | 14.7 | 6 | 17.6 | 3 | 8.8 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
WEEK 4: DAY 1 - DAY 56   WEEK 12: DAY 57 - DAY 126   WEEK 24: DAY 127 - DAY 210   WEEK 36: DAY 211 - DAY 308   WEEK 52: DAY 309 - DAY 378

SOURCE CODE:  T15_2_1.SAS        DATE SUBMITTED: 20FEB96

1640

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.2.1   FREQUENCY DISTRIBUTION FOR AIMS - OBSERVED CASES

75MG SEROQUEL - BID

| WEEK(#) | TOTAL | 0 | | 1 - 3 | | 4 - 7 | | 8+ | |
|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % |
| 0 | 35 | 12 | 34.3 | 8 | 22.9 | 9 | 25.7 | 6 | 17.1 |
| 4 | 35 | 15 | 42.9 | 7 | 20.0 | 8 | 22.9 | 5 | 14.3 |
| 12 | 21 | 10 | 47.6 | 6 | 28.6 | 1 | 4.8 | 4 | 19.0 |
| 24 | 10 | 7 | 70.0 | 1 | 10.0 | 1 | 10.0 | 1 | 10.0 |
| 36 | 9 | 6 | 66.7 | 2 | 22.2 | 0 | 0.0 | 1 | 11.1 |
| 52 | 6 | 6 | 100.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| FINAL | 35 | 16 | 45.7 | 5 | 14.3 | 7 | 20.0 | 7 | 20.0 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
WEEK 4: DAY 1 - DAY 56   WEEK 12: DAY 57 - DAY 126   WEEK 24: DAY 127 - DAY 210   WEEK 36: DAY 211 - DAY 308   WEEK 52: DAY 309 - DAY 378

SOURCE CODE: T15_2_1.SAS        DATE SUBMITTED: 20FEB96

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.2.1   FREQUENCY DISTRIBUTION FOR AIMS - OBSERVED CASES

75MG SEROQUEL - TOTAL

| WEEK(#) | TOTAL | 0 N | 0 % | 1 - 3 N | 1 - 3 % | 4 - 7 N | 4 - 7 % | 8+ N | 8+ % |
|---|---|---|---|---|---|---|---|---|---|
| 0 | 69 | 29 | 42.0 | 17 | 24.6 | 13 | 18.8 | 10 | 14.5 |
| 4 | 69 | 34 | 49.3 | 16 | 23.2 | 12 | 17.4 | 7 | 10.1 |
| 12 | 38 | 22 | 57.9 | 8 | 21.1 | 4 | 10.5 | 4 | 10.5 |
| 24 | 20 | 13 | 65.0 | 4 | 20.0 | 2 | 10.0 | 1 | 5.0 |
| 36 | 16 | 10 | 62.5 | 3 | 18.8 | 2 | 12.5 | 1 | 6.3 |
| 52 | 7 | 7 | 100.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| FINAL | 69 | 36 | 52.2 | 10 | 14.5 | 13 | 18.8 | 10 | 14.5 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
WEEK 4: DAY 1 - DAY 56   WEEK 12: DAY 57 - DAY 126   WEEK 24: DAY 127 - DAY 210   WEEK 36: DAY 211 - DAY 308   WEEK 52: DAY 309 - DAY 378

SOURCE CODE:  T15_2_1.SAS          DATE SUBMITTED: 20FEB96

1642

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.2.1   FREQUENCY DISTRIBUTION FOR AIMS - OBSERVED CASES

300MG SEROQUEL - TID

| WEEK(#) | TOTAL | 0 | | 1 - 3 | | 4 - 7 | | 8+ | |
|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % |
| 0 | 34 | 15 | 44.1 | 8 | 23.5 | 5 | 14.7 | 6 | 17.6 |
| 4 | 34 | 13 | 38.2 | 10 | 29.4 | 8 | 23.5 | 3 | 8.8 |
| 12 | 22 | 11 | 50.0 | 5 | 22.7 | 4 | 18.2 | 2 | 9.1 |
| 24 | 11 | 7 | 63.6 | 3 | 27.3 | 0 | 0.0 | 1 | 9.1 |
| 36 | 6 | 4 | 66.7 | 1 | 16.7 | 1 | 16.7 | 0 | 0.0 |
| 52 | 5 | 3 | 60.0 | 1 | 20.0 | 1 | 20.0 | 0 | 0.0 |
| FINAL | 34 | 16 | 47.1 | 7 | 20.6 | 6 | 17.6 | 5 | 14.7 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
WEEK 4: DAY 1 - DAY 56   WEEK 12: DAY 57 - DAY 126   WEEK 24: DAY 127 - DAY 210   WEEK 36: DAY 211 - DAY 308   WEEK 52: DAY 309 - DAY 378

SOURCE CODE: T15_2_1.SAS        DATE SUBMITTED: 20FEB96

1643

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636)
AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.2.1   FREQUENCY DISTRIBUTION FOR AIMS - OBSERVED CASES

300MG SEROQUEL - BID

| WEEK(#) | TOTAL | 0 N | 0 % | 1 - 3 N | 1 - 3 % | 4 - 7 N | 4 - 7 % | 8+ N | 8+ % |
|---------|-------|-----|-----|---------|---------|---------|---------|------|------|
| 0 | 38 | 17 | 44.7 | 9 | 23.7 | 4 | 10.5 | 8 | 21.1 |
| 4 | 38 | 19 | 50.0 | 7 | 18.4 | 4 | 10.5 | 8 | 21.1 |
| 12 | 18 | 10 | 55.6 | 5 | 27.8 | 1 | 5.6 | 2 | 11.1 |
| 24 | 10 | 8 | 80.0 | 0 | 0.0 | 1 | 10.0 | 1 | 10.0 |
| 36 | 9 | 6 | 66.7 | 2 | 22.2 | 1 | 11.1 | 0 | 0.0 |
| 52 | 7 | 3 | 42.9 | 1 | 14.3 | 2 | 28.6 | 1 | 14.3 |
| FINAL | 38 | 17 | 44.7 | 6 | 15.8 | 5 | 13.2 | 10 | 26.3 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
WEEK 4: DAY 1 - DAY 56   WEEK 12: DAY 57 - DAY 126   WEEK 24: DAY 127 - DAY 210   WEEK 36: DAY 211 - DAY 308   WEEK 52: DAY 309 - DAY 378

SOURCE CODE: T15_2_1.SAS        DATE SUBMITTED: 20FEB96

1644

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.2.1   FREQUENCY DISTRIBUTION FOR AIMS - OBSERVED CASES

300MG SEROQUEL - TOTAL

| WEEK(#) | TOTAL | 0 | | 1 - 3 | | 4 - 7 | | 8+ | |
|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % |
| 0 | 72 | 32 | 44.4 | 17 | 23.6 | 9 | 12.5 | 14 | 19.4 |
| 4 | 72 | 32 | 44.4 | 17 | 23.6 | 12 | 16.7 | 11 | 15.3 |
| 12 | 40 | 21 | 52.5 | 10 | 25.0 | 5 | 12.5 | 4 | 10.0 |
| 24 | 21 | 15 | 71.4 | 3 | 14.3 | 1 | 4.8 | 2 | 9.5 |
| 36 | 15 | 10 | 66.7 | 3 | 20.0 | 2 | 13.3 | 0 | 0.0 |
| 52 | 12 | 6 | 50.0 | 2 | 16.7 | 3 | 25.0 | 1 | 8.3 |
| FINAL | 72 | 33 | 45.8 | 13 | 18.1 | 11 | 15.3 | 15 | 20.8 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
WEEK 4: DAY 1 - DAY 56   WEEK 12: DAY 57 - DAY 126   WEEK 24: DAY 127 - DAY 210   WEEK 36: DAY 211 - DAY 308   WEEK 52: DAY 309 - DAY 378

SOURCE CODE:  T15_2_1.SAS        DATE SUBMITTED: 20FEB96

1645

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.2.1   FREQUENCY DISTRIBUTION FOR AIMS - OBSERVED CASES

600MG SEROQUEL - TID

| WEEK(#) | TOTAL | 0 N | 0 % | 1 - 3 N | 1 - 3 % | 4 - 7 N | 4 - 7 % | 8+ N | 8+ % |
|---|---|---|---|---|---|---|---|---|---|
| 0 | 34 | 15 | 44.1 | 8 | 23.5 | 6 | 17.6 | 5 | 14.7 |
| 4 | 34 | 16 | 47.1 | 9 | 26.5 | 5 | 14.7 | 4 | 11.8 |
| 12 | 26 | 11 | 42.3 | 8 | 30.8 | 3 | 11.5 | 4 | 15.4 |
| 24 | 15 | 7 | 46.7 | 3 | 20.0 | 1 | 6.7 | 4 | 26.7 |
| 36 | 10 | 4 | 40.0 | 3 | 30.0 | 3 | 30.0 | 0 | 0.0 |
| 52 | 8 | 3 | 37.5 | 2 | 25.0 | 1 | 12.5 | 2 | 25.0 |
| FINAL | 34 | 15 | 44.1 | 10 | 29.4 | 4 | 11.8 | 5 | 14.7 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
WEEK 4: DAY 1 - DAY 56   WEEK 12: DAY 57 - DAY 126   WEEK 24: DAY 127 - DAY 210   WEEK 36: DAY 211 - DAY 308   WEEK 52: DAY 309 - DAY 378

SOURCE CODE:  T15_2_1.SAS          DATE SUBMITTED: 20FEB96

1646

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.2.1   FREQUENCY DISTRIBUTION FOR AIMS - OBSERVED CASES

600MG SEROQUEL - BID

| WEEK(#) | TOTAL N | 0 N | 0 % | 1 - 3 N | 1 - 3 % | 4 - 7 N | 4 - 7 % | 8+ N | 8+ % |
|---|---|---|---|---|---|---|---|---|---|
| 0 | 37 | 15 | 40.5 | 8 | 21.6 | 6 | 16.2 | 8 | 21.6 |
| 4 | 37 | 14 | 37.8 | 10 | 27.0 | 7 | 18.9 | 6 | 16.2 |
| 12 | 23 | 11 | 47.8 | 6 | 26.1 | 4 | 17.4 | 2 | 8.7 |
| 24 | 12 | 8 | 66.7 | 2 | 16.7 | 1 | 8.3 | 1 | 8.3 |
| 36 | 8 | 4 | 50.0 | 3 | 37.5 | 0 | 0.0 | 1 | 12.5 |
| 52 | 7 | 6 | 85.7 | 1 | 14.3 | 0 | 0.0 | 0 | 0.0 |
| FINAL | 37 | 19 | 51.4 | 9 | 24.3 | 2 | 5.4 | 7 | 18.9 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
WEEK 4: DAY 1 - DAY 56   WEEK 12: DAY 57 - DAY 126   WEEK 24: DAY 127 - DAY 210   WEEK 36: DAY 211 - DAY 308   WEEK 52: DAY 309 - DAY 378

SOURCE CODE: T15_2_1.SAS        DATE SUBMITTED: 20FEB96

1647

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.2.1   FREQUENCY DISTRIBUTION FOR AIMS - OBSERVED CASES

600MG SEROQUEL - TOTAL

| WEEK(#) | TOTAL | 0 N | 0 % | 1 - 3 N | 1 - 3 % | 4 - 7 N | 4 - 7 % | 8+ N | 8+ % |
|---|---|---|---|---|---|---|---|---|---|
| 0 | 71 | 30 | 42.3 | 16 | 22.5 | 12 | 16.9 | 13 | 18.3 |
| 4 | 71 | 30 | 42.3 | 19 | 26.8 | 12 | 16.9 | 10 | 14.1 |
| 12 | 49 | 22 | 44.9 | 14 | 28.6 | 7 | 14.3 | 6 | 12.2 |
| 24 | 27 | 15 | 55.6 | 5 | 18.5 | 2 | 7.4 | 5 | 18.5 |
| 36 | 18 | 8 | 44.4 | 6 | 33.3 | 3 | 16.7 | 1 | 5.6 |
| 52 | 15 | 9 | 60.0 | 3 | 20.0 | 1 | 6.7 | 2 | 13.3 |
| FINAL | 71 | 34 | 47.9 | 19 | 26.8 | 6 | 8.5 | 12 | 16.9 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
WEEK 4: DAY 1 - DAY 56   WEEK 12: DAY 57 - DAY 126   WEEK 24: DAY 127 - DAY 210   WEEK 36: DAY 211 - DAY 308   WEEK 52: DAY 309 - DAY 378

SOURCE CODE: T15_2_1.SAS        DATE SUBMITTED: 20FEB96

1648

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.2.1   FREQUENCY DISTRIBUTION FOR AIMS - OBSERVED CASES

12MG HALOPERIDOL - TID

| WEEK(#) | TOTAL N | 0 N | 0 % | 1 - 3 N | 1 - 3 % | 4 - 7 N | 4 - 7 % | 8+ N | 8+ % |
|---|---|---|---|---|---|---|---|---|---|
| 0 | 37 | 18 | 48.6 | 8 | 21.6 | 4 | 10.8 | 7 | 18.9 |
| 4 | 37 | 21 | 56.8 | 4 | 10.8 | 5 | 13.5 | 7 | 18.9 |
| 12 | 22 | 10 | 45.5 | 3 | 13.6 | 5 | 22.7 | 4 | 18.2 |
| 24 | 15 | 7 | 46.7 | 5 | 33.3 | 1 | 6.7 | 2 | 13.3 |
| 36 | 16 | 8 | 50.0 | 4 | 25.0 | 2 | 12.5 | 2 | 12.5 |
| 52 | 13 | 5 | 38.5 | 2 | 15.4 | 3 | 23.1 | 3 | 23.1 |
| FINAL | 37 | 20 | 54.1 | 5 | 13.5 | 4 | 10.8 | 8 | 21.6 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
WEEK 4: DAY 1 - DAY 56   WEEK 12: DAY 57 - DAY 126   WEEK 24: DAY 127 - DAY 210   WEEK 36: DAY 211 - DAY 308   WEEK 52: DAY 309 - DAY 378

SOURCE CODE: T15_2_1.SAS        DATE SUBMITTED: 20FEB96

1649

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.2.2   FREQUENCY DISTRIBUTION FOR CHANGE FROM BASELINE IN AIMS - OBSERVED CASES

75MG SEROQUEL - TID

| WEEK(#) | TOTAL | -3 OR LESS | | -2 - -1 | | 0 | | +1 - +2 | | +3 OR GREATER | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % |
| 4 | 34 | 5 | 14.7 | 6 | 17.6 | 16 | 47.1 | 5 | 14.7 | 2 | 5.9 |
| 12 | 17 | 1 | 5.9 | 5 | 29.4 | 8 | 47.1 | 1 | 5.9 | 2 | 11.8 |
| 24 | 10 | 1 | 10.0 | 3 | 30.0 | 2 | 20.0 | 2 | 20.0 | 2 | 20.0 |
| 36 | 7 | 1 | 14.3 | 3 | 42.9 | 1 | 14.3 | 1 | 14.3 | 1 | 14.3 |
| 52 | 1 | 0 | 0.0 | 1 | 100.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| FINAL | 34 | 5 | 14.7 | 9 | 26.5 | 13 | 38.2 | 4 | 11.8 | 3 | 8.8 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
WEEK 4: DAY 1 - DAY 56   WEEK 12: DAY 57 - DAY 126   WEEK 24: DAY 127 - DAY 210   WEEK 36: DAY 211 - DAY 308   WEEK 52: DAY 309 - DAY 378

SOURCE CODE: T15_2_3.SAS
DATE SUBMITTED: 20FEB96

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.2.2   FREQUENCY DISTRIBUTION FOR CHANGE FROM BASELINE IN AIMS - OBSERVED CASES

75MG SEROQUEL - BID

| WEEK(#) | TOTAL | -3 OR LESS N | % | -2 - -1 N | % | 0 N | % | +1 - +2 N | % | +3 OR GREATER N | % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 35 | 8 | 22.9 | 1 | 2.9 | 13 | 37.1 | 6 | 17.1 | 7 | 20.0 |
| 12 | 21 | 5 | 23.8 | 4 | 19.0 | 6 | 28.6 | 1 | 4.8 | 5 | 23.8 |
| 24 | 10 | 2 | 20.0 | 0 | 0.0 | 5 | 50.0 | 1 | 10.0 | 2 | 20.0 |
| 36 | 9 | 3 | 33.3 | 0 | 0.0 | 4 | 44.4 | 2 | 22.2 | 0 | 0.0 |
| 52 | 6 | 1 | 16.7 | 1 | 16.7 | 4 | 66.7 | 0 | 0.0 | 0 | 0.0 |
| FINAL | 35 | 7 | 20.0 | 6 | 17.1 | 13 | 37.1 | 0 | 0 | 9 | 25.7 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
WEEK 4: DAY 1 - DAY 56   WEEK 12: DAY 57 - DAY 126   WEEK 24: DAY 127 - DAY 210   WEEK 36: DAY 211 - DAY 308   WEEK 52: DAY 309 - DAY 378

SOURCE CODE: T15_2_3.SAS
DATE SUBMITTED: 20FEB96

1651

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.2.2   FREQUENCY DISTRIBUTION FOR CHANGE FROM BASELINE IN AIMS - OBSERVED CASES

75MG SEROQUEL - TOTAL

| WEEK(#) | TOTAL | -3 OR LESS | | -2 - -1 | | 0 | | +1 - +2 | | +3 OR GREATER | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % |
| 4 | 69 | 13 | 18.8 | 7 | 10.1 | 29 | 42.0 | 11 | 15.9 | 9 | 13.0 |
| 12 | 38 | 6 | 15.8 | 9 | 23.7 | 14 | 36.8 | 2 | 5.3 | 7 | 18.4 |
| 24 | 20 | 3 | 15.0 | 3 | 15.0 | 7 | 35.0 | 3 | 15.0 | 4 | 20.0 |
| 36 | 16 | 4 | 25.0 | 3 | 18.8 | 5 | 31.3 | 3 | 18.8 | 1 | 6.3 |
| 52 | 7 | 1 | 14.3 | 2 | 28.6 | 4 | 57.1 | 0 | 0.0 | 0 | 0.0 |
| FINAL | 69 | 12 | 17.4 | 15 | 21.7 | 26 | 37.7 | 4 | 5.8 | 12 | 17.4 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
WEEK 4: DAY 1 - DAY 56   WEEK 12: DAY 57 - DAY 126   WEEK 24: DAY 127 - DAY 210   WEEK 36: DAY 211 - DAY 308   WEEK 52: DAY 309 - DAY 378

SOURCE CODE: T15_2_3.SAS
DATE SUBMITTED: 20FEB96

1652

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.2.2   FREQUENCY DISTRIBUTION FOR CHANGE FROM BASELINE IN AIMS - OBSERVED CASES

300MG SEROQUEL - TID

| WEEK(#) | TOTAL | -3 OR LESS | | -2 - -1 | | 0 | | +1 - +2 | | +3 OR GREATER | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % |
| 4 | 34 | 4 | 11.8 | 4 | 11.8 | 15 | 44.1 | 8 | 23.5 | 3 | 8.8 |
| 12 | 22 | 6 | 27.3 | 3 | 13.6 | 9 | 40.9 | 1 | 4.5 | 3 | 13.6 |
| 24 | 11 | 2 | 18.2 | 2 | 18.2 | 6 | 54.5 | 0 | 0.0 | 1 | 9.1 |
| 36 | 6 | 1 | 16.7 | 1 | 16.7 | 2 | 33.3 | 2 | 33.3 | 0 | 0.0 |
| 52 | 5 | 1 | 20.0 | 1 | 20.0 | 1 | 20.0 | 0 | 0.0 | 2 | 40.0 |
| FINAL | 34 | 6 | 17.6 | 5 | 14.7 | 11 | 32.4 | 4 | 11.8 | 8 | 23.5 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
WEEK 4: DAY 1 - DAY 56    WEEK 12: DAY 57 - DAY 126    WEEK 24: DAY 127 - DAY 210    WEEK 36: DAY 211 - DAY 308    WEEK 52: DAY 309 - DAY 378

SOURCE CODE: T15_2_3.SAS
DATE SUBMITTED: 20FEB96

1653

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.2.2   FREQUENCY DISTRIBUTION FOR CHANGE FROM BASELINE IN AIMS - OBSERVED CASES

300MG SEROQUEL - BID

| WEEK(#) | TOTAL | -3 OR LESS | | -2 - -1 | | 0 | | +1 - +2 | | +3 OR GREATER | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % |
| 4 | 38 | 6 | 15.8 | 9 | 23.7 | 14 | 36.8 | 3 | 7.9 | 6 | 15.8 |
| 12 | 18 | 4 | 22.2 | 2 | 11.1 | 9 | 50.0 | 2 | 11.1 | 1 | 5.6 |
| 24 | 10 | 5 | 50.0 | 0 | 0.0 | 3 | 30.0 | 0 | 0.0 | 2 | 20.0 |
| 36 | 9 | 2 | 22.2 | 2 | 22.2 | 4 | 44.4 | 0 | 0.0 | 1 | 11.1 |
| 52 | 7 | 1 | 14.3 | 1 | 14.3 | 2 | 28.6 | 0 | 0.0 | 3 | 42.9 |
| FINAL | 38 | 6 | 15.8 | 5 | 13.2 | 16 | 42.1 | 2 | 5.3 | 9 | 23.7 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
WEEK 4: DAY 1 - DAY 56    WEEK 12: DAY 57 - DAY 126    WEEK 24: DAY 127 - DAY 210    WEEK 36: DAY 211 - DAY 308    WEEK 52: DAY 309 - DAY 378

SOURCE CODE: T15_2_3.SAS
DATE SUBMITTED: 20FEB96

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.2.2   FREQUENCY DISTRIBUTION FOR CHANGE FROM BASELINE IN AIMS - OBSERVED CASES

300MG SEROQUEL - TOTAL

| WEEK(#) | TOTAL | -3 OR LESS N | % | -2 - -1 N | % | 0 N | % | +1 - +2 N | % | +3 OR GREATER N | % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 72 | 10 | 13.9 | 13 | 18.1 | 29 | 40.3 | 11 | 15.3 | 9 | 12.5 |
| 12 | 40 | 10 | 25.0 | 5 | 12.5 | 18 | 45.0 | 3 | 7.5 | 4 | 10.0 |
| 24 | 21 | 7 | 33.3 | 2 | 9.5 | 9 | 42.9 | 0 | 0.0 | 3 | 14.3 |
| 36 | 15 | 3 | 20.0 | 3 | 20.0 | 6 | 40.0 | 2 | 13.3 | 1 | 6.7 |
| 52 | 12 | 2 | 16.7 | 2 | 16.7 | 3 | 25.0 | 0 | 0.0 | 5 | 41.7 |
| FINAL | 72 | 12 | 16.7 | 10 | 13.9 | 27 | 37.5 | 6 | 8.3 | 17 | 23.6 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
WEEK 4: DAY 1 - DAY 56   WEEK 12: DAY 57 - DAY 126   WEEK 24: DAY 127 - DAY 210   WEEK 36: DAY 211 - DAY 308   WEEK 52: DAY 309 - DAY 378

SOURCE CODE: T15_2_3.SAS
DATE SUBMITTED: 20FEB96

1655

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.2.2   FREQUENCY DISTRIBUTION FOR CHANGE FROM BASELINE IN AIMS - OBSERVED CASES

600MG SEROQUEL - TID

| WEEK(#) | TOTAL N | -3 OR LESS | | -2 - -1 | | 0 | | +1 - +2 | | +3 OR GREATER | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % |
| 4 | 34 | 6 | 17.6 | 6 | 17.6 | 14 | 41.2 | 7 | 20.6 | 1 | 2.9 |
| 12 | 26 | 4 | 15.4 | 4 | 15.4 | 11 | 42.3 | 4 | 15.4 | 3 | 11.5 |
| 24 | 15 | 5 | 33.3 | 2 | 13.3 | 4 | 26.7 | 3 | 20.0 | 1 | 6.7 |
| 36 | 10 | 6 | 60.0 | 1 | 10.0 | 3 | 30.0 | 0 | 0.0 | 0 | 0.0 |
| 52 | 8 | 4 | 50.0 | 0 | 0.0 | 4 | 50.0 | 0 | 0.0 | 0 | 0.0 |
| FINAL | 34 | 5 | 14.7 | 7 | 20.6 | 14 | 41.2 | 6 | 17.6 | 2 | 5.9 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
WEEK 4: DAY 1 - DAY 56   WEEK 12: DAY 57 - DAY 126   WEEK 24: DAY 127 - DAY 210   WEEK 36: DAY 211 - DAY 308   WEEK 52: DAY 309 - DAY 378

SOURCE CODE: T15_2_3.SAS
DATE SUBMITTED: 20FEB96

1656

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636)
AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.2.2   FREQUENCY DISTRIBUTION FOR CHANGE FROM BASELINE IN AIMS - OBSERVED CASES

600MG SEROQUEL - BID

| WEEK(#) | TOTAL | -3 OR LESS | | -2 - -1 | | 0 | | +1 - +2 | | +3 OR GREATER | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % |
| 4 | 37 | 7 | 18.9 | 7 | 18.9 | 15 | 40.5 | 4 | 10.8 | 4 | 10.8 |
| 12 | 23 | 2 | 8.7 | 4 | 17.4 | 11 | 47.8 | 4 | 17.4 | 2 | 8.7 |
| 24 | 12 | 3 | 25.0 | 3 | 25.0 | 3 | 25.0 | 2 | 16.7 | 1 | 8.3 |
| 36 | 8 | 1 | 12.5 | 3 | 37.5 | 3 | 37.5 | 1 | 12.5 | 0 | 0.0 |
| 52 | 7 | 1 | 14.3 | 3 | 42.9 | 3 | 42.9 | 0 | 0.0 | 0 | 0.0 |
| FINAL | 37 | 8 | 21.6 | 9 | 24.3 | 13 | 35.1 | 4 | 10.8 | 3 | 8.1 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
WEEK 4: DAY 1 - DAY 56   WEEK 12: DAY 57 - DAY 126   WEEK 24: DAY 127 - DAY 210   WEEK 36: DAY 211 - DAY 308   WEEK 52: DAY 309 - DAY 378

SOURCE CODE: T15_2_3.SAS
DATE SUBMITTED: 20FEB96

1657

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636)
AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.2.2   FREQUENCY DISTRIBUTION FOR CHANGE FROM BASELINE IN AIMS - OBSERVED CASES

600MG SEROQUEL - TOTAL

| WEEK(#) | TOTAL N | -3 OR LESS N | % | -2 - -1 N | % | 0 N | % | +1 - +2 N | % | +3 OR GREATER N | % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 71 | 13 | 18.3 | 13 | 18.3 | 29 | 40.8 | 11 | 15.5 | 5 | 7.0 |
| 12 | 49 | 6 | 12.2 | 8 | 16.3 | 22 | 44.9 | 8 | 16.3 | 5 | 10.2 |
| 24 | 27 | 8 | 29.6 | 5 | 18.5 | 7 | 25.9 | 5 | 18.5 | 2 | 7.4 |
| 36 | 18 | 7 | 38.9 | 4 | 22.2 | 6 | 33.3 | 1 | 5.6 | 0 | 0.0 |
| 52 | 15 | 5 | 33.3 | 3 | 20.0 | 7 | 46.7 | 0 | 0.0 | 0 | 0.0 |
| FINAL | 71 | 13 | 18.3 | 16 | 22.5 | 27 | 38.0 | 10 | 14.1 | 5 | 7.0 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
WEEK 4: DAY 1 - DAY 56   WEEK 12: DAY 57 - DAY 126   WEEK 24: DAY 127 - DAY 210   WEEK 36: DAY 211 - DAY 308   WEEK 52: DAY 309 - DAY 378

SOURCE CODE: T15_2_3.SAS
DATE SUBMITTED: 20FEB96

1658

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636)
AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.2.2   FREQUENCY DISTRIBUTION FOR CHANGE FROM BASELINE IN AIMS - OBSERVED CASES

| | | 12MG HALOPERIDOL - TID | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | -3 OR LESS | | -2 - -1 | | 0 | | +1 - +2 | | +3 OR GREATER | |
| WEEK(#) | TOTAL | N | % | N | % | N | % | N | % | N | % |
| 4 | 37 | 4 | 10.8 | 6 | 16.2 | 18 | 48.6 | 2 | 5.4 | 7 | 18.9 |
| 12 | 22 | 5 | 22.7 | 4 | 18.2 | 10 | 45.5 | 1 | 4.5 | 2 | 9.1 |
| 24 | 15 | 5 | 33.3 | 3 | 20.0 | 4 | 26.7 | 2 | 13.3 | 1 | 6.7 |
| 36 | 16 | 4 | 25.0 | 4 | 25.0 | 6 | 37.5 | 1 | 6.3 | 1 | 6.3 |
| 52 | 13 | 2 | 15.4 | 3 | 23.1 | 3 | 23.1 | 1 | 7.7 | 4 | 30.8 |
| FINAL | 37 | 5 | 13.5 | 5 | 13.5 | 17 | 45.9 | 1 | 2.7 | 9 | 24.3 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
WEEK 4: DAY 1 - DAY 56   WEEK 12: DAY 57 - DAY 126   WEEK 24: DAY 127 - DAY 210   WEEK 36: DAY 211 - DAY 308   WEEK 52: DAY 309 - DAY 378

SOURCE CODE: T15_2_3.SAS
DATE SUBMITTED: 20FEB96

1659

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.2.3   FREQUENCY DISTRIBUTION FOR AIMS - LOCF*

75MG SEROQUEL - TID

| | TOTAL | 0 | | 1 - 3 | | 4 - 7 | | 8+ | |
|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % |
| WEEK(#) | | | | | | | | | |
| 0 | 34 | 17 | 50.0 | 9 | 26.5 | 4 | 11.8 | 4 | 11.8 |
| 4 | 34 | 19 | 55.9 | 9 | 26.5 | 4 | 11.8 | 2 | 5.9 |
| 12 | 34 | 20 | 58.8 | 6 | 17.6 | 6 | 17.6 | 2 | 5.9 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
    WEEK 4: DAY 1 - DAY 56   WEEK 12: DAY 57 - DAY 126

*LOCF: LAST OBSERVATION CARRIED FORWARD

SOURCE CODE: T15_2_3.SAS
DATE SUBMITTED: 20FEB96

1660

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

## TABLE T15.2.3   FREQUENCY DISTRIBUTION FOR AIMS - LOCF*

75MG SEROQUEL - BID

| WEEK(#) | TOTAL N | 0 N | 0 % | 1 - 3 N | 1 - 3 % | 4 - 7 N | 4 - 7 % | 8+ N | 8+ % |
|---|---|---|---|---|---|---|---|---|---|
| 0 | 35 | 12 | 34.3 | 8 | 22.9 | 9 | 25.7 | 6 | 17.1 |
| 4 | 35 | 15 | 42.9 | 7 | 20.0 | 8 | 22.9 | 5 | 14.3 |
| 12 | 35 | 15 | 42.9 | 8 | 22.9 | 5 | 14.3 | 7 | 20.0 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
WEEK 4: DAY 1 - DAY 56   WEEK 12: DAY 57 - DAY 126

*LOCF: LAST OBSERVATION CARRIED FORWARD

SOURCE CODE: T15_2_3.SAS
DATE SUBMITTED: 20FEB96

1661

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.2.3   FREQUENCY DISTRIBUTION FOR AIMS - LOCF*

75MG SEROQUEL - TOTAL

| WEEK(#) | TOTAL | 0 | | 1 - 3 | | 4 - 7 | | 8+ | |
|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % |
| 0 | 69 | 29 | 42.0 | 17 | 24.6 | 13 | 18.8 | 10 | 14.5 |
| 4 | 69 | 34 | 49.3 | 16 | 23.2 | 12 | 17.4 | 7 | 10.1 |
| 12 | 69 | 35 | 50.7 | 14 | 20.3 | 11 | 15.9 | 9 | 13.0 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
WEEK 4: DAY 1 - DAY 56   WEEK 12: DAY 57 - DAY 126

*LOCF: LAST OBSERVATION CARRIED FORWARD

SOURCE CODE: T15_2_3.SAS
DATE SUBMITTED: 20FEB96

1662

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.2.3   FREQUENCY DISTRIBUTION FOR AIMS - LOCF*

300MG SEROQUEL - TID

| | TOTAL | | 0 | | 1 - 3 | | 4 - 7 | | 8+ | |
|---|---|---|---|---|---|---|---|---|---|---|
| WEEK(#) | N | | N | % | N | % | N | % | N | % |
| 0 | 34 | | 15 | 44.1 | 8 | 23.5 | 5 | 14.7 | 6 | 17.6 |
| 4 | 34 | | 13 | 38.2 | 10 | 29.4 | 8 | 23.5 | 3 | 8.8 |
| 12 | 34 | | 16 | 47.1 | 9 | 26.5 | 5 | 14.7 | 4 | 11.8 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
     WEEK 4: DAY 1 - DAY 56   WEEK 12: DAY 57 - DAY 126

*LOCF: LAST OBSERVATION CARRIED FORWARD

SOURCE CODE: T15_2_3.SAS
DATE SUBMITTED: 20FEB96

1663

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636)
AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.2.3   FREQUENCY DISTRIBUTION FOR AIMS - LOCF*

300MG SEROQUEL - BID

| | TOTAL | 0 | | 1 - 3 | | 4 - 7 | | 8+ | |
|---|---|---|---|---|---|---|---|---|---|
| WEEK(#) | N | N | % | N | % | N | % | N | % |
| 0 | 38 | 17 | 44.7 | 9 | 23.7 | 4 | 10.5 | 8 | 21.1 |
| 4 | 38 | 19 | 50.0 | 7 | 18.4 | 4 | 10.5 | 8 | 21.1 |
| 12 | 38 | 17 | 44.7 | 9 | 23.7 | 4 | 10.5 | 8 | 21.1 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
    WEEK 4: DAY 1 - DAY 56   WEEK 12: DAY 57 - DAY 126

*LOCF: LAST OBSERVATION CARRIED FORWARD

SOURCE CODE: T15_2_3.SAS
DATE SUBMITTED: 20FEB96

1664

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

## TABLE T15.2.3   FREQUENCY DISTRIBUTION FOR AIMS - LOCF*

300MG SEROQUEL - TOTAL

| WEEK(#) | TOTAL | 0 N | 0 % | 1 - 3 N | 1 - 3 % | 4 - 7 N | 4 - 7 % | 8+ N | 8+ % |
|---|---|---|---|---|---|---|---|---|---|
| 0 | 72 | 32 | 44.4 | 17 | 23.6 | 9 | 12.5 | 14 | 19.4 |
| 4 | 72 | 32 | 44.4 | 17 | 23.6 | 12 | 16.7 | 11 | 15.3 |
| 12 | 72 | 33 | 45.8 | 18 | 25.0 | 9 | 12.5 | 12 | 16.7 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
    WEEK 4: DAY 1 - DAY 56   WEEK 12: DAY 57 - DAY 126

*LOCF: LAST OBSERVATION CARRIED FORWARD

SOURCE CODE: T15_2_3.SAS
DATE SUBMITTED: 20FEB96

1665

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.2.3   FREQUENCY DISTRIBUTION FOR AIMS - LOCF*

600MG SEROQUEL - TID

| WEEK(#) | TOTAL | 0 | | 1 - 3 | | 4 - 7 | | 8+ | |
|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % |
| 0 | 34 | 15 | 44.1 | 8 | 23.5 | 6 | 17.6 | 5 | 14.7 |
| 4 | 34 | 16 | 47.1 | 9 | 26.5 | 5 | 14.7 | 4 | 11.8 |
| 12 | 34 | 13 | 38.2 | 11 | 32.4 | 5 | 14.7 | 5 | 14.7 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
    WEEK 4: DAY 1 - DAY 56   WEEK 12: DAY 57 - DAY 126

*LOCF: LAST OBSERVATION CARRIED FORWARD

SOURCE CODE: T15_2_3.SAS
DATE SUBMITTED: 20FEB96

1666

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.2.3   FREQUENCY DISTRIBUTION FOR AIMS - LOCF*

600MG SEROQUEL - BID

| WEEK(#) | TOTAL | 0 N | 0 % | 1 - 3 N | 1 - 3 % | 4 - 7 N | 4 - 7 % | 8+ N | 8+ % |
|---|---|---|---|---|---|---|---|---|---|
| 0 | 37 | 15 | 40.5 | 8 | 21.6 | 6 | 16.2 | 8 | 21.6 |
| 4 | 37 | 14 | 37.8 | 10 | 27.0 | 7 | 18.9 | 6 | 16.2 |
| 12 | 37 | 15 | 40.5 | 9 | 24.3 | 8 | 21.6 | 5 | 13.5 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
WEEK 4: DAY 1 - DAY 56   WEEK 12: DAY 57 - DAY 126

*LOCF: LAST OBSERVATION CARRIED FORWARD

SOURCE CODE: T15_2_3.SAS
DATE SUBMITTED: 20FEB96

1667

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.2.3   FREQUENCY DISTRIBUTION FOR AIMS - LOCF*

| | | 600MG SEROQUEL - TOTAL | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 0 | | 1 - 3 | | 4 - 7 | | 8+ | |
| WEEK(#) | TOTAL | N | % | N | % | N | % | N | % |
| 0 | 71 | 30 | 42.3 | 16 | 22.5 | 12 | 16.9 | 13 | 18.3 |
| 4 | 71 | 30 | 42.3 | 19 | 26.8 | 12 | 16.9 | 10 | 14.1 |
| 12 | 71 | 28 | 39.4 | 20 | 28.2 | 13 | 18.3 | 10 | 14.1 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
WEEK 4: DAY 1 - DAY 56   WEEK 12: DAY 57 - DAY 126

*LOCF: LAST OBSERVATION CARRIED FORWARD

SOURCE CODE: T15_2_3.SAS
DATE SUBMITTED: 20FEB96

1668

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.2.3   FREQUENCY DISTRIBUTION FOR AIMS - LOCF*

12MG HALOPERIDOL - TID

| WEEK(#) | TOTAL | 0 N | 0 % | 1 - 3 N | 1 - 3 % | 4 - 7 N | 4 - 7 % | 8+ N | 8+ % |
|---|---|---|---|---|---|---|---|---|---|
| 0 | 37 | 18 | 48.6 | 8 | 21.6 | 4 | 10.8 | 7 | 18.9 |
| 4 | 37 | 21 | 56.8 | 4 | 10.8 | 5 | 13.5 | 7 | 18.9 |
| 12 | 37 | 19 | 51.4 | 5 | 13.5 | 7 | 18.9 | 6 | 16.2 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
WEEK 4: DAY 1 - DAY 56   WEEK 12: DAY 57 - DAY 126

*LOCF: LAST OBSERVATION CARRIED FORWARD

SOURCE CODE: T15_2_3.SAS
DATE SUBMITTED: 20FEB96

1669

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.2.4  FREQUENCY DISTRIBUTION FOR CHANGE FROM BASELINE IN AIMS - LOCF*

75MG SEROQUEL - TID

| | TOTAL | | -3 OR LESS | | -2 - -1 | | 0 | | +1 - +2 | | +3 OR GREATER | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WEEK(#) | | | N | % | N | % | N | % | N | % | N | % |
| 4 | 34 | | 5 | 14.7 | 6 | 17.6 | 16 | 47.1 | 5 | 14.7 | 2 | 5.9 |
| 12 | 34 | | 6 | 17.6 | 6 | 17.6 | 15 | 44.1 | 3 | 8.8 | 4 | 11.8 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
     WEEK 4: DAY 1 - DAY 56   WEEK 12: DAY 57 - DAY 126

*LOCF: LAST OBSERVATION CARRIED FORWARD

SOURCE CODE: T15_2_4.SAS
DATE SUBMITTED: 20FEB96

1670

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.2.4  FREQUENCY DISTRIBUTION FOR CHANGE FROM BASELINE IN AIMS - LOCF*

75MG SEROQUEL - BID

| | TOTAL | | -3 OR LESS | | -2 - -1 | | 0 | | +1 - +2 | | +3 OR GREATER | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WEEK(#) | N | | N | % | N | % | N | % | N | % | N | % |
| 4 | 35 | | 8 | 22.9 | 1 | 2.9 | 13 | 37.1 | 6 | 17.1 | 7 | 20.0 |
| 12 | 35 | | 7 | 20.0 | 5 | 14.3 | 11 | 31.4 | 3 | 8.6 | 9 | 25.7 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
WEEK 4: DAY 1 - DAY 56   WEEK 12: DAY 57 - DAY 126

*LOCF: LAST OBSERVATION CARRIED FORWARD

SOURCE CODE: T15_2_4.SAS
DATE SUBMITTED: 20FEB96

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.2.4   FREQUENCY DISTRIBUTION FOR CHANGE FROM BASELINE IN AIMS - LOCF*

75MG SEROQUEL - TOTAL

| WEEK(#) | TOTAL | -3 OR LESS | | -2 - -1 | | 0 | | +1 - +2 | | +3 OR GREATER | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % |
| 4 | 69 | 13 | 18.8 | 7 | 10.1 | 29 | 42.0 | 11 | 15.9 | 9 | 13.0 |
| 12 | 69 | 13 | 18.8 | 11 | 15.9 | 26 | 37.7 | 6 | 8.7 | 13 | 18.8 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
WEEK 4: DAY 1 - DAY 56   WEEK 12: DAY 57 - DAY 126

*LOCF: LAST OBSERVATION CARRIED FORWARD

SOURCE CODE: T15_2_4.SAS
DATE SUBMITTED: 20FEB96

1672

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.2.4   FREQUENCY DISTRIBUTION FOR CHANGE FROM BASELINE IN AIMS - LOCF*

300MG SEROQUEL - TID

| WEEK(#) | TOTAL N | -3 OR LESS N | -3 OR LESS % | -2 - -1 N | -2 - -1 % | 0 N | 0 % | +1 - +2 N | +1 - +2 % | +3 OR GREATER N | +3 OR GREATER % |
|---------|---------|--------------|--------------|-----------|-----------|-----|-----|-----------|-----------|-----------------|-----------------|
| 4       | 34      | 4            | 11.8         | 4         | 11.8      | 15  | 44.1 | 8        | 23.5      | 3               | 8.8             |
| 12      | 34      | 6            | 17.6         | 4         | 11.8      | 14  | 41.2 | 5        | 14.7      | 5               | 14.7            |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
    WEEK 4: DAY 1 - DAY 56   WEEK 12: DAY 57 - DAY 126

*LOCF: LAST OBSERVATION CARRIED FORWARD

SOURCE CODE: T15_2_4.SAS
DATE SUBMITTED: 20FEB96

1673

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.2.4   FREQUENCY DISTRIBUTION FOR CHANGE FROM BASELINE IN AIMS - LOCF*

300MG SEROQUEL - BID

| | TOTAL | -3 OR LESS | | -2 -- -1 | | 0 | | +1 -- +2 | | +3 OR GREATER | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % |
| WEEK(#) | | | | | | | | | | | |
| 4 | 38 | 6 | 15.8 | 9 | 23.7 | 14 | 36.8 | 3 | 7.9 | 6 | 15.8 |
| 12 | 38 | 7 | 18.4 | 6 | 15.8 | 14 | 36.8 | 5 | 13.2 | 6 | 15.8 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
WEEK 4: DAY 1 - DAY 56   WEEK 12: DAY 57 - DAY 126

*LOCF: LAST OBSERVATION CARRIED FORWARD

SOURCE CODE: T15_2_4.SAS
DATE SUBMITTED: 20FEB96

1674

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.2.4   FREQUENCY DISTRIBUTION FOR CHANGE FROM BASELINE IN AIMS - LOCF*

300MG SEROQUEL - TOTAL

| WEEK(#) | TOTAL | | -3 OR LESS | | -2 - -1 | | 0 | | +1 - +2 | | +3 OR GREATER | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | N | % | N | % | N | % | N | % | N | % |
| 4 | 72 | | 10 | 13.9 | 13 | 18.1 | 29 | 40.3 | 11 | 15.3 | 9 | 12.5 |
| 12 | 72 | | 13 | 18.1 | 10 | 13.9 | 28 | 38.9 | 10 | 13.9 | 11 | 15.3 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
    WEEK 4: DAY 1 - DAY 56   WEEK 12: DAY 57 - DAY 126

*LOCF: LAST OBSERVATION CARRIED FORWARD

SOURCE CODE: T15_2_4.SAS
DATE SUBMITTED: 20FEB96

1675

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.2.4   FREQUENCY DISTRIBUTION FOR CHANGE FROM BASELINE IN AIMS - LOCF*

600MG SEROQUEL - TID

| WEEK(#) | | TOTAL | | -3 OR LESS | | -2 - -1 | | 0 | | +1 - +2 | | +3 OR GREATER | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | N | % | N | % | N | % | N | % | N | % |
| 4 | | 34 | 6 | 17.6 | 6 | 17.6 | 14 | 41.2 | 7 | 20.6 | 1 | 2.9 |
| 12 | | 34 | 5 | 14.7 | 6 | 17.6 | 12 | 35.3 | 7 | 20.6 | 4 | 11.8 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
WEEK 4: DAY 1 - DAY 56   WEEK 12: DAY 57 - DAY 126

*LOCF: LAST OBSERVATION CARRIED FORWARD

SOURCE CODE: T15_2_4.SAS
DATE SUBMITTED: 20FEB96

1676

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636)
AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.2.4  FREQUENCY DISTRIBUTION FOR CHANGE FROM BASELINE IN AIMS - LOCF*

600MG SEROQUEL - BID

| | | -3 OR LESS | | -2 - -1 | | 0 | | +1 - +2 | | +3 OR GREATER | |
| | TOTAL | N | % | N | % | N | % | N | % | N | % |
| WEEK(#) | | | | | | | | | | | |
| 4 | 37 | 7 | 18.9 | 7 | 18.9 | 15 | 40.5 | 4 | 10.8 | 4 | 10.8 |
| 12 | 37 | 7 | 18.9 | 6 | 16.2 | 14 | 37.8 | 6 | 16.2 | 4 | 10.8 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
WEEK 4: DAY 1 - DAY 56   WEEK 12: DAY 57 - DAY 126

*LOCF: LAST OBSERVATION CARRIED FORWARD

SOURCE CODE: T15_2_4.SAS
DATE SUBMITTED: 20FEB96

1677

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636)
AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.2.4   FREQUENCY DISTRIBUTION FOR CHANGE FROM BASELINE IN AIMS - LOCF*

600MG SEROQUEL - TOTAL

| | TOTAL | | -3 OR LESS | | -2 - -1 | | 0 | | +1 - +2 | | +3 OR GREATER | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WEEK(#) | N | | N | % | N | % | N | % | N | % | N | % |
| 4 | 71 | | 13 | 18.3 | 13 | 18.3 | 29 | 40.8 | 11 | 15.5 | 5 | 7.0 |
| 12 | 71 | | 12 | 16.9 | 12 | 16.9 | 26 | 36.6 | 13 | 18.3 | 8 | 11.3 |

(#) POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
    WEEK 4: DAY 1 - DAY 56   WEEK 12: DAY 57 - DAY 126

*LOCF: LAST OBSERVATION CARRIED FORWARD

SOURCE CODE: T15_2_4.SAS
DATE SUBMITTED: 20FEB96

1678

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T15.2.4   FREQUENCY DISTRIBUTION FOR CHANGE FROM BASELINE IN AIMS - LOCF*

| | | 12MG HALOPERIDOL - TID | | | | | | | | | | |
| | | -3 OR LESS | | -2 - -1 | | 0 | | +1 - +2 | | +3 OR GREATER | |
| | TOTAL | N | % | N | % | N | % | N | % | N | % |
| WEEK(#) | | | | | | | | | | | |
| 4 | 37 | 4 | 10.8 | 6 | 16.2 | 18 | 48.6 | 2 | 5.4 | 7 | 18.9 |
| 12 | 37 | 5 | 13.5 | 6 | 16.2 | 20 | 54.1 | 1 | 2.7 | 5 | 13.5 |

(#)  POST-BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO RANDOMIZATION:
     WEEK 4: DAY 1 - DAY 56   WEEK 12: DAY 57 - DAY 126

*LOCF: LAST OBSERVATION CARRIED FORWARD

SOURCE CODE: T15_2_4.SAS
DATE SUBMITTED: 20FEB96

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.1 CONVERSION FACTORS – HEMATOLOGY

| LAB TEST | SEX | AGE RANGE | ORIGINAL UNITS | ORIGINAL LOWER LIMIT OF NORMAL RANGE | ORIGINAL UPPER LIMIT OF NORMAL RANGE | SI UNIT CONVERSION FACTOR | SI UNITS | SI LOWER LIMIT OF NORMAL RANGE | SI UPPER LIMIT OF NORMAL RANGE |
|---|---|---|---|---|---|---|---|---|---|
| BASOPHILS | BOTH | 1--99 | THOU/MCL | 0 | 0.2 | 1 | X10**9/L | 0 | 0.2 |
| EOSINOPHILS | BOTH # | 18--99 | THOU/MCL | 0 | 0.6 | 1 | X10**9/L | 0 | 0.6 |
| HEMATOCRIT | BOTH | 18--99 | THOU/MCL | 0.05 | 0.55 | 1 | X10**9/L | 0.05 | 0.55 |
|  | FEMALE | 18--64 | % | 35 | 46 | 0.01 | VOL FRACTION | 0.35 | 0.46 |
|  | FEMALE | 65+ | % | 33 | 46 | 0.01 | VOL FRACTION | 0.33 | 0.46 |
|  | MALE | 18--64 | % | 41 | 50 | 0.01 | VOL FRACTION | 0.41 | 0.5 |
|  | MALE | 65+ | % | 36 | 49 | 0.01 | VOL FRACTION | 0.36 | 0.49 |
| HEMOGLOBIN | FEMALE | 18--64 | G/DL | 12 | 15.6 | 1 | G/DL | 12 | 15.6 |
|  | FEMALE | 65+ | G/DL | 11.1 | 15.5 | 1 | G/DL | 11.1 | 15.5 |
|  | MALE | 18--64 | G/DL | 13.8 | 17.2 | 1 | G/DL | 13.8 | 17.2 |
|  | MALE | 65+ | G/DL | 11.8 | 16.8 | 1 | G/DL | 11.8 | 16.8 |
| LYMPHOCYTES | BOTH | 18--99 | THOU/MCL | 0.85 | 4.1 | 1 | X10**9/L | 0.85 | 4.1 |
|  | BOTH # | 18--99 | THOU/MCL | 0.7 | 4.8 | 1 | X10**9/L | 0.7 | 4.8 |
| MONOCYTES | BOTH | 18--99 | THOU/MCL |  | 1 | 1 | X10**9/L | 0 |  |
|  | BOTH # | 18--99 | THOU/MCL | 0.2 | 1.1 | 1 | X10**9/L | 0.2 | 1.1 |
| NEUTROPHIL, SEGS | BOTH | 18--99 | THOU/MCL | 1.8 | 8 | 1 | X10**9/L | 1.8 | 8 |
|  | BOTH # | 18--99 | THOU/MCL | 1.5 | 7.6 | 1 | X10**9/L | 1.5 | 7.6 |
| PLATELET COUNT | BOTH | 0--99 | PER CUMM | 130000 | 400000 | 0.001 | X10**9/L | 130 | 400 |
| RED CELL COUNT | FEMALE | 18--64 | MILL/MCL | 3.9 | 5.2 | 1 | X10**12/L | 3.9 | 5.2 |
|  | FEMALE | 65+ | MILL/MCL | 3.6 | 5.1 | 1 | X10**12/L | 3.6 | 5.1 |
|  | MALE | 18--99 | MILL/MCL | 4.4 | 5.8 | 1 | X10**12/L | 4.4 | 5.8 |

#= REFERENCE RANGE APPLICABLE PRIOR TO 08/19/93
SOURCE CODE: T16_1_1.SAS
DATE GENERATED: 19FEB96

1680

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636)
AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.1 CONVERSION FACTORS – HEMATOLOGY

| LAB TEST | SEX | AGE RANGE | ORIGINAL UNITS | ORIGINAL LOWER LIMIT OF NORMAL RANGE | ORIGINAL UPPER LIMIT OF NORMAL RANGE | SI UNIT CONVERSION FACTOR | SI UNITS | SI LOWER LIMIT OF NORMAL RANGE | SI UPPER LIMIT OF NORMAL RANGE |
|---|---|---|---|---|---|---|---|---|---|
| RED CELL COUNT | MALE | 65+ | MILL/MCL | 3.7 | 5.5 | 1 | X10**12/L | 3.7 | 5.5 |
| WHITE CELL COUNT | BOTH # | 18--64 | THOU/MCL | 3.8 | 10.1 | 1 | X10**9/L | 3.8 | 10.1 |
| | BOTH | 18--64 | THOU/MCL | 3.8 | 10.8 | 1 | X10**9/L | 3.8 | 10.8 |
| | BOTH | 65+ | THOU/MCL | 3.8 | 10.8 | 1 | X10**9/L | 3.8 | 10.8 |

#– REFERENCE RANGE APPLICABLE PRIOR TO 08/19/93
SOURCE CODE: T16_1_1.SAS
DATE GENERATED: 19FEB96

1681

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2  DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK – HEMATOLOGY – OBSERVED CASES

75 MG SEROQUEL

| | TID | | | | | | | | | | BID | | | | | | | | | |
| | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | |
| WHITE CELL COUNT (X10**9/L) WEEK | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 36 | 7.68 | 4.10 | 11.70 | 2.0 | 36 | 0.00 | 0.00 | 0.00 | 0.0 | 37 | 7.40 | 4.20 | 13.20 | 2.2 | 37 | 0.00 | 0.00 | 0.00 | 0.0 |
| 2 | 37 | 7.88 | 3.80 | 13.60 | 2.3 | 36 | 0.16 | -3.40 | 5.30 | 2.2 | 35 | 7.89 | 4.10 | 17.50 | 2.8 | 35 | 0.34 | -5.40 | 6.30 | 2.0 |
| 4 | 32 | 7.24 | 3.50 | 11.00 | 2.2 | 31 | -0.53 | -3.70 | 4.10 | 1.8 | 28 | 7.00 | 3.90 | 10.80 | 1.9 | 28 | -0.30 | -3.70 | 2.10 | 1.1 |
| 8 | 21 | 7.68 | 3.50 | 11.90 | 2.1 | 21 | -0.11 | -2.80 | 3.20 | 1.7 | 22 | 7.70 | 3.40 | 12.90 | 2.6 | 22 | 0.30 | -4.20 | 3.70 | 1.6 |
| 12 | 15 | 7.75 | 4.10 | 16.00 | 3.1 | 15 | 0.27 | -2.10 | 7.50 | 2.4 | 17 | 6.81 | 4.30 | 11.00 | 2.0 | 17 | -0.36 | -3.70 | 4.80 | 2.0 |
| 16 | 12 | 7.08 | 4.00 | 10.80 | 2.3 | 12 | -0.27 | -2.70 | 2.50 | 1.7 | 14 | 7.09 | 4.40 | 13.40 | 2.4 | 14 | 0.16 | -3.70 | 3.80 | 1.8 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 – DAY 21; WEEK 4: DAY 22 – DAY 42; WEEK 8: DAY 43 – DAY 70; WEEK 12: DAY 71 – DAY 98; WEEK 16: DAY 99 – DAY 126;
WEEK 20: DAY 127 – DAY 154; WEEK 24: DAY 155 – DAY 210; WEEK 36: DAY 211 – DAY 308; AND WEEK 52: DAY 309 – DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

(CONTINUED)

1682

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2 DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK - HEMATOLOGY - OBSERVED CASES

75 MG SEROQUEL

| | | | TID | | | | | | | | | | BID | | | | | | | |
| | | LAB VALUE | | | | CHANGE FROM BASELINE | | | | | LAB VALUE | | | | CHANGE FROM BASELINE | | | | |
| WEEK | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WHITE CELL COUNT (X10**9/L) | | | | | | | | | | | | | | | | | | | | |
| 20 | 11 | 7.35 | 4.00 | 10.20 | 2.0 | 11 | 0.00 | -2.70 | 3.10 | 1.9 | 11 | 6.62 | 4.10 | 10.80 | 2.1 | 11 | -0.27 | -2.40 | 0.80 | 0.8 |
| 24 | 11 | 7.07 | 3.50 | 10.80 | 2.1 | 11 | -0.27 | -2.10 | 1.60 | 1.4 | 10 | 6.27 | 4.10 | 11.20 | 2.2 | 10 | -0.62 | -3.70 | 2.30 | 1.6 |
| 36 | 7 | 6.76 | 4.40 | 9.00 | 1.6 | 7 | -0.86 | -2.70 | 0.70 | 1.2 | 9 | 5.97 | 4.10 | 7.90 | 1.3 | 9 | -1.14 | -5.30 | 0.60 | 1.9 |
| 52 | 1 | 4.10 | 4.10 | 4.10 | | 1 | -2.00 | -2.00 | -2.00 | | 7 | 8.07 | 4.50 | 12.90 | 3.1 | 7 | 0.76 | -2.90 | 7.90 | 3.7 |
| FINAL | 37 | 7.75 | 3.90 | 16.00 | 2.5 | 36 | 0.04 | -4.20 | 7.50 | 2.3 | 37 | 7.70 | 3.40 | 17.50 | 3.1 | 37 | 0.30 | -3.10 | 7.90 | 2.3 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 - DAY 21; WEEK 4: DAY 22 - DAY 42; WEEK 8: DAY 43 - DAY 70; WEEK 12: DAY 71 - DAY 98; WEEK 16: DAY 99 - DAY 126;
WEEK 20: DAY 127 - DAY 154; WEEK 24: DAY 155 - DAY 210; WEEK 36: DAY 211 - DAY 308; AND WEEK 52: DAY 309 - DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

(CONTINUED)

1683

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2 DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK - HEMATOLOGY - OBSERVED CASES

75 MG SEROQUEL

TOTAL

| WHITE CELL COUNT (X10**9/L) WEEK | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
| 0 | 73 | 7.53 | 4.10 | 13.20 | 2.1 | 73 | 0.00 | 0.00 | 0.00 | 0.0 |
| 2 | 72 | 7.88 | 3.80 | 17.50 | 2.5 | 71 | 0.25 | -5.40 | 6.30 | 2.1 |
| 4 | 60 | 7.13 | 3.50 | 11.00 | 2.1 | 59 | -0.42 | -3.70 | 4.10 | 1.5 |
| 8 | 43 | 7.69 | 3.40 | 12.90 | 2.3 | 43 | 0.10 | -4.20 | 3.70 | 1.6 |
| 12 | 32 | 7.25 | 4.10 | 16.00 | 2.5 | 32 | -0.07 | -3.70 | 7.50 | 2.2 |
| 16 | 26 | 7.09 | 4.00 | 13.40 | 2.3 | 26 | -0.04 | -3.70 | 3.80 | 1.8 |

(CONTINUED)

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 - DAY 21; WEEK 4: DAY 22 - DAY 42; WEEK 8: DAY 43 - DAY 70; WEEK 12: DAY 71 - DAY 98; WEEK 16: DAY 99 - DAY 126;
WEEK 20: DAY 127 - DAY 154; WEEK 24: DAY 155 - DAY 210; WEEK 36: DAY 211 - DAY 308; AND WEEK 52: DAY 309 - DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

1684

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2 DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK – HEMATOLOGY – OBSERVED CASES

75 MG SEROQUEL

TOTAL

| WHITE CELL COUNT (X10**9/L) | WEEK | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
| | 20 | 22 | 6.98 | 4.00 | 10.80 | 2.0 | 22 | -0.14 | -2.70 | 3.10 | 1.5 |
| | 24 | 21 | 6.69 | 3.50 | 11.20 | 2.1 | 21 | -0.44 | -3.70 | 2.30 | 1.4 |
| | 36 | 16 | 6.31 | 4.10 | 9.00 | 1.4 | 16 | -1.02 | -5.30 | 0.70 | 1.6 |
| | 52 | 8 | 7.58 | 4.10 | 12.90 | 3.2 | 8 | 0.41 | -2.90 | 7.90 | 3.6 |
| | FINAL | 74 | 7.72 | 3.40 | 17.50 | 2.8 | 73 | 0.17 | -4.20 | 7.90 | 2.3 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 – DAY 21; WEEK 4: DAY 22 – DAY 42; WEEK 8: DAY 43 – DAY 70; WEEK 12: DAY 71 – DAY 98; WEEK 16: DAY 99 – DAY 126;
WEEK 20: DAY 127 – DAY 154; WEEK 24: DAY 155 – DAY 210; WEEK 36: DAY 211 – DAY 308; AND WEEK 52: DAY 309 – DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

1685

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2  DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK – HEMATOLOGY – OBSERVED CASES

300 MG SEROQUEL

| WHITE CELL COUNT (X10**9/L) WEEK | TID LAB VALUE | | | | | TID CHANGE FROM BASELINE | | | | | BID LAB VALUE | | | | | BID CHANGE FROM BASELINE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
| 0 | 42 | 8.56 | 4.60 | 15.10 | 2.9 | 42 | 0.00 | 0.00 | 0.00 | 0.0 | 40 | 7.68 | 4.10 | 16.00 | 2.5 | 40 | 0.00 | 0.00 | 0.00 | 0.0 |
| 2 | 42 | 8.44 | 3.10 | 18.70 | 3.3 | 42 | -0.12 | -6.70 | 6.40 | 2.4 | 38 | 7.72 | 4.30 | 13.70 | 2.4 | 38 | 0.18 | -3.40 | 5.50 | 2.0 |
| 4 | 31 | 8.06 | 4.30 | 15.30 | 2.5 | 31 | -0.33 | -6.10 | 4.00 | 2.2 | 32 | 7.27 | 2.30 | 14.40 | 2.7 | 32 | -0.26 | -4.80 | 5.60 | 2.2 |
| 8 | 23 | 8.13 | 4.00 | 16.00 | 2.8 | 23 | -0.61 | -6.40 | 5.90 | 2.3 | 24 | 7.85 | 4.40 | 20.60 | 3.0 | 24 | 0.34 | -4.00 | 4.60 | 1.7 |
| 12 | 18 | 7.73 | 4.50 | 13.60 | 2.3 | 18 | -1.13 | -5.70 | 3.40 | 2.1 | 16 | 7.64 | 4.10 | 24.30 | 4.9 | 16 | 0.06 | -4.50 | 8.30 | 2.7 |
| 16 | 17 | 7.81 | 4.30 | 12.30 | 2.1 | 17 | -0.76 | -7.00 | 2.30 | 2.3 | 11 | 7.50 | 4.20 | 15.70 | 3.2 | 11 | -0.38 | -2.30 | 1.20 | 1.0 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 – DAY 21; WEEK 4: DAY 22 – DAY 42; WEEK 8: DAY 43 – DAY 70; WEEK 12: DAY 71 – DAY 98; WEEK 16: DAY 99 – DAY 126;
WEEK 20: DAY 127 – DAY 154; WEEK 24: DAY 155 – DAY 210; WEEK 36: DAY 211 – DAY 308; AND WEEK 52: DAY 309 – DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

(CONTINUED)

1686

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2 DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK – HEMATOLOGY – OBSERVED CASES

### 300 MG SEROQUEL

| | TID | | | | | | | | | | BID | | | | | | | | | |
| | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | |
| WEEK | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **WHITE CELL COUNT (X10\*\*9/L)** | | | | | | | | | | | | | | | | | | | | |
| 20 | 11 | 6.96 | 4.20 | 9.50 | 1.6 | 11 | -1.39 | -5.60 | 1.70 | 2.0 | 11 | 7.44 | 4.50 | 15.70 | 3.1 | 11 | -0.36 | -3.00 | 0.80 | 1.2 |
| 24 | 9 | 8.12 | 5.40 | 11.30 | 1.9 | 9 | -0.48 | -6.80 | 1.50 | 2.6 | 10 | 7.81 | 4.20 | 19.00 | 4.2 | 10 | -0.03 | -3.40 | 3.00 | 1.9 |
| 36 | 7 | 7.57 | 6.10 | 9.00 | 1.0 | 7 | -1.06 | -6.10 | 1.00 | 2.4 | 9 | 8.07 | 3.90 | 17.80 | 4.2 | 9 | -0.13 | -2.00 | 1.80 | 1.3 |
| 52 | 5 | 8.32 | 5.70 | 10.40 | 1.8 | 5 | -1.04 | -4.70 | 1.00 | 2.1 | 8 | 7.84 | 4.90 | 11.40 | 2.3 | 8 | -0.60 | -6.10 | 4.00 | 3.0 |
| FINAL | 42 | 8.84 | 4.50 | 18.70 | 3.2 | 42 | 0.28 | -4.70 | 6.40 | 2.4 | 40 | 7.76 | 4.30 | 13.60 | 2.2 | 40 | 0.07 | -6.10 | 5.50 | 2.3 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 – DAY 21; WEEK 4: DAY 22 – DAY 42; WEEK 8: DAY 43 – DAY 70; WEEK 12: DAY 71 – DAY 98; WEEK 16: DAY 99 – DAY 126;
WEEK 20: DAY 127 – DAY 154; WEEK 24: DAY 155 – DAY 210; WEEK 36: DAY 211 – DAY 308; AND WEEK 52: DAY 309 – DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

(CONTINUED)

1687

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636)
AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2 DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK – HEMATOLOGY – OBSERVED CASES

300 MG SEROQUEL

TOTAL

| WHITE CELL COUNT (X10**9/L) | WEEK | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
| | 0 | 82 | 8.13 | 4.10 | 16.00 | 2.7 | 82 | 0.00 | 0.00 | 0.00 | 0.0 |
| | 2 | 80 | 8.10 | 3.10 | 18.70 | 2.9 | 80 | 0.02 | -6.70 | 6.40 | 2.2 |
| | 4 | 63 | 7.66 | 2.30 | 15.30 | 2.6 | 63 | -0.30 | -6.10 | 5.60 | 2.2 |
| | 8 | 47 | 7.99 | 4.00 | 20.60 | 2.9 | 47 | -0.13 | -6.40 | 5.90 | 2.0 |
| | 12 | 34 | 7.69 | 4.10 | 24.30 | 3.7 | 34 | -0.57 | -5.70 | 8.30 | 2.4 |
| | 16 | 28 | 7.69 | 4.20 | 15.70 | 2.5 | 28 | -0.61 | -7.00 | 2.30 | 1.9 |

(CONTINUED)

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 – DAY 21; WEEK 4: DAY 22 – DAY 42; WEEK 8: DAY 43 – DAY 70; WEEK 12: DAY 71 – DAY 98; WEEK 16: DAY 99 – DAY 126;
WEEK 20: DAY 127 – DAY 154; WEEK 24: DAY 155 – DAY 210; WEEK 36: DAY 211 – DAY 308; AND WEEK 52: DAY 309 – DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

1688

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2  DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK - HEMATOLOGY - OBSERVED CASES

300 MG SEROQUEL

TOTAL

| WHITE CELL COUNT (X10**9/L) WEEK | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
| 20 | 22 | 7.20 | 4.20 | 15.70 | 2.4 | 22 | -0.88 | -5.60 | 1.70 | 1.7 |
| 24 | 19 | 7.96 | 4.20 | 19.00 | 3.2 | 19 | -0.24 | -6.80 | 3.00 | 2.2 |
| 36 | 16 | 7.85 | 3.90 | 17.80 | 3.1 | 16 | -0.54 | -6.10 | 1.80 | 1.9 |
| 52 | 13 | 8.02 | 4.90 | 11.40 | 2.0 | 13 | -0.77 | -6.10 | 4.00 | 2.6 |
| FINAL | 82 | 8.31 | 4.30 | 18.70 | 2.8 | 82 | 0.18 | -6.10 | 6.40 | 2.3 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 - DAY 21; WEEK 4: DAY 22 - DAY 42; WEEK 8: DAY 43 - DAY 70; WEEK 12: DAY 71 - DAY 98; WEEK 16: DAY 99 - DAY 126;
WEEK 20: DAY 127 - DAY 154; WEEK 24: DAY 155 - DAY 210; WEEK 36: DAY 211 - DAY 308; AND WEEK 52: DAY 309 - DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

1689

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2 DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK – HEMATOLOGY – OBSERVED CASES

| | | 600 MG SEROQUEL | | | | | | | | | | | | | | | | | | |
| | | TID | | | | | | | | | | BID | | | | | | | | |
| | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | |
| WHITE CELL COUNT (X10**9/L) WEEK | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 40 | 7.61 | 4.30 | 13.00 | 2.1 | 40 | 0.00 | 0.00 | 0.00 | 0.0 | 39 | 7.72 | 4.00 | 14.00 | 2.5 | 39 | 0.00 | 0.00 | 0.00 | 0.0 |
| 2 | 35 | 7.39 | 4.40 | 12.50 | 2.2 | 35 | -0.13 | -5.30 | 3.00 | 1.5 | 36 | 7.52 | 4.00 | 16.50 | 3.0 | 36 | -0.23 | -3.80 | 5.60 | 1.7 |
| 4 | 30 | 7.00 | 3.80 | 11.10 | 1.8 | 30 | -0.58 | -5.40 | 2.80 | 2.1 | 31 | 6.54 | 2.30 | 10.50 | 2.1 | 31 | -1.16 | -6.50 | 1.60 | 2.1 |
| 8 | 26 | 7.15 | 2.60 | 9.80 | 1.8 | 26 | -0.45 | -3.80 | 3.60 | 1.7 | 27 | 7.37 | 4.00 | 12.60 | 2.3 | 27 | -0.58 | -3.80 | 3.30 | 1.5 |
| 12 | 21 | 7.19 | 5.00 | 10.50 | 1.6 | 21 | -0.38 | -2.80 | 2.70 | 1.5 | 20 | 7.21 | 3.50 | 11.50 | 2.3 | 20 | -0.02 | -1.50 | 3.70 | 1.4 |
| 16 | 18 | 7.74 | 4.70 | 10.70 | 1.6 | 18 | -0.16 | -5.10 | 2.40 | 1.7 | 15 | 7.27 | 3.70 | 10.80 | 2.5 | 15 | 0.37 | -2.30 | 4.10 | 1.6 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 – DAY 21; WEEK 4: DAY 22 – DAY 42; WEEK 8: DAY 43 – DAY 70; WEEK 12: DAY 71 – DAY 98; WEEK 16: DAY 99 – DAY 126;
WEEK 20: DAY 127 – DAY 154; WEEK 24: DAY 155 – DAY 210; WEEK 36: DAY 211 – DAY 308; AND WEEK 52: DAY 309 – DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

(CONTINUED)

1690

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2  DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK – HEMATOLOGY – OBSERVED CASES

600 MG SEROQUEL

| | | TID | | | | | | | | | BID | | | | | | | | | |
| | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | |
| WHITE CELL COUNT (X10**9/L) | WEEK | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 20 | 15 | 7.25 | 3.90 | 11.10 | 1.8 | 15 | -0.53 | -7.00 | 2.70 | 2.5 | 12 | 7.36 | 3.80 | 14.30 | 3.0 | 12 | -0.01 | -1.70 | 6.60 | 2.2 |
| | 24 | 15 | 7.29 | 4.70 | 10.30 | 1.6 | 15 | -0.50 | -4.40 | 4.10 | 2.0 | 12 | 7.79 | 4.00 | 16.80 | 3.4 | 12 | 0.46 | -2.70 | 5.60 | 2.3 |
| | 36 | 9 | 7.57 | 3.70 | 13.30 | 2.7 | 9 | -0.09 | -2.40 | 5.80 | 2.6 | 8 | 7.61 | 5.30 | 10.20 | 1.8 | 8 | -0.35 | -2.70 | 2.30 | 1.5 |
| | 52 | 6 | 7.28 | 5.90 | 10.30 | 1.6 | 6 | 0.07 | -2.80 | 2.60 | 1.8 | 7 | 8.99 | 5.80 | 15.00 | 3.7 | 7 | 1.49 | -3.10 | 7.30 | 3.4 |
| | FINAL | 40 | 7.66 | 4.50 | 11.80 | 1.8 | 40 | 0.04 | -4.40 | 3.30 | 1.7 | 39 | 8.00 | 4.00 | 15.00 | 2.8 | 39 | 0.28 | -3.10 | 7.30 | 2.1 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
    WEEK 2: DAY 1 – DAY 21; WEEK 4: DAY 22 – DAY 42; WEEK 8: DAY 43 – DAY 70; WEEK 12: DAY 71 – DAY 98; WEEK 16: DAY 99 – DAY 126;
    WEEK 20: DAY 127 – DAY 154; WEEK 24: DAY 155 – DAY 210; WEEK 36: DAY 211 – DAY 308; AND WEEK 52: DAY 309 – DAY 378
        SOURCE CODE: T16_1_2.SAS
        DATE GENERATED: 16FEB96

(CONTINUED)

1691

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2 DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK – HEMATOLOGY – OBSERVED CASES

| | 600 MG SEROQUEL | | | | | | | | | | 12 MG HALOPERIDOL | | | | | | | | | |
| | TOTAL | | | | | | | | | | TID | | | | | | | | | |
| | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | |
| WEEK | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WHITE CELL COUNT (X10**9/L) | | | | | | | | | | | | | | | | | | | | |
| 0 | 79 | 7.66 | 4.00 | 14.00 | 2.3 | 79 | 0.00 | 0.00 | 0.00 | 0.0 | 40 | 7.80 | 4.20 | 16.40 | 2.6 | 40 | 0.00 | 0.00 | 0.00 | 0.0 |
| 2 | 71 | 7.45 | 4.00 | 16.50 | 2.6 | 71 | -0.18 | -5.30 | 5.60 | 1.6 | 38 | 8.16 | 3.90 | 15.60 | 2.6 | 38 | 0.26 | -4.00 | 2.90 | 1.8 |
| 4 | 61 | 6.77 | 2.30 | 11.10 | 1.9 | 61 | -0.88 | -6.50 | 2.80 | 2.1 | 28 | 8.18 | 4.40 | 14.70 | 2.7 | 28 | 0.30 | -3.50 | 3.00 | 1.7 |
| 8 | 53 | 7.26 | 2.60 | 12.60 | 2.0 | 53 | -0.52 | -3.80 | 3.60 | 1.6 | 22 | 8.31 | 5.10 | 14.60 | 2.5 | 22 | 0.28 | -4.10 | 3.60 | 1.7 |
| 12 | 41 | 7.20 | 3.50 | 11.50 | 2.0 | 41 | -0.20 | -2.80 | 3.70 | 1.4 | 20 | 7.69 | 2.90 | 13.00 | 2.5 | 20 | -0.59 | -4.30 | 2.00 | 1.7 |
| 16 | 33 | 7.52 | 3.70 | 10.80 | 2.0 | 33 | 0.08 | -5.10 | 4.10 | 1.6 | 15 | 8.20 | 4.40 | 14.80 | 3.3 | 15 | -0.01 | -2.90 | 5.10 | 2.8 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 – DAY 21; WEEK 4: DAY 22 – DAY 42; WEEK 8: DAY 43 – DAY 70; WEEK 12: DAY 71 – DAY 98; WEEK 16: DAY 99 – DAY 126;
WEEK 20: DAY 127 – DAY 154; WEEK 24: DAY 155 – DAY 210; WEEK 36: DAY 211 – DAY 308; AND WEEK 52: DAY 309 – DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

(CONTINUED)

1692

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2  DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK - HEMATOLOGY - OBSERVED CASES

| | 600 MG SEROQUEL TOTAL | | | | | | | | | | 12 MG HALOPERIDOL TID | | | | | | | | | |
| | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | |
| WEEK | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WHITE CELL COUNT (X10**9/L) | | | | | | | | | | | | | | | | | | | | |
| 20 | 27 | 7.30 | 3.80 | 14.30 | 2.4 | 27 | -0.30 | -7.00 | 6.60 | 2.4 | 17 | 8.46 | 5.20 | 15.00 | 2.8 | 17 | 0.08 | -6.00 | 7.50 | 3.1 |
| 24 | 27 | 7.51 | 4.00 | 16.80 | 2.5 | 27 | -0.07 | -4.40 | 5.60 | 2.2 | 15 | 7.67 | 3.50 | 13.40 | 2.5 | 15 | -0.75 | -7.40 | 2.10 | 2.4 |
| 36 | 17 | 7.59 | 3.70 | 13.30 | 2.3 | 17 | -0.21 | -2.70 | 5.80 | 2.1 | 16 | 7.92 | 4.80 | 16.00 | 3.1 | 16 | -0.51 | -7.80 | 4.90 | 3.7 |
| 52 | 13 | 8.20 | 5.80 | 15.00 | 2.9 | 13 | 0.83 | -3.10 | 7.30 | 2.8 | 12 | 7.58 | 4.90 | 11.60 | 2.0 | 12 | -1.13 | -6.50 | 2.00 | 2.3 |
| FINAL | 79 | 7.82 | 4.00 | 15.00 | 2.4 | 79 | 0.16 | -4.40 | 7.30 | 1.9 | 40 | 8.13 | 4.80 | 13.30 | 2.1 | 40 | 0.32 | -6.50 | 4.90 | 2.0 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 - DAY 21; WEEK 4: DAY 22 - DAY 42; WEEK 8: DAY 43 - DAY 70; WEEK 12: DAY 71 - DAY 98; WEEK 16: DAY 99 - DAY 126;
WEEK 20: DAY 127 - DAY 154; WEEK 24: DAY 155 - DAY 210; WEEK 36: DAY 211 - DAY 308; AND WEEK 52: DAY 309 - DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

1693

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2  DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK - HEMATOLOGY - OBSERVED CASES

| | 75 MG SEROQUEL | | | | | | | | | | | | | | | | | | | |
| | TID | | | | | | | | | | BID | | | | | | | | | |
| | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | |
| | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NEUTROPHIL, SEGS (X10**9/L), WEEK | | | | | | | | | | | | | | | | | | | | |
| 0 | 36 | 4.82 | 2.67 | 8.34 | 1.6 | 36 | 0.00 | 0.00 | 0.00 | 0.0 | 37 | 4.38 | 1.80 | 9.08 | 1.8 | 37 | 0.00 | 0.00 | 0.00 | 0.0 |
| 2 | 37 | 4.94 | 1.76 | 10.87 | 2.1 | 36 | 0.10 | -2.83 | 5.66 | 2.1 | 35 | 4.84 | 1.94 | 13.05 | 2.3 | 35 | 0.34 | -4.17 | 5.84 | 1.9 |
| 4 | 32 | 4.56 | 1.95 | 8.88 | 1.9 | 31 | -0.31 | -3.79 | 4.19 | 1.8 | 28 | 4.04 | 1.79 | 6.97 | 1.4 | 28 | -0.22 | -3.00 | 1.18 | 0.9 |
| 8 | 21 | 4.69 | 1.74 | 9.25 | 1.9 | 21 | -0.25 | -2.91 | 2.73 | 1.6 | 22 | 4.52 | 1.62 | 10.10 | 2.1 | 22 | 0.22 | -4.49 | 3.50 | 1.6 |
| 12 | 15 | 4.76 | 2.29 | 8.48 | 2.1 | 15 | -0.02 | -1.47 | 3.99 | 1.4 | 17 | 3.94 | 2.15 | 7.13 | 1.3 | 17 | -0.15 | -3.70 | 3.33 | 1.6 |
| 16 | 12 | 4.14 | 1.57 | 8.27 | 2.1 | 12 | -0.44 | -2.07 | 2.77 | 1.5 | 14 | 3.96 | 2.02 | 8.17 | 1.6 | 14 | 0.11 | -4.53 | 4.32 | 1.9 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 - DAY 21; WEEK 4: DAY 22 - DAY 42; WEEK 8: DAY 43 - DAY 70; WEEK 12: DAY 71 - DAY 98; WEEK 16: DAY 99 - DAY 126;
WEEK 20: DAY 127 - DAY 154; WEEK 24: DAY 155 - DAY 210; WEEK 36: DAY 211 - DAY 308; AND WEEK 52: DAY 309 - DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

(CONTINUED)

1694

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2 DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK - HEMATOLOGY - OBSERVED CASES

75 MG SEROQUEL

| | TID | | | | | | | | | | BID | | | | | | | | | |
| | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | |
| | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NEUTROPHIL, WEEK SEGS (X10**9/L) | | | | | | | | | | | | | | | | | | | | |
| 20 | 11 | 4.52 | 1.47 | 7.54 | 2.0 | 11 | -0.11 | -2.18 | 3.19 | 1.7 | 11 | 3.86 | 1.92 | 7.13 | 1.6 | 11 | -0.09 | -1.95 | 0.82 | 0.8 |
| 24 | 11 | 4.49 | 1.70 | 8.31 | 2.0 | 11 | -0.14 | -1.93 | 1.26 | 1.1 | 10 | 3.67 | 1.84 | 7.11 | 1.7 | 10 | -0.23 | -2.25 | 2.17 | 1.3 |
| 36 | 7 | 4.11 | 1.50 | 5.65 | 1.5 | 7 | -0.58 | -1.95 | 0.84 | 1.2 | 9 | 3.19 | 1.50 | 4.42 | 1.0 | 9 | -0.89 | -4.66 | 0.53 | 1.6 |
| 52 | 1 | 1.77 | 1.77 | 1.77 | . | 1 | -2.17 | -2.17 | -2.17 | . | 7 | 5.35 | 1.71 | 10.95 | 3.3 | 7 | 1.06 | -2.56 | 7.79 | 3.5 |
| FINAL | 37 | 4.96 | 1.77 | 11.93 | 2.2 | 36 | 0.12 | -3.54 | 4.19 | 2.0 | 37 | 4.79 | 1.62 | 13.05 | 2.5 | 37 | 0.42 | -3.70 | 7.79 | 2.2 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 - DAY 21; WEEK 4: DAY 22 - DAY 42; WEEK 8: DAY 43 - DAY 70; WEEK 12: DAY 71 - DAY 98; WEEK 16: DAY 99 - DAY 126;
WEEK 20: DAY 127 - DAY 154; WEEK 24: DAY 155 - DAY 210; WEEK 36: DAY 211 - DAY 308; AND WEEK 52: DAY 309 - DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

(CONTINUED)

1695

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2 DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK - HEMATOLOGY - OBSERVED CASES

75 MG SEROQUEL

TOTAL

| NEUTROPHIL, SEGS (X10**9/L) WEEK | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
| 0 | 73 | 4.60 | 1.80 | 9.08 | 1.7 | 73 | 0.00 | 0.00 | 0.00 | 0.0 |
| 2 | 72 | 4.89 | 1.76 | 13.05 | 2.2 | 71 | 0.22 | -4.17 | 5.84 | 2.0 |
| 4 | 60 | 4.32 | 1.79 | 8.88 | 1.7 | 59 | -0.27 | -3.79 | 4.19 | 1.5 |
| 8 | 43 | 4.60 | 1.62 | 10.10 | 2.0 | 43 | -0.01 | -4.49 | 3.50 | 1.6 |
| 12 | 32 | 4.33 | 2.15 | 8.48 | 1.8 | 32 | -0.09 | -3.70 | 3.99 | 1.5 |
| 16 | 26 | 4.04 | 1.57 | 8.27 | 1.8 | 26 | -0.14 | -4.53 | 4.32 | 1.7 |

(CONTINUED)

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 - DAY 21; WEEK 4: DAY 22 - DAY 42; WEEK 8: DAY 43 - DAY 70; WEEK 12: DAY 71 - DAY 98; WEEK 16: DAY 99 - DAY 126;
WEEK 20: DAY 127 - DAY 154; WEEK 24: DAY 155 - DAY 210; WEEK 36: DAY 211 - DAY 308; AND WEEK 52: DAY 309 - DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

1696

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2  DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK – HEMATOLOGY – OBSERVED CASES

75 MG SEROQUEL

TOTAL

| | | LAB VALUE | | | | CHANGE FROM BASELINE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
| NEUTROPHIL, WEEK | | | | | | | | | | |
| SEGS | | | | | | | | | | |
| (X10**9/L) 20 | 22 | 4.19 | 1.47 | 7.54 | 1.8 | 22 | -0.10 | -2.18 | 3.19 | 1.3 |
| 24 | 21 | 4.10 | 1.70 | 8.31 | 1.9 | 21 | -0.18 | -2.25 | 2.17 | 1.2 |
| 36 | 16 | 3.60 | 1.50 | 5.65 | 1.3 | 16 | -0.76 | -4.66 | 0.84 | 1.4 |
| 52 | 8 | 4.90 | 1.71 | 10.95 | 3.3 | 8 | 0.66 | -2.56 | 7.79 | 3.4 |
| FINAL | 74 | 4.88 | 1.62 | 13.05 | 2.3 | 73 | 0.27 | -3.70 | 7.79 | 2.1 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 – DAY 21; WEEK 4: DAY 22 – DAY 42; WEEK 8: DAY 43 – DAY 70; WEEK 12: DAY 71 – DAY 98; WEEK 16: DAY 99 – DAY 126; WEEK 20: DAY 127 – DAY 154; WEEK 24: DAY 155 – DAY 210; WEEK 36: DAY 211 – DAY 308; AND WEEK 52: DAY 309 – DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

1697

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2 DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK - HEMATOLOGY - OBSERVED CASES

| | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **300 MG SEROQUEL** | | | | | | | | | | | | | | | | | | |
| | | **TID** | | | | | | | | | | **BID** | | | | | | | | |
| | | **LAB VALUE** | | | | | **CHANGE FROM BASELINE** | | | | | **LAB VALUE** | | | | | **CHANGE FROM BASELINE** | | | |
| NEUTROPHIL, WEEK SEGS (X10**9/L) | | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
| 0 | | 42 | 5.18 | 1.99 | 10.39 | 2.2 | 42 | 0.00 | 0.00 | 0.00 | 0.0 | 40 | 4.69 | 1.61 | 12.30 | 2.0 | 40 | 0.00 | 0.00 | 0.00 | 0.0 |
| 2 | | 42 | 5.39 | 0.92 | 14.77 | 2.9 | 42 | 0.21 | -6.58 | 7.60 | 2.3 | 38 | 4.75 | 1.65 | 10.33 | 2.2 | 38 | 0.21 | -3.15 | 5.92 | 1.9 |
| 4 | | 31 | 4.89 | 1.65 | 9.41 | 2.1 | 31 | -0.15 | -6.51 | 4.68 | 2.0 | 32 | 4.57 | 1.15 | 11.81 | 2.4 | 32 | -0.10 | -4.33 | 6.72 | 2.1 |
| 8 | | 23 | 4.87 | 1.48 | 9.76 | 2.1 | 23 | -0.59 | -6.44 | 5.36 | 2.0 | 24 | 4.96 | 2.68 | 15.66 | 2.5 | 24 | 0.39 | -3.34 | 3.36 | 1.4 |
| 12 | | 18 | 4.76 | 2.01 | 10.09 | 2.0 | 18 | -0.84 | -5.58 | 3.64 | 2.0 | 16 | 4.89 | 2.37 | 20.22 | 4.4 | 16 | 0.18 | -4.14 | 7.92 | 2.5 |
| 16 | | 17 | 4.81 | 2.24 | 9.69 | 2.1 | 17 | -0.51 | -6.73 | 2.25 | 2.3 | 11 | 4.64 | 2.36 | 11.30 | 2.6 | 11 | -0.25 | -1.81 | 1.26 | 0.9 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 - DAY 21; WEEK 4: DAY 22 - DAY 42; WEEK 8: DAY 43 - DAY 70; WEEK 12: DAY 71 - DAY 98; WEEK 16: DAY 99 - DAY 126;
WEEK 20: DAY 127 - DAY 154; WEEK 24: DAY 155 - DAY 210; WEEK 36: DAY 211 - DAY 308; AND WEEK 52: DAY 309 - DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

(CONTINUED)

1698

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2 DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK - HEMATOLOGY - OBSERVED CASES

| | 300 MG SEROQUEL | | | | | | | | | | | | | | | | | | | |
| | TID | | | | | | | | | | BID | | | | | | | | | |
| | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | |
| NEUTROPHIL, WEEK SEGS (X10**9/L) | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | 11 | 3.95 | 2.13 | 6.05 | 1.2 | 11 | -1.46 | -6.26 | 1.32 | 2.2 | 11 | 4.69 | 2.65 | 12.09 | 2.7 | 11 | -0.12 | -2.61 | 1.58 | 1.2 |
| 24 | 9 | 4.90 | 3.71 | 7.27 | 1.4 | 9 | -0.60 | -6.60 | 1.22 | 2.4 | 10 | 5.06 | 1.88 | 15.16 | 3.8 | 10 | 0.12 | -3.04 | 2.86 | 1.7 |
| 36 | 7 | 4.53 | 4.06 | 5.22 | 0.4 | 7 | -1.01 | -6.24 | 1.12 | 2.5 | 9 | 5.23 | 2.16 | 14.33 | 3.8 | 9 | 0.10 | -1.99 | 2.03 | 1.2 |
| 52 | 5 | 5.06 | 4.18 | 5.78 | 0.7 | 5 | -1.07 | -5.69 | 1.24 | 2.7 | 8 | 4.87 | 3.23 | 7.33 | 1.4 | 8 | -0.53 | -6.52 | 3.14 | 3.0 |
| FINAL | 42 | 5.79 | 2.00 | 14.77 | 2.8 | 42 | 0.61 | -5.69 | 7.60 | 2.3 | 40 | 4.86 | 2.26 | 11.12 | 1.8 | 40 | 0.17 | -6.52 | 4.33 | 2.1 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 - DAY 21; WEEK 4: DAY 22 - DAY 42; WEEK 8: DAY 43 - DAY 70; WEEK 12: DAY 71 - DAY 98; WEEK 16: DAY 99 - DAY 126;
WEEK 20: DAY 127 - DAY 154; WEEK 24: DAY 155 - DAY 210; WEEK 36: DAY 211 - DAY 308; AND WEEK 52: DAY 309 - DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

(CONTINUED)

1699

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2  DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK – HEMATOLOGY – OBSERVED CASES

300 MG SEROQUEL

TOTAL

| NEUTROPHIL, SEGS (X10**9/L) WEEK | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
| 0 | 82 | 4.94 | 1.61 | 12.30 | 2.1 | 82 | 0.00 | 0.00 | 0.00 | 0.0 |
| 2 | 80 | 5.09 | 0.92 | 14.77 | 2.6 | 80 | 0.21 | -6.58 | 7.60 | 2.1 |
| 4 | 63 | 4.73 | 1.15 | 11.81 | 2.2 | 63 | -0.12 | -6.51 | 6.72 | 2.0 |
| 8 | 47 | 4.92 | 1.48 | 15.66 | 2.3 | 47 | -0.09 | -6.44 | 5.36 | 1.8 |
| 12 | 34 | 4.82 | 2.01 | 20.22 | 3.3 | 34 | -0.36 | -5.58 | 7.92 | 2.2 |
| 16 | 28 | 4.75 | 2.24 | 11.30 | 2.3 | 28 | -0.41 | -6.73 | 2.25 | 1.8 |

(CONTINUED)

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 – DAY 21; WEEK 4: DAY 22 – DAY 42; WEEK 8: DAY 43 – DAY 70; WEEK 12: DAY 71 – DAY 98; WEEK 16: DAY 99 – DAY 126;
WEEK 20: DAY 127 – DAY 154; WEEK 24: DAY 155 – DAY 210; WEEK 36: DAY 211 – DAY 308; AND WEEK 52: DAY 309 – DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

1700

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636)
AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2 DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK — HEMATOLOGY —
OBSERVED CASES

300 MG SEROQUEL

TOTAL

|  | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | |
| --- | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
| NEUTROPHIL,|WEEK | | | | | | | | | | |
| SEGS | | | | | | | | | | | |
| (X10**9/L)|20 | 22 | 4.32 | 2.13 | 12.09 | 2.1 | 22 | -0.79 | -6.26 | 1.58 | 1.9 |
| 24 | 19 | 4.98 | 1.88 | 15.16 | 2.8 | 19 | -0.22 | -6.60 | 2.86 | 2.1 |
| 36 | 16 | 4.93 | 2.16 | 14.33 | 2.8 | 16 | -0.39 | -6.24 | 2.03 | 1.9 |
| 52 | 13 | 4.94 | 3.23 | 7.33 | 1.1 | 13 | -0.74 | -6.52 | 3.14 | 2.8 |
| FINAL | 82 | 5.34 | 2.00 | 14.77 | 2.4 | 82 | 0.39 | -6.52 | 7.60 | 2.2 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 - DAY 21; WEEK 4: DAY 22 - DAY 42; WEEK 8: DAY 43 - DAY 70; WEEK 12: DAY 71 - DAY 98; WEEK 16: DAY 99 - DAY 126;
WEEK 20: DAY 127 - DAY 154; WEEK 24: DAY 155 - DAY 210; WEEK 36: DAY 211 - DAY 308; AND WEEK 52: DAY 309 - DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

1701

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2 DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK - HEMATOLOGY - OBSERVED CASES

600 MG SEROQUEL

| | TID | | | | | | | | | | BID | | | | | | | | | |
| | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | |
| | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **NEUTROPHIL, WEEK SEGS (X10\*\*9/L)** | | | | | | | | | | | | | | | | | | | | |
| 0 | 40 | 4.68 | 2.47 | 10.66 | 1.8 | 40 | 0.00 | 0.00 | 0.00 | 0.0 | 39 | 4.81 | 1.77 | 10.91 | 2.3 | 39 | 0.00 | 0.00 | 0.00 | 0.0 |
| 2 | 35 | 4.51 | 1.81 | 9.19 | 1.9 | 35 | -0.04 | -5.35 | 3.38 | 1.7 | 36 | 4.63 | 1.27 | 14.02 | 2.7 | 36 | -0.21 | -3.97 | 6.25 | 1.6 |
| 4 | 30 | 4.15 | 1.98 | 7.30 | 1.4 | 30 | -0.52 | -5.53 | 2.58 | 1.9 | 31 | 3.83 | 1.37 | 7.73 | 1.6 | 31 | -1.01 | -5.74 | 1.29 | 1.8 |
| 8 | 26 | 4.43 | 1.59 | 7.67 | 1.4 | 26 | -0.27 | -3.68 | 3.81 | 1.6 | 27 | 4.39 | 1.59 | 9.70 | 2.2 | 27 | -0.66 | -3.86 | 3.87 | 1.6 |
| 12 | 21 | 4.29 | 2.03 | 7.03 | 1.3 | 21 | -0.31 | -2.22 | 2.17 | 1.2 | 20 | 4.34 | 1.31 | 8.44 | 1.8 | 20 | 0.07 | -1.52 | 4.82 | 1.5 |
| 16 | 18 | 4.57 | 2.55 | 6.71 | 1.4 | 18 | -0.26 | -5.09 | 1.35 | 1.5 | 15 | 4.43 | 1.25 | 7.87 | 2.0 | 15 | 0.31 | -1.89 | 4.31 | 1.6 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 - DAY 21; WEEK 4: DAY 22 - DAY 42; WEEK 8: DAY 43 - DAY 70; WEEK 12: DAY 71 - DAY 98; WEEK 16: DAY 99 - DAY 126;
WEEK 20: DAY 127 - DAY 154; WEEK 24: DAY 155 - DAY 210; WEEK 36: DAY 211 - DAY 308; AND WEEK 52: DAY 309 - DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

(CONTINUED)

1702

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2 DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK – HEMATOLOGY – OBSERVED CASES

600 MG SEROQUEL

| | TID | | | | | | | | | | BID | | | | | | | | | |
| | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | |
| | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NEUTROPHIL, WEEK SEGS (X10**9/L) | | | | | | | | | | | | | | | | | | | | |
| 20 | 15 | 4.04 | 2.11 | 7.12 | 1.4 | 15 | -0.67 | -6.47 | 2.05 | 2.0 | 12 | 4.45 | 0.72 | 10.61 | 2.6 | 12 | -0.21 | -1.62 | 5.28 | 1.8 |
| 24 | 15 | 4.38 | 2.02 | 7.15 | 1.6 | 15 | -0.36 | -4.80 | 3.45 | 1.9 | 12 | 4.91 | 1.50 | 12.26 | 3.1 | 12 | 0.29 | -3.70 | 4.84 | 2.5 |
| 36 | 9 | 4.40 | 2.25 | 6.47 | 1.4 | 9 | -0.15 | -1.95 | 2.39 | 1.4 | 8 | 4.70 | 2.43 | 6.99 | 1.4 | 8 | -0.38 | -2.76 | 1.60 | 1.3 |
| 52 | 6 | 4.49 | 2.64 | 7.47 | 1.6 | 6 | 0.29 | -1.94 | 1.83 | 1.6 | 7 | 6.23 | 2.55 | 13.05 | 3.6 | 7 | 1.55 | -3.04 | 7.72 | 3.5 |
| FINAL | 40 | 4.78 | 2.02 | 9.19 | 1.5 | 40 | 0.11 | -4.80 | 3.11 | 1.6 | 39 | 5.17 | 1.50 | 13.05 | 2.6 | 39 | 0.36 | -3.86 | 7.72 | 2.3 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 – DAY 21; WEEK 4: DAY 22 – DAY 42; WEEK 8: DAY 43 – DAY 70; WEEK 12: DAY 71 – DAY 98; WEEK 16: DAY 99 – DAY 126;
WEEK 20: DAY 127 – DAY 154; WEEK 24: DAY 155 – DAY 210; WEEK 36: DAY 211 – DAY 308; AND WEEK 52: DAY 309 – DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

(CONTINUED)

1703

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2 DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK – HEMATOLOGY – OBSERVED CASES

| | 600 MG SEROQUEL | | | | | | | | | | 12 MG HALOPERIDOL | | | | | | | | | |
| | TOTAL | | | | | | | | | | TID | | | | | | | | | |
| | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | |
| | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
| NEUTROPHIL, WEEK | | | | | | | | | | | | | | | | | | | | |
| SEGS (X10**9/L) | | | | | | | | | | | | | | | | | | | | |
| 0 | 79 | 4.74 | 1.77 | 10.91 | 2.0 | 79 | 0.00 | 0.00 | 0.00 | 0.0 | 39 | 4.80 | 1.33 | 12.51 | 2.1 | 39 | 0.00 | 0.00 | 0.00 | 0.0 |
| 2 | 71 | 4.58 | 1.27 | 14.02 | 2.3 | 71 | -0.12 | -5.35 | 6.25 | 1.6 | 38 | 5.18 | 0.97 | 11.76 | 2.1 | 37 | 0.28 | -3.93 | 3.23 | 1.7 |
| 4 | 61 | 3.99 | 1.37 | 7.73 | 1.5 | 61 | -0.77 | -5.74 | 2.58 | 1.8 | 28 | 5.11 | 1.69 | 10.48 | 2.4 | 27 | 0.30 | -3.56 | 3.21 | 1.6 |
| 8 | 53 | 4.41 | 1.59 | 9.70 | 1.8 | 53 | -0.47 | -3.86 | 3.87 | 1.6 | 22 | 5.08 | 2.48 | 8.34 | 1.7 | 22 | 0.11 | -4.45 | 2.56 | 1.5 |
| 12 | 41 | 4.31 | 1.31 | 8.44 | 1.5 | 41 | -0.13 | -2.22 | 4.82 | 1.3 | 20 | 4.59 | 1.65 | 8.14 | 1.7 | 20 | -0.56 | -4.73 | 1.84 | 1.6 |
| 16 | 33 | 4.51 | 1.25 | 7.87 | 1.7 | 33 | -0.01 | -5.09 | 4.31 | 1.5 | 15 | 5.43 | 2.21 | 10.60 | 2.5 | 15 | 0.13 | -2.54 | 4.48 | 2.2 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 – DAY 21; WEEK 4: DAY 22 – DAY 42; WEEK 8: DAY 43 – DAY 70; WEEK 12: DAY 71 – DAY 98; WEEK 16: DAY 99 – DAY 126;
WEEK 20: DAY 127 – DAY 154; WEEK 24: DAY 155 – DAY 210; WEEK 36: DAY 211 – DAY 308; AND WEEK 52: DAY 309 – DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

(CONTINUED)

1704

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2 DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK - HEMATOLOGY - OBSERVED CASES

| | 600 MG SEROQUEL | | | | | | | | | | 12 MG HALOPERIDOL | | | | | | | | | |
| | TOTAL | | | | | | | | | | TID | | | | | | | | | |
| | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | |
| | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NEUTROPHIL, WEEK SEGS (X10**9/L) | | | | | | | | | | | | | | | | | | | | |
| 20 | 27 | 4.22 | 0.72 | 10.61 | 2.0 | 27 | -0.46 | -6.47 | 5.28 | 1.9 | 17 | 5.31 | 2.14 | 11.53 | 2.2 | 17 | 0.05 | -6.38 | 8.08 | 3.1 |
| 24 | 27 | 4.62 | 1.50 | 12.26 | 2.4 | 27 | -0.07 | -4.80 | 4.84 | 2.2 | 15 | 4.71 | 1.34 | 8.61 | 1.9 | 15 | -0.56 | -7.89 | 2.31 | 2.4 |
| 36 | 17 | 4.54 | 2.25 | 6.99 | 1.4 | 17 | -0.26 | -2.76 | 2.39 | 1.3 | 16 | 4.93 | 2.05 | 9.60 | 2.0 | 16 | -0.41 | -8.05 | 4.36 | 3.1 |
| 52 | 13 | 5.43 | 2.55 | 13.05 | 2.9 | 13 | 0.97 | -3.04 | 7.72 | 2.8 | 12 | 4.69 | 3.10 | 6.21 | 1.1 | 12 | -1.08 | -6.37 | 1.78 | 2.0 |
| FINAL | 79 | 4.97 | 1.50 | 13.05 | 2.1 | 79 | 0.23 | -4.80 | 7.72 | 2.0 | 40 | 5.20 | 2.14 | 10.35 | 1.7 | 39 | 0.39 | -6.37 | 4.19 | 1.8 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 - DAY 21; WEEK 4: DAY 22 - DAY 42; WEEK 8: DAY 43 - DAY 70; WEEK 12: DAY 71 - DAY 98; WEEK 16: DAY 99 - DAY 126; WEEK 20: DAY 127 - DAY 154; WEEK 24: DAY 155 - DAY 210; WEEK 36: DAY 211 - DAY 308; AND WEEK 52: DAY 309 - DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

1705

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2 DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK – HEMATOLOGY – OBSERVED CASES

| | 75 MG SEROQUEL | | | | | | | | | | | | | | | | | | | |
| | TID | | | | | | | | | | BID | | | | | | | | | |
| | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | |
| LYMPHOCYTES/WEEK (X10**9/L) | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 36 | 2.14 | 0.91 | 3.80 | 0.8 | 36 | 0.00 | 0.00 | 0.00 | 0.0 | 37 | 2.25 | 0.97 | 4.42 | 0.7 | 37 | 0.00 | 0.00 | 0.00 | 0.0 |
| 2 | 37 | 2.17 | 1.01 | 3.52 | 0.7 | 36 | 0.01 | -1.18 | 1.01 | 0.5 | 35 | 2.21 | 0.98 | 3.69 | 0.7 | 35 | -0.07 | -1.52 | 1.61 | 0.6 |
| 4 | 32 | 2.02 | 0.94 | 3.53 | 0.7 | 31 | -0.17 | -1.96 | 0.64 | 0.6 | 28 | 2.19 | 1.10 | 3.45 | 0.6 | 28 | -0.08 | -1.00 | 0.74 | 0.5 |
| 8 | 21 | 2.17 | 0.92 | 3.46 | 0.7 | 21 | -0.00 | -1.49 | 0.87 | 0.6 | 22 | 2.39 | 1.09 | 3.56 | 0.8 | 22 | 0.07 | -1.56 | 1.48 | 0.7 |
| 12 | 15 | 2.17 | 0.90 | 5.60 | 1.1 | 15 | 0.10 | -1.07 | 4.24 | 1.3 | 17 | 2.13 | 0.95 | 3.70 | 0.8 | 17 | -0.15 | -1.28 | 1.02 | 0.5 |
| 16 | 12 | 2.11 | 1.50 | 3.41 | 0.6 | 12 | -0.04 | -0.77 | 1.10 | 0.5 | 14 | 2.32 | 0.95 | 3.99 | 0.9 | 14 | 0.03 | -0.59 | 0.81 | 0.4 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 – DAY 21; WEEK 4: DAY 22 – DAY 42; WEEK 8: DAY 43 – DAY 70; WEEK 12: DAY 71 – DAY 98; WEEK 16: DAY 99 – DAY 126;
WEEK 20: DAY 127 – DAY 154; WEEK 24: DAY 155 – DAY 210; WEEK 36: DAY 211 – DAY 308; AND WEEK 52: DAY 309 – DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

(CONTINUED)

1706

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2 DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK - HEMATOLOGY - OBSERVED CASES

75 MG SEROQUEL

| | TID | | | | | | | | | | BID | | | | | | | | | |
| | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | |
| | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **LYMPHOCYTES/WEEK (X10\*\*9/L)** | | | | | | | | | | | | | | | | | | | | |
| 20 | 11 | 1.96 | 1.08 | 2.85 | 0.6 | 11 | -0.16 | -0.95 | 1.25 | 0.6 | 11 | 2.03 | 1.00 | 2.95 | 0.6 | 11 | -0.12 | -0.61 | 0.14 | 0.2 |
| 24 | 11 | 1.90 | 1.33 | 2.67 | 0.4 | 11 | -0.23 | -1.26 | 0.48 | 0.5 | 10 | 1.95 | 1.12 | 2.99 | 0.6 | 10 | -0.25 | -0.88 | 0.20 | 0.4 |
| 36 | 7 | 1.85 | 0.92 | 2.56 | 0.5 | 7 | -0.36 | -0.64 | -0.17 | 0.2 | 9 | 2.11 | 1.31 | 3.78 | 0.9 | 9 | -0.11 | -0.50 | 0.34 | 0.3 |
| 52 | 1 | 1.89 | 1.89 | 1.89 | . | 1 | 0.08 | 0.08 | 0.08 | . | 7 | 1.95 | 1.33 | 2.85 | 0.6 | 7 | -0.27 | -0.84 | 0.18 | 0.4 |
| FINAL | 37 | 2.06 | 0.92 | 5.60 | 0.8 | 36 | -0.10 | -1.96 | 4.24 | 0.9 | 37 | 2.09 | 1.10 | 3.99 | 0.7 | 37 | -0.15 | -1.06 | 1.27 | 0.4 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 - DAY 21; WEEK 4: DAY 22 - DAY 42; WEEK 8: DAY 43 - DAY 70; WEEK 12: DAY 71 - DAY 98; WEEK 16: DAY 99 - DAY 126;
WEEK 20: DAY 127 - DAY 154; WEEK 24: DAY 155 - DAY 210; WEEK 36: DAY 211 - DAY 308; AND WEEK 52: DAY 309 - DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

(CONTINUED)

1707

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2  DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK - HEMATOLOGY - OBSERVED CASES

75 MG SEROQUEL

TOTAL

| LYMPHOCYTES/WEEK (X10**9/L) | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| WEEK | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
| 0 | 73 | 2.19 | 0.91 | 4.42 | 0.7 | 73 | 0.00 | 0.00 | 0.00 | 0.0 |
| 2 | 72 | 2.19 | 0.98 | 3.69 | 0.7 | 71 | -0.03 | -1.52 | 1.61 | 0.5 |
| 4 | 60 | 2.10 | 0.94 | 3.53 | 0.6 | 59 | -0.13 | -1.96 | 0.74 | 0.5 |
| 8 | 43 | 2.28 | 0.92 | 3.56 | 0.7 | 43 | 0.04 | -1.56 | 1.48 | 0.6 |
| 12 | 32 | 2.15 | 0.90 | 5.60 | 0.9 | 32 | -0.03 | -1.28 | 4.24 | 1.0 |
| 16 | 26 | 2.22 | 0.95 | 3.99 | 0.8 | 26 | -0.00 | -0.77 | 1.10 | 0.4 |

(CONTINUED)

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 - DAY 21; WEEK 4: DAY 22 - DAY 42; WEEK 8: DAY 43 - DAY 70; WEEK 12: DAY 71 - DAY 98; WEEK 16: DAY 99 - DAY 126;
WEEK 20: DAY 127 - DAY 154; WEEK 24: DAY 155 - DAY 210; WEEK 36: DAY 211 - DAY 308; AND WEEK 52: DAY 309 - DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

1708

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2  DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK – HEMATOLOGY – OBSERVED CASES

75 MG SEROQUEL

TOTAL

| | | | LAB VALUE | | | | | CHANGE FROM BASELINE | | |
| | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LYMPHOCYTES (WEEK) (X10**9/L) | | | | | | | | | | |
| 20 | 22 | 2.00 | 1.00 | 2.95 | 0.6 | 22 | -0.14 | -0.95 | 1.25 | 0.5 |
| 24 | 21 | 1.92 | 1.12 | 2.99 | 0.5 | 21 | -0.24 | -1.26 | 0.48 | 0.4 |
| 36 | 16 | 2.00 | 0.92 | 3.78 | 0.7 | 16 | -0.22 | -0.64 | 0.34 | 0.3 |
| 52 | 8 | 1.94 | 1.33 | 2.85 | 0.6 | 8 | -0.23 | -0.84 | 0.18 | 0.4 |
| FINAL | 74 | 2.08 | 0.92 | 5.60 | 0.7 | 73 | -0.13 | -1.96 | 4.24 | 0.7 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 – DAY 21; WEEK 4: DAY 22 – DAY 42; WEEK 8: DAY 43 – DAY 70; WEEK 12: DAY 71 – DAY 98; WEEK 16: DAY 99 – DAY 126;
WEEK 20: DAY 127 – DAY 154; WEEK 24: DAY 155 – DAY 210; WEEK 36: DAY 211 – DAY 308; AND WEEK 52: DAY 309 – DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2 DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK – HEMATOLOGY – OBSERVED CASES

300 MG SEROQUEL

| | TID | | | | | | | | | | BID | | | | | | | | | |
| | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | |
| LYMPHOCYTES/WEEK (X10**9/L) | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 42 | 2.52 | 1.06 | 5.55 | 0.9 | 42 | 0.00 | 0.00 | 0.00 | 0.0 | 40 | 2.21 | 1.02 | 3.73 | 0.8 | 40 | 0.00 | 0.00 | 0.00 | 0.0 |
| 2 | 42 | 2.16 | 0.86 | 4.03 | 0.7 | 42 | -0.36 | -3.15 | 0.70 | 0.8 | 38 | 2.18 | 0.85 | 4.64 | 0.7 | 38 | -0.05 | -1.12 | 0.91 | 0.5 |
| 4 | 31 | 2.39 | 1.07 | 5.25 | 0.9 | 31 | -0.11 | -1.75 | 1.59 | 0.7 | 32 | 1.92 | 0.71 | 3.55 | 0.7 | 32 | -0.17 | -1.20 | 0.92 | 0.5 |
| 8 | 23 | 2.40 | 0.90 | 4.86 | 0.9 | 23 | -0.04 | -1.08 | 1.20 | 0.6 | 24 | 2.08 | 1.17 | 3.81 | 0.7 | 24 | -0.07 | -1.15 | 1.05 | 0.5 |
| 12 | 18 | 2.15 | 1.08 | 3.46 | 0.7 | 18 | -0.23 | -1.86 | 0.88 | 0.6 | 16 | 1.98 | 1.20 | 3.29 | 0.6 | 16 | -0.16 | -1.84 | 0.57 | 0.6 |
| 16 | 17 | 2.19 | 0.76 | 3.59 | 0.7 | 17 | -0.19 | -2.12 | 1.26 | 0.8 | 11 | 2.05 | 1.24 | 3.88 | 0.8 | 11 | -0.09 | -0.78 | 0.60 | 0.5 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 – DAY 21; WEEK 4: DAY 22 – DAY 42; WEEK 8: DAY 43 – DAY 70; WEEK 12: DAY 71 – DAY 98; WEEK 16: DAY 99 – DAY 126;
WEEK 20: DAY 127 – DAY 154; WEEK 24: DAY 155 – DAY 210; WEEK 36: DAY 211 – DAY 308; AND WEEK 52: DAY 309 – DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

(CONTINUED)

1710

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2  DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK - HEMATOLOGY - OBSERVED CASES

300 MG SEROQUEL

| | TID | | | | | | | | | | BID | | | | | | | | | |
| | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | |
| | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **LYMPHOCYTES/WEEK** | | | | | | | | | | | | | | | | | | | | |
| **(X10\*\*9/L)** | | | | | | | | | | | | | | | | | | | | |
| 20 | 11 | 2.21 | 0.92 | 4.19 | 0.9 | 11 | 0.07 | -0.95 | 0.97 | 0.6 | 11 | 2.02 | 1.25 | 3.31 | 0.7 | 11 | -0.20 | -1.37 | 0.58 | 0.6 |
| 24 | 9 | 2.30 | 0.42 | 3.40 | 0.8 | 9 | 0.05 | -0.86 | 0.55 | 0.4 | 10 | 2.07 | 1.04 | 3.36 | 0.8 | 10 | -0.05 | -0.82 | 1.20 | 0.5 |
| 36 | 7 | 2.20 | 0.90 | 3.73 | 0.9 | 7 | -0.01 | -0.58 | 0.73 | 0.4 | 9 | 2.13 | 1.17 | 3.02 | 0.6 | 9 | -0.07 | -0.58 | 0.46 | 0.3 |
| 52 | 5 | 2.20 | 0.92 | 3.96 | 1.2 | 5 | -0.09 | -0.49 | 0.53 | 0.5 | 8 | 2.16 | 1.10 | 3.09 | 0.8 | 8 | -0.08 | -0.66 | 0.48 | 0.4 |
| FINAL | 42 | 2.17 | 0.86 | 4.86 | 0.8 | 42 | -0.35 | -3.15 | 1.20 | 0.9 | 40 | 2.14 | 1.10 | 4.64 | 0.8 | 40 | -0.07 | -0.82 | 0.91 | 0.4 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 - DAY 21; WEEK 4: DAY 22 - DAY 42; WEEK 8: DAY 43 - DAY 70; WEEK 12: DAY 71 - DAY 98; WEEK 16: DAY 99 - DAY 126;
WEEK 20: DAY 127 - DAY 154; WEEK 24: DAY 155 - DAY 210; WEEK 36: DAY 211 - DAY 308; AND WEEK 52: DAY 309 - DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

(CONTINUED)

1711

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2  DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK - HEMATOLOGY - OBSERVED CASES

300 MG SEROQUEL

TOTAL

| LYMPHOCYTES/WEEK (X10**9/L) | N | LAB VALUE MEAN | MIN | MAX | SD | N | CHANGE FROM BASELINE MEAN | MIN | MAX | SD |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 82 | 2.37 | 1.02 | 5.55 | 0.9 | 82 | 0.00 | 0.00 | 0.00 | 0.0 |
| 2 | 80 | 2.17 | 0.85 | 4.64 | 0.7 | 80 | -0.21 | -3.15 | 0.91 | 0.7 |
| 4 | 63 | 2.15 | 0.71 | 5.25 | 0.8 | 63 | -0.14 | -1.75 | 1.59 | 0.6 |
| 8 | 47 | 2.23 | 0.90 | 4.86 | 0.8 | 47 | -0.05 | -1.15 | 1.20 | 0.5 |
| 12 | 34 | 2.07 | 1.08 | 3.46 | 0.7 | 34 | -0.19 | -1.86 | 0.88 | 0.6 |
| 16 | 28 | 2.14 | 0.76 | 3.88 | 0.8 | 28 | -0.15 | -2.12 | 1.26 | 0.7 |

(CONTINUED)

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 - DAY 21; WEEK 4: DAY 22 - DAY 42; WEEK 8: DAY 43 - DAY 70; WEEK 12: DAY 71 - DAY 98; WEEK 16: DAY 99 - DAY 126;
WEEK 20: DAY 127 - DAY 154; WEEK 24: DAY 155 - DAY 210; WEEK 36: DAY 211 - DAY 308; AND WEEK 52: DAY 309 - DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

1712

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2  DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK – HEMATOLOGY – OBSERVED CASES

300 MG SEROQUEL

TOTAL

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | |
| | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
| LYMPHOCYTES(WEEK (X10**9/L) | | | | | | | | | | |
| 20 | 22 | 2.11 | 0.92 | 4.19 | 0.8 | 22 | -0.07 | -1.37 | 0.97 | 0.6 |
| 24 | 19 | 2.18 | 0.42 | 3.40 | 0.8 | 19 | -0.00 | -0.86 | 1.20 | 0.5 |
| 36 | 16 | 2.16 | 0.90 | 3.73 | 0.7 | 16 | -0.04 | -0.58 | 0.73 | 0.4 |
| 52 | 13 | 2.18 | 0.92 | 3.96 | 0.9 | 13 | -0.08 | -0.66 | 0.53 | 0.4 |
| FINAL | 82 | 2.16 | 0.86 | 4.86 | 0.8 | 82 | -0.21 | -3.15 | 1.20 | 0.7 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 – DAY 21; WEEK 4: DAY 22 – DAY 42; WEEK 8: DAY 43 – DAY 70; WEEK 12: DAY 71 – DAY 98; WEEK 16: DAY 99 – DAY 126;
WEEK 20: DAY 127 – DAY 154; WEEK 24: DAY 155 – DAY 210; WEEK 36: DAY 211 – DAY 308; AND WEEK 52: DAY 309 – DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

1713

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2 DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK — HEMATOLOGY — OBSERVED CASES

| | 600 MG SEROQUEL | | | | | | | | | | | | | | | | | | | |
| | TID | | | | | | | | | | BID | | | | | | | | | |
| | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | |
| LYMPHOCYTES/WEEK (X10**9/L) | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 40 | 2.18 | 1.07 | 3.67 | 0.6 | 40 | 0.00 | 0.00 | 0.00 | 0.0 | 39 | 2.07 | 1.04 | 3.47 | 0.6 | 39 | 0.00 | 0.00 | 0.00 | 0.0 |
| 2 | 35 | 2.10 | 1.07 | 3.57 | 0.7 | 35 | -0.11 | -0.99 | 1.65 | 0.5 | 36 | 2.10 | 1.15 | 3.48 | 0.6 | 36 | 0.05 | -2.14 | 0.69 | 0.5 |
| 4 | 30 | 2.09 | 0.88 | 3.82 | 0.8 | 30 | -0.08 | -1.11 | 0.78 | 0.5 | 31 | 1.98 | 0.68 | 3.08 | 0.6 | 31 | -0.05 | -1.81 | 1.21 | 0.6 |
| 8 | 26 | 2.03 | 0.78 | 4.02 | 0.8 | 26 | -0.12 | -0.99 | 1.20 | 0.5 | 27 | 2.17 | 1.07 | 3.24 | 0.5 | 27 | 0.12 | -0.82 | 1.34 | 0.6 |
| 12 | 21 | 2.11 | 1.12 | 3.04 | 0.6 | 21 | -0.07 | -0.87 | 0.71 | 0.3 | 20 | 2.09 | 1.08 | 3.41 | 0.6 | 20 | -0.02 | -1.00 | 0.75 | 0.4 |
| 16 | 18 | 2.29 | 1.31 | 3.39 | 0.6 | 18 | 0.03 | -0.50 | 0.72 | 0.4 | 15 | 2.10 | 0.97 | 3.35 | 0.7 | 15 | 0.10 | -0.59 | 1.22 | 0.4 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 - DAY 21; WEEK 4: DAY 22 - DAY 42; WEEK 8: DAY 43 - DAY 70; WEEK 12: DAY 71 - DAY 98; WEEK 16: DAY 99 - DAY 126;
WEEK 20: DAY 127 - DAY 154; WEEK 24: DAY 155 - DAY 210; WEEK 36: DAY 211 - DAY 308; AND WEEK 52: DAY 309 - DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

(CONTINUED)

1714

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2 DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK - HEMATOLOGY - OBSERVED CASES

600 MG SEROQUEL

| | TID | | | | | | | | | | BID | | | | | | | | | |
| | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | |
| | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LYMPHOCYTES/WEEK (X10**9/L) | | | | | | | | | | | | | | | | | | | | |
| 20 | 15 | 2.43 | 0.84 | 3.46 | 0.8 | 15 | 0.12 | -0.57 | 0.92 | 0.5 | 12 | 2.16 | 1.14 | 3.46 | 0.7 | 12 | 0.23 | -0.41 | 1.03 | 0.4 |
| 24 | 15 | 2.06 | 1.06 | 3.60 | 0.7 | 15 | -0.21 | -1.05 | 0.44 | 0.4 | 12 | 2.08 | 0.50 | 3.38 | 0.7 | 12 | 0.13 | -0.65 | 1.14 | 0.5 |
| 36 | 9 | 2.35 | 0.95 | 5.98 | 1.5 | 9 | 0.03 | -0.84 | 3.16 | 1.2 | 8 | 2.13 | 1.37 | 3.08 | 0.5 | 8 | 0.06 | -0.70 | 0.52 | 0.4 |
| 52 | 6 | 1.86 | 1.11 | 2.90 | 0.6 | 6 | -0.38 | -1.21 | 0.35 | 0.6 | 7 | 2.03 | 1.24 | 3.64 | 0.8 | 7 | 0.01 | -0.42 | 0.51 | 0.3 |
| FINAL | 40 | 2.10 | 1.11 | 3.41 | 0.6 | 40 | -0.08 | -1.21 | 1.65 | 0.6 | 39 | 2.08 | 0.50 | 3.64 | 0.7 | 39 | 0.01 | -1.00 | 1.11 | 0.4 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 - DAY 21; WEEK 4: DAY 22 - DAY 42; WEEK 8: DAY 43 - DAY 70; WEEK 12: DAY 71 - DAY 98; WEEK 16: DAY 99 - DAY 126;
WEEK 20: DAY 127 - DAY 154; WEEK 24: DAY 155 - DAY 210; WEEK 36: DAY 211 - DAY 308; AND WEEK 52: DAY 309 - DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

(CONTINUED)

1715

5077LL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2 DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK – HEMATOLOGY – OBSERVED CASES

| | 600 MG SEROQUEL | | | | | | | | | | 12 MG HALOPERIDOL | | | | | | | | | |
| | TOTAL | | | | | | | | | | TID | | | | | | | | | |
| | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | |
| LYMPHOCYTES/WEEK (X10**9/L) | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 79 | 2.12 | 1.04 | 3.67 | 0.6 | 79 | 0.00 | 0.00 | 0.00 | 0.0 | 39 | 2.13 | 0.92 | 5.42 | 0.8 | 39 | 0.00 | 0.00 | 0.00 | 0.0 |
| 2 | 71 | 2.10 | 1.07 | 3.57 | 0.6 | 71 | -0.03 | -2.14 | 1.65 | 0.5 | 38 | 2.09 | 1.09 | 5.80 | 0.9 | 37 | -0.03 | -1.20 | 0.70 | 0.4 |
| 4 | 61 | 2.04 | 0.68 | 3.82 | 0.7 | 61 | -0.06 | -1.81 | 1.21 | 0.6 | 28 | 2.25 | 1.10 | 4.48 | 0.8 | 27 | 0.08 | -1.13 | 0.82 | 0.5 |
| 8 | 53 | 2.10 | 0.78 | 4.02 | 0.7 | 53 | 0.00 | -0.99 | 1.34 | 0.5 | 22 | 2.22 | 1.00 | 4.54 | 0.9 | 22 | 0.13 | -0.88 | 0.98 | 0.5 |
| 12 | 41 | 2.10 | 1.08 | 3.41 | 0.6 | 41 | -0.04 | -1.00 | 0.75 | 0.4 | 20 | 2.18 | 1.07 | 4.86 | 0.9 | 20 | 0.04 | -1.05 | 0.93 | 0.5 |
| 16 | 33 | 2.20 | 0.97 | 3.39 | 0.6 | 33 | 0.06 | -0.59 | 1.22 | 0.4 | 15 | 1.88 | 1.10 | 3.59 | 0.7 | 15 | -0.07 | -1.17 | 0.71 | 0.5 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 – DAY 21; WEEK 4: DAY 22 – DAY 42; WEEK 8: DAY 43 – DAY 70; WEEK 12: DAY 71 – DAY 98; WEEK 16: DAY 99 – DAY 126;
WEEK 20: DAY 127 – DAY 154; WEEK 24: DAY 155 – DAY 210; WEEK 36: DAY 211 – DAY 308; AND WEEK 52: DAY 309 – DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

(CONTINUED)

1716

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2 DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK - HEMATOLOGY - OBSERVED CASES

| | 600 MG SEROQUEL | | | | | | | | | | 12 MG HALOPERIDOL | | | | | | | | | |
| | TOTAL | | | | | | | | | | TID | | | | | | | | | |
| | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | |
| | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
| LYMPHOCYTES/WEEK (X10**9/L) | | | | | | | | | | | | | | | | | | | | |
| 20 | 27 | 2.31 | 0.84 | 3.46 | 0.7 | 27 | 0.17 | -0.57 | 1.03 | 0.5 | 17 | 2.23 | 1.07 | 5.24 | 1.1 | 17 | 0.12 | -1.00 | 0.92 | 0.5 |
| 24 | 27 | 2.07 | 0.50 | 3.60 | 0.7 | 27 | -0.06 | -1.05 | 1.14 | 0.4 | 15 | 2.00 | 1.05 | 4.46 | 0.9 | 15 | -0.11 | -2.18 | 1.21 | 0.8 |
| 36 | 17 | 2.25 | 0.95 | 5.98 | 1.2 | 17 | 0.05 | -0.84 | 3.16 | 0.9 | 16 | 2.06 | 1.02 | 4.20 | 1.0 | 16 | -0.04 | -1.26 | 0.91 | 0.6 |
| 52 | 13 | 1.95 | 1.11 | 3.64 | 0.7 | 13 | -0.17 | -1.21 | 0.51 | 0.5 | 12 | 1.98 | 1.05 | 4.09 | 0.9 | 12 | -0.10 | -1.33 | 0.70 | 0.5 |
| FINAL | 79 | 2.09 | 0.50 | 3.64 | 0.6 | 79 | -0.03 | -1.21 | 1.65 | 0.5 | 40 | 2.03 | 1.05 | 4.48 | 0.8 | 39 | -0.09 | -1.33 | 0.93 | 0.5 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 - DAY 21; WEEK 4: DAY 22 - DAY 42; WEEK 8: DAY 43 - DAY 70; WEEK 12: DAY 71 - DAY 98; WEEK 16: DAY 99 - DAY 126;
WEEK 20: DAY 127 - DAY 154; WEEK 24: DAY 155 - DAY 210; WEEK 36: DAY 211 - DAY 308; AND WEEK 52: DAY 309 - DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

1717

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2  DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK – HEMATOLOGY – OBSERVED CASES

75 MG SEROQUEL

| MONOCYTES (X10**9/L) WEEK | TID LAB VALUE | | | | | TID CHANGE FROM BASELINE | | | | | BID LAB VALUE | | | | | BID CHANGE FROM BASELINE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
| 0 | 36 | 0.44 | 0.09 | 0.85 | 0.2 | 36 | 0.00 | 0.00 | 0.00 | 0.0 | 37 | 0.50 | 0.24 | 0.84 | 0.2 | 37 | 0.00 | 0.00 | 0.00 | 0.0 |
| 2 | 37 | 0.47 | 0.19 | 0.74 | 0.2 | 36 | 0.02 | -0.29 | 0.38 | 0.2 | 35 | 0.53 | 0.30 | 0.99 | 0.2 | 35 | 0.03 | -0.35 | 0.49 | 0.1 |
| 4 | 32 | 0.42 | 0.13 | 0.83 | 0.1 | 31 | -0.02 | -0.33 | 0.22 | 0.2 | 28 | 0.48 | 0.24 | 0.82 | 0.2 | 28 | -0.03 | -0.32 | 0.30 | 0.1 |
| 8 | 21 | 0.48 | 0.10 | 0.71 | 0.1 | 21 | 0.04 | -0.17 | 0.28 | 0.1 | 22 | 0.50 | 0.08 | 1.39 | 0.3 | 22 | -0.02 | -0.64 | 0.58 | 0.2 |
| 12 | 15 | 0.51 | 0.14 | 1.92 | 0.4 | 15 | 0.10 | -0.24 | 1.49 | 0.4 | 17 | 0.44 | 0.22 | 0.90 | 0.2 | 17 | -0.05 | -0.50 | 0.41 | 0.2 |
| 16 | 12 | 0.48 | 0.24 | 0.96 | 0.2 | 12 | 0.08 | -0.27 | 0.47 | 0.2 | 14 | 0.50 | 0.28 | 0.94 | 0.2 | 14 | 0.02 | -0.41 | 0.37 | 0.2 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 – DAY 21; WEEK 4: DAY 22 – DAY 42; WEEK 8: DAY 43 – DAY 70; WEEK 12: DAY 71 – DAY 98; WEEK 16: DAY 99 – DAY 126;
WEEK 20: DAY 127 – DAY 154; WEEK 24: DAY 155 – DAY 210; WEEK 36: DAY 211 – DAY 308; AND WEEK 52: DAY 309 – DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

(CONTINUED)

1718

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2 DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK – HEMATOLOGY – OBSERVED CASES

75 MG SEROQUEL

| MONOCYTES (X10**9/L) | TID LAB VALUE | | | | | TID CHANGE FROM BASELINE | | | | | BID LAB VALUE | | | | | BID CHANGE FROM BASELINE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WEEK | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
| 20 | 11 | 0.41 | 0.29 | 0.61 | 0.1 | 11 | 0.05 | -0.22 | 0.27 | 0.2 | 11 | 0.43 | 0.25 | 0.61 | 0.1 | 11 | -0.07 | -0.24 | 0.07 | 0.1 |
| 24 | 11 | 0.36 | 0.16 | 0.50 | 0.1 | 11 | 0.00 | -0.26 | 0.19 | 0.1 | 10 | 0.38 | 0.22 | 0.50 | 0.1 | 10 | -0.12 | -0.45 | 0.11 | 0.2 |
| 36 | 7 | 0.43 | 0.34 | 0.55 | 0.1 | 7 | 0.03 | -0.11 | 0.17 | 0.1 | 9 | 0.40 | 0.18 | 0.58 | 0.1 | 9 | -0.13 | -0.47 | 0.03 | 0.2 |
| 52 | 1 | 0.35 | 0.35 | 0.35 | . | 1 | 0.14 | 0.14 | 0.14 | . | 7 | 0.50 | 0.30 | 0.79 | 0.2 | 7 | -0.03 | -0.52 | 0.18 | 0.2 |
| FINAL | 37 | 0.47 | 0.20 | 1.92 | 0.3 | 36 | 0.02 | -0.33 | 1.49 | 0.3 | 37 | 0.53 | 0.25 | 1.03 | 0.2 | 37 | 0.03 | -0.52 | 0.49 | 0.2 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 – DAY 21; WEEK 4: DAY 22 – DAY 42; WEEK 8: DAY 43 – DAY 70; WEEK 12: DAY 71 – DAY 98; WEEK 16: DAY 99 – DAY 126;
WEEK 20: DAY 127 – DAY 154; WEEK 24: DAY 155 – DAY 210; WEEK 36: DAY 211 – DAY 308; AND WEEK 52: DAY 309 – DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

(CONTINUED)

1719

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2  DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK – HEMATOLOGY – OBSERVED CASES

75 MG SEROQUEL

TOTAL

| MONOCYTES (X10**9/L) WEEK | LAB VALUE | | | | CHANGE FROM BASELINE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
| 0 | 73 | 0.47 | 0.09 | 0.85 | 0.2 | 73 | 0.00 | 0.00 | 0.00 | 0.0 |
| 2 | 72 | 0.50 | 0.19 | 0.99 | 0.2 | 71 | 0.03 | -0.35 | 0.49 | 0.2 |
| 4 | 60 | 0.45 | 0.13 | 0.83 | 0.2 | 59 | -0.03 | -0.33 | 0.30 | 0.1 |
| 8 | 43 | 0.49 | 0.08 | 1.39 | 0.2 | 43 | 0.01 | -0.64 | 0.58 | 0.2 |
| 12 | 32 | 0.47 | 0.14 | 1.92 | 0.3 | 32 | 0.02 | -0.50 | 1.49 | 0.3 |
| 16 | 26 | 0.49 | 0.24 | 0.95 | 0.2 | 26 | 0.04 | -0.41 | 0.47 | 0.2 |

(CONTINUED)

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 - DAY 21; WEEK 4: DAY 22 - DAY 42; WEEK 8: DAY 43 - DAY 70; WEEK 12: DAY 71 - DAY 98; WEEK 16: DAY 99 - DAY 126;
WEEK 20: DAY 127 - DAY 154; WEEK 24: DAY 155 - DAY 210; WEEK 36: DAY 211 - DAY 308; AND WEEK 52: DAY 309 - DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

1720

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636)
AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2  DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK – HEMATOLOGY –
OBSERVED CASES

75 MG SEROQUEL

TOTAL

| MONOCYTES (X10**9/L) | WEEK | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
| | 20 | 22 | 0.42 | 0.25 | 0.61 | 0.1 | 22 | -0.01 | -0.24 | 0.27 | 0.1 |
| | 24 | 21 | 0.37 | 0.16 | 0.50 | 0.1 | 21 | -0.06 | -0.45 | 0.19 | 0.2 |
| | 36 | 16 | 0.42 | 0.18 | 0.58 | 0.1 | 16 | -0.06 | -0.47 | 0.17 | 0.2 |
| | 52 | 8 | 0.49 | 0.30 | 0.79 | 0.2 | 8 | -0.01 | -0.52 | 0.18 | 0.2 |
| | FINAL | 74 | 0.50 | 0.20 | 1.92 | 0.2 | 73 | 0.03 | -0.52 | 1.49 | 0.2 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 – DAY 21; WEEK 4: DAY 22 – DAY 42; WEEK 8: DAY 43 – DAY 70; WEEK 12: DAY 71 – DAY 98; WEEK 16: DAY 99 – DAY 126;
WEEK 20: DAY 127 – DAY 154; WEEK 24: DAY 155 – DAY 210; WEEK 36: DAY 211 – DAY 308; AND WEEK 52: DAY 309 – DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

1721

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2 DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK – HEMATOLOGY – OBSERVED CASES

300 MG SEROQUEL

| MONOCYTES (X10**9/L) WEEK | TID LAB VALUE | | | | | TID CHANGE FROM BASELINE | | | | | BID LAB VALUE | | | | | BID CHANGE FROM BASELINE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
| 0 | 42 | 0.56 | 0.17 | 1.49 | 0.2 | 42 | 0.00 | 0.00 | 0.00 | 0.0 | 40 | 0.44 | 0.09 | 0.73 | 0.1 | 40 | 0.00 | 0.00 | 0.00 | 0.0 |
| 2 | 42 | 0.62 | 0.03 | 2.80 | 0.4 | 42 | 0.06 | -0.81 | 2.07 | 0.4 | 38 | 0.46 | 0.14 | 0.79 | 0.2 | 38 | 0.01 | -0.21 | 0.33 | 0.1 |
| 4 | 31 | 0.52 | 0.14 | 0.91 | 0.2 | 31 | -0.04 | -0.67 | 0.28 | 0.2 | 32 | 0.47 | 0.08 | 0.78 | 0.2 | 32 | 0.02 | -0.27 | 0.27 | 0.1 |
| 8 | 23 | 0.55 | 0.22 | 1.07 | 0.2 | 23 | 0.01 | -0.22 | 0.32 | 0.2 | 24 | 0.47 | 0.12 | 1.85 | 0.3 | 24 | 0.01 | -0.42 | 1.29 | 0.3 |
| 12 | 18 | 0.57 | 0.28 | 1.19 | 0.2 | 18 | -0.01 | -0.36 | 0.57 | 0.2 | 16 | 0.44 | 0.16 | 0.68 | 0.1 | 16 | -0.00 | -0.20 | 0.18 | 0.1 |
| 16 | 17 | 0.57 | 0.28 | 0.84 | 0.2 | 17 | -0.01 | -0.54 | 0.34 | 0.2 | 11 | 0.48 | 0.24 | 0.94 | 0.2 | 11 | -0.00 | -0.22 | 0.38 | 0.1 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 – DAY 21; WEEK 4: DAY 22 – DAY 42; WEEK 8: DAY 43 – DAY 70; WEEK 12: DAY 71 – DAY 98; WEEK 16: DAY 99 – DAY 126;
WEEK 20: DAY 127 – DAY 154; WEEK 24: DAY 155 – DAY 210; WEEK 36: DAY 211 – DAY 308; AND WEEK 52: DAY 309 – DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

(CONTINUED)

1722

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2 DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK - HEMATOLOGY - OBSERVED CASES

300 MG SEROQUEL

| | TID | | | | | | | | | | BID | | | | | | | | | |
| | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | |
| MONOCYTES (X10**9/L) WEEK | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | 11 | 0.53 | 0.30 | 0.89 | 0.2 | 11 | -0.00 | -0.15 | 0.20 | 0.1 | 11 | 0.41 | 0.10 | 0.62 | 0.2 | 11 | -0.02 | -0.19 | 0.21 | 0.1 |
| 24 | 9 | 0.60 | 0.29 | 1.00 | 0.2 | 9 | 0.02 | -0.27 | 0.27 | 0.2 | 10 | 0.37 | 0.14 | 0.55 | 0.1 | 10 | -0.07 | -0.28 | 0.11 | 0.1 |
| 36 | 7 | 0.56 | 0.27 | 0.85 | 0.2 | 7 | -0.01 | -0.16 | 0.19 | 0.1 | 9 | 0.44 | 0.29 | 0.71 | 0.1 | 9 | -0.04 | -0.13 | 0.07 | 0.1 |
| 52 | 5 | 0.74 | 0.31 | 1.24 | 0.3 | 5 | 0.13 | -0.20 | 0.24 | 0.2 | 8 | 0.48 | 0.32 | 0.65 | 0.1 | 8 | 0.01 | -0.10 | 0.14 | 0.1 |
| FINAL | 42 | 0.63 | 0.18 | 2.80 | 0.4 | 42 | 0.07 | -0.98 | 2.07 | 0.4 | 40 | 0.43 | 0.08 | 0.81 | 0.2 | 40 | -0.01 | -0.42 | 0.41 | 0.2 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 - DAY 21; WEEK 4: DAY 22 - DAY 42; WEEK 8: DAY 43 - DAY 70; WEEK 12: DAY 71 - DAY 98; WEEK 16: DAY 99 - DAY 126;
WEEK 20: DAY 127 - DAY 154; WEEK 24: DAY 155 - DAY 210; WEEK 36: DAY 211 - DAY 308; AND WEEK 52: DAY 309 - DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

(CONTINUED)

1723

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2 DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK – HEMATOLOGY – OBSERVED CASES

300 MG SEROQUEL

TOTAL

| MONOCYTES (X10**9/L) WEEK | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
| 0 | 82 | 0.50 | 0.09 | 1.49 | 0.2 | 82 | 0.00 | 0.00 | 0.00 | 0.0 |
| 2 | 80 | 0.54 | 0.03 | 2.80 | 0.3 | 80 | 0.03 | -0.81 | 2.07 | 0.3 |
| 4 | 63 | 0.49 | 0.08 | 0.91 | 0.2 | 63 | -0.01 | -0.67 | 0.28 | 0.2 |
| 8 | 47 | 0.51 | 0.12 | 1.85 | 0.3 | 47 | 0.01 | -0.42 | 1.29 | 0.3 |
| 12 | 34 | 0.51 | 0.16 | 1.19 | 0.2 | 34 | -0.01 | -0.36 | 0.57 | 0.2 |
| 16 | 28 | 0.53 | 0.24 | 0.94 | 0.2 | 28 | -0.01 | -0.54 | 0.38 | 0.2 |

(CONTINUED)

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 – DAY 21; WEEK 4: DAY 22 – DAY 42; WEEK 8: DAY 43 – DAY 70; WEEK 12: DAY 71 – DAY 98; WEEK 16: DAY 99 – DAY 126;
WEEK 20: DAY 127 – DAY 154; WEEK 24: DAY 155 – DAY 210; WEEK 36: DAY 211 – DAY 308; AND WEEK 52: DAY 309 – DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

1724

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2  DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK - HEMATOLOGY - OBSERVED CASES

300 MG SEROQUEL

TOTAL

|  | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
| MONOCYTES (X10**9/L) | WEEK | | | | | | | | | | |
| 20 | 22 | 0.47 | 0.10 | 0.89 | 0.2 | 22 | -0.01 | -0.19 | 0.21 | 0.1 |
| 24 | 19 | 0.47 | 0.14 | 1.00 | 0.2 | 19 | -0.03 | -0.28 | 0.27 | 0.1 |
| 36 | 16 | 0.49 | 0.27 | 0.85 | 0.2 | 16 | -0.02 | -0.16 | 0.19 | 0.1 |
| 52 | 13 | 0.58 | 0.31 | 1.24 | 0.2 | 13 | 0.06 | -0.20 | 0.24 | 0.1 |
| FINAL | 82 | 0.53 | 0.08 | 2.80 | 0.3 | 82 | 0.03 | -0.98 | 2.07 | 0.3 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 - DAY 21; WEEK 4: DAY 22 - DAY 42; WEEK 8: DAY 43 - DAY 70; WEEK 12: DAY 71 - DAY 98; WEEK 16: DAY 99 - DAY 126;
WEEK 20: DAY 127 - DAY 154; WEEK 24: DAY 155 - DAY 210; WEEK 36: DAY 211 - DAY 308; AND WEEK 52: DAY 309 - DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2 DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK – HEMATOLOGY – OBSERVED CASES

600 MG SEROQUEL

| | TID | | | | | | | | | | BID | | | | | | | | | |
| | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | |
| MONOCYTES (X10**9/L) WEEK | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 40 | 0.49 | 0.14 | 1.06 | 0.2 | 40 | 0.00 | 0.00 | 0.00 | 0.0 | 39 | 0.51 | 0.20 | 1.11 | 0.2 | 39 | 0.00 | 0.00 | 0.00 | 0.0 |
| 2 | 35 | 0.49 | 0.07 | 0.93 | 0.2 | 35 | -0.01 | -0.51 | 0.27 | 0.2 | 36 | 0.47 | 0.27 | 1.13 | 0.2 | 36 | -0.04 | -0.62 | 0.40 | 0.2 |
| 4 | 30 | 0.48 | 0.13 | 0.89 | 0.2 | 30 | 0.01 | -0.23 | 0.36 | 0.2 | 31 | 0.46 | 0.07 | 0.77 | 0.2 | 31 | -0.05 | -0.85 | 0.43 | 0.2 |
| 8 | 26 | 0.45 | 0.00 | 1.28 | 0.2 | 26 | -0.02 | -0.50 | 0.45 | 0.2 | 27 | 0.52 | 0.23 | 1.22 | 0.2 | 27 | 0.00 | -0.21 | 0.38 | 0.2 |
| 12 | 21 | 0.51 | 0.16 | 0.89 | 0.1 | 21 | 0.02 | -0.24 | 0.20 | 0.1 | 20 | 0.50 | 0.25 | 0.98 | 0.2 | 20 | -0.00 | -0.28 | 0.50 | 0.2 |
| 16 | 18 | 0.55 | 0.08 | 0.93 | 0.2 | 18 | 0.05 | -0.27 | 0.35 | 0.2 | 15 | 0.48 | 0.17 | 1.08 | 0.2 | 15 | -0.00 | -0.28 | 0.74 | 0.3 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 – DAY 21; WEEK 4: DAY 22 – DAY 42; WEEK 8: DAY 43 – DAY 70; WEEK 12: DAY 71 – DAY 98; WEEK 16: DAY 99 – DAY 126;
WEEK 20: DAY 127 – DAY 154; WEEK 24: DAY 155 – DAY 210; WEEK 36: DAY 211 – DAY 308; AND WEEK 52: DAY 309 – DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

(CONTINUED)

1726

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2 DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK - HEMATOLOGY - OBSERVED CASES

600 MG SEROQUEL

| | | TID | | | | | | | | | BID | | | | | | | | |
| | | LAB VALUE | | | | CHANGE FROM BASELINE | | | | | LAB VALUE | | | | CHANGE FROM BASELINE | | | | |
| WEEK | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **MONOCYTES (X10\*\*9/L)** | | | | | | | | | | | | | | | | | | | | |
| 20 | 15 | 0.50 | 0.16 | 0.92 | 0.2 | 15 | 0.00 | -0.19 | 0.42 | 0.2 | 12 | 0.47 | 0.19 | 0.92 | 0.2 | 12 | 0.01 | -0.31 | 0.58 | 0.2 |
| 24 | 15 | 0.54 | 0.26 | 0.91 | 0.2 | 15 | 0.04 | -0.08 | 0.41 | 0.1 | 12 | 0.52 | 0.00 | 1.34 | 0.3 | 12 | 0.07 | -0.42 | 0.95 | 0.4 |
| 36 | 9 | 0.53 | 0.20 | 0.80 | 0.2 | 9 | 0.04 | -0.13 | 0.36 | 0.2 | 8 | 0.48 | 0.31 | 0.69 | 0.1 | 8 | 0.02 | -0.12 | 0.21 | 0.1 |
| 52 | 6 | 0.55 | 0.30 | 1.02 | 0.2 | 6 | 0.09 | -0.21 | 0.52 | 0.3 | 7 | 0.46 | 0.34 | 0.58 | 0.1 | 7 | -0.00 | -0.09 | 0.21 | 0.1 |
| FINAL | 40 | 0.51 | 0.16 | 1.02 | 0.2 | 40 | 0.02 | -0.51 | 0.52 | 0.2 | 39 | 0.46 | 0.00 | 1.22 | 0.2 | 39 | -0.04 | -0.42 | 0.30 | 0.1 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 - DAY 21; WEEK 4: DAY 22 - DAY 42; WEEK 8: DAY 43 - DAY 70; WEEK 12: DAY 71 - DAY 98; WEEK 16: DAY 99 - DAY 126;
WEEK 20: DAY 127 - DAY 154; WEEK 24: DAY 155 - DAY 210; WEEK 36: DAY 211 - DAY 308; AND WEEK 52: DAY 309 - DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

(CONTINUED)

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2  DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK - HEMATOLOGY - OBSERVED CASES

MONOCYTES (X10**9/L)

| | 600 MG SEROQUEL TOTAL | | | | | | | | | | 12 MG HALOPERIDOL TID | | | | | | | | | |
| | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | |
| WEEK | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 79 | 0.50 | 0.14 | 1.11 | 0.2 | 79 | 0.00 | 0.00 | 0.00 | 0.0 | 39 | 0.53 | 0.12 | 1.07 | 0.2 | 39 | 0.00 | 0.00 | 0.00 | 0.0 |
| 2 | 71 | 0.48 | 0.07 | 1.13 | 0.2 | 71 | -0.02 | -0.62 | 0.40 | 0.2 | 38 | 0.58 | 0.06 | 1.32 | 0.3 | 37 | 0.03 | -0.64 | 0.58 | 0.2 |
| 4 | 61 | 0.46 | 0.07 | 0.89 | 0.2 | 61 | -0.02 | -0.85 | 0.43 | 0.2 | 28 | 0.49 | 0.11 | 0.88 | 0.2 | 27 | -0.03 | -0.42 | 0.49 | 0.2 |
| 8 | 53 | 0.49 | 0.00 | 1.28 | 0.2 | 53 | -0.01 | -0.50 | 0.45 | 0.2 | 22 | 0.61 | 0.15 | 1.18 | 0.2 | 22 | 0.05 | -0.26 | 0.52 | 0.2 |
| 12 | 41 | 0.51 | 0.16 | 0.98 | 0.2 | 41 | 0.01 | -0.28 | 0.50 | 0.1 | 20 | 0.53 | 0.00 | 1.16 | 0.3 | 20 | -0.04 | -0.49 | 0.50 | 0.2 |
| 16 | 33 | 0.52 | 0.08 | 1.08 | 0.2 | 33 | 0.03 | -0.28 | 0.74 | 0.2 | 15 | 0.53 | 0.09 | 1.01 | 0.2 | 15 | -0.03 | -0.47 | 0.38 | 0.2 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 - DAY 21; WEEK 4: DAY 22 - DAY 42; WEEK 8: DAY 43 - DAY 70; WEEK 12: DAY 71 - DAY 98; WEEK 16: DAY 99 - DAY 126;
WEEK 20: DAY 127 - DAY 154; WEEK 24: DAY 155 - DAY 210; WEEK 36: DAY 211 - DAY 308; AND WEEK 52: DAY 309 - DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

(CONTINUED)

1728

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2 DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK - HEMATOLOGY - OBSERVED CASES

| | | 600 MG SEROQUEL | | | | | | | | | | 12 MG HALOPERIDOL | | | | | | | | | |
| | | TOTAL | | | | | | | | | | TID | | | | | | | | | |
| | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | |
| WEEK | | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MONOCYTES (X10**9/L) | | | | | | | | | | | | | | | | | | | | | |
| | 20 | 27 | 0.48 | 0.16 | 0.92 | 0.2 | 27 | 0.01 | -0.31 | 0.58 | 0.2 | 17 | 0.56 | 0.19 | 0.88 | 0.2 | 17 | -0.01 | -0.35 | 0.40 | 0.2 |
| | 24 | 27 | 0.53 | 0.00 | 1.34 | 0.3 | 27 | 0.05 | -0.42 | 0.95 | 0.3 | 15 | 0.56 | 0.35 | 0.80 | 0.2 | 15 | -0.03 | -0.34 | 0.31 | 0.2 |
| | 36 | 17 | 0.51 | 0.20 | 0.80 | 0.2 | 17 | 0.03 | -0.13 | 0.36 | 0.2 | 16 | 0.56 | 0.22 | 1.47 | 0.3 | 16 | -0.00 | -0.55 | 1.04 | 0.4 |
| | 52 | 13 | 0.51 | 0.30 | 1.02 | 0.2 | 13 | 0.04 | -0.21 | 0.52 | 0.2 | 12 | 0.60 | 0.22 | 0.85 | 0.2 | 12 | 0.04 | -0.18 | 0.41 | 0.2 |
| | FINAL | 79 | 0.48 | 0.00 | 1.22 | 0.2 | 79 | -0.01 | -0.51 | 0.52 | 0.2 | 40 | 0.57 | 0.22 | 1.04 | 0.2 | 39 | 0.03 | -0.55 | 0.50 | 0.2 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 - DAY 21; WEEK 4: DAY 22 - DAY 42; WEEK 8: DAY 43 - DAY 70; WEEK 12: DAY 71 - DAY 98; WEEK 16: DAY 99 - DAY 126;
WEEK 20: DAY 127 - DAY 154; WEEK 24: DAY 155 - DAY 210; WEEK 36: DAY 211 - DAY 308; AND WEEK 52: DAY 309 - DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

1729

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2 DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK - HEMATOLOGY - OBSERVED CASES

75 MG SEROQUEL

| | TID | | | | | | | | | | BID | | | | | | | | | |
| | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | |
| | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EOSINOPHILS WEEK (X10**9/L) | | | | | | | | | | | | | | | | | | | | |
| 0 | 36 | 0.23 | 0.03 | 1.09 | 0.2 | 36 | 0.00 | 0.00 | 0.00 | 0.0 | 37 | 0.22 | 0.06 | 0.75 | 0.1 | 37 | 0.00 | 0.00 | 0.00 | 0.0 |
| 2 | 37 | 0.24 | 0.00 | 0.87 | 0.2 | 36 | 0.02 | -0.25 | 0.46 | 0.1 | 35 | 0.24 | 0.09 | 0.93 | 0.2 | 35 | 0.02 | -0.62 | 0.74 | 0.2 |
| 4 | 32 | 0.19 | 0.00 | 0.58 | 0.2 | 31 | -0.02 | -0.56 | 0.29 | 0.1 | 28 | 0.25 | 0.06 | 1.26 | 0.2 | 28 | 0.02 | -0.30 | 0.51 | 0.2 |
| 8 | 21 | 0.28 | 0.07 | 0.91 | 0.2 | 21 | 0.08 | -0.16 | 0.51 | 0.2 | 22 | 0.24 | 0.04 | 0.77 | 0.2 | 22 | 0.02 | -0.45 | 0.69 | 0.2 |
| 12 | 15 | 0.26 | 0.00 | 0.74 | 0.2 | 15 | 0.08 | -0.14 | 0.35 | 0.1 | 17 | 0.25 | 0.00 | 0.57 | 0.1 | 17 | -0.01 | -0.61 | 0.29 | 0.2 |
| 16 | 12 | 0.32 | 0.08 | 1.07 | 0.3 | 12 | 0.12 | -0.09 | 0.67 | 0.2 | 14 | 0.26 | 0.08 | 0.54 | 0.2 | 14 | -0.01 | -0.55 | 0.25 | 0.2 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 - DAY 21; WEEK 4: DAY 22 - DAY 42; WEEK 8: DAY 43 - DAY 70; WEEK 12: DAY 71 - DAY 98; WEEK 16: DAY 99 - DAY 126;
WEEK 20: DAY 127 - DAY 154; WEEK 24: DAY 155 - DAY 210; WEEK 36: DAY 211 - DAY 308; AND WEEK 52: DAY 309 - DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

(CONTINUED)

1730

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2  DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK – HEMATOLOGY – OBSERVED CASES

75 MG SEROQUEL

| | TID | | | | | | | | | BID | | | | | | | | |
| | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | |
| | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EOSINOPHILS (X10**9/L) WEEK | | | | | | | | | | | | | | | | | | | | |
| 20 | 11 | 0.39 | 0.07 | 0.91 | 0.3 | 11 | 0.19 | -0.11 | 0.74 | 0.3 | 11 | 0.25 | 0.01 | 0.51 | 0.1 | 11 | 0.00 | -0.12 | 0.20 | 0.1 |
| 24 | 11 | 0.28 | 0.06 | 0.99 | 0.3 | 11 | 0.08 | -0.14 | 0.59 | 0.2 | 10 | 0.23 | 0.04 | 0.53 | 0.1 | 10 | -0.02 | -0.13 | 0.05 | 0.1 |
| 36 | 7 | 0.32 | 0.07 | 0.98 | 0.3 | 7 | 0.06 | -0.16 | 0.58 | 0.3 | 9 | 0.20 | 0.05 | 0.47 | 0.1 | 9 | -0.03 | -0.11 | 0.06 | 0.1 |
| 52 | 1 | 0.07 | 0.07 | 0.07 | | 1 | -0.06 | -0.06 | -0.06 | | 7 | 0.20 | 0.08 | 0.37 | 0.1 | 7 | -0.04 | -0.18 | 0.13 | 0.1 |
| FINAL | 37 | 0.22 | 0.00 | 0.83 | 0.2 | 36 | -0.01 | -0.56 | 0.43 | 0.2 | 37 | 0.21 | 0.05 | 0.52 | 0.1 | 37 | -0.01 | -0.55 | 0.31 | 0.1 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 – DAY 21; WEEK 4: DAY 22 – DAY 42; WEEK 8: DAY 43 – DAY 70; WEEK 12: DAY 71 – DAY 98; WEEK 16: DAY 99 – DAY 126;
WEEK 20: DAY 127 – DAY 154; WEEK 24: DAY 155 – DAY 210; WEEK 36: DAY 211 – DAY 308; AND WEEK 52: DAY 309 – DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

(CONTINUED)

1731

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636)
AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2  DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK – HEMATOLOGY –
OBSERVED CASES

75 MG SEROQUEL

TOTAL

| | | LAB VALUE | | | | | | CHANGE FROM BASELINE | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
| EOSINOPHILS\|WEEK (X10**9/L) | | | | | | | | | | |
| 0 | 73 | 0.22 | 0.03 | 1.09 | 0.2 | 73 | 0.00 | 0.00 | 0.00 | 0.0 |
| 2 | 72 | 0.24 | 0.00 | 0.93 | 0.2 | 71 | 0.02 | -0.62 | 0.74 | 0.2 |
| 4 | 60 | 0.22 | 0.00 | 1.26 | 0.2 | 59 | -0.00 | -0.56 | 0.51 | 0.1 |
| 8 | 43 | 0.26 | 0.04 | 0.91 | 0.2 | 43 | 0.05 | -0.45 | 0.69 | 0.2 |
| 12 | 32 | 0.26 | 0.00 | 0.74 | 0.2 | 32 | 0.03 | -0.61 | 0.35 | 0.2 |
| 16 | 26 | 0.29 | 0.08 | 1.07 | 0.2 | 26 | 0.05 | -0.55 | 0.67 | 0.2 |

(CONTINUED)

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 – DAY 21; WEEK 4: DAY 22 – DAY 42; WEEK 8: DAY 43 – DAY 70; WEEK 12: DAY 71 – DAY 98; WEEK 16: DAY 99 – DAY 126;
WEEK 20: DAY 127 – DAY 154; WEEK 24: DAY 155 – DAY 210; WEEK 36: DAY 211 – DAY 308; AND WEEK 52: DAY 309 – DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

1732

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2  DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK – HEMATOLOGY – OBSERVED CASES

75 MG SEROQUEL

TOTAL

| | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
| EOSINOPHILS WEEK (X10**9/L) | | | | | | | | | | |
| 20 | 22 | 0.32 | 0.01 | 0.91 | 0.2 | 22 | 0.09 | -0.12 | 0.74 | 0.2 |
| 24 | 21 | 0.26 | 0.04 | 0.99 | 0.2 | 21 | 0.03 | -0.14 | 0.59 | 0.2 |
| 36 | 16 | 0.25 | 0.05 | 0.98 | 0.2 | 16 | 0.01 | -0.16 | 0.58 | 0.2 |
| 52 | 8 | 0.18 | 0.07 | 0.37 | 0.1 | 8 | -0.04 | -0.18 | 0.13 | 0.1 |
| FINAL | 74 | 0.22 | 0.00 | 0.83 | 0.1 | 73 | -0.01 | -0.56 | 0.43 | 0.1 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 – DAY 21; WEEK 4: DAY 22 – DAY 42; WEEK 8: DAY 43 – DAY 70; WEEK 12: DAY 71 – DAY 98; WEEK 16: DAY 99 – DAY 126;
WEEK 20: DAY 127 – DAY 154; WEEK 24: DAY 155 – DAY 210; WEEK 36: DAY 211 – DAY 308; AND WEEK 52: DAY 309 – DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

1733

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2 DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK - HEMATOLOGY - OBSERVED CASES

300 MG SEROQUEL

| | TID | | | | | | | | | | BID | | | | | | | | | |
| | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | |
| WEEK | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EOSINOPHILS (X10**9/L) | | | | | | | | | | | | | | | | | | | | |
| 0 | 42 | 0.22 | 0.02 | 0.79 | 0.1 | 42 | 0.00 | 0.00 | 0.00 | 0.0 | 40 | 0.28 | 0.02 | 0.88 | 0.2 | 40 | 0.00 | 0.00 | 0.00 | 0.0 |
| 2 | 42 | 0.21 | 0.00 | 0.42 | 0.1 | 42 | -0.02 | -0.62 | 0.23 | 0.2 | 38 | 0.28 | 0.05 | 0.96 | 0.2 | 38 | -0.00 | -0.36 | 0.47 | 0.1 |
| 4 | 31 | 0.20 | 0.02 | 0.67 | 0.1 | 31 | -0.01 | -0.50 | 0.41 | 0.1 | 32 | 0.25 | 0.01 | 1.38 | 0.2 | 32 | -0.02 | -0.63 | 0.50 | 0.2 |
| 8 | 23 | 0.25 | 0.06 | 0.64 | 0.2 | 23 | 0.01 | -0.33 | 0.41 | 0.2 | 24 | 0.28 | 0.05 | 1.03 | 0.2 | 24 | 0.00 | -0.34 | 0.50 | 0.2 |
| 12 | 18 | 0.20 | 0.06 | 0.43 | 0.1 | 18 | -0.04 | -0.36 | 0.06 | 0.1 | 16 | 0.29 | 0.06 | 0.78 | 0.2 | 16 | 0.06 | -0.09 | 0.35 | 0.1 |
| 16 | 17 | 0.19 | 0.06 | 0.35 | 0.1 | 17 | -0.04 | -0.60 | 0.15 | 0.2 | 11 | 0.30 | 0.09 | 1.26 | 0.3 | 11 | -0.00 | -0.56 | 0.73 | 0.3 |

(CONTINUED)

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 - DAY 21; WEEK 4: DAY 22 - DAY 42; WEEK 8: DAY 43 - DAY 70; WEEK 12: DAY 71 - DAY 98; WEEK 16: DAY 99 - DAY 126;
WEEK 20: DAY 127 - DAY 154; WEEK 24: DAY 155 - DAY 210; WEEK 36: DAY 211 - DAY 308; AND WEEK 52: DAY 309 - DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

1734

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2  DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK – HEMATOLOGY – OBSERVED CASES

|  | 300 MG SEROQUEL | | | | | | | | | | | | | | | | | | | |
|  | TID | | | | | | | | | | BID | | | | | | | | | |
|  | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | |
| EOSINOPHILS/WEEK (X10**9/L) | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | 11 | 0.22 | 0.07 | 0.49 | 0.1 | 11 | 0.01 | -0.12 | 0.18 | 0.1 | 11 | 0.25 | 0.07 | 0.96 | 0.3 | 11 | -0.02 | -0.28 | 0.43 | 0.2 |
| 24 | 9 | 0.29 | 0.18 | 0.69 | 0.2 | 9 | 0.07 | -0.11 | 0.38 | 0.1 | 10 | 0.25 | 0.00 | 0.82 | 0.2 | 10 | -0.03 | -0.37 | 0.29 | 0.2 |
| 36 | 7 | 0.22 | 0.14 | 0.30 | 0.1 | 7 | -0.02 | -0.10 | 0.03 | 0.0 | 9 | 0.22 | 0.05 | 0.53 | 0.2 | 9 | -0.09 | -0.37 | 0.10 | 0.2 |
| 52 | 5 | 0.26 | 0.12 | 0.55 | 0.2 | 5 | 0.02 | -0.08 | 0.26 | 0.1 | 8 | 0.25 | 0.05 | 0.85 | 0.3 | 8 | -0.01 | -0.42 | 0.32 | 0.2 |
| FINAL | 42 | 0.19 | 0.00 | 0.64 | 0.1 | 42 | -0.03 | -0.60 | 0.41 | 0.2 | 40 | 0.25 | 0.05 | 0.85 | 0.2 | 40 | -0.03 | -0.42 | 0.32 | 0.2 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 – DAY 21; WEEK 4: DAY 22 – DAY 42; WEEK 8: DAY 43 – DAY 70; WEEK 12: DAY 71 – DAY 98; WEEK 16: DAY 99 – DAY 126;
WEEK 20: DAY 127 – DAY 154; WEEK 24: DAY 155 – DAY 210; WEEK 36: DAY 211 – DAY 308; AND WEEK 52: DAY 309 – DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

(CONTINUED)

1735

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2  DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK – HEMATOLOGY – OBSERVED CASES

300 MG SEROQUEL

TOTAL

| | | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | |
| EOSINOPHILS\|WEEK (X10**9/L) | | | | | | | | | | | |
| 0 | 82 | 0.25 | 0.02 | 0.88 | 0.2 | 82 | 0.00 | 0.00 | 0.00 | 0.0 | |
| 2 | 80 | 0.24 | 0.00 | 0.96 | 0.2 | 80 | -0.01 | -0.62 | 0.47 | 0.1 | |
| 4 | 63 | 0.23 | 0.01 | 1.38 | 0.2 | 63 | -0.01 | -0.63 | 0.50 | 0.2 | |
| 8 | 47 | 0.26 | 0.05 | 1.03 | 0.2 | 47 | 0.01 | -0.34 | 0.50 | 0.2 | |
| 12 | 34 | 0.24 | 0.06 | 0.78 | 0.2 | 34 | 0.01 | -0.36 | 0.35 | 0.1 | |
| 16 | 28 | 0.23 | 0.06 | 1.26 | 0.2 | 28 | -0.03 | -0.60 | 0.73 | 0.2 | |

(CONTINUED)

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 – DAY 21; WEEK 4: DAY 22 – DAY 42; WEEK 8: DAY 43 – DAY 70; WEEK 12: DAY 71 – DAY 98; WEEK 16: DAY 99 – DAY 126;
WEEK 20: DAY 127 – DAY 154; WEEK 24: DAY 155 – DAY 210; WEEK 36: DAY 211 – DAY 308; AND WEEK 52: DAY 309 – DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

1736

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2  DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK - HEMATOLOGY - OBSERVED CASES

300 MG SEROQUEL

TOTAL

|  |  | LAB VALUE |  |  |  |  | CHANGE FROM BASELINE |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|
|  | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
| EOSINOPHILS\|WEEK (X10**9/L)\| | | | | | | | | | | |
| 20 | 22 | 0.24 | 0.07 | 0.96 | 0.2 | 22 | -0.00 | -0.28 | 0.43 | 0.1 |
| 24 | 19 | 0.27 | 0.00 | 0.82 | 0.2 | 19 | 0.01 | -0.37 | 0.38 | 0.2 |
| 36 | 16 | 0.22 | 0.05 | 0.53 | 0.1 | 16 | -0.06 | -0.37 | 0.10 | 0.1 |
| 52 | 13 | 0.25 | 0.05 | 0.85 | 0.2 | 13 | 0.00 | -0.42 | 0.32 | 0.2 |
| FINAL | 82 | 0.22 | 0.00 | 0.85 | 0.2 | 82 | -0.03 | -0.60 | 0.41 | 0.2 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 - DAY 21; WEEK 4: DAY 22 - DAY 42; WEEK 8: DAY 43 - DAY 70; WEEK 12: DAY 71 - DAY 98; WEEK 16: DAY 99 - DAY 126;
WEEK 20: DAY 127 - DAY 154; WEEK 24: DAY 155 - DAY 210; WEEK 36: DAY 211 - DAY 308; AND WEEK 52: DAY 309 - DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

1737

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2 DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK - HEMATOLOGY - OBSERVED CASES

600 MG SEROQUEL

| | TID | | | | | | | | | | BID | | | | | | | | | |
| | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | |
| | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **EOSINOPHILS/WEEK (X10\*\*9/L)** | | | | | | | | | | | | | | | | | | | | |
| 0 | 40 | 0.22 | 0.00 | 0.68 | 0.1 | 40 | 0.00 | 0.00 | 0.00 | 0.0 | 39 | 0.26 | 0.00 | 0.72 | 0.2 | 39 | 0.00 | 0.00 | 0.00 | 0.0 |
| 2 | 35 | 0.22 | 0.00 | 1.13 | 0.2 | 35 | -0.00 | -0.33 | 0.45 | 0.1 | 36 | 0.26 | 0.00 | 0.87 | 0.2 | 36 | -0.01 | -0.44 | 0.22 | 0.1 |
| 4 | 30 | 0.24 | 0.00 | 0.79 | 0.2 | 30 | 0.01 | -0.26 | 0.47 | 0.2 | 31 | 0.23 | 0.00 | 0.66 | 0.2 | 31 | -0.02 | -0.33 | 0.28 | 0.1 |
| 8 | 26 | 0.19 | 0.02 | 0.66 | 0.1 | 26 | -0.04 | -0.26 | 0.24 | 0.1 | 27 | 0.24 | 0.08 | 0.49 | 0.1 | 27 | -0.01 | -0.23 | 0.10 | 0.1 |
| 12 | 21 | 0.21 | 0.05 | 0.73 | 0.2 | 21 | -0.03 | -0.22 | 0.23 | 0.1 | 20 | 0.23 | 0.05 | 0.37 | 0.1 | 20 | -0.05 | -0.45 | 0.23 | 0.1 |
| 16 | 18 | 0.26 | 0.08 | 0.97 | 0.2 | 18 | 0.01 | -0.37 | 0.77 | 0.2 | 15 | 0.20 | 0.05 | 0.40 | 0.1 | 15 | -0.03 | -0.35 | 0.14 | 0.1 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 - DAY 21; WEEK 4: DAY 22 - DAY 42; WEEK 8: DAY 43 - DAY 70; WEEK 12: DAY 71 - DAY 98; WEEK 16: DAY 99 - DAY 126;
WEEK 20: DAY 127 - DAY 154; WEEK 24: DAY 155 - DAY 210; WEEK 36: DAY 211 - DAY 308; AND WEEK 52: DAY 309 - DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

(CONTINUED)

1738

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2  DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK – HEMATOLOGY – OBSERVED CASES

600 MG SEROQUEL

EOSINOPHILS/WEEK (X10**9/L)

| | TID | | | | | | | | | | BID | | | | | | | | | |
| | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | |
| WEEK | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | 15 | 0.24 | 0.00 | 0.98 | 0.2 | 15 | 0.01 | -0.39 | 0.78 | 0.3 | 12 | 0.23 | 0.11 | 0.37 | 0.1 | 12 | -0.03 | -0.29 | 0.12 | 0.1 |
| 24 | 15 | 0.25 | 0.01 | 0.71 | 0.2 | 15 | 0.03 | -0.18 | 0.59 | 0.2 | 12 | 0.25 | 0.00 | 0.84 | 0.2 | 12 | 0.00 | -0.23 | 0.48 | 0.2 |
| 36 | 9 | 0.25 | 0.07 | 0.40 | 0.1 | 9 | -0.01 | -0.28 | 0.27 | 0.2 | 8 | 0.26 | 0.13 | 0.35 | 0.1 | 8 | -0.04 | -0.13 | 0.07 | 0.1 |
| 52 | 6 | 0.29 | 0.04 | 0.51 | 0.2 | 6 | 0.01 | -0.26 | 0.19 | 0.2 | 7 | 0.24 | 0.05 | 0.55 | 0.2 | 7 | -0.06 | -0.21 | 0.11 | 0.1 |
| FINAL | 40 | 0.21 | 0.00 | 0.65 | 0.2 | 40 | -0.01 | -0.33 | 0.47 | 0.2 | 39 | 0.23 | 0.00 | 0.63 | 0.1 | 39 | -0.03 | -0.45 | 0.21 | 0.1 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 – DAY 21; WEEK 4: DAY 22 – DAY 42; WEEK 8: DAY 43 – DAY 70; WEEK 12: DAY 71 – DAY 98; WEEK 16: DAY 99 – DAY 126;
WEEK 20: DAY 127 – DAY 154; WEEK 24: DAY 155 – DAY 210; WEEK 36: DAY 211 – DAY 308; AND WEEK 52: DAY 309 – DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

(CONTINUED)

1739

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2  DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK – HEMATOLOGY – OBSERVED CASES

| | 600 MG SEROQUEL TOTAL | | | | | | | | | | 12 MG HALOPERIDOL TID | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | |
| | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
| EOSINOPHILS WEEK (X10**9/L) | | | | | | | | | | | | | | | | | | | | |
| 0 | 79 | 0.24 | 0.00 | 0.72 | 0.2 | 79 | 0.00 | 0.00 | 0.00 | 0.0 | 39 | 0.31 | 0.04 | 0.96 | 0.2 | 39 | 0.00 | 0.00 | 0.00 | 0.0 |
| 2 | 71 | 0.24 | 0.00 | 1.13 | 0.2 | 71 | -0.00 | -0.44 | 0.45 | 0.1 | 38 | 0.24 | 0.06 | 0.74 | 0.2 | 37 | -0.07 | -0.83 | 0.20 | 0.2 |
| 4 | 61 | 0.24 | 0.00 | 0.79 | 0.2 | 61 | -0.00 | -0.33 | 0.47 | 0.1 | 28 | 0.25 | 0.00 | 0.88 | 0.2 | 27 | -0.06 | -0.70 | 0.17 | 0.2 |
| 8 | 53 | 0.22 | 0.02 | 0.66 | 0.1 | 53 | -0.02 | -0.26 | 0.24 | 0.1 | 22 | 0.34 | 0.07 | 0.92 | 0.2 | 22 | -0.01 | -0.49 | 0.35 | 0.2 |
| 12 | 41 | 0.22 | 0.05 | 0.73 | 0.1 | 41 | -0.04 | -0.45 | 0.23 | 0.1 | 20 | 0.33 | 0.12 | 0.96 | 0.2 | 20 | -0.01 | -0.66 | 0.28 | 0.2 |
| 16 | 33 | 0.23 | 0.05 | 0.97 | 0.2 | 33 | -0.01 | -0.37 | 0.77 | 0.2 | 15 | 0.30 | 0.08 | 0.67 | 0.2 | 15 | -0.02 | -0.32 | 0.38 | 0.2 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 – DAY 21; WEEK 4: DAY 22 – DAY 42; WEEK 8: DAY 43 – DAY 70; WEEK 12: DAY 71 – DAY 98; WEEK 16: DAY 99 – DAY 126;
WEEK 20: DAY 127 – DAY 154; WEEK 24: DAY 155 – DAY 210; WEEK 36: DAY 211 – DAY 308; AND WEEK 52: DAY 309 – DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

(CONTINUED)

1740

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2 DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK - HEMATOLOGY - OBSERVED CASES

| | 600 MG SEROQUEL TOTAL | | | | | | | | | | 12 MG HALOPERIDOL TID | | | | | | | | | |
| | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | |
| | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EOSINOPHILS/WEEK (X10**9/L) | | | | | | | | | | | | | | | | | | | | |
| 20 | 27 | 0.24 | 0.00 | 0.98 | 0.2 | 27 | -0.01 | -0.39 | 0.78 | 0.2 | 17 | 0.29 | 0.11 | 0.79 | 0.2 | 17 | -0.06 | -0.59 | 0.15 | 0.2 |
| 24 | 27 | 0.25 | 0.00 | 0.84 | 0.2 | 27 | 0.01 | -0.23 | 0.59 | 0.2 | 15 | 0.35 | 0.09 | 0.59 | 0.2 | 15 | -0.02 | -0.66 | 0.47 | 0.3 |
| 36 | 17 | 0.25 | 0.07 | 0.40 | 0.1 | 17 | -0.03 | -0.28 | 0.27 | 0.1 | 16 | 0.32 | 0.07 | 0.91 | 0.2 | 16 | -0.04 | -0.63 | 0.31 | 0.2 |
| 52 | 13 | 0.26 | 0.04 | 0.55 | 0.2 | 13 | -0.03 | -0.26 | 0.19 | 0.1 | 12 | 0.26 | 0.07 | 0.76 | 0.2 | 12 | 0.05 | -0.15 | 0.51 | 0.2 |
| FINAL | 79 | 0.22 | 0.00 | 0.65 | 0.1 | 79 | -0.02 | -0.45 | 0.47 | 0.1 | 40 | 0.26 | 0.06 | 0.91 | 0.2 | 39 | -0.05 | -0.63 | 0.51 | 0.2 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 - DAY 21; WEEK 4: DAY 22 - DAY 42; WEEK 8: DAY 43 - DAY 70; WEEK 12: DAY 71 - DAY 98; WEEK 16: DAY 99 - DAY 126;
WEEK 20: DAY 127 - DAY 154; WEEK 24: DAY 155 - DAY 210; WEEK 36: DAY 211 - DAY 308; AND WEEK 52: DAY 309 - DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

1741

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2  DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK – HEMATOLOGY – OBSERVED CASES

75 MG SEROQUEL

| | | TID | | | | | | | | | BID | | | | | | | | |
| | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | |
| WEEK | | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BASOPHILS (X10**9/L) | | | | | | | | | | | | | | | | | | | | | |
| 0 | | 36 | 0.05 | 0.00 | 0.14 | 0.0 | 36 | 0.00 | 0.00 | 0.00 | 0.0 | 37 | 0.05 | 0.00 | 0.21 | 0.0 | 37 | 0.00 | 0.00 | 0.00 | 0.0 |
| 2 | | 37 | 0.06 | 0.00 | 0.19 | 0.0 | 36 | 0.00 | -0.10 | 0.12 | 0.0 | 35 | 0.07 | 0.01 | 0.20 | 0.0 | 35 | 0.02 | -0.11 | 0.12 | 0.0 |
| 4 | | 32 | 0.05 | 0.00 | 0.13 | 0.0 | 31 | -0.01 | -0.10 | 0.08 | 0.0 | 28 | 0.05 | 0.00 | 0.13 | 0.0 | 28 | 0.00 | -0.13 | 0.12 | 0.0 |
| 8 | | 21 | 0.06 | 0.01 | 0.21 | 0.0 | 21 | 0.02 | -0.06 | 0.10 | 0.0 | 22 | 0.05 | 0.00 | 0.11 | 0.0 | 22 | 0.00 | -0.07 | 0.10 | 0.0 |
| 12 | | 15 | 0.04 | 0.00 | 0.12 | 0.0 | 15 | -0.00 | -0.10 | 0.05 | 0.0 | 17 | 0.05 | 0.00 | 0.11 | 0.0 | 17 | 0.00 | -0.05 | 0.10 | 0.0 |
| 16 | | 12 | 0.05 | 0.00 | 0.12 | 0.0 | 12 | 0.00 | -0.09 | 0.08 | 0.0 | 14 | 0.05 | 0.00 | 0.13 | 0.0 | 14 | 0.01 | -0.07 | 0.07 | 0.0 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 – DAY 21; WEEK 4: DAY 22 – DAY 42; WEEK 8: DAY 43 – DAY 70; WEEK 12: DAY 71 – DAY 98; WEEK 16: DAY 99 – DAY 126;
WEEK 20: DAY 127 – DAY 154; WEEK 24: DAY 155 – DAY 210; WEEK 36: DAY 211 – DAY 308; AND WEEK 52: DAY 309 – DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

(CONTINUED)

1742

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2 DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK - HEMATOLOGY - OBSERVED CASES

75 MG SEROQUEL

| | | TID | | | | | | | | | BID | | | | | | | | |
| | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | |
| | WEEK | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BASOPHILS (X10**9/L) | 20 | 11 | 0.06 | 0.02 | 0.23 | 0.1 | 11 | 0.02 | -0.12 | 0.21 | 0.1 | 11 | 0.05 | 0.01 | 0.09 | 0.0 | 11 | 0.00 | -0.07 | 0.07 | 0.0 |
| | 24 | 11 | 0.04 | 0.00 | 0.13 | 0.0 | 11 | 0.00 | -0.07 | 0.09 | 0.0 | 10 | 0.04 | 0.00 | 0.16 | 0.0 | 10 | -0.00 | -0.04 | 0.03 | 0.0 |
| | 36 | 7 | 0.05 | 0.02 | 0.13 | 0.0 | 7 | -0.01 | -0.09 | 0.03 | 0.0 | 9 | 0.05 | 0.02 | 0.08 | 0.0 | 9 | 0.00 | -0.07 | 0.05 | 0.0 |
| | 52 | 1 | 0.02 | 0.02 | 0.02 | . | 1 | 0.01 | 0.01 | 0.01 | . | 7 | 0.08 | 0.03 | 0.15 | 0.0 | 7 | 0.03 | -0.01 | 0.09 | 0.0 |
| | FINAL | 37 | 0.05 | 0.00 | 0.21 | 0.0 | 36 | -0.01 | -0.10 | 0.10 | 0.0 | 37 | 0.07 | 0.02 | 0.16 | 0.0 | 37 | 0.01 | -0.07 | 0.10 | 0.0 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 - DAY 21; WEEK 4: DAY 22 - DAY 42; WEEK 8: DAY 43 - DAY 70; WEEK 12: DAY 71 - DAY 98; WEEK 16: DAY 99 - DAY 126;
WEEK 20: DAY 127 - DAY 154; WEEK 24: DAY 155 - DAY 210; WEEK 36: DAY 211 - DAY 308; AND WEEK 52: DAY 309 - DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

(CONTINUED)

1743

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2 DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK – HEMATOLOGY – OBSERVED CASES

75 MG SEROQUEL

TOTAL

| BASOPHILS (X10**9/L) WEEK | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
| 0 | 73 | 0.05 | 0.00 | 0.21 | 0.0 | 73 | 0.00 | 0.00 | 0.00 | 0.0 |
| 2 | 72 | 0.06 | 0.00 | 0.20 | 0.0 | 71 | 0.01 | -0.11 | 0.12 | 0.0 |
| 4 | 60 | 0.05 | 0.00 | 0.13 | 0.0 | 59 | -0.00 | -0.13 | 0.12 | 0.0 |
| 8 | 43 | 0.06 | 0.00 | 0.21 | 0.0 | 43 | 0.01 | -0.07 | 0.10 | 0.0 |
| 12 | 32 | 0.04 | 0.00 | 0.12 | 0.0 | 32 | -0.00 | -0.10 | 0.10 | 0.0 |
| 16 | 26 | 0.05 | 0.00 | 0.13 | 0.0 | 26 | 0.00 | -0.09 | 0.08 | 0.0 |

(CONTINUED)

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 – DAY 21; WEEK 4: DAY 22 – DAY 42; WEEK 8: DAY 43 – DAY 70; WEEK 12: DAY 71 – DAY 98; WEEK 16: DAY 99 – DAY 126;
WEEK 20: DAY 127 – DAY 154; WEEK 24: DAY 155 – DAY 210; WEEK 36: DAY 211 – DAY 308; AND WEEK 52: DAY 309 – DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

1744

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2 DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK – HEMATOLOGY – OBSERVED CASES

75 MG SEROQUEL

TOTAL

| BASOPHILS (X10**9/L) | WEEK | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
| | 20 | 22 | 0.06 | 0.01 | 0.23 | 0.0 | 22 | 0.01 | -0.12 | 0.21 | 0.1 |
| | 24 | 21 | 0.04 | 0.00 | 0.16 | 0.0 | 21 | -0.00 | -0.07 | 0.09 | 0.0 |
| | 36 | 16 | 0.05 | 0.02 | 0.13 | 0.0 | 16 | -0.00 | -0.09 | 0.05 | 0.0 |
| | 52 | 8 | 0.07 | 0.02 | 0.15 | 0.0 | 8 | 0.03 | -0.01 | 0.09 | 0.0 |
| | FINAL | 74 | 0.06 | 0.00 | 0.21 | 0.0 | 73 | 0.00 | -0.10 | 0.10 | 0.0 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 – DAY 21; WEEK 4: DAY 22 – DAY 42; WEEK 8: DAY 43 – DAY 70; WEEK 12: DAY 71 – DAY 98; WEEK 16: DAY 99 – DAY 126;
WEEK 20: DAY 127 – DAY 154; WEEK 24: DAY 155 – DAY 210; WEEK 36: DAY 211 – DAY 308; AND WEEK 52: DAY 309 – DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

1745

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2 DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK - HEMATOLOGY - OBSERVED CASES

300 MG SEROQUEL

BASOPHILS (X10**9/L)

| | TID | | | | | | | | | | BID | | | | | | | | | |
| | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | |
| WEEK | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 42 | 0.06 | 0.00 | 0.19 | 0.1 | 42 | 0.00 | 0.00 | 0.00 | 0.0 | 40 | 0.05 | 0.00 | 0.14 | 0.0 | 40 | 0.00 | 0.00 | 0.00 | 0.0 |
| 2 | 42 | 0.06 | 0.00 | 0.17 | 0.0 | 42 | -0.00 | -0.17 | 0.13 | 0.1 | 38 | 0.06 | 0.00 | 0.19 | 0.0 | 38 | 0.00 | -0.09 | 0.15 | 0.1 |
| 4 | 31 | 0.06 | 0.00 | 0.18 | 0.0 | 31 | 0.00 | -0.13 | 0.12 | 0.1 | 32 | 0.05 | 0.00 | 0.17 | 0.0 | 32 | -0.00 | -0.10 | 0.12 | 0.0 |
| 8 | 23 | 0.06 | 0.00 | 0.15 | 0.0 | 23 | -0.01 | -0.16 | 0.07 | 0.1 | 24 | 0.06 | 0.00 | 0.12 | 0.0 | 24 | -0.00 | -0.13 | 0.08 | 0.0 |
| 12 | 18 | 0.05 | 0.01 | 0.15 | 0.0 | 18 | -0.01 | -0.12 | 0.05 | 0.0 | 16 | 0.04 | 0.01 | 0.08 | 0.0 | 16 | -0.02 | -0.10 | 0.04 | 0.0 |
| 16 | 17 | 0.05 | 0.00 | 0.15 | 0.0 | 17 | -0.01 | -0.13 | 0.08 | 0.1 | 11 | 0.03 | 0.00 | 0.10 | 0.0 | 11 | -0.04 | -0.13 | 0.05 | 0.1 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 - DAY 21; WEEK 4: DAY 22 - DAY 42; WEEK 8: DAY 43 - DAY 70; WEEK 12: DAY 71 - DAY 98; WEEK 16: DAY 99 - DAY 126;
WEEK 20: DAY 127 - DAY 154; WEEK 24: DAY 155 - DAY 210; WEEK 36: DAY 211 - DAY 308; AND WEEK 52: DAY 309 - DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

(CONTINUED)

1746

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2 DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK - HEMATOLOGY - OBSERVED CASES

| | 300 MG SEROQUEL | | | | | | | | | | | | | | | | | | |
| | TID | | | | | | | | | BID | | | | | | | | | |
| | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | |
| WEEK | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BASOPHILS (X10**9/L) | | | | | | | | | | | | | | | | | | | | |
| 20 | 11 | 0.05 | 0.00 | 0.12 | 0.0 | 11 | -0.01 | -0.12 | 0.04 | 0.0 | 11 | 0.06 | 0.01 | 0.14 | 0.0 | 11 | -0.01 | -0.09 | 0.06 | 0.0 |
| 24 | 9 | 0.04 | 0.01 | 0.07 | 0.0 | 9 | -0.02 | -0.09 | 0.06 | 0.1 | 10 | 0.07 | 0.00 | 0.23 | 0.1 | 10 | -0.00 | -0.05 | 0.10 | 0.0 |
| 36 | 7 | 0.05 | 0.02 | 0.08 | 0.0 | 7 | -0.01 | -0.08 | 0.05 | 0.0 | 9 | 0.05 | 0.00 | 0.14 | 0.0 | 9 | -0.03 | -0.11 | 0.02 | 0.0 |
| 52 | 5 | 0.05 | 0.02 | 0.11 | 0.0 | 5 | -0.02 | -0.09 | 0.01 | 0.0 | 8 | 0.08 | 0.00 | 0.22 | 0.1 | 8 | 0.00 | -0.08 | 0.17 | 0.1 |
| FINAL | 42 | 0.05 | 0.00 | 0.15 | 0.0 | 42 | -0.01 | -0.17 | 0.13 | 0.1 | 40 | 0.06 | 0.00 | 0.22 | 0.0 | 40 | 0.01 | -0.08 | 0.17 | 0.1 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 - DAY 21; WEEK 4: DAY 22 - DAY 42; WEEK 8: DAY 43 - DAY 70; WEEK 12: DAY 71 - DAY 98; WEEK 16: DAY 99 - DAY 126;
WEEK 20: DAY 127 - DAY 154; WEEK 24: DAY 155 - DAY 210; WEEK 36: DAY 211 - DAY 308; AND WEEK 52: DAY 309 - DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

(CONTINUED)

1747

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2 DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK - HEMATOLOGY - OBSERVED CASES

| | | | | | | 300 MG SEROQUEL | | | | |
| | | | | | | TOTAL | | | | |
| | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | |
| | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
| BASOPHILS (X10**9/L) WEEK | | | | | | | | | | |
| 0 | 82 | 0.06 | 0.00 | 0.19 | 0.0 | 82 | 0.00 | 0.00 | 0.00 | 0.0 |
| 2 | 80 | 0.06 | 0.00 | 0.19 | 0.0 | 80 | 0.00 | -0.17 | 0.15 | 0.1 |
| 4 | 63 | 0.06 | 0.00 | 0.18 | 0.0 | 63 | -0.00 | -0.13 | 0.12 | 0.1 |
| 8 | 47 | 0.06 | 0.00 | 0.15 | 0.0 | 47 | -0.00 | -0.16 | 0.08 | 0.0 |
| 12 | 34 | 0.05 | 0.01 | 0.15 | 0.0 | 34 | -0.02 | -0.12 | 0.05 | 0.0 |
| 16 | 28 | 0.04 | 0.00 | 0.15 | 0.0 | 28 | -0.02 | -0.13 | 0.08 | 0.1 |

(CONTINUED)

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 - DAY 21; WEEK 4: DAY 22 - DAY 42; WEEK 8: DAY 43 - DAY 70; WEEK 12: DAY 71 - DAY 98; WEEK 16: DAY 99 - DAY 126;
WEEK 20: DAY 127 - DAY 154; WEEK 24: DAY 155 - DAY 210; WEEK 36: DAY 211 - DAY 308; AND WEEK 52: DAY 309 - DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

1748

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2  DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK – HEMATOLOGY – OBSERVED CASES

300 MG SEROQUEL

| | | | | TOTAL | | | | | | |
| | | | LAB VALUE | | | | CHANGE FROM BASELINE | | | |
| BASOPHILS (X10**9/L) WEEK | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
|---|---|---|---|---|---|---|---|---|---|---|
| 20 | 22 | 0.06 | 0.00 | 0.14 | 0.0 | 22 | -0.01 | -0.12 | 0.06 | 0.0 |
| 24 | 19 | 0.05 | 0.00 | 0.23 | 0.1 | 19 | -0.01 | -0.09 | 0.10 | 0.0 |
| 36 | 16 | 0.05 | 0.00 | 0.14 | 0.0 | 16 | -0.02 | -0.11 | 0.05 | 0.0 |
| 52 | 13 | 0.07 | 0.00 | 0.22 | 0.1 | 13 | -0.01 | -0.09 | 0.17 | 0.1 |
| FINAL | 82 | 0.06 | 0.00 | 0.22 | 0.0 | 82 | -0.00 | -0.17 | 0.17 | 0.1 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 – DAY 21; WEEK 4: DAY 22 – DAY 42; WEEK 8: DAY 43 – DAY 70; WEEK 12: DAY 71 – DAY 98; WEEK 16: DAY 99 – DAY 126;
WEEK 20: DAY 127 – DAY 154; WEEK 24: DAY 155 – DAY 210; WEEK 36: DAY 211 – DAY 308; AND WEEK 52: DAY 309 – DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

1749

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2 DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK – HEMATOLOGY – OBSERVED CASES

600 MG SEROQUEL

| | TID | | | | | | | | | | BID | | | | | | | | | |
| | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | |
| BASOPHILS (X10**9/L) WEEK | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 40 | 0.05 | 0.00 | 0.13 | 0.0 | 40 | 0.00 | 0.00 | 0.00 | 0.0 | 39 | 0.07 | 0.00 | 0.27 | 0.0 | 39 | 0.00 | 0.00 | 0.00 | 0.0 |
| 2 | 35 | 0.06 | 0.01 | 0.25 | 0.0 | 35 | 0.02 | -0.07 | 0.14 | 0.1 | 36 | 0.05 | 0.00 | 0.19 | 0.0 | 36 | -0.02 | -0.22 | 0.15 | 0.1 |
| 4 | 30 | 0.05 | 0.00 | 0.16 | 0.0 | 30 | 0.00 | -0.11 | 0.13 | 0.1 | 31 | 0.04 | 0.00 | 0.17 | 0.0 | 31 | -0.03 | -0.25 | 0.06 | 0.1 |
| 8 | 26 | 0.04 | 0.00 | 0.13 | 0.0 | 26 | -0.01 | -0.10 | 0.11 | 0.1 | 27 | 0.05 | 0.00 | 0.11 | 0.0 | 27 | -0.03 | -0.21 | 0.05 | 0.1 |
| 12 | 21 | 0.06 | 0.00 | 0.22 | 0.1 | 21 | 0.01 | -0.10 | 0.17 | 0.1 | 20 | 0.05 | 0.00 | 0.13 | 0.0 | 20 | -0.02 | -0.21 | 0.07 | 0.1 |
| 16 | 18 | 0.07 | 0.00 | 0.20 | 0.0 | 18 | 0.02 | -0.05 | 0.13 | 0.0 | 15 | 0.06 | 0.02 | 0.16 | 0.0 | 15 | -0.00 | -0.10 | 0.11 | 0.1 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 – DAY 21; WEEK 4: DAY 22 – DAY 42; WEEK 8: DAY 43 – DAY 70; WEEK 12: DAY 71 – DAY 98; WEEK 16: DAY 99 – DAY 126;
WEEK 20: DAY 127 – DAY 154; WEEK 24: DAY 155 – DAY 210; WEEK 36: DAY 211 – DAY 308; AND WEEK 52: DAY 309 – DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

(CONTINUED)

1750

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2 DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK – HEMATOLOGY – OBSERVED CASES

600 MG SEROQUEL

| | | TID | | | | | | | | | BID | | | | | | | | |
| | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | |
| | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **BASOPHILS (X10\*\*9/L)** WEEK | | | | | | | | | | | | | | | | | | | | |
| 20 | 15 | 0.05 | 0.00 | 0.15 | 0.0 | 15 | -0.00 | -0.09 | 0.08 | 0.0 | 12 | 0.05 | 0.00 | 0.10 | 0.0 | 12 | -0.00 | -0.06 | 0.05 | 0.0 |
| 24 | 15 | 0.05 | 0.00 | 0.13 | 0.0 | 15 | 0.00 | -0.08 | 0.05 | 0.0 | 12 | 0.04 | 0.00 | 0.12 | 0.0 | 12 | -0.02 | -0.10 | 0.04 | 0.0 |
| 36 | 9 | 0.04 | 0.00 | 0.10 | 0.0 | 9 | -0.01 | -0.09 | 0.08 | 0.1 | 8 | 0.04 | 0.01 | 0.10 | 0.0 | 8 | -0.01 | -0.06 | 0.04 | 0.0 |
| 52 | 6 | 0.07 | 0.00 | 0.16 | 0.1 | 6 | 0.00 | -0.09 | 0.10 | 0.1 | 7 | 0.03 | 0.00 | 0.07 | 0.0 | 7 | -0.01 | -0.05 | 0.03 | 0.0 |
| FINAL | 40 | 0.06 | 0.00 | 0.20 | 0.0 | 40 | 0.01 | -0.09 | 0.13 | 0.1 | 39 | 0.05 | 0.00 | 0.19 | 0.0 | 39 | -0.02 | -0.21 | 0.15 | 0.1 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 – DAY 21; WEEK 4: DAY 22 – DAY 42; WEEK 8: DAY 43 – DAY 70; WEEK 12: DAY 71 – DAY 98; WEEK 16: DAY 99 – DAY 126;
WEEK 20: DAY 127 – DAY 154; WEEK 24: DAY 155 – DAY 210; WEEK 36: DAY 211 – DAY 308; AND WEEK 52: DAY 309 – DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

(CONTINUED)

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2 DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK – HEMATOLOGY – OBSERVED CASES

BASOPHILS (X10**9/L)

| | 600 MG SEROQUEL | | | | | | | | | | 12 MG HALOPERIDOL | | | | | | | | | |
| | TOTAL | | | | | | | | | | TID | | | | | | | | | |
| | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | |
| WEEK | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 79 | 0.06 | 0.00 | 0.27 | 0.0 | 79 | 0.00 | 0.00 | 0.00 | 0.0 | 39 | 0.07 | 0.00 | 0.23 | 0.1 | 39 | 0.00 | 0.00 | 0.00 | 0.0 |
| 2 | 71 | 0.06 | 0.00 | 0.25 | 0.0 | 71 | 0.00 | -0.22 | 0.15 | 0.1 | 38 | 0.07 | 0.00 | 0.21 | 0.1 | 37 | -0.00 | -0.18 | 0.07 | 0.1 |
| 4 | 61 | 0.05 | 0.00 | 0.17 | 0.0 | 61 | -0.01 | -0.25 | 0.13 | 0.1 | 28 | 0.06 | 0.00 | 0.18 | 0.0 | 27 | -0.01 | -0.20 | 0.10 | 0.1 |
| 8 | 53 | 0.04 | 0.00 | 0.13 | 0.0 | 53 | -0.02 | -0.21 | 0.11 | 0.1 | 22 | 0.07 | 0.00 | 0.19 | 0.0 | 22 | -0.01 | -0.14 | 0.08 | 0.1 |
| 12 | 41 | 0.06 | 0.00 | 0.22 | 0.0 | 41 | -0.00 | -0.21 | 0.17 | 0.1 | 20 | 0.06 | 0.00 | 0.19 | 0.1 | 20 | -0.03 | -0.17 | 0.08 | 0.1 |
| 16 | 33 | 0.07 | 0.00 | 0.20 | 0.0 | 33 | 0.01 | -0.10 | 0.13 | 0.1 | 15 | 0.07 | 0.00 | 0.39 | 0.1 | 15 | -0.02 | -0.17 | 0.16 | 0.1 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 – DAY 21; WEEK 4: DAY 22 – DAY 42; WEEK 8: DAY 43 – DAY 70; WEEK 12: DAY 71 – DAY 98; WEEK 16: DAY 99 – DAY 126;
WEEK 20: DAY 127 – DAY 154; WEEK 24: DAY 155 – DAY 210; WEEK 36: DAY 211 – DAY 308; AND WEEK 52: DAY 309 – DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

(CONTINUED)

1752

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2 DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK – HEMATOLOGY – OBSERVED CASES

| | 600 MG SEROQUEL TOTAL | | | | | | | | | | 12 MG HALOPERIDOL TID | | | | | | | | | |
| | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | |
| WEEK | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **BASOPHILS (X10**9/L)** | | | | | | | | | | | | | | | | | | | | |
| 20 | 27 | 0.05 | 0.00 | 0.15 | 0.0 | 27 | -0.00 | -0.09 | 0.08 | 0.0 | 17 | 0.05 | 0.02 | 0.10 | 0.0 | 17 | -0.04 | -0.16 | 0.03 | 0.1 |
| 24 | 27 | 0.05 | 0.00 | 0.13 | 0.0 | 27 | -0.01 | -0.10 | 0.05 | 0.0 | 15 | 0.06 | 0.00 | 0.13 | 0.0 | 15 | -0.04 | -0.11 | 0.03 | 0.0 |
| 36 | 17 | 0.04 | 0.00 | 0.10 | 0.0 | 17 | -0.01 | -0.09 | 0.08 | 0.0 | 16 | 0.06 | 0.00 | 0.21 | 0.1 | 16 | -0.03 | -0.15 | 0.04 | 0.0 |
| 52 | 13 | 0.04 | 0.00 | 0.16 | 0.0 | 13 | -0.01 | -0.09 | 0.10 | 0.1 | 12 | 0.05 | 0.00 | 0.16 | 0.1 | 12 | -0.05 | -0.17 | 0.00 | 0.0 |
| FINAL | 79 | 0.05 | 0.00 | 0.20 | 0.0 | 79 | -0.00 | -0.21 | 0.15 | 0.1 | 39 | 0.06 | 0.00 | 0.16 | 0.0 | 39 | -0.01 | -0.17 | 0.10 | 0.1 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 – DAY 21; WEEK 4: DAY 22 – DAY 42; WEEK 8: DAY 43 – DAY 70; WEEK 12: DAY 71 – DAY 98; WEEK 16: DAY 99 – DAY 126;
WEEK 20: DAY 127 – DAY 154; WEEK 24: DAY 155 – DAY 210; WEEK 36: DAY 211 – DAY 308; AND WEEK 52: DAY 309 – DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

1753

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2 DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK - HEMATOLOGY - OBSERVED CASES

75 MG SEROQUEL

| | TID | | | | | | | | | | BID | | | | | | | | | |
| | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | |
| WEEK | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RED CELL COUNT (X10**12/L) | | | | | | | | | | | | | | | | | | | | |
| 0 | 36 | 4.94 | 3.80 | 5.70 | 0.4 | 36 | 0.00 | 0.00 | 0.00 | 0.0 | 37 | 4.89 | 3.90 | 5.60 | 0.4 | 37 | 0.00 | 0.00 | 0.00 | 0.0 |
| 2 | 37 | 4.94 | 4.10 | 5.80 | 0.4 | 36 | -0.01 | -0.40 | 0.40 | 0.2 | 35 | 4.86 | 4.10 | 5.60 | 0.4 | 35 | 0.00 | -0.70 | 0.50 | 0.3 |
| 4 | 32 | 4.87 | 3.90 | 5.80 | 0.4 | 31 | -0.06 | -0.50 | 0.30 | 0.2 | 28 | 4.87 | 4.10 | 5.50 | 0.4 | 28 | -0.09 | -0.60 | 0.80 | 0.3 |
| 8 | 21 | 4.90 | 3.90 | 5.70 | 0.5 | 21 | 0.02 | -0.40 | 0.40 | 0.2 | 22 | 4.95 | 4.40 | 5.40 | 0.3 | 22 | -0.08 | -0.50 | 0.50 | 0.2 |
| 12 | 15 | 4.86 | 4.00 | 5.80 | 0.5 | 15 | 0.05 | -0.30 | 0.40 | 0.2 | 17 | 5.12 | 4.40 | 7.30 | 0.6 | 17 | 0.08 | -0.50 | 1.70 | 0.5 |
| 16 | 12 | 4.82 | 4.00 | 5.70 | 0.6 | 12 | 0.03 | -0.60 | 0.40 | 0.3 | 14 | 4.96 | 4.30 | 5.50 | 0.3 | 14 | -0.06 | -0.60 | 0.40 | 0.2 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 - DAY 21; WEEK 4: DAY 22 - DAY 42; WEEK 8: DAY 43 - DAY 70; WEEK 12: DAY 71 - DAY 98; WEEK 16: DAY 99 - DAY 126;
WEEK 20: DAY 127 - DAY 154; WEEK 24: DAY 155 - DAY 210; WEEK 36: DAY 211 - DAY 308; AND WEEK 52: DAY 309 - DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

(CONTINUED)

1754

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2  DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK – HEMATOLOGY – OBSERVED CASES

75 MG SEROQUEL

| | | TID | | | | | | | | | BID | | | | | | | | |
| | | LAB VALUE | | | | CHANGE FROM BASELINE | | | | | LAB VALUE | | | | CHANGE FROM BASELINE | | | | |
| WEEK | | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RED CELL COUNT (X10**12/L) | 20 | 11 | 4.83 | 4.10 | 5.70 | 0.5 | 11 | 0.07 | -0.40 | 0.40 | 0.2 | 11 | 4.95 | 4.20 | 5.60 | 0.4 | 11 | -0.05 | -0.50 | 0.60 | 0.3 |
| | 24 | 11 | 4.85 | 4.10 | 5.60 | 0.5 | 11 | 0.10 | -0.30 | 0.50 | 0.3 | 10 | 5.01 | 4.30 | 5.40 | 0.3 | 10 | 0.06 | -0.30 | 0.60 | 0.3 |
| | 36 | 7 | 4.91 | 4.00 | 5.30 | 0.5 | 7 | 0.06 | -0.30 | 0.30 | 0.3 | 9 | 4.93 | 4.40 | 5.40 | 0.4 | 9 | 0.03 | -0.40 | 0.40 | 0.3 |
| | 52 | 1 | 5.10 | 5.10 | 5.10 | . | 1 | 0.10 | 0.10 | 0.10 | . | 7 | 4.81 | 4.40 | 5.40 | 0.4 | 7 | -0.03 | -0.30 | 0.10 | 0.2 |
| | FINAL | 37 | 4.99 | 4.00 | 5.90 | 0.5 | 36 | 0.04 | -0.30 | 0.60 | 0.3 | 37 | 4.90 | 4.10 | 5.50 | 0.4 | 37 | 0.01 | -0.50 | 0.80 | 0.3 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 – DAY 21; WEEK 4: DAY 22 – DAY 42; WEEK 8: DAY 43 – DAY 70; WEEK 12: DAY 71 – DAY 98; WEEK 16: DAY 99 – DAY 126;
WEEK 20: DAY 127 – DAY 154; WEEK 24: DAY 155 – DAY 210; WEEK 36: DAY 211 – DAY 308; AND WEEK 52: DAY 309 – DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

(CONTINUED)

1755

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2  DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK – HEMATOLOGY – OBSERVED CASES

75 MG SEROQUEL

TOTAL

| RED CELL COUNT (X10**12/L) | WEEK | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
| | 0 | 73 | 4.91 | 3.80 | 5.70 | 0.4 | 73 | 0.00 | 0.00 | 0.00 | 0.0 |
| | 2 | 72 | 4.90 | 4.10 | 5.80 | 0.4 | 71 | -0.00 | -0.70 | 0.50 | 0.3 |
| | 4 | 60 | 4.87 | 3.90 | 5.80 | 0.4 | 59 | -0.08 | -0.60 | 0.80 | 0.3 |
| | 8 | 43 | 4.93 | 3.90 | 5.70 | 0.4 | 43 | -0.03 | -0.50 | 0.50 | 0.2 |
| | 12 | 32 | 5.00 | 4.00 | 7.30 | 0.6 | 32 | 0.07 | -0.50 | 1.70 | 0.4 |
| | 16 | 26 | 4.90 | 4.00 | 5.70 | 0.4 | 26 | -0.02 | -0.60 | 0.40 | 0.3 |

(CONTINUED)

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 – DAY 21; WEEK 4: DAY 22 – DAY 42; WEEK 8: DAY 43 – DAY 70; WEEK 12: DAY 71 – DAY 98; WEEK 16: DAY 99 – DAY 126;
WEEK 20: DAY 127 – DAY 154; WEEK 24: DAY 155 – DAY 210; WEEK 36: DAY 211 – DAY 308; AND WEEK 52: DAY 309 – DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

1756

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636)
AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2  DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK – HEMATOLOGY –
OBSERVED CASES

75 MG SEROQUEL

TOTAL

| RED CELL COUNT (X10**12/L) WEEK | | LAB VALUE | | | | CHANGE FROM BASELINE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
| 20 | 22 | 4.89 | 4.10 | 5.70 | 0.5 | 22 | 0.01 | -0.50 | 0.60 | 0.3 |
| 24 | 21 | 4.93 | 4.10 | 5.60 | 0.4 | 21 | 0.08 | -0.30 | 0.60 | 0.3 |
| 36 | 16 | 4.93 | 4.00 | 5.40 | 0.4 | 16 | 0.04 | -0.40 | 0.40 | 0.3 |
| 52 | 8 | 4.85 | 4.40 | 5.40 | 0.4 | 8 | -0.01 | -0.30 | 0.10 | 0.2 |
| FINAL | 74 | 4.95 | 4.00 | 5.90 | 0.4 | 73 | 0.03 | -0.50 | 0.80 | 0.3 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 – DAY 21; WEEK 4: DAY 22 – DAY 42; WEEK 8: DAY 43 – DAY 70; WEEK 12: DAY 71 – DAY 98; WEEK 16: DAY 99 – DAY 126;
WEEK 20: DAY 127 – DAY 154; WEEK 24: DAY 155 – DAY 210; WEEK 36: DAY 211 – DAY 308; AND WEEK 52: DAY 309 – DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2 DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK - HEMATOLOGY - OBSERVED CASES

300 MG SEROQUEL

| | | TID | | | | | | | | | BID | | | | | | | | |
| | | LAB VALUE | | | | CHANGE FROM BASELINE | | | | | LAB VALUE | | | | CHANGE FROM BASELINE | | | |
| RED CELL COUNT (X10**12/L) WEEK | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 42 | 4.98 | 3.90 | 5.70 | 0.5 | 42 | 0.00 | 0.00 | 0.00 | 0.0 | 40 | 4.85 | 4.00 | 5.80 | 0.4 | 40 | 0.00 | 0.00 | 0.00 | 0.0 |
| 2 | 42 | 4.95 | 3.70 | 5.80 | 0.5 | 42 | -0.03 | -0.70 | 0.50 | 0.3 | 38 | 4.83 | 3.90 | 5.60 | 0.4 | 38 | -0.02 | -0.40 | 0.50 | 0.2 |
| 4 | 31 | 4.90 | 3.40 | 5.60 | 0.5 | 31 | -0.10 | -0.70 | 0.30 | 0.3 | 32 | 4.86 | 4.20 | 5.80 | 0.4 | 32 | 0.00 | -0.60 | 0.50 | 0.3 |
| 8 | 23 | 4.99 | 4.00 | 5.60 | 0.4 | 23 | 0.03 | -0.40 | 0.50 | 0.2 | 24 | 4.83 | 3.60 | 5.70 | 0.5 | 24 | -0.03 | -0.50 | 1.00 | 0.4 |
| 12 | 18 | 5.00 | 4.10 | 5.60 | 0.4 | 18 | 0.04 | -0.50 | 0.40 | 0.2 | 16 | 5.07 | 4.40 | 5.80 | 0.4 | 16 | 0.16 | -0.40 | 1.30 | 0.4 |
| 16 | 17 | 4.95 | 3.70 | 5.70 | 0.5 | 17 | 0.09 | -0.60 | 0.60 | 0.3 | 11 | 5.11 | 4.20 | 5.70 | 0.5 | 11 | 0.14 | -0.20 | 1.20 | 0.4 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 - DAY 21; WEEK 4: DAY 22 - DAY 42; WEEK 8: DAY 43 - DAY 70; WEEK 12: DAY 71 - DAY 98; WEEK 16: DAY 99 - DAY 126;
WEEK 20: DAY 127 - DAY 154; WEEK 24: DAY 155 - DAY 210; WEEK 36: DAY 211 - DAY 308; AND WEEK 52: DAY 309 - DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

(CONTINUED)

1758

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2  DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK - HEMATOLOGY - OBSERVED CASES

300 MG SEROQUEL

| RED CELL COUNT (X10**12/L) | TID | | | | | | | | | | BID | | | | | | | | | |
| WEEK | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | |
| | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | 11 | 5.14 | 3.70 | 6.40 | 0.7 | 11 | 0.20 | -0.40 | 1.20 | 0.4 | 11 | 5.10 | 4.20 | 5.80 | 0.6 | 11 | 0.15 | -0.30 | 1.10 | 0.4 |
| 24 | 9 | 5.19 | 3.90 | 5.70 | 0.6 | 9 | 0.16 | -0.20 | 0.40 | 0.2 | 10 | 5.11 | 4.10 | 5.90 | 0.6 | 10 | 0.12 | -0.30 | 1.30 | 0.4 |
| 36 | 7 | 5.09 | 4.10 | 5.70 | 0.6 | 7 | 0.16 | -0.20 | 0.50 | 0.2 | 9 | 5.16 | 4.30 | 6.00 | 0.6 | 9 | 0.19 | -0.10 | 0.70 | 0.3 |
| 52 | 5 | 4.86 | 4.00 | 5.60 | 0.6 | 5 | 0.04 | -0.20 | 0.20 | 0.2 | 8 | 5.09 | 4.30 | 5.70 | 0.5 | 8 | 0.17 | -0.20 | 1.20 | 0.4 |
| FINAL | 42 | 5.00 | 4.00 | 5.80 | 0.5 | 42 | 0.02 | -0.70 | 0.60 | 0.3 | 40 | 4.84 | 3.60 | 5.90 | 0.5 | 40 | -0.01 | -0.50 | 1.20 | 0.3 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 - DAY 21; WEEK 4: DAY 22 - DAY 42; WEEK 8: DAY 43 - DAY 70; WEEK 12: DAY 71 - DAY 98; WEEK 16: DAY 99 - DAY 126;
WEEK 20: DAY 127 - DAY 154; WEEK 24: DAY 155 - DAY 210; WEEK 36: DAY 211 - DAY 308; AND WEEK 52: DAY 309 - DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

(CONTINUED)

1759

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2 DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK – HEMATOLOGY – OBSERVED CASES

300 MG SEROQUEL

TOTAL

| RED CELL COUNT (X10**12/L) WEEK | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
| 0 | 82 | 4.92 | 3.90 | 5.80 | 0.4 | 82 | 0.00 | 0.00 | 0.00 | 0.0 |
| 2 | 80 | 4.90 | 3.70 | 5.80 | 0.5 | 80 | -0.03 | -0.70 | 0.50 | 0.3 |
| 4 | 63 | 4.88 | 3.40 | 5.80 | 0.4 | 63 | -0.05 | -0.70 | 0.50 | 0.3 |
| 8 | 47 | 4.91 | 3.60 | 5.70 | 0.5 | 47 | -0.00 | -0.50 | 1.00 | 0.3 |
| 12 | 34 | 5.03 | 4.10 | 5.80 | 0.4 | 34 | 0.09 | -0.50 | 1.30 | 0.3 |
| 16 | 28 | 5.01 | 3.70 | 5.70 | 0.5 | 28 | 0.11 | -0.60 | 1.20 | 0.3 |

(CONTINUED)

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 – DAY 21; WEEK 4: DAY 22 – DAY 42; WEEK 8: DAY 43 – DAY 70; WEEK 12: DAY 71 – DAY 98; WEEK 16: DAY 99 – DAY 126;
WEEK 20: DAY 127 – DAY 154; WEEK 24: DAY 155 – DAY 210; WEEK 36: DAY 211 – DAY 308; AND WEEK 52: DAY 309 – DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

1760

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2  DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK – HEMATOLOGY – OBSERVED CASES

300 MG SEROQUEL

TOTAL

| RED CELL COUNT (X10**12/L) | WEEK | N | LAB VALUE | | | | CHANGE FROM BASELINE | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
| | 20 | 22 | 5.12 | 3.70 | 6.40 | 0.7 | 22 | 0.18 | -0.40 | 1.20 | 0.4 |
| | 24 | 19 | 5.15 | 3.90 | 5.90 | 0.6 | 19 | 0.14 | -0.30 | 1.30 | 0.3 |
| | 36 | 16 | 5.12 | 4.10 | 6.00 | 0.6 | 16 | 0.17 | -0.20 | 0.70 | 0.2 |
| | 52 | 13 | 5.00 | 4.00 | 5.70 | 0.5 | 13 | 0.12 | -0.20 | 1.20 | 0.4 |
| | FINAL | 82 | 4.92 | 3.60 | 5.90 | 0.5 | 82 | 0.01 | -0.70 | 1.20 | 0.3 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 – DAY 21; WEEK 4: DAY 22 – DAY 42; WEEK 8: DAY 43 – DAY 70; WEEK 12: DAY 71 – DAY 98; WEEK 16: DAY 99 – DAY 126;
WEEK 20: DAY 127 – DAY 154; WEEK 24: DAY 155 – DAY 210; WEEK 36: DAY 211 – DAY 308; AND WEEK 52: DAY 309 – DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

1761

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2 DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK – HEMATOLOGY – OBSERVED CASES

600 MG SEROQUEL

| | TID | | | | | | | | | | BID | | | | | | | | | |
| | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | |
| WEEK | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **RED CELL COUNT (X10\*\*12/L)** | | | | | | | | | | | | | | | | | | | | |
| 0 | 40 | 4.90 | 3.90 | 6.60 | 0.5 | 40 | 0.00 | 0.00 | 0.00 | 0.0 | 39 | 4.85 | 3.80 | 5.70 | 0.4 | 39 | 0.00 | 0.00 | 0.00 | 0.0 |
| 2 | 35 | 4.87 | 3.80 | 6.30 | 0.5 | 35 | -0.04 | -0.60 | 0.50 | 0.3 | 36 | 4.75 | 3.80 | 5.20 | 0.3 | 36 | -0.09 | -0.70 | 0.60 | 0.3 |
| 4 | 30 | 4.83 | 3.90 | 6.30 | 0.5 | 30 | -0.07 | -0.60 | 0.60 | 0.3 | 31 | 4.73 | 3.60 | 5.50 | 0.5 | 31 | -0.15 | -0.70 | 0.30 | 0.3 |
| 8 | 26 | 4.77 | 3.60 | 6.40 | 0.6 | 26 | -0.08 | -0.50 | 0.70 | 0.3 | 27 | 4.80 | 3.70 | 5.30 | 0.3 | 27 | -0.13 | -0.70 | 0.40 | 0.2 |
| 12 | 21 | 4.85 | 4.10 | 6.50 | 0.5 | 21 | 0.01 | -0.60 | 1.10 | 0.3 | 20 | 4.85 | 4.20 | 5.50 | 0.4 | 20 | -0.15 | -0.80 | 0.50 | 0.3 |
| 16 | 18 | 4.82 | 3.90 | 6.50 | 0.6 | 18 | -0.02 | -0.60 | 0.50 | 0.3 | 15 | 4.82 | 4.10 | 5.30 | 0.4 | 15 | -0.15 | -0.80 | 0.30 | 0.3 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 – DAY 21; WEEK 4: DAY 22 – DAY 42; WEEK 8: DAY 43 – DAY 70; WEEK 12: DAY 71 – DAY 98; WEEK 16: DAY 99 – DAY 126;
WEEK 20: DAY 127 – DAY 154; WEEK 24: DAY 155 – DAY 210; WEEK 36: DAY 211 – DAY 308; AND WEEK 52: DAY 309 – DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

(CONTINUED)

1762

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2  DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK – HEMATOLOGY – OBSERVED CASES

600 MG SEROQUEL

| RED CELL COUNT (X10**12/L) | WEEK | TID | | | | | | | | | | BID | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | |
| | | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
| | 20 | 15 | 4.93 | 4.00 | 6.70 | 0.6 | 15 | 0.05 | -0.70 | 0.50 | 0.3 | 12 | 4.83 | 4.10 | 5.80 | 0.4 | 12 | -0.09 | -0.60 | 0.40 | 0.3 |
| | 24 | 15 | 4.75 | 3.80 | 6.70 | 0.7 | 15 | -0.09 | -0.50 | 0.40 | 0.3 | 12 | 4.88 | 4.10 | 5.50 | 0.4 | 12 | -0.03 | -0.60 | 0.50 | 0.3 |
| | 36 | 9 | 4.54 | 3.70 | 5.10 | 0.5 | 9 | -0.12 | -1.40 | 0.40 | 0.6 | 8 | 4.93 | 4.60 | 5.30 | 0.2 | 8 | -0.04 | -0.60 | 0.30 | 0.3 |
| | 52 | 6 | 4.48 | 3.10 | 5.10 | 0.8 | 6 | -0.38 | -2.00 | 0.40 | 0.9 | 7 | 4.89 | 4.50 | 5.20 | 0.2 | 7 | -0.16 | -0.50 | 0.10 | 0.2 |
| | FINAL | 40 | 4.90 | 3.10 | 6.70 | 0.6 | 40 | 0.00 | -2.00 | 0.50 | 0.4 | 39 | 4.78 | 3.70 | 5.30 | 0.4 | 39 | -0.07 | -0.50 | 0.50 | 0.2 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 – DAY 21; WEEK 4: DAY 22 – DAY 42; WEEK 8: DAY 43 – DAY 70; WEEK 12: DAY 71 – DAY 98; WEEK 16: DAY 99 – DAY 126;
WEEK 20: DAY 127 – DAY 154; WEEK 24: DAY 155 – DAY 210; WEEK 36: DAY 211 – DAY 308; AND WEEK 52: DAY 309 – DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

(CONTINUED)

1763

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2 DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK - HEMATOLOGY - OBSERVED CASES

| | | 600 MG SEROQUEL | | | | | | | | | 12 MG HALOPERIDOL | | | | | | | | | |
| | | TOTAL | | | | | | | | | TID | | | | | | | | | |
| | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | |
| | WEEK | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
| RED CELL COUNT (X10**12/L) | 0 | 79 | 4.87 | 3.80 | 6.60 | 0.5 | 79 | 0.00 | 0.00 | 0.00 | 0.0 | 40 | 5.02 | 4.10 | 6.00 | 0.4 | 40 | 0.00 | 0.00 | 0.00 | 0.0 |
| | 2 | 71 | 4.81 | 3.80 | 6.30 | 0.4 | 71 | -0.07 | -0.70 | 0.60 | 0.3 | 38 | 5.00 | 3.90 | 6.10 | 0.5 | 38 | -0.01 | -0.50 | 0.60 | 0.3 |
| | 4 | 61 | 4.78 | 3.60 | 6.30 | 0.5 | 61 | -0.11 | -0.70 | 0.60 | 0.3 | 28 | 4.97 | 4.00 | 5.70 | 0.4 | 28 | -0.04 | -0.70 | 0.40 | 0.3 |
| | 8 | 53 | 4.79 | 3.60 | 6.40 | 0.5 | 53 | -0.11 | -0.70 | 0.70 | 0.2 | 22 | 4.97 | 4.30 | 5.90 | 0.4 | 22 | -0.00 | -0.80 | 0.60 | 0.3 |
| | 12 | 41 | 4.85 | 4.10 | 6.50 | 0.5 | 41 | -0.07 | -0.80 | 1.10 | 0.3 | 20 | 5.01 | 4.20 | 5.90 | 0.4 | 20 | -0.01 | -0.60 | 0.60 | 0.3 |
| | 16 | 33 | 4.82 | 3.90 | 6.50 | 0.5 | 33 | -0.08 | -0.80 | 0.50 | 0.3 | 15 | 4.99 | 4.10 | 5.50 | 0.4 | 15 | 0.05 | -0.60 | 0.40 | 0.3 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 - DAY 21; WEEK 4: DAY 22 - DAY 42; WEEK 8: DAY 43 - DAY 70; WEEK 12: DAY 71 - DAY 98; WEEK 16: DAY 99 - DAY 126;
WEEK 20: DAY 127 - DAY 154; WEEK 24: DAY 155 - DAY 210; WEEK 36: DAY 211 - DAY 308; AND WEEK 52: DAY 309 - DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

(CONTINUED)

1764

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2 DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK — HEMATOLOGY — OBSERVED CASES

| | | 600 MG SEROQUEL TOTAL | | | | | | | | | 12 MG HALOPERIDOL TID | | | | | | | | |
| | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | |
| | WEEK | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RED CELL COUNT (X10**12/L) | 20 | 27 | 4.89 | 4.00 | 6.70 | 0.6 | 27 | -0.01 | -0.70 | 0.50 | 0.3 | 17 | 4.95 | 3.80 | 6.20 | 0.6 | 17 | -0.04 | -0.90 | 0.40 | 0.4 |
| | 24 | 27 | 4.81 | 3.80 | 6.70 | 0.6 | 27 | -0.06 | -0.60 | 0.50 | 0.3 | 15 | 5.01 | 4.10 | 6.10 | 0.5 | 15 | -0.03 | -0.60 | 0.40 | 0.3 |
| | 36 | 17 | 4.72 | 3.70 | 5.30 | 0.4 | 17 | -0.08 | -1.40 | 0.40 | 0.5 | 16 | 5.16 | 4.30 | 6.20 | 0.4 | 16 | 0.11 | -0.30 | 0.50 | 0.2 |
| | 52 | 13 | 4.70 | 3.10 | 5.20 | 0.6 | 13 | -0.26 | -2.00 | 0.40 | 0.6 | 12 | 5.07 | 4.60 | 5.70 | 0.3 | 12 | 0.02 | -0.50 | 0.60 | 0.3 |
| | FINAL | 79 | 4.84 | 3.10 | 6.70 | 0.5 | 79 | -0.03 | -2.00 | 0.50 | 0.3 | 40 | 5.06 | 3.90 | 6.20 | 0.5 | 40 | 0.04 | -0.50 | 0.60 | 0.3 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 - DAY 21; WEEK 4: DAY 22 - DAY 42; WEEK 8: DAY 43 - DAY 70; WEEK 12: DAY 71 - DAY 98; WEEK 16: DAY 99 - DAY 126;
WEEK 20: DAY 127 - DAY 154; WEEK 24: DAY 155 - DAY 210; WEEK 36: DAY 211 - DAY 308; AND WEEK 52: DAY 309 - DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

1765

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2 DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK – HEMATOLOGY – OBSERVED CASES

75 MG SEROQUEL

| | TID | | | | | | | | | | BID | | | | | | | | | |
| | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | |
| WEEK | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HEMOGLOBIN (G/DL) | | | | | | | | | | | | | | | | | | | | |
| 0 | 36 | 15.21 | 12.60 | 17.40 | 1.1 | 36 | 0.00 | 0.00 | 0.00 | 0.0 | 37 | 14.78 | 11.00 | 16.90 | 1.3 | 37 | 0.00 | 0.00 | 0.00 | 0.0 |
| 2 | 37 | 15.20 | 12.90 | 17.30 | 1.2 | 36 | -0.06 | -1.20 | 1.40 | 0.6 | 35 | 14.68 | 11.10 | 16.50 | 1.2 | 35 | -0.04 | -1.20 | 1.40 | 0.7 |
| 4 | 32 | 14.99 | 12.70 | 16.60 | 1.0 | 31 | -0.15 | -1.10 | 1.20 | 0.6 | 28 | 14.75 | 11.80 | 16.40 | 1.2 | 28 | -0.15 | -1.40 | 2.00 | 0.8 |
| 8 | 21 | 15.10 | 12.50 | 16.50 | 1.1 | 21 | 0.06 | -0.80 | 1.40 | 0.6 | 22 | 15.04 | 12.90 | 17.20 | 1.0 | 22 | -0.11 | -1.30 | 1.50 | 0.8 |
| 12 | 15 | 14.94 | 13.10 | 16.70 | 1.2 | 15 | 0.05 | -1.00 | 1.20 | 0.6 | 17 | 15.47 | 13.30 | 21.70 | 1.9 | 17 | 0.32 | -1.00 | 5.20 | 1.4 |
| 16 | 12 | 14.84 | 12.50 | 16.30 | 1.3 | 12 | 0.02 | -2.10 | 1.30 | 0.9 | 14 | 15.02 | 13.50 | 18.20 | 1.2 | 14 | -0.10 | -1.00 | 1.70 | 0.7 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 – DAY 21; WEEK 4: DAY 22 – DAY 42; WEEK 8: DAY 43 – DAY 70; WEEK 12: DAY 71 – DAY 98; WEEK 16: DAY 99 – DAY 126;
WEEK 20: DAY 127 – DAY 154; WEEK 24: DAY 155 – DAY 210; WEEK 36: DAY 211 – DAY 308; AND WEEK 52: DAY 309 – DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

(CONTINUED)

1766

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2 DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK – HEMATOLOGY – OBSERVED CASES

75 MG SEROQUEL

|  | TID | | | | | | | | | | BID | | | | | | | | | |
|  | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | |
| WEEK | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HEMOGLOBIN (G/DL) | | | | | | | | | | | | | | | | | | | | |
| 20 | 11 | 14.98 | 13.10 | 16.50 | 1.2 | 11 | 0.25 | -1.30 | 1.50 | 0.8 | 11 | 14.65 | 13.00 | 16.20 | 1.0 | 11 | -0.18 | -1.30 | 1.10 | 0.8 |
| 24 | 11 | 15.08 | 12.70 | 16.60 | 1.1 | 11 | 0.35 | -1.00 | 1.70 | 0.9 | 10 | 14.89 | 13.50 | 15.80 | 0.7 | 10 | 0.14 | -0.70 | 1.50 | 0.8 |
| 36 | 7 | 15.44 | 13.40 | 16.60 | 1.1 | 7 | 0.10 | -1.20 | 1.00 | 0.9 | 9 | 14.69 | 13.50 | 15.80 | 0.8 | 9 | 0.00 | -1.30 | 1.50 | 1.0 |
| 52 | 1 | 16.70 | 16.70 | 16.70 | . | 1 | 0.40 | 0.40 | 0.40 | . | 7 | 14.49 | 13.20 | 15.90 | 1.0 | 7 | 0.01 | -1.00 | 1.30 | 0.8 |
| FINAL | 37 | 15.34 | 12.70 | 18.80 | 1.4 | 36 | 0.10 | -1.50 | 1.90 | 0.8 | 37 | 14.88 | 11.90 | 18.20 | 1.2 | 37 | 0.10 | -1.20 | 2.00 | 0.9 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 – DAY 21; WEEK 4: DAY 22 – DAY 42; WEEK 8: DAY 43 – DAY 70; WEEK 12: DAY 71 – DAY 98; WEEK 16: DAY 99 – DAY 126;
WEEK 20: DAY 127 – DAY 154; WEEK 24: DAY 155 – DAY 210; WEEK 36: DAY 211 – DAY 308; AND WEEK 52: DAY 309 – DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

(CONTINUED)

1767

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2 DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK – HEMATOLOGY – OBSERVED CASES

75 MG SEROQUEL
TOTAL

| | LAB VALUE | | | | CHANGE FROM BASELINE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
| HEMOGLOBIN (G/DL) WEEK | | | | | | | | | | |
| 0 | 73 | 14.99 | 11.00 | 17.40 | 1.3 | 73 | 0.00 | 0.00 | 0.00 | 0.0 |
| 2 | 72 | 14.95 | 11.10 | 17.30 | 1.2 | 71 | -0.05 | -1.20 | 1.40 | 0.7 |
| 4 | 60 | 14.88 | 11.80 | 16.60 | 1.1 | 59 | -0.15 | -1.40 | 2.00 | 0.7 |
| 8 | 43 | 15.07 | 12.50 | 17.20 | 1.1 | 43 | -0.03 | -1.30 | 1.50 | 0.7 |
| 12 | 32 | 15.22 | 13.10 | 21.70 | 1.6 | 32 | 0.19 | -1.00 | 5.20 | 1.1 |
| 16 | 26 | 14.94 | 12.50 | 18.20 | 1.3 | 26 | -0.04 | -2.10 | 1.70 | 0.8 |

(CONTINUED)

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 – DAY 21; WEEK 4: DAY 22 – DAY 42; WEEK 8: DAY 43 – DAY 70; WEEK 12: DAY 71 – DAY 98; WEEK 16: DAY 99 – DAY 126;
WEEK 20: DAY 127 – DAY 154; WEEK 24: DAY 155 – DAY 210; WEEK 36: DAY 211 – DAY 308; AND WEEK 52: DAY 309 – DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

1768

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2 DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK - HEMATOLOGY - OBSERVED CASES

75 MG SEROQUEL

TOTAL

| HEMOGLOBIN (G/DL) WEEK | LAB VALUE | | | | CHANGE FROM BASELINE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
| 20 | 22 | 14.81 | 13.00 | 16.50 | 1.1 | 22 | 0.04 | -1.30 | 1.50 | 0.8 |
| 24 | 21 | 14.99 | 12.70 | 16.60 | 0.9 | 21 | 0.25 | -1.00 | 1.70 | 0.8 |
| 36 | 16 | 15.02 | 13.40 | 16.60 | 1.0 | 16 | 0.04 | -1.30 | 1.50 | 0.9 |
| 52 | 8 | 14.76 | 13.20 | 16.70 | 1.2 | 8 | 0.06 | -1.00 | 1.30 | 0.8 |
| FINAL | 74 | 15.11 | 11.90 | 18.80 | 1.3 | 73 | 0.10 | -1.50 | 2.00 | 0.8 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 - DAY 21; WEEK 4: DAY 22 - DAY 42; WEEK 8: DAY 43 - DAY 70; WEEK 12: DAY 71 - DAY 98; WEEK 16: DAY 99 - DAY 126;
WEEK 20: DAY 127 - DAY 154; WEEK 24: DAY 155 - DAY 210; WEEK 36: DAY 211 - DAY 308; AND WEEK 52: DAY 309 - DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

1769

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2 DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK – HEMATOLOGY – OBSERVED CASES

| | | 300 MG SEROQUEL | | | | | | | | | | | | | | | | | | |
| | | TID | | | | | | | | | BID | | | | | | | | | |
| | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | |
| | WEEK | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HEMOGLOBIN (G/DL) | 0 | 42 | 15.05 | 11.60 | 17.60 | 1.5 | 42 | 0.00 | 0.00 | 0.00 | 0.0 | 40 | 14.86 | 12.70 | 16.60 | 1.1 | 40 | 0.00 | 0.00 | 0.00 | 0.0 |
| | 2 | 42 | 14.92 | 11.30 | 18.00 | 1.6 | 42 | -0.13 | -1.80 | 1.30 | 0.8 | 38 | 14.76 | 12.10 | 16.90 | 1.2 | 38 | -0.12 | -1.20 | 1.40 | 0.6 |
| | 4 | 31 | 14.89 | 11.20 | 16.90 | 1.4 | 31 | -0.29 | -1.80 | 1.00 | 0.8 | 32 | 14.84 | 12.70 | 17.70 | 1.2 | 32 | -0.04 | -1.50 | 2.20 | 0.8 |
| | 8 | 23 | 15.10 | 12.70 | 17.90 | 1.3 | 23 | 0.05 | -1.50 | 1.30 | 0.7 | 24 | 14.87 | 11.90 | 17.70 | 1.4 | 24 | -0.06 | -1.80 | 3.50 | 1.1 |
| | 12 | 18 | 15.23 | 13.10 | 17.20 | 1.2 | 18 | 0.11 | -1.20 | 1.10 | 0.5 | 16 | 15.19 | 13.00 | 18.50 | 1.4 | 16 | 0.38 | -1.40 | 4.30 | 1.3 |
| | 16 | 17 | 15.18 | 13.20 | 17.30 | 1.2 | 17 | 0.32 | -1.50 | 1.60 | 0.7 | 11 | 15.26 | 13.00 | 17.90 | 1.3 | 11 | 0.37 | -0.70 | 3.70 | 1.2 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 – DAY 21; WEEK 4: DAY 22 – DAY 42; WEEK 8: DAY 43 – DAY 70; WEEK 12: DAY 71 – DAY 98; WEEK 16: DAY 99 – DAY 126;
WEEK 20: DAY 127 – DAY 154; WEEK 24: DAY 155 – DAY 210; WEEK 36: DAY 211 – DAY 308; AND WEEK 52: DAY 309 – DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

(CONTINUED)

1770

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2  DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK - HEMATOLOGY - OBSERVED CASES

| | 300 MG SEROQUEL | | | | | | | | | | | | | | | | | | | |
| | TID | | | | | | | | | | BID | | | | | | | | | |
| | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | |
| | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **HEMOGLOBIN (G/DL) WEEK** | | | | | | | | | | | | | | | | | | | | |
| 20 | 11 | 15.35 | 13.30 | 17.60 | 1.8 | 11 | 0.50 | -0.90 | 3.00 | 1.0 | 11 | 14.99 | 12.20 | 18.10 | 1.8 | 11 | 0.36 | -0.90 | 3.90 | 1.3 |
| 24 | 9 | 15.47 | 12.80 | 17.70 | 1.7 | 9 | 0.52 | -0.30 | 1.20 | 0.5 | 10 | 15.13 | 12.60 | 18.40 | 1.7 | 10 | 0.35 | -1.00 | 4.20 | 1.5 |
| 36 | 7 | 15.01 | 12.80 | 17.40 | 1.5 | 7 | 0.53 | -0.30 | 1.00 | 0.6 | 9 | 15.30 | 12.90 | 17.10 | 1.6 | 9 | 0.52 | -0.70 | 2.90 | 1.2 |
| 52 | 5 | 14.24 | 12.50 | 16.10 | 1.3 | 5 | 0.30 | -0.60 | 1.10 | 0.7 | 8 | 15.38 | 12.90 | 18.70 | 1.9 | 8 | 0.57 | -1.10 | 4.50 | 1.7 |
| FINAL | 42 | 15.04 | 11.30 | 18.00 | 1.6 | 42 | -0.01 | -1.80 | 1.60 | 0.8 | 40 | 14.85 | 11.70 | 18.70 | 1.5 | 40 | -0.01 | -1.80 | 4.50 | 1.1 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 - DAY 21; WEEK 4: DAY 22 - DAY 42; WEEK 8: DAY 43 - DAY 70; WEEK 12: DAY 71 - DAY 98; WEEK 16: DAY 99 - DAY 126;
WEEK 20: DAY 127 - DAY 154; WEEK 24: DAY 155 - DAY 210; WEEK 36: DAY 211 - DAY 308; AND WEEK 52: DAY 309 - DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

(CONTINUED)

1771

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2  DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK - HEMATOLOGY - OBSERVED CASES

300 MG SEROQUEL

TOTAL

| HEMOGLOBIN (G/DL) | WEEK | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
| | 0 | 82 | 14.96 | 11.60 | 17.60 | 1.3 | 82 | 0.00 | 0.00 | 0.00 | 0.0 |
| | 2 | 80 | 14.84 | 11.30 | 18.00 | 1.4 | 80 | -0.13 | -1.80 | 1.40 | 0.7 |
| | 4 | 63 | 14.87 | 11.20 | 17.70 | 1.3 | 63 | -0.17 | -1.80 | 2.20 | 0.8 |
| | 8 | 47 | 14.98 | 11.90 | 17.90 | 1.3 | 47 | -0.01 | -1.80 | 3.50 | 0.9 |
| | 12 | 34 | 15.21 | 13.00 | 18.50 | 1.3 | 34 | 0.23 | -1.40 | 4.30 | 1.0 |
| | 16 | 28 | 15.21 | 13.00 | 17.90 | 1.2 | 28 | 0.34 | -1.50 | 3.70 | 0.9 |

(CONTINUED)

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
    WEEK 2: DAY 1 - DAY 21; WEEK 4: DAY 22 - DAY 42; WEEK 8: DAY 43 - DAY 70; WEEK 12: DAY 71 - DAY 98; WEEK 16: DAY 99 - DAY 126;
    WEEK 20: DAY 127 - DAY 154; WEEK 24: DAY 155 - DAY 210; WEEK 36: DAY 211 - DAY 308; AND WEEK 52: DAY 309 - DAY 378
    SOURCE CODE: T16_1_2.SAS
    DATE GENERATED: 16FEB96

1772

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636)
AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2  DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK – HEMATOLOGY –
OBSERVED CASES

300 MG SEROQUEL

TOTAL

| | | | LAB VALUE | | | | CHANGE FROM BASELINE | | |
| HEMOGLOBIN | WEEK | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
| (G/DL) | | | | | | | | | | | |
| | 20 | 22 | 15.17 | 12.20 | 18.10 | 1.7 | 22 | 0.43 | -0.90 | 3.90 | 1.1 |
| | 24 | 19 | 15.29 | 12.60 | 18.40 | 1.7 | 19 | 0.43 | -1.00 | 4.20 | 1.1 |
| | 36 | 16 | 15.18 | 12.80 | 17.40 | 1.5 | 16 | 0.52 | -0.70 | 2.90 | 0.9 |
| | 52 | 13 | 14.94 | 12.50 | 18.70 | 1.7 | 13 | 0.47 | -1.10 | 4.50 | 1.4 |
| | FINAL | 82 | 14.95 | 11.30 | 18.70 | 1.6 | 82 | -0.01 | -1.80 | 4.50 | 1.0 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 – DAY 21; WEEK 4: DAY 22 – DAY 42; WEEK 8: DAY 43 – DAY 70; WEEK 12: DAY 71 – DAY 98; WEEK 16: DAY 99 – DAY 126;
WEEK 20: DAY 127 – DAY 154; WEEK 24: DAY 155 – DAY 210; WEEK 36: DAY 211 – DAY 308; AND WEEK 52: DAY 309 – DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2  DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK – HEMATOLOGY – OBSERVED CASES

| | 600 MG SEROQUEL | | | | | | | | | | | | | | | | | | | |
| | TID | | | | | | | | | | BID | | | | | | | | | |
| | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | |
| WEEK | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HEMOGLOBIN (G/DL) | | | | | | | | | | | | | | | | | | | | |
| 0 | 40 | 14.90 | 12.80 | 17.60 | 1.3 | 40 | 0.00 | 0.00 | 0.00 | 0.0 | 39 | 14.97 | 8.90 | 17.10 | 1.6 | 39 | 0.00 | 0.00 | 0.00 | 0.0 |
| 2 | 35 | 14.83 | 11.90 | 18.00 | 1.5 | 35 | -0.14 | -1.50 | 1.30 | 0.7 | 36 | 14.67 | 7.90 | 16.70 | 1.5 | 36 | -0.27 | -1.80 | 1.50 | 0.8 |
| 4 | 30 | 14.67 | 11.70 | 18.00 | 1.4 | 30 | -0.26 | -1.80 | 1.70 | 0.7 | 31 | 14.51 | 8.70 | 16.80 | 1.8 | 31 | -0.57 | -1.60 | 0.70 | 0.7 |
| 8 | 26 | 14.47 | 11.60 | 17.40 | 1.5 | 26 | -0.26 | -1.80 | 1.50 | 0.8 | 27 | 14.93 | 11.60 | 16.40 | 1.2 | 27 | -0.41 | -2.20 | 1.00 | 0.6 |
| 12 | 21 | 14.57 | 11.80 | 16.80 | 1.4 | 21 | -0.03 | -1.40 | 2.30 | 0.8 | 20 | 15.12 | 12.90 | 16.90 | 1.2 | 20 | -0.30 | -1.60 | 1.30 | 0.7 |
| 16 | 18 | 14.50 | 12.20 | 17.30 | 1.3 | 18 | -0.03 | -1.70 | 1.40 | 0.9 | 15 | 15.11 | 12.50 | 16.90 | 1.3 | 15 | -0.35 | -2.00 | 1.30 | 1.0 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 – DAY 21; WEEK 4: DAY 22 – DAY 42; WEEK 8: DAY 43 – DAY 70; WEEK 12: DAY 71 – DAY 98; WEEK 16: DAY 99 – DAY 126;
WEEK 20: DAY 127 – DAY 154; WEEK 24: DAY 155 – DAY 210; WEEK 36: DAY 211 – DAY 308; AND WEEK 52: DAY 309 – DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

(CONTINUED)

1774

5077IL/0015: A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TABLE T16.1.2 DESCRIPTIVE STATISTICS FOR LABORATORY DATA AND FOR CHANGE FROM BASELINE BY WEEK – HEMATOLOGY – OBSERVED CASES

600 MG SEROQUEL

| | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | TID | | | | | | | | | | BID | | | | | | | |
| | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | | | | LAB VALUE | | | | | CHANGE FROM BASELINE | | | |
| | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD | N | MEAN | MIN | MAX | SD |
| HEMOGLOBIN (G/DL) WEEK | | | | | | | | | | | | | | | | | | | | |
| 20 | 15 | 14.37 | 11.90 | 16.30 | 1.4 | 15 | -0.07 | -1.80 | 1.40 | 0.8 | 12 | 14.94 | 12.20 | 16.50 | 1.2 | 12 | -0.24 | -2.30 | 1.20 | 0.9 |
| 24 | 15 | 14.06 | 11.90 | 15.70 | 1.2 | 15 | -0.27 | -1.60 | 1.30 | 0.9 | 12 | 15.09 | 12.70 | 17.20 | 1.3 | 12 | -0.01 | -1.80 | 1.20 | 0.8 |
| 36 | 9 | 14.14 | 11.10 | 16.00 | 1.7 | 9 | -0.31 | -4.50 | 1.50 | 1.8 | 8 | 15.33 | 13.40 | 16.60 | 1.0 | 8 | -0.06 | -1.80 | 1.20 | 1.0 |
| 52 | 6 | 13.62 | 7.50 | 15.70 | 3.1 | 6 | -1.25 | -8.10 | 1.60 | 3.5 | 7 | 15.61 | 14.20 | 16.40 | 0.7 | 7 | 0.01 | -1.10 | 1.00 | 0.7 |
| FINAL | 40 | 14.82 | 7.50 | 18.00 | 1.7 | 40 | -0.08 | -8.10 | 1.60 | 1.4 | 39 | 14.81 | 8.70 | 16.90 | 1.6 | 39 | -0.16 | -1.70 | 1.50 | 0.7 |

NOTE: POST BASELINE TREATMENT WEEKS ARE BASED ON THE FOLLOWING TIME INTERVALS RELATIVE TO THE DATE OF RANDOMIZATION:
WEEK 2: DAY 1 – DAY 21; WEEK 4: DAY 22 – DAY 42; WEEK 8: DAY 43 – DAY 70; WEEK 12: DAY 71 – DAY 98; WEEK 16: DAY 99 – DAY 126;
WEEK 20: DAY 127 – DAY 154; WEEK 24: DAY 155 – DAY 210; WEEK 36: DAY 211 – DAY 308; AND WEEK 52: DAY 309 – DAY 378
SOURCE CODE: T16_1_2.SAS
DATE GENERATED: 16FEB96

(CONTINUED)