A59

# HARVARD MEDICAL SCHOOL

LEO T. CHYLACK, JR., M. D.
PROFESSOR OF OPHTHALMOLOGY
CHIEF, DIVISION OF OPHTHALMOLOGY

 

BRIGHAM AND WOMEN'S HOSPITAL
75 FRANCIS STREET
BOSTON, MASSACHUSETTS 02115
TEL.(617) 732-6812
FAX.(617) 934-2747

June 23, 1996

Lisa Arvanitis, M.D.
Senior Director
CNS Clinical Research
Clinical and Medical Affairs
ZENECA Pharmaceuticals
1800 Concord Pike
P.O. Box 15437
Wilmington, DE 19850-5437

**RE: SEROQUEL DATA REVIEW**

Dear Lisa:

I am writing to follow-up on my oral report to you on May 20, 1996. I have reviewed the documents described in your April 30th letter to me:

- Study 5077IL/0015 - Relapse Prevention Clinical Trial,
- U.S. and Canadian Case Report Forms with Summaries A & B,
- Table T containing the frequency distributions for ophthalmological parameters in U.S. and Canadian subjects,
- Appendix G containing the ophthalmologic data listings for each patient,
- Dog and monkey data.

The following is my detailed report; in our conversation we agreed that a brief report will not be necessary.

1. <u>Study 5077IL/0015 - Relapse Prevention Clinical Trial.</u>

The requirement for retroillumination photography of the crystalline lens was removed from the protocol on October 23, 1994. This technique had been included to allow a small group of cataract graders, masked as to visit, drug status, and other parameters, to grade in a standardized manner all of the photographs after the trial was completed. Its omission means that cataract classification will be done at the slitlamp by several graders, and that there will be less likelihood that cataract classification criteria will be employed uniformly to all instances lens opacification and cataracts.

A60

2.  Patients completing the trial:  "As seen in Table 7 the overall proportion of patients who completed the trial was low.": 16%-34% in the Seroquel and Haloperidol groups.  This inevitably reduces the power of the study to detect significant adverse effects of SEROQUEL on the lens.

3.  Adverse effects:  "Eye abnormalities (COSTART terms cataract specified, eye disorder, and abnormal vision) were reported as adverse events for 13 patients.  [These will be reported individually below, and comments on each will be offered.]  One additional patient.....had blurred vision (COSTART term amblyopia) reported as an adverse event on Day 12 and increased ocular pressure (COSTART term glaucoma) reported as an adverse event on Day 85." The amblyopia was....mild in intensity and lasted 11 days.  The glaucoma was moderate in intensity and was on-going at the end of the trial".

Patient 035/03502 (haloperidol group) was hospitalized for the serious adverse event of cataract surgery on Day 311 (p 82).  This schizophrenic patient was also diabetic.  On entry his VA=20/25+3 (OD) and 20/25-3 (OS); it decreased to 20/70 (OD) and 20/50(OS) prior to surgery.  The lens showed nuclear sclerosis OU and posterior subcapsular cataract only OS.  Post-op acuity was 20/20-2 and 20/25-2 (OU).  It is not clear which eye was operated or if both eyes were done.  Cataract was probably present at the outset of the trial, and the development [further maturation] was deemed by the investigator to not be related to the treatment trial.

4.  On page 102 are the specific data for the ophthalmologic and slitlamp examinations and LOCS III data for the 139 U.S. and 21 Canadian patients.

(US Data)  16/139 U.S. patients had a normal overall rating at baseline and at least one abnormal overall rating at follow-up.  6 of these 16 patients were deemed to have experienced clinically significant changes.  Two additional patients had clinically significant changes after an abnormal baseline slitlamp exam.

In the narratives on p 103 one can read the specific ophthalmological problems observed.  It should be noted however that the protocol does not attempt to standardize either the observational methods used to examine the lens or the terminology used to describe the lens findings.  Therefore the precise meaning of the terms used below is unknown.  Also whether or not the examiner was describing a normal age-related change or finding in the lens is not clear.  Many of the "adverse events" appear to have little if any clinical significance to the patient's vision or his/her level of visual functioning.

a.  Patient 029/02901 (SEROQUEL 75 mg.) - 32 yowf - small feathered cortical cataract appeared on Rx without loss

A61

    of VA.

b.    Patient 023/02306 (SEROQUEL 600 mg.) - 42 yowm - apparent progression of cortical cataract. No mention of visual acuity data

c.    Patient 035/03502 (HALOPERIDOL) - 44 yowm diabetic with apparent progression of posterior subcapsular cataract deemed to be due to diabetes. At 52 wk final exam, cataract surgery noted to have been done in OD.  No additional clinical information provided.

d.    Patient 007/00702 (SEROQUEL 75 mg.) 34 yowf with normal baseline; opacities noted at week 12 exam. Deemed not related to trial. No acuity data presented.

e.    Patient 013/01308 (SEROQUEL 75 mg.) - 43 yowm - fine gold flakes on the anterior surface of the lens noted at week 24 after a normal baseline.   Deemed to have an undetermined relationship to the trial treatment.  No acuity data presented.

f.    Patient 029/02909 (SEROQUEL 75 mg.) - 28 yowm who developed at Week 12 a specular cortical haze in the inferior peripheral lens OU. Later cleared. Deemed to have an undetermined relationship to trial treatment. No acuity data presented.

g.    Patient 013/01309 (SEROQUEL 300 mg.) - 43 yoHf developed fine snowflake opacities OU at Week 12 exam.   Visual acuity decreased from 20/15 OU to 20/25 OU. No change in opacities during the trial; VA OS improved to 20/20 at the end of the trial.  Diabetes suspected.

h.    Patient 014/01409 (SEROQUEL 300 mg.) - 34 yowm at week 8 developed a faint stellate anterior opacity. Had been on trifluoperazine for most of his illness and had small doses of chlorpromazine in his past. deemed not related to trial treatment. No acuity data presented.

i.    Patient 029/02904 (SEROQUEL 300 MG.) - 34 yowm at Week 24 developed faint peripheral granular cortical haze. At Week 52 lens exam was normal.   Deemed undetermined relationship to trial treatment.

j.    Patient 023/02301 (SEROQUEL 600 mg.) - 46 yowf at Week 36 developed scattered punctate opacities of the anterior and posterior cortex and few in the nucleus.   Subsequent ophthalmologist thought findings were WNL.

k.    Patient 023/02308 (SEROQUEL 600 mg.) - 23 yowm at week 12 developed mild bilateral posterior subcapsular cataracts. It is not clear why this was regarded as an adverse event, since the VA (OD) at entry was 20/80, and it improved during the course of the trial to 20/30; the OS retained VA=20/25 during the course of the trial.  The report indicates that the mild PSCs were **Deemed probably related to the treatment trial.** More than one ophthalmologist involved in follow-up of this pt. There may be a typo or formatting error in these data, but there was an improvement in VA during the trial, definitely not a worsening.

l.    Patient 029/02902 (SEROQUEL 600 mg.) - 51 yowf at week 24 developed tiny central opacity in the OD lens. At end of

A62

study the lenses were deemed to be normal.  The record shows that the ocular lens exam was normal at baseline but abnormal at follow-up.  **Opacity deemed probably related to trial treatment.  Same optometrist throughout.**

m.  Patient 004/00402 (HALOPERIDOL) – 28 yowm developed at Week 12 trace nuclear sclerosis and tiny white flecks in the lens inferiorly OD and trace nuclear sclerosis OS. No change with time during the study, and different ophthalmologists doing exams later in study queried if the findings were WNL.

The remaining patients (10 patients) with normal baseline exams had abnormalities at subsequent visits that were not deemed clinically significant.  One patient had abnormal vision without abnormal ophthalmological examination.

**These data contain no examples of patients entering the trial with clear lenses and during the trial experiencing clinically significant visual dysfunction and cataractous changes.  This is somewhat reassuring.**

**In those patients with adverse lens effects, the terminology describing the lens findings is vague, the incidence and severity of lens changes are low, and there is no evidence of significant adverse effect of SEROQUEL on the lens.**

5.  (Canadian Data) 4/21 Canadian patients had normal baseline and at least one abnormal exam of the ocular lens.  Three of these 4 were deemed to be clinically significant (in the SEROQUEL) group.  It is not possible to draw any conclusions about the effect of SEROQUEL on the lens from such a small sample.

6.  In Table T17.1 are the frequency distributions for the "overall slitlamp rating" for US patients on SEROQUEL (75 mg, 300 mg, and 600 mg bid or tid).  The final percentage "abnormal" in the tid group for the 75 mg, 300 mg, and 600 mg are 27.8%, 10.0%, and 29.2% respectively.  For the Haloperidol group the percentage "abnormal" is 16.7%.  There does not appear to be any dose-dependency in the frequency of "abnormal" findings, and no data were presented regarding the statistical significance of the difference of any of the SEROQUEL groups and the Haloperidol groups.  I doubt that apparent difference is statistically significant.

7.  In Table T17.2 are the frequency distributions for slitlamp ratings (abnormal or normal) in the ocular lens.  There are so few instances of "abnormal" findings in any group in this table that the SEROQUEL and Haloperidol groups appear identical in the lack of adverse effect on the ocular lens.

8.  In Table T17.3.1 are the Frequencies for baseline lens opacities classification (LOCS III) in Canadian patients.

There were no obvious differences in the frequency
distributions for the SEROQUEL and Haloperidol groups at 12,
24, 36, or 52 weeks for cortical, posterior subcapsular,
nuclear cataract (indicated by nuclear opalescence), and
nuclear brunescence (noted as nuclear color). In the cortical
and posterior subcapsular tables, one does not see "improved"
when one might expect it since the grading system is not noise
free. In the nuclear opalescence data, however, one does see
some instances of "improvement" (Table T17.3.3 - week 12, as
one example). If examiners did not have access to their LOCS
III grades from prior visits, they might grade a lens that had
not changed slightly higher or lower than on the previous
visit; the result of this is the appearance of "improved"
ratings when in fact the improvement is just the manifest
noise of the grading system.

9.   U.S. and Canadian Case Report Forms (CRF) with Summaries A &
     B.

     (U.S. Patients) The CRF, Segment A, contains a box for best
     corrected visual acuity for each eye and a query if the
     dilated slitlamp examination of the crystalline lens is
     "normal" or "abnormal", and if the latter, "Describe". The
     follow-up form contains the same set of questions plus a query
     if "there was a significant change in the lens from the
     screening exam".

     (Canadian Patients)  The CRF contains additional questions to
     those listed in the American CRF (e.g. corneal and anterior
     chamber status), and it asks the examiner to classify at the
     slitlamp the lens "abnormalities" according to LOCS III
     cataract classification system. In the follow-up study the
     examiner is asked to indicate if there had "been a significant
     change in any of the above exams since the screening
     ophthalmologic examination" (including the ocular lens).

     The protocol's design requires examiners to decide if there
     has been a significant change in the state of the crystalline
     lens, rather than have a statistician simply compare the
     frequency of "abnormal" ratings or the LOCS III cataract
     grades for baseline and follow-up visits. Since M.D. and O.D.
     examiners are aware that cataract appears and progresses with
     increasing age, they will expect (be biased toward seeing) a
     "significant progression" in any recorded abnormalities of the
     lens.  This will make the interpretation of any documented
     progression difficult. Also it was not clear if the examining
     M.D. or O.D. had access to, or was required to use, the
     baseline data when s/he recorded the follow-up data. If they
     did, the follow-up data may be biased to show less noise
     (evident as apparent regression of cataract severity) and more
     progression (cataract at baseline "must get worse with time"),
     because the LOCS III grade should be higher. These conditions
     will increase the likelihood of seeing more rather than less
     opacification of the lens. Since the examiners were masked

A64

about the drug or placebo status of the patient, the aforementioned biases should affect both treatment groups equally.

As a result of these biases and the lack of complete masking of examiners, it will be difficult to know with certainty the significance of differences in the frequency of "abnormal" ratings, or in the frequency of "significant change" ratings of the ocular lens.

We do have Snellen visual acuity data as another measure of cataract severity. It is well known that advanced cataracts (usually cortical) can be present in individuals with 20/20 Snellen visual acuity, so these data may under represent acuity loss in certain types of cataracts. For nuclear, posterior subcapsular, and mixed cataracts there is a tighter correlation between loss of Snellen acuity and advancing cataract.

10. Dog and monkey data. I have carefully reviewed these data, but will not comment on them in this report, since they do not deal with the issue of SEROQUEL'S effect on the human lens.

11. CONCLUSION: There are no results in any of the aforementioned data that prove or even suggest that there is a strong adverse or cataractogenic effect of SEROQUEL on the human lens. Due to the small number of subjects completing the trial, the study probably does not have the power to see an weak adverse effect on the eye if it does exist.

Thank you for the opportunity to evaluate these interesting data.

Sincerely,

Leo T. Chylack, Jr., M.D.
Professor of Ophthalmology
Harvard Medical School
Chief of Ophthalmology and
Director of Ophthalmic Research
Brigham and Women's Hospital

ltc

## APPENDIX B

**Investigators' curricula vitae**

**Jeffrey T. Apter, MD** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **B1 to B4**

**Richard Lewis Borison, MD, PhD** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **B5 to B39**

**Jose M. Canive, MD** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **B40 to B46**

**John G. Csernansky, MD** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **B47 to B68**

**Sharon G. Dott, MD** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **B69 to B70**

**James Mecham Ferguson, MD** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **B71 to B81**

**Louis Fernand Fabre, Jr, MD, PhD, FCP** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **B82 to B137**

**Robert Hugh Gerner, MD** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **B138 to B160**

**Lawrence Stuart Gross, MD** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **B161 to B169**

**Mark Benjamin Hamner, MD** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **B170 to B180**

**Marvin I. Herz, MD** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **B181 to B211**

**Mary Ann Knesevich, MD** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **B212 to B219**

**John Adair Chiles, MD** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **B220 to B238**

**Alexander Lewis Miller, MD** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **B239 to B246**

**Marvin Jay Miller, MD** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **B247 to B259**

**Thomas E. Nordahl, MD, PhD** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **B260 to B269**

**Richard R. Owen, Jr, MD** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **B270 to B273**

**William M. Patterson, MD** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **B274 to B310**

**Steven G. Potkin, MD** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **B311 to B356**

**Robert A. Riesenberg, MD** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **B357 to B365**

**Murray Hal Rosenthal, DO** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **B366 to B378**

**John Rotrosen, MD** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **B379 to B389**

**Ramon A. Boza, MD** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **B390 to B418**

## APPENDIX B (continued)

Richard M. Steinbook, MD . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . B419 to B428

Stephen M. Strakowski, MD . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . B429 to B433

Steven D. Targum, MD, FAPA . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . B434 to B447

Rajiv Tandon, MD . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . B448 to B471

Sophia Vinogradov, MD . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . B472 to B483

Barry Jones, MD . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . B484 to B515

Alain Labelle, MD . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . B516 to B527

Gary James Remington, MD, PhD, FRCP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . B528 to B547

Bishan Murari Saxena, PhD . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . B548 to B558

John S. Carman, MD . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . B559 to B579

Walter A. Brown, MD . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . B580 to B592

George M. Simpson, MD . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . B593 to B623

John William Knesevich, MD, CM . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . B624 to B629

Bijan Bastani, MD . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . B630 to B638

Harold David Udelman, MD, FAPA, FAPM . . . . . . . . . . . . . . . . . . . . . . . . . . . . B639 to B653

Gopinath Kasargod Mallya . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . B654 to B656

Luis F. Ramirez, MD . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . B657 to B668

B1

5877IL/0015 | 0001
CF
S3 | 030
8/93

JEFFREY T. APTER, M.D.
PRINCETON PSYCHIATRIC CENTERS, P.A.
PRINCETON BIOMEDICAL RESEARCH, P.A.
330 N. HARRISON STREET, SUITE 6
PRINCETON, NEW JERSEY  08540
609-921-3555
FAX:  609-921-3620

CITIZENSHIP:          U.S.A.

EDUCATION:

High School           King David High School
                      Johannesburg, South Africa
                        First Class Matriculation, December 1968
                        Prizemanship:
                          French
                          Headmaster's Prize for Genuine Intellectual Curiosity


Medical School        University of Witwatersrand Medical School
                      Johannesburg, South Africa
                        First Class in Psychiatry
                        Prizemanship: Preventive and Social Medicine
                      Graduated: December 1974, M.B.,B.Ch.


INTERNSHIP:           Addington Hospital, Durban, South Africa

1/75 - 6/75           General Surgery

7/75 - 12/75          Internal Medicine


RESIDENCIES:

1/76 - 5/76           Dept. of Psychiatry           Univ. of Witwatersrand
                      (Professorial Unit)           Johannesburg, S.A.

7/76 - 6/79           Dept. of Psychiatry           Washington Univ. School
                                                    of Medicine, St. Louis, MO


UNIVERSITY APPOINTMENTS:

7/76 - 6/79           Assistant in Psychiatry        Washington Univ. School
                                                    of Medicine, St. Louis, MO

4/80 - 1983           Instructor in Dept. of         Rutgers Medical School
                      Psychiatry                     Piscataway, NJ

1983 - Present        Clinical Assistant             Robert Wood Johnson School
                      Professor of Psychiatry        of Medicine, Piscataway, NJ

B2

**CERTIFICATION:**

| | |
|---|---|
| 12/76 | Diplomate Federal Licensing Examination |
| 10/80 | Diplomate, American Board of Psychiatry and Neurology |

**PERMANENT LICENSURE:**

| | | |
|---|---|---|
| 7/77 | Illinois | Inactive |
| 6/15/79 | New Jersey | Active |
| 12/83 | New York | Inactive |

**ELECTIVES:**

| | |
|---|---|
| 1978 | Division of Child Psychiatry, Washington Univ. School of Medicine<br>Chairman:  E.J. Anthony, M.D. |

**RESEARCH PARTICIPATION:**

| | |
|---|---|
| 1978 | Psychiatric Illnesses in the Children of Renard Hospital Patients<br>Principal Investigator:  Zila Welner, M.D. |
| 1978 | Cognitive Therapy in Depression vs. Tricyclics Pilot Study<br>Principal Investigator:  George Murphy, M.D. |
| 1980-1981 | Anafranil vs. Tofranil in Obsessive Compulsive Neurosis<br>Principal Investigator:  Robert Horne, M.D. |
| 1981 | The Use of Opiates in Treatment of Elderly Patients with Depression<br>Principal Investigator:  Ervin Varga, M.D. |
| 1987 | Fluvoxamine Study - Depression |
| 1987-88 | Bupropion Study - Depression |
| 1988 | Dothiepin Study - Depression |
| 1989 | SQ 29,852 (Squibb) Anxiety Disorder, Alzheimer's, Dementia and<br>  Age-Associated Memory Impairment<br>Tandispirone (Pfizer) - Depression<br>Sibutramine (Boots) - Depression<br>Fluvoxamine (Solvay) - Depression |
| 1990 | Zalospirine (Wyeth) - Anxiety |
| 1991 | HP 029 (Hoechst) - Alzheimer<br>Ondansetron (Glaxo) - Anxiety<br>Xanax SR (Upjohn) - Panic<br>Paroxetine (SmithKline Beecham) - Depression |
| 1992 | Abecarnil (Sandoz) - Anxiety, 3 Protocols<br>Alpidem (Lorex) - Anxiety<br>Bupropion SR (Burroughs Wellcome) - Depression<br>Bupropion in Tricyclic Nonresponders<br>Citalopram (Lundbeck) - Depression<br>E2020 (Eisai) - Alzheimers<br>Ondansetron (Glaxo) - Alzheimers, Social Phobia<br>Paroxetine (SmithKline Beecham) - Depression with Anxiety, OCD<br>Sertraline (Pfizer) - Depression, Panic, OCD<br>Tacrine (Parke Davis) - Alzheimers<br>Zatosetron (Lilly) - Anxiety |

B3

**PREVIOUS PRACTICE:**

Associate in Psychiatry, Carrier Foundation, Belle Mead, NJ, July 1979 through September 1983

**CURRENT PRACTICE:**

Private Practice in Psychiatry, Director, Princeton Psychiatric Centers, P.A., and President, Princeton Biomedical Research, P.A., Princeton, NJ from 1983
CONSULTANT IN PSYCHIATRY:

>   Princeton Center for Psychotherapy, Princeton, NJ
>   Associates in Psychological Services, Somerville, NJ
>   Institute for Personal Growth, Highland Park, NJ

HOSPITAL APPOINTMENTS:

Attending in Psychiatry, The Medical Center at Princeton, Princeton, NJ from October 1980

PROFESSIONAL AFFILIATIONS:

| | |
|---|---|
| Associates of Clinical Pharmacology 1989 | Active |
| American Psychiatric Association, July 1979 | Active |
| American Academy of Clinical Psychiatry, 1980 | |
| Board of Directors, 1988- | Active |
| New Jersey and Mercer County Medical Society, 1984 | Active |
| Annals of Clinical Psychiatry, Member, Editorial | |
| Board, 1988- | Active |
| Central Chapter, New Jersey Psychiatric Association | |
| 1981-1982    Secretary/Treasurer | |
| 1982-1983    Vice President | |
| 1983-1984    President | |
| American Association for Geriatic Psychiatry | Active |

**PUBLICATIONS:**

"The 'Silent' Acute Abdomen of Schizophrenia," Journal of the Medical Society of New Jersey," Vol. 78:679-680, 1981

"The Side Effects and Toxicity of Lithium." A Review. The Carrier Letter, #75, December, 1981

"The Side Effects and Toxicity of Lithium," Journal of Family Practice, Vol. 15, No. 6:1101-1106, 1982.

"The Effects of Codeine on Involutional and Senile Depression, Annals New York Academy of Science, Vol. 398:103-105, 1982.

"Alzheimer's Disease - A New Decade of Hope," Mercer County Medicine, The Journal of The Mercer County Medical Society, Vol. 22, No. 2, 1990

"Lithium Augmentation of Bupropion in Refractory Depression," Annals of Clinical Psychiatry, Vol. 2, No. 1, March 1990.

B4

"Pharmacologic Treatment of Depression is Forging New Frontiers," The Psychiatric Times, October 1991

"Clinical Simulations in the Management of Depression", Number 3 in a series, Medical Age Publishing, January 1993

"Frontiers in Biological Psychiatry", New Jersey Medicine, February 1993

RECENT LECTURES:

"Obsessive Compulsive Disorder" - Trenton State Hospital and Rutgers Community Mental Health Center 1990

"Medical Management of Depression," delivered at many medical schools and teleconferenced to 36 sites nationwide. 1990

"New Modalities in the Treatment of Depression," nationwide presentations. 1990 and 1991

"Psychopharmacology Update," at Robert Wood Johnson School of Medicine and Department of Psychology, Rutgers University. 1989, 1990 and 1991

Clozaril (Clozapine) - The Atypical Antipsychotic" (a slide/lecture), delivered at several sites in the United States. 1989, 1990 and 1991

"Panic and Anxiety Disorder" - Department of Family Practice, Robert Wood Johnson of Medicine. 1991

"Evolving Standards in Anti-depressant Therapy", delivered at 20 centers nationwide, 1992

"Geriatric Depression - A challenge to the psychiatrists in the 90's", delivered nationwide, 1992

B5

*5077IY/0015 0002*

# CURRICULUM VITAE

| | |
|---|---|
| NAME | Richard Lewis Borison, M.D., Ph.D. |
| Social Security | 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 |
| MCG Titles | Professor and Chairman |
| Office | Department of Psychiatry & Health Behavior |
| | Medical College of Georgia |
| | 1515 Pope Avenue |
| | Augusta, Georgia 30912-3800 |
| Office Telephone | (404) 721-3284; 721-6719 |

*5077IY 0015 002*
*030*
*021396*

## Personal:

| | |
|---|---|
| Home Address | REDACTED |
| Home Telephone | |
| Date of Birth | March 4, 1950 |
| Place of Birth | Boston, Massachusetts |
| Citizenship | USA |
| Sex | Male |
| Race | Caucasian |
| Marital Status | Single |

## Education:

| | |
|---|---|
| 1965-1968 | Newton High School, Newton, Massachusetts |
| 1968-1972 | Boston University, Boston, Massachusetts, B.A.   (Biology) |
| 1972 - 1975 | University of Health Sciences - Chicago Medical School, Chicago, Illinois, Ph.D. (Pharmacology) |
| 1974-1977 | University of Illinois Abraham Lincoln School of Medicine, Chicago, Illinois, M.D. |
| 1977-1981 | Residency in Psychiatry, Illinois State Psychiatric Institute, Chicago, Illinois |

1

B6

Curriculum  Vitae
Richard. Lewis Borison, M.D., Ph.D.

Licensure:

Board Certified, American Board of Psychiatry and Neurology, Certificate #27273, November 1985
(Psychiatry)

Board Certified, Geriatric Psychiatry, American Board of Psychiatry and Neurology, Certificate
#500051, April 1991.

Georgia #023569;  Illinois #036-057367; South Carolina #15197

DEA #AB-1748930

Professional Activities:

| | | |
|---|---|---|
| Assistant Professor | Department of Pharmacology· University of Health Science/Chicago Medical School | 1975-1981 |
| Associate Professor | Department of Psychiatry Medical College of Georgia, Augusta, Georgia | 1981-1988 |
| Director | Neuropsychopharmacology Division Department of Psychiatry, Medical College of Georgia | 1981-present |
| Chief | Neuropsychopharmacology Section Augusta VA Medical Center, Augusta, Georgia | 1981-present |
| Professor | Departments of Psychiatry and Pharmacology Medical College of Georgia, Augusta, Georgia | 1988-present |
| Chief | Psychiatry Service, Augusta VA Medical Center | 1989-1991 |
| Chairman | Department of  Psychiatry, Medical College of Georgia, Augusta, Georgia | 1991-present |

2

B7

Curriculum Vitae
Richard Lewis Borison, M.D., Ph.D.

Professional Organizations:

American Psychiatric Association
British Association of Psychopharmacology
American Geriatric Society
Society for Biological Psychiatry
International Psychogeriatric Society
Society of Neurosciences
American Society of Pharmacology and
    Experimental Therapeutics
Southeast Pharmacology Society
American Medical Association
Medical Association of Georgia
Georgia Psychiatric Physicians Association

Committees:

Human Assurance Committee
Formulary Committee
Future of the University
Clinical Executive Board
Budget Committee
Research & Development Committee
Mental Health Behavioral Sciences Committee

3

B8

Curriculum  Vitae
Richard Lewis Borison, M.D., Ph.D.

Publications and Published Abstracts:

Borison RL, Mosnaim AD and Sabelli HC: Biosynthesis of brain 2-phenylethylamine: Influence of decarboxylase inhibitors. Journal de Pharmacologie 5 (suppl 2):10, 1974.

Borison RL, Mosnaim AD and Sabelli HC: Biosynthesis of brain 2-phenylethylamine: Influence of decarboxylase inhibitors and d-amphetamine. Life Sciences 15:1837-48, 1974.

Borison RL, Mosnaim AD and Sabelli HC: Amphetamine and methylphenidate increase in brain 2-phenylethylamine. Federation Proceedings 34: 1723, 1975.

Sabelli HC and Borison RL: Catecholamines and 2-phenylethylamine (PEA) in the central and peripheral actions of amphetamines. Pharmacologist 17:258, 1975.

Vazquez AJ, Borison RL, May J, Madubuike UP and Sabelli HC: Evidence for 2-phenylethylamine (PEA) as a mediator for the central stimulant and anti-tremogenic actions of delta-9-tetrahydrocannibinol (THC). Pharmacologist 17:258, 1975.

Mosnaim AD, Borison RL, Wolf ME, Arora R, and Tabakoff  B: Brain 2-phenylethylamine (PEA) and ethanol mechanisms. Pharmacologist 17:240, 1975.

Borison RL, Mosnaim AD and Sabelli HC: Quantification of brain 2-phenylethylamine content by gas-liquid chromatography and its modification by marihuana. Clinical Research 23:550A, 1975.

Maple PJ, Borison RL and Sabelli HC: Possible mediation of the euphoriant and sedative effect of marihuana by 2-phenylethylamine and phenylacetic acid. Federation Proceedings 35:668, 1976.

Borison RL and Maslanka A: 2-Phenylethylamine (PEA) in 3-amphetamine induced extrapyramidial disorders. Federation Proceedings 35:784, 1976.

Sabelli HC, Borison RL, Maple PJ and Havdala HS: Inhibition of 2-phenylethylamine synthesis as a possible mechanism for the therapeutic and prophylactic effects of lithium in affective disorders. Pharmacologist 18:189, 1976.

Schwartz I, Borison RL, Havdala HS and Sabelli HC: Enhancement of 2-phenylethylamine (PEA) synthesis and turnover as the mechanism for the antidepressive effect of imipramine. Pharmacologist 18:189,1976.

4

B9

Curriculum Vitae
Richard Lewis Borison, M.D., Ph.D.

Borison RL, Sabelli HC, Maple PJ and Havdala HS: Ethanol induced increase in 2-phenylethylamine (PEA) brain content and synthesis. Pharmacologist 18:128, 1976.

Sabelli HC, Mosnaim AD, Vazquez AJ, Giardina WJ, Borison RL and Pedemonte WA: Biochemical plasticity of synaptic transmission: A critical review of Dale's principle. Biological Psychiatry 11:481-524, 1976.

Sabelli HC, Mosnaim AD, Borison RL and Wolf ME: Possible role of 2-phenylethylamine in the modulation of extrapyramidal function. In: Drugs and Central Synaptic Transmission, (Eds: B.N. Dhawan and P.B. Bradley), MacMillan and Company, New York, pp. 165-173, 1976.

Sabelli HC and Borison RL: Noncatecholaminic adrenergic modulators. In: Advances in Biochemical Psychopharmacology Volume 15: First and Second Messengers - New Vistas, (Eds: E. Costa, E. Giacobini and R. Paoletti), Raven Press, New York, pp 69-74, 1976.

Zeller EA, Mosnaim AD, Borison RL and Huprikar SV: Phenylethylamine: Studies on the mechanism of its physiologic action. In: Advances in Biochemical Psychopharmacology Volume 15: First and Second Messengers - New Vistas, (Eds: E. Costa, E. Giacobini and R. Paoletti), Raven Press, New York, pp 75-86, 1976.

Borison RL, Havdala HS and Diamond BI: Chronic phenylethylamine induced stereotypy in rats: A new animal model for schizophrenia? Life Sciences 21:117-121, 1977.

Borison RL, Lemus F, Reyes M, Havdala HS and Diamond BI: Regional localization of 2-phenylethylamine in human brain. Research Communications in Psychology, Psychiatry and Behavior 2:193-201, 1977.

Havdala HS, Borison RL and Diamond BI: Anesthetics and anesthetic premedicants upon biogenic amine turnover. Federation Proceedings 36:1004, 1977.

Diamond BI, Borison RL and Havdala HS: A mechanism for neuroleptanesthesia. Federation Proceedings 36:1004, 1977.

Borison RL, Havdala HS and Diamond BI: A new neuromodulator of the extrapyramidal system. Federation Proceedings 36:394, 1977.

Havdala HS, Borison RL and Diamond BI: Local anesthetics and central phenylethylamine turnover. Pharmacologist 19:188, 1977.

5

B10

Levin MA, Diamond BI, Havdala HS and Borison RL: Clozapine and phenoxybenzamine alteration of central phenylethylamine turnover. Pharmacologist 19:225, 1977.

Maple PJ, Diamond BI, Havdala HS and Borison RL: Chronic and acutely induced dyskinesias: A pharmacologic distinction. Pharmacologist 19:154, 1977.

Borison RL, Diamond BI, Havdala HS and Davis JM:   Central pharmacology of a new antidepressant. Pharmacologist 19:155, 1977.

Diamond BI, Havdala HS and Borison RL: Potential use of lithium as anesthetic premedicant. Lancet II: 1229-1230, 1977.

Sabelli HC, Borison RL, Diamond BI, May J and Havdala HS: 2-Phenylethylamine as a neuromodulator of wakefulness, affect and extrapyramidal function: Recent advances. In: Phenylethtylamine: Biological mechanisms and Clinical Aspects (Eds: A.D. Mosnaim and M.E. Wolf), Marcel Dekker, New York, pp 345-376, 1977.

Hitri A, Weiner WJ, Borison RL, Diamond BI, Nauseida PA and Klawans HL: Dopamine binding following prolonged haloperidol treatment. Annals of Neurology 3:134-140, 1978.

Borison RL and Diamond BI: A new animal model for schizophrenia: Interactions with adrenergic mechanisms. Biological Psychiatry 13:217-225, 1978.

Borison RL, Havdala HS, Sudakoff GS and Diamond BI: Deprenyl efficacy in parkinsonism: A mechanism of action. Neurology 28:344, 1978.

Diamond BI, Havdala HS and Borison RL: Enkephalin modulation of extrapyramidal system function. Neurology 28:360, 1978.

Diamond BI and Borison RL: A new putative neuroregulator of the extrapyramidal system. Pharmacology 17:210-214, 1978.

Maple PJ, Fernando C, Havdala HS, Borison RL and Diamond BI: Transcutaneous nerve stimulation modification of human somatosensory evoked potentials. Federation Proceedings 37:769,. 1978.

Diamond BI, Havdala HS, Aghion V and Borison RL: Lithium and clozapine as anesthetic premedicants. Federation Proceedings 37:770, 1978.

B11

Havdala HS, Diamond BI, Sudakoff GS and Borison RL: Monoamine oxidase inhibitors and morphine analgesia and withdrawal. Federation Proceedings 37:423, 1978.

Borison RL, Maple PJ, Havdala HS and Diamond BI: Metabolism of an antidepressant amino acid. Federation Proceedings 37:856, 1978.

Sabelli HC, Borison RL, Diamond BI, Havdala HS and Narasimhachari N: Phenylethylamine and brain function. Biochemical Pharmacology 27:1707-1711, 1978.

Borison RL, Sabelli HC, Maple PJ, Havdala HS and Diamond BI: Lithium prevention of amphetamine-induced "manic" excitement and reserpine induced "depression" in mice: Possible role of 2-phenylethylamine. Psychopharmacology 59:259-262, 1978.

Borison RL, Havdala HS and Diamond BI: A new animal model for schizophrenia: Cholinergic and serotonergic modulation. Communications in Psychopharmacology 2:209-214, 1978.

Diamond BI and Borison RL: Enkephalins and nigrostriatal function. Neurology 28:1085-1088, 1978.

Borison RL, Maple PJ, Havdala HS and Diamond BI: Metabolism of an amino acid with antidepressant properties. Research Communications in Chemical Pathology and Pharmacology 21:363-366, 1978.

Borison RL, Havdala HS and Diamond BI: Serotonergic and cholinergic influence on stereotypy. Pharmacologist 20:223, 1978.

Diamond BI, Havdala HS and Borison RL: Biogenic amine depleters, blockers and precursers: Influence upon morphine stereotypy. Pharmacologist 20:106, 1978.

Maple PJ, Borison RL, Havdala HS and Diamond BI: Importance of a critical frequency in transcutaneous nerve stimulation. Pharmacologist 20:270, 1978.

Havdala HS, Borison RL and Diamond BI: Cocaine and imipramine: A comparison of behavioral and biochemical actions. Pharmacologist 20:223, 1978.

Sudakoff GS, Diamond BI, Havdala HS and Borison RL: Differential actions of types A and B monoamine oxidase inhibitors on the corpus striatum. Pharmacologist 20:241, 1978.

B12

Havdala HS, Borison RL and Diamond BI: Lithium: Its applications and hazards in anesthesiology. Anesthesiology 50:534-537, 1979.

Borison RL: Amantadine-induced psychosis in the geriatric patient. American Journal of Psychiatry 163:111-112, 1979.

Diamond BI, Walter R, Sudakoff GS, Havdala HS, Oltmans GA and Borison RL: Neuropeptides and other modulators in the extrapyramidal system. In: Catecholamines: Basic and Clinical Frontiers. (Ed: E. Usdin), Pergamon Press, New York, pp 1620-1622, 1979.

Diamond BI and Borison RL: Duration of drug-induced dyskinesias: A pharmacologic distinction. In: Catecholamines: Basic and Clinical Frontiers, (Ed: E. Usdin), Pergamon Press, New York, pp. 1611-1613, 1979.

Borison RL, Hitri A, Klawans HL and Diamond BI: A new animal model for schizophrenia: Behavioral and receptor binding studies. In: Catecholamines: Basic and Clinical Frontiers, (Ed: E. Usdin), Pergamon Press, New York, pp. 1719-1721, 1979.

Diamond BI, Havdala HS and Borison RL: Enkephalins and tardive dyskinesia. Federation Proceedings 38:857, 1979.

Borison RL, Comaty JE, Sudakoff GS, Havdala HS and Diamond BI: A neuropharmacologic animal model for Huntington's disease. Neurology 29:565, 1979.

Diamond BI and Borison RL: Substance P sensitization of dopamine receptors: Implications in Huntington's disease. Neurology 29:565, 1979.

Borison RL, Havdala HS and Diamond BI: Dopamine supersensitivity following chronic anticholinergic treatment in rats: Implications in the development of tardive dyskinesia. Neurology 29:605, 1979.

Diamond BI and Borison RL: The role of enkephalins in tardive dyskinesia. Neurology 29:605-606, 1979.

Gordon JH, Borison RL and Diamond BI: The effects of estrogen on the development and expression of tardive dyskinesia. Neurology 29:535, 1979.

8

B13

Curriculum  Vitae
Richard Lewis Borison, M.D., Ph.D.

Diamond BI, Comaty JE, Sudakoff GS, Havdala HS, Walter R and Borison RL; Role of substance P as a "transducer" for dopamine in model choreas. In: Advances in Neurology Volume 23: Huntington's Chorea 1972-1978 (Eds: T.N. Chase, N. Wexler and A. Barbeau), Raven Press, New York, pp. 505-515, 1979.

Borison RL and Diamond BI: A new animal model for Huntington's chorea. In: Advances in Neurology Volume 23: Huntington's Chorea 1972-1978 (Eds: T.N. Chase, N. Wexler and A. Barbeau), Raven Press, New York, pp. 669-677, 1979.

Comaty JE, Diamond BI and Borison RL: Pharmacological consequences of striatonigral GABA depletion. Pharmacologist 21:268, 1979.

Borison RL and Diamond BI: Pituitary influence on stereotyped behavior. Pharmacologist 21:268, 1979.

Borison RL and Diamond BI: Pituitary influence on stereotyped behavior. Pharmacologist 21:268, 1979.

Havdala HS, Comaty JE, Diamond BI and Borison RL: Chronic naltrexone sensitization to morphine analgesia. Pharmacologist 21:159, 1979.

Diamond BI, Comaty JE, Advokat C, Havdala HS, Walter R and Borison RL: Substance P induced analgesia. Pharmacologist 21:159, 1979.

Borison RL: Amantadine and alpha-methyldopa. American Journal of Psychiatry 136:864-865, 1979.

Havdala HS, Borison RL and Diamond BI: mechanisms for ketamine analgesia and hallucinosis. Anesthesiology 51:52S, 1979.

Havdala HS, Comaty JE, Borison RL and Diamond BI: Chronic naltrexone enhancement of morphine action. Anesthesiology 51:235S, 1979.

Diamond BI and Borison RL: Behavioral effects of intralimbic phenothiazine administration to rats. In: Phenothiazines and Structurally Related Drugs - Basic and Clinical Studies (Eds: E. Usdin, H. Eckert and I.S. Forrest), Elsevier North Holland, New York, pp. 269-273, 1980.

Gordon JH, Borison RL and Diamond BI: The effects of estrogen on an experimental model of tardive dyskinesia. Neurology 30:551-554, 1980.

9

B14

Gordon JH, Borison RL and Diamond BI: The modulation of dopamine receptor sensitivity by estrogen. Biological Psychiatry 15:389-396, 1980.

Gordon JH, Gorski RA, Borison RL and Diamond BI: Postsynaptic efficacy of dopamine: Possible suppression by estrogen. Pharmacology, Biochemistry and Behavior 12:515-518, 1980.

Borison RL, Sudakoff GS, Havdala HS, Bauer ML and Diamond BI: Morphine analgesia and withdrawal: Influence of biogenic amines and their metabolic enzymes. Research Communications in Substance Abuse 1:65-84, 1980.

Borison RL and Diamond BI: Anticholinergics promote neuroleptic-induced tardive dyskinesia. In: Advances in Biochemical Psychopharmacology Volume 24: Long-Term Effects of Neuroleptics, (Eds: F. Cattabeni, G. Racagni, P.F. Spano and E. Costa), Raven Press, New York, pp. 359-361, 1980.

Maple PJ, Havdala HS, Borison RL and Diamond BI: Correlation between pharmacologic and electrical kindling. neurology 30:355-356, 1980.

Borison RL, Diamond BI, Bauer ML and Rajan KS: A new system for L-DOPA delivery to brain. Neurology 30:365, 1980.

Borison RL, Bauer ML, Havdala HS and Diamond BI: Thioridazine and extrapyramidal system side-effects: Evidence for a site specificity. Neurology 30:394-395, 1980.

Diamond BI and Borison RL: Changes in extrapyramidal system function after in utero neuroleptic treatment. Neurology 30:395, 1980.

Diamond BI, Gordon JH and Borison RL: Estrogen modification of extrapyramidal system function. Neurology 30:395-396, 1980.

Sudakoff GS, Havdala HS, Diamond BI and Borison RL: Substance P sensitization of striatal dopamine receptors. Pharmacologist 22:204, 1980.

Rajan KS, Manian AA, Borison RL, Davis JM and Diamond BI: Biological activity of chlorpromazine and major metabolites. Pharmacologist 22:259, 1980.

Borison RL and Diamond BI: Atypical neuroleptics and animal models for schizophrenia. Pharmacologist 22:260, 1980.

10

B15

Havdala HS, Borison RL and Diamond BI: Dopamine as a mediator for ketamine's behavioral sensitization of the striatum. Pharmacologist 22:294, 1980.

Diamond BI, Snyderman M, Martinez P., Havdala HS and Borison RL: Neuroleptics and behavioral sensitization of the striatum. Pharmacologist 22:299, 1980.

Havdala HS, Borison RL and Diamond BI: A non-opiod peptide in spinal cord and brain with analgesic properties. Anesthesia 53:S217, 1980.

Havdala HS, Borison RL and Diamond BI: Ketamine anesthesia and analgesia: Neurochemical differentiation. Anesthesia 53:S57, 1980.

Diamond BI, Rajan KS and Borison RL: Therapeutic forms of L-DOPA. Transactions of the American Neurological Association 105:1-3, 1981.

Borison RL, Fields JZ and Diamond BI: Site-specific blockade of dopamine receptors by neuroleptic agents in human brain. Neuropharmacology 20:1321-1322, 1981.

Diamond BI and Borison RL: Enkephalins and extrapyramidal movement disorders. Transactions of the American Neurological Association 105:31-32, 1981.

Diamond BI, Reyes M and Borison RL: Enkephalins and models for extrapyramidal movement disorders. Annals of Neurology 9:107, 1980.

Diamond BI, Borison RL and Rajan KS: L-DOPA chelates in animal models for Parkinson's disease. Annals of Neurology 9:113, 1980.

Schwartz M, Schwartz D, Bauer ML, Borison RL and Diamond BI: Alcohol and opiate analgeisa: A common mechanism? Federation Proceedings 40:824, 1981.

Borison RL, Fields JZ and Diamond BI: Antipsychotic drugs and brain site specific actions. Federation Proceedings 40:238, 1981.

Rajan KS, Mainers S, Coleman KP, Borison RL and Diamond BI: L-DOPA and striatal metal levels. Federation Proceedings 40:312, 1981.

Levitt LP, Arons M, Snyderman M, Borison RL and Diamond BI: Clinical measurement of tricyclic antidepressants (TCA). Federation Proceedings 40:249, 1981.

11

B16

Curriculum  Vitae
Richard Lewis Borison, M.D., Ph.D.

Havdala HS, Bluhm R, Blumenfeld L, Malmed A, Borison RL and Diamond BI: Antihistamines and analgesia. Federation Proceedings 40:281, 1981.

Diamond BI, Borison RL and Rajan KS: Neuroleptic activity of chlorpromazine metabolites. Federation Proceedings 40:237, 1981.

Rajan KS, Borison RL and Diamond BI: Different forms of L-DOPA: Effects on striatal metal levels and dopamine metabolites. neurology 31:50, 1981.

Schwartz M, Schwartz D, Bauer ML, Borison RL and Diamond BI: Alcohol dependence and withdrawal and brain endorphins. neurology 31:62, 1981.

Borison RL, Malmed A, Bauer ML and Diamond BI: Neuroleptics and striatal sensitization. Neurology 31:103, 1981.

Diamond BI, Schwartz D and Borison RL: A new model for hyperkinetic extrapyramidal movement disorders. neurology 31:96, 1981.

Diamond BI, Borison RL and Rajan KS: Chlorpromazine metabolites and striatal dopamine receptors. neurology 31:166, 1981.

Rajan KS, Mainer S, Rajan NL, Diamond BI and Borison RL: Levels of aluminum and dopaa metabolites in rabbit brain after treatment with chelating agents. Pharmacologist 23:263, 1981.

Diamond BI, Reyes M and Borison RL: A new animal model with spontaneous abnormal movements. Annals of Neurology 10:95, 1981.

Diamond BI, Schwartz M, Havdala HS, Mady V and Borison RL: Alcohol and opiate analgesia, anesthesia and withdrawal: A common mechanism? Anesthesiology 55:228, 1981.

Diamond BI, Bluhm R and Borison RL: Brain histamine: An endogenous system for mediating pain? Anesthesiology 55:286, 1981.

Shukla VR and Borison RL: Lithium and lupus-like syndrome. Journal of the American medical Association 248:921-922, 1982.

Borison RL and Blowers AJ: Site of action of thioridazine. Lancet II:883, 1982.

B17

Borison RL and Blowers AJ: Not Parkinson's disease. Lancet II:144, 1982.

Borison RL, Klawans HL and Diamond BI: The role of substance P in the nigrostriatal system. International Journal of Neurology 14:189-192, 1982.

Diamond BI, Rajan KS and Borison RL: Copper facilitation of L-DOPA transport into brain. Neurology 34:67, 1982.

Diamond BI, Hammond K, Sappington J and Borison RL: A naturally occurring anticonvulsant with narcotic properties. Neurology 34:225, 1982.

Blowers AJ, Levin MA, Diamond BI and Borison RL: Neuropharmacological epidemiology of dyskinesias in geriatric patients. Neurology 34:187, 1982.

Borison RL, Ang L, Diamond BI and Davis JM: Is haloperidol a specific agent for treating Tourette Syndrome? Neurology 34:114, 1982.

Diamond BI, Hitri A and Borison RL: Biochemical characteristics of an animal model for Huntington's Chorea with spontaneous irreversible abnormal movements. Annals of Neurology 12:97, 1982.

Diamond BI, Hitri A, Borison RL and Pasinetti G: The role of cholecystokinin in the striatum: Implications in Parkinson's disease. Annals of Neurology 12:98, 1982.

Borison RL, Hamilton WJ and Diamond BI: Monozygotic twins with Tourette Syndrome: Evidence for a genetic factor? Annals of Neurology 12:111, 1982.

Hartlage P, Schmunes N, Borison RL and Diamond BI: Autonomic symptoms and hypersensitivity to beta-adrenergic blockade in chronic paroxysmal vestibular disease. Annals of Neurology 12:115, 1982.

Borison RL, Deal RW, Levin MA, Coleman KP and Diamond BI: Tricyclic antidepressant (TCA) blood levels. Pharmacologist 24:560, 1982.

Borison RL, Blowers AJ and Diamond BI: New horizons in the treatment of neuropsychiatric disorders. In: Tardive Dyskinesia and Related Involuntary Movement Disorders, (Ed: J. DeVeaugh-Geiss), John Wright PSG, Inc., Boston, pp. 131-146, 1982.

13

B18

Curriculum  Vitae
Richard Lewis Borison, M.D., Ph.D.

Diamond BI and Borison RL: The role of enkephalins in animal paradigms of neuropsychiatric disorders. In: Advances in Biochemical Psychopharmacology Volume 33: Regulatory Peptides: From Molecular Biology to Function, (Eds: E. Costa and M. Trabucchi), Raven Press, New York, pp. 541-548, 1982.

Diamond BI and Borison RL: A new animal model for Gilles de la Tourette's Syundrome. In: Advances in Neurology Volume 35: Gilles de la Tourette Syndrome, (Eds: A.J. Friedhoff and T.N. Chase), Raven Press, New York, pp. 221-225, 1982.

Ang L, Borison RL, Dysken M and Davis JM: Reduced excretion of MHPG in Tourette Syndrome. In: Advances in Neurology Volume 35: Gilles de la Tourette Syndrome, (Eds: A.J. Friedhoff and T.N. Chase), Raven Press, New York, pp. 171-176, 1982.

Borison RL, Ang L, Chang S, Dysken M, Comaty JE and Davis JM: New pharmacological approaches in the treatment of Tourette Syndrome. In: Advances in Neurology Volume 35: Gilles de la Tourette Syndrome, (Eds. A.J. Friedhoff and T. N. Chase), Raven Press, New York, pp 377-382, 1982.

Diamond BI, Pasinetti G, Hitri A and Borison RL: Extrapyramidal dopamine regulation by cholecytokinin and its role in Parkinson's disease. In: Advances in Neurology Volume 40, (Eds: R.G. Hassler and J. F. Christ), Raven Press, new York, pp. 483-488, 1983.

Borison RL, Hitri A, Blowers AJ and Diamond BI: Antipsychotic drug action: Clinical, biochemical and pharmacological evidence for site specificity of action. Clinical Neuropharmacology 6:137-150, 1983.

Borison RL: Amantadine in the management of extrapyramidal side-effects. Clinical Neuropharmacology 6:S57-63, 1983.

Borison RL, Ang L, Hamilton WJ, Diamond BI and Davis JM: Treatment approaches in Gilles de la Tourette Syndrome. Brain Research Bulletin 11:205-208, 1983.

Borison RL and Diamond BI: Regional selectivity of neuroleptic drugs: An argument for site specificity. Brain Research Bulletin 11:215-218, 1983.

Blowers AJ and Borison RL: Dyskinesias in the elderly. Brain Research Bulletin 11:!75-178, 1983.

Hitri A, Blackwood RA, Borison RL and Diamond BI: Serum and salivary neuroleptic levels. Federation Proceedings 42:104, 1983.

14

B19

Curriculum Vitae
Richard Lewis Borison, M.D., Ph.D.

Deal RW, Hitri A, Diamond BI and Borison RL: Therapeutic window for thioridazine. Federation Proceedings 42:1143, 1983.

Borison RL: Tourette's Syndrome: Identifying the symptoms. Insight 3:8, 1983.

Shah C, Hitri A, Borison RL and Diamond BI: Fluphenazine blood levels and behavior. Pharmacologist 25:130, 1983.

Deal RW, Shah C, Diamond BI and Borison RL: Neurotoxicity of dopamine receptor blocking agents: The neuroleptic malignant syndrome. Pharmacologist 25:54, 1983.

Borison RL: Thioridazine and tardive dyskinesia. American Journal of Psychiatry 140:1647-1648, 1983.

Hitri A, Pasinetti G, Borison RL and Diamond BI: Cortical-striatal dopamine involvement in an animal model for tardive dyskinesia. Annals of Neurology 14:136, 1983.

Borison RL and Davis JM: Amantadine and Tourette Syndrome. In: Current Psychiatric Therpaies Volume 22 - 1983, IEd: J.H. Masserman), Grune & Stratton, New York, pp 127-130, 1984.

Shah C, Hitri A, Borison RL and Diamond BI: Correlation of neuroleptic blood levels to central antidopaminergic properties. Neurology 34:211, 1984.

Deal RW, Shah C, Diamond BI and Borison RL: Neuroleptic malignant syndrome. neurology 34:211, 1984.

Diamond BI, Shah C, Hitri A, and Borison RL: Pharmacology of an animal model resembling Huntington's Chorea. Neurology 34:224, 1984.

Hitri A, Pasinetti G, Borison RL and Diamond BI: Receptor and behavioral differentiation of amantadine action. Neurology 34:207, 1984.

Hitri A, Carer SA, Borison RL and Diamond BI: Correlation of neuroleptic blood levels and tardive dyskinesia. Neurology 34:148, 1984.

Diamond BI, Hitri A, and Borison RL: Models for predicting antipsychotic activity without extrapyramidal side-effects. Neurology 34:148, 1984.

15

B20

Borison RL and Diamond BI: Treatment of neuroleptic-induced extrapyramidal disorders: Comparison of amantadine and benztropine. Neurology 34:75, 1984.

Hitri A, Rice K, Pattison B, Borison RL and Diamond BI: Proconvulsant effects of cholinergic receptor sensitivity induced by chronic choline. Neurology 34:222, 1984.

Borison RL and Diamond BI: Open trial uses of clonidine in Tourette's Syndrome. Neurology 34:223, 1984.

Diamond BI, Hitri A and Borison RL: Anticonvulsant effects of chinaberry extracts and its interaction with the cholinergic system. Neurology 34:288, 1984.

Diamond BI, Shah C, Hitri A and Borison RL: Differentiation of amphetamine and phenylethylamine induced behavior. In: Neurobiology of the Trace Amines, (Eds:A.A. Boulton, G.B. Baker, W.G. Dewhurst and M. Sandler), Humana Press, New Jersey, pp. 375-388, 1984.

Borison RL, Shah C, Shelhorse ME, Hitri A and Diamond BI: Psychopharmacology of behavioral disturbances in the elderly. Atlanta Medicine 59:29-36, 1985.

Borison RL: Pharmacology of antipsychotic drugs. Journal of Clinical Psychiatry 46:25-28, 1985.

Shah C, Hitri A, Borison RL and Diamond BI: Interruption in neuroleptic exposure decreases dopamine receptor sensitivity. Neurology 35:118-119, 1985.

Hitri A, Carter S, Borison RL and Diamond BI: Neuroleptic blood levels and tardive dyskinesia. Advances in Biochemical Psychopharmacology 40:29-32, 1985.

Blackwood RA, Hitri A, Borison RL and Diamond BI: Potentiation by cholecystokinin of dopamine sensitivity induced by chronic haloperidol. Neurology 35:159, 1985.

Diamond BI, Goldberg W, Hitri A and Borison RL: Cholecystokinin antgonism of hyperkinesia elecited by limbic lesions. Neurology 35:160, 1985.

Diamond BI, Goldberg W, Hitri A and Borison RL: Limbic dopaminergic lesions inhibit learning and increase activity in rats. Neurology 35:161, 1985.

Borison RL, Shah C, Shelhorse ME, Ajiboye A, Hitri A and Diamond BI: Clozapine: a nonneuroleptic antipsychotic drug. Neurology 35:160, 1985.

16

B21

Diamond BI, Burrus E, Hitri A and Borison RL: Neuroleptic impairment of memory as determined by their anticholinergic properties. Neurology 35:179, 1985.

Hitri A, Shelhorse ME, Shah C, White TH, Borison RL and Diamond BI: Relationship between monoamine oxidase activity, serum neuroleptic activity, and severity of tardive dyskinesia. Neurology 35:238, 1985.

Shelhorse ME, Burrus E, Borison RL and Diamond BI: Analgesia induced by acute and chronic tricyclic antidepressant treatment. Neurology 35:252, 1985.

Diamond BI, Stanley C, Hitri A, Pattison B and Borison RL: Anticholinergic effects on haloperidol induced blockade of phenylethylamine and amphetamine behavior. Federation Proceedings 44:723, 1985.

Shelhorse ME, Hitri A, Shah C, White TH, Borison RL and Diamond BI: Effects of neuroleptic drug blood levels on platelet monoamine oxidase activity. Federation Proceedings 44:887, 1985.

Anton RF, Ressner EL, Hitri A, Diamond BI and Borison RL: Efficacy of amoxapine in psychotic depression: Relationship to serum prolactin and neuroleptic activity. Journal of Clinical Psychiatry Monograph Series 3:8-13, 1985.

Borison RL and Diamond BI: Treatment of extrapyramidal side-effects: Amanatadine versus benztropine. World Journal of Psychosynthesis 16:40-43, 1985.

Diamond BI, Johnson WK and Borison RL: Analgesis characteristics of antidepressant drugs. Neurology 36:340, 1986.

Diamond BI, Niroomand F and Borison RL: Dopaminergic sensitivity after chronic 1-methyl-4-phenyl-1,2,3,6-tetrahydropyridine (MPPT) treatment in rats. Federation Proceedings 45:805, 1986.

Diamond BI, Niroomand F and Borison RL: Differential effects of 1-methyl-4-phenylpyridine (MPP) and 6-hydroxydopamine (6OHDA) nigra lesions in rats. Neurology 36:76, 1986.

Diamond BI, Sethi KD and Borison RL: Drug schedules as a risk factor for tardive dyskinesia. Neurology 36:76, 1986.

Hitri A, Sethi R, McLarnon MC, Diamond BI and Borison RL: Monoamine oxidase (MAO) activity, psychosis and dyskinesias. Federation Proceedings 45:807, 1986.

17

B22

Borison RL: Schizophrenia and depression. Carrier Foundation Letter 117:1-3, 1986.

Diamond BI, Sethi KD and Borison RL: Serotonin modulation of hyperkinesia and phasic neck dystonia induced by beta, beta-iminodiopropionitrile (IDPN) in rats. Neurology 36:341, 1986.

Diamond BI, Sethi KD and Borison RL: Serotonin modulation of phenytoin myoclonus. Neurology 36:274, 1986.

Borison RL, Hitri A and Diamond BI: Biochemical and pharmacological aspects of movement disorders in Huntington's Disease. In: Movement Disorders, (Eds: A. Donald and N. Shah), Plenum Press, New York, 1986, pp 275-292.

Diamond BI and Borison RL: Basic and clinical studies of neuroleptic-induced supersensitivity psychosis and dyskinesia. Psychopharmacology Bulletin 22:900-905, 1986.

Borison RL, Shah C, White TH and Diamond BI: Typical and atypical neuroleptics in tardive dyskinesia. Psychopharmacology Bulletin 23:218-22, 1987.

Hitri A, Sinha D and Borison RL: Monoamine oxidase activity and symptom specific severity of tardive dyskinesia. Neurology 37:269, 1987.

Diamond BI and Borison RL: Anesthetic agents and associated medications, in Lithium Therapy Monographs - Lithium Combination Treatment (Ed: N. Johnson), Karger, London, pp 217-232, 1987.

Diamond BI, Van Schooneveld B, Sinha D, and Borison RL: Norepinephrine and acetylcholine antagonism prevent neuroleptic-induced striatal dopamine supersensitivity. Neurology 37:257-258, 1987.

Borison RL and Diamond BI: Neuropharmacology of the extrapyramidal system. Journal of Clinical Psychiatry 48(9S):7-12, 1987.

Borison RL: Extrapyramidal side-effects and antipsychotics. Psychiatric Times 4:20-22, 1987.

Diamond BI, DeMartines N and Borison RL: Calcium antagonists, neuroleptics, and brain dopamine. In: Pharmacology and Functional Regulation (Eds: P.M. Beart, G.N. Woodruff and D.M. Jackson), MacMillan Press, Sydney, 1988, pp 239-241.

B23

Borison RL, McLarnon MC, DeMartines N and Diamond BI: Calcium channel antagonists: Interaction with dopamine, schizophrenia, and tardive dyskinesia. In: Tardive Dyskinesia Biological Mechanisms & Clinical Aspects (Eds: M.E. Wolf and A.D. Mosnaim), American Psychiatric Press, Washington D.C., 1988, pp 217-232.

Diamond BI and Borison RL: Neuroleptic drugs on electrical and chemical induced seizures. Neurology 38:180, 1988.

Diamond BI, Johnson J, Sethi K and Borison RL: Selective striatal cholinergic involvement in movement disorders. Neurology 38:314, 1988.

Diamond BI, Johnson J and Borison RL: Striatal cholinergic antagonism promotes neuroleptic-induced dopamine sensitivity. Neurology 38:402, 1988.

Borison RL, Diamond BI, Sinha D, Gupta RP and Ajiboye A: Clozapine withdrawal rebound psychosis. Psychopharmacology Bulletin 24:260-263, 1989.

Borison RL, Sinha D, Geber S, Albrecht JW and Diamond BI: Alprazolam lack of antidepressant efficacy. Proceedings of the American Psychiatric Association 142:126, 1989.

Borison RL, Sinha D, Geber S, Albrecht JW and Diamond BI: Double-blind evaluation of alprazolam versus placebo in outpatients with major depressive disorder. Biological Psychiatry 25:7A-54A, 1989.

Hamner MB, Diamond BI and Borison RL: Recurrent psychotic depression associated with adult GM gangliosidoses. Biological Psychiatry 25:66A-67A, 1989.

Hitri A, Mohan P, Sinha D, Harrold J, Diamond BI and Borison RL: Relevance of the dopamine D2 receptor blockade and clinical response to neuroleptic treatment in schizophrenia patients. Schizophrenia Research 2:207, 1989.

Diamond BI, Hitri A, DeMartines N, Nguyen HQ and Borison RL: The effect of chronic neuroleptic treatment on yawning behavior: Is it relevant to schizophrenia? Schizophrenia Research 2:147, 1989.

Borison RL, Diamond BI, Evans D, Evans DD, Elia H, Sinha D, Haverstock S, Sethi R, Gupta R and McLarnon MC: Therpeutic efficacy of putative atypical antipsychotic agents. Schizophrenia Research 2:196, 1989.

19

B24

Curriculum Vitae
Richard Lewis Borison, M.D., Ph.D.

Diamond BI, Hitri A, DeMartines N, Nguyen H, O'Neal E and Borison R: Modulation of yawning by striatal dopamine autoreceptor sensitization. Neurosciences 19th Annual Meeting Abstract Book, November 1989.

Diamond BI, O'Neal E, Nguyen T and Borison R: Differential effects of neuroleptic drugs on seizures. Epilepsia 30:648, 1989.

Diamond BI, Nguyen H, Brandsma M and Borison R: Failure to induce seizures by chronic subconvulsive kainic acid treatment. Epilepsia 30:697, 1989.

Borison RL, Sinha D, Haverstock S, McLarnon MC and Diamond BI: Efficacy and safety of tiospirone versus haloperidol and thioridazine in a double-blind placebo controlled trial. Psychopharmacology Bulletin 25:190-193, 1989.

Diamond BI, Borison R, Katz R and DeVeaugh-Geiss J: Rebound and withdrawal reactions to clomipramine. Psychopharmacology Bulletin 25:209-212, 1989.

Borison RL, Sinha D, Albrecht JW, Geber S and Diamond BI: Double-blind comparison of 3 and 6mg fixed doses of alprazolam vs placebo in outpatients with major depressive disorders. Psychopharmacology Bulletin 25:186-189, 1989.

Diamond BI, VanSchooneveld B and Borison R: Antipsychotic drugs: Liability to affect seizures. APA New Research Abstracts, May 1990.

Borison RL and Diamond BI: Tardive dyskinesia, tardive dytsonia and clozapine. Movement Disorders 5(Suppl 1)56:1990.

Diamond B, Sethi K, Borison R: L-dopa induced monoclonus. Movement Disorders 5 (Suppl 1):43, 1990.

Diamond BI, Hamner M, O'Neal E, Chalker T and Borison R: Animal model of post traumatic stress disorder. APA New Research Abstracts, May 1990.

Borison RL, Dren AT, Diamond BI: Antipsychotic efficacy of sigma-receptor antagonists. Biological Psychiatry 27:68A, 1990.

Borison RL, Pathiraja A, and Diamond BI: Clozapine: Neurological actions of an atypical neuroleptic. Neurology 40 (Suppl 1):241, 1991.

20

B25

Curriculum Vitae
Richard Lewis Borison, M.D., Ph.D.

Diamond BI, Sethi K and Borison RL: Vitamin E deficiency increases striatal dopamine sensitivity. Neurology 40 (Suppl 1):242, 1990.

Diamond BI, Nguyen H, O'Neal E and Borison RL: A novel agent for the treatment of anxiety. APA New Research Abstracts, May 1991.

Evans DR and Borison RL: Alprazolam for the treatment of self-injurious stereotypy in schizophrenia. Biological Psychiatry 29:396S, 1991.

Borison RL, Pathiraja AP, Diamond BI and Meibach RC: Antidopaminergic and antiserotonergic actions of risperidone in schizophrenia. Biological Psychiatry 29(9A):114A, 1991.

Diamond BI, Thompson JL, O'Neal E, Smith S, Wang J and Borison RL: Effects of MK-801 in an animal model of Parkinson's Disease. Biological Psychiatry 29:582S, 1991.

Diamond BI, O'Neal E, Wang J and Borison RL: Plasma homovanillic acid, drug response and schizophrenia. Biological Psychiatry 29:395S, 1991.

Diamond BI, O'Neal E, Wang J and Borison RL: Plasma homovanillic acid and drug response in schizophrenia. Schizophrenia Research 4(3):343-344, 1991.

Borison RL, Pathiraja AP, Diamond BI and Meibach R: Risperidone and schizophrenia. Biological Psychiatry 29:417S, 1991.

Borison RL, Pathiraja AP, Diamond BI and Meibach RC: Risperidone in the treatment of acute exacerbation of chronic schizophrenia. Schizophrenia Research 4(3):314, 1991.

Borison RL and Diamond BI: Serotonin modulation of dopaminergic-mediated extra-pyramidal side effects. Neurology 41(3):396, 1991.

Diamond BI, O'Neal E, Borison RL, Kaffeman M, Ochs R: The use of alpidem in generalized anxiety disorder. APA New Research Abstracts 219:101, 1991.

Diamond BI, O'Neal E, Borison RL, Kaffeman M, Ochs R: The use of nonbenzodiazepine, alpidem: A selective omega 1 and 3 benzodiazepine receptor ligand in generalized anxiety disorder. Biological Psychiatry 29(9A):143A, 1991.

Borison RL, Diamond BI, Dren AT: Does sigma receptor antagonism predict clinical antipsychotic efficacy? Psychopharmacology Bulletin 27(2):103-106, 1991.

21

B26

Abstracts and Presentations:

Mosnaim AD, Borison RL, Madubuike UP and Sabelli HC: Synthesis and metabolism of brain 2-phenylethylamine. Presented to the American Society for Neurochemistry, New Orleans, Louisiana, March, 1974.

Sabelli HC, Mosnaim AD, Pedemonte WA, Vazquez AJ, Giardina WJ and Borison RL: Biochemical plasticity of synaptic transmission: A critical review of Dale's principle. Presented to the Society for Biological Psychiatry, Miami, Florida, June, 1974.

Sabelli HC, Mosnaim AD, Vazquez AJ, Giardina WJ, Borison RL, Silkaitis RP, DeFoe-May J and Diamond BI: Multiple amine modulation of catecholaminergic mechanisms. Presented to the Symposium on "Biological Advancements in the Study of Endogenous Depression," First World Congress of Biological Psychiatry, Buenos Aires, Argentina, September, 1974.

Mosnaim AD, Borison RL and Sabelli HC: Biosynthesis and metabolism of 2-phenylethylamines. Drug effects. Presented at the Symposium on "Molecular Basis of the Mode of Action of Neuropharmacological Agents," First World Congress of Biological Psychiatry, Buenos Aires, Argentina, September, 1974.

Sabelli HC, Mosnaim AD, Borison RL and Wolf ME: Possible role of 2-phenylethylamine in the modulation of extrapyramidal system function. Presented to the Satellite Symposium "Use of Pharmacological Agents in the Elucidation of Central Synaptic Function," Luckmnow, India, October, 1974.

Mosnaim AD, Borison RL, Arora RC and Sabelli HC: The metabolism of brain 2-phenylethylamine as a major target for the action of d-amphetamine. Presented to the American Society for Neurochemistry, Mexico City, Mexico, March, 1975.

Sabelli HC, Borison RL, Vazquez AJ, May J, Diamond BI and Havdala HS: 2-Phenylethylamine as a neuromodulator of wakefulness, affect and extrapyramidal function: Recent advances. Presented at the Symposium "2-Phenylethylamine: Its Possible Role as a Neurotransmitter," Mexico City, Mexico, March, 1975.

Borison RL, Mosnaim AD and Sabelli HC: Quantification of brain 2-phenylethylamine content by gas-liquid chromatography and its modification by marihuana. Presented to the Sixth Annual Midwest Student Medical Research Forum, Columbia, Missouri, March, 1975.

B27

Mosnaim AD, Huprikar SV, Borison RL, Shoch D and Zeller EA: 2-Phenylethylamine: Its identification in the rabbit iris and ciliary body. Presented to the Association for Research in Vision and Ophthamology National Meeting, Sarasota, Florida, April, 1975.

Borison RL and Sabelli HC: Further evidence for the role of 2-phenylethylamine in the central and peripheral actions of amphetamines. Presented to the Society for Biological Psychiatry, New York, New York, May, 1975.

Mosnaim AD, Borison RL, May J, Wolf ME and Sabelli HC: Specific synaptic and axonal 2-phenylethylamine (PEA) receptors as a target for amphetamine actions. Presented at the Sixth International Congress of Pharmacology, Helsinki, Finland, July, 1975.

Borison RL and Sabelli HC: Influence of catecholamine depletors and blockers on 2-phenylethylamine effects and disposition. Presented to the Society for Neuroscience, New York, New York, November, 1975.

Borison RL, Maple PJ, Havdala HS and Sabelli HC: Quantitation of 2-phenylethylamine (PEA) in biological samples. Presented at the American Society for Neurochemistry, Vancouver, British Columbia, March, 1976.

Borison RL, Narasimhachari N, Maple PJ, Havdala HS and Sabelli HC: A reformulation of the phenylethylamine (PEA) theory of affective behavior. Presented to the Society for Biological Psychiatry, San Francisco, California, June, 1976.

Havdala HS, Borison RL, Maple PJ, Sabelli HC and Diamond BI: Biochemical and behavioral correlates on the actions of general anesthetics upon brain 2-phenylethylmine (PEA). Presented to the American Society of Anesthesiology, San Francisco, California, October, 1976.

Borison RL, Sabelli HC, Diamond BI, Maple PJ and Havdala HS: Lithium prevention of amphetamine-induced "manic" excitement and of reserpine-induced "depression" in mice: Possible role of 2-phenylethylamine (PEA). Presented to the Society of Neuroscience, Toronto, Ontario, November, 1976.

Borison RL, Reyes M, Lemus F, Havdala HS and Diamond BI: 2-Phenylethylamine regional distribution in human brain. Presented to the American Society of Neurochemistry, Denver, Colorado, March, 1977.

23

B28

Diamond RL, Borison RL, Havdala HS, Klawans HL and Weiner WJ: 2-Phenylethylamine involvement in choreiform movements and cocaine action. Presented to the American Society for Neurochemistry, Denver, Colorado, March, 1977.

Borison RL and Diamond BI: A new animal model for schizophrenia. Presented to the Society for Biological Psychiatry, Toronto, Ontario, April, 1977.

Borison RL, Maple PJ, Levin MA, Olsauskas R, Havdala HS and Diamond BI: Brain metabolism of a central biogenic amine. Presented to the Illinois State Academy of Science, St. Louis, Missouri, April, 1977.

Maple PJ, Diamond BI, Havdala HS and Borison RL: Chronic and acutely induced dyskinesias: A pharmacologic distinction. Presented to the American Medical Student Association - University of Texas Medical Branch National Student Research Forum, Galveston, Texas, May, 1977.

Diamond BI, Comaty JE, Ehrenpreis S, Borison RL and Havdala HS: Morphine and phenylethylamine-induced analgesia: Are they related? Presented to the American Society for Anesthesiology, New Orleans, Louisiana, October, 1977.

Havdala HS, Borison RL and Diamond BI: Interactions between lithium, pentobarbital and a central biogenic amine. Presented to the American Society for Anesthesiology, New Orleans, Louisiana, October, 1977.

Borison RL, Havdala HS and Diamond BI: Alteration of biogenic amine turnover in various stages of anesthesia. Presented to the American Society for Anesthesiology, New Orleans, Louisiana, October, 1977.

Diamond BI, Havdala HS, Lemus F and Borison RL: Morphine-induced stereotypy: Is it dopamine, norepinephrine, or acetylcholine? Presented to the Society for Neuroscience, Anaheim, California, November, 1977.

Diamond BI, Havdala HS, Aghion V and Borison RL: Lithium modulation of morphine withdrawal, analgesia and behavior. Presented to the American Society of Neurochemistry, Washington, D.C., March, 1978.

Borison RL, Havdala HS and Diamond BI: Brain dopamine, norepinephrine and schizophrenia. Presented to the American Psychiatric Association, Atlanta, Georgia, May, 1978.

24

B29

Borison RL, Diamond BI and Walter R: Peptide role in animal models of schizophrenia. Presented to the Society for Biological Psychiatry, Atlanta, Georgia, May, 1978.

Borison RL, Havdala HS and Diamond BI: Anticholinergic promotion of tardive dyskinesia. Presented to the American Psychiatric Association, Chicago, Illinois, May, 1978.

Diamond BI, Havdala HS, Lobstein OE and Borison RL: Plasma lithium level correlation with morphine analgesia, withdrawal and behavior. Presented to the International Congress of Pharmacology, Paris, France, July, 1978.

Diamond BI, Havdala HS and Borison RL: Enkephalins: A Role in Parkinson's disease? Presented to the International Congress of Pharmacology, Paris, France, July, 1978.

Borison RL, Havdala HS and Diamond BI: The schizophrenic process: Pharmacologic comparisons of different animal models. Presented to the International Congress of Neuropharmacology, Vienna, Austria, July, 1978.

Diamond BI, Havdala HS, Sudakoff GS and Borison RL: Neuropharmacology of a new regulator of the extrapyramidal system. Presented to the International Congress of Neuropharmacology, Vienna, Austria, July, 1978.

Fernando C, Maple PJ, Havdala HS, Borison RL and Diamond BI: Modification of human somatosensory evoked potentials by transcutaneous nerve stimulation. Presented to the World Congress of Pain, Montreal, Quebec, September, 1978.

Havdala HS, Borison RL and Diamond BI: An endogenous biogenic amine with morphine-like effects. Presented to the European Anesthesiology Congress, Paris, France, September, 1978.

Diamond BI, Sudakoff GS, Havdala HS and Borison RL: Type A and B monoamine oxidase inhibitors and other adjunct therapies on L-DOPA potentiation in models of Parkinson's disease. Presented to the International Catecholamine Symposium, Pacific Grove, California, September, 1978.

Borison RL, Hitri A and Diamond BI: A new animal model for schizophrenia: Behavioral and receptor binding studies. Presented to the International Catecholamine Symposium, Pacific Grove, California, September, 1978.

B30

Curriculum  Vitae
Richard Lewis Borison, M.D., Ph.D.

Havdala HS, Borison RL and Diamond BI: Duration of drug-induced dyskinesias: A pharmacologic distinction. Presented to the International Catecholamine Symposium, Pacific Grove, California, September, 1978.

Borison RL, Diamond BI, Comaty JE, Havdala HS and Ehrenpreis S: Enkephalin analgesia and human pain: Modification by D-phenylalanine. Presented to the American Society for Anesthesiology, Chicago, Illinois, October, 1978.

Havdala HS, Maple PJ, Borison RL and Diamond BI: Naloxone and acupuncture modification of human somatosensory evoked potentials: Evidence for a role of enkephalins? Presented to the American Society for Anesthesiology, Chicago, Illinois, October, 1978.

Diamond BI, Havdala HS and Borison RL: Multipotential use of lithium in modifying morphine action. Presented to the American Society for Anesthesiology, Chicago, Illinois, October, 1978.

Diamond BI, Havdala HS and Borison RL: Enkephalins: Neuropharmacological role in the extrapyramidal system. Presented to the Society for Neuroscience, St. Louis, Missouri, November, 1978.

Borison RL, Sudakoff GS, Havdala HS and Diamond BI: A new animal model for Huntington's Chorea. Presented to the International Symposium on Huntington's Disease, San Diego, California, November, 1978.

Diamond BI, Sudakoff GS, Havdala HS and Borison RL: Substance P as a 'transducer' for dopamine in model choreas. Presented to the International Symposium Huntington's Disease, San Diego, California, November, 1978.

Borison RL and Diamond BI: Anticholinergics promote neuroleptic-induced tardive dyskinesia. Presented to the Neuroleptic International Symposium, Monte Carlo, Monaco, March, 1979.

Borison RL and Diamond BI: A phenylethylamine animal model of schizophrenia. Presented to the Society for Biological Psychiatry, Chicago, Illinois, May, 1979.

Borison RL and Diamond BI: Two factor theory of schizophrenia: Is substance P the first factor? Presented to the Society for Biological Psychiatry, Chicago, Illinois, May, 1979.

Gordon JH, Borison RL and Diamond BI: The modulation of tardive dyskinesia by estrogen. Presented to the Society for Biological Psychiatry, Chicago, Illinois, May, 1979.

26

B31

Curriculum   Vitae
Richard Lewis Borison, M.D., Ph.D.

Borison RL and Diamond BI: Striatal and limbic influences on animal models of schizophrenia. Presented to the Society for Biological Psychiatry, Chicago, Illinois, May, 1979.

Diamond BI, Comaty JE and Borison RL: Enkephalinergic modulation of tardie dyskinesia. Presented to the Society for Biological Psychiatry, Chicago, Illinois, May, 1979.

Borison RL, Havdala HS and Diamond BI: Anticholinergic promotion of tardive dyskinesia. Presented to the American Psychiatric Association, Chicago, Illinois, May, 1979.

Borison RL and Diamond BI: Substance P sensitizes striatal dopamine receptors. Presented to the First International Colloquium on Receptors, Neurotransmitters and Peptide Hormones, Capri, Italy, May, 1979.

Borison RL and Diamond BI: Animal models of schizophrenia: Limbic and striatal influences. Presented to the First International Colloquium on Receptors, Neurotransmitters and Peptide Hormones, Capri, Italy, May, 1979.

Borison RL and Diamond BI: Enkephaline modulation of experimental tardive dyskinesia. Presented to the First International Colloquium on Receptors, Neurotransmitters and Peptide Hormones, Capri, Italy, May, 1979.

Borison RL and Diamond BI: Substance P sensitization of  dopamine receptors. Presented to the Symposium on Regulation and Function of Neural Peptides. Gardone Riviera, Italy, August, 1979.

Klawans HL and  Borison RL: Substance P and nigrostriatal function. Presented to the International Symposium of the Fulton Society - Neuropeptides in the Brain. St. Louis, Missouri, October, 1979.

Borison RL and Diamond BI: Thioridazine: Evidence for a site specificity. Presented to the American Psychiatric Association, San Francisco, California, May, 1980.

Borison RL, Havdala HS and Diamond BI: Intralimbic administration of antipsychotic drugs. Presented to the American Psychiatric Association, San Francisco, California, May, 1980.

Borison RL and Diamond BI: Enkephalins and dopamine receptor hypersensitivity. Presented to the American Psychiatric Association, San Francisco, California, May, 1980.

B32

Rajan KS, Borison RL and Diamond BI: Efficacy of new L-DOPA compounds in animal models of parkinsonism. Presented to the International Congress for Neuropharmacology, Goteborg, Sweden, June, 1980.

Rajan KS, Borison RL, Davis JM and Diamond BI: L-DOPA Chelates in animal models of Parkinson's disease. Presented to the European Neurosciences Meeting, Brighton, England, August, 1980.

Borison RL, Chang S, Dysken M and Davis JM: Lithium carbonate in Tourette's Syndrome. Presented to the World Conference on Clinical Pharmacology and Therapeutics, London, England, August, 1980.

Borison RL and Davis JM: Amantadine treatment of extrapyramidal side-effects in Tourette's Syndrome. Presented to the World Conference on Clinical Pharmacology and Therapeutics, London, England, August, 1980.

Borison RL, Ehrenpreis S, Havdala HS and Diamond BI: Endorphin analgesia and human pain: Modification by D-phenylalanine. Presented to the World Congress of Clinical Pharmacology and Therapeutics, London, England, August, 1980.

Diamond BI, Havdala HS and Borison RL: Enkephalins and models of extrapyramidal movement disorders. Presented to the Society for Biological Psychiatry, Boston, Massachusetts, September, 1980.

Borison RL, Fields JZ and Diamond BI: Site specificity of dopamine receptor blockade on human brain. Presented to the Society for Biological Psychiatry, Boston, Massachusetts, September, 1980.

Diamond BI, Sudakoff GS, Havdala HS and Borison RL: Enkephalin activity in an animal model for Huntington's chorea. Presented to the Society for Neuroscience, Cincinnati, Ohio, November, 1980.

Borison RL, Kowatch R, Maple PJ and Diamond BI: Kindling phenomenon: Pharmacological and electrophysiological correlates. Presented to the Society for Neuroscience, Cincinnati, Ohio, November, 1980.

Diamond BI and Borison RL: Regulatory peptides in animal paradigms of neuropsychiatric disease. Presented to the International meeting of Regulatory Peptides, Brescia, Italy, August, 1981.

B33

Rajan KS, Mainer S, Borison RL and Diamond BI: Turnover of neurotransmitters and metals in rabbit brain after treatment with aluminum and chelating agents. Presented to the Society for Neuroscience, Los Angeles, California, November, 1981.

Rajan KS, Mainer S, Borison RL and Diamond BI: Decarboxylation and metal chelates of L-DOPA. Presented to the American Chemical Society, Las Vegas, Nevada, March, 1982.

Diamond BI and Borison RL: An endogenous biogenic amine responsible for schizophrenia. Presented to the International Symposium on Theoretical Problems of Modern Psychiatry, Moscow, Soviet Union, May, 1982.

Diamond BI, Rajan KS and Borison RL: Trace metals in schizophrenia. Presented to the Society for Biological Psychiatry, Toronto, Canada, May, 1982.

Blowers AJ, Levin MA, Diamond BI and Borison RL: Tardive dyskinesia in the elderly. Presented to the Society for Biological Psychiatry, Toronto, Canada, May, 1982.

Diamond BI and Borison RL: Animal model for persistent tardive dyskinesia. Presented to the American Psychiatric Association, Toronto, Canada, May, 1982.

Blowers AJ, Diamond BI and Borison RL: Variables of tardive dyskinesia in the elderly. Presented to the American Psychiatric Association, Toronto, Canada, May, 1982.

Diamond BI, Pasinetti G and Borison RL: Role of enkephalins and cholecystokinin and neurotensin in Parkinson's Disease. Presented to the International Symposium on Parkinson's Disease, Frankfurt, Germany, June, 1982.

Levin MA, Diamond BI and Borison RL: Correlation of tricyclic antidepressant blood levels in depressive patients. Presented to the International College for Neuropsychopharmacology Meeting, Jerusalem, Israel, June, 1982.

Diamond BI, Hitri A and Borison RL: Site differentiation of identical behaviors induced by phenylethylamine and d-amphetamine. Presented to the Society for Neuroscience, Minneapolis, Minnesota, October, 1982.

Hitri A, Borison RL and Diamond BI: An animal model resembling Huntington's Disease. Presented to the Society for Neuroscience, Minneapoliss, Minnesota, October, 1982.

29

B34

Curriculum Vitae
Richard Lewis Borison, M.D., Ph.D.

Hitri A, Borison RL and Diamond BI: Neuroleptics and human brain. Presented to the American Psychiatric Association, New York, New York, may, 1983.

Borison RL, Hamilton WJ, Hitri A, Hicholls F and Diamond BI: The use of clonidine in Tourettes. Presented at the American Psychiatric Association, New York, New York, May, 1983.

Diamond BI, Pasinetti G, Hitri A and Borison RL: Cholecystokinin and brain dopamine. Presented to the American Psychiatric Association, New York, New York, May, 1983

Diamond BI, Schwartz M and Borison RL: Alcohol dependence, withdrawal and endorphins. Presented to the American Psychiatric Association, New York, New York, May, 1983.

Hitri A, Blackwood RA, Borison RL and Diamond BI: Molindone serum and saliva levels in normal subjects. Presented to the Society for Biological Psychiatry, New York, New York, April, 1983.

Diamond BI, Pasinetti G, Hitri A, and Borison RL: Cholecystokinin and neuropsychiatry. Presented to the Society for Biological Psychiatry, New York, new York, April, 1983.

Diamond BI, Hitri A, Shah C and Borison RL: Differentiation of amphetamine and phenlyethylamine induced behaviors. Presented to the Symposium on Trace Amines and the Neurosciences, Edmonton, Canada, July, 1983.

Diamond BI, Shah C, Hitri A and Borison RL: Striatal pharmacology of an animal model resembling Huntington's Disease. Presented to the Society for Neuroscience, Boston, Massachusetts, November, 1983.

Borison RL and Diamond BI: Neuropharmacology of Tourette's Syndrome. Presented to the Society of Neuroscience, Boston, Massachusetts, November, 1983.

Shah C, Hitri A, Borison RL and Diamond BI: Drug holidays and tardive dyskinesia. Presented to the Society for Biological Psychiatry, Los Angeles, California, May, 1984.

Diamond BI, Rice K, Pattison B, Hitri A, and Borison RL: Antipsychotic activity without extrapyramidal side-effects. Presented to the American Psychiatric Association, Los Angeles, California, May, 1984.

30

B35

Curriculum Vitae
Richard Lewis Borison, M.D., Ph.D.

Borison RL and Diamond BI: Treatment of neuroleptic induced extrapyramidal side-effects of amantadine. Presented to the American Psychiatric Association, Los Angeles, California, May, 1984.

Blackwood RA, Hitri A, Borison RL and Diamond BI: Correlation between serum and saliva neuroleptic levels. Presented to the American Psychiatric Association, Los Angeles, California, May, 1984.

Carter SA, Hitri A, Borison RL and Diamond BI: Blood levels and tardive dyskinesia. Presented to the American Psychiatric Association, Los Angeles, California, May, 1984.

Shah C, Hitri A, Borison RL and Diamond BI: Drug holidays and tardive dyskinesia. Presented to the International College of Neuropharmacology, Florence, Italy, June, 1984.

Diamond BI, Hitri A, Goldberg W and Borison RL: Interaction of cholecystokinin and dopamine in neuropsychiatric animal models. Presented to the International College of Neuropharmacology, Florence, Italy, June, 1984.

Shah C, Hitri A, Borison RL and Diamond BI: Correlation of neuroleptic blood levels to central antidopaminergic properties. Presented to the International College of Neuropharmacology, Florence, Italy, June 1984.

Diamond BI, Shah C, Hitri A and Borison RL: Pharmacological and biochemical studies of an animal model resembling Huntington's Disease. Presented to the International College of Neuropharmacology, Florence, Italy, June, 1984.

Hitri A, Dren AT, Dalton M, Manberg F, Shah C, Borison RL and Diamond BI: Correlation of serum prolactin levels and serum neuroleptic activity with euthymia and side-effects in chronic schizophrenic patients. Presented to the International Society of Psychoneuroendocrinology, Frankfurt, Germany, July, 1984.

Hitri A, Carter SA, Pine R, Diamond BI and Borison RL: Assessment of symptom specific effects of thioridazine. Presented to the International College of Neuropharmacology, Florence, Italy, June, 1984.

Hitri A, Pasinetti G, Borison RL and Diamond BI: Corticostriate dopamine receptor interaction of neuroleptics. Presented to the International College of Neuropharmacology, Florence, Italy, June, 1984.

31

B36

Hitri A, Carter SA, Borison RL and Diamond BI: Correlation of neuroleptic blood levels and tardive dyskinesia. Presented to the Symposium on Chronic Treatments in Neuropsychiatry, Montecatini Terme, Italy, June, 1984.

Hitri A, Shelhorse ME, Shah C, White TH, Diamond BI and Borison RL: Relationshp between monoamine oxidase activity, serum neuroleptic activity and severity of tardive dyskinesia. Presented to the Society of Biological Psychiatry, Dallas, Texas, May, 1985.

Borison RL, Shah C, Shelhorse ME, Ajiboye A, Hitri A and Diamond BI: Clinical effects of clozapine. Presented to the Society of Biological Psychiatry, Dallas, Texas, May, 1985.

Blackwood RA, Hitri A and Diamond BI: Cholecystokinin potentiation of dopamine sensitivity induced by chronic haloperidol. Presented to the Society of Biological Psychiatry, Dallas, Texas, may, 1985.

Diamond BI, Hitri A, Burrus E and Borison RL: Relationship between B-endorphin plasma level changes and memory retrieval. Presented to the Society of Biological Psychiatry, Dallas, Texas, May, 1985.

Diamond BI, Goldberg W, Hitri A and Borison RL: Dopamine and cholecystokinin influence hyperkinesias induced by limbic lesions in rats. Presented to the Society of Biological Psychiatry, Dallas, Texas, May, 1985.

Diamond BI, Shah C, Hitri A and Borison RL: Antipsychotic drug withdrawal hepatotoxicity. Presented to the American Psychiatric Association, Dallas, Texas, May, 1985.

Hitri A, Shah C, Shelhorse ME, Diamond BI and Borison RL: Lack of efficacy of generic antipsychotic drugs. Presented to the American Psychiatric Association, Dallas, Texas, May, 1985.

Borison RL, Shelhorse ME, Shah C, Hitri A and Diamond BI: Undiagnosed medical illness on a chronic care ward. Presented to the American Psychiatric Association, Dallas, Texas, May, 1985.

Diamond BI, Johnson WK, Hitri A and Borison RL: Analgesic properties of antidepressant drugs. Presented to the American Psychiatric Association, Dallas, Texas, May, 1985.

Diamond BI, Sethi KD, Hitri A and Borison RL: Phenytoin potentiation of dopamine supersensitivity induced by neuroleptics. Presented to the Society of Biological Psychiatry, Washington, D.C., May, 1986.

32

B37

Diamond BI, Hitri A and Borison RL: Specific neuroleptics impair memory in animals. Presented to the Society for Biological Psychiatry, Washington, D.C., May, 1986.

Borison RL, Hitri A and Diamond BI: Thioridazine as an atypical neuroleptic. Presented to the American Psychiatric Association, Washington, D.C., May, 1986.

King AR, Patrias JM, Sunde DA and Borison RL: Comparison of benztropine mesylate and propranolol in treatment of neuroleptic-induced akathisia. Presented to the Southeastern Conference for Post-Graduate Pharmacy Education and Training, Athens, Georgia, March, 1986.

Gupta R, Sinha D, Diamond BI, Hitri A and Borison RL: Bromocriptine in psychosis and tardive dyskinesia. Presented to the Society of Biological Psychiatry, Chicago, Illinois, May, 1987.

Borison RL and Diamond BI: Clozapine supersensitivity psychosis. Presented to the American Psychiatric Association, Chicago, Illinois, May, 1987.

Diamond BI, VanSchooneveld B, Sethi K and Borison RL: Enhanced motor activity as a result of dopamine antagonism in the frontal cortex. Presnted to the International Collegium for Neuropharmacology, San Juan, Puerto Rico, December, 1986.

Hitri A, Sinha D, Borison RL and Smith R: Enzymatic factor in phenelzine responsive disorder. Presented to the American Psychiatric Association, Chicago, Illinois, May, 1987.

Diamond BI, VanSchooneveld B and Borison RL: Liability of neuroleptics to affect different seizure types. Presented to the Society of Biological Psychiatry, Chicago, Illinois, May, 1987.

Borison RL and Diamond BI: Neuropharmacology of the extrapyramidal system. Presented to the American Psychiatric Association, Chicago, Illinois, May, 1987.

Diamond BI, VanSchooneveld B and Borison RL: Norepinephrine antagonism by enruoleptics is essential for lack of extrapyramidal side-effects. Presented to the Society for Biological Psychiatry, Chicago, Illinois, May, 1987.

Diamond BI, Sethi K and Borison RL: Serotonin modulation of hyperkinesia and phasic neck dystonia induced by beta, beta-imminodipropionitrile (IDPN) in rats. Presented to the Society of Neuroscience, New Orleans, Louisiana, November, 1986.

33

B38

Curriculum Vitae
Richard Lewis Borison, M.D., Ph.D.

Rajan KS, Mainer S, Rajan NL, Diamond BI, Borison RL and Davis JM: Alterations in the levels of L-DOPA metabolites and trace metals in the brains of chelating agent-treated rabbits. Presented to the Society for Neuroscience, New Orleans, Louisiana, November, 1986.

Diamond BI, Johnson J and Borison RL: Striatal cholinergic antagonism promotes neuroleptic-induced dopamine sensitivity. Presented to the Society for Biological Psychiatry, Chicago, Illinois, May, 1987.

Borison RL, McLarnon MC and Diamond BI: Verapamil and tardive dyskinesia. Presented to the American psychiatric Association, Chicago, Illinois, May, 1987.

Borison RL and Diamond BI: Morbidity associated with Parkinson's disease and drug-induced parkinsonism: recognition and treatment. Presented to the Third Congress of the International Psychogeriatric Association, Chicago, Illinois, August, 1987.

Borison RL, McLarnon MC and Diamond BI: Calcium channel blockade, schizophrenia and tardive dyskinesia. Presented to the International Congress on Schizophrenia Research, Clearwater, Florida, March, 1987.

Borison RL, Shah C, Shelhorse ME, Ajiboye A and Diamond BI: Does clozapine produce a withdrawal supersensitivity psychosis? Presented to the NCDEU meeting, Key Biscayne, Florida, May, 1987.

Diamond BI, DeMartines N and Borison RL: Calcium antagonists, neuroleptics and brain dopamine. Presented to the Dopamine 87 symposium, Hunter Valley, Australia, August, 1987.

Diamond BI, Albrecht JW and Borison RL: Neuropsychology of Obsessive-Compulsive Disorder. Presented to the Society for Biological Psychiatry, Montreal, Canada, May, 1988.

Hitri A, Shah C, Borison RL and Diamond BI: Dopamine D-2 receptor dynamics of fluphenazine enanthate in the rat striatum. Presented to the Society of Biological Psychiatry, Montreal, Canada, May, 1988.

Borison RL and Diamond BI: Rebound psychosis and dyskinesias after clozapine treatment. Presented to the Society of Biological Psychiatry, Montreal, Canada, May, 1988.

Hitri A, Shah C, Borison RL, Diamond BI and Mohan P: Atypical response of the typical neuroleptics. Presented to the American psychiatric Association, Montreal, Canada, May, 1988.

34

B39

Curriculum Vitae
Richard Lewis Borison, M.D., Ph.D.

Diamond BI, Borison RL and Nguyen HQ: Specific striatal lesions influence beta, beta iminodipropionitrile induced dyskinesia. Presented to the Society of Neurosciences, Toronto, Canada, November, 1988.

Borison RL and Diamond BI: Cozapine and rebound dyskinesia and psychosis. Presented to the American Psychiatric Association, Montreal, Canada, May, 1988.

Diamond BI, VanSchooneveld B, Haverstock S, and Borison RL: Tardive dyskinesia and norepinephrine. presented to the American psychiatric Association, Montreal, Canada, May, 1989.

Borison RL, Sinha D, Geber S, Albrecht JW and Diamond BI: Alprazolam lack of antidepressant efficacy. Presented to the American Psychiatric Association, San Francisco, May, 1989.

Borisosn RL: Clozapine and tardive dyskinesia. Presented to the American Psychiatric Association, San Francisco, May, 1989.

B40

## CURRICULUM VITAE

### JOSE M. CANIVE, M.D.

Department of Veterans Affairs Medical Center
PTSD Program, Psychiatry Service (116A)
2100 Ridgecrest Drive SE
Albuquerque, NM 87108
(505) 265-1711 ext. 4937

University of New Mexico
School of Medicine
Department of Psychiatry
2400 Tucker NE
Albuquerque, NM 87131
(505) 277-2223

### PERSONAL INFORMATION

Born: July 26, 1941, La Habana, Cuba
Social Security Number: REDACTED
Married, 3 children

### EDUCATION

| Year | |
|---|---|
| 1965 | Diploma in Social Studies (Diploma en Ciencias Sociales), Instituto Social Leon XIII, Madrid, Spain |
| 1966 | Licenciate in Medicine and Surgery (Licenciado en Medicina y Cirugia), Universidad Complutense, Madrid, Spain |
| 1967-1969 | Internship, New York Polyclinic Hospital and Medical School, New York City |
| 1968-1969 | Resident in Psychiatry I, St. Vincent's Hospital, New York City |
| 1969-1970 | Resident in Psychiatry II-III, Queen Mary Veterans Hospital, McGill University, Montreal, Canada |
| 1971-1972 | Resident in Psychiatry IV, McMaster University, Hamilton, Ontario, Canada |
| 1972 | Diploma Postgraduate Medicine (Psychiatry), McGill University, Montreal, Canada |

RECEIVED

AUG 1 3 1993

CLINICAL &
MEDICAL AFFAIRS

Revised 10/92

1

B41

LICENSURES AND CERTIFICATIONS

| 1967 | Educational Council for Foreign Medical Graduates  (E.C.F.M.G.) |
| 1972 | Licensure from the Medical Council of Canada |
| 1972 | Medical License,  College of Physicians and Surgeons of Ontario, Toronto |
| 1973 | Medical License,  College of Physicians and Surgeons of British Columbia, Vancouver |
| 1974 | Certification in Psychiatry,  Royal College of Physicians and Surgeons of Canada, Ottawa |
| 1977 | Medical License,  Board of Medical Examiners of New Mexico, Santa Fe |

CLINICAL APPOINTMENTS

| 1972-1973 | Clinical Director,  Psychiatric Inpatient Services,  Kitchener-Waterloo General Hospital, Kitchener, Ontario |
| 1973-1975 | Attending Psychiatrist,  Riverview Hospital,  Essondale,  British Columbia |
| 1975-1978 | Clinical Director,  Child and Family Services,  New Westminster Mental Health Center, British Columbia |
| 1978-1979 | Clinical Director,  Central Cities Mental Health Clinic,  University of New Mexico,  Albuquerque, NM |
| 1979-1982 | Clinical Director,  Community Programs,  University of New Mexico Mental Health Center, Albuquerque, NM |
| 1982-1984 | Psychiatric Consultant,  Lea County Crisis Center,  Hobbs, NM |
| 1983-1984 | Psychiatric Consultant,  Southwest Mental Health Center,  Las Cruces, NM |
| 1985-1987 | Psychiatric Consultant,  Health Care for the Homeless Project, Albuquerque, NM |
| 1985-1990 | Psychiatric Consultant,  VA Medical Center,  Albuquerque, NM |
| 1982-1989 | Director,  Outpatient/Aftercare Services,  University of New Mexico Mental Health Center, Albuquerque, NM |
| 1989-1991 | Director, Dual Diagnosis Project, University of New Mexico, Mental Health Center, Albuquerque, NM |
| 1991-present | Coordinator, Post-Traumatic Stress Disorder Program, VA Medical Center, Albuquerque, NM |

2

B42

## ACADEMIC APPOINTMENTS

1969-1971    Lecturer, Loyola College, Montreal, Canada

1975-1978    Clinical Associate, Vancouver General Hospital, University of British Columbia, Vancouver

1978-present Assistant Professor of Psychiatry, University of New Mexico School of Medicine, Albuquerque, NM

## GRANTS

1984-1985    HED/NIMH Community Support Programs Grant for videotape production entitled "Schizophrenia: A Family Dilemma", $10,000

1986-1987    HED/NIMH Community Support Program Grant For UNMMHC "Consumer Enablers Project," $20,000

1987-1990    NIMH/CSP Demonstration Grant "Mental Health and Substance Abuse Services TO Hispanic Young Adults," $147,000 per year

1990-present ADM Hispanics Culturally Sensitive Integrated Treatment. Submitted to NIMH, approved but not funded

1990-1992    Janssen Research Foundation, "Risperidone in the Treatment of Chronic Schizophrenia." A Double Blind Study with V. Tuason, M.D. (Grant in Aid)

1990-1992    Janssen Research Foundation, "Risperidone in the Treatment of Chronic Schizophrenia: An Open Label Study," with V. Tuason, M.D. (Grant in Aid)

1991-present Janssen Research Foundation, "Risperidone in the Treatment of Chronic Schizophrenia: Long Term Efficacy." with V. Tuason, M.D. (Grant in Aid)

1991-present NIAAA, "A Randomized Trial of Sertraline in Alcoholism Treatment"

## HONORS

Grant reviewer for the National Institute of Mental Health on proposals regarding long-term mental illness, homelessness and post-graduate training

1986-present Simon Bolivar Foundation, Member, International Advisory Board

1991-present American Society of Hispanic Psychiatrists, Board Member

3

B43

## HONORS (continued)

1984-present    Society for the Study of Psychiatry and Culture, Board Member

1974-present    Fellow, Royal College of Physicians and Surgeons of Canada, Fellow

## PROFESSIONAL SOCIETIES

American Psychiatric Association
American Orthopsychiatric Association
American Society of Hispanic Psychiatrists
Society for the Study of Psychiatry and Culture

## COMMITTEES

1982-1987    Executive Committee, UNM/MHC

1984-1985    Continuing Education Committee

1984-1985    President, Medical Staff, UNM/MHC

1985-1987    Chair, Adverse Incidents Committee, UNM/MHC Medical Staff

1982-1989    Postgraduate Education Committee

1985-present    Research Committee, Department of Psychiatry

## COMMUNITY ACTIVITIES

1985-1987    Professional Advisory Committee, Albuquerque Health Care for the Homeless Project

1986-1987    Advisory Committee Protection and Advocacy for the Mentally Ill

1987-1989    Advisory Committee to New Mexico Alliance for the Mentally Ill

1989-present    Board of Directors, RHOC

B44

## NATIONAL AND INTERNATIONAL PRESENTATIONS

1981    "Traditional Healing and Mental Health." With J. D. Koss, Ph.D. Annual meeting of the Chicano Mental Health Task Force, Albuquerque, NM, April.

1982    "Teaching Family Therapy for Hispanic Americans." With J. D. Koss, Ph.D. Invited paper for the annual meeting of the Society for the Study of Psychiatry and Culture, Mexico, October.

1983    Acculturation and Psychopathology: An Exploration of the Experience and Outcome of Chronic Mental Illness in Hispanic Families." With J. D. Koss, Ph.D. Conference on Ethnicity, Acculturation, and Mental Health Among Hispanics, Albuquerque, NM, November.

1984    "Exploration into the Experience and Outcome of Chronic Mental Illness in Hispanic Families in New Mexico." With J. D: Koss, Ph.D. Second Caribbean Transcultural Psychiatry Conference, St. Thomas, Virgin Islands, March.

1984    "Hispanic Schizophrenic Patients and Their Families." Annual Meeting of the American Society of Hispanic Psychiatrists, Chicago, IL, May.

1985    "Training Psychiatric Residents in Social and Transcultural Psychiatry: The University of New Mexico Model." With J. D. Koss, Ph.D. Annual Meeting of the Society for the Study of Psychiatry and Culture, Los Angeles, CA, September.

1985    "El Metodo Psicoeducativo en el Tratamiento de la Esquizofrenia." Annual Meeting of the Psychiatric Association of Latinamerican Psychiatrist (A.P.A.L.), Santo Domingo, Republica Dominicana, October.

1986    "Schizophrenia: A Family Dilemma." Annual Meeting of the American Society of Hispanic Psychiatrists, Merida, Yucatan, March.

1987    "Educacion y Familia." I Congreso Internacional de la Asociacion Europea de Psiquiatria y Psicopatologia Social, Madrid, October.

1988    "Psychoeducational Intervention Outcomes Among Hispanic Schizophrenics." Annual meeting of the American Society of Hispanic Psychiatrists, Rio de Janero, Brazil, March.

1988    "Modelo Psicoeducativo: Psicoeducacion Familiar y Esquizofrenia." Facultad de Medicina de Cadiz, Cadiz, Spain, April.

1988    Grand Rounds, Universidad Hispalense, Sevilla, Spain, April.

1988    "El Grupo Psicoeducativo Familiar en la Esquizofrenia." Departamento de Psiquiatria, Universidad de Barcelona, Barcelona, Spain, April.

· 5

B45

## NATIONAL AND INTERNATIONAL PRESENTATIONS (continued)

1988    "La Evaluacion Familiar: Tecnicas e Instrumentacion." Universidad Pontificia de Salamanca, Salamanca, Spain, May.

1988    Grand Rounds and Workshop on Psychoeducational Approaches to Schizophrenia. Departamento de Psiquiatria, Universidad de Euskadi, Bilbao, Spain, June.

1988    "Family Psychoeducation Among Spanish Schizophrenics." Annual meeting of the Society for Study of Psychiatry and Culture, San Antonio, October.

1989    "Are Psychoeducational Approaches Valid in Other Cultures." Grand Rounds, Department of Psychiatry, University of New Mexico, March.

1989    "Families: Culprits of Allies in the Treatment of Schizophrenia." Grand Rounds, Las Vegas Medical Center, Las Vegas, NM, April.

1989    "An Assessment and Treatment Model for Hispanic Families." Grand Rounds, Las Vegas Medical Center, Las Vegas, NM, May.

1990    "Assessment and Treatment of the Mentally Ill Substance Abuser." Workshop presented in Silver City, Las Cruces and Truth or Consequences, June.

## MEETINGS ORGANIZED

1983    Ethnicity, Acculturation and Mental Health. Co-sponsored by the Spanish Speaking Mental Health Research Center, UCLA and Department of Psychiatry, University of New Mexico School of Medicine, Albuquerque, NM, November.

1984    Program Chairman and Organizer, Annual meeting of the Society for the Study of Psychiatry and Culture, Santa Fe, NM, September.

6

B46

## PUBLICATIONS

Canive JM, McCarty T: El papel del metodo psicoeducativo en el mantenimiento del paciente esquizofrenico en su familia.  Archivos de Psiquiatria 1(2):10-15, 1987.

Canive J, Koss J: Ethnic children and families:  Cultural aspects of mental health research and planning: Introduction.  Journal of Community Psychology  15:295-298, 1987.

Argelles-Canive M, Canive J:  Mexican workers and their families.  Hispanic Report of Families and Youth, C.O.S.M.H.O.,  1980.

Koss J, Canive J:  The interaction of cultural and clinical diagnostic labeling:  The case of Embrujado.  Journal of Medical Anthropology (Special Issue),  (in press).

Koss J, Canive J:  An exploration of the experience and outcome of mental illness in Hispanic families.  In Padilla A (ed):   Acculturation and Psychopathology.  Los Angeles:  UCLA,  Spanish Speaking Mental Health Research Center, (accepted for publication).

Canive J:  Predictores familiares de recaida en la esquizofrenia.    Revista de Psiquiatria de la Facultad de Medicina de Barcelona (accepted for publication).

Canive J, Sanz-Fuentenebro J, Vazquez C, Alberdi J and Tuason V:  Psychoeducation in Spain.  Hospital and Community Psychiatry Journal (in press).

Canive J, Sanz-Fuentenebro J, Vasquez C, Tuason V, Schrader R:  The Effects of Psychoeducation on Families of Persons with Schizophrenia.  Schizophrenia Bulletin (submitted for publication).

## VIDEOTAPE

Canive J, McCarty T:  Schizophrenia, A Family Dilemma.  32 minute color educational tape for the relatives of patients with schizophrenia, 1986.  Reviewed by I Alger under Fresh Approaches to Psychoeducation.  Journal of Hospital and Community Psychiatry  39:253-254, March 1988.

## BOOK REVIEWS

Canive J:  Review of Becerra R, Karno M, Escobar J,  "Mental Health and Hispanic Americans:  Clinical Perspectives."  J Nerv Ment Dis 172(9):559-561,1984.

Canive J:  Review of Pedersen PB, Sartorius N, Marsella AJ (eds),  "Mental Health Services:  Cross-Cultural Context." Transcultural Psychiatric Research Review 23(1):54-58, 1986.

10/92

· 7

B47

**CURRICULUM  VITAE**
**John G. Csernansky**

April 28, 1993

5077IL/0015 0004
99   030
4/28/93
REDACTED

Identifying data
Home address:
REDACTED

Birthdate:  February 28, 1954
Birthplace:  Chicago, IL
SS # REDACTED

## Education

| | |
|---|---|
| 1975 | BA with honors in Chemistry, Northwestern University, Evanston, IL |
| 1979 | M.D., New York University School of Medicine, NY |
| 1979 | Visiting Medical Student, Institute of Neurology, London, England |

## Professional and Academic Experience

| | |
|---|---|
| 1979-1980 | Internship in Psychiatry and Medicine, Stanford University Medical Center and Santa Clara Valley Medical Center, San Jose, CA. |
| 1980-1982 | Resident in Psychiatry, Stanford University School of Medicine and VA Medical Center, Palo Alto, CA. |
| 1982-1983 | Chief Resident in Psychiatry, VA Medical Center, Palo Alto, CA. |
| 1983-1986 | Research Associate, VA Medical Center, Palo Alto, CA. |
| 1983-1986 | Clinical Instructor in Psychiatry, Stanford University School of Medicine. |
| 1986-1989 | Director, Schizophrenia Biologic Research Center (SBRC), VA Medical Center, Palo Alto, CA. |
| 1985-1990 | Associate Director, Stanford Mental Health Clinical Research Center, VA Medical Center, Palo Alto, CA. |
| 1986-1990 | Assistant Professor of Psychiatry, Stanford University School of Medicine.  (Also Member of Multi-department Neuroscience Faculty). |
| 1990-Present | Gregory B. Couch Associate Professor of Psychiatry, Washington University School of Medicine, St. Louis, MO. |
| 1991-Present | Director of Academic Dev., Malcolm Bliss Mental Health Ctr., St. Louis, MO |

## Licensure and Certification

| | |
|---|---|
| 1980- | Diplomate, National Board of Medical Examiners |
| 1980- | Licensed to practice in the State of California, License # G 042179 |
| 1980- | DEA #AC 9378034; Missouri BNND #5116003 |
| 1985- | Diplomate in Psychiatry, American Board of Psychiatry and Neurology |
| 1990- | Licensed to practice in the State of Missouri, License #R5N73 |

## Memberships

| | |
|---|---|
| 1978 - | Alpha Omega Alpha |
| 1982 - | American Psychiatric Association - 1993 Elected to Fellowship |
| 1982 - 1990 | Northern California Psychiatric Society |
| 1982 - | Physicians for Social Responsibility |
| 1984 - | Society of Biological Psychiatry |
| 1987 - | American College of Neuropsychopharmacology |
| 1988 - | Society for Neuroscience |
| 1991 - | Eastern Missouri Psychiatric Society |
| 1992 - | Collegium Internationale Neuro-Psychopharmacologicum |

B48

## Honors and Awards

1979 Herman Wortis Neuropsychiatric Award, New York University School of Medicine
1981 Mead Johnson-ACNP Psychopharmacology Travel Award
1983 William C. Menninger Award, Central Neuropsychiatric Association
1990 Alliance for the Mentally Ill Friendship Award (Napa State Hospital Chapter)
1991 Judith Silver Memorial Young Scientist Award-National Alliance for the Mentally Ill
1992 Visiting Professorship, Department of Health and the University of Queensland, State of Queensland, Australia

## Teaching and Clinical Services

| | |
|---|---|
| 1982-1985 | Assistant Chief, Mental Hygiene Clinic, Dept. of Veterans Affairs, Palo Alto, CA |
| 1985-1990 | Ward Chief, Dept. of Veterans Affairs, Palo Alto, CA |
| 1990-Present | Attending Psychiatrist, Barnes Hospital and Jewish Hospital, Washington University School of Medicine, St.Louis, MO |
| 1985-1986 | Organized course entitled Major Clinical Syndromes, in core curriculum for Stanford University School of Medicine psychiatry residents (PGY2) |
| 1985-1990 | Organized course entitled Psychiatric Syndromes and Treatments, a required core course for second-year medical students, Stanford University School of Medicine |
| 1983-Present | Supervision of psychiatry residents and other trainees |

## Consultation and Committee Service

| | |
|---|---|
| 1983-1990 | Consultant in Psychiatry, California Youth Authority |
| 1985 | Committee Member, American Psychiatric Association PKSAP-VI Exam, Module on Schizophrenia |
| 1986-Present | Ad hoc reviewer, Dept. of Veterans Affairs Merit Review Board |
| 1986-Present | Ad hoc reviewer for Biological Psychiatry, American Journal of Psychiatry, Psychopharmacology, Life Sciences, Archives of General Psychiatry, Journal of Clinical Psychopharmacology, Psychiatry Research Neuropsychopharmacology, Schizophrenia Research |
| 1988 | Dept. of Veterans Affairs Career Development Committee, Ad hoc Member |
| 1988-Present | Consultant, Biopsychiatry Treatment and Research Unit, Napa State Hospital, California Department of Mental Health |
| 1991-1993 | Advisory Board of Psychiatrists, SmithKline Beecham Pharmaceuticals |
| 1991 | Member, NIMH Research Scientist Special Review Committee |
| 1991-Present | Professional Review Committee, Dept. Mental Health, State of MO |
| 1992-1994 | Member, Test Material Development Committee, National Board of Medical Examiners |
| 1992-1994 | Member, NIMH Special Project Review Committee - Clinical |

## Research Training

| | |
|---|---|
| 1974-1975 | Research Assistant, Department of Chemistry, Northwestern University; member of synthetic organic chemistry group (Preceptor - James A. Marshall, Ph.D.) |
| 1976-1977 | Assistant Investigator, Marine Biology Laboratory, Woods Hole (Preceptor- Walter Troll, Ph.D.) |
| 1977-1979 | Medical Student Investigator, Millhauser Neurochemistry Laboratories, New York University School of Medicine (Preceptors - Arnold Friedhoff, M.D., and Kenneth A. Bonnet, Ph.D.) |

B49

| 1981-1982 | Fellow in Psychopharmacology, Stanford University School of Medicine and Dept. of Veterans Affairs (Preceptor - Leo E. Hollister, M.D.) |
| 1983-1986 | Research Associate in Psychopharmacology, Stanford University School of Medicine and Dept. of Veterans Affairs (Preceptor - Leo E. Hollister, M.D.) |

B50

**Presentations** (without abstracts)

Csernansky, J.G.  Multiple (3H)-neuroleptic binding sites in mouse striatum: Site-specific alterations in binding after isolation and organ culture, presented at the Honors Day Lectures, New York University School of Medicine, New York, NY, 1979.

Bonnet, K.A., Csernansky, J.G., Alpert, M.  Workshop on multiple neurotransmitter binding sites and interactive models of dopamine function, presented at the Winter Conference on Brain Research, Steamboat Springs, CO, 1982.

Csernansky, J.G., Holman, C.A., Bonnet, K.A., Hollister, L.E.  Dopaminergic supersensitivity at distant sites following induced epileptic foci, poster presented at the Winter Conference on Brain Research, Keystone, CO, 1983.

Csernansky, J.G., Deciphering the biology of schizophrenia with neuroleptic response, presented at the Annual Meeting of the Central Neuropsychiatric Association, Phoenix, AZ, 1983.

Csernansky, J.G., Bonnet, K.A., Janowsky, D., Gallaher, E., Byrne, W.  Workshop on temporal patterns of neurotransmitter function and dysfunction, presented at the Winter Conference on Brain Research, Steamboat Springs, CO, 1984.

Csernansky, J.G. Possible time-dependent biochemical mechanisms in schizophrenia, presented as Grand Rounds, Department of Psychiatry, Stanford University School of Medicine, Stanford, CA, 1984.

Csernansky, J.G. The schizophrenic refractory to neuroleptic therapy, presented as Grand Rounds, VA Medical Center, San Francisco, University of California at San Francisco, San Francisco, CA, 1984.

Csernansky, J.G.  Schizophrenia, neuroleptic treatment, and dopamine receptor supersensitivity.  Presented as Grand Rounds, Fresno VA Medical Center, (University of California at San Francisco, Fresno Extension), Fresno, CA, 1985.

Csernansky, J.G.  Non-Neuroleptic treatments for schizophrenia.  Presented as Grand Rounds, Fresno VA Medical Center, (University of California at San Francisco, Fresno Extension), Fresno, CA, 1986.

Csernansky, J.G., Whiteford, H.A.  Clinically significant psychotropic drug interactions, presented at the Annual Meeting of the American Psychiatric Association, Chicago, IL, 1987.

Csernansky, J.G., Prosser, E.S.  Novel neuroleptics and rat brain D2 receptors, presented at the Annual Meeting of the American Psychiatry Association, Chicago, IL, 1987.

Faull, K.F., Csernansky, J.G., King, R., Berger, P.A., Barchas, J.D.  Neurochemical correlates of schizophrenic symptoms, presented at the International Congress on Schizophrenia Research, Clearwater, FL, 1987.

Hicks, P., Reynolds, M., Csernansky, J.G.  Potential role of cholecystokinin antagonists in the treatment of schizophrenia, presented at the International Congress on Schizophrenia Research, Clearwater, FL, 1987.

B51

**Presentations** (without abstracts - continued)

Faustman, W.O., Moses, J.A., Csernansky, J.G.  Neuropsychological performance and symptomatology:  Correlations in medicated and unmedicated schizophrenic patients, presented at the International Congress on Schizophrenia Research, Clearwater, FL, 1987.

Csernansky, J.G.  A neurochemical hypothesis for the pathogenesis of schizophrenia, presented at the International Congress on Schizophrenia Research, Clearwater, FL, 1987.

Csernansky, J.G.  Negative schizophrenic symptoms:  Biology and treatment, presented at the 29th Annual Meeting of the Northern California Psychiatric Society, Yosemite, CA, 1988.

Csernansky, J.G., Yesavage, J.  Pharmacological determinants of neuroleptic response.  Presented at the Annual Meeting of the American Psychiatric Association, Montreal, Canada, May, 1988.

Csernansky, J.G., King, R.J., Faustman, W.O., Moses, J.A., Jr., Poscher, M.E., Faull, K.F.  CSF neurochemistry correlates of deficit schizophrenic characteristics.  Presented at the Annual Meeting of the American Psychiatric Association, Montreal, Canada, May, 1988.

Yesavage, J.A., Sheikh, J.D., Tanke, E.I., Csernansky, J.G.  Thiothixene serum level:  Clinical improvement and tardive dyskinesia.  Presented at the Annual Meeting of the American Psychiatric Association, Montreal, Canada, May, 1988.

Hewlett, W.A., Vinogradov, S., Berman, S., Csernansky, J., Agras, W.S.  Fenfluramine stimulation of prolactin release in obsessive-compulsive disorder.  Presented at the American Psychiatric Association Annual Meeting, San Francisco, CA, May, 1989.

Csernansky, J.G.  Animal models of schizophrenia, presented as Grand Rounds, Case Western Reserve University School of Medicine, Cleveland, OH, 1989.

Csernansky, J.G.  Toward a validation of negative symptoms in schizophrenia research, presented as Grand Rounds, Washington University School of Medicine, St. Louis, MO, 1990.

Csernansky, J.G., Newcomer, J.W., Petrie, E.C.  Pharmacological determinents of neuroleptic responses.  Presented at the American Psychiatric Association 144th Annual Meeting, New Orleans, LA, May 11-16, 1991.

B52

## Publications - Refereed

1. Marshall, J.A., Schlaf, T.F., Csernansky, J.G. A convenient synthesis of diketopiperazines via aminolysis of N-pyruvyl alpha-amino esters. Synthet. Commun. 5:237-244, 1975.

2. Weissman, G., Finkelstein, M.C., Csernansky, J.G., Quigley, J.P., Quinn, R.S., Techner, L., Troll, W., Dunham, P.B. Attack of sea urchin eggs by dogfish phagocytes: A model of phagocyte-medicated cellular cytotoxicity. Proc. Nat. Acad. Sci. 75:1825-1829, 1978.

3. Csernansky, J.G., Zimmerman, M., Troll, W. An elastase-like enzyme in the oocytes of Arbacia punctulata. Dev. Biol. 70:283-286, 1979.

4. Csernansky, J.G., Grabowsky, K., Cervantes, J., Kaplan, J., Yesavage, J.A. Fluphenazine decanoate and tardive dyskinesia: A possible association. Am. J. Psychiatry 138:1362-1366, 1981.

5. Yesavage, J.A., Bourgeois, M., Kraemer, H., Csernansky, J.G., Berger, P.A. Prevalence of tardive dyskinesia in 3140 French inpatients. J. Nerv. Ment. Dis. 170:111-112, 1982.

6. Csernansky, J.G., Grabowsky, K., Cervantes, J., Kaplan, J., Yesavage, J.A. Fluphenazine decanoate and tardive dyskinesia (letter). Am. J. Psychiatry 139:970, 1982.

7. Csernansky, J.G., Friedhoff, A.J., Bonnet, K.A. Early supersensitive changes in (3H)-spiroperidol binding in the isolated striatum. Biochem. Biophys. Res. Commun. 105:117-120, 1982.

8. Magliozzi, J.R., Kanter, S.L., Csernansky, J.G., Hollister, L.E. Detection of marijuana use in psychiatric patients by determination of urinary delta-9-tetrahydrocannabinol-11-oic acid. J. Nerv. Ment. Dis. 171:246-249, 1983.

9. Csernansky, J.G., Holman, C.A., Bonnet, K.A., Grabowsky,K., King, R., Hollister, L.E. Dopaminergic supersensitivity at distant sites following induced epileptic foci. Life Sci., 32:385-390, 1983.

10. Csernansky, J.G., Yesavage, J.A., Maloney, W., Kaplan, J. The treatment response scale: A retrospective method of assessing neuroleptic response. Am. J. Psychiatry 140:1210-1213, 1983.

11. Csernansky, J.G., Holman, C.A., Hollister L.E. Variability and the dopamine hypothesis of schizophrenia. Schizophr. Bull., 9:325-328, 1983.

12. Csernansky, J.G., Kaplan, J., Holman, C.A., Hollister, L.E. Serum neuroleptic activity, prolactin and tardive dyskinesia in schizophrenic outpatients. Psychopharmacology 81:115-118, 1983.

13. Csernansky, J.G., Csernansky, C.A., Hollister, L.E. Distinct effects of two stresses on the behavioral response to apomorphine. Life Sci., 35:1513-1518, 1984.

14. Csernansky, J.G., Lombrozo, L., Gulevich, G.D., Hollister, L.E. Treatment of negative schizophrenic symptoms with alprazolam. J. Clin. Psychopharmacology, 4:349-352, 1984.

15. Csernansky, J.G., Kaplan, J., Hollister, L.E. Problems in classification of schizophrenics as neuroleptic responders and non-responders. J. Nerv. Ment. Dis., 173:325-331, 1985. (Reprinted by APA for inclusion in PKSAP-VI).

B53

**Publications - Refereed** (continued)

16. Csernansky, C.A., Csernansky, J.G., Hollister, L.E.  A comparison between centrifugation and filtration as a means to separate bound and unbound ligand during 3[H]-spiroperidol binding. J. Pharmacol. Methods, 13:497-501, 1985.

17. Csernansky, J. G., Csernansky, C.A., Bonnet, K.A., Hollister, L.E.  FeC13-induced limbic seizures are accompanied by dopaminergic supersensitivity.  Biol. Psychiatry, 20:723-733, 1985.

18. Csernansky, J.G., Csernansky, C.A., Hollister, L.E.  3[H]-Sulpiride labels mesolimbic non-dopaminergic sites that bind antidepressant drugs.  Experientia, 41:1419-1421, 1985.

19. Csernansky, J.G., Csernansky, C.A., Glick, S.H., Hollister, L.E.  Lidocaine kindling is accompanied by an increase in apomorphine stereotypy and mesolimbic D2 receptor density. Psychopharmacology Bull., 21:707-711, 1985.

20. Csernansky, J.G., Csernansky, C.A., Mellentin, J.A., Hollister, L.E.  Carbamazepine and dopaminergic supersensitivity.  Biol. Psychiatry, 21:2, 238-239, 1986.

21. Csernansky, J.G., Csernansky, C.A., King, R., Hollister, L.E.  Oscillations in apomorphine-induced stereotypies during one year of apomorphine administration.  Biol. Psychiatry, 21:402-405, 1986.

22. Csernansky, J.G., Prosser, E., Kaplan, J., Mahler, E., Berger, P.A., Hollister, L.E. Possible associations among plasma prolactin levels, tardive dyskinesia, and paranoia in treated male schizophrenics.  Biol. Psychiatry, 21:632-642, 1986.

23. Vinogradov, S., Reiss, A.L., Csernansky, J.G.  Clonidine in high-dose alprazolam withdrawal. (Letter) Am. J. Psychiatry, 143:9, 1188, 1986.

24. Csernansky, J.G., Vinogradov, S., Prosser, E., Kaplan, J., Berger. P.A., Hollister, L.E. Associations among plasma prolactin levels, tardive dyskinesia, and paranoia in treated schizophrenics: Relevance to supersensitivity psychosis. Psychopharmacology Bull., 22:3, 897-899, 1986.

25. Whiteford, H.A., Csernansky, J.G.  Psychiatric aspects of acquired immune deficiency syndrome (AIDS).  Aust. N.Z. J. Psychiatry, 20:399-403, 1986.

26. Whiteford, H.A., Peabody, C.A., Csernansky, J.G., Berger, P.A.  The severity of depression and dexamethasone nonsuppression.  (Letter) Am. J. Psychiatry, 143(12):1634-1635, 1986.

27. Thiemann, S., Csernansky, J.G., Berger, P.A.  Rating scales in research:  The case of negative symptoms. Psychiatry Res., 20:47-55, 1987.

28. Whiteford, H.A., Riney, S.J., Csernansky, J.G.  Distinguishing depressive and negative symptoms in chronic schizophrenia.  Psychopathology, 20:234-236, 1987.

29. Prosser, E.S., Csernansky, J.G., Kaplan, J., Thiemann, S., Becker, T.J., Hollister, L.E. Depression, Parkinsonian symptoms, and negative symptoms in schizophrenics treated with neuroleptics.  J. Nerv. Ment. Dis., 175:100-105, 1987.  Also abstracted in Psychiatry Digest, 1988.

B54

**Publications - Refereed** (continued)

30. Finnegan, K., Terwilliger, M., Berger, P., Hollister, L.E., Csernansky, J.G. Comparison of the neurochemical and behavioral effects of clenbuterol and desipramine. Eur. J. Pharmacol., 134:131-136, 1987.

31. Csernansky, J.G., Glick, S., Mellentin, J. Differential effects of proglumide on mesolimbic and nigrostriatal dopamine function. Psychopharmacology, 91:440-444, 1987.

32. Whiteford, H.A., Peabody, C.A., Thiemann, S., Kraemer, H.C., Csernansky, J.G., Berger, P.A. The effect of age on baseline and postdexamethasone cortisol levels in major depressive disorder. Biol. Psychiatry, 22:1029-1032, 1987.

33. Beauclair, L., Vinogradov, S., Riney, S.J., Csernansky, J.G., Hollister, L.E. An adjunctive role for ascorbic acid in the treatment of schizophrenia? J. Clin. Psychopharmacology, 7(4):282-283, 1987.

34. Whiteford, H.A., Peabody, C.A., Csernansky, J.G., Warner, M.D., Berger, P.A. Elevated baseline and postdexamethasone cortisol levels: A reflection of severity or endogeneity? J. Aff. Disord., 12:199-202, 1987.

35. Whiteford, H.A., Peabody, C.A., Warner, D., Berger, P.A., Csernansky, J.G. Maintenance therapies in schizophrenia. Med. J. Australia, 147:240-242, 1987.

36. Magliozzi, J.R., Csernansky, J.G., Hughes, B., Gold, A., Laubly, J.N. A reassessment of the prolactin response to haloperidol in normal males. Res. Commun. Psychology, Psychiatry Behav., 12(3):187-190, 1987.

37. Csernansky, J.G., Mellentin, J., Beauclair, L., Lombrozo, L. Mesolimbic dopaminergic supersensitivity following electrical kindling of the amygdala. Biol. Psychiatry, 23:285-294, 1988.

38. Whiteford, H.A., Riney, S.J., Savala, R.A., Csernansky, J.G. Dexamethasone nonsuppression in chronic schizophrenia. Acta Psychiatr. Scand., 77(1):58-62, 1988.

39. Csernansky, J.G., Tacke, U., Rusen, D., Hollister, L.E. The effect of benzodiazepines on tardive dyskinesia symptoms. J. Clin. Psychopharmacology, 8(2):154-155, 1988.

40. Uhr, S.B., Jackson, K., Berger, P.A., Csernansky, J.G. Effects of verapamil administration on negative symptoms of chronic schizophrenia. Psychiatry Res., 23:351-352, 1988.

41. Csernansky, J.G., Riney, S.J., Lombrozo, L., Overall, J.E., Hollister, L.E. Double-blind comparison of alprazolam, diazepam, and placebo for the treatment of negative schizophrenic symptoms. Arch. Gen. Psychiatry, 45:655-659, 1988. Also abstracted in Psychiatry Digest, 2:27-28, 1989.

42. Csernansky, J.G., Kerr, S., Pruthi, R., Prosser, E.S. Mesolimbic dopamine receptor increases two weeks following hippocampal kindling. Brain Res., 449:357-360, 1988.

43. Prosser, E.S., Csernansky, J.G., Hollister, L.E. Differences in the time course of haloperidol-induced up-regulation of rat striatal and mesolimbic dopamine receptors. Life Sci., 43:715-720, 1988.

B55

**Publications - Refereed** (continued)

44. Moses Jr., J.A., Csernansky, J.G., Leiderman, D.B.  Neuropsychological criteria for identification of cognitive deficit in limbic epilepsy.  Int. J. Clin. Neuropsychology, X(3):106-112, 1988.

45. Csernansky, J.G., Faull, K.F., Pfefferbaum, A.  Seasonal changes of CSF monoamine metabolites in psychiatric patients:  What is the source?  Psychiatry Res., 25:361-363, 1988.

46. Faustman, W.O., Moses, Jr., J.A., Csernansky, J.G.  Luria-Nebraska performance and symptomatology in unmedicated schizophrenic patients.  Psychiatry Res., 26:29-34, 1988.

47. Guelfi, G.P., Csernansky, J.G.  Plasma homovanillic acid in schizophrenia.  New Trends Exp. Clin. Psychiatry, V-N,1:43-51, 1989.

48. Faustman, W.O., Moses, J.A., Jr., Csernansky, J.G., White, P.A.  Correlations between the MMPI and the Brief Psychiatric Rating Scale in schizophrenic and schizoaffective patients.  Psychiatry Res., 28:135-143, 1989.

49. Guelfi, G.P., Faustman, W.O., Csernansky, J.G.  Independence of positive and negative symptoms in a population of schizophrenic patients.  J. Nerv. Ment. Dis., 177(5):285-290, 1989.

50. Hicks, P.B., Vindogradov, S., Riney, S.J., Su, K., Csernansky, J.G.  A dose-ranging study of proglumide in the treatment of schizophrenia.  J. Clin. Psychopharmacology, 9:209-212, 1989.

51. Prosser, E.S., Pruthi, R., Csernansky, J.G.  Differences in the time course of dopaminergic supersensitivity following chronic administration of haloperidol, molindone, or sulpiride.  Psychopharmacology, 99:109-116, 1989.  Also abstracted in Psychiatry Digest.

52. Faull, K.F., King, R., Barchas, J.D., Csernansky, J.G.  CSF phenylacetic acid and hostility in paranoid schizophrenia and depression.  Psychiatry Res., 30:111-118, 1989.

53. Csernansky, J.G., Barnes, D.E., Bellows, E., Lombrozo, L.  Interrelationships between plasma homovanillic acid and indices of dopamine turnover in multiple brain areas during haloperidol and saline administration.  Life Sci., 46:707-713, 1990.

54. Warner, M.D., Peabody, C.A., Csernansky, J.G.  Olfactory functioning in schizophrenia and depression.  Biol. Psychiatry, 27:456-458, 1990.

55. Faustman, W.O., Faull, K.F., Whiteford, H.A., Borchert, C., Csernansky, J.G.  CSF 5-HIAA, serum cortisol, and age differentially predict vegetative and cognitive symptoms in depression.  Biol. Psychiatry, 27:311-318, 1990.

56. Csernansky, J.G., King, R.J., Faustman, W.O., Moses, J.A., Jr., Poscher, M.E., Faull, K.F.  5-HIAA in cerebrospinal fluid and deficit schizophrenic characteristics.  Br. J. Psychiatry, 156:501-507, 1990.

57. Faustman, W.O., Moses, J.A., Jr., Csernansky, J.G.  Limitations of the Mini-Mental State Examination in predicting neuropsychological functioning in a psychiatric sample.  Acta Psychiatrica Scand., 81:126-131, 1990.

B56

**Publications - Refereed** (continued)

58. Newcomer, J.W., Faustman, W.O., Yeh, W., Csernansky, J.G.  Distinguishing depression and negative symptoms in unmedicated schizophrenics.  Psychiatry Res., 31:243-250, 1990.

59. Leiderman, D.B., Csernansky, J.G., Moses, J.A., Jr.  Neuroendocrinology and limbic epilepsy:  Relationships to psychopathology, seizure variables and neuropsychological function.  Epilepsia, 31(3):270-274, 1990.

60. Csernansky, J.G., Leiderman, D.B., Mandabach, M., Moses, J.A., Jr.  Psychopathology and limbic epilepsy:  Relationships to seizure variables and neuropsychological function.  Epilepsia, 31(3):275-280, 1990.

61. Csernansky, J.G., Leiderman, D.B., Goldman, J.  Schizophrenia spectrum disorder and limbic epilepsy.  J. Neuropsychiatry Clin. Neurosci., 2(2):236, 1990.

62. Barnes, D.E., Robinson, B., Csernansky, J.G., Bellows, E.P.  Sensitization versus tolerance to haloperidol-induced catalepsy:  Multiple determinants.  Pharm. Biochem. Behav., 36:883-887, 1990.

63. Csernansky, J.G., Bellows, E.P., Barnes, D.E., Lombrozo, L.  Sensitization versus tolerance to the dopamine turnover-elevating effects of haloperidol:  the effect of regular/intermittent dosing.  Psychopharmacology, 101:519-524, 1990.

64. Jibson, M., Faull, K.F., Csernansky, J.G.  Intercorrelations among monoamine metabolite concentrations in lumbar CSF are not due to a shared acid transport system.  Biol. Psychiatry, 28:595-602, 1990.

65. Petrie, E.C., Faustman, W.O., Moses, J.A., Jr., Lombrozo, L., Csernansky, J.G.  Correlates of rapid neuroleptic response in male patients with schizophrenia.  Psychiatry Res., 33:171-177, 1990.

66. Peabody, C.A., Warner, M.D., Markoff, E., Hoffman, A.R., Wilson, D.M., Csernansky, J.G.  Growth hormone response to growth hormone releasing hormone in depression and schizophrenia.  Psychiatry Res., 33:269-276, 1990.

67. Petrie, E.C., Lombrozo, L., Csernansky, J.G.  A microassay for measuring synaptosomal $^3$H-dopamine and $^3$H-metabolite release.  Brain Res. Bull, 25:423-427, 1990.

68. Vinogradov, S. and Csernansky, J.G.  Postpartum psychosis with abnormal movements:  Dopamine supersensitivity unmasked by withdrawal of endogenous estrogens?  J. Clin. Psychiatry, 5l(9): 365-366, 1990.

69. Newcomer, J.W., Faustman, W.O., Whiteford, H.A., Moses, J.A., Jr., Csernansky, J.G.  Symptomatology and cognitive impairment associate independently with post-dexamethasone cortisol concentrations in unmedicated schizophrenic patients.  Biol. Psychiatry 29:855-864, 1991.  Also abstracted in Digest of Neurology and Psychiatry, Sept.-Oct., 230, 1991.

70. Bellows, E.P., Barnes, D.E., Csernansky, J.G.  Estimation of haloperidol concentrations in rat striatum after chronic treatment.  Brain Res. Bull., 26:715-719, 1991.

B57

**Publications - Refereed** (continued)

71. Miller, L.S., Faustman, W.O., Moses J.A., Jr., Csernansky, J.G. Evaluating cognitive impairment in depression with the Luria-Nebraska Neuropsychological Battery: Severity correlates and comparisons with nonpsychiatric controls. Psychiatry Res., 37:219-227, 1991.

72. Csernansky, J.G., Murphy, G.M., Faustman, W.O. Limbic/mesolimbic connections and the pathogenesis of schizophrenia. Biol. Psychiatry, 30:383-400, 1991.

73. Csernansky, J.G. and Overall, J.E. Clinical trials in the '90's: New problems and new methodologies. A four-part symposium. Psychopharmacol Bull., 27(3):209-210, 1991.

74. Csernansky, J.G., Newcomer, J.W., Miller, L.S., Faustman, W.O. Clinical factors that may confound the assessment of drug efficacy. Psychopharmacol Bull., 27(3):231-235, 1991.

75. Faustman, W.O., King, R.J., Faull, K.F., Moses, J.A., Jr., Benson, K.L., Zarcone, V.P., Csernansky, J.G. MMPI measures of impulsivity and depression correlate with CSF 5-HIAA and HVA in depression but not schizophrenia. J. Affective Disord., 22:235-239, 1991.

76. Newcomer, J.W., Riney, S.J., Vinogradov, S., Csernansky, J.G. Plasma prolactin and homovanillic acid as markers for psychopathology and abnormal movements during maintenance haloperidol treatment in male patients with schizophrenia. Psychiatry Res., 41:191-202, 1992.

77. Newcomer, J.W., Riney, S.J., Vinogradov, S., Csernansky, J.G. Plasma prolactin and homovanillic acid as markers for psychopathology and abnormal movements after neuroleptic dose decrease. Psychopharmacol. Bull. 28(1): 101-107, 1992.

78. Faustman, W.O., Bono, M.A., Moses, J.A., Jr., Csernansky, J.G. Season of birth and neuropsychological impairment in schizophrenia. J. Nerv. Ment. Dis. 180: 644-648, 1992.

79. Newcomer, J.W., Faustman, W.O., Zipursky, R.B., Csernansky, J.G. Zacopride in schizophrenia: A single-blind serotonin type 3 antagonist trial. (Letters to the Editor), Arch. Gen. Psychiatry 49: 751-752, 1992.

80. Hewlett, W.A., Vinogradov, S., Martin, K, Berman, S., Csernansky, J.G. Fenfluramine stimulation of prolactin in obsessive compulsive disorder. Psychiatry Res. 42:81-92, 1992.

81. Csernansky, J.G., Wrona, C.T., Bardgett, M.E., Early, T.S., Newcomer, J.W. Subcortical dopamine and serotonin turnover during acute and subchronic administration of typical and atypical neuroleptics. Psychopharmacology 110:145-151, 1993.

82. Bardgett, M.E., Wrona, C.T., Newcomer, J.W., Csernansky, J.G. Subcortical excitatory amino acid levels after acute and subchronic administration of typical and atypical neuroleptics. Eur. J. Pharmacol. 230:245-250, 1993.

B58

## Publications - Solicited

1. Csernansky, J.G., Hollister, L.E.  A probable case of supersensitivity psychosis. Hosp. Form., 17:395-399, 1982.

2. Csernansky, J.G., Hollister, L.E.  Pharmacologic guidelines in the management of atypical depressions. Hosp. Form., 17:711-713, 1982.

3. Csernansky, J.G., Hollister, L.E.  The schizophrenic refractory to neuroleptic therapy. Hosp. Form., 17:981-983, 1982.

4. Csernansky, J.G., Hollister, L.E.  Carbamazepine and the treatment of Li-resistant manic-depressive illness. Hosp. Form., 18:410-412, 1983.

5. Csernansky, J.G., Hollister, L.E.  Lithium for manic-depressive illness in childhood. Hosp. Form., 18:731-733, 1983.

6. Csernansky, J.G., Hollister, L.E.  Withdrawal reaction following therapeutic doses of benzodiazepines. Hosp. Form., 18:900-902, 1983.

7. Csernansky, J.G., Hollister, L.E.  Beta-blockers and the treatment of anxiety. Hosp. Form., 18:67-72, 1983.

8. Csernansky, J.G., Hollister, L.E.  Simultaneous tardive dyskinesia and parkinsonism: A therapeutic dilemma. Hosp. Form., 18:287-292, 1983.

9. Csernansky, J.G., Hollister, L.E.  Lithium combined with neuroleptics in the treatment of schizoaffective disorders. Hosp. Form., 19:237-242, 1984.

10. Csernansky, J.G., Prosser, E., Hollister L.E.  Problems in treating schizophrenics with neuroleptics. Hosp. Form., 19:584-586, 1984.

11. Thornton, J.E., Csernansky, J.G., Indianer, M.  Gaining conceptual control in a psychiatric clinic with a microcomputer database. Proc. AAMSI Cong. 2:396-399, 1984.

12. Csernansky, J.G., Hollister, L.E.  Psychotropic medications: The risk of teratogenesis. Hosp. Form., 19:718-723, 1984

13. Csernansky, J.G., Hollister, L.E.  Using lithium in patients with cardiac and renal disease. Hosp. Form., 20:726-728, 1985.

14. Csernansky, J.G., Maddock, R., Hollister, L.E.  Drug treatment of aggression. Hosp. Form., 20:1091-1092, 1985.

15. Csernansky, J.G., Hollister, L.E.  Medical management of refractory endogenous depressions. Hosp. Form., 21:206-212, 1986.

16. Csernansky, J.G., Hollister, L.E.  Drug treatment of panic attacks. Hosp. Form., 21:582-6, 1986.

17. Csernansky, J.G., Brown, K., Hollister, L.E.  Is there drug treatment for negative schizophrenic symptoms? Hosp. Form., 21:790-2, 1986.

B59

**Publications - Solicited** (continued)

18. Hayward, C., Mc Cann, U., Csernansky, J.G., Hollister, L.E.  A case of sudden death in a
    patient on nortriptyline.  Hosp. Form., 22:172-175, 1987.

19. Vinogradov, S., Brody, D., Csernansky, J.G., Hollister, L.E.  Neuroleptic malignant
    syndrome.  Hosp. Form., 23:646-653, 1988.

B60

## Papers In Press

1.  Faull, K.F. and Csernansky, J.G.  Commentary:  Biochemical hypotheses of depression.
    Integr. Psychiatry (in press), 1993

2.  Csernansky, J.G., Newcomer J.W.  Neurochemical indicators of risk for schizophrenia: Are
    there any?  Schizophr. Bull. (in press), 1993.

3.  Whiteford, H.A., Stedman, T.J., Welham J., Csernansky J.G., Pond, S.  Proglumide in the
    treatment of schizophrenia.  J. Clin. Psychopharmacol. (in press), 1993.

4.  Nemecek, D., Rastogi-Cruz, D., Csernansky, J.G.  Atropinism may precipitate neuroleptic
    malignant syndrome during treatment with clozapine.  Am. J. Psychiatry (in press), 1993.

B61

## Submitted Papers

1. Zarcone, V.P., Jr., Benson, K.L., Greene, K.A., Csernansky, J.G. and Faull, K.F. Alprazolam: Treatment response, CSF metabolites, and sleep variables. Submitted for publication, 1992.

2. Whiteford, H.A., Jarvis, M.R., Stedman T.J., Pond, S., Csernansky, J.G. Mianserin-induced up-regulation of serotonin receptors on normal human platelets in vivo. Submitted for publication, 1992.

3. Newcomer, J.W., Miller, L.S., Faustman, W.O., Wetzel, M.W., Vogler, G.P., Csernansky, J.G. Correlations between akathisia and residual psychopathology: A by-product of neuroleptic-induced dysphoria. Submitted for publication, 1992.

4. Zipursky, R.B., Marsh, L., Lim, K.O., DeMent, S., Shear P.K., Sullivan, E.V., Murphy, G.M., Csernansky, J.G., Pfefferbaum, A. Volumetric MRI assessment of temporal lobe structures in schizophrenia. Submitted for publication, 1992.

5. Csernansky, J.G., Bardgett, M.E., Wrona C.T. Independent changes in subcortical dopamine turnover and glutamate concentrations during acute and subchronic administration of substituted benzamides. Submitted for publication, 1993.

6. Bardgett, M.E., Taylor, G.T., Csernansky, J.G., Newcomer J.W., Nock, B. Chronic corticosterone treatment impairs spontaneous alternation behavior in rats. Submitted for publication, 1993.

7. Csernansky, J.G. Sheline, Y.I. Abnormalities of serotonin metabolism and nonpsychotic psychiatric disorders. Submitted for publication, 1993.

B62

## Abstracts

1. Csernansky, J.G., Harris, E.M., Lifset, R., Grossman, A., Troll, W., Levy, M. "Fertilization product" protease of Arbacia punctulata: Ca++ effects, protein and synthetic substrates. Biol. Bull. 151:406, 1976.

2. Harris, E.M., Fox, S.J., Csernansky, J.G., Zimmerman, M., Troll, W. A chymotrypsin-like enzyme present in Arbacia punctulata spermatozoa. Biol. Bull. 151:406, 1976.

3. Csernansky, J.G., Rosman, G.A., Grossman, A., Zimmerman, M., Troll, W. Egg proteases of Arbacia punctulata: Evidence for a new elastase-like enzyme. Biol. Bull. 153:421-422, 1977.

4. Csernansky, J.G., Holman, C.A., Bonnet, K.A., Campa, D., Hollister, L.E. Dopaminergic supersensitivity follows temporal lobe FeCl3 injection: A model for schizophrenia. Presented at the XXII Meeting of the ACNP, San Juan, Puerto Rico, December, 1983.

5. Csernansky, J.G., Csernansky, C.A., Glick, S.H., Hollister, L.E. Lidocaine kindling is accompanied by increases in apomorphine sensitivity and mesolimbic dopamine D2 receptor number. Presented at the XXIII Meeting of the ACNP, San Juan, Puerto Rico, December, 1984.

6. Csernansky, J.G., Kaplan, J., Prosser, E.S., Hollister, L.E. Tolerance to the prolactin elevating effects of neuroleptics. Presented at the Annual Meeting of the Society of Biological Psychiatry, Dallas, TX, 1985.

7. Csernansky, J.G., Csernansky, C.A., King, R., Hollister, L.E. Oscillations in apomorphine stereotypies over one year of apomorphine administration. Presented at the Annual Meeting of the Society of Biological Psychiatry, Dallas, TX, 1985.

8. Csernansky, J.G. Limbic seizures and dopaminergic supersensitivity. Presented at the Annual Meeting of the Society of Biological Psychiatry, Dallas, TX, 1985.

9. Csernansky, J.G., Prosser, E.S., Kaplan, J., Berger, P.A., Hollister, L.E. Possible associations among plasma prolactin, tardive dyskinesia, and paranoia in treated schizophrenics. Presented at the XXIV Meeting of the ACNP, Hawaii, 1985.

10. Finnegan, K.T., Terwilliger, M.M., Berger, P.A., Hollister, L.E., Csernansky, J.G. Clenbuterol and imipramine effect forced swim performance and frontal cortex beta adrenergic receptors. Presented at the XXIV Meeting of the ACNP, Hawaii, 1985.

11. Prosser, E.S., Csernansky, J.G., Kaplan, J., Becker, T., Hollister, L.E. Clinical and drug variables associated with negative symptoms in treated schizophrenics. Presented at the XXIV Meeting of the ACNP, Hawaii, 1985.

12. Leiderman, D.B., Moses, J., Csernansky, J.G. Intercorrelations of neuropsychological, psychiatric and endocrine measures in patients with limbic epilepsy. Neurology (Suppl 1) 36:170, April, 1986.

13. Whiteford, H.A., Peabody, C.A., Thiemann, S., Kraemer, H.C., Csernansky, J.G., Berger, P.A. Is there a relationship between severity of depression and dexamethasone nonsuppression? Presented at the Annual Meeting of the Society of Biological Psychiatry, Washington, DC, 1986.

B63

**Abstracts** (continued)

14. Whiteford, H.A., Peabody, C.A., Thiemann, S., Kraemer, H.C., Csernansky, J.G., Berger, P.A. The effect of age on the dexamethasone suppression test in major depressive disorder. Presented at the Annual Meeting of the Society of Biological Psychiatry, Washington, DC, 1986.

15. Vinogradov, S., Beauclair, L., Riney, S.J., Csernansky, J.G., Hollister, L.E. Does ascorbic acid enhance the effects of neuroleptics in schizophrenic subjects? Presented at the Annual Meeting of the Society of Biological Psychiatry, Washington, DC, 1986.

16. Csernansky, J.G., Glick, S. Proglumide enhances haloperidol inhibition of apomorphine-induced stereotypy but not circling. Presented at the Annual Meeting of the Society of Biological Psychiatry, Washington, DC, 1986.

17. Faull, K.F., King, R., Csernansky, J.G., Barchas, J.D., Berger, P.A. Phenylacetic acid concentrations in lumbar CSF from paranoid and nonparanoid schizophrenic patients and normal controls. Presented at the annual meeting of the Society of Biological Psychiatry, Washington, DC, 1986.

18. Weinrich, M., Koch, K., Csernansky, J.G. Visuo-vestibular reflexes in dyskinesia. Presented at the Annual Meeting of the American Academy of Neurology, 1986.

19. Csernansky, J.G., Overall, J.E., Riney, S.J., Hollister, L.E. The effect of alprazolam on negative schizophrenic symptoms: A double-blind controlled study. Presented at the XXV Meeting of the ACNP, Washington, DC, 1986.

20. Lammintausta, R., Uyeno, E., Hollister, L.E., Csernansky, J.G. A selective alpha-2 agonist, medetomidine, shows anxiolytic effects in the rat approach/avoidance conflict test. Presented at the XXV Meeting of the ACNP, Washington, DC, 1986.

21. King, R., Csernansky, J.G., Faull, K., Moses, J.A., Faustman, W.O., Berger, P.A. Behavioral correlates of elevated CSF-5HIAA in schizophrenics. Presented at the XXV Meeting of the ACNP, Washington, DC, 1986.

22. Prosser, E.S., Csernansky, J.G., Beauclair, L., Hollister, L.E. Neuroleptic-induced dopaminergic supersensitivity: Comparative onset in various rat brain regions. Presented at the XXV Meeting of the ACNP, Washington, DC, 1986.

23. Csernansky, J.G., Tanke, E., Sheikh, J., Yesavage, J. Do positive and negative schizophrenic symptoms correlate differently with serum thiothixene levels? Presented at the Annual Meeting of the Society of Biological Psychiatry, Chicago, IL, May, 1987.

24. Guelfi, G.P., Pfefferbaum, A., Berger, P., Csernansky, J.G. Independence of positive and negative symptoms. Presented at the Annual Meeting of the Society of Biological Psychiatry, Chicago, IL, May, 1987.

25. Tacke, U., Hollister, L., Csernansky, J.G. The effect of diazepam and alprazolam on tardive dyskinesia symptoms. Presented at the Annual Meeting of the Society of Biological Psychiatry, Chicago, IL, May, 1987.

B64

**Abstracts** (continued)

26. Faustman, W.O., Moses, J.A., Jr., Csernansky, J.G.  Neuropsychological performance and symptomatology correlations in medicated and unmedicated schizophrenic patients.  Presented at the Annual American Psychological Association Meeting, New York, NY, September, 1987.

27. Prosser, E.S., Pruthi, R., Csernansky, J.G.  Time course of neuroleptic-induced dopaminergic sensitivity: Typical vs. Atypical neuroleptics.  Presented at the XXVI Meeting of the ACNP, Chicago, IL, December, 1987.

28. Csernansky, J.G.  Dopamine receptor changes with limbic kindling.  Schizophrenia Res., 1(2-3):238-239, 1988.

29. Faustmann, W.O., Csernansky, J.G., King, R.J., Poscher, M.E., Faull, K.F., Moses, J.A., Jr.  Deficit symptoms and CSF 5-hydroxyindoleacetic acid relationships in schizophrenia. Presented at the Annual Meeting of the American Psychological Association, Atlanta, Georgia, August, 1988.

30. Lammintausta, R., Finnegan, E., Uyeno, E., Csernansky, J.G.  Behavioral effects of atipamezole, a selective alpha-2 antgonist in rats.  Presented at the XVI C.I.N.P. Congress, Munich, Germany, August, 1988.  Abstracted in Psychopharmacology Supplement 96:274, 1988.

31. Csernansky, J.G., Petrie, E.C., Blanchard, D., Ott, D., Lammintausta, R.  Differential effects of d-medetomidine on 3H-dopamine release from rat striatal and accumbens synaptosomes.  Abstracted in Society Neurosci. Abst., 14:1094, 1988.

32. Faustman, W.O., Moses, J.A., Csernansky, J.G., White, P.  Correlations between the MMPI and the Brief Psychiatric Rating Scale in schizophrenic and schizoaffective patients. Presented at the Southeastern Psychological Association Annual Meeting, Washington, DC, March, 1989.

33. Faustman, W.O., Moses, J.A., Jr., Thiemann, S., Zipursky, R., Csernansky, J.G.  Clinical and neuropsychologic characteristics of schizophrenics showing impairment on the Luria-Nebraska Neuropsychological Battery.  Schizophrenia Res., 2:61, 1989.

34. Bellows, E.P., Csernansky, J.G.  Mesolimbic and striatal dopamine D2 receptors differ in the time course of neuroleptic-induced upregulation.  Schizophrenia Res., 2:179, 1989.

35. Jibson, M.D., Faull, K.F., Csernansky, J.G.  Intercorrelations of CSF HVA, 5-HIAA, and MHPG before and after probenecid administration.  Schizophrenia Res., 2:155, 1989.

36. Zarcone, V.P., Jr., Benson, K.L., Csernansky, J.G., Faull, K.F.  Alprazolam:  Treatment response, CSF metabolites and sleep variables.  Presented at the 44th Annual Meeting of the Society of Biological Psychiatry, San Francisco, CA, May, 1989.

37. Csernansky, J.G., Coronell-Bell, C., Petri, E.C., Lombrozo, L.  Changes in mesolimbic dopamine function following hippocampal kindling.  Abstracted in Society Neurosci. Abst., 15:975, 1989.

38. Petrie, E.C., Faustman, W.O., Moses, J.A., Mr., Lombrozo, L., Csernansky, J.G.  Characteristics of rapid neuroleptic responders.  Presented at the XXVIII Meeting of the ACNP, Maui, HI, December, 1989.

B65

Abstracts (continued)

39. Faustman, W.O., Faull, K.F., Newcomer, J.W., Whiteford, H.A., Moses, J.A., Jr., Csernansky, J.G. Toward a validation of the negative symptom construct in schizophrenia research. Presented at the XXVIII Meeting of the ACNP, Maui, HI, December, 1989.

40. Coronel-Bell, C., Petrie, E., Lombrozo, L., Csernansky, J.G. Changes in mesolimbic dopamine function following hippocampal kindling. Presented at the Clinical Research Meeting, Carmel, CA, February, 1990. Abstracted in Clinical Research 38(1):128A, 1990.

41. Faustman, W.O., Newcomer, J.W., Yeh, W., Csernansky, J.G. Distinguishing depression and negative symptoms in unmedicated schizophrenic inpatients. Presented at the Western Psychological Association Annual Meeting, Los Angeles, CA, April, 1990.

42. Faustman, W.O., Whiteford, H.A., Newcomer, J.W., Csernansky, J.G. Negative and positive symptoms correlate with post-dexamethasone cortisol in unmedicated schizophrenics. Presented at the 45th Annual Meeting of the Society of Biological Psychiatry, New York City, NY, May, 1990.

43. Benson, K.L., Csernansky, J.G., Zarcone, V.P., Jr. Ritanserin: Effects on slow wave sleep measures in schizophrenia. Sleep Res., 19:157, 1990.

44. Benson, K.L., Csernansky, J.G., Zarcone, V.P., Jr. BPRS symptom factors and sleep variables in schizophrenia. Sleep Res., 19:158, 1990.

45. Faustman, W.O., King, R.J., Faull, K.F., Moses, J.A., Jr., Benson, K.L., Zarcone, V.P., and Csernansky, J.G. CSF 5-HIAA and HVA correlate with the MMPI psychopathic deviate scale in depression but not schizophrenia. Abstracted in Society Neurosci. Abst., 16:166, 1990.

46. Newcomer, J.W., Faustman, W.O., Roth, B., Bierley, R.A., Moses, J.A., Jr., and Csernansky, J.G. Zacopride in schizophrenia: A single-blind 5 -HT3 antagonist trial. Abstracted in Society Neurosci. Abst., 16:752, 1990.

47. Bono, M.A., Faustman, W.O., Csernansky, J.G., and Moses, J.A. Seasonality and cognitive impairment in schizophrenia. Western Psychological Association, San Francisco, CA, April 1991.

48. Benson KL, Csernansky JG, Zarcone VP. BPRS symptom factors and sleep variables in schizophrenia. Schizophrenia Res 4(3):329-330, 1991.

49. Benson KL, Csernansky JG, Zarcone VP Jr. The effect of ritanserin on slow wave sleep deficits in schizophrenia. Schizophrenia Res 4(3):330, 1991.

50. Newcomer JW, Faustman WO, Moses JA Jr, Whiteford HA, Csernansky JG. Cognitive impairment and symptomatology associated with postdexamethasone cortisol concentrations in unmedicated schizophrenic patients. Schizophrenia Res 4(3):353, 1991.

51. Hoff AL, Faustman WO, Moses JA Jr, Mone R, Newcomer JW, Journey R, Brown S, Csernansky JG, Beal DM, Harris D. Evaluating neuropsychological impairments in adult schizophrenic inpatients with a childhood age of onset: A preliminary report. Schizophrenia Res 4(3):386, 1991.

B66

**Abstracts (continued)**

52. Miller, L.S., Faustman, W.O., Moses, J.A., Jr., Csernansky, J.G.  Neuropsychological testing in medication-free depressed patients:  Performance levels are similar to controls and unrelated to depression severity.  Presented at the 46th Annual Meeting of the Society of Biological Society, New Orleans, LA, May 8-12, 1991.  Abstracted in Biol. Psychiatry Supplement 29 9A:126A, 1991.

53. Brown, S., Faustman, W.O., Mone, R., Minn K., Harris, D., Newcomer, J.W., Hicks, P.B., Csernansky, J.G.  An open-label trial of buspirone in the treatment of tardive dyskinesia.  Presented at the 46th Annual Meeting of the Society of Biological Society, New Orleans, LA, May 8-12, 1991.  Abstracted in Biol. Psychiatry Supplement 29 9A:65A, 1991.

54. Benson, K.L., Csernansky J.G., Zarcone, V.P.  The effect of ritanserin on slow wave sleep deficits and sleep continuity in schizophrenia.  Presented at the 46th Annual Meeting of the Society of Biological Society, New Orleans, LA, May 8-12, 1991.  Biol. Psychiatry Supplement. 29 9A:99A, 1991.

55. Newcomer JW, Riney, SJ, Vinogradov S, Csernansky, J.G.  Plasma prolactin and homovanillic acid as markers for psychopathology and dyskinesia during maintenance haloperidol treatment in male schizophrenics.  Soc. Neurosci. Abst. 17:732, 1991.

56. Csernansky JG, Wrona CT, Bardgett ME.  Atypical neuroleptics preferentially alter glutamate concentrations in the rat nucleus accumbens.  Presented at the 22nd Annual Meeting of the Society of Neuroscience Meeting, Anaheim, CA, Soc. Neurosci. Abst. 18:650, 1992.

57. Bardgett ME, Wrona CT, Newcomer JW, Csernansky JG.  Dose-dependent effects of intracerebroventricular kainic acid administration on subcortical glutamate concentrations.  Presented at the 22nd Annual Meeting of the Society of Neuroscience Meeting, Anaheim, CA, Soc. Neurosci. Abst. 18:325, 1992.

58. Dyer M, Montgomery EA, Bardgett ME, Csernansky JG, Almli CR.  Early postnatal oxygen deficiency and neural-behavioral development in rats.  Presented at the 22nd Annual Meeting of the Society of Neuroscience Meeting, Anaheim, CA, Soc. Neurosci. Abst. 18:1446, 1992.

59. Bardgett ME, Wrona CT, Csernansky JG.  Differential effects of typical and atypical neuro-leptics on striatal excitatory amino acid concentrations.  Presented at the XXXI Meeting of the ACNP, San Juan, Puerto Rico, Dec. 14-18, 1992.

60. Sheline Y, Newcomer J, Bardgett M, Csernansky J.  Platelet serotonin markers and depressive symptomatology.  Presented at the XXXI Meeting of the ACNP, San Juan, Puerto Rico, Dec. 14-18, 1992.

61. Newcomer JW, Craft S, Askins K, Hershey T, Bardgett M, Csernansky JG.  Insensitivity to dexamethasone-induced memory deficits in schizophrenia.  Presented at the XXXI Meeting of the ACNP, San Juan, Puerto Rico, Dec. 14-18, 1992.

62. Marsh L, Harris D, Beal M, Hoff A, Csernansky J, Faustman WO, DeMent S, Lim KO, Pfefferbaum A.  An MRI study of temporal lobe structures in schizophrenic patients with early versus adult onset of illness.  Presented at the International Congress on Schizophrenia Research, Colorado Springs, CO, April 17-21, 1993.

B67

**Abstracts** (continued)

63. Hoff AL, Espinoza S, Gustafson M, Mone B, DeVilliers D, Newcomer JW, Csernansky JG. The relationship of dexamethasone nonsuppression to clinical symptoms and cognitive performance in treatment-resistant schizophrenics. Presented at the International Congress on Schizophrenia Research, Colorado Springs, CO, April 17-21, 1993.

64. Newcomer JW, Craft S, Askins K, Hershey T, Bardgett M, Csernansky JG. Insensitivity to dexamethasone-induced declarative memory deficits in patients with schizophrenia. Presented at the International Congress on Schizophrenia Research, Colorado Springs, CO, April 17-21, 1993.

65. Bardgett ME, Wrona CT, Newcomer JW, Csernansky JG. The effects of intracerebroventricular kainic acid administration on forebrain neurochemistry. Presented at the International Congress on Schizophrenia Research, Colorado Springs, CO, April 17-21, 1993.

B68

**Book Chapters**

Csernansky, J.G., Whiteford, H.A.  Clinically Significant Psychotropic Drug Interactions.  In:
American Psychiatric Association Annual Review:  Volume 6.  Hales R.E., and Frances A.J.
(Eds.), American Psychiatric Press Inc., 1987, pp. 802-815.

Csernansky, J.G., Poscher, M., Faull, K.F.  Serotonin in Schizophrenia.  In:  Serotonin in Major
Psychiatric Disorders.  Coccaro E.F., and Murphy D.L. (Eds.), American Psychiatric Press,
Inc., Washington D.C., 1990, pp. 211-230.

**Books**

Hollister, L.E. and Csernansky, J.G.  Clinical Pharmacology of Psychotherapeutic Drugs.  Third
Edition.  Churchill Livingstone, New York, 1990.

B69

## BIOGRAPHICAL SKETCH

PROGRAM DIRECTOR: _____

Give the following information for the key personnel and consultants listed on page 2. Begin with the Principal Investigator/Program Director. Photocopy this page for each person.

| NAME | POSITION TITLE | BIRTHDATE (Mo., Day, Yr.) |
|---|---|---|
| Sharon G. Dott, M.D. | Assistant Professor | 04/26/51 |

EDUCATION (Begin with baccalaureate or other initial professional education, such as nursing, and include postdoctoral training.)

| INSTITUTION AND LOCATION | DEGREE | YEAR CONFERRED | FIELD OF STUDY |
|---|---|---|---|
| Houston Baptist College, Houston, TX | BA | 1969-73 | Chem.; Biology |
| Univ. TX Medical Branch, Galveston, TX | MD | 1974-79 | Psychiatry |
| Univ. TX Medical Branch, Galveston, TX | Internship | 1979 | Psychiatry |
| Univ. TX Medical Branch, Galveston, TX | Residency | 1981-85 | Psychiatry |

RESEARCH AND PROFESSIONAL EXPERIENCE: Concluding with present position, list, in chronological order, previous employment, experience, and honors. Include present membership on any Federal Government public advisory committee. List, in chronological order, the titles and complete references to all publications during the past three years and to representative earlier publications pertinent to this application. DO NOT EXCEED TWO PAGES.

5077 IY 0015 0005
030
7/21/93

PRESENT POSITION AND ADDRESS:

Medical Director, Acute Inpatient Units

Assistant Professor, Department of Psychiatry and Behavioral Sciences
The University of Texas Medical Branch, Galveston, Texas 77550, Rt. D-28

Medical Director for The Gulf Coast Center, Galveston, Texas 77553

RECEIVED

JUL 1 2 1993

CLINICAL &
MEDICAL AFFAIRS

PROFESSIONAL EXPERIENCE:

04/87 - 08/89     Assistant Clinical Professor, The University of Texas Medical Branch, Galveston, TX

09/89 - Present   Assistant Professor, The University of Texas Medical Branch, Galveston, TX

RESEARCH ACTIVITIES:

1985     Co-investigator with Dr. Stephen Bryant for Burroughs-Welcome "BW234U" Antipsychotic Drug Study for Schizophrenia

1988     Co-investigator with Adel Wassef, M.D., et al. for ADAMHA Grant: "Valproic Acid-Neuroleptic Combination in Schizophrenia"

1991     Principal Investigator (unfunded project): "Haloperidol versus Lorazepam in Acutely Agitated Inpatients"

1991     Principal Investigator for ICI Pharmaceuticals Grant: "ICI 204,636: Efficacy and Safety in Hospitalized Patients with Moderately Severe Symptomatic Chronic or Subchronic Schizophrenia

1992     Principal Investigator for CIBA-GEIGY Grant: "Double-Blind Comparison of CGS-20625 versus Placebo in Outpatients with Generalized Anxiety Disorder (Protocol 07, Version 3)"

B70

BOARD CERTIFICATION:

Diplomate of the American Board of Psychiatry and Neurology: (1987) (Psychiatry)

HONORS:

| | |
|---|---|
| 1989 | Nominated and among 10 finalists for the Golden Apple Award for outstanding clinical instructor by Class of 1989 |
| 1990 | Recipient of the Department of Psychiatry and Behavioral Sciences Junior Faculty Award for Excellence in Teaching Psychiatry |
| 1992 | National Alliance for the Mentally Ill Exemplary Psychiatrist Award |

HONORS:

Nominated and among 10 finalists for the Golden Apple Award for outstanding clinical instructor by Class of 1989

Recipient of the Department of Psychiatry and Behavioral Sciences Junior Faculty Award for Excellence in Teaching Psychiatry, 1990

1992 Recipient of the National Alliance for the Mentally Ill Award for "Exemplary Psychiatrist Award"

EXPERIENCE:

The American Board of Psychiatry and Neurology examiner for Part II, oral examination (1991, 1992, 1993)

Medical Director, The Gulf Coast Center (formerly the Gulf Coast Mental Health Mental Retardation Regional Center) Galveston, Texas (1987-present)

Medical Director, Mary Moody Northen Pavilion Acute Care Inpatient Unit and Crisis Unit, The University of Texas Medical Branch, Galveston, Texas (1987-present)

Medical Director for Crisis Resolution Unit of the Gulf Coast Center (1992-Present) Clinical Director, Bayshore MHMR Center of Baytown, Texas (the Mental Health Mental Retardation Authority of Harris County), (1985-1987)

Psychiatrist Consultant to the Mainland Community Service Center, of the Texas City Gulf Coast Center (formerly Gulf Coast MHMR Regional Center), (1985-present)

Psychiatrist Consultant for the Center for Counselling and Personal Growth, Friendswood, Texas (1985-1986)

B71

## CURRICULUM VITAE



### JAMES MECHAM FERGUSON, M.D.

Pharmacology Research Corporation
COMMERCE PARK
448 EAST 6400 SOUTH
SUITE 350
SALT LAKE CITY, UTAH  84107

Home Address:
REDACTED

Birthplace:  Washington, D.C.
Birth Date:  April 16, 1941
Marital Status:  Married, two daughters

## EDUCATION

### UNDERGRADUATE
1959-1962 Stanford University:  Stanford, California
1962 Fall Quarter - Sorbonne:  Paris, France - General course for foreign students.
1963 January to September - University of California at Berkeley :  Berkeley, California
1963 Fall through Spring Quarter - Stanford University:  Stanford, California

### GRADUATE
1964-1967................................Stanford University School of Medicine, Stanford, California.
1967-1969................................Research Associate-Neurophysiology of Sleep, Department of Psychiatry Stanford University
                                School of Medicine, Stanford, California.
1969-1971................................Stanford University School of Medicine, Stanford, California.

### INTERNSHIP
University of Utah School of Medicine, Salt Lake City, Utah:  Medicine and Surgery, 1971 - 1972.

### RESIDENCY TRAINING
Stanford University School of Medicine, Stanford, California:  Psychiatry, 1972 - 1975.

**RECEIVED**

### DEGREES
B.A. Stanford University:  Major subject - psychology, 1964
M.D. Stanford University, 1971

JUN 3 0 1993

CLINICAL &
MEDICAL AFFAIRS

B72

James Mecham Ferguson, M.D.
Curriculum Vitae
Page 2

## CERTIFICATION

### LICENSES
California..............................G-23693 (1971)
Idaho....................................M-3156 (1972)
Nevada..................................5337 (1986)
Utah ....................................08457-1011-9 (1986)

### BOARD CERTIFIED
Psychiatry and Neurology, No. 17393 (1976)

### AWARDS
The Borden Undergraduate Research Award in Medicine, Stanford University, 1971.
Library Journal "Best Lay Medical Books for Public Libraries, 1988-89" (Habits Not Diets).
Book of the Month Club Alternate Selection , January 1991 (Straight Talk About Weight Control).

### FELLOWSHIP
Fellow of the American Psychiatric Association, 1985

## PROFESSIONAL EXPERIENCE:

Research Assistant, Department of Psychiatry, Stanford University School of Medicine, Stanford, California, 1964 - 1967.
Research Associate, Department of Psychiatry, Stanford University School of Medicine, Stanford, California, 1967 - 1969
Internship, mixed type 2: five months Surgery, five months Medicine,two months Neurology, University of Utah Medical Center, Salt Lake City, Utah 1971 - 1972.
Resident in Psychiatry, Stanford University School of Medicine, Stanford, California, 1972 - 1975.
Director, Stanford University Eating Disorders Clinic, 1974 - 1975.
Assistant Professor (in residence, Step II), University of California, San Diego Medical School, 1975-1976.
Chief, Mental Hygiene Clinic, V.A. Hospital, San Diego, California, 1975 - 1976.
Chief, Ambulatory Psychiatry, V.A. Hospitaland V.A. Outpatient Clinics, San Diego, California, 1975 - 1977.
Attending Physician, University Hospital, Department of Psychiatry, San Diego, California, 1975 - 1986.
Medical Director, Gifford Mental Health Clinic, San Diego, California, 1976 - 1981.
Assistant Professor (Step II, University FTE Appointment), University of California, San Diego Medical School, 1976 - 1978.
Assistant Professor (Step III, University FTE Appointment), University of California, San Diego Medical School, 1978 - 1981.
Associate Clinical Professor of Psychiatry, University of California, San Diego, 1981 - 1986.
Private Practice, Psychiatry, La Jolla, California, 1981 - 1986.
Medical Director, La Jolla Eating Disorders Clinic, 1981 - 1986.
Clinical Director, Alvarado Parkway Institute Eating Disorders Program, 1982 - 1985.
Clinical Director, San Luis Rey Hospital Eating Disorders Program, 1985 - 1986.
Director, Eating Disorders and Addictive Behavior Program, Harborview Hospital, San Diego, 1985 - 1988.
Consultant, Behavioral Medicine Clinic, San Diego, California, 1985 - 1988.
Medical Director, Eating Disorders Program, Cottonwood Hospital, Murray, Utah 1986 - 1987.
Clinical Director, Acute Evaluation and Treatment Program, Wasatch Canyons Hospital, Salt Lake City, Utah  1986 - 1987.
Director, Consultation-Liaison Service, University of Utah Department of Psychiatry, 1987 - 1988.
President, Pharmacology Research Institute 1987 - 1990.
President, Pharmacology Research Corporation 1990 - Present.
President, Pharmacology Data Management Corporation 1992 - Present.

B73

James Mecham Ferguson, M.D.
Curriculum Vitae
Page 3

## FACULTY APPOINTMENTS

Assistant Professor, Psychiatry, University of California, San Diego, School of Medicine, 1975 - 1982.
Associate Clinical Professor, Psychiatry - U.C.S.D. School of Medicine, La Jolla, California, 1982 - 1987.
Adjunct Faculty, School of Public Health, San Diego State University, San Diego, California, 1982 - 1986.
Associate Professor, Psychiatry, University of Utah School of Medicine, Salt Lake City, Utah, 1987-1988.
Associate Professor of Clinical Psychiatry, University of Utah School of Medicine, Salt Lake Ctiy, Utah, 1989 - 1991.

## RESEARCH AFFILIATIONS

University of California, San Diego School of Medicine, Department of Psychiatry, 1975 - 1982.
University of California, San Diego, Department of Reproductive Endocrinology, 1984 -1987.
Feighner Research Institute, P.O. Box 1660, La Mesa, California 92041, 1983 - 1986.
    Abbott:  Estazolam - insomnia.
    Beecham:  Paroxetine - depression.
    Burroughs-Wellcome:  Bupropion - depression.
    Eli Lilly:  Fluoxetine - depression.
    Organon:  Mianserin - depression.
    Upjohn:  Adinazolam - depression.
Abbott-ParExel:  Valproate - epilepsy.
Abbott-Pharmaco:  Estazolam - insomnia.
Boots-ICRC:  Dothiepin - depression.
Boots-Pharmaco:  Dothiepin - depression.
Boots:  Sibutramine - depression, obesity.
    Dothiepin - geriatric depression
Bristol Myers - Evansville:  Buspirone - anxiety, obesity.
Bristol Myers - Wallingford:  Butorphanol - chronic pain.
    Gepirone - depression.
Bristol Myers Squibb:  Gepirone ER - depression.
BristolMyers Squibb-ICRC:  Buspirone - anxiety.
Burroughs Wellcome Company:  Bupropion - depression, bulimia.
DuPont Merck:  Linopirdine - Alzheimer's dementia.
Eli Lilly Company:  Fluoxetine - depression, obesity, bulimia, geriatric depression.
    Tomoxotine - depression.
    Zatosetron - anxiety.
Hoechest Roussel:  Nomifensine - depression.
Interneuron:  d-Fenfluramine - obesity.
Kali-Duphar Laboratories, Inc.:  Fluvoxamine - depression.
Lorex:  Zolpidem - insomnia;
    Alpidem - anxiety.
McNeil Laboratories:  Etoperidone - depression, geriatric depression.
Miles:  Nimodipine - Alzheimer's dementia.
    Ipsapirone - anxiety, depression.
Parke-Davis:  Tacrine - Alzheimer's dementia.
Pfizer:  Sertraline - depression, Prozac replacement, geriatric depression, OCD children, adolescents, adults,
    panic disorder.
Sandoz:  Abecarnil - anxiety.
Schwabe:  EGb 741 - dementia.
SchwarzPharma-Besselaar:  Moexipril - high blood pressure.
Searle:  SC - 48, 274 - anxiety.
    Cycloserine - Alzheimer's dementia.
Smith-Kline-Beecham:  Oxiracetam - age associated memory impairment, Alzheimer's dementia.
    Paroxetine - depression.
    Paroxetine - depression with anxiety.
Squibb:  Sq-29,852 - anxiety.
Upjohn:  Alprazolam S-R - panic.
    Adinazolam S-R - mixed anxiety and depression, geriatric anxiety.
Upjohn-Besselaar:  Alprazolam - panic with agoraphobia.
Wallace:  Quazepam - insomnia.
Wyeth-Ayerst:  Venlafaxine - depression, chronic (4 year) administration in depression, geriatric depression, obesity,
    cardiovascular effects in depression.
Wyeth-Ayerst-MTRA:  Venlafaxine - depression.

B74

James Mecham Ferguson, M.D.
Curriculum Vitae
Page 4

## SPEAKERS BUREAU

Abbott Laboratories
Burroughs - Wellcome
Eli Lilly
Pfizer
Upjohn

## INCORPORATION

James M. Ferguson, M.D., Inc. (California), 1981 - present. Tax I.D. number 95-3657899.
Pharmacology Research Corporation (Utah), 1990 - present. Tax I.D. number 87-0475636.
Pharmacology Data Management Corporation (Utah), 1992 - present. Tax I.D. number 87-0494554.

## PROFESSIONAL ASSOCIATION MEMBERSHIP

American Psychiatric Association .................................................................................1972 - current

American Society of Bariatric Physicians ....................................................................1982 - 1987

Association for the Advancement of Behavior Therapy .............................................1973 - 1987

California Medical Association .....................................................................................1983 - 1987

San Diego Affiliate, AABT ...........................................................................................1975 - 1986

San Diego Psychiatric Society......................................................................................1975 - 1986

Society of Behavioral Medicine ...................................................................................1977 - current

San Diego County Medical Society ..............................................................................1983 - 1987

San Diego Phobia Foundation, Board of Directors .....................................................1986 - 1987

The Phobia Society of America ....................................................................................1986 - 1987

Utah State Medical Society ..........................................................................................1986 - current

Utah State Psychiatric Society.....................................................................................1986 - current

## HOSPITAL AFFILIATIONS

### CURRENT HOSPITAL

1.  CPC-Olympus View Hospital, 1430 East 4500 South, Salt Lake City, Utah, 84117, 1987-current.

2.  St. Marks Hospital, 3900 South 1200 East, Salt Lake City, Utah 84117, 1987-current.

3.  University of Utah Medical Center Hospital, 50 North Medical Drive, Salt Lake City, Utah 84121, 1987 - current.

4.  Cottonwood Hospital, 5770 South 300 East, Murray, Utah, 84107, 1986 - current.

5.  Charter Summit Hospital, 175 West 7200 South, Midvale, Utah, 84047, 1990 - current.

B75

James Mecham Ferguson, M.D.
Curriculum Vitae
Page 5

### FORMER HOSPITAL STAFF

1.  Alvarado Community Hospital, 6655 Alvarado Road, San Diego, California 92120 .................. 1983 - 1986.

2.  Alvarado Parkway Institute, 7050 Parkway Drive, La Mesa, California 92041 ............................ 1983 - 1986.

3.  Community Hospital of Chula Vista, 751 Dora Lane, Chula Vista, California 92010 ................. 1984 - 1986.

4.  Grossmont Hospital, 5555 Grossmont Center Drive, La Mesa, California 92041 ....................... 1983 - 1986.

5.  Mission Bay Hospital, 3030 Bunker Hill Street, San Diego, California 92010 ............................ 1983 - 1986.

6.  Vista Hill Hospital, 730 Dora Lane, Chula Vista, California 92010 ............................................... 1983 - 1986.

7.  University Hospital, 225 Dickinson Street, San Diego, California 92103 ....................................... 1975 - 1984.

8.  U.S. Veterans Administration Hospital, La Jolla, California 92037 ............................................... 1975 - 1981.

9.  Mercy Hospital, 4077 Fifth Avenue, San Diego, California  92103 ............................................... 1981 - 1986.

10. Mesa Vista Hospital, 7850 Vista Hill Avenue, San Diego, California 92123 ............................... 1983 - 1986.

11. San Luis Rey Hospital, 1015 Devonshire Drive, Encinitas, California 92024 ............................. 1983 - 1986.

12. Rancho Park Hospital, 109 East Chase Avenue, El Cajon, California 92020 ............................. 1986.- 1986.

13. Sharp Hospital, 7901 Frost Street, San Diego, California 92123 .................................................. 1983 - 1986.

14. Sharp Cabrillo Hospital, 3475 Kenyon Street, San Diego, California 92110 ............................... 1983 - 1986.

15. Scripps Encinitas Hospital, 354 Santa Fe Drive, Encinitias, California 92024 ........................... 1981 - 1986.

16. LDS Hospital, 8th Avenue & "C" Street, Salt Lake City, Utah 84103 ........................................... 1986 - 1988.

17. Wasatch Canyons Hospital, 5770 South 1500 West, Salt Lake City, Utah 84123 ......................... 1986 - 1988.

18. Scripps Memorial Hospital, 9888 Genesee Avenue, La Jolla, California  92037 ......................... 1981 - 1988

19. Harborview Hospital, 120 Elm Street, San Diego, California, 92103 .............................................. 1986 - 1988.

B76

James Mecham Ferguson, M.D.
Curriculum Vitae
Page 6

## RESEARCH PUBLICATIONS

1. Ferguson, J., and Dement, W.: The Effect of Variations in Total Sleep Time on the Occurrence of Rapid Eye Movement Sleep in Cats, Electroencephalic Clinical Neurophysiology, 22:2-10, 1967.

2. Dement, W., Henry, P., Cohen, H., and Ferguson, J.: Studies on the Effects of REM Deprivation in Humans and in Animals, in Kety, S., Evarts, El, and Williams, H. (eds.), Sleep and Altered States of Consciousness, Williams and Wilkins, pp. 456-468, Baltimore, 1967.

3. Dement, W., Ferguson, J., Cohen, H., and Barchas, J.: Non-Chemical Methods and Data Using a Biochemical Model: The REM Quanta, in Mandell, A., and Mandell, P. (eds.), Psychochemical Research in Man: Methods, Strategy and Theory, Academic Press, pp. 275-325, New York, 1969.

4. Dement, W., Zarcone, V., Ferguson, J., Cohen, H., Pivik, T., and Barchas, J.: Some Parallel Findings in Schizophrenic Patients and Serotonin Depleted Cats, in D.V. Siva Sankar (ed.), Schizophrenia, Current Concepts, and Research, PJD Publications, Ltd., Hicksville, New York, pp. 775-811, 1969.

5. Ferguson, J., and Dement, W.: The Behavioral Effects of Amphetamine on REM Deprived Rats, J. of Psychiatric Research, 7:111-118, 1969.

6. Dement, W., Cohen, H., Ferguson, J., and Zarcone, V.: A . Sleep Researcher's Odyssey: The Function and Clinical Significance of REM-Sleep, in Madow, L., and Snow, L. (eds.), The Psychodynamic Implications of the Psychophysiologic Studies of Dreams, Charles Thomas, pp. 71-123, Springfield, Illinois, 1970.

7. Dement, W., Halper, C., Pivi, R., Ferguson, J., Cohen, H., Henricksen, S., McGarr, K., Gonda, W., Hoyt, G., Ryan, L., Mitchell, G., Barchas, J., and Zarcone, V.: Hallucinations and Dreaming, in Hamburg, D. (ed.), Perception and Its Disorders, Williams and Wilkens, pp. 335-339, Baltimore, 1970.

8. Ferguson, J., Henricksen, S., Cohen, H., Mitchell, G., Barchas, J., and Dement, W.: Hypersexuality and Behavioral Changes in Cats Caused by Administration of p-Chlorophenylalanine, Science, 168:499-501, 1970.

9. Cohen, H., Ferguson, J., Henricksen, S., Stolk, J., Zarcone, V., Barchas, J., and Dement, W.: Effect of Chronic Depletion of Brain Serotonin on Sleep and Behavior, Proc American Psychological Association, 78:381-2, 1970.

10. Dement, W., Henricksen, S., and Ferguson, J.: The Effect of the Chronic Administration of Parachlorophenylalanine (PCPA) on Sleep Parameters in the Cat, in Barchas, J., Press, and Usdin, E. (eds.), Serotonin and Behavior, Academic Press, pp. 419-424, New York, 1973.

11. Ferguson, J.: A Clinical Program for the Behavioral Control of Obesity, in Williams, G.J., Martin, S., and Foreyt, J.P., Obesity and Behavioral Approaches to Dietary Management, Brunner/Mazel, 153-167, New York, 1975.

12. Agras, W.S., Ferguson, J., Greaves, C., Qualls, B., Rand, C, Ruby, J., Stunkard, A., Taylor, C.B., Werene, J., and Wright, C.A.: A Clinical and Research Questionnaire for Overweight Patients, in Williams, B.J., Martin, S., and Foreyt, J.P., Obesity and Behavioral Approaches to DietaryManagement, Brunner/Mazel, pp. 168-176, New York, 1975.

13. Ferguson, J., Wermuth, B., and Taylor, C.B.: Rapid Desensitization of a Needle Phobia by Participant Modeling, Western Journal of Medicine, 124:175-176, 1976.

14. Adams, M., Ferguson, J., Stunkard, A., Agras, S.: The Eating Behavior of Obese and Nonobese Women, Behav. Res. Ther., 16:225-232, 1978.

15. Taylor, C.B., Ferguson, J.M., Wermuth, B.M.: New Techniques to Treat Needle Phobias, Postgraduate Medical Journal, 53:28-32, 1977.

16. Ferguson, J., Marquis, J., Taylor, C.B.: A Script for Deep Muscle Relaxation, Diseases of the Nervous System, 38:703-708, 1977.

17. Ferguson, J., and Birchler, G.: Therapeutic Packages: Tools for Change, in Agras, S.W. (ed.), Behavior Modification: Principles and Clinical Applications (2nd ed.), Little, Brown, and Company, pp. 242-292, New York, 1978.

James Mecham Ferguson, M.D.
Curriculum Vitae
Page 7

18. Taylor, C., Ferguson, J., and Reading, J.: Gradual Weight . Loss and Depression, Behavior Therapy, 9:622-625, 1978.

19. Ferguson, J., Taylor, C.B., and Wermuth, B.,: A Rapid Behavioral Treatment for Needle Phobics, J. of Nerv. Ment. Dis., 166:294-298, 1978.

20. Ferguson, J.: Dieticians as Change Agents, J. American Dietetic Association, 73:231-238, 1978.

21. Ferguson, J: Obesity: Its Relation to Adult Health, Texas Public Health Association Journal, 21:52-79, 1979, reprinted from: Proceedings: Food and Fitness, Nutrition Throughout the Life Cycle, Phase II, Texas Public Health Association, Austin, Texas, January, 1979.

22. Ferguson, J: Obesity Treatments: The Roles of Behavioral Therapy and Conventional Techniques in the Treatment and Prevention of Obesity, Nutrition Bulletin, The British Nutrition Foundation, 5:178-186, 1980.

23. Marquis, J., Ferguson, J., and Taylor, C.B.: Generalization of Relaxation Skills, Behavior Therapy and Experimental Psychiatry, 11:96-99, 1980.

24. Ferguson, J.: Behavior Modification Techniques in Obesity, in Practical Clinical Endocrinology, J. Hershman, (ed.), Houghton Mifflin, pp. 230-263, New York, 1981.

25. Ferguson, J.: The Behavioral Treatment of Anorexia Nervosa, in Ferguson, J., and Taylor, C.B. (eds.), A Comprehensive Handbook of Behavioral Medicine, Vol. II, Spectrum, pp. 129-143, New York, 1981.

26. Risch, C., and Ferguson, J.: Behavioral Treatment of Skin Disorders, in Ferguson, J., and Taylor, C.B. (eds.), A Comprehensive Handbook of Behavioral Medicine, Vol. II, Spectrum, pp. 263-275, New York, 1981.

27. Ferguson, J.: Behavioral Modification and Health Care Systems in Clinical Applications of Health Promotion, R.B., and Ureda, J.R., Appleton, Century, Croft, 123-142, New York, 1982.

28. Damluji, N., and Ferguson, J.: Trazodone-Induced Delirium in Bulimic Patients, Am. J. Psychiatry, 141:434-435, 1984.

29. Ferguson, J.: Who Should Lead Behavior Weight-Loss Programs, Obesity and Bariatric Medicine, 12:83-86, 1984.

30. Ferguson, J.: Body Image and Eating Disorders, in Suction Lipolysis, G. Hetter, and C. Lewis (eds.), W.B. Saunders, pp. 49-53, New York, 1984.

31. Ziesat, H., and Ferguson, J.M.: Outpatient Treatment of Primary Anorexia Nervosa in Adult Males, J. Clinical Psychology, 40:680-690, 1984.

32. Ferguson, J., Jamison, J., and Adler, A.: The Treatment of Eating Disorders, Psychiatry Letters, Fair Oaks Hospital, 11(5 pp.), 1984.

33. Ferguson, J.: Bulimia: A Fatal Condition, Psychosomatics, 26:252-253, 1985.

34. Damluji, N. and Ferguson, J.: Three Cases of Posttraumatic Anorexia Nervosa, Am. J. Psychiatry, 142:362-363, 1985.

35. Ferguson, J.: The Use of Computers in Nutritional Counseling, Physicians and Computers, 3:34-39, 1985.

36. Ferguson, J.: The Eating Disorders, A Clinical Perspective, Monograph for the UpJohn Company, 12 pp., January 1986.

B78

James Mecham Ferguson
Curriculum Vitae
Page 8

37. Ferguson, J.: Fluoxetine Induced Weight Loss in Humans, in Ferrari, E. and Brambilla, F., Disorders of Eating Behavior: A Psychoneuroendocrine Approach, Pergamon Press, pp. 313-318, New York, 1987.

38. Damluji, N., and Ferguson, J.: A Pineal Germinoma Presenting as a Case of Anorexia Nervosa in a Male Patient, International Journal of Eating Disorders, 6:569-572, 1987.

39. Ferguson, J., and Feighner, J.: Fluoxetine Induced Weight Loss in Non-Depressed Overweight Humans, International Journal of Obesity, 11:163-170, suppl; 1987.

40. Ferguson, J., and Damluji, N.:  Anorexia Nervosa and Schizophrenia, International Journal of Eating Disorder, 7:343-52, 1988.

41. Hiebert, K.A., Felice, M.E., Wingard, D.L., Munoz, R., and Ferguson, J., Comparison of Outcome in Hispanic and Caucasian Patients with Anorexia Nervosa: International Journal of Eating Disorders, 7:693-696, 1988.

42. Damluji, N., and Ferguson, J.: Paradoxical Worsening of Depressive Symptomatology Caused by Antidepressants, Journal of Clinical Psychopharmacology, 8:347-349, 1988.

43. Horne, R.L., Ferguson, J.M., Pope, H.G., et al: Treatment of Bulimia with Bupropion: A Multi-Center Controlled Trial (Journal of Clinical Psychiatry, 49:262-266, 1988

44. Molgaard, C.A., Chambers, C.M., Golbeck, N.L., Elder, J.P., and Ferguson, J.M.: Familial Alcobolism and Anorexia Nervosa: A Possible Association (in press 1990).

45. Pope, H., McElroy, S., Keck, T., Hudson, J., Ferguson, J., Horne. , R.: Electrophysiologic Abnormalities in Bulimia and Their Implications for Pharmacotherapy: A reassessment, International Journal of Eating Disorders 8:191-201, 1989

46. Ferguson, J.M., The Hunger Chain:  How to Break It, Healthline , 1989.

47. Ferguson, J.M., Body Image Disturbance and Eating Disorders. in Hetter, G. and Lewis, C. (Eds) Lipoplasty, W.B. Saunders, New York, 1990.

48. Monson, P., Ferguson, J.M. and Franz, K.B.:  Comparison of Energy Expenditure Calculated from the Harrison Benedict Equation and Measurement of Indirect Calorimetry in Anorexia and Bulimia (in press 1990.)

49. Levine, L., Enos, G., Pope, H., Ferguson, J. et al Fluoxetine in The Treatment of Bulimia Nervosa, Archives of General Psychiatry, 49:139-147, 1992.

50. Ferguson, J.M. Bielski, R.J., Houston, J., Post, G.L., Crowder, J., Bailey, L., Pearlman, H.G., Shu, V.S., and Pierce, M.W., Estazolam Treatment of Patients with Insomnia and Depression, Current Therapy and Research, 49:898-907, 1991.

51. Ferguson, J.M. The Use of Electroconvulsive Therapy in Intractable Anorexia Nervosa, International Journal of Eating Disorders, (in press 1992).

52. Post, G. L., Patrick, R.O., Crowder, J.E., Houston, J., Ferguson, J.M. et.al. Estazolam treatment of Insomnia in Generalized Anxiety Disorder:  A Placebo Controlled Study, Psychopharmacology, 11:249-253, 1991.

53. Ferguson, J.M. , Buspirone As An Adjunct Treatment during a behavioral weight control program  (in press 1992)

54. Munjack, D.J., Sheehan, D.J., Ferguson, J. M., and Baltazar, P.L., Buspirone versus Alprazolam: Efficacy and Ease of Withdrawal, (in press 1992).

55. Woodin, K. E. and Ferguson, J. M., A Statistical Model for Positive Placebo Response in Clinical Trials of Depressed Outpatients, (in press 1992).

B79

James Mecham Ferguson, M.D.
Curriculum Vitae
Page 9

## RESEARCH PUBLICATIONS - ABSTRACTS AND LETTERS

1. Ferguson, J., and Dement, W.: The Effect of REM Sleep Deprivation on the Lethality of Dextroamphetamine Sulfate in Grouped Rats, Psychophysiology, 4:380, 1968 (Abstract).

2. Ferguson, J., and Dement, W.: Changes in the Intensity of REM Sleep with Deprivation, Psychophysiology, 4:381, 1968 (Abstract).

3. Ferguson, J., and Dement, W.: The Effect of Dextro-amphetamine Sulfate on the Behavior of REM Sleep Deprived Rats, Psychophysiology, 4:380, 1968 (Abstract).

4. Ferguson, J., and Dement, W.: The Effect of REM Sleep Deprivation on the Body Temperature of Rats, Psychophysiology, 5:240, 1968 (Abstract).

5. Ferguson, J., Henricksen, S., McCarr, K., Belenky, G., Mitchell, G., Gonda, W., Cohen, H., and Dement, W.: Phasic Event Deprivation in the Cat, Psychophysiology, 5:238, 1968 (Abstract).

6. Belenky, G., Henricksen, S., McGarr, K., Ferguson, J., Cohen, H., and Dement, W.: Effect of Anticholinesterase (DFP) on the Sleep-Wakefulness Cycle of the Cat, Psychophysiology, 5:243, 1968 (Abstract).

7. Ferguson, J., Cohen, H., Henricksen, S., McGarr, K., Mitchell, G., Hoyt, G., Barchas, J., and Dement, W.: The Effects of Chronic Administration of ParaChlorophenylalanine on Sleep in the Cat, Psychophysiology, 6:221, 1969 (Abstract).

8. Ferguson, J., Henricksen, S., Cohen, H., Hoyt, G., Mitchell, G., McGarr, K., Rubeson, D., Ryan, L., and Dement, W.: The Effect of Chronic Administration of ParaChlorophenylalanine on the Behavior of Cats, Psychophysiology, 6:221, 1969 (Abstract).

9. Ferguson, J., Henricksen, S., Cohen, H., and Dement, W.: The Effects of REM Sleep Deprivation on the Response to 5-Hydroxytryptophan in Cats, Psychophysiology, 6:221, 1969 (Abstract).

10. Cohen, H., Ferguson, J., Henricksen, S., Barchas, J., and Dement, W.: Reversal of ParaChlorophenylalanine (PCPA) Effects with Chloropromaxine, Psychophysiology, 6:221, 1969 (Abstract).

11. Barchas, J., Dement, W., Ferguson, J., Cohen, H., and Henricksen, S.: Effect of Chronic Treatment with ParaChlorophenylalanine (PCPA) on Brain Serotonin and Behavior, Federation Proc., 29:2935, 1970 (Abstract).

12. Henricksen, S., Ferguson, J., Mitchell, G., Hoyt, G., Glick, J., Ryan, L., Cohen, H., McGarr, K., and Dement, W.: A PGO Spike Profile in the PCPA Cat, Psychophysiology, 7:319, 1971 (Abstract).

13. Henricksen, S., Ferguson, J., McGarr, K., Cohen, H., and Dement, W.: Amorphogenic Effect of ParaChlorophenylalanine (PCPA) in Neonatal Cats, Psychophysiology, 7:320, 1971 (Abstract).

14. Ferguson, J., and Bennett, D.: Sleep in a Patient with a Pontine Infarction, Electroenceph. Clin. Neurophys., 36:216, 1974 (Abstract).

15. Ferguson, J.: "Behavioral Modification Therapy," in Practical Approaches to Obesity Control, Audio Digest: Family Practice: 24, No. 4, 1976.

16. Lindner, P.G., Dwyer, J., Ferguson, J.M., et al., Roundtable: Where Are the Elements of an Effective Weight Control Protocol? Obesity and Bariatric Medicine, 13:6-15, 1984.

17. Ferguson, J.: The Behavioral Treatment of Obesity, Western Journal of Medicine, 142:681, 1985.

18. Ferguson, J.: Interaction of Aspartame and Carbohydrates in an Eating Disordered Patient, Am. J. Psychiatry, 142:271,1985 (Letter).

19. Ferguson, J., and Damluji, N.: Posttraumatic Anorexia Nervosa, a reply, Am. J. Psychiatry, 143:122-123, 1986 (Letter).

20. Ferguson, J.: Fluoxetine Induced Weight Loss in Overweight Non-Depressed Humans, Am. J. Psychiatry, 143:11, 1986,(Letter).

21. Ferguson, J., and Feighner, J.: Fluoxetine Induced Weight Loss in Non-Depressed Overweight Humans, Alimentazione Nutrizione Metabolismo, 7:19, 1986, (Abstract).

22. Ferguson, J.: Treatment of a Difficult Anorexia Nervosa Patient with Fluoxetine, Am. J. Psychiatry, 144:1239, 1987 (Letter).

23. Monson, P., Ferguson, J., and Franz, K., Comparison of Energy Expenditure Calculated From The Harrison-Benedict Equation and Measurement of Indirect Calorimetry in Anorexia and Bulimia, Journal of American College Nutrition 7:420, 1988.

24. Scheinbaum, M., Ferguson, J., Graham, S., et al, The Effect of Prothiaden on the Depressive Symptoms of Patients in a Multicenter Clinical Trial, Psycho. Pharm. Bull; (in press 1992).

25. Ochs, R., Fillingim, J., Cutler, N., Leppik, I., Lucas, E., Cohn, M., Gray, G.W., Ryan, P., Owens, D., Angelo, J., Ferguson, J., Paull, B., Kaffeman, M., and Dillon, D., The Effect of Zolpidem in Elderly Patients with Chronic Insomnia, (in press 1992).

B80

James Mecham Ferguson, M.D.
Curriculum Vitae
Page 10

## BOOKS PUBLISHED

1. Ferguson, J., Learning to Eat: Behavior Modification of Obesity, (A Group Leader's Manual), Bull Publishing Company, Palo Alto, California, 1975.

2. Ferguson, J., Learning to Eat: Behavior Modification of Obesity, (A Participant's Manual), Bull Publishing Company, Palo Alto, California, 1975.

3. Ferguson, J., Habits Not Diets (trade edition), Bull Publishing Company, Palo Alto, California, 1976 (250 pages).

4. Ferguson, J., Taylor, C.B., and Ullman, P., A Change for Heart: Your Family and the Food You Eat, Bull Publishing Company, Palo Alto, California, 1978 (184 pages).

5. Ferguson, J., and Taylor, C.B. (eds.), A Comprehensive Handbook of Behavioral Medicine, Vol. I: Psychological Systems, Spectrum, New York, 1980.

6. Ferguson, J., and Taylor, C.B. (eds.), A Comprehensive Handbook of Behavioral Medicine, Vol. II: Medical Syndromes, Spectrum, New York, 1980.

7. Ferguson, J., and Taylor, C.B. (eds.), A Comprehensive Handbook of Behavioral Medicine, Vol. III: Extended Applications, Spectrum, New York, 1982.

8. Ferguson, J., Habits Not Diets, Bull Publishing Company, Palo Alto, California, 1988 (revision - 350 pages).

9. Ferguson, J., Habits Not Diets: Instructor's Guide, Bull Publishing Company, Palo Alto, California 1990 (Revision 292 pages)

10. Bennion, L. Bierman, I. and Ferguson, J., Straight Talk About Weight Control: Taking the Pounds Off and Keeping Them Off, Consumer Reports Books, New York, 1991 (351 pages).

## BOOK REVIEWS

1. Primer of Lithium Therapy, Jefferson, et al., J. Clin. Psychiat., 39:640, 1978.

2. Psychiatry: Patient Management Review, Esson, W.M., J.Clin. Psychiat., 39:640, 1978.

3. Behavioral Medicine, Melamed, B., and Segal, L., 1979.

4. Too Much Is Not Enough: An Insider's Answer to Compulsive Overeating, Edwards, S., J. Nutrition Education, 14:41, 1982.

5. Behavioral Management of Obesity, Storlie, J., and Jordan, H.J., Nutrition Education, 1986.

6. Behavioral Medicine Abstracts, Editorial Board, Area Editor, 1980-1983.

7. Theory and Treatment of Anorexia Nervosa and Bulimia:
Biomedical, Sociocultural, and Psychological Prospectives, Emmett, S., ed., J. Nutrition Education, 1987.

B81

James Mecbam Ferguson, M.D.
Curriculum Vitae
Page 11

## POPULAR PUBLICATIONS

1. Ferguson, J., "Energy-Exercise-Weight," Vogue Magazine: Health and Beauty Guide, page 143, 1977.

2. Ferguson, J., "To Control Your Weight, Change Your Mind," Vogue Magazine, Beauty and Health Guide, page 146, 1977.

3. Ferguson, J., "Grab Your Mate Instead of Your Plate," SHAPE, page 53-56, 1982.

4. Ferguson, J. "Think Thin," SHAPE, Pg 20-21, May, 1989

5. Ferguson, J. "Habits, Not Diets," Program Instructor Training, Mentor Health Promotion Programs, Balboa and Bull Publishing Co. 1989.

## VIDEO PRODUCTIONS

1. "Living Lean," Stouffer's Food Company, a division of Nestle. Three video tapes totaling seven and one-half hours of education about diet, behavior modification of eating habits, and exercise, 1986.
2. "Treating Patients with Insomnia and Depression." Abbott Laboratories, 1990.
3. "Treating Patients with Insomnia and Anxiety" - Abbott Laboratories, 1990.
4. "Habits Not Diets" - Instructor Training, Mentor Health Promotion Programs, 1989.
5. "The Treatment of Patients with Concurrent Depression and Insomnia," Professor James Maas, Ph.D., Producer - Abbott Laboratories, 1990.
6. "The Treatment of Patients with Concurrent Anxiety Disorder and Insomnia," Professor James Maas, Ph.D., Producer - Abbott Laboratories, 1990.

## OTHER

1. DSM-III Committee to Define Eating Disorders, 1975.

## CORPORATE CONSULTATION

1. Control Data Corporation Health and Fitness Program, 1978.

2. Carnation Food Company, Development of B.E.S.T. ("BetterEating Skills Training") Program for Weight Control, (Concept and Program Development), 1982 - 1983.

3. California Dairy Council, 1982 - 1987.

4. Zoe Corporation, Scientific Advisory Board, 1981 - 1983.

5. Practorcare Corporation, Medical Director, 1982 - 1989,
                              Board of Directors, 1982 -1988.

6. North American Lipolysis Society, Psychiatric Advisor, 1983 - current.

7. California Trim, Scientific Advisory Board, 1984 - 1985.

8. Nestle Company, Stouffer's Food Division, 1984 - 1986. Development of a 7-1/2 hour video tape series, Living Lean.

9. The Human Behavior Institute, Las Vegas, Nevada, 1985 - current.

10. Intermountain Health Care Co., 1985 - 1986.

11. Charter Health Center, development of a residential weight control program at St. Simon Island, Georgia, 1985.

12. Sandoz Nutrition, 1987 - 1988.

B82

## CURRICULUM VITAE

### LOUIS FERNAND FABRE, JR., M.D., Ph.D., F.C.P.

Date and Place of Birth
September 13, 1941
Akron, Ohio

Education
Akron University, Akron, Ohio
B.S., Pre-Med   1959-1962

Case-Western Reserve University, Cleveland, Ohio
Ph.D., Physiology   1962-1966

Baylor College of Medicine, Houston, Texas
M.D., Medicine   1965-1969

Methodist Hospital, Houston, Texas
Intern, Internal Medicine   1969-1970

Baylor College Affiliated Hospitals, Houston, Texas
Resident, Psychiatry   1969-1973

Positions Held

Teaching Positions

Instructor of Science
Cuyahoga Community College
Cleveland, Ohio   1965

Instructor of Mental Sciences
University of Texas Graduate School of Biomedical Sciences
Houston, Texas   1967-1969

Assistant Professor of Mental Sciences
University of Texas Graduate School of Biomedical Sciences
Houston, Texas   1969-1973

Associate Lecturer
Alcoholism Counselors Program
University of Houston
Houston, Texas   1973-1978

5/6/93

B83

- 2 -

Clinical Assistant Professor Psychiatry
Baylor College of Medicine
Houston, Texas   1974-1977

Clinical Associate Professor of Psychiatry
University of Texas Health Science Center
Houston, Texas   1974-present

Texas Research Institute of Mental Science Positions

Research Specialist II
Texas Research Institute of Mental Sciences (TRIMS)
Houston, Texas   1963-1973

Acting Chief, Section on Neuroendocrinology
Texas Research Institute of Mental Sciences (TRIMS)
Houston, Texas   1967-1968

Chief. Section of Neuroendocrinology
Texas Research Institute of Mental Sciences (TRIMS)
Houston, Texas   1968-1972

Ward Officer, Mental Retardation and Clinical Research Ward
Center Pavilion Hospital
Texas Research Institute of Mental Sciences (TRIMS)
Houston, Texas   1970-1971

Associate Head. Mental Retardation Research Division
Texas Research Institute of Mental Sciences (TRIMS)
Houston, Texas   1970-1971

Head. Mental Retardation Research Division
Texas Research Institute of Mental Sciences (TRIMS)
Houston, Texas   1971-1973

Active Medical Staff
Texas Research Institute of Mental Sciences (TRIMS)
Houston, Texas   1971-1973

Head, Clinical Research Division
Texas Research Institute of Mental Sciences (TRIMS)
Houston, Texas   1972-1973

Chief, Alcoholism Research Section
Texas Research Institute of Mental Sciences (TRIMS)
Houston, Texas   1973

B84

- 3 -

Consultant Positions

Consultant in Gas Chromatography
Veterans Administration Hospital
Houston, Texas   1967-1970

Consultant in Research and Development
Continental Group and The Vinoxin Company
Houston, Texas   1980-1981

Consultant in Research and Development
Lilly and Company
Lilly Research Laboratories
Indianapolis, Indiana   1980-1986

Consultant in Child Psychiatry
Texas City Independent School District
Texas City, Texas   1975-1989

Clinic Ownerships and Directorships

Owner-Director
Champions Clinic
Houston, Texas   1973-1979

Owner-Director
Portland Clinic
Houston, Texas   1974-1975

Owner-Director
The Fabre Clinic
Houston, Texas   1975-present

Owner-Director
The Fabre Clinic at Austin
504 W. 17th Street
Austin, Texas   1978-1983

Other Executive Positions

Owner, Director and President
Fabre Enterprises, Inc.
5503 Crawford
Houston, Texas   1978-present

B85

- 4 -

<u>Medical Research Executive Positions</u>

Director - President
Fabre Research Clinics, Inc.
5503 Crawford
Houston, Texas    1973-1988
Chairman of the Board    1988-present

Chairman of the Board
Research Testing of the Northeast
A Delaware Corporation    1978-1981

Director - President
Clinical Evaluations, Inc.
5503 Crawford
Houston, Texas    1980-present

<u>Hospital Appointments</u>

Active Staff Member
Psychiatry Department
St. Joseph's Hospital
Houston, Texas                1973-1975
Active Courtesy Staff Member 1975-present

Active Staff Member
Park Plaza Hospital
Houston, Texas                1978-1980
Active Courtesy Staff Member 1980-present

Active Staff Member
Psychiatry Department
Hermann Hospital
Houston, Texas                1974-1975
Active Courtesy Staff Member 1975-present

Courtesy Staff Member
Houston International Hospital
Houston, Texas    1974-present

Assistant Attending in Psychiatry Service
Harris County Hospital District Medical & Dental Staff
Houston, Texas    1974-present

<u>Board Certification and Licensure</u>

Certified Proficient in the Basic Sciences
Texas State Board of Medical Examiners
Austin, Texas    1968

B86

- 5 -

Licensed to Practice Medicine in the State of Texas
Texas State Board of Medical Examiners
Number D5986
August 27, 1969

Licensed to Practice Medicine in the State of Arkansas
Number R-2169
April 30, 1974

Licensed to Practice Medicine in the State of Virginia
Number 34925
November 18, 1982

Diplomat of the American Board of Psychiatry and Neurology, Inc.
Number 14510
Certified in Psychiatry, January 1976

Clinical Laboratory Director
Certified by American Board of Bioanalysts
Certificate D4130
April, 1978

Honorary

Associate Scholarship Award, University of Akron
B.S. with Distinction, University of Akron
Phi Sigma Alpha, Liberal Arts, Honorary Fraternity
National Institute of Health Travel Fellow to the Third International
    Congress of Endocrinology, Mexico
A.M.A. Physicians Recognition Award   1972
Who's Who in Texas    1973-1974
American Men and Women of Science    1973-1974
Men of Achievement Volume II, Cambridge, England    1974
Who's Who in the South and Southwest    1974
National Register of Prominent American and International
    Notables    1974-1975
Fellow Intercontinental Biographical Association
    Cambridge, England, November 17, 1975
International Platform Association    1975-1976
A.M.A. Physicians Recognition Award    1977
A.M.A. Physicians Recognition Award    1980
A.M.A. Physicians Recognition Award    1983
A.M.A. Physicians Recognition Award    1986

B87

- 6 -

Society Memberships

    Aerospace Medical Association
    American Academy of Child Psychiatry
    American Association of Bioanalysis
    American Association of Sex Educators, Counselors and Therapists
    American Association for Social Psychiatry, Fellow
    American College of Clinical Pharmacology, Fellow
    American College for Clinical Pharmacology and Therapeutics
    American Federation for Clinical Research
    American Group Psychotherapy Association
    American Medical Association
    American Physiological Society
    American Psychiatric Association
    The Endocrine Society
    Federation of American Societies for Experimental Biology
    Flying Physicians Association
    Harris County Medical Association
    International Association for Social Psychiatry, Fellow
    New York Academy of Sciences
    Research Society on Alcoholism
    Royal Society of Medicine, Affiliate
    Texas Commission on Alcohol
    Texas Medical Association
    Texas Research Society of Alcoholism

World Congress Memberships

    Third International Congress of Endocrinology
    Fourth International Congress of Endocrinology
    Fifth International Congress of Pharmacology
    Fifth World Congress of Pharmacology
    Fifth World Congress of Psychiatry
    Sixth World Congress of Social Psychiatry
    Sixth World Congress of Psychiatry
    Seventh International Congress of Pharmacology
    Seventh World Congress of Social Psychiatry
    Tenth International Collegium Internationale Neuro-Psychopharmacologium
    Eleventh International Collegium Internationale Neuro-Psychopharmacologium
    Twenty-Third International Congress of Aviation and Space Medicine
    International Symposium of Psychopharmacology
    Asociacion Argentina De Psiquiatria Biologica
    Eighth World Congress of Psychiatry

B88

- 7 -

MEETINGS ATTENDED - CME HOURS AND CEU CREDITS
(from July, 1974)

1.   Brook Lodge Conference Hypnotics.  Sponsored by the Upjohn Company,
     Kalamazoo, Michigan, July 24-27, 1974.  10 Hours Category II/1.0 CEU
     Credits

2.   Texas Medical Association, 108th Annual Session.  San Antonio, Texas May
     1-4, 1975.  12 Hours Category II/1.2 CEU Credits

3.   Aerospace Medical Association.  International Congress of Aviation and
     Space Medicine.  Acapulco, Mexico, September 20-October 2, 1975.  10 Hours
     Category II/1.0 CEU Credits

4.   American Society for Clinical Pharmacology and Therapeutics.  77th Annual
     Meeting.  Seattle, Washington, March 18-19, 1976.  13 Hours Category I/1.3
     CEU Credits

5.   Collegium International Psychopharmacologium (CINP).  Quebec, Canada, July
     2-9, 1976.  18 Hours Category I/1.8 CEU Credits

6.   International Society for Social Psychiatry.  Meeting the Future of the
     Family.  Opatija, Yugoslavia, October 4-10, 1976.  20 Hours Category I/2.0
     CEU Credits

7.   American College of Neuropsychopharmacology.  1976 Annual Meeting.  New
     Orleans, Louisiana, December 13-17, 1976.  17 Hours Category I/1.7 CEU
     Credits

8.   American Society for Clinical Pharmacology and Therapeutics.  78th Annual
     Meeting.  Dallas, Texas, March 23-25, 1977.  16 Hours Category I/1.6 CEU
     Credits

9.   American Association of Sex Educators, Counselors and Therapists.  San
     Francisco, California, April 20-23, 1977.  20 Hours Category II/2.0 CEU
     Credits

10.  American College of Clinical Pharmacology.  Washington, D.C., April 28-30,
     1977.  12 Hours Category I/1.2 CEU Credits

11.  American Association of Social Psychiatry.  Minor Tranquilizers in
     Everyday Practice sponsored by McLean Hospital.  Toronto, Canada, May 1-2,
     1977.  3 Hours Category I/ .3 CEU Credits

12.  American Psychiatric Association.  Toronto, Canada, May 3-5, 1977.  10
     Hours Category I/1.0 CEU Credits

B89

- 8 -

13. NCDEU.  Key Biscayne, Florida, May 18-22, 1977.  20 Hours Category II/2.0
    CEU Credits

14. VI World Congress of Psychiatry.  Honolulu, Hawaii, August 28-September 3,
    1977.  10 Hours Category I, 8 Hours Category II/1.8 CEU Credits

15. Masters Course in Hypnotics.  New Orleans, Louisiana, September 23-25,
    1977.  24 Hours Category II/2.4 CEU Credits

16. Phenomenology and Treatment of Anxiety.  Shamrock Hilton Hotel, Houston,
    Texas, December 1-2, 1977.  8 Hours Category I/ .8 CEU Credits

17. The Use of Psychotherapeutic Drugs in the Treatment of Mental Illness.
    Columbia University, New York, New York.  17 Hours Category I/1.7 CEU
    Credits

18. 79th Annual Meeting American Society for Clinical Pharmacology and
    Therapeutics.  Peachtree Plaza Hotel, Atlanta, Georgia, March 29-31,
    1978.  18 Hours Category I/1.8 CEU Credits

19. Seventh Annual Meeting American College of Clinical Pharmacology.
    Sheraton Place Hotel, San Francisco, California, April 27-28, 1978.  12
    Hours Category I/1.2 CEU Credits

20. 131st Annual Meeting American Psychiatric Association.  Atlanta, Georgia,
    May 7-10, 1978.  6 Hours Category I/ .6 CEU Credits

21. NCDEU Annual Meeting.  Key Biscayne, Florida, May 23-25, 1978.  16 Hours
    Category I/1.6 CEU Credits

22. Symposium. Treatment of Anxiety:  Diagnostic and Symptomatic
    Considerations.  Atlanta, Georgia, May 7, 1978.  3 Hours Category I/ .3
    CEU Credits

23. 11th Congress Collegium Internationale Neuropsychopharmacologium.  Vienna,
    Austria, July 9-16, 1978.  12 Hours Category II/1.2 CEU Credits

24. 7th International Congress of Pharmacology.  Paris, France, July 16-21,
    1978.  18 Hours Category II/1.8 CEU Credits

25. 7th International Congress of Social Psychiatry.  Lisbon, Portugal,
    October 8-14, 1978.  8 Hours Category II/ .8 CEU Credits

26. American College of Neuropsychopharmacology 19th Annual Meeting, Maui,
    Hawaii, December 11-14, 1978.  18 Hours Category I/1.8 CEU Credits

B90

- 9 -

27.  Eightieth Annual Meeting American Society for Clinical Pharmacology and Therapeutics.  Crown Center Hotel in Kansas City, Missouri, March 21-23, 1979.  20 Hours Category I/2.0 CEU Credits

28.  Symposium, Review of Protocol:  Diagnostic Criteria and Hamilton Depression Rating Scale Training Session.  November 13, 1979.  6 Hours Category I/ .6 CEU Credits

29.  Eighth Annual Meeting of the American College of Clinical Pharmacology. Washington, D.C., May 3-5, 1979.  10 Hours Category I/1.0 CEU Credits

30.  132nd Annual Meeting of the American Psychiatric Association.  Chicago, Illinois, May 12-18, 1979.  10 Hours Category I/1.0 CEU Credits

31.  NCDEU Annual Meeting.  Key Biscayne, Florida, May 21-24, 1979.  16 Hours Category I/1.6 CEU Credits

32.  American College of Neuropsychopharmacology - 20th Annual Meeting.  San Juan, Puerto Rico, December 11-14, 1979.  20 Hours Category II/2.0 CEU Credits

33.  19th Annual International Industrial Pharmacy Conference.  Austin, Texas, February 24-29, 1980.  12 Hours Category I/1.2 CEU Credits

34.  American Society for Clinical Pharmacology and Therapeutics.  Fairmont Hotel, San Francisco, California, March 19-21, 1980.  18 Hours Category I/1.8 CEU Credits

35.  132nd Annual Meeting American Psychiatric Association.  San Francisco, California, May 5-8. 1980.  6 Hours Category I/ .6 CEU Credits

36.  Symposium, Progress in the Pharmacotherapy of Depression.  San Francisco, California, May 5, 1980.  3-1/2 Hours Category I/.35 CEU Credits

37.  Ninth Annual Meeting of the American College of Clinical Pharmacology. Washington, D.C., May 14-16, 1980.  14 Hours Category I/1.4 CEU Credits

38.  NCDEU Annual Meeting.  Key Biscayne, Florida, May 27-29, 1980.  16 Hours Category I/1.6 CEU Credits

39.  Symposium, Therapeutic Progress in Cannabinoid Research.  University of Connecticut, Groton. Connecticut, October 20-21, 1980.  14 Hours Category II/1.4 CEU Credits

B91

- 10 -

40. Symposium, Pharmacotherapy of Depression, Mead Johnson Co., San Juan, Puerto Rico, December 15, 1980.  3-1/2 Hours Category I/.35 CEU Credits.

41. American College of Neuropsychopharmacology, 21st Annual Meeting.  San Juan, Puerto Rico, December 16-18, 1980.  18 Hours Category I/1.8 CEU Credits

42. American Society for Clinical Pharmacology and Therapeutics.  New Orleans, Louisiana, March 18-21, 1981.  18 Hours Category I/1.8 CEU Credits

43. Symposium, Depression:  Current Management/Future Directions, Sponsored by the American Psychiatric Association.  New Orleans, Louisiana, May 10, 1981.  3-1/2 Hours Category I/.35 CEU Credits

44. Symposium, The Many Faces of Anxiety:  Diagnosis, Therapy and Recent Advances, Sponsored by the American Psychiatric Association, May 10, 1981.  8 Hours Category I/.8 CEU Credits

45. NCDEU Annual Meeting.  Key Biscayne, Florida, May 25-29, 1981.  16 Hours Category I/1.6 CEU Credits

46. Annual Meeting of American College of Neuropsychopharmacology.  San Diego, California, December 16-18, 1981.  27 Hours Category I/2.7 CEU Credits

47. Symposium, An Approach to Dilemmas in the Pharmacotherapy of Depression: A New Generation Antidepressant.  Sponsored by Duke University Medical Center.  Orlando, Florida, February 4-5, 1982.  12 Hours Category I/1.2 CEU Credits

48. NCDEU Annual Meeting, Sponsored by the National Institute of Mental Health.  Key Biscayne, Florida, June 1-3, 1982.  12 Hours Category I/1.3 CEU Credits

49. Symposium, Endocrinological Aspects of Ethanol Tolerance and Dependence, Sponsored by NIAAA and Washington University.  St. Louis, Missouri, September 14-15, 1982.  8 Hours Category II/.8 CEU Credits

50. International Symposium on Receptors and the Upper GI Tract, Sponsored by the University of Alabama School of Medicine, UAB, Scottsdale, Arizona, December 10-11, 1982.  15 Hours Category I/1.5 CEU Credits

51. Symposium, Psychiatric Perspectives "83", Sponsored by Orlando Regional Medical Center and the University of Florida.  Orlando, Florida, March 11-12, 1983.

B92

- 11 -

52. NCDEU Annual Meeting.  Key Biscayne, Florida, May 31, 1983.  7 Hours Category I/.7 CEU Credits

53. II World Conference on Clinical Pharmacology and Therapeutics, Washington, D.C., August 3, 1983.  5 Hours Category I/.5 CEU Credits

54. American Academy of Family Physicians, Miami, Florida, October 10, 1983.

55. Symposium, 1984 and Beyond:  Psychiatry Encounters the Future, Sponsored by the American Psychiatric Association.  Los Angeles, California, May 5-11, 1984.  3 Hours Category I/.3 CEU Credits

56. NCDEU Annual Meeting.  Key Biscayne, Florida, May 21-23, 1984.  17 Hours Category I/1.7 CEU Credits

57. NCDEU Annual Meeting.  Key Biscayne, Florida, May 1-3, 1985.  17 Hours Category I/1.7 CEU Credits

58. American College of Neuropsychopharmacology 1985 Annual Meeting.  Maui, Hawaii, December 10-13, 1985.

59. American Psychiatric Association 1986 Annual Meeting.  Washington, D.C., May 11, 1986.  3 Hours Category I/.3 CEU Credits

60. NCDEU Annual Meeting.  Key Biscayne, Florida, May 27-29, 1986.  20 Hours Category I/2.0 CEU Credits

61. Symposium, Serotonin in Affective Disorders:  Anatomic, Pharmacologic and Clinical Perspectives. Sponsored by Dista Products Company.  Cambridge, Massachusetts, April 4, 1987.  5 Hours Category I/.5 CEU Credits

62. American Psychiatric Association.  1987 Annual Meeting.  Chicago, Illinois, May 9-15, 1987.  3 Hours Category I/.3 CEU Credits

63. NCDEU Annual Meeting.  Key Biscayne, Florida, May 26-28, 1987.  12 Hours Category I/1.2 CEU Credits.

64. Symposium, Clinical and Cognitive Aspects of Anxiety, Sponsored by Laboratories Substantia and Warner-Lambert Company, Paris, France, January 28, 1988.

65. American Psychiatric Association 1988 Annual Meeting.  Montreal, Quebec, Canada, May 7-12, 1988.  33 Hours Category I/3.3 CEU Credits.