B93

- 12 -

66.  NCDEU Annual Meeting.  Key Biscayne, Florida, May 31-June 3, 1988.
     12 Hours Category I/1.2 CEU Credits.

67.  Buspirone Symposium, sponsored by Bristol-Myers Company and Boryung
     Pharmaceuticals, Seoul and Pusan Korea, June 24-25, 1988.

68.  XVIth Collegium Internationale Neuro-Psychopharmacologicum Congress.
     Munich, West Germany, August 15-19, 1988.  24 Hours Category I/2.4 CEU
     Credits.

69.  Symposium on Trazodone An Antidepressant With Adrenolytic Activity,
     sponsored by Aziende Chimiche Riunite Angelini Francesco A.C.R.A.F.
     S.p.A., Munich, West Germany, August 15, 1988.  4 Hours Category II/.4 CEU
     Credits.

70.  American Psychiatric Association 1989 Annual Meeting.  San Francisco,
     California, May 6-11, 1989.  4 Hours Category I/.4 CEU Credits.

71.  NCDEU Annual Meeting.  Key Biscayne, Florida, May 30-June 2, 1989.
     12 Hours Category I/1.2 CEU Credits.

72.  VIIIth World Congress of Psychiatry.  Athens Greece, October 12-19, 1989.
     20 Hours Category I/2.0 CEU Credits.

73.  American Psychiatric Association 1990 Annual Meeting.  New York, New York,
     May 12-17, 1990.  6 Hours Category I/.6 CEU Credits.

74.  NCDEU 30th Annual Meeting.  Key Biscayne, Florida, May 29-June 1, 1990.
     12 Hours Category I/1.2 CEU Credits.

75.  XVIIth Collegium Internationale Neuro-Psychopharmacologicum Congress.
     Kyoto, Japan, September 10-14, 1990.  20 Hours Category I/2.0 CEU Credits.

76.  American Psychiatric Association 1991 Annual Meeting.  New Orleans,
     Louisiana, May 11-16, 1991.  8 Hours Category I/.8 CEU Credits.

77.  NCDEU 31st Annual Meeting.  Key Biscayne, Florida, May 28-31, 1991.
     12 Hours Category I/1.2 CEU Credits.

78.  5th World Congress of Biological Psychiatry.  Florence, Italy, June 9-14
     1991.  5 Hours Category I/.5 CEU Credits.

B94

- 13 -

79. American Psychiatric Association 1992 Annual Meeting.  Washington, DC, May
    2-7, 1992.  10 Hours Category I/1.0 CEU Credits.

80. NCDEU 32nd Annual Meeting.  Boca Raton, Florida, May 26-29, 1992.
    12 Hours Category I/1.2 CEU Credits.

81. XVIIIth Collegium Internationale Neuro-Psychopharmacologicum Congress.
    Nice, France, June 28-July 2, 1992.  20 Hours Category I/2.0 CEU Credits.

82. American College of Neuropsychopharmacology (ACNP) 31st Annual Meeting.
    San Juan, Puerto Rico, December 14-19, 1992.

B95

- 12 -

66.  NCDEU Annual Meeting.  Key Biscayne, Florida, May 31-June 3, 1988.
     12 Hours Category I/1.2 CEU Credits.

67.  Buspirone Symposium, sponsored by Bristol-Myers Company and Boryung
     Pharmaceuticals, Seoul and Pusan Korea, June 24-25, 1988.

68.  XVIth Collegium Internationale Neuro-Psychopharmacologicum Congress.
     Munich, West Germany, August 15-19, 1988.  24 Hours Category I/2.4 CEU
     Credits.

69.  Symposium on Trazodone An Antidepressant With Adrenolytic Activity,
     sponsored by Aziende Chimiche Riunite Angelini Francesco A.C.R.A.F.
     S.p.A., Munich, West Germany, August 15, 1988.  4 Hours Category II/.4 CEU
     Credits.

70.  American Psychiatric Association 1989 Annual Meeting.  San Francisco,
     California, May 6-11, 1989.  4 Hours Category I/.4 CEU Credits.

71.  NCDEU Annual Meeting.  Key Biscayne, Florida, May 30-June 2, 1989.
     12 Hours Category I/1.2 CEU Credits.

72.  VIIIth World Congress of Psychiatry.  Athens Greece, October 12-19, 1989.
     20 Hours Category I/2.0 CEU Credits.

73.  American Psychiatric Association 1990 Annual Meeting.  New York, New York,
     May 12-17, 1990.  6 Hours Category I/.6 CEU Credits.

74.  NCDEU 30th Annual Meeting.  Key Biscayne, Florida, May 29-June 1, 1990.
     12 Hours Category I/1.2 CEU Credits.

75.  XVIIth Collegium Internationale Neuro-Psychopharmacologicum Congress.
     Kyoto, Japan, September 10-14, 1990.  20 Hours Category I/2.0 CEU Credits.

76.  American Psychiatric Association 1991 Annual Meeting.  New Orleans,
     Louisiana, May 11-16, 1991.  8 Hours Category I/.8 CEU Credits.

77.  NCDEU 31st Annual Meeting.  Key Biscayne, Florida, May 28-31, 1991.
     12 Hours Category I/1.2 CEU Credits.

78.  5th World Congress of Biological Psychiatry.  Florence, Italy. June 9-14
     1991.  5 Hours Category I/.5 CEU Credits.

B96

- 13 -

79. American Psychiatric Association 1992 Annual Meeting.  Washington, DC, May
    2-7, 1992.  10 Hours Category I/1.0 CEU Credits.

80. NCDEU 32nd Annual Meeting.  Boca Raton, Florida, May 26-29, 1992.
    12 Hours Category I/1.2 CEU Credits.

81. XVIIIth Collegium Internationale Neuro-Psychopharmacologicum Congress.
    Nice, France, June 28-July 2, 1992.  20 Hours Category I/2.0 CEU Credits.

82. American College of Neuropsychopharmacology (ACNP) 31st Annual Meeting.
    San Juan, Puerto Rico, December 14-19, 1992.

B97

- 14 -

Publications

(* Also Presented at National Meetings)

*1.  EFFECTS OF UBIQUINONE AND RELATED SUBSTANCES ON THE SECRETION OF
     ALDOSTERONE AND CORTISOL.  Fabre, L.F., Jr., Banks, R.C., McIsaac, W.M.
     and Farrell, G.L., American Journal of Physiology, 208:1275-1280, 1965.

 2.  BENZOQUINONE INHIBITION OF ADRENAL STERIODOGENESIS.  Fabre, L.F., Jr.,
     Western Reserve University Microfilms, Inc., 27:10, 1966.

 3.  THE NEUROHYPOPHYSIS.  Farrell, G.L., Fabre, L.F., Jr. and Rauschkolb,
     E.W., Annual Review of Physiology, 30:557-588, 1968.

*4.  DETERMINATION OF ALDOSTERONE AND TETRAHYDROALDOSTERONE IN BLOOD BY
     ELECTRON CAPTURE GAS CHROMATOGRAPHY.  Fabre, L.F., Jr., Fenimore, D.C.,
     Farmer, R.W., Davis, H.W. and Farrell, G.L., Journal of Chromatographic
     Science, 7:632-638, 1969.

*5.  QUANTITATIVE ANALYSIS OF ALDOSTERONE AND CORTISOL FROM BLOOD BY GAS
     CHROMATOGRAPHY AND C 14 TRACERS.  Fabre, L.F., Jr., Fenimore, D.C.,
     Farmer, R.W., Davis, H.W. and Farrell, G.L., Atomlight, 70:1-12, 1969.

 6.  BIPHASIC STIMULATION OF ALDOSTERONE SECRETION DURING HEMORRHAGE IN DOGS.
     Fabre, L.F., Jr., Farmer, R.W., Davis, H.W., McBee, G. and Farrell, G.L.,
     Circulation Research, 24:893-900, 1969.

*7.  IDENTIFICATION OF VITAMIN D IN HUMAN SKIN.  Rauschkolb, E.W., Davis,
     H.W., Fenimore, D.C., Black, H.S. and Fabre, L.F., Jr., The Journal of
     Investigative Dermatology, 53(4):289-294, 1969.

 8.  DOES ALCOHOL INGESTION CAUSE ALDOSTERONE HYPERSECRETION?  Fabre, L.F.,
     Jr., Farmer, R.W. and Farrell, G.L., Internist Observer, 7(7):2, 1969.

*9.  EFFECT OF ETHANOL ON ADRENOCORTICAL STERIOD SECRETION.  Fabre, L.F., Jr.,
     Farmer, R.W. and Davis, H.W., Advances in Mental Science III, Biological
     Aspects of Alcohol. M. K. Roach, W. M. McIsaac and P. J. Creaven, Eds.,
     University of Texas Press, Austin, TX, 418-445, 1970.

*10. COMPUTER ASSISTED COLUMN CALIBRATION FOR GAS-LIQUID CHROMATOGRAPHY OF
     BIOLOGICAL COMPOUNDS.  Talbot, P., Pellizzari, E.D., Brown, J.H., Farmer,
     R.W. and Fabre, L.F., Jr., Advances in Chromatography, 6:86, 1970.

B98

- 15 -

*11.  COMPUTER ASSISTED COLUMN CALIBRATION FOR GAS-LIQUID CHROMATOGRAPHY OF
      BIOLOGICAL COMPOUNDS.  Talbot, P., Pellizzari, E.D., Brown, J.H., Farmer,
      R.W. and Fabre, L.F., Jr., Journal of Chromatographic Science, 9:24-28,
      January, 1971.

*12.  ADRENAL RESPONSE TO ALCOHOL: MINERALOCORTICOID METABOLISM.  Fabre, L.F.,
      Jr., Farmer, R.W., Pellizzari, E.D. and Mendelson, J.H., Recent Advances
      on Studies of Alcoholism, Mello and Mendelson, Eds., Government Printing
      Office, 1971.

13.   AN EVALUATION OF THE GAS CHROMATOGRAPHIC ANALYSIS OF PLASMA AMINO ACIDS.
      Pellizzari, E.D., Brown, J.H., Talbot, P., Farmer, R.W. and Fabre, L.F.,
      Jr., Journal of Chromatographic Science, 55(2):281-289, January, 1971.

14.   RESEARCH TRAINING IN ALCOHOLISM.  Harris, R.T., McIsaac, W.M. and Fabre,
      L.F., Jr., Annals New York Academy of Science, 178:43-47, 1971.

*15.  METABOLIC DISEASE IN MENTAL RETARDATION - A STUDY IN TEXAS.  Farrell,
      G.L., Johnson, R., Fabre, L.F., Jr., Farmer, R.W., Pellizzari, E.D. and
      Stephenson, M., The Endocrine System, C. Jackson, Asst. Ed., White
      Plains, N.Y., 7(6):94-97, 1971.

16.   AN IMPROVED PLASMA AMINO ACID PURIFICATION PROCEDURE FOR GAS-LIQUID
      CHROMATOGRAPHY.  Pellizzari, E.D., Rising, D., Brown, J.H., Farmer, R.W.
      and Fabre, L.F., Jr., Analytical Biochemistry, 44(1):312-316, November,
      1971.

*17.  A RAPID ALDOSTERONE RADIOIMMUNOASSAY.  Farmer, R.W., Roup, W.G., Jr.,
      Pellizzari, E.D. and Fabre, L.F., Jr., The Journal of Clinical
      Endocrinology and Metabolism, 34(1):18-22, January, 1972.

18.   ALDOSTERONE SECRETION IN PENTOBARBITAL - ANESTHETIZED ETHANOL-INFUSED
      DOGS.  Fabre, L.F., Jr., Farmer, R.W., Pellizzari, E.D. and Farrell,
      G.L., Quarterly Journal of Studies on Alcohol, 33(2):476-484, June, 1972.

*19.  HYPERLYSINURIA WITH HYPERAMMONEMIA.  Brown, J.H., Fabre, L.F., Jr.,
      Farrell, G.L. and Adams, E.D., Amer. J. Dis. Child., 124:127-132, July,
      1972.

*20.  FAILURE OF GROWTH HORMONE TO STIMULATE GLUCAGON SECRETION.  Farmer, R.W.,
      Pellizzari, E.D., Fabre, L.F., Jr., Nonaka, K., Sugase, T. and Foa, P.P.,
      Proc. Soc. Exp. Biol. Med., 138(2):491-493, November, 1971.

*21.  BIOCHEMICAL AND METABOLIC ASPECTS OF ALCOHOLISM.  Fabre, L.F., Jr.,
      Farmer, R.W., Roach, M.K., Fritchie, G.E. and McIsaac, W.M., Annals New
      York Academy of Science, 215:346, 1973.

B99

- 16 -

22. IDENTIFICATION OF LITHOCHOLIC ACID AND MEASUREMENT OF OTHER BILE ACIDS IN SERUM OF HEALTHY HUMANS. Pellizzari, E.D., O'Neil, F.S., Farmer, R.W. and Fabre, L.F., Jr., Clinical Chemistry, 19(2):248-252, 1973.

*23. ABNORMAL TESTOSTERONE EXCRETION IN MALE ALCOHOLIC SUBJECTS. Fabre, L.F., Jr., Liegel, J.M., Pasco, P.J. and Farmer, R.W., Quarterly Journal of Studies on Alcohol, 34(1):57, 1973.

*24. ENDOCRINE ABNORMALITIES IN MALE ALCOHOLIC SUBJECTS. Fabre, L.F., Jr., Howard, P.Y. and Farmer, R.W., Texas Medicine, 68(10):88-93, October, 1972.

*25. RADIOIMMUNOASSAY FOR PLASMA ALDOSTERONE WITHOUT CHROMATOGRAPHY. Farmer, R.W., Brown, J.H., Howard, P.Y. and Fabre, L.F., Jr., The Journal of Clinical Endocrinology and Metabolism, 36:460, 1973.

26. EFFECTS OF ALCOHOL ON PLASMA TESTOSTERONE, SEX HORMONE-BINDING GLOBULIN AND 17-KETOSTERIODS IN CHRONIC ALCOHOLIC AND NORMAL SUBJECTS. Farmer, R.W., Liegel, J., Howard, P.Y. and Fabre, L.F., Jr., Psychopharmacologia.

*27. BASIC AMINO ACID TRANSPORT IN HYPERLYSINURIA. Brown, J.H., Farrell, G.L. and Fabre, L.F., Jr.. Pediat. Rsch.

*28. PILOT OPEN LABEL STUDY ON U-28, 774 IN ANXIOUS IN-PATIENTS. Fabre, L.F., Jr. and Harris, R.T.. Current Therapeutic Research, 16(8):848-852, August, 1974.

29. PILOT OPEN LABEL STUDY ON U-31, 889 IN ANXIOUS IN-PATIENTS. Fabre, L.F., Jr. and Harris, R.T.. Current Therapeutic Research, 16(9):1010-1013, September, 1974.

30. SOME ENDOCRINE ASPECTS OF ALCOHOLISM. Farmer, R.W. and Fabre. L.F., Jr., Adv. Exp. Med. Biol., 16(8):848-852, 1974.

31. METABOLIC AND ENDOCRINE ASPECTS OF ALCOHOLISM. Fabre, L.F., Jr., Alc. Prob. in a Drinking Society, W.L. Gideon, Ed., Continuing Education Center, University of Houston, Houston, Texas. 96-114, 1975.

32. AN ANALYSIS OF CLINICAL FACTORS IN THE ABUSE POTENTIAL OF NEW ANTI-ANXIETY AND ANTI-DEPRESSANT DRUGS. Fabre, L.F., Jr. and Harris, R.T., Hypnotics - Methods of Development and Evaluation, New York: Spectrum Publications, Inc., 283-291, 1975.

33. SOMATIC AND PSYCHIATRIC BEHAVIOR OF ALCOHOLISM. Fabre, L.F.. Jr., Human Behavior and the Use and Abuse of Alcohol, W.L. Gideon, Ed., Continuing Education Center, University of Houston, Houston, Texas, 56-62, 1975.

B100

- 17 -

34. DOUBLE-BLIND PLACEBO CONTROLLED EFFICACY STUDY OF KETAZOLAM (U-28,774). Fabre, L.F., Jr., Harris, R. T. and Stubbs D. F., The Journal of International Medicine, 4:50-54, 1976,

35. PREFERENCE STUDIES OF TRIAZOLAM WITH STANDARD HYPNOTICS IN OUT-PATIENTS WITH INSOMNIA. Fabre, L.F., Jr., McLendon, D.M. and Harris, R.T., The Journal of International Medicine, 4:247-254, 1976.

36. PILOT OPEN-LABEL STUDY OF LENPERONE (AHR 2277), A BUTYROPHENONE IN ANXIETY. Fabre, L.F., Jr. and Harris, R.T., Current Therapeutic Research, 19(5):328-331, March, 1976.

37. PSYCHOLOGICAL PATTERNS IN PILOTS LEADING TO AIRCRAFT ACCIDENTS - MAN IS NOT A RATIONAL ANIMAL. Fabre, L.F., Jr., Aviation Medicine Bulletin, 1976.

38. PSYCHOLOGICAL PATTERNS IN PILOTS LEADING TO AIRCRAFT ACCIDENTS - OMNIPOTENCE, PSYCHOSIS AND NEUROSIS IN PILOTS. Fabre, L.F., Jr., Aviation Medicine Bulletin, 1976.

39. PSYCHOLOGICAL PATTERNS IN PILOTS LEADING TO AIRCRAFT ACCIDENTS - THE PILOT WITH A PERSONALTY DISORDER. Fabre, L.F., Jr., Aviation Medicine Bulletin, 1976.

*40. PILOT OPEN LABEL STUDY WITH ALPRAZOLAM (U-31, 889) IN OUT-PATIENTS WITH NEUROTIC DEPRESSION. Fabre, L.F., Jr., Current Therapeutic Research, 19(6):661-667, June, 1976.

*41. MULTI-CLINIC CROSS-OVER COMPARISON OF TRIAZOLAM AND PLACEBO IN THE TREATMENT OF CO-EXISTING INSOMNIA AND ANXIETY IN ANXIOUS OUT-PATIENTS. Fabre, L.F., Jr. and Smith, W.T., Diseases of the Nervous System, 38(6):487-491, June, 1977.

42. PILOT OPEN-LABEL STUDY OF ALPRAZOLAM (U-31, 889) IN ANXIOUS ALCOHOLIC OUT-PATIENTS. Fabre, L.F., Jr., Gainey, A. and Kemple, S., The Journal of International Medicine, 5(1):26-32, 1977.

43. PILOT OPEN-LABEL STUDY OF TRIAZOLAM IN THE TREATMENT OF INSOMNIA FOLLOWING ALCOHOL WITHDRAWAL. Fabre, L.F.. Jr., McLendon, D.M., Gainey, A. and Kemple, S.. Journal of Studies on Alcohol, 38(11):2188-2192, November, 1977.

44. MULTI-CLINIC DOUBLE BLIND COMPARISON OF TRIAZOLAM (HALCION) AND PLACEBO ADMINISTERED FOR 14 CONSECUTIVE NIGHTS IN OUT-PATIENTS WITH INSOMNIA. Fabre, L.F., Jr., Brachfeld, J., Meyer, L.R., Slowe, I.A., Calvo, R. and Metzler, C., Journal of Clinical Psychiatry, 39(8):679-682, August, 1978.

B101

- 18 -

45.  MULTI-CLINIC DOUBLE-BLIND COMPARISON OF TRIAZOLAM AND FLURAZEPAM FOR SEVEN NIGHTS IN OUT-PATIENTS WITH INSOMNIA.  Fabre, L.F., Jr., Ludwig, G., Pasigajen, V. and Metzler, C., Journal of Clinical Pharmacology, 17(7):402-409, July, 1977.

46.  DOUBLE-BLIND PLACEBO CONTROLLED COMPARISON OF AMOXAPINE AND IMIPRAMINE IN DEPRESSED OUT-PATIENTS.  Fabre, L.F., Jr., McLendon, D.M. and Gainey, A., Current Therapeutic Research, 22(5):611-619, November, 1977.

47.  A DOUBLE-BLIND CLINICAL TRIAL OF LENPERONE IN OUT-PATIENTS WITH ANXIETY. Fabre, L.F., Jr. and McLendon, D.M., Current Therapeutic Research, 22(6):900-908, December, 1977.

48.  PILOT OPEN LABEL STUDY OF BROFOXINE IN ANXIETY.  Fabre, L.F., Jr., McLendon, D.M., Reynolds, J.W. and Hornyak, E.P., Current Therapeutic Research, 23(1):105-110, January, 1978.

49.  DOUBLE-BLIND PLACEBO-CONTROLLED STUDY OF BUPROPION HYDROCHLORIDE (WELLBATRIN) IN THE TREATMENT OF DEPRESSED IN-PATIENTS.  Fabre, L.F., Jr. and McLendon, D.M.. Current Therapeutic Research, 23(3):393-402, March, 1978.

50.  COMPARISON OF TRIAZOLAM 0.25MG AND FLURAZEPAM 30MG IN THE TREATMENT OF INSOMNIA.  Fabre, L.F., Jr. and Metzler, C.M., Clinical Therapeutics, 1:339-347, 1978.

*51.  NABILONE, A CANNABINOID, IN THE TREATMENT OF ANXIETY:  AN OPEN-LABEL AND DOUBLE-BLIND STUDY.  Fabre, L.F., Jr., McLendon, D.M. and Stark, P., Current Therapeutic Research, 24(2):161-169, July, 1978.

52.  A DOUBLE-BLIND COMPARISON OF CLORAZEPATE MONOPOTASSIUM (AZENE) WITH DIAZEPAM (VALIUM) IN THE TREATMENT OF ANXIOUS OUTPATIENTS.  Fabre, L.F., Jr. and McLendon, D.M., Current Therapeutic Research, 26(6):1019-1026, December, 1979.

53.  DOUBLE-BLIND COMPARISON OF KETAZOLAM ADMINISTERED ONCE A DAY WITH DIAZEPAM AND PLACEBO IN ANXIOUS OUT-PATIENTS.  Fabre, L.F., Jr., McLendon, D.M. and Gainey, A., Current Therapeutic Research, 24(8):875-883, December, 1978.

54.  A DOUBLE BLIND COMPARISON OF PRAZEPAM WITH DIAZEPAM, CHLORAZEPATE DIPOTASSIUM AND PLACEBO IN ANXIOUS OUT-PATIENTS.  Fabre, L.F., Jr., McLendon, D.M. and Mallette, A., The Journal of International Medical Research, 7(2):147-151, 1979.

B102

- 19 -

55. TRAZODONE EFFICACY IN DEPRESSION:  A DOUBLE-BLIND COMPARISON WITH IMIPRAMINE AND PLACEBO IN DAY-HOSPITAL TYPE PATIENTS.  Fabre, L.F., Jr., McLendon, D.M. and Gainey, A., Current Therapeutic Research, 25(6):827-834, June, 1979.

56. A COMPARISON OF TREBENZOMINE WITH CHLORDIAZEPOXIDE AND PLACEBO IN THE TREATMENT OF ANXIOUS-DEPRESSED OUT-PATIENTS.  Fabre, L.F., Jr. and McLendon, D.M., Current Therapeutic Research, 25(2):311-319, February, 1979.

*57. PRAZEPAM EFFICACY IN ANXIETY:  A DOUBLE-BLIND COMPARATIVE STUDY WITH DIAZEPAM, CHLORAZEPATE DIPOTASSIUM AND PLACEBO.  Fabre, L.F., Jr., McLendon, D.M. and Mallette, A., Current Therapeutic Research, 25(4):527-532, April, 1979.

*58. A DOUBLE-BLIND STUDY COMPARING THE EFFICACY AND SAFETY OF ALPRAZOLAM WITH DIAZEPAM AND PLACEBO IN ANXIOUS OUTPATIENTS.  Fabre, L.F., Jr. and McLendon, D.M., Current Therapeutic Research, 25:519-526, 1979.

59. COMPARISON OF THE THERAPEUTIC EFFECT, TOLERANCE, AND SAFETY OF KETAZOLAM AND DIAZEPAM ADMINISTERED FOR SIX MONTHS TO OUT-PATIENTS WITH CHRONIC ANXIETY NEUROSIS.  Fabre, L.F., Jr., McLendon, D.M. and Stephens, A.G., The Journal of International Medical Research, 9(3):191-198, 1981.

60. A DOUBLE BLIND STUDY COMPARING THE EFFICACY AND SAFETY OF ALPRAZOLAM WITH IMIPRAMINE AND PLACEBO IN PRIMARY DEPRESSION.  Fabre, L.F., Jr. and McLendon, D.M., Current Therapeutic Research, 27(5):474-482, March, 1980.

61. KETAZOLAM ADMINISTERED ONCE-A-DAY COMPARED TO CHLORAZEPATE T.I.D. AND PLACEBO IN A DOUBLE BLIND STUDY TO ANXIOUS OUT PATIENTS.  Fabre, L.F., Jr. and McLendon, D.M., Current Therapeutic Research, 25(6):710-720, June, 1979.

62. A DOUBLE-BLIND COMPARISON OF THE ANXIOLYTIC EFFICACY OF ALPRAZOLAM AND CHLORDIAZEPOXIDE HYDROCHLORIDE IN THE CHRONIC WITHDRAWAL PERIOD FROM ALCOHOL.  Fabre, L.F., Jr. and McLendon, D.M., Current Therapeutic Research, 26(4):430-439, October, 1979.

63. A DOUBLE BLIND COMPARISON OF ALPRAZOLAM WITH CHLORDIAZEPOXIDE IN THE TREATMENT OF ALCOHOL WITHDRAWAL.  McLendon, D.M. and Fabre, L.F., Jr., Current Therapeutic Research, 26:1019-1026, 1979.

64. A DOUBLE-BLIND COMPARISON OF THE EFFICACY OF ALPRAZOLAM, CHLORDIAZEPOXIDE HYDROCHLORIDE AND PLACEBO IN THE CHRONIC WITHDRAWAL PERIOD FROM ALCOHOL.  McLendon, D.M. and Fabre, L.F., Jr., Current Therapeutic Research, 28(3):427-433, September, 1980.

B103

- 20 -

65.  AN OPEN DOSE-FINDING STUDY OF MELPERONE IN NONPSYCHOTIC OUT-PATIENTS WITH ANXIETY.  Fabre, L.F., Jr. and Napoliello, M.J., _Current Therapeutic Research_, 30(3):427-433, September, 1981.

66.  THE EFFICACY AND SAFETY OF NABILONE (A SYNTHETIC CANNABINOID) IN THE TREATMENT OF ANXIETY.  Fabre, L.F., Jr. and McLendon, D.M., _The Journal of Clinical Pharmacology_, 21:377S-382S, 1981.

67.  LONG-TERM THERAPY FOR DEPRESSION WITH TRAZODONE.  Fabre, L.F., Jr. and Feighner, J.P., _The Journal of Clinical Psychiatry_, 44(1):17-21, January 1983.

68.  PRAZEPAM EFFICACY IN ANXIETY:  A DOUBLE-BLIND COMPARATIVE STUDY WITH DIAZEPAM, CHLORAZEPATE DIPOTASSIUM AND PLACEBO.  Fabre, L.F., Jr., McLendon, D.M. and Mallette, A., _Current Therapeutic Research_, 25(4), April, 1979.

69.  PHASE IV OUT-PATIENT COMPARISON STUDY OF PRAZEPAM AGAINST PLACEBO, DIAZEPAM AND CLORAZEPATE DIPOTASSIUM IN ANXIETY.  Fabre, L.F., Jr., McLendon, D.M. and Mallette, A., _Current Therapeutic Research_, 28(5):784-791, November, 1980.

70.  EFFICACY AND SAFETY OF HALAZEPAM IN MODERATE TO SEVERE ANXIETY.  Fabre L.F., Jr., Zisook. S. and Aden, G., _Postgraduate Medicine_, 49-57, 1981.

71.  A MULTICENTER EVALUATION OF BUPROPION VERSUS PLACEBO IN HOSPITALIZED DEPRESSED PATIENTS.  Fabre, L.F., Jr., Brodie, H.K., Garver, D. and Zung, W.K., _The Journal of Clinical Psychiatry_, 44(5):88-94, May, 1983.

72.  COMPARISON OF ALPRAZOLAM, IMIPRAMINE AND PLACEBO IN THE TREATMENT OF DEPRESSION.  Feighner, J.P., Fabre, L.F., Jr., Aden, G.C., Rickels, K. and Smith, W. T., _Journ. of Amer. Med. Assoc._, 249: No. 22, 3057-3064, June 10, 1983.

73.  THE EFFECT OF ALCOHOL ON ALDOSTERONE METABOLISM.  Fabre, L.F. Jr., Symposium Endocrinological Aspects of Ethanol Tolerance and Dependence, Sponsored by NIAAA and Washington University, T.J. Cicero et al Eds., _Government Printing Office in Press_.

74.  TOLERANCE TO REPEATED INTRAVENOUS DOSES OF RANITIDINE HC1 AND CIMENTIDINE HC1 IN NORMAL VOLUNTEERS.  Cohen, A. and Fabre, L.F., Jr., _Current Therapeutic Research_. 34(3):475-482, September, 1983.

75.  DROWSINESS SEDATION LEVELS IN ANXIOUS NEUROTIC OUTPATIENTS.  Fabre, L.F., Jr., Johnson, P.A. and Greenblatt, D.J., _Psychopharmacology Bulletin_, 20: No. 1, 128-136, 1984.

B104

- 21 -

76. THE EFFECTS OF ANTACID AND PROPANTHELINE ON THE ABSORPTION OF ORAL RANITIDINE.  Donn, K.H., Eshelman, F.N., Plachetka, J.R., Fabre, L.F., Jr. and Powell, J.R., Pharmacotherapy, 4(2):89-92, April, 1984.

77. EFFICACY OF FLUOXETINE IN OUTPATIENTS WITH MAJOR DEPRESSION.  Fabre, L.F., Jr. and Crismon, L., Current Therapeutic Research, 37(1):115-123, January, 1985.

78. TREATMENT OF DEPRESSION IN OUTPATIENTS:  A CONTROLLED COMPARISON OF THE ONSET OF ACTION OF AMOXAPINE AND MAPROTILINE.  Fabre, L.F., Jr., The Journal of Clinical Psychiatry, 46:521-524, 1985.

79. TRATAMIENTO PROLONGADO DE LA DEPRESION CON TRAZODONE, Louis F. Fabre, M.D., Ph.D. and John P. Feighner, CIPRYS Depression, Ano 4 - No. 9, 1985.

80. DOUBLE-BLIND COMPARISON OF BUSPIRONE WITH DIAZEPAM IN ANXIOUS PATIENTS. Fabre, L.F., Jr., Current Therapeutic Research, 41(5):751-759, May, 1987.

81. A FIXED-DOSE CLINICAL TRIAL OF FLUOXETINE IN OUTPATIENTS WITH MAJOR DEPRESSION.  Fabre, L.F., Jr. and Putman, H.P., III, The Journal of Clinical Psychiatry, 48(10):406-408, October, 1987.

82. AN ASCENDING SINGLE-DOSE TOLERANCE STUDY OF WY-45,030, A BICYCLIC ANTIDEPRESSANT, IN HEALTHY MEN.  Fabre, L.F., Jr. and Putman, H.P., III, Current Therapeutic Research, 42(5):901-909, November, 1987.

83. DEPRESSIVE SYMPTOMS AND INTELLECTUAL FUNCTIONING IN ANXIETY PATIENTS TREATED WITH CLORAZEPATE.  Fabre, L.F., Jr. and Putman, H.P., III, J. The Journal of Clinical Psychiatry, 49(5):189-192, May, 1988.

84. LA PRINCIPAL VENTAJA DE LA TRAZODONA RESPECTO A LOS ANTIDEPRESIVOS ANTERIORES ES SU SEGURIDAD.  Fabre, L.F. Forum Farma, No. 6:12, October, 1988.

*85. THE KINETIC AND DYNAMIC CHARACTERISTICS OF BENZODIAZEPINES IN THE TREATMENT OF ANXIETY.  Fabre, L.F.  Psychiatry and Psychobiology, Vol. 3/No. Special B, 175S-182S, 1988.

*86. UNITED STATES EXPERIENCE AND PERSPECTIVES WITH TRAZODONE.  Fabre, L.F. Clinical Neuropharmacology, Vol. 12, Suppl. 1, pp. S11-S17, 1989.

87. DOUBLE-BLIND, PLACEBO-CONTROLLED, FIXED DOSE TRIAL OF MINAPRINE IN PATIENTS WITH MAJOR DEPRESSION.  Amersterdam JD, Dunner DL, Fabre LF, Kiev A, Rush AJ and Goodman LI.  Pharmacopsychiatry, Vol. 22:137-143, 1989.

B105

- 22 -

88.  ANXIETY ASSOCIATED WITH DEPRESSION.  Rakel RE, Baughman OL, Fabre LF,
     Sheikh JI, Davidson J, Hirschfeld RA and Robinson DS.  Topics in
     Psychiatry for the Primary Care Physician, Vol I, No. 2,  Fall 1989.

89.  CHEMICAL DEPENDENCE AND ABUSE POTENTIAL OF ANXIOLYTIC DRUGS.  Batki SL,
     Baughman III O, Borison R, Fabre L and Steinberg J.  Topics in
     Psychiatry for the Primary Care Physician, Vol. I, No. 3, Winter 1990.

90.  EFFECTIVE PATIENT COMMUNICATION IN THE MANAGEMENT OF ANXIETY.  Batki SL,
     Baughman III O, Borison R, Fabre L and Steinberg J.  Topics in
     Psychiatry for the Primary Care Physician, Vol. I, No. 3, Winter 1990.

91.  PHARMACOLOGY OF ANXIOLYTIC AGENTS.  Batki SL, Baughman III O, Borison R,
     Fabre L and Steinberg J.  Topics in Psychiatry for the Primary Care
     Physician, Vol. I, No. 3, Winter 1990.

92.  SWITCHING FROM THERAPY WITH BENZODIAZEPINES.  Batki SL, Baughman III O,
     Borison R, Fabre L and Steinberg J.  Topics in Psychiatry for the
     Primary Care Physician, Vol. I, No. 3, Winter 1990.

93.  ANXIETY: DRUG USE. ABUSE, DEPENDENCE AND ADDICTION.  Batki SL, Baughman
     III O, Borison R, Fabre L and Steinberg J.  Topics in Psychiatry for the
     Primary Care Physician, Vol. I, No. 3, Winter 1990.

*94.  EFFECTS OF TRAZODONE ON INSOMNIA AND DEPRESSION.  Fabre LF.  Insomnia
      and Depression, Monograph published by Bristol-Myers Squibb Company, May
      1990.

*95.  CLINICAL EFFECTS OF THE 5HT-1A PARTIAL AGONIST BUSPIRONE:  A COMPOSITE
      ANALYSIS IN THE TREATMENT OF DEPRESSION.  Robinson DS, Rickels K,
      Feighner J, Fabre L. Gammans RE, Shrotriya RC, Alms DR, Andary J,
      Messina M.  The Journal of Clinical Psychopharmacology, Vol. 10 (Suppl.
      3), p. 67S-76S, June 1990.

*96.  GEPIRONE IN THE TREATMENT OF MAJOR DEPRESSION.  Jenkins SW, Robinson DS,
      Fabre LF, Andary JJ. Messina ME and Reich LA.  The Journal of Clinical
      Psychopharmacology, Vol. 10 (Suppl. 3), p. 77S-85S, June 1990.

*97.  LA BUSPIRONE DANS LE TRAITEMENT SYMPTOMATIQUE DU SEVRAGE ALCOOLIQUE
      AIGU.  Fabre LF, Vettraino JP and Stephens A and McLendon D.  Synapse,
      N$^o$ 64 Special, p. 32-37, Mai 1990.

*98.  EFFICACY OF BUSPIRONE IN DEPRESSION WITH AND WITHOUT MELANCHOLIA.  Fabre
      LF, Vettraino JP and Saucedo C.  Drug Therapy, Suppl:18-24, August,
      1990.

B106

- 23 -

99.  BUSPIRONE IN THE MANAGEMENT OF MAJOR DEPRESSION DISORDER:  A PLACEBO-
     CONTROLLED COMPARISON.  Fabre, LF.  The Journal of Clinical Psychiatry,
     51(9, suppl.):55-61, September 1990.

*100.  TRAZODONE DOSING REGIMEN - EXPERIENCE WITH SINGLE DOSING
     ADMINISTRATION.  Fabre LF.  The Journal of Clinical Psychiatry, 51(9,
     suppl.):23-26, September 1990.

*101.  THE TREATMENT OF ANXIETY.  Fabre, LF.  Advances in Therapy, Volume 7 No.
     6:334-343, November/December 1990.

*102.  DOUBLE-BLIND, MULTICENTER COMPARISON OF SERTRALINE AND AMITRIPTYLINE IN
     ELDERLY DEPRESSED PATIENTS.  Cohn CK, Shrivastava R, Mendels J, Cohn JB,
     Fabre LF, Claghorn JL, Dessain EC, Itil TM and Lautin A.  The Journal of
     Clinical Psychiatry, 51:12(suppl B), December 1990.

*103.  COMPARATIVE EFFICACY AND SAFETY OF NORTRIPTYLINE AND FLUOXETINE IN THE
     TREATMENT OF MAJOR DEPRESSION: A CLINICAL STUDY.  L Fabre, MB Scharf,
     and TM Itil.  The Journal of Clinical Psychiatry, 52(6, suppl):62-67,
     June 1991.

*104.  BUSPIRONE'S UTILITY IN DEPRESSION AND MELANCHOLIA.  Fabre LF.  The
     Wallingford CNS Academy - Proceedings Highlights 1990 Monograph, p 20.
     Bristol-Myers Squibb Company, 1991.

*105.  5-HT1A AGONISTS IN THE TREATMENT OF MAJOR DEPRESSION.  Fabre LF.  The
     Journal of Clinical Psychiatry, Advances in Psychiatric Treatment
     Monograph Series. Vol. 1(No. 1):25-28, 1991.

106.  BUSPIRONE IN MANAGEMENT OF MAJOR DEPRESSION (ABSTRACT).  Fabre LF.
     Psychiatry Digest. 6:30, 1991.

*107.  COMPARATIVE EFFICACY AND SAFETY OF NORTRIPTYLINE AND FLUOXETINE IN THE
     TREATMENT OF MAJOR DEPRESSION: A CLINICAL STUDY (ABSTRACT).  L Fabre, MB
     Scharf, and TM Itil.  Digest of Neurology and Psychiatry, Series 59:261,
     November-December, 1991.

*108.  SERTRALINE AND THE ELDERLY (ABSTRACT).  Fabre LF. Biological Psychiatry,
     Volume 2, International Congress Series 968:866-867, 1991.

*109.  VENLAFAXINE IN DEPRESSED OUTPATIENTS.  Khan A, Fabre LF and Rudolph R.
     Psychopharmacology Bulletin, Vol 27. No. 2, 1991.

B107

- 24 -

110. A COMPARISON OF PAROXETINE, IMIPRAMINE AND PLACEBO IN DEPRESSED
     OUTPATIENTS.  Dunbar GC, Cohn JB, Fabre LF, Feighner JP, Fieve RR,
     Mendels J and Shrivastava RK.  The British Journal of Psychiatry,
     159:394-398, 1991.

*111. A SIX-WEEK, DOUBLE-BLIND TRIAL OF PAROXETINE, IMIPRAMINE, AND PLACEBO IN
      DEPRESSED OUTPATIENTS.  Fabre LF. The Journal of Clinical Psychiatry,
      53(2 suppl):40-43, 1992.

*112. USE OF BUSPIRONE IN PATIENTS WITH GENERALIZED ANXIETY DISORDER AND
      COEXISTING DEPRESSIVE SYMPTOMS: A META-ANALYSIS OF EIGHT RANDOMIZED,
      CONTROLLED STUDIES.  Gammans RE, Stringfellow JC, Hvizdos AJ, Seidehamel
      RJ, Cohn JB, Wilcox CS, Fabre LF, Pecknold JC, Smith WT, and Rickels K.
      Neuropsychobiology, Vol. 25, May, 1992.

113. MULTICENTER DOUBLE-BLIND COMPARISON OF BUSPIRONE WITH THE BENZODIAZE-
     PINES, ALPRAZOLAM AND LORAZEPAM, IN ANXIOUS PATIENTS.  Fabre, L.F., et
     al.  Submitted for publication to The Journal of Affective Disorders.

114. SERTRALINE SAFETY AND EFFICACY IN MAJOR DEPRESSION - A DOUBLE-BLIND
     FIXED DOSE MULTISITE COMPARISON WITH PLACEBO.  Fabre LF, Abuzzahab FS,
     Amin M, Claghorn JL, Mendels J, Petrie WM, Dube' S and Small JG.
     Submitted for publication to The British Journal of Psychiatry.

*115. AUGMENTATION OF ANTIDEPRESSANT RESPONSE AND IMPLICATIONS FOR COMBINATION
      THERAPY.  Fabre LF.  Submitted for publication to Postgraduate Medicine.

B108

– 25 –

Papers Presented at National and International Meetings (Abstracts)

(*See Publications)

* 1.   EFFECT OF QUINONES ON ALDOSTERONE SECRETION.  Farrell, G.L.. Fabre, L.F., Jr. and McIsaac, W.M., Proc. 47th Annu. Mtg. Endocr. Soc., 1964.

  2.   GAS-LIQUID CHROMATOGRAPHY WITH QUANTITATIVE ELECTRON CAPTURE ANALYSIS OF ALDOSTERONE AND CORTISOL FROM BLOOD.  Fabre, L.F., Jr., Smith, R.E. and Farrell, G.L., Physiol., 10:164, 1967.

  3.   ALDOSTERONE SECRETION RATES IN FIVE DAY POSTOPERATIVE NEPHRECTOMIZED DOGS.  Farrell, G.L. and Fabre, L.F., Jr., Physiol., 10:166, 1967.

  4.   BENZOQUINONE INHIBITION OF ADENAL STERIODOGENESIS.  Fabre, L.F., Jr., Dissertation Abstracts, 27(10):365IVC, 1967.

* 5.   QUANTITATIVE ANALYSIS OF ALDOSTERONE AND CORTISOL FROM BLOOD BY GAS CHROMATOGRAPHY AND C TRACERS.  Fabre, L.F., Jr. and Farrell, G.L., Proc. 12th Annu. Symp. in Adv. in Tracer Meth., 1967.

* 6.   ALDOSTERONE SECRETION IN RESPONSE TO HEMORRHAGE.  Fabre, L.F., Jr., Turner, C., Smith, R. and Farrell, G.L., Excerpta Medica., 157:206, 1968.

* 7.   ISOLATION OF 7-DEHYDROCHOLESTEROL AND VITAMIN D FROM HUMAN SKIN. Rauschkolb, E.W. and Fabre, L.F., Jr., Proc. 29th Mtg. Soc. for Invest. Derm., 2:24, 1968.

* 8.   DETERMINATION OF ALDOSTERONE AND TETRAHYDROALDOSTERONE IN BLOOD BY ELECTRON CAPTURE GAS CHROMATOGRAPHY.  Fabre, L.F., Jr., Fenimore, D.C., Farmer, R.W., Davis. H.W. and Farrell, G.L., 5th Inter. Symp. in Adv. in Chrom., 1969.

  9.   ETHANOL INHIBITION OF THE ALDOSTERONE RESPONSE TO HEMORRHAGE.  Fabre, L.F., Jr., Farmer. R.W., Davis, H.W., Cross, J. and Farrell. G.L., F.A.S.E.B., 38:635, 1969.

 10.   INSTABILITY OF MEMBRANE POTENTIAL IN AN EPILEPTIC PATIENT.  Roger, G., Fabre, L.F., Jr.. and Farrell, G.L., (Sponsored by A.C. Griffin), F.A.S.E.B., 28:892, 1969.

 11.   EFFECTS OF ETHANOL ON ALDOSTERONE SECRETION.  Fabre, L.F., Jr., Farrell, G.L., Davis, H.W. and Farmer, R.W., Proc. 51st Mtg. Endocr. Soc., 61:6, 1969.

B109

- 26 -

12.   ABOLITION OF GROWTH HORMONE ADIPOKINESIS BY PANCREATECTOMY.  Farmer, R.W., Loeffel, E.D., Ismail, K.V. and Fabre, L.F., Jr., (Introduced by E.W. Rauschkolb), 51st Mtg. Endocr. Soc., 6:141, 1969.

*13.   EFFECT OF ETHANOL ON ADRENOCORTICAL STERIOD SECRETION.  Fabre, L.F., Jr., Farmer, R.W. and Davis, H.W., Proc. 3rd Annu. Symp. Biol. Aspects of Alc., Houston, Texas, 1969.

*14.   IMMUNOASSAY OF ALDOSTERONE.  Farmer, R.W., Roup, W.G., Jr., Farrell, G.L. and Fabre, L.F., Jr., F.A.S.E.B., 2:828 Abs. (3315), 1970.

*15.   COMPUTER ASSISTED COLUMN CALIBRATION FOR GAS-LIQUID CHROMATOGRAPHY OF BIOLOGICAL COMPOUNDS.  Talbot, P., Pellizzari, E.D., Brown, J.H., Farmer, R.W. and Fabre, L.F., Jr., Proc. 6th Annu. Mtg. Chrom., 6:86, 1970.

16.   GAS-LIQUID CHROMATOGRAPHY AMINO ACID ANALYSIS OF NORMAL AND ABNORMAL HAIR.  Brown, J.H., Pellizzari, E.D., Fabre, L.F., Jr. and Rauschkolb, E.W., Proc. 31st Mtg. Soc. Invest. Derm., 6:12(5), 1970.

*17.   HYPERLYSINURIA WITH HYPERAMMONEMIA.  Brown, J.H., Fabre, L.F., Jr., Farrell, G.L. and Adams, E.D., Clin. Rsch., 2:452, 1970.

18.   GAS CHROMATOGRAPHIC ANALYSIS OF AMINO ACIDS IN HUMAN PLASMA.  Pellizzari, E.D., Brown, J.H., Farmer, R.W., Talbot, P.L. and Fabre, L.F., Jr., Clin. Rsch., 2:462, 1970.

19.   THE EFFECTS OF ETHANOL ON HUMAN URINARY ALDOSTERONE EXCRETION.  Fabre, L.F., Jr., Farmer, R.W., Pellizzari, E.D. and Farrell, G.L., Clin. Rsch., 2:359, 1970.

*20.   RADIOIMMUNOASSAY OF ALDOSTERONE.  Farmer, R.W., Roup, W.G., Jr., Pellizzari, E.D. and Fabre, L.F., Jr., Proc. 52nd Mtg. Endocr. Soc., 145:109, 1970.

*21.   ADRENAL RESPONSE TO ALCOHOL:  MINERALOCORTICOID METABOLISM.  Fabre, L.F., Jr., Farmer. R.W., Pellizzari, E.D. and Mendelson, J.H., Conf. Recent Adv. In Alcoholism, (by invitation), Washington, D.C., 1970.

*22.   GROWTH HORMONE DOES NOT CAUSE GLUCAGON SECRETION.  Farmer, R.W., Fabre, L.F., Jr., Sugase, T., Nonaka, K and Foa, P.P., (introduced by R.A. Higgins), Proc. A.P.S. 21st Mtg., 1970.

23.   THE EFFECT OF ETHANOL ON ALDOSTERONE SECRETION IN MAN.  Fabre, L.F., Jr., Farmer, R.W., Pellizzari, E.D. and Farrell, G.L., Proc. A.P.S. 21st Mtg., 129:26, 1970.

B110

- 27 -

*24.   PLASMA AMINO ACID ANALYSIS BY GAS-LIQUID CHROMATOGRAPHY.  Pellizzari,
       E.D., Brown, J.H., Farmer, R.W. and Fabre, L.F., Jr., Proc. A.C.S. Reg.
       Mtg., 111:34, 1970.

 25.   SERUM INSULIN LEVELS DURING ORAL GLUCOSE TOLERANCE TEST IN CHRONIC
       ALCOHOLICS.  Farmer, R.W., Farrell, G.L., Pellizzari, E.D. and Fabre,
       L.F., Jr., Proc. F.A.S.E.B. 55th Annu. Mtg., 35:350 Abs., 1971.

 26.   PERIPHERAL SERUM BILE ACID LEVELS IN NORMAL AND ALCOHOLIC SUBJECTS.
       Fabre, L.F., Jr., Medlin, J., O'Neil, F.S. and Pellizzari, E.D., Tex.
       Med., 67:6, 1971.

*27.   METABOLIC DISEASE IN MENTAL RETARDATION - A STUDY IN TEXAS.  Farrell,
       G.L., Johnson, R., Fabre, L.F., Jr., Farmer, R.W., Pellizzari, E.D. and
       Stephenson, M., 3rd Conf. Clinic. Delineation of Birth Def., John
       Hopkins Hospital, Baltimore, MD, 1971.

 28.   THE EFFECTS OF CHLESTYRAMINE UPON SERUM BILE ACIDS IN HEALTHY
       VOLUNTEERS.  O'Neil, F.S., Fabre, L.F., Jr., Pellizzari, E.D., Medlin,
       J. and Kelsey, J.R., Gastroentrology, 60(4):702, 1971.

*29.   A RAPID RADIOMMUNOASSAY (RIA) FOR ALDOSTERONE.  Farmer, R.W., Roup,
       W.G., Jr., Pellizzari, E.D. and Fabre, L.F., Jr., Proc. 53rd Annu. Mtg.
       Endocr. Soc., 101:A-93, 1971.

 30.   ABOLITION OF GROWTH HORMONE LIPOLYSIS BY HEXAMTHONIUM GANGLIONIC
       BLOCKADE.  Farmer, R.W., Pellizzari, E.D. and Fabre, L.F., Jr., Proc.
       A.P.S. 22nd Annu. Mtg., 1971.

*31.   ABNORMAL TESTOSTERONE EXCRETION IN MALE ALCOHOLICS.  Fabre, L.F., Jr.,
       Pellizzari, E.D., Pasco, P.J. and Farmer, R.W., 22nd Autumn Mtg. A.P.S.,
       1971.

*32.   ABNORMAL TESTOSTERONE EXCRETION IN MALE ALCOHOLICS.  Fabre, L.F., Jr.,
       Pellizzari, E.D. and Farmer, R.W., 5th World Cong. of Psychia., 1971.

*33.   FAILURE OF GROWTH HORMONE TO STIMULATE GLUCAGON SECRETION.  Farmer,
       R.W., Pellizzari, E.D., Fabre, L.F., Jr., Nonaka, K., Sugase, T. and
       Foa, P.P., P.S.E.B.M., 138(2):491, 1971.

 34.   SYNTHESIS OF 3-(O-CARBOXMETHYLENE) OXIMINO-11 BETA, 18-EPOSY-ANDROST-4-
       ENE-17 BETA, 18 CARBOLACTONE (AGLO) AS A HAPTENIC ANTIGEN.  Cross, J.H.,
       Pellizzari, E.D., Fabre, L.F., Jr. and Farmer, R.W., Reg. Mtg. A.C.S.,
       1971.

B111

- 28 -

*35.   CORTICOSTERIOD METABOLISM IN CHRONIC ALCOHOLICS.  Fabre, L.F., Jr.,
       Pellizzari, E.D., Farmer, R.W., Fleischer, N.S., Mello, M.K., Wolin, A.
       and Mendelson, J.H., Jr., Fall Met. A.S.P.E.T. and D.M.C.A.C.S.
       Pharmacol., 13:2, 1971.

36.    ENDOCRINE ABNORMALITIES IN MALE ALCOHOLICS.  Fabre, L.F., Jr., Brown,
       J.H., Howard, P.Y. and Farmer, R.W., T.M.A. Annu. Session, May 11-14,
       1972.

37.    PERIPHERAL SERUM BILE ACID LEVELS IN RESPONSE TO ORAL FEEDINGS.  Fabre,
       L.F., Jr., O'Neil, F.S., Farmer, R.W., Howard, P.Y. and Brown, J.H.,
       T.M.A. Annu. Session, May 11-14, 1972.

38.    RENAL TRANSPORT OF BASIC AMINO ACIDS.  Brown, J.H., Farrell, G.L. and
       Fabre, L.F., Jr., Clin. Res., 1971.

*39.   LACK OF EFFECT OF GROWTH HORMONE ON PLASMA FREE FATTY ACIDS AFTER SPINAL
       CORD SECTION, Farmer, R.W., Howard, P.Y. and Fabre, L.F., Jr., Clin.
       Res., 20(3), 1972.

40.    BIOCHEMICAL AND METABOLIC ASPECTS OF ALCOHOLISM.  Fabre, L.F., Jr.,
       Farmer, R.W., Roach, M.K., Fritchie, G.E. and McIsaac, W.M., Nat'l.
       Council on Alcoholism Annu. Mtg., April 11-12, 1972.

*41.   ABNORMAL ANDROGEN METABOLISM IN MALE ALCOHOLIC SUBJECTS.  Fabre, L.F.,
       Jr., Brown, J.H., Howard, P.Y. and Farmer, R.W., 5th Int'l. Congress
       Pharm., 1972.

42.    ANDROGEN METABOLISM IN ALCOHOLICS.  Fabre, L.F., Jr. (presented by P.Y.
       Howard), T.M.A. Annu. Session, May 11-12, 1972.

43.    PLASMA TESTOSTERONE AND SIX HORMONE BINDING GLOBULIN (SGB) IN ALCOHOLIC
       SUBJECTS.  Liegel, J., Fabre, L.F., Jr., Howard, P.Y. and Farmer, R.W.,
       Physiol., 15(3):198, 1972.

*44.   RADIOIMMUNOASSAY (RIA) OF ALDOSTERONE WITHOUT CHROMOTOGRAPHY.  Farmer,
       R.W., Brown, D.H., Howard, P.Y. and Fabre, L.F., Jr., Clin. Rsch., 1972.

*45.   RADIOIMMUNOASSAY (RIA) OF PLASMA ALDOSTERONE WITH NO CHROMOTOGRAPHY.
       Farmer, R.W., Brown, D.H. and Fabre, L.F., Jr., 57th Annu. Mtg.,
       F.A.S.E.B., April 15-20, 1973.

46.    EVIDENCE FOR THE FEEDBACK OF DEHYDROEPIANDROSTERONE (DHA) UPON THE
       PINEAL IN MICE.  Farmer, R.W. and Fabre, L.F., Jr., Clin. Rsch.,
       XXII(2):236A, 1974.

B112

- 29 -

47.  ACUTE EFFECTS OF ETHANOL ON PLASMA ALDOSTERONE, CORTASOL AND RENIN IN NORMAL YOUNG MEN.  Farmer, R.W. and Fabre, L.F., Jr., Intern'l. Rsch. Comm. Syst., 1974.

48.  AN ANALYSIS OF CLINICAL FACTORS IN THE ABUSE POTENTIAL OF NEW ANTI-ANXIETY AND ANTI-DEPRESSANT DRUGS.  Fabre, L.F., Jr. and Harris, R.T., Brooklodge Conf. in Hypnotics, Sponsored by Up-John Co., Kalamazoo, Michigan, July 24-26, 1974.

*49.  BIOCHEMICAL AND METABOLIC ASPECTS OF ALCOHOLISM.  Fabre, L.F., Jr., Farmer, R.W., Roach, M.K., Fritchie, G.E. and McIsaac, W.M., Abs. Series, Inst. for Dokumentation and Information on Sozialmedizin and Offentliches Gesundheitswesen, Bielelfeld, West Germany, 1974.

50.  PSYCHOLOGICAL PATTERNS IN PILOTS LEADING TO AIRCRAFT ACCIDENTS.  Fabre, L.F., Jr., Texas Medical Association 108th Annual Session, San Antonio, Texas, May 1-4, 1975.

51.  PSYCHOLOGICAL PATTERNS IN PILOTS LEADING TO AIRCRAFT ACCIDENTS.  Fabre, L.F., Jr., Intern'l. Cong. of Aviation and Space Med., Acapulco, Mexico, September 29-October 2, 1975.

52.  NURSING ASSISTANCE IN PSYCHARMACOTHERAPY.  Fabre, L.F., Jr. and Gainey, A., VI World Congress of Social Psychiatry, Opatija, Yugoslavia, October 4-10, 1976.

*53.  A DOUBLE BLIND CLINICAL TRIAL OF WELLBATRIN - A NOVEL ANTIDEPRESSANT. Fabre, L.F., Jr., McLendon, D.M. and Mallette, A., Seventy-Eighth Annu. Mtg. of the American Soc. for Clinical Pharm. and Thera., March, 1977.

*54.  DOUBLE BLIND CLINICAL TRIAL OF AMOXAPINE COMPARED WITH IMIPRAMINE AND PLACEBO IN OUT-PATIENTS WITH DEPRESSIVE ILLNESS.  Fabre, L.F., Jr., VI World Cong. of Psychiatry, Honolulu, Hawaii, September, 1977.

*55.  A DOUBLE BLIND CLINICAL TRIAL OF LENPERONE IN OUT-PATIENTS WITH ANXIETY.  Fabre, L.F., Jr., Dent, W. and Cummings, W., VI World Cong. of Psychiatry, Honolulu, Hawaii, September, 1977.

*56.  DOUBLE BLIND STUDY OF KETAZOLAM, DIAZEPAM AND PLACEBO IN ANXIOUS OUT-PATIENTS.  Fabre, L.F., Jr., McLendon, D.M. and Gainey, A., ASCPT 79th Annu. Mtg., Atlanta, Georgia, March 29-31, 1978.

*57.  PRAZEPAM EFFICACY IN ANXIETY.  Fabre, L.F., Jr., Mallette, A., McLendon, D.M. and Rickels, K., 11th C.I.N.P. Cong. Collegium Int'l. Neuro-Psychopharmacologium, Vienna, Austria, July 9-14, 1978.

B113

- 30 -

*58.    COMPARISON OF TRIAZOLAM AND PLACEBO IN THE TREATMENT OF INSOMNIA AND ANXIETY IN OUT-PATIENTS WITH ANXIETY NEUROSIS.  Fabre, L.F., Jr., McLendon, D.M. and Purpura, R., <u>American College of Clinical Pharmacology</u>, San Francisco, California, April 26-29, 1978.

*59.    DOUBLE BLIND TRIAL OF AMOXAPINE COMPARED WITH IMIPRAMINE AND PLACEBO IN OUT-PATIENTS WITH DEPRESSIVE ILLNESS.  Fabre, L.F., Jr., <u>Psychiatry Digest</u>, January, 1978.

*60.    DOUBLE BLIND CLINICAL TRIAL OF WELLBATRIN - A NOVEL ANTIDEPRESSANT. Fabre, L.F., Jr., McLendon, D.M. and Mallette, A., <u>Psychiatry Digest</u>, May, 1978.

*61.    CLINICAL AND PRECLINICAL PHARMACOLOGY OF A SYNTHETIC CANNABINOID, NABILONE (LILLY COMPOUND 109514).  Stark, P., Fabre, L.F., Jr., Newell, F.W and Einhorn, L., <u>11th Cong. Collegium Int'l. Neuro-Psychopharmacologium</u>, Vienna, Austria, July 9-14, 1978.

*62.    COMPARISON OF TRIAZOLAM 0.25MG. AND FLURAZEPAM #1.0MG. IN THE TREATMENT OF INSOMNIA.  Fabre, L.F., Jr., McLendon, D.M. and Metzler, C., <u>7th Int'l. Cong. of Pharm.</u>, Paris, France, July 16-21, 1978.

63.    OPEN LABEL IN-PATIENT EVALUATION OF A NEW ANXIOLYTIC - FENOBAM.  Fabre, L.F., Jr. and McLendon, D.M., <u>Clinical Rsch.</u>, 25(3).

64.    WHAT IS ANXIETY?  Schmatolla, E., McLendon, D.M. and Fabre, L.F., Jr., <u>7th Int'l. Cong. of Social Psychiatry</u>, Lisbon, Portugal, October 8-14, 1978.

65.    SOCIAL ASPECTS OF ANXIETY.  Fabre, B.M., Gainey, A. and Fabre, L.F., Jr., <u>7th Int'l. Cong. of Social Psychiatry</u>, Lisbon, Portugal, October 8-14, 1978.

66.    PHARMACOTHERAPY OF ANXIETY.  Fabre, L.F., Jr. and McLendon, D.M., <u>7th Int'l. Cong. of Social Psychiatry</u>, Lisbon, Portugal, October 8-14, 1978.

67.    MIXED ANXIETY-DEPRESSION.  Fabre, L.F., Jr., <u>7th Int'l. Cong. of Soc. Psychiatry</u>, Lisbon, Portugal, October 8-14, 1978.

68.    ALPRAZOLAM EFFICACY IN ANXIETY.  Fabre, L.F., Jr., <u>ASCPT 80th Annual Meeting</u>, Kansas City, Missouri, March 21-23, 1979.

*69.    A DOUBLE BLIND STUDY COMPARING THE EFFICACY AND SAFETY OF ALPRAZOLAM WITH IMIPRAMINE AND PLACEBO IN PRIMARY DEPRESSION.  Fabre, L.F., Jr., <u>American College of Clin. Pharm.</u>, Washington, D.C., May 3-4, 1979.

B114

- 31 -

*70.  COMPARISON OF THE THERAPEUTIC EFFECT, TOLERANCE AND SAFETY OF KETAZOLAM AND DIAZEPAM ADMINISTERED FOR SIX MONTHS TO OUT-PATIENTS WITH CHRONIC ANXIETY NEUROSIS.  Fabre, L.F., Jr., <u>American College of Clin. Pharm.</u>, Washington, D.C., May 14-16, 1980.

*71.  PRAZEPAM EFFICACY IN ANXIETY.  Fabre, L.F., Jr., <u>12th Cong. Collegium Int'l. Neuropsychopharmacologium</u>, Gothenburg, Sweden, June 22-26, 1980.

72.  VALIUM AND AZENE EFFICACY AND PLASMA LEVELS IN ANXIETY.  Fabre, L.F., Jr., McLendon, D.M. and Greenblatt, D., <u>1st World Conf. on Clin. Pharm. and Ther.</u>, London, England, July 6-9, 1980.

*73.  THE EFFICACY AND SAFETY OF CANNABINOID NABILONE (A SYNTHETIC CANNABINOID) IN THE TREATMENT OF ANXIETY.  Fabre, L.F., Jr., <u>Ther. Progress in Cannabinoid Rsch.</u>, A symposium sponsored by Pfizer, Groton, Connecticut, October 20-21, 1980.

*74.  A MULTI-CENTER EVALUATION OF BUPROPION VERSUS PLACEBO IN HOSPITALIZED DEPRESSED PATIENTS.  Fabre, L.F., Jr., Brodie, H.K.H., Garver, D. and Zung, W.W.K., <u>An Approach to Dilemmas in the Pharmacotherapy of Depression:  A New Generation Antidepressant.</u>  Symposium sponsored by Duke University Medical Center, Orlando, Florida, February 4-5, 1982.

75.  AN OPEN TRIAL OF LOFEXIDINE IN PATIENTS WITH SYMPTOMS OF ALCOHOL WITHDRAWAL.  Fabre, L.F., Jr., Reed, N. and Cawein, M., <u>Clin. Res.</u>, 1983.

76.  THE EFFECT OF ALCOHOL ON ALDOSTERONE SECRETION AND METABOLISM. Fabre, L.F., Jr., Symposium Endocrinological Aspects of Ethanol Tolerance and Dependence, sponsored by NIAAA and Washington University, Kansas City, Missouri, September 13, 1982.

77.  CURRENT RESEARCH:  ANTIANXIETY AGENTS.  Psychiatric Perspectives "83", sponsored by Orlando Regional Medical Center and the University of Florida, March 11-12, 1983.

78.  CURRENT RESEARCH:  NEW ANTIDEPRESSANT AGENTS.  Psychiatric Perspectives "83", sponsored by Orlando Regional Medical Center and the University of Florida, March 11-12, 1983.

79.  DROWSINESS-SEDATION LEVELS IN ANXIOUS NEUROTIC OUTPATIENTS.  NCDEU Annual Meeting, sponsored by the National Institute of Mental Health, May 30 - June 2, 1983.

*80.  DROWSINESS-SEDATION LEVELS IN ANXIOUS NEUROTIC OUTPATIENTS.  Fabre, L.F., Jr., Johnson, P.A. and Greenblatt, D.J., <u>II World Conference on Clinical Pharmacology & Therapeutics</u>, Washington, D.C., August 3, 1983.

B115

– 32 –

81.  A COMPARISON OF THREE-TIMES DAILY AND SINGLE NIGHTTIME DOSAGE OF
     PRAZEPAM IN ANXIOUS NEUROTIC OUTPATIENTS.  Fabre, L.F., Jr., Johnson,
     P.A. and Greenblatt, D.J., American Academy of Family Physicians, Miami,
     Florida, October 10, 1983.

82.  TRAZODONE TREATMENT OF CHRONIC DEPRESSION.  Louis F. Fabre, Jr., M.D.,
     Ph. D., Asociacion Argentina De Psiquiatria Biologica, Buenos Aires,
     Argentina, September 2, 1985.

83.  ANXIETY:  DIAGNOSIS AND CURRENT TREATMENT PERSPECTIVES.  Louis F. Fabre,
     M.D., Ph. D., Texas Academy of Physician Assistants, Corpus Christi,
     Texas, September 14, 1985.

*84.  THE KINETIC AND DYNAMIC CHARACTERISTICS OF BENZODIAZEPINES IN THE
     TREATMENT OF ANXIETY.  Louis F. Fabre, M.D., Ph.D., Clinical and
     Cognitive Aspects of Anxiety, a symposium sponsored by Laboratories
     Substantia and Warner-Lambert Company, Paris, France, January 28, 1988.

85.  DIFFERENTIAL DIAGNOSIS AND CURRENT TREATMENT OF ANXIETY.  Louis F.
     Fabre, M.D., Ph.D.  Buspirone Symposium sponsored by Bristol-Myers
     Company and Boryung Pharmaceuticals.  Seoul Korea, June 24, 1988 and
     Pusan Korea, June 25, 1988.

*86.  A STUDY OF PAROXETINE, IMIPRAMINE, AND PLACEBO IN THE TREATMENT OF
     DEPRESSED OUTPATIENTS.  Louis F. Fabre, M.D., Ph.D.  XVIth Collegium
     Internationale Neuro-Psychopharmacologicum Congress.  Munich, West
     Germany, August 15-19, 1988.

*87.  UNITED STATES EXPERIENCE AND PERSPECTIVES WITH TRAZODONE.  Louis F.
     Fabre, M.D., Ph.D.  Symposium on "Trazodone An Antidepressant With
     Adrenolytic Activity" sponsored by Aziende Chimiche Riunite Angelini
     Francesco A.C.R.A.F. S.p.A.  Munich, West Germany, August 15, 1988.

*88.  TRAZODONE DOSING REGIMEN – EXPERIENCE WITH SINGLE DOSING
     ADMINISTRATION.  Louis F. Fabre, M.D., Ph.D.  Symposium on "Insights in
     the Use of Trazodone in Depressed Patients".  VIIIth World Congress of
     Psychiatry.  Athens Greece, October 12-19, 1989.

*89.  BUSPIRONE IN THE SYMPTOMATIC TREATMENT OF ACUTE ALCOHOL WITHDRAWAL
     (ABSTRACT).  Louis F. Fabre, M.D., Ph.D., Julie Powers Vettraino, RN,
     MSN, Allison Stephens, RN and David McLendon, Ph.D.  VIIIth World
     Congress of Psychiatry.  Athens Greece, October 12-19, 1989.

90.  SERTRALINE TREATMENT OF GERIATRIC MAJOR DEPRESSION COMPARED WITH
     AMITRIPTYLINE.  Louis F. Fabre, M.D., Ph.D.  Symposium on "Serotonin
     Reuptake Inhibition in the Management of Depression".  VIIIth World
     Congress of Psychiatry.  Athens Greece, October 12-19, 1989.

B116

- 33 -

*91.   DOUBLE-BLIND, MULTICENTER COMPARISON OF SERTRALINE AND AMITRIPTYLINE IN ELDERLY DEPRESSED PATIENTS.  Cohn CK, Shrivastava R, Mendels J, Cohn JB, Fabre LF, Claghorn JL, Dessain EC, Itil TM and Lautin A. Symposium on "Serotonin Reuptake Inhibition in the Management of Depression".  VIIIth World Congress of Psychiatry.  Athens Greece, October 12-19, 1989.

*92.   THE TREATMENT OF ANXIETY.  Louis F. Fabre, M.D., Ph.D.  Symposium on "New Horizons in Anxiety Therapy", sponsored by Science & Medicine Canada.  Vancouver, British Columbia, November 18, 1989.

*93.   GEPIRONE IN THE TREATMENT OF MAJOR DEPRESSION.  Jenkins SW, Robinson DS, Fabre LF, Andary JJ, Messina ME and Reich LA.  American College of Neuropsychopharmacology (ACNP) 1989 Annual Meeting.  Maui, Hawaii, December 10-15, 1989.

*94.   USE OF BUSPIRONE IN DEPRESSION WITH AND WITHOUT MELANCHOLIA (ABSTRACT). Louis F. Fabre, M.D., Ph.D.  Symposium, Mead Johnson Pharmaceuticals' Visiting Faculty Program Meeting.  Scottsdale, Arizona, March 9-10, 1990.

*95.   BUSPIRONE'S UTILITY IN DEPRESSION AND MELANCHOLIA.  Fabre Louis Fabre. "The Wallingford CNS Academy" meeting, Bristol-Myers Squibb Company. New York, New York, May 11, 1990.

*96.   COMBINED BUSPIRONE-FLUOXETINE IN SEVERE DEPRESSION (ABSTRACT).  Louis F. Fabre, M.D., Ph.D., Julie Powers Vettraino, RN, MSN and Cynthia Saucedo, M.D.  American Psychiatric Association 143rd Annual Meeting.  New York, New York, May 12-17, 1990.

97.   A DOUBLE-BLIND, PLACEBO-CONTROLLED STUDY OF CITALOPRAM IN MAJOR DEPRESSIVE DISORDER (ABSTRACT).  Joseph Mendels, Louis Fabre, and Ari Kiev.  NCDEU 30th Annual Meeting.  Key Biscayne, Florida, May 29-June 1, 1990.

*98.   VENLAFAXINE IN DEPRESSED OUTPATIENTS (ABSTRACT).  Arif Khan, Louis Fabre, Stephen Dager and David Dunner.  NCDEU 30th Annual Meeting. Key Biscayne, Florida, May 29-June 1, 1990.

99.   DEPRESSION IN THE ELDERLY.  Louis F. Fabre, M.D., Ph.D.  Scientific Session, Recent Advances in Psychopharmacology.  Ontario Medical Association 110th Annual Meeting, sponsored by Pfizer Canada Inc. Toronto, Ontario Canada, June 4-8, 1990.

100.   ICI 204,636, A NOVEL ATYPICAL ANTIPSYCHOTIC: EARLY INDICATION FOR SAFETY AND EFFICACY IN MAN (ABSTRACT).  L. Fabre, V. Slotnick, V. Jones, G. Murray and J. Malick.  17th Collegium Internationale Neuro-Psychopharmacologicum Congress.  Kyoto, Japan, September 10-14, 1990.

B117

- 34 -

*101.   5HT1A AGONISTS IN THE TREATMENT OF MAJOR DEPRESSION (ABSTRACT). Louis Fabre.  "Serotonin and Depression: Neuropharmacology and New Dimensions in Treatment" Satellite Symposium, Bristol-Myers Squibb Company.  Kyoto, Japan, September 13, 1990.

*102.   COMPARATIVE EFFICACY AND SAFETY OF NORTRIPTYLINE AND FLUOXETINE IN THE TREATMENT OF MAJOR DEPRESSION: A CLINICAL STUDY.  LF Fabre, MB Scharf, and TM Itil.  "The Clinician's Challenge: Strategies for Treatment of Depression in the 1990's" Symposium, sponsored by Sandoz Pharmaceuticals Corporation.  Phoenix, Arizona, February 15, 1991.

103.   THE DIAGNOSIS AND TREATMENT OF ANXIETY AND RELATED DISORDERS.  Louis Fabre.  Symposium sponsored by Bristol-Myers Squibb (Pty) Limited South Africa.  Eastern Transvaal, South Africa, February 22-23, 1991.

104.   THE PSYCHOPHARMACOLOGIC TREATMENT OF DEPRESSION.  Louis Fabre. Symposium sponsored by Bristol-Myers Squibb (Pty) Limited South Africa. Eastern Transvaal, South Africa, February 22-23, 1991.

105.   ZALOSPIRONE: A NEW SEROTONIN-1A PARTIAL ANTAGONIST - PHASE I STUDIES (ABSTRACT).  LF Fabre, S Troy, and AT Derivan.  NCDEU 31st Annual Meeting.  Key Biscayne, Florida, May 28-31, 1991.

*106.   SERTRALINE AND THE ELDERLY (ABSTRACT).  Louis Fabre.  "Serotonin and Psychiatry: The Role of Sertraline" Satellite Symposium, Pfizer International.  Florence, Italy, June 9, 1991.

*107.   A DOUBLE-BLIND MULTICENTER STUDY COMPARING THE SAFETY AND EFFICACY OF SERTRALINE WITH PLACEBO IN MAJOR DEPRESSION (ABSTRACT).  Louis Fabre. 5th World Congress of Biological Psychiatry.  Florence, Italy, June 10-14, 1991.

108.   BUSPIRONE IN THE TREATMENT OF MIXED ANXIETY-DEPRESSION.  Symposium "New Trends in the Treatment of Anxiety," sponsored by Bristol-Myers Squibb of Portugal.  Oporto and Lisbon, Portugal, November 22-23, 1991.

109.   THE TREATMENT OF ANXIETY, DEPRESSION AND RELATED DISORDERS WITH SPECIAL REFERENCE TO THE EFFICACY OF BUSPIRONE.  Symposium sponsored by Bristol-Myers Squibb.  Abu Dhabi, Dubai, and Al Ain, United Arab Emirates, December 15-17, 1991.

*110.   AUGMENTATION OF ANTIDEPRESSANT RESPONSE AND IMPLICATIONS FOR COMBINATION THERAPY.  Louis F. Fabre, M.D., Ph.D.  Symposium, Mead Johnson Pharmaceuticals' Visiting Faculty Program Meeting.  Tuscon, Arizona, February 20-23, 1992.

B118

- 35 -

111.  EFFICACY AND SAFETY OF BID DOSES OF VENLAFAXINE IN A DOSE-RESPONSE STUDY
      (ABSTRACT).  J Mendels, R Johnson, J Mattes, R Riesenberg, L Fabre, et
      al.  NCDEU 32nd Annual Meeting.  Boca Raton, Florida, May 26-29, 1992.

112.  ASCENDING SINGLE-DOSE SAFETY AND TOLERANCE OF WY-47,791 HCL, A NOVEL
      POTENTIAL ANTIPSYCHOTIC (ABSTRACT).  L Fabre, S Leventer, L Goodman, M
      Welch, A Baker, and A Derivan.  XVIII Collegium Internationale Neuro-
      Psychopharmacologicum Congress.  Nice, France, June 28-July 2, 1992.

113.  FLUVOXAMINE IN THE TREATMENT OF DEPRESSION.  A DOUBLE-BLIND COMPARISON
      WITH IMIPRAMINE AND PLACEBO IN OUTPATIENTS WITH MAJOR DEPRESSION
      (ABSTRACT).  L Fabre, J Vettraino, L Birkhimer, and V Houser.  XVIII
      Collegium Internationale Neuro-Psychopharmacologicum Congress.  Nice,
      France, June 28-July 2, 1992.

*114.  COMPOSITE EVALUATION OF PLACEBO CONTROLLED STUDIES IN PATIENTS WITH
       GENERALIZED ANXIETY DISORDERS (DSM III) AND COEXISTING DEPRESSIVE
       SYMPTOMS.  RE Gammans, AJ Hvizdos, RJ Seidehamel, JB Cohn, CS Wilcox,
       LF Fabre, JC Peckhold, WT Smith, and K Rickels.  XVIII Collegium
       Internationale Neuro-Psychopharmacologicum Congress.  Nice, France, June
       28-July 2, 1992.

115.  A MULTICENTER, OPEN PILOT TRIAL OF ICI 204,636 IN HOSPITALIZED PATIENTS
      WITH ACUTE PSYCHOTIC SYMPTOMATOLOGY (ABSTRACT).  LF Fabre and
      L Arvanitis.  International Congress on Schizophrenia Research.
      Colorado Springs, Colorado, April 17-21, 1993.

B119

- 36 -

Clinical Studies Performed With Louis F. Fabre, Jr., M.D., Ph.D.
as Principal Investigator

1.    Amoxapine Capsules.  To evaluate the therapeutic efficacy and side
effects of amoxapine in comparison with placebo and imipramine in
patients with depressive illness.  (Lederle Laboratories)

2.    U-33,030 and placebo comparison in patients with insomnia (14 day
study).  (The UpJohn Company)

3.    U-33,030 and placebo comparison in patients with insomnia (2 day study).
(The UpJohn Company)

4.    U-33,030 and flurazepam comparison in patients with insomnia (single-dose
cross-over study).  (The UpJohn Company)

5.    Double-Blind placebo controlled study of U-28,774 in anxiety.  (The
UpJohn Company)

6.    U-33,030 and flurazepam comparison in patients with insomnia (7 day
study).  (The UpJohn Company)

7.    Triazolam and placebo comparison in psychiatric patients with insomnia
(single-dose cross-over study).  (The UpJohn Company)

8.    Triazolam and placebo comparison in geriatric patients with insomnia
(single-dose cross-over study).  (The UpJohn Company)

9.    Triazolam and placebo comparison in psychiatric patients with insomnia (7
day study).  (The UpJohn Company)

10.   Triazolam (U-33,030) open label efficacy study in insomniac alcoholic
patients after withdrawal from alcohol (28 day study).  (The UpJohn
Company)

11.   Triazolam open label efficacy study in patients with insomnia (7 day
study).  (The UpJohn Company)

12.   Triazolam and flurazepam comparison in patients with insomnia (single-
dose cross-over study).  (The UpJohn Company)

13.   Comparison of alprazolam, Valium and placebo in the treatment of
anxiety.  (The UpJohn Company)

B120

- 37 -

14. Efficacy of Alprazolam in the treatment of anxiety in recovering alcoholic subjects.  (The UpJohn Company)

15. Efficacy of alprazolam in the treatment of neurotic depression.  (The UpJohn Company)

16. Comparison of ketazolam, diazepam and placebo in once a day vs. TID dosing.  (The UpJohn Company)

17. Open label evaluation of minimum effective dosage and tolerance of graded oral doses of nomifensin in depressed outpatients.  (Hoechst)

18. Open-label study to investigate the efficacy of AHR-2277 in the alleviation of anxiety and improvement in everyday functioning in anxious subjects.  (A. H. Robins Co.)

19. Triazolam and chloral hydrate comparison in patients with insomnia (single-dose cross-over study).  (The UpJohn Company)

20. Triazolam and flurazepam comparison in patients with insomnia.  (The UpJohn Company)

21. Comparison of lenperone (AHR-2277), diazepam and placebo, 28-day, double-blind study.  (A. H. Robins Co.)

22. Double-Blind comparative evaluation of efficacy and safety of a specific dose range of oral dose of HOE 984, imipramine and placebo in depressed outpatients.  (Hoechst)

23. Double-Blind, comparative evaluation of efficacy and safety of a specific dose range of oral doses of WIN 27,147-2, imipramine and placebo in depressed outpatients.  (Sterling-Winthrop)

24. Comparison of therapeutic effect, tolerance and safety of ketazolam and diazepam administered for six months to outpatients with chronic anxiety neurosis.  (The UpJohn Company)

25. Comparison of triazolam and placebo in the treatment of insomnia and anxiety in anxious outpatients.  (The UpJohn Company)

26. Comparison of ketazolam, clorazepate dipotassium and placebo in once a day vs. multiple daily dosing.  (The UpJohn Company)

27. Open rising dose efficacy/safety study of SCH 12679 in anxiety. (Schering Corp.)

B121

- 38 -

28. Evaluation of trazodone in the treatment of endogenous depression.  (Mead-
    Johnson Pharmaceuticals)

29. Wellbutrin phase II placebo controlled proof of efficacy.  Multi-clinic
    study.  (Burroughs- Wellcome Co.)

30. A comparative clinical trial of ripazepam, diazepam and placebo in the
    treatment of anxiety states.  (Parke-Davis)

31. Comparison of the antianxiety efficacy of alprazolam and chlor-
    diazepoxide hydrochloride in the chronic withdrawal period from alcohol.
    (The UpJohn Company)

32. Halazepam, SCH 12041, an anti-anxiety agent.  (Schering Corp.)

33. Alprazolam, imipramine and placebo in the treatment of neurotic
    depression.  (The UpJohn Company)

34. Phase II open study of MCN-3377 to establish efficacy in the treatment of
    non-psychotic patients with manifest anxiety.  (McNeil Laboratories)

35. A 14-28 day efficacy, safety and toleration study of SAH 48-104 to 75 mg
    BID vs. placebo in hospitalized depressed patients.  (Sandoz)

36. The Safety and effectiveness of long term oral administration of
    trazodone in depressive illness.  (Mead-Johnson Pharmaceuticals)

37. Comparison of triazolam, diazepam and placebo in the treatment of
    insomnia and anxiety in outpatients with anxiety neurosis.  (The UpJohn
    Company)

38. Phase II double-blind controlled study of McN3377 fenobam preparation and
    placebo to establish efficacy in the treatment of non-psychotic
    outpatients with manifest anxiety.  (McNeil Laboratories)

39. Phase II open label controlled study of nabilone in anxiety.  (Eli Lilly
    and Company)

40. A comparative clinical trial of trenbenzomine, chlordiazepoxide and
    placebo in the treatment of mixed affective-anxious disorders.  (Parke-
    Davis)

41. Phase II pilot open label study of brofoxine in anxiety.  (Adria Labs)

B122

- 39 -

42. Comparison of Halcion and placebo in the treatment of insomnia in depressed patients on tricyclic anti-depressants. (The UpJohn Company)

43. Phase IV outpatient comparison of Prazepam against placebo, diazepam and clorazepate in anxiety. (Warner Chilcott)

44. Evaluation of anti-anxiety and anti-anginal effects of peritrate 80 mg sustained action tablets with phenobarbitol. (Warner Chilcott)

45. Phase II double-blind comparison of WY-23,409 and placebo in depression. (Wyeth-Ayerst Laboratories)

46. Maintenance study of bromperidol in chronic schizophrenia. (Ortho Pharmaceutical Group)

47. Double-blind controlled study of McN-2453 Azepindole preparation and placebo to establish efficacy in the treatment of outpatients with depression. (McNeil Laboratories)

48. A double-blind study of the anxiolytic activity and safety of brofoxine in outpatients using a placebo controlled randomized parallel group design. (Adria Laboratories)

49. Comparison of alprazolam and placebo in the treatment of anxiety. (The UpJohn Company)

50. Double-blind evaluation of the safety and efficacy of two dose ranges of Wellbutrin vs. placebo in depressed outpatients. (Burroughs-Wellcome Co.)

51. Comparison of moban and placebo in the treatment of neurotic depression. (Endo Laboratories)

52. Comparison of alprazolam, oxazepam (Serax) and placebo in the treatment of anxiety. (The UpJohn Company)

53. A phase I safety study of VI-100 in small single doses administered to human subjects. (Vinoxen)

54. A phase I safety study of VI-100 in maximal single doses administered to human subjects. (Vinoxen)

55. A phase I safety study of VI-100 in multiple doses administered to human subjects over a five day trial period. (Vinoxen)

B123

- 40 -

56.   A phase I safety study of VI-200 in small single doses administered to human subjects.  (Vinoxen)

57.   Phase I safety study of VI-200 in multiple doses administered to human subjects over a five day trial period.  (Vinoxen)

58.   Phase I safety study of VI-200 in maximal single doses administered to human subjects.  (Vinoxen)

59.   Double-blind randomized parallel controlled study of nabilone, diazepam or placebo in patients exhibiting symptoms of anxiety.  (Eli Lilly and Company)

60.   Safety and efficacy of DL-262 in outpatients with endogenous depression.  (Dow Chemical)

61.   Outpatient comparison of prazepam against placebo diazepam and clorazepate in anxiety.  (Warner Chilcott)

62.   A dose ranging study of melperone in anxious patients.  (Merrell-National)

63.   Evaluation of buspirone as an anti-anxiety agent as compared to diazepam.  (Mead-Johnson Pharmaceuticals)

64.   A controlled multicenter clinical trial of zometapine in the treatment of major depressive disorders.  (Warner Lambert/Parke-Davis)

65.   Comparison of the anti-anxiety efficacy of alprazolam (U-31,889) and chlordiazepoxide hydrochloride and placebo in the chronic withdrawal period from alcohol.  (The UpJohn Company)

66.   Double-blind comparison of bromperidol and haloperidol in newly admitted schizophrenics.  (Ortho Pharmaceuticals Group)

67.   Double-blind comparison of VI-100 and VI-200 and placebo in the treatment of alcohol withdrawal syndrome in recently admitted alcoholic inpatients.  (Vinoxen)

68.   A short term clinical study comparing the efficacy and safety of quazepam 15 mg with flurazepam 30 mg and placebo for the treatment of insomnia in hospitalized patients.  (Schering Co.)

B124

- 41 -

69. A multicenter controlled clinical trial of trebenzomine, thioridazine and placebo in the treatment of newly admitted schizophrenic inpatients. (Warner-Lambert/Parke-Davis)

70. Phase I single dose tolerance test of EN-207. (Endo Laboratories)

71. Bioequivalency of kanamycin with the standard kanamycin in normal subjects. (Beecham Laboratories)

72. Phase IV inpatient comparison study of prazepam vs. placebo in the treatment of anxiety associated with the acute phase of alcohol withdrawal. (Warner-Lambert)

73. Phase I multiple dose tolerance test of EN-207. (Endo Laboratories)

74. A controlled multicenter clinical trial of vivalan (ICI 58,834) in the treatment of psychogeriatric patients with a clinical diagnosis of endogenous depression. (ICI Pharmaceuticals)

75. Evaluation of buspirone as an anti-anxiety agent, buspirone vs. diazepam. (Mead-Johnson Pharmaceuticals)

76. Alprazolam efficacy in the treatment of schizophrenia symptoms and behavior. (The UpJohn Company)

77. A multicenter, controlled clinical trial of trebenzomine, doxepin and placebo in the treatment of depressed-anxious outpatients. (Warner-Lambert)

78. A controlled study of the treatment of major depressive disorders with fluoxetine HCl. (Eli Lilly and Company)

79. Moban bioequivalency study in outpatient schizophrenics. (Endo Laboratories)

80. A double blind multicenter study to compare the efficacy and safety of fluotracen vs. placebo in depressed patients. (Sandoz)

81. Open label emergency use of nomifensine maleate for the treatment of depression. (Hoechst)

82. Multicenter double-blind randomized parallel comparison of naproxen sodium and a compound of aspirin, phenacetin, caffeine and codeine phosphate in patients with moderate to severe pain due to tennis elbow or frozen shoulder. (Syntex Laboratories)

B125

- 42 -

83. Multicenter double-blind randomized parallel comparison of naproxen sodium and propoxyphene napsylate with acetaminophen in patients with moderate to severe lumbosacral pain, tenosynovitis, fibrositis or spondylitis. (Syntex Laboratories)

84. A phase II short term efficacy study comparing estazolam with flurazepam and placebo. (Abbott)

85. A double blind comparison of VI-100 with placebo in the treatment of tobacco withdrawal and cigarette craving in outpatients. (Vinoxen)

86. An initial safety and efficacy study of SAH 52-522 vs. placebo in neurotic outpatients. (Sandoz)

87. A long term double blind clinical study comparing the safety and acceptance of quazepam 30 mg with flurazepam 30 mg for the treatment of chronic insomnia in outpatients. (Schering-Plough)

88. Phase IV outpatient comparison study of prazepam once daily vs. three times daily dosage. (Parke-Davis)

89. Double-blind, controlled evaluation of pyrilamine maleate and placebo in insomniac patients suffering primarily from difficulties falling asleep.

90. Zometapine treatment of depressed outpatients. (Warner-Lambert/Parke-Davis)

91. A multi-clinic double blind parallel study of praxilene (Nafronyl) vs. placebo in the alleviation of symptoms associated with dementia. (Lipha Chemicals, Inc.)

92. Open label study of zometapine in the treatment of major depressive disorders. (Warner-Lambert/Parke-Davis)

93. The bioavailability of phenacetin free Fiorinal: a comparison of the tablet and capsule to a reference solution. (Sandoz)

94. Clobamine (RMI 81,182 EF) in the treatment of depression. (Merrill-Dow)

95. Bioavailability of phenacetin free Fiorinal with codeine. (Sandoz)

96. A multicenter efficacy and safety evaluation of SAH 52-522 vs. diazepam (Valium) and placebo in anxious outpatients. (Sandoz)

B126

- 43 -

97.  An inpatient phase II dose ranging study of DL-588.  (Merrill-Dow)

98.  Buprorion: A determination of abuse liability.

99.  Phase I multiple dose double-blind tolerance test of EN-207.  (Endo
     Laboratories)

100.  Open trial of lofexidine in inpatients with symptoms of alcohol
      withdrawal.  (Merrill-Dow)

101.  Phase II open label multidose study of EN-207 in endogenous depression.
      (Endo Laboratories)

102.  A placebo controlled randomized double-blind trial of lofexidine in
      inpatients with symptoms of alcohol withdrawal.  (Merrill-Dow)

103.  Amoxapine and maprotiline in the treatment of depressive illness:  A
      controlled comparison in outpatients using the dexomethasone suppression
      test as a neuroendocrine marker.

104.  Multicenter phase II double-blind placebo controlled study of EN-207 in
      depressed outpatients - utilizing fixed dose ranges.  (Endo Laboratories)

105.  Phase II open label multiple dose study of EN-207 in depressed patients
      for six weeks.  (Endo Laboratories)

106.  Double-blind evaluation of the safety and tolerance of 106-689-2i -
      multiple doses for seven days in healthy volunteers.  (Sandoz)

107.  A study of the effect of antacid and anticholinergic medication on
      ranitidine absorption.  (Glaxo, Inc.)

108.  An outpatient phase II dose ranging study of napactadine.

109.  The steady state bioavailability Mellaril tablets, suspension and
      concentrate.  (Sandoz)

110.  Multiple oral dose tolerance study of tracazolate (ICI 136,753) 40 mg QID
      in normal subjects.  (ICI Pharmaceuticals)

111.  Multiple oral dose tolerance study of tracazolate (ICI 136,753) 80 mg QID
      in normal subjects.  (ICI Pharmaceuticals)

B127

- 44 -

112. An open label multicenter study to determine the safety and efficacy of a total daily dose of 6 mg ergoloid mesylares (Hydergine) plus 60 mg nortriptyline HCl (Pamelor) in depressed outpatients.  (Sandoz)

113. Multiple oral dose tolerance study of tracazolate (ICI 136,753) 20 mg QID in normal subjects.  (ICI Pharmaceuticals)

114. CGS7135A in moderate depression.  (Ciba-Geigy)

115. An open label dose-ranging trial of synaptamine outpatients with anxiety neurosis.  (Ciba-Geigy)

116. Continued treatment of depressed hypertensive patients who have benefited from trazodone in a clinical trial.  (Mead-Johnson Pharmaceuticals)

117. Comparison of trazodone and amitriptyline in the treatment of depressed patients with stable, controlled hypertension.  (Mead-Johnson Pharmaceuticals)

118. Amoxapine and maprotiline in the treatment of depressive illness: A controlled comparison in outpatients using dexomethasone suppression test as a neuroendocrine marker.

119. Tolerance to repeated intravenous infusions of ranitidine HCl at two dose levels.  (Glaxo, Inc.)

120. Phase I/II CP-51,974 in the treatment of depressed inpatients double-blind, multiple dose, multicenters protocol.  (Pfizer, Inc.)

121. Long-term safety and efficacy of CGS-7135A in moderate depression (humanitarian protocol).  (Ciba-Geigy)

122. Synaptamine (CGS-7525A) antidepressant open label, single vs. multiple dosing trial.  (Ciba-Geigy)

123. Long-term safety and efficacy of CGS-7525A in anxiety neurosis.  (Ciba-Geigy)

124. Rechallenge of normal subject who developed diarrhea during I.V. administration of ranitidine HCl.  (Glaxo, Inc.)

125. The steady state bioavailability of Mellaril sustained release tablets. (Sandoz)

B128

- 45 -

126. CGS-7575A double-blind trial comparing CGS-7525A with diazepam and placebo in outpatients with anxiety neurosis. (Ciba-Geigy)

127. Tolerance to repeated intravenous infusions of ranitidine HCl at two dose levels comparison with cimetidine and saline infusions. (Glaxo, Inc.)

128. Double-blind trial comparing CGS-7135A with desipramine HCl and placebo in patients with moderate depression. (Ciba-Geigy)

129. Oxaprotiline Hydrochloride double-blind comparative efficacy and tolerability study with placebo in known alcoholic patients with a depressive episode of moderate severity. (Ciba-Geigy)

130. Long-term use of oxaprotoline hydrochloride in patients with a depressive disorder. (Ciba-Geigy)

131. An open long-term study of sertraline (CP-51,974) in the treatment of depressive illness. (Pfizer, Inc.)

132. CGS-7135A onset of action study in patients with moderate depression. (Ciba-Geigy)

133. Oxaprotiline hydrochloride comparative efficacy and tolerability study with amitriptyline hydrochloride and placebo in major depressive disorder. (Ciba-Geigy)

134. A controlled study of the treatment of generalized anxiety disorder comparing twice a day dosing of lorzafone and diazepam or placebo. (Eli Lilly and Company)

135. CP-529,74 Double-blind. (Pfizer, Inc.)

136. Long-term use of oxaprotoline hydrochloride in alcoholic patients with a depressive disorder. (Ciba-Geigy)

137. Comparison of buspirone, alprazolam and lorazepam in the treatment of anxiety. (Mead-Johnson Pharmaceuticals)

138. A double-blind placebo controlled cross-over study to compare two initial dosage regimens of labetalol (Trandate) in patients with mild or moderate hypotension. (Glaxo, Inc.)

139. Multicenter double-blind placebo controlled randomized comparative study of clovoxamine fumarate and imipramine hydrochloride in patients with major depressive episode. (Kali-Duphar)

B129

- 46 -

140. Tomoxetine vs. placebo in depression (parallel: blind). (Eli Lilly and Company)

141. Phase II/III sertraline (CP51-974) in the treatment of patients with major depression (double-blind, multiple dose protocol). (Pfizer, Inc.)

142. Double-blind parallel comparison of citalopram and placebo in patients with major depression or bipolar disorder, depressed. (Pfizer, Inc.)

143. Buspirone in the symptomatic treatment of acute alcohol withdrawal. (Bristol-Myers)

144. Open-label, dose-ranging, safety and efficacy trial of CGS-10746B in subchronic and chronic schizophrenics with acute exacerbations requiring institutionalization. (Ciba-Geigy)

145. A multicenter, double-blind, parallel, placebo-controlled dose ranging study evaluating the safety and efficacy of suriclone in patients with a generalized anxiety disorder. (Ives Laboratories)

146. Double-blind, multiple dose, sertraline/placebo controlled trial in major depressive disorder - protocol extension. (Pfizer, Inc.)

147. Tomoxetine in depression - extension study. (Eli Lilly and Company)

148. Open label, dose-ranging, safety and efficacy trial of CGS-10746B given every 12 hours in subchronic and chronic schizophrenics with acute exacerbations. (Ciba-Geigy)

149. Pharmacokinetics of labetalol (Trandate) in elderly and younger patients with hypertension. (Glaxo, Inc.)

150. Buspirone in the long-term treatment of chronic anxiety. (Mead-Johnson Pharmaceuticals)

151. A multicenter non-blind, dose ranging study evaluating the safety and efficacy of suriclone in patients with generalized anxiety disorder. (Ives Laboratories)

152. Fluvoxamine Maleate: A multicenter placebo-controlled comparison of two dosage regimens in outpatients with major depression. (Kali Duphar)

153. A parallel study to compare the pharmacodynamic profile of lebetalol to that of hydrochlorothiazide in patients with mild to moderate hypertension. (Glaxo, Inc.)

B130

- 47 -

154. MDS-509 A multicenter, two phase, dose ranging study evaluating the safety and efficacy of suriclone in patients with generalized anxiety disorder. (Wyeth-Ayerst Laboratories)

155. CGS-9896 single-blind, dose-ranging trial of BID and TID dosing of CGS-9896 or placebo in outpatients with generalized anxiety disorder. (Ciba-Geigy)

156. Nitrendipine (BAY e 5009) bioequivalency of various formulations in healthy volunteers. (Miles, Inc.)

157. Nitrendipine (BAY e 5009) bioequivalency of various formulations in healthy volunteers: stale isotope technique. (Miles, Inc.)

158. Fluvoxamine Maleate: A humanitarian protocol for continuation of treatment up to six months. (Kali-Duphar)

159. Fluoxetine in the treatment of major depressive disorder (compassionate use). (Eli Lilly and Company)

160. Clovoxamine in the treatment of anxiety and depression in anxious, depressed outpatients: A multicenter double-blind placebo-controlled randomized comparative study of clovoxamine fumarate and imipramine hydrochloride. (Kali Duphar)

161. A multicenter, double-blind, placebo controlled, fixed-dose response study evaluating the efficacy and safety of minaprine in patients with major depression. (Ives Laboratories)

162. A double-blind, imipramine and placebo controlled study of paroxetine in depressed outpatients. (Beecham Laboratories)

163. A multicenter, double-blind, placebo controlled, fixed-dose response study evaluating the efficacy and safety of minaprine in patients with dysthymic disorder. (Ives Laboratories)

164. A multicenter, double-blind, placebo controlled fixed dose evaluation of four doses of paroxetine. (Beecham Laboratories)

165. Minaprine MDS 536,537 extended treatment amendment. (Ives Laboratories)

166. Fluoxetine vs. placebo: Fixed low dose in depression. (Eli Lilly and Company)

B131

- 48 -

167.  A double-blind extension of protocol PARO3-04.  (Beecham Laboratories)

168.  A double-blind extension of protocol PARO3-06.  (Beecham Laboratories)

169.  Ascending single dose tolerance study of WY-45,030 tablets.  (Wyeth-Ayerst Laboratories)

170.  Pamelor Study #4-1-OP Comparative evaluation of nortriptyline vs. trazodone in depressed geriatric outpatients.  (Sandoz)

171.  Double-blind, placebo-controlled, multiple dose tolerance study of WY-45,030 tablets.  (Wyeth-Ayerst Laboratories)

172.  Tomoxetine/Placebo fixed dose depression.  (Eli Lilly and Company)

173.  A phase III double-blind, multisite comparison of sertraline and amitriptyline in the treatment of geriatric patients with major depression or bipolar disorder depressed.  (Pfizer, Inc.)

174.  A phase III long term, double-blind, multisite continuation of the comparison of sertraline and amitriptyline in the treatment of geriatric patients with major depression or bipolar disorder depressed.  (Pfizer, Inc.)

175.  Extension of protocol B4Z-MC-HFA6 tomoxetine/placebo fixed dose depression.  (Eli Lilly and Company)

176.  Open-label study of WY-45,030 tablets in depressed outpatients.  (Wyeth-Ayerst Laboratories)

177.  The comparative steady state bioavailability of Mellaril.  (Sandoz)

178.  Double-blind placebo controlled study in patients with generalized anxiety disorder SL80.0342.  (Lorex)

179.  An open label multicenter evaluation of the efficacy and safety or orally administered GR-C507/75 in patients with a generalized anxiety disorder. (Glaxo, Inc.)

180.  A parallel, dose-blind, placebo-controlled, pilot dose-ranging, multicenter study to evaluate the efficacy and tolerability of BTS 54524 in outpatients with major depression.  (The Boots Company)

B132

- 49 -

181. Double-blind, placebo-controlled, parallel-group dosage-determination study of WY-45,030 tablets in depressed patients. (Wyeth-Ayerst Laboratories)

182. Compassionate use of sertraline (CP-51,974) for major depression. (Pfizer, Inc.)

183. Evaluation of ICI 169,369 in patients with generalized anxiety. (Stuart)

184. Intermediate-term safety and clinical acceptability study in WY-45,030 tablets in depressed patients. (Wyeth-Ayerst Laboratories)

185. Double-blind, placebo-controlled, long term study of alpidem in patients with anxiety disorders. (Lorex)

186. A double-blind, multicenter trial of two dose ranges of gepirone vs. placebo in the treatment of depressed outpatients. (Bristol-Myers)

187. Comparison of buspirone to placebo in major depressive disorder. (Bristol-Myers)

188. The steady state bioequivalence of Mellaril 100 mg, 200 mg, and 400 mg sustained release tablets. (Sandoz)

189. Ascending single dose safety and tolerance study of WY 47,384 capsules. (Wyeth-Ayerst Laboratories)

190. A phase II, parallel-group, placebo-controlled study to evaluate the efficacy and safety of ipsapirone HCl in outpatients with generalized anxiety disorder during a four week treatment period. (Miles, Inc.)

191. Double-blind parallel comparison of sertraline and placebo in obese outpatients with mild hypertension. (Pfizer, Inc.)

192. Tomoxetine/placebo modified fixed dose depression. (Eli Lilly and Company)

193. Double-blind parallel comparison of sertraline and placebo in obese patients with mild hypertension - an extension. (Pfizer, Inc.)

194. Extension of protocol B4Z-MC-HFAH tomoxetine/placebo modified fixed dose. (Eli Lilly and Company)

195. Double-blind parallel comparison of SM-3997 and placebo in outpatients with generalized anxiety disorder. (Pfizer, Inc.)

B133

- 50 -

196.  Single blind pilot study of SM-3997 in outpatients with generalized anxiety disorder.  (Pfizer, Inc.)

197.  A double-blind, multicenter trial of two dose ranges of gepirone (1 mg and 5 mg) versus placebo in the treatment of anxious outpatients (including long-term extension).  (Bristol-Myers)

198.  An open-label multicenter trial to evaluate the safety and tolerability of dothiepin in doses of 200-300 mg/day for a 6 week period in patients with depression.  (The Boots Company)

199.  An open-label, long-term, extension study of dothiepin BPI 1003 study. (The Boots Company)

200.  A placebo-controlled study to assess a concurrent usage schedule for switching patients from diazepam, clorazepate, or chlordiazepoxide to buspirone.  (Bristol-Myers)

201.  A placebo-controlled, multicenter evaluation of the efficacy and safety of orally administered GR-C507/75 in (S3A-206) patients with a generalized anxiety disorder.  (Glaxo, Inc.)

202.  A double-blind, parallel group comparison of idazoxan and placebo in patients with major depressive disorder.  (Reckitt & Coleman)

203.  A placebo-controlled study to assess a concurrent usage schedule for switching patients from alprazolam to buspirone.  (Bristol-Myers)

204.  A placebo-controlled study to assess a concurrent usage schedule for switching patients from lorazepam to buspirone.  (Bristol-Myers)

205.  A multicenter, randomized, double-blind parallel group dose response study of milacemide in patients with mood disorders currently in a major depressive episode.  (Searle)

206.  An open-label extension study of milacemide in patients with mood disorders currently or recently in a major depressive episode.  (Searle)

207.  A placebo-controlled, dose response multicenter evaluation of the safety and efficacy of orally administered GR-C507/75 in patients with generalized anxiety disorder.  (Glaxo, Inc.)

B134

- 51 -

208. Dose finding study of the efficacy and safety of moclobemide compared
     with placebo in the treatment of outpatients with major depressive
     disorder.  (Hoffman LaRoche)

209. A double-blind, parallel group, multicenter study to evaluate
     antidepressant efficacy, safety and tolerability of dothiepin, doxepin
     and placebo in outpatients with major depression.  (The Boots Company)

210. A multicenter, double-blind, placebo controlled trial of CP-76,593 in the
     treatment of outpatients with a major depressive disorder.  (Pfizer,
     Inc.)

211. Milacemide dose response study in major depressive episode.  (Searle)

212. Double-blind, placebo-controlled, parallel group dose determination study
     of enciprazine tablets in anxious patients.  (Wyeth-Ayerst Laboratories)

213. A double-blind trial of nefazodone, imipramine, and placebo in the
     treatment of depressed outpatients.  (Bristol-Myers)

214. A multicenter, double-blind, placebo-controlled, parallel group study of
     the efficacy of ipsapirone HCl (Bay Q 7821) in outpatients with
     generalized anxiety disorder.  (Miles, Inc.)

215. Double-blind, placebo-controlled, parallel-group dosage-determination
     study of low doses of venlafaxine in depressed patients.  (Wyeth-Ayerst
     Laboratories)

216. A multicenter, double-blind, placebo-controlled, parallel group
     comparison study of the safety and efficacy of ipsapirone HCl (Bay Q
     7821) versus placebo in outpatients with major depressive disorder.
     (Miles, Inc.)

217. Etoperidone:  Efficacy and safety in outpatients with major depression.
     (McNeil Pharmaceuticals)

218. A double-blind, placebo-controlled, comparative trial of sertraline and
     fluoxetine in the treatment of outpatients with major depressive
     disorder.  (Pfizer, Inc.)

219. Multicenter, placebo-controlled, double-blind study of ICI 170,809 in non-
     hospitalized patients with depression.  (Stuart)

220. A double-blind, randomized comparison of Pamelor (nortriptyline HCl) with
     fluoxetine HCl in subjects with major depressive disorder.  (Sandoz)

B135

- 52 -

221. Ascending single dose safety and tolerance study of LAD 2691.
     (Delegrange)

222. A double-blind multicenter trial of gepirone, imipramine and placebo in
     the treatment of depressed outpatients.  (Bristol-Myers)

223. Pilot safety, tolerability and plasma level evaluation of ICI 204,636 in
     hospitalized patients with schizophrenic symptomatology.  (ICI
     Pharmaceuticals)

224. An open multi-center trial of buspirone in the long term treatment of
     depressed outpatients.  (Bristol-Myers)

225. Clinical protocol:  BPI 1009 (dothiepin versus doxepin).  (The Boots
     Company)

226. Tomoxetine/desipramine/placebo trial in major depressive disorder.  (Eli
     Lilly and Company)

227. Long term extension of a double-blind, placebo-controlled, parallel-group
     dosage determination study of low doses of venlafaxine in outpatients
     with major depression.  (Wyeth-Ayerst Laboratories)

228. Double-blind comparison of 3 doses of SM-3997 and placebo in outpatients
     with major depression.  (Pfizer, Inc.)

229. Ascending single dose safety, tolerance and preliminary pharmacokinetic
     study of WY 47,846 tablets in normal male volunteers.  (Wyeth-Ayerst
     Laboratories)

230. A double-blind, placebo-controlled, multicenter study to evaluate the
     efficacy, safety and tolerability of sibutramine hydrochloride (5, 10 and
     20 mg daily) versus desipramine HCl (150 mg daily) in outpatients with
     major depression.  (The Boots Company)

231. Fluvoxamine in the treatment of depression: A single center double-blind
     placebo-controlled comparison with imipramine in outpatients.  (Reid-
     Rowell)

232. Ascending multiple oral dose safety and tolerance study of LAD 2691 in
     normal subjects.  (Delagrange)

233. A second multicenter double-blind dose response study of zacopride and
     placebo in anxious outpatients.  (Wyeth-Ayerst Laboratories)

B136

- 53 -

234. Efficacy and safety of SC-48274 at 1 mg or 25 mg BID in generalized disorder. (Searle)

235. Open pilot, multicenter, safety and efficacy evaluation of ICI 204,636 in hospitalized patients with acute psychotic symptomatology. (ICI Pharmaceuticals)

236. Open-label evaluation of WY 47,846 hydrochloride tablets in outpatients with major depression. (Wyeth-Ayerst Laboratories)

237. Open-label evaluation of WY 47,846 hydrochloride tablets in outpatients with generalized anxiety disorder. (Wyeth-Ayerst Laboratories)

238. A double-blind, placebo-controlled, TID dose determination study of WY 47,846 hydrochloride tablets in outpatients with generalized anxiety disorder. (Wyeth-Ayerst Laboratories)

239. Double-blind, placebo-controlled, TID dose determination study of WY 47,846 hydrochloride tablets in outpatients with major depression. (Wyeth-Ayerst Laboratories)

240. Double-blind, placebo-controlled, dose ranging evaluation of ondansetron (GR 38032F) versus diazepam in the treatment of generalized anxiety disorder. (Glaxo, Inc.)

241. A second multicenter, double-blind dose response study of zacopride and placebo in anxious patients. (Wyeth-Ayerst).

242. Double-blind parallel comparison of three dose ranges of CGS-18102A versus placebo in patients with major depressive disorder. (Ciba-Geigy).

243. Ascending single dose safety, tolerance, and preliminary pharmacokinetic study of WY-50,324 hydrochloride capsules in normal male volunteers. (Wyeth-Ayerst).

244. A multicenter, randomized, double-blind, placebo-controlled comparison of paroxetine and fluoxetine in the treatment of major depressive disorder (Smith-Kline).

245. Disposition and metabolism of radiolabeled ICI 204,636 in patients with schizophrenic symptomatology. (ICI Pharmaceuticals).

B137

- 54 -

246. Ascending single-dose safety, tolerance, and preliminary pharmacokinetic study of WY 47,791 hydrochloride capsules in normal male volunteers. (Wyeth-Ayerst).

247. A prospective randomized, double-blind, placebo-controlled, multicenter, parallel-groups comparison of the efficacy and safety of abecarnil low dose (7.5 mg), high dose (15 mg), and diazepam (21 mg) in outpatients with generalized anxiety disorder.  (Sandoz).

248. An open, multicenter trial of gepirone extended-release in the treatment of patients with mood disorders.  (Bristol-Myers Squibb).

249. A phase I, double-blind, placebo-controlled study of safety, tolerance, and pharmacokinetics of single and multiple doses of RP-62203 capsules in healthy male volunteers.  (Rhone-Poulenc Rorer).

250. Double-blind, placebo-controlled, parallel-group, dosage determination study of BID and TID doses of venlafaxine in outpatients with major depression.  (Wyeth-Ayerst).

251. A prospective randomized, double-blind, placebo-controlled, multicenter, parallel-groups comparison of the efficacy and safety of abecarnil (3.0-9.0 mg) and lorazepam (1.5-4.5 mg) in elderly outpatients with anxiety symptoms.  (Sandoz).

252. A prospective multicenter, open-label study of the safety of abecarnil (5.0-17.5 mg) in outpatients with generalized anxiety disorder. (Sandoz).

253. A double-blind, placebo-controlled, multicenter trial comparing 30 mg of BuSpar given two times daily versus three times daily in patients with generalized anxiety disorder.  (Bristol-Myers Squibb).

254. A multicenter evaluation of the safety and efficacy of 150 mg/day and 300 mg/day of Bupropion HCl sustained-release versus placebo in depressed outpatients.  (Burroughs-Wellcome Co.)

255. LY237733 in patients with generalized anxiety disorder.  (Lilly).

B138

*5077IL/0015:0008*

## CURRICULUM VITAE

### ROBERT HUGH GERNER, M.D.

**Telephone No.**    REDACTED

**FAX**              213-826-7077

**Birth Date:**      November 23, 1946

**Mailing address:** REDACTED

*5077IL/0015 0008*
*030*
*02 1396*

### Present Positions

Associate Research Professor
Dept. of Psychiatry
UCLA 1985-

Chief: Affective Disorders Research Unit,
West Los Angeles VA Medical Center
1985-

Director, Center for Mood Disorders
Center for Mood Disorders
1990 So. Bundy Dr. Suite 790
Los Angeles, CA 90025
1986-

Director
CPC Westwood Hospital
Anxiety Disorders Program 1988-1991
Partial Hospitalization Program 1991-1992
Continuing Medical Education Director 1992-
Los Angeles, CA  90025

### Offices Held

President, American Suicide Foundation, Western
Division, 1992-3.

President, West Coast College of Biological
Psychiatry (1991-2)

Councillor, Southern California
Psychiatric Society, West Los Angeles Region,
1986-89.

Program Committee Member 1991-1992
Co-Chairman 1992-3;
So. Calif. Psychiatry Society

B139

CURRICULUM VITAE/ROBERT HUGH GERNER, M.D.        PAGE 2
Aug. 1990

Medical Center Committee Memberships
    1986-  Pharmacy and Therapeutics
           Committee-West Los Angeles VA Medical Center
    1987   Data Base Committee-West LA VA
    1985-9 Research Review Committee-Brentwood VA
    1985-91 ECT Review Committee-Brentwood VA
    1986-  ECT Review Committee-St. John's Health Center,
           Santa Monica, Calif.

    1987-92 ECT Chairman, Westwood Hospital, Los Angeles
    1992-  Cedars Sinai Consultation-Liason Committee
    1992-  UCLA-VA Community Relations Committee
    1992-  Pharmacy and Therapeutics Committee-
           CPC Westwood Hospital
       -   Utilization Review Committee-CPC Westwood
           Hospital

Past Positions

    (1)  A.  Chief Psychiatry Research, Long Beach VA Medical
Center.

        Associate Professor, University California  Irvine,
and Adjunct Associate Professor, University  California
Los Angeles, 1983-1984.

        B.  Associate  Professor,  Department of Psychiatry,
Neuropsychiatric Institute, UCLA 1981-1983.

        C. Director, Ward 2-South, Department of Psychiatry,
Neuropsychiatric Institute, UCLA 1976-1983.

        D.  Associate Director, Clinical Psychopharmacology,
Department of Psychiatry, NPI, UCLA 1981-1983.

        E.  Medical  Director,  Affective  Disorders Clinic,
Neuropsychiatric Institute, UCLA 1977-1979.

        F.  Assistant Professor,  Department of  Psychiatry,
University of California, Los Angeles 1976-1981.

    (2)  Clinical Associate, National Institutes of Health,
Section on Psychobiology, Adult Psychiatry Branch
1974-1976.

    (3)  United States Public Health Service, Lt. Commander,
1974-1976.


Education:

University of Kansas, 1964-1968     Major - Philosophy

B140

CURRICULUM VITAE/ROBERT HUGH GERNER, M.D.      PAGE 3
Aug. 1990

University of Oklahoma Medical School, 1968-1972

Internship - University of California, San Diego 1972-1973

Residency - Psychiatry, University of
          California at San Diego, 1973-1974
          - National Institutes of Health, Bethesda, Md.
          1974-1976

LICENSES
American Board of Psychiatry and Neurology (Psychiatry)
1977 #15898
California Lic. 1973 #G25068
Maryland Lic. 1974 #D17422

American Board of Psychiatry and Neurology: Examiner
1979, 1980, 1981, 1982, 1983, 1985, 1986, 1987, 1988, 1990

Organization Membership

American Psychiatric Association, Member.

American Association for the Advancement of Science,
Member

American College of Clinical Pharmacology, Fellow

Southern California Psychiatric Society, Member

Society for Biological Psychiatry, Member

West Coast College for Biological Psychiatry, Fellow

Society for Neuroscience, Member

British Brain Research Association, Honorary Member

European Brain and Behavior Society, Honorary Member

American Association for Geriatric Psychiatry, Member

International Society for Psychoneuroendocrinology,
Member.

Marce' Society (for study of postpartum syndromes)
Member.

Gerontological Society of America, Member.

International Psychogeriatric Association

B141

CURRICULUM VITAE/ROBERT HUGH GERNER, M.D.          PAGE 4
Aug. 1990


American Psychopathological Association, Member.

American Academy of Clinical Psychiatry

American College of Clinical Pharmacology, Fellow

American Academy of Psychiatry and the Law

Society for Study of Multiple Personality

Society for Study of Pharmacogentics

American Suicide Foundation


Journal Reviewer

    Annals of Clinical Psychiatry
    American Journal of Psychiatry
    Biological Psychiatry
    Journal of Neuropsychiatry
    Journal of Clinical Psychiatry
    Journal of the American Geriatrics Society
    Psychiatry: Interpersonal and Biological Processes
    Psychiatry Research

    Past

    Archives of General Psychiatry
    Behavioral and Neural Biology
    Journal of Gerontology
    Journal of Nervous and Mental Disease
    The Journal of Neuropsychiatry and Clinical
      Neurosciences
    New England Journal of Medicine
    Psychoneuroendocrinology
    Psychosomatics
    Science

    Associate Editorships:
        Convulsive Therapy 1985-87
        Annals of Clinical Psychiatry 1988-

B142

CURRICULUM VITAE/ROBERT HUGH GERNER, M.D.        PAGE 5
Aug. 1990

Papers and Panels

1. Rusk, T.N. and Gerner, R.H.:  A Study of the Process of Emergency Psychotherapy, presented at the American Psychiatric Association Convention, Washington, D.C., 1971.

2. Gerner, R.H., Post, R.M., Jimerson, D.C. and Goodwin, F.K.:  Antidepressant Effects of Sleep Deprivation, presented at the  American Psychiatric Association Annual Meeting, May, 1975, Anaheim, California.

3. Post, R.M., Gerner, R.H., Carman, J.S. and Bunney, W.E.:  A Dopamine Receptor Stimulator in Depression, presented at the  American Psychiatric Association Annual Meeting, May, 1975, Anaheim, California.

4. Gerner, R.H., Moderator:  Affective Disorders Clinic: New  Concept in Outpatient Care.  American Psychiatric Association, May, 1978.

5. Gerner, R., Jarvik, L. and Estabrook, W.:  Comparison of a  New Antidepressant, Trazodone, to Imipramine and Placebo in  Depressed Geriatric Patients.  Presented at the American  Psychopathological Association, February, 1979, New York  City, New York.

6. Jimerson, D.C., Gerner, R.H., Post, R.M. and Bunney, W.E.:  Receptor Agonist Strategies in Psychiatric Illness.   Presented at the Society of Biological Psychiatry, 31st  Annual Meeting, San Francisco, California, June, 1976.

7. Catlin, D.H., Gerner, R.H., Gorelick, D., Hui, K., Poland,  R., Rubin, R. and Li, C.H.:  Clinical Pharmacology of Human     Beta-endorphin in Psychiatric Patients and Narcotic Addicts.   Presented at the 63rd Annual Meeting of the Federation of  American Societies for Experimental Biology, Dallas, Texas,  April 2, 1979.

8. Post, R.M., Gerner, R.H., Jimerson, D.C., Carman, J.S., Rey,  A.C. and Bunney, W.E.:  The Effects of Piribedil on Mood,  Sleep, Endocrine Function, and Amine Metabolism in Depressed  Patients.  Presented at the International Symposium on  Piribedil, a Dopaminergic Agonist, Max Planck Institute,  Munich, November, 1978.

9. Gerner, R.H., Jarvik, L. and Steuer, J.:  A Comparison of  Trazodone, Imipramine, and Placebo in Elderly Depressions.   Presented at the American Psychopathological Association  Annual Meeting, New York, March 1, 1979.

B143

10. Hare, T.A., Wood, J.H., Mamyam, N.V.B., Ballenger, J.C. and Gerner, R.H.:  Selection of Control Populaitons for Clinical. Cerebrospinal Fluid GABA Investigations Based on Comparison with Normal Volunteers.  Presented at the GABA Symposium, Atlanta, Georgia, November 9, 1979.

11. Munford, P.R., Tarlow, G. and Gerner, R.H.: Imipramine and Operant Conditioning in a Case of Anorexia Nervosa. American Psychological Association Annual Meeting, Montreal, September, 1980.

12. Gerner, R.H., and Jarvik L:  Selection of an antidepressant for the geriatric patient. 'New Directions in Antidepressant Therapy: Symposium at the Royal College of Physicians, London, January 8, 1981.

13. Motoike P, Steuer J, Gerner, R.H., Rosen R. and Jarvik L.:  Depression and Bodily Concerns in the Elderly.  Gerontological Society 33rd Annual Meeting, November 1980, San Diego, California.

14. Sternbach, H., Gwirtsman, H., and Gerner, R.: Relationship of the Dexamethasone Suppression Test, TRH Stimulation Test, Ritalin Response, Urine MHPG, and Response to Antidepressants in Depression. Biological Psychiatry, May 9, 1981, New Orleans.

15. Gerner, R.H:  Approaches to Sophisticated Treatment of Patients with Lithium. American Psychiatry Association Annual Meeting, New Orleans, May 11-15, 1981.

16. Catlin D.H., Gerner, R.H., and Gorelick, D.A.:  Beta-Endorphin: Behavioral Effects of Single and Multiple Infusions - Measurement of CSF Levels. Third World Congress of Biological Psychiatry, June 28-July 3, 1981. Stockholm, Sweden.

17. Jarvik, L., Mintz, J., Steuer, J., Gerner, R., Aldrich, Hammen, D., Linde, S., McCarley, T., Motoike, P., and Rosen, R.: Comparison of Tricyclic Antidepressants and Group Psychotherapies in Geriatric Depressed Patients. Am. Psychopathological Assoc. February 1981, New York.

18. Catlin, D.H., Gerner, R.H., and Gorelick, D.A.: Clinical pharmacology of Beta-endorphin in depression and schizophrenia, New York Academy of Sciences, Conference on Opioids in Mental Illness, October 28-30, New York, 1981.

19. Gerner, R.H., Jarvik, L., Steuer, J., Mintz, J., Aldrich, J., Hammen, C., Linde, S., McCarley, T., Motoike, P., and Rosen, R: Treatment of geriatric depression with psychotherapy, antidepressants, and

B144

CURRICULUM VITAE/ROBERT HUGH GERNER, M.D.        PAGE 8
Aug. 1990

J.:   Neuroendocrine Disturbance in Anorexia and Bulimia.
American  Psychiatric Association, New York, 1983.

31. Baxter, L.R., Gerner, R.H., Mazziotta, J.C., Phelps,
M.E.:  Ritalin in Pet Scans of Depression and Normals.
American  Psychiatric Association, New York, 1983.

32. Parry, B.L., Gerner, R.H., Linnoila, M., Halaris,
A.E.,  Wilkins, J.N. Carlson, H.E., Hershman, J.M.:
Neuroendocrine  Studies of Women with Premenstrual
Changes.  American College  of Neuropsychopharmacology,
San Juan, Puerto Rico, Dec. 1983.

33. Gerner, RH, Cohen D., Linnoila M., Hare T.: CSF in
Normals v.  Schizophrenia comparison of HVA, 5-HIAA, MHPG,
GABA.  Am.  Psychopathological Assoc. Annual Meeting, New
York, March 1- 3, 1984.

34. Baxter LR, M.D., Gerner RH, Mazziotta JC, Phelps ME:
PET  Measured Regional Metabolic Rates Associated with
Natural and  Pharmacologically Induced Mood States,
Symposia, Los Angeles  APA, p. 217, 1984.

35. Gerner RH: Eating Disorders and Anxiety:
Medical-Psychiatric  Consultation, Symposium 42, APA Los
Angeles, CA., 1984.

36. Gerner RH:  Present status of drug therapy in
depression of  late life, Collegium Internationale
Neuro-Psycho pharmacologicum 14th C.I.N.P. Congress,
Florence, Italy,  Palazzo dei Congressi - Centro Affari,
June 19-23, 1984.

37. Gerner RH, Cohen, DJ, Linnoila  M, and Hare TA:   CSF
HVA,  MHPG, 5-HIAA and GABA in depression, mania,
schizophrenia,  anorexia and normals, Collegium
Internationale  Neuro-Psycho-pharmacologicum  14th
C.I.N.P.  Congress, Florence,  Italy, Palazzo dei
Congressi - Centro Affari, June 19-23, 1984.

38. Wilkins JH, Gerner, RH, Hare TA, Linnola, M.,
Anderson GM,  and Cohen D:  Patients diagnosed with
depression, mania,  anorexia nervosa or schizophrenia vary
from normals in CSF  levels of cortisol and
gamma-aminobutyric acid, Collegium  Internationale
Neuro-Psychopharmacologicum 14th C.I.N.P.  Congress,
Florence, Italy, Palazzo dei Congressi - Centro  Affari,
June 19-23, 1984.

39. Gerner RH:  Differential side effects of
antidepressant drugs  and placebo in double blind trials,
Collegium Internationale  Neuro-Psychopharmacologicum 14th
C.I.N.P. Congress, Florence,  Italy, Palazzo dei Congressi
- Centro Affari, June 19-23,  1984.

B145

placebo; efficacy and side effects,  World Psychiatric Association Regional Meeting, October 30 - November 3, 1981, New York.

20. Steuer, J., Jarvik, L.F., Gerner, R., Hammen, C.L., McCarley, T., Rosen, R., Cochran, S., and Motoike, P.: Group  psychotherapy vs. medication in treatment of depressed  elderly:  a preliminary report, 34th Annual Scientific  Meeting of The Gerontological Society of America, November 8- 12, 1981, Toronto, Ontario.

21. Gerner, R.H.:  Pharmacotherapy of depression in the elderly:   a review and new studies, 34th Annual Scientific Meeting of  The Gerontological Society of America, November 8-12, 1981,  Toronto, Ontario.

22. Gerner, R.H.:  Biological Markers and Antidepressant Response.  American Psychiatric Association, Toronto, May 1982.

23. Jarvik, L., and Gerner, R.H.:  Imipramine and Doxepin in  Depressed elderly Patients. American Psychiatric Association,  Toronto, May 1982.

24. Roy-Byrne, P., Gwirtsman, H., Yager, J., Gerner, R.H.,  Lerner, L.:  Neuroendocrine Tests in Bulemia. American  Psychiatric Assoc. Toronto, May 1982.

25. Gerner, R.:  Antidepressant Drug Therapy in the Elderly,  Academy of Psychosomatic Medicine, Chicago, November 20,  1982.

26. Gerner, R.H.:  Relationship of CSF Somatostatin, Bombesin,  Cholecystokinin, Beta-Endorphin to Schizophrenia and to CSF  Amine Metabolites. American College of Neuropsychopharmaco logy, San Juan, Puerto Rico, December 1982.

27. Neshkes, R., Gerner, R., Linde, S., Aldrich, J., and Jarvik,  L.F.: A comparison trial of the cardiovascular effects of  doxepin and imipramine in elderly outpatients. Abstracts of  The Gerontological Society of America, Boston, Nov. 1982

28. Gerner, R.H., Baxter, L.R., Mazziotta, J.C., Phelps, M.E.:   Postron Emmission Tomography of Depression, Mania, and Normals.  Soc. Biological  Psychiatry  38th, New  York, April 28, 1984.

29. Parry, B.L., Gerner, R.H., Wilkins, J., Halaris, A: Menstrual Changes:  Neuroendocrine Aspects.  American Psychiatric Association, New York, 1983.

30. Gwirtsman, H.E., Gerner, R.H., Roy-Byrne, P., Yager,

B146

40. Gerner, RH:  Response and side effect comparison of trazodone, imipramine, doxepin, and placebo in geriatric depression, Collegium Internationale Neuro-Psychopharmacologicum 14th  C.I.N.P. Congress, Florence, Italy, Palazzo dei Congressi - Centro Affari, June 19-23, 1984.

41. Gerner, R.H.:  Developmental Aspects of Aging and Depression, in Three Ages of Depression: Developmental Considerations.  American Psychiatric Asso. Annual Meeting, Dallas, Texas. May 1985.

42. Gerner, R.H., and Fairbanks, L.:  Discriminate Function of CSF Neurochemistry among Normals, Depressed, Schizophrenia, Mania, and Anorexia.  IVth World Congress of Biological Psychiatry, Philadelphia, Sept. 1985.

43. Gerner, R.H.:  Treatments for Treatment-Resistant Schizophrenia.  Annual Meeting Hospital and Community Psychiatry, San Diego, Nov. 1986.

44. Gerner, R.H.:  Special Lecture:  Depression in the Elderly.  Psychiatric Disorders of Late Life.  Amer. College of Physicians & UCLA Geriatric Resource Center and Division of Geriatric Medicine. Jan. 1987. Santa Monica, CA.

45. Gerner, R.H.:  Drugs that Affect Sexual Function. Sexual Science, UCLA Extension. Feb. 1987. Santa Monica, CA.

46. Gerner, R.H.:  EEG Topographic Mapping in Affective and Attention Deficit Disorders. UCLA Extension-Neuropsychiatric Conference on Depression. March 1987. Los Angeles, CA.

47. Gerner, R.H.:  Advanced Psychopharmacological Treatment of Anxiety Disorders.  Advanced Psychopharmacology, So. Calif. Psychiatric Soc. Feb. 1988. Los Angeles, CA.

48.  Kagan B,  Sultzer D, Rosenlicht N, Gerner R:  Oral S-Adenosdylmethionine versus Placebo in Depression. Am. Psdychiatric Asso. May, 1988, Montreal, CN

49.  Bell KM, DeMet EM, Gerner RH, Kauffmann C, Chicz-DeMet A:  Non-state dependent changes in platelet 3H-imimpramine binding with chronic imipramine treatment. Society for Neuroscience.  Nov. 1988, Toronto, CN

50. Kagan, BL, Gerner, RH:  S-adenosyl-methionine, results of a double blind inpatient study.  World Congress

B147

CURRICULUM VITAE/ROBERT HUGH GERNER, M.D.          PAGE 10
Aug. 1990

of Psychiatry, Athens, Greece, 1989.

51. Gerner, R.H: Treatment for Acute Mania. Symposium on "Portraits of Mania", American  Psychiatric Asso. Annual Meeting, New York, 1990.

52. Gerner, R.H:  Treatment of Psychotropic Side Effects. Southern California Psychiatric Society-Psychopharmacology Update II, Los Angeles, June 2, 1991.

53. Gerner, R.H:  Beyond Lithium:  Treatment Alternatives for Bipolar Disorder.  National Depressive and Manic-Depressive Association-Keystone State Regional Conference, Pittsburgh, March 2-3, 1991.

Letters to the Editor

Roy-Byrne, P., and Gerner, R.H.:  Diagnosing Mania:  The Use  of Family Informants, Journal of Clinical Psychiatry 42:87,  1981.

Sternbach, H., Gwirtsman, H., and Gerner, R.H.: Dexamethasone Suppression Test and Subtypes of Depression, Archives of General Psychiatry  38:363, 1981.

Gwirtsman HE, Baxter L, Gerner, RH: Endocrine correlates of mood response to methylphenidate in depression, Journal of  Clinical Psychopharmacology,  3:266, 1983.

Roy-Byrne P, Gwirtsman HE,  Edelstein CK, Yager J, Gerner RH: Bulimia, Response to the  Psychiatrist  as  mind Sweeper, J. Clinical Psychopharmacology, 2:4:233-234, August 1982.

Abstracts

1. Phelps, M.E., Mazziotta, J.C., Gerner, R., Baxter, L., Kuhl, D.: Local cerebral glucosemetabolism in patients with affective psychiatric disorders: drug-free states and effects of methylphenidate, Abstract, Society of Nuclear Medicine 30th Annual Meeting, St. Louis, June 7-10, 1983.

2. Phelps, M.E., Mazziotta, J.C., Gerner, R., Baxter, L., and  Kuhl, E.:  Human cerebral glucose metabolism in affective  disorders:  drug-free and pharmacologic effects, Abstract,  International Symposium on Cerebral Flow and Metabolism, Paris,  June 20-24, 1983.

3. Baxter, LR, Gerner, RH, Mazziotta, J, Phelps, M: Ritalin in P.E.T. Scans of Depression and Normals, Am. Psychiatric Asso., New York, May 1983.

Case 6:06-md-01769-ACC-DAB   Document 1353-16   Filed 03/11/09   Page 56 of 100 PageID 57441

CURRICULUM VITAE/ROBERT HUGH GERNER, M.D.      PAGE 11
Aug. 1990

4. Gerner, R, Baxter, L, Mazziotta, J, Phelps, M:
Positron Emission Tomography of Depression, Mania,
and Normals,  Society of Biological Psychiatry, New
York, April 1983.

5. Gerner, R. H., Baxter, L, Mazziotta, J, Phelps, M:
P.E.T. Scan Glucose Metabolism in Affective
Disorders, World Congress of Psychiatry, Vienna, July
1983.

7. Baxter LR, Mazziotta JC, Phelps ME, Schwartz JM,
Gerner RH: Local Cerebral Glucose Metabolism in
Affective Disorders, International Symposium on
Cerebral Blood Flow and Metabolism, Sweden, June 1985.

8. Phelps M, Mazziotta JC, Gerner RH, Baxter LR:  The
positron emission tomography study of affective
disorders, metabolic alterations in response to
natural and drug-induced changes in behavior
states.  Proc. VII World Congress of Psychiatry
(in Press).

9. DeMet EM, Bell K, Gerner RH, Reist C, Chicz-DeMet A:
Chronic imipramine increases platelet non-cyanoimipramine
(CNIMI) binding but decreases CNIMI specific binding.
Abstract (Poster Presentation) at The Society of
Biological Psychiatry Annual Meeting, 1989.

10. Kagan BL, Sultzer DL, Gerner RH: Oral
S-adenosyl-methionine as an antidepressant. Abstract,
presented at the Eighteenth Annual ACCP Meeting,
Baltimore, Maryland, October 1989. (J Clin Pharmacology).

11. Rosenlicht NZ, Kagan BL, Sultzer DL, Gerner RH: Use
of S-adenosyl-methionine, a naturally occurring methyl
donor, in the treatment of depression. Abstract, presented
at the 19th Annual Meeting, Society for Neuroscience,
Phoenix, Arizona, Oct.-Nov. 1989.

B149

CURRICULUM VITAE/ROBERT HUGH GERNER, M.D.      PAGE 12
Aug. 1990

Publications

1. Rusk, T.N., and Gerner, R.H.:  A Study of the Process of Emergency Psychiatry, American Journal of Psychiatry 128:7:882-886, 1972.

2. Gerner R.H, Post R.M., Bunney W.E.: A Dopamine Mechanism in Mania.  American Journal of Psychiatry 133:10:1177-1180, 1976.

3. Post R.M., Gerner R.H., Carman J.S., Bunney W.E.: Effects of Low Doses of a Dopamine Receptor Stimulator in Mania.  The Lancet 1:  203-204, 1976.

4. Spiegel A.M., Gerner R.H., Murphy D.L., Aurbach G.D.: Lithium Does Not Inhibit the Parathyroid Hormone-Mediated Rise in Urinary Cyclic AMP and Phosphate in Humans. Journal of Clinical Endocrinology Metabolism 43:6:1390-1393, 1976.

5. Gerner, R.H., Post, R.M., Spiegel, A.M., Murphy, D.L.: Effects of Parathormone and Lithium Treatment on Calcium and Mood in Depressed Patients.  Biological Psychiatry 12:1:145-151, 1977.

6. Post, R.M., Gerner, R.H., Carman J.S., Gillin, J.C., Jimerson, D.C., Goodwin, F.K., Bunney, W.E.:  Effects of a Dopamine Agonist Piribedil in Depressed Patients. Archives of General Psychiatry 35:609-615, 1978.

7. Gerner, R.H., Post, R.M., Gillin J.C., Bunney, W.E.: Biological and Behavioral Effects of One Night's Sleep Deprivation in Depressed Patients and Normals.  Journal of Psychiatry Research 15:21-40, 1979.

8. Gerner, RH: Depression in the Elderly. In: Psychopathology Of Aging Edited by Kaplan O. Academic Press, New York, Chapter 6, pp 97-148, 1979.

9. Liston, EH, Gerner, RH, Robertson, AG, Ford C: Routine  Thoracic Radiography for Psychiatric Inpatients. Hospital and Community Psychiatry 30:7:474-476, 1979.

10. Gerner, RH: A Technique to Prevent Headaches After Diagnostic Lumbar Puncture.  Western Journal of Medicine 131:160-161, 1979.

11. Jamison, KR, Gerner, RH, Goodwin, FK:  Patient and Physician Attitudes Toward Lithium: Relationship to Compliance,  Arch of Gen Psych. 36:866-869, 1979.

B150

CURRICULUM VITAE/ROBERT HUGH GERNER, M.D.        PAGE 13
Aug. 1990

12. Post RM, Gerner RH, Jimerson DC, Carman JS, Rey AC, Bunney WE:  Effect of piribedil on mood, sleep, endocrine function and amine metabolism in depressed patients, Psychologie Medicale 11B: 143-154, 1979.

13. Gerner RH, Estabrook W, Steuer J, Waltuch L, Kakkar P, Jarvik L:  A Placebo-Controlled Double-blind Study of Imipramine and Trazodone in Geriatric Depression. In: Psychopathology of the Aged. Edited by Cole JO and Barrett J. Raven Press, New York, 1980.

14. Jamison KR, Gerner RH, Hammen C, Padesky C, : Clouds and Silver Linings: Positive Experiences Associated with the Primary Affective Disorders.  American Journal of Psychiatry 137:2:198-202, 1980.

15. Catlin DH, Gorelick DA, Gerner RH, Hui KK, Li CH: Clinical studies of human beta-endorphin.  In: Beers, Jr. RE, & Bassett EG (Eds.) Polypeptide Hormones (Twelfth Miles International Symposium, New York, Raven Press, pp. 337-346, 1980.

16. Catlin DH, Gorelick DA, Gerner, RH, Hui K, Li CH: Clinical effects of  beta-endorphin infusion.  In: Costa E, & Trabucchi M (Eds.) Advances in Biochemical Psychopharmacology, Vol. 22, Neural Peptides and Neuronal Communications, New York, Raven Press, pp. 465-472, 1980.

17. Catlin DH, Poland RE, Gorelick DA, Gerner RH, Hui K, Rubin RT, Li CH:  Intravenous infusion of beta-endorphin increases serum prolactin, but not growth hormone or cortisol in depressed subjects and withdrawing methadone addicts. Journal of Clinical Endocrinology and Metabolism 50:6:1021-1025, 1980.

18. Duncan WC, Jr., Gillin JC, Post RM, Gerner RH, Wehr TA:  Relationship between EEG sleep patterns and clinical improvement in depressed patients treated with sleep deprivation.  Biological Psychiatry 15:6:879-889, 1980.

19. Gerner RH, Catlin DH, Gorelick DH, Hui K, Li CH: Beta-endorphin:  Intravenous infusion causes behavioral changes in psychiatric patients.  Archives of General Psychiatry 37:642-647, 1980.

20. Gerner RH, Psarras J, Kirschenbaum MA:  Results of clinical renal function tests in lithium patients. American Journal of Psychiatry 137:7:834-837, 1980.

21. Gerner RH, Estabrook W, Steuer J, Jarvik L:  Treatment of geriatric depression with trazodone, imipramine and placebo:  A double-blind study. Journal of Clinical Psychiatry 41:6:216-220, 1980.

B151

CURRICULUM VITAE/ROBERT HUGH GERNER, M.D.       PAGE 14
Aug. 1990

22. Hare TA, Wood JH, Bala Manyam NV, Ballenger JC, Post RM, and Gerner RH:  Selection of control populations for clinical cerebrospinal fluid GABA investigations based on comparison with normal volunteers.  Brain Research Bulletin 5:721-724, 1980 (Supplement 2).

23. Roy-Byrne P, Gerner RH, Liston EH, Robertson AG:  ECT for acute mania:  A forgotten treatment modality? Journal of Psychiatric Treatment and Evaluation 3:83-86, 1981.

24. Roy-Byrne P, and Gerner RH:  Legal restrictions on the use of ECT in California:  Clinical impact on the incompetent patient.  Journal of Clinical Psychiatry, 42:8:300-303, 1981.

25. Buchsbaum MS, Gerner RH, and Post RM:  The effects of sleep deprivation on average evoked responses in depressed patients and in normals.  Biological Psychiatry 16:4:351-364, 1981.

26. Gorelick DA, Catlin DH, and Gerner RH: beta-endorphin studies in psychiatric patients.  In: Ban TA et al (Eds.) Modern problems in Pharmacopsychiatry, vol. 17, The Role of Endorphins and Neuropsychiatry, Karger, Basel, pp. 17:236-245, 1981.

27. Gerner RH, and Gwirtsman H:  Abnormalities of dexamethasone suppression test and urinary MHPG in anorexia nervosa. Amer J Psych. 138:5:650-653, 1981.

28. Gerner RH, and Hare TA:  CSF GABA in normal subjects and patients with depression, schizophrenia, mania, and anorexia nervosa.  Am. J. Psych. 138:8:1098-1101, 1981.

29. Catlin DH, Gorelick DA, and Gerner RH:  Studies of beta-endorphin in patients with pain and drug addiction. In: Li CH, (Ed.), Hormonal Proteins and Peptides, Vol. 10, Academic Press, New York, 1981, pp. 311-338.

30. Gitlin MJ, Gerner RH, Rosenblatt M:  Assessment of naltrexone in the treatment of schizophrenia, Psychopharmacology 74:51-53, 1981.

31. Gerner RH, Wolff S, Fauci A, Aduan R:  Lithium Carbonate for Recurrent fever and neutropenia, Journal of the American Medical Association, 246:14:1584-1586, 1981.

32. Gwirtsman H, Gerner RH:  Neurochemical abnormalities in anorexia nervosa:  Similarities to affective disorders, Biological Psychiatry 16:10:991-995, 1981.

B152

33. Gerner RH, and Jarvik L:  Selection of antidepressant for the geriatric patient - a review.  In:  New Directions in Antidepressant Therapy, An International Review of the Triazolopyridate Derivatives:  Royal Society of Medicine International Congress and Symposium Series no. 46, published jointly by Academic Press Inc. (London) Ltd., and the Royal Society of Medicine, 1981.

34. Yamada T, Takami MS, Gerner RH:  Bombesin-like immunoreactivity in human cerebrospinal fluid.  Brain Research, 223:214-217, 1981.

35. Sternbach H, Gwirtsman HE, Gerner RH:  The Dexamethasone Suppression Test and Response to Methylpheniadate in Depression, Am J Psychiatry 138:12:1629-1631, 1981.

36. Gerner RH, Gorelick DA, Catlin DH, Sharp B: Endorphins:  CSF Levels and Multidose Studies in Psychiatric Subjects.  In: Biological Psychiatry 1981, C. Perris, G. Struwe, B. Jansson, (Eds).  Elsevier/North Holland Biomedical Press, 386-389, 1981.

37. Gwirtsman HE, Gerner RH, and Sternbach H:  The Overnight Dexamethasone Suppression Test:  Clinical and Theoretical review.  J. Clinical Psychiatry, 43:8:321-327, 1982.

38. Hare TA, Wood JH, Manyan BV, Gerner RH, Ballenger JC, Post RM: Central Nervous System Alpha-Aminobutyric Acid Activity in Man: Relationship to Age and Sex as Reflected in CSF, Arch. Neurology, 39:247-249, 1982.

39. Gerner RH, Gorelick DA, Catlin DH and Li CH: Behavioral effects of beta-endorphin in depression and schizophrenia.  In:  Shah NS, and Donald AG, (Eds.), Endorphins and Opiate Antagonists in Psychiatric Research: Clinical Implications, Plenum Press, New York, pp. 257-270, 1982.

40. Sternbach H, Gerner RH, Gwirtsman HE:  The Thyrotropin Releasing Hormone Stimulation Test:  A Review, J. Clinical Psychiatry 43:1:4-6, 1982.

41. Spar JE, and Gerner RH:  Does the Dexamethasone Suppression Test Distinguish Dementia from Depression?, American Journal of Psychiatry 139:2:238-240, 1982.

42. Gerner, RH, and Yamada T: Altered neuropeptide concentrations in cerebrospinal fluid of psychiatric patients, Brain Research 238:298-302, 1982.

B153

CURRICULUM VITAE/ROBERT HUGH GERNER, M.D.      PAGE 16
Aug. 1990

43. Gerner RH, and Sharp B:  CSF
beta-endorphin-immunoreactivity in normal, schizophrenic,
depressed, manic and anorexic subjects, Brain Research
237:244-247, 1982.

44. Gerner RH, Sharp B, Catlin DH:  Peripherally
Administered Beta-Endorphin Increases Cerebrospinal Fluid
Endorphin Immunoreactivity.  J. Clinical Endocrinology and
Metabolism, 55:2:358-362, 1982.

45. Gerner RH:  Neuroleptic Drugs. IN: Essentials of
Pharmacology, third edition, JA Bevans and JH Thompson,
(Eds.), JB Lippincott, Co., Philadelphia, Chapter 24, pp.
229-237, 1982.

46. Gerner, RH:  Clinical Uses of Lithium, In: Lithium
Clinical Considerations. ed. KR Jamison, Excerpta Medica,
Princeton, 1982, pp. 3-10.

47. Catlin DH, Gorelick DA, Gerner RH:  Clinical
Pharmacology of Beta-endorphin in Depression and
Schizophrenia.  In: Opioids in Mental Illness:  Theories,
Clinical Observations, and Treatment Possibilities. K.
Verebey (Ed.).  Annual New York Acad Science 398:434-448,
1982.

48. Neshkes R, Gerner R, Linde S, Aldrich J, Jarvik LF:  A
comparison trial of the cardiovascular effects of doxepin
and imipramine in elderly depressed outpatients.
Gerontologist 22:241, 1982.

49. Jarvik LF, Mintz J, Steuer J, Gerner RH:  Treating
Geriatric Depression:  A 26 Week Interim Analysis. Am.
Geriatric Society, 30:11, 1982.

50. Merrill JE, Gerner RH, Myers LW, and Ellison GW:
Regulation of NK, ADCC, and IFN production by  PGE in the
peripheral blood and cerebrospinal fluid of patients with
multiple sclerosis and other neurological diseases,
Proceedings of the 15th International Leucocyte Culture
Conference, J.W. Parker and R.L. O'Brien (eds), John Wiley
and Sons, Inc., Essex, England, Immunio-Bio, 163
(2/4):220, 1982.

51. Jarvik L, Mintz J, Steurer J, Gerner R, Aldrich J,
Hammen C, Linde S, McCarley T, Motoike P, and Rosen R:
Comparison of tricyclic antidepressants and group
therapies in geriatric depressed patients:  an interim
analysis, In:  Treatment of Depression:  Old Controversies
and New Approaches, edited by PJ Clayton and JE Barrett,
Raven Press, New York, 1982, pp. 299-308.

B154

52. Gerner, RH:  Systematic Treatment Approach to Depression and Treatment Resistant Depression. Psychiatric Ann. 13(1):37-49, 1983.

53. Gerner RH, and Wilkins JN:  Elevated CSF Cortisol in Depression, Mania, and Anorexia Nervosa Compared to Normals.  Am. J. Psychiatry 140:  92-94, 1983.

54. Sternbach HA, Gwirtsman HE, Gerner RH, Pekary E, and Hershman J:  Methodological Issues in the Measurement of Serum TSH-Implications for Psychiatry, Psychoneuroendocrinology, 8:4:455-458, 1983.

55. Gerner RH, and Merrill JE:  Cerebrospinal Fluid Prostaglandin E in Depression, Mania, and Schizophrenia Compared to Normals, Biological Psychiatry, 18:5:565-569, 1983.

56. Wolf S, Felver ME, Altschule MD, Werthessen NT, Gerner RH, and Veech RL:  Abnormal Metabolite in Alcoholic Subjects, Brit. J. Psychiat. 142:  388-390, 1983.

57. Merrill JE, Gerner RH, Myers L, and Ellson GW:  Regulation of natural killer cell cytotoxicity by prostaglandin E in the peripheral blood and cerebrospinal fluid of patients with multiple sclerosis and other neurological diseases.  I. Association between amount of PGE produced, KN, and endogenous IFN, Journal of Neuroimmunology, 4:  223-237, 1983.

58. Hayes RL, Gerner RH, Fairbanks L, and Moran M, Waltuch L:  ECG Findings in Geriatric Depressives Given Trazodone, Placebo or Imipramine, Journal of Clinical Psychiatry, 44: 180-183, 1983.

59. Roy-Byrne PP, Gwirtsman HE, Baxter L, and Gerner RH: Endocrine correlation of mood response to methylphenidate in depressives, J. Clinical Psychiatry 3:  266-268, 1983.

60. Gwirtsman HE, Roy-Byrne P, Yager J, Gerner RH: Neuroendocrine Abnormalities in Bulimia, Amer. Journal Psychiatry 140:5:559-563, 1983.

61. Gerner, R.H.  Use of lithium carbonate in psychiatric treatment. Western J. Med.  138: 407-409, 1983.

62.  Phelps ME, Mazziotta JC, Gerner RH, Baxter LR, Kuhl DE:  Human cerebral glucose metabolism in affective disorders:  Drug-free states and pharmacologic effects. J. Cerebral Blood Flow and Metabolism, 3:  Suppl 1: 57-58, 1983.

B155

63. Baxter LR, Edell W, Gerner R, Fairbanks L, and
Gwirtsman H: Dexamethasone Suppression Test and Axis I
Diagnoses of Inpatients with DSM-III Borderline
Personality Disorder, _Journal of Clinical Psychiatry_,
45:4:150-153, 1984.

64. Baxter LR, Fairbanks L, and Gerner RH:  Clinical
Utilization of the Dexamethasone Suppression Test in an
Inpatient Setting, _Journal of Clinical Psychiatry_,
45:9:393-396, 1984.

65. Phelps M, Mazziotta J, Baxter L, Gerner R: The
Positron Emission Tomographic (PET) Study of Affective
Disorders:  Problems and Strategies, _Annals of Neurology
(Supp)_: Vol 15:S149-S156, 1984.

66. Roy-Byrne P, Gwirtsman HE, Sternbach H, Gerner RH:
Effects of Acute Hospitalization on the Dexamethasone
Suppression and TRH Stimulation tests. _Biological
Psychiatry_, 19:4:607-612, 1984.

67. Gerner RH:  Cerebrospinal Fluid Cholecystokinin and
Bombesin in Psychiatric Disorders and Normals.  In:
Ballenger JC and Post RM (Eds.) _The Neurobiology of the
Mood Disorders_, Williams and Wilkins Co., Baltimore, 1984,
Chapter 25, pp. 388-392.

68. Munford PR, Tarlow G, and Gerner RH: An Experimental
Analysis of the Interaction of Chemotherapy and Behavior
Therapy in Anorexia Nervosa.  _Journal of Nervous and
Mental Disease_, 172:4:228-231, 1984.

69. Gerner RH, Cohen DJ, Fairbanks L, Anderson GM, Young
JG, Scheinin M, Linnoila M, Shaywitz BA, Hare TA:  CSF
Neurochemistry of Women with Anorexia Nervosa and Normal,
_American J. of Psychiatry_, 141:11:1441-1444, 1984.

70. Gerner RH, Fairbanks L, Anderson GM, Young JG,
Scheinin M, Linnoila M, Hare TA, Bennett, A, Shaywitz BA,
Cohen DJ:  Cerebrospinal Fluid Neurochemistry in
Depressed, Manic and Schizophrenic Patients Compared to
Normal Controls, _Amer. J. Psychiatry_, 141:12:1533-1547,
1984.

71. Anderson GM, Gerner RH, Cohen DJ, and Fairbanks L:
Central Tryptamine Turnover in Depression, Schizophrenia,
and Anorexia:  Measurement of Indoleacetic Acid in
Cerebrospinal Fluid, _Biological Psychiatry_,
19:10:1427-1435, 1984.

72. Gwirtsman HE, Gerner RH, and Sternbach HA:
Abnormalities in Anorexia Nervosa of Dexamethasone
Suppression Test and Urinary MHPG Suggest a Norepinephrine
Hypothesis, IN: <u>Psychoneuroendocrine Dysfunction</u>, NS
Shah, and AG Donald (eds), Plenum Publishing Corporation,
Chapter 6, pp. 129-140, 1984.

73. Sternbach HA, Gwirtsman HE, and Gerner RH: Biological
Tests in the Diagnosis and Treatment of Affective
Disorders, IN: <u>Psychoneuroendocrine Dysfunction</u>, NS Shah,
and AG Donald (eds),, Plenum Publishing Corp., Chapter 20,
pp. 383-398, 1984.

74. Gitlin MA, Gwirtsman HE, Fairbanks L, Sternbach HA,
Cedars P, and Gerner RH: Dexamethasone Suppression Test
and Treatment Response, <u>J. Clinical Psychiatry</u>,
45:9:387-389, 1984.

75. Robinson DS, Corcella J, Feighner JP, Pohl R, Kelwala
S, Mann JJ, Chien CP, Gerner, RH:  A comparison of
Trazodone, Amoxapine and maprotiline in the treatment of
endogenous-depression - Results of a Multicenter Study,
<u>Current Therapeutic Research</u>, 35:4:549-560, 1984.

76. Gerner  RH: Antidepressant selection  in the
elderly, <u>Psychosomatics</u>, 25:7:528-535, 1984.

77. Neshkes RE, Gerner RH, Jarvik LF, Mintz J, Joseph J,
Linde S, Aldrich J, Conolly ME, Rosen R, Hill M,:
"Orthostatic Effect of Imipramine and Doxepin in Depressed
Geriatric Outpatients", <u>Journal of Clinical
Psychopharmacology</u>, 5:  102-106, 1985.

78. Gerner RH, Van Kammen DP, Ninan PT:  Cerebrospinal
fluid Cholecystokinin, Bombesin and Somatostatin in
Schizophrenia and Normals, <u>Progress in
Neuro-Psychopharmacology and Biological Psychiatry</u>, 9:
73-82, 1985.

79. Gerner RH, Wilkins J:  CSF Cortisol in Affective
Illness. <u>Psychiatric Medicine</u>  3:33-40, 1985.

80. Baxter LR, Phelps ME, Mazziotta JC, Schwartz JM,
Gerner RH, Selin CE, Sumida RM,: "Cerebral metabolic rates
for Glucose in Mood Disorders:  Studies with Positron
Emission Tomography and Fluorodeoxyglucose F 18", <u>Archives
of General Psychiatry</u>, 42: 441-447, 1985.

B157

81.  Phelps, M.E., Mazziotta, J., Baxter, L., Schwartz, J., Gerner, R:  Study Design in the Investigation of Affective Disorders:  Problems and Strategies, in The Metabolism of the Human Brain Studied with Positron Emission Tomography, edited by T. Grietzel, D. H. Ingvar, L. Widen.  Raven Press, New York, 1985, pp. 457-470.

82.  Gerner, R.H. Desipramine in Geriatric Depression.  In Consultations in Depression: Perspectives on the Clinical Use of Desipramine.  Addario D, Potter WZ, Janowsky DS, Gerner RH. Psychosomatics  (monograph), Spring, 1985.

83.  Phelps ME, Mazziotta JC, Baxter LR, Schwartz J, Gerner RH:  Study design in the investigation of mood disorders with PET. In L. Sokoloff (Ed.), Brain Imaging and Brain Function, Association for Research in Nervous and Mental Disease, Vol. 63, Raven Press, New York, 1985, pp 227-243.

84.  Baxter LR, Mazziotta JC, Phelps ME, Schwartz JM, Gerner RH:  Local cerebral glocose metabolixm in affective disorders:  studies with P.E.T. and (F-18) fluorodeoxyglucose (FDG).  J. Cerebral Blood Flow and Metabolism, in press, 1985.

85.  Sternbach HA, Gwirtsman HE, Gerner RH, Hershman J, Pekary E:  The TRH Stimulation Test and Reverse $T_3$ in Depression.  J. of Affective Disorders, 8:  267-270, 1985.

86.  Gerner RH and Bunney WE:  Biological Hypotheses of Affective Disorders.  In Berger PA and Brodie KH (Eds), American Handbook of Psychiatry, Basic Books, New York, 1986, pp. 265-301.

87. Gerner, R.H.:  Pharmacological Treatment of Anxiety Disorders.  In Psychopharmacology Consultation, Eds. D. C. Jimerson and J. P. Docherty.  Am. Psychiat. Press. Washington, D.C. 1986, pp. 19-47.

88.  Gitlin, M.J., Gerner, R.H.:  The Dexamethasone Suppression Test and Response to Somatic Treatment: a Review.  J. Clinical Psychiatry, 47:  16-21, 1985.

89.  Gerner, R. H.:  Present Status of Drug Therapy of Depression in Late Life.  J. Affective Disorders  Suppl 1: 23-31,  1985.

90. Gerner, R.H., Jarvik, L.:  Antidepressant treatment in the elderly.  In:  Friedman E, Mann J, Gershon S (Eds.)

CURRICULUM VITAE/ROBERT HUGH GERNER, M.D.        PAGE 21
Aug. 1990                                     ⟩

Depression and Antidepressants, Implications for Cause and Treatment, Raven Press, in press.

91. Gerner, R.H. and Fairbanks, L.: CSF Neurochemistry Discriminate Function Analysis of GABA, HVA, MHPG, 5-HIAA, Cortisol, SRIF, BBS, and CCK amoung Normals, Depressed, Manic, Schizophrenic and Anorexic Subjects. In: Biological Psychiatry 1985, C. Shagass (Ed.) Elsevier, New York, 1986, pp. 853-855.

92.  Schwartz, J.M., Baxter, L.R., Mazziotta, J.C., Gerner, R.H., and Phelps, M.E.: The Differential Diagnosis of Depression: Relevance of Positron Emission Tomography (PET) Studies of Cerebral Glucose Metabolism to the Bipolar-Unipolar Dichotomy. JAMA 258: 1368-1374, 1987.

93. Gerner RH: Geriatric depression and treatment with trazodone. Psychopathology 20: (suppl 1):82-91, 1987.

94. Gerner, R. H.: Depression in the elderly. Comprehensive Therapy 14:22-28, 1988.

95. Gerner RH: Mood disorders (Psychiatric Disorders of Late Life). In, Kaplan HI, Sadock BJ (eds): Comprehensive Textbook of Psychiatry/V, Vol 2, 5th Ed. Baltimore, Williams & Wilkins, pp 2024-2026, 1988.

96. Gerner, R.H. and Rosenlicht N.: Systematic Approaches to Treatment-Resistant Depression, IN Pharmacotherapy of Depression, Ed. J. Amsterdam. Marcel Dekker, New York, 1990, pp. 381-400.

97. DeMet EM, Gerner RH, Bell KM, Kauffmann CD, Chicz-DeMet A, Warren S: Antidepressant Treatment in the Assessment of the State Dependency of Platelet 3H-Imipramine binding. Submitted.

98. Wilkins JN, Gerner RH, Hare TA, Haracz J, Fairbanks L: CSF Cortisol and GABA covary inversely in patients with affective Disorder and Schizophrenia. Submitted.

99. Nemeroff CB, Bissette G, Widerlov E, Beckmann HH, Gerner R, Manberg PJ, Lindstrom L, Prange AJ, Gattaz W: Neurotensin-like immunoreactivity in cerebrospinal fluid of patients with schizophrenia, depression, anorexia nervosa-bulemia and premenstrual syndrome. J Neuropsychiatry Clin Neurosci 1 (1):16-20, 1989.

100. DeMet EM, Gerner RH, Bell KM, et al: Changes in platelet 3H-imipramine binding with chronic imipramine treatment are not state-dependent. Biological Psychiatry 26:478-488, 1989.

B159

CURRICULUM VITAE/ROBERT HUGH GERNER, M.D.          PAGE 22
Aug. 1990

101. Baxter LR Jr, Schwartz JM, Phelps ME, Mazziotta JC, Guze BH, Selin CE, Gerner RH, Sumida RM: Reduction of prefrontal cortex glucose metabolism common to three types of depression. Arch Gen Psychiatry 46:243-250, 1989.

102. DeMet EM, Chicz-DeMet A, Bell KM, Reist C, Gerner RH: Effects of chronic imipramine treatment on subclasses of platelet 3H-imipramine binding sites and serum cortisol. Psychiatry Research 34:303-313, 1990.

103. Gerner RH:  Intractable Depression in Tertiary Care. Western J Medicine 151:315, 1989.

104. Rosenlicht NZ, Kagan BL, Sultzer DL, Gerner RH: Oral S-adenosyl-methionine as an antidepressant. (Abstract) J Clin Pharmacol 29:839, 1989.

105. Kagan BL, Sultzer D, Rosenlicht N, Gerner RH: Oral S-adenosyl methionine in depression: A double-blind placebo controlled trial. Am J Psychiatry 147;5:591-595,1990.

106. Kagan BL, Sultzer D, Rosenlicht N, Gerner RH: Oral S-adenosyl-methionine in the treatment of depression. Proceedings of the VIII World Congress of Psychiatry. Amsterdam, Elsevier. (1990, in press)

107. Rosenlicht, NZ, Gerner RH: Systematic approach to the psychopharmacologic treatment of resistant depression. Ann Clin Psychiatry 2:1:57-65, 1990.

108. DeMet EM, Reist C, Bell KM, Gerner RH, Chicz-DeMet A, Warren S, and Wu J: Decreased seasonal mesor of platelet 3H-imipramine binding in depression. Biological Psychiatry.  29:427-440, 1991.

109. Parry BL, Gerner RH, Wilkins JN, et al: CSF and Endocrine Studies of Prementrual Syndrome. Neuropsychopharmacology 5:127-137, 1991.

110. Gerner RH:  Rational Polypharmacy in Psychiatry. Western J Medicine  155: 518, 1991.

111.  Gerner RH:  Psychiatric Effects of Non-psychiatric Medications.  In Dunner D (Ed), Current Clinical Psychiatry, W.B. Saunders, Philadelphia, in press 1991.

112.  Gerner RH:  Algorithm for Patient Management of Acute Manic States:  Lithium, Valproate or Carbamazepine. J. Clinical Psychopharmacology 12: ( Suppl. 1) , 57-63, 1992.

B160

CURRICULUM VITAE/ROBERT HUGH GERNER, M.D.          PAGE 23
Aug. 1990

113.  DeMet EM, Bell KM, Reist C, Gerner RH, Chicz-DeMet A:  Seasonal Changes in Cyanoimipramine Specific Platelet 3-H-Imipramine Binding in Depression.  Psychiatry Research, 34: 315-329, 1990.

114. Stanton A, Gerner RH. Equivalency of lithium and valproate in acute mania:  A retrospective chart review. Ann Clin Psychiatry.  Submitted.

115. Gerner, RH.  Psychopharmacological Treatments for Violent Behavior, in Rosner R (ED), Forensic Psychiatry: A Comprehensive Textbook.  Van Nostrand Reinhold, New York, In press.

116. Gerner, RH.  Acute Mania. In Dunner D. (ED), Psychiatric Clinics of North America.  In Press.

B161

April, 1993

## CURRICULUM VITAE

### PERSONAL INFORMATION

Name:                            Lawrence Stuart Gross

Business Address:                Adult Psychiatric Outpatient Clinic
                                 Los Angeles County/University of Southern
                                 California Medical Center
                                 1937 Hospital Place
                                 Los Angeles, CA  90033

Business Telephone:              (213) 226-5712

Home Address:                    REDACTED

Home Phone:

Date of Birth:                   March 11, 1952

Place of Birth:                  Huntington, West Virginia

Citizenship:                     United States of America

Sex:                             Male

Marital Status:                  Married

Spouse's Name:                   REDACTED

Children:

Social Security Number:

### EDUCATION

University            1970-1974    Rice University
                                   Houston, Texas
                                   B.A., Biochemistry 1974

Medical School        1974-1978    West Virginia University School of Medicine
                                   Morgantown, West Virginia
                                   M.D., 1978

RECEIVED

JUL 0 6 1993

CLINICAL &
MEDICAL AFFAIRS

B162

Curriculum Vitae                                                                                                    2
Lawrence Stuart Gross, MD

| | | |
|---|---|---|
| Internship | 1978-1979 | Psychiatry Categorical Internship, Charleston Area Medical Center/Charleston Division, West Virginia University School of Medicine, Charleston, West Virginia |
| Residency | 1979-1982 | Department of Behavioral Medicine and Psychiatry, Charleston Area Medical Center/Charleston Division, West Virginia University School of Medicine, Charleston, West Virginia |
| Fellowship | 1982-1984 | Clinical Psychopharmacology Research, Department of Psychiatry and the Behavioral Sciences, Los Angeles County/University of Southern California Medical Center, Los Angeles, California |
| Graduate | 1983-1986 | University of Southern California MSEd., Medical Education, 1986 |
| Licensure | 1979-1989 1981- | State of West Virginia #11924 State of California #G 44631 |
| Board Certification | 1984- | American Board of Psychiatry & Neurology #25854 |

HONORS AND AWARDS

| | |
|---|---|
| 1973-1974 | President, Will Rice College, Rice University |
| 1974 | Who's Who in American Colleges and Universities |
| 1982 | Chief Resident, Department of Behavioral Medicine and Psychiatry, Charleston Area Medical Center/Charleston Division, West Virginia University of Medicine. |
| 1982 | Dean's Prize for Excellence in Department of Behavioral Medicine; Sarah and Pauline Maier Scholarship Foundation/Charleston Division, West Virginia University School of Medicine. |
| 1987-present | Examiner, American Board of Psychiatry and Neurology Part II Examination |
| 1989 | Sherwyn M. Woods Teaching Award, presented by senior residents, Department of Psychiatry and the Behavioral Sciences, USC School of Medicine. |
| 1993 | Nancy C.A. Roeske, M.D., Certificate of Excellence in Medical Education; American Psychiatric Association |

B163

Curriculum Vitae                                                                 3
Lawrence Stuart Gross, MD

PROFESSIONAL MEMBERSHIPS

> American Psychiatric Association
> Southern California Psychiatric Society
> California Psychiatric Association
> Physicians for Social Responsibility
> American Society of Clinical Psychopharmacology

PROFESSIONAL ACTIVITIES

1989-present        Director
                    Adult Psychiatric Outpatient Clinic
                    Los Angeles County/University of Southern California
                    Medical Center

1987-1989           Acting Director
                    Adult Psychiatric Outpatient Clinic
                    Los Angeles County/University of Southern California
                    Medical Center

1986-1989           Director of Medical Services
                    Adult Psychiatric Outpatient Clinic
                    Los Angeles County/University of Southern California
                    Medical Center

1984-1986           Staff Psychiatrist
                    Adult Psychiatric Outpatient Clinic
                    Los Angeles County/University of Southern California
                    Medical Center

1991-present        Vice Chief, Psychiatry Service (Acting Chief 12/92-3/93)
                    USC University Hospital

1991-1993           Member, Medical Practice Committee
                    USC University Hospital

1991-1993           Member, Planning/Marketing/Contracting Committee
                    USC University Hospital

1993-present        Vice President/Secretary
                    Member, Board of Directors
                    USC Psychiatry-Psychology Associates, Inc.
                    Department of Psychiatry & the Behavioral Sciences
                    USC School of Medicine

B164

Curriculum Vitae                                                        4
Lawrence Stuart Gross, MD

| | |
|---|---|
| 1992 | Vice President, Board of Directors<br>USC Psychiatry and Behavioral Sciences Associates<br>Department of Psychiatry and the Behavioral Sciences<br>University of Southern California School of Medicine |
| 1990-1992 | Chairman, Executive Committee<br>USC Psychiatry and Behavioral Sciences Associates<br>Department of Psychiatry and the Behavioral Sciences<br>University of Southern California School of Medicine |
| 1986-present | Member, Pharmacy and Therapeutics Subcommittee<br>Psychiatric Hospital, Los Angeles County/University of<br>Southern California Medical Center |
| 1987-present | Member, Academic Liaison Committee<br>Southern California Psychiatric Society<br>(Chairman, 1987-1990) |
| 1991-present | Member, Realignment Task Force<br>Southern California Psychiatric Society |
| 1992-present | Councillor, San Gabriel Valley/Los Angeles East Region<br>Southern California Psychiatric Society |
| 1984-1986 | Staff Psychiatrist<br>Student Counseling Services<br>University of Southern California<br>Los Angeles, California |
| 1982-1984 | Clinical Research Fellow<br>Adult Psychiatric Outpatient Clinic<br>Los Angeles County/University of Southern California<br>Medical Center |
| 1982-1983 | Psychiatrist, Psychiatric Emergency Services<br>Psychiatric Hospital<br>Los Angeles County/USC Medical Center |
| 1982 | Consulting Psychiatrist<br>Shawnee Hills Drug Treatment Center<br>St. Albans, West Virginia |
| 1979-1981 | Consulting Psychiatrist<br>Nicholas County Mental Health Center<br>Summersville, West Virginia |

B165

Curriculum Vitae                                                                    5
Lawrence Stuart Gross, MD

EDUCATIONAL ACTIVITIES

| | |
|---|---|
| 1991-present | Associate Professor of Clinical Psychiatry and the Behavioral Sciences, University of Southern California School of Medicine |
| 1986-1991 | Assistant Professor of Clinical Psychiatry and the Behavioral Sciences, University of Southern California School of Medicine |
| 1984-1986 | Clinical Assistant Professor, Department of Psychiatry and the Behavioral Sciences, University of Southern California School of Medicine |
| 1982-1984 | Clinical Instructor, Department of Psychiatry and the Behavioral Sciences, University of Southern California School of Medicine |
| 1983-1984 | Visiting Professor Hada Hospital and Rehabilitation Center Taif, Saudi Arabia |
| 1982-1986 | Participant, Faculty Development Program for Health Professions, Division of Research in Medical Education, USC School of Medicine |
| 1988-present | Coordinator, Year I Medical Student Curriculum Committee, University of Southern California School of Medicine |
| 1988-present | Member, Year I Committee on Medical Student Performance University of Southern California School of Medicine |
| 1987-present | Member, Faculty Advisory Committee Department of Psychiatry and the Behavioral Sciences University of Southern California School of Medicine |
| 1987-present | Member, Resident Elective Committee Department of Psychiatry and the Behavioral Sciences University of Southern California School of Medicine |
| 1987-present | Member, Committee on Academic Appointments and Promotions Department of Psychiatry and the Behavioral Sciences University of Southern California School of Medicine |
| 1986-present | Member, Resident Selection Committee Department of Psychiatry and the Behavioral Sciences University of Southern California School of Medicine |

B166

Curriculum Vitae                                                                                          6
Lawrence Stuart Gross, MD

| 1982-present | Member, Medical Student Curriculum Committee Department of Psychiatry and the Behavioral Sciences University of Southern California School of Medicine |
|---|---|

1982-present      Supervisor for third year U.S.C. medical students, LAC/USC
                           Adult Psychiatric Outpatient Clinic

1983-present      Coordinator, Year III Medical Student Rotation
                           LAC/USC Adult Psychiatric Outpatient Clinic

1983-1987      Instructor, Year II Medical Student Multidisciplinary Laboratory
                           USC School of Medicine

1983-present      Administrative Supervisor for Psychiatric Residents
                           LAC/USC Adult Psychiatric Outpatient Clinic

1988      Instructor, Introduction to Psychopharmacology for PGY-I
                           Residents, Department of Psychiatry,
                           Cedars-Sinai Medical Center

1980-1982      Lecturer for third year medical students
                           Department of Behavioral Medicine and
                         Psychiatry, Charleston Division, West Virginia University
                         School of Medicine, Charleston, West Virginia

1980-1982      Participant
                         West Virginia State Mental Health Training
                       Center Program, Charleston, West Virginia

1980-1982      Member, Education Committee
                       Department of Behavioral Medicine and Psychiatry
                       Charleston Division, West Virginia University School of
                       Medicine, Charleston, West Virginia

## RESEARCH ACTIVITIES

1984-1988      Member, Human Subjects Research Committee
                       Los Angeles County Department of Mental Health

1989-      Reviewer, The Journal of Neuropsychiatry and
                       Clinical Neurosciences

### Research-in-Progress

A Multicenter Double-Blind Long-term Safety and Efficacy Comparison of Remoxipride and Haloperidol in Schizophrenic Outpatients

B167

Curriculum Vitae                                                                                    7
Lawrence Stuart Gross, MD

PUBLICATIONS

Journal Articles

Simpson GM, Pi EH, Gross L, et al:  Plasma levels and therapeutic response with trimipramine
    treatment of endogenous depression.  Journal of Clinical Psychiatry 49: 113-116, 1988.

McCombs JS, Nichol MB, Stimmel GL, Sclar DA, Beasley CM Jr, Gross LS:  The cost of
    antidepressant drug therapy failure: a study of antidepressant use patterns in a
    medicaid population.  Journal of Clinical Psychiatry 56:6 (Suppl), 60-69, 1990.

Book Chapters

Gross LS:  Neuropsychiatric manifestations of metabolic diseases, in The American Psychiatric
    Press Textbook of Neuropsychiatry.  Edited by Hales RE, Yudofsky SC.  Washington,
    DC, American Psychiatric Press, 1987.

Gross LS:  Neuropsychiatric aspects of vitamin deficiency states, in The American Psychiatric
    Press Textbook of Neuropsychiatry.  Edited by Hales RE, Yudofsky SC.  Washington,
    DC, American Psychiatric Press, 1987.

Pi EH, Kusuda M, Gray GE, Tran-Johnson T, Gross LS:  Cross-cultural psychopharmacology:
    neuroleptic induced movements disorders, in Thiazines and Structurally Related
    Psychotropic Compounds.  Edited by Keyser H, et al.  Malabar, FL: Kreiger Publishing
    Company, 1992.

Gross LS, Nagy RM:  Neuropsychiatric aspects of poisonous and toxic disorders, in The
    American Psychiatric Press Textbook of Neuropsychiatry:  Second Edition.  Edited by
    Yudofsky SC, Hales RE.  Washington, DC, American Psychiatric Press, 1992.

Pi EH, Gross LS, Nagy RM:  Biochemical factors in anxiety and related disorders, in Anxiety
    and Related Disorders: A Handbook.  Edited by Wolman BB and Stricker G.  New
    York; John Wiley and Sons, Inc. (in press).

Audiotapes

Gross LS:  Apprehensive and Dejected Patients - Anxiety Disorders.  Audio-Digest Family
    Practice, 40: 41, 1992.

B168

Curriculum Vitae                                                                    8
Lawrence Stuart Gross, MD


PRESENTATIONS

Gross LS:  Psychiatric Evaluation and Treatment of International Students in a University
     Mental Health Setting.  Joint Professional Meeting of the Illinois Psychiatric Society
     and the American Association for Social Psychiatry, Chicago, Illinois, September 26,
     1986.

Gross LS:  Neuroleptic-Induced Movement Disorders - Recognition and Management. Attending
     Medical Staff, Ingleside Hospital, Rosemead, California, June 15, 1987.

Gross LS:  Psychiatric Services at a University Mental Health Clinic:  International vs.
     Domestic Students.  Grand Rounds, Department of Psychiatry.  University of Southern
     California School of Medicine.  Los Angeles, California, July, 1987.

Gross LS:  "Four Lives:  Portraits of Manic-Depression."  Videotape discussant, Annual
     Meeting, American Psychiatric Association.  Montreal, Quebec, Canada, May 10, 1988.

Gross LS:  Tardive Dyskinesia - Recognition, Diagnosis, and Management.  Grand Rounds,
     Department of Psychiatry, Brotman Medical Center.  Culver City, California, October
     7, 1988.

Gross LS:  Moderator, Videotape Session on Gay and Lesbian Issues, Annual Meeting,
     American Psychiatric Association.  San Francisco, California, May 9, 1989.

Pi EH, Kusuda ME, Gray GE, Tran-Johnson T, Gross LS:  Tardive Dyskinesia and Neuroleptic-
     Induced Extrapyramidal Side Effects Among Asian-American Outpatients.  Annual
     Meeting, West Coast College of Biological Psychiatry.  San Francisco, California, April
     5-7, 1990.

Pi EH, Kusuda ME, Gray GE, Tran-Johnson T, Gross LS:  Cross-Cultural
     Psychopharmacology:  Neuroleptic-Induced Movement Disorders.  The Sixth
     International Conference on Phenothiazines and Structurally Related Psychotropic
     Compounds.  Pasadena, California, September 11-14, 1990.

Gross LS, Eagan T:  Tourette's Syndrome.  Grand Rounds.  Department of Psychiatry.
     University of Southern California School of Medicine.  Los Angeles, California, March
     19, 1991.

Gross LS:  Differential Diagnosis of Mood Disorders.  Diagnostic and Therapeutic Skills in
     Internal Medicine, University of Southern California School of Medicine, Postgraduate
     Division.  Kamuela, Hawaii, April 22, 1991.

Gross LS:  Pharmacology of Mood Disorders.  Diagnostic and Therapeutic Skills in Internal
     Medicine.  University of Southern California School of Medicine, Postgraduate
     Division.  Kamuela, Hawaii, April 23, 1991.

B169

Curriculum Vitae                                                                          9
Lawrence Stuart Gross, MD

Gross LS:  Differential Diagnosis of Anxiety Disorders.  Diagnostic and Therapeutic Skills in Internal Medicine.  University of Southern California School of Medicine, Postgraduate Division.  Kamuela, Hawaii, April 24, 1991.

Gross LS:  Clinical Use of Antianxiety Medications.  Diagnostic and Therapeutic Skills in Internal Medicine.  University of Southern California School of Medicine, Postgraduate Division.  Kamuela, Hawaii, April 25, 1991.

Gross LS:  Differential Diagnosis of the Psychotic Patient.  Diagnostic and Therapeutic Skills in Internal Medicine.  University of Southern California School of Medicine, Postgraduate Division.  Kamuela, Hawaii, April 26, 1991.

Gross LS:  Differential Diagnosis of the Psychotic Patient.  Medical Staff Conference, Sherman Oaks Hospital and Health Center.  Sherman Oaks, California, August 8, 1991.

Gross LS:  Anxiety Disorders.  Family Practice Intensive Refresher Course.  University of Southern California School of Medicine, Postgraduate Division.  Pasadena, California, June 27, 1992.

Gross LS:  The Interface of Panic with Depression and Suicide.  Annual Meeting, American College of Neuropsychiatrists.  San Diego, California, November 3, 1992.

B170

**Mark Benjamin Hamner, M.D.**
1164 Manor Lane
Mt. Pleasant, SC  29464

Office Telephone:  (803) 577-5011,



Current Positions and Titles:

Acting Chief, Psychiatry Service (Appointed 10-94)
Director, VA Psychiatry Clinical Research Section
Department of Veterans Affairs Medical Center
Charleston, South Carolina

Assistant Professor
Department of Psychiatry and Behavioral Sciences
Attending, Psychiatry Consult/Liaison Service
Medical University of South Carolina
Charleston, South Carolina 29425 (11-19-90 to present)

Previous Positions and Titles:

Assistant Professor
Department of Psychiatry and Health Behavior
Medical College of Georgia
Augusta, Georgia 30912-7300  (7-01-86 to 11-18-90)

Chief, Consult-Liaison Section (3-29-89 to 11-18-90)
Staff Psychiatrist and Associate Director
5C Medical-Psychiatric Unit (7-1-86 to 11-18-90)
Veterans Administration Medical Center
2460 Wrightsboro Road, 116A
Augusta, Georgia 30910

Psychiatry Resident (7-01-82 to 6-30-86)
University of North Carolina
School of Medicine
Chapel Hill, North Carolina

Personal Data:

| | |
|---|---|
| Date of Birth: | September 18, 1955 |
| Place of Birth: | Texas City, Texas |
| Marital Status: | Wife REDACTED |
| Children: | REDACTED |
| Social Security Number: | |

Education:

North Carolina State University, Raleigh, North Carolina
August 1974 - May 1978, B.S.

University of North Carolina School of Medicine, Chapel Hill, North Carolina
August 1978 - May 1982, M.D.

B171

Postdoctoral Training:

General psychiatry residency, Department of Psychiatry, University of North Carolina School of Medicine and the North Carolina Memorial Hospital, Chapel Hill, N.C. July 1982 - June 1986

Honors and Awards:

North Carolina Fellows Program 1974-1978
Engineering Honors Program, NCSU
Tau Beta Pi Honor Society
Student Research Fellowship, Savannah River Laboratories, Aiken, SC, Summer 1976
Student Research Fellowship, Center for Disease Control, Atlanta, GA, Summers 1977-79
Graduation with high honors, North Carolina State University, May 1978
Phi Kappa Phi Honor Society
Senior Resident, Outpatient Department, Department of Psychiatry, UNC School of Medicine, 1985-1986
Mentor, Dean's Student Research Fellowship, Medical College of Georgia, 1990
Performance Award, VAMC, Augusta, Georgia, 1990
Golden Apple Award, The Department of Psychiatry and Behavioral Sciences, MUSC, Faculty Circle of Excellence Award for Excellence in Teaching, Academic Year 1993-1994.

Certification and Licensure:

FLEX, 1982
North Carolina Board of Medical Examiners (No. 29476), 1985
Georgia Board of Medical Examiners (No. 28564), 1986
American Board of Psychiatry and Neurology (No. 30262), 1988
State Board of Medical Examiners of South Carolina (No. 15240), 1991

Current Clinical Teaching Activities:

Daily clinical team rounds/supervision with MUSC medical students and residents on the VAMC Inpatient Psychiatry Service.

Resident supervision meetings weekly.

PG-2 psychiatry resident symposium one hour/week.

Third year medical student Wednesday lecture series:  one lecture per rotation on PTSD.

Mock oral board exams for MUSC and UNC-Chapel Hill, NC Psychiatry residents.

Teaching rounds with residents and students on the MUSC consult service one day a week

Seminar on post-traumatic stress disorder for PG-2 psychiatry residents.

Introduction to Psychological and Psychiatric Aspects of Medicine small group seminar.  Co-Leader:  1-2 hours weekly August-December, 1991

Introduction to Interviewing for first year medical students:  2 small group sessions in 1991

B172

Past Clinical Teaching Activities:

Attending psychiatrist on the Augusta, GA VAMC-5C-Medical Psychiatric Unit: Teaching responsibilities included treatment team meetings, clinical rounds with trainees, new patient diagnostic conferences, and lectures for junior medical students on the service, and psychiatry resident and junior medical student supervision/ evaluation. (7-1-86 - 11-18-90)

Intermittent attending coverage on the Augusta, GA VAMC Consultation-Liaison Service: Teaching responsibilities included supervision and evaluation of psychiatry residents.

Periodic clinical case conferences for the VAMC Psychiatry Service

Individual supervision for Medical College of Georgia (MCG) psychiatry residents, 1986-1990.

Introduction to Psychopharmacology Seminar for first year MCG psychiatry residents (6 seminars) with topics including antidepressants and mood-stabilizing agents, 1986-1990.

Introduction to Psychotherapy Seminar for first year MCG psychiatry residents. Responsibilities include supervision and lectures for the first cycle (10 lectures) and course coordinator for the second cycle. 1987-1990.

Advanced psychopharmacology and biological psychiatry seminar series for MCG psychiatry residents (14 lectures): Topics included pharmacology and biology of depression and biology of anxiety, 1988-1990.

Phase I (first year) MCG Medical Student Lectures: Biopsychosocial model overview and clinical applications presented to first year medical students (4 hours), 1989-1990.

Phase II (second year) MCG Medical Student Lectures: Psychopharmacology of antidepressants, antianxiety agents and mood-stabilizing agents (8 hours), 1989.

Lectures in biological psychiatry for Eisenhower Army Medical Center, Psychiatry residents (2-3 lectures), 1988-1989

Mock Oral Board Exams for MCG, Eisenhower, and USC-Columbia Psychiatry Residents, 1987-1990.


Current Committees:

Chairperson, Clozaril Treatment Team, Charleston VAMC

Co-Chairperson, Suicide and Assaultive Behavior Committee, Charleston VAMC

Member, Charleston VAMC Research and Development Committee. Appointed 1/92 for 3 year term

Member, Resident Research committee, Medical University of South Carolina. 1993

Member, Health Sciences Research and Delivery (HSR&D) Development Steering Committee: Appointed 10/94

Past Committees and Service:

Medical Student Phase III Curriculum Committee, Medical College of Georgia (MCG), 1988-1991

Resident Selection Committee, Department of Psychiatry, MCG, 1988-1989

B173

Resident Education Committee, Department of Psychiatry, MCG, (Alternating with Resident Selection Committee), 1989-1990

Departmental Promotions and Tenure Committee, Department of Psychiatry, MCG, 1989.

Faculty Interviewer for the School of Medicine Admissions Committee, 1989-1990

Departmental coordinator for the Georgia Division of Mental Health Mental Retardation and Substance Abuse, Annual Medical Conference, 1989, 1990

Departmental representative for community presentations by the Depression Prevention Foundation, Augusta, Georgia

Chairperson for paper session "Aspects of Substance Abuse," American Psychiatric Association (APA) Annual Meeting, New Orleans, Louisiana, May 11-16, 1991.

Interviewed for Charleston, SC News and Courier article on POW's in Operation Desert Storm, 1991

Interviewed for "Hometown Radio" at the 1992 and 1993 APA Annual Meeting regarding research in PTSD.

Chairperson for a New Research paper session at the 1992 APA Annual Meeting.

Interviewed for Charleston, SC News and Courier article on "Holiday Depression" Tuesday, December 21, 1993

Professional Society Memberships:

American Psychiatric Association
South Carolina Psychiatric Association
International Society for Traumatic Stress Studies
International Society of Psychoneuroendocrinology
Anxiety Disorders Association of America
South Carolina Medical Association
South Carolina Alliance for the Mentally Ill
American Society of Clinical Psychopharmacology

Journals Refereed:

Journal of Traumatic Stress
Psychosomatics

Grant Awards, Contracts, and Other Funding and Research Projects:

1. Principal Investigator: Endogenous opioid system in post-traumatic stress disorder. Biomedical Research Support Grant, Medical College of Georgia, $3,990 - completed, 1987.

2. Co-Investigator: Randomized double-blind comparison of venlafaxine, amitriptyline and placebo capsules in inpatients with major depression and long-term extension of a double-blind comparison of venlafaxine, amitriptyline, and placebo capsules in patients with major depression, International Clinical Research Corporation for Wyeth, 1988.

3. Co-Investigator: Randomized, double-blind comparison of venlafaxine, trazodone, and placebo capsules in outpatients with major depression, International Clinical Research Corporation for Wyeth, 1988.

B174

4.   Co-Investigator:   Treatment use of anafranil in obsessive compulsive disorder.  Protocol 67, Ciba-Geigy, 1988-1989.

5.   Principal Investigator:  Effects of yohimbine on anxiety symptoms and plasma catecholamines in post-traumatic stress disorder. MCG Research Institute Grant, $6,750 - completed, 1989.

6.   Faculty Sponsor: Entrekin J. Acute stress, chronic stress, and learned helplessness: Towards an animal model of PTSD. Dean's Student Research Fellowship, $1,076 - completed, 1990.

7.   Principal Investigator:   Multicenter, placebo-controlled, double-blind safety and efficacy evaluation of ICI 204,636 in hospitalized patients with acute exacerbation of chronic or subchronic schizophrenia.  ICI Pharmaceuticals Group, $53,239 - completed, 1991.

8.   Co-Investigator:  Multicenter trial to evaluate the efficacy and safety of sertraline in the treatment of major depression. Pfizer, 1992.

9.   Principal Investigator: A placebo-controlled double-blind parallel group efficacy, safety, and tolerability trial of brofaromine in patients with post traumatic stress disorder. Ciba-Geigy, $92,452 - completed 1993.

10.  Principal Investigator: The efficacy and tolerability of sertindole in schizophrenic patients: A pilot double-blind, placebo-controlled, dose-ranging study (Protocol 645). Abbott Laboratories, $12,568 - completed 1992.

11.  Principal Investigator:  Sertindole treatment of schizophrenic patients: An open label safety study (Protocol 695). Abbott Laboratories, 1992.

12.  Principal Investigator:  A double-blind, placebo-controlled study of the safety and efficacy of sertindole in schizophrenic patients (Protocol 762). Abbott Laboratories, 1992-1993 ($100,850) - completed 1993.

13.  Principal Investigator:  An open-label assessment of the long-term safety of sertindole in the treatment of schizophrenic patients (Protocol 795). Abbott Laboratories, 1992-1994 ($45,000).

14.  Principal Investigator:  Plasma dopamine beta-hydroxylase activity in PTSD: A pilot study.  Not funded.

15.  Co-Investigator:   Safety surveillance study for wellbutrin sustained release. Burroughs Wellcome, 1992.

16.  Principal Investigator: A multicenter, double-blind, placebo-controlled, multiple fixed dose and dose regimen comparison of seroquel (ICI 204,636) and haloperidol in the treatment of hospitalized subjects with acute exacerbation of chronic or subchronic schizophrenia. Zeneca Pharmaceuticals, 1993-1994 ($91,126).

17.  Principal Investigator:  A multicenter, double-blind, randomized, controlled, multiple fixed-dose and dose regimen comparison of seroquel (ICI 204,636) and haloperidol in the prevention of psychotic relapse in outpatients with chronic or subchronic schizophrenia. Zeneca Pharmaceuticals, 1993-1994 ($162,982)

18.  Co-Investigator:  Safety and efficacy of depakote in the prevention of mania in patients with bipolar disorder. Abbott Laboratories, 1993-1994.

19.  Principal Investigator:  A double-blind, placebo-controlled, haldol-referenced study of the safety and efficacy of two doses of sertindole in schizophrenic patients.  Abbott Laboratories, 1994-1995 ($151,160).

Publications:

1.   Ramsey RB, Hamner MB, Alving EM, Finlayson JS, Alving CR, Evatt B: Effects of Lipid A and liposomes containing lipid A on platelet and fibrinogen production in rabbits. *Blood* 56:307-310, 1980.

B175

2.  Hamner MB, Hitri A: Plasma beta-endorphin levels in post traumatic stress disorder: A preliminary report on response to exercise-induced stress. *Journal of Neuropsychiatry and Clinical Neurosciences* 4:59-63, 1992.

3.  Hamner MB: Obsessive-compulsive symptoms associated with acute intermittent porphyria. *Psychosomatics* 33:329-331, 1992.

4.  Hamner MB, Diamond BI: Elevated plasma dopamine in PTSD: A preliminary report. *Biol Psychiatry* 33:304-306, 1993.

5.  Hamner MB: PTSD and cocaine abuse (letter). *Hospital and Community Psychiatry*, 44:591-592, 1993.

6.  Hamner MB (book review): *Trauma and the Vietnam War Generation: Report of Findings from the National Vietnam Veterans Readjustment Study*, RA Kulka, WE Schlenger, JA Fairbank, RL Hough, BK Jordan, CR Marmar, DS Weiss, Brunner (Mazel), New York; *J Traumatic Stress* 1992, 5:321-322.

7.  Hamner MB: Exacerbation of post-traumatic stress disorder symptoms with medical illness. *General Hospital Psychiatry* 1994, 16:135-137.

8.  Hamner MB, Diamond BI, Hitri A: Plasma Norepinephrine and MHPG Responses to Exercise Stress in PTSD. In *Catecholamine Function in PTSD, Emerging Concepts*, Ed. M. Murburg, APA Press, 1994, pp 221-232.

Manuscripts in Preparation or Submitted for Journal Publication:

9.  Hamner MB, Diamond BI: Psychomotor retardation and correlations with plasma catecholamines in depressed patients (letter).

10. Hamner MB, Diamond BI: Plasma catecholamines in PTSD.

11  Fossey MD, Hamner MB: Clonazepam associated sexual dysfunction in male veterans with PTSD.

12. Hamner MB: Clozapine treatment for a veteran with comorbid psychotic symptoms and PTSD.

13. Hamner MB: Recurrent psychotic depression associated with GM-2 gangliosidosis.

14. Hamner MB, Fossey MD: Psychotic features in PTSD.

Abstracts:

1.  Hamner MB, Hitri A, Diamond BI: Effects of exercise on plasma catecholamines in post-traumatic stress disorder. *Neuroendocrinology Letters* 10:243, 1988.

2.  Hamner MB, Diamond BI, Borison RL: Recurrent psychotic depression associated with adult $GM_2$ gangliosidosis: Case report and literature review. *Biol Psychiatry* 25:66A-67A, 1989.

3.  Diamond BI, Hamner MB, Sunde DA: Possible tolerance to the antidepressant, anti-obsessive-compulsive, and analgesic effects of fluoxetine. *Biol Psychiatry* 25:155A, 1989.

4.  Hamner MB, Diamond BI, Hitri A: Plasma catecholamines in post-traumatic stress disorder. *Biol Psychiatry* 25:34A-35A, 1989.

5.  Hamner MB, Hitri A, Appelbaum B: Plasma beta-endorphins in PTSD. CME Syllabus and Proc Summary of the 142nd Annual Meeting of the Am Psychiatric Assoc, p. 81, 1989.

B176

6. Hitri A, Hamner MB: Effect of stress on opioid levels in post-traumatic stress disorder (PTSD). In *VIII World Congress of Psychiatry Abstracts*, Elsevier Science Publishers, p. 313, 1989.

7. Diamond BI, Hamner MB, Sunde DA, Borison RL: Tolerance to fluoxetine treatment. In *VIII World Congress of Psychiatry Abstracts*, Elsevier Science Publishers, p. 55, 1989.

8. Hamner MB, Diamond BI, Hitri A: Plasma dopamine and prolactin levels in PTSD. *Biol Psychiatry* 27:72A, 1990.

9. Diamond BI, Hamner MB, Chalker TL, O'Neal E: Effects of stress in an animal model for post-traumatic stress disorder (PTSD). *Biol Psychiatry* 27:77A, 1990.

10. Diamond BI, Hamner MB, Chalker TL, Borison RL: Animal models for PTSD. 1990 New Research Program and Abstract for the American Psychiatric Association 143rd Annual Meeting, p. 179, 1990.

11. Hamner MB, Diamond BI: Elevated plasma dopamine levels in PTSD. 1990 New Research Program and Abstracts for the American Psychiatric Association 143rd Annual Meeting, p. 179, 1990. Cited in *PTSD Research Quarterly*, Vol. 1 No. 2, 1990.

12. Hamner MB, Diamond BI, Hitri A: Plasma catecholamine response to exercise in PTSD. 1990 CME Syllabus and Proceeding Summary for American Psychiatry Association 143rd Annual Meeting, p. 290-291, 1990. Cited in *PTSD Research Quarterly*, Vol. 1, No. 2, 1990.

13. Hamner MB, O'Neal E, Diamond BI: Plasma dopamine in depressed patients may correlate with severity of depression and associated anxiety. *Neuroendocrinology Letters* 12:258, 1990.

14. Hamner MB. Diamond BI, O'Neal E, Borison RL: Clomipramine and sexual dysfunction. *Neuroendocrinology Letters* 12:297, 1990.

15. Hamner MB, Diamond BI, Hitri A: Plasma dopamine and prolactin in PTSD. Proceedings of the Society for Traumatic Stress Studies Annual Meeting, New Orleans, October 28-31, 1990.

16. Hamner MD, Diamond BI: Plasma catecholamines in PTSD: Effects of a single oral yohimbine dose. *Biol Psychiatry* 29:144A, 1991.

17. Hamner MB, Entrekin JI, Diamond BI: Dopamine and stress response. *Biol Psychiatry* 29:144A, 1991.

18. Hamner MB, Diamond BI: Plasma dopamine and homovanillic acid levels in post-traumatic stress disorder. Fifth World Congress of Biological Psychiatry Abstracts. *Biol Psychiatry* 29:433S, 1991.

19. Hamner MB, Diamond BI: Effects of yohimbine and placebo in PTSD. Abstract in New Research Program and Abstracts for the American Psychiatric Association 145th Annual Meeting, Washington, D.C., May 2-7, 1992.

20. Hamner MB, Entrekin JI, Diamond BI: Dopamine function in acute and chronic stress. Abstract in proceedings of the XIII Congress of the International Society of Psychoneuroendocrinology, Madison, Wisconsin, August 17-20, 1992.

21. Hamner MB, Diamond BI: Is dopamine dysfunction relevant in PTSD? *Biol Psychiatry*, 33:150A, 1993.

22. Hamner MB, Diamond BI: Plasma catecholamines and their metabolite correlations in PTSD. *Biol Psychiatry*, 33:150-151A, 1993.

B177

Mark B. Hamner, M.D.
Page 8

23. Hamner MB, Fossey MD: Psychotic symptoms in PTSD. 1993 New Research Program and Abstracts of the 146th American Psychiatric Association Annual Meeting, P. 145, 1993.

24. Hamner MB, Diamond BI: Plasma catecholamines and autonomic function in PTSD. 1993 New Research Program and Abstracts of the 146th American Psychiatric Association Annual Meeting, p. 145, 1993.

25. McEvoy J, Borison R, Small J, van Kammen D, Meltzer H, Hamner M, Morris D, Shu V, Sebree T, Grebb J: The efficacy and tolerability of sertindole in schizophrenic patients: A pilot, double-blind, placebo-controlled, dose-ranging study. *Schizophrenia Research*, Vol. 9, P. 244, 1993.

26. Hamner MB, Fossey MD: Psychotic symptoms associated with post traumatic stress disorder. *Neuropsychopharmacology*, Vol.9, P. 121S-122S, 1993.

27. Grebb JA, Sebree T, Schmitz P, Kashkin K, and the M92-762 Sertindole Research Group: A placebo-controlled trial of sertindole in schizophrenia, *Neuropsychopharmacology*, Vol.9, P. 119S-120S, 1993.

28. Fossey MD, Hamner MB: Clonazepam induced sexual dysfunction in male veterans with PTSD. Biological Psychiatry 35:656, 1994.

Presentations:

1. Hamner MB: Depression in the medically ill. Department of Psychiatry and Health Behavior Grand Rounds, Medical College of Georgia, September, 1986.

2. Hamner MB, Hitri A, Diamond BI: Effects of exercise on plasma catecholamines in post-traumatic stress disorder. Poster presentation at the XIXth Congress of the International Society of Psychoneuroendocrinology, Groningen, The Netherlands, August 21-25, 1988.

3. Hamner MB, Hitri A, Diamond BI: Effects of exercise stress on Vietnam Veterans with chronic post-traumatic stress disorder. Poster presentation at the Society for Traumatic Stress Studies Annual Meeting, Dallas, Texas, October 1988.

4. Hamner MB, Hitri A, Diamond BI: Plasma catecholamines and beta-endorphins in post-traumatic stress disorder. Paper read at the Fourth International Conference on Psychological Stress and Adjustment in Time of War and Peace. Tel-Aviv, Israel, January 8-12, 1989.

5. Hamner MB, Diamond BI, Borison RL: Recurrent psychotic depression associated with adult GM$_2$ gangliosidosis: case report and literature review. Poster presentation at the Society of Biological Psychiatry Annual Meeting, San Francisco, California, May 3-7, 1989.

6. Diamond BI, Hamner MB, Sunde DA: Possible tolerance to the anti-depressant, anti-obsessive-compulsive, and analgesic effects of fluoxetine. Paper presentation at the Society of Biological Psychiatry Annual Meeting, San Francisco, California, May 3-7, 1989.

7. Hamner MB, Diamond BI, Hitri A: Plasma catecholamines in post-traumatic stress disorder. Poster presentation at the Society of Biological Psychiatry Annual Meeting, San Francisco, California, May 3-7, 1989.

8. Hamner MB, Hitri A, Appelbaum B: Plasma beta-endorphin levels in PTSD. Paper read at the 1989 APA Annual Meeting in San Francisco, California, May 6-11, 1989. The paper session was "Biopsychosocial assessment of PTSD." Cited in Pitman Rk: Biological findings in Posttraumatic Stress Disorder: Implications for DSM-IV Classification in Posttraumatic Stress Disorder: DSM-IV and Beyond. American Psychiatric Press, 1993.

B178

Mark B. Hamner, M.D.
Page 9

9.  Hamner MB: Exacerbation of PTSD symptoms with medical illness. Poster presentation at the Fifth Annual meeting of the Society for Traumatic Stress Studies, San Francisco, California, October 27-30, 1989.

10. Hamner MB: Neurobiology of PTSD. Eisenhower Medical Center, Department of Psychiatry, Grand Rounds, December 13, 1989.

11. Hamner MB: PTSD: An overview. Georgia Ex-Prisoners of War Annual State Convention, October 20, 1989.

12. Hamner MB, Diamond BI, Borison RL: Depression and adult GM₂ gangliosidosis. Poster presentation at the Southern Association for Research in Psychiatry Annual Meeting, Chapel Hill, NC, March 1990.

13. Hamner MB, Diamond BI, Hitri A: Plasma dopamine and prolactin levels in PTSD. Poster presentation at the Society of Biological Psychiatry Annual Meeting, New York, NY, May 1990.

14. Dimond BI, Hamner MB, Chalker TL, Borison RL: Animal models for PTSD. Poster presentation at the American Psychiatric Association 143rd Annual Meeting, New York, NY, May 1990.

15. Diamond BI, Hamner MB, Chalker TL, O'Neal E: Effects of stress in an animal model for PTSD. Poster presentation at the Society of Biological Psychiatry Annual Meeting, New York, NY, May 1990.

16. Hamner MB, Diamond BI: Elevated plasma dopamine levels in PTSD. Poster presentation at the American Psychiatric Association 143 Annual Meeting, New York, NY, May 1990.

17. Hamner MB, Diamond BI, Hitri A: Plasma catecholamine response to exercise in PTSD. Read in a symposium at the American Psychiatric Association 143rd Annual Meeting, New York, NY, May 1990.

18. Hamner MB, O'Neal E, Diamond BI: Plasma dopamine in depressed patients may correlate with severity of depression and associated anxiety. Poster presented at the XXI Congress of the International Society of Psychoneuroendocrinology,  Buffalo, NY, August 20-24, 1990.

19. Hamner MB, Diamond BI, O'Neal E, Borison RL: Clomipramine and sexual dysfunction. Poster presented at the XXI Congress of the International Society of Psychoneuroendocrinology,  Buffalo, NY, August 20-24, 1990.

20. Hamner MB, Diamond, BI, Hitri A: Plasma dopamine and prolactin in PTSD. Proceedings of the Society for Traumatic Stress Studies Annual Meeting, New Orleans, October 28-31, 1990.

21. Hamner MB: PTSD: Assessment and treatment issues in possible casualties of Operation Desert Storm. In-service presentation for Psychiatry Service, VAMC, Columbia, SC, January 30, 1991.

22. Hamner MB, Diamond B: Plasma catecholamines in PTSD: Effects of a single oral yohimbine dose. Poster at the 46th Annual Society of Biological Psychiatry Meeting, New Orleans, Louisiana, May 8-12, 1991.

23. Hamner M, Entrekin J, Diamond B: Dopamine and stress response. Poster at the 46th Annual Society of Biological Psychiatry meeting, New Orleans, Louisiana, May 8-12, 1991.

24. Hamner MB, Entrekin JI, Diamond BI: Dopamine in acute and chronic stress. Poster in New Research at the American Psychiatric Association 144th Annual Meeting, New Orleans, Louisiana, May 11-16, 1991.

25. Hamner MB, Diamond BI: Plasma dopamine and homovanillic acid levels in post-traumatic stress disorder. Poster at the Fifth World Congress of Biological Psychiatry, Florence, Italy, June 9-14, 1991.

26. Hamner MB: Exacerbation of PTSD symptoms associated with cocaine abuse. Poster presented at the 43rd Institute on Hospital and Community Psychiatry, Los Angeles, CA, October 20-24, 1991.

B179

Mark B. Hamner, M.D.
Page 10

27. Diamond BI, Hamner MB, Chalker TL, Borison RL:  Animal models for PTSD.  Society for Neuroscience Annual Meeting, New Orleans, LA, November 10-15, 1991.

28. Hamner MB:  Clozapine treatment guidelines and the clozapine treatment team.  In-service presentation for the Psychiatry Service, Charleston VAMC, January 7, 1992.

29. Hamner MB, Diamond PI:  Effects of yohimbine and placebo in PTSD.  Oral presentation in New Research at the American Psychiatric Association Annual Meeting, Washington, D.C., May 2-7, 1992.

30. Hamner MB, Entrekin JI, Diamond BI:  Dopamine function in acute and chronic stress.  Oral presentation at the XIII Congress of the International Society of Psychoneuroendocrinology.   August 17-20, 1992.

31. Hamner MB, Diamond BI:  Plasma catecholamines and autonomic function in PTSD.  Poster in New Research at the American Psychiatric Association 146th Annual Meeting, San Francisco, California, May 22-27, 1993.

32. Hamner MB, Fossey MD:  Psychotic symptoms in PTSD.  Poster in New Research at the 146th American Psychiatric Association 146th Meeting, San Francisco, California, May 22-27, 1993.

33. Hamner MB, Diamond BI:  Is dopamine dysfunction relevant in PTSD?  Poster presentation at the Society of Biological Psychiatry Annual Meeting, San Francisco, California, May 22-27, 1993.

34. Hamner MB, Diamond BI:  Plasma catecholamines and their metabolite correlations in PTSD.  Poster presentation at the Biological Psychiatry Annual Meeting, San Francisco, California, May 22-27, 1993.

35. Hamner MB, Fossey MD: Psychotic symptoms associated with post traumatic stress disorder.  Poster presented at the First International Congress on Hormones, Brain and Neuropsychopharmacology, Rhodes, Greece, September 13-17, 1993.

36. Hamner MB:  Is there a role for dopamine in PTSD?  Presented at the IX Annual Meeting of the International Society of Traumatic Stress Studies, San Antonio, Texas, October 24-27, 1993.

37. Hamner MB:  Clozapine treatment for a veteran with co-morbid PTSD and psychosis.  Presented at the IX Annual Meeting of the International Society of Traumatic Stress Studies, San Antonio, Texas, October 24-27, 1993.

38. Hamner MB, Fossey MD:  Medical and neurological coomorbidity in PTSD.  Poster presented at the 14th National Conference of the Anxiety Disorders Association of America, Santa Monica, California, March 17-20, 1994.

39. Hamner MB:  Novel antipsychotics in the treatment of Schizophrenia.  Presented at Ground Rounds, Department of Psychiatry and Behavioral Sciences Institute of Psychiatry, Medical University of South Carolina, Charleston, South Carolina, April 26, 1994.

40. Hamner MB:  Endogenous opioid peptides in grief and traumatic stress:  review and hypothesis.  Paper read and presented in a poster session at the Fourth International Conference on Grief and Bereavement in Contemporary Society, Stockholm Sweden, June 12-16, 1994.

41. Fossey MD, Hamner MB:  Male sexual dysfunction induced by buproprion sustained release.  Presented at the American Psychiatric Association Annual Meeting in Philadelphia, Pennsylvania , May 21-26, 1994.

42. Hamner MB:  Psychopharmacology of PTSD.  Presented at Grand Rounds, Department of Psychiatry, Medical College of Georgia, Augusta, Georgia July 21, 1994.

B180

Mark B. Hamner, M.D.
Page 11

43. Hamner MB:  A pilot study on the effects of seroquel on serum prolactin in schizophrenia.  Presented at the International Society of Psychoneuroendocrinology  25th Congress, Seattle, Washington, August 13-18, 1994.

B181



## CURRICULUM VITAE

### MARVIN I. HERZ, M.D.

<u>Home Address:</u>

REDACTED

<u>Business Address:</u>
Department of Psychiatry
University of Rochester
300 Crittenden Boulevard
Rochester, N.Y.  14642
Telephone:  (716) 275-3716

<u>Present Position:</u>

| | |
|---|---|
| Professor of Psychiatry; Director, Mental Health Services Research and Long Term Care Program, Department of Psychiatry, University of Rochester School of Medicine and Dentistry, Strong Memorial Hospital | 1991- |

<u>Education:</u>

| | |
|---|---|
| University of Michigan, B.A., Psychology | 1949 |
| Yale University Graduate School, M.S., Psychology | 1951 |
| Chicago Medical School, M.D. | 1955 |

<u>Postgraduate Training:</u>

| | |
|---|---|
| Internship:  Rotating Intern, University of Illinois Research and Educational Hospitals | 1955-56 |
| Residency:  Psychiatric Resident, Assistant Chief and Chief Resident, Psychosomatic and Psychiatric Institute, Michael Reese Hospital, Chicago, Illinois | 1956-59 |
| Certificate in Psychoanalysis, Columbia University Center for Psychoanalytic Training and Research | 1968 |

RECEIVED

MAY 2 7 1993

CLINICAL &
MEDICAL AFFAIRS

B182

**Military Service:**

| | |
|---|---|
| Cadet-Midshipman, U.S. Maritime Service | 1945-47 |
| Lt. Commander, USNR, Great Lakes, Illinois | 1959-61 |

**Previous Academic Appointments:**

| | |
|---|---|
| Senior Science Advisor to Director of National Institute of Mental Health | 1989-91 |
| Professor and Chair, Department of Psychiatry, State University of New York at Buffalo School of Medicine and Biomedical Sciences, Buffalo, New York | 1978-91 |
| Professor of Psychiatry, Emory University, Atlanta, Georgia | 1977-78 |
| Associate in Psychiatry to Associate Professor of Clinical Psychiatry, College of Physicians and Surgeons, Columbia University, New York | 1965-77 |
| Instructor to Assistant Professor of Psychiatry, Albert Einstein College of Medicine, New York | 1963-65 |
| Teaching and Research Assistant, Department of Psychology, Yale University | 1949-51 |

**Hospital Appointments:**

| | |
|---|---|
| Attending Psychiatrist, University of Rochester Medical Center | 1991- |
| Director of Psychiatry, Erie County Medical Center, Buffalo, New York | 1978-91 |
| Director of Psychiatry, Buffalo General Hospital, Buffalo, New York | 1978-91 |
| Consultant in Psychiatry, Veterans Administration Medical Center, Buffalo, New York | 1978-91 |
| Medical Director and Director of Research in the Delivery of Mental Health Services, Georgia Mental Health Institute, Atlanta, Georgia | 1977-78 |
| Ward Administrator to Director, Washington Heights Community Service, New York State Psychiatric Institute, New York.  The service began as a 60-bed inpatient unit and was developed into a comprehensive community mental health program with 20 inpatient beds, a day hospital, outpatient department, halfway house and supervised apartments.  It served the local catchment area.  The service was a major component for the Columbia University Psychiatric Residency Program and medical student teaching and became nationally known for its research in the delivery of mental health services. | 1965-77 |
| Assistant Attending Psychiatrist to Associate Attending Psychiatrist, Presbyterian Hospital, New York | 1965-77 |
| Director, Westchester Square Day Hospital, Albert Einstein Medical School, New York | 1963-65 |
| Director, Inpatient Service, Division of Psychiatry, Montefiore Hospital, New York | 1961-63 |

2

B183

| Grants: | Approximate Award for Direct Costs | |
|---|---|---|
| Principal Investigator, National Institute of Mental Health Institutional Development Grant | $500,000 | 1968-72 |
| Principal Investigator, National Institute of Mental Health Grant, Brief Hospital-ization: Effects on Patient and Family | $550,000 | 1971-77 |
| Principal Investigator, New York State Health Research Council Grant, Sociotherapy and Intermittent Drug Therapy in Aftercare | $ 90,000 | 1976-77 |
| Principal Investigator, National Institute of Mental Health Training Grant, Medical Student Education, Psychiatry | $162,139 | 1980-83 |
| Principal Investigator, New York State Office of Mental Health Contract, Intermittent vs. Maintenance Medication in Schizophrenia NYS Health Research Council Grant | $ 35,000 $ 5,358 | 1981-83 1982-83 |
| Principal Investigator, National Institute of Mental Health Comprehensive Institutional Training Grant | $ 94,696 | 1983-86 |
| Principal Investigator, National Institute of Mental Health Research Grant, Intermittent vs. Maintenance Medication in Schizophrenia | $925,228 | 1983-92 |
| Principal Investigator, National Institute of Mental Health Research Demonstration Grant, Early Intervention in Schizophrenia | $896,596 | 1991-94 |

3

B184

Membership in Societies and Professional Organization:

Psychiatric Research Society
American Board of Psychiatry and Neurology In Psychiatry
(Diplomate), Senior Examiner
American Psychiatric Association (Fellow)
National Board of Medical Examiners (Diplomate)
American College of Psychiatrists (Fellow)
World Federation for Mental Health
American Association for the Advancement of Science
American Psychopathological Association (Fellow)
American College of Psychoanalysts (Fellow)
American College of Mental Health Administration (Fellow)
American Medical Association
Association for Clinical Psychosocial Research (Fellow)
Benjamin Rush Society

American Psychiatric Association, Psychoanalytic Society, and Other Appointments:

| | |
|---|---|
| New York County District Branch, American Psychiatric Association: | |
|     Chair, Committee on Hospital Psychiatry | 1970-74 |
|     Chair, Awards Committee | 1974-76 |
|     Chair, Program Committee | 1975-76 |
| Deputy Representative to Assembly of the American Psychiatric Association | 1974-77 |
| Member, American Psychiatric Association Assembly Task Force on Delivery of Mental Health Services | 1975-77 |
| Chair, Program Committee, Ninth Biennial Division Meeting, New York State District Branches, American Psychiatric Association | 1976 |
| Membership Committee of American Psychiatric Association | 1976-79 |
| Institute on Hospital and Community Psychiatry Program Committee, American Psychiatric Association (Chair, 1983) | 1979-83 |
| Subcommittee on Partial Hospitalization, American Psychiatric Association Advisory Committee to CHAMPUS | 1979 |
| Association for Psychoanalytic Medicine | |
|     Chair, Committee on Community Psychiatry | 1975-76 |
| Chair, Program Committee, Annual Meeting, American Academy of Psychoanalysis | 1977 |
| Board of Trustees, The American Academy of Psychoanalysis | 1978-81 |
| Western New York Psychoanalytic Society, Treasurer | 1981-85 |
| Western New York Psychoanalytic Society, Secretary | 1985-86 |

4

B185

## American Psychiatric Association, Psychoanalytic Society, and Other Appointments: (Continued)

| | |
|---|---|
| Western New York Psychoanalytic Society, President-Elect | 1986-88 |
| Western New York Psychoanalytic Society, President | 1988-90 |
| Representative of the Institute on Hospital and Community Psychiatry to the Committee to Coordinate the Functions of the Hospital and Community Psychiatry Service, Journal, and Institute | 1980-83 |
| Steering Committee, National Recruitment Conference sponsored by American Psychiatric Association and National Institute of Mental Health, San Antonio, Texas | 1980 |
| American Association of Chair of Departments of Psychiatry Liaison Committee to the American Psychoanalytic Association; Liaison Joint Commission on Accreditation of Hospitals | 1980-87 |
| Certification Committee, The American Academy of Psychoanalysis | 1982 |
| Member, Mental Health Committee, Hospital Association of New York State | 1982-89 |
| Member, P.R.I.T.E. Examination Committee, American College of Psychiatrists | 1982-84 |
| Member, Committee on Medical Education, Medical Society of The County of Erie | 1983-85 |
| Member, American Psychiatric Association Foundations Fund Prize Board | 1984-90 |
| Member, Stanley Dean Award Committee for Research in Schizophrenia, American College of Psychiatrists | 1984-87 |
| Member, Sub-committee on Alcoholism and Drug Substance Abuse, Medical Society of The County of Erie | 1984-85 |
| Member, American Psychiatric Association Task Force on Psychosocial Research | 1985- |
| Specialist Site Visitor for Liaison Committee for Graduate Medical Education | 1985- |
| Chair, American College of Mental Health Administration Task Force on Application of Research Findings to Clinical Practice | 1986-87 |
| Member, Research Committee, American Association of Chair of Departments of Psychiatry | 1986-90 |
| Chair, Membership Committee, Association of Clinical Psychosocial Research | 1986-90 |
| Treasurer, Membership Committee, Association of Clinical Psychosocial Research | 1990-92 |
| Consultant, American Psychiatric Association Task Force on Treatment of Psychiatric Disorders | 1986-90 |

5

B186

American Psychiatric Association, Psychoanalytic Society, and Other Appointments: (Continued)

| | |
|---|---|
| Chair, Committee on Education, The American College of Psychiatrists | 1987 |
| Member, American Psychiatric Association Budget Committee | 1988-91 |
| Chair, Research Committee, American College of Mental Health Administration | 1988-90 |
| Representative of the American College of Psychiatrists to the ABPN Conference on recertification of Psychiatrists | 1989 |
| Chair, Silvano Arieti Award Committee for The American Academy of Psychoanalysis | 1989-1992 |
| Consultant evaluator for the American Medico-Legal Foundation | 1990- |
| Treasurer, American College of Psychoanalysts | 1991- |
| Chair, American Psychiatric Association Workgroup to Develop Practice Guidelines For Treatment of Schizophrenia. | 1992 |
| President Elect, Association of Clinical Psychosocial Research | 1992- |
| Member, Board of Directors, U.S. Branch of World Association for Psychosocial Rehabilitation | 1992- |

Federal Appointments:

| | |
|---|---|
| Educational Consultant, National Heart and Lung Institute | 1975-78 |
| Research Consultant to the Task Panel of the President's Commission on Mental Illness | 1977 |
| Consultant, Psychiatry Education Branch, National Institute of Mental Health | 1978- |
| Chair, Special Review Committee, Treatment Development and Assessment Research Review Committee, NIMH Project Site Visit, Langley Porter Psychiatric Institute, University of California, San Francisco | 1981 |
| Special Review Committee, NIMH Project Site Visit, The Chicago Medical School, Chicago, Illinois | 1981 |
| Psychosocial and Biobehavioral Treatments Subcommittee of the Treatment Development and Assessment Research Review Committee, NIMH | 1981-85 |
| Member, The Office of the Civilian Health and Medical Programs of the Uniformed Services (OCHAMPUS) National Task Group Conference on Partial Hospitalization | 1982 |
| Special Review Committee, National Institute of Mental Health Comprehensive Institutional Training Grants | 1983 |
| Special Review Committee, National Institute of Mental Health Clinical Training in Public Psychiatry Grants | 1984 |

6

B187

Federal Appointments: (continued)

| | |
|---|---|
| Special Review Committee, National Institute of Mental Health, Schizophrenia Cooperative Agreement Program | 1984 |
| Member, NIMH Special Review Committee for Center Grants for the Organization and Financing of Mental Health Services | 1987 |
| Member, Special Review Committee, NIMH Collaborative Study, Treatment Strategies in Schizophrenia | 1988 |
| Consultant to the Panels of the National Plan for Schizophrenia Research, NIMH | 1988 |
| Ad hoc reviewer for Merit Review proposals in the area of schizophrenia, Veterans Administration, Washington, D.C. | 1988 |
| Member, NIMH Service Systems Research Panel to develop a National Plan for Research to Improve Care of the Severely Mentally Ill | 1989 |
| Member, NIMH Qualifications Review Board for Director, Division of Education and Service Systems Liaison | 1990 |
| Chair, Treatment Development and Assessment Research Special Review Committee, NIMH | 1990 |
| Consultant, NIMH, Special Site Visit, St. Mary's Hospital, Tuscon, Arizona. | 1991 |
| Invited participant at training seminar on assessment of instruments to be used in WHO sponsored study on the long-term course and outcome of schizophrenia. Aarhus, Denmark. | 1991 |
| Invited participant in NIMH workshop on alternatives to the use of involuntary interventions. Bethesda, Maryland. | 1991 |
| Invited participant in NIMH workshop on critical assessment of antipsychotic medication dosage strategies and prescribing practices. Bethesda, Maryland. | 1991 |
| Member, Review Panel for Agency for Health Care Policy and Research, Practice Guidelines for Schizophrenia | 1992 |
| Member, Advisory Panel for Agency for Health Care Policy and Research, Schizophrenia Patient Outcome Research Team (PORT) | 1993 |

Honors and Special Appointments:

Alpha Omega Alpha Honor Medical Society
Associate Editor, International Journal of Partial Hospitalization
Member, Scientific Advisory Board, Schizophrenia Bulletin
Publications Reviewer for American Journal of Psychiatry; Archives of General Psychiatry; Hospital and Community Psychiatry; Psychiatry; Schizophrenia Research; Journal of Nervous and Mental Disease; Biological Psychiatry; Comprehensive Psychiatry; Academic Psychiatry

7

B188

Honors and Special Appointments: (continued)

| | |
|---|---|
| Biographical Sketch, "Who's Who in America" | 1979- |
| Biographical Sketch, "American Men & Women of Science" | 1979- |
| Chair, Psychiatric Advisory Committee, New York State Office of Mental Health | 1980-87 |
| Distinguished Alumnus Award, The Chicago Medical School | 1981 |
| Recognition Award from Mental Health Association of Erie County | 1986 |
| Peter L. Heggs Memorial Award, The Erie Alliance for the Mentally Ill | 1986 |
| Member, Scientific Advisory Committee, NIMH Clinical Research Center for the Study of Schizophrenia, UCLA Neuropsychiatric Institute | 1987- |
| American Psychiatric Association PIA Foundation Prize to Senior Investigator in Hospital Psychiatry Research | 1988 |
| SUNY at Buffalo Psychiatric Residents' Outstanding Teacher Award | 1988 |
| Member, Special Advisory Group, New York State Office of Mental Health | 1988-91 |
| Member, Board of Regents, American College of Psychiatrists | 1990-93 |
| Member, Executive Committee, Board of Regents, American College of Psychiatrists | 1990-91 |
| Consultant, Robert Wood Johnson Foundation Programs on Chronic Mental Illness | 1992 |
| American College of Psychiatrists Stanley Dean Award for Research in Schizophrenia | 1993 |

Major Fields of Research Interest:

Clinical research in schizophrenia
Research in the delivery of mental health services
Research in the efficacy of psychiatric treatments

Licensure:

| | |
|---|---|
| Illinois | 1956 |
| New York | 1958 |
| California | 1960 |

8

B189

## PUBLICATIONS

### Journal Articles

Wittenborn, J.R., Herz, M.I., Kurtz, K.H.,Mandell,W.,Tatz,S.: The Effect of Rater Differences on Symptom Rating Scale Clusters.  J. Cons. Psychology, 2:107-109, 1952.

Persky, H., Hamburg, D.A., Basowitz; H., Grinker, R.R., Sabshin, M., Korchin, S.H., Herz, M.I., Beard, F.A., Heath, H.A.:  Relation of Emotional Responses and Changes in Plasma Hydrocortisone Level after Stressful Interview.  Arch. Neurol. Psychiat. 79:434-447, 1958.

Korchin, S.H., Herz, M.I.:  Differential Effects of "Shame" and "Disintegrative" Threats on Emotional and Adrenocortical Functioning.  Arch.Gen. Psychiatry 2:640-651, 1960.

Oken, D., Grinker, R.R., Heath, H.A., Herz, M.I., Korchin, S.H., Sabshin, M., Schwartz, N.S.: Relation of Physiological Response to Affect Expression.  Arch. Gen. Psychiatry 6:336-351, 1962.

Herz, M.I.:  The Day Hospital Program at The Albert Einstein College of Medicine.  Bulletin of the New York State District Branches, APA, 7:8, 1965.

Herz, M.I., Wilensky, H., Earle, A.:  Problems of Role Definition in the Therapeutic Community. Arch. Gen. Psychiatry 14:270-276, 1966.

Wilensky, H., Herz, M.I.:  Problem Areas in the Development of the Therapeutic Community. Int. J. Soc. Psychiatry 12:299-308, 1966.

Herz, M.I.:  The Therapeutic Milieu:  A Necessity.  Int. J. Psychiatry 7:209-212, 1969.

Herz, M.I.:  Crisis in Psychiatric Hospitalization Unresolved by the GAP Report.  Int. J. Psychiatry 9:586-591, 1970.

Herz, M.I., Endicott, J., Spitzer, R.L., Mesnikoff, A.M.:  Day Versus Inpatient Hospitalization:  A Controlled Study.  Am. J. Psychiatry 127:107-118, 1971.

Herz, M.I.:  Who Will Care for the Elderly?  Bulletin of the New York State District Branches, APA, 1:9, 1972.

Herz, M.I.:  The Therapeutic Community:  A Critique.  Hosp. Commun. Psychiatry 23: 69-72, 1972.

Herz, M.I.:  Views on the Current Role of Psychiatric Hospitalization. Hosp. Commun. Psychiatry 23:30-31, 1972.

9

B190

PUBLICATIONS (continued)

Herz, M.I., Spitzer, R.L., Endicott, J.:  Research in the Delivery of Mental Health. Dis. Nerv.
    System 33:476-480, 1972.

Herz, M.I., Spitzer R.L., Endicott, J.:  Evaluation of Community Psychiatric Practices.  Psychiat.
    Quart. 46:474-482, 1973.

Robbins, E., Hanin, E., Herz, M. et al.:  Who Will Care for the Patient:  A Change in Hospital
    Relations.  Bulletin of the New York State District Branches, APA, 16(1):4, 1973.

Herz, M.I., Spitzer, R.L., Gibbon, M., Greenspan, K., Reibel, S.:  Individual Versus Group
    Aftercare Treatment.  Am. J. Psychiatry 131:808-812, 1974.

Reibel, S., Herz, M.I.:  Is Brief Hospitalization Suitable for all Patients? Am. J. Orthopsychiatry
    44:208, 1974.

Herz, M.I., Endicott, J., Spitzer, R.L.:  Brief Hospitalization of Patients with Families:  Initial
    Results.  Am. J. Psychiatry 132:413-418, 1975.

Herz, M.I., Endicott, J., Spitzer, R.L.:  Brief Versus Standard Hospitalization:  The Families.
    Am. J. Psychiatry 133:795-801, 1976.

Herz, M.I.:  Conclusions are Questioned in Study of Outcome After Long, Short Stay.  Hosp.
    Commun. Psychiatry 27:200, 1976.

Reibel, S., Herz, M.I.:  Limitations of Brief Hospital Treatment.  Am. J. Psychiatry 133:518-521,
    1976.

Herz, M.I.:  Opinion:  Mind Body in Psychoanalysis.  The Academy (The American Academy of
    Psychoanalysis)  Vol. 21, No. 2, May, 1977.

Herz, M.I., Endicott, J., Spitzer, R.L.:  Brief Hospitalization: A Two-Year Follow-up.  Am. J.
    Psychiatry 134:502-507, 1977.

Endicott, J., Herz, M.I., Gibbon, M.:  Brief Versus Standard Hospitalization:  The Differential
    Costs.  Am. J. Psychiatry 135:707-712, 1978.

Herz, M.I.:  Prevention of Chronicity in Schizophrenia.  Psychiatric Annals 8:11, 1978.

Herz, M.I.:  Short Term Hospitalization and the Medical Model. Hosp. Commun. Psychiatry
    39:117-121, 1979.

Herz, M.I., Endicott, J., Gibbon, M.:  Brief Hospitalization:  A Two-Year Family Follow-up.
    Arch. Gen. Psychiatry 36:701-705, 1979.

10

B191

## PUBLICATIONS (continued)

Endicott, J., Cohen, J., Nee, J., Fleiss, J., Herz, M.I.: Brief Hospitalization vs. Standard
    Hospitalization: For Whom? Arch. Gen. Psychiatry 36:706-712, 1979.

Herz, M.I., Melville, C.: Relapse in Schizophrenia. Am. J. Psychiatry 137:801-805, 1980.

Herz, M.I.: The Therapeutic Community Re-examined. Editorial, Hosp. Commun. Psychiatry
    32:81, 1981.

Herz, M.I.: Research Overview in Day Treatment. Int. J. Partial Hospitalization, 1:33-44, 1982.

Herz, M.I., Szymanski, H.V., Simon, J.: Intermittent Medication for Stable Schizophrenic
    Outpatients: An Alternative to Maintenance Medication. Am. J. Psychiatry 139:918-922,
    1982.

Herz, M.I.: New Approaches to the Clinical Management of Schizophrenia. The Academy
    Forum, 26:11-14, 1982.

Herz, M.I.: Recognizing and Preventing Relapse in Patients with Schizophrenia. Hosp. Commun.
    Psychiatry 35:344-349, 1984.

Herz, M.I., Fava, G.A., Molnar, G., Edwards, L.: The Dexamethasone Suppression Test in Newly
    Hospitalized Schizophrenic Patients. Am. J. Psychiatry 142:127-129, 1985.

Herz, M.I.: Prodromal Symptoms and Prevention of Relapse in Schizophrenia. J. Clin. Psychiatry
    46:22-25, 1985.

Herz, M.I., Ferman, J., Cohen, M.: Increasing Utilization of Day Hospitals. Psychiatric Quarterly
    57:187-192, 1985.

Herz, M.I.: Treatment Strategies for Reducing Costs of Acute Psychiatric Hospitalization. Int. J.
    Partial Hospitalization 3:81-90, 1985.

Herz, M.I.: Toward an Integrated Approach to the Treatment of Schizophrenia, in
    Psychopharmacology, Behavior Modification, Dynamic Psychotherapy: Toward an Integrated
    Approach, Fava, G.A., Freyberger, H. (eds.). Psychotherapy and Psychosomatics 46:45-57,
    1986.

Herz, M.I., Glazer, W., Mirza, M., Mostert, M., Hafez, H.: Treating Prodromal Episodes to
    Prevent Relapse in Schizophrenia. Br. J. Psychiatry 155(suppl. 5):123-127, 1989.

Chiles, J.A., Sterchi, D., Hyde, T., Herz, M.I.: Intermittent Medication for Schizophrenic
    Outpatients: Who is Eligible? Schizophrenia Bull. 15:117-121, 1989.

B192

PUBLICATIONS (continued)

Glazer, W.M., Sheard, M.H., Miles, D., Herz, M.I.:  The "Intermittent Strategy" for Schizophrenia:  One Year Results.  Yale Psychiatric Quarterly ll:6-7, l989.

Herz, M.I., Glazer, W., Mostert, M., Sheard, M., Szymanski, H.V., Hafez, H. Mirza, M., Vana, J.:  Intermittent vs. Maintenance Medication in Schizophrenia:  Two Year Results.  Arch. Gen. Psychiatry, 48: 333-339, 1991.

Steinwachs, D.M., Cullum, H.M., Dorwart, R.A., Flynn, L., Frank, R., Friedman, M.B., Herz, M.I., Mulvey, E.P., Snowden, L., Test, M.A., Tremaine, L.S., Windle, C.D.:  Service Systems Research.  Schizophrenia Bulletin 18(4):627-668, 1992