B193

PUBLICATIONS (continued)

Books and Book Chapters

Herz, M.I.:  Brief Hospitalization and Aftercare, in Strategic Intervention in Schizophrenia,
Shapiro, L. (eds.).  New York:  Behavioral Publications, 1974, pp. 227-250.

Herz, M.I.:  Partial Hospitalization, in Comprehensive Textbook of Psychiatry, 2nd Edition,
Freedman, A.M., Kaplan, H.I., Sadock, B.J.(eds.).  Baltimore, Maryland:  Williams and
Wilkins Company, 1975, pp. 1995-2003.

Herz, M.I.:  Contributor to Modern Synopsis of Comprehensive Textbook of Psychiatry/II, 2nd
Edition, Freedman, A.M., Kaplan, H.I., Sadock, B.J. (eds.).  Baltimore, Maryland:  Williams
and Wilkins Company, 1977.

Herz, M.I.:  Brief Hospitalization of Schizophrenic Patients, in Progress in the Functional
Psychoses, Cancro, R., Shapiro, L., Kesselman, M.  (eds.).  New York:  Spectrum Publications,
1979.

Herz, M.I.:  Partial Hospitalization, Brief Hospitalization and Aftercare, in Comprehensive
Textbook of Psychiatry/III, Kaplan, H.I., Freedman, A.M., Sadock, B.J. (eds.).  Baltimore,
Maryland:  Williams and Wilkins Company, 1980, pp. 2368-2381.

Herz, M.I.:  Course, Relapse and Prevention of Relapse, in Chronic Mental Patient:  Five Years
Later, Talbott, J. (ed.).  New York: Grune and Stratton, 1984, pp. 63-78.

Herz, M.I.:  Intermittent Medication and Schizophrenia, in Drug Maintenance in Schizophrenia,
Clinical Insights Monographs, Kane, J.M. (ed.).  Washington, D.C.: American Psychiatric
Press, 1984, pp. 51-67.

Herz, M.I. et al.:  Intermittent Medication in Schizophrenia:  A Preliminary Report in
Schizophrenia:  Scientific Progress, Schulz, S.C., Tamminga, C.A.(eds.).  New York:  Oxford
University Press, 1989, pp. 333-340.

Herz, M.I. et al.:  Die Behandlung prodromaler Episoden zur Pravention von Ruckfallen in der
Schizophrenie, in Schizophrenie als systemische Storung: Die Bedeutung intermediarer
Prozesse fur Theorie und Therapie, Boker, W, Brenner, H.D. (eds.).  Bern: Verlag, 1989, pp.
270-282.

Herz, M.I.:  Un approccio integrato allo terapia della schizofrenia, in New Trends in
Schizophrenia, Migone, P., Martini, G., Volterra, V.(eds.).  Bologna, Italy: Fondazione Centro
Praxis, 1989, pp. 224-244.

Herz, M.I., Keith, S.,Docherty J.(eds.):  Psychosocial Treatment of Schizophrenia, Vol. 4 of
Handbook of Schizophrenia, Nasrallah, H.A.  (Gen. Ed.).  Amsterdam:  Elsevier Science
Publishers, 1990, 419 pp.

13

B194

PUBLICATIONS (continued)

Herz, M.I.: Early Intervention in Schizophrenia, in Psychosocial Treatment of Schizophrenia, Vol. 4 of Handbook of Schizophrenia, Herz, M.I., Keith, S., Docherty, J. (eds.).  Amsterdam: Elsevier Science Publishers, 1990, pp. 25-44.

Herz, M.I., Mostert, M.:  The Role of Hospitalization, in Psychosocial Treatment of Schizophrenia, Vol. 4 of Handbook of Schizophrenia, Herz, M.I., Keith, S., Docherty, J. (eds.). Amsterdam: Elsevier Science Publishers, 1990, pp. 269-296.

Mostert, M., Herz, M.:  The Role of Partial Hospitalization, in Psychosocial Treatment of Schizophrenia, Vol. 4 of Handbook of Schizophrenia, Herz, M.I., Keith, S., Docherty, J. (eds.). Amsterdam:  Elsevier Science Publishers, 1990, pp. 297-316.

Herz, M.I., Keith, S., Docherty, J.:  Introduction and Conclusions, in Psychosocial Treatment of Schizophrenia, Vol. 4 of Handbook of Schizophrenia, Herz, M.I., Keith, S., Docherty, J. (eds.). Amsterdam:  Elsevier Science Publishers, 1990.

Herz, M.I.: Role of Family in Ensuring Success of Intermittent Drug Therapies, in Psychiatry: A World Perspective, Vol. 3, Stefanis, C.N. et al. (eds.).  Amsterdam: Elsevier Science Publishers, 1990, pp. 796-801.

Herz, M.I., Glazer, W.M., Mostert, M., Sheard, M.H.:  Early Intervention to Prevent Relapse, in Psychiatry: A World Perspective, Vol, 3, Stefanis, C.N. et al. (eds.).  Amsterdam: Elsevier Science Publishers, 1990, pp. 79-84.

Herz, M.I., Glazer, W., Mostert, M., Szymanski, H., Hafez, H.:  Intervallmedikation bei Schizophrenie - Resultate einer Zwei-Jahres-Studie, in Verlaufsprozesse schizophrener Erkrankungen, Brenner, H. & Boker (Hrsg.).  Bern:  Verlag Hans Huber, 1992, pp. 324-333.

Herz, M.I., Lamberti, J.S.:  Schizophrenic Disorders, in Conn's Current Therapy, Rakel, Robert E. (ed.).  Philadelphia, Pennsylvania:  W. B. Saunders Company, 1993, pp. 1122-1128.

Lamberti, J.S., Herz, M.I.:  Psychotherapeutic Management, Social Skills Training and Vocational Rehabilitation in Schizophrenia, in Contemporary Issues in the Treatment of Schizophrenia, Shriqui, C., Nasrallah, H. (eds)., in press.

14

B195

PUBLICATIONS (continued)

Proceedings, Abstracts, Letters to the Editor, Book Reviews

Wilensky, H., Kornfeld, A., Herz, M.I.:  Effect of Ward Social Structure on Perceived Roles of Patients and Staff.  Proceedings, 77th Annual Convention, American Psychological Association, 537-538, 1969.

Herz, M.I., Endicott, J., Spitzer, R.L.:  A Study of Brief Hospitalization: Initial Results. Proceedings of American Psychiatric Association Annual Meeting, Detroit, Michigan, May, 1974.

Herz, M.I.:  Review of Schizophrenia in the New Custodial Community:  Five Years after the Experiment, by Ann Davis, Simon Dinitz and Benjamin Pasamanick, Ohio State University Press, Columbus.  Hosp. Commun.  Psychiatry 26:107, 1975.

Herz, M.I., Endicott, J., Spitzer, R.L.:  Brief vs. Standard Hospitalization: The Families. Proceedings of American Psychiatric Association Annual Meeting, Anaheim, Calif., May, 1975.

Herz, M.I., Endicott, J., Spitzer, R.L.:  Brief Hospitalization:  A Two-Year Follow-up. Proceedings of American Psychiatric Association Annual Meeting, Miami, Fla., May, 1976.

Herz, M.I.:  Day Hospitalization as an Alternative to Inpatient Hospitalization, in Proceedings of the Annual Conference on Partial Hospitalization, Luber, R.F., Maxey, J.T., Lefkovitz, P.M. (eds.).  Atlanta, Georgia:  Federation of PHSG, Inc. pp. 104-106, 1976.

Herz, M.I.:  Current Trends and Future Directions in Psychiatric Day Hospitalization. Proceedings of the Fall Conference, Adult Psychiatric Day Treatment, University of Minnesota, Minneapolis, Minn., pp. 121-130, 1976.

Herz, M.I.:  Toward Comprehensive Care of Schizophrenia.  Proceedings of American Psychiatric Association Annual Meeting, Toronto, Canada, 121:202, May 1977.

Herz, M.I., Endicott, J., Gibbon, M.:  Brief versus Standard Hospitalization:  The Differential Costs.  Proceedings of American Psychiatric Association Annual Meeting, Toronto, Canada, 236:393, May 1977.

Herz, M.I.:  Summary of Joint Meeting, American Academy of Psychoanalysis and American Psychiatric Association.  The Academy (The American Academy of Psychoanalysis), Vol. 21, No. 3, Autumn, 1977.

Herz, M.I.:  Preventive Aspects in the Treatment of Schizophrenia.  Abstracts, VI World Congress of Psychiatry, Honolulu, Hawaii, 88:45, August 28-September 3, 1977.

B196

PUBLICATIONS (continued)

Herz, M.I., Endicott, J., Spitzer, R.L.:  Brief Hospitalization:  Effects on Patients and Families.
Abstracts, VI World Congress of Psychiatry, Honolulu, Hawaii, 142:749, August 28-September
3, 1977.

Herz, M.I.:  Research Overview in Day Treatment, in Proceedings:  Adult Psychiatric Day
Treatment 2nd Multi-Disciplinary National Forum, Schippits, H., Kroll, J. (eds.).  Minneapolis,
Minnesota: University of Minnesota, pp. 85-101, 1978.

Herz, M.I., Melville, C.:  Relapse in Schizophrenia.  Proceedings of American Psychiatric
Association Annual Meeting, Chicago, Ill., May 1979.

Herz, M.I., Melville, C.:  A Comparison of Rehospitalization Rates in Two Alcohol Treatment
Programs.  Proceedings of American Psychiatric Association Annual Meeting, San Francisco,
Calif., May 1980.

Herz, M.I., Longabaugh, R., Washburn, S.:  Summary of Panel: "Current Effectiveness and Future
Place of Partial Hospitalization in the Treatment of Psychiatric Patients".  Proceedings of
Annual Conference on Partial Hospitalization, Maxey, J.T., Luber, Jr., R.F., Lefkovitz, P.M.
(eds.).  Boston:  American Association for Partial Hospitalization 1980, 216-219.

Herz, M.I.:  Early Relapse Signs in Schizophrenia Unstudied.  Article in Psychiatric News, May 1,
1981.

Herz, M.I., Szymanski, H.:  The Problem of Relapse in Schizophrenia (symposium).  Proceedings
of American Psychiatric Association Annual Meeting, New Orleans, La., May, 1981.

Herz, M.I., Szymanski, H.:  An Alternative to Maintenance Medication in Schizophrenia.
Proceedings of American Psychiatric Association Annual Meeting, New Orleans, La., May,
1981.

Herz, M.I.:  Barriers to Partial Hospitalization.  NAPPH Newsline 1:11, 1981.

Herz, M.I.:  Fiscal and Other Barriers to the Use of Partial Hospitalization.  Proceedings of the
Annual Conference on Partial Hospitalization, Maxey, J.T., Lefkovitz, P.M. (eds.).  San Diego,
CA:  American Association for Partial Hospitalization, 1981, 91-94.

Herz, M.I.:  Optimal Treatment of Schizophrenia and Recidivism.  Proceedings of American
Psychiatric Association Annual Meeting, Toronto, Ontario, Canada, May 17-21, 1982.

Herz, M.I.:  Fighting the Barriers to Partial Hospitalization.  Roche Report: Frontiers of
Psychiatry, 14-15, 1982.

16

B197

PUBLICATIONS (continued)

Herz, M.I., Fava, G., Molnar, G.: The Dexamethasone Suppression Test in Schizophrenia.
Abstract. Proceedings of American Psychosomatic Society Meeting, March 24-27, 1983, New
York City.

Herz, M.I.: Intermittent Medication and Schizophrenia, Symposium on Strategies for Drug
Maintenance in Schizophrenia. Proceedings of American Psychiatric Association Annual
Meeting, New York City, May 2, 1983.

Herz, M.I., Fava, G., Molnar, G.: The Dexamethasone Suppression Test in Acute Schizophrenia.
New Research Abstracts, American Psychiatric Association Annual Meeting, New York City,
May 2-6, 1983.

Herz, M.I.: Letter to the Editor, Brief versus Long Hospitalization: Other Views. Am. J.
Psychiatry 140:651, 1983.

Herz, M.I.: Reducing Costs of Acute Hospitalization. Symposium on Meeting New Economic
Challenges to Psychiatry. Proceedings of American Psychiatric Association Annual Meeting,
Los Angeles, May 7, 1984.

Herz, M.I.: Treating Prodromal Episodes to Prevent Relapse. Symposium on Relapse and
Recovery in Schizophrenia Psychosis. Proceedings of American Psychiatric Association
Annual Meeting, Los Angeles, May 10, 1984.

Herz, M.I.: Increasing the Use of Day Hospitals. Symposium on The Renaissance of the State
Psychiatric System. Proceedings of American Psychiatric Association Annual Meeting, Dallas,
Texas, May 21, 1985.

Herz, M.I.: Intermittent Medication in Schizophrenia. Symposium on Treatment Strategies in
Schizophrenia. Proceedings of American Psychiatric Association Annual Meeting, Dallas,
Texas, May 22, 1985.

Herz, M.I., Molnar, G., Fava, G.: Letter to the Editor: The DST in Newly Hospitalized Patients.
Am. J. Psychiatry 142:1000, 1985.

Herz, M.I.: Letter to the Editor: Boston Psychotherapy Study. Schizophrenia Bulletin 11:528-529,
1985.

Herz, M.I.: Book Forum: Review of The Chronically Mentally Ill: Research and Services,
edited by M. Mirabi, M.D., New York: SP Medical and Scientific Books, 1984, 327 pp. Am. J.
Psychiatry 143:102, 1986.

Herz, M.I., Simon, J.C.: Letter to the Editor: Prodromal Signs of Schizophrenic Relapse. Am. J.
Psychiatry 143:115-116, 1986.

17

B198

PUBLICATIONS (continued)

Herz, M.I. et al.: Dexamethasone Suppression Test in Newly Hospitalized Schizophrenic Patients. Psychiatry Digest, 1-2, February, 1986.

Herz, M.I., Mirza, M., Dickinson, E., Smith, P., Simon, J., Trigoboff, E.: Intermittent Medication in Schizophrenia. Proceedings of American Psychiatric Association Annual Meeting, Washington, D.C., May 14, 1986.

Herz, M.I.: (Abstract) Prodromal Symptoms and Prevention of Relapse in Schizophrenia. Psychiatry Digest 7:7, 1986.

Herz, M.I. et al.: Intermittent Medication in Schizophrenia: A Preliminary Report. Symposium on Long-Term Treatment Strategies in Schizophrenia. Proceedings of American Psychiatric Association Annual Meeting, Chicago, Ill., May 12, 1987.

Herz, M.I., Glazer, M.D.: Intermittent Medication in Schizophrenia - Preliminary Results. Schizophrenia Research 1:224-225, 1988.

Herz, M.I., Glazer, W., Mostert, M., Sheard, M., Finn, J.: Intermittent Medication in Schizophrenia: One Year Results. Symposium on Long-Term Treatment Issues in Schizophrenia. Proceedings of American Psychiatric Association Annual Meeting, Montreal, Quebec, Canada, May 12, 1988.

Herz, M.I., Glazer, W., Mostert, M., Sheard, M., Smith, P., Trigoboff, E., Miles, D., Simon, J., Finn, J., Schohn, M.: Early Intervention to Prevent Relapse in Schizophrenia. Symposium on Psychosocial Treatment of Schizophrenia. Proceedings of American Psychiatric Association Annual Meeting, Montreal, Quebec, Canada, May 10, 1988.

Herz, M.I. et al.: Intermittent vs. Maintenance Medication in Schizophrenia. Preliminary Two Year Results. Symposium on Long-Term Treatment Issues in Schizophrenia. Proceedings of American Psychiatric Association Annual Meeting, San Francisco, CA, May 11, 1989.

Herz, M.I.: Book Forum: Review of Treatment of Schizophrenia: Family Assessment and Intervention, edited by M.H. Goldstein, I. Hand, K. Hahlweg, New York: Springer-Verlag, 1986. Am. J. Psychiatry 147: 1078, 1990.

Herz, M.I., Glazer, W.M., Mostert, M., Sheard, M.A., Szymanski, H.: Intermittent vs. Maintenance Medication in Schizophrenia: Two Year Results. Abstract in Proceedings of the 17th Collegium Internationale Neuro-Psychopharmacologicum Congress, Clin. Neuropharm. 13:426-427, 1990.

Herz, M.I., Glazer W., Mostert, M., Sheard, M.: Early Intervention to Prevent Relapse. Symposium on New Strategies in Treatment of Schizophrenia. Proceedings of VIII World Congress of Psychiatry, Athens, Greece, Oct. 13-19, 1989.

18

B199

PUBLICATIONS (continued)

Herz, M.I.:  Role of Family in Ensuring Success of Intermittent Drug Therapies.  Symposium on
   Family Factors in Schizophrenia.  Proceedings VIII World Congress of Psychiatry, Athens,
   Greece, Oct. 13-19, 1989.

Herz, M.I.:  Recognizing the Early Signs of Schizophrenic
   Relapse.  Patient/Family Information, Relapse Newsletter, Vol. 1, 1990.

Herz, M.I., Mostert, M.:  A strategy for Relapse Prevention in Schizophrenia. Symposium on
   Psychoanalysis and Psychosis.  Proceedings of American Psychiatric Association Annual
   Meeting, New Orleans,Louisiana, May 14, 1991.

Herz, M.I., Glazer, W., Mostert, M.:  Life Events and Prodromal Symptoms in Schizophrenia.
   Symposium on Prediction of Relapse in Schizophrenia.  Proceedings of American Psychiatric
   Association Annual Meeting, New Orleans, Louisiana, May 16, 1991.

Herz, M.I. et al.:  Impact of Clozapine on Chronically State Hospitalized Treatment-Refractory
   Schizophrenic Patients.  Proceedings of American Psychiatric Association Annual Meeting,
   New Orleans, Louisiana, May, 1991.

Herz, M.I.: Predictors of Prodromal Episodes and Relapse in Schizophrenia.  NCDEU Intercom
   31st Annual Meeting, Key Biscayne, Florida, May 28 - 31, 1991.

Donnelly, K.Z., Bellus, S., Grace, J., Treanor, J., Herz, M.:  Improvements in Cognitive
   Functioning Among Schizophrenics Treated with Clozapine.  Proceedings of American
   Psychological Association Annual Meeting, San Francisco, CA, August 18, 1991.  The Clinical
   Neuropsychologist, 1991.

Audio Tapes

Herz, M.I.:  Early Detection of Relapse in the Schizophrenic Outpatient. Schizophrenic
   Outpatient, MateriaMedica Division of Creative Annex, Inc., for Endo Laboratories,
   Wilmington, Delaware, 1982.

Herz, M.I.:  Psychotherapy of Schizophrenia.  American College of Psychiatrists Psychiatric
   UPDATE Program Tape, 1982.

Herz, M.I.:  Discussant:  American Psychiatric Association Audio Review, Mind/Body and the
   Psychotherapeutic Process, 1983.

Herz, M.I.,¹Ingram, D.H., Witenberg, E.G.:  Effects of Theoretical Orientation on Managing
   Transference.  Panel at Winter Meeting of The American Academy of Psychoanalysis,
   December, 1983.  Audio Transcripts, Ltd., Alexandria, Virginia, 1983.

19

B200

PUBLICATIONS (continued)

Herz, M.I.:  Schizophrenia:  Current Concepts in Schizophrenia.  Audio-Digest Foundation,
Glendale, California, Vol. 13, No. 1, Jan. 9, 1984.

Herz, M.I.:  Reducing Costs of Acute Hospitalization.  Symposium on Meeting New Economic
Challenges to Psychiatry.  Annual Meeting of the American Psychiatric Association, Los
Angeles, May 7, 1984.

Herz, M.I.:  Treating Prodromal Episodes to Prevent Relapse.  Symposium on Relapse and
Recovery in Schizophrenia Psychosis.  Annual Meeting of the American Psychiatric
Association, Los Angeles, May 10, 1984.

Herz, M.I.:  Treating the Schizophrenic Patient.  Psychiatric Perspectives, '87 Conference,
Orlando, Florida, April 23, 1987.  Audio Digest Psychiatry, Vol. 16, No. 16, August 24, 1987.

Herz, M.I.:  Combined Psychotherapy and Pharmacology in Schizophrenia. American College of
Psychiatrists Psychiatric UPDATE Program Tape, Medical Information Systems, Inc., Port
Washington, N.Y., 1988.

Herz, M.I.:  Discussant:  Relapses in Schizophrenia.  American College of Psychiatrists Psychiatric
UPDATE Program Tape, Medical Information Systems, Inc., Port Washington, N.Y., Vol. 13,
No. 1, 1993.

B201

## ADDRESSES AND LECTURES SINCE 1980*

Relapse in Schizophrenia.  Grand Rounds, State University of New York at Buffalo Department of Psychiatry, Buffalo, New York, February 22, 1980.

The Impact of Role-Blurring Between Psychiatrist and Other Mental Health Professionals on Medical Students' Career Selection.  Conference on the Career Choice of Psychiatry, San Antonio, Texas, March 7-8, 1980.

Psychotropic Drugs in Medical Practice.  Grand Rounds, Buffalo General Hospital, Buffalo, New York, April 3, 1980.

Short-Term Treatment.  Seminar at Cornell University Medical College, Hospital Treatment: Which Treatment and How Long for Which Patients.  Payne Whitney Clinic, New York, April 12, 1980.

Presentation to Central New York District Branch, American Psychiatric Association, Syracuse, New York, April 17, 1980

Chairman, Follow-up Panel.  Annual Meeting of The American College of Psychoanalysis, How Does Terrorism Terrorize?, San Francisco, California, May 1-4, 1980.

Discussant for paper session, Schizophrenia:  Diagnosis, Treatment and Aftercare.  Annual Meeting of the American Psychiatric Association, San Francisco, California, May 7, 1980.

A Comparison of Rehospitalization Rates in Two Alcohol Treatment Programs.  Annual Meeting of the American Psychiatric Association, San Francisco, California, May 8, 1980.

Highlights of American Psychiatric Association Meeting in San Francisco.  VA Medical Center Teaching Conference, Buffalo, New York, May 22, 1980.

Partial Hospitalization and Schizophrenia.  Symposium on Current Effectiveness and Future Place of Partial Hospitalization in the Treatment of Psychiatric Patients, McLean Hospital, Boston, Massachusetts, September 12, 1980.

Chairperson for Workshop Entitled, Monitoring Prodromal Signs, 9th Annual Newer Strategies Series, Reduction of Rehospitalization in the Schizophrenic Disorders, New York, November 1, 1980.

Chairperson for panel, Cultural Differences in Psychiatric Illness in Rural vs. Metropolitan Areas.  24th Winter Meeting of the American Academy of Psychoanalysis, San Juan, Puerto Rico, December 6, 1980.

*List of earlier Addresses and Lectures available on request.

21

B202

## ADDRESSES AND LECTURES (continued)

Relapse in Schizophrenia.  Grand Rounds, New York University Medical Center, New York,
January 23, 1981.

Guest Discussant at Clinical Case Conference Rounds, Albert Einstein College of Medicine of
Yeshiva University, Bronx, New York, March 4, 1981.

Family Therapy of Schizophrenia.  Continuing Medical Education Program at Gowanda
Psychiatric Center, Gowanda, New York, April 22, 1981.

Chairperson for panel, Psychoanalysis and the Treatment of Psychoses. Meeting of the American
Academy of Psychoanalysis, Houston, Texas, May 8, 1981.

Chairperson for symposium, The Problem of Relapse in Schizophrenia.  Annual Meeting of the
American Psychiatric Association, New Orleans, Louisiana, May 14, 1981.

An Alternative to Maintenance Medication in Schizophrenia.  Symposium on The Problem of
Relapse in Schizophrenia, Annual Meeting of the American Psychiatric Association, New
Orleans, Louisiana, May 14, 1981.

Issues in Preventing Relapse in Schizophrenia.  Grand Rounds, McMaster University Department
of Psychiatry, Hamilton, Ontario, Canada, May 22, 1981.

New Prospectives for Mental Health in the 80's.  Scientific Meeting of the New York State
Medical Society, Niagara Falls, New York, June 28, 1981.

Fiscal and Other Barriers to the Use of Partial Hospitalization.  Session B:  The Role of Partial
Hospitals in the Comprehensive Mental Health System--Real and Ideal.  Joint session with the
American Association for Partial Hospitalization, APA 33rd Institute on Hospital and
Community Psychiatry, San Diego, California, September 13-17, 1981.

Prevention of Relapse in Schizophrenia.  Grand Rounds, Department of Psychiatry, University of
California, San Diego, September 15, 1981.

The Problem of Relapse in Schizophrenia.  Guest speaker for Colloquium on Biobehavioral
Sciences.  The Neuropsychiatric Institute, University of California, Los Angeles, September 21,
1981.

Discussant for World Psychiatric Association/APA Symposium on Schizophrenic Disorders, New
York City, October 31-November 1, 1981.

Keynote Speaker at Workshop on Comprehensive Treatment of Major Mental Illness, New
Hampshire Psychiatric Society and Division of Mental Health and Developmental Services,
Dept. of Health and Welfare, Concord, New Hampshire, November 16, 1981.

22

B203

## ADDRESSES AND LECTURES (continued)

Relapse in Schizophrenia.  Grand Rounds, Department of Psychiatry and Behavioral Science, SUNY at Stony Brook, New York, January 20, 1982.

Psychotherapy of Schizophrenia.  Panelist, American College of Psychiatry Update Series, Orlando, Florida, February 3, 1982.

The Problem of Relapse in Schizophrenia.  Grand Rounds, Department of Psychiatry, The New York Hospital-Cornell Medical Center, Westchester Division, White Falls, N.Y., March 19, 1982.

Relapse in Schizophrenia.  Grand Rounds, Department of Psychiatry, The University of Rochester Medical Center, Rochester, N.Y., April 7, 1982.

Fiscal and Other Barriers to the Use of Partial Hospitalization in the Comprehensive Mental System.  A Symposium on Contemporary Issues in Partial Hospitalization, Department of Psychiatry, St. Vincent's Hospital and Medical Center of New York, New York City, April 15, 1982.

Research Overview of Partial Hospitalization.  Presentation, Wadsworth VA Medical Center--Brentwood Division, Los Angeles, California, April 26, 1982.

Conducted Workshop at Massachusetts Mental Health Center, Boston, Massachusetts, May 12, 1982.

Optimal Treatment of Schizophrenia and Recidivism.  Annual Meeting of the American Psychiatric Association, Toronto, Ontario, Canada, May 17-21, 1982.

Creative Treatment of Relapsing Schizophrenics.  Coordinator and faculty for course at Annual Meeting of the American Psychiatric Association, Toronto, Ontario, Canada, May 20, 1982.

The Problem of Relapse in Schizophrenia.  Grand Rounds, Gowanda Psychiatric Center, Gowanda, N.Y., May 26, 1982.

Panel Participant at Conference of the Society for Psychotherapy Research, Jeffersonville, Vermont, June 17-19, 1982.

Medical Perspectives.  Keynote address at Conference on Mental Health in the 80's:  Working with the Chronic Patient, Buffalo Psychiatric Center, Buffalo, N.Y., June 23, 1982.

Issues in Relapse in Schizophrenia.  Grand Rounds, Department of Psychiatry, Long Island Jewish-Hillside Medical Center, Glen Oaks, N.Y., September 15, 1982.

Discussant, Paper Session VI, Neurobiology and Psychoanalysis, American Academy of Psychoanalysis Meeting, San Diego, California, December 11, 1982.

B204

ADDRESSES AND LECTURES (continued)

Participant in Study Group on The Long Term Treatment of Schizophrenia, American College of Neuropsychopharmacology Meeting, San Juan, Puerto Rico, December 15, 1982.

Participant in NIMH Workshop on Treatment Strategies in Schizophrenia, Washington, D.C., January 24-25, 1983.

Endocrinology of Depression.  University Medical Grand Rounds, Department of Medicine, SUNYAB, Roswell Park Memorial Institute, Buffalo, February 23, 1983.

Current Concepts in Schizophrenia.  Presentation at Second Annual Psychiatric Perspectives Conference, Orlando, Florida, March 11-12, 1983.

Course and Prevention of Relapse in Schizophrenia.  Grand Rounds, Department of Psychiatry, College of Physicians and Surgeons of Columbia University, New York, New York, March 25, 1983.

Future Trends in the Treatment of Schizophrenia.  Guest speaker at DePaul Mental Health Services Annual Board Meeting, Rochester, N.Y., April 14, 1983.

Intermittent Medication in Schizophrenia.  Symposium on Strategies for Drug Maintenance in Schizophrenia.  Annual Meeting of the American Psychiatric Association, New York City, May 2, 1983.

The Dexamethasone Suppression Test in Acute Schizophrenia.  Poster paper, Annual Meeting of the American Psychiatric Association, New York City, May 2-6, 1983 (with G. Fava, G. Molnar).

Psychological Sequelae Effects of a Nuclear Plant Accident.  Annual CME Assembly, The Medical Society of the State of New York, Port Chester, N.Y., May 13-15, 1983.

Prevention of Relapse in Schizophrenia.  Grand Rounds, Gowanda Psychiatric Center, Gowanda, N.Y., May 25, 1983.

Course, Prognosis and Prevention of Relapse in Schizophrenia.  Grand Rounds, Department of Psychiatry, SUNY at Buffalo, September 16, 1983.

Overview of Community Psychiatry.  Presentation for SUNYAB Continuing Nurse Education Conference, New Challenges--Working with the Younger, Chronic Psychiatric Patient, Buffalo, N.Y., October 26, 1983.

Psychiatric Problems in the Elderly.  Presentation at Annual Max Cheplove Scientific Day, Millard Fillmore Hospital, Buffalo, N.Y., November 3, 1983.

B205

ADDRESSES AND LECTURES (continued)

Process of Relapse.  Chairman of workshop session on strategies to prevent relapse.  Joint
    Committee on Schizophrenia and Area II Council APA 12th Annual Newer Strategies Series,
    Strategies for Prevention of Relapse in Schizophrenia, New York, N.Y., November 18, 1983.

Theoretical Orientation on Handling of Transference.  Panel, 27th Winter Meeting of the
    American Academy of Psychoanalysis, San Juan, Puerto Rico, December 9, 1983.

Course and Prevention of Relapse in Schizophrenia.  Presentation at The Menninger Foundation,
    Topeka, Kansas, February 10, 1984.

Reducing Costs of Acute Hospitalization.  Symposium on Meeting New Economic Challenges to
    Psychiatry.  Annual Meeting of the American Psychiatric Association, Los Angeles, May 7,
    1984.

Treating Prodromal Episodes to Prevent Relapse.  Symposium on Relapse and Recovery in
    Schizophrenia Psychosis.  Annual Meeting of the American Psychiatric Association, Los
    Angeles, May 10, 1984.

How Mental Disability Administrators and Academic Professionals Can Help each Other to
    Develop, Organize and Finance Services for the Mentally Disabled.  Panel, Seventh Annual
    Educational Conference, N.Y.S. Chapter of the Association of Mental Health Administrators,
    Albany, N.Y., June 7, 1984.

The DRG (Diagnostically Related Groups):  A New Opportunity for Partial Hospitalization.
    Partial Hospitalization:  Past-Present-Future.  VA Day Treatment Center, Boston,
    Massachusetts, June 8, 1984.

Opening Remarks, Rural Psychiatry: Services and Supports for the Elderly, Seventh Annual
    Conference, Gowanda Psychiatric Center, Gowanda, N.Y., October 10, 1984.

Relapse and Prevention of Relapse in Schizophrenia.  Guest speaker, The Erie Alliance for the
    Mentally Ill, Buffalo, N.Y., October 11, 1984.

Prodromal Symptoms and Prevention of Relapse.  IHCP Symposium:  Secondary Depression in
    Schizophrenia, Institute on Hospital and Community Psychiatry, Denver, Colorado, October
    14, 1984.

Strategies for Prevention and Treatment of Relapse in Schizophrenia.  Texas Department of
    Mental Health and Mental Retardation Symposium on Crisis Treatment and Prevention in the
    Mentally Ill and Retarded, Houston, Texas, November 1-2, 1984.

Relapse and its Prevention in Schizophrenia.  Grand Rounds, Beth Israel Medical Center, New
    York, New York, December 4, 1984.

B206

ADDRESSES AND LECTURES (continued)

Intermittent Medication and Schizophrenia.  Psychiatric Research Society Annual Meeting,
Tampa, Florida, March 15-16, 1985.

Prodromal Symptoms and Prevention of Relapse in Schizophrenia.  Milan University Graduate
Medical School, Milan, Italy, April 23, 1985.

Psychosocial and Psychopharmacologic Treatment in Prevention of Relapse in Schizophrenia.
University of Bologna School of Medicine, Bologna, Italy, April 29, 1985.

Discussant, International Symposium on the Psychosocial Management of Schizophrenia, Bern,
Switzerland, May 2-4, 1985.

Increasing the Use of Day Hospitals.  Symposium on The Renaissance of the State Psychiatric
System.  Annual Meeting of the American Psychiatric Association, Dallas, May 21, 1985.

Intermittent Medication in Schizophrenia.  Symposium on Treatment Strategies in Schizophrenia.
Annual Meeting of the American Psychiatric Association, Dallas, May 22, 1985.

Prevention of Relapse in Schizophrenia.  Grand Rounds, Gowanda Psychiatric Center, Gowanda,
N.Y., June 26, 1985.

Intermittent vs. Maintenance Medication in Schizophrenia Research Project. Grand Rounds,
Harborview Medical Center, Seattle, Washington, July 11, 1985.

Coping with Stress, American Heart Association W.N.Y. Chapter Executive Fitness Forum,
Center for Tomorrow, SUNYAB, Buffalo, N.Y., October 31, 1985.

Medication Use in Prevention of Relapse in Schizophrenia.  Grand Rounds, Department of
Psychiatry & Psychology, Nassau County Medical Center, East Meadow, N.Y., April 4, 1986.

Intermittent Medication in Schizophrenia.  Symposium on Long-Term Treatment Strategies in
Schizophrenia.  Annual Meeting of the American Psychiatric Association, Washington, D.C.,
May 14, 1986.

Intermittent vs. Maintenance Medication in Schizophrenia. Presentation at UCLA Colloquium
on Biobehavioral Sciences, UCLA, Los Angeles, California, September 22, 1986.

Intermittent vs. Maintenance Medication in Schizophrenia.  Presentation at Harbor-UCLA
Medical Center, Los Angeles, California, September 22, 1986.

Intermittent Medication of Schizophrenia.  Grand Rounds, Department of Beavioral Medicine &
Psychiatry, West Virginia University, Morgantown, West Virginia, October 15, 1986.

B207

## ADDRESSES AND LECTURES (continued)

Strategies for Preventing Relapse in Schizophrenia. A New Partnership: Families and Professionals Conference, Erie Alliance for the Mentally Ill, Williamsville, N.Y., October 31, 1986.

Reducing the Utilization of Acute Psychiatric Hospitalization. Panel Presentation: Translating Research Results Into Clinical and Administrative Practices, Annual Meeting of The American College of Mental Health Administration, St. Petersburg, Florida, January 19, 1987.

Prodromal Symptoms of Schizophrenia and Prevention of Relapse. International Congress on Schizophrenia Research, Clearwater, Florida, March 28-April 1, 1987.

An Intermittent Medication Strategy for Prevention of Relapse in Schizophrenia. Weekly Scientific Meeting, Ottawa General Hospital, Ottawa, Ontario, Canada, April 15, 1987.

Toward an Integrated Approach to the Treatment of Schizophrenia. Psychiatric Perspectives '87 Conference, Orlando, Florida, April 23, 1987.

Panel participant, An approach to the Multiple Dilemmas of the Multiple Disabled. N.Y.S. Office of Mental Health Conference on The Mentally Ill Chemical Abuser, Sheraton Airport Hotel, Buffalo, N.Y., April 30, 1987.

Intermittent Medication in Schizophrenia: A Preliminary Report. Symposium on Long-Term Treatment Strategies in Schizophrenia. Annual Meeting of the American Psychiatric Association, Chicago, Ill., May 12, 1987.

Psychopharmacology Drug Strategies in Schizophrenia. Clinical Director's Conference, Richard H. Hutchings Psychiatric Center, Syracuse, N.Y., June 23, 1987.

Grand Rounds Presentation, Gowanda Psychiatric Center, Gowanda, N.Y., June 24, 1987.

Treating Prodromal Episodes to Prevent Relapse in Schizophrenia. Second International Symposium on Schizophrenia, Bern, Switzerland, September 10-12, 1987.

Intermittent Medication in Schizophrenia: A Preliminary Report. Presentation at Munsterlingen Hospital, Constance, Switzerland, September 14, 1987.

An Intermittent Medication Strategy for Schizophrenia. Grand Rounds, Department of Psychiatry, Albert Einstein Medical Center, Philadelphia, PA, October 23, 1987.

Intermittent versus Maintenance Medication in Schizophrenia. Grand Rounds, St. Luke's/Roosevelt Hospital Center, New York City, October 28, 1987.

Intermittent Medication in Schizophenia--Preliminary Results. The IVth Biannual Winter Workshop on Schizophrenia, Badgastein, Austria, January 24-30, 1988.

27

B208

## ADDRESSES AND LECTURES (continued)

Intermittent versus Maintenance Medication in Schizophrenia.  Grand Rounds, Department of Education and Training, South Beach Psychiatric Center, Staten Island, N.Y., March 9, 1988.

Psychotherapy and Pharmacotherapy in Schizophrenia. International Congress on New Trends in Schizophrenia, Universita Degli Studi di Bologna, Bologna, Italy, April 15, 1988.

Short versus Long Hospitalization.  Visiting Professor at Timberlawn Psychiatric Hospital, Dallas, Texas, April 21, 1988.

Intermittent Medication in Schizophrenia: One Year Results.  Symposium on Long-Term Treatment Issues in Schizophrenia.  Annual Meeting of the American Psychiatric Association, Montreal, Quebec, Canada, May, 12, 1988.

Early Intervention to Prevent Relapse in Schizophrenia.  Symposium on Psychosocial Treatment of Schizophrenia.  Annual Meeting of the American Psychiatric Association, Montreal, Quebec, Canada, May 10, 1988.

Treatment of Schizophrenia in the Community.  Grand Rounds, Harlem Valley Psychiatric Center, Wingdale, New York, May 20, 1988.

Intermittent vs. Maintenance Medication in Schizophrenia.  Conference on Contemporary Issues in Practice of Psychiatry, Michael Reese Hospital and Medical Center, Chicago, Illinois, September 24, 1988.

Overview of Day Hospitalization.  Grand Rounds, Nashua Brookside Hospital, Nashua, N.H., September 30, 1988.

Effective Community Treatment Approaches for Victims of Schizophrenia. Alliance for the Mentally Ill of N.Y.S Conference, Buffalo Sheraton, October 9, 1988.

Early Intervention to Prevent Relapse.  Symposium on Psychosocial Treatment of Schizophrenia, World Psychiatric Association Regional Symposium, Washington, D.C., October 14, 1988.

Intermittent Medication in Schizophrenia: A One-Year Study. Grand Rounds, SUNY at Buffalo Department of Psychiatry, Buffalo, N.Y., October 28, 1988.

Interaction of Psychosocial and Psychopharmacological Interventions. Sixteenth Annual Newer Strategies Series, Optimizing Outcome in Schizophrenia.  New York, N.Y., November 5, 1988.

Management and Treatment of Acute Psychotic Episodes.  Grand Rounds, Bronx Psychiatric Center, Bronx, N.Y., November 15, 1988.

Management and Treatment of Acute Psychotic Episodes.  Grand Rounds, New York University Medical Center, New York, N.Y., November 17, 1988.

28

B209

## ADDRESSES AND LECTURES (continued)

Management and Treatment of Acute Psychotic Episodes. Grand Rounds, University of Texas Health Science Center, Houston, Texas, December 1, 1988.

Panel chair, How Research can Provide the Data to Argue for Collaborative Efforts. Annual Meeting of the American College of Mental Health Administration, Santa Fe, New Mexico, April 2, 1989.

Early Intervention to Prevent Relapse in Schizophrenia. Grand Rounds, Department of Psychiatry, The Ohio State University, Columbus, Ohio, April 26, 1989.

Intermittent vs. Maintenance Medication in Schizophrenia. Preliminary Two Year Results. Symposium on Long-Term Treatment Issues in Schizophrenia. Annual Meeting of The American Psychiatric Association, San Francisco, CA, May 11, 1989.

Early Intervention to Prevent Relapse. Symposium on New Strategies in Treatment of Schizophrenia. VIII World Congress of Psychiatry, Athens, Greece, October 16, 1989. (M. Herz, Symposium Chair)

Role of Family in Ensuring Success of Intermittent Drug Therapies. Symposium on Family Factors in Schizophrenia. VIII World Congress of Psychiatry, Athens, Greece, October 16, 1989. (R. Liberman, Symposium Chair)

Strategies for Prevention of Relapse. Presentation for NYS Office of Mental Health Second Annual Research Conference, Albany, NY, December 6-8, 1989.

Protocol for Finding the Lowest Effective Dose of Antipsychotic Medication for Acute and Maintenance Phases of Long-Term Treatment. Presentation for NYS Office of Mental Health Psychopharmacology TrainingProgram, New York City, March 20, 1990.

Intermittent versus Maintenance Medication in Schizophrenia--Two-Year Results. Symposium on Relapse, Prediction and Maintenance Treatment in Schizophrenia. 17th Congress of Collegium Internationale Neuro-Psychopharmacologicum, Kyoto, Japan, September 13, 1990.

An Intermittent Medication Strategy in Schizophrenia, Two-Year Results. Presentation at Third International Symposium on Schizophrenia Bern: Transactional Processes in Onset and Course of Schizophrenia Disorders, Bern, Switzerland, October 5, 1990.

An Early Intervention Strategy to Prevent Relapse in Schizophrenia. Workshop presentation at Third International Symposium on Schizophrenia Bern: Transactional Processes in Onset and Course of Schizophrenia Disorders, Bern, Switzerland, October 6, 1990.

Intermittent vs. Maintenance Medication in Schizophrenia: Two-Year Results. Grand Rounds, Psychiatric Institute, Westchester County Medical Center, Valhalla, N.Y., November 1, 1990.

B210

ADDRESSES AND LECTURES (continued)

Prodromal Symptoms, Life Events, and Schizophrenia Relapse.  Grand Rounds, Metropolitan Hospital, New York, N.Y., November 2, 1990.

Intermittent Medication in Schizophrenia.  Grand Rounds Presentation at University of Missouri, Department of Psychiatry, Columbia, Missouri, November 14, 1990.

Life Events and Relapse in Schizophrenia.  Presentation at Third Annual NYS Office of Mental Health Research Conference, Albany, N.Y., December 6, 1990.

Strategies for Preventing and Treating Relapse in Schizophrenia.  Grand Rounds, Manhattan Psychiatric Center, New York, N.Y., December 14, 1990.

Discussant for presentation of paper on Measurement of Alcohol Abuse & Dependency. Benjamin Rush Society Meeting, Puerto Vallarta, Mexico, January 11, 1991.

Life Events and Prodromal Symptoms in Schizophrenia.  Poster presentation at International Congress on Schizophrenia Research, Tucson, Arizona, April 23, 1991.

A Psychotherapy and Relapse Prevention in Schizophrenia.  Symposium on Psychoanalysis and Psychosis.  Annual Meeting of the American Psychiatric Association, New Orleans, Louisiana, May 14, 1991.

Chairman of Symposium & Presentation.  Life Events and Prodromal Symptoms in Schizophrenia. Symposium on Prediction of Relapse in Schizophrenia.  Annual Meeting of the American Psychiatric Association, New Orleans, Louisiana, May 16, 1991.

Impact of Clozapine on Chronically State Hospitalized Treatment-Refractory Schizophrenic Patients.  Poster Presentation at Annual Meeting of the American Psychiatric Association, New Orleans, Louisiana, May 11-16, 1991.

Predictors of Prodromal Episodes and Relapse in Schizophrenia.  Free communication at NCDEU 31st Annual Meeting, Key Biscayne, Florida, May 28-31, 1991.

Preventing Relapse in Patients with Schizophrenia:  Psychoeducational Methods. U.S. Branch, World Association for Psychosocial Rehabilitation 1991 Annual Conference.  New York University Medical School, New York. June 6 & 7, 1991.

Invited speaker, NIMH workshop on Critical Assessment of Antipsychotic Medication Dosage Strategies and Prescribing Practices.  November 4, 1991.  Rockville, Maryland.

Prodromal Symptoms of Schizophrenia: Interventions and Coping Strategies.  Grand Rounds The University of Texas, Health Science Center at San Antonio, Department of Psychiatry and San Antonio State Hospital.  October 14-15, 1991.

30

B211

## ADDRESSES AND LECTURES (continued)

A Strategy for Relapse Prevention in Schizophrenia.  43rd Institute on H & CP, American
Psychiatric Association, October 20-24, 1991.  Los Angeles, CA.

The Role of the Psychiatrist in the Mental Health System.  American College of Mental Health
Administration Annual Conference, April 1-4, 1992.  Charleston, SC.

Relapse Prevention and Intermittent Medication in Schizophrenia.  Grand Rounds College of
Physicians & Surgeons of Columbia University, Department of Psychiatry, New York, NY.
April 10, 1992.

Resolved: For most psychiatric inpatients, a ten day hospitalization is as effective as a longer stay.
Scientific debate, Annual Meeting, American Psychiatric Association, May 2-7 1992.
Washington D.C.

Teaching Coping Skills To Patients With Schizophrenia:  How to Handle Life Stresses.  Fifth
Annual Office of Mental Health Research Conference,  December 8, 1992, Albany, N.Y.

Comments on the APA Practice Guidelines for Schizophrenia.  The Benjamin Rush Annual
Meeting, January 13-16, 1993, Puerto Vallarta, Mexico.

Treatment of Schizophrenia.  New Chairs of the Old South; Psychiatric Perspectives '93,
sponsored by Glenbeigh Health Sources of Orlando and The University of Florida College of
Medicine, Gainesville, February 15-16, 1993, Orlando, Florida.

Advances in the Treatment of Schizophrenia.  Stanley Dean Award Lecture, American College of
Psychiatrists Annual Meeting, February 17-21, 1993, Naples, Florida.

B212



CURRICULUM VITAE

MARY ANN KNESEVICH, M.D.
St. Paul Medical Center at
Southwestern Medical Center
St. Paul Professional Building
at Las Colinas
5100 North O'Connor
Suite 220
Irving, Texas  75039
(214) 869-2575

**DATE OF BIRTH:**

June 17, 1954

**CITIZENSHIP:**

United States

**SSN:**

REDACTED

**MARITAL STATUS:**

Single

**EDUCATION:**

Indiana University, 1972-1975, B.A. with high honors (Economics)

University of Chicago, 1975-1976, (Economics)

Indiana University School of Medicine, 1976-1981, M.D.

**RESIDENCIES:**

Assistant Resident in Psychiatry, Barnes Hospital and allied hospitals, July 1981-June 1985.

Chief Resident in Psychiatry, Barnes Hospital and Washington University School of Medicine, July 1985-June 1986.

**UNIVERSITY APPOINTMENTS:**

Assistant in Psychiatry, Washington University School of Medicine, St. Louis, Missouri, July 1981-June 1986.

1

RECEIVED

MAY 27 1993

CLINICAL &
MEDICAL AFFAIRS

B213

UNIVERSITY APPOINTMENTS CONT.:

Instructor in Psychiatry, Washington University School of
Medicine, St. Louis, Missouri, July 1986-February 1990.

Instructor in Program in Physical Therapy, Washington
University School of Medicine, St. Louis, Missouri, January
1988-February 1990.

Clinical Assistant Professor, University of Texas Southwestern
Medical Center, Dallas, Texas, February 1992 - .

HOSPITAL AND CLINIC APPOINTMENTS:

Visiting Registrar, Maudsley Hospital, London, England, May-
June 1985.

Assistant Psychiatrist, Barnes Hospital, St. Louis, Missouri,
July 1985-February 1990.

Assistant in Psychiatry, Jewish Hospital of St. Louis, St.
Louis, Missouri, July 1985-February 1990.

Consultant Psychiatrist, Malcolm Bliss Mental Health Center,
St. Louis, Missouri, July 1986-February 1990.

Director of Psychiatric Consultation Service, Jewish Hospital
of St. Louis, St. Louis, Missouri, July 1986-February 1990.

Medical Director, Charter Counseling Center, Charter Hospital
of Grapevine, March 1990-April 1991.

Psychiatrist, Charter Hospital of Grapevine, Grapevine, Texas
March 1990 - .

Consultant Psychiatrist, Terrell State Hospital, Terrell,
Texas, April 1991 - .

Psychiatrist, St. Paul Medical Center at Southwestern Medical
Center, Dallas, Texas, May 1991 - .

Courtesy Privileges, Baylor Medical Center at Grapevine, May
1991 -.

Consultant Psychiatrist, American Transitional Care Hospital
of Dallas - Ft. Worth, August 1991 - .

2

B214

CERTIFICATION:

> Diplomate National Board of Medical Examiners, July 1982.
>
> American Board of Psychiatry and Neurology (Psychiatry)
> March 1988.

PROFESSIONAL SOCIETIES:

> Member, American Medical Association, 1983 - .
>
> Member, American Psychiatric Association, 1989 - .
>
> Member, Eastern Missouri Psychiatric Association, 1989 - .
>
> Member, Texas Medical Association, 1991 - (pending).

LICENSURE:

> Missouri, 1985.
> Texas, 1990.

COMMITTEES:

> Utilization Review, Jewish Hospital of St. Louis, MO.,
> January 1987-February 1990.
>
> Utilization Management, Washington University Medical Alliance
> Corporation, Medical Center Health Plan, May 1989-February
> 1990.
>
> Committee on Continuing Medical Education, St. Paul Medical
> Center at Southwestern Medical Center, October 1991 - .

RESEARCH ACTIVITIES:

> NIMH-CRB Collaborative Program on the Psychobiology of
> Depression, Co-Investigator, July 1986.
>
> Cognitive Therapy with Controls in Clinical Depression, Co-
> Investigator, July 1986.
>
> Principal Investigator, Clomipramine Study 62 and 67,
> Department of Psychiatry at Jewish Hospital, 1988 - February
> 1990.
>
> Principal Investigator, Clozapine Study 71, Department of
> Psychiatry at Jewish Hospital, 1988-February 1990.

3

B215

## RESEARCH ACTIVITIES CONT.:

Principal Investigator, Amperozide B201, Terrell State Hospital, Terrell, TX, March 1991 - October 1991.

Principal Investigator, ICI #204,636, Terrell State Hospital, Terrell, TX, October 1991 - September 1992.

Principal Investigator, Abecarnil 357, St. Paul Medical Center, Dallas, TX, February 1992 - February 1993.

Principal Investigator, Risperidone 207 and 208, Terrell State Hospital, Terrell, TX, April 1992 - .

Principal Investigator, Pfizer CP-88,059-1, Terrell State Hospital, Terrell, TX, September 1992 - .

Principal Investigator, Paroxetine, St. Paul Medical Center, Dallas, TX, January 1993 - .

## EDITORIAL ACTIVITIES:

Reviewer, <u>Archives of General Psychiatry</u>, 1988.

## MANUSCRIPTS IN PREPARATION:

Knesevich, M.A. and Knesevich, J.W.:  Unpredictable hypertensive responses with the use of monoamine oxidase inhibitors.

Pardo, P. et al:  A twin study of attention in schizophrenia.

Knesevich, M.A.:  Compliance with medication in a therapeutic trial.

Murphy, George, et al:  Prediction of relative response to medication/psychotherapy in depressed patients.

## MANUSCRIPTS IN SUBMISSION:

Murphy, George, et al:  Cognitive behavioral therapy with controls in depression.  <u>Archives of General Psychiatry</u>, in submission.

Wetzel, R.D., et al:  Prescribing therapy for depression:  The role of learned resourcefulness. <u>Psychological Reports</u>.

Wetzel, R.D. and Knesevich, M.A.:  MMPI correlates of the Tri-Dimensional Personality Questionnaire. <u>Psychological Reports</u>.

B216

PUBLICATIONS:

Rice, J.P., Endicott, J., Knesevich, M.A., and Rochberg, N.
The estimation of diagnostic sensitivity using stability data
An application to major depressive disorder, <u>Journal of
Psychiatry Research</u>, 21:337-345, 1987.

Aleem, A. and Knesevich, M.A. Schizophrenia-like psychosis
associated with vein of galen malformation: A Case Report.
<u>Canadian Journal of Psychiatry</u>, 32:226-227, 1987.

Knesevich, M.A., Scheftner, W. and Rice, J.P. Medical illness
and depression. 1988 New Research Program and Abstracts.
141st Annual Meeting of American Psychiatric Association, p.48
1988.

Aschauer, H.N., Aschauer-Trucker, G., Isenberg, K.I., Todd,
R.D., Knesevich, M.A., Garver, D.L., Reich, T. and Cloninger,
C.R.: No evidence for linkage between chromosome 5 markers
and schizophrenia. <u>Human Heredity</u>, 40: 109-115, 1990.

Moldin, Steven, et al: Association between major depressive
depressive disorder and physical illness. In press,
<u>Psychological Medicine</u>

PRESENTATIONS:

New Treatment Options for Schizophrenia. Baylor College of
Medicine, Houston, Texas, June 1, 1989.

Treatment-Resistant Depression. Texas Tech University Health
Center, Lubbock, Texas, July 14, 1989.

Clozapine-A New Treatment for Refractory Schizophrenic
Patients. Menninger Clinic, Topeka, Kansas, September 28,
1990

Clozapine-A New Treatment for Refractory Schizophrenic
Patients. Grand Rounds (Psychiatry). University of Kansas
School of Medicine, Kansas City, Kansas, September 29, 1989.

Prescribing Therapy for Depression: The Role of Learned
Resourcefulness. Association for Advancement of Behavior
Therapy, Washington D.C., November 4, 1989. (Poster)

Teleconference sponsored by Sandoz Pharmaceuticals. Clinical
Use of Clozaril, January 15 and January 23, 1990.

B217

PRESENTATIONS CONT.:

   Treatment of Depression.  Rosewood Hospital, Houston, Texas, January 18, 1990.

   New Insights into the Treatment of Schizophrenia, St. Joseph's Hospital, Houston, Texas, January 19, 1990.

   Recognition and Treatment of Depression.  Regional Hospital, St. Louis, Missouri, January 22, 1990.

   New Care for the Schizophrenic Patient.  Tampa General Hospital, Tampa, Florida, February 9, 1990.

   Clozaril-The Atypical Antipsychotic.  MaComb County Mental Health Center, Mount Clemens, Michigan, February 26, 1990.

   Treatment of Refractory Schizophrenia.  Arizona State Hospital, Phoenix, Arizona, March 23, 1990.

   Treatment of Refractory Schizophrenia.  East Valley Camelback Hospital, Phoenix, Arizona, March 24, 1990.

   Treatment of Resistent Schizophrenia.  Western Tennessee Psychiatric Society, Memphis, Tennessee, March 29, 1990.

   New Treatment of Resistent Schizophrenia.  West Virginia Alliance for the Mentally Ill, Fairmont, West Virginia, April 21, 1990.

   A Twin Study of Attentional Dysfunction in Schizophrenia. Meeting of Society of Biological Psychiatry, New York, New York, May 1990.  (Abstract).

   Recognition and Treatment of Obsessive-Compulsive Disorder. DePaul Hospital, St. Louis, Missouri, May 8, 1990.

   Clozapine the Atypical Antipsychotic.  University of West Virginia Psychiatry Grand Rounds, Morgantown, West Virginia,June 13, 1990.

   The Use of Clozapine in the Treatment-Resistant Schizophrenic. Northern Kentucky Psychiatric Association, Louisville, Kentucky, June 21, 1990.

   The Use of Clozapine in the Management of Resistant Schizophrenic Patients in the State Mental Health System. First Eastern Missouri Region Public Psychiatry Conference, St. Louis, Missouri, June 29, 1990.

6

B218

PRESENTATIONS CONT.:

Clozapine-The Atypical Antipsychotic.   St. Dominick's Hospital-Department of Psychiatry , Jackson, Mississippi, July 10,1990.

The Use of Clozapine, Mississippi State Hospital, Jackson, Mississippi, July 24, 1990.

Update on Clozapine.   Western Neuropsychiatric Institute/University of Utah School of Medicine, St. Lake City, Utah, July 31, 1990.

Clozapine-Clinical Application.   Scott and White Clinic-Department of Psychiatry, Temple, Texas, August 2, 1990.

Clozaril Review.   Department of Mental Health-State of Louisiana, Baton Rouge, Louisiana, August 30, 1990.

Clozaril: An Update.  National Mental Health Association 7th Annual Scientific Symposium, Houston, Texas September 14, 1990.

Clozapine-Current Clinical Review.  Medical College of Ohio, 8th Annual Conference of Psychopharmacology, Toledo, Ohio, September 26, 1990.

Clozapine: The 2nd Year. "Adverse Effects: Management and Practical Experiences".   42nd Institute on Hospital and Community Psychiatry, Denver, Colorado, October 9, 1990.

Clozapine: A Clinical Review.  Louisiana State University Psychiatry Grand Rounds, New Orleans, Louisiana, November 29, 1990.

Current Clinical Review of Clozaril.   Eastern Tennessee Psychiatric Society, Jackson City, Tennessee, February 20, 1991.

Clozaril: An Update.  Eastern Oklahoma Psychiatric Society, Tulsa, Oklahoma, March 26, 1991.

Managing Adverse Effects of Typical and Atypical Antipsychotics: A Clinical Case Conference. 144th Annual American Psychiatric Association, New Orleans, Louisiana, May 14, 1991.

7

B219

PRESENTATIONS CONT.:

Clinical Use of Clozaril. Great Rivers Community Mental Health
Center, St. Louis, Missouri, August 29, 1991.

Geriatric Depression.  Balboa Naval Hospital, San Diego,
California, September 13, 1991.

What's New in Pharmacologic Treatment of Schizophrenia.  20th
Psychiatric Forum, St. Paul Medical Center at Southwestern
Medical Center, September 19, 1991.

What's New in Anti-Psychotic Medication.  Dallas Veteran's
Administration Hospital, Dallas, Texas, October 17, 1991.

Stress and The Corporate Woman.  Proctor and Gamble, Dallas,
Texas, October 25, 1991.

New Developments in Anti-Psychotic Medications. Psychiatry
Ground Rounds, University of Kansas Medical Center, Kansas
City, Kansas, November 8, 1991.

Novel Antipsychotics: Past, Present, and Future. Psychiatry
Grand Rounds, Memphis Veteran's Administration Hospital,
Memphis, Tennessee, November 14, 1991.

Novel Antipsychotics: Past, Present, and Future.  Psychiatry
Ground Rounds, University of Arkansas, Little Rock, Arkansas,
November 15, 1991.

New Pharmacologic Treatments for Anxiety. Psychiatry Grand
Rounds, University of Oklahoma, Oklahoma City, Oklahoma,
October 8, 1992.

B220

1

CURRICULUM VITAE

**John Adair Chiles, M.D.**

Date of Preparation:  July, 1993

## I. GENERAL INFORMATION

### A. Personal Data:

1.  Citizenship Status:  USA

2.  U.S. Social Security No.:  REDACTED

### B. Education:

| Year | Degree | Major | Institution |
|------|--------|-------|-------------|
| 1962-66 | M.D. | | University of Pennsylvania Philadelphia, PA |
| 1958-62 | B.S. | Biochemistry | Davidson College Davidson, NC |

### C. Postgraduate Training:

| | | |
|---|---|---|
| 1970-72 1967-68 | Psychiatric Residency | University of Wisconsin Madison, WI |
| 1966-67 | Mixed Medical Internship | University of Wisconsin Hospital, Madison, WI |

### D. Academic Appointments:

1991 - Present Professor of Psychiatry
                University of Texas Health Science Center

1979 - 1991    Associate Professor of Psychiatry
                University of Washington Medical School

1973 - 1979    Assistant Professor of Psychiatry
                University of Washington Medical School

1972 - 1973    Instructor in Psychiatry
                University of Wisconsin Medical School

### E. Other Employment:

8/68-8/70      Staff Psychiatrist, Department of Psychiatry
                Wilford Hall Medical Center
                Lackland Air Force Base, Texas

RECEIVED

SEP 1 0 1993

CLINICAL &
MEDICAL AFFAIRS

B221

2

F.   **Certification and Licensure:**

   1.   **Certification:**

      Psychiatry, American Board of Psychiatry & Neurology
      April 1973, #12424

   2.   **Licensure:**

      Washington, #13284

      Texas, #J2858

G.   **Honors and Awards:**

   World Health Organization Travel - Study Fellowship, 1985

   Measy Foundation Scholarship, University of Pennsylvania
   Medical School

   George F. Baker Scholarship, Davidson College

## II. TEACHING

A.   **Classroom/Laboratory:**

| Date | Course/Title Clock Hours | (S*/L**) | Hours | Role |
|------|--------------------------|----------|-------|------|
| Current | Suicidology | R | 2 hrs/yr | Instructor |
| Current | Schizophrenia | R | 8 hrs/yr | Instructor |
| Current | Topics in Public Psychiatry | R | 10 hrs/yr | Instructor |

B.   **Clinical Teaching:**

| Year | Setting | (S*/L**) | (Wks./Yr.) | (Hrs./Wk.) |
|------|---------|----------|------------|------------|
| Current | Clinic | R,P | 52 | 8 |

C.   **Instructional Development:**

   1.   **Formal Study to Improve Teaching Abilities:**

      Teaching Improvement Series
      University of Washington School of Medicine

   2.   **Current Research Concerning Teaching:**

      n/a

B222

3

3.   **Bibliography Concerning Teaching:**

Abroms, G.M., Chiles, J.A.:  A Basic Course in Psychiatry for Medical Students.  <u>Journal of Medical Education</u>, 72:971-973, 1972.

4.   **Media and Software Developed:**

n/a

D.   <u>**Masters' Theses and Ph.D. Dissertations Directed, Membership on Supervising Committees, and Post doctoral Fellows Supervised:**</u>

1991 - Supervising Committee, Laura White, Ph.D. dissertation, University of Indiana, Department of psychology.  Topic - Ascorbic Acid in the Treatment of Schizophrenia.

III. RESEARCH

A.   <u>**Bibliography:**</u>

<u>**Books and Chapters**</u>

Chiles JA, Stroshal K:  <u>The Suidical Patient:  Principles of Assessment, Treatment, and Case Management</u>, American Psychiatric Press, Washington.  In Press

Chiles JA, Stroshal K:  The Suicidal Patient:  Assessment, Crisis Management, and Treatment.  In:  <u>Current Psychiatric Therapy</u>, Dunner D (Ed.), W.B. Saunders Co., Philadelphia. 1993

Chiles JA:  <u>Teenage Depression and Suicide</u>, Chelsea House, New York, 1986

Chiles JA, Carlin AS, Benjamin CAH, Beitman BD:  A physician, a nonmedical psychotherapist, and a patient; the pharmacotherapy-psychotherapy triangle.  In:  <u>Integrating Pharmacotherapy and Psychotherapy.</u>  Beitman BD and Klerman G (Eds.)  American Psychiatric Press, 105-120, 1991 (Revised from 1984)

Chiles JA, Carlin AS, Beitman BD:  A Physician, a Non-Medical Psychotherapist, and a Patient:  The Pharmacotherapy-Psychotherapy Triangle.  In Beitman BD and Klerman GL (Eds.)  <u>Combining Psychotherapy With Drug Therapy</u>, Spectrum Publications, New York, 1984

B223

4

Ward NG, Becker J, Chiles JA:  Anxiety and Insomnia in Medical Practice.  In Carr J and Dengerink H (Eds.) Behavioral Sciences in Medical Practice, 385-402.  Elsevier Biomedical, New York, 1983

Becker J, Chiles JA, Ward NG:  Psychosocial Perspectives on Depression Disorders.  In Carr J, Dengerink H (Eds.) Behavioral Sciences in Medical Practice, 361-384.  Elsevier Biomedical, New York, 1983

Chiles, JA, Ward NG, Becker J:  Depressive illness in medical practice.  In Carr J and Dengerink H (Eds.) Behavioral Sciences in Medical Practice, 344-360.  Elsevier Biomedical, New York 1983

Linehan MM, Ivanoff A, Graham BJ, Chiles JA, Sadin P, Nielsen SL:  Interpersonal Response Styles of Parasuicides. In Berman AL (Ed.) Proceedings – Fourteenth Annual Meeting, American Association of Suicidology, Albuquerque, New Mexico.  Denver, CO:  American Association of Suicidology, 1981

Chiles JA:  Therapy Via Telephone.  In Herink R(Ed.) Psychotherapy Handbook, 665-668.  New American Library, 1980

Kass JH, Stauss FF, Weill EM, Greist JH, Chiles JA, Thurrell RJ:  Sex Therapy at Home.  Simon & Shuster, 1975

## Papers

Chiles JA, Davidson P, McBride D:  Effects of Clozapine on the Use of Seclusion and Restraint.  Hospital and Community Psychiatry.  In Press*

Chiles JA, Cohen S, Miauro R, Wright R:  Smoking and Schizophrenic Psychopathology.  American Journal on Addictions.  In Press*

Strosahl K, Chiles JA, Linehan M:  Prediction of Suicide Intent in Hospitalized Parasuicides:  Reasons for Living, Hopelessness and Depression.  Comprehensive Psychiatry, 33:366-373, 1992*

Cohen S, Khan A, Zheng YP, Chiles JA:  Tardive Dyskinesia in the Mentally Retarded:  Prevalence, Risk Factor and Topographical Comparison with a Schizophrenic Population. Acta Psychiatrica Scandinavia, 83:234-237, 1991*

Chiles JA, Benjamin A, Cahn T:  Who Smokes?  Why?  Continued Cigarette Use Among Lawyers in Washington State. Comprehensive Psychiatry, 31(2):176-184, March/April 1990*

B224

5

Cohen S, Chiles JA, McNaughton A:  Weight Gain Associated with Clozapine.  American Journal of Psychiatry, 147(4):503-504, April 1990*

Chiles JA, Von Cleve E, Jemelka R, Trupin E:  Substance Abuse and Psychiatric Disorders in Male Prisoners.  Hospital and Community Psychiatry, 40(10):1132-1134, October 1990.  Reprinted in Dual Diagnosis of Mental Illness and Substance Abuse, Hospital and Community Service of the American Psychiatric Association, April 1993

Chiles JA, Cohen S, McNaughton A:  Dropping Objects: Possible Mild Cataplexy Associated with Clozapine.  Journal of Nervous and Mental Disease,  178(10):663-664, October 1990*

Chiles JA, Sterchi D, Hyde T, Herz M:  Intermittent Medication for Schizophrenic Outpatients:  Who is Eligible?  In press, Schizophrenia Bulletin.  15(1):117-121, 1989*

Maiuro RD, Michael MC, Vitaliano PP, Chiles JA, Davis PM:  Patient Reactions to a No Smoking Policy in a Community Mental Health Center.  Community Mental Health Journal, 25:71-77, 1989*

Chiles JA, Strosahl K, Zheng YP, Michael M, Hall K, Jemelka R, Senn B, Reto K.:  Depression, Hopelessness, and Suicidal Behavior in Chinese and American Psychiatric Patients.  American Journal of Psychiatry, 146(3):339-344, March 1989*

Jemelka R, Trupin E, Chiles JA:  Mentally Disordered Offenders.  Hospital and Community Psychiatry, 40(5):481-491, May 1989*

Linehan MM, Camper P, Chiles JA, Strosahl KD, Shearin E:  Interpersonal Problem Solving and Parasuicide.  Cognitive Therapy and Research, 11(1):1-12, 1987*

Chiles JA:  Current Concepts in the Evaluation and Treatment of Anorexia Nervosa.  Medical Times, 115(3):67-78, 1987*

Chiles JA,  Zheng YP:  Suicidal Behavior in China.  Far East Health, 8(3):33-34, April 1987*

Khan A, Cohen S, Chiles JA, Stowell M, Hyde T, Robbins M:  Therapeutic Role of a Psychiatric Intensive Care Unit in Acute Psychosis.  Comprehensive Psychiatry, 28:(3):264-269, 1987*

Chiles JA, Strosahl KD, Cawden L, Graham R, Linehan MM:  The 24 Hours Before Hospitalization:  Factors Related to Suicide Attempting.  Suicide and Life Threatening Behavior, 16(3):335-342, Fall 1986*

B225

6

Linehan MM, Chiles JA, Egan KE, Devine RH, Laffaw JS: Presenting Problems of Parasuicides Versus Suicide Ideators and Non-Suicidal Psychiatric Patients. Journal of Consulting and Clinical Psychology, 54(6):880-881, 1986*

Chiles JA, Strosahl KD, McMurtray L, Linehan MM: Modeling Effects on Suicidal Behavior. Journal of Nervous and Mental Disease, 173(8):477-481, 1985*

Chiles, JA: Suicidal Behavior: Its Analysis, Diagnosis, and Treatment. China Referential Journal of Foreign Medicine, 2:68-71, 1985*

Strosahl K, Linehan MM, Chiles JA: Will the Real Social Desirability Please Stand Up? Comments on Hopelessness and Social Desirability in Predicting Suicidal Behavior. Journal of Consulting and Clinical Psychology, 52(3):449-457, 1984*

Beitman BD, Chiles JA, Carlin AS: The Pharmacotherapy-Psychotherapy Triangle: A Psychiatrist, a Non-Medical Psychotherapist, and a Patient. Journal of Clinical Psychiatry, 45(11):458-459, 1984*

Linehan MM, Goodstein JL, Neilsen S, Chiles JA: Reasons for Staying Alive When You Are Thinking of Killing Yourself: The Reasons for Living Inventory. Journal of Consulting and Clinical Psychology, 51(2):276-286, 1983*

Miller ML, Chiles JA, Barnes VE: Suicide Attempters Within a Delinquent Population. Journal of Consulting and Clinical Psychology, 50(4):491-498, 1982*

Linehan, MM, Ivanoff, A, Graham BJ, Chiles, JA, Sadin P, Nielsen SL: Interpersonal Response Styles of Parasuicides. In AL Berman (Ed.): Proceedings - Fourteenth Annual Meeting, American Association of Suicidology, Albuquerque, New Mexico. Denver, CO: American Association of Suicidology, 1981*

Ries RK, Wilson L, Bokan JA, Chiles JA: ECT in Medication Resistant Schizo-Affective Disorder. Comprehensive Psychiatry, 22:(2):167-173, 1981*

Chiles JA, Stauss F, Benjamin L: Martial Conflict and Sexual Dysfunction in Alcoholic and Non-Alcoholic Couples. British Journal of Psychiatry, 137:266-273, 1980*

Chiles JA, Miller M, Cox G: Depression in an Adolescent Delinquent Population. Archives of General Psychiatry, 37:1179-1184, 1980*

Chiles JA, Cohen D: Pseudodementia and Mania. Journal of Nervous and Mental Disease, 167(6):357-358, 1979*

B226

7

Chiles JA, Lipscomb P:  Cerebral Palsy in Early Adolescence: A Developmental Crunch.  Psychiatric Opinion, 16(9):29-32, 1979*

Fiedler PD, Orenstein H, Chiles JA, Fria G, Breitt S: Effects of Assertive Training on Hospitalized Adolescents and Young Adults.  Adolescence, 14(55):525-528, 1979, Fall*

Schuckit M, Petrich J, Chiles, JA:  Hyperactivity: Diagnostic Confusion.  Journal of Nervous and Mental Disease, 166(2):79-86, 1978*

Chiles JA:  Extrapyramidal Reactions in Adolescents Treated With High Potency Antipsychotics.  American Journal of Psychiatry, 135(2):239-240, 1978*

Schuckit M, Chiles JA:  Family History as a Diagnostic Aid in Two Samples of Adolescents.  Journal of Nervous and Mental Disease, 166(3):165-176, 1978*

Chiles JA, Sanger E:  The Use of Groups in Brief Inpatient Treatment for the Adolescent.  Hospital and Community Psychiatry, 28(6):443-445, 1977*

Chiles JA, Wilkus RJ:  Behavioral Manifestations of the Klein-Levin Syndrome.  Diseases of the Nervous System, 37:646-648, 1976*

Wilkus RJ, Chiles JA:  Electrophysiological Changes During Episodes of the Klein-Levin Syndrome.  Journal of Neurology, Neurosurgery and Psychiatry, 38:1225-1231, 1975*

Chiles JA:  Patient Reactions to the Suicide of a Therapist. American Journal of Psychotherapy, 28(1):115-121, 1974*

Chiles JA:  A Practical Therapeutic Use of the Telephone. American Journal of Psychiatry, 131:1030-1031, 1974*

Greist JH, Gustafson DH, Stauss FF, Rowse GC, Laughren TP, Chiles JA:  Suicide Risk Predictions:  A New Approach.  Life Threatening Behaviors.  Journal of the American Association of Suicidology, 4(4):212-233, 1974, Winter*

Chiles JA:  One Patient's Reaction to the Suicide of His Therapist:  An Existential Click.  Voices Journal of the American Academy of Psychotherapy, 9:26-27, 1973*

Greist JH, Gustafson DH, Stauss FF, Rowse GC, Laughren TP, Chiles JA:  Computer Interview for Suicide Risk Prediction. American Journal of Psychiatry, 130:1327-1332, 1973*

Chiles JA, Greist JH, Marshall, J:  Group Intake, Brief Therapy and the Use of Expertise:  Evolving Changes in Intake Procedure.  Comprehensive Psychiatry, 13:489-492,

B227

8

Chiles JA:  Homosexuality in the United States Air Force. <u>Comprehensive Psychiatry</u>, 13:529-532, 1972*

Abroms GM, Chiles JA:  A Basic Course in Psychiatry for Medical Students.  <u>Journal of Medical Education</u>, 72:971-973, 1972*

B.   <u>Areas of Research Interest:</u>

Suicidology, Schizophrenia, Addictive Disorders

C.   <u>Current Projects:</u>

Novel antipsychotic medications
Treatment approaches to the chronic suicide attempter
Mentally Ill Offenders

D.   <u>Research Support:</u>

<u>National</u>

Source:   USPHS
Title:    Intermittent Medication in Schizophrenia
Period:   1986-1988
Direct Costs/Current Year/Total: $75,000
Role:     Co-Investigator

Source:   National Institute of Justice
Title:    Validation of a Computer-Based Offender
          Screening and Prediction Battery
Period:   July 1986 - July 1988
Direct Costs/Current Year/Total: $155,384
Role:     Co-Investigator

Source:   National Institute of Corrections/
          Washington State Department of Corrections
Title:    Implementation of a Mental Health Screening Policy
Period:   April 1986 - October 1986
Direct Costs/Current Year/Total: $15,000
Role:     Co-Investigator

Source:   National Institute of Mental Health
Title:    Assessment and Treatment of Suicidal Patients
Period:   1981 - 1984
Direct Costs/Current Year/Total: $261,000
Role:     Co-Principal Investigator

<u>State</u>

Source:   Washington Institute of Mental Health
Title:    The Effects of Ascorbic Acid on the
          Therapeutic Efficacy of Neuroleptics
Period:   January 1990 - June 1991
Direct Costs:  $24,987

B228

9

Source:      State of Alaska, Dept. of Health & Social Service
Title:       Alaska Health and Social Services Training
Period:      February 1988 - June 1989
Direct Costs: $26,597
Role:        Co-Investigator

Source:      State of Idaho, Dept. of Health and Welfare
Title:       Joint UW/Idaho Mental Health Training Program
Period:      June 1987 - June 1988
Direct Costs: $92,311
Role:        Co-Investigator

Source:      State of Washington Dept. of Corrections
Title:       Mental Health Consultation
Period:          7/88-6/89      7/87-6/88      7/86-6/87
Direct Costs: $50,000        $50,000        $50,000
Role:        Co-Investigator

Source:      Washington State Office of Community Development
Title:       Drug Treatment of the Depressed Delinquent
Period:      February 1977 - January 1988
Direct Costs: $24,890
Role:        Principal Investigator

## Other

Source:      Pharmaco
Title:       Olanzapine Versus Haloperidol in the Treatment of
             Schizophrenia and Other Psychotic Disorder
Period:      June 1993 - present
Direct Costs: To be determined.
Role:        Co-Principal Investigator

Source:      Zeneca Pharmaceuticals Group
Title:       Seroquel (ICI 204,636) Relapse Prevention Study
             and Open Label Extension
Period:      July 1993 - present
Direct Costs: To be determined.
Role:        Co-Principal Investigator

Source:      Merck, Sharp & Dohme
Title:       Triple Blind Parallel Long Term Study Comparing
             Two Dose Ranges of Remoxipride to Haloperidol in
             Hospitalized Patients with Schizophrenia
Period:      June 1990 - May 1991
Direct Costs: $77,512
Role:        Principal Investigator

B229

10

Source:    Merck, Sharp & Dohme
Title:     Double Blind Long Term Safety Study Comparing
           Remoxipride to Haloperidol in Schizophrenic
           Outpatients
Period:    September 1990 - September 1991
Direct Costs:  $148,680
Role:      Principal Investigator

Source:    Eli Lilly Company
Title:     Fluoxetine and Smoking Cessation
Period:    September 1989 - September 1991
Direct Costs:  $194,000
Role:      Principal Investigator

Source:    Sandoz Company
Title:     Clozapine in Treatment Resistant Patients
Period:    January 1987 - January 1990
Direct Costs:  (materials only)
Role:      Principal Investigator

Source:    Janssen Research Foundation
Title:     Respiridone vs. Haloperidol in the Treatment of
           Schizophrenia
Period:    September 1988 - September 1989
Direct Costs:  $58,860
Role:      Principal Investigator

Source:    Bristol Myers Co.
Title:     Long Term Efficiency of Tiospirone in the
           Treatment of Schizophrenia
Period:    June 1989 - June 1988
Direct Costs:  $61,681
Role:      Principal Investigator

Source:    Eli Lilly Company
Title:     LY 163502 vs. Placebo in Sexual Dysfunction
Period:    March 1987 - March 1990
Direct Costs:  $1,126,447
Role:      Co-Investigator

Source:    World Health Organization Travel-Study Fellowship*
Title:     n/a
Period:    1985
Direct Costs:
Role:      Recipient

*This grant supported cross-cultural research on suicidal
behavior.

Source:    Ciba-Geigy Corporation
Title:     Depression and Behavioral Problems in Children
Period:    February 1977 - August 1978
Direct Costs:  $13,366
Role:      Principal Investigator

B230

11

## IV. SERVICE

### A.  Professional Affiliations:

1.  Current and Professional and Scientific Organizations and Societies:

| Year | Organization |
|------|--------------|
| 1983-present | Fellow, American Psychopathological Association* |
| 1983-present | Fellow, American Society for Adolescent Psychiatry* |
| 1980-present | Fellow, American Psychiatric Association* |
| 1992-present | Member, American Association of Psychiatric Administrators |
| 1982-present | Member, American Academy of Psychiatrists in Alcoholism & Addictions |
| 1988-1991 | Washington Association of Community Psychiatrists |
| 1973-1991 | Washington State Psychiatric Association |
| 1973-1991 | King County Medical Society |

2.  Past and Current Positions and/or Offices Held in Professional Organizations:

| Year | Organization |
|------|--------------|
| 1992-present | Texas Department of Mental Health and Mental Retardation Medical Staff Organization, Executive Committee |
| 1990-1991 | Washington State Psychiatric Association President |
| 1989-1991 | Washington State Psychiatric Association President-Elect |
| 1988-1989 | Washington Association of Community Psychiatrists President |
| 1981-1982 | Washington State Psychiatric Association, Seattle Chapter President |

B231

12

| 1977-1978 | Northwest Society for Adolescent Psychiatry President |
| 1975-1976 | Northwest Society for Adolescent Psychiatry President |

3.   Other Professional Activities:

Year

| 1977, 1980 1982, 1984 1985, 1988 1989, 1990 | |
| 1992 | American Board of Psychiatry & Neurology Assistant Examiner |
| 1975-1979 | National Committee on Juvenile Delinquency, American Society for Adolescent Psychiatry Northwest Representative |

Selected Presentations - 1977-1993

| 5/21/93 | Selective Serotonin Reuptake Inhibitors Psychiatry Grand Rounds, Kaiser Permante Hospital, Denver CO |
| 3/28/93 | Selective Serotonin Reuptake Inhibitors Psychiatry Grand Rounds, Kaiser Permente Hospital, Dallas, TX |
| 2/28/93 | Atypical Antipsychotic Medication:  New Hope for Schizophrenia, Psychiatry Rounds, San Antonio Veterans Administration Hospital |
| 2/11/93 | Forensic Issues in Substance Abuse Treatment, Texas Tech Health Science Center 17th Annual Conference on Alcoholism and Drug Abuse, San Antonio, TX |
| 2/4/93 | New Treatments for Depression. U.S. Federal Bureau of Prisons 1993 Pharmacy Training Program, San Antonio, TX |
| 1/28/93 | Treatment on Schizophrenia, Psychiatry Rounds, Houston Mental Health/Mental Retardation Authority |
| 4/3/92 | Psychopharmacology:  The New Antipsychotics, University of Wisconsin, |

B232

13

| | |
|---|---|
| 5/3/92 | Obsessive Compulsive Disorders:  A Review, American Psychiatry Association Annual Meeting, Washington, DC |
| 5/8/92 | Atypical Antipsychotic Medication:  New Hope for Schizophrenia, Texas MHMR Program Directors Conference, South Padre Island, TX |
| 6/3/92 | Psychiatric Aspects of Cigarette Use, Grand Rounds, University of Texas Health Science Center, Family Medicine Department, San Antonio, TX |
| 6/11/92 | The New Antipsychotics, Grand Rounds, Las Vegas State Hospital, Las Vegas, NV |
| 6/10/92 | New Treatments for Schizophrenia, San Antonio Alliance for the Mentally Ill |
| 6/24/92 | New Treatments for Schizophrenia, Texas MHMR Centers, Staff Training Conference, Ft. Worth, TX |
| 6/24/92 | Treatment of Suicidal Behavior, Texas MHMR Centers, Staff Training Conference, Ft. Worth, TX |
| 7/8/92 | New Approaches to the Treatment of Psychosis, Tropical Texas Mental Health Center, Harlingen, TX |
| 7/9/92 | Hospital Effects of Clozapine, International College of Neuropsychopharmocology, Nice, France |
| 7/9/92 | Cigarette Use and Schizophrenia, International College of Neuropsychopharmocology, Nice, France |
| 9/15/92 | New Approaches to the Treatment of Psychosis, Bexar County Psychiatric Association, San Antonio, TX |
| 9/24/92 | Psychosocial Rehabilitation Issues in Chronic Mental Illness, 1st Annual Psycho-Social Rehabilitation Conference, TXMHMR, Odessa, TX |
| 10/20/92 | Suicidality - Issues for the 90s, Northwest Regional Conference on Depression & Suicide, Seattle, WA |

B233

14

| 12/2/92 | Suicide:  Assessment & Prevention, Baylor, Department of Psychiatry Grand Rounds |
| 5/15-17/91 | What's New in My Speciality Mentally Ill Offenders, Obsessive Compulsive Disorder |
| | All presented at: |
| | Ogden Medical Surgical Society Annual Meeting Ogden, UT |
| 4/13/91 | Comorbidity in Schizophrenia Washington State Psychiatric Association Annual Meeting |
| 3/6/91 | Obsessive Compulsive Disorder Grand Rounds VAH, Martinez, CA |
| 3/5/91 | Obsessive Compulsive Disorder Grand Rounds David Grant Medical Center Travis, CA |
| | Dista Sponsored Symposia on Treatment Resistant Depression |
| 2/4/91 | Taipei, Taiwan |
| 2/1/91 | Melbourne, Australia |
| 1/29/91 | Sidney, Australia |
| 1/30/91 | Brisbane, Australia |
| 1/31/91 | Canberra, Australia |
| 12/18/90 | Management of Suicidal Behavior Washington Institute for Mental Illness Research, Spokane, WA |
| 11/30/90 | Obsessive Compulsive Disorder Mills Peninsula Hospitals San Francisco, CA |
| 11/17/91 | Treatment of Aggression in Mentally Ill Offenders, University of California, Irvine, Los Angeles, CA |
| 11/7/90 | An Assessment of Violence Among Incarcerated Females American Society of Criminology Annual Meeting, Baltimore, MD |

B234

15

| 10/24/90 | Mentally Ill Offenders<br>Southern Utah Psychiatric Association<br>Annual Meeting<br>Provo, UT |
|---|---|
| 10/20/90 | Treatment of "Treatment Resistant"<br>Schizophrenia<br>Spokane Alliance of Mentally Ill<br>Spokane, WA |
| 10/15/90 | Serotonin and Psychiatry<br>Harborview Medical Center Training<br>Seminar<br>Seattle, WA |
| 10/6/90 | Psychopharmacology and Nicotine<br>University of Washington CME Symposium<br>Seattle, WA |
| 9/27/90 | Suicidal Behavior in Chinese and<br>American Psychiatric Patients<br>3rd European Symposium - Suicidal<br>Behavior and Risk Factors<br>Bologna, Italy |
| 7/17/90 | Obsessive Compulsive Disorder<br>Oregon State Hospital, Grand Rounds<br>Portland, OR |
| 6/9/90 | Obsessive Compulsive Disorder<br>Alaska Medical Society Annual Meeting<br>Fairbanks, AK |
| 6/4/90 | Obsessive Compulsive Disorder<br>Phoenix Psychiatric Society<br>Phoenix, AZ |
| 5/21/90 | Obsessive Compulsive Disorder:  New<br>Perspectives<br>St. Peters Hospital, Grand Rounds<br>Olympia, WA |
| 5/7/90 | Obsessive Compulsive Disorders<br>Mentally Ill Offenders<br>Sonoma County Psychiatric Association<br>Annual Meeting<br>Sonoma, CA |
| 4/24/90 | Suicidal Behavior<br>Idaho Mental Health Training Seminar<br>Caldwell, Idaho |
| 4/17/90 | Obsessive Compulsive Disorder<br>University of Oregon, Grand Rounds |

B235

16

| | |
|---|---|
| 4/6/90 | Treatment Resistant Psychosis<br>University of Hawaii, Grand Rounds<br>Honolulu, HI |
| 3/1-2/90 | Mentally Ill Offenders<br>Idaho Medical Society, Annual Meeting<br>McCall, ID |
| 2/21/90 | Treatment Resistant Psychosis<br>Grand Rounds, Charter Hospital, Alaska |
| 12/9/89 | Treatment Resistant Schizophrenia<br>Northwest Nursing Service Annual Meeting |
| 10/15/89 | Dual Diagnosis:  Three Approaches To Treatment<br>Institute of Hospital and Community Psychiatry Annual Meeting<br>Philadelphia, PA |
| 7/14/89 | Mentally Ill Offenders<br>Pine Forest Continuing Education Seminar<br>Los Angeles, CA |
| 6/22/89 | The Suicidal Patient<br>Neurology Grand Rounds<br>University of Washington |
| 5/26/89 | Treatment of the Suicidal Patient<br>Kitsap Community Mental Health Center Training Series |
| 5/6/89 | Smoking Cessation and Mental Illness<br>American Psychiatric Association<br>San Francisco, CA |
| 4/27/89 | Schizophrenia:  A Rehabilitative Approach<br>Washington Advocates for the Mentally Ill - Annual Meeting |
| 10/26/89 | Hostage Negotiations<br>Institute of Hospital and Community Psychiatry<br>New Orleans, LA |
| 10/24/89 | Smoking and Mental Illness<br>Institute of Hospital and Community Psychiatry<br>New Orleans, LA |

B236

17

| 6/11/88 | Psychological Consequences of Tobacco Use<br>Alaska State Medical Association Annual Meeting |
| --- | --- |
| 6/2/88 | Smoking and Mental Illness<br>Institute of Living, Grand Rounds<br>Hartford, CT |
| 5/12/88 | Consequences of Divorce on Children<br>American Psychiatric Association<br>Annual Meeting |
| 4/28/88 | Inpatient Management of Addictions<br>American Lake VAH, Washington<br>Grand Rounds |
| 4/7/88 | Substance Abuse and Mental Illness<br>Counseling Center Training Series<br>University of Washington, Grand Rounds<br>Seattle, WA |
| 2/24/88 | Chronic Mental Illness<br>Eastern State Hospital, Washington<br>Grand Rounds<br>Medical Lake, WA |
| 1/28/88 | Smoking and Mental Illness<br>University of Washington, Department of<br>Psychiatry, Grand Rounds<br>Seattle, WA |
| 11/4/87 | The Juvenile Mentally Ill Offender<br>Washington Council on Crime and<br>Delinquency<br>Seattle, WA |
| 10/27/87 | Juvenile and Adult Mentally Ill<br>Offenders<br>Institute of Hospital and Community<br>Psychiatry, Boston<br>Annual Meeting |
| 7/22/87 | Suicide Evaluation<br>Western State Hospital<br>Grand Rounds, Steilacom, WA |
| 6/4/87 | Evaluation and Treatment of the Mentally<br>Ill Offender<br>Washington State Department of<br>Corrections Officer Training Series<br>Olympia, WA |

B237

18

4.   **Community Activities:**

**Year**

Present          March of Dimes
                 Consultant, Winston School

B.   **Patient Service:**

1.   **Inpatient:**      None

2.   **Outpatient:**     Attending year-round Forensic, Mental
                         Health, Substance Abuse, Crisis
                         Intervention, Case Management Programs,
                         Bexar County MHMR Authority

C.   **Committees:**

**Department**

1993-present     Chair, Public Academic Liaison Work
                 Group, University of Texas Health
                 Science Center

1993-present     Emergency Center Committee, University
                 of Texas Health Science Center

1992-present     Program Coordinating Committee,
                 University of Texas Health Science
                 Center

1992-present     Clinical/Academic Coordinating
                 Committee, University of Texas Health
                 Science Center

1988-1992        Executive Committee, University of
                 Washington, Department of Psychiatry

1977-1983        Graduate Education Steering Committee,
                 University of Washington, Department of
                 Psychiatry

1974-1975        Residency Admissions Subcommittee,
                 University of Washington, Department of
                 Psychiatry

**School**

1990-1992        Capital Improvements Steering Committee,
                 University of Washington, School of
                 Medicine

B238

19

| 1988–1992 | Medical Executive Committee, University of Washington, School of Medicine |
|---|---|
| 1984–1989 | Vertical Advisor, University of Washington, School of Medicine |
| 1979–1983 | Chair, Utilization Review Committee, University of Washington, School of Medicine |
| 1986–1988 | Chair, Continuing Medical Education Committee, University of Washington |
| 1989–1992 | Continuing Medical Education Committee, University of Washington |
| 1974–1975 | Emergency Room Committee, University Hospital |

University

| 1982–1985 | Provost's Advisory Board, Continuing Education |
|---|---|
| 1976–1977 | Human Subjects Review Board |

D.   Administrative Responsibilities:

1.   Medical Director, Center for Health Care Services (Bexar County MHMR Authority), 1991–present

2.   Acting Chief of Psychiatry, Harborview Medical Center (Permanent position offered) 1989–1992

3.   Staff and Personnel Current Supervised:

     490 Staff F.T.E.

B239

# CURRICULUM VITAE

## Alexander Lewis Miller

| | |
|---|---|
| Born: | March 15, 1943, Glen Cove, New York |
| 1965 | B.A., Yale University, New Haven, Connecticut |
| 1970: | M.D. Washington University Medical School, St. Louis, Missouri |
| 1964: | (Summer) Research Assistant with Seymour Levine, Ph.D., Department of Psychiatry |
| 1966-69: | (Summers) Research Assistant with Ferris N. Pitts, M.D., Department of Psychiatry, Washington University Medical School. |
| 1970-71: | Medical Intern, Jewish Hospital of St. Louis (Washington University Affiliated Hospital). |
| 1971-73 | Staff Associate, Section on Neurochemistry, National Institute of Mental Health, St. Elizabeth's Hospital, Washington, D.C. |
| 1973-76 | Resident in Psychiatry, Massachusetts General Hospital and Clinical Fellow in Psychiatry, Harvard Medical School. |
| 1975-76 | Clinical and Research Fellow, Massachusetts General Hospital. |
| 1976-77 | Instructor in Psychiatry, Harvard Medical School |
| 1977-80 | Clinical Associate in Psychiatry, Massachusetts General Hospital |
| 1977-80 | Assistant Psychiatrist, McLean Hospital |
| 1980-87 | Associate Professor of Psychiatry, The University of Texas Health Science Center at San Antonio |
| 1986-89 | Chief, Psychiatry Service, Audie Murphy Memorial Veterans Hospital |
| 1989 | Staff Psychiatrist, Audie Murphy Memorial Veterans Hospital |
| 1987- | Professor of Psychiatry, The University of Texas Health Science Center at San Antonio |
| 1989- | Director of Clinical Research, San Antonio State Hospital |

## Memberships:

| | |
|---|---|
| 1976 | Society for Neuroscience |
| 1976 | American Society for Neurochemistry |
| 1974 | American Psychiatric Association; Fellow, 1989 |
| 1976 | American Association for the Advancement of Science |

RECEIVED

JUN 0 3 1993

CLINICAL &
MEDICAL AFFAIRS

B240

| 1980 | International Society of Cerebral Blood Flow and Metabolism |
| 1980 | Bexar County Psychiatric Society |
| 1986 | National Association of VA Chiefs of Psychiatry |
| 1988 | The American College of Psychiatrists |

**Honors:**

| 1966-67 | Lange Book Award, Washington University Medical School |
| 1967 | Biochemistry Prize, Washington University Medical School |
| 1970 | Missouri Medical Association Award |
| 1970 | Alpha Omega Alpha, Washington University Medical School |
| 1975-76 | Ethel DuPont Warren Fellow, Harvard Medical School |
| 1977 | Diplomat, American Board of Psychiatry and Neurology (Psychiatry) |
| 1984 | Visiting Scholar, College of Medicine, University, University of Vermont |
| 1984-86 | Visiting Faculty Program in Psychiatry (Sponsored by Mead Johnson Pharmaceutical Division) |
| 1987 | Acknowledgement of teaching excellence by senior medical class |
| 1989 | Fellowship in the American Psychiatric Association |

**Ad Hoc Reviews:**

National Science Foundation

National Institute on Ageing

American Heart Association

MacArthur Foundation

Ohio Department of Mental Health and Mental Retardation

March of Dimes Birth Defects Foundation

**Journal Review and Consultantships:**

Journal of Neurochemistry

Science

Archives of General Psychiatry

B241

American Journal of Psychiatry

American Journal of Psychiatry

Journal of Affective Disorders

New England Journal of Medicine

Consultant to the Neurochemistry and Neuropharmacology Panel of the National Plan for Schizophrenia Research (NIMP), 1987

**Editorial Board:**

Metabolic Brain Disease

Today in Medicine (Contributing Editor)

**Courses Taught:**

| | | |
|---|---|---|
| a) | Psychiatry Residents: | Neurophysiology and Neuropharmacology |
| | | Somatotherapies |
| b) | Medical Students: | Seniors-Research Elective |
| | | Juniors-Teaching Seminar |
| | | Sophomores-Psychopathology Seminar |
| | | Freshmen-Psychosocial Seminar |
| c) | Psychiatrists: | Kerrville State Hospital Staff Development Conference |

**Clinical Responsibilities:**

a)      Mood Disorders Clinic

b)      Department patients referred for psychopharmacological evaluation and treatment.

**Committees:**

| | |
|---|---|
| 1980-present | Biological Research Committee - Department |
| 1981-1984 | Research and Development - Veterans Hospital Chairman, 1984 |
| 1981-1983 | Laboratory Animal Resources Committee - University |
| 1982-1984 | General Clinical Research Center Advisory Committee - University |
| 1984 | Residency Training Coordinator Search Committee, Chairman - Department |
| 1984-1985 | Committee on Committees - Medical Faculty |

B242

| 1985-1987 | Pharmacy and Therapeutics Committee - University |
| 1985-1986 | Medical Faculty Forum Assembly Committee - University |
| 1986 | Committee on Committees - University |
| 1986-1989 | Clinical Executive Board - Veterans Hospital |
| 1986-1989 | Mental Health and Behavioral Science Council, Chairman - Veterans Hospital |
| 1986-1989 | Housestaff Review Committee - Veterans Hospital |
| 1987-1989 | Ethics Committee, Chairman - Veterans Hospital |
| 1987-1988 | Administrative Executive Board - Veterans Hospital |
| 1987-1988 | Medical Faculty Assembly , Chair - University |
| 1988 | Basic Science Departments Self-Study Committee - University |

**Grant Support:**

| 1975-1977 and 1979-1986 | National Institute of Child Health and Human Development |
| 1976-1986 | National Institute of Mental Health |
| 1978-1982 | National Science Foundation |
| 1981-1984 | Department of the Army |
| 1979-1980 | Marion Ireland Benton Trust |
| 1980-present | Mary Yates Fund |
| 1980-1981 | Institutional Research Grant |
| 1982-1984 | Morrison Trust |
| 1985-1987 | Institutional Research Grant |
| 1986-present | Upjohn Company |
| 1986-present | Texas Consortium for Biological and Psychiatric Research, The Hogg Foundation |
| 1987-1988 | VA RAGs |
| 1988-1991 | VA Merit Review |

**PUBLICATIONS:**

1. Miller, A.L., and Pitts, F.N., Jr.: Brain succinate semialdehyde dehydrogenase-III. J. Neurochem. 14:579-584, 1967.

B243

2.    Miller, A.L., Hawkins, R.A., and Veech, R.L.,: The effects of acute and chronic morphine treatment and morphine withdrawal on rat brain *in vivo*. Biochem. J. 129:463-469, 1972.

3.    Miller, A.L., Hawkins, R.A. and Veech, R.L.: Phenylketonuria: phenylalanine inhibits brain pyruvate kinase *in vivo*. Science 179:904-906.

4.    Miller, A.L., Hawkins, R.A. and Veech, R.L.: The mitochondrial redox state of rat brain. J. Neurochem. 20:1393-1400, 1973

5.    Hawkins, R.A., Miller, A.L., Nielsen, R.C. and Veech, R.L.: The acute action of ammonia on rat brain metabolism *in vivo* . Biochem. J. 134:1001-1008, 1973.

6.    Hawkins, R.A., Miller, A.L., Cremer, J.E. and Veech, R.L.: Measurement of the rate of glucose utilization by rat brain *in vivo*. J. Neurochem. 23:917-923, 1974.

7.    Miller, A.L., Hawkins, R.A. and Veech, R.L.: Decreased rate of glucose utilization by rat brain *in vivo* after exposure to atmospheres containing high concentrations of $CO_2$. J. Neurochem. 25:533-558, 1875.

8.    Miller, A.L. and Shamban, A.: A comparison of methods for stopping imtermediary metabolism of developing rat brain. J. Neurochem. 28:1327-1334, 1977.

9.    Hawkins, R.A. and Miller, A.L.: Los of radioactive 2-deoxy-D-glucose 6-phosphate from brains of conscious rats: implications for quantitative autoradiographic determination of regional glucose utilization. Neuroscience 3:251-258, 1978.

10.   Cohen, B.M., Miller, A.L., Lipinski, J.F. and Pope, H.G.: Lecithin in mania:   a preliminary report. Am. J. Psychiatry 137:242-243, 1980.

11.   Miller, A.L.: use of [2-14C]glucose for measuring whole brain glucose utilization and its application to the study of the effects of carbon dioxide. In: Cerebral Metabolism and Neural Function (Passonneau, J.V., Hawkins, R.A., Lust, D. and Welsh, F., eds.). Williams and Wilkins, Baltimore, 1980.

12.   Stewart, R.M., Hemli, S., Kolodny, E.H., Miller, A.L. and Pallotta, J.A.: Carbohydrate metabolism in phenylketonuria. Pediatr. Res. 14:849-853, 1980.

13.   Mandel, M.R., Madsen, J., Miller, A.L. and Baldessarini, R.J.: Intoxication associated with lithium and ECT. Am. J. Psychiatry 137:1107-1109, 1980.

14.   Miller, A.L.: Brain intermediary metabolism *in vivo*: changes with carbon dioxide development and seuzures. Int. Rev. Neurobiol. 22:47-82, 1981.

15.   Miller, A.L. and Corddry, D.H.: Brain carbohydrate metabolism in developing rats during hypercapnia. J. Neurochem. 36:1202-1210. 1981.

16.   Miller, A.L. and Kiney, C.A.: Metabolism of [U-14C]fluorodeoxyglucose by rat brain *in vivo*. Life Sci. 28:2071-2076, 1981.

B244

17.   Miller, A.L., Shamban, A.T., Corddry, D.H. and Kiney, C.A.: Cerebral metabolic responses to electroconvulsive shock and their modification by hypercapnia. J. Neurochem. 38:916-924.

18.   Miller, A.L., Kiney, C.A., Corddry, D.H., and Staton, D.M.: Interactions between glucose and ketone body use by developing brain. Developmental Brain Research 4:443-450, 1982.

19.   Miller, A.L., Kiney, C.A., and Staton, D.M., Effects of lactate on glucose metabolism of developing rat brain. Dev elopmental Brain Research 14:33-40, 1984.

20.   Miller, A.L., The tricarboxylic acid cycle. In: Developmental Neurochemistry (Wiggins, R.C., McCandless, D.W., and Enna, S.J., eds.). University of Texas Press, Austin, Texas, pp.127-159, 1985.

21.   Miller, A.L. Carbon dioxide narcosis. In: Cerebral Energy Metabolism and Metabolic Encephalopathy (MsCandless, D.W., ed.). Plenum Publishing, New York, pp. 143-162, 1985.

22.   Eidelberg, E. and Miller, A.L. Effects of sensory deafferentation on glucose metabolism of muscles during locomotion. Brain Res. 327:316-318, 1985.

23.   Miller, A.L., Bowden, C.L., and Plewes, J. Lithium and impairment of renal concentrating ability. J. Affective Disord. 9:115-119, 1985.

24.   Miller, A.L., Faber, R.A., Hatch, J.P., and Alexander, H.E. Factors affecting amnesia, seizure duration, and efficacy in ECT. Am. J. Pschiatry 146(6):692-696, 1985.

25.   Miller, A.L., Controversies surrounding the deoxyglucose method. Letter to the Editor, Trends in NeuroSciences 9(2):62, 1986.

26.   Miller, A.L. Regional glucose and beta-hydroxybutyrate use by developing rat brain. Metabolic Brain Disease 1:53-61, 1986.

27.   Miller, A.L. and Medina, M.A. Cerebral metabolic effects of organophosphorus anticholinesterase compounds. Metabolic Brain Disease 1:147-156, 1986.

28.   Miller, A.L., Alternative energy sources to glucose in brain. In: Biological Psychiatry 1985 (Shagars, C., Josiassen, R.L., Bridger, W.H., Weiss, K.J., Staff, D., and Simpson, G.M., eds.). Elsevier, New York, pp 1334-1336, 1986.

29.   King, T.S., Rohrbach, D.H., Miller, A.L., and Morgan, W.W. Reduced hypothalamic serotonin synthesis and serum luteinizing hormone levels in streptozotocin-diabetic male rats. Biomedical Research 8:137-143, 1987.

30.   Miller, A.L., Keenan, R.W., Maas, J.W., and Asch, R.H. Disposition of homovanillic acid in the primate. Metabolic Brain Disease, 2:207-212, 1987.

31.   Eidelberg, E., Miller, A.L., Schwartzman, R.J., and Alexander, G.M. Measurements of regional glucose metabolism in studies of motor control. Journal of Neuroscience Methods 21:139-144, 1987.

32.   Hawkins, R.A., and Miller, A.L. Deoxglucose-6-phosphate stability *in vivo* and the deoxyglucose method. Journal of Neurochemistry 49:1941-1949, 1987.

B245

33.   Bowden, C.L., Miller, A.L., and Seleshi, E. New developments in the treatment of anxiety disorders. Texas Medicine 84:38-42, 1988.

34.   Miller, A.L., Comparison of labeled glucose and deoxyglucose in rat brain. Journal of Cerebral Blood Flow and Metabolism 9:426-427, 1989.

35.   Miller, A.L., and Hawkins, R.A. Fluorodeoxyglucose rate constants in rat brain. Neuroscience, 30:557-558, 1989.

36.   Miller, A.L., The Missing Items. In: Autognosis: How Psychiatrists Analyze Themselves, pp. 91-94 (Messner, E., Groves, J., and schwartz, J., Eds.). Yearbook Medical Publishers.

37.   Miller, A.L., Effects of dichloroacetate on regional brain glucose metabolism. Journal of Cerebral Blood Flow and Metabolism 9:(S1):S211, 1989.

38.   Miller, A.L. and Hawkins, R.A. Kinetic models of deoxglucose metabolism. Jouranl of Cerebral Blood Flow and Metabolism 10:147-148, 1990.

39.   Miller, A.L., Hatch, J.P., and Prihoda, T.J. Dichloroacetate increases glucose use and decreases lactate in developing rat brain. Metabolic Brain Disease 5:195-204, 1990.

40.   Maas, J.W., Contreras, S.A., Bowden, C.L., SEleshi, E., and Miller, A.L. Studies of neurotransmitter system function in shizophrenia/psychosis. Submitted for publication, 1991.

41.   Jones, D.J. and Miller, A.L. Effects of repeated electroconvulsive shock on brain adrenergic receptors. In preparation, 1991.

## ABSTRACTS

1.   Miller, A.L., Harris, R.L., Veloso, D., and Veech, R.L.: The apparent equilibrium constant of the glutamate-oxaloacetate transaminase reaction, the mitochondrial redox state, and metabolite levles in freeze-clamped rat brain under different dietary conditions. Trans. Amer. Soc. Neurochem. 3:106, 1972.

2.   Sims, K.L., Miller, A.L. and Pitts, F.N., Jr.: Regional changes in glutamic acid decarboxylase in developing rat brain. Trans. Amer. Soc. Neurochem. 3:122, 1972.

3.   Miller, A.L., Hawkins, R.A., Haris, R.L. and Veech, R.L.: Effects of acute and chronic morphine administration and withdrawal on rat brain. Fed. Proc. 31:1527 Abs., 1972.

4.   Miller, A.L., Hawkins, R.A. and Veech, R.L.: Metabolic effects of phenylalanine on brain. Fed. Proc.32:1:727 Abs., 1973.

5.   Miller, A.L., Corddry, D.H. and Kinney, C.A.: Effects of hypercapnia on intermediary metabolism of developing rat brain. Abst. Soc. Neurosci. 5:90, 1979.

6.   Miller, A.L., Shamban, A.T., Corddry, D.H. and Kiney, C.A.: Brain glucose metabolism durins single seizures. Trans. Amer. Soc. Neurochem. 11: 223, 1980.

7.   Miller, A.L., Kiney, C.A., Corddry, D.H. and Staton, D.M.: Interactions between glucose and ketone body use by developing brain. Abst. Soc. Neurosci. 6:131, 1980.

B246

8.  Miller, A.L. and Kiney, C.A.: Metabolism of [$^{14}$C]fluoredeoxyglucose by rat brain *in vivo*. Trans. Amer. Soc. NBeurochem. 12:264, 1981.

9.  Miller, A.L., Jones, D.J., Stavinoha, W.B. and Modak, A.T.: Electrode placement and metabolic effects of electroshock. Abst. Soc. Neurosci. 7:377, 1981.

10. Miller, A.L. and Medina, M.A.: Effects of organophosphorus anticholinesterase compounds on brain glucose and energy metabolism. Third Annual Chemical Defense Bioscience Review. June, 1983.

11. Miller, A.L., Kiney, C.A. and Staton, D.M.: Depression of cerebral glucose utilization by high blood lactate levels in normoglycemic developing rats. J. Cerebral Blood Flow Metab. 3(Suppl. 1):S672, 1983.

12. Miller, A.L., Faber, R., Alexander, H., Redmond, F.: Seizure duration and memory distrubance with ECT. Abstracts VII World Congress of Psychiatry: p. 567, 1983.

13. Eidelberg, E., Miller, A.L. and Lewis, C.S.: Energy metabolism of muscle after sensory deafferentation. Presented at the Satellite Meeting of the International Congress of Physiological Science. August, 1983.

14. Miller, A.L., Kiney, C.A., and Staton, D.M.: Hyperlactamia decreases CMR$_G$ in developing Brain. Trans. Amer. Soc. Neurochem. 15:187, 1984.

15. Miller, A.L., Stone, L.J., and Kwan, J.: Regional brain glucose and energy metabolism in normocapnic and hypercapnic rats during brief seizure activity. Abst. Soc. Neurosci. 10:1132,1984.

16. Jones, D., Ademe, R.M., Stone, L.J. and Miller, A.L.: Effects of alternate day electroconvulsive shock on adrenergic receptors in rat brain. Abst. Soc. Neurosci. 10:1132, 1984.

17. Miller, A.L., Faber, R., Hatch, J., and Alexander, H.: Seizure duration and the clinical effects of ECT. 1985 Amerfican Psychiatric Association Meeting New Research Program and Abstracts, p. 69.

18. Miller, A.L., Stone, L.J., Kwan, J.: Regional Glucose and beta-hydroxybutyrate use by developing rat brain. Abst. Soc. Neurosci. 11:1089, 1985.

19. Miller, A.L. Dichloroacetate increases brain glucose use and decreses brain lactate. Trans. Am. Soc. Neurochem., 17:312, 1986.

20. Eidelberg, E., Miller, A.L., Schwartzman, R.J. and Alexander, G.M.: Regional engery metabolic measurements with 2-deoxyglucose. Presented at the Satellite Meeting of the International Congress of Physiological Science. July, 1986.

B247

CURRICULUM VITAE

Name:                        Miller, Marvin Jay

Citizenship:                 USA

Date of Birth:               11/27/46

Place of Birth:              Goshen, Indiana

Present Academic Rank:       Assistant Professor of
                             Psychiatry May, 1976

1.    Education:  Goshen College, B.A., 1969

Indiana University School of Medicine, M.D.,1973

Residency in Psychiatry at Indiana University Medical Center,
Completed, 1976

2.    Academic Appointments

Assistant Professor, Department of Psychiatry
Indiana University School of Medicine, May, 1976

3.    Hospital Staff Appointments

Larue D. Carter Memorial Hospital, 1976 –
William N. Wishard Memorial Hospital, 1976-84
Indiana University Hospital, 1988 –

4.    Consultantships

Larue D. Carter Memorial Hospital, 1976-80
Midtown Community Mental Health Center, 1980-84
Comprehensive Mental Health Services of East
Central Indiana, Muncie, 1980-84

5.    Specialty Board Status Board Certified in Psychiatry,
      1979, #19528

6.    Licensure   Indiana, 1973, Certificate # 24897

7.    Professional Societies

Indiana Psychiatric Society, Member, 1975 –
Indiana Psychiatric Society, Treasurer, 1988-90
Indiana Psychiatric Society, President, 1991-92
American Psychiatric Association, General Member from 1975-89
American Psychiatric Association, Fellow, 1989 –

1

B248

Computer Based Assessment Association Member, 1984-87

8.    Honors

Menno Simons Scholar, Goshen College, 1965-69
Chief Resident in Psychiatry, IUMC, 1972

9.    Course Assignments in Present Rank

X600 - Medical history taking for sophomore students, 6-12
students, participated 4 times, 1976-82.
N730 - Series of 8 lectures to junior medical students, 20-30
students, participated 3 times, 1977-79.
N730 - Course director, Junior Psychiatric Clerkship, 1982-83.

Also lectured in Freshman and Sophomore psychiatry courses as a
primary lecturer or as a substitute, 1985 -

10.   Clinical Teaching in Present Rank

Supervised junior medical students during their psychiatric
rotations.  This involved direct supervision of 5-10 students per
year and in addition a weekly lecture/discussion group involving
about 70 junior medical students per year, 1976-80.

Coordinated the junior psychiatric clerkship on a campus wide
basis.  Approximately 25 students rotate through this each month.
On a monthly basis there were 10-12 lectures and 25-35 clinical
supervisors, 1982-83.

Supervised senior medical students during electives in
psychiatry.  This included 508 senior medical students per year
in a Crisis Intervention Unit, 1976-79, as well as 5 students in
a newly organized research elective involving computers and
psychiatry, 1979 -

Supervised freshmen medical students during electives in
psychiatry, 1980 - (4 students).

Supervised psychiatry residents periodically.  Supervising
residents on a Crisis Intervention Unit elective, 1976-84.
Supervised residents during computing/research electives 1984 -

Supervised residents for outpatient continuing care and intensive
psychotherapy caseloads 1984 -

11.   Teaching in postgraduate and continuing education courses

Organized a weekly continuing education course for Midtown CMHC
Psychiatrists, 1977-80.

2

B249

Organized a one day symposium at Indiana University on the
Criminal Personality, which was taught by Stanton Samenow, Ph.D.
1978.

Organized and became Course Director for a one day course on the
Criminal Personality at the American Psychiatric Association
Annual Meeting, Chicago, 1979.

Lectured on Affective Disorders at a 1/2 day regional conference
presented by Larue D. Carter Memorial Hospital, 1980.

Presented paper at American Psychiatric Annual Meeting, New
Orleans, 1981, Sex and diagnosis related changes to ECT.

Lectured to psychiatry residents on computers in psychiatry,
July, 1980.

Presented to Neurobiology Study Group, A review of ECT findings,
April 1981.

Presented a Grand Rounds in Psychiatry on the topic of Computers
in Psychiatry, 1976.

Organized a course for psychiatric residents on Research Design.
This involved giving several lectures and also coordinating the
lectures of 5 other invited faculty.  This was a new course for
the residents.  Presented in 1983, 1985, 1987, 1989, 1991.

Lectured to residents on ECT theory and methodology, July, 1981.

Presented paper at Central Association of Electroenceph-
alographers, Indpls, IN, March, 1983.  Quantified EEG
evaluations in three affective subtypes.

Presented paper at Symposium on Computer Applications in Medical
Care, Washington, D.C., November, 1985.  The computerized Carroll
rating scale.

Presented paper at Symposium on Computer Applications in Medical
Care Washington, D.C., November 1988.  Operating a computer
bulletin board system for psychiatrists and psychologists.

Presented paper at 15th Annual International Symposium on
Psychopharmacology, New management techniques in the treatment of
the chronic schizophrenic patient, March, 1989.

Presented a one day course for physicians on the use of the
microcomputer in psychiatry. Indpls, IN. April, 1986.

Organized an ongoing continuing medical education (certified for
CME credit) activity for psychiatrists involving a monthly quiz
on the current psychiatric literature. (Psychiatric Literature

3

B250

Review) May 1986 - November 1990.

Presented paper "How to Operate Your Own Bulletin Board System" at Symposium for Computer Applications in Medicine, Washington, D.C., November, 1989.

Organized a course on Quantitative EEG in Psychiatry, APA, San Francisco, May, 1989.

Organized a 1 day conference "Computer Applications in Mental Health - 1990 Update", Indpls, IN, Jan 26, 1990.

Presented poster "Clomipramine Related EEG Changes in Obsessive Compulsive Patients", at Computer Applications in Mental Health-1990 Update, January, 1990.

Organized a 1 day conference "Computer Applications in Mental Health - 1991 Update", Indpls, IN, April 19, 1991.

Presented paper "New Approaches to the Treatment of the Treatment Resistant Schizophrenic" at Central State Hospital, May, 1990.

Presented paper "Computerization of Medical Records" to Medical Records Directors of Indiana State Hospitals, June, 1990.

Presented talk "Managing the VA Patient on Clozapine", Dayton, OH, October 9, 1991.

Presented talk "Use of Anticonvulsant Drugs in Psychiatry", Avon, IN, October 24, 1991.

Presented talk "Research at Larue D. Carter Memorial Hospital" at Indiana Alliance for the Mentally Ill, Indpls, IN, November 2, 1991.

Presented talk "Recent Findings in Clozapine Therapy of Schizophrenia", South Bend, IN, February 21, 1992.

Organized a 1 day conference "Computer Applications in Mental Health - 1992 Update", Indpls, IN, April 17, 1992.

Organized a 1 day conference "Spring Psychiatric Update", Indpls, IN, April 18, 1992.

Presented talk "Characteristics of Quality Shareware Software in Mental Health", at American Psychiatric Association Annual Meeting in Washington, D.C., May 7, 1992.

Presented talk "Computer Literacy for the Psychiatrist", at American Psychiatric Association Annual Meeting in Washington, D.C., May 2, 1992.

4

B251

Presented talk "Management of Clozapine and its Side Effects" for
Medical Directors Committee at quarterly meeting of Indiana
Council of Community Mental Health Centers, July 9, 1992.

Presented talk "Management of Clozapine and its Side Effects" for
medical staff and nursing staff at Richmond State Hospital, July
20, 1992.

Presented talk "Management of Clozapine and its Side Effects" for
medical staff and nursing staff of Fort Wayne State Development
Center, August 11, 1992.

Presented talk "Evaluation and Treatment of OCD" at Indiana
Alliance for the Mentally Ill, Indpls., IN, October 31, 1992.

Invited consultant to "Collaboration on Computers in Mental
Health" by World Health Organization, Orangeburg, N.Y., January
12, 1993.

Presented talk "Management of Clozapine Side Effects" at
University of West Virginia at Morgantown, W.V., January 27,
1993.

Presented talk "Inter-Rater Reliability of Videotaped SCID-II
Interviews in a Genetic Study" collaborating with Bowman, E.,
Rau, N.D., Mayeda, A.R., Wagner, D., York, C., Barton, S., &
Nurnberger, J.I. Jr. at the American Psychopathological
Association Meeting, New York, NY, March 4, 1993.

Presented talk "Management of Clozapine Side Effects" at Otis R.
Bowen Community Mental Health Center, Warsaw, IN, March 18, 1993.

Presented talk "Management of Clozapine Side Effects"  at
Lindenview Hospital, Fort Wayne, IN, April 15, 1993.

12.   Attendance at Postgraduate and Continuing Education Courses

Second International Conference on Schizophrenia, Rochester, NY,
1976.

Symposium on Short Term Dynamic Psychotherapy, Los Angeles, CA,
1977.

American Psychiatric Association Annual Meeting, Atlanta, 1978,
Chicago, 1979, San Francisco, 1980, New Orleans, 1981, Toronto,
1982, San Francisco, 1989, Washington, D.C., 1992.

National Council of Community Mental Health Centers Annual
Meeting, Washington, D.C., 1979.

Symposium on Etiology of Depression, Indpls, IN, 1979.

5

B252

Symposium on Computer Applications in Medical Care, Washington, D.C., 1980, 1981, 1983, 1984, 1985, 1986, 1987, 1988, 1989, 1990, 1991, 1993.

Completed the Third Psychiatric Knowledge and Skills Self-Assessment Program, 1977.

Completed the Continuing Medical Education requirements of the APA, 1979, 1982, 1985, 1988, 1991.

Symposium of American Association of Medical Systems and Informatics, San Francisco, 1984.

Annual meeting of Computer Based Assessment Association, Chicago, 1984, 1985, 1986.

New Clinical Drug Evaluation Unit Annual Meeting, Miami, 1986, 1987, 1991.

Annual meeting of the Society for Biological Psychiatry, Chicago, 1985, Montreal, 1988.

Co-morbidity and Treatment Overlap in Anxiety and Affective Disorders Symposium in Tucson, AZ, November, 1990.

Summit Conference on the Treatment of Bipolar Disorder, Snowmass, CO, January, 1991.

13.  Services

University committee service:

Member, Undergraduate Curriculum Committee in Psychiatry, 1976-1979, 1982.

Chairman, Medical Staff Bylaws Committee, William N. Wishard Memorial Hospital, 1976-80.

Member IUPUI Constitution and Bylaws Committee, 1981-83, 1986-87, 1988-89.

Coordinator, Psychiatric and Medical Student Inservice Training, Midtown, CMHC, 1976-79.

Chairman, Computer Committee, Larue D. Carter Memorial Hospital, 1981-91.

Chairman, Electroconvulsive Committee, Larue D. Carter Memorial Hospital, 1981.

Chairman, Indiana Department of Mental Health, Clinical Computing Committee, 1989-90.

6

B253

Chairman, Dept of Psychiatry Resident Research Committee, 1987-
1990.

Member, Indiana University Department of Psychiatry Continuing
Education Committee, 1990 -

Public service, regional:

Member, Professional Advisory Committee, Indiana Mental
Health Association, 1976-80.

Co-founder and landlord to Indianapolis Mennonite Voluntary
Service Unit and Mennonite Neighborhood Daycare, Inc.  This was a
volunteer agency in the Meridian-Kessler Neighborhood of
Indianapolis which provided activities for neighborhood children,
low cost home repair, and child care services, 1972-82.

Member, Urban Affairs Committee, Church Federation of
Indianapolis, 1975-77.

Member and blockworker, Meridian-Kessler Neighborhood
Association, 1974-79.

Member and Telephone Worker, Common Cause, 1975-86.

Member, Physicians for Social Responsibility, 1985-

Member, Board of Directors, Indianapolis Area Chapter of Habitat
for Humanity 1988-89.  President 1990.

Member and Co-Founder, Indiana Coalition for Mental Health, 1991-
92.

Public Service - National:

Member, Committee on Information Systems, Council on Internal
Organization, American Psychiatric Association, May 1991-1994.

14.  Professional Activities

Past Involvement in Research Projects:

Co-investigator in various ECT studies.  Clinical ratings and
data analysis.

Co-investigator in Long-Term Treatment of Depression with
Wellbutrin.  Phase III open label study of up to 100 depressed
patients.  (Burroughs Wellcome)

Co-investigator in Multicenter Double Blind Study of BW234-U vs.
Chlorpromazine & Placebo in Schizophrenia.  Evaluation of short

B254

and long range efficacy and safety in 30 hospitalized psychotic
patients.  (Burroughs Wellcome)

Co-investigator in Double Blind Efficacy Study comparing
Alprazolam, Imipramine and Placebo in Depressed Patients.
Inpatient study of 35 patients.  Follow up for up to 5 months.
(Upjohn)

Participated in the NIMH-PRB Study of Maintenance Drug Therapy in
Depression (NIMH MH29690) as a clinician and evaluator for
outpatients in the study, February 1980 to present.  The overall
study ran from 1977-1981 and was funded for $299,969.

Co-investigator in Double Blind Evaluation of Safety and Efficacy
of BW647-U vs. Placebo in Depressed Inpatients.  (Burroughs
Wellcome)

Co-investigator in Sertraline in the Treatment of Patients with
Major Depression.  Phase II/III Study of multiple doses of
Sertraline and placebo in up to 32 depressed outpatients.
(Pfizer)

Co-investigator in Susceptibility to Affective Disorders  The
study of Menstrual, Reproductive, and Sexual Variables.

Co-investigator in Compassionate study of use of Clozapine in the
treatment of chronic schizophrenic patients.  (Sandoz)

Co-investigator in Comparison of Safety and Efficacy of Depakote
and Lithium in the Treatment of the Manic Phase of Bipolar
Disorder.  (Abbott M88-267)

Co-investigator in A Triple-Blind, Parallel Study Comparing
Remoxipride, Haloperidol and Placebo in Hospitalized Patients
with Schizophrenia.  (Merck Sharp and Dohme)

Principal investigator in A Randomized, Double-Blind, Placebo-
Controlled, Crossover Evaluation of the Effects of GR68755C on
Plasma Levels of Haloperidol in Patients with a Diagnosis of
Schizophrenia, 1992.  (Glaxo)

Current Research Projects:

Co-investigator in Lithium and Carbamazepine in the Treatment of
Mania, NIMH study #1R01MH40930-01.

Principal investigator in Standardized evaluation of Attention
Deficit Disorder Response to Ritalin.

Co-investigator in  Melatonin Suppression by Light in Affective
Disorder, NIMH Grant, Awarded Fall, 1989.

8

B255

Project Psychiatrist In Diagnostic Center for Linkage Studies in
Bipolar Illness.  (NIMH #MH46282)

Co-investigator in  Risperidone (R64766) in the Treatment of
Chronic Schizophrenic Patients.  (0204/R. Janssen)

Co-investigator in  LY170053 (Olanzapine) vs Placebo/Haloperidol
in Schizophrenia, 1991.  (Lilly)

Principal investigator in A Randomized, Double-Blind, Placebo-
Controlled, Crossover Evaluation of the Effects of GR68755C on
Serum Levels of Halperidol in Patients with a Diagnosis of
Schizophrenia", 1992-93.  (Glaxo)

Clinical Services:

Director, Research Outpatient Clinic, Larue D. Carter
Memorial Hospital, 1981 -

Director of ECT administration at Larue D. Carter Memorial
Hospital, 1981.

Director of Computer Lab at Larue D. Carter Memorial Hospital
1981 - Adapted tests (i.e., Carroll Rating Scale for Depression,
Continuous Performance Test) for patients to take in a
computerized, self-administered fashion.

Other Professional Activities

Guest speaker on Forrest Hospital "Search for Mental Health", a
nationally distributed radio series.  Topic was the Criminal
Personality.

Television interview with local television station on
computerized psychiatric testing, Channel 8, February 1980.

Television interview with Channel 4.  "Your Show", discussing
recognition of depressive symptoms. 1986

Television interview with Channel 4.  "Your Show", discussing
recognition of obsessive compulsive symptoms. 1990

15.  Grants, Fellowships, Awards

Indiana Public Health (Dr. Larry Steinrauf) grant for purchase of
microcomputer - $2,000, 1980.

Phi Kappa Psi Sorority grant through Mental Health Association of
Marion County for purchase of microcomputer equipment and
supplies - $1,000, 1981, $1,000, 1982.

Association for the Advancement of Mental Health Research and

B256

Education, Grant for purchase of microcomputer, $1,374, 1985.

Co-investigator in Lithium and Carbamazepine in the Treatment of Mania.  (NIMH study #1RO1MH40930-01)  $505,761. 1986

Co-investigator on the use of clozaril in the treatment resistant schizophrenic population.  (Sandoz study # 100-129-30)

Co-investigator in Melatonin Suppression by Light in Affective Disorder, Awarded Fall, 1989.  (NIMH Grant)  $435,911

Project Psychiatrist In Diagnostic Center for Linkage Studies in Bipolar Illness.  (NIMH #MH46282)  $693,205

16.  Publications:  Articles

Miller, MJ. Simplified psychotropic dosage schedules.  Resident and Staff Physician.  1981;274:61-67.

Miller MJ, Small IF, Milstein V, Malloy F, and Stout JR. Electrode placement and cognitive change with ECT:  Male and female response. Am J Psychiatry. 1981;138:384-386.

Miller, MJ.  Computer and self-administered histories.  In Basic Clinical Skills for Medical Students.  Edited by Iver F. Small. Indiana University Medical School, Indianapolis, 1980. Revised, 1981.

Malloy FW, Small IF, Miller MJ, Milstein V, Stout JR.  Changes in neuropsychological test performance after ECT.  Biological Psychiatry. 1982;171:61-67.

Shellenberger W, Miller MJ, Small IF, Milstein V, Stout JR. Followup study of memory deficits after ECT.  Canadian J of Psychiatry. 1982;27(4):325-329.

Miller, MJ.  Factitious illness reconsidered.  J of the Indiana State Medical Association, March, 1983, pp 178-181.

Miller, MJ.  Computerized models of psychiatric diagnosis. Chapter in Using Computers in Clinical Practice.  Edited by M. Schwartz, New York, Haworth Press, 1984, pp 225-240.

Small JG, Milstein V, Klapper MH, Kellams JJ, Miller MJ, Small IF.  ECT in the treatment of manic episodes.  Annals of the New York Academy of Science. 46:237-49, 1986.

Miller MJ, Ascher-Svanum H, Harding KA.  The computerized Carroll Rating Scale.  Proceedings, The Ninth Annual Symposium on Computer Applications in Medical Care , MJ Ackermann (Ed.), Computer Society Press, Washington, D.C., 344-46, 1985.

B257

Small IF, Milstein V, Miller MJ, Malloy F, Small JG.  ECT - Indications, Benefits and Limitations.  Am J Psychotherapy. 40:343-3565, 1986.

Miller, MJ.  A program for Evaluating Depression.  M.D.Computing. 4(1)49-63, 1987.

Small JG, Milstein V, Small IF, Miller MJ, Kellams JJ. Computerized EEG Profiles of Haloperidol, Chlorpromazine, Clozapine, and Placebo in Treatment Resistant Schizophrenia. Clinical Electroenceph.  1987;18:124-135.

Milstein V, Small JG, Klapper MH, Small IF, Miller MJ, Kellams JJ.  Uni Versus Bilateral ECT in the Treatment of Mania.  Conv. Ther. pp 31-9, 1987.

Small JG, Klapper, MH, Kellams, JJ, Miller MJ, Milstein,V., Sharpley, PH, and Small, IF.  ECT Compared with Lithium in the Management of Manic States.  Arch Gen Psychiat. 45:727-732, 1988.

Small, JG, Milstein, V., Miller MJ, Sharpley, PH and Small, IF. Clinical, Neuropsychological and EEG Evidence for Mechanisms of Action of ECT.  Conv. Ther. 4:280- 291, 1988.

Miller, MJ. Operating a Computer Bulletin Board System for Psychiatrists and Psychologists.  Proceedings The Twelfth Annual Symposium on Computer Applications in Medical Care. (Edited by Robert A. Greenes, M.D. Ph.D.) pp 546-561, 1988.

Small JG, Milstein V, Miller MJ, Sharpley PH, and Small IF. Neurophysiological evidence for actions of ECT.  Psychopharm Bull. 24:391-395, 1988.

Small JG, Milstein V, Kellams JJ, Miller MJ, Boyko, OB , Small IF.  EEG Topography in Psychiatric Diagnosis and Drug Treatment. Annals of Clinical Psychiatry.  1:7-17, 1989.

Ascher-Svanum H and Miller, MJ.  Premenstrual changes and psychopathology among psychiatric inpatients.  Hosp Community Psychiatry 1990;41:86-8.

Milstein V, Small JG, Miller MJ, Sharpley PH, Malloy FW, Klapper MH, and Small IF.  Mechanism of action of ECT in schizophrenia and schizoaffective disorders.  Biol Psychiatry 1990, 27:1282-91.

Small JG, Milstein V, Miller MJ, Kellams JJ, and Sharpley PH. Topographic EEG changes during treatment with lithium (LI), carbamazepine (CBZ), and clomipramine (CMI).  Suppl Biol Psychiatry, 1990, 27:160A.

11

B258

Small JG, Klapper MH, Milstein V, Kellams JJ, Miller MJ, Marhenke JD, and Small IF.  Carbamazepine compared with lithium in the treatment of mania.  Arch Gen Psychiatry, 1991, 48:915-921.

Ogle MR, Miller MJ.  Clozapine: a novel antipsychotic with a controversial introduction.  Indiana Medicine, 1991, 84:606-610.

Miller, MJ. Editor, Computer Applications in Mental Health: Education and Evaluation  Haworth Press, New York, 1992

Miller, MJ. Obtaining mental health software by telephone from a computerized bulletin board system.  Computers in Human Services 8:3/4:19-44, 1992.

Small JG, Milstein V, Kellams JJ, Miller MJ, Woodham GC, and Small IF.  Hemispheric components of ECT response in mood disorders and schizophrenia in ECT: from research to clinical practice. (Ed) Coffey CE. Progress in Psychiatry Series, American Psychiatric Press, Washington, D.C. 1993, 111-123.


17. Reviews, Abstracts, and Letters.


Miller, MJ. Nonviolence and the physician.  The New Physician. April, 1970, p210.

Miller MJ, Small IF, Milstein V, Small JG, Malloy FW, Stout JR. Sex and diagnosis related responses to ECT.  American Psychiatric Association New Research Abstracts, Annual Meeting, 1981, p62.

Miller, MJ.  A Munchausen case involving muteness, deafness, and left-sided weakness.  J Clin Psychiatry. 42:87-88, 1981.

Schwartz MD, Miller MJ.  A comparison of methods of computer diagnosis.  Computers in Psychiatry/Psychology. 36 pp5-7, 1981.

Miller MJ, Small IF, Small JF, Milstein V, Corsaro C.  Quantified EEG evaluation of three affective subtypes, Electroencephalogr Clin Neurophysiol. 57:43, 1984.

Miller, MJ. Review of Lieff JD, Computers and other technological aids for psychiatric private practice.  M.D.Computing, Vol 32 p50, 1986.

Miller, MJ.  An introduction to quantitative EEG. Directions in Psychiatry 106 pp 1-7, 1990.

Milstein V, Small JG, Small IF, Klapper M, Miller MJ, Marhenke JD,  Right Left and Bilateral ECT Revisited, Biol Psychiatry 1991:29:133a-134a.

B259

18.  Membership on national peer review boards/ editorial boards.

Editorial Advisory Board, <u>Computers in Human Services</u>, 1992 -

Software Review Committee, American Medical Informatics
Association, 1992 -

Member, Committee on Information Systems, Council on Internal
Organization, American Psychiatric Association, May 1991-94.

Revised 4/93

B260

RECEIVED

JUN 16 1993

CLINICAL &
MEDICAL AFFAIRS

CURRICULUM VITAE

Thomas E. Nordahl, M.D., Ph.D.

**PERSONAL DATA**

DATE OF BIRTH:         May 10, 1948 - Bloomington, Indiana

ADDRESS:               REDACTED

MARITAL STATUS:        Married

CHILDREN:              REDACTED

**EDUCATION:**

1966-1970 University of California, Davis, B.S. (Mathematics)
1970-1972 University of California, Davis, M.A. (Mathematics)
1972-1974 University of California, Davis, Ph.D. (Mathematics)
1978-1982 Medical University of South Carolina, Charleston, M.D.
1982-1983 Internship, University of California, Davis
1983-1985 Psychiatry Residency, University of California, Davis

**CHRONOLOGY OF EMPLOYMENT:**

1970-1974 Teaching Assistant, Dept. of Mathematics, U.C. Davis
1974-1975 Reader, Dept. of Mathematics, U.C. Davis
1975-1976 Lecturer, Dept. of Mathematics, Cal. State, Stanislaus
1976-1978 Asst. Professor of Mathematics, Univ. of South Carolina, Columbia
1985-1986 Junior Staff Fellow, National Institute of Mental Health
1986-1988 Senior Clin. Fellow (NRSA), National Inst. Mental Health
1988-1989 Senior Staff Fellow, National Inst. Mental Health
1989-    Assistant Professor of Psychiatry, U.C. Davis Medical Center
1989-1991 Guest Scientist, Lawrence Berkeley Laboratory
1991-    Medical Scientist, Lawrence Berkeley Laboratory
1991-    Staff Physician, Palo Alto VAMC

**BOARD CERTIFICATION:**

1983    Diplomate of National Board of Medical Examiners
1987    Board Certified, American Board of Neurology and Psychiatry

**AWARDS AND PROFESSIONAL SOCIETIES:**

1965    Central Valley (California) Mathematics Quiz Finalist
1966    California State Scholarship Finalist
1971    NSF Student Trainee

B261

| 1979 | Summer Fellowship at Medical University of South Carolina |
|------|-----------------------------------------------------------|
| 1986-1988 | National Research Service Award |
| 1972- | Member of American Mathematical Society |
| 1981- | Member of American Medical Association |
| 1983- | Member of American Psychiatric Association |
| 1985- | Member of New York Academy of Science |

## SERVICE:

| 1973-1974 | Graduate Curriculum Committee, U.C. Davis, Student Rep. |
|-----------|--------------------------------------------------------|
| 1975-1976 | Member Computing Services Comm., Cal. State College, Stanislaus |
| 1979-1980 | Student Government Rep., Medical Univ. of South Carolina |
| 1984-1985 | President Psychiatry Residents Association, U.C. Davis |
| 1986-1988 | NIMH, "PET" Representative to Nuclear Medicine |
| 1989- 1991 | Assistant Training Director, U.C. Davis -Psychiatry |
| 1992- | Psychiatry Course Director Sophomore Medical Class |

## GRANTS AND DRUG STUDIES:

| 1989-1990 | P.I. of Open study of Clozaril, Sandoz. |
|-----------|------------------------------------------|
| 1990- | P.I. of Remoxipride versus haloperidol, Merck. |
| 1991- | PET study of schizophenia, FIRST award, NIMH:  MH46990 |

## RESEARCH OR LABORATORY EXPERIENCE: (not associated with specific publications):

| 1979 | Summer research with Professor Sid Katz studying the effect of spinal cord lesions on somatosensory evoked potentials |
|------|----------------------------------------------------------------------------------------------------------------------|
| 1981 | Summer research with Professor Goust studying the effect of various chemicals on B-lymphocyte cultures |

## EXTRACURRICULAR INTERESTS:

Art, Running, Mathematics, collecting first edition novels

## PUBLICATIONS:

1.  1972   Tamura T, Nordahl TE, Finiteness of the lattice of congruences on commutative semigroups.  Semigroup Forum 4:73-77.

2.  1972   Tamura T, Nordahl TE,  On exponential semigroups II. Proceedings of the Japan Academy 48:474-478.

B262

3.    1973    Nordahl TE,   Commutative semigroups   whose   proper subsemigroups are power joined.   Semigroup Forum 6:35-41.

4.    1974    Nordahl TE,   Semigroups satisfying $(xy)^m = x^m y^m$.   Semigroup Forum   8:332-346.

5.    1975    Nordahl TE,   Cancellative semigroups with non empty center. Semigroup Forum   11: 170-177.

6.    1975    Hamilton H, Nordahl TE, and Tamura T,   Commutative cancellative semigroups without idempotents.   Pacific Journal of Mathematics   61:441-456.

7.    1976    Nordahl TE,   Bands of power joined semigroups.   Semigroup Forum   12:299-311.

8.    1977    Nordahl TE,   Abelian groups and N-semigroups II.   Proceedings of the Japan Academy   53:8-10.

9.    1977    Nordahl TE,   Periodic weakly cancellative semigroups. Semigroup Forum   13:219-220.

10.   1977    Nordahl TE,   Free products of normal bands.   Semigroup Forum   15:87-88.

11.   1978    Nordahl TE, Scheiblich HE,   Regular *-semigroups.   Semigroup Forum   16:369-377.

12.   1978    Hamilton H, Nordahl TE,   Semigroups whose lattice of congruences is boolean.   Pacific Journal Mathematics 76:33-45.

13.   1978    Nordahl TE,   Cancellation in equationally compact semigroups. Algebra Universalis 8:393-394.

14.   1980    Nordahl TE, Scheiblich HE,   Projective bands.   Algebra Universalis   11:139-148.

15.   1981    Nordahl TE, Scheiblich HE,   Which semilattice indecomposibles are groups?   Semigroup Forum 22:243-245.

16.   1981    Nordahl TE,   Lattice representation in exchange transfusion. Semigroup Forum   23:275.

B263

17.   1983   McNulty G. Nordahl TE, and Scheiblich HE,   Injectives and
            projectives in term finite varieties of algebras.   Canadian
            Journal of Mathematics 35:769-777.

18.   1984   Nordahl TE,   Finitely generated left commutative semigroups
            are residually finite.   Semigroup Forum 28:347-354.

19.   1985   Hamilton H, Nordahl TE,   Composition series and semilattice
            decomposition. Bulletin of the Calcutta Mathematics Society
            77:1-2.

20.   1985   Nordahl TE,   Residual finiteness in permutation varieties of
            semigroups.   Semigroup Forum 13:33-46.

21.   1987   Cohen RM, Semple WE, Gross M, Nordahl TE, et al. Dysfunction
            in   a   prefrontal   substrate   of   sustained   attention   in
            schizophrenia.   Life Sciences 40:2031-2039.

22.   1988   Cohen RM and Nordahl TE,   Brain imaging techniques.   In J.G.
            Howells (Ed.), Modern Perspectives in Clinical Psychiatry,
            Brunner/Mazel Publications, New York. pp. 102-129.

23.   1988   Cohen RM, Semple WE, Gross M, and Nordahl TE,   From
            syndrome to illness: Delineating the pathophysiology of
            schizophrenia   with   positron   emission   tomography.
            Schizophrenia Bulletin. 14:169-176.

24.   1988   Cohen RM, Semple WE, Gross M, Holcomb H, Dowling SM and
            Nordahl TE, Functional localization of sustained attention:
            Comparison   to   sensory   stimulation   in   the   absence   of
            instruction.   Neuropsychiatry, Neuropsychology and Behavioral
            Neurology.   1:3-20.

25.   1988   Nordahl TE,   On permutative semigroup algebras.   Algebra
            Universalis.   25:322-333.

26.   1988   Cohen RM, Semple WE, Gross M, and Nordahl TE, et al.   The
            effects of neuroleptics on dysfunction in a prefrontal substrate
            of sustained attention in schizophrenia.   Life Sciences.
            43:1141-1150.

27.   1989   Nordahl TE,   Separative P.I. semigroups are embeddable into
            semilattice of groups. Semigroup Forum.   38:119-122.

B264

28.  1989    Nordahl TE, Benkelfat C, Semple WE, et al.  Cerebral glucose metabolic rates in obsessive compulsive disorder. Neuropsychopharmacology.  2:23-28.

29.  1989    Cohen RM, Semple WE, Gross M, and Nordahl TE et al. Evidence for common alterations in cerebral glucose metabolism in major affective disorders and schizophrenia. Neuropsychopharmacology.  2:241-254.

30.  1990    Nordahl TE, Semple WE, Gross M, Mellman TA, Stein MB, Goyer P, King AC, Uhde TW, Cohen RM,  Cerebral glucose metabolic differences in patients with panic disorder. Neuropsychopharmacology.    3:261-272.

31.  1990    Benkelfat C, Nordahl TE, Semple WE, King AC, Murphy DL, Cohen RM, Local cerebral metabolic rates in obsessive-compulsive disorder.   Archives Gen Psychiatry. 47:840-848.

32.  1990    Zametkin AJ, Nordahl TE, Gross M, King AC, Semple WE, Rumsey J, Hamburger S, and Cohen RM,  Brain metabolism in hyperactive adults with childhood onset.   New England Journal of Medicine.   323:1361-1366.

33.  1991    Benkelfat C, Mefford IN, Masters CF, Nordahl TE, King AC, Cohen RM. Murphy DL, Plasma catecholamines and their metabolites in obsessive-compulsive disorder, Psychiatry Research. 37:321-331.

34.  1992    Nordahl TE, On the join of the variety of all bands and the variety of all commutative semigroups via conditional rewrite rules.   In Words Languages and Combinatorics, Ed. Masami Ito, World Scientific, Singapore.

35.  1992    Carter C, Robertson L, Nordahl TE. Abnormal processing of irrelevant information in chronic schizophrenia:   Selective enhancement of stroop facilitation. Psychiatry Research. 41:137-146.

36.  1992    Cohen RM, Gross M, Nordahl TE, Semple WE, Oren DA, Rosenthal N, Preliminary data on the metabolic brain pattern of patients with winter seasonal affective disorder. Archives General Psychiatry 49:545-552.

B265

37.   1992   Goyer P, Semple WE, Schulz P, Gross, M, Nordahl, T.E., King, AC, Wehr T, Cohen RM.  Cerebral glucose Metabolism in patients with summer seasonal affective disorder patients. Neuropsychopharmacology  7:233-240.

38.   1992   Carter CS, Robertson LC, Chaderjian MR, Celaya LJ, Nordahl TE. Attentional asymmetry in schizophrenia: Controlled and automatic processes. Biological Psychiatry 31:909-918.

39.   1992   Cohen RM, Semple WE, Gross M, King AC, Nordahl TE,  The metabolic brain pattern of sustained auditory discrimination.   Experimental Brain Research 92:165-172.

B266

40.   1993      Benkelfat C, Nordahl, TE, Semple, WE, King AC, Murphy,
                DL, Cohen, RM, Local cerebral glucose metabolic rates in
                obsessive-compulsive disorder.   In Proceedings of a
                Conference.   In Psychiatry and Advanced Technologies, Edited
                L. Ravizza, F. Bogetto, and E. Zanalda, Raven Press, Ltd, New
                York.

41.   1993      Matochik J, Nordahl T, Gross M, Semple W, King A,
                Cohen RM, Zametkin AJ,   Effects of acute stimulant
                medication on cerebral metabolism in adults with
                hyperactivity.   Neuropsychopharmacology in press.

42.   1993      Carter CS, Robertson LC, Nordahl TE, O'Shora-Celaya L,
                Chaderjian MC., Abnormal processing of irrelevant information
                in schizophrenia:  The role of illness subtype.
                Psychiatry Research accepted.

1989            Matthews, E., Nordahl, T.E., Scut L, Cohen RM, Cerebral
                Metabolic rates in autosomal dominant spinal cerebellar ataxia.
                J Neurological Sciences accepted.


SUBMITTED:

1.    1987      Semple WE, Johnson J, Cohen RM, King AC, Nordahl TE, et al.
                Inter-rater reliability in positron emission tomography image
                analysis.   J. Cerebral Blood Flow and Metabolism.


2.    1992      Semple WE, Cohen RM, Nordahl TE, Zametkin A, King AC, Schulz
                SC, Goyer PF, Brain imaging methodology changes can confound
                psychiatric study outcomes: Modification of transmission scan
                attenuation correction method alters PET scan results.
                Submitted Psychiatry Research: Neuroimaging.


3.    1992      Jagust WJ, Eberling JL, Richardson BR, Reed BR, Baker MG,
                Nordahl TE, Budinger TF, The cortical topography of temporal
                lobe hypometabolism in early Alzheimer's disease.

4.    1992      Nordahl, T.E., ...Cohen, R.M., Regional cerebral metabolic rates in
                chronic imipramine treated patients.

5.    1993      Carter CS, Robertson LC, Chaderjian MR, Nordahl TE, Covert
                orienting of attention abnormalities in schizophrenia: The role
                of illness subtype and phenomenology, submitted to Biological

B267

6.   1993      Cohen RM, Gross M, Semple WE, <u>Nordahl TE</u>, Sunderland T, The
                metabolic brain pattern of young subjects given scopolamine.

In  Progress:

1.   1993      <u>Nordahl, T.E.</u>,...Budinger, T., High resolution
                cerebral glucose metabolic rates in patients with
                schizophrenia.

ABSTRACTS:

1.   1986      Zametkin, A., <u>Nordahl, T.E.</u>, Gross, M., Semple, W.E., et al.  Brain
                metabolism in hyperactive children.   Scientific Proceedings for
                the Annual Meeting of the American Academy of Child and
                Adolescent Psychiatry 2:23.

B268

2.   1988   Nordahl, T.E., Benkelfat, C., Semple, W.E., et al.  Cerebral glucose metabolic rates in obsessive compulsive disorder, scheduled as a talk at the National Meeting of the American Psychiatric Association, May 1988.

3.   1988   Gross, M., Nordahl, T.E., Semple, W.E., Sunderland, T., et al. Scopolamine and CNS metabolism: A model for SDAT? Biological Psychiatry Meeting.

4.   1988   Cohen, R.M., Carson, R.E., Channing, M., and Nordahl, T.E., et al. F-18-cyclofoxy PET imaging in man.   Society of Nuclear Medicine.

5.   1988   Stein, S.D., Nordahl, T.E., Kempner, et al.  Head movement in patients with schizophrenia during simulated brain imaging. Society of Nuclear Medicine.

6.   1989   Nordahl, T.E., Matthews, E., Semple, W.E., et al.  Metabolic and cognitive changes in two families with autosomal dominent hereditary cerebellar ataxia.  Poster at American Academy of Neurology.

7.   1989   Nordahl, T.E., Benkelfat, C., Semple, W., Gross, M., Uhde, T.W., Cohen, R.M., Metabolic rates in OCD and panic disorder.  APA meeting, San Francisco.

7.   1990   Nordahl, T.E., On the join of the variety of all bands and the variety of all commutative semigroups. Presented at International Colloqium of Words, Languages, and Combinatorics, Kyoto, Japan.

8.   1990   Jagust, W.E., Eberling, J., ...Nordahl, T.E.,... High resolution hippocampal glucose metabolism in Alzheimer's disease. Abstract Neuroscience Meeting 1990.

9.   1990   Nordahl, T.E., Valk, P., Cummings, A.M., Doran, A., Zoglio, M., Colina, M., Kusubov, N., Jagust, W.E., Huesman, R., Budinger, T.F.  High resolution hippocampal glucose metabolism in schizophrenia.   Abstract - American College of Neuropsychopharmacology meeting - 1990.

10.  1991   Semple, W.E., Cohen, R.M., Foer, J., King, A.C., Nordahl, T.E., Zametkin, A., Kosmidis, M.A., Andreason, M.D., Goyer, P., Orbital frontal metabolism and personality in normals: Results from two PET studies. 1991 Biol. Psychiatry meeting.  New Orleans.

B269

11.   1991      Nordahl,T.E., Valk, P., Cummings, A., Kusubov, N.,
                Jagust, W.E., Huesman, R., and Budinger, T,
                Hippocampal glucose metabolism in schizophrenia.
                World Congress of Biological Psychiatry, Florence.

12.   1991      Benkelfat, C., Andreason, P., Semple, W., Nordahl,T.E., Cohen,
                R.M., Effect of the 5HT agonist MCPP on brain metabolism.
                APA meeting, New Orleans.

13.   1992      Nordahl, T.E., Budinger, T., Cummings, A.M., Salamat, S.,
                Kusubov, T., Jagust, W., High resolution PET-FDG in
                schizophrenia.   APA meeting, Washington, D.C.

14.   1992      Nordahl TE, Kusubov N, Jagust W, Carter C, Budinger T, Regional
                cerebral metabolic rates in schizophrenia subtypes.   American
                College Neuropsychopharmacology annual meeting.

B270

```
                                         ┌──────────────────┬──────┐
                                         │  5077 I4/0015    │  16  │
                                         ├──────┬───────────┴──────┤
                                         │  93  │      O3O         │
                                         ├──────┴──────────────────┤
                                         │          8/93           │
                                         └─────────────────────────┘
```

## CURRICULUM VITAE

**Name:**              Richard R. Owen, Jr., M.D.

**Address:**           3K/NLR (Psychiatry Service)
                       John L. McClellan Memorial Veterans Hospital,
                           North Little Rock Division
                       2200 Fort Roots Drive
                       North Little Rock, AR 72114-1706

**Phone:**             Office: (501) 661-1202, x1416
                       Home:    REDACTED

**Date of Birth:**     July 8, 1958

**Place of Birth:**    Minneapolis, Minnesota

**Citizenship:**       United States of America

**Education:**

| | | |
|---|---|---|
| 1980 | B.A. | Summa Cum Laude with Distinction in Chemistry, Carleton College, Northfield, Minnesota |
| 1984 | M.D. | University of Minnesota Medical School, Minneapolis, Minnesota |
| 1984-1988 | | Clinical Fellow in Psychiatry, Harvard Medical School, Boston, Massachusetts |
| 1988-1990 | | Medical Staff Fellowship, Section on Clinical Studies, Clinical Neuroscience Branch, National Institute of Mental Health |
| 1990-1991 | | Senior Staff Fellowship, Clinical Neuroscience Branch and Experimental Therapeutics Branch, National Institute of Mental Health |

**Employment and Administrative Experience:**

| | |
|---|---|
| 1984-1985 | Internship with rotations in Internal Medicine (Mount Auburn Hospital, Cambridge, Massachusetts), Neurology (Massachusetts General Hospital) and Psychiatry, McLean Hospital, Belmont, Massachusetts |
| 1985-1988 | Residency in Adult Psychiatry, McLean Hospital, Belmont, Massachusetts |
| 1987-1988 | Chief Resident of Psychopharmacology and Affective Disease Programs, McLean Hospital, Belmont, Massachusetts |
| 1986-1988 | Associate Staff Psychiatrist -- Doctor-on-Call, Westwood Lodge Hospital, Westwood, Massachusetts |
| 1988-1989 | Ward Administrator, 4-East Patient Care Unit, NIMH, Bethesda, Maryland |
| 1989-1990 | Research Coordinator, Section on Clinical Studies, Clinical Neuroscience Branch, NIMH |

B271

2

| 1991-Present | Present duty title:  Staff Psychiatrist, VA Medical Center, Little Rock, Arkansas. Assistant Professor, Psychiatry, University of Arkansas for Medical Sciences, Little Rock, Arkansas. |

**Awards and Honors:**

| 1976 | William Carleton Scholar, Carleton College |
| 1980 | Phi Beta Kappa Society |
| 1980 | Sigma Xi Society |
| 1983 | Alpha Omega Alpha Society |
| 1984 | Medical Student Achievement Award, Minnesota Medical Foundation |
| 1984 | Medical Student Achievement Award, Upjohn, Inc. |

**Research Interests:**

1. Neuropharmacology and clinical use of antipsychotic agents.
2. Mechanism of action of antipsychotic agents with emphasis on "atypical" antipsychotic drugs.
3. The role of serotonin systems in schizophrenia.
4. Outcomes research in schizophrenia.
5. Clinical epidemiology of schizophrenia.

**Teaching Experience:**

| 1987 | Organization and presentation of a lecture series for psychiatric residents at McLean Hospital: "Introduction to Psychopharmacology." |
| 1987-1988 | Organization and presentation of a weekly seminar series of the Psychopharmacology Program for psychiatric residents and attending staff at McLean Hospital. |
| 1988-1990 | Supervision of medical students involved in advanced psychiatry clerkships at NIMH. |
| 1991- | Supervision of residents and medical students on inpatient psychiatry service. |
| 1991- | Lectures to residents and medical students on psychopharmacology, schizophrenia, and statistics. |
| 1992- | Supervision of senior residents participating in electives in inpatient psychiatry and psychopharmacology research. |

B272

3

**Licensure:**

| | |
|---|---|
| 1986 | Massachusetts License Registration No. 56012 |
| 1988 | Maryland License Registration No. D37084 |
| 1991 | Arkansas License Registration No. N-8143 |

**Memberships:**

| | |
|---|---|
| 1982 | American Medical Association |
| 1985 | American Psychiatric Association |
| 1992 | Arkansas Psychiatric Society |
| 1992 | Arkansas Medical Society |

**Research Support:**

Principal investigator, "Brain serotonin receptor autoradiography in schizophrenia," National Alliance for Research in Schizophrenia and Depression (NARSAD) Young Investigator Award, $53,540, 1993-1995

Principal investigator, "Neurobiologic and neuropsychologic measures in schizophrenia: Possible predictors of outcome?" University of Arkansas for Medical Sciences, Institutional Pilot Study Project grant, $2,519, 1993

Co-principal investigator, "A multicenter, double-blind, placebo-controlled comparison of low and high dosage regimens of ICI 204,636 in the treatment of hospitalized patients with acute exacerbation of subchronic or chronic schizophrenia," ICI Pharmaceuticals Group (Craig N. Karson, co-P.I.), 1991-1992

**Bibliography:**

Original Articles:

1. Owen R, Owen F, Poulter M, Crow TJ. Dopamine $D_2$ receptors in substantia nigra in schizophrenia. Brain Res 1984; 299:152-154.
2. Wolf ME, Mosnaim AD, Owen R, Paulos M, Hoffman HE. Molindone pharmacokinetics in psychiatric patients. Res Comm Psychol Psychiatry Behav 1985; 10:215-220.
3. Owen RR, Beake BJ, Marby DW, Dessain EC, Cole JO. Response to clozapine in chronic psychotic patients. Psychopharmacol Bull, 1989; 25:253-256.
4. Konicki PE, Owen RR, Litman RE, Pickar D. The acute effects of central- and peripheral-acting dopamine antagonists on plasma HVA in schizophrenic patients. Life Sci, 1991; 48:1411-1416.

B273

4

5.  Pickar D, Owen RR, Litman RE, Konicki PE, Gutierrez R, Rapaport MH.  Clozapine for the treatment-resistant schizophrenic:  crossover comparison with fluphenazine.  Arch Gen Psychiatry, 1992; 49:345-353.

6.  Hsiao JK, Potter WZ, Agren H, Owen RR, Pickar D. Clinical investigation of monoamine neurotransmitter interactions.  Psychopharmacology, in press.

7.  Owen RR, Gutierrez-Esteinou R, Hsiao J, Hadd K, Benkelfat C, Lawlor BA, Murphy DL, Pickar D.  Effects of clozapine and fluphenazine treatment on responses to m-chlorophenylpiperazine (m-CPP) infusions in schizophrenia.  Arch Gen Psychiatry, in press.

Reviews:

1.  Owen RR, Cole JO.  A new antipsychotic drug.  Harvard Medical School Mental Health Letter  Dec 1987; 4(6):8.

2.  Owen RR, Cole JO.  Molindone hydrochloride:  a review of laboratory and clinical findings.  J Clin Psychopharmacol 1989; 9:268-276.

3.  Pickar D, Owen RR, Litman RE.  New developments in the pharmacotherapy of schizophrenia.  In Annual Review of Psychiatry, vol. 10, Washington, D.C.:  American Psychiatric Press, 1991.

Abstracts:

1.  Owen RR, Beake BJ, Marby DW, Dessain EC, Cole JO. Response to clozapine in chronic psychotic patients.  New Clinical Drug Evaluation Unit (NCDEU) Program, Key Biscayne, FL, June 2, 1988, Poster #21.

2.  Owen RR, Gutierrez-Esteinou R, Hadd K, Benkelfat C, Murphy DL, Pickar D.  Serotonergic responsivity in schizophrenia.  American Psychiatric Association Annual Meeting, New York, New York, May 15, 1990, New Research, Poster NR235.

3.  Owen RR, Gutierrez-Esteinou R, Hadd K, Benkelfat C, Lawlor B, Pickar D.  Serotoninergic responsivity in schizophrenia.  American College of Neuropsychopharmacology Annual Meeting, San Juan, Puerto Rico, December, 1990.

4.  Owen RR, Gutierrez-Esteinou R, Hadd K, Litman RE, Konicki PE, Pickar D.  Serotonin function and clozapine response in schizophrenia.  American College of Neuropsychopharmacology Annual Meeting, San Juan, Puerto Rico, December, 1991.

B274

5077EY/0015 0017
59        030
6/30/93

## CURRICULUM VITAE

**WILLIAM M. PATTERSON, M.D.**
6869 Fifth Avenue South
Birmingham, AL  35212
Phone:  (205) 836-3594

Home: REDACTED
REDACTED

### EDUCATION:

| | |
|---|---|
| **1957-1960 High School:** | Gadsden High School, Gadsden, AL |
| **1964-1968 College:** | University of Alabama, Tuscaloosa, AL  Major: Pre Med (Psychology):  B.S. Degree |
| **1968-1972 Medical School:** | University of Alabama, School of Medicine, Birmingham, AL: M.D. Degree |

### GRADUATE EDUCATION:

| | |
|---|---|
| **1972-1975 Residency** | Letterman Army Medical Center, Presidio of San Francisco, CA. Residency training in General Psychiatry including experience in inpatient milieu therapy for an array of diagnostic categories; large & small group psychotherapy; pharmacotherapy; electroconvulsive therapy, sensitivity group; outpatient clinic services; hypnotherapy, behavior therapy, sexual dysfunction therapy; biofeedback therapy; training seminars for ward personnel. |

### ADDITIONAL TRAINING:

| | |
|---|---|
| **1973** | Short Course, Behavior Modification |
| **1974** | UCLA, Short Course, Sexual Dysfunction |
| | UCLA, Short Course, Biofeedback |

RECEIVED

JUN 3 0 1993

CLINICAL &
MEDICAL AFFAIRS

B275

| 1975 | Current Trends in Military Psychiatry, Symposium on Sleep Disorders, San Francisco, CA |
| 1976 | Short Course, Behavior Modification Psychiatric Audit Team Seminar |
| 1977 | Short Course, Comparative Psychiatric Therapies |
| | Short Course, Short Term Dynamic Psychotherapy |
| 1978 | Short Course, Short Term Dynamic Psychotherapy |
| 1979 | Short Course, AMEDD Forensic Psychiatry |
| 1979 | Short Course, Advances in Psychopharmacology for Psychiatrists |

**PROFESSIONAL EXPERIENCE:**

| March, 1990-Present | Director of Research; Director, Anxiety Disorders Program; and Chairman, Institutional Review Board, Hill Crest Hospital |
| May, 1989-Present | President, Birmingham Research Group |
| September, 1988-Present | Private Practice, General Psychiatry, Birmingham, AL |
| September, 1988-March, 1990 | Director, Anxiety Disorders Program, AMI Brookwood Medical Center |
| October, 1987-September, 1988 | Vice Chairman and Director of Psychiatric Training, Department of Psychiatry, UAB |
| October, 1987-September, 1988 | Professor, Department of Psychiatry, UAB |
| October, 1985-September, 1988 | Director, Anxiety Disorders Program, UAB |
| October, 1983-September, 1988 | Director, Adult Outpatient Psychiatry Services, UAB |

B276

3

| | |
|---|---|
| January, 1983-September, 1988 | Chief, Psychiatric Consultation Svc, BVAH |
| October, 1982-September, 1987 | Associate Professor, Dept. of Psychiatry, UAB |
| April, 1982-September, 1988 | Director, Psychiatry Residency Training Program, UAB |
| July, 1980-September, 1982 | Assistant Professor, Dept. of Psychiatry, Liaison Consultation Service, University of Alabama in Birmingham |
| 1979-June, 1980 | Director, Psychosomatic Fellowship Program, Department of Psychiatry & Neurology, Eisenhower Army Medical Center |
| 1976-June, 1980 | Chief, Biofeedback Lab & Clinic, Regional Consultant, DDEAMC |
| 1975-June, 1980 | Chief, Psychiatry Outpatient Clinic, Dwight David Eisenhower Army Medical Center, Fort Gordon, GA |

**OTHER ACTIVITIES:**

| | |
|---|---|
| 1974-1975 | Consultant to Mather Air Force Base Mental Hygiene Clinic, Sacramento, California |
| January, 1980 | Examiner, American Board of Psychiatry & Neurology, Atlanta, GA |
| 1980 | Member, Association for Academic Psychiatry Task Force on Consultation Liaison Guidelines |
| 1980-1988 | Liaison Psychiatrist to UAB Pain Center |
| 1982-1988 | Member, Executive Committee, UAB Department of Psychiatry |

B277

**4**

| | |
|---|---|
| 1982-1984 | Consultant, UAB/Cooper Green Sleep Disorders Center |
| 1982-1984 | Member, AADPRT Task Force on Resident Moonlighting |
| October, 1983 | Symposium Coordinator: "Recent Advances: Management of Anxiety, Panic and Phobic Disorders", UAB Department of Psychiatry |
| January, 1984 | Examiner, American Board of Psychiatry and Neurology, Houston, TX |
| 1984-1988 | Psychiatric Consultant to NIH Genetic Research Project |
| February, 1984 | "Healthline" Volunteer sponsored by Jefferson County Medical Society |
| April, 1985 | Examiner, American Board of Psychiatry and Neurology, Atlanta, GA |
| 1985-1988 | Member, AADPRT Committee on Curriculum Development |
| 1985-1988 | Member, Search Committee for Discipline Chief in Psychiatry, University of Alabama College of Community Health Sciences |
| 1985-1988 | Member, Indigent Drug Program Formulary Committee, Alabama Department of Mental Health and Mental Retardation |
| 1985-Present | Medical Advisor, Office of Hearings and Appeals, Social Security Administration |
| 1985-1988 | Consultant, UAB Sleep/Wake Disorders Center |
| October, 1985 | Symposium Coordinator: "Anxiety, Panic & Phobic Disorders", UAB Department of Psychiatry |

B278

5

| | |
|---|---|
| November, 1985 | "Healthline" volunteer sponsored by Jefferson County Medical Society |
| November, 1985-May, 1987 | Chairman, Membership Committee of the Alabama Psychiatry Society (District Branch of the American Psychiatric Association) |
| November, 1985-May, 1987 | Member, Continuing Education Committee of the Alabama Psychiatric Society (District Branch of the American Psychiatric Association) |
| March, 1986 | Symposium Coordinator: "Clinical Interface: Psychiatry and Cardiology-Current Perspectives", UAB Department of Psychiatry |
| January, 1987 | Examiner, American Board of Psychiatry and Neurology, Houston, TX |
| 1987-Present | Member, Membership Committee, Academy of Psychosomatic Medicine |
| 1987-1989 | President-Elect, The Birmingham Chapter of the Alabama Psychiatric Society (District Branch of the American Psychiatric Association) |
| 1987-1989 | Vice-President, the Alabama Psychiatric Society (District Branch of the American Psychiatric Association) |
| 1987-1988 | Acting President, the Alabama Psychiatric Society (District Branch of the American Psychiatric Association) |
| 1987 | Member, Multidisciplinary Task Force on the Liability of Mental Health Professionals in Alabama |

B279

6

| | |
|---|---|
| October, 1987 | Course Director: "Chronic Pain: A Clinical Update" - symposium sponsored by the UAB Department of Psychiatry |
| December, 1987 | Member, Advisory Committee, Anchor Developmental Center |
| 1987-1988 | Reviewer, American Journal of Medicine |
| 1987-1988 | Reviewer, Alabama Journal of Medical Sciences |
| 1988 | Member, Advisory Board Member, Nominating Committee Friends of UAB Psychiatry |
| February, 1988 | "Healthline" volunteer sponsored by the Jefferson County Medical Society |
| September, 1988 | "Anxiety and Panic Disorders" - presented to The Sharing Group, Birmingham, AL |
| September, 1988-Present | Member, Investigational Review Board (Research Committee) Brookwood Medical Center Member, Medical Education/Library Committee, Brookwood Medical Center |
| 1989-1990 | President, Alabama Psychiatric Society |
| 1989-1990 | President, Birmingham Chapter, Alabama Psychiatric Society |
| 1990-Present | Member, Pharmacy and Therapeutics Committee, Hill Crest Hospital |
| 1990-Present | Member, Hospital Relocation Committee, Hill Crest Hospital |
| 1992 | Chairman, Alabama Psychiatric Society Nominating and Fellowship Committee |

B280

7

## PUBLICATIONS AND PAPERS:

Gallager, J. & Patterson, W:  The Effect of Two Types of Associative Linkage and Position of Association Linkage on Recall of Sentences."  Psychon. Sci, 21(2), 1970.

Patterson, W.M.:  "Treatment of Raynauds Phenomenon With Temperature Biofeedback."  American Journal of Clinical Biofeedback, 2:19-21, 1979.

Patterson, W.M.:  "The Future Role of Psychiatry in Primary Care."  Paper presented at the 134th Annual Meeting of the APA, New Orleans, May, 1981.

Patterson, W.M.; Hall, K:  (Correspondence Section) "Use of I.V. Haloperidol."  Am. Family Physician. 24(2), August, 1981.

Patterson, W.M.; Logan, W.E.; Vandewalle, M.D.:  "PCP Psychosis in a General Hospital".  Mil. Med. 147:311-312, April, 1982.

Patterson, W.M.:  "Toxic/Therapeutic Ratio of the Benzodiazepines" (Letter to Ed.) Clinical Psychiatry News, May, 1982.

Patterson, W.M.:  Comment & Consultation:  "Drugs for Alcohol Withdrawal".  Consultant, 22:17, December, 1982.

Patterson, W.M.; Dohn, H.; Bird, J.; Patterson, G.:  "Evaluation of Suicidal Patients:  The 'SAD PERSONS' Scale".  Psychosomatics 24:343-349, 1983.

Patterson, W.M.:  "Identity Crisis in Psychiatry" (Letter to Ed.) M D 27:12, 1983.

Patterson, W.M.:  Comment & Consultation:  "Tricyclics and Arrhythmias".  Consultant 23:249, 1983.

Walter-Ryan, W.G.; Patterson, W.M.:  "Treatment for Catatonic Symptoms with Intramuscular Lorazepam".  J. Clin Psychopharmacol 5:123-124, 1985.

Shehi, M., Patterson, W.M.:  "Treatment of Panic Attacks with Alprazolam and Propranolol".  Am. J. Psychiatry 141:900-901, 1984.

Patterson, W.M.; Burch, E.A.:  "Office Diagnosis and Management of Anxiety Disorders".  CME Videotape #014.  Produced by the UAB Office of Health Extension, Public Service and Research, 1984.

Patterson, W.M.; Shehi, M.; et.al.  "Anxiety:  Is Yours Normal?" Better Health, Vol. II, No. 3, March, 1985.

B281

8

Patterson, W.M.: "Phobia: Our Worst Fears". Birmingham Magazine, April, 1985.

Shehi, M.; Patterson, W.M.: "Interactions of Benzodiazepines and Other Commonly Used Drugs". IM - Internal Medicine for the Specialist, 6:95-103, 1985.

Patterson, W.M.: "Results with the DST in Geriatric Patients" (Abstract). Psychosomatics, 26:469, 1985.

Earle, J.; Patterson, W.M.: "Chronic Pain, Neuroleptics and Tardive Dyskinesia: A Case Report". Psychosomatics, 27:291-293, 1985.

Patterson, W.M.: "Anxiety and Depression in the Cardiac Patient". Audio Digest: Internal Medicine. Vol. 31, No. 11, June 5, 1985.

Patterson, W.M.: "Higher Familial Incidence of Agoraphobia (Abstract). Psychosomatics 26:691-692, 1985.

Patterson, W.M.: "Age at Onset in Anorexia not Prognostically Significant" (Abstract). Psychosomatics 27:232, 1985.

Patterson, W.M.; Eubanks, A.A.; Hermecz, D.A.; et.al. "MMPI Profiles in Patients with Panic Disorder". Paper presented at the 32nd Annual Meeting, Academy of Psychosomatic Medicine, San Francisco, CA, November, 1985.

Patterson, W.M.: "Agoraphobia Treatment" (Letter to Ed.) Psychiatry '86, April, 1986.

Patterson, W.M.: "Clinical Update: Anxiety and Depression". Ala. J. Med. Sci, 23:402-407, 1986.

Patterson, W.M.: Book Review - Textbook of Pain. Edited by Patrick D. Wall and Ronald Melzack. New York, Churchill Livingstone, 1984. 866 pages. J. Clin. Psychiatry 47:527, 1986.

Patterson, W.M.: Abstract - "Current Thinking about MAOI's". Psychosomatics 27:675-676, 1986.

Patterson, W.M., et.al: "MMPI Profiles in Patients with Panic Disorder". Highland Highlights, Vol. 10:19-23, 1986.

Patterson, W.M.: "Use of anti-panic drugs during pregnancy", "Dear Doctor", The Birmingham News, January 1987.

Patterson, W.M.: "Phobias: You Can Overcome Them". Better Health 4:2-4, 1987.

Patterson, W.M.: "Triazolam Withdrawal". (Letter to Ed.) J. Clin Psychiatry, 51:369, 1988.

B282

9

Patterson, W.M.; Koplan, A.L.; Shehi, G.M.; Eubanks, A.A.:  "The Use of Propranolol in the Treatment of Panic Disorder".  Paper presented at the 35th Annual Meeting, Academy of Psychosomatic Medicine, New Orleans, November, 1988.

Riesenberg, R.; Cohn, J.; Patterson, W.M.:  "Etoperidone in the Treatment of Major Depression:  A Placebo-controlled Clinical Trial".  Paper presented at NCDEU, Key Biscayne, FL, May, 1989.

Riesenberg, R.; Cohn, J.; Patterson, W.M.: "Etoperidone: Efficacy and Safety in Major Depression".  Paper presented at the 142nd Annual Meeting of the APA, San Francisco, CA, May, 1989.

Alhadeff, L.H.; Patterson, W.M.:  "Treatment of PMS with Fluoxetine".  Scientific paper presented at the Annual Meeting of the Academy of Psychosomatic Medicine, Pheonix, AZ, November, 1990.

Patterson, W.M.:  "Pain and depression:  The use of psychotropic drugs". Pain Digest, 2:49-56, 1992.

Patterson, W.M.:  "Fluoxetine - Induced Sexual Dysfunction" (letter).  J. Clin. Psychiatry (Accepted for publication, August, 1992).

Carter C.S.; Fawcett, J.; Herzman, M.; Papp, L.; Jones, W.; Patterson, W.M., et.al:  "Adinazolam SR in Panic Disorder with Agoraphobia:  A Fixed Dose Study of Efficacy and its Relationship to Drug Plasma Levels".  (Submitted for publication, October, 1992).

Patterson, W.M.: "Fluoxetine-Induced Sexual Dysfunction" (Letter to Ed.) J. Clin. Psychiatry, 54:2, February, 1993.

**BOOK CHAPTERS**

Patterson, W.M.:  Pain and Depression:  The Use of Psychotropic Drugs.  In Parris, W. (Ed.)  Contemporary Issues in Pain Management. Kluwer Academic Publishers, Boston.  (In publication), 1989.

**CERTIFICATION**

| | |
|---|---|
| 1973 | Diplomate of the National Board of Medical Examiners |
| 1976 | Diplomate of the American Board of Psychiatry and Neurology |
| 1982 | Certified Biofeedback Therapist, Biofeedback Certification Institute of America |
| 1984 | Certified Forensic Examiner, Alabama Department of Mental Health |

B283

10

**LICENSES TO PRACTICE MEDICINE & SURGERY**

| | |
|---|---|
| 1973 | Alabama (#6433) |
| | California (inactive) |
| | |
| 1978 | Georgia |
| | Florida (exp. 12/83) |

**PROFESSIONAL ORGANIZATIONS:**

| | |
|---|---|
| 1972-1975 | National Association of Interns & Residents |
| 1973 | American Psychiatric Association |
| 1975 | American Medical Association |
| 1978-1980 | Association of Military Surgeons of the U.S. Academy of Psychosomatic Medicine |
| 1979 | American Psychosomatic Society |
| 1981 | Alabama Academy of Neurology & Psychiatry |
| | The Association for Applied Psychophysiology and Biofeedback |
| 1982-1988 | American Association Directors of Psychiatry Residency Training |
| 1983-1988 | Association for Academic Psychiatry |
| 1986 | American Pain Society |
| 1986 | Phobia Society of America |
| 1988 | Southern Medical Association |
| 1989 | Member, American College of Psychiatrists |
| 1993 | Member, American Society of Clinical Psychopharmacology, Inc. |

**CLINICAL APPOINTMENT:**

| | |
|---|---|
| 1988-Present | Clinical Professor of Psychiatry, UAB |
| 1977-1980 | Clinical Associate Professor of Psychiatry, Medical College of Georgia |

**AWARDS:**

| | |
|---|---|
| 1975-Present | AMA & APA Physicians Recognition Award |
| 1977, 1979 | The American Academy of Family Physicians, Teaching Award (Presented by the Dept. of Family Practice, DDEAMC) |
| 1980 | Outstanding Faculty Teacher, Dept. Psychiatry, UAB |
| 1981 | Outstanding Faculty Teacher, Dept. Psychiatry, UAB |
| 1984 | Fellow, American Psychiatric Association |
| 1988 | Who's Who in the South and Southwest - 21st Edition |
| 1988 | Fellow, Academy of Psychosomatic Medicine |
| 1989 | Member, American College of Psychiatrists |

B284

11

## MILITARY SERVICE:

| | |
|---|---|
| 1972 | Captain, United States Army Medical Corps |
| 1975 | Major, United States Army Medical Corps |
| 1980 | Lieutenant Colonel, United States Army Medical Corps |

## AREAS OF SPECIAL INTEREST:

Medical Research
Medical Education

## PERSONAL DATA:

| | |
|---|---|
| DOB: | 19 SEPT 41 |
| Place of Birth: | Gadsden, Alabama |
| Citizenship: | United States |
| Married: | Linda |
| Children: | Four |
| SSN: | REDACTED |

## RESEARCH INTERESTS & EXPERIENCE:

Anxiety, Panic & Phobic Disorders
Chronic Pain
Depression
Liaison Psychiatry
Biofeedback
Schizophrenia

## SPECIFIC AREAS OF EXPERTISE & INTEREST FOR TEACHING ACTIVITIES:

Pharmacotherapy
Liaison-Consultation/Psychosomatic Medicine
Biofeedback & Behavioral Therapy Techniques
The Psychotherapies

## GRANT AWARDS:

| | |
|---|---|
| 1983 | NIMH Psychiatry Comprehensive Institutional Training Grant ($63,936) |
| 1984 | NIMH Psychiatry Comprehensive Institutional Training Grant ($63,131) |

B285

12

| 1984 | Clinical Study: "A Comparative Study of Alprazolam, Propranolol, Placebo and Combined Alprazolam-Propranolol in the Treatment of Panic Disorder." The Upjohn Company |
|---|---|
| 1985 | NIMH Psychiatry Comprehensive Institutional Training Grant ($63,131) |
| 1986 | Clinical Study: "Etoperidone: Safety and Efficacy vs Amitriptyline in Outpatients with Recurrent Depression". McNeil Pharmaceutical |
| 1987 | Clinical Study: "Efficacy and Safety of Etoperidone in Outpatients with Major Depression". McNeil Pharmaceutical |
| 1988 | Clinical Study: "A Multicenter Study Comparing Xanax S.R. and Xanax S.R. Placebo Tablets in the Treatment of Panic Disorder." The Upjohn Company |
| 1989 | Clinical Study: "Etoperidone: Efficacy and Safety in Outpatients with Major Depression." McNeil Pharmaceutical |
| 1989 | Clinical Study: "Tramadol Hydrochloride: Long Term Safety in Patients with Chronic Non-malignant Pain." McNeil Pharmaceutical |
| 1989 | Clinical Study: "A Double-Blind Evaluation of the Safety and Efficacy of ZK 112-119, Alprazolam and Placebo in Outpatients with Generalized Anxiety Disorder." Sandoz Pharmaceuticals Corporation |
| 1989 | Clinical Study: "A Double-Blind Evaluation of the Safety and Efficacy of ZK 112-119, Alprazolam and Placebo in Outpatients with Panic Disorder." Sandoz Pharmaceuticals Corporation |
| 1989 | Clinical Study: "Tomoxetine/Desipramine/Placebo Trial in MDD." Eli Lilly and Company |
| 1989 | Clinical Study: Collaborative Fixed-Dose Study of the Efficacy and Safety of Deracyn-SR Tablets in Panic Disorder with Agoraphobia." The Upjohn Company |
| 1990 | Clinical Study: "A Triple-Blind, Placebo-Controlled Evaluation of Remoxipride in Prevention of Relapse in Schizophrenia." Merck Sharp & Dohme Research Laboratories |

B286

1990    Clinical Study: "Double-Blind Parallel Study of Tolectin Tolmetin Sodium 1000 mg. Daily versus 1800 mg. Daily in the Treatment of Osteoarthritis."   R.W. Johnson Pharmaceutical Research Institute

1990    Clinical Study: "Double-Blind Parallel Study of Tolectin Tolmetin Sodium 1000 mg. Daily versus 1800 mg. Daily in the Treatment of Rheumatoid Arthritis."   R.W. Johnson Pharmaceutical Research Institute

1990    Clinical Study:  "Double-Blind Placebo Controlled Study of the Efficacy and Safety of Misoprostol in the Prevention of NSAID-Induced Duodenal Ulcers."   G.D. Searle and Company

1990    Clinical Study:  "Double-Blind Controlled Study of the Efficacy and Safety of Misoprostol in the Healing of the NSAID-Induced Gastric Ulcers." G.D. Searle and Company

1990    Clinical Study: "Double-Blind Comparative Study of the Efficacy and Safety of Misoprostol and Ranitidine in the Prevention of NSAID-Induced Gastric Ulcers and Upper GI Symptoms." G.D. Searle and Company

1991    Clinical Study:  "Double-Blind Parallel Comparison of Sertraline, Imipramine and Placebo in Inpatients with Major Depression or Bipolar Disorder, Depressed." Pfizer, Inc.

1991    Clinical Study:   "Fixed Dose, Double-Blind Study Comparing the Efficacy and Safety of Xanax SR Tablets vs Placebo in the Treatment of Panic Disorder Using Once Daily Dosing." The Upjohn Company/IBRD

1991    Clinical Study: "A Double-Blind Evaluation of Ketoprofen and Ibuprofen for Over-The-Counter Use." Miles, Inc.

1991    Clinical Study:   "Flexible-Dose, Double-Blind, Study Comparing Efficacy and Safety of Deracyn SR Tablets vs Xanax CT in the Treatment of Geriatric Outpatients with Clinical Anxiety." The Upjohn Company

1991    Clinical Study: "A Prospective Randomized, Double-Blind, Placebo-Controlled, Multicenter, Parallel-Groups Comparison of the Efficacy and Safety of Abecarnil (7.5 – 17.5 mg) and Alprazolam (1.5 – 3.5 mg) in Outpatients with Generalized Anxiety Disorder – B351."   Sandoz Pharmaceutical Corporation

B287

1991    Clinical Study: "A Study of the Effect of Misoprostol 50 mcg, 100 mcg and 200 mcg Versus Placebo on the Antiarthritis Efficacy of and Upper Gastrointestinal Injury Induced by Diclofenac 50 mg TID in Patients with Rheumatoid Arthritis." G.D. Searle and Company

1991    Clinical Study: "Double-Blind, Placebo Controlled, Comparative Study of the Efficacy and Safety of Three Dosage Regimens of Misoprostol in the Prevention of NSAID-Induced Gastric Ulcers." G.D. Searle and Company

1992    Clinical Study: "Zatosetron Maleate in Patients with Generalized Anxiety Disorder - F2V-MC-HKAA, IND 37715." Eli Lilly and Company

1992    Clinical Study: "A Prospective, Randomized, Double-Blind, Multicenter, Parallel-Groups Comparison of the Efficacy and Safety of Abecarnil (7.5 - 17.5 MG) and Placebo in Outpatients with Generalized Anxiety Disorders - B356." Sandoz Pharmaceutical Corporation

1992    Clinical Study: "A Prospective, Randomized, Double-Blind, Placebo Controlled, Multicenter, Parallel-Groups Comparison of the Safety and Efficacy of Abecarnil (3.0 - 9.0 MG) and Lorazepam (1.5 - 4.5 MG) in Elderly Outpatients with Anxiety Symptoms - B371." Sandoz Pharmaceutical Corporation

1992    Clinical Study: "A Multicenter, Double-Blind, Placebo-Controlled Comparison of Low and High Dosage Regimens of ICI 204,636 in the Treatment of Hospitalized Patients with Acute Exacerbation of Subchronic or Chronic Schizophrenia." ICI Pharmaceuticals Group

1992    Clinical Study: "A Phase II, Exploratory Study to Evaluate the Efficacy and Safety of CP-93,393 in Outpatients with Generalized Anxiety Disorder During a Nine- to Ten-Week Treatment Period." Pfizer, Inc.

1992    Clinical Study: "Fosfomycin Tromethamine Versus Ciprofloxacin in Uncomplicated Urinary Tract Infections." Forest Laboratories, Inc.

1992    Clinical Study: "Dose-Response Study with Fixed Doses of New Alprostadil Sterile Powder (PGE$_1$) Formulation in Patients with Erectile Dysfunction - Protocol M/5650/0069" The Upjohn Company

1992    Clinical Study: "Amersergide (LY237733) vs Placebo in the Treatment of Patients with Psychogenic Impotence" Eli Lilly and Company

B288

15

1992    Clinical Study:  "A Phase II, Four Week, Double-Blind, Placebo-Controlled Study Evaluating the Efficacy and Safety of Three Doses of Oral CP-88,059-1 in the Acute Exacerbation of Schizophrenia and Schizoaffective Disorder" Pfizer, Inc.

1992    Clinical Study:  "Multicenter Trial to Evaluate the Efficacy and Safety of Sertraline in the Treatment of Major Depression" Quintiles Pacific, Inc.

1992    Clinical Study: "L-365,260 vs Placebo in Panic Disorder" Merck, Sharp & Dohme Research Laboratories

1992    Clinical Study:  "A Double-Blind, Randomized Trial of Paroxetine versus Placebo in Patients with Depression Accompanied by Anxiety" SmithKline Beecham Pharmaceuticals

1992    Clinical Study: "Long-Term Safety Study with Alprostadil Sterile Powder (PGE$_1$) (Alprostadil S. Po.) in Patients with Erectile Dysfunction" The Upjohn Company

1992    Clinical Study:  "Flexible-Dose, Double-Blind Study Comparing Efficacy and Safety of Deracyn SR vs Xanax Compressed Tablets in the Treatment of Panic Disorder with Agoraphobia and Associated Depressive Symptoms" IBRD

June, 1992

B289

16

## Attachment to CV -William M. Patterson, M.D.

### PRESENTATIONS TO PROFESSIONAL GROUPS:

December 1978 & February 1979: "Medical Examination of Psychiatric Patients" Co-presenter with Dr. Michael Scotti, Internal Medicine - Presented to Georgia School of Mental Health & Mental Retardation - Medical Management Symposium, University of GA.

November, 1980:   "Psychological Aspects of Chronic Pain" - Presented at the Pain Center Symposium, UAB.

December, 1980:  "Factitious Disorders" - Presented to Department of Psychiatry Ground Rounds, UAB.

February, 1981: "Restraining the Disoriented Patient" - Presented at Ground Rounds, Spain Rehabilitation Center, UAB.

May, 1981:  "The Future Role of Psychiatry in Primary Care" - Presented at the Annual Meeting A.P.A., New Orleans, C/L Symposium.

August, 1981:   "Anxiety" - Workshop presented at the Medical Association of the State of Alabama 6th Annual Regional CME Program, Lakepoint State Park.

October, 1981: "Classification of Psychiatric Disorders in Chronic Pain Patients" - Presented at the UAB Pain Center Lecture Series, UAB, Department of Anesthesiology.

November, 1981: "A Strange Case of Factitious Illness" - Presented to CCHS Faculty and Residents, Tuscaloosa, AL.  Sponsored by Bryce Hospital & Alabama Department of Mental Health.

February, 1982:  "Depression in the Pain Patient" - Presented at the UAB Pain Center Lecture Series, UAB, Department of Anesthesiology.

February, 1982:  "Pharmacologic Treatment of Anxiety" - Presented at the UAB Symposium, Update in Anxiety and Depression, New Advances in Basic Science and Clinical Practice.

February, 1982:  "The Clinical Use of Biofeedback" - Presented at the Gadsden Family Practice Center.

March, 1982:   "Pharmacotherapy of the Anxiety Disorders" - Presented at the UAB Symposium, Update Anxiety and Depression.

May, 1982:  "Depression in Medical Patients" - Presented at the Anniston Family Practice Center.

B290

May, 1982:    "Psychiatric Assessment"
              "Biofeedback"
              "Psychotropic Medications"
- Presented at the UAB Conference on Chronic Pain.

May, 1982:  "Psychiatric Aspects of Dermatological Disorders" -
Presented to Department of Dermatology, UAB.

June, 1982:  "Teaching Methodologies in Primary Care" - Presented
at the 1st Annual Southern Liaison Psychiatry Meeting, UAB.

June, 1982:  "Depression & Pain" - Presented at the Mobile Chapter
of the APS Meeting, University of South Alabama.

July, 1982:  "Use of Psychotropic Medication with Chronic Pain" -
Presented to the Medical Staff, Meridian Mississippi Regional
Hospital.

August, 1982:  "A strange Case of Self-Inflicted Abscesses in a
Young Nurse" - Presented at the Dept. of Psychiatry Grand Rounds,
West Virginia University.

October, 1982:  "Use of Benzodiazepines" - Presented to Medical
Staff, Gulf State Community Hospital, Biloxi, MS.

November, 1982:  "Evaluation and Treatment of the Chronic Pain
Patient" - Presented to North Mississippi Center Hospital Staff,
Clarksdale, MS.

November, 1982:  "Depression and Chronic Pain" - Presented at the
University of Tennessee College of Medicine, Dept. Family Medicine
Grand Rounds, Jackson, TN.

December, 1982:  "Medical Uses of Biofeedback" - Presented to the
Rotary Club, Ensley, AL.

December, 1982:  "Bereavement and Physical Illness" and "Depression
and Chronic Pain" - Presented to Medical Staff, Touro Infirmary,
New Orleans, LA.

February, 1983:   "Neuropharmacology of the Anxiety States" -
Presented at the Department of Psychiatry Grand Rounds, University
of South Alabama, Mobile, AL.

February, 1983:  "The Use of Psychological Tests in Chronic Pain" -
Presented at the 2nd Annual Conference on Chronic Pain, UAB.

February, 1983:   "Screening for Psychiatric Problems in Primary
Care Practice" and "Depression and Chronic Pain" - Presented at the
Schumpert Medical Center Symposium on "Common Patient Problems for
Psychiatry and Primary Care Physicians", Shreveport, LA.

B291

.

18

March, 1983:  "Diagnosis and Management of Anxiety and Depression
in Cardiac Patients" - Presented at the Department of Psychiatry
Grand Rounds, University Medical Center, Jackson, MS.

March, 1983:  "Depression and Chronic Pain" - Presented at the
Baptist Memorial Hospital Symposium on "Practice - Pertinent
Psychiatry for the Primary Care Physician", Memphis, TN.

March,  1983:    "Psychotropic  Drugs"  -  Presented  at  the
Hendersonville Hospital Symposium on "Highlights of Contemporary
Clinical Pharmacology", Hendersonville, TN.

March, 1983:  "Depression and Chronic Pain" - Presented to the
Medical Staff, Cullman Medical Center, Cullman, AL.

March, 1983: "Management of the Delirious and Demented Patient" -
Presented to the Medical Staff, Lloyd Noland Hospital, Birmingham,
AL.

April, 1983: "Neuropharmacology of the Anxiety States - Evaluation
and Treatment of Panic Disorders" - Presented at Department of
Psychiatry Grand Rounds, Vanderbilt University Medical Center.

April, 1983: "Evaluation and Management of Pain and Depression in
the Cancer Patient" - Keynote Speaker at the New Orleans V.A.
Medical Center.

May, 1983:  "Depression and Chronic Pain" - Presented to Family
Practice Staff, Columbus Medical Center, GA.

May, 1983:   "Treatment of Anxiety and Depression in the Cardiac
Patient" - Presented at Department of Family Practice Grand Rounds,
University of Mississippi Medical Center, Jackson, MS.

May, 1983:   "Depression and Chronic Pain" - Presented to the
Medical Staff of Baptist Medical Center Princeton, Birmingham, AL.

June, 1983:  "Management of Chronic Pain" and "Psychopharmacology
of General Anxiety and Phobic States" - Presented at the 9th Annual
Family Medicine Update, Charleston, SC.

June, 1983:   "Diagnosis and Management of Anxiety States" -
Presented to Medical Staff, Eglin AFB Hospital, FL.

August, 1983: "Update on Anxiety and Depression" - Presented at a
symposium entitled "A Review of Modern Therapeutics" to the
University of Alabama School of Medicine, Huntsville, AL.

August, 1983:  "The Role of Placebo in Medicine" - Presented to
staff, Occupational Therapy Department, UAB, Birmingham, AL.

B292

19

September, 1983:   "Diagnosis and Treatment of Anxiety and Depression in the Cardiac Patient" and "Depression and Chronic Pain" - Presented at a Symposium entitled "Advances in the Treatment of Anxiety, Depression and Sleep Disorders" sponsored by the University of Tennessee College of Medicine, Knoxville, TN.

October, 1983:   "Diagnosis and Management of Anxiety and Panic Disorders" - Presented to Medical Staffs of Horizon Hospital and Tampa Heights Hospital, Tampa, FL.

October, 1983:   "Chronic Pain" - Presented to Staff, School of Dentistry, UAB, Birmingham, AL.

October, 1983:   "Depression and Chronic Pain" and "Diagnosis and Management of Anxiety and Depression in the Cardiac Patient" - Presented to Medical Staff, Holston Valley Community Medical Center, Kingsport, TN.

November, 1983:   "Depression and Chronic Pain" - Presented at the Annual Meeting of the Tennessee Academy of Family Physicians, Gatlinburg, TN.

November, 1983:   "Pharmacologic Treatment of Anxiety States" and "Chronic Pain and Depression" - Presented at the 35th Scientific Meeting of the Georgia Academy of Famiy Physicians, Atlanta, GA.

November, 1983:   "Current Status of Anxiolytics" - Presented at the St. Louis University School of Medicine Symposium on "Anxiety Disorders and Medical Illness", St. Louis, MO.

November, 1983:   "Depression and Chronic Pain" - Presented to the medical Staff, Baptist Medical Center, Montgomery, AL.

November, 1983:   "Depression and Chronic Pain" - Presented to the Medical Staff, VA Medical Center, Murfreesboro, TN.

November, 1983:   "Use of Psychotropics in the Elderly" and "Depression and Chronic Pain" - Presented at the McLeod Family Practice Center 2nd Annual Geriatric Seminar, Florence, SC.

December, 1983:   "Management of Anxiety in the Critically Ill" and "Diagnosis and Management of Panic Disorders" - Presented at the Medical University of South Carolina's Symposium on "Care of the Critically Ill or Injured Patient", Charleston, SC.

December, 1983:   "Depression and Chronic Pain" and "Diagnosis and Management of Panic Disorders" - Presented at the Memorial Medical Center, Savannah, GA.

January, 1984:   "Pharmacologic Management of Chronic Pain" - Presented to the Department of Pharmacology, Tulane Medical Center, New Orleans, LA.