B293

20

January, 1984:  "Diagnosis and Management of Anxiety and Depression in the Cardiac Patient" and "Diagnosis and Management of Anxiety Disorders" - Presented at the LSU Medical Center Symposium on "Recent Advances in the Treatment of Anxiety and Depressive Disorders", Shreveport, LA.

January, 1984:  "Chronic Pain in the Older Patient" - Presented at the 9th Annual Arthritis Seminar, Spartanburg General Hospital, SC.

February, 1984: "Diagnosis and Management of Anxiety and Depression in the Cardiac Patients" and "Chronic Pain and Depression" - Presented at the University of Arkansas Symposium on "Management of Psychiatric Disorders in Primary Care", Little Rock, AR.

February, 1984:  "Evaluation of the Suicidal Patient" - Presented to Staff, Department of Emergency Services, UAB.

March, 1984:   "Management of the Psychogeriatric Patient" - Presented to the Medical Staff at Bessemer Carraway Hospital, Birmingham, AL.

April, 1984:  "Psychotropic Drug Use in the Elderly" and "Chronic Pain and Depression" - Presented at the 9th District Medical Society Scientific Meeting, Gainesville, GA.

April, 1984:   "Management of Anxiety and Panic Disorders" - Presented at the Hillsborough County Hospital Semi-Annual Medical Staff Meeting, Tampa, FL.

April, 1984:  "Diagnosis and Management of Anxiety and Depression in the Cardiac Patient" - Presented at Western Psychiatric Institute and Clinic Symposium on "Anxiety Disorders, Mood and the Heart", Pittsburgh, PA.

May, 1984:  "Diagnosis and Management of the Demented Patient" - Presented to the Medical Staff, Baptist Medical Center, Princeton, Birmingham, AL.

May, 1984:   "Overview of Psychotropic Drugs" - Presented to the Medical Staff, VA Medical Center, Tuscaloosa, AL.

June, 1984: "Diagnosis and Management of Anxiety and Depression in the Cardiac Patient" - Presented at the University of Tennessee "Cardiology Update", New Orleans, LA.

June, 1984:   "Depression and Chronic Pain" - Presented at the Department of Psychiatry Grand Rounds, University of Tennessee Center for Health Sciences, Memphis, TN.

B294

September, 1984: "Management of Anxiety and Panic Disorders", and "Diagnosis and Management of Anxiety and Depression in the Cardiac Patient" - Presented at "Medical Update for Primary Care Physicians", Sponsored by John L. Hutcheson Memorial Tri-County Hospital, Ft. Oglethorpe, GA.

December, 1984: "Diagnosis and Management of Anxiety and Depression in the Cardiac Patient" - Presented at symposium on "Cardiology and Psychiatry: An Interface", sponsored by the State University of New York at Buffalo.

February, 1985: "Anxiety and Depression in the Cardiac Patient" - Presented at Department of Medicine Grand Rounds, Eisenhower Army Medical Center, Augusta, GA.

February, 1985: "Anxiety and Depression in the Cardiac Patient" - Presented to community psychiatrists and cardiologists, Denver, CO.

March, 1985: "Psychotropic Drug Use in the Elderly" - Presented at the 31st Annual Family Practice Review Program, University of Colorado School of Medicine, Denver CO.

March, 1985: "Anxiety and Depression in the Cardiac Patient" - Presented at the 18th Annual Review course for the Family Physician, University of Tennessee Center for the Health Sciences, Memphis, TN.

March, 1985: "Diagnosis and Treatment of Depression" - Presented at the 3rd Annual Review of Modern Therapeutics, The University of Alabama in Huntsville.

April, 1985: "Diagnosis and Management of Anxiety and Panic" - Presented to the faculty, CCHS and affiliated hospitals, Tuscaloosa, AL.

April, 1985: "Anxiety and Depression in the Cardiac Patient" - Presented at the Hillsborough County Hospital Medical Staff Meeting, Tampa, FL.

April, 1985: "Management of Psychiatric Problems in the Cancer Patient" - Presented at the 24th Annual Medical Symposium of Bristol Memorial Hospital, Bristol, TN.

May, 1985: "Chronic Pain and Depression in the Elderly" - Presented at the 1985 Annual Scientific Assembly of the Louisiana Academy of Family Physicians, New Orleans, LA.

May, 1985: "Coping with Medical School and Residency" - Presented to housestaff at LSU, New Orleans, LA.

B295

22

June, 1985:     "Depression and Chronic Pain" - Presented at Department of Neuropsychiatry Grand Rounds, Meharry Medical School, Nashville, TN.

September, 1985:     "Diagnosis and Management of Anxiety and Depression in the Cardiac Patient" - Presented at the West Tennessee Consolidated Medical Assembly, Jackson, TN.

September, 1985:  "Chronic Pain and Depression" - Presented at the Department of Psychiatry Grand Rounds, William S. Hall Institute, Columbia, SC.

September, 1985:  "Anxiety and Depression in the Cardiac Patient" - Presented at the West Virginia School of Osteopathic Medicine General Practice Update IV, White Sulphur Springs, WV.

September, 1985:   "Psychopharmacology in the Cardiac Patient" - Presented to the Medical Staff, VAMC, North Little Rock Division, Little Rock, AR.

October, 1985:  "Recent Advances in the Diagnosis of Anxiety, Panic and Phobic Disorders" - Presented at the UAB Symposium on Anxiety Disorders, Birmingham, AL.

November, 1985:  "Coping in Medical School and Office Practice" - Presented at the Family Practice Club Meeting of the Mississippi Chapter of the Academy of Family Physicians, Jackson, MS.

November, 1985:  "Management of Severe Depression in Patients with Cardiovascular Disease" - Presented to the Medical Staff, Mississippi State Hospital, Jackson, MS.

November, 1985:  "Anxiety and Panic Disorders" - Presented to the Medical Staff, Greil Memorial Psychiatric Hospital, Montgomery, AL.

November, 1985:     "Chronic Pain and Depression" and "Psychotherapeutic Intervention in the Cardiac Patient" - Presented at the Symposium, Stress and the Heart Interface:  Medicine & Psychiatry, Sponsored by University Hospital, Jacksonville, FL.

December, 1985:  "Anxiety and Depression in the Cardiac Patient" - Presented to the Medical Staff, Fox Army Hospital, Huntsville, AL.

December, 1985:  "Depression and Chronic Pain" - Presented to the Tuscaloosa Chapter of the Alabama Psychiatric Society.

February, 1986:   "Current Perspectives on the Diagnosis and Management of Anxiety and Panic Disorders" - Presented to the Medical Staff, Tuscaloosa VAH, Tuscaloosa, AL.

B296

23

February, 1986:  "Psychopharmacology in the Cardiac Patient" - Presented at the Medicine Conference for the Medical Staff at Southern Baptist Hospital, New Orleans, LA.

February, 1986:  "Psychopharmacology in the Cardiac Patient: Clinical Update" - Presented at the Symposium on Anxiety, Stress and Cardiovascular Disease, sponsored by the University of Tennessee, College of Medicine, Department of Psychiatry and Division of Cardiovascular Diseases, Memphis, TN.

March, 1986:  "Pharmacotherapeutic Interventions in the Cardiac Patient" - Presented at the Metropolitan General Hospital General Practice Update Seminar '86, Clearwater Beach, FL.

March, 1986: "Depression and Chronic Pain" - Presented at the CCHS Noon Conference, Tuscaloosa, AL.

March, 1986:  "Psychopharmacology in the Cardiac Patient" - Presented to the Medical Staff, St. Vincent's Hospital, Birmingham, AL.

April, 1986: "Anxiety, Depression and Cardiac Disease" - Presented at the Annual Spring Meeting of the New Orleans Area Psychiatric Association,New Orleans, LA.

April, 1986:  "Psychopharmacology in the Cardiac Patient" - Presented to the Medical Staff, Jefferson Davis Memorial Hospital, Natchez, MS.

April, 1986:  "Current Perspectives on the Treatment of Anxiety Disorders" - Presented to the Medical Staff, Bryce Hospital, Tuscaloosa, AL.

April, 1986:  "Diagnosis and Management of Anxiety and Panic Disorders" - Presented at the Department of Family Practice Noon Conference, Northeast Alabama Regional Medical Center, Anniston, AL.

April, 1986: "The Heart and Brain" - Workshop presented at the UAB Department of Family Practice, 1986 Annual Update in Family Practice, Birmingham, AL.

April, 1986:  "Psychopharmacologic Treatment of the Cardiac Patient" - Presented at the 88th Annual Meeting of the Tennessee Osteopathic Medical Association, Memphis, TN.

May, 1986:  "Anxiety and Panic Disorders" - Presented to the Medical Staff, Carraway Methodist Medical Center, Birmingham, AL.

B297

May, 1986:  "Differential Diagnosis and Treatment of Anxiety and Panic Disorders" and "Psychopharmacology in the Cardiac Patient" - Presented at the Symposium, Stress and the Cardiac Patient, sponsored by Forrest General Hospital, Hattiesburg, MS.

May, 1986:  "Psychopharmacologic Treatment of the Cardiac Patient" - Presented at the Symposium, Diagnosis and Treatment at the Interface: Cardiovascular Disease and Psychiatry, sponsored by the East Tennessee State University, Quillen-Dishner College of Medicine, Gatlinburg, TN.

June, 1986:  "Treatment of Anxiety and Depression in the Critically Ill" - Presented at the Academy of Internal Medicine Meeting, Baton Rouge, LA.

June, 1986:  "Current Perspectives in Cardiology and Psychiatry: The Heart and the Brain" - Presented at the Birmingham Regional Postgraduate Conference, sponsored by Southern Medical Society and Jefferson County Medical Society, Birmingham, AL.

June, 1986:  "Anxiety and Panic Disorders" - Presented to the Medical Staff, Tanner Medical Center, Carrollton, GA.

June, 1986:  "Anxiety Disorders as Seen in the Primary Care Physician's Office" and "Chronic Pain & Depression" - Presented at the Georgia Academy of Family Physicians June CME Meeting, Atlanta, GA.

June, 1986:  "Evaluation and Management of the Chronic Pain Patient" - Presented to the Medical Staff, Carraway Methodist Medical Center, Birmingham, AL.

July, 1986:  "Chronic Pain and Depression" - Presented to the Medical Staff, Tallahassee Memorial Regional Medical Center, Tallahassee, FL.

July, 1986:  "Psychopharmacology in the Cardiac Patient" - Presented to the Medical Staff, Medical Center East, Birmingham, AL.

July, 1986:  "Anxiety and Depression in the Cardiac Patient" - Presented to the Jefferson County Chapter of the Alabama Academy of Family Practice, Birmingham, AL.

August, 1986:  "Anxiety - Diagnosis and Current Treatment Perspectives" - Presented at the Annual Sebastian Hospital Summer Medical Symposium, Indialantic, FL.

August, 1986:  "Geriatric Psychopharmacology" - Presented to the Medical Staff, Westbank Center for Psychotherapy, New Orleans, LA.

B298

25

August, 1986:   "Psychopharmacology in the Cardiac Patient" -
Presented to the Medical Society, New Orleans, LA.

August, 1986:   "Drug Management of Geriatric Patients" - Presented
to the Medical Staff, Mercy Hospital, New Orleans, LA.

August, 1986:   "Diagnosis and Management of Anxiety Disorders" -
Presented to the Medical Staff, Moncrief Army Hospital, Columbia,
SC.

September, 1986:   "Practical Management of Depression Associated
with Chronic Pain" - Presented at Symposium, "Current Concepts in
Pain Management", Erlanger Medical Center, Chattanooga, TN.

September, 1986:   "Psychotropic Drug Use in the Elderly Patient" -
Presented at the Department of Medicine Grand Rounds, Halifax
Hospital Medical Center, Daytona Beach, FL.

September, 1986:   "Management of Chronic Pain" - Presented to
County Medical Society, Daytona Beach, FL.

September, 1986:   "Chronic Pain and Depression" - Presented at the
Georgia Academy of Family Physicians Meeting, Macon, GA.

September, 1986:   "Recognizing the Hidden Signs of Stress" and
"Management of Stress in the Cardiovascular Patient" - Presented at
a Symposium "Stress and Medical Illness" sponsored by the
University of New Mexico School of Medicine, Albuquerque, NM.

September, 1986:   "Chronic Pain and Depression" - Presented at
Medical Grand Rounds, Bay Medical Center, Panama City, FL.

October, 1986: "Evaluation and Management of Anxiety, Depression
and Chronic Pain" - Presented at Grand Rounds, Department of
Obstetrics and Gynecology, UAB.

October, 1986:   "Diagnosis and Management of Anxiety and Panic
Disorders" - Presented at the Department of Psychiatry Grand
Rounds, University of South Alabama Medical Center, Mobile, AL.

October, 1986:   "Geriatric Psychopharmacology" - Presented at a
workshop - "The Graying of American Practice", sponsored by Jo
Ellen Smith Psychiatric Hospital, New Orleans, LA.

October, 1986:   "Diagnosis and Management of Anxiety and Panic
Disorders" - Presented to the Medical Staff, Bessemer Carraway
Hospital, Bessemer, AL.

B299

26

October, 1986: "Clinical Update: Psychopharmacological Treatment of the Cardiac Patient" and "Anxiety and Panic Disorders" - Presented at a conference "Clinical Interrelationships - Heart and Central Nervous System", sponsored by the University of Nevada School of Medicine, Las Vegas, NV.

October, 1986: "Depression in the Elderly" - Presented to the Medical Staff, University of Alabama CCHS, Tuscaloosa, AL.

November, 1986: "A Case of Treatment Resistent Schizophrenia" - Presented to the Medical Staff, Taylor Harden Secure Medical Facility, Tuscaloosa, AL.

November, 1986: "The Economic Impact of Depression in the Chronic Pain Patient" - Presented at the Annual Meeting of the Southern Pain Society, Washington, DC.

November, 1986: "Anxiety: Diagnosis and Current Treatment Perspectives" - Presented to the Medical Staff, Welborn Memorial Hospital, Evansville, IN.

November, 1986: "Chronic Pain and Depression" - Presented at Department of Psychiatry Grand Rounds, University of Louisville School of Medicine, Louisville, KY.

November, 1986: "The Management of Depression Associated with Chronic Pain" - Presented to the Alabama Society for Rheumatic Diseases, Birmingham, AL.

November, 1986: "Anxiety and Depression in the Cardiac Patient" - Presented to the Capitol City Medical Society, Montgomery, AL.

December, 1986: "Diagnosis and Management of Anxiety and Depression in the Cardiac Patient" - Presented to the Medical Staff, Simon Williamson Clinic, Birmingham, AL.

January, 1987: "Etiology and Treatment of Panic Attacks" - Presented to the Medical Staff, Eliza Coffee Memorial Hospital, Florence, AL.

February, 1987: "Management of Psychiatric Complications in the Cardiac Patient" - Presented at the Department of Psychiatry Grand Rounds, University of Oklahoma Health Sciences Center, Oklahoma City, OK.

February, 1987: "Chronic Pain and Depression" - Presented at the AMI Tampa Bay Symposium, A Clinical Update: Common Problems in Medical Practice, Tampa, FL.

March, 1987: "C L Psychiatry: Interface with the Health Care Team in the Care of the Cardiac Patient" - Presented to the Medical Staff, East Alabama Medical Center, Opelika, AL.

B300

27

April, 1987:  "Chronic Pain and Depression" - Presented at the Symposium:  "New Approaches to Common Disorders III", University General Hospital, St. Petersburg, FL.

April, 1987:  "Anxiety, Diagnosis and Current Treatment Perspectives" - Presented to the Medical Staff, Reid Memorial Hospital, Richmond, IN.

May, 1987:  "Effective Pharmacology in Closed Head Trauma" - Presented at the Annual Meeting, Southern Society of Physical Medicine and Rehabilitation, Birmingham, AL.

May, 1987:  "Depression and Chronic Pain" - Presented at the symposium, "Pain Management:  Are Professionals Doing Enough?" Sponsored by Blanchard Valley Hospital, Hancock County Medical Society and Hospice of Hancock County, Findlay, OH.

May, 1987:  "Anxiety:  Diagnosis and Current Treatment Perspectives" - Presented to the Medical Staff, Miami Valley Hospital, Dayton, OH.

May, 1987:  "Use and Abuse of Benzodiazepines" - Presented to the Jefferson County Pharmaceutical Association, Birmingham, AL.

June, 1987:  "Depression" - Appearance on the Tom York Morning Show, Channel 6 Television, Birmingham, AL.

June, 1987:  "Diagnosis and Management of Anxiety and Depression in the Cardiac Patient" - Presented at Department of Psychiatry Grand Rounds, Brookwood Medical Center, Birmingham, AL.

June, 1987:  "Anxiety:  Diagnosis and Current Treatment Perspectives" - Presented at the Department of Family Medicine Grand Rounds, Dwight David Eisenhower Army Medical Center, Augusta, GA.

July, 1987:  "Anxiety:  Diagnosis and Current Treatment Perspectives" - Presented to the Medical Staff, West Georgia Medical Center, LaGrange, GA.

August, 1987:  "Anxiety and Depression in the Cardiac Patient" - Presented at the Marshall County Medical Society Meeting, Guntersville, AL.

August, 1987:  "Chronic Pain and Depression" - Presented at the 37th Annual Scientific Assembly of the Ohio Academy of Family Physicians, Dayton, OH.

September, 1987:  "Psychotherapeutics in the Elderly" & "Chronic Pain and Depression" - Presented at the symposium "A Clinical Update on Health-Behavior and Disease".  Sponsored by Hillsborough CMHC, Tampa, FL.

B301

28

September, 1987:   "The Impact of Training Residents in Public Psychiatry" - Presented to the Tuscaloosa County Medical Society, Tuscaloosa, AL.

September, 1987:   "Psychopharmacology in the Cardiac Patient" - Presented at the Department of Psychiatry Grand Rounds, E.T.S.U. School of Medicine, Johnson City, TN.

September, 1987:   "Diagnosis and Management of Anxiety and Panic Disorders" - Presented to the Medical Staff of the Auxiliary Secretary for Mental Health, San Juan, PR; Central Medical Society Convention of the Neurology, Psychiatry and Neurosurgery Section of the PR Medical Association, San Juan, PR and to the Medical Staff of Ponce Psychiatric Hospital, Ponce, PR.

September, 1987:   "Anxiety Disorders:   Diagnosis and Current Treatment Perspectives" - Presented to the Medical Staff, Hinds General Hospital, Jackson, MS.

October, 1987:   "Anxiety Disorders:   Diagnosis and Current Treatment Perspectives" - Presented at the Oakwood Hospital Medical Staff Meeting, Dearborn, MI.

October, 1987:   "The Heart-Brain Interface" - Presented to the Medical Staff, Druid City Regional Medical Center, Tuscaloosa, AL.

October, 1987:   "Anxiety and Panic:   Diagnosis and Current Treatment Perspectives" - Presented at the Scioto County Medical Society 18th Annual Postgraduate Medical Seminar: "Current Therapy XVIII", Portsmouth, OH.

October, 1987:   "Anxiety:   Diagnosis and Current Treatment Perspectives" - Presented to the Nashville Chapter of the APA, Nashville, TN.

November, 1987:  "Anxiety and Depression in the Cardiac Patient" - Presented to the Medical Staff, Jackson Hospital, Jackson, MS.

November, 1987:  "Chronic Pain in the Elderly" - Presented at the 6th Annual Geriatric Medicine Conference - "Today's Growing Practice", Crafts-Farrow State Hospital, Columbia, SC.

November, 1987:  "Chronic Pain and Depression" - Presented at the Department of Psychiatry Grand Rounds, University of Iowa, Iowa City, IA.

November, 1987:  "Diagnosis and Management of Anxiety and Panic Disorders" - Presented at the Department of Family Practice Family Physician Learning Laboratory, University of Iowa, Iowa City, IA.

B302

29

January, 1988: "Anxiety and Panic: Diagnosis and Current Treatment Perspectives" - Presented to the Medical Staff, Medical Center East, Birmingham, AL.

January, 1988: "Psychopharmacology for Mental Health Professionals" - Presented at a workshop, Mental Health Center, Gadsden, AL.

February, 1988: "Depression and Chronic Pain" - Presented at General Staff Conference, The Greater Kansas City Mental Health Foundation, Kansas City, KS.

February, 1988: "Psychopharmacology" - Workshop presented at Eufaula Adolescent Center, Eufaula, AL.

February, 1988: "Chronic Pain" - Presented to the Department of Family Practice Staff Conference, Pensacola Naval Hospital, Pensacola, FL.

March, 1988: "Chronic Pain and Depression" - Presented at the Internal Medicine Update, 1988 - Sponsored by Orlando Regional Medical Center, Orlando, FL.

March, 1988: "Anxiety: Diagnosis and Current Treatment Perspectives" - Presented to the Medical Staff, Shalliford Hospital, Atlanta, GA.

April, 1988: "Therapeutic Considerations in the Management of Pain in Geriatrics" and "Use and Abuse of Psychoactive Drugs in the Elderly" - Presented at the Spring 1988 Family Practice Review Sponsored by the University of Florida College of Medicine, Orlando, FL.

April, 1988: "Chronic Pain and Depression" - Presented at a seminar on the Clinical Advances in the Treatment of Disorders of Women. Sponsored by the University of Florida College of Medicine, Orlando, FL.

April, 1988: "Pain and Anxiety & Depression" - Presented at the 36th Annual Scientific Assembly of the West Virginia Chapter of the Academy of Family Physicians, Huntington, WV.

April, 1988: "Anxiety and Depression: An Update" - Presented to the Medical Staff, VA Medical Center, Tuscaloosa, AL.

May, 1988: "Chronic Pain and Depression" - Presented at the 3rd Annual Internal Medicine Topics, Sponsored by the University of Central Florida, Orlando, FL.

May, 1988: "Anxiety and Depression in the Cardiac Patient" - Presented at a seminar sponsored by the Family Life Center, Huntsville, AL.

B303

May, 1988: "Psychopharmacology" - Workshop presented to staff at the Cahaba Regional MH/MR Center, Selma, AL.

May, 1988: "Anxiety: Diagnosis & Current Treatment Perspectives" - Presented at the 2nd Annual Conference on Geriatric and Adult Psychiatry, Sponsored by St. Joseph Hospital, Memphis, TN.

June, 1988: "Anxiety: Diagnosis and Current Treatment Perspectives" - Presented to the Medical Staff, Good Lark Hospital, Dickson, TN.

June, 1988: "Anxiety: Diagnosis & Current Treatment Perspectives" - Presented to the Craighead Medical Society Meeting, Jonesboro, AR.

June, 1988: "Anxiety: Diagnosis & Current Treatment Perspectives" - Presented to the Medical Staff, Hillside Hospital, Pulaski, TN.

July, 1988: "Chronic Pain Management - Non-Narcotic Approaches" - Presented at the Summertime in General Internal Medicine Meeting, Sponsored by Orlando Regional Medical Center, Orlando, FL.

August, 1988: "Current Concepts & Treatment of Depression" - Presented to the Medical Staff, Bessemer Carraway Hospital, Birmingham, AL.

September, 1988: "Treating Anxiety & Depression in the Cardiac Patient" - Presented at the Cardiovascular Symposium for the Primary Care Physician, Sponsored by the University of Tennessee College of Medicine, Chattanooga, TN.

September, 1988: "Anxiety: Diagnosis and Current Treatment Perspectives" - Presented to the Medical Staff, St. Bernard's Regional Medical Center, Jonesboro, AR.

September, 1988: "Anxiety Disorders" - Presented at Psychiatric Grand Rounds, AMI Brookwood Medical Center, Birmingham, AL.

October, 1988: "Anxiety Disorders" - Presented to Colbert County Medical Society, Sheffield, AL.

October, 1988: "Anxiety and Panic Disorders" - Presented to Family Practice Staff, UAB Family Practice Center, Selma, AL.

October, 1988: "Anxiety: Diagnosis and Current Treatment Perspectives" - Presented to Franklin County Medical Society, Russellville, AL.

October, 1988: "Anxiety: Diagnosis and Current Treatment Perspectives" - Presented to Medical Staff, Fayette Hospital, Fayette, AL.

B304

November, 1988:  "Chronic Pain and Depression" - Presented at the 49th Family Practice Weekend, sponsored by the Florida Academy of Family Physicians, Ft. Lauderdale, FL.

November, 1988:  "Anxiety and Panic:  An Update" - Presented to the McMinn Medical Society, Athens, TN.

December, 1988:  "Chronic Pain and Depression" - Presented at Grand Rounds, Department of Psychiatry, University of South Florida, Tampa, FL.

December, 1988:  "Anxiety:  Diagnosis and Current Treatment Perspectives" - Presented to Medical Staff, Regional Medical Center, Terre Haute, IN.

December, 1988: "Differential Diagnosis of Depression and Anxiety: Implications for Drug Treatment" - Presented at the Lauderdale County Medical Society Annual Meeting, Florence, AL.

January, 1989:  "Physician Lecturer Pitfalls:  The Role and Obligations of the CME Provider, Speaker and Underwriter" - Presented at the 14th Annual Conference of the Alliance for Continuing Medical Education, San Francisco, CA.

March, 1989:  "Anxiety:  Diagnosis and Current Treatment Perspectives" - Presented to Morgan County Medical Society, Decatur, AL.

March, 1989: "Diagnosis and Management of Depression" - Presented to Medical Staff, Cullman Medical Center, Cullman, AL.

April, 1989:  "Recognition of Depression" - Presented at the Symposium: "The Depressed Patient in Family Practice" sponsored by the Jefferson County Academy of Family Physicians, Birmingham, AL.

April, 1989: "Diagnosis and Management of Depression" - Presented to local private practice physicians, Florence, AL.

May, 1989: "Diagnosis and Treatment of Depression" - Presented to Medical Staff, Athens Limestone Hospital, Athens, AL.

May, 1989:  "Diagnosis and Treatment of Depression" - Presented to Medical Staff, Fox Army Hospital, Redstone Arsenal, AL.

May, 1989:  "Pain and Depression in the Cancer Patient" - Presented at the Cancer Conference, St. Francis Hospital, Memphis, TN.

May, 1989: "Anxiety Awareness in Primary Care" - Presented at the Clinical Postgraduate Conference sponsored by Southern Medical Association, Memphis, TN.

B305

32

June, 1989:  "Pharmacologic Control of Panic Disorder" - Presented a the Symposium "Stress in the Performing Arts" sponsored by UAB and Birmingham Southern College, Birmingham, AL.

June, 1989:  "Depression in the Elderly" - Presented at the 4th Annual Family Medicine Review, sponsored by UT College of Medicine, Chattanooga, Tn.

July, 1989:  "Diagnosis and Management of Depression" - Presented to Medical Staff, West Florida Regional Hospital, Pensacola, FL.

July, 1989:  "Diagnosis and Management of Depression" - Presented to local private physicians, Birmingham, AL.

August, 1989:  "Anxiety and Panic Disorder" - Presented to Bradley County Medical Society, Cleveland, TN.

August, 1989:  "Dealing with Anxiety" - Presented to Marion County Medical Society, Gu/Win, AL.

September, 1989:  Anxiety and Panic Disorders" - Presented to the Medical Staff, Carraway Methodist Medical Center, Birmingham, AL.

September, 1989:  "Panic Disorders" - Workshop presented at the Annual Conference of the Alabama Council for Community Mental Health, Birmingham, AL.

September, 1989:  "Update on Anxiety" - Presented to Etowah County Medical Society, Gadsden, AL.

September, 1989: "Anxiety and Panic Disorders" - Presented to the Pike County Medical Society, Troy, AL.

October, 1989:  "Panic Disorder, Agoraphobia, and Intense Anxiety and the Primary Care Patient" - Presented to Medical Staff, Eastwood Medical Center, Memphis, TN.

October, 1989:  "Diagnosis and Management of Depression" - Presented at Internal Medicine Lecture Series, The University of Alabama in Huntsville, School of Primary Medical Care, Huntsville, AL.

October, 1989:  "Latest Developments in the Treatment of Panic Disorders" and "Psychosocial Aspects of Benzodiazepine Utilization" - Presented at the Puerto Rican Psychiatry and Neurology Convention, San Juan, PR.

B306

February, 1990:  "Evaluation of the Chronic Pain Patient from a Psychiatric Perspective", "Depression and Chronic Pain", "Use of Psychotropic Agents in Chronic Pain Patients", "Socio-economic Impact of Chronic Pain" - Presented at the International Pain Control Conference, "Contemporary Issues in Chronic Pain Management" sponsored by Vanderbilt University School of Medicine, Cancun, Mexico.

February, 1990:  "Anxiety Awareness in Primary Care"  - Workshop presented at the 1990 SMA Regional Postgraduate Conference, "Update in Primary Care", New Orleans, LA.

March, 1990:  "Panic Disorders" - Presented to the Medical Faculty and Staff, University of Alabama in Huntsville, School of Primary Medical Care, Huntsville, AL.

March, 1990:  "Anxiety Awareness in Primary Care" - Workshop presented at the 1990 SMA Regional Postgraduate Conference, "Update in Primary Care", Destin, FL.

March, 1990:  "Diagnosis and Management of Anxiety Disorders" - Presented to the Medical Staff, ACIPCO Medical Department, Birmingham, AL.

April, 1990:  "Anxiety Awareness in Primary Care" - Workshop presented at the SMA Update in Primary Care Regional Postgraduate Conference, Hot Springs, AR.

April, 1990:  "Anxiety Disorders in Primary Care" - Workshop presented to the Medical Staff, Meharry Medical College, Nashville, TN.

May, 1990: "Diagnosis and Management of Depression" - Presented at the University of Arkansas Medical Sciences, Little Rock, AR.

May, 1990:  "Diagnosis and Management of Panic Disorders" - Presented to the Medical Staff, Lloyd Noland Hospital, Birmingham, AL.

May, 1990:  "Recognition and Treatment of Depression" - Symposium presented to community physicians, Morristown, TN.

June, 1990: "Psychiatry Aspects of Medical Disability" - Presented to the Birmingham Bar Association Meeting, Birmingham, AL.

July, 1990:  "Anxiety Awareness in Primary Care" - Workshop presented at the Summer Weekend Meeting of the Tennessee Academy of Family Physicians, Fairfield Glade Resort, TN.

August, 1990:  "Update on Clinical Research in Psychiatry" - Presented to the Family Support Group, Mental Health Association in Central Alabama, Birmingham, AL.

B307

August, 1990: "Diagnosis and Management of Depression" - Presented at the UAB Department of Family Medicine Noon Conference, Birmingham, AL.

September, 1990: "Update on Panic Disorders" and "Depression and Chronic Pain" - Presented to the Medical Staff, Maxwell Air Force Base Hospital, Montgomery, AL.

September, 1990: "Chronic Pain and Depression" - Presented at a professional seminar sponsored by Hill Crest Hospital, Birmingham, AL.

September, 1990: "Panic Disorder" - Presented to the Jefferson County Pharmaceutical Association, Birmingham, AL.

September, 1990: "Anxiety and Depression in the Elderly" - Presented to the Medical Staff, DCH Regional Medical Center, Tuscaloosa, AL.

September, 1990: "Treatment of the Depressed Patient" - Symposium presented to community physicians, Knoxville, TN.

October, 1990: "Anxiety Awareness in Primary Care" - Symposium presented at the 84th Annual Scientific Assembly of the SMA, Nashville, TN.

October, 1990: "Use of Psychotropic Drugs: An Update" - Presented at the Annual Meeting of the Alabama Society of Hospital Pharmacists, Birmingham, AL.

November, 1990: "Treatment of PMS with Fluoxetine" - Co-presenter at the Annual Meeting of the Academy of Psychosomatic Medicine, Pheonix, AZ.

November, 1990: "The Clinical Aspects and Long Term Use of Benzodiazepines" - Workshop presented to community psychiatrists, Little Rock, AR.

November, 1990: "Depression" - Presented to the Medical Staff, Golden Triangle Regional Medical Center, Columbus, MS.

November, 1990: "The Clinical Aspects and Long Term Use of Benzodiazepines" - Workshop presented to community psychiatrists, Memphis, TN.

December, 1990: "The Clinical Aspects and Long Term Use of Benxodiazepines" - Workshop presented to community psychiatrists, Jackson, MS.

February, 1991: "Panic Disorder" - Presented to the Etowah County Medical Society, Gadsden, AL.

B308

March, 1991:  "Depression in Primary Care" - Presented at a Primary Care Symposium, Columbia, TN.

March, 1991:  "Current Views on Managing Depression" - Presented at the 14th Annual Gold Coast Medicine Conference, Good Samaritan Hospital, West Palm Beach, FL.

March, 1991:  "Management of Anxiety and Depression in the Cardiac Patient" - Presented at the 24th Annual Review Course for the Family Physician, University of Tennessee College of Medicine, Memphis, TN.

March, 1991:  "Depression in Primary Care" - Presented at the Pike County Medical Society Meeting, Troy, AL.

March, 1991:  "Recognition and Treatment of Depression" - Presented to the Medical Staff, Family Practice Center, Selma, AL.

April, 1991:  "Chronic Pain Management" - Presented at the 57th Family Practice Weekend, St. Petersburg, FL.

April, 1991:  "Depression" - Symposium presented for Primary Care Physicians, Birmingham, AL.

April, 1991:  "Diagnosis and Treatment of Depression" - Presented to the Medical Staff, Noble Army Hospital, Ft. McClellan, AL.

April, 1991:  "Depression" - Symposium presented to Primary Care Physicians, Birmingham, AL.

May, 1991:   "Anxiety, Panic and Phobias" and "Depression" - Presented at the SMA Symposium "Diagnostic Dilemmas in Neurology and Psychiatry", Point Clear, AL.

May, 1991:  "Depression" - Presented to Primary Care Physicians, Florence, AL.

May, 1991:  "Depression" - Presented to the Medical Staff, Baptist Medical Center - Princeton, Birmingham, AL.

May, 1991:  "Depression in Primary Care" - Presented to Primary Care Physicians, Tuscaloosa, AL.

May, 1991:   "Depression" - Symposium presented to Primary Care Physicians, Huntsville, AL.

June, 1991:  "A Systematic Approach to the Depressed Patient in Family Practice" - Cullman, AL.

June, 1991:   "Anxiety Disorders:  Recognition and Treatment" - Presented at the SMA Postgraduate Conference " The Chronically Ill Patient:  Focus on Office Management", Destin, FL.

B309

September, 1991:  "Panic Disorders" - Presented to the Medical Staff, Tyndall AFB Hospital, Panama City, FL.

September, 1991:  "Depression" - Presented to Primary Care Physicians, Chattanooga, TN.

September, 1991: "Current Practices in the Psychopharmacological Treatment of Panic Disorders" - Presented at the Symposium "Critical Issues in the Management of Panic Disorders", University of Tennessee College of Medicine, Memphis, TN.

September, 1991:  "Depression" - Presented to Primary Care Physicians, Nashville, TN.

October, 1991:  "Depression" - Presented to Primary Care Physicians, Cullman, AL.

October, 1991:  "Panic Disorder" - Presented to the Alabama Society of Physician Assistants, Birmingham, AL.

October, 1991: "Panic Disorder" - Presented to the Medical Staff, Tuskegee VAMC, Tuskegee, AL.

October, 1991: "Overview of Antidepressant Therapy" - Presented to Complete Health Pharmacists, Birmingham, AL.

October, 1991: "Panic Disorder" - Presented to the Medical Staff, Medical Center East Family Practice Center, Birmingham, AL.

November, 1991:  "Depression" - Presented to the Jefferson County Family Practice Group, Birmingham, AL.

February, 1992: "Anxiety Disorders" - Presented to the Montgomery County Medical Society, Montgomery, AL.

February, 1992:  "Phobias and Panic Disorder - A Psychiatric Perspective" - Presented at the Phobia and Panic Disorder Conference, Auburn University at Montgomery, AL.

March, 1992: "Panic Attacks: Recognition and Control" - Presented at a workshop on "Anxiety Disorders: The Silent National Epidemic" sponsored by the University of Alabama School of Medicine at Huntsville, AL.

March, 1992:  "Panic Disorder" - Presented to the Medical Staff, Baptist Montclair Hospital, Birmingham, AL.

March, 1992:  "Depression in Primary Care" - Presented at a symposium for Primary Care Physicians, Birmingham, AL.

March, 1992:  "Anxiety Disorders and Panic - A Medical Update" - Presented to the Medical Staff, Willowbrook Center, Columbus, MS.

B310

March, 1992: "Diagnosis and Management of Depression" - Presented to the Medical Staff, Pensacola Naval Hospital, FL.

April, 1992: "Depression" - Presented to the Medical Staff, Noble Army Hospital, Ft. McClellan, AL.

April, 1992: "Depression in Primary Care" - Presented to Primary Care Physicians, Clarksville, TN.

April, 1992: "Depression - Diagnosis and Treatment" - Presented to the Autauga Medical Society, Prattville, AL.

April, 1992: "Depression in Primary Care" - Presented to Primary Care Physicians, Tuscaloosa, AL.

May, 1992: "Depression" - Presented to the Medical Society, Sylacauga, AL.

May, 1992: "Diagnosis and Management of Panic Disorder" - Presented at the Alabama Chapter, EAP Associates Fifth Annual Conference, Gulf Shores, AL.

May, 1992: "Panic Disorder" - Presented at Mental Health Month Seminar, Sponsored by the Morgan County Mental Health Association, Decatur, AL.

May, 1992: "Diagnosis and Management of Depression" - Presented to Family Practice Staff, Medical Center East, Birmingham, AL.

June, 1992: "Depression in Primary Care" - Presented to the Medical Staff, ACIPCO Medical Department, Birmingham, AL.

June, 1992: "Diagnosis and Treatment of Depression" - Presented to the Tallapoosa County Medical Society, Alexander City, AL.

June, 1992: "Diagnosis and Treatment of Depression" - Presented to the Medical Staff, Lloyd Noland Hospital, Birmingham, AL.

B311

## CURRICULUM VITAE

5D77 IY 0015 0018
93           030
7/93

**Name:**              Steven G. Potkin, M.D.

**Home Address:**      REDACTED

**Office Address:**    University of California, Irvine
                       Department of Psychiatry and Human Behavior
                       101 City Drive South, Route 88
                       Orange, CA 92668
                       714-456-6893
                       714-456-6037

**Date of Birth:**     August 22, 1945

**Place of Birth:**    Chicago, IL, U.S.A.

**Marital Status:**    Married REDACTED

**Licensure:**         Missouri, North Carolina, California,
                       District of Columbia, Maryland

**Board Certification:** Diplomate, American Board of Psychiatry and
                       Neurology (Psychiatry), 1977

**Education:**         1963-67 - University of Pittsburgh and University
                       of Illinois, James Scholar (no degree--accepted to
                       medical school after three years)

                       1967-71 - M.D., Washington University Medical
                       School, St. Louis, Missouri

                       1968 - Summer Fellowship Award in Rehabilitation
                       Medicine

                       1970 - Adolescent Psychiatry, University of
                       Washington, Seattle, WA

                       1971 - Hampstead Child Therapy Clinic and
                       Tavistock Institute, London, England

B312

1971-74 - Psychiatry Residency, Duke University
Medical Center, Durham, NC

1973-74 - Post-Doctoral Fellow in Epidemiology
and Social Sciences Research Training, Duke
University Medical Center, Departments of
Psychology and Sociology and Gerontology

1973-76 - Group for the Advancement of Psychiatry,
Committee on Social Issues, Sol Ginsburg Fellowship

1974-75 - Chief Resident, Duke University Medical
Center, Department of Psychiatry

1974 - Instructor in Psychiatry, Duke University
Medical Center

1974-75 - Associate in Psychiatry, Duke University
Medical Center

Employment:        1975-77 - Clinical Associate, Laboratory of
Clinical Psychopharmacology, NIMH, St. Elizabeth's
Hospital, Washington, D.C.

1977-80 - Staff Psychiatrist, Laboratory of Clinical
Psychopharmacology, NIMH, St. Elizabeth's Hospital,
Washington, D.C.

1980-84 - Research Psychiatrist, Adult Psychiatry
Branch, NIMH, St. Elizabeth's Hospital, Washington, D.C.

1983-84 - Scientific Director for International
Affairs (acting), Office of the Associate
Administrator for International Affairs; Alcohol,
Drug Abuse and Mental Health Administration,
5600 Fishers Lane, Rockville, MD

1983-84 - Assistant Chief (acting) Center for Studies
of Schizophrenia; Head, Biological Research Program,
Center for Studies of Schizophrenia, NIMH, Rockville,
MD

2

B313

1984-present - Professor, Department of Psychiatry and Human Behavior, University of California, Irvine

1984-present - Director of Research, Department of Psychiatry and Human Behavior, University of California Irvine Medical Center, Orange, CA

1984-present - Medical Director of Outpatient Clinic, Department of Psychiatry and Human Behavior, University of California Irvine Medical Center, Orange, CA

1985-present - Deputy Head, World Health Organization Collaborating Centre in Biological Psychiatry, Irvine, CA

Work Experiences, Consultantships, Special Assignments:

1972-75 - Community Alcohol ACTION Committee, Durham County, NC

1972-75 - Consultant, Durham Mental Health Center on Alcoholism

1972 - Alcohol and Drug Abuse Workshop, Institute of Psychiatry, Nashville, TN

1972-73 - Epidemiology Graduate Course, School of Public Health, University of North Carolina

1972-74 - Community Psychiatry Elective on Alcoholism, Butner and Durham, NC

1973-74 - Co-Therapist (Group Psychotherapy) for psychiatric residents at Highland Hospital, Ashville, NC Transactional Analysis Association

1974 - Workshop, Western Institute for Group and Family Therapy, Watsonville, CA

1974-75 - Co-Director, Group Therapy Seminar, Department of Psychiatry, Duke University Medical

3

B314

Center, Durham, NC

1974-75 - Abstractor, Journal of Psychosomatics

1975-81 - General Psychiatric Practice (part-time),
Washington, D.C.

1979-86 - Consultant, Psykologisk Institut
Copenhagen, Denmark.  Schizophrenia Adoption
Studies (ongoing collaborative projects)

1979-84 - Consultant, World Health Organization,
Division of Mental Health, Section on Epidemiology
and Social Psychiatry, Geneva, Switzerland.
Ongoing Collaborative Projects on Interplay of
Biological and Psychosocial Variables

1979-81 - Consultant, Department of Mental Health
and Developmental Disabilities, State of Illinois, Grant
Review Panel

1980 - Temporary Advisor, World Health
Organization, Division of Mental Health, Section on
Psychopharmacology, Ibadan, Nigeria

1980-82 - Consultant, Psykologisk Institut,
Copenhagen, Denmark, Biological, Physiological and
Psychosocial Predictors of Alcoholism

1980-88 - Consultant and Study Coordinator,
World Health Organization, Division of Mental
Health, Section on Biological Psychiatry, Geneva,
Switzerland.  Cross-Cultural Evaluation of the
Optimal Dosage of Haloperidol

1981-83 - First U.S. Exchange Scientist, Bilateral
Exchange in Science and Technology between the
People's Republic of China and the United States of
America (Health Protocol).  Institute of Mental
Health, Beijing Medical College, Beijing, PRC

1981-83 - Medical and Psychiatric Consultant to
U.S. Embassy, Beijing, PRC

4

B315

1982 - Consultant, Academia Sinica, Institute of Psychology, Beijing, PRC

1982 - Consultant, World Health Organization, Special Programme of Research, Development and Research Training in Human Reproduction, Geneva, Switzerland

1982 - Consultant, World Health Organization, Division of Mental Health, Lucknow, India

1982 - Special Assignment, National Institute of Mental Health and Neurosciences, Bangalore, India

1983 - First U.S. Exchange Scientist, Bilateral Exchange in Science and Technology between the People's Republic of China and the United States, Health Protocol. Shanghai Institute of Mental Health, Shanghai, PRC

1983 - NIMH representative, 9th Exchange of Heads of WHO Collaborating Centres in Biological Psychiatry, Casablanca, Morocco

1983 - WHO Consultant to Service Hospitalo-Universitaire de Psychiatrie, Casablanca, Morroco

1983 - ADAMHA Coordinator and Scientific Representative: ADAMHA and National Institute of Mental Health and Neurosciences Cooperative Agreement, Bangalore, India

1983 - Consultant, King Edward Memorial Hospital, Bombay, India. Volunteer Services Hospital, Madras, India; Government Services Hospital, Madras, India

1984-present - John D. & Catherine T. MacArthur Foundation, Risk & Preventative Factors in Mental Illness Network Investigator

1984 - Organizer, Tenth Exchange of Heads of

B316

World Health Organization Collaborating Centres in Biological Psychiatry, Laguna Beach, CA

1984 - Instructor, World Health Organization Training Workshop in Biological Psychiatry, Brussels, Belgium

1984 - Chair, John D, & Catherine T. MacArthur Foundation Meeting, the Family as a Research Resource

1984 - Organizer, Panel featuring videotape documentary "Interrupted Lives," May, PBS

1984-86 - Program Co-Chair, 15th Collegium Internationale Neuro-Psychopharmacologicum Congress, Puerto Rico, December 14-17, 1986

1985 - 89 - Risk & Preventative Factors in Mental Illness Network Representative at MacArthur Depression Network Annual Meeting

1986 - Scientific Secretariat, 15th Collegium Internationale Neuro-Psychopharmacologicum Congress, Puerto Rico, December 14-17, 1986

1986 - Organizer, World Health Organization Pharmaco-EEG Research Planning Meeting, Puerto Rico, December 17, 1986

1986 Lt. Governor's Task Force Model Program Site Visit, Madison, WI, Columbus, OH, and Philadelphia, PA, March 24-25, 1987

Associations:     American Psychiatric Association
Society of Biological Psychiatry
Washington Psychiatric Society
American Association for the Advancement of
  Science
Collegium Internationale
  Neuro-Psychopharmacologicum
West Coast College of Biological Psychiatry
Councillor, CINP, 1986-Present
CINP Credentials Committee, 1987-Present

6

B317

CINP Education Committee, 1988-Present
Education Committee, West Coast College of
 Biological Psychiatry, 1987-Present

Reviewer for:        American Journal of Psychiatry
                     Archives of General Psychiatry
                     Biological Psychiatry
                     Science
                     Journal of Nervous and Mental Diseases
                     Schizophrenia Bulletin
                     NIMH Ad Hoc
                     VA Merit Review Board 1990-1993

Advisory Boards:     1986-present - H.O.M.E.S.

                     1985-present - Alliance for the Mentally Ill
                     Orange, CA

                     1986-present -  National Public Radio
                     Scientific Advisory Panel, Washington, D.C.

                     1986-1990 - Lt. Governor Leo McCarthy's Task
                     Force for the Seriously Mentally Ill

                     1987 - California State Mental Health Research
                     Advisory Committee, Sacramento, CA

                     1990-1992 - Consultant to legislature on California
                     SB-127 which allows patients with mental illness to
                     receive IND treatments and to be involved in
                     experimental procedures without loss of Medi-Cal
                     reimbursement

Editorial Board:     Actualities Medicales Internationales Psychiatrie

Honors:              Sol Ginsburg Fellowship, Group for the
                     Advancement of Psychiatry (GAP), 1974-76

                     A.E. Bennett Clinical Science Research Award from
                     the Society for Biological Psychiatry, 1981

                     NIMH Foreign Work Study Fellowship, 1981-83

                     Moroccan-American Scientific Cooperation Commission

7

B318

Scholar, 1985

World Health Organization, U.S. Center for
Research & Training in Biological Psychiatry,
Deputy Director and Coordinator, 1988.

California Alliance for the Mentally Ill Outstanding
Psychiatrist, 1990

NAMI Exemplary Psychiatrist Award, 1992

American Psychiatric Association Fellow, 1993

Departmental, Hospital and University Committees:

Chairman's Ad Hoc Advisory Committee

Search Committee for Child; Adolescent (Chair);
Adult Inpatient Ward Chief (Chair); Outpatient
Medical Director, VA Research Director, and
Metropolitan Research Director

Chairman's Executive Council

Chair, Research Implementation Committee

UCIMC Master Planning Committee (alternate)

UCIMC Strategic Planning Committee:
Subcommittee on Clinical Services, 1985-1988

New UCIMC Psychiatry Hospital Building Steering
Committee, 1986-present

I & R Module Committee

Campus New Hospital Steering Committee

Metropolitan State Hospital Research Advisor,
1987-present

Campus Interview Committee for Manager -
Architecture, Engineering and Construction,1987

B319

UCI Health Sciences UCIMC Research Facility
Planning Committee, 1987 to present

New Inpatient Psychiatric Facility Committee, 1988
to present

Outpatient Psychologist Search Committee, 1988

Director of Psychiatric Nursing Search Committee,
1988

Molecular Genetics Task Force, 1988

UCIMC Research Building Planning Committee, 1988

Long Beach VA Research Committee, 1988 to present

Child Psychologist Search Committee, 1989

Departmental Ad Hoc Committee on Planning for a
Doctorate Program, 1989 to present

Residency Program Director Search Committee, 1991

Clinical Task Force Committee, 1992

Outpatient Clinic Planning Committee, 1992

Teaching Series Since July 1987:

| | | |
|---|---|---|
| 1. | General | Faculty Supervisor for weekly Journal Review (one or two times per month) |
| | | Academic Lecture Series Committee, 1984-present |
| 2. | Undergraduate | Biological Science 199 Research Electives (varies from 5 to 15 students each quarter) |
| 3. | Medical Student | 3rd-year "Diagnosis, Treatment, and Research in Schizophrenia" |
| 4. | Resident Yearly | Faculty Coordinator, Resident Research Elective Seminar |
| | | Research Forum |

9

B320

PGY I Core Curriculum "Genetics, Epidemiology & Prognosis of Schizophrenia"

PGY I Core Curriculum "Theories of Schizophrenia: Neurophysiology, Imaging, Biochemistry"

PGY I Core Curriculum "Schizophrenia: Treatment and Side Effects"

PGY I Core Curriculum "Molecular Genetic Approaches to Understanding & Diagnosing Mental Illness"

PGY I Core Curriculum "Advanced Psychopharmacology Treatments"

PGY I Psychobiology Research Curriculum "MRI: Technology and Role in Clinical Psychiatry and in Research"

PGY I Psychobiology Research Curriculum "Psychobiology and Research Methodology"

PGY I Psychobiology Research Curriculum "Research Clinical Trials"

PGY II Core Curriculum "What To Do When Standard Treatments Fail"

PGY III (during Metropolitan State Hospital rotation)
"Treatment-Resistant Schizophrenia"
"Clozapine: Basic Neuroscience and Clinical Research"
"Tardive Dyskinesia: Prevalence, Theories and Treatment"
"Molecular Genetic Approaches to Mental Illness and Dementia"

Resident Advisor

5. Resident Weekly

Case Conference and Seminar for 1st- and 2nd-year residents and medical students on 2E

10

B321

Inpatient Research Rounds Conference for
Residents and Staff

2nd to 4th-year Resident Outpatient Medication
Clinic Supervisor

2nd to 4th-year Resident Outpatient
Psychopharmacology Seminar

Most Current Grants and Contracts

1.  Federal Government

Co-PI - "Center for Neuroscience and Schizophrenia:
Neurobiological Brain Abnormalities in
Schizophrenia," by NIMH, 3/89-3/94

PI -  "Treatment-Resistant Schizophrenia: PET
Studies," by NIMH, 1/90-12/95

Co-PI - "Evaluation of Withdrawal of Psychotropic
Drugs in the DD," by NIMH, 6/89-5/92

2.  Other Agencies

PI - "Phase II, Four-Week, Double-Blind,
Placebo-Controlled Study Evaluating the Efficacy and
Safety of Three Doses of Oral CP-88,059 in the Acute
Exacerbation of Schizophrenia and Schizoaffective
Disorder," Pfizer, 6/92-12/93

PI - "LY170053 versus Placebo and Haloperidol in the
Treatment of Schizophrenia," 7/92-12/93

PI - "Clozapine in Acutely Exacerbated, Non-Refractory
Schizophrenic Patients," Sandoz Pharmaceuticals, 1/92
- 8/94

PI - "Clinical Response to 400 and 800 mg/day of
Clozapine in Treatment-Refractory Schizophrenic
Patients," Sandoz Pharmaceuticals, 1/92 - 12/93

PI - "Double-Blind, Randomized, Flexible-Dose,
Multi-Center Study Comparing A-77000 (2-16
mg/day) with Placebo in Generalized Anxiety

11

B322

Disorder," TAP Pharmaceuticals Inc./ICR, 2/92 - 1/93

PI - "EEG Studies of Treatment-Resistant Schizophrenia," CA Department of Mental Health, 9/91 - 8/92

PI - "A Prospective, Randomized, Placebo-Controlled, Multicenter, Parallel-Group Comparison of the Efficacy and Safety of Amperozide Low (1-5 mg) Dose, High (7.5-12.5 mg) Dose, and Haloperidol (10-30 mg) in Institutionalized Schizophrenics," Sandoz, 10/90-9/91

PI - "A Double-Blind, Placebo-Controlled, B.I.D. Dose-Determination Study of WY-47,846 Hydrochloride Tablets in Outpatients with Generalized Anxiety Disorder," Wyeth-Ayerst, 10/90-2/92

PI - "A Multicenter, Randomized, Double-Blind, Placebo-Controlled Comparison of Paroxetine and Fluoxetine in the Treatment of Major Depressive Disorder,"  SmithKline Beecham, 4/91-9/91

PI - "A Double-Blind Long-Term Safety and Efficacy Comparison of Remoxipride and Haloperidol in Schizophrenic Outpatients," Merck, Sharp & Dohme, 10/90-9/92

PI - "A Double-Blind Multicenter Trial of Two Doses of Extended Release Buspirone Compared to Immediate Release Buspirone in the Treatment of Anxious Outpatients," Bristol-Myers, 4/91-4/92

PI - "Positron Emission Tomography Assessment of Cerebral Metabolic Rate in Patients with Schizophrenia Treated with Clozaril," Sandoz, 1/89-12/89

PI - "Molecular Genetic Study of Manic Depressive Illness," MacArthur Foundation and subcontracted from Yale University, 1/87-12/89

PI - "Attentional Measures of Schizophrenia," MacArthur Foundation and subcontracted from University of Minnesota, 8/88-7/89

12

B323

PI - "Fluvoxamine in the Treatment of Panic Disorder," Kali-Duphar, 8/88-6/91

PI - "A Multicenter Controlled Trial Comparing S-Adenosyl-L-Methionine and Imipramine in the Treatment of Depression," BioResearch, 5/87-11/88

Publications:

1. *Zung, W.W., Gianturco, D., Pfeiffer, E.,Wang, H. H., Bridge, T. P. and Potkin, S. G.: Pharmacology of Depression in the Aged: Evaluation of Gerovital H3 as an Antidepressant Drug.  Psychosomatics 15:127-131, 1974.

2. *Bridge, T. P., Potkin, S., Zung, W. K. and Soldo, B.: Effectiveness of Suicide Prevention Centers: An Epidemiological Study.  Journal of Nervous and Mental Diseases 164:18-24, 1977.

3. *Karoum, F., Moyer-Schwing, J., Potkin, S. and Wyatt, R. J.: Presence of Free, Sulfate and Glucuronide Conjugated 3-Methoxy-4-Hydroxyphenylglycol (MHPG) in Human Brain, Cerebrospinal Fluid and Plasma.  Brain Research 125: 333-339, 1977.

4. *Nasrallah, H. A., Donnelly, E. F., Bigelow, L. B., Calimlim, L. R., Rogol, A.,  Potkin, S.,  Rauscher, F. P., Wyatt, R. J. and  Gillin, J. C.: Inhibition of Dopamine Synthesis in Chronic Schizophrenia:  Clinical Ineffectiveness of Metyrosine.  Archives of General Psychiatry 34: 649-655, 1977.

5. *Karoum, F. K., Moyer-Schwing, J., Potkin, S. and Wyatt, R. J.: Plasma Concentrations of Some Acidic and Alcoholic Metabolites Derived from M- and P-Tyramine, Octopamine and Catecholamines in Humans.  Communications in Psychopharmacology 1:343-352, 1977.

6. *Wyatt, R. J., Potkin, S. G., Gillin, J. C. and Murphy, D. L.: Enzymes Involved in Phenylethylamine and Catecholamine Metabolism in Schizophrenics and Controls.  In: Lipton, M., DiMascio, A. and Killam, K.F. (eds.): Psychopharmacology: A Generation of Progress.  New York, Raven Press, 1083-1095, 1978.

7. *Potkin, S. G., Cannon, H. E., Murphy, D. L. and Wyatt, R. J.: Are Paranoid Schizophrenics Biologically Different from Other Schizophrenics?  New England Journal of Medicine 298:61-66, 1978.

13

B324

8.  *Wyatt, R. J., Potkin, S., Walls, P., Nichols, A., Carpenter, W. and Murphy, D. L.: Clinical Correlates of Low Platelet Monoamine Oxidase in Schizophrenic Patients. In: Akiskal, H.S. and Webb, W.L. (eds.): Psychiatric Diagnosis: Exploration of Biological Predictors. New York, Spectrum Publications, 279-298, 1978.

9.  *Potkin, S. G., Gillin, J. C., Rogol, A., Nasrallah, H. A. and Wyatt, R. J.: Baclofen: Lack of Effect on Human Plasma Prolactin. Communication in Psychopharmacology 2:297-300, 1978.

10. *Wyatt, R. J., Potkin, S. G. and Murphy, D. L.: Platelet Monoamine Oxidase Activity in Schizophrenia: A Review of the Data. American Journal of Psychiatry 136:377-385, 1979.

11. *Karoum, F., Nasrallah, H., Potkin, S., Chuang, L., Moyer-Schwing, J., Phillips, I., Gillin, J. C. and Wyatt, R. J.: Mass Fragmentography of Phenylethylamine, M- and P-Tyramine and Related Amines in Plasma, Cerebrospinal Fluid, Urine and Brain. Journal of Neurochemistry 33:201-212, 1979.

12. *Jeste, D. V., Potkin, S. G., Sinha, S., Feders, S. and Wyatt, R. J.: Tardive Dyskinesia: Reversible and Persistent. Archives of General Psychiatry 36:585-590, 1979.

13. Wyatt, R. J., Potkin, S. G., Cannon, H. E., Buchsbaum, M. S., Murphy, D. L., Karoum, F., Gillin, J. C. and Stoff, D. M.: Phenylethylamine (PEA) and Chronic Schizophrenia. In: Usdin, E., Kopin, I. J. and Barchas, J. D. (ed.): Catecholamines: Basic and Clinical Frontiers. New York, Pergamon Press, 1833-1835, 1979.

14. *Potkin, S. G., Karoum, F., Chuang, W. W., Cannon-Spoor, H. E., Phillips, I. and Wyatt, R. J.: Phenylethylamine in Paranoid Chronic Schizophrenia. Science 204:470-471, 1979.

15. *Kleinman, J. E., Potkin, S., Rogol, A., Buchsbaum, M. S., Murphy, D. L., Gillin, J. C., Nasrallah, H. A. and Wyatt, R. J.: A Correlation between Platelet Monoamine Oxidase Activity and Plasma Prolactin Concentrations in Man. Science 206:479-481, 1979.

16. *Wise, C. D., Potkin, S., Bridge, P. and Wyatt, R. J.: An Endogenous Inhibitor of Platelet MAO Activity in Chronic Schizophrenia: Failure to Replicate. American Journal of Psychiatry 136:1336-1337, 1979.

B325

17. *Kobes, R. D., Potkin, S. G., Wise, C. D., Bridge, T. P., Neckers, L. M. and Wyatt, R. J.: Some Kinetic Parameters of Platelet Monoamine Oxidase in Chronic Schizophrenia.  Psychiatry 1:179-185, 1979.

18. *Wise, C. D., Bridge, T. P., Potkin, S. G. and Wyatt, R. J.: Platelet Monoamine Oxidase: Studies on the Rate of the Heat Inactivation in Normal, Chronic Paranoid and Nonparanoid Schizophrenic Groups. Psychiatry Research 1:187-190, 1979.

19. *Jeste, D. V., Stoff, D. M., Potkin, S. G. and Wyatt, R. J.: Tardive Dyskinesia: Study on an Animal Model.  Indian Journal of Psychiatry 21:360-369, 1979.

20. *Potkin, S. G., Wyatt, R. J. and  Karoum, D.: Phenylethylamine and Phenylacetic Acid in Urine of Chronic Schizophrenic Patients and Controls.  Psychopharmacology Bulletin 16:52-54, 1980.

21. *Wise, C. D., Potkin, S. G., Bridge, T. P., Phelps, B. H., Cannon-Spoor, H. E. and Wyatt, R. J.:  Sources of Error in the Determination of Platelet Monoamine Oxidase: A Review of Methods.  Schizophrenia Bulletin 6:245-251, 1980.

22. *Wyatt, R. J., Potkin, S. G., Bridge, T. P., Phelps, B. H. and Wise, C. D.: Monoamine Oxidase in Schizophrenia: An Overview.  Schizophrenia Bulletin 6:199-207, 1980.

23. *Shore, D., King, S., Kaye, W., Torrey, E. F., Winfrey, H. J., Potkin, S. G., Weinberger, D. R.,  Savory, J., Willis, M. R. and Wyatt, R. J.: Serum and Cerebrospinal Fluid Aluminum and Circulating Parathyroid Hormone in Primary Degenerative (Senile) Dementia. Neurotoxicology 1:55-63, 1980.

24. *Freed, W. F.,  Kleinman, J. E., Karson, C. N.,  Potkin, S. G.,  Murphy, D. L. and Wyatt, R. J.:  Eye-Blink Rates and Platelet Monoamine Oxidase Activity in Chronic Schizophrenic Patients.  Biological Psychiatry 15:239-244, 1980.

25. *DeLisi, L. E., Wise, C. D., Potkin, S. G., Zalcman, S. G., Phelps, B. H., Lovenberg, W. and Wyatt, R. J.: Dopamine-Beta-Hydroxylase, Monoamine Oxidase and Schizophrenia.  Biological Psychiatry 15 (6):899-905, 1980.

26. *Rosenblatt, J. E., Pary, R. H., Bigelow, L. B., De Lisi, L. E., Wagner, R. L., Kleinman, J. E., Weinberger, D. R., Potkin, S. G., Shiling, D. ,

B326

Jeste, D. V., Alexander, P. and Wyatt, R. J.:  Measurement of Serum Neuroleptic Concentrations by Radioreceptor Assay: Concurrent Assessment of Clinical Response and Toxicity.  Psychopharmacology, Bulletin 16:78-80, 1980.

27.  Luchins, D. J., Freed, W. J., Potkin, S. G., Rosenblatt, J. E., Gilling, J.D. and Wyatt, R. J.: Gluten and Haloperidol Absorption.  Biological Psychiatry 15:819- 820, 1980.

28.  Karoum, F., Potkin, S. G., Murphy, D. and Wyatt, R. J.: Quantitation and Metabolism of Phenylethylamine and Tyramine's Three Isomers in Human. In: Mosnaim, A.D. and Wolf, A. (eds.): Non-Catecholic Phenylethylamine, Part 2, Bousquet/Palmer, 1980.

29.  *Weinberger, D. R., Cannon-Spoor, E., Potkin, S. G. and Wyatt, R. J. : Poor Premorbid Adjustment and CT Scan Abnormalities in Chronic Schizophrenia.  American Journal of Psychiatry 137: 1410-1413, 1980.

30.  Bridge, T. P., Wise, C. D., Potkin, S. G., Phelps, B. H. and Wyatt, R. J.: Platelet Monoamine Oxidase: Studies of Activity and Thermolability in a General Population.  Psychiatry Research 1:1979. In: Gershon, E. S., Mattysee, S., Breakefield, X. O., and Ciaranello, R.D. (eds.): Genetic Research Strategies in Psychobiology and Psychiatry. Pacific Grove, California, Boxwood Press, 95-104, 1981.

31.  *Jeste, D. V., Neckers, L. M., Wagner, R. L., Wise, C. D., Staub, R. A., Rogol, A., Potkin, S. G., Bridge, T. P. and Wyatt, R. J.: Lymphocyte Monoamine Oxidase and Plasma Prolactin and Growth Hormone in Tardive Dyskinesia. Journal of Clinical Psychiatry 42:75-77, 1981.

32.  Rosenblatt, J. E., Pary, R. J., Bigelow, L. B., DeLisi, L. E., Wagner, R. L., Kleinman, J. E., Weinberger, D. R., Potkin, S. G., Shiling, D., Jeste, D. V., Alexander, P. and Wyatt, R. J.: Measurement of Serum Neuroleptic Concentrations and Concurrent Assessment of Clinical Response and Toxicity.  In: Neuroreceptors: Clinical and Preclinical Aspects. Usdin, E., (ed.),  New York, Wiley, J. and Sons 1981.

33.  Bridge, T. P., Potkin, S. G.,Wise, C. D., Phelps, B. H. and Wyatt, R. J.: Monoamine Oxidase and Age: A Review.  In: Age and the Pharmacology of Psychoactive Drugs.  Raskin, A., Robinson, D. S., and Levine, J. (eds.), Elsevier, North Holland, New York,  79-81, 1981.

34.  Bridge, T. P., Wise, C. D., Potkin, S. G., Phelps,  B. H. and Wyatt, R. J.:

B327

Platelet Monoamine Oxidase: Studies of Activity and Thermolability in a General Population. Gershon, E., Ciaranello, R., (eds.) In: Genetic Strategies In Psychopharmacology, Boxwood Press, Pacific Grove, CA, 1981.

35. *Wyatt, R. J., Karoum, F., Stoff, D. M., Kleinman, J. E., Gillin, J. C., Jeste, D. V. and Potkin, S. G.: Monoamine Oxidase, Phenylethylamine, Norepinephrine and Schizophrenia. Clinical Genetics, 437-442, 1981.

36. *Bridge, T. P., Jeste, D.V., Wise, C. D., Potkin, S. G., Phelps, B. H. and Wyatt, R. J.: Platelet Monoamine Oxidase in an Aged General Population and Elderly Chronic Schizophrenia. Psychopharmacology Bulletin, 17:103-104, 1981.

37. *Wyatt, R. J., Potkin, S. G., Kleinman, J. E., Weinberger, D. R., Luchins, D. J. and Jeste, D. V.: The Schizophrenia Syndrome: Examples of Biological Tools for Subclassification. Journal Nervous and Mental Disease, 169:100-112, 1981.

38. Wyatt, R. J., Moja, E. A., Karoum, F., Stoff, D.M., Potkin, S. G.: Phenylethylamine, Dopamine and Norepinephrine in Schizophrenia. In: Corsin, G.U. (ed.): Clinical Pharmacology of Apomorphine and Other Dopaminomimetics. New York, Raven Press, 39-44, 1981.

39. *Potkin, S. G., Weinberger, D. R., Kleinman, J. E. et al.: Wheat Gluten Challenge in Schizophrenia Patients. American Journal of Psychiatry,138:1208-1211, 1981.

40. *DeLisi, L., Wise, C. D., Bridge, T. P., Rosenblatt, J. E., Wagner, R., Morihisa, J., Karson, C., Potkin, S. G. and Wyatt, R. J.: A Probable Neuroleptic Effect on Platelet Monoamine Oxidase Activity. Psychiatry Research, 4:95-107, 1981.

41. *Jeste, D.V., DeLisi, L.E., Zalcman, S., Wise, C. D., Phelps, B. H., Rosenblatt, J. E., Potkin, S. G., Bridge, T. P. and Wyatt, R. J.: A Biochemical Study of Tardive Dyskinesia in Young Male Patients. Psychiatry Research, 4:327-331, 1981.

42. *DeLisi, L. E., Weinberger, D. R., Neckers, L. M., Potkin, S. G., Shiling, D., Wyatt, R. J.: Quantitative Determination of Immunoglobulin Concentrations in CSF and Plasma of Schizophrenic Patients. British Journal of Psychiatry 139:513-519, 1981.

43. *Jeste, D. V., Doongaji, D. R., Panjwani, D., Datta, M., Potkin, S. G.,

B328

Karoum, F., Thatte, S. and Wyatt, R. J.: Cross-Cultural Study of a Biochemical Abnormality in Paranoid Schizophrenia. Psychiatry Research, 3:341-352, 1981.

44.  *Jeste, D. V., Kleinman, J. E., Potkin, S. G., Luchins, D. J. and Weinberger, D. R.: Ex Uno Multi: Subtyping the Schizophrenic Syndrome.  Biological Psychiatry,17:199-222, 1982.

45.  DeLisi, L. E., Wise, C. D., Bridge, T. P., Phelps, B. H., Potkin, S. G. and Wyatt, R. J.:  Monoamine Oxidase and Schizophrenia. Usdin, E. and Hanin, I. (eds.),  Biological Markers in Psychiatry and Neurology. New York, Pergamon Press, 79-96, 1982.

46.  Wyatt, R. J., Cutler, N. R., DeLisi, L. E., Jeste, D. V., Kleinman, J. E., Luchins, D. J., Potkin, S. G.  and Weinberger, D. R.: Biochemical and Morphological Factors in the Etiology of the Schizophrenic Disorders. In: L. Grinspoon (ed.): American Psychiatric Association Annual Review, Part 2, 112-153, 1982.

47.  *Cannon-Spoor, H. E., Potkin, S. G., Wyatt, R. J.:  Measurement of Premorbid Adjustment in Chronic Schizophrenia.  Schizophrenia Bulletin, 8:470-484, 1982.

48.  *Potkin, S. G., Shore, D., Torrey, E. F., Weinberger, D. R., Gillin, J. C., Henkin, R. I., Agarwal, R. P. and Wyatt, R. J.: Cerebrospinal Fluid Zinc Concentrations in Ex-Heroin Addicts and Patients with Schizophrenia: Some Preliminary Observations.  Biological Psychiatry, 17:1315-1322, 1982.

49.  *Karson, C. N., Bridge, T. P., Phelps, B. P., Wise, C. D., Potkin, S. G., and Wyatt, R. J.: The Effect of Oral Glucose on Platelet Monoamine Oxidase. Biological Psychiatry, 17:1011-1015, 1982.

50.  Potkin, S. G., Jeste, D. V., Karoum, F., Doongaji, D. R., Apte, J. S., Sheth, A. S., Chuang, L. W.  and Wyatt, R. J. :  A Cross-Cultural Design To Test A Biochemical Hypothesis of Schizophrenia. Usdin, E.  and Hanin, I. (eds.),  In: Biological Markers in Psychiatry and Neurology. New York, Pergamon Press, 49-52, 1982.

51.  *Shore, D., Potkin, S. G., Weinberger, D. R., Torrey, E. F., Henkin, R., Agarwal, A., Gillin, J. C. and Wyatt, R. J. : CSF Copper in Chronic Schizophrenia.  American Journal of Psychiatry 140:754-756, 1983.

52.  *Linnoila, M.,  Karoum, F.,  Potkin, S. G., Wyatt, R. J., and Potter, W. Z.:

B329

Amelioration of Psychosis with Carbidopa. British Journal of Psychiatry, 1983.

53. *Potkin, S. G., Weinberger, D. R., Linnoila, M. and Wyatt, R. J. : Low CSF 5-Hydroxyindoleacetic Acid in Schizophrenic Patients with Enlarged Ventricles. American Journal of Psychiatry 140: 21-25, 1983.

54. *Karoum, F., Potkin, S. G., Chuang, L., Murphy, D. L., Leibowitz, M. R. and Wyatt, R. J. : Phenylacetic Acid (PAA) Excretion in Schizophrenia and Depression: The Origins of PAA in Man. Biological Psychiatry, Vol. 19, No. 2:165-178, 1984.

55. *Potkin, S. G., Shen, Y.C., Xia, Z. Y., Phelps, B. H., Korpi, E. and Pardes, H. P. : Psychopharmacological Research in the Peoples Republic of China. Psychopharmacological Bulletin.

56. *Potkin, S. G., Cannon-Spoor, H. E., DeLisi, L. E., Neckers, L. M. and Wyatt, R. J.: Plasma Phenylalanine, Tyrosine and Tryptophan Concentrations in Schizophrenic Patients and Controls. Archives of General Psychiatry 40:749-752, 1983.

57. Potkin, S. G., Gu, N. F. and Zhou, D. F.: Novel Technique for Collection and Storage of Biological Samples. Lancet ii:1304, 1983.

58. *Kaufmann, C., Weinberger, D., Yolken, R. H., Torrey, E. F. and Potkin, S. G.: CSF Cytomegalovirus Antibody Levels in Schizophrenia. Lancet, November 12, Vol. 2: 1137-37, 1983.

59. *Potkin, S. G., Chang, W. H. : Some Practical Problems in Schizophrenia Research. Taipei Psychiatric Journal 73:191-195, 1983.

60. *Mered, B., Albrecht, P., Torrey, E. F., Weinberger, D. R., Potkin, S. G. and Winfrey, C. J. : Failure to Isolate Virus from CSF of Schizophrenics. Lancet ii: Vol. 2: 919, 1983.

61. Bridge, P. T., Dilip V., Jeste, C., Wise, D., Potkin, S. G., Phelps, B. H., and Wyatt, R. J.: Schizophrenic Outcome in Late Life: Symptom State and Platelet Monoamine Oxidase Activity. Psychiatric Research 11:91-97, Elsevier, 1983.

62. *Potkin, S. G., Shen, Y. C., Zhou, D. F., Shu, L. and Pardes, H.: Biological Differences Between Orientals and Non-Orientals: Pharmacokinetics and Dexamethasone Suppression Testing. Psychopharmacology Bulletin.

B330

63. *Potkin, S. G., Shen, Y., Pardes, H., Phelps, B. H., Zhou, D. F., Shu, L., Korpi, E. and Wyatt, R. J.: Haloperidol Concentrations Elevated in Chinese Patients. Psychiatry Research 12:167-172, 1984.

64. Belmaker, R. H., Stein, D.,Weinberger, D. R., Potkin, S. G.,Wyatt, R. J.: Catecholamines: Neuropharmacology and Central Nervous System-Therapeutic Aspects: CSF Fluid Cyclic Nucleotides in Schizophrenia, pp.173-178.  Proceedings of the Fifth International Catecholamine Symposium,  E. Usdin (ed.), Plenum Press, A. R. Liss, Inc., N.Y., 1984.

65. *Potkin, S. G., Shen, Y., Zhou, D. F., Pardes, H., Shu, L., Phelps, B. and Poland, R.: Does a Therapeutic Window For Plasma Haloperidol Exist: Preliminary Chinese Data.  Psychopharmacology Bulletin 21: 59-61, 1985.

66. *Zhang, S. Z., Zhou, G. Z., Xi, G. F., Gu, N. F., Xiz, Z. Y., Yao, J. L., Chang, J. K., Webber, E. and Potkin, S. G.: Lower CSF Level of Dynorphin (1-8) Immunoreactivity in Schizophrenic Patients.  Neuropeptides  5: 553-556, 1985.

67. Potkin, S. G., Tucun, S., Linden, R., Wyatt, R. J. and Bunney,W. E., Jr.: Exploration of Transcultural Differences in Psychotropic Drug Use. The IVth World Congress of  Biological Psychiatry, Shagass et al.(ed.) Elsevier Science Publishing Co., Biological Psychiatry 1539-1544, 1985.

68. Potkin, S. G., Bell, K. M. and Wyatt,  R. J.: The Relationship between Monoamine Enzymes and Schizophrenia.  Handbook of Studies on Schizophrenia,  Part 2: Management and Research.  Elsevier Science Publishers, (Biomedica Division), 1986.

69. *Potkin, S. G., Zetin, M., Stamenkovic, V., Kripke, D., Bunney,W. E., Jr.: Seasonal Affective Disorder: Prevalence Varies with Latitude and Climate. 15th Congress, Collegium Internationale Neuro-Psychopharmacologicum, Clinical Neuropharmacology, 9:181-183, 1986.

70. *Potkin, S. G., Hahn, R., Sramek, J.: Plasma Neuroleptic Concentrations: In Search of a Therapeutic Window.  Clinical Neuropharmacology 9: 256-258, 1986.

71. *Kojima, T., Matsushima, E., Moriya, H., Ando, K., Takashashi, R., Shimazono, Y., Kharazmi, M., Herrera, J. and Potkin, S. G.: Eye

B331

Movements in Remitting and Non-Remitting Schizophrenia.
Clinical Neuropharmacology 9:277-279, 1986.

72. *Potkin, S. G., Urbanchek, M. S., Kirch, D. G., Bunney, W. E., Jr.:
Evaluation of Optimal Doses of A Neuroleptic: Preliminary Results.
Clinical Neuropharmacology 9:437-439, 1986.

73. *Halevie-Goldman, B., Potkin, S .G., Poyourow, P.: AIDS-Related
Complex Presenting as Psychosis.  American Journal of Psychiatry
144 (7):964, July 1987.

74. *Zetin, M., Potkin, S. G., Urbanchek, M.: Melatonin in Depression
Psychiatric Annals, 17:10, 676-681, October 1987.

75. *Potkin, S. G., Bell, K., Plon, L., Bunney, W. E., Jr.:  Rapid
Antidepressant Response with SAMe: A Double-Blind Study,
The Alabama Journal of Medical Sciences, Vol. 25, No.3, July 1988.

76. *Sramek, J., Potkin, S. G., Hahn, R. : Neuroleptic Plasma Concentrations
and Clinical Response: In Search of a Therapeutic Window.   Drug
Intelligence and Clinical Pharmacy, 22:373-380, May, 1988.

77. *Heh, C. W., Herrera, J., DeMet,  E., Potkin, S. G., Costa, J., Sramek,
J., Hazlett, E., Buchsbaum, M. S.: Neuroleptic-Induced Hypothermia
Associated with Amelioration of Psychosis in Schizophrenia.,
Neuropsychopharmacology, Vol.1, No. 2, 1988.

78. *Bell, K., Plon, L., Bunney, W. E. Jr. and Potkin, S. G.:
S-Adenosylmethionine Treatment of Depression:  A Controlled
Clinical Trial, American Journal of Psychiatry 145:1110-1114, 1988.

79. *Hullett, F. J., Potkin, Steven G., Levy, Alan B. and Richard Ciasca:
Depression Associated With Nifedipine-Induced Calcium Channel
Blockade, American Journal of Psychiatry, 145 (10):1277-1279,
October 1988.

80. Potkin, S.G. & Swanson, J.M.: The Role of Attention in Normal
Development and Psychopathology.  Technical Report No. 88-3. Eugene,
OR: University of Oregon Center for the Study of Emotion. 1989.

81. *Heh, C., Potkin, S., Pickar, D., Costa, J., Herrera, J., Sramek, J., and
DeMet, E.: Serum Homovanillic Acid Concentrations in
Carbamazepine-Treated Chronic Schizophrenics. Biological Psychiatry
25(5):639-641, 1989.

B332

82.  *Kojima, T., Potkin, S.G., Kharazmi, M., Matsushima, E., Herrera, J. & Shimazono, Y.: Limited Eye Movement Patterns in Chronic Schizophrenic Patients.  Psychiatry Research, 28:307-314, 1989.

83.  Costa, J., Khaled, E., Sramek, J., Bunney, W. Jr. and Potkin, S.: An Open Trial of Glycine as an Adjunct to Neuroleptics in Chronic Treatment-Refractory Schizophrenics.  Journal of Clinical Psychopharmacology, 9:6, December 1989.

84.  *Rice, D., Potkin, S., Jin, Y., Isenhart, R., Heh, C., Sramek, J., Costa, J., and Sandman, C.: EEG Alpha Photic Driving Abnormalities in Chronic Schizophrenia. Psychiatry Research, 30:313-324, 1989.

85.  *Guich, S.M., Buchsbaum, M.S., Burgwald, L., Wu, J., Haier, R., Asarnow, R., Nuechterlein, K.H., Potkin, S.: Effects of Attention on Frontal Distribution of Delta Activity and Cerebral Metabolic Rate in Schizophrenia.  Schizophrenia Research, 2:439-448, 1989.

86.  *Sramek, J., Guarano, V., Herrera, J. and Potkin, S.: Patterns of Neuroleptic Usage in Continuously Hospitalized Chronic Schizophrenic Patients:  Evidence for Development of Drug Tolerance.  DICP, The Annals of Pharmacotherapy, 24:7-24, 1990.

87.  *Sramek, J., Costa, J., Jin, Y., Gulasekaram, B., Khaled, E., Potkin, S.: Tiospirone in Chronic Treatment-Resistant Schizophrenics.  Drug Investigation, 2(1):65-66, 1990.

88.  Smith, S. & Potkin, S.: Development of an Infrastructure for Molecular Genetic Analysis in Psychiatry.  In: Bulyzhenkov, V., Christen, Y., Prilipko, L. (eds.) Genetic Approaches in the Prevention of Mental Disorders, Berlin-Heidelberg, Springer-Verlag, pp. 81-83, 1990.

89.  *Buchsbaum, M.S., Nuechterlein, K.H., Haier, Lagunas-Solar, M., R.J., Wu, J., Sicotte, N., Hazlett, E., Asarnow, R., Potkin, S., Guich, S.: Glucose Metabolic Rate in Normals and Schizophrenics during the Continuous Performance Test Assessed by Positron Emission Tomography.  British Journal of Psychiatry, Vol.156, pp. 216-227,1990.

90.  *O'Dell, S., LaHoste, G., Widmark, C., Shapiro, R., Potkin, S., and Marshall, J.: Chronic Treatment with Clozapine or Haloperidol Differentially Regulates Dopamine and Serotonin Receptors in Rat Brain. Synapse, 6:146-153, 1990.

B333

91.  Swanson, J.M., Shea, C., McBurnett, K., Potkin, S.G., Fiore, C. & Crinella, F.:
     Attention and Hyperactivity.  In J. Enns (ed.) The Development of
     Attention: Research and Theory, pp 383-403.  Elsevier Science
     Publishers (North-Holland), 1990.

92.  *Jin, Y., Potkin, S., Rice, D., Sramek, J., Isenhart, R., Costa, J., Heh, C.,
     and Sandman, C.: Abnormal EEG Responses to Photic Stimulation
     in Schizophrenic Patients.  Schizophrenia Bulletin, Vol. 16, No. 4,
     627-634, 1990.

93.  Buchsbaum, M.S., Wu, J., Nuechterlein, K., Guich, S., Potkin, S.,
     Lagunas-Solar, M., Bunney, W.E., Jr.:  Positron Emission Tomography
     with [18F] Deoxyglucose and Topographic EEG in Schizophrenia.  In:
     Bunney/Hippius/Laakmann/Schmaub (eds.)
     Neuropsychopharmacology.  Berlin:Springer-Verlag, 400-408, 1990.

94.  Potkin, S.G., Buchsbaum, M.S., Marshall, J.F., Heh, C., Singer, J., Costa, J.,
     Wu, J., Bunney, W.E. Jr.:  Differential Effects of Clozapine & Thiothixene
     on Regional Glucose Metabolism Assessed by PET in Schizophrenics.
     Clinical Neuropharmacology, Vol. 13, Supplement 2, 81-82, 1990.

95.  Buchsbaum, M.S., Haier, R., Katz, M., Tafalla, R., Lottenberg, S., Potkin, S.,
     Bunney, W.E. Jr.:  Testing Neural Models of Schizophrenia with Positron
     Emission Tomography.  Clinical Neuropharmacology, Vol. 13,
     Supplement 2, 356-357, 1990.

96.  Buchsbaum, M.S., Tafalla, R.J., Reynolds, C., Trenary, M., Burgwald, L.,
     Potkin, S. & Bunney, W. E. Jr.: Drug Effects on Brain Lateralization
     in the Basal Ganglia of Schizophrenics.  In P. Willner and J.
     Scheel-Kruger (ed.) The Mesolimbic Dopamine System: From Motivation
     to Action. John Wiley & Sons Ltd., 529-538, 1991.

97.  *Swanson, J.M., Posner, M.I., Potkin, S., Bonforte, S., Youpa, D., Cantwell,
     D. & Crinella, F.: Activating Tasks for the Study of Visual-Spatial
     Attention in ADHD Children: A Cognitive Anatomical Approach.  Journal
     of Child Neurology, Vol. 6, Supplement, S119-S127, 1991.

98.  LaHoste, G., O'Dell,S., Widmark, C., Shapiro, R., Potkin, S., and
     Marshall, J. : Differential Changes in Dopamine and Serotonin Receptors
     Induced by Clozapine and Haloperidol.  In C.A. Tamminga and S.C.
     Schulz (ed.) Advances in Neuropsychiatry and Psychopharamacology,
     Vol. 1: Schizophrenia Research, New York: Raven Press, 351-361, 1991.

99.  Buchsbaum, M.S., Potkin, S., Marshall, J., Lottenberg, S., Heh, C.W.,

B334

Tafalla, R., Reynolds, C., Bunney, W.E. Jr.: Effects of Clozapine and Thiothixene on Glucose Metabolic Rate in Schizophrenia. Neuropsychopharmacology, 6(3):155-163, 1992.

100. Potkin, S.G., Costa, J., Roy, S., Sramek J., Jin, Y., Gulasekaram, B.: Glycine in the Treatment of Schizophrenia: Theory and Preliminary Results. In H.Y. Meltzer (ed.) New Research Directions in the Development of Atypical and Other Novel Antipsychotic Medications. New York: Raven Press, 179-188, 1992.

101. *Jones, E.G., Hendry S.H.C., Liu, X.B., Potkin, S.G., Hodgins, S. and Tourtellotte, W.: A Method for Fixation of Previously Fresh-Frozen Human Adult and Fetal Brains that Preserves Histological Quality and Immunoreactivity. Journal of Neuroscience Method, 44:133-144, 1992.

102. *Buchsbaum, M.S., Haier, R.J., Potkin, S.G., Nuechterlein, K., Bracha, S., Katz, M., Lohr, J., Wu, J., Lottenberg, S., Jerabek, P.A., Trenary, M., Tafalla, R., Reynolds, C., and Bunney, W.E. Jr.: Fronto-Striatal Disorder of Cerebral Metabolism in Never-Medicated Schizophrenics. Archives of General Psychiatry, 49(12):935-942, 1992.

103. *Buchsbaum, M.S., Potkin, S.G., Siegel, B.V., Lohr, J., Katz, M., Gottschalk, L.A., Marshall, J.F., Lottenberg, S., Tang, C.Y., Abel, L., Plon, L., Bunney, W.E. Jr.: Striatal Metabolic Rate and Clinical Response to Neuroleptics in Schizophrenia. Archives of General Psychiatry, 49(12):966-974, 1992.

104. Potkin, S.G., Albers, L.J. and Richmond, G.: Schizophrenia: An Overview of Pharmacological Treatment. In D. Dunner (ed.) Current Psychiatric Therapy. Philadelphia: W.B. Saunders, 142-154, 1993.

105. *Akbarian, S., Bunney, W.E. Jr., Potkin, S.G., Wigal, S.B., Hagman, J.O., Sandman, C.S., and Jones E.G.: Altered Distribution of Nicotinamide-Adenine Dinucleotide Phosphate-Diaphorase Cells in Frontal Lobe of Schizophrenics Implies Disturbances of Cortical Development. Archives of General Psychiatry, 50(3):169-177, 1993.

106. *Akbarian, S., Viñuela, A., Kim, J., Potkin, S.G., Bunney, W.E., Jr., and Jones, E.G.: Distorted Distribution of Nicotinamide Adenine Dinucleotide Phosphate-Diaphorase Neurons in Temporal Lobe of Schizophrenics Implies Anomalous Cortical Development. Archives of General Psychiatry, 50(3):178-187, 1993.

24

B335

**Publications in Press:**

1. Wigal, T., Christian, D.L., Wigal, S.B., Swanson J.M., Crinella, F.M., Potkin S., Carreon D., Ackerland, V. and Dean, D.B.: Classification of Types of Tardive Dyskinesia in a Developmentally Disabled Population at a Public Residential Facility. Journal of Developmental and Physical Disabilities, in press.

2. Wigal, T., Wigal S.B., Fulbright, K.K., Swanson, J.M., Crinella, F.M., Ackerland, V., Dean, D.B., Potkin, S.G., Carreon, D.T., Sprague, R.L.: Standardized Videotaped Procedure for Evaluating Withdrawal-Emergent Tardive Dyskinesia in a Public Residential Facility. Journal of Developmental and Physical Disabilities, in press.

**Publications Submitted:**

1. Siegel, B.V., Buchsbaum, M.S., Bunney, W.E., Gottschalk, L.A., Haier, R.J., Lohr, J.B., Lottenberg, S., Najafi, A., Nuechterlein, K.H., Potkin, S.G., Wu, J.C.: Cortico-Striato-Thalamic Circuits and Brian Glucose Metabolic Activity in 70 Unmedicated Male Schizophrenic Patients.

2. Akbarian, S, Kim, J.J., Hagman, J.O., Potkin, S.G., Bunney, W.E., Jr., Jones, E.G.: Gene Expression for Glutamic Acid Decarboxylase is Reduced in Prefrontal Cortex of Schizophrenics.

3. Potkin, S. G.,Weinberger, D. R., Belmaker, R. H. and Wyatt, R. J. : Cyclic Nucleotides in Schizophrenic Patients with Enlarged Cerebral Ventricles.

4. Potkin, S. G., Goodwin, D.W., Phelps, B. et al.: Evaluation of Platelet Monoamine Oxidase Activity As a Predictor of Future Alcoholism: A Controlled High Risk Study in Sons of Alcoholics.

5. Potkin, S. G., Kaufman, J. and Pardes, H. P.: Sexuality in the People's Republic of China.

6. Gibbons, R. D., Potkin, S. G., Hedeker, D. R. and Davis, J. M.: The Segmentation of Schizophrenia.

7. Short, D., Potkin, S. G.: A Specific, Grouped Symptom Checklist and Keying Sheet for Discovering Physical Illness Presenting as Anxiety or Depression.

25

B336

8.   Heh, C.W., Potkin, S., Plon, L., Bravo, G., Wu, J., M.D., Bunney, W. Jr.:
     An Open Trial of Glycine in Schizophrenia.

9.   Potkin, S.G., Zetin, M. and Stamenkovic, V.: Seasonal Affective Disorder:
     Prevalence Varies with Latitude and Climate.

10.  Silver, B.A. & Potkin, S.G.: Nortriptyline Dosage and Plasma
     Concentration in Southeast Asian and Caucasian Patients.

11.  Potkin, S. G., Smith, M., DeAntonio, M., Wasmuth, J. J., Bunney, W. E.,
     McPherson, J. D., Wagner, C., Civelli, O., Litt, M.: Balanced 9-11
     Chromosomal Translocation (11q22.3-q23.1; 9p23-p24) Associated
     with Bipolar Disorder.

12.  LaBerge, David, Wigal, Sharon, Raja, Praveen, Potkin, Steven:
     Performance by Schizophrenics in a Selective Attention Task: A
     Cognitive Neuroscience Approach.

13.  Bell, K.M., Carreon, D., Plon, L., Bunney, W.E.Jr., Potkin, S.G.: Oral
     S-Adenosylmethionine in the Treatment of Depression: A Double-Blind,
     Randomized Comparison with Desipramine.

Presentations and Abstracts:
1.   Potkin, S. G., Zung, W. K. and Bridge, T. P.: Psychopharmacology
     of Anxiety in Depression: A Multivariate Approach. Presented
     at the American Psychiatry Association, May 1974.

2.   Nasrallah, H. A., Donnelly, E. F., Calimlim, L. R., Bigelow, L. B., Potkin, S.
     G., Rauscher, F. P., Wyatt, R. J. and Gillin, J. C. : Clinical Affects of AMPT
     in Schizophrenics. Presented at the Annual Meeting of the American
     Psychiatric Association, Miami, Florida, 1976.

3.   Potkin, S. G., Wyatt, R. J., Gillin, J. C., Karoum, F., Major, L. F.: PEA
     Hypothesis of Schizophrenia. Abstract, 10th Annual Winter
     Conference on Brain Research, January 1977.

4.   Major, L. F., Potkin, S. G.: New Uses for L-Tryptophan. Abstracts,
     130th Annual Meeting of the American Psychiatric Association,
     May 1977.

5.   Potkin, S. G.: Paranoid Schizophrenia - A Biochemically Different
     Subtype. Psychiatric Research Society, Park City, Utah, 1977.

B337

6.  Jeste, D. V., Potkin, S. G., Sinha, S., Feder, S. and Wyatt, R. J.: Tardive Dyskinesia: Reversible and Irreversible. Abstract of the American Psychiatric Association, Atlanta, GA, p. 25, 1978.

7.  Wyatt, R. J., Potkin, S. G., Cannon, H. E. and Murphy, D. L.: Paranoid Schizophrenia: A Different Disorder? Abstract of the American Psychiatric Association, Atlanta, GA, p. 196, 1978.

8.  Potkin, S. G.: The Role of Monoamine in Schizophrenia. 11th Annual Winter Conference on Brain Research, January 1978.

9.  Potkin, S. G., Karoum, F. and Wyatt, R. J.: Phenylethylamine and Schizophrenia. American College of Neuropsychopharmacology, 17th Annual Meeting, Hawaii, December 1978.

10. Wyatt, R. J., Potkin, S. G., Spoor, H. E. and Karoum, F. : Phenylethylamine Metabolism of Schizophrenia. Abstracts of the American Psychiatric Association, p.189, 1979.

11. Bridge, T. P., Jeste, D.V., Potkin, S. G., Wagner, R., Wise, C.D. and Wyatt, R. J.: Platelet MAO and Older Schizophrenics. Gerontological Society Meetings, Washington, D. C., 1979.

12. Bridge, T. P., Potkin, S. G., Wise, C. D. and Wyatt, R. J.: Inheritability of Thermolabile Platelet Monoamine Oxidase. Gordon Conference on Catecholamines. Andover, N. H., 1979.

13. Karoum, F., Chuang, L., Potkin, S. G. and Wyatt, R. J.: Phenylacetic Acid Excretion in Schizophrenia. Abstracts of the Society of Neuroscience, Atlanta, GA, 1979.

14. Phelps, B. H., Bridge, T. P., Kleinman, J., Potkin, S. G., Wise, C. D., Mayer, P. J. and Wyatt, R. J. : Antigenically Active Monoamine Oxidase Protein in Human Liver. A Comparison of Levels in Subtypes of Schizophrenics. Abstracts of ASBC, 1980.

15. Kleinman, J. E., Weinberger, D. R., Rogol, A., Bigelow, L. B., Karson, C., Freed, W., Potkin, S., Bridge, T. P., Wise, C. D., Klein, S. T., Gillin, J. C. and Wyatt, R. J.: Cerebral Ventricular Enlargement and Dopamine in Schizophrenia. New Research, American Psychiatric Association, 1980.

16. Bridge, T. P., Jeste, D. T., Wise, C. D., Potkin, S. G., Phelps, B. H. and Wyatt, R. J.: Platelet Monoamine Oxidase in An Aged General Population and Elderly Chronic Schizophrenics. Presented at New

27

B338

Clinical Drug Evaluation Unit,  Miami, Florida, May 1980.

17. Bridge, T. P., Jeste, D. V., Cutler, N. R., Phelps, B. H., Potkin, S. G., Wise,
    C. D., Wagner, R. L. and Wyatt, R. J.: Catecholamine Enzyme Activity
    and Cognitive Function in Older Psychiatric Patients,  Nursing Home
    Residents and Elderly in the Community.  Gerontological Society
    Meeting, San Diego, CA, 1980.

18. Bridge, T. P., Wise, C. D., Potkin, S. G., Phelps, B. H. and Wyatt, R. J.:
    Monoamine Oxidase and Aging.  FIBER Meeting, Washington, D.C., 1980.

19. Potkin, S. G.: Participant in Monoamine Oxidase Symposium, American
    College of Neuropsychopharmacology, 19th Annual Meeting, Puerto Rico,
    December 1980.

20. Potkin, S. G.: Genetics in Alcoholism.  Presented at the 14th Annual
    Winter Conference on Brain Research, January 1981.

21. Potkin, S. G.: Wheat Gluten and Schizophrenia, as part of Symposium
    on Nutritional Aspects of Mental Illness.  Presented at the 1981
    Annual Meeting of the American Psychiatric Association, New Orleans,
    LA, May 1981.

22. Potkin, S. G.: Co-Chairman, Symposium on Monoamine Oxidase, Eighth
    International Meeting of the International Society for Neurochemistry,
    Nottingham, England, September 7-11, 1981.

23. Potkin, S. G., Jeste, D.V., Karoum, F., Doongaji, D. R., Apte, J. S., Sheth,
    A. S., Chuang, L.W. and Wyatt,  R. J.: A Cross-Cultural Design to
    Test a Biochemical Hypothesis of Schizophrenia.  Biological Markers
    Meeting, New Orleans, LA, May 1981.

24. Potkin, S. G., Weinberger, D. R., Jeste, D.V., Kleinman, J. E., Lunchins,
    D.J.: Ex Uno Multi: Subtyping the Schizophrenic Syndrome.  Annual
    Meeting of the Society of Biological Psychiatry, New Orleans, LA,
    May 1981.

25. Potkin, S.G.: Participant in Conference on "Exchange Between the U.S. and
    China in Psychiatry and the Neurosciences."  Presented at Stanford
    University, Palo Alto, CA, September 3-5, 1981.

26. Potkin, S.G.:  Recent Progress in the Neurobiology of Dementia:
    Cerebral Ventricular Enlargement, Cyclic Nucleotides, and 5 Hydroxy
    Indoleacetic Acid.  24th Annual Meeting of the Japanese Society of

28

B339

Neurochemistry, Nagasaki, Japan, November 26, 1981.

27.  Potkin, S. G.: Psychopharmacology Research Problems and Strategies. Institute of Mental Health, Beijing, PRC, December 1981.

28.  Potkin, S.G.: Differential Diagnosis of Major Affective Disorders and Schizophrenia. Institute of Mental Health, Beijing, PRC, February 1982.

29.  Potkin, S.G.: New Research in Schizophrenia and Its Effect on Clinical Practice. Annual Meeting of the Chinese Medical Association, Urumqu, Xinjiang, PRC, September 1982.

30.  Belmaker, R. H., Stein, D.,Weinberger, D. R., Potkin, S. G.,Wyatt, R. J.: CSF Cyclic Nucleotides in Schizophrenia. Proceedings of the Fifth International Catecholamine Symposium, 1986.

31.  Potkin, S.G.: New Research Opportunities in Schizophrenia. Shanghai Institute of Mental Health, Shanghai, PRC, February 1982.

32.  Potkin, S.G.: Co-Chairman, China: Culture, Care and Health Symposium. One Year of Psychobiological Research in China. Presented at the Annual Meeting of the American Psychiatric Association, New York City, May 4, 1983.

33.  Potkin, S.G.: Psychiatry in China: New Psychopharmacological Research. Annual Meeting of the New Clinical Drug Evaluation Unit Meeting, Key Biscayne, Florida, June 2, 1983.

34.  Potkin, S.G.: New Research Findings in Schizophrenia. King Edward Memorial Hospital, Bombay, India, November 4, 1983.

35.  Potkin, S.G.: New Approaches to Subgrouping the Schizophrenic Syndrome. ADAMHA-NIMHANS Symposium, Bangalore, India, November 10, 1983.

36.  Potkin, S.G.: Transcultural Psychopharmacology. Abstract and presentation at the American College of Neuropsychopharmacology, 22nd Annual Meeting, Puerto Rico, December 13, 1983.

37.  Potkin, S.G.: Is Insulin Coma Less Effective Than Haloperidol? Abstract and poster presented at the Annual Meeting of American Psychiatric Association, Los Angeles, California, May 4, 1984.

38.  Potkin, S.G.: Lower CSF Dynorphin in Schizophrenic Patients,

29

B340

Abstract and poster presented at the Annual Meeting of American
Psychiatric Association, Los Angeles, California, May 1984.

39. Potkin, S.G.:  Failure of Insulin Coma and Presence of A Haloperidol
Therapeutic Window in Chinese.  Abstract and poster presented at
the Society of Biological Psychiatry, May 1984.

40. Potkin, S.G.: DST Testing in Asians: Lower Concentrations Found.
Presented at the Society of Biological Psychiatry, May 1984.

41. Kaufmann, C.A., Weinberger, D.R., Linnoila, M., Potkin, S. G. and
Wyatt, R. J.: CSF Monoamines and Schizophrenic Subtypes. Presented
at the Society of Biological Psychiatry Annual Meeting, 1984.

42. Potkin, S.G.:  Application of Magnetic Resonance Imaging to Brain
Research.  Presented at the Winter Conference on Brain Research,
Breckenridge, Colorado, January 20-24, 1985.

43. Potkin, S.G.: Biological Psychiatry in the Developing World,
Invited Discussant.  IVth World Congress of Biological Psychiatry,
Philadelphia, Pennsylvania, September 12, 1985.

44. Potkin, S.G.: Exploration of Transcultural Differences & Psychotropic
Drug Use,  IVth World Congress of Biological Psychiatry,
Philadelphia, Pennsylvania, September 8-13, 1985.

45. Potkin, S.G.: Tricyclic Antidepressants: The Clinical Overview.
Presentation given at California Association of Toxicologists, May 4,
1985.

46. Potkin, S.G: Cyclic Nucleotides in Pathophysiology.  Presentation,
American Psychiatric Association, Dallas, Texas, May 1985.

47. Potkin, S.G.: People's Republic of China Work Experience, Grand
Rounds.  Presentation at UC San Diego, Department of Psychiatry,
March 1985.

48. Potkin, S.G.: Seasonal Affective Disorder.  Radio Talk Show  (WNG
Radio), Chicago, Illinois,  March 1985.

49. Potkin, S.G.: Seasonal Affective Disorder.  WOR Radio, New York,
March 1985.

50. Potkin, S.G.: Seasonal Affective Disorder. WELI Radio, New Haven,

B341

Connecticut, March 1985.

51. Potkin, S.G.: New Clinical Psychopharmacological Research in
Schizophrenia. Presentation given at Hoag Memorial Hospital,
Newport Beach, California, March 13, 1985.

52. Potkin, S.G.: Schizophrenia Day Luncheon Speaker, California Alliance for
the Mentally Ill, San Diego, California, April 1985.

53. Potkin, S.G.: Comparison Study Between People Living in the Northwest
and California. KING Radio, Seattle, Washington, April 1985.

54. Potkin, S.G.: The Clinical Use of Tricyclic Antidepressants. Presentation
given at American Association for Clinical Chemistry - Southern
California Section, November 1985.

55. Kojima, T., Potkin, S. G., Kharazmi, M., Matsushima, M. and Herrera,
J.: Eye Movements in Chronic Schizophrenia Patients. Presented at
the American Psychiatric Association, Hawaii 1985.

56. Potkin, S.G.: Seasonal Affective Disorders and Latitude.  Poster presented
at the Annual Meeting of the American College of
Neuropsychopharmacology,  Maui, Hawaii, December 9-13, 1985.

57. Potkin, S.G.: Seasonal Affective Disorder, Radio Interview,  Channel 5,
Madison, Wisconsin, May 14, 1986.

58. Potkin, S.G.: Schizophrenia as a Neurological Illness.  Presented at the
Clinical Neuroscience Society, Snowbird, Utah, February 1986.

59. Potkin, S. G.: Molecular Genetic Approaches to Understanding Mental
Illness. Presented at the Winter Conference on Brain Research,
Keystone, Colorado, January 25-February 1, 1986.

60. Potkin, S.G.: Latitude and Seasonal Affective Disorders. Presented at the
Psychiatric Research Society, Park City, Utah, March 1986.

61. Bell, K., Plon, L., Nabal, M., Potkin, S. Antidepressant Activity of
S-Adenosylmethionine (SAMe) in Depressed Inpatients Treated for
14-Days: A Double-Blind Study.  Presented at the Collegium
Internationale Neuro-Psychopharmacologicum, Puerto Rico, December
1986.

62. Potkin, S. G., Urbanchek, M. S., Kirch, D. G., Bunney, W. E., Jr.: Evaluation

31

B342

of Optimal Doses of A Neuroleptic: Preliminary Results.  Presented at
the Collegium Internationale Neuro-Psychopharmacologicum, Puerto
Rico, December 1986.

63.  Potkin, S.G.:  Relevance of Research for Schizophrenia: Opportunities
and Obstacles.  Presented at the California Alliance for Mentally Ill
Meeting with the California Legislature, State Capitol, Sacramento,
California, January 13, 1987.

64.  Bunney, W. E. Jr., Janowsky, D., Potkin, S., Post, R.: New Treatments for
Manic Illness and Mechanisms of Action.  Presentation at the 20th
Annual Winter Conference on Brain Research, Vail, Colorado,
January 24-30, 1987.

65.  Potkin, S.G., Hahn, R.: Calcium Channels and Calcium Channel Blockers.
Presented in Symposium on New Treatments in Mania, Winter
Conference on Brain Research, Vail, Colorado, January 26-30, 1987.

66.  Potkin, S.G.: Recent Discoveries in Schizophrenic Research.
Guest Speaker, Orange County Mental Health Association, Sixth
Annual Legislative Luncheon, Irvine, CA,  March 13, 1987.

67.  Potkin, S.G.: Invited Speaker - South Bay Alliance for the Mentally
Ill. Torrance, CA, March 16, 1987.

68.  Potkin, S.G.: Epidemiology of Seasonal Affective Disorder.  Presented
at the West Coast College of Biological Psychiatry, La Jolla, CA,
March 27, 1987.

69.  Potkin, S. G.: Visual Inspection Strategies, Poster at International
Congress on Schizophrenia Research. Clearwater, Florida, March 30 -
April 1, 1987.

70.  Potkin, S. G.: Investigations of the Living Human Brain.  Presentation at
California Alliance for the Mentally Ill Annual Meeting, San Mateo, CA,
April 4, 1987.

71.  Potkin, S. G.: Implications of New Genetic Research.  Manic Depressive
Association, Orange, CA., April 20, 1987.

72.  Potkin, S. G.:  Recent Discoveries in Schizophrenia Research: Brain
Imaging.  California Council on Mental Health, Irvine, CA, October 22,
1987.

B343

73. Bunney, W. E. Jr., Cotman, C., Zukin, S., Woods, J., Potkin, S.: The NMDA, PCP Receptor Ionophore Complex Basic Mechanisms and Possible Relevance to Schizophrenia. Presentation at the 21st Annual Conference on Brain Research, Steamboat Springs, Colorado, January 23-30, 1988.

74. Potkin, Steven: Invited Speaker - New Developments into the Cause & Treatments of Schizophrenia, Orange County Alliance for the Mentally Ill, February 23, 1988.

75. Potkin, S. G.: Invited Speaker - East San Gabriel Valley Alliance for the Mentally Ill, La Puente, CA, March 24, 1988.

76. Potkin, S. G., Herrera, J., Kharazmi, M., Sramek, J., Urbanchek, M., Carreon, D., Kojima, T.: Decreased Eye Movements in Chronic Schizophrenics Compared to Matched Normal Controls. Presentation at the 43rd Annual Convention, Society of Biological Psychiatry, Montreal, May 4-8, 1988.

77. Rice, D., Herrera, J. Potkin, S. G., Costa, J., Jin, Y., Sandman, K., Isenhart, R.: Resting & Photic EEG Spectral Differences in Schizophrenia. Presentation at the 43rd Annual Convention, Society of Biological Psychiatry, Montreal, May 4-8, 1988.

78. Potkin, S. G.: Using New Technologies to Investigate the Living Brain. Guest Speaker, Mental Health Association of Alameda County, 8th Annual International Schizophrenia Education Day, Oakland, CA, May 18, 1988.

79. Potkin, Steven: Invited Speaker - New Research on Schizophrenia, Saranac, New York, May 26, 1988.

80. Potkin, S. G. and Bell, K. M.: S-Adenosylmethionine: Overview of Clinical and Pharmacological Effects. Presentation and published abstract, XVIth C.I.N.P. Congress, Munich, August 15-19, 1988.

81. Bell, K. M. and Potkin, S. G.: S-Adenosylmethionine in the Treatment of Depression. Presentation and published abstract, XVIth C.I.N.P. Congress, Munich, August 15-19, 1988.

82. Buchsbaum, M. S., Wu, J., Nuechterlein, K., Potkin, S. and Bunney, W. E., Jr.: Positron Emission Tomography With 18-F-Deoxyglucose in Schizophrenia. Presentation and published abstract XVIth C.I.N.P. Congress, Munich, August 15-19, 1988.

33

B344

83. Potkin, S. G., Langer, S., and Mellerup, E.: The Validity of Platelet $^3$H-Imipramine Binding As A Marker in Depression. Presentation and published abstract, XVIth C.I.N.P. Congress, Munich, August 15-19, 1988.

84. Potkin, Steven: Invited Speaker - Attentional Abnormalities in Schizophrenia, Karoliska Institute Department of Psychiatry, St. Goran's Hospital, Stockholm, Sweden, August 20, 1988.

85. Potkin, Steven: Invited Speaker - New Neurophysiological Studies in Schizophrenia, Karoliska Institute Department of Psychiatry, St. Goran's Hospital, Stockholm, Sweden, August 23, 1988.

86. Potkin, Steven: Invited Speaker - Clinical Team and Research Presentation California Alliance for the Mentally Ill Semi-Annual Meeting, Anaheim, CA, October 4, 1988.

87. Potkin, S. G.: Severe Mental Illness Update. Presented at State of California Organization of Advisory Board for Mental Health Meeting, Costa Mesa, CA, October 14, 1988.

88. Potkin, S. G., Bell, K., Bunney, W. E., Jr.: Tratamiento de la Depresion con S-Adenosilmetionina. Presentation at Symposium, Mexico City, Mexico, October 17-20, 1988.

89. Potkin, Steven: Invited Speaker at the Alliance for the Mentally Ill, Pomona, November 1, 1988.

90. Potkin, Steven: Invited Speaker - The Clinical Team and Research, California Alliance for the Mentally Ill, Anaheim, November 4, 1988.

91. Potkin, Steven: Invited Speaker - Optimizing Antipsychotic Treatments: New Investigation of Haloperidol & Clozapine, Lanterman Development Center, December 2, 1988.

92. Sramek, J., Gottschalk, L., Baumgartner, W., Potkin, G.: Detection of Benzodiazepines in Hair by Radioimmunoassay. Poster presented at American College of Neuropsychopharmacology, 27th Annual Meeting, San Juan, Puerto Rico, December 11-16, 1988.

93. Potkin, S., Bunney, W. E. Jr., Wasmuth, J., Smith, Moyra, DeAntonio, M.: Translocation of Chromosomes 9 & 11 in a Family with Manic Depressive Illness. Poster presented at American College of

34

B345

Neuropsychopharmacology, 27th Annual Meeting, San Juan, Puerto
Rico, December 11-16, 1988.

94. Potkin, S., Bunney, W. E. Jr., Sramek, J., Costa, J., Jin, Y., Rice, D.,
Sandman, C.: Alpha EEG Deficits Support a Thalamic Dysfunction in
Schizophrenia. Poster presented at American College of
Neuropsychopharmacology, 27th Annual Meeting, San Juan, Puerto
Rico, December 11-16, 1988.

95. Potkin, S., Sutcliffe, J.G., Ciaranello, R., & Kupfer, D. Workshop
Organizer - What's Next After You Find the Gene? Twenty-Second
Annual Winter Conference on Brain Research, Snowbird, Utah,
January 21-29, 1989.

96. Bell, K.M., & Potkin, S.G. S-Adenosylmethionine: Overview of Clinical &
Pharmacological Effects. Poster presented at 22nd Annual Winter
Conference on Brain Research, Snowbird, Utah, January 21-29, 1989.

97. Potkin, Steven G. : Invited Speaker - New Research in Schizophrenia:
Genetics, Laterality & Brain Imaging, CA Department of Mental
Health's Research & Program Development Conference, Ontario, CA,
February 17, 1989.

98. Potkin, Steven: Invited Speaker - Neuroleptics: New Trends, Action
& Drugs, Metropolitan State Hospital, Norwalk, CA, March 15, 1989.

99. Potkin, S.G.: Symposium Chair - Current Research I: Genetics,
International Congress on Schizophrenia Research, San Diego, CA,
April 2-6, 1989.

100. O'Dell, S. J., Widmark, C. B., LaHoste, G. J., Shapiro, R., Marshall, J. F.,
Potkin, S. G.: Quantitative Dopamine & Serotonin Receptor
Autoradiographic Differences between Clozapine & Haloperidol.
Presentation at International Congress on Schizophrenia Research, San
Diego, CA, April 2-6, 1989, abstract published in Schizophrenia
Research, 2, 1989.

101. Potkin, S. G., Jin, Y., Bravo, G., Heh, C., Sramek, J., Isenhart, R., Rice, D.,
Sandman, C.: Photic Driving Alpha EEG Spectrum Abnormalities in
Schizophrenic Patients Compared Controls. Poster presentation at
International Congress on Schizophrenia Research, San
Diego, CA, April 2-6, 1989, abstract published in Schizophrenia
Research, 2, 1989.

35

B346

102. Potkin, S. G., Swanson, J. M., Urbanchek, M., Carreon, D., Bravo, G.: Lateralized Deficits in Covert Shifts of Visual Attention in Chronic and Never-Medicated Schizophrenics Compared to Normal Controls.  Poster presentation at International Congress on Schizophrenia Research, San Diego, CA,  April 2-6, 1989, abstract published in Schizophrenia Research, 2, 1989.

103. Sramek, J., Potkin, S. G., Guarano, V., Herrera, J.: Patterns of Neuroleptic Usage in Continuously Hospitalized Schizophrenic Patients: Evidence for Development of Drug Tolerance.  Poster presentation at International Congress on Schizophrenia Research, San Diego, CA, April 2-6, 1989, abstract published in Schizophrenia Research, 2, 1989.

104. Potkin, S.G. & Mendlewicz, J.: Presentation Co-Chair - Molecular Genetics in Affective Disorders.  World Federation of Societies of Biological Psychiatry, Jerusalem, April 5, 1989.

105. Potkin, Steven: Chair of Workshop  - Linkage and Clinical features in Affective Disorders, The John and Catherine T. MacArthur Foundation, Alexandria, VA, April 13-15, 1989.

106. Potkin, S. G., Swanson, J. M., Urbanchek, M., Carreon, D. & Bravo, G.: Right Visual Field Deficits in Reaction Time after Invalid Cues in Chronic And Never-Medicated Schizophrenics Compared to Normal Controls.  Oral presentation, Society of Biological Psychiatry, 44th Annual Convention, San Francisco, May 4-8, 1989, abstract published in Biological Psychiatry, 25, 1989.

107. Potkin, S. G., Swanson, J. M., Kharazmi, M., Urbanchek, M., Sramek, J. & Lee, D.: Never-Medicated and Chronic Schizophrenics Have Right Visual Field Deficits in Exploratory Eye Movements.  Oral presentation Society of Biological Psychiatry 44th Annual Convention, San Francisco, May 4-8, 1989, abstract published in Biological Psychiatry, 25, 1989.

108. Potkin, S. G., Jin, Y., Bravo, G., Heh, C., Costa, J., Isenhart, R., Rice, D., Sramek, J. & Sandman, C.: Alpha EEG Spectrum Differences Following Photic Driving in Normal Subjects and Schizophrenic Patients.  Poster presentation, Society of Biological Psychiatry, 44th Annual Convention, San Francisco, May 4-8, 1989, abstract published in Biological Psychiatry, 25, 1989.

109. LaHoste, G., Widmark, C., O'Dell, S., Shapiro, R., Marshall, J. F., &

B347

Potkin, S. G.: Quantitative Autoradiographic $D_1$, $D_2$, and $S_2$ Differences with Clozapine and Haloperidol. Poster presentation, Society of Biological Psychiatry, 44th Annual Convention, San Francisco, May 4-8, 1989, abstract published in Biological Psychiatry, 25, 1989.

110. Sramek, John., Potkin, Steven, Guarano, Valerie & Herrera, John: Patterns of Neuroleptic Usage in Continuously Hospitalized Schizophrenic Patients: Evidence for Development of Tolerance. Poster presentation, Society of Biological Psychiatry, 44th Annual Convention, San Francisco, May 4-8, 1989, abstract published in Biological Psychiatry, 25, 1989.

111. Potkin, Steven: The Translocation of Chromosome 9-11 in Manic Depressive Illness, First World Congress on Psychiatric Genetics, Churchill College, Cambridge, England, August 3-5, 1989.

112. Potkin, Steven: Invited Speaker - UCI-MSH PET Scan, Clozapine Research Project: Preliminary Results, Metropolitan State Hospital, Norwalk, CA, August 30, 1989.

113. Potkin, Steven: Schizophrenia Research, interviewed by "48 Hours," CBS, aired August 4, 1989.

114. Rice, D.M., Potkin, S.G. Sensory Filtering and the Human Alpha Rhythm II: Evidence of An Abnormal Process in Schizophrenia. Abstract published in Psychophysiology, 26 (Suppl): S50, August, 1989.

115. Potkin, Steven: Invited Speaker - Clozapine for the Treatment-Resistant Schizophrenics, Department of Psychiatry, University of Hawaii, September 13, 1989.

116. Potkin, Steven: Invited Speaker - Treatment-Resistant Schizophrenia Research and Treatment, Hawaii Psychiatric Society, September 13, 1989.

117. Potkin, Steven: Invited Speaker - Schizophrenia Research, Visit from the Organization of State Hospital Advisory Boards (Five Chairs), September 19, 1989.

118. Potkin, Steven: EEG and PET Scan Studies in Patients Treated with Clozapine, VI Conference "Bio-Clinical Interface," Rouffach, France, September 28-29, 1989.

119. Potkin, S. Kirch, D., Bunney, W. E. Jr., Hippius, H., Moussaoui, D., Sethi,

37

B348

B., Vartanian, M. & Yamashita, I.: Optimal Doses of Haloperidol: WHO Collaborative Study. Presentation and published abstract, VIIIth World Congress of Psychiatry, Athens, October 12-19, 1989.

120. Buchsbaum, Monte S., Guich, Steven, Haier, Richard, Hazlett, Erin, Reynolds, Chandra, Wu, Joseph, Potkin, Steven and Bunney W. E., Jr.: EEG Topographic Mapping in Schizophrenia and Affective Illness. Presentation and published abstract, VIIIth World Congress of Psychiatry, Athens, October 12-19, 1989.

121. Buchsbaum, Monte S., Haier, Richard, Hazlett, Erin, Reynolds, Chandra, Wu, Joseph, Potkin, Steven and Bunney, W. E., Jr.: Positron Emission Tomography in Schizophrenia and Affective Illness. Presentation and published abstract, VIIIth World Congress of Psychiatry, Athens, October 12-19, 1989.

122. Rice, D.M. and Potkin, S.G.: SensoryFiltering and the Human Alpha Rhythm II: Evidence of an Abnormal Process in Schizophrenia. Society for Psychophysiological Research 29th Annual Meeting, New Orleans, Louisiana, Oct. 18-22, 1989. Abstract published in Supplement to Psychophysiology, Vol. 26, N. 4A, 1989.

123. Potkin, S., Bunney, W. E. Jr., Wasmuth, J., Smith, M., DeAntonio, M., Bengtsson, U., McPherson, J., Wagner, C., Grandy, D., Civelli, O., Litt, M.: Balanced Translocation of Chromosomes 9 & 11 in a Family Associated with Manic Depressive Illness. Oral presentation at American College of Neuropsychopharmacology Annual Meeting, Maui, Hawaii, December 11-15, 1989.

124. Sramek, J., Costa, J., Potkin, S. & Bunney, W. E. Jr.: Poster- Glycine as an Adjunct to Neuroleptics in Chronic Treatment-Refractory Schizophrenic Patients, American College of Neuropsychopharmacology Annual Meeting, Maui, Hawaii, December 11-15, 1989.

125. Potkin, S.: Movement Disorders. Lecture at West Coast College of Biological Psychiatry Annual Meeting, San Francisco, CA, April 6, 1990.

126. Wolf, M., Grayden T., Carreon, D., Cosgro, M., Leino, R., Summers, D. and Potkin, S.G.: Efficacy of Time-Limited Therapy and Buspirone in Borderline Patients. Poster presentation at Western Psychological Association 70th Annual Convention, Los Angeles, April 26-29, 1990.

38

B349

127. Wigal, S.B., Leathers, B.E., Sandman, C., Wolf, M., Costa, J., Bates, D. and Potkin, S.G.: Memory Assessment Using the Wechsler Memory Scale-Revised in Schizophrenic Patients. Poster presentation at Western Psychological Association 70th Annual Convention, Los Angeles, April 26-29, 1990.

128. Potkin, S.G., Jin, Y., Heh, C., Isenhart, R. and Sandman, C.: Increased Photic-Driving Alpha Correlated with Clinical Improvement Following Clozapine. Poster presentation at Western Psychological Association 70th Annual Convention, Los Angeles, April 26-29, 1990.

129. Jin, Y., Carreon, D., Wolf, M., Grayden, T., Rice, D., Isenhart, R., Sandman, C. and Potkin, S.G.: Increased Photic-Driving EEG Alpha in Depressed Patients. Poster presentation at Western Psychological Association 70th Annual Convention, Los Angeles, April 26-29, 1990.

130. Potkin, S.G., Swanson, J., LaBerge, D., Costa, J., Heh, C. and Wigal, S.: Lateralized Visual Field Abnormalities in Schizophrenia. Oral Presentation at Society of Biological Psychiatry Annual Meeting, New York, May 9-13, 1990. Abstract published in Biological Psychiatry, 27:48a.

131. Potkin, S.G., Jin, Y., Heh, C., Mach, D., Isenhart, R. and Sandman, C.: Enhanced Photic-Driving EEG Alpha in Clozapine Responders. Poster presentation at Society of Biological Psychiatry Annual Meeting, New York, May 9-13, 1990.

132. Bell, K.M. and Potkin, S.G.: Oral S-Adenosylmethionine is as Effective as Desipramine in the Treatment of Depression. Paper Presentation at Society of Biological Psychiatry Annual Meeting, New York, May 9-13, 1990.

133. Jin, Y., Carreon, D., Wolf, M., Grayden, T., Rice, D., Isenhart, R., Sandman, C. and Potkin, S.G.: Increased Photic-Driving EEG Alpha in Depressed Patients Compared to Normal Controls. Poster presentation at Society of Biological Psychiatry Annual Meeting, New York, May 9-13, 1990.

134. Widmark, C., O'Dell, S.J., LaHoste, G.J., Shapiro, R.M., Potkin, S.G. and Marshall, J.F.: Clozapine and Haloperidol: Receptor Regulation, Poster presentation at American Psychiatric Association 143rd Annual Meeting, New York, May 12-17, 1990.

B350

135. Potkin, S.G., Jin, Y., Heh, C., Isenhart, R. and Sandman, C.:
     Enhanced Alpha EEG with Clozapine Response. Poster presentation at
     American Psychiatric Association 143rd Annual Meeting, New York,
     May 12-17, 1990.

136. Bell, K.M. and Potkin, S.G.: Oral S-Adenosylmethionine vs DMI
     in Depression. Poster presentation at American Psychiatric
     Association 143rd Annual Meeting, New York, May 12-17, 1990.

137. Wolf, M., Grayden, T., Cosgro, M., Summers, D., Leino, R., Goldstein, J.
     and Potkin S.G.: Psychotherapy and Buspirone in Borderline
     Patients. Poster presentation at American Psychiatric Association
     143rd Annual Meeting, New York, May 12-17, 1990.

138. Potkin, S.G., Swanson, J.M., Sramek, J., Costa, J., Heh, C. and Carreon, D.:
     Right Visual Field Inattention in Schizophrenia. Paper Presentation at
     American Psychiatric Association 143rd Annual Meeting, New York,
     May 12-17, 1990.

139. Potkin, S.G., Buchsbaum, M.S., Marshall, J.F., Heh, C., Singer, J., Costa, J.,
     Wu, J., Bunney, W.E., Jr.: Differential Effects of Clozapine & Thiothixene
     on Regional Glucose Metabolism Assessed by PET in Schizophrenics.
     Presentation at 17th Congress of Collegium Internationale
     Neuro-Psychopharmacologicum, Kyoto, Japan, Sept. 9-15, 1990.

140. Potkin, S.G.: Chair, Pharmakokinetics and Trans-Ethinic Research. 17th
     Congress of Collegium Internationale Neuro-Psychopharmacologicum,
     Kyoto, Japan, Sept. 9-15, 1990.

141. Potkin, Steven G., Buchsbaum, Monte, Heh, C.W. Chris, Richmond,
     Glenn, Wu, Joseph, Costa, Jerome, Lottenberg, Stephen, Marshall, John:
     Effects of Clozapine and Typical Neuroleptics on Regional Glucose
     Metabolism Assessed by PET. Poster presentation at the 29th Annual
     Meeting of American College of Neuropsychopharmacology, San Juan,
     Puerto Rico, December 10-14, 1990.

142. Potkin, Steven G., Jin, Yi, Heh, Chris, Sandman, Curt: Increase on Alpha
     EEG Following Photic Driving Parallels Clinical Improvement with
     Clozapine. Poster presentation at the 29th Annual Meeting of
     American College of Neuropsychopharmacology, San Juan,
     Puerto Rico, December 10-14, 1990.

143. Richmond, Glenn H., Bunney, William E., Jr., Heh, C.W. Chris, Plon,

40

B351

Lawrence, Wu, Joseph, Potkin, Steven: An Open Trial of Glycine in Schizophrenia. Poster presentation at the 29th Annual Meeting of American College of Neuropsychopharmacology, San Juan, Puerto Rico, December 10-14, 1990.

144. Potkin, Steven G.: Glycine in the Treatment of Schizophrenia. Invited Speaker at the ACNP Satellite Conference "New Research Directions in the Development of Atypical and Other Novel Antipsychotic Medications," San Juan, Puerto Rico, December 15, 1990.

145. Potkin, Steven G. Participant in the workshop "Unilateral vs Bilateral Neuropathology in Schizophrenia," 24th Annual Winter Conference on Brain Research, Vail, Colorado, January 26 - February 2, 1991.

146. Potkin, Steven G. Invited Speaker - Clozapine: Clinical Use and New Research, St. Jude Medical Center, February 5, 1991.

147. Potkin, Steven G. Invited Speaker - Clinical and Research Results of Clozapine, Nevada Psychiatric Association annual meeting, Reno, February 8, 1991.

148. Jin, Y., Wolf, M.J., Plon, L, Bunney, W.E., Jr., Potkin, S.: EEG Photic Driving in Chronic PCP Users, Schizophrenic Patients, and Normal Controls. Poster presentation at International Congress on Schizophrenia Research Meeting, Tucson, April 23, 1991.

149. Jin, Y., Mach, D., Costa, J., Carreon, D., Wolf, M., Sandman, C., Richmond, G., Bunney, W.E. Jr., Potkin, S.G.: Spectral EEG Abnormalities Following Photic in Schizophrenic Patients. Poster presentation at International Congress on Schizophrenia Research Meeting, Tucson, April 23, 1991.

150. Wolf, M., Grayden, T., Carreon, D., Cosgro, M., Summers, D., Leino, R., Goldstein, J., Potkin, S.G.: Treatment of Borderline Personality Disorder with Serotonin 1A Agonist & Psychotherapy. Poster presentation at International Congress on Schizophrenia Research Meeting, Tucson, April 23, 1991.

151. Wu, J.C., Buchsbaum, M.S., Potkin, S.G., Wolf, M.J., Bunney, W.E., Jr.: Positron Emission Tomography Study of Phencyclidine Users. Poster presentation at International Congress on Schizophrenia Research Meeting, Tucson, April 24, 1991.

152. Potkin, S.G., Jones, E.G., Hendry, S.H.C., Wigal, S.B., Rosario, I., Bunney, W.E. Jr., Tourtellotte, W.: A Preparation and Fixation Techniques

41

B352

Suitable for Quantitative Immunohistochemistry and
Autoradiography of Human Brain Tissue. Poster presentation at
International Congress on Schizophrenia Research Meeting, Tucson,
April 24, 1991.

153. Wigal, S.B., Potkin, S.G., Raja, P., Richmond, G., LaBerge, D.L.:
Asymmetries in Attentional Filtering in Left and Right Visual Fields in
Schizophrenic Patients. Poster presentation at International Congress
on Schizophrenia Research Meeting, Tucson, April 25, 1991.

154. Wigal, S.B., Swanson, J.M., Potkin, S.G.: Lateralized Differences in
Reaction Time in Schizophrenic Patients. Poster presentation at
International Congress on Schizophrenia Research Meeting, Tucson,
April 25, 1991.

155. Potkin, S. G., Buchsbaum, M. S., Richmond, G., Wu, J., Costa, J.,
Lottenberg, S., Marshall, J., Bunney, W.E. Jr.: Regional Glucose
Metabolism Assessed by PET as a Tool for Studying Clinical Response
to Typical & Atypical Neuroleptics. Oral presentation and published
abstract at International Congress on Schizophrenia Research Meeting,
Tucson, April 25, 1991.

156. Buchsbaum, M.S., Haier, R., Tang, C., Potkin, S., Nuechterlein, K., Lohr, J.,
Wu, J., Lottenberg, S., Jerabek, P.A., Bunney, W.E. Jr.: Striatal-Thalamic
Disorder of Cerebral Metabolism in Never-Medicated Schizophrenics.
Oral presentation at International Congress on Schizophrenia Research
Meeting, Tucson, April 25, 1991.

157. Bell, K.M., Plon, L., Carreon, D., Potkin, S.G.: Changes in Plasma
S-Adenosylmethionine Levels Associated with Antidepressant
Response. Oral presentation at Society of Biological Psychiatry Annual
Meeting, New Orleans, May 11, 1991.

158. Jin, Y., McCraw, A., Mann, K., Asselin, L., Potkin, S.G.: Clozapine
Concentrations and Changes in Alpha EEG Power. Oral presentation at
Society of Biological Psychiatry Annual Meeting, New Orleans, May 11,
1991.

159. Potkin, Steven G.: Invited Speaker "Overview of New Research in
Schizophrenia," National Alliance for the Mentally Ill Annual
Convention, San Francisco, July 8, 1991.

160. Potkin, Steven G.: Invited Speaker "Clozapine: New Research &
Clinical Use," Hawaii Psychiatric Society Annual Meeting, August 15,

B353

1991.

161. Potkin, Steven G. & Buchsbaum, Monte S.: "Regional Cerebral Metabolic Rate and Clinical Response to Typical and Atypical Neuroleptics in Schizophrenia," presentation at the Panel "Neuroimaging Studies to Understand Clinical Response to Neuroleptics," Co-Chaired by William E. Bunney, Jr. and Steven G. Potkin. ACNP Annual Meeting, December 13, 1991, San Juan, Puerto Rico.

162. Potkin, Steven: "Putative Measures of Thalamic Function in Drug-Free and Neuroleptic Treatment in Schizophrenia" in"Thalamic Function in Schizophrenia" workshop, Co-Chaired by William E. Bunney and Steven G. Potkin, 15th Annual Winter Conference on Brain Research. January 25 - January 31, 1992, Steamboat Springs, Colorado.

163. Potkin, Steven G.: "Clozapine: An Atypical Neuroleptic for Schizophrenia," Norwalk Alliance for the Mentally Ill, March 10, 1992.

164. Potkin, S.G., Wu, J., Jin, Y., Sandman, C., Bunney, W.E. Jr., Buchsbaum, M.: Increased Subcortical FDG Metabolism and Decreased Alpha EEG Power in PCP Abusers. Oral Presentation, Society of Biological Psychiatry Annual Meeting, April 29 - May 3, 1992, Washington, D.C. Published abstract in Supplement to Biological Psychiatry, 31 (5A), 1992.

165. Potkin, S.G., Buchsbaum, M.S., Lottenberg, S., Abel, L., Costa, J., Gulasekaram, B., Jin, Y., Richmond, G., Roy, S., Telford, J.: Regional Cerebral Metabolic Rate and Clinical Response to Typical and Atypical Neuroleptics. Oral Presentation, Society of Biological Psychiatry Annual Meeting, April 29 - May 3, 1992, Washington, D.C. Abstract published in Supplement to Biological Psychiatry, 31 (5A), 1992.

166. Jin, Y., Potkin, S.G., Bera, R., Wu, J., Costa, J., Lee, A., Gulasekaram, B., Sandman, C.: Topographical Alpha EEG Spectrum Differences Following Photic Driving in Normal Subjects and Schizophrenic Patients. Poster Presentation, Society of Biological Psychiatry Annual Meeting, April 29 - May 3, 1992, Washington, D.C. Abstract published in Supplement to Biological Psychiatry, 31 (5A), 1992.

167. Potkin, S.G., Jin, Y., Wu, J., Bera, R., Sandman, C., Bunney, W.E. Jr.: EEG Photic Driving in Chronic PCP Users, Schizophrenic Patients, and

B354

Normal Controls. Poster Presentation, Society of Biological Psychiatry Annual Meeting, April 29 - May 3, 1992, Washington, D.C. Abstract published in Supplement to Biological Psychiatry, 31 (5A), 1992.

168. Richmond, G., Gulasekaram, B., Costa, J., Roy, S., Bracha, H.S., Potkin, S.G.: Circling Behavior Following Treatment with Placebo, Haloperidol, and Clozapine. Poster Presentation, Society of Biological Psychiatry Annual Meeting, April 29 - May 3, 1992, Washington, D.C. Abstract published in Supplement to Biological Psychiatry, 31 (5A), 1992.

169. Potkin, Steven G.: Invited speaker "Clinical Issues with Clozaril." Orange County Department of Mental Health, Costa Mesa, CA, Oct. 1, 1992.

170. Potkin, Steven G.: Invited speaker "New Research in Schizophrenia." Orange County Alliance for the Mentally Ill meeting, El Toro, CA, Oct. 4, 1992.

171. Potkin, S.G. and Bera, R.: Invited speaker "Research Development in the Treatment of Chronic Mental Illnesses," a public lecture during the Mental Illness Awareness Week sponsored by the Orange County Psychiatric Society and UCI Medical Center Department of Psychiatry. Oct. 6, 1992.

172. Potkin, Steven G.: Invited Speaker "Clozapine and Schizophrenia: Clinical & Brain Imaging Studies." American Osteopathic Association annual meeting, San Diego, Nov. 3, 1992.

173. Hong, C.C.H., Potkin, S., Callaghan, G: "The Reciprocal Relationship between Successive REM Cycles in a Normal Subject: A Consequence of Cholinergic Receptor Regulation? Sleep Research 21, 1992.

174. Potkin, Steven G.: Invited Speaker "What Imaging Studies Following Clozapine Treatment Tell Us About Brain Functioning." University of British Columbia, Department of Psychiatry, Vancouver, Canada, December 3, 1992.

175. Potkin, Steven G.: Invited Speaker "Treatment of Refractory Schizophrenia." University of California, San Diego, Outpatient Psychiatric Services, December 10, 1992.

176. Potkin, Steven G. "Neuroimaging Studies Following Drug Challenge to Understand Schizophrenia and Parkinson's Disease," Workshop chaired by William E. Bunney, at Winter Conference on Brain

44

B355

Research, Jan. 23-30, 1993.

177. Potkin, Steven G.: "Mental Illnesses are Brain Illnesses: Diagnosis, Treatment, and Research." Invited Speaker, Breakfast with California Legislators (sponsored by the California Alliance for the Mentally Ill), Sacramento, CA, Feb. 3, 1993.

178. Potkin, Steven G.: Invited Speaker "New Research and Clinical Use of Clozapine." Royale Health Therapeutic Residential Center, Santa Ana, CA, April 16, 1993.

179. Potkin, S.G., Jin, Y., Rinaldi, P.C., Buchsbaum, M.S., Byrd, R., Melander, G., Sandman, C., Hetridge, R., Young, R.F.: Neuropsychological, EEG and PET Scan Effects of Thalamic Stimulation in Humans: A Model for Schizophrenia. Oral presentation at International Congress on Schizophrenia Research Meeting, Colorado Springs, CO, April 17-21, 1993.

180. Potkin, S.G., Buchsbaum, M.S., Jin, Y., Costa, J., Richmond, G., Telford, J., Tang, C., Najafi, A., Lottenberg, S., Gulasekaram, B., Bunney W.E. Jr.: Clozapine Markedly Affects Glucose Metabolic Rate in the Striatum and Cortex. Oral presentation at International Congress on Schizophrenia Research Meeting, Colorado Springs, CO, April 17-21, 1993.

181. Jin, Y., Potkin, S.G., Sandman, C., Chen, R., Bunney, W.E. Jr.; Schizophrenic-like P- 50 Gating Abnormality Produced in Normal Controls. Poster presentation at International Congress on Schizophrenia Research Meeting, Colorado Springs, CO, April 17-21, 1993.

182. Jin, Y., Wu, J., Sandman, C., Bera, R., Richmond, G., Potkin, S.G.: Negative Symptoms of Schizophrenia Associated with EEG Activity. Poster presentation at International Congress on Schizophrenia Research Meeting, Colorado Springs, CO, April 17-21, 1993.

183. Chaffee, J.F., Wu, J., Minter, M., Sand, M., Potkin, S.G.: Clozapine and Slow Wave Sleep in Schizophrenia. Poster presentation at International Congress on Schizophrenia Research Meeting, Colorado Springs, CO, April 17-21, 1993.

184. Potkin, S.G., Anand, R., and Sandoz Collaborating Centers: A Partial Dopamine Agonist SDZ HDC 912 Has Antipsychotic Efficacy. Poster presentation at International Congress on Schizophrenia Research

B356

Meeting, Colorado Springs, CO, April 17-21, 1993.

185. Potkin, S.G., Bera, R, Gulasekaram, B., Jin, Y., Wu, J., Costa, J., Gerber, B., Richmond, G., Ploszaj, D., Carreon, D., Cooper, T., Sitanggan, K.: High and Low Dose of Clozapine Compared in a Double-Blind Study.  Poster presentation at International Congress on Schizophrenia Research Meeting, Colorado Springs, CO, April 17-21, 1993.

186. Richmond, G. Potkin, S.G., Plon, L., McElroy, T., Jin, Y.:  Zacopride, A 5-HT3 Receptor Antagonist, May Be an Effective Antipsychotic in Schizophrenia.  Poster presentation at International Congress on Schizophrenia Research Meeting, Colorado Springs, CO, April 17-21, 1993.

187. Akbarian, S., Potkin, S.G., Bunney, W.E., Wigal, S.B. Hagman, J.O., Jones, E.G.:  Changes in the Distribution of Nicotinamide-Adenine-Dinucleotide-Phosphate Diaphorase Neurons in the Frontal Lobe of Schizophrenics.  Oral presentation at International Congress on Schizophrenia Research Meeting, Colorado Springs, CO, April 17-21, 1993.

188. Buchsbaum, M.S., Siegel, B., Tang, C., Katz, H., Luu, T., Wu, J., Potkin, S., Bunney, W.E.:  Medial and Lateral Frontal Cortex Metabolic Change in Schizophrenia.  Oral presentation at International Congress on Schizophrenia Research Meeting, Colorado Springs, CO, April 17-21, 1993.

B357

*50771L /0015: 0019*

# ROBERT A. RIESENBERG, M.D.

*CURRICULUM VITAE*

50772IL/0015 0019

030

021396

**DATE OF BIRTH:** August 16, 1949

**BIRTHPLACE:** Memphis, Tennessee

**MARITAL STATUS:** Married with three children

**SOCIAL SECURITY NUMBER:** REDACTED

**CITIZENSHIP:** U.S.A.

## EDUCATION

Memphis State University (Memphis, TN), B.S., (Zoology, Psychology), 1972;

University of Tennessee (Memphis, TN), M.D., 1975.

## HOSPITAL AND CLINICAL APPOINTMENTS

Resident in Psychiatry, Washington University School of Medicine, (St. Louis, MO), Department of Psychiatry (Barnes Hospital), 1975-78;

Veterans' Administration Hospital (Atlanta, GA), 1978-79;

Consultant in Geriatric Psychiatry, North DeKalb Mental Health Clinic (Atlanta, GA), 1979-81;

Private Practice - Psychiatry, BioBehavioral Associates, (Atlanta, GA), 1979 - Present;

Secretary of the Department of Psychiatry, DeKalb General Hospital, (Atlanta, GA), 1981-82;

Designed Behavioral Medicine Unit, Decatur Hospital, (Decatur, GA), Served as Medical Director, 1981-82;

Medical Director,
  BioBehavioral Research Center (Decatur, GA), 1982 - Present;
  T.H.E Sexual Impotency Center (Decatur, GA), 1986 - Present;
  Weight Control Center (Decatur, GA), 1986 - Present;
  Atlanta Center for Medical Research (Decatur, GA), 1988 - Present.

B358

## ACADEMIC AND STAFF APPOINTMENTS

Clinical Assistant Professor of Psychiatry, Emory University School of Medicine (Atlanta, GA), 1978-79

DeKalb Medical Center, Decatur, Georgia

Decatur Hospital, Decatur, Georgia

Wesley Woods Geriatric Hospital, Atlanta, Georgia

## CERTIFICATION

Tennessee Board of Medical Examiners, 1974
FLEX, 1974

## LICENSURE

9398 (State of Tennessee)
19589 (State of Georgia)

DEA Number - AR 8246476

## PROFESSIONAL MEMBERSHIPS

*American Psychiatric Association*

*Georgia Psychiatric Physicians Association*

*American Medical Association*

*DeKalb Medical Society*

*American Academy of Clinical Psychiatrists*

*Associates of Clinical Pharmacology*

*Drug Information Association*

*American Federation for Aging Research*

*Atlanta Ageing Concern*, Board of Directors

*American Geriatric Society*

*Southern Association for Geriatric Medicine*

*American Society on Aging*

B359

## RESEARCH EXPERIENCE

Clinical Medication Trials:

Residency - participation in all phases of tricyclic
antidepressant and development studies;

· Oxaprotiline Hydrochloride (CIBA-GEIGY)

Principal Investigator,
Protocol 07 - Phase III of tricyclic short-term study completed;

Oxaprotiline Hydrochloride (CIBA-GEIGY)

Principal Investigator,
Protocol 12 - Phase III of tricyclic long-term study completed;

Fluoxetine Hydrochloride (LILLY)

Principal Investigator,
Protocol 79 - Phase III of Seratonin reuptake inhibitor short-
term study completed;

Nefazodone (BRISTOL-MEYERS)

Principal Investigator,
Protocol 030A2-000401982 - Phase II of second generation
antidepressant short-term study completed;

Nefazodone (BRISTOL-MEYERS)

Principal Investigator,
Protocol 030A2-0004-1982 - Phase II of second generation
antidepressant long-term study completed;

Etoperidone Hydrochloride (McNEIL)

Principal Investigator,
Protocol EA - Phase II antidepressant short-term study completed;

B360

---

CLINICAL TRIAL EXPERIENCE   *(continued, p. 2/7)*

Etoperidone Hydrochloride (McNEIL)

Principal Investigator,
Protocol EGO - Phase II antidepressant long-term study completed;

Etoperidone Hydrochloride (McNEIL)

Principal Investigator,
Protocol EN - Phase II antidepressant long-term study completed;

Bupropion Hydrochloride (BURROUGHS-WELLCOME)

Principal Investigator,
WELLBUTRIN long-term safety study completed;

Etoperidone Hydrochloride (McNEIL)

Principal Investigator,
Protocol EMD - Phase III antidepressant long-term study completed;

Dothiepin Hydrochloride (BOOTS)

Principal Investigator,
PROTHIADEN long-term study completed;

Enciprazine (WYETH-AYERST)

Principal Investigator
Generalized Anxiety Disorder outpatient study completed;

Anafranil (CIBA-GEIGY)

Principal Investigator,
Obsessive Compulsive Disorder study completed;

B361

## CLINICAL TRIAL EXPERIENCE *(continued, p. 3/7)*

Dothiepin Hydrochloride (BOOTS)

> Principal Investigator,
> PROTHIADEN Phase III study completed;

Sertraline Hydrochloride (PFIZER)

> Principal Investigator,
> Depression/Bipolar *inpatient* study completed;

Tandospirone (PFIZER)

> Principal Investigator,
> Generalized Anxiety Disorder outpatient study completed;

Tandospirone (PFIZER)

> Principal Investigator
> Panic Disorder outpatient study completed;

Etoperidone Hydrochloride (McNEIL)

> Principal Investigator,
> Protocol ERR - Phase III antidepressant study completed;

Venlafaxine Hydrochloride (WYETH-AYERST)

> Principal Investigator,
> Phase III long-term antidepressant study completed;

Sibutramine Hydrochloride (BOOTS)

> Principal Investigator,
> Phase III long-term antidepressant study completed;

B362

## CLINICAL TRIAL EXPERIENCE   *(continued, p. 4/7)*

ICI 170,809 (ICI)

Principal Investigator,
Antidepressant Phase II study completed;

MDL 72,394 (MERRELL DOW)

Principal Investigator,
Single-site antidepressant Phase II study completed;

Tandospirone (PFIZER)

Principal Investigator,
Antidepressant outpatient study completed;

Sertraline Hydrochloride (PFIZER)

Principal Investigator,
Antidepressant outpatient study completed;

Ondansetron (GLAXO)

Principal Investigator,
Generalized Anxiety Disorder outpatient study completed;

Sertraline Hydrochloride (PFIZER)

Principal Investigator,
Open-Label outpatient depression study completed;

Alpidem (LOREX)

Principal Investigator,
Generalized Anxiety Disorder outpatient study completed;

Sertraline Hydrochloride (PFIZER)

Principal Investigator,
Geriatric antidepressant outpatient study underway;

B363

## CLINICAL TRIAL EXPERIENCE   *(continued, p. 5/7)*

Deracyn (UPJOHN)

    Principal Investigator,
    Geriatric Panic outpatient study completed;

Trental (HOECHST-ROUSSEL)

    Principal Investigator,
    Dementia [AAMI] outpatient study completed;

Sertraline Hydrochloride (PFIZER)

    Principal Investigator,
    Panic outpatient study underway;

Sertraline Hydrochloride (PFIZER)
    Principal Investigator,
    Obsessive-Compulsive Disorder study completed;

Linopiridine (DuPONT)

    Principal Investigator,
    Alzheimer outpatient study underway;

HP 029 (HOECHST-ROUSSEL)

    Principal Investigator,
    Alzheimer outpatient study underway;

Venlafaxine Hydrochloride (WYETH-AYERST)

    Principal Investigator,
    Antidepressant outpatient study underway;

A-77000 (TAP ABBOTT )

    Principal Investigator,
    Generalized Anxiety Disorder outpatient study completed;

B364

## CLINICAL TRIAL EXPERIENCE   *(continued, p. 6/7)*

Abecarnil (SANDOZ)

Principal Investigator,
Generalized Anxiety Disorder outpatient study completed;

Sertraline Hydrochloride (PFIZER)

Principal Investigator,
Child & Adolescent Obsessive-Compulsive Disorder study underway;

Zatosetron (LILLY)

Principal Investigator,
Phase I-B Generalized Anxiety Disorder outpatient study completed:

ICI 204,636 (ICI)

Principal Investigator,
Schizophrenia inpatient study completed;

Sertraline Hydrochloride (PFIZER)

Principal Investigator,
Adult Obsessive-Compulsive Disorder study completed;

Deracyn (UPJOHN)

Principal Investigator,
Generalized Anxiety Disorder outpatient study underway;

Pramiracetam (CAMBRIDGE NEUROSCIENCE)

Principal Investigator,
Electroconvulsive Therapy inpatient study completed;

Organon 4428 (ORGANON)

Principal Investigator,
Antidepressant outpatient study underway;

B365

## CLINICAL TRIAL EXPERIENCE   *(continued, p. 7/7)*

Fluvoxamine (UPJOHN)
    Principal Investigator,
    Panic outpatient study underway.

B366

**CURRICULUM VITAE:  Murray Hal Rosenthal, D.O.**

**BORN:**                May 9, 1944 - Philadelphia, Pa.

**MARITAL STATUS:**        Married - REDACTED
                   Children

**CITIZENSHIP:**            United States

**EDUCATION:**

D.O., 1977, Philadelphia College of Osteopathic Medicine, Philadelphia, Pennsylvania

> Honors:  Awarded a MECO Fellowship freshman year

> Founder and president of the St. George Society, medical student branch of the
> American Cancer Society, Philadelphia Chapter, 1974.

M.S., Biochemistry, Experimental Pathology, 1973, Hershey Medical Center, Hershey,
Pennsylvania.

B.S., Biology and Chemistry, 1967, Pennsylvania State University, University Park,
Pennsylvania.

Internship, Strong Memorial Hospital, University of Rochester, Rochester, New York,
1977-78.
Rotating internship Medicine/Psychiatry/Surgery.

Residency, University of California San Diego, School of Medicine, Department of Psychiatry,
1978-81.

As Senior Resident:  supervised first year residents, lectured to medical students, consulted to
Neurology and Physical Rehabilitation.

**State Medical Licenses:**  California, Pennsylvania, New York

**Board Certification:**  American Board of Psychiatry and Neurology, March 1993

B367

Rosenthal MH:        Post MI Depression, Washington Osteopathic Medical Association,
Tacoma, Washington, June 1986.

Rosenthal MH:        Post MI Depression, Family Practice Rounds, University of Utah, June
1986.

Rosenthal MH:        The Many Masks of Depression, College of Osteopathic Medicine of the
Pacific, 4th Annual Seminar, Kauai, Hawaii, July 1986.

Since 1986, Dr. Rosenthal has given 20 - 30 lectures per year on topics such as:

  *The Office Management of Depression in the Primary Care Setting.

  *Anxiety Disorders:Differential Diagnosis and Management.

  *Recognition and Management of Panic Attacks.

  *Mind Mood and Memory:Treating the Geriatric Patient.

  *Updates in Psychopharmacology.

  *The Many Faces of Depression.

  *Recognition and Treatment of Psychiatric Illness in the Head Injury Patient.

  *Pseudodementia: Recognition and Treatment.

  *The Chronic Pain Patient.

  *Behavioral Approaches in Managing the Geriatric Patient.

  *Prozac, Why the Controversy?

  *The Coming Revolution in Psychopharmacology or, 'What is a Receptor Anyway?'.

  *The Battered Woman Syndrome: Recognition and Intervention.

  *Identifying Eating Disorders (Bulimia and Anorexia) in the Primary Care Setting.

  *The Differential Diagnosis of Anxiety Disorders.

  *An Integrated Psycho-Social Model for Understanding Depression.

  *Assessing and Treating Coexistent Psychiatric Disorders.

B368

Preceptor for 3rd and 4th year medical students from College of Osteopathic Medicine of the Pacific, January, 1988 - present.

Psychiatric consultant/director to the Family Practice Associates Managed Care. Assisted in the development of a managed mental health program and kept cost ppm to $0.35 for 20K population. March, 1992 - March, 1993.

Director of Research, Alvarado Parkway Institute, San Diego, Ca. October, 1991 - November, 1992.

Psychiatric reviewer/consultant to Southcoast Physicians Group (Harbor View Hospital), San Diego, Ca. January, 1991 - June, 1993.

## SEMINARS:

Rosenthal MH:         Recent Advances in American Psychopharmacology, Ahnding Psychiatric Hospital, Peking, China, September, 1981.

Rosenthal MH:         Lecture Series: Clinical Management of the Agitated Head Injured Patient; Sharp Rehabilitation Center, San Diego, California, June-September 1982.

Rosenthal MH:         Pharmacology of Memory; Neuroskills Center, Bakersfield, California, November 1982.

Rosenthal MH:         New Generation Antidepressants, Gladman Mental Hospital, Oakland, California, November 1982.

Rosenthal MH:         Depression - New Generation Antidepressants; University of Utah Medical Center, Salt Lake City, Utah, February 1983.

Rosenthal MH:         Seminar in Office Management of the Depressed Patient; Cypress Foundation Series, Monterey, California, April, 1983.

Rosenthal MH:         New Generation Antidepressants; County Mental Hospital, Stockton, California, April 1983.

Rosenthal MH:         Depression - biological theories and pharmacological treatment; Gladman Mental Hospital, Oakland, California, April 1983.

Rosenthal MH:         New Generation Antidepressants - progress in the pharmacotherapy of depression; Alaskan Medical Society, Anchorage, Alaska, April 1983.

Rosenthal MH: Gold M:, Davis J:   American Psychiatric Association Meeting, New York, New York, New Generation Antidepressants; Sponsored by American College of Psychiatry, May 1983.

B369

Rosenthal MH:        New Generation of Antidepressants, American College of General
Practitioners in Osteopathic Medicine and Surgery, Costa Mesa, California, September 1984.

Rosenthal MH:        The Many Faces of Pain, American Osteopathic Association, Las Vegas,
Nevada, November 1984.

Rosenthal, MH:        Depression and the Mixed Bag Patient, Mercy Hospital and Medical
Center, San Diego, California, November 1984.

Rosenthal MH:        Assessment, Diagnosis and Treatment of the Emotional Component of
Pain, American Osteopathic Association, las Vegas, Nevada, November 1984.

Rosenthal MH:        Psychiatric Aspects of Cardiovascular Disease and Surgery, Anaheim
Memorial Hospital, Anaheim, California, January 8, 1985.

Rosenthal MH:        Post MI Depression Syndrome, South Coast Medical Center, South
Laguna, California, March 1985.

Rosenthal MH:        Definition and Differential Diagnosis of Dementia, Delirium and
Pseudodementia, Alvarado Parkway Institute, San Diego, California, March 1985.

Rosenthal MH:        Depression in the Post MI Patient, Michigan Osteopathic Medical Center,
Detroit, Michigan, September 1985.

Rosenthal, MH:        Post MI Depression Syndrome, Desert Samaritan Hospital, Mesa,
Arizona, October 1985.

Rosenthal MH:        Post MI Syndrome, Mt. Clemens General Hospital, Mt. Clemens,
Michigan, November 1985.

Rosenthal MH:        Psychiatric Consequences of Head Injury, Michigan Osteopathic Medical
Center, November 1985.

Rosenthal MH:        Panic Disorders, Kirksville College of Osteopathic Medicine, Las Vegas,
Nevada, February 1986.

Rosenthal MH:        Management of Post MI Depression, Kirksville College of Osteopathic
Medicine, Las Vegas, Nevada, February 1986.

Rosenthal MH:        Post MI Management and Panic Disorders, National Osteopathic Health
Conference, St. Louis, Missouri, April 1986.

Rosenthal MH:        Pharmacological Treatment of Depression, American Association of
Osteopathic Specialists, Anaheim, California, June 1986.

B370

Rosenthal MH:      Pharmacology of Memory; Philadelphia College of Osteopathic Medicine, Philadelphia, Pennsylvania, May 1983.

Rosenthal MH:      Psychiatric Emergencies; American College of General Practitioners - Osteopathic, Newport Beach, California, September 1983.

Rosenthal MH:      Moderator, Symposium on Current Trends in Clinical Psychiatry, Guest Speakers:      Dr. James Ferguson, Dr. Heywood Zeidman, Dr. Sharon McClure, Dr. James McClure, Veterans Administration Hospital, Fresno, California, October 1983.

Rosenthal MH:      Post MI Depression; Kirksville School of Osteopathic Medicine - CME Symposium, Las Vegas, Nevada, February 1984.

Rosenthal MH:      Depression - Biological Theories and Pharmacotherapy; Montana Medical Association, Bozeman, Montana, February 1984.

Rosenthal MH:      Assessment, Diagnosis and Treatment of Anxiety Associated with Chronic Illness; Minnesota Medical Association, Duluth, Minnesota, February 1984.

Rosenthal MH:      Office Management of Clinical Depression; American College of General Practitioners - Osteopathic, Orlando, Florida, march 1984.

Rosenthal MH:      Anxiety of the Critically Ill; Arizona Osteopathic Medical Association, Las Vegas, Nevada, March 1984.

Rosenthal MH:      Psychiatric Consequences of Head Injury; St. Mary's Medical Center, San Francisco, California, April 1984.

Rosenthal MH:      Psychobiology of Anxiety and Therapeutic Strategies, University Hospital, Uppsala, Sweden, April 1984.

Rosenthal MH:      Anxiety in Critically Ill Patients, Arizona Society of ACGP, Phoenix General Hospital, Phoenix, Arizona, June 1984.

Rosenthal MH:      Treatment of Depression; The College of Osteopathic Medicine of the Pacific, U.S. Virgin Islands, June 1984.

Rosenthal MH:      Depression:  Differential Diagnosis and Treatment; Memorial Hospital of Natrona County, Casper, Wyoming, July 1984.

Rosenthal MH:      Post MI Depression; St. Jude Hospital and Rehabilitation Center, Fullerton, California, August 1984; San Clemente General Hospital, September 1984; Mission Community Hospital, Mission Viejo, California, October 1984; Fountain Valley Community Hospital, October 1984; Humana Hospital, November 1984.

B371

*Mind vs Mood Altering Drugs.

*Community-Based Schizophrenia Research.

*Assessing Movement Disorders in a PHP Setting.

*The Use of Research Assessments (PANNS, BPRS, etc.) in a PHP setting.

## MEDIA EXPERIENCE:

1989 - 1990  "Ask the Psychiatrist" - co-hosted with Ken Kramer on KSD0 Radio, 1130 AM, San Diego, California.

1988 - 1991  Regular on Sun Up San Diego - KFMB TV 8 in San Diego. (The show was discontinued March 1991)

1986 -  Regular guest on "Bill Balance Show, " KFMB Radio 760 AM

1988 -  Psychiatric Consultant to KSDO Radio 1130 AM, San Diego, California.  Regularly asked to do guest interviews on talk shows and news commentary on topical subjects.

1989 -  Appears regularly on local television newscasts and talk shows on channels; 8, 10, 39, and 51)

1993 -  "Taking Control:  Mental Health Challenges of the 90's"  Fox Cable TV series on mental health issues.  Personally helped develop and co-host.

## TRAINING FILMS:

1991 -  CAPS (for PTSD), Montgomery-Asberg Depression Scale and the Hamilton Anxiety Scale. Produced for Ciba-Geigy.

1992 -  Hamilton Anxiety Rating Scale in Adults and Seniors. Sandoz Pharmaceuticals (included presentation and interrater reliability evaluation).

## DRUG STUDIES:

1981 - May 1985:   Clinical Investigator, Fluoxetine Study, protocols 33 & 34, double-blind inpatient and outpatient geriatric antidepressant study with crossover and long term option. Lilly Pharmaceutical.

1981 - May 1985:   Clinical Investigator, open, uncontrolled multicenter assessment of the safety of Wellbutrin in patients requiring treatment with an antidepressant.

B372

––––––

1982 - May 1985: Clinical Investigator, BW647U-03, double-blind outpatient antidepressant study. Burroughs Wellcome Company.

1982 - 1983: Clinical Investigator, Zimelidine Study, protocol 108-303, double-blind outpatient geriatric antidepressant study with long term followup. Astra Pharmaceutical.

1982 - May 1985: Clinical Investigator, Trazodone Study, protocol 1368, double-blind outpatient antidepressant study with long term followup. Mead Johnson Pharmaceutical.

1982 - May 1985:   Clinical Investigator, Fluoxetine Study, protocols 27 & 28, double-blind outpatient antidepressant study with crossover and long term options. Lilly Pharmaceutical.

1983 - 1984: Clinical Investigator, Fluoxetine Study, protocol 39, outpatient antidepressant study. Lilly Pharmaceutical.

1983 - 1984: Clinical Investigator, MJ13754, open-dose response study of MJ13754 in depressed hospitalized patients. Mead Johnson Pharmaceutical.

1983 - May 1985: Clinical Investigator, Adinazolam Study, protocol 6331, double-blind outpatient antidepressant study with long term followup, Upjohn Pharmaceutical.

1983 - May 1985:   Clinical Investigator, Fluoxetine Study, protocols 29 & 30, double-blind inpatient and antidepressant study with crossover and long term options. Lilly Pharmaceutical.

1983 - May 1985: Clinical Investigator, Moban Study, double-blind outpatient antipsychotic study. Dupont Pharmaceutical.

1984 - May 1985: Clinical Investigator, Wellbutrin Study, protocol 39, outpatient anti-depressant study. Burroughs Wellcome Company.

1984 - May 1985:   Clinical Investigator, Clovoxamine Study, double-blind outpatient antidepressant study. Kali-Duphar Labs.

1984 - May 1985:  Clinical Investigator, BW647U, double-blind evaluation of the safety and efficacy of BW647U vs placebo in depressed inpatients with a major affective disorder, Burroughs Wellcome Company.

1987 - 1989:  Designated Clinical Investigator, Paroxetine Study, to assess the long term efficacy and safety on a population of depressed outpatients (open label), Beecham Labs.

1988 - 1989:  Designated Clinical Investigator, Buspar Study, to assess how this drug covers the withdrawal from specific benzodiazopines, Bristol Meyers Company.

1988 - 1989:  Designated Clinical Investigator, Xanax S.R. Study, to assess the effectiveness of new formulation of Xanax in a population of panic patients, Upjohn Company.

B373

1989 - Designated Clinical Investigator, evaluation of the effects of SQ29852 in patients with generalized anxiety disorder, Squibb Pharmaceutical.

1989 - Designated Clinical Investigator, evaluation of the effects of SQ29852 in patients with Alzheimer's Disease, Squibb Pharmaceutical.

1989 - Designated Clinical Investigator, evaluation of the effects of SQ29852 in patients with age-associated memory impairment, Squibb Pharmaceutical.

1989 - Designated Clinical Investigator, a double-blinded placebo controlled, multi-centered study to evaluate the safety, efficacy and tolerability of Sibutramine Hydrochloride 5.10 and 20 mg. daily) vs. desipramine hydrochloride (150g daily) in out-patients with major depression, Boots Pharmaceutical.

1989 - Designated Clinic Investigator, Levoprotaline/Desipramine/ placebo trial in major depressive disorder, Ciba-Geigy Pharmaceutical Co.

1989 - Designated Clinical Investigator, Tomoxetine/Desipramine/ placebo trial in major depressive disorder, Eli Lilly Research Laboratories.

1990 - Designated Clinical Investigator, Fluoxetine vs. placebo in geriatric patients with major depressive disorder, Eli Lilly Research Laboratories.

1990 - Designated Clinical Investigator, Efficacy and Safety of SC48274 at 5 mg and 100 mg in Generalized Anxiety Disorder, Searle.

1990 - Designated Clinical Investigator, A double-blind comparison of CGS-15040A vs placebo in patients with Generalized Anxiety Disorder, Ciba Geigy.

1991 - Designated Clinical Investigator, A multicenter, randomized, double-blind, placebo - controlled comparison of Paroxetine and Fluoxetine in the treatment of major depressive disorder, SmithKline Beecham.

1991 - Designated Clinical Investigator, A prospective randomized double - blind, placebo - controlled, multicenter, parallel groups comparison of the efficacy and safety of Abecarnil (7.5 - 17.5 mg) and Alprazolam (1.5 - 3.5 mg) in outpatients with generalized anxiety disorder, Sandoz Pharmaceuticals Corporation.

1991 - Designated Clinical Investigator, A double - blind, parallel comparison of three doses of Sertraline and placebo in outpatients with panic disorder, Pfizer Pharmaceuticals.

1991 - Designated Clinical Investigator, A double - blind comparison of Sertraline and placebo in children and adolescents with obsessive compulsive disorder, Pfizer Pharmaceuticals.

1991 - Designated Clinical Investigator, LY 277359-(Zatosetron) - Phase Ib- Zatosetron in patients with generalized anxiety disorder, Lilly Research Laboratories.

B374

1991 - Designated Clinical Investigator, A multi-center, double-blind, parallel group safety, tolerance and efficacy comparison of placebo and HP 029 (225mg-/d and 150nm/d) in outpatients with Alzheimer's Disease, Hoechst-Roussel Pharmaceuticals.

1991 - Designated Clinical Investigator, A two year, multicenter, randomized, double-blind controlled parallel group study of Cycloserine in the treatment of Alzheimer's disease with six months placebo control, Searle Research and Development.

1992 - Designated Clinical Investigator, A prospective, randomized, double-blind, placebo-controlled, multicenter, parallel -groups comparison of the efficacy and safety of Abecarnil (3.0-9.0 mg) and Lorazepam (1.5-4.5 mg) in elderly outpatients with anxiety symptoms, Sandoz Pharmaceuticals Corporation.

1992 - Designated Clinical Investigator, A comparison of the safety and efficacy of flexible dose levels of Sertraline and Nortriptyline in the treatment of depressed elderly outpatients, Pfizer Pharmaceuticals.

1992 - Designated Clinical Investigator, A placebo controlled double-blind parallel group efficacy, safety and tolerability trial of Brofaromine in patients with post-traumatic stress disorder, Ciba-Geigy.

1992 - Designated Clinical Investigator, A double-blind, placebo-controlled, multi-center trial comparing 30mg of Buspar given two times daily versus three times daily in patients with generalized anxiety disorder, Bristol-Meyers Squibb.

1992 - Designated Clinical Investigator, Amesergide (LY237733) versus placebo in the treatment of patients with psychogenic impotence, Eli Lilly & Company.

1992 - Designated Clinical Investigator, Pharmacokinetic study of Sertraline with Children and Adolescents who have OCD or Depression. Open label with extension, Pfizer Pharmaceuticals

1992 - Designated Clinical Investigator, Sertraline-Pharmacokinetic Study of Children and Adolescents with Depression and OCD, Pfizer Pharmaceuticals .

1993 - Designated Clinical Investigator, Efficacy and safety study of Besiperdine in patients with Alzheimer's Disease, Hoechst Roussel Pharmaceuticals.

1993 - Designated Clinical Investigator, Olanzapine versus Haloperidol in the treatment of Schizophrenia and other Psychotic Disorders, Lilly Research Laboratories.

1993 - Designated Clinical Investigator, Cycloserine in Post-Traumatic Memory Impairment ( a pilot study), G.D. Searle & Co.

1993 - Designated Clinical Investigator, Double-blind comparison of three doses of Tandospirone vs placebo in outpatient adults with Major Depressive Disorder, Pfizer Pharmaceuticals.

B375

1993 - Designated Clinical Investigator, HP-873, A Study of the efficacy of 4mg and 8mg vs placebo treatment of Schizophrenic inpatients, Hoechst Roussel Pharmaceuticals.

1993- Designated Clinical Investigator, A Multicenter, Double-blind, Randomized, Controlled, Multiple Fixed-Dose and Dose regimen Comparison of Seroquel and Haloperidol in the Prevention of Psychotic Relapse in outpatients with Chronic or Subchronic Schizophrenia, Zeneca Pharmaceuticals Group.

1993- Designated Clinical Investigator, An Open-Label Assessment of the Long-Term safety of Sertindole in the Treatment of Patients with Schizophrenia and Other Psychotic Disorders. Protocol #m93061, Abbott Neuroscience Venture.

1993- Designated Clinical Investigator, A Prospective, Multicenter, Open-Label Study of Serzone (Nefazadone) in the Management of Patients with Symptoms of Depression in General Psychiatric Practices, Bristol-Myers Squibb Pharmaceuticals.

1994- Designated Clinical  Investigator of  Safety Surveillance for Wellbutrin Sustained Release, Burroughs Wellcome Co.

1994- Designated Clinical Investigator/Medical Moniter for Multi-Site Study of CP-88,059-1, an Eight Week, Double-Blind, Haloperidol-Controlled Study Evaluting the Safety and Efficacy of Oral CP-88,059-1 in the Maintenance Treatment of Outpatients with Schizophrenia or Schizoaffective Disorder and Alcohol or Cannabis Abuse/Dependence, Pfizer Pharmaceuticals.

1994- Designated Clinical Investigator, CP-88,059-1, A study of Safety and Efficacy of several different doses of CP-88, vs different doses of haloperidol, in the treatment of Outpatient Schizophrenic patients, Pfizer Pharmaceuticals.

1994- Designated Clinical Investigator, M93-132, A Double-Blind comparison of Sertindole and Haldol, of Safety, Efficacy, Quality of Life, and Relapse in stable Schizophrenic patients, Abbott Laboratories.

1994- Designated Clinical Investigator, M93-113, A Double-Blind, Placebo-Controlled Dose-Response Comparison of the Safety and Efficacy of Three Doses of Sertindole and Three doses of Haldol in Schizophrenic Patients, Abbott Labortories.

1994- Designated Clinical Investigator, SAB-USA-25, Clinical evaluation of Efficacy and Safety of Sabeluzole in the Treatment of Alzheimer's Disease, Janssen Research Foundation.

1994- Medical Moniter for, A Double-blind Comparison of Low and High Dose of Buspar Verses Placebo in Agitated Geriatric Patient's with Alzheimer's Disease, Bristol Myers Squibb.

B376

_____

## PUBLICATIONS:

Rosenthal, MH: "Cyclic Amp in the Control of Melanoma Cell Replication and Differentiation." Journal of National Cancer Institute 50 (1973): 555-58.

Rosenthal, MH: "Quantitative Assay of Melanin in Melanoma Cells in Culture and in Tumor." Annals of Biochemistry 56 (1973): 91-99.

Rosenthal, MH: "Inhibition of Melanogenesis with 5-BuDr Treatment in a Single Period of DNA Synthesis." Journal of National Cancer Institute 52 (1974): 1537-40.

Rosenthal, MH: "Maturation and Differentiation of B-16 Melanoma Cells Induced by Theophylline Treatment." Journal of National Cancer Institute 54 (1975): 1457-67.

Rosenthal, MH; Gold, M; Davis, J:    "New Generation Antidepressants." Audio tape for the American College of Psychiatry Update Series. New York, New York, May 1983.

Rosenthal, MH; Feighner, JP; Damlouji, NF: "Recent Advances in Antidepressants." Pharmacotherapy of Affective Disorders: Theory and Practice, Edited by W.G. Dewhurts and G.B. Baker, New York University Press, 1985.

Feldman, Theodore, Tilker, Harvey A., Rosenthal, Murray H., (1992) Psychopharmacology, In R. Meyer The Clinician's Handbook (Third Edition), Boston: Allyn & Bacon.

E. Schweitzer, W. Patterson, K. Rickles, M. Rosenthal: A Once-A-Day, Slow-Release Form of Alprazolam for the Treatment of Panic Disorder: A Placebo-Controlled Study. The American Journal of Psychiatry, August, 1993.

Smith W., Ferguson J., DuBoff E., Rosenthal M.: Discriminating Placebo and Drug in GAD Trials: Single versus Multiple Clinical Raters. Psychopharm Bulletin, submitted June, 1993.

R. J. Katz, P.S. Landau, M. Lott, A. Bystritsky, B. Diamond, R. Hoehn-Saric, M. Rosenthal, and C. Weise: Serotonergic (5-ht2) Mediation of Anxiety-Therapeutic Effects of Serzepine in Generalized Anxiety Disorder. Biological Psychiatry, Volume 34, Number 1, July 1, 1993.

David J. Goldstein, M.D., Michael G. Wilson, M.S., Vicki L Thompson B.S.N., et. al., (The Fluoxetine Bulimia Nervosa Research Group): Long-Term Fluoxetine Treatment of Bulimia Nervosa. Submitted to: British Journal of Psychiatry, September, 1993.

B377

## PROFESSIONAL SOCIETIES:

American Psychiatric Association
San Diego County Medical Society
San Diego County Osteopathic Medical Society
American Osteopathic Association
American Academy of Clinical Psychiatrists
American Society of Clinical Hypnosis
Osteopathic Physicians and Surgeons of California

## PROFESSIONAL APPOINTMENTS:

Clinical Psychiatrist in private practice, Psychiatric Centers at San Diego, San Diego, California - October, 1981 to May, 1985.

Clinical Investigator for the Feigner Research Institute, La Mesa, California - October 1, 1981 to May, 1985.

Consultant to the Head Trauma Unit, Sharp Memorial Hospital, San Diego, California - January, 1982 to present.

Consultant to the Heart Transplant Team and Cardiac Center, Sharp Memorial Hospital, San Diego, California, January, 1985 to present.

Clinical Psychiatrist in private practice, Medical Director, Behavioral Medicine Research, San Diego, California - May, 1985 to present.

Clinical Director, "The Balance Program" - inpatient eating disorders program at Harbor View Medical Center, San Diego, California - July, 1986 to March, 1991.

Consultant to San Diego City School System, Dr. George Flanagan, Certified Personnel Director - May, 1989 to present.

Board of Directors, San Diego Phobia Foundation - September, 1987 - August, 1993.

Consultant to the California State Attorney General, San Diego Division - June, 1989 - present.

Psychiatric medical reviewer/consultant, Prudential Insurance Company, San Diego County, June, 1990 - May, 1992.

Managed care psychiatric consultant/provider to Family Practice Associates, a San Diego based HMO, January, 1990 - March, 1993.

B378

**REFERENCES FOR MURRAY H. ROSENTHAL, D.O.:**

Dr. Howard Robin, Chief of Pathology
Sharp-Cabrillo Hospital
Kenyon Street, San Diego, CA
REDACTED

Dr. Marc Sternberg
c/o KaiserPermanente, Clairemont Office
REDACTED

. Dr. Dominic Addario, Medical Director
Mercy Hospital, San Diego, CA
REDACTED

Dr. Sol Lizerbram, Medical Director Pru Care
(Prudential), Medical Director of Family Practice Associates,
San Diego, Ca. REDACTED

Dr. George Flanagan, Certified Personnel Director, San Diego City
Schools, San Diego, Ca
REDACTED

Dr. David Simon, Chief of Staff (93-94)
Sharp-Cabrillo Hospital
Kenyon St., San Diego, Ca
REDACTED

B379

*CF*

CURRICULUM VITAE

*507726/0015* | *21*
*93* | *030*
*7/7/93*

John Rotrosen, M.D.
Professor
Department of Psychiatry
New York University School of Medicine

Chief, Psychiatry Service
New York Department of Veterans Affairs Medical Center
423 East 23rd Street
New York, New York 10010

Telephone (212) 340-6802

Born: March 9, 1947, New York, NY

Education:

| | |
|---|---|
| Rutgers College, New Brunswick, NJ | 1965-1968 |
| New York University School of Medicine MD with Honors in Psychiatry and Pharmacology | 1968-1972 |

Postdoctoral Training:

| | |
|---|---|
| Psychiatric Research Residency, NYU School of Medicine | 1973-1976 |

Medical Licensure:

New York State #127684

Board Certification:

| | |
|---|---|
| American Board of Psychiatry and Neurology (Psychiatry) | 1983 |

Academic Appointments:

| | |
|---|---|
| Instructor of Psychiatry, NYU School of Medicine | 1976-1978 |
| Assistant Professor of Psychiatry, NYU School of Medicine | 1978-1980 |
| Associate Professor of Psychiatry, NYU School of Medicine | 1980-1988 |
| Professor of Psychiatry, NYU School of Medicine | 1988- |

RECEIVED

JUL 07 1993

CLINICAL &
MEDICAL AFFAIRS

B380

Hospital Appointments:

| | |
|---|---|
| Bellevue Hospital | 1976-1980 |
| Chief, Psychiatry Service, NY DVA Medical Center | 1980- |
| Research Collaborator, Medical Department<br>Brookhaven National Laboratories, Upton, NY | 1980- |

Professional Societies:

American College of Neuropsychopharmacology
Society of Biological Psychiatry
New York Academy of Sciences
American Association for the Advancement of Science

Major Research Interests:

Biological psychiatry, psychopharmacology

B381

PUBLICATIONS:

1. Rotrosen J, Wallach MB, Angrist B and Gershon S:  Antagonism of apomorphine-induced stereotypy and emesis in dogs by thioridazine, haloperidol and pimozide.  Psychopharmacologia 26:185-194, 1972.

2. Rotrosen J, Angrist BM, Wallach MB and Gershon S:  Absence of serotonergic influence on apomorphine-induced stereotypy.  Europ. J. Pharmacol. 20:133-135, 1972.

3. Wallach MB, Rotrosen J and Gershon S:  A neuropsychopharmacological study of phenmetrazine in several animal species.  Neuropharmacol. 12:541-548, 1973.

4. Angrist B, Rotrosen J and Gershon S:  Assessment of tolerance to the hallucinogenic effects of DOM. Psychophamacologia 36:203-207, 1974.

5. Friedman E, Rotrosen J and Gershon, S.: Effects of acute cocaine treatment on the turnover of 5-hydroxytryptamine in the rat brain.  Br. J. Pharmac. 54:61-64, 1975.

6. Rotrosen J, Friedman E and Gershon S:  The search for the dopamine receptor: tribulations (a study of binding properties of 3H-pimozide to brain tissue and to artificial membrane.  Psychopharmacol. Communications 1:229-237, 1975.

7. Rotrosen J, Friedman E and Gershon S:  Striatal adenylate cyclase activity following reserpine and chronic chlorpromazine administration in rats.  Life Sciences 17:563-568, 1975.

8. Friedman E, Rotrosen J, Gurland M, Lambert GA and Gershon S:  Enhancement of reserpine-elicited dopaminergic supersensitivity by repeated treatment with apomorphine and alpha-methyl-para- tyrosine.  Life Sciences 17:867-874, 1975.

9. Angrist BM, Rotrosen J, Aronson M and Gershon S:  A morphanthridine derivative in schizophrenic patients - lack of extrapyramidal symptoms.  Curr. Ther. Res. 20:94-98, 1976.

10. Rotrosen J, Angrist BM, Gershon S, Sachar EJ, and Halpern F: Dopamine receptor alteration in schizophrenia: neuroendocrine evidence. Psychopharmacology 51:1-7, 1976.

11. Rotrosen J, Angrist BM, Gershon S, Sachar EJ, and Halpern FS: Neuroendocrine assessment of dopaminergic activity in schizophrenia. In: Advances in Biochem. Psychopharmacol. Vol. 16, E Costa and GL Gessa, Eds., Raven Press, New York, 1977, pp. 649-653.

12. Angrist BM, Rotrosen J, Kleinberg D, Merriam V and Gershon S: Dopaminergic agonist properties of ephedrine - theoretical implications. Psychopharmacology 55:115-120, 1977.

13. Rotrosen J, Angrist B, Paquin J, Gurland M, Branchey L, Gershon S, Sachar EJ, and Halpern F: Neuroendocrine studies with dopamine agonists in schizophrenia. Psychopharmacol. Bull. 14:14-17, 1978.

14. Sakalis G, Sudilovsky A, Traficante LJ, Sathananthan GL, Rotrosen J, Vanvunakis H, and Gershon S: Clinical response and plasma levels of fluphenazines: Pharmacokinetic and methodologic considerations. In: Depot Fluphenazines: Twelve Years of Experience, Ed. F Ayd, Ayd Medical Communications, Baltimore, Md., 1978, p. 72-87.

15. Shenkman L, Traficante LJ, Rotrosen J, and Gershon S: Effects of lithium on the membrane-bound $Mg+2$ - ATPase of mouse neuroblastoma cells.  Communications in Psychopharmacology 2:65-72, 1978.

B382

16. Traficante LJ, Shenkman L, Rotrosen J, and Gershon S.: Stimulation of membrane-bound Mg++ ATPase of mouse neuroblastoma by concanavalin A and wheat germ agglutinin. Life Sciences 22:1059-1066, 1978.

17. Rotrosen J, Angrist BM, Gershon S, Aronson M, Sachar E, Gruen P, Denning RK, Stanley M, Wilk S, and Matthysse S: Thiethylperazine: Clinical antipsychotic efficacy and correlation with potency in predictive systems. Archives Gen. Psychiat. 35:1112-1118, 1978.

18. Rotrosen J, Angrist BM, Clark C, Gershon S, Sachar EJ, and Halpern F: Suppression of prolactin by dopamine antagonists in schizophrenics and controls. Am J. Psychiat. 135:8, pp. 949-951, 1978.

19. Rotrosen J, Miller A, Mandio D, Traficante LJ, and Gershon S: Reduced PGE1 stimulated 3H-cAMP accumulation in platelets from schizophrenics. Life Sciences 23:1989-1996.

20. Rotrosen J, Miller A, Mandio D, Traficante LJ, and Gershon S: Reduced response to PGE1 in schizphrenia. IRCS Medical Science 6:281, 1978.

21. Rotrosen J, Traficante LJ, Covner B, Basuk P, and Gershon S: Effects of plant lectins on cation-activated brain ATPases. Life Sciences 23:1241-1248, 1978.

22. Angrist B, Ain M, Rotrosen J, Gershon S, Sachar EJ, and Halpern F: Behavioral and neuroendocrine effects of low dose ET-495: Antagonism by haloperidol. J. Neural Trans. 44:249-262, 1979.

23. Traficante LJ, Sakalis G, Siekierski J, Rotrosen J, and Gershon S: Rapid in vitro sulfoxidation of chlorpromazine by human blood: Inhibition by an endogenous plasma protein factor. Life Sciences 24:337-346, 1979.

24. Stanley M, Rotrosen J, Sculerati N, Gershon S, Kuhn C, and Cohen BM: Atypical antidopaminergic properties of CI-686; a potential antipsychotic agent. Psychopharmacology 66:23-27, 1979.

25. Traficante LJ, Rotrosen J, Sierkierski J, Tracer H, and Gershon S: Purification and partial characterization of a human brain enzyme: Specificity for Met-enkephalin. IRCS Med. Sci. 7:561, 1979.

26. Stanley M, Rotrosen J, Lautin A, Wazer D, and Gershon S.: Tardive dyskinesia and metoclopramide. Lancet p. 1190, December 1, 1979.

27. Stanley M, Lautin A, Rotrosen J, and Gershon S: Antipsychotic efficacy of metoclopramide: Do DA/neuroleptic receptors mediate the action of antipsychotic drugs? IRCS Med. Sci. 7:322, 1979.

28. Rotrosen J and Gershon S: Growth hormone, prostaglandins, and receptor sensitivity in schizophrenia. In: Biological Psychiatry Today, J. Obiols et al (eds), Elsevier/North-Holland Biomedical Press, Amsterdam, 1979, pp. 123-127.

29. Rotrosen J, Angrist B, Gershon S, Paquin J, Branchey L, Oleshansky M, Sachar BJ, and Halpern F.: Neuroendocrine effects of apomorphine: Characterization of response patterns and their use in schizophrenia research. Brit. J. Psychiatry 135:444-456, 1979.

30. Angrist B, Rotrosen J, and Gershon S: Assessment of dopaminergic function in schizophrenia. Psychopharmacol. Bull. 16:59-60, 1980.

31. Angrist B, Rotrosen J, and Gershon S: Responses to apomorphine, amphetamine and neuroleptics in schizophrenic subjects. Psychopharmacology 67:31-38, 1980.

B383

32. Rotrosen J, Miller A, Mandio D, Traficante LJ, and Gershon S: Prostaglandins, platelets and schizophrenia. Arch. Gen. Psychiatry 37:1047-1054, 1980.

33. Lautin A, Wazer D, Stanley M, Rotrosen J, and Gershon S: Chronic treatment with metoclopramide induces behavioral supersensitivity to apomorphine and enhances specific binding of 3H-Spiroperidol to rat striata. Life Sciences, 27:305-316, 1980.

34. Rotrosen J, Stanley M, Kuhn C, Wazer D, and Gershon S: Experimental dystonia induced by quarternary-chlorpromazine. Neurology 30:878-881, 1980.

35. Rotrosen J, Mandio D, Segarnick D, Traficante LJ, and Gershon S: Ethanol and prostaglandin E1: Biochemical and behavioral interactions. Life Sciences, 26:1867-1876, 1980.

36. Traficante LJ, Rotrosen J, Siekierski J, Tracer H, and Gershon S: Enkephalin inactivation by n-terminal tyrosine cleavage: Purification and partial characterization of a highly specific enzyme from human brain. Life Sciences, 26:1697-1706, 1980.

37. Traficante LJ, Siekierski J, Rotrosen J, and Gershon S: Antibiotics as inhibitors of enkephalin degradation by human brain. Pharmacol. Res. Commun., 12:575-580, 1980.

38. Rotrosen J, Stanley M, Lautin A, Wazer D, and Gershon S: Discrimination of functionally heterogeneous receptor subpopulations: Antipsychotic and antidopaminergic properties of metoclopramide. Psychopharmacol. Bull., 17:110-113, 1981.

39. Stanley M, Lautin A, Rotrosen J, Kleinberg D, and Gershon S: Metoclopramide: Antipsychotic efficacy of a drug lacking potency in receptor models. Psychopharmacology, 71:219-225, 1980.

40. Georgotas A, Gerbino L, Jordan B, McCarthy M, Gershon S, Kleinberg D, Lautin A, Stanley M, and Rotrosen J: A double-blind comparison of Trebenzomine and Thioridazine in the treatment of schizophrenia. Psychopharmacology, 73:292-294, 1981.

41. Friedman E, Hallock M, Rotrosen J, and Dallob A: The Effect of a novel psychotropic agent, Trebenzomine, on brain and platelet uptake systems. Research Communications in Psychology, Psychiatry and Behavior, 6:289-294, 1981.

42. Angrist B, Rotrosen J, and Gershon S: Differential effects of amphetamine and neuroleptics on negative vs. positive symptoms in schizophrenia. Psychopharmacology, 72:17-19, 1980.

43. Angrist B and Rotrosen J: Dopaminergic and nondopaminergic elements in schizophrenia. In: Clinical Pharmacology of Apomorphine and Other Dopaminomimetics. G.U. Corsini and G.L. Gessa (eds.), Raven Press, 2:33-38, 1981.

44. Cordasco-Mandio D, Segarnick DJ, and Rotrosen J: Human platelet phospholipid methylation. Life Sciences, 29:2299-2309, 1981.

45. Brodie JD, Volkow N, and Rotrosen J: Principles and application of PET in neuroscience. In: Handbook of Neurochemistry. Abel Lajtha, Ed., Plenum Publishing, N.Y., 15:331-347, 1983.

46. Wazer DE, Stanley M, and Rotrosen J: The Benzamides: Evidence for action at dopamine receptors - Shortcomings of current models. In: The Benzamides. M Stanley and J Rotrosen, Eds. Raven Press, New York, pp. 83-95, 1982.

B384

47. Segarnick DJ, Cordasco-Mandio D, and Rotrosen J: Biochemical and behavioral interactions of prostaglandin E1 and alcohol. In: Clinical Uses of Essential Fatty Acids, p. 175-189, DF Horrobin, Ed. Eden Press Inc., New York, 1982.

48. Serby M, Corwin J, Groher M, and Rotrosen J: Meeting Report. Proceedings of the Manhattan VAMC-NYU Department of Psychiatry Symposium on Alzhiemer's Disease. Neurobiology of Aging, 2:233-234, 1981.

49. The Benzamides: Pharmacology, neurobiology, and clinical aspects. M Stanley and J Rotrosen, Eds., Raven Press, N.Y., 1982.

50. Angrist B, Peselow E, Rotrosen J, and Gershon S: Relationships between responses to dopamine agonists, psychopathology, neuroleptic treatment response, and need for neuroleptic maintenance in schizophrenic subjects. In: Recent Advances in Neuropsychopharmacology (Advances in the Bio-Sciences Vol. 31). B Angrist et al (Eds.) Pergamon Press Oxford and New York, 1981.

51. Deutsch SI, Peselow E, Banay-Schwartz M, Gershon S, Virgilio J, Fieve RR, and Rotrosen J: Effect of Lithium on glycine levels in patients with affective disorders. Am. J. Psychiatry, 138:683-684, 1981.

52. Angrist B, Peselow E, Rubinstein M, Corwin J and Rotrosen J: Partial inprovement in negative schizophrenic symptoms after amphetamine. Psychopharmacology, 78:128-130, 1982.

53. Deutsch S, Peselow E, Traficante L, Virgilio J, Stanley M, and Rotrosen J: Determination of glycine in ultrafiltrates of plasma and RBC lysates by a dansylation thin-layer chromatographic method. Research Communications in Psychology, Psychiatry and Behavior, 6:193-204, 1981.

54. Lautin A, Cordasco-Mandio D, Segarnick D, Wood L, Mason M, Wolkin A, and Rotrosen J: Red cell phospholipids in schizophrenia. Life Sciences, 31:3051-3056, 1982.

55. Adler L, Lautin A, Angrist B., and Rotrosen J: Differential effects of tricyclic antidepressants on mean arterial pressure in a hypertensive patient. Journal of Clinical Psychopharmacology, 3:122, 1983.

56. Serby M, Segarnick D, Cordasco-Mandio D, and Rotrosen J: Piracetam reduces alcohol withdrawal in mice without potentiating alcohol sedative effects. Alcoholism: Clinical and Experimental Research, 6:520-522, 1982.

57. Peselow E, Serby M, Wolkin A, Deutsch S, Fricchione G, and Rotrosen J: Plasma cortisol values after dexamethasone in depressed patients. Journal of Clinical Psychopharmacology, 3:45-47, 1983.

58. Serby M, Corwin J, Rotrosen J, Ferris S, Reisberg B, Friedman E, Sherman K, Bartus R, and Jordan B: Lecithin and Piracetam in Alzheimer's disease. Psychopharmacology Bulletin, 19:126-128, 1983.

59. Wazer DE, Cordasco D, Segarnick DJ, Lippa A, Meyerson LR, Benson D, and Rotrosen J: Phospholipids and phospholipid methylation in platelets and brain. Psychopharmacology Bulletin, 18:193-197, 1982.

60. Wazer DE, Cordasco D, Segarnick DJ, Lippa A, Meyerson LR, Benson D, and Rotrosen J: Norepinephrine stimulation of phospholipid methylation in rat cortical synaptosomes: Fact or artifact? Life Sciences, 32:2535-2544, 1983.

61. Wolkin A, Peselow E, Smith M, Lautin A, Kahn I, and Rotrosen J: TRH test abnormalities in psychiatric disorders. J. Affective Disorders, 6:273-281, 1984.

B385

62. Segarnick DJ, Cordasco D, Agura V, Cooper N, and Rotrosen J: Gamma-linolenic acid inhibits the development of ethanol-induced fatty liver. Prostaglandins, Leukotrienes, and Medicine, 17:277-282, 1985.

63. Serby M, Richardson SB, Twente S, Siekiereski J, Corwin J and Rotrosen J: CSF somatostatin in Alzheimer's disease. Neurobiology of Aging, 5:187-189, 1984.

64. Corwin J, Dean RL, Watkins DL, Rotrosen J, and Bartus RT: Behavioral effects of phosphatidylserine in the aged Fisher 344 rat: Amelioration of passive avoidance deficits without changes in psychomotor task performance. Neurobiology of Aging, 6:11-15, 1985.

65. Angrist B, Peselow E, Rubinstein M, Wolkin A, and Rotrosen J: Amphetamine response and relapse risk after depot neuroleptic discontinuation. Psychopharmacology, 85:277-283, 1985.

66. Wolkin A, Jaeger J, Brodie J, Wolf J, Fowler J, Rotrosen J, Gomez-Mont F, Cancro R: Persistence of cerebral metabolic abnormalities in chronic schizophrenia as determined by positron emission tomography. Am. J. Psychiatry, 142:564-571, 1985.

67. Brodie J, Christman D, Corona J, Fowler J, Gomez-Mont F, Jaeger J, Michaels P, Rotrosen J, Russell J, Volkow N, Wikler A, Wolf A, Wolkin A: Patterns of metabolic activity in the treatment of schizophrenia. Annals of Neurology, 15(suppl):S166-169, 1983.

68. Wazer DE and Rotrosen J: Murine lymphocytes lack clearly defined receptors for muscarinic and dopaminergic ligands. J. Pharm. Pharmacol., 36:853-854, 1984.

69. Adler L, Angrist B, Peselow E, Corwin J, and Rotrosen J: Efficacy of propranolol in neuroleptic-induced akathisia. J. Clin. Psychopharmacol., 5:164-166, 1985.

70. Lippa AS, Loullis CC, Rotrosen J, Cordasco-Mandio DM, Critchett DJ, and Joseph JA: Conformational changes in muscarinic receptors may produce diminished cholinergic neurotransmission and memory deficits in aged rats. Neurobiology of Aging, 6:317-23, 1985.

71. Segarnick DJ, Ryer H, and Rotrosen J: Precursor - and pool-dependent differential effects of ethanol on human platelet prostanoid synthesis. Biochemical Pharmacology, 34:1343-1346, 1985.

72. Segarnick DJ, Cordasco-Mandio DM, and Rotrosen J: Prostanoids modulate (Mediate?) certain behavioral effects of ethanol. Pharmacology Biochemistry and Behavior, 23:71-75, 1985.

73. Cordasco-Mandio DM, Wazer D, Segarnick DJ, Lautin A, Lippa A and Rotrosen J: Phospholipids and phospholipid methylation in platelets and brain. Psychopharmacology Bull., 18:193-197, 1982.

74. Serby M, Corwin J, Jordan B, Novatt A and Rotrosen J: Side effects of scopolamine administration. Am. J. Psychiatry, 141:1010, 1984.

75. Serby M, Angrist B, Corwin J, Funari D, Sudilovsky A, Siekierski J, Peselow E and Rotrosen J: Cholecystokinin octapeptide in dementia. Psychopharmacology Bull., 2:546-548, 1984.

76. Kane J, Woerner D, Lieberman J, Weinhold B, Florio W, Rubinstein M, Rotrosen J, Kurucz J, Mukherjee S, Bergmann K, and Schooler N: The prevalence of Tardive Dyskinesia. Psychopharmacology Bull., 21:136-139, 1985.

77. Serby M, Corwin J, Conrad P, Novatt A and Rotrosen J: Olfaction in Alzheimer's disease and Parkinson's disease. Am. J. Psychiatry, 146:781-782, 1985.

B386

78. Wolkin A, Jordan B, Peselow E, Rubinstein M and Rotrosen J: Essential fatty acid supplementation in Tardive Dyskinesia. Am. J. Psychiatry, 143:912-914, 1986.

79. Rotrosen J: Membrane lipids: Can modification reduce symptoms or halt progression of Alzheimer's disease?, pp. 519-537, In: Treatment Development Strategies for Alzheimer's Disease (eds. Crook, Bartus, Ferris & Gershon), Mark Powley, Assoc. 1986.

80. Rotrosen J, Segarnick D and Wolkin A: Essential fatty acids and phospholipids as drugs in the treatment of alcoholism. In: Phospholipids in the Nervous System (Biochemical and Molecular Pharmacology). Freysz L, Horrocks LA and Toffano G, eds., Liviana Press, Padova, 1986, pp 243-250.

81. Serby M, Richardson S, Rypma B, Twente S and Rotrosen J: Somatostatin regulation of the CRF-ACTH-Cortisol axis. Biological Psychiatry, 21:971-974, 1986.

82. Brodie J, Wolf A, Wolkin A, Smith M, Arnett C, Angrist B, Fowler J, Logan J, Christman D, Rotrosen J, and Volkow N: PET studies of dopamine agonists and antagonists in chronic schizophrenia. In Biological Psychiatry 1985. C Shagass (ed), New York, Elsevier, 1986, p 383.

83. Wolkin A, Fiedler P, Jordan B and Rotrosen J: Prostaglandins, essential fatty acids, and schizophrenia. In Biological Psychiatry 1985. C Shagass (ed), New York, Elsevier, 1986, p 1166.

84. Wolkin A, Segarnick J, Siekierski J, Manku M, Horrobin D and Rotrosen J: Essential fatty acid supplementation during early alcohol abstinence. Alcoholism: Clinical and Experimental Research, 11:87-92, 1987.

85. Rotrosen J: Phosphatidylserine: Therapeutic potential in age-related cognitive decline. Farmaci, 8-86:3-16, 1986.

86. Wolkin A, Angrist B, Wolf A, Brodie J, Fowler J, Jordan B, Jaeger J, Cancro R and Rotrosen J: Effects of amphetamine on local cerebral metabolism in normal and schizophrenic subjects as determined by positron emission tomography. Psychopharmacology, 92:241-246, 1987.

87. Fiedler P, Wolkin A, and Rotrosen J: Niacin-induced flush as a measure of prostaglandin activity in alcoholics and schizophrenics. Biological Psychiatry, 21:1344-1347, 1986.

88. Conrad P, Corwin J, Serby M, LeFavour G, Katz L and Rotrosen J: Olfaction and hemodialysis: Baseline and acute treatment decrements. Nephron, 47:115-118, 1987.

89. Peselow E, Angrist B, Sudilovsky A, Corwin J, Siekierski J, Trent F and Rotrosen J: Double blind controlled trials of cholecystokinin octapeptide in neuroleptic-refractory schizophrenia. Psychopharmacology, 91:80-84, 1987.

90. Peselow E, Angrist B, Rubinstein M and Rotrosen J: Predictors of course after depot neuroleptic discontinuation: Are there clinical guidelines? In: APA Clinical Insights Series: Predictors of Relapse in Schizophrenia, J Lieberman, ed., American Psychiatric Press, Inc., 2:15-32, 1986.

91. Brody D, Adler LA, Kim T, Angrist B and Rotrosen J: Effects of Buspirone in Seven Schizophrenic Subjects. letter. J. Clin. Psychopharmacol. 10:68-69, 1990.

92. Serby M, Resnick R, Jordan B, Adler J, Corwin J, and Rotrosen J: Naltrexone in Alzhiemer's Disease. Progress in Neuropsychopharmacology & Biological Psychiatry, 10:587-590, 1986.

93. Peselow E, Lautin A, Wolkin A, Rohrs C, Novatt A, Siekierski J and Rotrosen J: The dexamethasone supression test (DST) and response to placebo. J. Clin. Psychopharmacol., 6:286-291, 1986.

B387

94. Corwin J, Serby M and Rotrosen J: Olfactory Deficits in Alzheimer's Disease: What We Know About the Nose. Neurobiology of Aging, 7:580-581, 1986.

95. Adler L, Angrist B, Peselow E, Corwin J and Rotrosen J: Noradrenergic Mechanisms in Akathisia: Treatment with Propranolol and Clonidine. Psychopharmacology Bulletin, 23:21-25, 1987.

96. Segarnick D and Rotrosen J: Essential Fatty Acids, Prostaglandins, and Non-steroidal Anti-inflamatory Agents: Physiological and Behavioral Interactions. Alcoholism: Clinical and Experimental Research, 11:19-24, 1987.

97. Rotrosen J (editor), Symposium on interaction between alocohol and prostaglandins, essential fatty acids, and nonsteroidal antiinflamatory drugs. Alcoholism: Clinical and Experimental Research, 11:1-41, 1987.

98. Adler L, Angrist B, Peselow E, Reitano J and Rotrosen J: Clonidine in Neuroleptic Induced Akathisia, Amer. J. Psychiatry, 144:235-236, 1987.

99. Adler L, Angrist B, Peselow E, Corwin J, Maslansky R, and Rotrosen J: A controlled assessment of propranolol in the treatment of neuroleptic induced akathisia. British J. Psychiatry, 149:42-45, 1986.

100. Wolkin A, Angrist B, Wolf A, Brodie J, Wolkin B, Jaeger J, Cancro R and Rotrosen J: Decreased frontal glucose in chronic schizophrenics: A replication study. Amer. J. Psychiatry, 145:251-253, 1986.

101. Adler L, Reiter S, Corwin J, Hemdal P, Angrist B and Rotrosen J: Propranolol and benztropine in akathisia. Biological Psychiatry, 23:211-213, 1988.

102. Brody D, Schweitzer JW, Angrist B, Rotrosen J and Friedhoff A: Lack of effect of carbidopa on plasma homovanillic acid in normal subjects. Psychiatry Research, 21:185-187, 1987.

103. Adler L, Duncan E, Reiter S, Angrist B, Peselow E and Rotrosen J: Effects of calcium channel antagonists on tardive dyskinesia and psychosis. Psychopharmacology Bulletin 24:421-425, 1988.

104. Adler LA, Reiter S, Angrist B and Rotrosen J: Pindolol and propranolol in neuroleptic induced akathisia. American J Psychiatry, 144:1241-1242, 1987.

105. Smith M, Wolf AP, Brodie JD, Arnett CD, Barouche F, Shiue CY, Fowler JS, Russell JAG, MacGregor RR, Wolkin A, Angrist B, Rotrosen J and Peselow E: Serial [18F]-N-methylspiroperidol PET studies to measure change in antipsychotic drug D2 receptor occupancy in schizophrenic patients. Biological Psychiatry, 23:653-663, 1988.

106. Brody D, Wolkin A and Rotrosen J: Phospholipids  and prostaglandins in schizophrenia. In, Handbook of Schizophrenia, Vol. 2: The Neurochemistry and Pharmacology of Schizophrenia, FA Henn and LE DeLisi (eds.), Elsevier, Amsterdam, 1987, pp 319-336.

107. Reiter S, Adler L, Angrist B, Corwin J and Rotrosen J: Atenolol and propranolol in neuroleptic-induced akathisia. J. Clin. Psychopharmacol., 7:279-280, 1987.

108. Adler L, Reiter S, Corwin J, Hemdal P, Angrist B, Rotrosen J: Differential effects of propranolol and benztropine in patients with neuroleptic-induced akathisia. Psychopharm. Bulletin, 23:519-521, 1987.

109. Adler L, Duncan E, Angrist B, Hemdal P. Rotrosen J and Slotnick V:  Effects of a specific beta 2-receptor blocker in neuroleptic-induced akathisia. Psychiatry Research, 27:1-4, 1989.

110. Angrist B, Smith M, Adler L, Peselow E and Rotrosen J: Preliminary studies of clonidine in psychotic patients. J. Neural. Trans., 71:115-121, 1988.

B388

111. Reiter S, Adler L, Angrist B, Peselow E and Rotrosen J: Effects of verapamil on tardive dyskinesia and psychosis in schizoprenic patients. Journal of Clinical Psychiatry, 50:26-27, 1989.

112. Douyon R, Angrist B, Peselow E, Cooper T, and Rotrosen J:  Neuroleptic augmentation with alprazolam:  clinical effects and pharmacokinetic correlates. Amer. J. Psychiatry, 146:231-234, 1989.

113. Kane J, Honigfeld G, Singer J, Meltzer H and the Clozaril Collaborative Study Group: Clozapine for the treatment-resistant schizophrenic: A double-blind comparison versus chlorpromazine/benztropine. Archives of General Psychiatry, 45:789-796, 1988.

114. Wolkin A, Barouche F, Wolf AP, Rotrosen J, Cooper T, Brodie J: Dopamine blockade and clinical response: evidence for two biological subgroups of schizophrenia. Amer. J. Psychiatry, 146:905-908, 1989.

115. Adler L, Hemdal P, Corwin J, Peselow E, Reitano J, Rees R and Rotrosen J: CNS effects of beta blockade: A comparative study. Psychopharmacology Bull., 24:232-237, 1988.

116. Rotrosen J and Wolkin A: Phospholipid and prostaglandin hypotheses of schizophrenia. Psychopharmacology: The third generation of progress, H. Meltzer, ed., Raven Press, New York, 1987, pp. 759-764.

117. Nemes Z, Rotrosen J, Angrist B, Peselow E and Schoentag R: Serum Iron levels and Akathisia. in press, Biological Psychiatry.

118. Peselow E, Irons S, Rotrosen J, Alonso MT and Dorsey F: GM-1 Ganglioside as a potential treatment in tardive dyskinesia, Psychopharmacology Bulletin, 25:277-280, 1989.

119. Adler L, Angrist B and Rotrosen J: Single day trials of metoprolol and propranolol in neuroleptic-induced akathisia. Biological Psychiatry, 27:673-675, 1990.

120. Adler L, Duncan E, Reiter S, Angrist B and Rotrosen J: Absence of effects of calcium channel antagonists on extrapyamidal symptoms.  British Journal of Psychiatry 155:269, 1989.

121. Wolkin A, Brodie JD, Barouche F, Wolf A, Smith M, Fowler J, Cooper T and Rotrosen J:  Dopamine receptor occupancy and plasma haloperidol levels.  Archives of General Psychiatry, 46:482-483, 1989.

122. Woerner MG, Kane J, Lieberman J, Alvir J, Bergman K, Borenstein M, Schooler NR, Mukherjee S, Rotrosen J, Rubinstein M and Basavaraju N: The prevalence of tardive dyskinesia. in press, J. Clin. Psychopharmacol.

123. Adler L, Angrist B, Reiter S and Rotrosen J: Neuroleptic-induced akathisia: a review. Psychopharmacology, 97:1-11, 1989.

124. Brody D, Mathe A, Wolkin A and Rotrosen J:  Plasma prostaglandin E metabolite in hospitalized psychiatric patients.  Submitted.

125. Adler L, Angrist B, Reiter S, Peselow E and Rotrosen J:  Adrenergic agents in the treatment of neuroleptic induced akathisia.  In: Schizophrenia: Scientific Progress, Ed. SC Schulz and CA Tamminga, Oxford Univ Press, New York, 1989.

126. Brody D, Adler L, Kim T, Angrist B and Rotrosen J:  Effects of Buspirone in seven schizophrenic subjects.  J. Clin. Psychopharmacol., 10:68-69, 1990.

127. Kim T, Adler L, Angrist B and Rotrosen J: Effects of low dose metoprolol on neuroleptic induced akathisia. J. Clin. Psychopharmacology, 9:294-296, 1989.

B389

128. Corwin J, Peselow E, Feenan K, Rotrosen J and Fieve R: Disorders of decision in affective disease: an effect of beta-adrengeric dysfunction?  Biological Psychiatry, 27:813-833, 1990.

129. Serby M, Flicker C, Rypma B, Weber S, Rotrosen J and Ferris S: Scopolamine and olfactory function. Biological Psychiatry, 28:79-82, 1990.

130. Adler LA, Fritz P, Angrist B, Rotrosen J, Mallya G and Lipinski J: Lack of efficacy of d-propranolol in neuroleptic induced akathisia. in press, Neuropsychopharmacology.

131. Fernandez-Bouzas A, Angrist B, Hemdal P, Adler LA and Rotrosen J:  Basal ganglia calcification in schizophrenia. Biological Psychiatry, 27:682, 1990.

132. Duncan E, Adler L, Angrist B and Rotrosen J:  Nifedipine in the treatment of tardive dyskinesia. in press, J. Clin. Psychopharmacology.

B390

CURRICULUM VITAE

Ramon A. Boza, M.D.

DATE:  January 27, 1993

PART A:  BIOGRAPHIC INFORMATION

1. PERSONAL

a.  Name:  Ramon A. Boza, M.D.

b.  Address:  REDACTED

c.  Telephone:  (Home)  REDACTED

(Office - VAH)  (305) 325-3213

d.  Status:  Full-time

e.  Current Rank:

Clinical Associate Professor, University of Miami, Psychiatry, 1988 - present

Director, Psychiatric Ambulatory Service, Mental Hygiene Clinic, Miami VA Medical Center, 1989 - present

f.  Citizenship:  U.S.A. (1969)

g.  Visa Type:  N/A

RECEIVED

AUG 26 1993

CLINICAL &
MEDICAL AFFAIRS

B391

2. HIGHER EDUCATION

 a. Instituto Higher Education, Camaguey, Cuba.

   Degree:  B.A. Science, 1943 - 1948

 b. University of Havana, School of Medicine, Havana, Cuba

   Premedical and Medical, 1948 - 1955

   Degree:  M.D.  September 29, 1955

3. POST DOCTORAL TRAINING

 a. Central State Hospital, Milledgeville, Georgia

   Residency in Psychiatry, 1963 - 1965

 b. Seaton Psychiatric Institute, Baltimore, Maryland,

   1965 - 1966

4. BOARD CERTIFICATION AND LICENSURE

 a. State of Florida License. # 21629, March 20, 1974

 b. Board Certification in Psychiatry -

   American Board of Psychiatry & Neurology Inc. # 10860,

   October 1970

Page 2

B392

4. <u>BOARD CERTIFICATION AND LICENSURE CON'T</u>

   c. State of Maryland License #B8078, July 9, 1965
      (Inactive as of September 1992)

   d. State of Montana License #6406, March 1989

   e. Educational Council Foreign Medical Graduate (ECFMG)
      Certificate #C44168, March 27, 1963

   f. District of Columbia License #3224, July 1971
      (Inactive)

   g. State of Georgia, #13590, July 10, 1971
      (Inactive)

5. <u>PROFESSIONAL EXPERIENCE</u>

   a. <u>**Miami VA Medical Center**</u>:

      Chief, Ambulatory Psychiatry Service - June 1989
      Present

      Assistant Chief, Psychiatric Outpatient Service
      1988 - June 1989

      Member Clinical Executive Committee, Department
      of Psychiatry, Miami, VAMC, June 1989 - Present

      Appointed Liaison of Psychiatry and Clinical
      Laboratory, 1986 - Present

      Staff Psychiatrist Mental Hygiene Clinic, 1985
      Present

      Director, Inpatient Psychiatry, 1979 - 1985

      Unit Chief, Ward 4A, 1974 - 1985

Page 3