B393

5. <u>PROFESSIONAL EXPERIENCE CON'T</u>

<u>Member of VA Central Office, SERP Surveillance</u>
<u>Team which inspected the University and affiliated</u>
<u>Psychiatric operations at the following sites:</u>

1) New Orleans VAH, Louisiana, Jan. 1977

2) San Juan VAH, Puerto Rico, Oct. 1983

3) Columbia VAH, South Carolina, May 1984

4) Tuskeegee VAMC, Albama, Oct. 1987

b. <u>Consultant in Psychiatry</u>

COMP Health, Salt Lake City, Utah, January 1989

c. <u>Consultant Forenseic Psychiatry</u>

EMSA, Fort Lauderdale, Florida - Oct. 1992

Page 4

B394

## 5.  PROFESSIONAL EXPERIENCE CON'T

### c.  Spring Grove State Hospital, Baltimore, Maryland

Director, Consultation & Liaison Psychiatry,
1973 - 1974

Acting Clinical Director, 1973

Director, Psychiatric Education and Residence
Training, 1971 - 1973

Director, CME Program in Psychiatry,
(first hospital-based program approved
in Baltimore, Md.), 1972

Chief, Gero-Psychiatric Unit,
1968 - 1971

Staff Psychaitrist - Gero-Psychiatric Unit,
1996 - 1968

### d.  Private Practice:

(Adult and Late Life) at Glen Burnie Medical
Centre, 325 Hospital Drive, Glen Burnie,
Md. 21061, 1965 - 1974

B395

5. PROFESSIONAL EXPERIENCE CON'T

    e. Clinical Appointments in Cuba:

        Chief of Laboratory, Maternity Hospital, Camaguey, 1959 - 1962

        Chief of Laboratory at the Armed Forces Hospital, Camaguey, 1959

        Chief of Laboratory at the Oncology Hospital, Camaguey, 1958 - 1959

        Consultant in Hematology and Bacteriology at Children's Hospital, Camaguey, 1956 - 1959

6. CURRENT AND PAST TEACHING RESPONSIBILITIES

    a. University of Miami, Clinical Associate Professor, Jan 1988 - present

    b. University of Miami, Clinical Assistant Professor, 1974 - 1987

    c. Clinical Associate Professor, College of Pharmacy, Florida A & M, Tallahassee, 1985 - present

B396

6.  **CURRENT AND PAST TEACHING RESPONSIBILITIES CON'T**

     d.  Clinical Instructor University of Maryland, Department of Psychiatry 1970 - 1974

     e.  Faculty Member of the Maryland Training Program in Community Psychaitry, Sponsored by John Hopkins School of Medicine and Department of Health and Mental Hygiene (DHMH) of Maryland, 1972 - 1973

7.  **THESIS AND DISSERATION ADVISING:**  N/A

8.  **GRANTS RECEIVED WITHIN PAST FIVE YEARS:**  N/A

9.  **DEPARTMENTAL ADMINISTRATIVE AND COMMITTEE RESPONSIBILITIES:**

    Residency Training Committee - July 1989 - Present

    Member of Clinical Research and Publications Committee, Department of Psychiatry, Miami VAMC, 1986 - Present

    Member Clinical Privileges Committee, Department of Psychiatry, Miami VAMC, 1983 - Present

B397

9. <u>**DEPARTMENTAL ADMINISTRATIVE AND COMMITTEE RESPONSIBILITIES CON'T:**</u>

<u>**Other Positions held at Miami VAMC:**</u>

Chair & Coordinator Committee Computers &
Psychiatry Mental Health Package, Miami VAMC,
1985 - 1990

Member continuing Medical Education Committee,
Miami VAMC, 1985

Member Electroconvulsant Treatment (ECT) Committee
Miami VAMC, 1982

Co-Chairman of the Peer & Utilization Review
Committee, Department of Psychiatry, 1974 - 1990

Chairman of the Problem Oriented Medical Record
(POMR Committee, Department of Psychiatry,
1974 - 1980

Member Guest Lectureship Committee, University
of Miami, Department of Psychiatry, 1977 - 1978

B398

10. **EXTRA-DEPARTMENTAL ADMINISTRATIVE AND COMMITTEE RESPONSIBILITIES:**

Chairman of the Hospital Medical Audit Committee, 1975 - 1981

Member of the Hospital-Wide Clinical Executive Committee, 1976 - 1979

**Spring Grove State Hospital:**

Pharmacy Committee, 1973 - 1974

Credentials Committee, 1972 - 1974

Chairman, Education and Library Committee, 1971 - 1973

Utilization Review Committee, 1967 - 1970

11: **HONORS AND AWARDS**

a. **Visiting Professorships:** N/A

b. **Scientific Presentations at National and International Meetings:**

Attended US Navy MOU Program, Washington, DC June 11-14, 1989

B399

11.  HONORS AND AWARDS CON'T

   b.  Scientific Presentations at National and International Meetings CON'T:

       Presented - American Academy of Clinical Psychiatry
       Seattle Washington.

       " Compliance in Chronic Depression:  Assesment of Serum
       Antidepressant.  Determination with Emzyme Immunoassay Method" with
       Dr. Fernando J. Milanes and Dr. S.George Hanna, October 5, 1989,

       "The Dexamethasone Suppression Test as a Predictor of Suicide in
       Substance Abuses", Univ. of Miami GRAND ROUNDS with  Dr. Maria
       LLorente, Dec 18, 1987

       "Post-Traumatic Stress Disorders", Faculty, Univ. of Alabama - VA
       Regional Medical Education Committee (REMEC), Orlando, FL, Feb 21 -
       24, 1987

       "Behavioral, Endocrine Predictors of Tardive Dyskinesia in a Long
       term Depot Clinic", Univ. of Miami GRAND ROUNDS with Drs. Milanes,
       Slater, and Dominguez, Nov 1986

       "Pseudo-Dementia and Pseudo-Depression", Lecture to Fellows in
       Gerontology, Univ. of Miami, May 1986

                        Page 10

B400

11.  HONORS AND AWARDS CON'T

   b.  Scientific Presentations at National and International Meetings CON'T:

      "Sleep Disorders", Univ. of Miami GRAND ROUNDS with Drs. Trujillo and
      Millanes, Nov 1984

      "Clolecystokinin (CCK) in Schizophrenia", Univ. of Miami GRAND ROUNDS
      with Dr. D. Rotondo, Dec 1983

      "Dexamethasone Suppression Test in Substance Abuse Patients", Univ.
      of Miami GRAND ROUNDS with Drs. Poitier and De Simone, Dec 1981

      "Sleep-Apnea Syndrome in Psychiatry", Presentor with Dr. M. Trujillo
      at Sixth International Cuban-American Association, Jun 30, 1981

      "Headaches and Pain Syndromes in Psychiatry", Univ. of Miami GRAND
      ROUNDS with Dr. Kidwai, Dec 1980

      "Clinical Applications of Neurotransmitters in Psychiatry", Univ. of
      Miami GRAND ROUNDS with Drs. Rao and DeFilipo, Dec 21, 1979

      "Current Trends in Aging", Faculty, Winter Haven, FL, Feb 1-2, 1979

B401

11.  **HONORS AND AWARDS, CON'T**

b.   **Scientific Presentations at National and International Meetings, Con't:**

"Pathology of Memory", Univ.
of Miami GRAND ROUNDS with Dr. C. Caro,
January 26, 1979

"Overdose", Presentor to Clinical Executive
Committee, VAMC, January 22, 1979

"Phencyclidine Psychosis (PCP)", Univ. of Miami
GRAND ROUNDS with Dr. M. Salcedo, October 20, 1978

"Comprehensive Course in Psychiatry", Presentor
to Geriatric Psychiatry (Director H. Rosen),
Univ. of Miami, May 8, 1978

"CAT Scan in a Psychiatric ervice",
Univ. of Miami GRAND ROUNDS with Drs. Hayashida,
Dreize, Mejias and Regueiro, FIRST PRIZE,
June 1978

"Geriatric Psychiatry", Faculty, Univ. of Alabama
REMEC Tuscaloosa, Al., March 28 - 31, 1978

"Clinical Pharmacology Symposium: Affective
Disorders", Faculty, Univ. of Miami, March 6, 1978

"Water Intoxication Syndrome in Schizophrenia",
Univ. of Miami GRAND ROUNDS with Dr. M. Cuesta
December 1977

B402

11. HONORS AND AWARDS, CONT'D:

   b. Scientific Presentations at National and International Meetings,
      Cont'd:

"Compliance in Psychiatric Patients", Univ. of Miami GRAND ROUNDS
with Drs. Yero and Garcia, Apr 1976

"Psychiatry for the General Practitioner Symposium", Panelist, at
Cuban Medical Convention, Jul 1976

"POMR and Medical Audit in the Development of a Program on CME",
Faculty, Univ. of Miami Dept of Psychiatry, May 30 - 31, 1975

"Hispanic Leadership and Human Services National Conference",
Presentor, Kansas City, Mo, May 1975

"Practicum in Clinical Neuro-Pathology", with Dr. R. Lindemberg,
Baltimore, Md, 1969 - 1971

"Gero-Psychiatry in the Hispanic Cultures Symposium", Panelist, 8th
International Congress in Geriatrics, Washington, D.C., Aug 1969

"Post-Graduate Course in Hematology, Multiple Myeloma", Lecture,
Univ. of Havana, Cuba, Dec 1959

B403

11.  HONORS AND AWARDS, CONT'D:

    c.  Invited lectureships (outside U.S.):

        "Semana de la Salud", Lecturer and Coordinator of Lectures given in seminar in "Brain Imaging and Neuropsychiatry", at Universidad Technologica del Cibao (UTECI) School of Medicine, La Vega, Dominican Republic, Jun 1985

    d.  Society memberships and offices:

      Present:

        Medical Alumni Association of Univ. of Maryland, 1985 - present

        American Academy of Clinical Psychiatry, 1983 - present

        National Association of VA Physicians (NAVAP), Secretary, Miami VAMC, 1978 - present

    Past:

        South Florida Psychiatric Association, 1974 - 1986

        American Psychiatric Association, 1966 - 1986

B404

11.  HONORS AND AWARDS, CONT'D:

    d.  Society memberships and offices:

        Past:

            Dade County Medical Association, 1974 - 1977

            Florida Medical Association, 1974 - 1977

            Maryland Psychiatric Association, 1965 - 1974

            American Medical Association, 1969 - 1974

            Arundel County Medical Association, 1969 - 1974

            Baltimore City Medical Association, 1965 - 1969

            Fellow American Geriatric Association, 1967 - 1978

            Georgia Psychiatric Association, 1962 - 1965

            Arundel County Medical Association, 1969 - 1974

            Baltimore City Medical Association, 1965 - 1969

                        Page 15

B405

11. HONORS AND AWARDS, CONT'D:

    d.  Society memberships and offices:

       Past:

          Fellow American Geriatric Association, 1967 - 1978

          Georgia Psychiatric Association, 1962 - 1965

    e.  Other honors and awards, cont'd:

          Cuban Association of Clinical Pathologists, 1955 - 1964

          Association of Clinical Studies, 1955 - 1956

          AMA Physician's Recognition Award, 1969 - 1989 -1991.

          TELEVISION - "Channel 51 HONORS".  For Community
          Services and Missionary Work With Developing
          Countries, Univ. of Miami, June 16, 1987

          HONOR PLAQUE from UTECI for missionary work  at Barrio San Martin de
          Porres, Diocese of La Vega, Dominican Republic, Jun 29, 1985

Page 16

B406

11. <u>HONORS AND AWARDS, CON'T</u>:

    e.  <u>Others Honors and Awards, Con't</u>:

        FIRST AWARD, "CAT Scan in Neuropsychiatry"
        at GRAND ROUNDS, Univ. of Miami, March 6, 1978

        SUPERIOR PERFORMANCE AWARD, Miami VAMC, June 1979

        Fellow of the Royal Society of Health,
        May 18, 1979

        THIRD PRIZE for best scientific article published
        in the National Medical Literature 1957 - 1958,
        Cuban Medical Association, November 25, 1958

        SCIENCE AWARD as the outstanding student, Institute
        of Higher Education, Camaguey, Cuba, 1948

12. <u>RESEARCH INVOLVEMENT</u>:

        Collaborator with University of Miami,
        Multi-Center Study on "A Multidose Double Blind
        Study Comparing Four Doses on Haldol",
        Dr. B. Brauzer, 1990

        Collaborator with "Amperozide Study", University
        of Miami - Dr. R. Steinbook, 1991

B407

12.   <u>RESEARCH INVOLVEMENT CON'T</u>

Causes of Death among Psychiatric Patients,
VAMC, MHC, 1986 - 1990

Compliance, Tricyclics Levels and Pharmacy
Computerized Follow-up, VAMC, 1987

Fluphenazine Logitudinal Study,
VAMC, 1982 - 1992

Collaborator "Research 2624B in Schizophrenia",
a Six Center Study, Univ. of Miami, 1983

Collaborator with Pfizer;
"Research CP44001 in Anxiety",
University of Miami, 1978

Collaborator with Robbins;
"Research RMI-81-182 ED in Depression",
University of Miami, 1976 - 1977

B408

13.  **OTHER PROFESSIONAL ACTIVITIES**

    a.  **Editorial Responsibilities:**

        Reviewer of Medical Manuscripts for **PATIENT CARE**
        July 1989

        Member, Editorial Advisory Panel for the Journal
        of Internal Medicine for Specialists,
        February 1988

        Editor, Boletin Colegio Medico,
        Camaguey, Cuba, 1957 - 1959

    b.  **Teaching Specialization:**

        Biological Psychiatry (Neuropsychiatry and
        Neuroendocrinology)

        Gerontology

        Religion, Ethics, Poverty and Third World Countries

    c.  **Other Teaching:**

        Psychosocial seminars in Neuropsychiatry
        Department of Psychiatry, Univ. of Miami,
        1979 - present

        Supervision of Residents and medical students,
        University of Miami, 1974 - present

B409

13. OTHER PROFESSIONAL ACTIVITIES  CON'T

   c.  Other Teaching:

Lectures on schizophrenia, affective disorders, suicide, substance abuse, pathology of memory, medical audit, quality assurance and POMR to residents and medical students in Dept. of Psychiatry, Univ. of Miami, 1979 - 1980

Supervision of residents and medical students, Univ. of Maryland, 1965 - 1974

Seminars in gero-psychiatry, the John Hopkins Spring Grove Hospital Center, Spring Grove, Maryland, 1965 - 1974

Workshops and seminars with church groups to resolve problems of adolescence, acculturation and predicaments encountered by the Spanish speaking elderly

14. COMMUNITY SERVICES

Member of the Archdiocese of Miami Synod., 1986

Eucharistic Minister at St. Martha's Parish Eucharistic Church, 1985 - present

Page 20

B410

14.   <u>COMMUNITY SERVICES CON'T</u>:

Member, Catholic Missions in Haiti and Dominican
Republic, "Amor en Accion", Archdiocese of Miami,
1980 - present

Board of Directors, Latin-American Piarist Fathers
Missions, Washington, D.C., 1972 - present

Catholic University Sodality - A.C.U., 1952
- present

Cuban National Planning Council, Washington,
D.C., 1974 - 1977

B411

PART B.  BIBLIOGRAPHY

1.   SCIENTIFIC ARTICLES IN REFERRED JOURNALS

    a.  Published

Boza, Ramon A.; Milanes, Fernando J.;
Hanna, S.G.; et al:
"Psychiatric Symptom's Associated with
Parietal Lobe" Dysfunction,
Resident and Staff Physician, 39:59-68
January 1993

Boza, Ramon A.; Milanes, Fernando J.;
Garrigo, Luis; "El uso de Computadoras e
Informatica en la Practica de la Psiquiatria
Contempuranea" Medico Intera-Americano,
11:44-52, July 1992

Llorente, M.; Boza, R.; Hanna, S.G.; et al
Diagnostic Problems in a Case of Arsenic
Encephalopathy in a Schizophrenic Patient,
Case Report and Review of the Literature
Annals of Clinical Psychiatry; 4:43-47, 1992

Boza, R.; Milanes, F.J.; Hanna, S.G.; et al
Frontal Lobe Dysfunction - Resident and
Staff Physician 37:53-61, October 1991

Boza, R.; Milanes, F.J.; Hanna, S.G.; et al
Final Outcome among psychiatric outpatient
veterans: Causes of Death in a Five Year Study:
VA Practitioner, 9:97-101; February 1991

Milanes, F.J.; Boza, R.A.;
Antidepressants, Other Psychiatric Uses:
Medico Interamericano:  10:32-35, April 1991

B412

## PART B.   BIBLIOGRAPHY CON'T

### 1.   SCIENTIFIC ARTICLES IN REFERRED JOURNALS

Boza, R.A.; Milanes, F.J.; Hanna, S.G.;
Memory Dysfunction, Resident and Staff Physician;
36:23-28, December 15, 1990

Boza, R.; Milanes, F.J.; Hanna, S.G.; et al;
Noncompliance in Chronic Depression
Assessment of Serum Antidepressant
Determination with Emit Method;
Annals Clinical Psychiatry; 1:43-49, 1989

Boza, R.; Milanes, F.J.; Hanna, S.G.; et al;
A Psychiatry Program for High Risk Patients
VA Practitioner; 7:65-67, February 1990

### 1.   SCIENTIFIC ARTICLES IN REFERENCE JOURNALS

Flemenbaum, A.; Boza, R.; Slater, V.; et al;
Clonidine Opiate Withdrawal;
Resident and Staff Physician;
111-115, September 1989

Milanes, F.; Boza, R.; Kaye, J.;
Reporting Facts about Compliance, VA Practitioner;
6:51-59, July 1989

Boza, R.; Milanes, F.; Slater, V.; Dominguez,F.;
"Relapse Rate in Schizophrenics Treated with
Fluphenazine and Low Serum Neuroleptics:
Another View", Journal of Clinical Psychiatry;
49:245, June 1988

B413

PART B.  BIBLIOGRAPHY CON'T

1.  SCIENTIFIC ARTICLES IN REFERENCE JOURNALS CON'T

Boza, R.; Milanes, F.; Slater, V.; Llorente, M.;
et al; Completed Suicides Among Depressive Alcohol
Abuse Patients, The American Journal of Psychiatry
page 266-267, February 1988

Boza, R.; Milanes, F.; Slater, V.; Garrigo, L.;
Rivera, C.;
"Patient Noncompliance and Overcompliance",
Postgraduate Medicine; 81:163-170, March 1987

Boza, R.; Milanes, F.; Flemenbaum, A.;
Dominguez, F.; Starkey, T.;
"Early Diurnal Dexamethasone Suppression Test Results
in Cocaine ABuse Accompanied by Dysphoria",
A.J. Psychiatry; 143:1493-1494, November 1986

Boza, R.; Rotondo, D.;
"Is CCK Therapeutic in Chronic Schizophrenia",
J. Clin Psychiatry; 46:485-486, November 1985

B414

PART B.   BIBLIOGRAPHY CON'T

1.   SCIENTIFIC ARTICLES IN REFERENCE JOURNALS CON'T

Boza, R.; Trujillo, M.; Millares, S.;
Liggett, S.; "Sleep Apnea and Associated
Psychiatric Symptoms: A Case Report",
VA Practitioner; 1:43-45, Aug. 1984

Boza, R.; Liggett, S.; "Pseudohallucinations:
Radioreception Through Shrapnel Fragments";
A.J. Psychiatry; 138:1263-4, September 1981

Boza, R.; "Experience with the POMR in a Psychiatric
State Hospital:  Assets and Liabilities", Md. State
Med. J.; 44:46, February 1975

Boza, R.; "Chronic Lymphoid Leukemia with Hemolytic
Component"; Bulletin Cancer Society;
7:1-10, December 1959 (Sp)

Boza, R.; "Use and Abuse of Acronyms in
Medical Literature", Bulletin Col. Med.;
17:23-24, July 1959 (Sp)

Boza, R.; Paisan, F.; "Hemolytic Anemia Secondary
to System Lupus Erithematosus (SLE)"; Arch. Univ.
Hosp.; 10:444-454, December 1958 (Sp)

B415

PART B.  BIBLIOGRAPHY CON'T

1.  SCIENTIFIC ARTICLES IN REFERENCE JOURNALS CON'T

Boza, R.; "Study of 56 Strains of Pathogenic Staphilococci.  Sensitivity Tests and Correlation with Clinical Outcome", Rev. Cub. Clin. Laboratory; 12:77-84, July 1958 (Sp)

Boza, R.; Ramirez, J.; "Myeloesclerosis.  Review of Literature and Case Report", Rev. Conf. Med. Panam; 5:161-164; May 1958 (Sp)

Boza, R.; Ramirez, J.; "Infectious Mononucleosis: Dyphteroid Form", Bulletin Col. Med: 17:13-21, January 1958 (Sp)

Boza, R.; Paisan, F.; "Von Willebrand-Jurgens. Case Report with Thromboplastin Generation Test", Bulletin Col. Med.; 17:21-26, Apr. 1958 (Sp)

Boza, R.; "Acute Leukemia. Review of 19 Cases"; Rev. Conf. Med. Panam.; 4:483-488, December 1957(Sp)

Boza, R.; Fernandez, F.; Valdes, T.; "Thorn's Test in Infantile Tuberculosis", Rev. Cub. Lab. Clin.; 10:77-87, Dec 1956 (Sp)

B416

PART B.  **BIBLIOGRAPHY CON'T**

1.  **SCIENTIFIC ARTICLES IN REFERENCE JOURNALS CON'T**

Boza, R.; "Results of Pathogenicity Tests of
Mycobacterium Tuberculosis Strains Treated with
Antibiotics and Chemotherapeutic Agents",
Med. Lat.; 14:263-269, October 1955 (Sp)

Boza, R.; "Study of a Strain of Mycobacterium
Tuberculosis Streptomycin-Dependant",
Rev. Cub. Lat. Clin; 9:28-31, January 1955 (Sp)

Boza, R.; Fernandez, F.; "Hippuric Acid.
A simple Method of Liver Function Testing";
Rev. Cub. Lab. Clin; 7:56-60, January 53 (Sp)

B417

2.  BOOKS AND BOOK CHAPTERS

Boza, R. "Computadoras en Siquiatria", <u>Temas Escogidos en Siquiatria Contemporaries</u>, Buenos Aires, Argentina - accepted for publication, Mar 1988

Boza, R. "Psychiatric Management of the Acute Brain Syndrome", <u>Fundamentals and Clinical Aspects of Internal Medicine</u>; Ed. Harrington and Bocles, Univ. of Miami, Key Biscayne Conference, 91-96, Oct 1976

3.  PUBLISHED ABSTRACTS

Boza, R.; Rotondo, D.; "Cholecystokinia (CCK) and Schizophrenia", <u>J. Clin. Psychopharmacology</u>; 6: 111, Apr 1986

Boza, R.; Rotondo, D.; "CCK and Schizophrenia", <u>International Synopses</u>, Princeton, N. J., Feb 1986

Boza, R.; Rotondo, D.; "Cholecystokinin in Schizophrenia", <u>Gastrointestinal Hormones</u>; ISSN 0142-8101, 10: 3, Jan 1986

B418

4. OTHER PROFESSIONAL ITEMS

a. Articles in Unreferenced Journals:

Boza, R. "Mystic Phenomena vs. the Schizoprenic Experience", Verbum; 2: 25-27, Apr 1981 (Sp)

Boza, R. "Neurobiology and Evolution of Communication and Speech", Verbum; 1: 14-16, Jan 1981 (Sp)

b. Audio-Tapes:

Boza, R. "New Concepts in Gero-Psychiatry. Future of Geriatric Medicine", Winter Haven Conferrence Cassette, Hour Co., P. O. Box 1299, St. Petersburg, FL 33731, Jul 1979

c. Procedures of International Conferences:

Boza, R. "Psychopathology of the Cuban Elderly: A Personal Experience", Proc. of the Ist Annual Conference for Hispanic Human Services, Miami, FL, Feb 1976

Boza, R. "Wandering Away: A Major Cause of Psychiatric Hospitalization for the Geriatric Patient", Proc. 8th International Congress on Gerontology; II Vol: 62, Washington, D.C., Aug 1969

d. Miscellaneous:

Staff Priviliges at Jackson Memorial Hospital and University of Miami Hospital and Clinics, 1974 - 1992

B419

**UNIVERSITY OF MIAMI**
Curriculum Vitae

PART A:  BIOGRAPHICAL INFORMATION

1. **PERSONAL:**                                              Date: May, 1993

   **Name**                    **Phone – Home**        **Phone – Office**

   Richard M. Steinbook, M.D.   REDACTED              (305) 585-6335

   **Address**                 Status:   Full-Time

   REDACTED

   **Current Rank:**                                  **Citizenship Visa Type**

   Professor of Psychiatry                            USA

2. **HIGHER EDUCATION:**

   University                  1961 – Bachelor of Science
                               Major – Psychology
                               University of Florida
                               Gainesville, FL

   Medical                     1965 – Doctor of Medicine
                               University of Florida College of Medicine
                               Gainesville, FL

3. **POST-DOCTORAL TRAINING:**

   Internship                  1965-66 – Straight Medical Internship
                               Jackson Memorial Hospital
                               Miami, FL

                                                      **RECEIVED**

   Residency and Fellowship    1966-69 – Psychiatric
                               The Henry Phipps Clinic
                               The Johns Hopkins Hospital    JUN 0 7 1993
                               Baltimore, MD
                                                      CLINICAL &
                                                      MEDICAL AFFAIRS

   Visiting Scientist          1968 (Part-time)
                               N.I.H., Division of Gerontology
                               Psychophysiology Section
                               Baltimore, Maryland

B420

Richard M. Steinbook, M.D.                                    Page 2
Curriculum Vitae

4. BOARD CERTIFICATIONS AND LICENSURE:

    Certification                Diplomate, National Board
                              of Medical Examiners  1966

                              Diplomate, American Board
                              Psychiatry and Neurology  1971

    Medical Licensure           Florida    1969
                              California  1970

5. PROFESSIONAL EXPERIENCES:

    I.      Military

           Major, United States Air Force, Psychiatrist, Wright Patterson
           Air Force Base Hospital, Dayton, Ohio

           1969-70, Inpatient Unit

           1970-71, Director Outpatient Clinic

    II.     Academic Appointments

    1971 to May 1975, Assistant Professor of Psychiatry, University
of Miami

    May 1975 to May 1986, Associate Professor of Psychiatry,
University of Miami

    June 1986 to present, Professor of Psychiatry, University of Miami

    III.    Professional Honors

           May 1980, Fellow of the American Psychiatric Association

6. CURRENT AND PAST TEACHING RESPONSIBILITIES:

    1968-69  Conducted seminars in Psychiatry and the Behavioral Sciences
for third year medical students at the Johns Hopkins Hospital.

    1969-71  Conducted seminars for interns at Wright Patterson Medical
Center, Dayton, Ohio.

    1972-74  Medical Supervisor for Institute 5, Jackson Memorial Hospital.
Responsible for supervision of medical students and residents.

    1972-74  Coordinator of Psychopharmacology Lectures.

B421

Richard M. Steinbook, M.D.                                        Page 3
Curriculum Vitae

   1975-78  Director of Inpatient Psychiatry, supervision and teaching of
residents specializing in Ward Administration and Milieu Therapy

   1975 to present date:

   Director of Residency Training - coordination and supervision of
training activities for four year residency program and clinical faculty
liaison.

   Supervision of the Special Treatment Unit as Director of In-patient
Psychopharmacological Research.  Resident supervisor in research.

   Psychobiology lectures to medical students.

   Cognitive and behavioral therapy seminar series to residents in
Psychiatry.

   Psychobiology and Psychopharmacology lectures to residents in
Psychiatry.

   Group Therapy Instruction Seminars for first year residents.

   Supervision of residents electing a research and psychopharmacology
experience.

   Individual Resident Supervision for Outpatient Psychotherapy, emphasis
on family and cognitive behavioral approach.

   Lectures on medical and Psychiatric  Interviewing, Ph.D. to M.D.
students.

7. <u>THESIS AND DISSERTATION ADVISING</u>:

   Not applicable

8. <u>GRANTS RECEIVED WITHIN PAST FIVE YEARS (Principal Investigator)</u>:

   1988 - Clozepine in treatment resistant patients or patients with
tardive dyskinesia . (Sandoz)  Compassionate protocol.

   1989 - Risperidone in chronic schizophrenia, double-blind study.
(Janssen)

   1989 - CI943, placebo controlled dose response (Parke Davis)

7/13/90 - 7/12/91  Remoxipride v.s. Haldol in schizophrenia; Merck $89,662

11/1/90 - 11/1/91  Amperozide - placebo controlled v.s. Haldol in
schizophrenia; Sandoz  $149,000

10/1/92 - 9/30/92 A double-blind, placebo-controlled comparison of low and
high dosage regimens of ICI 204,636 in the treatment of hospitalized
patients with acute schizophrenia; ICI $142,000

B422

Richard M. Steinbook, M.D.                                                      **Page 4**
Curriculum Vitae

9. <u>DEPARTMENTAL ADMINISTRATIVE AND COMMITTEE RESPONSIBILITIES:</u>

Director, Residency Training, 1975 to present

Chairman, Residency Training Coordinating Committee, 1975 to present

Member, Senior Staff, Mental Health Services Division, Jackson Memorial Hospital, 1975 to present

Chairman, Ambulatory Quality Assurance Committee, 1976-79

Member, Clinical Services Committee, 1971 to present

Director, Psychobiological Consultation Service, 1980-88

Director, Mood Disorder Treatment Program, 1984-88

Co-director, Phobia and Anxiety Disorders Clinic, 1984-86

Director, Inpatient Psychopharmacological Research, 1974 to present

Member, Executive Training Committee (departmental), 1990 to present

**Member, Senior Professional Income Plan Coordinating Committee, Department of Psychiatry, 1990 to present**

10. <u>EXTRA-DEPARTMENTAL ADMINISTRATIVE AND COMMITTEE RESPONSIBILITIES:</u>

PRSO Committee, South Florida Psychiatric Society, 1978-83

Medical School Continuing Education Committee, University of Miami, 1975-80

House Staff Committee, Jackson Memorial Hospital, 1975 to present

Consultant to Dade County Medical Association and Health Systems Agency, 1979-80

Dade County Mental Health Board, Grant Review and Evaluation, 1975-79

University of Miami Behavioral Science I.R.B. Committee, 1979-83

Medical School Curriculum Committee, 1985 to present

B423

Richard M. Steinbook, M.D.                                          Page
Curriculum Vitae

Chairman, Task Force on Impact of New Forms of Hospital Reimbursement on Training, American Association Directors of Residency Training, 198 to present

Task Force on Research in Psychiatric Education, American Association Directors Residency Training, 1982-84

Tegretol Evaluation Committee, Department of Health and Rehabilitative Services, State of Florida, 1984

Clinical Faculty Advisory Committee of the South Florida Psychiatric Society, 1983 to present

11. HONORS AND AWARDS:

A.  Visiting professorships

None

B.  Scientific presentations at national & international meetings

American Psychiatric Association Panel, Residency Training Curriculum Objectives, APA Annual Meeting, Atlanta, Georgia, May 1978

Workshop Leader on New Forms of Hospital Reimbursement on Psychiatric Resident Training, American Association Directors Psychiatry Residency Training National Meeting, New Orleans, Louisiana, 1984

Group Treatment in Acute Schizophrenia, APA Annual Meeting, San Francisco, California, 1980

Educational Leader, Brazilian/American Psychiatric Study Group. Hospital Seminars in Manaus, Salvador, Bahia, Rio, 1983

Educational Leader, Soviet/American Psychiatric Study Group. Seminars in Moscow, Tashkent, Leningrad at Bekhterev Institute, 1984

Educational Leader, Japanese/American Psychiatric Study Group. Seminars in Tokyo, Kyoto, Bangkok, Singapore, Hong Kong, 1986

Medication:  The Value and State of the Art of Psychotropics, International Association of Psychosocial Rehabilitation, Miami, Florida, 1989

C.  Invited outside lectureships

Mental Health Association of Dade County, Scientific Symposia, April 1976, 1978, 1979, 1985

Review of Psychiatric Residency Training to the South Florida Psychiatric Society, September, 1980; June, 1988; May, 1991

Psychobiology of Affective Disorders, Florida Medical Association, May, 1981.

B424

Richard M. Steinbook, M.D.                                              Page
Curriculum Vitae

Psychopharmacology of agoraphobia to Agoraphobics Anonymous, Miami
Chapter, Mental Health Association, July 1981 - 85.

Depression, Television Program for Mental Health Association,
Naples, Florida, October, 1980

Panel on Psychotherapy Television, Channel 10, Miami, October, 1980

South Florida State Hospital, two lectures on Psychopharmacology
and Affective Disorders, 1980 to present

Advances in Psychopharmacologic Treatment of Schizophrenia, Pan
American Hospital Symposium, november 18, 1978

Coral Ridge Hospital Psychiatric Symposium, Ft. Lauderdale,
Florida, 1980.

Orlando General Hospital, Panic Disorders, 1983

Consultant to Merrell Pharmaceutical on Panic Disorders, 1984

Sarasota Memorial Hospital, Panic Disorders, 1984

Hollywood Memorial Hospital, Panic Disorders, 1984

South Florida Psychiatric Society, Psychopharmacology Update, 1984

Lake Worth Medical Group, Panic Disorders and Cardiovascular
Problems, 1985

Cuban Medical Association Annual Meetings, 1984 and 1985

NLP in the Treatment of Panic Disorders, Cable News Network (CNN),
1985

Depression Update, Channel 17, Miami, Florida, 1986

Schizophrenia, Parts 1 & 2, Channel 17, Miami, Florida, 1989

D.    Society memberships & offices

Alpha Epsilon Delta - Pre-Medical - 1960
American Association of Directors of Psychiatric Residency Training
American Psychiatric Association - Fellow
Association for the Advancement of Behavior Therapy
Dade County Medical Association
Florida Junior Academy of Science, President - 1956
Johns Hopkins Medical and Surgical Association
Mental Health Association of Greater Miami
Psi Chi - Psychology - 1961
South Florida Psychiatric Society

B425

Richard M. Steinbook, M.D.                                          **Page**
Curriculum Vitae

PART B: BIBLIOGRAPHY

1. <u>SCIENTIFIC ARTICLES IN REFEREED JOURNALS</u>:

1.  Steinbook, R. M., Jones, M.B., Anslie, J.D.:  Suggestibility and the Placebo Response, Journal Nervous and Mental Disorders, 140:87-91, 1965.

2.  Bernard, G.W., Fleisher, C.K., Steinbook, R.M.:  The Treatment of Urinary Retention by Aversive Stimulus Cessation and Assertive Training, Behavioral Research and Therapy, 4:232-236, 1966.

3.  Steinbook, R.M. and Chapman, A.B.:  Lithium Responders:  An Evaluation of Psychological Test Characteristics, Comprehensive Psychiatry 11:254-530, 1970.

4.  Brauzer, B., Goldstein, B.J., Steinbook, R.M., Jacobson, A.:  The Re-evaluation of a Central Nervous System Stimulant: Pipradrol Hydrochloride. Current Therapeutic Research, Vol. 14, No. 12, December, 1972.

5.  Steinbook, R.M., Goldstein, B.J., Brauzer, B., Moreno, S., Jacobson, A.F.: Loxapine:  A Double Blind Comparison with Chlorpromazine i: Acute Schizophrenic Patients.  Current Therapeutic Research, Vol. 15, No. I, pp. 1 - 7, January, 1973.

6.  Goldstein, B.J., Brauzer, B., Steinbook, R.M. and Jacobson, A.: Psychotropic Drug Treatment of Mixed Anxiety and Depression in Non-Psychiatric Office Patients.  Southern Medical Journal, Vol. 66, No. 8, pp 892-897, August, 1973.

7.  Brauzer, B., Goldstein, B.J., Steinbook, R.M., Jacobson, A.F.: The Treatment of Mixed Anxiety and Depression with Loxapine:  A Controlled Comparative Study.  Journal of Clinical Pharmacology, Vol. 14, Nos. 8 and 9, August-September, 1974.

8.  Steinbook, R.M., Goldstein, B.J., Brauzer, B., Jacobson, A.F., Moreno, S.: Metiapine:  A Double Blind Comparison with Chlorpromazine in Acute Schizophrenic Patients.  Journal of Clinical Pharmacology, Vol. 15, No. 10, pp. 700-704, October 1975.

9.  Jacobson, A.F., Brauzer, B., Steinbook, R.M. and Goldstein, B.J.: Doctor-Patient Concordances:  An initial approach to a frustrating problem. Paper presented at the May, 1975, Early Clinical Drug Evaluation Unit at NIMH, Miami, Florida.

10.  Jacobson, A.F., Brauzer, B., Steinbook, R.M., Goldstein, B.J.: Doctor-Patient Concordance on the Relative Severity of Anxiety and Depression in Symptomatic Volunteers.  Psychopharmacology Bulletin, NIMH, Vol. 13, No. 2, April, 1977.

B426

Richard M. Steinbook, M.D.                                              Page
Curriculum

11.  Jacobson, A.F., Brauzer, B., Goldstein, B.J., Steinbook, R.M. and Weiss, B.: A Comparison of Doctor and Patient Rating Scales Assessing Psychopathology in Three Outpatient Samples.  Psychopharmacology Bulletin NIMH, Vol. 13, No. 2, April, 1977.

12.  Steinbook, R. M., Jacobson, A., Mosher, J.C., Davies, D.L.:  The Goal-Attainment Scale as an Instructional Guide for the Delivery of Social Reinforcement.  Archives of General Psychiatry, Vol. 34, No. 8, pp. 923-26, August, 1977.

13.  Weiss, B.L., Jacobson, A.F., Steinbook, R.M., Brauzer, B., Goldstein, B.J.: Controlled Comparison of Trifluoperazine and Chlordiazepoxide in the Treatment of Anxiety. Current Therapeutic Research Vol. 22, No. 5, November, 1977.

14.  Jacobson, A.F., Weiss, B.L., Steinbook, R.M., Brauzer, B., Goldstein, B.J.: The Measurement of Psychological States of Use of Factors Derived from a Combination of Items Mood and Symptom Checklists. Journal of Clinical Psychology, Vol. 34, No. 3, July 1978.

15.  Steinbook, R.M., Jacobson, A.F., Weiss, B.L., Goldstein, B.J.: Amoxapine, Imipramine and Placebo:  A Double Blind Study with Pretherapy Urinary 3- Methoxy-4-Hydroxphenylglycol Levels.  Current Therapeutic Research, Vol. 26, No. 5:490-496, 1979.

16.  Levine, J., Schooler, N., Severe, J., Escobar, J., Gelenberg, A., Mandel, M., Soverno, R., Steinbook, R.M.: Discontinuation of Oral and epot Fluphenazine in Schizophrenic Patients after One Year of Continuous Medication:  A Controlled Study in "Long Term Effects of Neuroleptics".: Adv. Biochem. Psychopharmacol.  Vol. 24, Raven Press, New York, 1980.

17.  Steinbook, R.M., Jacobson, A., Higganbotham, J., Goldstein, B.J., Reynolds, L.: Group Treatment in Acute Schizophrenia.  Presented at American Psychiatric Association Annual Meeting.  San Francisco, California, 1980.

18.  Dominguez, R.A., Jacobson, A.F., Goldstein, B.J., Steinbook, R.M.: A Placebo-Controlled Comparison of Amoxapine and Imipramine in the Treatment of Depressed Outpatients.  Current Therapeutic Research, Vol. 29 No. 5, May, 1981.

19.  Schooler, N., Severe, J. Levine, J., Escobar, J., Gelenberg, A., Mandel, M., Soverno, R., and Steinbook, R.: Der Abbruch der Neuroleptischen Behandlung bei Schizophrenen Patienten und dessen Einflus auf Ruckfalle und uaf Symptome der Spatdyskinesie?  F. Schattauer Verlag. Stuttgart-New York, 1982.

20.  Claghorn, J., Abbuzhab, F., Wang, R., Larson, C., Gelenberg, A., Klerman, G., Tauson, V., Steinbook, R. M.:  The Current Status of Clozapine, NCDEU, May, 1983.

21.  Claghorn, J., Abbuzahab, F. Wang, R., Larson, C., Gelenberg, A., Klerman, G., Tuason. V., Steinbook, R.M.:  The Current Status of Clozapine Psychopharmacology Bulletin, 19: 138-140, 1983.

B427

22. Warren, J.A. and Steinbook, R.M.: Case Report of Carbamazine-Induced Reticulocytosis. American Journal of Psychiatry, 140:247-249, 1983.

23. Dominguez, R.A., Jacobson, A.F., Goldstein, B.J., Steinbook, R.M. A Cross-over Comparison of Brotizolam and Temazepam in the Treatment of Insomnia. Current Therapeutic Research, Vol. 33, No. 3, pp.372-279, March 1983.

24. Jacobson, A., Goldstein, B.J., Dominguez, R.A., Steinbook, R.M.: A Placebo-Controlled, Double Blind Comparison of Clobazam and Diazepam to the Treatment of Anxiety. Journal of Clinical Psychiatry, Vol. 44, No. 8, pp. 296-300, August 1983.

25. Dominguez, R.A., Jacobson, A.F., Goldstein, B.J., Steinbook, R.M. Comparison of Triazolam and Placebo in the Treatment of Insomnia in Depressed Patients. Current Therapeutic Research, 36: 856-865, 1984.

26. Dominguez, R.A., Goldstein, B.J., Jacobson, A.F., Steinbook, R.M. Brotizolam in in the Treatment of Insomnia. Psychopharmacology Bulletin, 21: 97-100, 1985.

27. Dominguez, R.A., Goldstein, B.J., Jacobson, A.F., Steinbook, R.M.: A Double Blind Placebo-Controlled Study of Fluvoxamine and Imipramin in Depression. Journal of Clinical Psychiatry. 46(3) 84-87, 1985.

28. Dominguez, R.A., Jacobson, A.F., Goldstein, B.J., Steinbook, R.M.: Iypnotic Efficacy of Brotizolam: A Modified Triazolodiazepine. Clinical Pharmacology and Therapeutics, 37(6): 674-682, 1985.

29. Jacobson, A.F., Dominguez, R.A., Goldstein, B.J., Steinbook, R.M.: Efficacy of Buspirone and Diazepam in Outpatients with Generalized Anxiety Disorder. Pharmacotherapy, 5(5): 290-296, 1985.

30. Jacobson, A.F., Dominguez, R.A., Goldstein, B.J., Steinbook, R.M.: Efficacy of Brotizolam in Geriatric Patients with Insomnia. Current Therapeutic Research, 39(4): 528-536, 1986.

31. Dominguez. R.A., Goldstein, B.J., Jacobson, A., Steinbook, R.M.: Estazolam in the Treatment of Insomnia. Psychopharmacology Bulletin 22(1) 278-280, 1986.

32. Dominguez, R.A., Goldstein, B.J., Jacobson, A., Steinbook, R.M.: Comparative Efficacy of Estazolam, Flurazepam and Placebo in Outpatients with Insomnia. Journal of Clinical Psychiatry. 47(7): 362-365, 1986.

33. Jacobson, A., Goldstein, B.J., Dominguez, R.A., Steinbook, R.M.: Interrater Agreement and Interclass Reliability Measure of SAFTEE in Psycho-pharmacologic Clinical Trials. Psychopharmacology Bulletin, 22(2): 382-388, 1986.

B428

Richard M. Steinbook, M.D.                                    Page 1
Curriculum Vitae

34. Jacobson, A., Goldstein, B.J., Dominguez, R.A., Steinbook, R.M.: Interrater Agreement and Reliability Measures of SAFTEE: General Inquiry versus Systematic Inquiry. Abridged proceedings of the 1986 NCDEU Meeting Psychopharmacology Bulletin 23 (1), 1987.

35. Claghorn, J., Honigfeld, G., Abuzzahab, F., Wang, R., Steinbook, R., Tuason, V., Klerman, G.: The Risks and Benefits of Clozapine vs Chlorpromazine. Journal of Clinical Psychopharmacology, Volume 7, Number 6 1987.

2. SUBMITTED FOR PUBLICATION:

36. Goldstein, B.J., Dominguez, R.A., Jacobson, A.F., Steinbook, R.M.: Zimelidine - Report of the Outcome of Depressed Outpatients with a Second Generation Antidepressant. New Drugs.

3. PUBLISHED ABSTRACTS:

37. Goldstein, B.J., Brauzer, B., Steinbook, R.M., Jacobson, A.F.: Psychotropic Drug Treatment of Mixed Anxiety and Depression in Non-psychiatric Office Patents. Psychiatry Digest, pp. 22-24, May 1974.

4. OTHER PROFESSIONAL ITEMS:

38. Steinbook, R.M.: Radiophosphorus Localizations in Tissues of Rabbits. Bulletin, Florida Junior Academy of Science, 1956.

39. Steinbook, R.M.: Brief Therapy, Short Circuit - A Newsletter for Psychiatric Residents, Stanford University, 1:4, 1966.

40. Steinbook, R.M.: Behavior Therapy Revisited, Short Circuit - A Newsletter for Psychiatric Residents, Stanford University, 1:4, 1966.

41. Steinbook, R.M.: Behavioral Therapies., Weekly Psychiatry Update Series #13, 1976.

42. Steinbook, R.M.: Psychological Aspects of Cancer Treatment in Continuing Education Handbook. Department of Medicine, University of Medicine, 1977.

43. Steinbook, R.M.: Behavioral Therapies: Clinical Case Studies. Weekly Psychiatry Update Series, #45, 1978.

44. Cancro, R. and Steinbook, R.M.: Schizophrenia: Current Status of Treatment. Audio Digest Foundation, Psychiatry, Vol.8, No.1, Jan. 15, 1979.

45. Steinbook, R.M., Advances in the Psychology of Depression. reaction, 9:1, 1979.

B429

## CURRICULUM VITAE

### Stephen M. Strakowski, MD

**Personal Information:**

| | |
|---|---|
| Address: | McLean Hospital |
| | 115 Mill St. |
| | Belmont, MA 02178 |
| Born: | Nappanee, IN 10/16/61 |

**Education:**

| | |
|---|---|
| College: | University of Notre Dame, |
| | Notre Dame, IN |
| | B.S.E. (Summa Cum Laude), 1984 |
| Medical School: | Vanderbilt University School of Medicine |
| | Nashville, TN |
| | M.D., 1988 |
| Graduate School: | Vanderbilt University, Dept. of Physiology |
| | and Biophysics, Nashville, TN |
| | Medical Scientist Training Program Fellow, |
| | 1984-1986 |

**Post-Graduate Training:**

| | |
|---|---|
| Internship: | Categorical Internship, McLean Hospital |
| | 7/1/88 - 6/30/89 |
| Residency: | Resident in Adult Psychiatry |
| | McLean Hospital |
| | 7/1/89 - 6/30/92 |

**Licensure and Boards:**

Ohio Medical Licensure, 1992 - present
Massachusetts Permanent Medical Licensure, 1989 - 1992
National Board of Medical Examiners, Diplomate, 1989

**Professional Society Affiliations:**

American Psychiatric Association, 1989 - current
American Medical Association, 1992 - current
Massachusetts Psychiatric Association, 1990 - 1992
American Association for the Advancement
   of Science, 1989 - 1991

B430

Strakowski CV                                    <u>Strakowsk, CV  2</u>

<u>Positions Held</u>:

Assistant Professor of Psychiatry, Department of Psychiatry, University of Cincinnati College of Medicine, 7/1/92-current

Chief Resident, Psychotic Disorders Program
Mclean Hospital, 7/1/91 - 6/30/92

Clinical Fellow in Adult Psychiatry
Harvard University Medical School, 7/1/88 - 6/30/92

Rater, DSM-IV Field Trial "Schizophrenic Spectrum Disorders," McLean Site, 11/90 - 1/92

Reviewer, <u>Psychiatry Research</u>, MS Buchsbaum & FK Goodwin, eds., 1992

Consulting Psychopharmacologist, Human Resource Institute Lawrence, MA  4/90 - 6/90

<u>Courses/Lectures Given</u>:

Discussion: "Munchausens Syndrome and Anesthesiology"
Anesthesiology Grand Rounds, Massachusetts General Hospital, 1/30/92

Weekly Seminar: "The Diagnosis and Treatment of Psychotic Disorders," Harvard Medical School, McLean Hospital, 7/90-6/92

Weekly Tutorial: "The Psychiatric Interview," Harvard Medical School McLean Hospital, 1/91-6/92

Seminar: "Atypical Antipsychotic Agents"
PGY-II Summer Lecture Series, McLean Hospital; 8/91

Seminar: "Mood Stabilizers"
PGY-II Summer Lecture Series, McLean Hospital; 8/90

<u>Research Support</u>:

| | |
|---|---|
| Source | NIMH MH-31154 |
| Project Title | Collaborative Biological Research in Schizophrenia |
| Principal Invest. | Phillip Holzman, PhD, Steve Matthysse, PhD |
| Effort | Dr. Strakowski is co-principal investigator for the PET section; 20% effort |
| Period of Support | 12/01/91-11/30/94 (for PET) |

This supports PET study of eye movements in normal volunteers and in unaffected family members of schizophrenic patients.

B431

Strakowski CV

**Honors and Awards:**

American Psyhiatric Association/Dista Products Resident Research Award, May, 1992

Laughlin Fellow, American College of Psychiatrists, February, 1992

National Institute of Mental Health Outstanding Resident Award, October, 1990

Alpha Omega Alpha Honor Medical Society Vanderbilt University School of Medicine, 1987

Letter of Commendation, Psychiatry Clerkship Vanderbilt University School of Medicine, 1987

Summa Cum Laude, Bachelor of Science and Engineering, University of Notre Dame, 1984

**Publications:**

Strakowski SM, Shelton RC, Kolbrener ML:  The effects of race and comorbidity on clinical diagnosis in patients with psychosis. submitted for review.

Strakowski SM, Wilson DR, Tohen M, Woods BT, Douglass AW, Stoll AL:  Structural brain abnormalities in mania at first hospitalization.  submitted for review

Strakowski SM, Woods BT, Tohen M, Wilson DR, Douglass AW, Stoll AL:  MRI signal hyperintensities in mania at first hospitalization.  submitted for review.

Strakowski SM, Tohen M, Stoll AL, Faedda GL, Mayer PV, Kolbrener ML, Goodwin DC: Comorbidity in first-episode psychosis.  in revision

Tohen M, Stoll AL, Strakowski SM, Faedda GL, Mayer PV, Goodwin DC, Kolbrener ML, Madigan AM: The McLean first-episode psychosis project: Six month recovery and recurrence outcome.  Schiz Bull, 18(2):271-282, 1992.

Strakowski SM, Faedda GL, Tohen M, Goodwin DC, Stoll AL: Possible affective state dependence of the tridimensional personality questionnaire in first-episode psychosis. Psychiatry Res, 41:215-226, 1992.

Strakowski SM, Tohen M, Stoll AL, Faedda GL, Goodwin DC: Comorbidity in mania at first hospitalization.  Am J Psychiatry, 149:554-556, 1992.

B432

Faedda GL, Baldessarini RJ, Tohen M, Strakowski SM, Waternaux C: Episode sequence in bipolar disorder and response to lithium treatment.  Am J Psychiatry 148:1237-1239, 1991.

Strakowski SM, Hudson JI, Keck PE, Wilson DR, Frankenburg F, Alpert JE, Teschke G, Tohen M:  Four cases of obstructive sleep apnea associated with treatment resistant mania.  J Clin Psychiatry 52:156-158, 1991.

Strakowski SM, Phillips JA, III:  Mental retardation, Hemoglobin H-related.  Article 3101 in Birth Defects Encyclopedia, ML Buyse,  ed, (Center for Birth Defects Information Services, Inc., Dover, MA) pp.1123-1124, 1990

Strakowski SM, Butler MG, Cheek JW, Moore WT, Netterville JL, Phillips JA, III:  Familial laryngeal web in three generations with probable autosomal dominant transmission.  Dysmorph Clin Gen 2:9-12, 1988.

Strakowski SM, Butler MG:  Paternal hydrocarbon exposure in Prader-Willi syndrome.  The Lancet, Dec. 19:1458, 1987.

Strakowski SM, Butler MG:  Prader-Willi syndrome and paternal hydrocarbon exposure, in reply.  The Lancet, Mar 19:641, 1988.

## Abstracts and Presentations:

Strakowski SM, Shelton RC, Kolbrener, ML:  The effects of race and comorbidity on clinical diagnosis in patients with psychosis.  Schizophrenia 1992, Vancouver, British Columbia, Canada; July 19-22, 1992 ("Honorable Mention" in New Research competition).

Strakowski SM, Tohen M, Stoll AL, Faedda GL, Goodwin DC: Comorbidity in first-episode psychosis.  APA Annual meeting, Washington, D.C.; May 4, 1992.

Strakowski SM, Batson SC, Greenfield SF, Tohen M, Kolbrener ML: Dissociation and abuse in first-episode psychosis.  APA Annual meeting, Washington, D.C.; May 4, 1992.

Tohen M, Stoll AL, Strakowski SM, Faedda GL, Mayer PV, Goodwin DC, Kolbrener ML, Madigan AM:  The McLean First-Episode Psychosis Project.  APA Annual meeting, Washington, D.C.; May 4, 1992.

Faedda GL, Strakowski SM, Tohen M, Suppes T, Stoll AL, Mayer PV, Goodwin DC, Kolbrener ML, Baldessarini RJ:  Mixed and dysphoric states in bipolar patients.  APA Annual meeting, Washington, D.C.; May 4, 1992.

Strakowski SM, Wilson DR, Tohen M, Woods BT, Douglass AW, Stoll AL:  Neuroanatomic abnormalities in first-episode mania.  the Society of Biological Psychiatry, Annual meeting, Washington, D.C.; May 2, 1992

B433

Strakowski SM, Wilson DR, Tohen M, Woods BT, Douglass AW, Stoll AL:  Neuroanatomic abnormalities in first-episode mania.  Stanley Cobb Assembly of the Boston Society for Neurology & Psychiatry, Boston, MA; April 16, 1992.

Stoll AL, Mayer PV, Hanin I, Tohen M, Strakowski SM, Faedda GL, Goodwin D, Cohen BM:  Erythrocyte choline concentration in first-episode psychotic disorders: a predictor of prolonged neuroleptic treatment.  Amer. College of Neuropsychopharmacology, 30th Annual Meeting, San Juan, Puerto Rico; Dec. 9-13, 1991

Tohen M, Strakowski SM, Stoll AL, Goodwin DC, Faedda GL, Baldessarini RJ: Recovery in first-episode affective and non-affective psychosis.  Regional Symposium World Psychiatric Association, Acapulco, Gro. Mexico, November 19-24, 1991

Strakowski SM, Tohen M, Stoll AL, Faedda GL, Goodwin DC: First-episode mania and comorbidity.  Canadian Psychiatric Association, 41st Annual meeting, Saskatoon, Saskatchewan; October 4, 1991.

Faedda GL, Baldessarini RJ, Tohen M, Strakowski SM:  Sequence of episodes predicts response to lithium in bipolar disorders (Abstract).  Biol Psychiatry 29:384S, 1991.

Strakowski SM, Tohen M, Greenfield SF, Faedda GL:  Comorbidity in first episode bipolar disorder.  American Psychiatric Association meeting, New Orleans, LA; May 13, 1991.

Faedda GL, Baldessarini RJ, Tohen M, Strakowski SM, Waternaux C: Sequence of episodes predicts response to lithium in bipolar disorder.  American Psychiatric Association meeting, New Orleans, LA; May 13, 1991.

Tohen M, Strakowski SM, Stoll AL, Faedda DC, Goodwin DC, Baldessarini RJ:  Recovery and six-month outcome of a first psychotic episode.  International Congress of Schizophrenia meeting, Tucson, AZ; April 23, 1991.

Wilson DR, Glantz K, Pearce J, Strakowski SM, Heisel JS, Aranow R:  Evolutionary psychology: some clinical implications.  Animal Behavior Society meeting, SUNY, Binghampton, NY; June 14, 1990.

Strakowski SM, Wilson DR, Glantz K, Aranow R:  A phylo-ontogenetic model of personality.  Animal Behavior Society meeting, SUNY, Binghampton, NY; June 14, 1990.

B434

## CURRICULUM VITAE

**NAME:**     Steven D. Targum, M.D., F.A.P.A.

**CURRENT POSITION:**     Chairman, Department of Psychiatry
Crozer-Chester Medical Center

Vice Chairman, Department of Mental
   Health Sciences,
Hahnemann University School of Medicine

**OFFICE ADDRESS:**     One Medical Center Blvd.
Professional Office Bldg. 1, Suite 202
Upland, PA  19013-3995

**OFFICE TELEPHONE:**     (215) 874-8491

**DATE OF BIRTH:**     June 1, 1948

**MARITAL STATUS:**     Married

**CHILDREN:**     TWO

### MEDICAL LICENSURES

New Jersey, 1974, MA29042
Pennsylvania, 1989, 44778E

Inactive
Maryland, 1976, D20322
District of Columbia, 1978, 11092
Florida, 1983, 42871

### ACADEMIC AFFILIATIONS

Present Position
Professor of Psychiatry, Hahnemann University School of Medicine, Philadelphia, PA (1989-Present).

Past Positions
Clinical Assistant Professor of Psychiatry, Georgetown University School of Medicine, Washington, D.C. (1979-1983).

Clinical Associate Professor of Psychiatry, University of South Florida School of Medicine, Tampa, FL (1983-1989).

### BOARD CERTIFICATIONS

National Board of Medical Examiners, passed 1974
American Board of Psychiatry and Neurology, passed 1978

B435

CURRICULUM VITAE                           2                    STEVEN D. TARGUM, M.D.

## CURRENT HOSPITAL STAFF APPOINTMENTS

Crozer-Chester Medical Center
Keystone Rehabilitation Center
Springfield Hospital
Pennsylvania Hospital (The Institute of Pennsylvania Hospital)

## EDUCATION

1. Colgate University, Hamilton, New York, 1965-1969.  Degree conferred:
   B.A. magna cum laude with honors in biology.

2. Mount Sinai School of Medicine, New York, New York, 1969-1973.
   Degree conferred:  M.D.

3. Mount Sinai Hospital, New York, New York, 1973-1974.  Residency in
   obstetrics-gynecology.

4. Rutgers Institute of Mental Health Science, Piscataway, New Jersey,
   1974-1976.  Residency in Psychiatry.

5. National Institute of Mental Health, Bethesda, Maryland, 1976-1978.
   Clinical Associate and Residency, Biological Psychiatry and
   Psychogenetics.

## SPECIAL EDUCATIONAL EXPERIENCES

Substance Abuse - 1970-1971, Morris Bernstein Institute, Beth Israel
Hospital, New York, New York.  Training in Narcotics Detoxification and
Methadone Maintenance Program.

Family Planning - March-May, 1973, Belgrade, Yugoslavia.  USPHS-AAMC
Overseas Fellowship for Training in Family Planning and Midwifery.

Psychobiology/Psychogenetics - 1976-1978, National Institute of Mental
Health, Biological Psychiatry Branch.  Clinical Associate in Section on
Psychogenetics (Elliot S. Gershon, M.D., Section Chief).

## FELLOWSHIPS

Downstate Medical Center, Brooklyn, New York, Department of Anatomy,
Summers of 1968, 1969 for Research in Genetics.

Mount Sinai Hospital, New York, New York, Department of Psychiatry, USPHS
Summer Fellowship, 1970.

Mount Sinai Hospital, New York, New York, Department of Community
Medicine, USPHS Summer Fellowship, 1971.

USPHS-AAMC Fellowship in Belgrade, Yugoslavia, March to May, 1973.

B436

CURRICULUM VITAE                    3                    STEVEN D. TARGUM, M.D.

## CLINICAL EXPERIENCE

### Present Positions

1. <u>Chairman, Dept. of Psychiatry</u>, Crozer-Chester Medical Center, Upland, Pennsylvania (1989-Present).
   Role includes:
   -Medical leadership for department consisting of 40 inpatient beds, residential treatment services, and extensive ambulatory programs.
   -Responsibility for the development and implementation of new programs.
   -Responsibility for staff development and supervision of 14 salaried staff Psychiatrists, as well as department Psychologists, Social Workers, and other mental health professionals.
   -Participation of budget development, administration of the department.

2. <u>Vice Chairman</u>, Hahnemann University School of Medicine, Department of Mental Health Sciences, Philadelphia, Pennsylvania (1989-Present).
   Role includes:
   -Integration of psychiatry residency program between Hahnemann and its affiliated campus at Crozer-Chester Medical Center.
   -Participation in medical student and residency teaching, particularly in the areas of Affective Disorders and Clinical Psychobiology.
   -Participation on other Hahnemann University School of Medicine committees, retreats, etc.

3. <u>Special Reviewer</u>, NIMH, Treatment Development and Assessment Research Review Committee (TDA2)

### Past Positions

1. <u>Director of Research & Evaluation</u>, The Psychiatric Institute of Washington, D.C. (1978-1983).
   Developed, implemented, supervised, analyzed, and wrote research studies in this private hospital.  Principal investigations incorporated psychobiological and psychosocial parameters in the longitudinal assessment of sub-groups of psychiatric patients, (see list of publications).

2. <u>Director, Psychiatric Intensive Care Unit</u>, The Psychiatric Institute of Washington, D.C. (1978-1980).
   Treated acutely ill psychiatric patients on a 16-bed, closed unit. Emphasis of treatment was psychopharmacology.

3. <u>Director, Neuropsychiatric Evaluation Program</u>, The Psychiatric Institute of Washington, D.C. (1980-1983).
   Created, organized, and directed evaluation services for this private hospital.  The program focused upon the integration of social, biological, and psychodynamic elements in the comprehensive assessment of patients.

B437

CURRICULUM VITAE                    4              STEVEN D. TARGUM, M.D.

4.  <u>Director, National Capital Sleep Centers, Inc.</u>, Bethesda, Maryland (1982-1983).
    Developed the sleep laboratory at Suburban Hospital, Bethesda, Maryland for the evaluation of sleep-wake cycle disorders.  Acted as Administrative and Medical Director.

5.  <u>Guest Worker, Section on Psychogenetics</u>, National Institute of Mental Health, Biological Psychiatry Branch, Bethesda, Maryland (1978-1983).

6.  <u>Medical Director</u>, Sarasota Palms Hospital, Sarasota, Florida (1983-1989).
    Administrative and medical leadership of a 116-bed private psychiatric hospital and 60 bed residential treatment center. Activities included:
    -Development and implementation of new programs including: clinical research, psychobiological evaluation, outpatient consultation center, children's and eating disorders programs.
    -Establishment of peer review, quality assurance programs, and re-credentialing criteria for professional staff.
    -Staff development and on-going training and supervisory programs.
    -Public relations, marketing, and media activities as Chief Medical Representative of the institution.
    -Participation in budget preparation, administration, and fiscal accountability.
    -Corporate responsibilities for Psychiatric Institutes of America (PIA) including Chairman of Research Funding Committee and Technical Advisor for Biological Psychiatry.

<u>PROFESSIONAL MEMBERSHIPS</u>

<u>Active</u>
American Psychiatric Association, 1978-Present
American Medical Association, 1978-Present
Society of Biological Psychiatry, 1981-Present
  Committee on Public Relations, 1981-1982
International Society of Psychoneuroendocrinology, 1988-Present
Psychiatric Research Society, 1985-Present
Pennsylvania Medical Society, 1989-Present
American Academy of Clinical Psychiatrists, 1989-Present
Philadelphia Psychiatric Society, 1990-Present
Society for Neuroscience, 1992 - Present

<u>Previous</u>
Washington Psychiatric Society, 1978-1983
Society for the Study of Social Biology, 1977-1989
Central Neuropsychiatric Private Hospital Association
  Committee on Collaborative Research, 1981-1983
National Association of Private Psychiatric Hospitals, 1980-1989
  (Chairman, Research Committee, 1982-1987)
Southern Medical Association, 1983-1988
Florida Medical Association, 1983-1989

B438

CURRICULUM VITAE                              5                    STEVEN D. TARGUM, M.D.

Florida Psychiatric Society, 1983-1989
   Committee on Aging, 1984-1987
   Long Range Planning Committee, 1985-1987
Sarasota County Medical Society, 1983-1989
   Committee on Continuing Education, 1984-1989

### HONORS/AWARDS

Phi Beta Kappa, Elected to Membership in 1969
Nathaniel Stanton Fellowship Award, Colgate University, 1969
Lange Medical Award, Mount Sinai School of Medicine, 1973
A.E. Bennett Award, Honorable Mention, Society of Biological
   Psychiatry, 1983
Presidential Award for Research in Psychiatry, National Association
   of Private Psychiatric Hospitals, 1985
Fellowship, American Psychiatric Association, Elected to
   Membership, 1988

### GRANTS RECEIVED

Ciba-Geigy, Inc. for the Study of Obsessive-Compulsive Disorder,
   Clomipramine, 1979-1980.

Abbott Laboratories for the Study of Hypnotic Agent, Estazolam,
   1981-1982.

Ciba-Geigy, Inc. for the Study of Antidepressant Drug,
   Oxaprotiline, 1982-1983.

Psychiatric Diagnostic Laboratories of America for the Study of
   T Cell Function in Depression, 1985-1987.

PIA-Corporate grant for the Study of Seasonal Affective Disorder,
   1986-1988.

Pfizer, Inc., A Double-Blind Parallel Comparison of Sertraline,
   Imipramine and Placebo in Inpatients with Major Depression
   or Bipolar Disorder, Depressed, 1990-1991.

Searle, Inc., Efficacy and Safety of Cycloserine in Patients with
   Alzheimer's Disease, 1991-Present.

Bristol-Myers Squibb, An Open Multicenter Trial of Nefazodone in the
   Treatment of Patients with Mood Disorders, 1992.

Bristol-Myers Squibb, A Double-Blind Multicenter Trial of Nefazodone and
   Placebo in the Treatment of Depressed Inpatients, 1992-Present.

The Upjohn Company, Short- and Long-Term Discontinuation of Alprazolam
   in the Treatment of Panic Disorder with Agoraphobia, 1992-Present.

B439

CURRICULUM VITAE                          6                    STEVEN D. TARGUM, M.D.

Glaxo Inc., Double-Blind, Placebo-Controlled, Fixed Dose Evaluation of Ondansetron versus Diazepam in the Treatment of Generalized Anxiety Disorder, 1992-Present.

Abbott Laboratories, The Safety of Intravenous Valproate, 1992.

Glaxo Inc., A Double-Blind, Placebo-Controlled Study of Fluparoxan in the Treatment of Secondary (Acquired) Male Erectile Disorder, 1992-Present.

Interneuron Pharmaceuticals, Inc., A Placebo-Controlled Study of Dexfen-fluramine in the Management of Exogenous Obesity, 1992-Present.

Crozer/Hahnemann, A Pilot Observation to Develop Information on Sexual Functioning and Quality of Life in Patients with Obsessive-Compulsive Disorder, 1992-Present.

Glaxo Inc., A Controlled Study of Ondansetron in the Treatment of Alzheimer-Type Dementia, 1992-Present.

Abbott, A Double-Blind, Placebo-Controlled Study of the Safety and Efficacy of Sertindole in Schizophrenic Patients, 1992-Present.

Abbott, An Open-Label Assessment of the Long-Term Safety of Sertindole in the Treatment of Schizophrenic Patients, 1992-Present.

Pfizer, Third Party Blind Evaluation of the Clinical Usefulness of Low Dose CP-88,059 for the Symptomatic Treatment of Dementia in Institutionalized Patients, 1992-Present.

Pfizer, A Double-Blind Evaluation of the Clinical Usefulness of Low Dose CP-88,059 for the Symptomatic Treatment of Dementia in Institutionalized Patients, 1992-Present.

Upjohn, A Double-Blind Study of Fluvoxamine in the Treatment of Panic Disorder, 1992-Present.

Takeda, A Double-Blind Study of DN-2327 in Generalized Anxiety Disorder, 1992-Present.

## PUBLICATIONS

1. S. D. Targum and N.H. Wright, "Association of the Intrauterine Device and Pelvic Inflammatory Disease: A Retrospective Pilot Study," Am J Epidemiol., 100: 262-271, 1974.

2. E.S. Gershon, S.D. Targum, L.R. Kessler, C.M. Mazure, W.E. Bunney, Jr., "Genetic Studies and Biological Strategies in the Affective Disorders," Prog. Med. Genet., II: 101-164, 1977.

B440

CURRICULUM VITAE                    7                    STEVEN D. TARGUM, M.D.

3.  E.S. Gershon, S.D. Targum, J.F. Leckman, "Platelet Monamine Oxidase (MAO) Activity and Genetic Vulnerability to Bipolar (BP) Affective Illness," Psychopharm. Bull., 15: 27-30, 1979.

4.  V.I. Reus, S.D. Targum, H. Weingartner, R.M. Post, "Effect of Lithium Carbonate on Memory Processes of Bipolar Affectively Ill Patients," Psychopharmacology, 63: 39-42, 1979.

5.  S. D. Targum, E. S. Gershon, M. VanEerdewegh, N. Rogentine, "The Human Leukocyte Antigen (HLA) System and Bipolar Affective Illness," Biol. Psychiat., 14: 615-636, 1979.

6.  E.S. Gershon, S.D. Targum, S. Matthysse, W.E. Bunney, Jr., "Color Blindness Not Closely Linked to Bipolar Illness, A Report of a New Pedigree Series," Arch. Gen. Psychiat., 36: 1423-1430, 1979.

7.  J.F. Leckman, E.S. Gershon, M.H. McGinniss, S.D. Targum, E.D. Dibble, "New Data Do Not Suggest Linkage Between the Xg Blood Group and Bipolar Illness," Arch. Gen. Psychiat., 36: 1435-1441, 1979.

8.  S. D. Targum, Y.B. Davenport, M.J. Webster, "Postpartum Mania in Bipolar Manic-Depressive Patients Withdrawn from Lithium Carbonate," J. Nerv. Ment. Dis., 176: 572-574, 1979.

9.  S.D. Targum, E.S. Gershon, R. Shen, C.W. Abell, "Screening for PKU Heterozygosity in Bipolar Affectively Ill Patients," Biol, Psychiat., 14:  651-655, 1979.

10.  R.S. Sparkes, S. Targum, E. Gershon, G.F. Sensabaugh, M.C. Sparkes, and M. Crist, "Evidence for a Null Allele at the Esterase D (EC 3.1.1.1) Locus," Hum. Genet., 46: 319-323, 1979.

11.  S. D. Targum,  "Dealing with Psychosis During Pregnancy," Am. Pharm., 19:  482-485, 1979.

12.  S.D. Targum and J.O. Weiss, "A Genetic Disease in the Family," Psychiat. Opin., 17:  23-25, 1980.

13.  S.D. Targum, "Family Tree Gives Clues to Treating Psychosis," Am. Pharm., 11:  44-47, 1980.

14.  S.D. Targum and E.S. Gershon, "Genetic Counseling for Affective Illness," in Mania:  an evolving concept, ed by R. Belmaker and H.M. Van Praag, Spectrum Publications, New York: 119-126, 1980.

15.  S.D. Targum, "Psychotherapeutic Considerations in Genetic Counseling," Am. J. Med. Genet., 8:  281-289, 1981.

B441

CURRICULUM VITAE                    8              STEVEN D. TARGUM, M.D.

16.  S.D. Targum, "Psychiatric Genetic Counseling," J. Psychiat.
     Treatment and Evaluation, 3:  263-269, 1981.

17.  S.D. Targum, E.D. Dibble, Y.B. Davenport, E.S. Gershon,
     "Family Attitudes Questionnaire:  Patients' and Spouses' View
     Bipolar Illness," Arch. Gen. Psychiat., 38:  562-568, 1981.

18.  E. Frank, S.D. Targum, E.S. Gershon, C. Anderson, B.D.
     Stewart, Y. Davenport, K.L. Ketchum, D. J. Kupfer, "A
     Comparison of Non-patient and Bipolar Patient-Well Spouse
     Couples," Am. J. Psychiat., 138:  764-768, 1981.

19.  S. D. Targum, C.T. Chastek, A.C. Sullivan, "Dexamethasone
     Suppression Test in Prepubertal Conduct Disorders," Psychiat.
     Research, 4:  107-108, 1981.

20.  S.D. Targum and E.S. Gershon, "Pregnancy, Genetic Counseling,
     and the Major Psychiatric Disorders," in:  Genetic Diseases
     and Pregnancy, ed. J. Schulman and J. Simpson, Academic Press,
     New York, 413-438, 1981.

21.  A.C. Sullivan, S.D. Targum, M. Advani, "Variables Related to
     the Outcome of Treatment for Inpatient Alcoholics," Alcohol Health
     and Research World, 6:  58-60, 1981.

22.  S.D. Targum, "The Adaptation to Genetic Renal Disease:
     Polycycstic Kidneys," in Controversies in Nephrology - 1981,
     ed. G.E. Schreiner and J.F. Winchester, Georgetown Univ., 3:
     175-184, 1981.

23.  S.D. Targum, S.C. Schulz, "Clinical Applications of
     Psychiatric Genetics," Am. J. Orthopsychiat., 52:  45-57,
     1982.

24.  S.D. Targum, A.E. Capodanno, H.A. Hoffman, C. Foudraine, "An
     Intervention to Reduce the Rate of Hospital Discharges Against
     Medical Advice," Am. J. Psychiat., 139:  657-659,  1982.

25.  S.D. Targum, A.C. Sullivan, S.M. Byrnes, "Compensatory
     Pituitary-Thyroid Mechanisms in Major Depressive Disorder,"
     Psychiat. Res., 6:  85-96,  1982.

26.  S.D. Targum, S.M. Byrnes, A.C. Sullivan, "Subtypes of Unipolar
     Depression Distinguished by the Dexamethasone Suppression
     Test," J. Affect. Dis., 4:  21-27,  1982.

27.  S.D. Targum, S.M. Byrnes, A.C. Sullivan, "The TRH Test in
     Subtypes of Unipolar Depression," J. Affect. Dis., 4:  29-34,
     1982.

B442

CURRICULUM VITAE                    9                STEVEN D. TARGUM, M.D.

28.  S.D. Targum, A.C. Sullivan, S.M. Byrnes, "Neuroendocrine
     Interrelationships in Major Depressive Disorder," Am. J.
     Psychiat., 139: 282-286, 1982.

29.  D.R. Weinberger, L.E. DeLisi, G.P. Perman, S. Targum, and
     R.J. Wyatt, "Computed Tomography in Schizophreniform Disorder
     and Other Acute Psychiatric Disorders," Arch. Gen. Psychiat.,
     39: 778-793, 1982.

30.  S.D. Targum, A.E. Capodanno, S. Unger, "The Post Hospital
     Adjustment of Psychiatric Patients, A Six-month Follow-up
     Survey," The Psychiat. Hosp., 13: 35-39, 1982.

31.  P.M. Schulz, S.C. Schulz, E. Dibble, S.D. Targum, D.P.
     van Kammen, and E.S. Gershon, "Patient and Family Attitudes
     About Schizophrenia: Implications for Genetic Counseling,"
     Schizophrenia Bulletin, 8: 504-513, 1982.

32.  S.D. Targum, D.E. Wheadon, C.T. Chastek, W.J. McCabe, M.T.
     Advani, "Dysregulation of Hypothalamic-Pituitary-Adrenal Axis
     Function in Depressed Alcoholic Patients," J. Affect. Dis.,
     4: 347-353, 1982.

33.  E.S. Gershon, J. Hamovit, J.J. Guroff, E. Dibble, J. Leckman,
     W. Sceery, S.D. Targum, J.I. Nurnberger, L.R. Goldin, "A
     Family Study of Schizoaffective, Bipolar I, Bipolar II,
     Unipolar, and Normal Control Probands," Arch. Gen. Psychiat.,
     39: 1157-1167, 1982.

34.  S.D. Targum, "The Application of Serial Neuroendocrine
     Challenge Studies in the Management of Depressive Disorder,"
     Biol. Psychiat., 18: 3-19, 1983.

35.  S.D. Targum, "Neuroendocrine Dysfunction in Schizophreniform
     Disorder: Correlation with Six Month Outcome," Am. J.
     Psychiat., 140: 309-313, 1983.

36.  S.D. Targum, L.N. Rosen, L.E. DeLisi, D.R. Weinberger, and
     C.M. Citrin, "Cerebral Ventricular Size in Major Depressive
     Disorder: Association with Delusional Symptoms," Biol.
     Psychiat., 18: 329-336, 1983.

37.  S.D. Targum and A.E. Capodanno, "The Dexamethasone Suppression
     Test in Adolescent Psychiatric Inpatients," Am. J. Psychiat.
     140: 589-591, 1983.

38.  S.D. Targum, L.N. Rose, C.M. Citrin, "Delusional Symptoms
     Associated with Enlarged Cerebral Ventricles in Depressed
     Patients," Southern Med. J., 76: 985-987, 1983.

B443

39.  L.J. Siever, T.W. Uhde, D.C. Jimerson, M.S. Kafka, C.R. Lake,
     S. Targum, D.L. Murphy, "Clinical Studies of Monoamine
     Receptors in the Affective Disorders and Receptor Changes
     with Antidepressant Treatment," Prog. Neuropsychopharmacol.
     & Biol. Psychiat., 9: 249-261, 1983.

40.  S.D. Targum, "Neuroendocrine Challenge Studies in Clinical
     Psychiatry," Psychiat. Annals, 13: 385-395, 1983.

41.  S.D. Targum, L. Rosen, A.E. Capodanno, "The Dexamethasone
     Suppression Test in Suicidal Unipolar Depression," Am. J.
     Psychiat., 140: 877-879, 1983.

42.  L.R. Goldin, E.S. Gershon, S.D. Targum, R.S. Sparkes, M.
     McGinnis, "Segregation and Linkage Analysis in Families of
     Patients with Bipolar, Unipolar and Schizoaffective Mood
     Disorders," Am. J. Human Genet., 35: 274-287, 1983.

43.  A.E. Capodanno, S.D. Targum, "Assessment of Suicide Risk:
     Some Limitations in the Prediction of Infrequent Events,"
     J. Psychosoc. Nurs., 21: 11-14, 1983.

44.  L.E. DeLisi, C.C. Schwartz, S.D. Targum, S.M. Byrnes, E.
     Cannon-Spoor, D.R. Weinberger, R.J. Wyatt, "Ventricular Brain
     Enlargement and Outcome of Acute Schizophreniform Disorder,"
     Psychiat. Res., 9: 169-171, 1983.

45.  S.D. Targum, "Reported Weight Loss and the Dexamethasone
     Suppression Test," Psychiat. Res., 9: 173-174, 1983.

46.  L.J. Siever, W.H. Kaye, D.C. Jimerson, C.R. Lake, M. Kafka,
     S.D. Targum, D.L. Murphy, "Abnormalities in the Primary
     Affective Disorders Compared to Other Tricyclic-Responsive
     Disorders," Psychopharm. Bull., 19: 435-436, 1983.

47.  L.E. DeLisi, F. Karoum, S.D. Targum, S. Byrnes, R.J. Wyatt,
     "The Determination of Urinary 3-Methoxy-4-Hydroxyphenylglycol
     Excretion in Acute Schizophreniform and Depressed Patients,"
     Biol. Psychiat., 18: 1189-1196, 1983.

48.  S.D. Targum, "Psychobiologic Evaluation of Psychiatric
     Disorders," in Textbook of Contemporary Psychiatry, ed. C.
     Gibson Dunn, The Collamore Press, Lexington, Mass: 27-41,
     1984.

49.  K. Kessler, S.D. Targum, "Psychopharmacologic Treatment," in
     Textbook of Contemporary Psychiatry, ed. C. Gibson Dunn, The
     Collamore Press, Lexington, Mass: 281-320, 1984.

B444

50. A.E. Capodanno, D.H. Fram, R. Holden, S.D. Targum, "The Out-patient Treatment of Heroin Addicts with Methadone:  A Two to Five-Year Follow-up Study," Psychiat. Hosp., 15:  25-30, 1984.

51. S.D. Targum, K. Kessler, J. Waletsky, A. Sullivan, "Upgrading Psychopharmacology in a Private Psychiatric Hospital," Hosp. Comm. Psychiat., 35:  385-387, 1984.

52. S.D. Targum, "Persistent Neuroendocrine Dysregulation and Major Depressive Disorder:  A Marker for Early Relapse," Biol. Psychiat., 19:  305-318, 1984.

53. S.D. Targum, A.E. Capodanno, S. Unger, M. Advani, "Abnormal Dexamethasone Tests in Withdrawing Alcoholic Patients," Biol. Psychiat., 19:  401-405, 1984.

54. S.D. Targum, "Psychiatric Genetics:  Implications for Counseling Patients and Their Families," in Genetic Disorders and Birth Defects in Families and Society:  Toward Inter-disciplinary Understanding, ed. J. Weiss, B. Berhnardt & N. Paul, March of Dimes Defects Foundation, White Plains, N.Y.:  50-55, 1984.

55. S.D. Targum, R.D. Greenberg, R.L. Harmon, K. Kessler, A.J. Salerian, D.H. Fram, "The TRH Test and Thyroid Hormone in Refractory Depression," Am. J. Psychiat., 141:  463, 1984.

56. L.E. DeLisi, D.L. Murphy, F. Karoum, E. Mueller, S.D. Targum, R.J. Wyatt, "Phenylethylamine Excretion in Depression," Psychiat. Res., 13:  193-201, 1984.

57. J.K. Walsh, S.D. Targum, V. Pegram, R.P. Allen, J.M. Fillingim, S. Parwatikar, P.K. Schweitzer, "A Multi-centered Clinical Investigation of Estazolam:  Short Term Efficacy," Current Therapeutic Research, 36:  866-874, 1984.

58. S.D. Targum, R. Greenberg, R. Harmon, K. Kessler, A. Salerian, D. Fram, "Thyroid Hormone and the TRH Stimulation Test in Refractory Depression," J. Clin. Psychiat., 45:  345-346, 1984.

59. S.D. Targum, "Serial Dexamethasone Tests and the Prediction of Relapse in Depressive Disorder," Southern Med. J., 77:  1402-1405, 1984.

60. S.D. Targum, P. White, H. Collins-Rothe, P. Sullivan, "Serum Aldosterone Following Dexamethasone in Depressed Patients," Psychoneuroendocrinol., 9:  305-309, 1984.

B445

CURRICULUM VITAE                    12              STEVEN D. TARGUM, M.D.

61.  L.E. DeLisi, A.C. King, S.D. Targum, "Serum Immunoglobulin
     Concentrations in Patients Admitted to an Acute Psychiatric
     In-Patient Service," Brit. J. Psychiat., 145:  661-666, 1984.

62.  L.J. Siever, M.S. Kafka, S.D. Targum, C.R. Lake, "Platelet
     Alpha-Adrenergic Binding and Biochemical Responsiveness in
     Depressed Patients and Controls," Psychiat. Res. 11:  287-
     302, 1984.

63.  S.D. Targum, "The Relevance of the Dexamethasone Suppression
     Test to the Prediction of Treatment Response," Proc. NIMH
     Workshop:  Clinical Utility of the Dexamethasone Test, DHHS
     Publ.  (ADM) 85-1318:  35-39, 1985.

64.  E.K. Silberman, H. Weingartner, S.D. Targum, S. Byrnes,
     "Cognitive Functioning in Biological Sub-types of Depression,"
     Biol. Psychiat., 20:  654-661, 1985.

65.  L.J. Siever, T.W. Uhde, T.R. Insel, W.H. Kay, D.C. Jimerson,
     C.R. Lake, M. Kafka, S.D. Targum, D.L. Murphy, "Biological
     Alterations in the Primary Affective Disorders and Other
     Tricyclic-Responsive Disorders," Prog. Neuro-Psychopharmacol.
     & Biol. Psychiat., 9:  15-24, 1985.

66.  S.D. Targum, J.P Docherty, "The Future of Research in Private
     Psychiatric Hospitals," The Psychiat. Hosp. 16:  115-119,
     1985.

67.  M.S. Kafka, L.J. Siever, J.I. Nurnberger, T.W. Uhde, S.D.
     Targum, D.M.J. Cooper, D.P. van Kammen, N.S. Tokola, "Platelet
     Alpha-Adrenergic Receptor Function in Affective Disorders and
     Schizophrenia," Psychopharmacology Bulletin, 21:  599-602,
     1985.

68.  A.E. Capodanno, S.D. Targum, S. Unger, "Dimensions of Social
     Adjustment Following Psychiatric Hospitalization:  A 6 Month
     Follow-up Study," The Psychiat. Hosp. 17:  27-32, 1986.

69.  S.D. Targum, "Research on the Pharmacology and Psychobiology
     of Depressive Disorders," Current Research in Private
     Psychiatric Hospitals, National Association of Private
     Psychiatric Hospitals, Washington, D.C.:  1-12, 1987.

70.  S.D. Targum, "Genetic issues in treatment," in Affective
     Disorders and the Family, ed. by J.F. Clarkin, G.L. Haas,
     I.D. Glick, Guilford Press, New York:  196-212, 1988.

71.  K.L. Davis, M. Davidson, R. Yang, B.M. Davis, L.J. Siever,
     R.C. Mohs, T. Ryan, E. Coccaro, L. Bierer, S.D. Targum,
     "CSF Somatostatin in Alzheimer's Disease, Depressed Patients,
     and Control Subjects," Biol. Psychiat., 24:  710-712, 1988.

B446

CURRICULUM VITAE                    13              STEVEN D. TARGUM, M.D.

72.  S.D. Targum, L.E. Marshall, "Fenfluramine Provocation of
     Anxiety in Patients with Panic Disorder," Psychiatry Research,
     28:  295-306, 1989.

73.  S.D. Targum, L.E. Marshall, P. Fischman, D. Martin,
     "Lymphocyte Subpopulations in Depressed Elderly Women,"
     Biol. Psychiat., 26:  581-589, 1989.

74.  S.D. Targum, L.E. Marshall, K. Magac-Harris, D. Martin, "TRH
     Tests in a Healthy Elderly Population:  Demonstration of
     Gender Differences," J. Am. Geriatrics Soc., 37:  533-536,
     1989.

75.  S.D. Targum, L.L. Clarkson, K. Magac-Harris, L.E. Marshall,
     R.G. Skwerer, "Measurement of Cortisol and Lymphocyte
     Subpopulations in Depressed and Conduct Disordered
     Adolescents," J. Affective Disord., 18:  91-96, 1990.

76.  L.N. Rosen, S.D. Targum, M. Terman, M.J. Bryant, H. Hoffman,
     S.F. Kasper, J.R. Hamovit, J.P. Docherty, B. Welch, N.E.
     Rosenthal, "Prevalence of Seasonal Affective Disorder at Four
     Latitudes," Psychiatry Research, 31:  131-144, 1990.

77.  S.D. Targum, "Differential Responses to Anxiogenic Challenge
     Studies in Patients with Major Depressive Disorder and Panic
     Disorder," Biol. Psychiat., 28:  21-34, 1990.

78.  L.M. Bierer, M. Davidson, P. Powchik, R. Kui-Yang, P.J. Knott,
     R.C. Mohs, S.D. Targum, K.L. Davis, "CSF MHPG and Illness
     Duration in Alzheimer's Disease," submitted to Arch. Gen.
     Psychiatry.

79.  S.D. Targum, "Mechanisms of Anxiogenic Vulnerability in Panic
     Disorder," Psychiatry Research, 31:  215-216, 1990.

80.  S.D. Targum, "Panic Attack Frequency and Vulnerability to
     Anxiogenic Challenge Studies," Psychiatry Research, 36:  75-83,
     1991.

81.  S.D. Targum, "Cortisol Response During Different Anxiogenic
     Challenges in Panic Disorder Patients", Psychoneuroendocrinology,
     17:  1-7, 1992.

82.  S.D. Targum, K.P. Caputo, S.K. Ball, "Menstrual Cycle Distribution
     and Psychiatric Admissions", J. Affective Disorders, 22:  49-53,
     1991.

83.  S. L. Carson, S. D. Targum, "Panic Attacks After Cessation of
     Phenoxybenzamine:  A Case Report", Annuals of Clinical Psychiatry,
     3:  325-327, 1991.

B447

CURRICULUM VITAE                          14                STEVEN D. TARGUM, M.D.

84.   S. D. Targum, L.E. Marshall, P. Fischman, "Variability of TRH
      Test Responses in Depressed and Normal Elderly Subjects," Biological
      Psychiatry, 31: 787-793, 1992.

Book

      S.D. Targum, "Psychiatric Skeletons:  Tracing the Legacy of
      Mental Illness in the Family," New York, Villard Press, 1989.

B448

Rajiv Tandon, M.D.; CV 2/1/93

## CURRICULUM VITAE

**PERSONAL DATA**

NAME :  Rajiv Tandon, M.D.

BIRTHDATE :  August 3, 1956

SOCIAL SECURITY NUMBER :  REDACTED

CITIZENSHIP :  United States of America

MARITAL STATUS :  Married, REDACTED Children

BUSINESS ADDRESS  UH-8D-8806, University of Michigan Hospitals, Box 0120, Ann Arbor, MI 48109-0116
Phone (313) 936-4860; FAX (313) 763-7729

HOME ADDRESS  REDACTED

**EDUCATION**

  High School
  1969-1972  Bombay International School, Bombay. I.S.C.
  National Merit Certificate for being top rank holder

  Undergraduate
  1973-1974  St. Xavier's College, Bombay. Intermediate Science.
  Governor P.V. Cherian Trophy for best student

  Medical School
  1974-1980  All India Institute of Medical Sciences, (AIIMS)
  New Delhi. M.B.B.S. Highest Honors in Biochemistry

  Graduate
  1991-1993  University of Michigan, Ann Arbor, Michigan.
  Master of Science in Clinical Research Design and
  Statistical Analysis (Honors)

Psychiatry Residency Training

  In India :
  1980-1983  National Institute of Mental Health and
  Neuro-Sciences ( NIMHANS ). M.D.
  Board-certified in Psychiatry after completion of
  research thesis and two-part examination

  1983-1984  Senior Resident in the Department of Psychiatry,
  NIMHANS

RECEIVED

JUL 0 6 1993

CLINICAL &
MEDICAL AFFAIRS

B449

ajiv Tandon, M.D.

<u>In U.S.A.</u>
| | |
|---|---|
| 1984-1987 | Residency in the Department of Psychiatry at the University of Michigan, Ann Arbor, Michigan |
| 1986-1987 | Clinical Chief Resident, Department of Psychiatry, VA Medical Center, Ann Arbor, Michigan |

## ACADEMIC APPOINTMENTS

| | |
|---|---|
| 1987-1988 | Instructor, University of Michigan Medical School, Ann Arbor, Michigan |
| 1988-1993 | Assistant Professor of Psychiatry, (Tenure track), University of Michigan School of Medicine, Ann Arbor, Michigan |
| 1993-- | Associate Professor of Psychiatry with Tenure, University of Michigan School of Medicine, Ann Arbor |
| 1987-- | Director, Michigan Schizophrenia Program, University of Michigan, Ann Arbor |

## CLINICAL APPOINTMENTS

| | |
|---|---|
| 1987-- | Attending Psychiatrist, Adult General Inpatient Unit, University of Michigan Hospitals, Ann Arbor, Michigan |
| 1993-- | Unit Director, Adult Psychiatry Inpatient Unit 8 D University of Michigan Hospitals, Ann Arbor |
| 1985-- | Consultant Psychiatrist, Lenawee County Community Mental Health Center, Adrian, Michigan |

## SCIENTIFIC ACTIVITIES

| | |
|---|---|
| **Grant Reviewer :** | Ad hoc Reviewer, Medical Research Council of Canada |
| | Ad hoc Reviewer, Mental Health Special Committee, National Institute of Mental Health |
| **Journal Editorial** | Assistant Editor, Journal of Psychiatric Research |
| **Reviewer** | American Journal of Psychiatry, Archives of General Psychiatry, Biological Psychiatry, Drugs Journal of Clinical Psychopharmacology Life Sciences, Neuropsychopharmacology Psychiatry Research, Psychopharmacology Schizophrenia Research |

B450

Rajiv Tandon, M.D.                                                        3

**Primary Research Themes:**          Neuropharmacology of Schizophrenia

Negative Symptoms in Schizophrenia : Etiology,
Pathophysiology and Laboratory Correlates

Cholinergic Mechanisms in Schizophrenia

## GRANT SUPPORT
### Recent
University of Michigan Clinical Research Center. " Cholinergic Mechanisms in Schizophrenia :
A Sleep Electroencephalographic Study", R. Tandon, M.D., Principal Investigator, 7/1/89 to
12/31/90, direct cost : $ 30,357.

### Current
National Association for Research in Schizophrenia And Depression (NARSAD). "Cholinergic
mechanisms in schizophrenia", Rajiv Tandon, M.D., Principal Investigator, 1/1/91-6/30/93,
direct costs $ 57,980

Scottish Rite Schizophrenia Research Program. "Cholinergic mechanisms in schizophrenia",
Rajiv Tandon, M.D., Principal Investigator, 7/1/91-6/30/93, direct costs $ 55,000.

National Institute of Mental Health."Individual Clinical and Research Training in
Schizophrenia", Rajiv Tandon, M.D., Principal Investigator, Direct costs $ 213,025 from
9/1/91-8/31/93.

### Certification and Licensure

| | |
|---|---|
| Medical Licensure | Michigan, 1985. |
| Board Certified (Psychiatry) | American Board of Psychiatry and Neurology, 1988. |

**Military Service**          None

## Honors and Awards

| | |
|---|---|
| 1979-1980 | President, AIIMS Medical Student's Association |
| 1980-1982 | Awarded NIMHANS " Sportsman of the Year" Trophy |
| 1981-1982 | President, NIMHANS Resident Doctors Association |
| 1987 | Recipient of Department of Psychiatry Resident's Outstanding Paper Award, University of Michigan |
| 1990 | Young Scientist's Award, Biennial Winter Workshop on Schizophrenia, Badgastein, Austria |

B451

Rajiv Tandon, M.D.                                                        4

| 1990 | American College of Neuropsychopharmacology, ACNP/Mead Johnson Travel Award |
| 1991 | Teacher of the Year Award, Adult Service, Department of Psychiatry, University of Michigan |
| 1992 | Young Scientist's Award, Biennial Winter Workshop on Schizophrenia, Badgastein, Austria |
| 1992 | Young Neuroscientist Achievement Award, Neuroscience Chapter of Association of Scientists of Indian Origin in America |
| 1993 | APA Wisniewski Young Psychiatrist Researcher Award, American Psychiatric Association |
| 1993 | Research Excellence Award, American Association of Psychiatrists from India |

## Membership in Professional Societies

| 1984-- | American Psychiatric Association |
| 1984-- | Michigan Psychiatric Society |
| 1986-- | World Federation of Mental Health |
| 1988-- | American Association for the Advancement of Science |
| 1988-- | New York Academy of Sciences |
| 1988-- | Society of Biological Psychiatry |
| 1988-- | American Psychopathological Association |
| 1991-- | Society for Neuroscience |

## Committee and Administrative Services

### University of Michigan

| 1988- | Member, Resident Research Track Committee, Department of Psychiatry |
| 1989-91 | Member, Residency Education Committee Department of Psychiatry |
| 1991-93 | Member, Pharmacy and Therapeutics Committee, University of Michigan Hospitals |
| 1992- | Member, Adult Services Operating Committee, Department of Psychiatry |

### National and Community

| 1990-92 | Board of Directors, Ann Arbor Trailblazers Association |
| 1992- | Friends, Ann Arbor Trailblazers Association |

B452

Rajiv Tandon, M.D.                                                5

| 1991-93 | Member, Program Committee, Society of Biological Psychiatry |
| 1992-93 | Co-Chairman, Program Committee, Society of Biological Psychiatry |
| 1992-95 | Member, Program Committee, Michigan Psychiatric Society |

## Teaching  Activities

| 1987-- | Four-lectures (6 hours) Treatment of Schizophrenia as part of PGY-II core on Psychopharmacology |
| 1987-- | Two-lectures (3 hours) Acute management of Mania and Schizophrenia as part of PGY-II Basic core |
| 1987-- | Monthly lectures (12 hours) on Psychopharmacology as part of Medical Student Clerkship core seminars |
| 1987-- | Eliciting psychopathology and the clinical interview in psychiatry as part of M-2 medical students core |
| 1989-- | Treatment of Schizophrenia I and II as part of Senior Pharmacology and Therapeutics course for M-4 medical students (3 hours) |
| 1987-91 | Counsellor, Senior Medical School Year |
| 1987-- | Clinical teaching, supervision, and mentorship of residents and medical students |
| 1992-- | Psychotic Disorders as part of a course in Psychiatry for residents in Neurology |
| 1992- | Series of six-hour lectures on Schizophrenia as part of Neural and Behavioral Sciences (NBS) Series for M-2 Medical Students |

B453

Rajiv Tandon, M.D.                                                          6

## Extramural Invited Lectures

1. RECENT ADVANCES IN SCHIZOPHRENIA, Major Conference, Hurley Medical Center, Flint, 1987.

2. DIAGNOSIS AND TREATMENT OF SCHIZOPHRENIA, Major Conference, Hurley Medical Center, Flint, 1987.

3. CHOLINERGIC MECHANISMS AND THE NEGATIVE SCHIZOPHRENIC SYNDROME. Major Conference, University of Michigan, Ann Arbor, 1988.

4. CLINICAL FEATURES AND DIAGNOSIS OF SCHIZOPHRENIA, Invited Speaker, Symposium on "Schizophrenia in the 1990's". Ann Arbor, 1988.

5. UNDERSTANDING SCHIZOPHRENIA. Lenawee County Alliance for the Mentally Ill (AMI), Invited Speaker, 1988.

6. POLYDIPSIA AND HYPONATREMIA IN PSYCHIATRIC PATIENTS. Major conference, Ypsilanti Regional Psychiatric Hospital, Ypsilanti, Michigan, 1989.

7. CHOLINERGIC MECHANISMS AND NEGATIVE SYMPTOMS. Major Conference, NIMHANS, Bangalore, INDIA, 1989.

8. SCHIZOPHRENIA AND THE FAMILY. Invited Speaker, Oakland County Alliance for the Mentally Ill (AMI), 1989.

9. CHOLINERGIC MECHANISMS IN SCHIZOPHRENIA. Invited Speaker, Bombay Psychiatric Society, INDIA, 1989

10. SECONDARY PREVENTION IN SCHIZOPHRENIA. Major Conference, Kalamazoo State Hospital, Kalamazoo, 1989.

11. RECENT TRENDS IN THE DIAGNOSIS AND TREATMENT OF SCHIZOPHRENIA. Grand Rounds, Mt. Carmel Mercy Hospital, Detroit, Michigan, 1989.

12. OVERVIEW OF SCHIZOPHRENIA. Invited Speaker, Eastside Alliance for the Mentally Ill, 1989.

13. CHOLINERGIC HYPERACTIVITY IN SCHIZOPHRENIA: RELATIONSHIP TO POSITIVE AND NEGATIVE SYMPTOMS, Major Conference, Central Institute for Mental Health, Mannheim, West Germany, 1990.

14. CHOLINERGIC MECHANISMS IN SCHIZOPHRENIA, Invited Speaker, Ypsilanti Regional Psychiatric Hospital, Ypsilanti, Michigan, 1990.

15. AN OVERVIEW OF THE THE NEGATIVE SCHIZOPHRENIC SYNDROME. Major Conference, Catherine McAuley Hospitals, Ann Arbor, Michigan, 1990.

16. SYSTEMATIC ASSESSMENT OF SCHIZOPHRENIC SYMPTOMS: AN INTRODUCTION TO RATING SCALES. Major Conference, Ypsilanti Regional Psychiatric Hospital, Ypsilanti, Michigan, 1990.

17. AN OVERVIEW OF THE THE NEGATIVE SCHIZOPHRENIC SYNDROME. Major Conference, Ypsilanti Regional Psychiatric Hospital, Ypsilanti, Michigan, 1990.

B454

Rajiv Tandon, M.D.                                                    7

18. RECENT ADVANCES IN THE TREATMENT OF SCHIZOPHRENIA. Invited Speaker, 5th annual conference of the Michigan State Alliance for the Mentally Ill, 1990.

19. CLOZAPINE: CLINICAL ADVANTAGES AND DISTRIBUTION LIMITATIONS. Michigan Association of Community Mental Health (CMH) Boards annual meeting, 1990.

20. CLINICAL USE OF CLOZAPINE. Invited speaker, Monroe County Community Mental Health Center, Monroe, 1990.

21. AN OVERVIEW OF NEGATIVE SYMPTOMS IN SCHIZOPHRENIA. Invited speaker, BattleCreek VA Medical Center, BattleCreek, Michigan, 1990.

22. USE OF CLOZAPINE. Major conference, Ypsilanti Regional Psychiatric Hospital, Ypsilanti, Michigan, 1990.

23. RECENT ADVANCES IN THE TREATMENT OF SCHIZOPHRENIA. Major Conference, Pontiac General Hospital, Pontiac, Michigan, 1991.

24. RECENT ADVANCES IN UNDERSTANDING SCHIZOPHRENIA. Major Conference, Ypsilanti Regional Psychiatric Hospital, Ypsilanti, Michigan, 1991.

25. CLOZAPINE-A SIGNIFICANT ADVANCE IN THE TREATMENT OF SCHIZOPHRENIA. Invited Speaker, Great Lakes Regional Partial Hospitalization Association Annual Conference, Ann Arbor, Michigan, 1991.

26. NONPHARMACOLOGICAL TREATMENT OF SCHIZOPHRENIA. Major Conference, Ypsilanti Regional Psychiatric Hospital, Ypsilanti, Michigan, 1991.

27. MANAGEMENT OF REFRACTORY SCHIZOPHRENIA. Major Conference, Battle Creek V.A. Medical Center, Battle Creek, Michigan, 1991.

28. NEW APPROACHES TO SOCIAL SKILLS TRAINING. Invited Speaker, Washtenaw County Alliance for the Mentally Ill, Ann Arbor, Michigan, 1991.

29. DRUG TREATMENT OF SCHIZOPHRENIA. Invited Speaker, Annual Pharmacy Series, "Psychopharmacy: Advances in Drug Therapy", University of Michigan College of Pharmacy, Ann Arbor, Michigan, 1991.

30. NONPHARMACOLOGICAL TREATMENT OF SCHIZOPHRENIA. Major Conference, Pontiac General Hospital, Pontiac, Michigan, 1991.

31. RECENT ADVANCES IN SCHIZOPHRENIA. Invited Speaker, Oakland County Alliance for the Mentally Ill, Pontiac, Michigan, 1991.

32. AN INTRODUCTION TO RATING SCALES IN ASSESSING SCHIZOPHRENIA : USING THE BPRS
Major Conference, Battle Creek V.A. Medical Center, Battle Creek, Michigan, 1991.

33. PSYCHOSOCIAL REHABILITATION IN SCHIZOPHRENIA: BEGINNINGS DURING ACUTE HOSPITALIZATION. Invited Speaker, Advances in Psychiatry III, Ann Arbor, Michigan, 1991.

B455

Rajiv Tandon, M.D.                                                                              8

34. USE OF CLOZAPINE. Major Conference, Battle Creek V.A. Medical Center, Battle Creek, Michigan, 1992.

35. USE OF CLOZAPINE. Major Conference, Ann Arbor V.A. Medical Center, Ann Arbor, Michigan, 1992.

36. THE CHOLINERGIC SYSTEM IN SCHIZOPHRENIA REVISITED : ROLE OF CHOLINERGIC MECHANISMS IN THE PRODUCTION OF POLYSOMNOGRAPHIC ABNORMALITIES AND POSITIVE/NEGATIVE SYMPTOMS. Research Seminar, Department of Psychiatry, Hillside Hospital/Long Island Jewish Medical Center, New York, 1992.

37. RECENT ADVANCES IN SCHIZOPHRENIA RESEARCH. Grand Rounds, Battle Creek V.A. Medical Center, Battle Creek, Michigan, 1992.

38. RECENT ADVANCES IN SCHIZOPHRENIA RESEARCH AND TREATMENT. University of Michigan Department of Psychiatry Mental Health Awareness Week Public Talk, Ann Arbor, Michigan, 1992.

39. THE CHOLINERGIC SYSTEM IN SCHIZOPHRENIA REVISITED : ROLE OF CHOLINERGIC MECHANISMS IN THE PRODUCTION OF POLYSOMNOGRAPHIC ABNORMALITIES AND POSITIVE/NEGATIVE SYMPTOMS. Research Seminar, Department of Psychiatry, Ohio State University, Columbus, Ohio, 1992.

40. SCHIZOPHRENIA RESEARCH AT THE UNIVERSITY OF MICHIGAN.  Washtenaw County Alliance for the Mentally Ill, Ann Arbor, 1993.

41. ASSESSMENT OF SCHIZOPHRENIC SYMPTOMS.  Battle Creek V.A. Medical Center, Battle Creek, Michigan, 1993.

42. ROLE OF CHOLINERGIC MECHANISMS IN THE PRODUCTION IN SCHIZOPHRENIA.  Clinical Research Center Seminar, Department of Psychiatry, University of California at San Diego, La Jolla, 1993.

B456

Rajiv Tandon, M.D.                                                              9

## BIBLIOGRAPHY

### Completed Publications in Peer-reviewed Scientific Journals

1. Tandon R, Grunhaus L, Greden JF : Tinnitus in Imipramine Therapy. Journal of Clinical Psychiatry 48: 109-111, 1987.

2. Tandon R, Greden JF : Schneiderian First Rank Symptoms : Reconfirmation of High Specificity for Schizophrenia. Acta Psychiatrica Scandinavica 75: 392-396, 1987.

3. Tandon R, Grunhaus L, Greden JF : Mechanism of Tricyclic-induced Tinnitus. Journal of Clinical Psychiatry 48: 496-497, 1987.

4. Tandon R, Greden JF : Trihexiphenidyl treatment of negative schizophrenic symptoms. Acta Psychiatrica Scandinavica 76: 732, 1987.

5. Tandon R, Walden M, Falcon S: Catatonia as a manifestation of Paraneoplastic Encephalopathy. Journal of Clinical Psychiatry 49: 121-122, 1988.

6. Tandon R, Greden JF, Silk KR : Treatment of negative schizophrenic symptoms with trihexiphenidyl. Journal of Clinical Psychopharmacology 8: 212-215, 1988.

7. Tandon R, Grunhaus L, Haskett RF, Krugler T, Greden JF : Relative efficacy of unilateral and bilateral electroconvulsive therapy. Convulsive Therapy; 4: 153-159, 1988.

8. Tandon R, Channabasavanna SM, Greden JF : CSF Biochemical correlates of mixed affective states. Acta Psychiatrica Scandinavica. 78: 289-297, 1988.

9. Dequardo J, Tandon R : ECT in post-stroke major depression.  Convulsive Therapy; 4: 221-224, 1988.

10. Tandon R, Greden JF : Schneiderian first rank symptoms in schizophrenia and multiple personality disorder. Acta Psychiatrica Scandinavica. 77: 237-238, 1988.

11. Dequardo J, Tandon R : Concurrent lithium therapy prevents ECT-induced switch to mania. Journal of Clinical Psychiatry 49: 167-168, 1988.

12. Tandon R, Yaroch J, Falcon S : Hemochromatosis presenting with episodic confusion. Journal of Clinical Psychiatry. 49: 284-285, 1988.

13. Tandon R, Shipley JE, Eiser A, Goodson J, Greden JF : Association between abnormal rapid eye movement sleep and negative symptoms in schizophrenia. Psychiatry Research. 27: 359-361, 1989.

14. Tandon R, Greden JF : Cholinergic hyperactivity and negative schizophrenic symptoms : A model of dopaminergic/cholinergic interactions in schizophrenia.  Archives of General Psychiatry. 46: 745-753, 1989.

15. Tandon R, Dutchak D, Greden JF: Cholinergic syndrome from anticholinergic withdrawal in a schizophrenic patient abusing marijuana. British Journal of Psychiatry. 154: 712-714, 1989.

B457

Rajiv Tandon, M.D.                                                      1 0

16. Tandon R, Silk KR, Greden JF, Goodson J, Hariharan M, Meador-Woodruff JH, Kronfol Z : Positive and negative symptoms in schizophrenia and the dexamethasone suppression test. Biological Psychiatry. 25: 788-792, 1989.

17. Modell JG, Tandon R , Beresford TP : Dopaminergic activity of the "antimuscarinic" antiparkinsonian agents. J Clin Psychopharmacology 9: 347-351, 1989.

18. Hariharan M, VanNoord T, Kindt EK, Tandon R : An improved sensitive assay for simultaneous determination of plasma haloperidol and reduced haloperidol levels by liquid chromatography using a coulometric detector. Ther Drug Monitoring. 11: 701-707, 1989.

19. Shettar SM, Grunhaus L, Pande AC, Tandon R, Kronfol ZA, Haskett RF : Protective effects of intramuscular glycopyrrolate on cardiac conduction during ECT. Convulsive Therapy, 5: 349-352, 1989.

20. Tandon R : Dexamethasone nonsuppression in chronic schizophrenia. Acta Psychiatrica Scandinavica , 80: 524-525, 1989.

21. DeQuardo J, Tandon R : Concurrent use of lithium and ECT. J Clin Psychiatry, 50: 307-308, 1989.

22. Tandon R, Greden JF : Positive/Negative syndrome distinction in schizophrenia. American Journal of Psychiatry 146: 407, 1989.

23. DeQuardo J, Tandon R : Hemifacial flushing during unilateral ECT. American Journal of Psychiatry, 146: 412-413, 1989.

24. Tandon R, Mazzara C, Silk KR, Greden JF : Dexamethasone suppression test, positive and negative symptoms in schizophrenia. Biological Psychiatry, 26: 858, 1989.

25. Tandon R, Mazzara C, Dequardo J : Prognostic significance of the DST in schizophrenia. American Journal of Psychiatry, 146: 1648-1649, 1989.

26. Tandon R, Mann N, Eisner B, Coppard N : Effect of anticholinergic medication on positive and negative symptoms in medication-free schizophrenic patients. Psychiatry Research, 31: 235-241, 1990.

27. Panzer M, Tandon R, Greden JF: Treatment of catatonia with an anticholinergic agent- A case report. Biological Psychiatry, 28: 178-179, 1990.

28. Tandon R, Goldman R, Goodson J, Greden JF: Mutability and Relationship between positive and negative symptoms during neuroleptic treatment in schizophrenia. Biological Psychiatry, 27: 1323-1326, 1990.

29. Liberzon I, DeQuardo J, Sidell G, Mazzara C, Tandon R : Post-ECT dyskinesia. Convulsive Therapy, 7: 40-44, 1991.

30. Tandon R, Greden JF, Goodson J, Shipley JE, Mann N, Eisner WH: Muscarinic hyperactivity in schizophrenia: Relationship to positive and negative symptoms. Schizophrenia Research, 4: 23-30, 1991.

B458

Rajiv Tandon, M.D.                                                                11

31. Tandon R, Cardona D, Haskett RF, Alcser K, Greden JF : Menstrual cycle effects on dexamethasone suppression test in major depression. Biological Psychiatry, 28: 485-488, 1991.

32. Hariharan M, VanNoord T, Kindt EK, Tandon R: A simple, sensitive liquid chromatographic assay of cis-thiothixene in plasma with coulometric detection. Ther Drug Monitoring, 13: 79-85, 1991.

33. Taylor S, Tandon R, Shipley JE, Eiser A, Goodson J : Clinical correlates of sleep onset REM periods in schizophrenia. Biological Psychiatry, 30: 205-209, 1991.

34. Tandon R, Mazzara C, DeQuardo J, Craig KA, Meador-Woodruff JH, Goldman R, Greden JF : The dexamethasone suppression test in schizophrenia : Clinical associations, prognostic implications and underlying mechanisms. Biological Psychiatry, 29: 953-964, 1991.

35. Goldman R, Axelrod B, Tandon R, Berent S: Analysis of executive functioning in schizophrenics using the Wisconsin Card Sorting Test. Journal of Mental and Nervous Disease, 179: 507-508, 1991.

36. Goldman R, Tandon R, Goodson J, Liberzon I, Greden JF: Factor stability of of positive and negative symptoms in schizophrenia. Psychopathology, 24: 247-252, 1991.

37. Tandon R, Greden JF : Negative symptoms of schizophrenia : Need for conceptual clarity. Editorial. Biological Psychiatry, 30: 321-325, 1991.

38. Taylor S, Tandon R, Shipley JE, Eiser A : Neuroleptic effects on polysomnographic measures in schizophrenic patients: Clinical implications, Biological Psychiatry, 30: 904-912, 1991.

39. Tandon R , Greden JF : Accumulation of diacylglycerol in schizophrenia : ? Possible reflection of muscarinic hyperactivity. Biological Psychiatry, 29: 295, 1991.

40. Albucher R, DeQuardo J, Tandon R: Benzodiazepines and Catatonia. Biological Psychiatry, 29: 513-514, 1991.

41. Tandon R, Goldman R, Greden JF: Mutability of negative symptoms. Biological Psychiatry, 29: 621, 1991.

42. Panzer MJ, Tandon R : Bipolar disorder associated with Turner's syndrome. Journal of Nervous and Mental Diseases, 179: 702, 1991.

43. DeQuardo JR, Liberzon I, Tandon R : Recurrent post-ECT dyskinesia. Convulsive Therapy, 8: 42-43; 1992.

44. Tandon R, Shipley J, Taylor S, Greden JF, Eiser A, DeQuardo J, Goodson J : Sleep electroencephalographic abnormalities in schizophrenia : Relationship to positive/negative symptomatology and prior neuroleptic treatment, Archives of General Psychiatry, 49: 185-194, 1992.

45. Goldman R, Tandon R, Liberzon I, Greden JF: Relationship of depressive and negative symptoms in schizophrenia. Psychopathology 25: 49-56, 1992.

B459

Rajiv Tandon, M.D.                                                                              1 2

46. Tandon R, Shipley JE, Taylor S, Greden JF : Sleep abnormalities in schizophrenia: Cholinergic contribution. Clinical Neuropharmacology 15 (Suppl 1) : 294-295, 1992.

47. Shipley JE, Schteingart DE, Tandon R, Pande AC, Grunhaus L, Haskett RF, Starkman MN : EEG sleep in Cushing's disease and Cushing's syndrome: Comparison to patients with major depressive disorder. Biological Psychiatry 32: 146-155, 1992

48. Tandon R, DeQuardo JR, Goodson J, Mann NA, Greden JF : Effect of anticholinergics on positive and negative symptoms in schizophrenia. Psychopharmacology Bulletin 28: 297-302, 1992.

49. Taylor S, Goldman R, Tandon R, Shipley JE : REM sleep and neuropsychological performance in schizophrenia. Biological Psychiatry 32: 529-538, 1992.

50. Shipley JE, Schteingart D, Tandon R, Starkman M : Sleep architecture and sleep apnea in patients with Cushing's disease. Sleep 15: 514-518, 1992.

51. Dibble L, Tandon R : Post-ECT after seizure : A case report. Convulsive Therapy 8: 285-289, 1992.

52. Ribeiro S, Ricoy R, Tandon R, Goodson J, Craig K, Mazarra C : Clinical predictors of one-year outcome in schizophrenia. Psychopathology 25: 331-334, 1992.

53. Tandon R, Kane JM : Neuropharmacological basis of clozapine's unique profile. Archives of General Psychiatry 50: 157-159, 1993.

54. Tandon R, Greden JF, Haskett RF : Behavioral effects of physostigmine in normal subjects: Possible model for negative schizophrenic symptoms. Schizophrenia Research 9: 19-23, 1993.

55. Patel B, Tandon R : Development of obsessive-compulsive symptoms during clozapine treatment. American Journal of Psychiatry 150: 836, 1993.

## Articles Accepted for Publication

1. Reddig S, Minnema AM, Tandon R : Neuroleptic malignant syndrome and clozapine. Annals of Clinical Psychiatry.

2. Goldman RS, Tandon R : Spurious WAIS-R cholinergic profiles in schizophrenia. Clinical Neuropsychologist.

3. Mann NA, Tandon R, Butler J, Boyd M, Eisner WH, Lewis M : Psychosocial rehabilitation in schizophrenia : Beginnings in acute hospitalization. Archives of Psychiatric Nursing.

4. Ribeiro SCM, Tandon R, Grunhaus L, Greden JF : Course of illness and biological measures in affective disorders : A critical review of the DST literature. American Journal of Psychiatry.

5. Goldman R, Axelrod BN, Tandon R, Ribeiro SC : Neuropsychological prediction of treatment efficacy and one-year outcome in schizophrenia. Psychopathology.

B460

Rajiv Tandon, M.D.                                                                13

6. Tandon R, Ribeiro SCM, DeQuardo JR, Goodson J, Greden JF : Covariance of positive and
   negative symptoms during initial neuroleptic treatment in schizophrenia : A
   replication. Biological Psychiatry.

7. Tapp A, Tandon R, Scholten R, Dudley E : Age disorientation in Kraepelinian schizophrenia
   : Frequency and clinical correlates. Psychopathology, December, 1992.

**Articles Submitted for Publication**

1. Giordani B, Berent S, Grunhaus LJ, Lindsay C, Metler LE, Pande AC, Lehtinen S, Tandon
   R, Aronson S, Salisbury D : Effects of age and electrode placement on memory
   performance in older patients following electroconvulsive therapy (ECT). Biological
   Psychiatry. September, 1992.

2. Tandon R, Shipley JE, Taylor SF, DeQuardo JR, Goodson J, Greden JF : The cholinergic
   system in schizophrenia : Effects of anticholinergic modulation on positive/negative
   symptoms and polysomnographic measures. Archives of General Psychiatry.
   June, 1993.

3. Tandon R, DeQuardo JR, Goldman R, Craig K, Goodson J, Mazzara C, Greden JF:
   Psychotic phasic and deficit enduring subtypes of negative symptoms: Biological
   markers and relationship to outcome. Psychiatry Research, July, 1993.

4. DeQuardo JR, Goldman R, Tandon R, Meador-Woodruff JH : Ventricular enlargement,
   cognitive function, educational achievement, and premorbid function in
   schizophrenia. Biological Psychiatry, Resubmitted, June, 1993.

5. Tandon R, Kane JM : Assessment issues in the pharmacological treatment of negative
   symptoms. American Journal of Psychiatry. July, 1993.

6. Tandon R : Role of Cholinergic Mechanisms in Schizophrenia : A review and synthesis.
   Journal of Psychiatric Research. July, 1993.

7. Tandon R : Muscarinic activity of clozapine : Relevance to clinical profile ? Journal of
   Clinical Psychopharmacology. August, 1993.

8. Tandon R : Covariance of positive and negative symptoms during clozapine treatment in
   schizophrenia. Schizophrenia Research. June, 1993.

9. Goldman R, Tandon R, Woodard W, Greden JF, Faustman WO, Keshavan MS, Gattaz W,
   Hohagen F: Dimensions of psychopathology in schizophrenia: A multicenter BPRS
   factor-analytic study. Archives of General Psychiatry, September, 1993.

10. Keshavan MS, Tandon R : What does shortened REM latency in schizophrenia mean ?
    Psychological Medicine, July, 1993.

11. Aldrich MS, Shipley JE, Tandon R, Kroll PD, Brower KJ : Sleep disordered breathing in
    alcoholics : association with age. Alcoholism : Clinical and Experimental Research,
    March, 1993.

B461

Rajiv Tandon, M.D.                                                        14

## Books

1. Tandon R : Biochemical Parameters of Mixed Affective States. NIMHANS, Bangalore; 1983.

2. Greden JF, Tandon R : Co-editors " NEGATIVE SCHIZOPHRENIC SYMPTOMS: PATHOPHYSIOLOGY AND CLINICAL IMPLICATIONS ", American Psychiatric Press, Washington D.C., 1990.

## Book Chapters

1. Tandon R, Greden JF : Cholinergic excess and the negative schizophrenic syndrome. In **Negative Schizophrenic Symptoms: Pathophysiology and Clinical Implications.** Edited by Greden JF, Tandon R, American Psychiatric Press, 1990, pp 99-111.

2. Silk KR, Tandon R : A comparison of negative symptom rating scales. In **Negative Schizophrenic Symptoms: Pathophysiology and Clinical Implications.** Edited by Greden JF, Tandon R, American Psychiatric Press,1990, pp 63-77.

3. Tandon R, Greden JF : Conclusion: Is integration possible ? In **Negative Schizophrenic Symptoms: Pathophysiology and Clinical Implications.** Edited by Greden JF, Tandon R, American Psychiatric Press, 1990, pp 235-239.

4. Cardona D, Tandon R, Haskett RF, Greden JF : Menstrual effects on neuroendocrine measures. In **Menstruation, Health, and Illness;** Woods N, Taylor D, Matteo S (Eds); Hemisphere Publishing Corporation, Washington D.C., 1991, pp 41-48.

5. DeQuardo J, Tandon R : Ocular and otologic side-effects of psychotropic drugs. In Keshavan MS and Kennedy J  (Eds) : **Drug induced dysfunction in psychiatry : Diagnosis and management.** Hemisphere Publishing Corporation, 1991, pp 243-257.

6. Tandon R, Greden JF, Shipley JE, Mann NA, Eisner WH : Cholinergic activity and schizophrenic symptoms. In Racagni G, Brunello N, Fukuda T (Editors), **Biological Psychiatry,** Volume 1, Elsevier, Amsterdam, pp 520-522.

7. Tandon R : The pathophysiology of positive and negative symptoms in schizophrenia. In Shriqui C, Nasrallah HA (Editors)  **Contemporary Issues in the Treatment of Schizophrenia,** American Psychiatric Press, Washington D.C., In press.

8. Tandon R : Core readings in schizophrenia. In Sacks MH, Sledge WH, Warren C (Editors) **Core Readings in Psychiatry,** American Psychiatric Press, Washington D.C., In press.

B462

15

Rajiv Tandon, M.D.

## Symposia

Speaker and Co-chairperson of a symposium on "Psychobiology of the Menstrual Cycle" presented at the 139th American Psychiatric Association annual meeting, Washington D.C., 1986

Speaker and Co-chairperson of symposium on " Underlying mechanisms in negative schizophrenia", World Psychiatric Association regional meeting, Washington D.C., 1988.

Speaker and Co-chairperson of symposium on "Pathophysiology of negative schizophrenic syndrome" at the 141st American Psychiatric Association annual meeting, Montreal, 1988

Invited participant in N.I.M.H. workshop on "Differential assessment of deficit symptoms and extrapyramidal side-effects" John F. Kane (Chair), Hillside Hospital, New York, 1992.

Speaker in symposium on "Longitudinal Assessment of Deficit Symptoms", 145th American Psychiatric Association annual meeting, Washington D.C., 1992

Speaker and Chairperson of panel discussion "Role of Muscarinic System in Schizophrenia : Implications for pathophysiology and treatment", American College of Neuropsychopharmacology, San Juan, Puerto Rico, 1992.

## Abstracts, Preliminary Communications, and Panel Discussions

1. Tandon R, Flegel P, Greden JF : CSF Biochemical correlates of mixed affective states. 40th Society of Biological Psychiatry Annual Meeting, Dallas, 1985.

2. Tandon R, Alcser K, Greden JF : Effects of menstrual cycle on the dexamethasone suppression test. 40th Society of Biological Psychiatry Annual Meeting, Dallas, 1985.

3. Tandon R, Alcser K, Greden JF : Menstrual cycle effects on hypothalamo-pituitary-adrenal feedback regulation in major depression. 4th World Congress of Biological Psychiatry, Philadelphia, 1985.

4. Tandon R : Menstrual effects on neuroendocrine measures. Presented as part of a symposium on "Psychobiology of the Menstrual Cycle". American Psychiatric Association Annual Meeting, Washington D.C., 1986.

5. Tandon R, Flegel, Greden JF : Carroll and Hamilton rating scales for depression. 139th American Psychiatric Association annual meeting, Washington D.C., 1986.

6. Tandon R, Grunhaus L, Greden JF : Unilateral versus bilateral electroconvulsive therapy in melancholia.139th American Psychiatric Association annual meeting, Washington D.C., 1986.

7. Tandon R, Day R, Kelsey JE, Watson SJ, Akil H : The effect of haloperidol on pro-dynorphin end products in the rat striatum and substantia nigra. International Narcotics Research Conference, San Fracisco, 1986.

B463

16

Rajiv Tandon, M.D.

8. Tandon R, Flegel P, Greden JF : Carroll and Hamilton depression rating scales : Relative efficacy on a research unit. 41st Society of Biological Psychiatry annual meeting, Washington D.C., 1986.

9. Tandon R, Krugler T, Grunhaus L, Greden JF : Relative efficacy of unilateral and bilateral electroconvulsive therapy in endogenous depression. 41st Society of Biological Psychiatry annual meeting, Washington D.C., 1986.

10. Tandon R, Day R, Watson SJ, Akil H : The effect of haloperidol on pro-dynorphin end products in the rat striatum and substantia nigra. 16th annual meeting of the Society of Neuroscience, Washington D.C., 1986.

11. Tandon R : Biochemical categorization of mixed affective states. 1st annual conference of the Indian Society of Biological Psychiatry, Bombay, 1986.

12. Tandon R : Menstrual effects on neuroendocrine measures. 7th Conference of the Society for Menstrual Cycle Research, Ann Arbor, 1987.

13. Tandon R : Biochemical correlates of mixed affective states. 6th International Catecholamine Symposium, Jerusalem, 1987.

14. Tandon R, Greden JF: Cholinergic mechanisms and negative schizophrenic symptoms. Presented as as part of a symposium on "Pathophysiology of Negative Schizophrenic Syndrome" at 141st American Psychiatric Association annual meeting, Montreal, 1988.

15. Tandon R, Greden JF : Validity of Negative Schizophrenic Syndrome : Temporal stability and biological markers. American Psychopathological Association Annual meeting, New York,1988.

16. Tandon R, Shipley J, Eiser A, Greden JF, Goodson J : Association between abnormal rapid eye movement sleep and negative symptoms in schizophrenia. Society of Biological Psychiatry annual meeting, Montreal, 1988.

17. Tandon R, Goodson J, Silk KR, Kronfol Z, Goodson J, Greden JF : Positive and negative schizophrenic symptoms and the dexamethasone suppression test. Society of Biological Psychiatry annual meeting, Montreal, 1988.

18. Kronfol Z, Goel K, Nair M, Goodson J, Tandon R, Schwartz S : Natural killer cell activity in schizophrenia : Preliminary results. Society of Biological Psychiatry annual meeting,Montreal, 1988.

19. Tandon R : Cholinergic hypothesis of negative schizophrenic symptoms. In "Underlying mechanisms in negative schizophrenia". World Psychiatric Association regional meeting, Washinton D.C., 1988.

20. Tandon R, Shipley JE, Greden JF : Electroencephalographic sleep abnormalities in schizophrenia : Relationship to positive/negative symptoms and ventricular enlargement. 2nd International Congress on Schizophrenia Research. San Diego, 1989.

21. Mazzara C, Tandon R, Hariharan M, Arevapalli R : DST in schizophrenic patients before and during neuroleptic treatment : Association with symptomatology and ventricular enlargement. Society of Biological Psychiatry Annual meeting, San Francisco, 1989.

B464

Rajiv Tandon, M.D.                                                    17

22. DeQuardo J, Kloss R, Tandon R, Arevapalli R : Ventricular enlargement in schizophrenia : Relationship to clinical parameters and DST. Society of Biological Psychiatry annual meeting, San Francisco, 1989.

23. Kloss R, Hariharan M, Tandon R, Arevapalli R : Platelet MAO activity before and during neuroleptic treatment : Association with positive/negative symptoms and ventricular enlargement. Society of Biological Psychiatry annual meeting, San Francisco, 1989.

24. Shettar SM, Grunhaus L, Pande AC, Tandon R, Kronfol ZA : Protective effects of anticholinergics on cardiac function during ECT. Society of Biological Psychiatry annual meeting, San Francisco, 1989.

25. Tandon R, Shipley JE, Greden JF : Electroencephalographic sleep abnormalities in schizophrenia : Relationship to positive/negative symptoms and ventricular enlargement. Society of Biological Psychiatry annual meeting, San Francisco, 1989.

26. Goldman R, Tandon R, Goodson J : Factor stability of positive and negative symptom ratings in schizophrenia. Society of Biological Psychiatry annual meeting, San Francisco,1989.

27. Douglass AB, Tandon R, Shipley JE, Goodson J : EEG sleep in schizophrenia and affective disorders. Society of Biological Psychiatry annual meeting, San Francisco, 1989.

28. Goldman R, Tandon R, Goodson J : Mutability and relationship between positive and negative symptoms during neuroleptic treatment in schizophrenia. Society of Biological Psychiatry annual meeting, San Francisco, 1989.

29. Tandon R, Shipley JE, Greden JF : Cholinergic excess and negative schizophrenia. American Psychiatric Association annual meeting, San Francisco, 1989.

30. DeQuardo J, Kloss R, Tandon R : Ventricle-brain ratio in schizophrenia : Clinical correlates. American Psychiatric Association annual meeting, San Francisco, 1989.

31. Shettar SM, Grunhaus L, Pande AC, Tandon R, Kronfol Z : Anticholinergics and cardiac function during ECT. American Psychiatric Association annual meeting, San Francisco, 1989.

32. Tandon R, Shipley JE, Eiser A, Goodson J, DeQuardo J, Greden JF: Sleep-EEG abnormalities in schizophrenia: relationship to positive/negative symptoms and ventricular enlargement. American College of Neuropsychopharmacology annual meeting, Maui, 1989.

33. Tandon R, Mann NA, Eisner WH, Greden JF: Effect of anticholinergic medication on positive and negative symptoms in medication-free schizophrenic patients. American College of Neuropsychopharmacology annual meeting, Maui, 1989.

34. Tandon R: Muscarinic hyperactivity in schizophrenia: Relationship to positive and negative symptoms. Fifth Biennial Winter Workshop in Schizophrenia, Badgastein, Austria, 1990.

35. Tandon R, Mann NA, Eisner WH, Coppard N: Biperiden increases positive symptoms in schizophrenia. World Federation of Societies of Biological Psychiatry Regional Symposium, Casablanca, Morocco, 1990.

B465

Rajiv Tandon, M.D.                                                    18

36. Tandon R, Greden JF: Muscarinic cholinergic hyperactivity in schizophrenia:
    Relationship to positive and negative symptoms. American Psychopathological
    Association annual meeting, New York, 1990

37. Tandon R, Greden JF, Shipley JE: Increased cholinergic activity in schizophrenia:
    Relationship to positive and negative symptoms. Society of Biological Psychiatry
    annual meeting, New York, 1990.

38. Tandon R, DeQuardo J, Goldman R: Psychotic phase and deficit enduring subtypes of
    negative symptoms: Biological markers and relationship to outcome. Society of
    Biological Psychiatry annual meeting, New York, 1990

39. DeQuardo JR, Goldman R, Meador-Woodruff J, Tandon R: Ventricle-brain ratio. cognitive
    function, educational achievement, and premorbid function in schizophrenia. Society
    of Biological Psychiatry annual meeting, New York, 1990.

40. Goldman R, Tandon R, Carpenter C, Goodson J: Dimensions of psychopathology in
    schizophrenia: A factor analytic study. Society of Biological Psychiatry annual
    meeting, New York, 1990.

41. Douglass AB, Tandon R, Shipley J, Taylor S, Goodson J: REM density changes in
    schizophrenia due to biperiden. Society of Biological Psychiatry annual meeting, New
    York, 1990.

42. Kronfol Z, Tandon R, Nair M: Natural and lymphokine activated killer cell activities in
    schizophrenia. Society of Biological Psychiatry annual meeting, New York, 1990.

43. DeQuardo J, Tandon R, Meador-Woodruff JH: VBR and neuropsychological findings in
    schizophrenia. American Psychiatric Association annual meeting, New York, 1990.

44. Ribeiro SCM, Tandon R, Ricoy R: Clinical predictors of outcome in schizophrenia.
    American Psychiatric Association annual meeting, New York, 1990.

45. Taylor SF, Tandon R, Shipley J, Eiser AS, Goodson J: Sleep-onset REM periods in
    schizophrenic patients. American Psychiatric Association annual meeting, New York,
    1990.

46. Zubieta JK, Tandon R, Mann NA, Eisner WH: Effects of biperiden on schizophrenic
    symptoms. American Psychiatric Association annual meeting, New York, 1990.

47. Liberzon I, Goldman R, Tandon R: Assessment of depression in schizophrenia. American
    Psychiatric Association annual meeting, New York, 1990.

48. Tandon R, Mazzara C, Greden JF: Dexamethasone suppression test in schizophrenia:
    Relationship to outcome, and positive, negative, and depressive symptoms. XXI
    International Congress of the International Society of PsychoNeuroEndocrinology-
    ISPNE, Buffalo, 1990.

49. Tandon R, Greden JF, Shipley JE: Increased cholinergic activity in schizophrenia:
    Relationship to positive and negative symptoms. "Schizophrenia 1990, An
    International Conference", Vancouver, 1990.

B466

Rajiv Tandon, M.D.                                                        1 9

50. Tandon R, Shipley JE, Taylor S, Eiser A, DeQuardo JR, Greden JF: Clinical correlates of EEG sleep abnormalities in schizophrenia: Comparison of drug-naive and previously-medicated patients with healthy controls. 29 th annual meeting of the American College of Neuropsychopharmacology (ACNP), San Juan, 1990.

51. Goldman R, Tandon R, Woodard J, Faustman W, Hohagen F, Gattaz WF, Keshavan MS : Psychopathological dimensions in schizophrenia: An international multi-center factor analytic study of the BPRS. 3rd International Congress of Schizophrenia Research, Tucson, 1991.

52. Taylor S, Tandon R, Shipley JE, Eiser A, DeQuardo JR, Greden JF : Sleep-EEG studies in schizophrenia. 3rd International Congress of Schizophrenia Research, Tucson, 1991

53. DeQuardo JR, Goldman R, Tandon R : Negative symptoms, neuropsychological findings, and ventricular enlargement in schizophrenia. 3rd International Congress of Schizophrenia Research, Tucson, 1991.

54. Tandon R, Greden JF, Shipley JE, Goodson J, DeQuardo JR, Mann NA, Eisner WH : Muscarinic hyperactivity in schizophrenia: Relationship to positive and negative symptoms. 3rd International Congress of Schizophrenia Research, Tucson, 1991.

55. DeQuardo JR, Carpenter C, Tandon R : Substance abuse in schizophrenia: Influence on psychopathology and outcome. 46 th annual meeting of the Society of Biological Psychiatry, New Orleans, 1991.

56. Tandon R, Shipley JE, Taylor S, Greden JF : Muscarinic hyperactivity in schizophrenia: Effect of the anticholinergic biperiden on REM sleep in schizophrenic patients and normals. 46 th annual meeting of the Society of Biological Psychiatry, New Orleans, 1991.

57. Taylor S, Tandon R, Shipley JE : Sleep EEG studies in schizophrenia : Effect of neuroleptic treatment. 46 th annual meeting of the Society of Biological Psychiatry, New Orleans, 1991.

58. Goldman R, Tandon R, Woodard M, Faustman W, Hohagen F, Gattaz WF, Keshavan MS : Consistency of psychopathological dimensions in schizophrenia as determined by the BPRS: A multi-center factor analytic study. 46 th annual meeting of the Society of Biological Psychiatry, New Orleans, 1991.

59. Tandon R, Shipley JE, Taylor S, Greden JF : EEG sleep abnormalities in schizophrenia: Cholinergic contribution and relationship to positive and negative symptoms. 5th World Congress of Biological Psychiatry, Florence, 1991.

60. Tandon R, Greden JF : Cholinergic mechanisms in schizophrenia: Relationship to positive and negative symptoms. 5th World Congress of Biological Psychiatry, Florence, 1991.

61. Kronfol Z, Nair M, Haskett RF, Tandon R, Greden JF : Natural killer cell activity in depression and schizophrenia. 5th World Congress of Biological Psychiatry, Florence, 1991.

62. Shipley JE, Aldrich M, Tandon R, Kroll P, Helmbold B, Mudd S, Heiss K : EEG sleep in alcoholism. Alcoholism: Clinical and Experimental Research, Toronto, 1991.

B467

Rajiv Tandon, M.D.                                               20

63. Shipley JE, Schteingart DE, Tandon R, Starkman MN : Sleep architecture and sleep apnea in patients with Cushing's disease. Central Society for Clinical Research, Chicago, 1991.

64. Tandon R, DeQuardo JR, Goodson J, Greden JF : Effect of anticholinergics on positive and negative symptoms in schizophrenia. 30 th annual meeting of the American College of Neuropsychopharmacology (ACNP), San Juan, 1991.

65. Tandon R, Shipley JE, Taylor S, Greden JF, Goodson J : Cholinergic mechanisms and REM sleep abnormalities in schizophrenia. Sixth Biennial Winter Workshop in Schizophrenia, Badgastein, Austria, 1992.

66. Tandon R : Sleep abnormalities in schizophrenia and depression : The role of cholinergic and dopaminergic dysfunction. Presented as part of a symposium "Frontiers of Biological Psychiatry" at the annual meeting of the Indian Psychiatric Society, New Delhi, India,1992.

67. Tapp A, Tandon R, Douglass A, Dudley E, Scholten R : Treatment-refractory schizophrenia. Kraepelinian versus nonKraepelinian schizophrenia : Differences in symptom profile and extrapyramidal side-effects. V.A. Health Services Research and Development annual meeting, New York, 1992.

68. Tandon R, Goldman R, Greden JF : Negative symptoms of schizophrenia: A longitudinal perspective. In symposium "Longitudinal Assessment of Negative Symptoms". Annual meeting of the American Psychiatric Association, Washington D.C., 1992.

69. Douglass AB, Shipley JE, Tandon R, Goodson J : Markovian analysis of biperiden's effect on REM sleep eye movements in schizophrenics and normals. 47th annual meeting of the Society of Biological Psychiatry, Washington D.C., 1992.

70. Shipley JE, Aldrich MS, Tandon R, Kroll PD, Brower KJ : Age effects on EEG sleep in alcoholics. 47th annual meeting of the Society of Biological Psychiatry, Washington D.C., 1992.

71. Tandon R, Taylor S, Shipley JE, Meador-Woodruff JH, Ribeiro SCM, DeQuardo JR : Biological predictors of one-year outcome in schizophrenia. 47th annual meeting of the Society of Biological Psychiatry, Washington D.C., 1992.

72. Tomkins LM, Goldman RS, Axelrod BN, Tandon R : Reversibility of neuropsychological dysfunction in schizophrenia. 47th annual meeting of the Society of Biological Psychiatry, Washington D.C., 1992.

73. Goldman RS, Tandon R, Axelrod BN, Ribeiro SCM, Craig K : Neuropsychological functioning and treatment outcome in schizophrenia. 47th annual meeting of the Society of Biological Psychiatry, Washington D.C., 1992.

74. Ribeiro SCM, Tandon R, Goldman RS, Goodson J, Greden JF : Covariance of positive and negative symptoms during initial neuroleptic treatment in schizophrenia. 47th annual meeting of the Society of Biological Psychiatry, Washington D.C., 1992.

75. Tandon R, Melnick P, DeQuardo JR, Meador-Woodruff JH, Goldman RS, Greden JF : Premorbid adjustment and ventricular size in schizophrenia. 47th annual meeting of the Society of Biological Psychiatry, Washington D.C., 1992.

B468

Rajiv Tandon, M.D.                                                                    21

76. Taylor SF, Mintun MA, Tandon R : Cerebral blood flow activation studies with positron
    emission tomography in medicated schizophrenics. 47th annual meeting of the
    Society of Biological Psychiatry, Washington D.C., 1992.

77. Taylor SF, Goldman RS, Tandon R, Shipley JE : REM sleep and memory function in
    schizophrenia. 47th annual meeting of the Society of Biological Psychiatry,
    Washington D.C., 1992.

78. Pande AC, Tandon R, Grunhaus L : Electroconvulsive therapy in delusional depression.
    47th annual meeting of the Society of Biological Psychiatry, Washington D.C., 1992.

79. Shipley JE, Aldrich MS, Tandon R, Kroll PD, Brower KJ : EEG sleep in alcoholics :
    association with age and depression. Sleep Research Society/Association of Sleep
    Disorders Centers annual meeting, 1992.

80. Aldrich MS, Shipley JE, Tandon R, Kroll PD, Brower KJ : Sleep apnoea in alcoholics :
    association with age. Sleep Research Society/Association of Sleep Disorders Centers
    annual meeting, 1992.

81. Shipley JE, Aldrich MS, Tandon R, Kroll P, Brower K : Aging and sleep apnoea in
    alcoholics. 1992 Research Society on Alcoholism scientific conference, 1992.

82. Shipley JE, Aldrich M, Kroll P, Tandon R, Brower K : Sleep, depression, and aging in
    alcoholics. 145 th annual meeting of the American Psychiatric Association,
    Washington D.C., 1992.

83. Mory SC, Grunhaus L, Arciniegas DB, Pande AC, Tandon R : ECT in very elderly
    patients. 145 th annual meeting of the American Psychiatric Association, Washington
    D.C., 1992.

84. Shipley JE, Aldrich MS, Tandon R, Kroll P, Brower K : Aging, depression, and EEG
    sleep in alcoholics. 1992 Research Society on Alcoholism scientific conference, 1992.

85. Grunhaus L, Pande AC, Tandon R : ECT and outcome : Clinical/biological correlates. In
    symposium "ECT in the high risk elderly patient". Scientific proceedings, 145th
    annual meeting of the American Psychiatric Association, Washington D.C., 1992.

86. Grunhaus L, Shipley JE, Pande AC, Eiser A, Tandon R : Electroconvulsive therapy and
    sleep polysomnography. Association for Convulsive Therapy annual meeting, 1992.

87. Giordani B, Berent S, Grunhaus L, Metler ME, Pande AC, Dalisbury D, Aronson S,
    Tandon R : Cognitive/behavioral effects of ECT in the elderly. In symposium "ECT in
    the high risk elderly patient". Scientific proceedings, 145th annual meeting of the
    American Psychiatric Association, Washington D.C., 1992.

88. Pande AC, Tandon R, Grunhaus L : Electroconvulsive therapy in delusional and
    nondelusional major depression. First European symposium on ECT "Critical
    History- Future Trends", Graz, Austria, 1992.

89. Melnick P, Goldman R, Tandon R : Premorbid adjustment in schizophrenia : Relationship
    to cognitive function and outcome. Schizophrenia 1992, An International Conference,
    Vancouver, 1992.

B469

Rajiv Tandon, M.D.                                                    22

90. Tapp A, Tandon R, Dudley E, Scholten R, Douglass A, Goodson J : Clinical characteristics of Kraepelinian schizophrenia : ?? overlap with positive/negative dichotomy. Schizophrenia 1992, An International Conference, Vancouver, 1992.

91. Tapp A, Tandon R, Scholten R, Dudley E, Douglass A, Goodson J : Age disorientation in schizophrenia : Frequency and clinical correlates. Schizophrenia 1992, An International Conference, Vancouver, 1992.

92. Mann NA, Butler J, Lewis M, Tandon R : Short-term nursing inpatient groups for schizophrenic patients : A modified social skills training approach. Schizophrenia 1992, An International Conference, Vancouver, 1992.

93. Tandon R, Shipley JE, Greden JF : Sleep abnormalities in schizophrenia : the role of cholinergic mechanisms. XVIIIth C.I.N.P. (Collegium Internationale Neuro-Psychopharmacologicum) Congress, Nice, 1992.

94. Tandon R, DeQuardo JR, Shipley JE, Goodson J, Greden JF : Cholinergic mechanisms in schizophrenia: Relationship to positive and negative symptoms. VIIth Cholinergic Symposium "Cholinergic Neurotransmission : Function and Dysfunction", Montreal, 1992.

95. Axelrod BN, Goldman RS, Tandon R, Berent S : Spurious WAIS-R cholinergic profiles in schizophrenia. Annual meeting of Clinical Neuropsychology, 1992.

96. Goldman R, Axelrod BN, Tandon R, Ribeiro SCM, Craig K : Neuropsychological function, treatment response, and one-year outcome in schizophrenia. Annual meeting of the American Psychological Association, Washington D.C., 1992.

97. Mann NA, Butler J, Lewis M, Tandon R : Short-term nursing inpatient groups for schizophrenic patients : A modified social skills training approach. Presented at the Fifth International Congress for Rehabilitation in Psychiatry, Jerusalem, 1992.

98. Tandon R, DeQuardo JR, Mann N, Eisner W, Goodson J, Greden JF : Effects of antimuscarinics on positive and negative symptoms. Panel Discussion on Role of Muscarinic System in Schizophrenia : Implications for pathophysiology and treatment", (Tandon R, Greden JF, CoChairs), 31 th annual meeting of the American College of Neuropsychopharmacology (ACNP), San Juan, 1992.

99. Tandon R : Anticholinergics modify positive and negative symptoms in schizophrenia. Society of Neuroscience annual meeting, Anaheim, 1992.

100. Tandon R : Rational use of anticholinergic agents in schizophrenia : Relationship of cholinergic mechanisms to positive and negative schizophrenic symptoms. Institute of Hospital and Community Psychiatry, Toronto, 1992.

101. Tandon R, Ribeiro SCM, Perez M, Goodson J, Greden JF : Covariance of positive and negative symptoms in schizophrenia during treatment with typical neuroleptics and clozapine. American College of Neuropsychopharmacology (ACNP), San Juan, 1992.

102. Tandon R, Shipley JE, Taylor S, Goodson J, Greden JF : Sleep abnormalities in schizophrenia : Cholinergic contribution. 31st annual meeting of the American College of Neuropsychopharmacology (ACNP), San Juan, 1992.

B470

103. Tandon R, Shipley JE, Goodson J, Greden JF : Cholinergic mechanisms in schizophrenia : Relationship to sleep-EEG abnormalities and positive/negative symptoms. International Congress on Schizophrenia Research, Colorado Springs, 1993.

104. Tandon R, Ribeiro SCM, Perez M, Greden JF : Covariance of positive and negative symptoms with typical neuroleptics and clozapine. International Congress on Schizophrenia Research, Colorado Springs, 1993.

105. Mahapatra S, Tandon R, DeQuardo JR, Goodson J, Greden JF : Anticholinergics modify positive and negative symptoms in schizophrenia.  Society of Biological Psychiatry annual meeting, San Francisco, 1993.

106. DeQuardo JR, Tandon R, Goldman R : Comparison of indices of premorbid function in schizophrenia. Society of Biological Psychiatry annual meeting, San Francisco, 1993.

107. DeQuardo JR, McGrath-Giroux M, Goldman R, Tandon R : Clinical correlates of premorbid adjustment in schizophrenia. Society of Biological Psychiatry annual meeting, San Francisco, 1993.

108. Tandon R, Shipley JE, Taylor SF, Goodson J, Perez M, Eiser A, Greden JF : Effects of clozapine on polysomnographic measures in schizophrenia. Society of Biological Psychiatry annual meeting, San Francisco, 1993.

109. Patel B, Reddig S, Tandon R, Taylor SF, DeQuardo JR : Comparison of research and nonresearch schizophrenic patients. Society of Biological Psychiatry annual meeting, San Francisco, 1993.

110. Tandon R, Shipley JE, Taylor SF, Goodson J, Greden JF : Sleep abnormalities in schizophrenia : cholinergic contribution. Society of Biological Psychiatry annual meeting, San Francisco, 1993.

111. Reddig S, Patel B, Tandon R, Shipley JE, DeQuardo JR, Goodson J, Greden JF : Dimensions of neurobiological abnormalities in schizophrenia. Society of Biological Psychiatry annual meeting, San Francisco, 1993.

112. Tandon R, Ribeiro SCM, Perez M, DeQuardo JR, Goodson J, Greden JF : Positive and negative symptoms covary during clozapine treatment. Society of Biological Psychiatry annual meeting, San Francisco, 1993.

113. Tapp A, Tandon R, Dudley E, Goodson J, Scholten R : Depressive symptoms during neuroleptic treatment of schizophrenia. Society of Biological Psychiatry annual meeting, San Francisco, 1993.

114. Goldman R, Copeland N, Hecker J, Gupta P, Tandon R, Douglass A, Berent S : Remediation of neuropsychological dysfunction in schizophrenia. Society of Biological Psychiatry annual meeting, San Francisco, 1993.

115. Reddig S, Patel B, Tandon R, Shipley JE, DeQuardo JR, Goodson J, Greden JF : Dimensions of neurobiological abnormalities in schizophrenia. American Psychiatric Association annual meeting, San Francisco, 1993.

116. Patel B, Reddig S, Tandon R, Taylor SF, DeQuardo JR : Comparison of research and nonresearch schizophrenic patients. American Psychiatric association annual meeting, San Francisco, 1993.

B471

Rajiv Tandon, M.D.                                                          24

117. Young J, Tandon R, Grunhaus L : Anticonvulsant hypothesis of mechanism of action of
     electroconvulsive therapy - A preliminary investigation.  American Psychiatric
     Association annual meeting, San Francisco, 1993.

118. Tandon R, Shipley JE, Taylor SF : Anomalias del registro electroencefalografico del
     sueno en la esquizofrenia : relacion entre los sintomas positivos/negativos y el tramiento
     neuroleptico anterior.  Focus on Psychiatry, Barcelona, 1993.

119. Tandon R, DeQuardo JR, Taylor SF, Greden JF : Cholinergic mechanisms in
     schizophrenia : Relationship to positive and negative symptoms. 9th World Congress
     of Psychiatry, Rio de Janeiro, 1993.

120. Mann NA, Tandon R, Butler J, Boyd M: Psychosocial rehabilitation in schizophrenia :
     Beginnings in acute hospitalization.  45th Institute of Hospital and Community
     Psychiatry, Baltimore, 1993.

B472

## CURRICULUM VITAE

**SOPHIA VINOGRADOV, M.D.**
Medical Director
Outpatient Psychiatry Clinic and Director of Research
California Pacific Medical Center (Pacific Campus)
San Francisco, CA

*recent new position:*
*Assistant Professor in Residence (UC San Francisco) San Francisco V.A. Medical Center*

| | |
|---|---|
| Birthdate: | May 9, 1958 |
| Birthplace: | Chicago, Illinois (USA) |
| Home Address: | REDACTED |
| Business Address: | Department of Psychiatry California Pacific Medical Center (Pacific Campus) P.O. Box 7999 San Francisco, CA 94120 (415) 923-3684 |
| Social Security No.: | 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 |

### LICENSURE

Board Certification:  Diplomate, American Board of Psychiatry and Neurology, March 1990

California Medical
License No.:  G53888

DEA Registration No:  AV2952035

B473

## EDUCATION

| | |
|---|---|
| Chief Resident in Psychiatry, Palo Alto VAMC/Stanford | 1986-1987 |
| Psychiatry Residency, Stanford University | 1984-1987 |
| Internship, Department of Psychiatry, Stanford University | 1983-1984 |
| Wayne State University School of Medicine, Detroit, MI.   M.D. awarded June, 1983 | 1981-1983 |
| Universite Louis Pasteur, Strasbourg, France B.S. Equivalent awarded July, 1979 | 1978-1981 |
| University of Micigan, Ann Arbor, MI | 1976-1978 |
| Yale University, New Haven, CN | 1975-1976 |

## EMPLOYMENT

| | |
|---|---|
| Medical Director, Adult Outpatient Clinic California Pacific Medical Center, San Francisco, CA | 1990-present |
| Medical Director, Geropsychiatry Service, Pacific Presbyterian Medical Center, San Francisco | 1989-1990 |
| Research psychiatrist in training, Palo Alto VA Medical Center, Palo Alto, CA | 1987-1989 |
| Staff psychiatrist, Childrens's Shelter, County Mental Health Services, San Jose, CA | 1988-1989 |
| Staff psychiatrist, Emergency Psychiatry Service, County Mental Health Services, Santa Clara Valley Medical Center, San Jose, CA | 1986-1988 |

## HONORS AND AWARDS:

| | |
|---|---|
| Outstanding Teacher of the Year Award - Department of Psychiatry, California Pacific Medical Center | 1991 |

2

B474

## HONORS AND AWARDS (continued):

| | |
|---|---|
| Laughlin Fellow Award, American College of Psychiatrists | 1987 |
| Student Papers Award, Biomedical Synergistics Institute | 1979 |
| Yale University Freshman Composition Award | 1976 |
| National Merit Scholar | 1975 |

## RESEARCH GRANTS:

| | |
|---|---|
| Scottish Rite Schizophrenia Research Grant (Principal Investigator)--Semantic Priming Experiments in Schizophrenics | 1990 |
| New Scientist Support Fund Medical Research Institute, San Francisco | 1989 |
| Veterans Administration Competitive Research Training Grant in Psychiatry (funding 1987-89) Palo Alto VA Medical Center | 1987 |

## MEMBERSHIPS:

Society of Biological Psychiatry
American Psychiatric Association
Northern California Psychiatric Society
American College of Psychiatrists - former Laughlin Fellow

## PROFESSIONAL COMPETENCE:

| | |
|---|---|
| Invited Workshop Leader with Dr. Nancy Andreasen:  "Psychopharmacologic and Psychotherapeutic Management of Negative Symptoms in Schizophrenia", American College of Psychiatrists Annual Meeting | Feb. 1993 |
| "Expert Diagnostician," Best Estimate Process, Psychiatric Genetics Research Group, Langley Porter Psychiatric Institute, U.C.S.F. | 1992-present |
| Symposium Leader:  Group Dynamics and Group Psychotherapy, New England Educational Institute | 1992 |

B475

**PROFESSIONAL COMPETENCE (continued):**

| | |
|---|---|
| Invited Seminar Leader, Psychiatry Residency Training Program, San Mateo County Medical Center | 1990-1991 |
| Invited Lecturer:  Northern California Psychiatric Society Annual Meeting | 1990-1991 |
| Lecturer:  Group Psychotherapy with Severely Ill Patients, Napa State Hospital, and Los Angeles County Mental Health Services | 1988-1989 |

**PUBLIC AND PROFESSIONAL SERVICE:**

| | |
|---|---|
| Reviewer, American Psychiatric Association Press | 1992 |
| Reviewer, Journal-Hospital and Community Psychiatry | 1990-present |
| Patient Care Information System Committee, Pacific Presbyterian Medical Center | 1990-1991 |
| Reviewer, Alzheimer's Disease Research Grant Program, California Department of Health | 1990 |
| Institutional Review Board, Joint Council for Human Research, Pacific Presbyterian Medical Center | 1989-1992 |
| Chief Residency, Stanford Department of Psychiatry | 1986-1987 |
| Elected Resident Councillor, Northern California Psychiatric Society | 1986-1987 |
| Stanford Psychiatry Residency Curriculum Committee | 1985-1987 |
| Stanford Psychiatry Residency Education Committee | 1984-1985 |

**TEACHING:**

| | |
|---|---|
| Predoctoral Thesis Research Supervision, Leora Benioff, M.A. (California School of Professional Psychology) -- Homograph Priming in Schizophrenic Subjects | 1990-present |

4

B476

**TEACHING (continued):**

Resident Teaching (California Pacific Medical        1989-present
Center), 10 hours/week
- Individual Psychotherapy Supervision
- Group Psychotherapy Supervision
- Psychopharmacology Practicum
- Case Conference
- Seminar in Understanding and Working with
  Difficult Patients

Medical Student Psychiatric Interview Course         1988
(Stanford University), 1 hour/week

**COMMUNITY SERVICE:**

Lecturer, National Alliance for the Mentally         1988-1991
Peninsula and East Bay Chapters

Lecturer, Understanding Schizophrenia,               1990
Connard Halfway House, San Francisco

**SERVICE TO ELEMENTARY AND SECONDARY EDUCATION:**

Guest Speaker:  Understanding Mental Illness,        1989
Jefferson High School, Los Angeles

Guest Speaker:  The Severely Mentally Ill            1988
Patient, De Anza Junior College

5

B477

## CURRENT RESEARCH:

My current research interests are an outgrowth of past research training in clinical psychopharmacology related to the treatment of schizophrenia, and in my research fellowship in the clinical genetics of schizophrenia.  I have become interested in the cognitive microprocessing abnormalities which give rise to the clinical phenomenology of schizophrenia and which, as some of my preliminary data may indicate, may serve as a marker for certain subtypes, or for a predisposition or vulnerability to certain subtypes, of schizophrenia.  In this research, certain well-developed experimental paradigms which examine various types of information microprocessing, such as semantic word priming, are administered to schizophrenic patients.  These experimental paradigms can serve as tools to dissect aspects of information microprocessing in schizophrenia, and to elucidate the manner in which this processing is different from that of normals.  Correlations can then be examined between these abnormalities and clinical phenomenology, including subtype, course, response to treatment, and long-term outcome.

Future directions for this research would of course include an expansion of these results to examine correlations with biological an neurobiological markers in schizophrenia, to include neuroimaging (both structural and functional), as well as possible neuroendocrine and neurotransmitter probes. Further work must be done with these paradigms in clinical populations which are related phenomenologically (though not diagnostically) to schizophrenia, such as populations with bipolar affective disorder.  In addition, I plan to examine first degree relatives of schizophrenics in order to determine whether or not they show these same microprocessing abnormalities.

6

B478

**RECENT SIGNIFICANT PUBLICATIONS:**

1. Vinogradov S, Ober BA, Shenaut G:  Semantic priming of word pronunciation and lexical decision in schizophrenia.  Schizophrenia Research (in press).  Contribution: Designed research paradigm and methodology pertaining to clinical population, recruited and screened all subjects, oversaw data analysis, carried out literature review, wrote manuscript.

2. Vinogradov S, King RJ, Huberman BA: An associationist model of the paranoid process:  application of phase transitions in spreading activation networks.  Psychiatry:  Interpersonal and Biological Processes  55:79-94, 1992.  Contribution:  Developed theoretical model applicable to clinical population, carried out Literature review, wrote manuscript.

3. Vinogradov S, Gottesman II:  Clues from the negative association between schizophrenia and rheumatoid arthritis:  where else to probe?  Schizophrenia Bulletin 17:669-678, 1991.  Contribution: Applied clinical observation to current understanding of molecular models, developed hypotheses, carried out literature review, wrote manuscript.

4. Moises HW, Gelernter J, Giuffra LA, Zarcone V, Wetterberg L, Livelli O, Kidd KK, Cavalli-Sforza LL.  With the collaboration of Grandy DK, Kennedy JL, Vinogradov S, Maher J, Litt M, Sjogren B: No linkage between D2 dopamine receptor gene region and schizophrenia.  Arch Gen Psychiatry 48:  643-647, 1991. Contribution:  Carried out all aspects of clinical genetics studies, including diagnostic procedures, on California pedigree studied in this investigation.

5. Vinogradov S, Csernansky JG:  Postpartum psychosis with abnormal movements:  dopamine supersensitivity unmasked by withdrawal of endogenous estrogens?  J. Clin Psychiatry 51:365-366, 1990. Contribution:  Pursued systematic clinical observations, developed hypotheses, performed literature review.

7

B479

**PUBLICATIONS:**

**Refereed Articles:**

1.  Csernansky JG, Vinogradov S, Prosser E, Kaplan J, Berger PA, Hollister LE: Associations among plasma prolactin levels, tardive dyskinesia, and paranoia in treated schizophrenics: relevance to supersensitivity psychosis. Psychopharmacology Bull 22:897-899, 1986.

2.  Moses JA, Vinogradov S and Berger PA: Serial neuropsychological evaluation of a case of bilateral frontal lobe brain tumor. J Clin Neuropsych 9:106-110, 1987.

3.  Beauclair L, Vinogradov S, Riney SJ, Csernansky JG and Hollister Le: Ascorbic acid added to antipsychotics in chronic schizophrenics: an open-label study. J Clin Psychopharmacol 7:282-283, 1987.

4.  Reiss AL, Hagerman RJ, Vinogradov S, Abrams M and King RJ: Psychiatric disability in female carriers of the fragile X chromosome. Arch Gen Psych 45:25-30, 1988.

5.  Vinogradov S, Doty A, Dishotsky NL and Tinklenberg JR: Patterns of behavior in adolescent rape. AM Journal of Orthopsychiatry 58:179-187, 1988.

6.  Yalom ID, Vinogradov S: Bereavement groups: techniques and themes. International Journal of Group Psychotherapy 38:419-457, 1988.

7.  Hicks PB, Vinogradov S, Riney SJ, Su Kevin, Csernansky JG: A preliminary dose-ranging trial of proglumide in the treatment of refractory schizophrenia. J Clinical Psychopharmacology 26:123-125, 1989.

8.  Reiss Al, Freund L, Vinogradov S, Hagerman R, Cronister A: Parental inheritance and psychological disability in Fragile X females. Am J Hum Genetics 45:697-707, 1989.

9.  Hewlett WA, Vinogradov S, Agras SW; Clonazepam treatment of obsession and compulsions. J. of Clinical Psychiatry 51:158-161, 1990.

10. Vinogradov S, Csernansky JG: Postpartum psychosis with abnormal movements: dopamine supersensitivity unmasked by withdrawal of endogenous estrogens? J. Clin Psychiatry 51:365-366, 1990.

8

B480

**Refereed Articles (continued):**

11. Moises HW, Gelernter J, Giuffra LA, Zarcone V, Wetterberg L,
    Livelli O, Kidd KK, Cavalli-Sforza LL.  With the collaboration of
    Grandy DK, Kennedy JL, Vinogradov S, Maher J, Litt M, Sjogren B:
    No linkage between D2 dopamine receptor gene region and
    schizophrenia. Arch Gen Psychiatry 48: 643-647, 1991.

12. Vinogradov S, Gottesman II, Nicholas, S:  Clues from the negative
    association between schizophrenia and rheumatoid arthritis:  where
    else to probe?  Schizophrenia Bulletin 17:669-678, 1991.

13. Vinogradov S, King RJ, Huberman BA: An associationist model of the
    paranoid process:  application of phase transitions in spreading
    activation networks.  Psychiatry:  Interpersonal and Biological
    Processes 55:79-94, 1992.

14. Freund L, Reiss AL, Hagerman R, Vinogradov S: Chromosome fragility
    and psychopathology in obligate female carriers of the Fragile X
    chromosome.  Arch Gen Psychiatry 49:54-60, 1992.

15. Newcomer JW, Riney SJ, Vinogradov S, Csernansky JG:   Plasma
    prolactin and homovanillic acid as markers for psychopathology and
    abnormal    movements    after    neuroleptic    dose    decrease.
    Psychopharmacology Bulletin 28:101-107, 1992.

16. Hewlett WA, Vinogradov S, Berman S, Csernansky JG, Agras WS:
    Fenfluramine stimulation of prolactin in obsessive-compulsive
    disorder.  Psychiatry Research 42:81-92, 1992

17. Newcomer JW, Riney SJ, Vinogradov S, Csernansky JG.   Plasma
    prolactin and homovanillic acid as markers for psychopathology and
    abnormal movements during maintenance neuroleptic treatment in male
    patients with schizophrenia.  Psychiatry Research 41:191-202, 1992.

18. Vinogradov S, Ober BA, Shenaut G:   Semantic priming of word
    pronunciation and lexical decision in schizophrenia.  Schizophrenia
    Research (in press).

19. Hewlett WA, Vinogradov S, Agras WS.   Is serotonin reuptake
    inhibition required in the pharmacologic treatment of obsessive-
    compulsive disorder?   A double-blind multiple crossover study
    (under review).

20. Hewlett WA, Vinogradov S, Agras WS: Clomipramine, clonazepam and
    clonidine treatment of obsessive-compulsive disorder (under
    review).

9

B481

**Non-Refereed Articles:**

1.  Vinogradov S and Thornton JE:  "If I have AIDS, then let me die now!"  The Hastings Center Report (Case Study and Commentary). February 1984, 24-26.

2.  Vinogradov S and Thornton JE:  Death and Dying.  "If I have AIDS, then let me die now!" In Cases in Bioethics.  Eds:  C Levine and RM Veatch.  The Hastings Center, New York.  1984.

3.  Vinogradov S:  A sentimental education:  Looking back on medical school in Strasbourg, France.  Arch Int Med 144, 1274-1275, 1984.

4.  Vinogradov S, Brody D, Csernansky JG, Hollister LE:  Neuroleptic malignant syndrome--Consultation in Clinical Psychopharmacology, Hospital Formulary 23:646-653, 1988.

5.  Tinklenberg JR, Taylor J, Yesavage J, Eng L, Vinogradov S, Gonzalez P, Frossard PM:  Associations between Alzheimer's disease and RFLP's at the human amyloid beta protein gene locus.  Psychopharm Bulletin 24:489-491, 1988.

6.  Taylor JE, Tinklenberg JR, Yesavage J, Eng L, Vinogradov S, Gonzales P, Frossard PM:  Association study between Alzheimer's disease and RFLP's at the human amyloid beta protein gene locus. Molecular Biology and Medicine, 5:167-172, 1988.

7.  Vinogradov S:  Melancholia and depression:  From Hippocratic times to modern times.  contemporary Psychology 34:145-147, 1989.

8.  Frossard PM, Vinogradov S:  Using DNA markers to predict genetic susceptibility to atherosclerosis.  Hum Genetics, vol 12, Basel, S. Karger, 1989.

**Abstracts**

1.  Vinogradov S, Beauclair L, Riney SJ, Csernansky JG, Hollister LE: Does ascorbic acid enhance the effects of neuroleptics in schizophrenic subjects?  Society of Biological Psychiatry, May 9, 1986.

2.  Reiss AL, Hagerman RJ, Vinogradov S, Abrams M, King RJ: Neuropsychiatric disability in female carriers of the fragile X chromosome.  Society of Biological Psychiatry, May 9, 1986.

B482

**Abstracts (continued):**

3.   Vinogradov S, Dishotsky NI, Doty AK, Tinklenberg JA:  The typology
     of adolescent rape--a California sample.  American Psychiatric
     Association, May 12, 1986.

4.   Vinogradov S and Frossard PM:  Genetic linkage in the human genome:
     application   to   diagnosis   of   genetic   susceptibility   to
     multifactorial diseases.  American Society of Human Genetics,
     November 2-6, 1986.

5.   Hicks PJ, Reynolds M, Vinogradov S, Csernansky J:  Potential role
     of   cholecystokinin   in   the   treatment   of   schizophrenia.
     International Congress on Schizophrenia, March 30, 1987.

6.   Vinogradov S, Dishotsky NI, Doty AK, Tinklenberg JA:  Patterns of
     behavior in adolescent rape.  American Psychiatric Association, May
     14, 1987.

7.   Vinogradov S, Cohen JD, King RJ, Huberman BA:  Phase transitions in
     spreading activation networks:  applications to an associationist
     model of paranoia.  Society of Biological Psychiatry, May 7, 1987.

8.   Vinogradov S, Frossard PM:  Genetic linkage studies of psychiatric
     disorders:   practical   implications.   Society   of   Biological
     Psychiatry, May 7, 1987.

9.   Tinklenberg JR, Taylor J, Yesavage J, Eng L, Vinogradov S, Gonzales
     P, Frossard PM:  Lack of Association between Alzheimer's Disease
     and RFLP's at the human amyloid beta protein gene locus.  American
     College of Neuropharmacology, December 12, 1987.

10.  Vinogradov S, Ober BA, Shenaut GK, Nihart MA, Blohm K:  Semantic
     priming   experiments   in   chronic   schizophrenics.   Society   of
     Biological Psychiatry, May 7, 1988.

11.  Hewlett WA, Agras SA, Vinogradov S, Berman S:   Fenfluoramine
     stimulation  of  prolactin  in  obsessive-compulsive  disorder.
     American Psychiatric Association, May 8, 1989.

12.  Hewlett WA, Agras AS, Berman S, Vinogradov S:  Stimulation of
     hormone  release  in  obsessive-compulsive  disorder.   Society  of
     Neuroscience, October 12, 1989.

13.  Hewlett WA, Vinogradov S, Agras SW:  Serotonergic and adrenergic
     treatment  comparison  in  obsessive-compulsive  disorder.   American
     Psychiatric Association, May 11, 1990.

14.  Hewlett WA, Vinogradov S, Agras SW:  Lack of efficacy of clonidine
     in the treatment of obsessive compulsive disorder with and without
     vocal/motor tics.  Second International Scientific Symposium on
     Tourette Syndrome, April 14, 1991.

11

B483

**Abstracts (continued):**

15. Newcomer JW, Riney SJ, Vinogradov S, Csernansky JG.  Plasma PRL and HVA as markers for psychopathology and dyskinesia during maintenance haloperidol treatment in male schizophrenics.  Society of Neuroscience, October 11, 1991.

**Letters:**

1. Vinogradov S, Reiss AL, Csernansky JG:  Clonidine therapy in withdrawal from high-dose alprazolam treatment.  AM J Psychiatry 143:1188, 1986.

2. Vinogradov S and Reiss AL:  Use of lorazepam in treatment-resistant catatonia.  J Clin Psychopharmacology 6:323-325, 1986.

**Books and Chapters:**

1. Vinogradov S, Yalom ID:  Group therapy, Chapter 27 in American Psychiatric Press Textbook of Psychiatry, eds. JA Talbott, RE Hales, SC Yudofsky. Wash. DC:  American Psychiatric Press, 1988.

2. Vinogradov S, Yalom ID:  Group Psychotherapy, Clinical Guides Series of the American Psychiatric Press.  Wash., D.C., American Psychiatric Press, 1989.

3. Vinogradov S, Yalom ID: Self-disclosure in group psychotherapy, in Self-disclosure in the Therapeutic Relationship, George Stricker and Martin Fisher, Eds.  New York: Plenum Press 1990.

4. Benioff LA, and Vinogradov S:  Group Psychotherapy for Patients with Cancer, in Comprehensive Textbook of Group Psychotherapy, HA Kibel, Ed.  Williams Wilkinson Press (in press).

5. Yalom ID, and Vinogradov S:  Group Psychotherapy, in Comprehensive Textbook of Group Psychotherapy, HA Kibel, Ed.  Williams Wilkinson Press (in press).

Rev.12/92

12

B484

# CURRICULUM VITAE

## BARRY DOUGLAS WALTER JONES

### FACULTY OF MEDICINE
### UNIVERSITY OF OTTAWA

### ROYAL OTTAWA HOSPITAL
### 1145 CARLING AVENUE
### OTTAWA, ONTARIO
### K1Z 7K4
### CANADA

**(613) 724-6501**

4 January 1994

RECEIVED

JAN 1 3 1994

CLINICAL &
MEDICAL AFFAIRS

B485

CURRICULUM VITAE - DR. BARRY D. JONES                                                          PAGE 2

## A. PERSONAL DATA

| | |
|---|---|
| Date/Place of Birth: | 4 May 1951 |
| | Montreal, Quebec |
| Marital Status: | Married |
| Citizenship: | Canadian |
| Language: | English |

## B. EDUCATION

**Undergraduate Training:**

| | |
|---|---|
| 1968-1972 | B.Sc., McGill University, Montreal, Quebec |
| 1972-1976 | M.D.C.M., McGill University, Montreal, Quebec |

**Postgraduate Training:**

| | |
|---|---|
| 1976-1980 | Residency in Psychiatry |
| | McGill University, Montreal, Quebec |
| 1980 | F.R.C.P.(C), Royal College of Physicians and Surgeons of Canada |

## C. PROFESSIONAL EMPLOYMENT

**Academic Appointments:**

| | |
|---|---|
| 1980-1981 | MRC Fellow, Harvard Medical School, Boston, Massachusetts |
| 1981-1984 | Assistant Professor of Psychiatry, McGill University, Montreal, Quebec |
| 1984-1987 | Assistant Professor of Psychiatry, University of British Columbia, Faculty of Medicine, Vancouver, British Columbia |
| 1987- | Associate Professor of Psychiatry, University of Ottawa, Faculty of Health Sciences, Ottawa, Ontario |

**Hospital Affiliations:**

| | |
|---|---|
| 1980-1981 | Research Fellow, McLean Hospital, Boston Massachusetts |
| 1981-1984 | Active Medical Staff, Geographic Full-Time |
| | Allan Memorial Institute, Montreal, Quebec |
| 1984-1987 | Active Medical Staff, Geographic Full-time |
| | Director, Schizophrenia Service |
| | Health Sciences Centre Hospital |
| | Vancouver, British Columbia |
| 1987-1989 | Active Medical Staff, Geographic Full-Time |
| | Director of Research |
| | Royal Ottawa Hospital, Ottawa, Ontario |
| 1988- | Director, Schizophrenia Program, Geographic Full-Time |
| | Royal Ottawa Hospital, Ottawa, Ontario |
| 1988- | Chairman, International Profile Committee |
| 1988- | Member, Patient Utilization Committee |

B486

CURRICULUM VITAE - DR. BARRY D. JONES                                                                    PAGE 3

| | |
|---|---|
| 1989-1990 | Vice-Chairman, Research Review Committee, Royal Ottawa Hospital |
| 1989-1991 | Chairman, Planning Committee, Institute of Mental Health Research |
| 1990- | Chairman, Research Review Committee, Royal Ottawa Hospital |
| 1991-1992 | Member, Sub-Committee on Task Force on Functional Planning, Institute of Mental Health Research |
| 1991- | Fellow, Institute of Mental Health Research |
| 1992- | Branch Chief-Schizophrenia, Institute of Mental Health Research |

### D.  ACADEMIC/PROFESSIONAL AWARDS AND DISTINCTIONS

| | |
|---|---|
| 1968-1974 | Edgar G. Wilson Bursary<br>McGill University, Montreal, Quebec |
| 1973 | Sutherland Gold Medal in Biochemistry<br>McGill University, Montreal, Quebec |
| 1979 | First Prize, Resident Research Day<br>Allan Memorial Institute, Montreal, Quebec |
| 1980 | MRC Fellowship<br>Harvard Medical School, Boston, Massachusetts |
| 1981 | Canadian College for the Advancement of Clinical Pharmacology Grant<br>McGill University, Montreal, Quebec |
| 1990 | Recipient of the Relatives and Friends Awards for outstanding contribution to the field of Schizophrenia.  15th Anniversary of The Clarke Relatives and Friends of Schizophrenics Program, Toronto, Ontario |
| 1992 | Acknowledged in: The Best Doctors in America, compiled by U.S. authors Steven Naifeh and Gregory W. Smith, published by Woodward/White Inc. |
| 1993 | Stephen Leacock Award in Psychiatry Presented by Psychiatric Residents of the University of Ottawa. |

### E.  EDUCATIONAL/TEACHING RESPONSIBILITIES

**Undergraduate:**

| | |
|---|---|
| 1981-1984 | a) Lecturer: Med.I, Schizophrenia<br>b) Lecturer: Med. IV, Neuropharmacology |
| 1984-1987 | a) Course Coordinator: Med.II<br>b) Lecturer: Med.III, Anxiety & Somatoform Disorders<br>c) Instructor: Med.III, Videotape Seminars<br>d) Clinical Supervisor: Med. IV Rotating Internships, West II |
| 1987-1988 | a) Clinical Supervisor: Medical Clerkships in Psychiatry, Neuroleptic Clinic<br>b) Lecturer: Med.III Clerkships<br>      i) "Schizophrenias", Lecture #11, 5 hours<br>      ii) "Psychopharmacology", Lecture #4, 1 hour |
| 1988-1989 | a) Tutor: Phase II-PCS 3244 Systems Teaching - the Mind<br>      "Pathophysiology and Special Pathology", 3 hours<br>b) Lecturer: Med. III Teaching Program<br>      "Schizophrenias", Lecture No. 11, 5 hours |
| 1989- | a) Clinical Supervisor: Medical Clerkships in Psychiatry, Schizophrenia Program. |

**Postgraduate:**

| | |
|---|---|
| 1981-1984 | a) Lecturer: Diploma Course<br>b) Supervisor: Residents in Psychopharmacology |

B487

**CURRICULUM VITAE - DR. BARRY D. JONES**

**1984-1987**
a) Founding Member & Coordinator: Journal Club
b) Clinical Supervisor: Resident Rotations, West II
c) Supervisor: Resident research involvement for Dept. of Psychiatry Research Day
d) Lecturer: "Paediatric Psychopharmacology", "Research in Psychiatry", "Tardive Dyskinesia"

**1987-1988**
a) Coordinator, Core Diploma Course in Psychiatry
   "Clinical Aspects of Research" lecture series PG-III - 5 hours
b) Lecturer, Core Diploma Course in Psychiatry
   i) "Research Methodology" PG-III - 2 hours
   ii) "Advanced Psychopharmacology" PG-II - 4.5 hours
   iii) "Basic Psychopharmacology" PG-I - 3 hours
   iv) "Schizophrenia: Recent Development in Clinical Research" PG-I - 1 hour
   v) "Affective Disorders: Symptoms, Assessment and Course of Mania: PG-I - 1 hour

c) Lecturer, Intramural Teaching Program
   i) Journal Club - 2 hours
   ii) Resident Seminar - 1.5 hours
d) Lecturer: Review Course of Psychiatry
   i) "Phenomenology, Classification of Schizophrenia" - 1 hour
   ii) "Biological Aspects of Schizophrenia" - 2 hours

**1988- 1989**
a) Supervisor: Clinical Research Fellow-Psychopharmacology/Research
   Research Project: "Identification of Schizophrenia Pedigrees Informative for Genetic Linkage Analysis".
b) Clinical Supervisor: Resident in Psychiatry, Schizophrenia Clinic
c) Coordinator, Resident core Teaching Program
   "Clinical Aspects of Research" Lecture series R-I & R-II - 6 hours
d) Lecturer, Resident Core Teaching Program
   i) "Research Methodology" PG-III - 2 hours
e) Lecturer, Intramural Teaching Program
   i) Journal Club
   "Current Advances in the Biology of Schizophrenia" - 1 hour
   ii) Resident Seminar
   "Schizophrenia Update" - 1.5 hours
f) Guest Lecturer, Mental Health Administration Program, Master's Level
   i) "Future Trends in Mental Health Services" - 1.5 hours
   ii) "Psychiatric Disease Categories and Therapeutic Approaches" - 3 hours
g) Lecturer, Review course in Psychiatry
   i) "Phenomenology, classification of Schizophrenia" - 1 hour
   ii) "Biological Aspects of Schizophrenia" - 2 hours

**1989-**
a) Supervisor: Clinical Research Fellow, Schizophrenia Program
b) Clinical Supervisor: Resident in Psychiatry, Schizophrenia Program
c) Examiner: Annual Resident Oral Examinations
d) Lecturer, Resident Core Teaching Program
   i) "Biological Factors in Schizophrenia" - 2 hours
   ii) Basic Psychopharmacology, Phase I
   "Drug Therapy of Psychotic & Schizophrenic Disorders" - 1 hour
e) Guest Lecturer, Mental Health Services Administration Course.
   "Overview of Psychiatric Disease Categories and Therapeutic Approaches" - 3 hours
f) Lecturer, Review Course in Psychiatry
   i) "Phenomenology, Classification of Schizophrenia" - 1 hour
   ii) "Biological Aspects of Schizophrenia" - 2 hours

**1992**
a) Supervisor: Dr. Scot Purdon, Post-doctoral fellowship, Ontario Mental Health Foundation.

**1993**
a) Supervisor: Dr. David Erickson, Post-doctoral fellowship, Ontario Mental Health Foundation.

B488

CURRICULUM VITAE - DR. BARRY D. JONES

PAGE 5

## F.  PROFESSIONAL  &  ADMINISTRATIVE ACTIVITIES

### Membership in Associations:

Harvard Alumni Association
Corporation of Physicians and Surgeons of Quebec
British Columbia Medical Association
Canadian Medical Association
Canadian Medical Protective Association
The College of Physicians & Surgeons of Ontario
New York Academy of Sciences
Canadian Psychiatric Association
Ontario Medical Association
Canadian College of Neuropsychopharmacology
Royal College of Physicians & Surgeons of Canada
Ottawa Clinical Teachers Association

### Committees:

#### University Affiliated:

| | |
|---|---|
| 1982-1984 | Admissions Committee, McGill University |
| 1984-1987 | Vice-Chairman, Undergraduate Education Committee, University of British Columbia |
| 1984-1987 | Research Subcommittee of the Postgraduate Education Committee, University of British Columbia |
| 1986-1987 | Head Advisory Committee, University of British Columbia |
| 1987-1989 | Member, Faculty Research Committee, School of Medicine, University of Ottawa |
| 1987- | Member, Departmental Research Committee, Dept of Psychiatry, University of Ottawa |

#### Hospital Affiliated:

| | |
|---|---|
| 1981-1984 | Pharmacy & Therapeutics Committee, Royal Victoria Hospital |
| 1984-1987 | Pharmacy & Therapeutics Committee, Health Sciences Centre Hospital |
| 1985-1987 | Research Committee, Health Sciences Centre Hospital |
| 1987-1988 | Member, Clinical Computer Committee, Royal Ottawa Hospital |
| 1987- | Chairman, Research Review Committee, Royal Ottawa Hospital |
| 1987-1989 | Member Psychiatric Advisory Committee |
| 1987-1989 | Member, Library Advisory Committee |
| 1987- | Member, Continuing Medical Education Committee |
| 1987- | Member, Organizing Committee, Residents' Research Day |
| 1987- | Member, Program Heads Committee |
| 1987-1990 | Coordinator, Annual Research & Teaching Day, Royal Ottawa Hospital |
| 1987-1990 | Hospital Representative, Psychiatric Rehabilitation Evaluation |
| 1988- | Chairman, International Profile Committee |
| 1988-1990 | Member, Patient Utilization Committee |
| 1989-1990 | Chairman, Planning Committee, Institute of Mental Health Research |

#### Scientific Organizations:

| | |
|---|---|
| 1986-1989 | Member, Canadian Research Advisory Board, Canadian Friends of Schizophrenics |
| 1987- | Member, Advisory Committee, Canadian Mental Health Association |
| 1987-1992 | Member, Fellowship Committee, Ontario Mental Health Foundation |
| 1987- | Fellow, Canadian College of Neuropsychopharmacology |
| 1988- | Councillor, Canadian College of Neuropsychopharmacology |
| 1989- | Secretary, Section of Psychopharmacology, Canadian Psychiatric Association |
| 1989- | Member, Medical/Drugs (64/3) Review Committee, NHRDP, Health & Welfare Canada |

B489

| 1989-1990 | Chairperson, Steering Committee and National Workshop on Multicentre Study of Schizophrenia, Health and Welfare Canada |
| 1989- | Member, Editorial Advisory Board, the Medicine Group (Canada) |
| 1989- | Chairman of the Liaison Committee, Canadian College of Neuropsychopharmacology |
| 1989-1990 | Chairman, Canadian Research Advisory Board, Canadian Friends of Schizophrenics |
| 1990- | Chairman, Clozaril Advisory Board, Sandoz Canada |
| 1990- | President, Canadian Alliance for Research on Schizophrenia |
| 1992- | Member - Editorial Review Board, Pegasus Health Care |

**Referee/Reviewer:**

i) Granting Agencies:

Ontario Mental Health Foundation
Canadian Psychiatric Research Foundation
Medical Research Council of Canada
Health and Welfare Canada
Ontario Ministry of Health
The Physician's Services Incorporated Foundation

| 1987-1988 | University of Ottawa, Provincial Lottery Research Fund |
| 1987-1991 | Peer Review Committee, Royal Ottawa Hospital Foundation Research Fund |

ii) Scientific Journals

Canadian Journal of Psychiatry
American Journal of Psychiatry

| 1988-1991 | Psychiatric Journal of the University of Ottawa |
| 1991- | Journal of Psychiatry and Neuroscience |

**Community and Public Service:**

| 1985-1987 | Member, Board of Directors, B.C. Friends of Schizophrenics |

Radio and television appearances, newspaper and magazine articles related to public education concerning psychiatric disorders and treatment.

**Areas of Special Interest and Accomplishment:**

Clinical psychopharmacology research: Special expertise in the diagnosis and treatment of schizophrenia, neuroleptic drugs and their side effects, rebound syndromes associated with discontinuation of psychoactive drugs, genetics of schizophrenia

### G. RESEARCH ACTIVITIES

* Principal Investigator
** Co-Investigator

a) Grants:

*Clinical Application of the Neuroleptic Radioreceptor Assay in Schizophrenia
Health and Welfare Canada
1982-1984                                                                 $ 97,200

*Tardive Dyskinesia and Plasma Neuroleptic Levels
Fonds de la recherche en sante du Quebec
1982-1983                                                                 $ 91,320

*Neuroleptic Withdrawal in Schizophrenia
B.C. Health Foundation
1984-1985                                                                 $ 30,000

*Establishment of a Research Unit in a New Schizophrenic Service
Canadian Psychiatric Research Foundation
1986-1987                                                                 $ 32,000

B490

*Olfaction in Schizophrenia
Health Sciences Centre Hospital Research Foundation
1986-1987
$ 6,100

*Respiratory Dysrhythmia in Schizophrenia
University of British Columbia Research Fund
1986-1987
$ 5,000

**Respiratory Dyskinesia
B.C. Lung Foundation
1987-1988
$ 15,000

**Molecular Genetics of a Partial Trisomy in Schizophrenia
National Institute of Mental Health
1987-1988
$ 25,000

**Structural Integrity of the Orbital Frontal Cortex and Thalamic Nuclei in
Normosmic and Microsmic/Anosmic Patients with Schizophrenia
B.C. Health Care Research Foundation
1987-1988
$ 18,708

*Schizophrenia Illness and Treatment:  A Crosscultural Comparison
Health and Welfare Canada.  Funding awarded, Grant not carried out due to departure of
principal investigator.
1987-1989
$141,157

**Identification of Pedigrees Informative for Linkage Analysis for Schizophrenia:
Pilot Project, Scottish Rite Schizophrenia Research Program
1988-1989
$ 25,000

**Identification of Schizophrenia Pedigrees Informative for Genetic Linkage Analysis
Canadian Psychiatric Research Foundation
1988-1989
$ 25,000

*Psychoactive Drug Monitoring Research Program
Royal Ottawa Hospital Foundation Research Fund
1988-1989
$ 32,000

*Hamilton Depression Factor Scores and their Relationship to Treatment with Placebo,
Noradrenergic Antidepressants and Serotoninergic Antidepressants
University Medical Research Fund
1988
$ 13,893

**Identifying Families for Studies of Genetic Linkage in Schizophrenia
The Ian Douglas Bebensee Foundation
1989-1992
$ 15,000

*Workshop on Multi-Centre Study on Schizophrenia
Health and Welfare Canada
1989-90
$ 46,809

*Schizophrenia: Pharmacotherapeutic Response Strategy to Improve Homogeneity
Royal Ottawa Hospital Foundation Research Fund
1989-1990
$ 35,000

**Alpha-Tocopherol in the Treatment of Tardive Dyskinesia: Exploratory Trial
Canadian Psychiatric Research Foundation
1989-1990
$ 28,000

*Pedigrees Informative for Genetic Linkage analysis in Schizophrenia
University Medical Research Fund
1989-1990
$ 17,438

**Prevalence and Severity of Psychopathology Among Seniors in Longterm Institutions
in the Regional Municipality of Ottawa-Carleton:  Development and Evaluation of
Screening Instruments to Detect the Presence of Psychiatric Disorders Among Residents
of Longterm Institutions

B491

Ottawa General Hospital Research Competition
1989-1990                                                                                     $ 25,300

**Estimation of the Canadian Medical Consumption of Psychoactive Substances -
Bureau of Dangerous Drugs, Health & Welfare Canada, Health Protection Branch
1989-1990                                                                                      $ 30,000

**A Pilot Study of the Effects of Training in Psychiatric Rehabilitation Skills on
Patient Quality of Life and Measures of Interagency Cooperation
Ontario Mental Health Foundation
1990-1991                                                                                     $ 15,000

*Identification of Schizophrenia Pedigrees for Genetic Linkage Analysis
The Ian Douglas Bebensee Foundation
1990-1991                                                                                      $ 10,000

*Dementia and Putative Frontal Lobe Disease in Schizophrenia and Parkinson's Disease
Royal Ottawa Hospital Foundation Research Fund
1989-1991                                                                                      $ 35,000

**Schizophrenia-Familial vs Sporadic: A Comparative Study
Royal Ottawa Hospital Foundation Research Fund
1989-90                                                                                        $ 28,447

**A Pilot Study of the Effects of Training in Psychiatric Rehabilitation Skills on Patient
Quality of Life and Measures of Interagency Cooperation."  National Health Research and
Development Program.  1991-1992                                                                 $  5,000

**Clozapine Response in Schizophrenia: Neuropsychological, neurophysiological, psychiatric,
and neurochemical predictors.  The Royal Ottawa Hospital Research Foundation Grant.
1991-1992                                                                                      $ 35,000

**Identification of Familial vs sporadic schizophrenia pedigrees, Ian Douglas Bebensee
Foundation, 1992 - 1993                                                                         $ 14,000

Applications Submitted:

**Pilot Study of the Effects of Training in Psychiatric Rehabilitation - Skills on Patient
Quality of Life and Measures of Inter-Agency Cooperation
Health and Welfare Canada (NHRDP)                                                               $ 20,000

***Pliable Negative Symptoms in Schizophrenia. NHRDP
1992                                                                                           $ 40,000

b)  Clinical Drug Trials:

*Pimozide in the Treatment of Chronic Schizophrenia
McNeil Pharmaceuticals
1986-1988                                                                                      $ 25,000

**Remoxipride in Schizophrenia: A haloperidol controlled multicentre,
double-blind, dose finding clinical trial
Astra Pharmaceuticals Canada Ltd.
1987-1988                                                                                     $149,690

**A controlled study of the treatment of major depressive disorder with
fluoxetine HCl
Eli Lilly Canada Inc.
1987-1988                                                                                      $ 50,080

*A comparison of once daily (H.S.) administration of etoperidone and amitriptyline
in the treatment of depressed outpatients, Protocol #35.  Open Addendum for
patients responding to etoperidone.
McNeil Pharmaceuticals (Canada) Ltd.
1988                                                                                           $ 14,000

B492

*A multi-centre, double-blind comparison of 4 fixed doses of nefazodone
and placebo in patients with moderate to severe depression
Bristol- Myers Company
1987-1989                                                                              $ 87,100

*A double-blind clinical trial comparing zuclopenthixol decanoate and
fluphenazine decanoate in the maintenance treatment of chronic
schizophrenic patients.
Merrell Dow Pharmaceuticals.  1987-1990.                                                $137,235

*The clinical evaluation of ritanserin vs placebo and imipramine in the
treatment of dysthymic disorders
Janssen Pharmaceutica Inc. 1987-1990                                                    $158,000

**The efficacy of oral moclobemide (400 mg) in geriatric depressed patients
with cognitive decline: A multicentre, double-blind, placebo controlled
6-week treatment study
Hoffman La Roche Ltd.  1988-1990                                                        $ 98,470

*Risperidone (R64766) in the treatment of chronic schizophrenic patients:
An international multicentre placebo-controlled double-blind, parallel
group study vs haloperidol
Janssen Pharmaceutica Inc. Canada:  1989-1990                                           $ 96,000

*Open trial of Raclopride in acute schizophrenia/schizophreniform disorder
Astra Pharma Inc.
1989-1990                                                                              $ 25,000

*A double-blind comparative multicentre study of remoxipride CR (controlled
release) and haloperidol in the treatment of negative symptoms in schizophrenia
Astra Pharma Inc.  1990-1992                                                            $ 67,500

*A double-blind, controlled study of Ondansetron (GR38032F) vs haloperidol
in the treatment of schizophrenia
Glaxo Canada inc.  1989-1991                                                            $ 33,557

*Risperidone (R64766) in the treatment of first admission psychotic patients:
An international multicentre double-blind parallel-group study vs. haloperidol
Janssen Pharmaceutica Inc. Canada.  1990                                                $ 31,200

*Risperidone (R64766) vs. haloperidol in chronic schizophrenic patients: An
international multicentre double-blind parallel-group study to evaluate
relapse incidence, long-term efficacy, safety, quality of life, and compliance
Janssen Pharmaceutica Inc. Canada.  1990-1992                                           $ 45,000

*A prospective, randomized, placebo-controlled, multicentre, parallel-group
comparison of the efficacy and safety of amperozide low (1-5 mg) dose,
high (7.5-12.5 mg) dose and haloperidol (10-30 mg) in institutionalized
schizophrenics.
Sandoz Pharmaceuticals Corp. 1990-1991                                                  $111,000

*Canadian multicentre trial of loxapine and haloperidol in the assessment
of the minimal therapeutic dose in the maintenance treatment of schizophrenia
Cyanamid Canada Inc. 1989-1991                                                          $ 15,000

*LY170053 vs Placebo/Haloperidol in Schizophrenia (Protocol F1D-MC-HGAD,
IND 28705) - Eli Lilly Canada Inc: 1991-1992                                            $309,260

*Risperidone (R64766 once daily versus twice daily in the treatment of acute exacerbations of
schizophrenia: An international multicentre double-blind parallel group trial.
Janssen Pharmaceutica Inc. 1992-1993                                                    $ 60,000

*A double-blind, placebo controlled, parallel-group rising oral dose study of the safety
and tolerability of SDZ MAR 327 in hospitalized patients with schizophrenic disorders.
Sandoz Pharmaceutical Corp. 1992-1993                                                   $159,120